UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.

*Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00215-MW-MAF

**NOTICE OF FILING EXHIBITS TO THE DECLARATION OF ABHA KHANNA IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Santiago Mayer Artasanchez, and Esperanza Sánchez (collectively, "Plaintiffs") hereby submit the following exhibits, which are referenced in the forthcoming Declaration of Abha Khanna in Support of Plaintiffs' Emergency Motion for Preliminary Injunction:

1. Exhibit 1 is a true and correct copy of excerpts of the transcript of the April 4, 2023 Florida State Senate Committee on Ethics and Elections hearing and the associated certificate of transcriptionist.

2. Exhibit 2 is a true and correct copy of excerpts of the April 19, 2023 Florida State House State Affairs Committee hearing and the associated certificate of transcriptionist.

3. Exhibit 3 is a true and correct copy of excerpts of the April 20, 2023 Florida State Senate Committee on Fiscal Policy hearing and the associated certificate of transcriptionist.

4. Exhibit 4 is a true and correct copy of excerpts of the April 26, 2023 Florida State Senate Legislative Session hearing and the associated certificate of transcriptionist.

5. Exhibit 5 is a true and correct copy of the declaration of Jared Nordlund on behalf of UnidosUS.

6. Exhibit 6 is a true and correct copy of the declaration of Raghav Joshi on behalf of Voters of Tomorrow.

7. Exhibit 7 is a true and correct copy of the declaration of Santiago Mayer.

8. Exhibit 8 is a true and correct copy of the declaration of Esperanza Sánchez.

9. Exhibit 9 is a true and correct copy of the declaration of Olivia Babis Keller on behalf of Disability Rights Florida.

10. Exhibit 10 is a true and correct copy of the declaration of Marcos Vilar

on behalf of Alianza for Progress and Alianza Center.

11. Exhibit 11 is a true and correct copy of the declaration of Johana Florez.

12. Exhibit 12 is a true and correct copy of the declaration of Adora Obi Nweze on behalf of Florida State Conference of Branches and Youth Units of the NAACP.

13. Exhibit 13 is a true and correct copy of the declaration of Cynthia Slater on behalf of Volusia County-Daytona Beach NAACP.

14. Exhibit 14 is a true and correct copy of the LA Times Article, *Florida's anti-immigrant bill continues DeSantis' campaign of cruelty* (April 13, 2023), downloaded on June 7, 2023.

Dated: June 9, 2023

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Equal Ground Education Fund, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, and Florida Alliance for Retired Americans*

\*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ *Frederick S. Wermuth*
                                        Frederick S. Wermuth
                                        Florida Bar No. 0184111