# Exhibit 1

TRANSCRIPTION OF AUDIO RECORDING

COMMITTEE ON ETHICS AND ELECTIONS

APRIL 4, 2023

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1   do increase the aggregate as well.  If you alter
2   somebody's application, then that's a $5000 fine per
3   altered application.
4              We also want to protect against identity
5   theft since there is a lot of personal identifying
6   information on these applications.  So if you were
7   to make copies and retain specific information for
8   any other reason other than providing the
9   application to the supervisor of elections, then we
10  would treat it like a third-degree felony.
11             And so I think these are measured changes.
12  They make sense.  The supervisors of elections in
13  the past have recommended additional measures
14  related to enhancing protections around third-party
15  voter registration organizations.  Long winded
16  answer, I know, but it's obviously a lot going on
17  here, and so I just wanted to make sure to talk
18  through that.
19             SENATOR POLSKY:  Thank you.  So you
20  mentioned that there have been quite a few fines and
21  late fees, I guess, for lack of a better term.  So
22  if there is a challenge for these organizations to
23  get the forms in within 14 days, now you're making
24  it 10 days.  How does that help?  Because maybe
25  they're -- what they're trying to say is it's not

Page 66

1         VICE CHAIR ROUSON:  Senator Burgess.
2         CHAIRMAN BURGESS:  Thank you, Mr. Chair.
3         Thank you, Senator Powell.
4         The Social Security -- the last four of the
5    Social Security number could be on there as one of
6    the options for information, but I think my default
7    answer here would be there's no reason why a third-
8    party voter registration organization should be
9    copying this information.  They are the fiduciary of
10   a form, and we actually specify in another area of
11   this bill that I think is important that none of
12   this should be prefilled because it's an attestation
13   that everything in there is true.  And, therefore,
14   it should be filled out by the voter themselves and
15   not prefilled.
16        And so really this is in line with that
17   theme and the fact that the only purpose for this
18   should be to turn it in within the timeliness frame,
19   which we're making 10 days.  Any need to copy it or
20   retain or jot something down is -- I can't think of
21   a good reason for that.
22        VICE CHAIR ROUSON:  Senator Powell.
23        SENATOR POWELL:  Thank you.  You indicated
24   not prefilled.  That's on page 23.  How do you know
25   it's not prefilled, the application?