# Exhibit 2

Page 1

TRANSCRIPT OF VIDEO-RECORDED

MEETING OF THE FLORIDA STATE HOUSE

STATE AFFAIRS COMMITTEE

APRIL 19, 2023


SEGMENT

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1    Again, we're not talking about advocating. We're
2    talking about collecting and handling that
3    information. Getting it from the person wanting to
4    register to vote to the supervisor of elections, that
5    we want you to be a U.S. citizen.
6        REP. CARUSO:  Another follow up, last follow up.
7        REP. ESKAMANI:  Thank you, Chair. Could you just
8    define when you say handling, what does that
9    specifically mean? And for example, does that mean
10   they can't if the forms are in a folder to maybe drop
11   them off somewhere or an envelope, can they not touch
12   it even if it's enclosed in some sort of sealed
13   environment or is it more about just holding the forms
14   as you're trying to collect them? Maybe just define
15   handling for me?
16       REP. MCCLURE: Thank you. Thank you, Chair Caruso.
17   What I would say is if it were me and I were convicted
18   of a felony of of either election code or identity
19   theft or was not a U.S. citizen per this law, in an
20   abundance of caution, I wouldn't I would not handle
21   being, you know, holding the form in my hand. I would
22   simply direct them to someone who who met the criteria
23   should this become law.
24       REP. CARUSO:  Representative Gantt, you're
25   recognized.

1  a -- a third-party voter reg. organization. And it --
2  it's not easy. And we already have really great
3  security requirements and fees and fines to follow and
4  so forth.
5       A great deal of compliance. And I -- and I
6  actually think that there could be improvements made.
7  But my concern specifically with this amendment it
8  would strike lines 378 to 397.
9       And these are the changes to who can volunteer on
10 a third-party voter reg. organization. I say that
11 because there's no evidence that's been provided to me
12 that the individuals outlined in the current bill are
13 dangerous or untrustworthy or, you know, should not be
14 a volunteer to help empower their communities to do
15 voter registration.
16      We have organizations that help returning
17 citizens get back into society and -- and reduce
18 rescindism. These organizations that can also do voter
19 registration. And often times that peer to peer
20 relationship is a very powerful one in helping
21 communities of color talk to communities of color to
22 empower them to get registered to vote.
23      I'm very concerned because the two restrictions
24 seem to impact two key groups, population returning
25 citizens and immigrants. I'd also argue on the