# Exhibit 3

4/20/2023      Florida State Senate Committee      Audio Transcript

## Page 1

TRANSCRIPT OF VIDEO-RECORDED
MEETING OF THE FLORIDA STATE SENATE
COMMITTEE ON FISCAL POLICY
APRIL 20, 2023

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## Page 2

1     SEN. HUTSON: Members, we're going to take up tab
2  36, Senate Bill 7050 on elections by Ethics and
3  Elections. There's a proposed committee substitute on
4  the bill. Senator Burgess moves to take up PCS Barcode
5  880856 without objections. Show that done. Senator
6  Burgess, you're recognized to explain the PCS.
7     SEN. BURGESS: Thank you, Mr. Chair. Senators,
8  good afternoon. Had morning on my script here. Good
9  afternoon.
10     We have a PCS before us and I'm going to explain
11  a few things before getting that -- that have just
12  kind of been out there before getting into the
13  explanation of the PCF -- PCS. So before I get into a
14  more detailed explanation of what we're doing
15  differently in this PCS and how it differs from the
16  original SB7050 as it came out of ethics and
17  elections, I wanted to clarify what the underlying
18  bill and the proposed committee substitute do not do.
19     Based on some of the comments and reporting on
20  the elections package since its presentation in our
21  committee in ethics and elections, compelled to set
22  some of the records straight and first and foremost on
23  that, there's nothing in this bill or this PCS that
24  dismantles the current process used by the Department
25  of State when it comes to determining the eligibility

## Page 3

1 of a returning citizen to register to vote.
2     There's absolutely nothing in here that changes
3 Section 98.075 of paragraph one, which states the
4 department shall protect the integrity of the
5 electoral process by ensuring the maintenance of
6 accurate and current voter registration records.
7     We are not amending that paragraph and we're also
8 not changing Section 98.075, which states the
9 department shall identify those registered voters who
10 have been convicted of a felony and those whose voting
11 rights have not been restored by comparing information
12 received from but not limited to and then it goes
13 through the various -- the various iterations in
14 statute.
15     We are not amending that subparagraph. And later
16 in my explanation of the proposed committee
17 substitute, I'll explain how we are adding another
18 opportunity for timely information to flow directly
19 from the Clerk of Courts to the respective supervisors
20 of elections and how those two can work together for
21 more efficiency.
22     With respect to third-party voter registration
23 organizations, nothing in this bill or the proposed
24 committee substitute is intended to do away with these
25 organizations and the most important civic activities

## Page 4

1 that they engage in, rather because of the important
2 roll they play as a fiduciary, we are adding
3 additional guardrails, which I will go into more
4 detail in a couple moments.
5    We often hear people talk about not resting on
6 our laurels when it comes to election laws, but what
7 does that actually mean? It means to be so satisfied
8 with what one has already achieved that one makes no
9 further effort.
10    And good should never be the enemy of great as it
11 was said before. And now with saying those, those
12 opening remarks, I'd like to go into the details of
13 the proposed committee substitute. In this one we're
14 removing a few things and clarifying a couple things.
15    So first, we're removing the clarification of the
16 authority of the election crimes and security and the
17 duties of the statewide prosecutor.
18    We're requiring all new voter -- removing the
19 portion that requires all new voters who have never
20 been issued a specified Florida voter identification,
21 or I'm sorry, a Florida identification or a Social
22 Security number to vote in person for the first time.
23    We're removing the provision creating a new
24 penalty for the harassment of election workers, and
25 we're also removing the provision providing an

1 (Pages 1 to 4)

4/20/2023          Florida State Senate Committee          Audio Transcript

Page 5

1  additional option for discretionary early voting days.
2     The PCS revises the original bill's third-party
3  voter registration organization provisions to clarify
4  effective dates, eliminate an exception to the re-
5  registration requirement for political parties,
6  revised the maximum aggregate fine from $100,000 to
7  $250,000, adding a prohibition against voter
8  registration, application collection and handling by a
9  person convicted of certain felonies that were related
10  to election crimes or identity theft or by a non-
11  citizen.
12     The PCS revises the original bill's address list,
13  maintenance provisions, and working with the
14  supervisors of elections. We've really I think landed
15  in some -- some good spots there. So I want to give
16  them a shout out and say thank you for all that you've
17  done with our team to -- to get this right.
18     We're removing a current law requirement that
19  address confirmation request be sent to voters'
20  address of legal residence first, and some people get
21  their mail of PO boxes. This would create
22  efficiencies. we're requiring each annual list
23  maintenance program to begin by April 1st for
24  consistency and a consistent time in -- in adopting
25  what is already an annual list maintenance program.

Page 6

1     We're deleting a current law requirement voters
2  respond to an address confirmation request within 30
3  days, and to maintain the original bills provisions
4  regarding annual review with legal residential
5  addresses coordination between the department and
6  supervisor to complete required address list
7  maintenance activities.
8     We also do some further clarification throughout
9  the original bill and retain other provisions in the
10  original bill. And that is the bulk of the changes in
11  the PCS, Mr. Chair.
12     SEN. HUTSON:  Great. Thank you.
13     SEN. BURGESS:  Mr. Chair, if I may.
14     SEN. HUTSON:  Keep going.
15     SEN. BURGESS:  Thank you. I forgot one of the
16  most important parts and may help the function and
17  flow of this -- of this meeting. So this is obviously
18  a 93 page bill, hyper-technical topic, very industry
19  specific terms, and very mechanical. So I like to
20  think I can take on a challenge, but understanding
21  some of the things in here and -- and the 43 -- 4 to
22  49 different components certainly contest you.
23     To some extent, so I have some experts with me as
24  well that are flanking me. And so if senators would
25  feel comfortable citing a section or a page number

Page 7

1  when asking a question. If you're able, sorry, the mic
2  just went out.
3     It's probably a sign, I'm done. If you're able to
4  do so, that -- I think that would help facilitate the
5  conversation as we navigate through this bill.
6  Essentially, every other page of this bill is a new
7  section, and so because of that, it's just hard to --
8  to keep track of that flow without some context. Thank
9  you.
10     SEN. HUTSON:  Thank you. Are you sure there's
11  nothing else?
12     SEN. BURGESS:  I've been sitting back here doing
13  handwritten amendments while we're waiting to be
14  heard, sir. So --
15     SEN. HUTSON:  I'm -- I'm eager to see what you
16  came up with. Members, if you would like, we have an
17  amendment in front of us first, you want to do that,
18  and then we'll go back to questions on the bill. The
19  amendment without objection, let's take it up. That is
20  barcode 896348 by Senator Thompson. Senator Thompson,
21  you are recognized to explain the amendment.
22     SEN. THOMPSON:  Thank you, Mr. Chair. My
23  amendment would delete lines 463 through 470, which
24  relates to the fine for third-party voter registration
25  organizations. That is the amendment.

Page 8

1     SEN. HUTSON:  Do you mind repeating the
2  questions, Senator Thompson? Oh, this is the
3  amendment. I apologize.
4     SEN. HUTSON:  You explained your amendment --
5  having explained your amendment. Are there any
6  questions on the amendment? Seeing no questions on the
7  amendment, I have a couple appearance forms. Oh, I'm
8  sorry. The appearance forms on Senator Thompson's
9  amendment. This is Cecile Schon with the League of
10  Women Voters here to speak.
11     MS. SCHON:  Yes, sir.
12     SEN. HUTSON:  I'm sorry, Cecile. Cecile. Thank
13  you for coming. You are recognized.
14     MS. SCHON:  Thank you. I'm Cecile Schon. I'm
15  president of the League of Women Voters of Florida --
16  and we feel that we have taken on assisting the state
17  with one of the most important things that the state
18  can do, which is to facilitate and register citizens
19  to be able to vote.
20     And we are very concerned with the attitude that
21  Senate Bill 7050 and the strike call version of it of
22  elevating fines and fees when on a group that is
23  trying to help citizens perform one of the most basic
24  things that Americans hold dear, which is the ability
25  to vote and have their voice be heard.

Page 9

1    So we are -- we speak in favor of Senator
2 Thompson's bill removing some of the fines, but there
3 are many, many others in the bill that should be
4 removed. And the idea of a quarter of a million dollar
5 maximum fine for the -- the league, which is 99
6 percent voluntary.
7    We have one or two employees, but people are just
8 giving their time. I myself started as I was active
9 duty captain on the base at Tyndall, and I just
10 wanted, you know, I committed, I was a -- assistant
11 staff judge advocate.
12    I said, I want to help people register to vote.
13 So I've started helping people register to vote in
14 Florida almost 40 years ago when I first stepped on
15 there with my brand new bars. And I feel that the
16 state has taken a really negative attitude towards
17 groups that are trying to help people with their
18 fundamental citizenship. So I speak in favor of
19 removing. Thank you.
20    SEN. HUTSON: Thank you. That was all the
21 appearance cards I have. We're now on debate on the
22 amendment. Seeing no debate, Senator Burgess you're --
23 you're recognized opine on the amendment.
24    SEN. BURGESS: Thank you, Mr. Chair. Thank you
25 for this amendment Senator Thompson in the discussion

Page 10

1 as drafted, it would remove any penalty and
2 consequence for a third-party voter registration
3 organization. and there are current fines on the
4 statute books we're upping those fines in certain
5 areas based on -- based on data and information that
6 we have and -- and some of the feedback and we're
7 uncovering with some bad actors.
8    And so for those reasons, I'd ask that we not
9 support the amendment, and I would consider it
10 unfriendly.
11    SEN. HUTSON: All right. Thank you, Senator
12 Burges. Senator Thompson, you'll recognize to close on
13 your amendment.
14    SEN. THOMPSON: Thank you, Mr. Chair. Senators,
15 participating in our democracy is so important. And I
16 think we ought to be encouraging people to register,
17 encouraging people to vote rather than making it
18 difficult for individuals to vote.
19    And when we have third-party organizations such
20 as the League of Women Voters, we have many social
21 groups, sororities, fraternities that have voter
22 registration drives.
23    I don't think that they should be stymied with
24 the imposition of fines for helping people to register
25 to vote. And I would ask you to support this

Page 11

1 amendment. Thank you, Mr. Chair.
2    SEN. HUTSON: Thank you. Having closed on your
3 amendment. All those in favor signified by saying,
4 yay.
5    MEMBERS: Yay.
6    SEN. HUTSON: All those opposed nay.
7    MEMBERS: Nay.
8    SEN. HUTSON: Show the amendment fails. Okay. We
9 are now -- we are now back on the -- okay, we're now
10 back on the PCS, barcode 880856. Are there any
11 questions on the PCS? You're recognized Senator Jones
12 for a series. I'll open it up, you can go back and
13 forth.
14    SEN. JONES: Thank you so much, Mr. Chair. And
15 thank you Senator Burgess. Senator Burgess, I want to
16 look at section three, section 24, section 25 and 26,
17 talking about the first time voters. And just a more -
18 - this first question is just a clarifying question as
19 we -- about the first time voters, what about the
20 first time voters who are out of state, who probably
21 turned 18 and they're not in state?
22    SEN. BURGESS: Thank you, Mr. Chair. Thank you,
23 Senator Jones. I believe we might be referring to a
24 section of the bill that we actually just removed in
25 this.

Page 12

1    SEN. JONES: You removed it?
2    SEN. BURGESS: Yes.
3    SEN. HUTSON: And you can go back and forth as --
4 as much as you want to. Go ahead.
5    SEN. JONES: Okay. Thank you. All right.
6    Oh, thank you so much Senator Burgess. And I'm
7 just going based off of some questions that I -- that
8 I wrote down in the amendment and I apologize. Senator
9 Burgess, did we -- did you also take out the -- the
10 timeframe in which an application must be submitted
11 for the party -- the party voter registration
12 organization from 14 to 10 days, or is that still in
13 the bill?
14    SEN. BURGESS: Thank-- thank you, Senator Jones.
15 That part is still in the bill. Yes. And actually that
16 is -- that is current law, or I'm sorry, current rule.
17    Let me, if you give me a second, I'm going to
18 pull the rule. so all applications must be delivered
19 to the division or a supervisor of elections or
20 postmark within 10 calendar days of the collection by
21 an organization or any -- any of its registered
22 agents. So it's actually current rule we came to find
23 out, and so we're just codifying that in statute.
24    SEN. JONES: Okay. And so, and rule set by the
25 Secretary of State, right?

4/20/2023                    Florida State Senate Committee                    Audio Transcript

Page 13

1    SEN. BURGESS:  Yes.
2    SEN. JONES:  Okay.  Who's here.  Good to see you,
3  Court.  And also within -- I'm still -- I'm going on
4  section five still.
5    It says that additionally a person can be charged
6  with a third degree felony if said, person collected
7  application on behalf of the organization, copies the
8  personal information.
9    What about the -- and I wrote this down my --
10  asking about online voter registration portals that
11  may allow the user to voluntarily share their
12  information.  What happens with that type of collecting
13  of information?
14    SEN. BURGESS:  Do you mind rephrasing the
15  question, Senator Jones?
16    SEN. JONES:  Yes, no problem.  Because it is --
17  because it says that -- basically saying the third
18  degree felony, if -- if a person collecting an
19  application on behalf of the organization copies the
20  personal information --
21    SEN. BURGESS:  Mm-hmm.
22    SEN. JONES:  -- of the voter for any purpose
23  other than the compliance within the section.  So my
24  question is what have -- what about those online voter
25  registration portals that are used to do voter

Page 14

1  registration and then someone voluntarily gives their
2  information?
3    SEN. BURGESS:  Thank you, Senator Jones.  This --
4  this is speaking to a situation where you have a -- a
5  registered agent with a third-party voter registration
6  organization, and they're collecting three PVRO
7  application, or I'm sorry, voter registration
8  applications.
9    And instead of just returning them within the
10  required timeframe of 10 days, you know, they're
11  making copies or retaining specific information, which
12  there's no purpose for and there -- and obviously we
13  run into situations with identity theft and other
14  various instances.  And so we're speaking to -- to that
15  as a new third degree felony.
16    SEN. JONES:  Makes sense.  Okay.  Got you.  I'm
17  going to go down to section nine that speaks of the
18  supervisor election and removing the name of the
19  deceased voter from the voter registration system
20  within seven days.
21    Did -- have we taken into consideration the
22  amount of time that the death certificate for
23  individuals are produced?
24    SEN. BURGESS:  It's -- thank you, Senator Jones.
25  It's -- it's -- it's taking action after they receive

Page 15

1  it is -- would be how that works.
2    SEN. JONES:  I -- Okay.  After they receive it.
3  Okay.  I want to look at section -- going back to
4  section 375 -- I'm sorry, section four, my apologies.
5  Line 375 and 401 that -- that speaks to us.
6    It says, must register each election cycle.  The
7  registration expires at the beginning -- expires at
8  the end of the election cycle, which is on line 398,
9  beginning 01/01/2025. do you think that it -- this
10  probably will create a -- unnecessary burden for
11  organizations who already will submit forms with their
12  third-party voter registration number on them?
13    SEN. BURGESS:  Tha- -- thank you, Senator Jones.
14  So currently there's close to 2000 3PBROs in
15  existence, and some actually are dating back to 2009.
16    So this is an effort to obviously if there's
17  inactive organizations to uncover those and to -- to
18  ensure that we have accurate information related to
19  these organizations that are actively registering
20  voters.
21    So it makes sense to periodically reap register
22  to ensure they're actively working within the -- the
23  world of voter registration.
24    SEN. JONES:  Okay.  And stay in section four, I'm
25  going to go to line 493.  Well, that creates a third

Page 16

1  degree felony for copying or retain -- well, we
2  already just talked about that.  So let me -- let just
3  ask the question.
4    Do -- do -- how will this prevent organizations
5  from following up with who they registered with?  I
6  think I should have asked that when I was talking
7  about the portal.  I should have been clear in how I
8  asked, so I apologize.
9    SEN. BURGESS:  Thank -- thank you so much,
10  Senator Jones.  I appreciate that. actually that kind
11  of speaks to another new provision within the third-
12  party voter registration world that I -- I think is
13  important and is an opportunity to highlight that and
14  that's where the receipt comes into play.  So number
15  one, when you take somebody's voter registration
16  application, you know, that's -- you're -- you're
17  becoming a fiduciary.
18    You're asking to carry somebody's -- somebody's
19  right to be -- you know, to -- to vote.  And-- and
20  they're -- they're wanting to seek out their civic
21  duty and we're affording the -- the Department of
22  State, the ability to create rules, adopt rules that
23  are related to how the printed receipt and the uniform
24  nature of that will go into effect.
25    And obviously, I would expect that potentially,

Page 113

1  seasons and delineations with reporting requirements.
2  Frankly our reporting requirements are -- and this is
3  related to the campaign finance and political
4  committee, quarterly financing reports.
5      It was mentioned that should be harder for money
6  to influence politics. Well, I think we all agree but
7  the reality is that monthly reporting has also infused
8  more money into politics.
9      And so there's a policy call being made here that
10 until qualifying when you're a qualified candidate and
11 people are really paying attention in the election
12 season, and that candidate, that you're an official
13 candidate, that way, qualified candidate, that's when
14 the monthly reporting would have kicked in, because
15 that's when the real and most of the activity kicks
16 in. Our reporting requirements currently have infused
17 more money into politics.
18     And if you have to meet a fundraising goal every
19 month instead of every quarter, you're going to be
20 asking for more money more often. Why are we making
21 these changes? Why are we making these changes?
22     Well, we're doing a great job, but we can always
23 improve in our process. And a team that wins the
24 playoff doesn't just stop watching the film after the
25 game. For those reasons I ask you that you vote for

Page 114

1  this Bill.
2      SEN. HUTSON:  Michelle, please call the roll and
3  CS for SB7050.
4      CLERK:  Senator Albritton?
5      SEN. ALBRITTON:  Yes.
6      CLERK:  Senator Berman? Senator Boyd?
7      SEN. BOYD:  Yes.
8      CLERK:  Senator Burton?
9      SEN. BURTON:  Yes.
10     CLERK:  Senator Collaya?
11     SEN. COLLAYA:  Yes.
12     CLERK:  Senator Collins?
13     SEN. COLLINS:  Yes.
14     CLERK:  Senator Desagley?
15     SEN. DESAGLEY:  Yes.
16     CLERK:  Senator Garcia?
17     SEN. GARCIA:  Yes.
18     CLERK:  Senator Jones. Senator Mayfield?
19     SEN. MAYFIELD:  Yes.
20     CLERK:  Senator Osgood?
21     SEN. OSGOOD:  No.
22     CLERK:  Senator Rodriguez?
23     SEN. RODRIGUEZ:  Yes.
24     CLERK:  Senator Simon?
25     SEN. SIMON:  Yes.

Page 115

1      CLERK:  Senator Thompson.
2      SEN. THOMPSON:  Yes.
3      CLERK:  Senator Torres?
4      SEN. TORRES:  No.
5      CLERK:  Senator Trumble?
6      SEN. TRUMBLE:  Yes.
7      CLERK:  Senator Wright?
8      SEN. WRIGHT:  Yes.
9      CLERK:  Senator Yarborough?
10     SEN. YARBOROUGH:  Yes.
11     CLERK:  Senator Stewart?
12     SEN. STEWART:  Yes.
13     CLERK:  And Chair Hudson?
14     SEN. HUTSON:  Yes. By your vote CS for SB 7050 is
15 reported favorably. I'm going to move to Senator
16 Yarborough to give -- to give Senator Byrds a -- a
17 quick break. Let's take up tab 11.
18
19
20
21
22
23
24
25

Page 116

1      I, Chris Naaden, a transcriber, hereby declare
2  under penalty of perjury that to the best of my
3  ability the above 115 pages contain a full, true and
4  correct transcription of the tape-recording that I
5  received regarding the event listed on the caption on
6  page 1.
7
8      I further declare that I have no interest in the
9  event of the action.
10
11     June 1, 2023
12     Chris Naaden
13
14
15
16
17
18 (FL State Senate Committee on Fiscal Policy segment,
19 4-20-23)
20
21
22
23
24
25