# Exhibit 4

Page 1

TRANSCRIPTION OF VIDEO RECORDING

FLORIDA SENATE LEGISLATIVE SESSION

APRIL 26, 2023

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 6

1   And so we want to make sure that we have a higher
2   scrutiny on those that are doing this.  So that
3   obviously, if you get a third-party registration, a
4   third-party registration gets someone's information
5   to the supervisor, we want it to be done correct, we
6   want it to be done right, and we want those people
7   to be able to vote.
8            PRESIDENT PASSIDOMO:  Senator Polsky.
9            SENATOR POLSKY:  Thank you, Madam
10  President.
11           I understand and I think we all probably
12  agree.  I guess the issue is is there any reason to
13  think that a felon has done those acts or a
14  non-citizen has done those acts more than the
15  Average Joe criminal?  Or excuse me, the Average
16  Joe, you know, person who just didn't do the job
17  correctly?
18           PRESIDENT PASSIDOMO:  Senator Hudson.
19           SENATOR HUDSON:  Thank you, Madam
20  President.
21           I know what you meant.  Senator Burgess has
22  actually done a lot on this particular section, so
23  if you don't mind, I'm going to kick it over to him
24  because he's got a little bit more facts and data
25  than I do.

Page 7

 1              PRESIDENT PASSIDOMO:  Senator Burgess.
 2              SENATOR BURGESS:  Thank you very much,
 3      Madam President.
 4              Thank you for the question, Senator Polsky.
 5      Appreciate that.  The answer is yes.  And not just a
 6      little bit, a lot.  Some of the organizations that
 7      the Department of State has been investigated had
 8      15-time convicted felons, a couple other felons who
 9      had multiple felony counts against them.  And so the
10      answer is yes.  This has been a problem.  And that's
11      also why we're trying to provide that these felonies
12      have a nexus to the handling of personal information
13      and the potential for identity theft.
14              PRESIDENT PASSIDOMO:  Senator Polsky.
15              SENATOR POLSKY:  Thank you.  Moving on to
16      whether someone knows that they are eligible to vote
17      post-conviction.  The wording on the card that's
18      supposed to send out says, you know, "This does not
19      declare that you are eligible to vote."  But it
20      says, "You should check with the Department of
21      State."  How does the Department of State know if
22      someone is eligible to vote, if all fines have been
23      paid, et cetera?
24              PRESIDENT PASSIDOMO:  Senator Hudson.
25              SENATOR HUDSON:  Thank you, Madam

Page 8

1  President.
2          That's a great question, and Senator
3  Polsky, if you were in my committee on this bill,
4  the secretary did come up -- Secretary Byrd did come
5  up and he's the one suggested the exact information
6  that you're talking about on that information sheet
7  called the Secretary of State.  He said that they
8  have a lot of lawyers and a lot of good legal team
9  that can help people find out whether they're --
10 whether they've paid all their fines and fees, so
11 they don't go commit a felony.  So it's something he
12 requested.
13         But essentially, it's not that easy.  It
14 takes some time to figure out whether you may have
15 outstanding fines and fees by different counties.
16 And so what we wanted to do is make sure those
17 individuals could talk to the secretary, talk to the
18 legal teams, and make sure that they truly can vote
19 and not accidentally commit a felony.
20         PRESIDENT PASSIDOMO:  Senator Polsky.
21         SENATOR POLSKY:  Thank you, Madam
22 President.
23         Okay.  Let's move on to something that's
24 not going to get a lot of attention, the resign to
25 run piece of this.  Can you tell us why we need this

Page 15

1   recognized.
2           SENATOR JONES:  Thank so much,
3   Mr. President.
4           Page 4, line 77.
5           PRESIDENT BAXLEY:  You're recognized to
6   respond.
7           SENATOR HUDSON:  Thank you, Mr. President.
8           This goes back to the third-party voter
9   registration, and we wanted to make sure you were --
10  if I remember correctly, that you were a legal
11  citizen handling this and you weren't an illegal
12  doing third party voter registration.  Again, that
13  data is pretty private and sensitive, so we want to
14  make sure that if there any person out there is a
15  felon or has fraudulent stuff they've done in their
16  past, they're not handling sensitive information.
17          PRESIDENT BAXLEY:  Senator Jones, you're
18  recognized for another question to the sponsor of
19  the amendment.
20          SENATOR JONES:  Thank you so much,
21  Mr. President.
22          And thank you, Senator Hudson.  So why does
23  the provision apply to all who aren't U.S. Citizens?
24          PRESIDENT BAXLEY:  Senator Hudson, you're
25  recognized to respond.

 1                SENATOR HUDSON:  Thank you.  I'm going to
 2     actually let Senator Burgess take this part because,
 3     again, he's done a lot on this third-party voter
 4     registration.
 5                PRESIDENT BAXLEY:  Senator Burgess, you're
 6     recognized for a response.
 7                SENATOR BURGESS:  Thank you, Mr. President.
 8                And thank you, Senator Hudson.  You're
 9     doing a heck of a job, as always.
10                And thank you, Senator Jones.  It's a good
11     question, it's a fair question, and an opportunity
12     to provide some clarification and justification as
13     to why this is in that provision.  First and
14     foremost, it kind of dovetails in line with ensuring
15     that we're protecting that sensitive information
16     that we're collecting from a voter if they are
17     requesting all of that on a voter registration form.
18                Secondly, I think the policy call her is
19     that, you know, we recognize already that there are
20     certain rights in our country that only citizens get
21     to enjoy, including serving on a jury, running for
22     office, and voting, and we're just adding that
23     ensuring that somebody else's right to vote is not
24     one of those.  And in doing so, I think it's
25     important to -- and this was a topic of conversation

Page 17

1   in the last committee and with staff to kind of
2   clarify this.
3           There's a difference between the
4   solicitation and the collection.  So a 3PVRO
5   absolutely, you know, people can volunteer and hand
6   out the forms, the registration forms.  There is a
7   different -- and this is current law.  There's a
8   different requirement when it comes to collecting
9   the forms.  The people that are collecting the forms
10  have to be, I think it's called registered agents,
11  and the registered agents are reported up to the
12  Department of State.  Again, current law.  And so a
13  non-citizen, in theory, could solicit, could hand
14  these forms out, they just wouldn't be able to
15  collect them.  And by collect, I mean the filled-out
16  application.
17          PRESIDENT BAXLEY:  You're recognized,
18  Senator Jones, for another question.
19          SENATOR JONES:  Thank you, Mr. President.
20          This is for Senator Burgess, to stay on
21  this line of questioning.  Yes?
22          PRESIDENT BAXLEY:  Very good.  You're
23  recognized for a  question to the sponsor of the
24  amendment.
25          SENATOR JONES:  Thank you so much,

Page 18

1  Mr. President.
2           And I appreciate that, Senator Burgess.  So
3  if the concern is about security, why wouldn't you
4  allow non-U.S. Citizens who have been vetted, like
5  legal, permanent residents to collect and handle
6  registration applications with the 3PVROs?
7           PRESIDENT BAXLEY:  Senator Burgess, you're
8  recognized to respond to the question.
9           SENATOR BURGESS:  Thank you very much,
10 Mr. President.
11          Thank you, Senator Jones, for the question.
12 I think my -- I think I'll fall back on my previous
13 answer kind of related to the decision why.  It's
14 ultimately a policy call but those are the reasons
15 why we decided to land on sticking with non-U.S.
16 citizens.
17          PRESIDENT BAXLEY:  Senator Jones, you're
18 recognized for another question.
19          SENATOR JONES:  Thank you so much,
20 Mr. President.
21          Senator Burgess, isn't it true that
22 non-U.S. citizens are allowed to work for the
23 Division of Elections?
24          PRESIDENT BAXLEY:  Senator Burgess, you are
25 recognized to respond.