# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs,*<br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants.* | Case No. 4:23-cv-00215-MW-MAF |

**DECLARATION OF JARED NORDLUND ON BEHALF OF UNIDOSUS**

I, Jared Nordlund, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Florida State Advocacy Director at UnidosUS, a nonprofit organization and one of the nation's largest Latino civil rights and advocacy organizations.

3. I have been the Florida State Advocacy Director at UnidosUS for about four years. Before that, I served as the Senior Strategist for Florida at UnidosUS for eight years. In both roles I have overseen civic engagement and advocacy campaigns in Florida.

4. Prior to becoming Senior Strategist for Florida, I served as the National

1

Field Director for UnidosUS for one year, and I oversaw voter registration and civic engagement campaigns across the country in that capacity.

5. The mission of UnidosUS is to build a stronger America where Latinos can thrive and live out the American dream.

6. UnidosUS has offices in Florida and has 18 affiliated community-based nonprofit organizations ("Affiliates") based or working in Broward, Collier, DeSoto, Flagler, Glades, Hardee, Hendry, Highlands, Hillsborough, Indian River, Lake, Lee, Manatee, Marion, Miami-Dade, Monroe, Palm Beach, Pasco, Polk, Putnam, Orange, Osceola, Sarasota, Seminole, and Volusia Counties. These Affiliates pay dues to UnidosUS and service the Latino community throughout Florida.

7. Members of our Affiliates are UnidosUS members. Some of these members are noncitizens.

8. UnidosUS works to build a stronger America through research, advocacy, programs, and supporting the work of local Affiliates in the State of Florida and nationally, to challenge and overcome the social, economic, and political barriers that affect Latinos in the United States.

9. For instance, UnidosUS hosts educational events on a range of topics, including voting, economic security, housing, immigration, healthcare access, nutrition, and education. We operate these educational events through online webinars, in-person events, and sometimes in a hybrid format.

10. UnidosUS is a registered third-party voter registration organization in

2

the State of Florida. We engage in extensive voter registration efforts to encourage political participation in the Hispanic community.

11. From 2008 to 2022, we registered 406,005 Florida voters. Of those registrations, 370,781 were registered through community canvassing, meaning that our canvassers registered them. The other approximately 36,000 were registered online using UnidosUS's ads on Google and Facebook.

12. In 2022, nationally, we made 1,194,703 phone calls to voters who we registered in Arizona, Texas, and Florida during the final six weeks leading up to the election and sent mailers to 536,398 voters whom we registered.

13. We have begun doing some voter registration events on a discrete basis for the 2023-2024 cycle. Our launch of our full voter registration program for this cycle will begin in or around August 2023.

14. To carry out our voter registration efforts, UnidosUS hires about 100 canvassers in Florida for each election cycle. The vast majority of our canvassers—75% or more each year—are noncitizens. In 2022, 66% of our temporary staff members were noncitizens who were permitted to work in the United States. We call our returning canvassers, captains, and organizers first when we launch a voter registration effort because of the skills required to collect voter registrations in our community. Many of these individuals work with us during multiple cycles.

15. Many of these individuals express that they are passionate about this work and enjoy doing it. But our noncitizen canvassers have expressed fear to

3

participate in this lawsuit based on their status and the fact that SB 7050 seems to target them directly.

16. We train these canvassers on the laws that they are operating under, the importance of their jobs, and the way to properly conduct voter registration when acting on behalf of UnidosUS. The development of this training requires extensive work on behalf of UnidosUS and must change every time that Florida's elections laws change.

17. UnidosUS conducts background checks on its canvassers and only hires canvassers who are U.S. citizens or legal permanent residents in the United States.

18. Most of these noncitizen canvassers have helped with UnidosUS's voter registration efforts for multiple election cycles. Some have worked with UnidosUS for as many as six cycles.

19. These noncitizen canvassers are very connected to their communities and effective in helping UnidosUS to register voters. They know about the issues that matter to Florida's Hispanic communities and can talk about how important it is to vote so that the communities' voices are heard on those issues. In this way, these canvassers can convey the importance of voting in a unique way. Further, they also express that while they cannot vote to affect change on those issues, they are able to work to ensure that other members of their community can register and represent the community's interests.

20. After a canvasser registers a voter, he or she retains the voter's phone

4

number so that UnidosUS can follow up with the voter. Sometimes, we need to follow up with voters for some reason—e.g., if we notice that certain portions of the form are illegible or to follow up and ensure that registrants received their voter identification cards.

21. UnidosUS also retains contact and other identifying information for every person who registers through UnidosUS. Once registered, each one of those people is sent a mailer from UnidosUS with get out the vote information, gets called multiple times with a reminder to go vote, and gets emailed multiple times with similar reminders. We also go door-to-door and canvass any voter who registered through UnidosUS this cycle and in past cycles.

22. In these conversations, our canvassers explain the importance of voting, remind them to vote, help potential voters make a voting plan, and provide other voting-related information. Our noncitizen canvassers are often in a unique position to remind registrants and voters that the canvasser, as a noncitizen, cannot vote and so the other person should take the privilege of voting seriously and be sure to exercise the right to vote.

23. We also retain copies of the voter registration applications for our own protection. We were recently fined $1,000 for two different applications that were returned to the wrong counties. These fines came soon after we signed a letter directed to the legislature against SB 7050. In 2019, we were fined $400 for returning five forms late during the 2017-2018 election cycle.

5

24. Using the voter registration information we had maintained, we were able to investigate why that happened to ensure that we do everything in our power to make sure that does not happen again. We were also able to confirm that the errors had actually occurred rather than trusting actors outside of UnidosUS.

25. UnidosUS will be forced to retool many of its programs and rebuild much of its canvassing institutional knowledge as a result of SB 7050's citizenship requirement and prohibition on keeping voter information.

26. We will be forced to rebuild our team of canvassers from the ground up, and we will have to train an entirely new team on voter registration. We are also unsure of whether we could find enough new Spanish-speaking canvassers to replace all of our existing noncitizens.

27. We will have to devote staff hours developing a new training to understand SB 7050 and ensure that we are not subjecting our canvassers or UnidosUS to any potential liability and fold that information into the training.

28. We will have to dedicate at least half of a full-time employee's staff time for six months to a year to constantly recruit, hire, and train only United States citizens to canvass with us, given that we have a higher turnover rate for United States citizens staying on in canvassing roles in our years of experience.

29. Given that most of our senior canvass staff—our organizers and captains—are noncitizens, we would have to spend more time testing new collection models, training and managing new staff on our models and systems that existing

6

staff already know. I would estimate an additional one-third of a full-time employee's time would be dedicated to ongoing training and management above what we already devote to these efforts.

30. I would estimate that this staff time would amount to at least $56,000 in salaries and benefits and supplies over the course of the four months after SB 7050 goes into effect.

31. These are the estimates that are available right now, but it is likely that even more resources would be devoted to this effort if the Citizenship Requirement took effect. A lot of our canvass staff who are in a position of leadership have been with us for multiple cycles, so we would lose a lot of institutional knowledge and have to rebuild our entire operation to get back to where we were pre-SB 7050. Ultimately, we would not be able to rebuild that institutional knowledge, experience, and community connections that have been built over years.

32. We still do not know how many more canvassers we would need to keep pace with our goals if new United States citizen canvassers have lower production rates in the voter registration context, which I think is likely because they will be new to their positions and may also be less comfortable with some of the components of the job, like communicating with a new voter and completely the voter registration form correctly.

33. For canvass supplies to test the system, I would estimate that we will spend about $13,000. In addition to the $56,000 estimate above for staff time, this

7

amounts to $69,000 as an estimated amount. And this does not account for having to delay or reschedule our issue advocacy workloads to be able to pilot an entirely reworked voter registration system before the end of the summer.

34. If I had to estimate, I believe running a paper voter registration canvass—either collecting forms on-site at retail locations or by going door-to-door—under SB 7050 would add 20% more to the cost of our voter registration operation based on 2022 pay rates. That estimate could go as high as 30% if we are forced to raise salaries in order to recruit a sufficient number of canvassers.

35. In order to meet the same goals as prior years, we would have to spend more money training people, managing them, time spent rebuilding our institutional knowledge of the model, and hiring more canvassers.

36. About 70% of our total voter registration program budget is already devoted to temporary hire pay, so these changes would have a drastic impact on UnidosUS's operations.

37. We are considering launching a new program this year that would take voter registration applicants directly to the government's website to register to vote. We are considering this option in response to SB 7050 and the increased scrutiny on and consequences for errors in paper voter registration applications in hopes of decreasing our organizations' risk of penalties. We have already and will continue to divert staff time and resources to this program because of SB 7050. This program would still be conducted through the help of noncitizen canvassers, members, and

8

volunteers.

38. UnidosUS does not know how well this program will work if we launch it. We will still face the difficulty of finding canvassers to staff this program, which will be very difficult if not impossible if we cannot hire noncitizens.

39. UnidosUS could not withstand the $50,000 fine associated with the Citizenship Requirement. A $50,000 fine is a large part of UnidosUS's budget. If we are fined, we will have to shift resources away from our civic engagement actions and funnel that money into voting registration, given that voter registration is integral to UnidosUS's work.

40. We would likely end up collecting fewer voter registrations than what we normally average because between 66 and 80% of the people we hire would be brand new and likely not have any experience with voter registration canvassing like our existing noncitizen canvassers.

41. On average, collecting one voter registration form costs approximately $45 of resources, including equipment and staff time. Getting fined $50,000 is equal to 1,111 voter registration forms or a week's worth of canvassing. Each $50,000 would be equal to 3% of our voter registration budget.

42. If canvassers cannot retain the information of those who register to vote through UnidosUS, UnidosUS will not be able to contact an applicant if there is an issue with an application and will not be able to follow up with voters to ensure their applications are properly submitted and to ensure that they get out the vote on

9

election day. UnidosUS will also be unable to maintain records of its voter registration applications and may be subject to fines without being able to confirm that they should be subjected to those fines and without being able to investigate how those errors happened. This would also prevent UnidosUS from adjusting their processes to ensure that those errors do not happen again. This will further deter UnidosUS from participating in a paper voter registration program. It will also require more resources be spent on developing our electronic initiative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

*/s/ Jared Nordlund*
Jared Nordlund
UnidosUS
