# Exhibit 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

### DECLARATION OF RAGHAV VIKAS JOSHI ON BEHALF OF VOTERS OF TOMORROW

I, Raghav Vikas Joshi, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Special Projects Director at Voters of Tomorrow Action, Inc. ("VOT"), a nonprofit organization devoted to promoting Gen Z's participation in democracy and making Gen Z's voice heard. VOT has chapters all around the country, including in Florida. In my role as Special Projects Director, I am familiar with VOT's current activities and involved in planning and executing its proposed future activities, including for voter registration and get-out-the-vote ("GOTV") efforts.

1

3. I oversee the planning of our events, many of which include civic education and get-out-the-vote events.

4. VOT is an intentionally inclusive and safe space to organize for youth all over the country of all backgrounds. Its staff includes noncitizens all over the country, including myself, and it is incredibly distressing to hear that we will now have to start considering citizenship status in determining who can be a part of our volunteer community. Excluding people based on whether they are citizens or not runs against why VOT exists in the first place.

5. VOT promotes Gen Z's participation in democracy by registering people to vote, primarily young people. We are one of only a handful of organizations that we know of in Florida that specifically targets voter registration on college campuses. We view our organization as filling a void to reach young voters specifically and encourage them to register to vote and participate in democracy.

6. Another way that VOT promotes Gen Z's participation in democracy is through special events. For instance, I am currently planning VOT's Leaders of Tomorrow Summit, which is a gathering of Gen Z activists and advocates to network, collaborate, and hear from the leaders of today. This is our second year of hosting the Summit, and it is slated for July 27-29 in Washington, DC. The Summit is now our flagship annual event and is a critical part of our mission as an organization that aims to foster the next generation of political leaders while building

2

our generation's legitimacy in current political spaces.

7. VOT is not a registered 3PVRO in Florida at this time. We were planning to become a registered 3PVRO for the 2023-2024 election cycle. But, because of SB 7050, we are reconsidering our plans. SB 7050's Citizenship Requirement, Information Retention Ban, and fines provisions make us hesitant to engage in voter registration directly, despite our excitement to do so otherwise in order to further our mission of mobilizing young voters in Florida.

8. As of now, we help register voters in Florida through partnerships with registered 3PVROs. Coordinating these partnerships requires staff hours and resources, which is one reason why we were planning to register as a 3PVRO before SB 7050 passed.

9. For example, VOT's Florida chapter often engages in "days of action" in a given part of the state, which involve working with colleges, schools, or community organizations. At these events, VOT works with registered 3PVROs—primarily People Power Florida—to register young voters. These days of action are already underway for the 2023-2024 cycle. We have had six days of action across Florida since the beginning of 2023 and will have four more by the end of 2023. These events include voter registration, collecting petition signatures, condom distribution, literature distribution, and volunteer development. These days of action are critical for voter registration at college campuses and youth involvement.

10. In Florida, we have 75 young people who serve as "staffers"—i.e.,

3

consistent volunteers who help with canvassing. While I am aware that some of these staffers are noncitizens, we do not specifically inquire about citizenship status when someone begins working with us. We believe that one's citizenship status does not affect their ability to canvass effectively and lawfully. All of the Florida noncitizen staffers are minors, under the age of 18.

11. Because we have conducted voter registration through partner organizations in the past, these 75 staffers undergo training with those organizations, even if they have already received training from VOT. They are asked to follow all of the laws and regulations governing voter registration in Florida, just as they would be if they were registering voters directly through VOT.

12. When our staffers help someone register to vote on behalf of registered 3PVROs, they typically provide a hard copy of the application that they encourage the registrant to fill out on the spot. During this interaction, the staffer will discuss with the potential registrant the importance of registering to vote and turning out to vote, broader civic engagement, and any ongoing ballot petition initiatives that we are currently working on. The staffer will also retain the voter's contact information to enable VOT to contact them in the future. VOT uses this information to contact voters to encourage them to vote, get involved with VOT's work, and more.

13. VOT members are our chapter members. We also have multiple noncitizen members in our chapters, executive board, and board of directors, including myself. I am a legal permanent resident and am eligible and plan to apply

4

to naturalize in 2026.

14. Before SB 7050 was passed, I had previously planned to go to Florida to help with on the ground organizing efforts in 2023 and 2024. With the impending enforcement of the Citizenship Requirement, I will not risk traveling to Florida or helping with any aspect of the voter registration process due to the potential consequences for the organization and me personally.

15. Our other noncitizen members are also confused about whether any of us can do work involving voter registration in Florida because the law's reference to "collecting" and "handling" voter registration applications is not clear about what is actually prohibited. For example, we are unsure if viewing and analyzing data from the applications constitutes "handling."

16. VOT will be forced to change many of its programs as a result of SB 7050's Citizenship Requirement and Information Retention Ban.

17. First, our noncitizen members and staffers will not be allowed to do voter registration. As a result, we will have to recruit additional people to do this work. Second, we will be forced to figure out how to run background checks and checks on the citizenship status of our members and staffers. The fact that all of our Florida noncitizen staffers are minors may make this process even more costly and difficult, and it will likely discourage participation in our voter registration efforts and undercut the trust we've worked to build among our volunteers. The cost of running these background checks will divert money from other programs like our

impact mobilization efforts, software that we rely on to turn out voters (such as Votebuilder, Mobilize, and Impactive), and our events.

18. Additionally, VOT could not withstand the $50,000 fine associated with the Citizenship Requirement. A $50,000 fine would be catastrophic, and we would have to shift money away from our other priorities—like our Leaders of Tomorrow Summit—in order to pay for such a fine. $50,000 was around half of last year's budget for our summit and roughly 8% of VOT's total operating budget for the 2023 fiscal year. A single fine would require slashing the summit budget roughly in half and doing about only half of our intended programming. Even two fines would force us to cancel our flagship event entirely.

19. This major financial risk is part of why we are reconsidering whether to register as a 3PVRO at all. It is also why I personally, as a noncitizen, will not travel to Florida to participate in any voter registration initiatives. The law is ambiguous on permissible parameters, and the consequences are just too great to risk.

20. Additionally, if canvassers cannot retain the information of those who register to vote through VOT, VOT will not be able to contact the registrant to promote VOT's mission of civic engagement, including encouraging the individual to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

*/s/ Raghav Vikas Joshi*
Raghav Vikas Joshi
Voters of Tomorrow
