# Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

### DECLARATION OF SANTIAGO MAYER ARTASANCHEZ

I, Santiago Mayer Artasanchez, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am a founder of and the current Executive Director of Voters of Tomorrow ("VOT"). I am also the chairman of our Board of Directors. I started VOT in December 2019. We incorporated officially in May of 2021.

3. I am a legal permanent resident and noncitizen. I came to the United States from Mexico through a work-dependent visa and later became a legal

1

permanent resident when I was eligible. I now intend to stay in the United States and become a United States citizen.

4. Voter registration and get out the vote efforts are the core focus of VOT. Our mission is to encourage young people to become civically engaged, and we focus our work on college and high school campuses.

5. My job as Executive Director requires me to be on the ground engaging in get out the vote efforts, particularly in battleground states like Florida.

6. Being on the ground gives me both internal credibility within VOT and gives VOT external credibility with donors. Internally, my presence on the ground allows me to lead by example and signals to staffers that I am passionate about this work and willing to do the hard but essential work that lies at the heart of VOT. Externally, my personal experience doing voter registration work makes me a much more effective leader and communicator about the issues VOT focuses on and faces. In other words, my ability to do voter registration work personally has a direct impact on our organization's ability to fundraise and finance our work.

7. Voter registration and get out the vote efforts are very important to me, and I take great pride in participating in them. I started VOT in part because I am an immigrant. I moved here in August in 2017 and wanted to discuss different policies with my friends and colleagues that made me—as an immigrant—feel unsafe. I soon realized many young people were not informed on important policy issues impacting

2

them personally and their families and communities. I created VOT to be an organization dedicated to educating young people on important issues and getting more young people civically engaged.

8. For these reasons, I have participated in on the ground voter registration efforts, including get out the vote efforts in May of 2022 in Florida. I worked with Florida Freedom to Read Project on May 24, 2022 to distribute banned books and information about registering to vote. The banned books that we distributed contained a VOT flyer and a QR code that linked to an online voter registration form. We held this event outside of the Orange County School Board, which was meeting in part to discuss book banning.

9. Although VOT is not a registered 3PVRO, we were planning to become a registered 3PVRO in the upcoming election cycle. In past cycles, we have handed out physical voter registration forms or a QR code to potential registrants and facilitated their interactions with and return of completed applications to partner organizations who are registered 3PVROs.

10. I intended to go back to Florida this year to help with voter registration. I formed connections when I was on the ground last time and felt compelled to return to support our Florida VOT volunteers. I was in communication with our partnership organizations, planning to join them in registration efforts in the late summer and early fall.

11. Now I do not think that I can return to Florida to participate in these efforts for fear of violating the law under SB 7050 and risking a large fine for VOT. This is incredibly upsetting to me. I am the head of VOT, and because of my citizenship status, I cannot do the work at the core of our mission without risking fines that would devastate our organization and wipe out our budget.

12. It is not just an issue of not returning to Florida to participate this year. I am concerned this could lead to broader anti-immigrant trends in the voter registration and education space. I am particularly concerned that allowing this law to stand will set a dangerous precedent for other states and other future actions in Florida. This work is my passion and my chosen profession, and I planned to keep doing it for my whole life. Now I worry I won't be able to. Ever since this provision was proposed in the Florida legislature, parts of my days have been spent talking and thinking about how SB 7050 will impact VOT, the community we serve, and my career personally. And I don't want to back away from what I consider a crucial organization mission and my life's calling, but I also cannot risk fines that would threaten key pieces of our work and potentially the entire organization.

13. I wanted to become a citizen before the passage of SB 7050, but now SB 7050 makes it impossible for me to do the work that I have poured the last five years of my life into before I naturalize, and I am not eligible to start that process until 2025.

4

14. SB 7050 makes it seem like noncitizens must stay out of civic life entirely or that they are somehow a threat to secure elections. My experience is just the opposite: noncitizens like me and others who affiliate with VOT are devoted to preserving and expanding this country's democracy through access to the franchise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

*/s/ Santiago Mayer Artasanchez*
Santiago Mayer Artasanchez
