# Exhibit 8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00215-MW-MAF

## **DECLARACIÓN DE ESPERANZA SÁNCHEZ**

Yo, Esperanza Sánchez, de acuerdo con 28 USC § 1746, declaro lo siguiente:

1. Soy mayor de 18 años. Soy competente para hacer esta declaración jurada. Lo siguiente se basa en mi conocimiento personal.

2. Trabajo para UnidosUS. He estado trabajando para UnidosUS desde alrededor de 2015. Comencé como encuestadora, luego trabajé como coordinadora y ahora soy organizadora. También trabajé como encuestadora con Hispanic Federation durante unos meses para una carrera por el Senado en 2017.

3. Como organizadora, superviso un equipo de 15 encuestadores. Mi equipo y yo ayudamos a las personas a registrarse para votar, organizar rutas de escrutinio y manejar tareas administrativas generales, como controlar las horas y

1

garantizar que los miembros de mi equipo tengan los suministros necesarios para realizar el escrutinio (como gasolina para sus automóviles y agua). También distribuyo solicitudes de registro de votantes a mi equipo de encuestadores y las recojo después.

4. Los empleados de UnidosUS son una comunidad muy unida; trabajamos mucho juntos y nos preocupamos profundamente por los objetivos del trabajo que hacemos, que incluyen educar, registrar y atraer votantes.

5. En ciclos electorales anteriores, mi trabajo comenzó con los esfuerzos de registro de votantes aproximadamente un año y medio antes del día de las elecciones, que es aproximadamente ahora para las elecciones de 2024. Durante estos ciclos anteriores, UnidosUS me pagaba $24 la hora por una semana laboral de 40 horas.

6. Yo soy residente permanente de los Estaos Unidos, pero todavía no soy una ciudadana de los Estados Unidos. Yo actualmente estoy estudiando para presentar la prueba de ciudadanía.

7. Si no fuera por la ley SB 7050 sobre no ciudadanos, continuaría trabajando como organizadora en 2023 y 2024. Si la SB 7050 entra en vigencia, yo no podré recopilar solicitudes de registro de votantes ni participar de otra manera en el registro de votantes, debido a la posibilidad de que impongan fuertes multas a UnidosUS. Tales actividades son una parte importante de mi función actual en

UnidosUS.

8. No me queda claro qué está prohibido por la nueva ley sobre no ciudadanos de la SB 7050. Por ejemplo, como parte de mis responsabilidades laborales, reviso que las solicitudes que recibe mi equipo de votantes de los votantes estén completas y me aseguro de que las solicitudes se devuelvan a las oficinas del condado correctas y a tiempo. Eso ahora parecería estar prohibido.

9. Más del 80% de mi equipo de encuestadores en UnidosUS no son ciudadanos. Muchos no ciudadanos se preocupan mucho por participar cívicamente en los Estados Unidos, aunque no podamos votar. También ayuda que muchos no ciudadanos hablen español con fluidez, lo que ayuda a registrar y educar a los ciudadanos en nuestras comunidades.

10. Para mí personalmente, el compromiso cívico es muy importante. Soy de Colombia, que es un lugar donde a los ciudadanos no siempre se les permite hablar abiertamente sobre política y candidatos. Somos muy afortunados de poder discutir estas cosas en los Estados Unidos, y no lo doy por sentado.

11. Cuando vivía en Colombia, trabajaba en una escuela que atendía a niños desfavorecidos. Me di cuenta de que podíamos obtener mejores recursos para los estudiantes si contactábamos a los políticos, lo que me ayudó a aprender sobre la importancia de la política en una comunidad.

12. Cuando vine a los Estados Unidos, quería continuar con mi trabajo de

3

defensa y enseñarle a la gente lo importante que es votar y el privilegio de tener el derecho a votar, discutir candidatos y políticas, y elegir por quién votar.

13. Otros encuestadores no ciudadanos con los que he trabajado tienen historias similares y se sienten igualmente apasionados por hacer este trabajo de registro y participación de votantes.

14. Estos encuestadores no ciudadanos solicitan distribuir y recopilar solicitudes de registro de votantes como parte de sus trabajos. Hago lo mismo como organizador.

15. También tenemos conversaciones en curso con posibles registrantes. Como parte de mis conversaciones, hablo de mi pasión por usar su voz y opinar sobre cómo funciona el gobierno. Es un privilegio y animo a aquellos en nuestras comunidades elegibles para votar a ejercer su derecho y su voz.

16. Una vez que un votante está registrado, mi equipo y yo a veces les damos seguimiento si hay problemas con sus solicitudes de registro de votantes o para recordarles que salgan y voten en las elecciones en las que se registraron.

17. Me aseguro de que todos en mi equipo conozcan los requisitos para las organizaciones de registro de votantes en Florida y sigan esas reglas y leyes.

18. Estoy realmente preocupado por la restricción de SB 7050 a los no ciudadanos. No quiero perder el trabajo que me importa mucho, mis ingresos y las importantes conexiones personales que he ganado en UnidosUS. Esta ley restringe

mi capacidad para hacer el trabajo y el trabajo que yo quiero.

19. Sin encuestadores que no sean ciudadanos, no sé cómo UnidosUS podrá llevar a cabo sus esfuerzos de registro de votantes. Hacer campaña con un enfoque en las comunidades hispanas requiere ganarse la confianza de la gente. Nos hemos ganado esa confianza al conocer los problemas que preocupan a las personas de esa comunidad y al hablar su idioma. Los no ciudadanos están excepcionalmente bien posicionados con el conocimiento y las relaciones interpersonales para ser personas que tienen el conocimiento para navegar de manera efectiva en estas comunidades. Si los no ciudadanos no pueden continuar con este trabajo, creo que menos personas en las comunidades con las que trabaja UnidosUS se registrarán para votar y emitir sus votos.

Yo declaro bajo pena de perjurio que lo anteriormente es correcto y cierto.

Firmado en Junio 8, 2023.

                                                  */s/ Esperanza Sánchez*
                                                  Esperanza Sánchez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al._Plaintiffs_, v. CORD BYRD, in his official capacity as Secretary of State of Florida, et al., _Defendants_. | Case No. 4:23-cv-00215-MW-MAF |

## DECLARATION OF ESPERANZA SÁNCHEZ

I, Esperanza Sánchez, in accordance with 28 USC § 1746, declare the following:

1. I am over the age of 18. I am competent to make this sworn declaration. The following is based on my personal knowledge.

2. I work for UnidosUS. I have been working for UnidosUS since around 2015. I started as a canvasser, then I worked as a captain and now I am an organizer. I also worked as a canvasser with the Hispanic Federation for a few months for a Senate race in 2017.

3. As an organizer, I supervise a team of 15 canvassers. My team and I help people register to vote, organize canvassing routes, and handle general administrative tasks like keeping track of hours and making sure my team

members have the supplies they need to canvass (like gas for their cars and water). I also distribute voter registration applications to my canvassing team and pick them up afterwards.

4. UnidosUS employees are a tight-knit community; we work together a lot and care deeply about the goals of the work we do, which include educating, registering and engaging voters.

5. In previous election cycles, my work began with voter registration efforts about a year and a half before Election Day, which is about now for the 2024 Election. During these previous cycles, UnidosUS paid me $24 an hour for a 40-hour work week.

6. I am a permanent resident of the United States, but I am not yet a United States citizen. I am currently studying to take the citizenship exam.

7. If it weren't for the impact of Law SB 7050 on non-citizens, I would continue to work as an organizer in 2023 and 2024. If SB 7050 goes into effect, I will not be able to collect voter registration applications or otherwise participate in voter registration, due to the possibility of heavy fines being imposed on UnidosUS. These activities are an important part of my current role at UnidosUS.

8. It is not clear to me what is prohibited by the new SB 7050 non-citizen law. For example, as part of my job responsibilities I check that the applications my canvassing team receives from voters are complete, and I ensure that the applications are returned to the correct county offices and that they are on time. That would now seem to be prohibited.

9. Over 80% of my canvassing team at UnidosUS are not citizens. Many non-citizens care a lot about civic participation in the United States, even if we can't vote. It also helps that many non-citizens are fluent in Spanish, which helps to register and educate citizens in our communities.

10. For me personally, civic commitment is very important. I am from Colombia, which is a place where citizens are not always allowed to speak openly about politics and candidates. We are very lucky to be able to discuss these things in the United States, and I don't take it for granted.

11. When I lived in Colombia, I worked at a school that served underprivileged children. I realized that we could get better resources for students by reaching out to politicians, which helped me learn about the importance of politics in a community.

12. When I came to the United States, I wanted to continue my advocacy work and teach people how important it is to vote and the privilege of having the right to vote, to discuss candidates and policies, and to choose who to vote for.

13. Other non-citizen canvassers I have worked with have similar stories and are just as passionate about doing this voter registration and voter participation work.

14. These non-citizen canvassers distribute and collect voter registration applications as part of their jobs. I do the same as an organizer.

15. We also have ongoing discussions with potential registrants. As part of my conversations, I talk about my passion for using your voice and having a say in how government works. It is a privilege and I encourage those in our communities who are eligible to vote to exercise their right and their voice.

16. Once a voter is registered, my team and I sometimes follow up with them if there are issues with their voter registration applications or to remind them to get out and vote in the election in which they registered.

17. I make sure that everyone on my team knows the requirements for voter registration organizations in Florida and that they follow those rules and laws.

18. I am really worried about the SB 7050 restriction on non-citizens. I don't want to lose a job that I care about a lot, my income and the important personal connections that I have gained in UnidosUS. This law restricts my ability to work and to do the work that I want.

19. Without non-citizen canvassers, I don't know how UnidosUS will be able to carry out its voter registration efforts. Campaigning with a focus on Hispanic communities requires earning people's trust. We have earned that trust by learning about the issues that concern people in that community and by speaking their language. Non-citizens are exceptionally well positioned with the knowledge and interpersonal relationships to effectively navigate these communities. If non-citizens cannot continue this work, I believe fewer people in the communities UnidosUS works with will register to vote and cast their ballots.

I declare under oath that the above is true and correct.

Signed on June 8, 2023.

                                                          /s/ *Esperanza Sánchez*
                                                          Esperanza Sánchez



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Declaración de Esperanza Sánchez (Declaration of Esperanza Sánchez)**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
June 8, 2023

Signature, Notary Public



Stamp, Notary Public