# Exhibit 13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of State of Florida, et al., <br><br> *Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

**DECLARATION OF CYNTHIA SLATER ON BEHALF OF VOLUSIA COUNTY-DAYTONA BEACH BRANCH OF THE NAACP**

I, Cynthia Slater, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the President of Volusia County-Daytona Beach branch of the Florida NAACP ("Volusia NAACP"), a nonprofit, nonpartisan civil rights organization in Florida. I have been President since 2001.

3. The Volusia NAACP is a local branch of the umbrella organization, Florida State Conference of Branches and College Chapters and Youths Units of the NAACP ("Florida NAACP").

1

4. Prior to that role, I served as First Vice President of the Volusia NAACP, and I also served as the Civic Engagement Chair of the Florida NAACP.

5. Volusia NAACP is a registered third-party voter registration organization in Florida. Throughout my time as President, Volusia NAACP has helped register thousands of voters. Our success is due in part to the Bethune-Cookman University's college chapter and our organization's voter registration work on Bethune-Cookman University, Daytona State College, and Embry-Riddle Aeronautical University's campuses.

6. Volusia NAACP partners with other organizations, like sororities, fraternities, and local churches, to conduct voter registration events. We attend community events and college football games as part of our civic engagement outreach efforts. For example, we are currently planning a Juneteenth event that will include voter registration information and applications.

7. Volusia NAACP has never inquired about the citizenship status of its members and volunteers. However, I am aware that international students volunteer and participate in civic engagement on campus, which includes voter registrations. I spoke with the president of the college chapter of Bethune-Cookman University, who confirmed that several of their members are noncitizens, majority from the Caribbean, who collect and handle voter registration applications.

8. On average, Volusia NAACP works with 30-40 volunteers during voter

registration events, from canvassers knocking on doors in the neighborhood to volunteers working on college campuses and making phone calls. The Bethune-Cookman college chapter also conducts its own voter registration events.

9. We hold ongoing training, at least once a month, on proper ways to conduct voter registration under Florida law, and we also provide a review of the training to our volunteers before specific events.

10. It would be extremely burdensome, and cost prohibitive, to conduct background checks on every volunteer who assists with voter registrations on behalf of Volusia NAACP. And we will lose many volunteers who will not want to be scrutinized for volunteering and providing a service to the community. As a result, I believe Volusia NAACP will reach fewer voters, and will lose the trust and faith of our community.

11. If we lose volunteers, our members will have to spend time trying to replace the volunteers or do the work themselves. This means other projects, like our education program, economic development, and health equity, will be underserved as a result.

12. A $50,000 fine would wipe us out. Volusia NAACP has a yearly fundraiser, the Freedom Fund Banquet, that brings in anywhere from $5,000-$10,000 dollars. We would not be able to pay the fines imposed under the new law.

13. Volusia NAACP also retains voter contact information from voter

registration applications for the voters that it helps register. Volusia NAACP uses this information to follow up with these potential voters to make sure that they receive their voter registration card and that the information on the card is accurate. The organization would not be able to reach the number of voters it has helped register and encourage to vote after registering without this information. Without the ability to keep voters' contact information, we will not be able to do any kind of follow-up at all.

14. Retaining this information is also very important to our outreach efforts, as many of these voters we help register may want to volunteer in the future, join the organization, or help out in some other way. We like to keep the voters we register as part of our organization's network, but if we can't store their contact information provided on voter registration applications, we will not be able to continue to associate with them after we register them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

> */s/ Cynthia Slater*
> Cynthia Slater
> President
> Volusia County-Daytona Beach NAACP