# United States District Court

CIVIL MINUTES - GENERAL

Time: <u>11:00 – 11:33 a.m.</u>                                        Case # <u>4:23cv215-MW-MAF</u>
Date <u>  June 14, 2023</u>                                                    <u>4:23cv216-MW-MAF</u>
                                                                                      <u>4:23cv218-MW-MJF</u>

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al. v.

CORD BYRD, et al.

LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. ASHLEY MOODY, et al.

HISPANIC FEDERATION, et al. v. CORD BYRD, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status and schedule for [55], [27] & [32] Motions for Preliminary Injunction.  Ruling by Court: Defendants' responses to [55], [27] & [32] Motions, and any declarations from defendants, due by noon on 6/23/23; Replies and plaintiffs' declarations due by noon on 6/26/23. Word limit for plaintiffs' replies enlarged to 5,000 words.  Preliminary injunction hearing set for 9:00 am on 6/28/23.  Cases consolidated for the purpose of preliminary injunction hearing only.  Deadline for responses re: [7] Motion to Consolidate and [33] Motion to Proceed Under Pseudonym (in 4:23cv218) are stayed and will be reset after preliminary injunction hearing.  Supervisors of elections' responses to plaintiffs' [1] Complaint is extended 21 days after ruling on [55] Motion (in 4:23cv215).  Clerk to provide call-in number for interested parties to observe preliminary injunction hearing.  Order to follow.
_____

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

                    <u>Victoria Milton McGee</u>                              <u>Megan Hague</u>
                         Deputy Clerk                                          Court Reporter

_____

ATTORNEY(S) SPEAKING ON BEHALF OF PLAINTIFF(S):
Abha Kanna (Florida State Conference of NAACP)
Brent Ferguson (League of Women Voters)
Julie Ebenstein (Hispanic Federation)

ATTORNEY(S) SPEAKING ON BEHALF OF DEFENDANT(S):
Mohammad Jazil (Secretary Cord)
Noah Sjostrom (Attorney General Moody)

ATTORNEY(S) APPEARING FOR PLAINTIFF(S) FLORIDA STATE CONFERENCE OF NAACP:
Mindy Johnson, Makeba Rutahindurwa and Renata O'Donnell

ATTORNEY(S) APPEARING FOR PLAINTIFF(S) LEAGUE OF WOMEN VOTERS OF FLORIDA INC:
Danielle Lang, Jonathan Diaz and Ellen Boettche

ATTORNEY(S) APPEARING FOR PLAINTIFF(S) HISPANIC FEDERATION:
Cesar Ruiz, Megan Keenan, Dayton Campbell-Harris, Delmarie Alicea, Estee Konor, Roberto Cruz, John Freedman, Jeremy Karpatkin and Evan Preminger

ATTORNEY(S) APPEARING FOR DEFENDANT(S) ATTORNEY GENERAL ASHLEY MOODY:
Stephanie Morse

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY:
Nathaniel Klitsberg

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY:
Robert Swain and Diana Johnson

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR MIAMI-DADE COUNTY:
Michael Valdes

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR PINELLAS COUNTY:
Jared Kahn

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR CLAY, MARTIN, OSCEOLA, POLK AND ST. LUCIE COUNTIES:
Ronald Labasky

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR BAKER, BAY, BRADFORD, CALHOUN, COLUMBIA, DIXIE, FRANKLIN, GADSDEN, GULF, HAMILTON, JACKSON, LAFAYETTE, LIBERTY, NASSAU, PUTNAM, SANTA ROSA, ST. JOHNS, SUMTER, SUWANNEE, TAYLOR, UNION, WAKULLA, WALTON AND WASHINGTON COUNTIES:
Susan Erdelyi and Paul Cuffe

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR VOLUSIA COUNTY:
William Bledsoe

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR HARDEE, HENDRY, OKEECHOBEE, LEVY, HOLMES AND GLADE COUNTIES:
William Boltrek, III.

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR PALM BEACH COUNTY:
David Markarian and Jessica Glickman

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR OKALOOSA COUNTY:
Gregory Stewart

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR
DUVAL COUNTY:
Craig Feiser

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR
CHARLOTTE, COLLIER, INDIAN RIVER, LAKE, LEE, MANATEE, MARION, MONROE,
PASCO AND SEMINOLE COUNTIES:
Andy Bardos

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR
LEON COUNTY:
Mark Herron

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR
BREVARD, DESOTO, FLAGLER, GILCHRIST, HIGHLANDS, JEFFERSON AND
MADISON COUNTIES:
Frank Mari

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISOR OF ELECTIONS FOR
ESCAMBIA COUNTY:
Christi Hankins

Initials of the Clerk:  **VMM**