IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Plaintiffs*,

v.                                         Case Nos.: 4:23cv215-MW/MAF
                                                             4:23cv218-MW/MAF

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER DEFERRING DETERMINATION OF**
**ENTITLEMENT TO, AND AMOUNT OF,**
**<u>FEES AND COSTS</u>**

    This Court has considered, without hearing, the unopposed motion by the plaintiffs in Case No. 4:23cv215 ("Florida NAACP Plaintiffs") and in Case No. 4:23cv218 ("Hispanic Federation Plaintiffs") to defer determination of entitlement to, and amount of, fees and costs stemming from this Court's July 3, 2023, preliminary injunction order. ECF No. 106. The motion is **GRANTED**. The deadline to move for fees stemming from this Court's July 3, 2023, preliminary injunction order, as well as from any subsequent order this Court issues in these

cases, is **fourteen days after final judgment is entered**.

**SO ORDERED on July 14, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
