# EXHIBIT 2

## Supervisor of Elections' (SOE) Transmittal Form -
## Third-Party Voter Registration Organization (3PVRO) Noncompliance

| County: | | Total applications: | |
|---|---|---|---|
| **Entity/person's name:** | | | |
| **Entity/person registered as 3PVRO:** | ☐ **Yes**      ☐ **No** | If yes, 3PVRO ID No: | |
| **Delivery method:** | If mailed, enter postmark date (please provide copy of envelope): | | |
| | If hand-delivered or no postmark, enter date received by SOE: | | |
| **Name of the person submitting the applications at SOE office (if available):** | | | |

### SOE's Explanatory Statement About 3PVRO's Noncompliance

1. Include reasons cited by 3PVRO for noncompliance or alternatively, if available, attach cover letter or written document(s) from the 3PVRO.  Also, complete the entries on page 2 of this form and use continuation pages, as necessary.

2. In those circumstances in which an application with a 3PVRO ID number is returned without a cover letter or without a date-delivered mark reflecting it was collected by a 3PVRO, and the application is received after book closing or 14 days after the voter signed the application, include what efforts the supervisor's office took to contact the applicant/registered voter and confirm whether he or she returned the application to the 3PVRO.

| Name of Person Completing Form: | | Date Submitted: | |
|---|---|---|---|

**Note:** Please submit this form to the Division of Elections only after applications have been processed.

Attach copies of applications with form.

**The attachments enclosed may contain information that is confidential and exempt
from public disclosure under Florida Public Records law.**

| FVRS ID (ID # or none) | 3PVRO ID entered on application | Application date stamped by 3PVRO | Date voter signed application | Date of collection | Applicant status | Untimely filed? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(Attach more sheets if necessary)

**Note:** Please submit this form to the Division of Elections after applications have been processed.

DS-DE 148 (Eff. 05/2021)                                                                Continuation Page # ___