# EXHIBIT 3

**1S-2.055 Vote-by-Mail Requests**

(1) Forms. The following forms are hereby incorporated by reference and available from the Division of Elections, R.A. Gray Building, Room 316, 500 South Bronough Street, Tallahassee, Florida 32399-0250, by contact at (850)245-6200, or by download from the Division's webpage at: https://dos.myflorida.com/elections/forms-publications/forms/forms-incorporated-in-rule/:

(a) Form DS-DE XXX (eff. ___/23) (http://www.flrules.org/Gateway/reference.asp?No=Ref-XXXXX), entitled "Statewide Vote-by-Mail Request."

(2) Definitions. For purposes of section 101.62(1), F.S., the following definitions apply:

(a) "Immediate family" means a voter's spouse, parent, child, grandparent, grandchild, or sibling, or the parent, child, grandparent, grandchild, or sibling of the voter's spouse.

(3) Requests for Vote-by-Mail Ballots

(a) Requests must be made by the voter or, if directly instructed by the voter, a member of the voter's immediate family or the voter's legal guardian.

(b) Requests may be submitted in person, in writing, by telephone, or through a supervisor's website.

(c) Requests must be accepted if the voter or the voter's designee provides the following information pursuant to section 101.62(1)(b), F.S.:

1. The name of the voter for whom the ballot is requested.
2. The voter's address.
3. The voter's date of birth.
4. The voter's Florida driver license number, Florida identification card number, or the last four digits of the voter's social security number, whichever may be verified in the supervisor's records.
5. The requester's name.
6. The requester's address.
7. The requester's driver license number, Florida identification card number, or the last four digits of the requester's social security number.
8. The requester's relationship to the voter.
9. The requester's signature (written requests only).

(4) Vote-by-Mail Requests for Voters Who Require Assistance

(a) A voter who requires assistance to request a vote-by-mail ballot because of his or her disability or inability to read or write may directly instruct a person of the voter's choice (other than the voter's employer or agent of that employer or officer or agent of the voter's union) to request a vote-by-mail ballot for the voter.

(b) A supervisor of elections shall accept a request for a vote-by-mail ballot from a person directly instructed by the voter (other than the voter's employer or agent of that employer or officer or agent of the voter's union) who is disabled or unable to read or write. A request may be made in person, in writing, by telephone, or through the supervisor's website.

(c) For purposes of this rule, the term "disability" includes blindness.

*Rulemaking Authority: § 97.012(1)-(2), (9), Fla. Stat.; § 101.62(1)(a), Fla. Stat.; § 101.62(6), Fla. Stat.; § 101.662, Fla. Stat. Law Implemented: § 97.061, Fla. Stat; § 101.62(1)(a), Fla. Stat.; § 101.62(6), Fla. Stat.; § 101.662, Fla. Stat. History—New __-__-23.*