**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

     *Plaintiffs*,

v.                                  **Case No.: 4:23cv215-MW/MAF**

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

     *Defendants*.

_____/

**ORDER GRANTING LEAVE**
**TO FILE SECOND AMENDED COMPLAINT**

This Court has considered, without hearing, the NAACP Plaintiffs'
unopposed motion for leave to file a second amended complaint. ECF No. 137. The
motion is **GRANTED**. Plaintiffs must file the second amended complaint as a
separate docket entry **on or before Friday, August 18, 2023**. The filing of the
second amended complaint as a separate docket entry shall trigger the clock for
Defendants' deadline to file a responsive pleading or motion. This Court recognizes
that Defendants may move to dismiss the second amended complaint. However,
inasmuch as a second amended complaint will be filed, the motion to dismiss the

first amended complaint, ECF No. 132, is **DENIED as moot**.

**SO ORDERED on August 16, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**