## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY MOODY, in her official capacity as Attorney General of Florida, CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>Defendants. | Case No. 4:23-cv-00216<br><br>Consolidated Case No. 4:23-cv-00215<br><br>Chief Judge Mark E. Walker |

## AGREED MOTION TO ENTER PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund ("LWVFL Plaintiffs") hereby submit this Agree Motion to Enter the Stipulated Protective Order attached hereto as **Exhibit 1** (the "Protective Order").

Undersigned counsel for the LWVFL Plaintiffs has conferred with counsel for all Defendants and counsel for plaintiffs in Case Nos. 4:23-cv-215 and 4:23-cv-218, who have all agreed to the Protective Order and its entry by the Court.

Accordingly, the LWVFL Plaintiffs respectfully request that the Court enter the Protective Order.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned counsel Brent Ferguson certifies that this motion contains 102 words, excluding the case style and certifications.

Respectfully submitted this 23rd day of August, 2023,

| | |
|---|---|
| Chad W. Dunn<br>Florida Bar No. 0119137<br>BRAZIL & DUNN<br>1200 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131<br>Telephone: (305) 783-2190<br>Facsimile: (305) 783-2268<br>chad@brazilanddunn.com | /s/ Brent Ferguson<br>Brent Ferguson (D.C. Bar No. 1782289)*<br>Danielle Lang (D.C. Bar No. 1500218)*<br>Jonathan Diaz (D.C. Bar No. 1613558)*<br>Ellen Boettcher (D.C. Bar No. 90005525)*<br>Allison Walter (D.C. Bar No. 90008637)*<br>Simone Leeper (D.C. Bar No. 1737977)*<br>CAMPAIGN LEGAL CENTER<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>bferguson@campaignlegal.org<br>dlang@campaignlegal.org<br>jdiaz@campaignlegal.org<br>eboettcher@campaignlegal.org<br>awalter@campaignlegal.org<br>sleeper@campaignlegal.org<br><br>*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*<br><br>*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brent Ferguson
Brent Ferguson
*Counsel for Plaintiffs*
