# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY MOODY, in her official capacity as Attorney General of Florida, CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>Defendants. | Consolidated Case No. 4:23-cv-00215-MW/MAF |

## PLAINTIFFS' AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a) and 26(e)

Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund (collectively, "Plaintiffs" or "LWVFL"), by and through their undersigned attorneys, provided to Defendants in the above-captioned action the Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) and 26(e) via email on August 2, 2023.

1

Dated: August 25, 2023                                Respectfully submitted,

Chad W. Dunn
Florida Bar No. 0119137
BRAZIL & DUNN
1200 Brickell Avenue
Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

*/s/ Brent Ferguson*
Brent Ferguson (D.C. Bar No. 1782289)*
Danielle Lang (D.C. Bar No. 1500218)*
Jonathan Diaz (D.C. Bar No. 1613558)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Allison Walter (D.C. Bar No. 90008637)*
Simone Leeper (FL Bar No. 1020511)*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
eboettcher@campaignlegal.org
awalter@campaignlegal.org
sleeper@campaignlegal.org

*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

*Admitted Pro Hac Vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brent Ferguson*
Brent Ferguson
*Counsel for Plaintiffs*

3