UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants*.

Case No. 4:23-cv-00215-MW-MAF

### DEFENDANT ATTORNEY GENERAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendant ASHLEY MOODY, by and through the undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1, files this unopposed motion for extension of time to respond to the Second Amended Complaint (DE 139). Defendant's counsel hereby states as follows:

1. The Plaintiffs filed their Second Amended Complaint, ("SAC") on August 16, 2023.

2. Responses to the SAC are due by August 30, 2023.

3. On August 26, the Governor of Florida issued Executive Order No. 23-171, which declared a state of emergency for Leon County and numerous other

Florida counties in the expected path of the storm which has since become Hurricane Idalia.

4. Hurricane Idalia is forecast to impact the Gulf Coast on or about August 30, 2023. The Defendant's Tallahassee office will be closed on August 30, 2023.

5. Due to the unpredictable nature of hurricane paths and impacts, the Defendants request a one-week extension of time, or until September 6, 2023, to respond to the SAC.

WHEREFORE, Defendant's counsel respectfully request this Court enter an order granting an extension of time to respond to the Second Amended Complaint through and including September 6, 2023.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

The Defendant consulted lead counsel for the Plaintiffs, Fritz Wermuth, who advised the undersigned that the Plaintiffs do not oppose the instant motion.

### CERTIFICATE OF WORD COUNT

Defendant's counsel, pursuant to Local Rule 7.1(F), certifies the preceding motion contains 356 words, excluding the Certificate of Service.

Respectfully submitted this 29th day of August 2023.

/s/Stephanie A. Morse
Stephanie A. Morse
Fla. Bar No. 0068713
Noah Sjostrom
Fla. Bar No. 1039142

**Office of the Attorney General**
Complex Litigation Bureau
PL - 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com
*Counsel for Ashley Moody*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Stephanie A. Morse
Stephanie A. Morse