IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                      Case No.: 4:23cv215-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Attorney General Moody's unopposed motion for extension of time to respond to the Second Amended Complaint. ECF No. 147. The motion is **GRANTED**. Defendant Moody's response is due **on or before September 6, 2023.**

SO ORDERED on August 29, 2023.

                                                   s/Mark E. Walker
                                                   **Chief United States District Judge**