**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*.

Case Nos. 4:23-cv-215-MW-MAF
4:23-cv-216-MW-MAF
4:23-cv-218-MW-MAF

**JOINT STATUS REPORT**

Pursuant to this Court's Initial Scheduling Order dated June 1, 2023 (ECF No. 23),[1] Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez ("NAACP Plaintiffs"); Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs"); League of Women Voters of Florida Inc. and League of Women Voters of Florida Education Fund Inc. ("League Plaintiffs," collectively with NAACP Plaintiffs and Hispanic Federation Plaintiffs,

[1] ECF No. 44 in *Hispanic Federation, et al., v. Cord Byrd, et al.,* 4:23-cv-218-MW-MAF.

"Plaintiffs"); Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary"); Defendant Ashley Moody, in her official capacity as the Florida Attorney General ("Attorney General"); all 67 Florida counties' Supervisors of Elections, in their official capacities as supervisors of elections ("Supervisors"), respectfully submit this Joint Status Report.

## I. Plaintiffs' Discovery

**Discovery to the Secretary**

1. NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Secretary on July 21. On August 21, NAACP Plaintiffs received the Secretary's written responses. On August 31, 2023 the Secretary produced documents bates labeled SB7050-SOS-00000001 - SB7050-SOS-00000670. LWVFL Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Secretary on July 31. The Secretary has agreed to provide responses on or before September 8. Hispanic Federation Plaintiffs issued their First Requests for Production to the Secretary on July 28. The Secretary provided written responses on August 29, but produced no documents. Hispanic Federation Plaintiffs also issued their First Set of Interrogatories to the Secretary on August 8.

**Discovery to the Attorney General**

2. NAACP Plaintiffs' Statement: NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Attorney General on July 21. On August 23, NAACP Plaintiffs received the Attorney General's written responses to interrogatories. On September 1, 2023, the Attorney General provided a written response to the NAACP Plaintiffs' First Request for Production and has produced documents bates labeled OAG_000001 – OAG_000591.

3. Attorney General's Statement Regarding NAACP Plaintiffs' Discovery: On August 16, 2023, counsel for the Attorney General ("AG") contacted NAACP Plaintiff's counsel to discuss the large volume of documents potentially subject to review, requested a conference to discuss alternative search terms and parameters, and notified the Plaintiffs an extension of time to respond and a rolling production would likely be necessary. The parties conferred on August 17, 2023 and corresponded multiple times thereafter. The AG's staff conducted additional searches with terms suggested by the Plaintiffs and two sets of alternate date ranges for the searches at the request of the Plaintiffs. The AG's counsel anticipated producing documents regarding the priority RFP items and custodians identified by the Plaintiffs by August 29, 2023; however, due to the approach

of Hurricane Idalia, the Tallahassee office closed in the early afternoon before the AG's response could be produced. Counsel for the AG notified Plaintiffs that work on the initial production of documents and written responses to the RFP would resume when the office re-opened. The AG's Tallahassee office was closed until Sept. 1, 2023. As of the filing of this report, the AG expects to provide its written response and an initial production of documents on Sept. 1, 2023.

4. LWVFL Plaintiffs' Statement: LWVFL Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Attorney General on July 31. The Attorney General has agreed to provide responses on or before September 8. Hispanic Federation Plaintiffs issued their First Requests for Production on July 28 to the Attorney General. The Attorney General has not yet provided written responses or produced documents to the Hispanic Federation Plaintiffs. Hispanic Federation Plaintiffs also issued their First Set of Interrogatories to the Attorney General on August 8.

5. AG's Statement Regarding Hispanic Federation Plaintiffs' Discovery: The AG's counsel contacted Hispanic Federation counsel on August 21 to discuss document search issues and conferred with counsel by phone on August 24. On August 25, the AG's counsel provided Plaintiff's

counsel information regarding the search results of the new search terms requested by Plaintiffs; the AG provided data re: gigabyte and item number volumes. On August 29, the AG's counsel contacted the Plaintiff's counsel to request a follow-up discussion of the search terms and parameters, requested an extension of time to respond and proposed a rolling production of documents. The parties agreed the AG may provide a written response to the Hispanic Federation's RFP on or about Sept. 1, 2023, depending on the office closure status due to Hurricane Idalia.

**Discovery to the Supervisors**

6. NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Supervisors on July 21, and have received whole or partial responses from the Supervisors of Elections for the following counties: Alachua, Baker, Bay, Bradford, Brevard, Broward, Calhoun, Charlotte, Clay, Collier, Columbia, Dixie, Duval, Escambia, Flagler, Franklin, Gadsden, Gulf, Hamilton, Hernando, Highlands, Indian River, Jackson, Jefferson, Lafayette, Lake, Lee, Leon, Liberty, Madison, Manatee, Marion, Martin, Monroe, Nassau, Okaloosa, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St.

Lucie, Sumter, Suwannee, Taylor, Union, Volusia, Wakulla, Walton, and Washington.[2]

7. In addition, NAACP Plaintiffs have received documents produced from the Supervisors of Elections for the following counties in response to their discovery requests:

- Alachua county has produced documents without bates labels.
- Bay county has produced documents bates labeled BAY000001 – BAY000697.
- Bradford county has produced documents bates labeled BRADFORD000001 – BRADFORD000024.
- Brevard county has produced documents without bates labels.
- Broward county has produced documents bates labeled Broward_SOE000001 – Broward_SOE011964
- Calhoun county has produced documents bates labeled CALHOUN000001 – CALHOUN000233.
- Clay county has produced documents without bates labels.

[2] NAACP Plaintiffs agreed to extensions to respond to discovery until September 4, 2023 for the Supervisor of Elections for Hillsborough County, until September 8, 2023 for the Supervisors of Elections for Citrus and Miami-Dade Counties, and until September 15th for the Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy and Okeechobee Counties. NAACP Plaintiffs have not received responses to discovery from the Supervisors of Election for DeSoto and Gilchrist Counties.

- Columbia county has produced documents bates labeled COLUMBIA000001 – COLUMBIA000013.
- Dixie county has produced documents bates labeled DIXIE000001 – DIXIE000072.
- Duval county has produced documents without bates labels.
- Escambia county has produced documents without bates labels.
- Flagler county has produced documents without bates labels.
- Gadsden county has produced documents bates labeled GADSDEN000001 – GADSDEN000006.
- Hamilton county has produced documents bates labeled HAMILTON000001 – HAMILTON000036.
- Hernando county has produced documents without bates labels.
- Highlands county has produced documents without bates labels.
- Jackson county has produced documents bates labeled JACKSON000001 – JACKSON000166.
- Jefferson county has produced documents without bates labels.
- Lafayette county has produced documents bates labeled LAFAYETTE000001 – LAFAYETTE000027.
- Leon county has produced documents without bates labels.
- Levy county has produced documents without bates labels.

- Liberty county has produced documents bates labeled LIBERTY000001 – LIBERTY000021.
- Madison county has produced documents without bates labels.
- Martin county has produced documents without bates labels.
- Nassau county has produced documents bates labeled NASSAU000001 – NASSAU000199.
- Okaloosa county has produced documents without bates labels.
- Orange county has produced documents without bates labels.
- Osceola county has produced documents without bates labels.
- Palm Beach county has produced documents without bates labels.
- Pinellas county has produced documents without bates labels.
- Polk county has produced documents without bates labels.
- Putnam county has produced documents bates labeled PUTNAM000001 – PUTNAM000246.
- Santa Rosa county has produced documents bates labeled SANTA ROSA000001 – SANTA ROSA000246.
- Sarasota county has produced documents without bates labels.
- St. Johns county has produced documents bates labeled ST. JOHNS000001 – ST. JOHNS001473.
- St. Lucie county has produced documents without bates labels.

- Sumter county has produced documents bates labeled SUMTER000001 – SUMTER000125.
- Suwannee county has produced documents bates labeled SUWANNEE000001 – SUWANNEE000247.
- Taylor county has produced documents bates labeled TAYLOR000001 – TAYLOR000134.
- Union county has produced documents bates labeled UNION000001 – UNION000010.
- Volusia county has produced documents bates labeled VOLUSIA 000001 – VOLUSIA 001299.
- Wakulla county has produced documents bates labeled WAKULLA000001 – WAKULLA000109.
- Walton county has produced documents bates labeled WALTON000001 – WALTON000623.
- Washington county has produced documents bates labeled WASHINGTON000001 – WASHINGTON000008.

## II. Defendants' Discovery

8. The Secretary of State issued his First Set of Requests for Production and First Set of Interrogatories to Plaintiffs on July 25. Plaintiffs served their written responses on August 24. NAACP Plaintiffs produced documents bates labeled ALIANZA_0001-0135, DRF_0001-0132, MAYER_0001-0002, NAACP_0001-0062, SANCHEZ_0001-0002, UNIDOSUS_0001-0125, and VOT_0001-0022.

Respectfully submitted this 1st day of September, 2023.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

/s/ *Mohammad Jazil*
Mohammad Jazil
Florida Bar No. 72556
Michael Beato
Florida Bar No. 1017715
Joshua Pratt
Florida Bar No. 119347
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe Street, Ste. 500
Tallahassee, FL 32301
Telephone: (850) 274-1690
mjazil@holtzmanvogel.com
mbeato@hotlmanvogel.com
Jpratt@holtzmanvogel.com

Joseph Van de Bogart
Florida Bar No. 84764
Ashely E. Davis
Florida Bar No. 48302
**FLORIDA DEPARTMENT OF STATE**
500 S. Bronough Street

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law
**Admitted Pro Hac Vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Tallahassee, Florida 32399
Phone: (850) 245-6519
Joseph.Vandebogart@dos.myflorida.com
Ashley.Davis@dos.myflorida.com

*Counsel for Secretary Cord Byrd*

*/s/ Stephanie A. Morse*
Stephanie A. Morse
Fla. Bar No. 0068713
Noah Sjostrom
Fla. Bar No. 1039142

**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com

*Counsel for Ashley Moody*

/s/ *Andy Bardos*
Andy Bardos
Florida Bar No. 822671
**GRAYROBINSON, P.A.**
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850)577-9090
andy.bardos@gray-robinson.com

*Counsel for Leah Valenti, Charlotte County Supervisor of Elections; Melissa Blazier, Collier County*

jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive

*Supervisor of Elections; Leslie Swan, Indian River County Supervisor of Elections; Alan Hays, Lake County Supervisor of Elections; Tommy Doyle, Lee County Supervisor of Elections; Michael Bennett, Manatee County Supervisor of Elections; Wesley Wilcox, Marion County Supervisor of Elections; Joyce Griffin, Monroe County Supervisor of Elections; Brian Corley, Pasco County Supervisor of Elections; Chris Anderson, Seminole County Supervisor of Elections*

Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
** Admitted Pro Hac Vice*
† *Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
**ROPER, P.A.**
2707 E. Jefferson St.
Orlando, Florida 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
fmari@roperpa.com

*Counsel for Mark Negley, DeSoto County Supervisor of Elections; Connie Sanchez, Gilchrist County Supervisor of Elections; Kaiti Lenhart, Flagler County Supervisor of Elections; Karen Healy, Highlands County Supervisor of Elections; Tim Bobanic, Brevard County Supervisor of Elections; Heath Driggers, Madison County Supervisor of Elections; Michelle Milligan, Jefferson County Supervisor of Elections*

/s/ *Geraldo Olivo*
Geraldo F. Olivo, III
Florida Bar No. 0060905
William Boltrek
Florida Bar No. 100901
**HENDERSON, FRANKLIN, STARNES & HOLT, P.A.**
P.O. Box 280
Fort Myers, Florida 33902
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Diane Smith, Hardee County Supervisor of Elections;*
*Brenda Hoots, Hendry County Supervisor of Elections;*
*Melissa Arnold, Okeechobee County Supervisor of Elections;*
*Tammy Jones, Levy County Supervisor of Elections; Therisa Meadows, Holmes County Supervisor of Elections;*
*Aletris Farnam, Glades County Supervisor of Elections*

/s/ *Susan Erdelyi*
Susan S. Erdelyi
Florida Bar No. 0648965
**MARKS GRAY, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207

/s/ *Nathaniel Klitsberg*
Nathaniel A. Klitsberg
Florida Bar No. 307520
Joseph K. Jarone
Florida Bar No. 117768
Devona A. Reynolds Perez

Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com
jfavale@marksgray.com

*Counsel for Christopher Milton, Baker County Supervisor of Elections; Mark Andersen, Bay County Supervisor of Elections; Amanda Seyfang, Bradford County Supervisor of Elections; Sharon Chason, Calhoun County Supervisor of Elections; Tomi Stinson Brown, Columbia County Supervisor of Elections; Starlet Cannon, Dixie County Supervisor of Elections; Heather Riley, Franklin County Supervisor of Elections; Shirley Knight, Gadsden County Supervisor of Elections; John Hanlon, Gulf County Supervisor of Elections; Laura Hutto, Hamilton County Supervisor of Elections; Carol A. Dunaway, Jackson County Supervisor of Elections; Travis Hart, Lafayette County Supervisor of Elections; Grant Conyers, Liberty County Supervisor of Elections; Janet H. Adkins, Nassau County Supervisor of Elections; Charles Overturf, Putnam County Supervisor of Elections; Tappie A. Villane, Santa Rosa County Supervisor of Elections; Vicky Oakes, St. Johns County Supervisor of Elections; William Keen, Sumter County Supervisor of Elections; Jennifer Kinsey, Suwannee County Supervisor of Elections; Dana Southerland, Taylor County Supervisor of Elections; Deborah K. Osborne, Union County Supervisor of Elections;*

Florida Bar No. 70409
**BROWARD COUNTY ATTORNEY**
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
nklitsberg@broward.org
jkjarone@broward.org
dreynoldsperez@broward.org

*Counsel for Joe Scott, Broward County Supervisor of Elections*

*Joseph Morgan, Wakulla County Supervisor of Elections; Ryan Messer, Walton County Supervisor of Elections; Carol F. Rudd, Washington County Supervisor of Elections*

/s/ *John LaVia*
Ronald A. Labasky
Florida Bar No. 206326
**BREWTON PLANTE, P.A.**
P.O. Box 350
Tallahassee, Florida 32302
Telephone: (850) 566-2396
rlabasky@icloud.com

John T. LaVia, III
Florida Bar No. 0853666
**GARDNER, BIST, BOWDEN, DEE, LAVIA, WRIGHT, PERRY & HARPER, P.A.**
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

*Counsel for Chris Chambless, Clay County Supervisor of Elections; Vicki Davis, Martin County Supervisor of Elections; Mary Jane Arrington, Osceola County Supervisor of Elections; Lori Edwards, Polk County Supervisor of Elections; Gertrude Walker, St. Lucie County Supervisor of Elections*

/s/ *Craig Feiser*
Craig D. Feiser
Florida Bar No. 164593
**OFFICE OF THE GENERAL COUNSEL**
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile: (904) 255-5120
CFeiser@coj.net

*Counsel for Jerry Holland, Duval County Supervisor of Elections*

/s/ *Bob Swain*
Robert C. Swain
Florida Bar No. 366961
Diana M. Johnson
Florida Bar No. 69160
**ALACHUA COUNTY ATTORNEY'S OFFICE**
12 Southeast 1st Street
Gainesville, Florida 32601
Telephone: (352) 374-5218
Facsimile: (352) 374-5216
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Kim A. Barton, Alachua County Supervisor of Elections*

/s/ *Kyle Benda*
Jon A. Jouben
Florida Bar No. 149561
Kyle Benda
Florida Bar No. 113525
**HERNANDO COUNTY ATTORNEY'S OFFICE**
20 N. Main Street, Suite 462
Brooksville, Florida 34601
Telephone: (352) 754-4122
Facsimile: (352) 754-4001
Jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

*Counsel for Shirley Anderson, Hernando County Supervisor of Elections*

/s/ *Dale Scott*
Dale A. Scott
Florida Bar No. 0568821
**ROPER, P.A.**
2707 E. Jefferson Street
Orlando, Florida 32803
Telephone: (407)897-5150
Facsimile: (407)897-3332
dscott@roperpa.com

*Counsel for Maureen "Mo" Baird, Citrus County Supervisor of Elections*

/s/ *Mark Herron*
Mark Herron
Florida Bar No. 199737
**MESSER CAPARELLO, P.A.**
Post Office Box 15579
Tallahassee, Florida 32317
Telephone: (850) 222-0720
Facsimile: (850) 558-0659
mherron@lawfla.com

*Counsel for Mark Earley, Leon County Supervisor of Elections*

s/ *Christi Hankins*
Christi Hankins
Florida Bar No. 483321

/s/ *Matthew Shaud*
Gregory T. Stewart
Florida Bar No. 203718

**ESCAMBIA COUNTY ATTORNEY'S OFFICE**
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: (850) 595-4970
cjhankins@myescambia.com

*Counsel for David H. Stafford, Escambia County Supervisor of Elections*

Matthew R. Shaud
Florida Bar No. 122252
**NABORS, GIBLIN & NICKERSON, P.A.**
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: (850) 224-4070
Facsimile: (850) 224-4073
gstewart@ngnlaw.com
mshaud@ngnlaw.com

*Counsel for Paul Lux, Okaloosa County Supervisor of Elections*

/s/ *Stephen M. Todd*
Stephen M. Todd
Florida Bar No. 0886203
**OFFICE OF THE COUNTY ATTORNEY**
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
Facsimile: (813) 272-5758
ToddS@hillsboroughcounty.org

*Counsel for Craig Latimer, Hillsborough County Supervisor of Elections*

/s/ *David Markarian*
Jessica Glickman
Florida Bar No. 118586
David Markarian
Florida Bar No. 480691
**THE MARKARIAN GROUP**
2925 PGA Blvd., Ste. 204
Palm Beach Gardens, FL 33410
jessica@forbusinessandlife.com
dave@forbusinessandlife.com

*Counsel For Wendy Sartory Link, Palm Beach County Supervisor of Elections*

/s/ *Michael Valdes*
Michael B. Valdes
Florida Bar No. 93129
Sophia Guzzo
Florida Bar No. 1039644
**MIAMI-DADE COUNTY ATTORNEY'S OFFICE**

/s/ *Morgan Bentley*
Morgan Bentley
Florida Bar No. 0962287
**BENTLEY GOODRICH KISON, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030

111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634
Michael.valdes@miamidade.gov
Sophia.guzzo@miamidade.gove

*Counsel for Christina White, Supervisor of Elections for Miami-Dade County*

/s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570
**SHANNIN LAW FIRM**
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: (407) 985-2222
nshannin@shanninlaw.com

*Counsel for Bill Cowles, Orange County Supervisor of Elections*

/s/ *Jared Lahn*
Jared Kahn
Florida Bar No. 105276
**PINELLAS COUNTY ATTORNEY'S OFFICE**
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: (727) 464-3354
Facsimile: (727) 464-4147

mbentley@bgk.law

*Counsel for Ron Turner, Sarasota County Supervisor of Elections*

/s/ *Kevin Bledsoe*
W. Kevin Bledsoe
Florida Bar No. 029769
Sarah Jonas
Florida Bar No. 115989
123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
kbledsoe@volusia.org
sjonas@volusia.org

*Counsel for Lisa Lewis, Volusia County Supervisor of Elections*

kvicari@pinellas.gov

*Counsel for Julie Marcus, Pinellas County Supervisor of Elections*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for Plaintiffs*