# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

       *Plaintiffs,*

       v.                     Case No. 4:23-cv-215-MW/MAF

CORD BYRD, et al.,

       *Defendants.*

_____/

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 11.1(H), William D. Chappell moves to withdraw as counsel of record for Defendant Ashley Moody in her official capacity as Florida Attorney General in the above-captioned matter. As of September 5, 2023, Mr. Chappell will no longer be employed by the Florida Office of the Attorney General. The Defendant continues to be represented in this case through other counsel from the Office of the Attorney General. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Defendant.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/W. David Chappell*
William David Chappell (FBN 120449)
Senior Assistant Attorney General
Complex Litigation Division
Office of the Attorney General
PL - 01, The Capitol
Tallahassee, Florida 32399-1050
William.Chappell@myfloridalegal.com
850-414-3665

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ W. David Chappell*
William David Chappell