IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                       Case Nos.: **4:23cv215-MW/MAF**
                               **4:23cv216-MW/MAF**
                               **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, William D. Chappell's motions to withdraw as counsel for Defendant Ashley Moody, in her official capacity as Florida Attorney General, in the above-captioned consolidated cases. ECF No. 151 in Case No.: 4:23cv215; ECF No. 61 in Case No.: 4:23cv216; ECF No. 101 in Case No.: 4:23cv218. Defendant Moody continues to be represented by counsel, and her representation will continue uninterrupted. Mr. Chappell's motions are, therefore, **GRANTED**. The Clerk shall disconnect Mr. Chappell from CM/ECF in all three of

the consolidated cases.

**SO ORDERED on September 5, 2023.**

<u>s/Mark E. Walker</u><br>**Chief United States District Judge**

2