# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# (TALLAHASSEE DIVISION)

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, *et al*.

      Plaintiffs,

vs.                          CASE NO. 4:23-cv-00215-MW/MAF

CORD BYRD, in his official capacity
As Secretary of State of Florida, *et al*.,

      Defendants.

## NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY ELECTRONIC MAIL ADDRESSES FOR SERVICE OF PLEADINGS

YOU ARE HEREBY NOTIFIED that the law firm of CARR ALLISON gives Notice of Appearance and Designation of Primary and Secondary Electronic Mail Addresses for Service of Pleadings as counsel for Defendant, DAVID H. STAFFORD, AS SUPERVISOR FOR ELECTIONS FOR ESCAMBIA COUNTY, in the above-entitled cause and pursuant to Fla. R. Jud. Admin. 2516(b)(1)(A), and hereby designates the following primary and secondary e-mail addresses for electronic service of any and all pleadings in above-referenced case.

| | |
|---|---|
| Primary Electronic Mail Addresses: | William B. Graham<br>bgraham@carrallison.com<br><br>Jeffrey Andrew Foster<br>jfoster@carrallison.com |
| Secondary Electronic Mail Address: | Patricia Emery<br>pemery@carrallison.com<br><br>Lisa Kustel<br>lkustel@carrallison.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing document was filed via CM/ECF on 14th day of September 2023. I also certify the foregoing document is being served on this day upon Abha Khanna Esq., Makeba Ruthahindurwa, Esq., (akhanna@elias.law; mruthahindurwa@elias.law), Elias Law Group LLP, 1700 Seventh Avenue, Suite 2100, Seattle, Washington 98101; Lalitha D. Madduri, Esq., Melinda Johnson, Esq., and Renata O'Donnell, Esq. (lmadduri@elias.law, mjohnson@elias.law, rodonnell@elias.law), Elias Law Group LLP, 250 Massachusetts Ave NW, Suite 400, Washington, DC 20001, Pro Hac Vice Attorneys for Plaintiff; Frederick S. Wermuth, Esq., (fwermuth@kbzwlaw.com), King, Blackwell, Zehnder & Wermuth PA, P.O. Box 1631, Orlando, Florida 32802-1631, Attorneys for Plaintiffs, and all other parties listed on this case docket, either via

Transmission of Notice of Electronic Filing generated by CM/ECF or U.S. Mail for those counsel or parties who are not authorized to receive electronically filed pleadings in this action.

**CARR ALLISON**
305 South Gadsden Street
Tallahassee, Florida 32301
T: (850) 222-2107
F: (850) 222-8475
E1: bgraham@carrallison.com
E2: jfoster@carrallison.com
E3: pemery@carrallison.com
E3: lkustel@carrallison.com


/s/   William B. Graham            .
William B. Graham, Esquire
Florida Bar Number: 359068
Jeffrey Andrew Foster, Esquire
Florida Bar Number: 87570


**Attorneys for Defendant David H. Stafford, as Supervisor of Elections for Escambia County**