UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP; VOTERS OF TOMORROW ACTION, INC.; DISABILITY RIGHTS FLORIDA; ALIANZA FOR PROGRESS; ALIANZA CENTER; UNIDOSUS; FLORIDA ALLIANCE FOR RETIRED AMERICANS; SANTIAGO MAYER ARTASANCHEZ; and ESPERANZA SÁNCHEZ,<br><br>    *Plaintiffs*,<br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>    *Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Geraldo F. Olivo, III of the law firm of Henderson, Franklin, Starnes & Holt, P.A., hereby enters his appearance as lead counsel for Defendants, ALETRIS FARNAM, as Supervisor of Elections for Glades County, DIANE SMITH, as Supervisor of Elections for Hardee County, BRENDA HOOTS, as Supervisor of Elections for Hendry County, THERISA MEADOWS, as Supervisor of Elections for Holmes County, TAMMY JONES, as Supervisor of

Elections for Levy County and MELISSA ARNOLD, as Supervisor of Elections for Okeechobee County (herein after "Defendants"), pursuant to Fed.R.Civ.P. 2.02(a), in the above-captioned matter.

Respectfully submitted,

*/s/ Geraldo F. Olivo, III*
Geraldo F. Olivo, III

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
*Attorneys for Six Defendants*
P.O. Box 280
Fort Myers, Florida 339020-0280
Telephone (239) 344-1168

*/s/ Geraldo F. Olivo, III*
Geraldo F. Olivo, III
Florida Bar No. 0060905
jerry.olivo@henlaw.com
sarah.howie@henlaw.com