IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>              *Plaintiffs,*<br><br>    v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.<br><br>              *Defendants*. | Consolidated<br>Case No. 4:23-cv-215-MW/MAF |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, Defendant Cord Byrd ("the Secretary"), through undersigned counsel, respectfully moves for the admission *pro hac vice* of John J. Cycon, a licensed member of the Appellate Division of the Supreme Court of the State of New York. In support of his request, the Secretary states as follows:

1. Mr. Cycon is an attorney with the law firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC, 15405 John Marshall Highway, Haymarket, Virginia 20169, (540) 341-8808.

2. Mr. Cycon resides in Virgina, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

3. Mr. Cycon is licensed to practice law in the State of New York and is a member in good standing of the Appellate Division of the Supreme Court of the State of New York, as verified by the Certificate of Good Standing, attached as <u>Exhibit A</u> and incorporated herein.

4. Mr. Cycon is not, nor has he ever been, the subject of disciplinary proceedings or criminal proceedings.

5. Mr. Cycon studied and became familiar with the Local Rules of this District.

6. Mr. Cycon certifies that he complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on September 22, 2021, and was subsequently issued electronic confirmation number **FLND16323404894993**.

7. Mr. Cycon certifies that he maintains an upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is jcycon@holtzmanvogel.com.

8. Mr. Cycon is paying the required $208.00 *pro hac vice* admission fee for this case at the time of filing.

**WHEREFORE**, the Secretary respectfully requests that the Court permit John J. Cycon to appear *pro hac vice* as counsel on behalf of the Secretary for all purposes relating to the proceedings in the above-styled matter.

Dated: September 25, 2023                     Respectfully submitted,

<u>/s/ John J. Cycon</u>
John J. Cycon (NYB 5261912)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Highway
Haymarket, VA 20169
jcycon@holtzmanvogel.com
Telephone: (540) 341-8808

Mohammad O. Jazil (FBN 72556)
Joshua E. Pratt (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
jpratt@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
Telephone: (850) 270-5938

*Counsel for the Secretary*

## ATTORNEY CONFERRAL CERTIFICATION

I certify that pursuant to Rule 7.1(B), the Secretary conferred with counsel for the Plaintiffs on September 19, 2023. They do not oppose this motion.

/s/ John J. Cycon
John J. Cycon

## LOCAL RULE 7.1(F) CERTIFICATION

I certify that this motion complies with this Court's word count, spacing, and formatting requirements. The motion contains 321 words, excluding the case style and certifications.

/s/ John J. Cycon
John J. Cycon

## CERTIFICATE OF SERVICE

I certify that on September 25, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ John J. Cycon
John J. Cycon