IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                                                   Case Nos.: **4:23cv215-MW/MAF**
                                                                                    **4:23cv216-MW/MAF**
                                                                                   **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER ADMITTING JOHN J. CYCON *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit John J. Cycon *pro hac vice*. ECF No. 159. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Mr. Cycon is admitted *pro hac vice* as counsel for Defendant Cord Byrd, in his official capacity as Florida Secretary of State.

    **SO ORDERED on September 26, 2023.**

                                                         **s/Mark E. Walker**                
                                                         **Chief United States District Judge**