IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,**

   *Plaintiffs*,

v.                                **Case No.: 4:23cv216-MW/MAF**
                                     **4:23cv215-MW/MAF**
                                     **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity as Florida Secretary of State, et al.,**

   *Defendants*.

_____/

## ORDER GRANTING MOTION TO CONSOLIDATE STATUS REPORT FILING AND DEADLINES

This Court has considered, without hearing, Plaintiffs' unopposed motion to consolidate the filing of and deadlines for status reports. ECF No. 67 *in* Case No.: 4:23cv216. The parties' status report filing requirement is consolidated across these three cases. The parties are responsible for filing only one monthly status report in Case No.: 4:23cv215, subject to the deadlines set forth in that case. The Clerk shall discontinue resetting the status report deadlines in Case No.: 4:23cv216 and Case No.: 4:23cv218.

**SO ORDERED** on September 27, 2023.

                                             **s/Mark E. Walker**
                                             **Chief United States District Judge**