UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case Nos. 4:23-cv-215-MW-MAF<br>4:23-cv-216-MW-MAF<br>4:23-cv-218-MW-MAF |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO QUASH**

Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez ("NAACP Plaintiffs") hereby file this unopposed motion to extend their deadline to respond to the non-party State Attorneys' motion to quash, ECF No. 158, by two weeks until October 19, 2023. In support thereof, Plaintiffs state:

1. The NAACP Plaintiffs and the non-party State Attorneys are in the process of conferring regarding the State Attorneys' motion to quash. These

discussions may resolve the issues raised in the motion to quash and obviate the need for this Court to address the motion.

2. To facilitate further discussion, the NAACP Plaintiffs respectfully request that this Court extend their deadline to respond to the motion to quash to October 19, 2023.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs' counsel has conferred with Douglas A. Wyler, counsel for the non-party movants, who confirmed that the movants do not oppose the relief sought.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 157 words, excluding the case style and certifications.

Dated: October 4, 2023

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001

Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Admitted pro hac vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

3