IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                        Case Nos.: **4:23cv215-MW/MAF**
                                                                        **4:23cv216-MW/MAF**
                                                                        **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO EXTEND DEADLINE

This Court has considered, without hearing, Plaintiffs' unopposed motion to extend deadline to respond to motion to quash, ECF No. 163, regarding the non-party State Attorneys' motion to quash, ECF No. 158. The motion is **GRANTED**. Defendant's deadline to respond to the motion is extended to **on or before Thursday, October 19, 2023**.

    **SO ORDERED on October 5, 2023.**

                                                                         s/Mark E. Walker                
                                                                        **Chief United States District Judge**