UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br> *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br> *Defendants*. | Case Nos. 4:23-cv-215-MW-MAF<br>      4:23-cv-216-MW-MAF<br>      4:23-cv-218-MW-MAF |

## NAACP PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES

Pursuant to the Court's Initial Scheduling Order (ECF No. 23 at 11-12), Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP; Voters of Tomorrow Action, Inc.; Disability Rights Florida; Alianza For Progress; Alianza Center; UnidosUS; Florida Alliance of Retired Americans; Santiago Mayer Artasanchez; and Esperanza Sánchez (collectively, "NAACP Plaintiffs") hereby file this notice of serving their initial expert disclosures on October 13, 2023, for the following two expert witnesses, pursuant to Federal Rule of Civil Procedure 26(a)(2):

  1. Michael C. Herron, Ph.D, Professor of Quantitative Social Science, Dartmouth College; and

2. Allan J. Lichtman, Ph.D, Professor of History, American University.

Plaintiffs reserve the right of their experts to amend and/or supplement their opinions and reports if additional information, including additional testimony and/or production of documents, becomes available following completion of their reports. Plaintiffs also reserve the right of their experts to amend and/or supplement their opinions and reports in response to any expert reports and testimony provided by Defendants' or other parties' experts.

Dated: October 13, 2023

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490

Respectfully submitted,

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for Plaintiffs*