IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                            Case Nos.: **4:23cv215-MW/MAF**
                                                                           **4:23cv216-MW/MAF**
                                                                           **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

The Secretary of State and the Attorney General have filed a motion to extend their expert-disclosure deadline from November 13, 2023, to December 13, 2023. ECF No. 167. The requested extension would require further extensions of the discovery deadline, the summary-judgment deadline, and Plaintiffs' reply-expert-report deadline. *Id*. at 2. Plaintiffs oppose the motion.

Although these Defendants agreed to the original schedule that they now seek to extend—and no party in this case can plausibly claim surprise at a lengthy legislative record—this Court would ordinarily grant a minor extension in the event a party's other professional obligations present a scheduling issue. In short, this

Court recognizes that this case is important, but it's not the only case that Defendants' lawyers are litigating.

Accordingly, **on or before Wednesday, October 25, 2023**, Plaintiffs in these consolidated cases must file an expedited response explaining why this Court should not grant Defendants' request for a limited extension as a matter of professional courtesy.

**SO ORDERED on October 18, 2023.**

s/Mark E. Walker  
**Chief United States District Judge**
