IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.    Case Nos.: 4:23cv215-MW/MAF
            4:23cv216-MW/MAF
            4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Plaintiffs' second unopposed motion to extend the deadline to respond to the motion to quash. ECF No. 169. The motion is **GRANTED**. Plaintiffs' deadline to respond to the motion to quash is extended to **on or before Thursday, October 26, 2023**.

SO ORDERED on October 18, 2023.

                                                s/Mark E. Walker
                                                **Chief United States District Judge**