IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
NAACP, et al.,

          Plaintiff,

v.                                         Case No. 4:23-cv-00215-MW/MAF

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

          Defendant.
_____/

## NOTICE OF WITHDRAWING OBJECTION TO SUBPOENA, MOTION TO QUASH SUBPOENA, AND MOTION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE that non-parties, GINGER BOWDEN-MADDEN in her official capacity as State Attorney for the First Judicial Circuit of Florida; JACK CAMPBELL in his official capacity as State Attorney for the Second Judicial Circuit of Florida; JOHN F. DURRETT in his official capacity as State Attorney for the Third Judicial Circuit of Florida; MELISSA W. NELSON in her official capacity as State Attorney for the Fourth Judicial Circuit of Florida; WILLIAM M. GLADSON in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida; BRUCE L. BARTLETT in his official capacity as State Attorney for the Sixth Judicial Circuit of Florida; R.J. LARIZZA in his official capacity as State Attorney for the Seventh Judicial Circuit of Florida; BRIAN S. KRAMER in his

1

official capacity as State Attorney for the Eighth Judicial Circuit of Florida; ANDREW A. BAIN in his official capacity as State Attorney for the Ninth Judicial Circuit of Florida; BRIAN W. HAAS in his official capacity as State Attorney for the Tenth Judicial Circuit of Florida; KATHERINE FERNANDEZ RUNDLE in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida; ED A. BRODSKY in his official capacity as State Attorney for the Twelfth Judicial Circuit of Florida; SUSAN LOPEZ in her official capacity as State Attorney for the Thirteenth Judicial Circuit of Florida; LARRY R. BASFORD in his official capacity as State Attorney for the Fourteenth Judicial Circuit of Florida; DAVID. A. ARONBERG in his official capacity as State Attorney for the Fifteenth Judicial Circuit of Florida; DENNIS W. WARD in his official capacity as State Attorney for the Sixteenth Judicial Circuit of Florida; HAROLD F. PRYOR in his official capacity as State Attorney for the Seventeenth Judicial Circuit of Florida; PHILIP G. ARCHER in his official capacity as State Attorney for the Eighteenth Judicial Circuit of Florida; THOMAS R. BAKKEDAHL in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida; and AMIRA D. FOX, in her official capacity as State Attorney for the Twentieth Judicial Circuit of Florida, (hereinafter, the "State Attorneys"), by and through the undersigned counsel, hereby withdraw their Objection to Subpoena, Motion to Quash Subpoena, and Motion for Protective Order, filed September 21, 2023, without prejudice.

**JACOBS SCHOLZ & WYLER, LLC**

*/s/ Arthur I. Jacobs*

_____

Arthur I. Jacobs, Esq.
Fla. Bar No. 108249
Richard J. Scholz, Esq.
Fla. Bar No. 0021261
Douglas A. Wyler, Esq.
Fla. Bar No. 119979
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
Telephone: (904) 261-3693
Facsimile: (904) 261-7879
filings@jswflorida.com
buddy@jswflorida.com

*General Counsel to the*
*Florida Prosecuting Attorneys Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all parties and counsel of record.

*/s/ Arthur I. Jacobs*

_____

3