**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

   *Plaintiffs*,

v.          **Case Nos.: 4:23cv215-MW/MAF**
              **4:23cv216-MW/MAF**
              **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

   *Defendants*.

_____/

**ORDER DENYING NON-PARTIES' MOTION AS MOOT**

Pending before this Court is the non-party State Attorneys' notice that they are withdrawing their "Objection to Subpoena, Motion to Quash Subpoena, and Motion for Protective Order, filed September 21, 2023, without prejudice." ECF No. 171. Accordingly, the non-party State Attorneys' "Objection to Subpoenas, Motion to Quash Subpoenas, and Motion for Protective Order," ECF No. 158, is **DENIED as moot**.

SO ORDERED on October 25, 2023.

        s/Mark E. Walker _____
        **Chief United States District Judge**