UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case Nos. 4:23-cv-215-MW-MAF<br>4:23-cv-216-MW-MAF<br>4:23-cv-218-MW-MAF |

**PLAINTIFFS' RESPONSE REGARDING SECRETARY'S
AND ATTORNEY GENERAL'S MOTION FOR AN
<u>EXTENSION OF TIME TO FILE EXPERT DISCLOSURES</u>**

Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez ("NAACP Plaintiffs"); Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs"); League of Women Voters of Florida Inc. and League of Women Voters of Florida Education Fund Inc. ("League Plaintiffs") (collectively, Plaintiffs), pursuant to the Court's Order for Expedited Response, ECF. No. 168, hereby file this response regarding the Secretary's and

Attorney General's motion for an extension of time to file expert disclosures, ECF No. 167.

I. **Plaintiffs are principally concerned with retaining the April 1, 2024 trial date and a manageable pretrial schedule**.

While Plaintiffs would generally agree to an extension of the deadline to disclose expert reports as professional courtesy, Plaintiffs are concerned that retaining the current trial date of April 1, 2024, and maintaining a manageable pretrial schedule, is incompatible with the requested extension.

The Court set trial to begin on April 1, 2024, near the midpoint of Plaintiffs' proposed February 12 trial date and the Secretary and Attorney General's proposed May 27 trial date. *Compare* ECF No. 114 at 7-9 *with* ECF No. 117 at 2. Plaintiffs proposed an earlier trial given the Secretary's and Attorney General's refusal to confirm that there would be sufficient time to implement any relief the Court might order in time for the 2024 elections. *See* ECF No. 114 at 11 (stating Plaintiffs' position and citing *Purcell v. Gonzalez*, 549 U.S. 1 (2006)).

A host of pretrial filings and events must occur on a fixed schedule based on the trial date. In the chart below, the center column represents the current schedule with additional estimated pretrial compliance dates, and the rightmost column reflects dates proposed or implied from the Secretary's and Attorney General's extension proposal:

| Deadline or Event | Current and *Estimated* Dates | Secretary and Attorney General Defendants' Dates |
|---|---|---|
| Plaintiffs' Expert Disclosures | October 13, 2023 | |
| Defendants' Expert Disclosures | November 13, 2023 | December 13, 2023 |
| Plaintiffs' Expert Rebuttal Report | December 7, 2023 | January 8, 2024 |
| Close of discovery | December 18, 2023 | January 19, 2024 |
| Dispositive motions | January 8, 2023 | February 9, 2024 |
| Oppositions to Dispositive Motions | January 29, 2024<br><br>(Per LR 3.01(c), 21 days from service of motion) | March 1, 2024<br><br>(Per LR 3.01(c), 21 days from service of motion) |
| Replies in Support of Dispositive Motions | February 12, 2024<br><br>(Per LR 3.01(d), 14 days after service of MSJ Resp.) | March 15, 2024<br><br>(Per LR 3.01(d), 14 days after service of MSJ Resp.) |
| Attorney's pretrial conference | *February 16, 2024*<br><br>(est. 45 days before trial) | |
| Motions *in limine*, and *Daubert* motions | *February 20, 2024*<br><br>(est. 15 days before Pre-Trial Conference)<br><br>Responses due:<br><br>*March 1, 2024*<br><br>(est. 5 days before pretrial conference) | |
| Pre-Trial Disclosures (exhibit lists, witness lists) | *February 27, 2024*<br><br>(est. 34 days before trial) | |

| Trial brief or memorandum with citation | *February 26, 2024* (est. 35 days before trial) | |
|---|---|---|
| Final pretrial conference | *March 6, 2024* (est. 26 days before trial) | |
| Trial term begins | April 1, 2024 | April 1, 2024 |

The Secretary and Attorney General's proposed extension creates a real possibility that the Parties will need to complete all pretrial matters—including filing their trial briefs and holding the pretrial conference—in the midst of dispositive motion briefing. Not only would that leave the Court without meaningful time to consider dispositive motions before trial, but it would also remove the potential to narrow the issues for trial before submission of the final pretrial disclosures.

The current trial schedule allows for the fair and orderly resolution of this important voting rights case. Unfortunately, the Secretary and Attorney General's proposed extension invites scheduling difficulties and likely jeopardizes timely resolution of this case—all in a context in which the Secretary and Attorney General reserve the argument of timeliness as an excuse to deprive Plaintiffs of relief.

# **LOCAL RULE 7.1(F) CERTIFICATION**

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 667 words, excluding the case style and certifications.

Respectfully submitted this 25th day of October, 2023.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

/s/ *Julie A. Ebenstein*
Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
Telephone: (786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Telephone: (786) 363-2714
dtilley@aclufl.org

| | |
|---|---|
| *\* Admitted pro hac vice* | cmcnamara@aclufl.org |
| *Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez* | Roberto Cruz (FBN 18436)<br>**LatinoJustice PRLDEF**<br>523 West Colonial Drive<br>Orlando, FL 32804<br>Telephone: (321) 754-1935<br>rcruz@latinojustice.org<br><br>Delmarie Alicea (FBN 1024650)<br>**LatinoJustice PRLDEF**<br>523 West Colonial Drive<br>Orlando, FL 32804<br>Telephone: (321) 418-6354<br>dalicea@latinojustice.org<br><br>Cesar Z. Ruiz\*<br>Fulvia Vargas De-Leon†<br>Ghita Schwarz†<br>**LatinoJustice PRLDEF**<br>475 Riverside Drive, Suite 1901<br>New York, NY 10115<br>Telephone: (212) 392-4752<br>cruiz@latinojustice.org<br>fvargasdeleon@latinojustice.org<br>gschwarz@latinojustice.org<br><br>Estee M. Konor\*<br>**Dēmos**<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>Telephone: (212) 485-6065<br>ekonor@demos.org<br><br>John A. Freedman†<br>Jeremy Karpatkin†<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-5316 |

6

john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
\* *Admitted Pro Hac Vice*
† *Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

*/s/ Brent Ferguson*
Brent Ferguson\*
Danielle Lang\*
Jonathan Diaz\*
Ellen Boettcher\*
Allison Walter\*
Simone Leeper (FBN 1020511)
**CAMPAIGN LEGAL CENTER**
1101 14th Street NW, Ste. 400
Washington, DC 20005
Telephone: (202) 736-2200
bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
eboettcher@campaignlegal.org
awalter@campaignlegal.org
sleeper@campaignlegal.org

Chad W. Dunn
Florida Bar No. 0119137
BRAZIL & DUNN
1200 Brickell Avenue
Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and*

7

*League of Women Voters of Florida
Education Fund*
\*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
