

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP; VOTERS OF TOMORROW ACTION, INC.; DISABILITY RIGHTS FLORIDA; ALIANZA FOR PROGRESS; ALIANZA CENTER; UNIDOSUS; FLORIDA ALLIANCE FOR RETIRED AMERICANS; SANTIAGO MAYER ARTASANCHEZ; and ESPERANZA SÁNCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | CASE NO. 4:23-cv-00215-MW/MAF |

### DECLARATION REGARDING PUBLIC AND BUSINESS RECORDS ACCORDING TO FED. R. EVID. 902(4), (11)

I, Donna J. Hassebrock, am personally acquainted with the facts stated herein and make this Declaration according to 28 U.S.C. §1746, and I am authorized to certify the matters referenced herein.

1.  I am the custodian of public records of the Office of State Attorney, First Circuit. The following documents produced in response to public records requests, and in compliance with the Article I §24 of the Florida Constitution and

Chapter 119.01 et seq., Florida Statutes, are public records in State Attorney's Office's possession and are records or compilations of acts, events, conditions, or opinions that were made at or near the time, by or from information transmitted by a person with knowledge; the documents have been kept in the course of the State Attorney's Office's regularly conducted business activity; and making the records or compilations was a regular practice of State Attorney's Office's regularly conducted business activity:

    a. Voter Fraud investigation dated March 2, 2021, 60 pages;

    b. Voter Fraud investigation dated September 16, 2021, 27 pages; and,

    c. Voter Fraud investigation dated March 14, 2021, 19 pages.

Neither the source of information, nor the method or circumstances of preparation, indicate a lack of trustworthiness for those documents or records.

    2. I certify the attached records are true and correct copies and that I am authorized to make this certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023.

_Donna J. Hassebrock_
Signature

_Donna J. Hassebrock_
Printed Name

_Public Records Custodian_
Title

**Ginger Bowden Madden**

STATE ATTORNEY
FIRST JUDICIAL CIRCUIT
POST OFFICE BOX 12726
PENSACOLA, FLORIDA 32591

PENSACOLA FL 325

25 OCT 2023PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.63
10/25/2023 ZIP 32502
043M31233913

US POSTAGE

NOV 0 1 2023

United States District Court
Tallahassee Division
Clerk of Court
111 North Adams Street, Suite 322
Tallahassee, FL 32301

32301-773097