UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,
    *Plaintiffs*,

v.                                              CASE NO: 4:23-cv-215-MW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,
    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Bradley R. McVay gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: November 21, 2023    Respectfully submitted,

    /s/ *Bradley R. McVay*
    BRADLEY R. MCVAY (FBN 79034)
    *Deputy Secretary of State*
    *for Legal Affairs & Election Integrity*
    brad.mcvay@dos.myflorida.com
    FLORIDA DEPARTMENT OF STATE
    R.A. Gray Building, Suite 100
    500 South Bronough Street
    Tallahassee, Florida 32399-0250
    Phone: (850) 245-6511
    Fax: (850) 245-6127

    *Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2023, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

/s/ *Bradley R. McVay*
Bradley R. McVay