IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.                                          Case Nos. 4:23-cv-215-MW/MAF
                                                              4:23-cv-216-MW/MAF
                                                              4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

## **DEFENDANT'S NOTICE OF SERVING EXPERT DISCLOSURES**

Pursuant to this Court's Order Granting in Part and Denying in Part Defendants' Motion to Extend Their Expert Disclosure Deadline (ECF 174), this Court's Initial Scheduling Order (ECF 23), and Federal Rule of Civil Procedure 26(a)(2), Defendant Florida Secretary of State Cord Byrd ("Defendant") hereby files his Notice of Serving Expert Disclosures on November 27, 2023, for the following expert witnesses:

    **Robert M. Stein, Ph.D.**
    Professor, Rice University

    **John R. Alford, Ph.D.**
    Professor, Rice University

Pursuant to Federal Rule Civil Procedure 26(e)(2), Defendant reserves the right to amend and/or supplement the opinion and report of the above expert witnesses upon learning of additional information, testimony, or production of documents.

| | |
|---|---|
| Dated: November 27, 2023 | Respectfully submitted, |

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil
