## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

     *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

     *Defendants*.

Case Nos. 4:23-cv-215-MW-MAF
4:23-cv-216-MW-MAF
4:23-cv-218-MW-MAF

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated June 1, 2023 (ECF No. 23),[1] Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez ("NAACP Plaintiffs"); Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs"); League of Women Voters of Florida Inc. and League of Women Voters of Florida Education Fund Inc. ("LWVFL Plaintiffs"); Defendant Cord Byrd, in his official capacity as the Florida Secretary

---

[1] ECF No. 44 in *Hispanic Federation, et al., v. Cord Byrd, et al.,* 4:23-cv-218-MW-MAF.

of State ("Secretary"); Defendant Ashley Moody, in her official capacity as the Florida Attorney General ("Attorney General"); and all 67 Florida counties' Supervisors of Elections, in their official capacities as supervisors of elections ("Supervisors"), respectfully submit this Joint Status Report.

## I.   <u>Plaintiffs' Discovery</u>

**Discovery to the Secretary**

1.      NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Secretary on July 21.  On August 21, NAACP Plaintiffs received the Secretary's written responses. NAACP Plaintiffs issued their Second Set of Requests for Production to the Secretary on October 4.  On November 3, NAACP Plaintiffs received the Secretary's written response, and are conferring with the Secretary's counsel regarding his objections.  On August 31, 2023 the Secretary produced documents bates labeled SB7050-SOS-00000001-00000670. The Secretary produced additional documents on September 1, 2023, September 7, 2023, September 8, September 15, 2023, September 22, 2023, September 29, 2023, October 6, 2023, October 13, 2023, October 20, 2023, November 3, 2023, November 10, 2023 and November 16, 2023 bates labeled SB7050-SOS-00000671-00052187.

2.      LWVFL Plaintiffs issued their First Set of Requests for

Production and First Set of Interrogatories to the Secretary on July 31. The Secretary provided written responses on September 8.  LWVFL Plaintiffs issued their Second Set of Requests for Production and Second Set of Interrogatories to the Secretary on September 15.  The Secretary provided written responses on October 20, 2023. The Secretary produced documents on September 8, 15, 22, and 29, 2023, and on October 6, 13, and 20, 2023, and on November 3, 10, and 16, 2023.

3.      Hispanic Federation Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Secretary on August 8, 2023.  The Secretary provided written responses on August 28, 2023 and September 7, 2023. The Secretary produced documents responsive to Hispanic Federation Plaintiffs Initial Requests for Production on September 8, 15, 22, and 29, 2023, and on October 6, 13, and 20, 2023, and on November 3, 10, and 16, 2023.

**Discovery to the Attorney General**

4.      NAACP Plaintiffs' Statement: NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Attorney General on July 21.  On August 23, NAACP Plaintiffs received the Attorney General's written responses to interrogatories.  On September 1, 2023, the Attorney General provided a written response to the NAACP

3

Plaintiffs' First Request for Production.   NAACP Plaintiffs issued their Second Set of Requests for Production to the Attorney General on October 4. On November 3, NAACP Plaintiffs received the Attorney General's written response.  On September 1, 2023, the Attorney General produced documents bates labeled OAG_000001 – OAG_000593. The Attorney General produced additional documents on September 18, 2023 bates labeled OAG_000594 - OAG_001381. On September 25, 2023 the Attorney General produced documents bates labeled OAG_SB7050_LITIG_000001_Redacted - 003939_ Redacted.

5.    Attorney General's Statement:   On October 30, 2023, the Attorney General produced documents bates labeled OAG_SB7050_LITIG_003940 - OAG_SB7050_LITIG_005124.

6.    LWVFL Plaintiffs' Statement: LWVFL Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Attorney General on July 31. The Attorney General provided written responses on September 8. LWVFL Plaintiffs issued their Second Set of Requests for Production and Second Set of Interrogatories to the Attorney General on September 15. LWVFL Plaintiffs met with the Attorney General to discuss search terms and custodians on November 8. LWVFL provided its second set of suggested search terms as well as a list of potential custodians

4

on November 29.

7. <u>Attorney General's Statement:</u>   On September 25, 2023 the Attorney General produced documents bates labeled OAG_SB7050_LITIG_000001_Redacted - 003939_ Redacted.  On October 19, 2023, the Attorney General produced documents bates labeled OAG-LWV-RFP1-000001 - OAG-LWV-RFP1-000336.  On September 25, 2023, the AG's counsel conferred with LWV's counsel about pending discovery. On October 16, 2023, the Attorney General provided unverified responses to the LWVFL's Second Interrogatories and written responses to LWVFL's Second Request for Production.  On October 20, 2023, the Attorney General provided amended, verified responses to LWVFL's Second Interrogatories.

8. <u>Hispanic Federation's Statement Regarding AG's Discovery:</u> Hispanic Federation Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Secretary on August 8, 2023. The AG provided written responses to Hispanic Federation Plaintiffs First Request for Production on September 1, 2023.  The AG provided supplemental responses to Hispanic Federation's initial discovery requests and produced documents responsive to Hispanic Federation's First Request for Production on October 20. The parties anticipate additional productions on a rolling basis.

9. <u>Attorney General's Statement</u>:   On September 13, 2023, the

Attorney General provided a supplemental response to Hispanic Federation's First Request for Production; the Attorney General produced documents bates labeled OAG_HF_1stRFP_000001 – 000291.   On October 20, 2023, the Attorney General produced documents bates labeled OAG_HF_1stRFP_000292 - OAG_HF_1stRFP_000347 and OAG_HF_1stRFP_000429 - OAG_HF_1stRFP_000807.

**Discovery to the Supervisors**

10.   NAACP Plaintiffs issued their First Set of Requests for Production and First Set of Interrogatories to the Supervisors on July 21, and have received whole or partial responses from the Supervisors of Elections for the following counties: Alachua, Baker, Bay, Bradford, Brevard, Broward, Calhoun, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Dixie, Duval, Escambia, Flagler, Franklin, Gadsden, Gilchrist, Glades, Gulf, Hamilton, Hardee, Hendry, Hernando, Highlands, Hillsborough, Holmes, Indian River, Jackson, Jefferson, Lafayette, Lake, Lee, Leon, Levy, Liberty, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Union, Volusia, Wakulla, Walton, and Washington.

11.     The following subsections reflect the status of productions from the Supervisors of Elections in response to the NAACP Plaintiffs First Set of Requests to Production:

<u>Productions Received</u>

- On August 25, 2023, Alachua county produced documents without bates labels.

- On August 21, 2023, Bay county produced documents bates labeled BAY000001 – BAY000697.

- On August 21, 2023, Bradford county produced documents bates labeled BRADFORD000001 – BRADFORD000024.

- On August 31, 2023, Brevard county produced documents without bates labels.

- On September 1, 2023, Broward county produced documents bates labeled Broward_SOE000001 – Broward_SOE011964.

- On August 21, 2023, Calhoun county produced documents bates labeled CALHOUN000001 – CALHOUN000233.

- On September 22, 2023, Charlotte county produced documents without bates labels.

- On September 7, 2023, Citrus county produced documents without bates labels.

- August 24, 2023, Clay county produced documents without bates labels.

- On September 22 and 27, 2023, Collier county produced documents without bates labels.

- On August 21, 2023, Columbia county produced documents bates labeled COLUMBIA000001 – COLUMBIA000013.

- On September 11, 2023, DeSoto county produced documents without bates labels.

- On August 21, 2023, Dixie county produced documents bates labeled DIXIE000001 – DIXIE000072.

- On August 18, 2023 and August 31, 2023, Duval county produced documents without bates labels.

- On August 21, 2023, Escambia county produced documents without bates labels.

- On August 30, 2023, Flagler county produced documents without bates labels.

- On August 21, 2023, Gadsden county produced documents bates labeled GADSDEN000001 – GADSDEN000006.

- On September 11, 2023, Gilchrist county produced documents without bates labels.

8

- On October 2, 2023, Glades county produced documents without bates labels.

- On August 21, 2023, Hamilton county produced documents bates labeled HAMILTON000001 – HAMILTON000036.

- On October 5, 2023, Hardee county produced documents without bates labels.

- On October 18, 2023, Hendry county produced documents without bates labels.

- On August 21, 2023, Hernando county produced documents without bates labels.

- On August 25, 2023, Highlands county produced documents without bates labels.

- On September 5, 2023, Hillsborough county produced documents without bates labels.

- On October 13, 2023, Holmes county produced documents without bates labels.

- On September 22, 2023, Indian River county produced documents without bates labels.

- On August 29, 2023, Jackson county produced documents bates labeled JACKSON000001 – JACKSON000166.

- On August 25, 2023, Jefferson county produced documents without bates labels.

- On August 21, 2023, Lafayette county produced documents bates labeled LAFAYETTE000001 – LAFAYETTE000027.

- On September 22, 2023 and November 19, 2023, Lake county produced documents without bates labels.

- On September 22, 2023, September 27, 2023 and November 19, 2023 Lee county produced documents without bates labels.

- On August 22, 2023, Leon county produced documents without bates labels.

- On October 6, 2023, Levy county produced documents without bates labels.

- On August 21, 2023, Liberty county produced documents bates labeled LIBERTY000001 – LIBERTY000021.

- On August 25, 2023, Madison county produced documents without bates labels.

- On September 22 and 27, 2023, Manatee county produced documents without bates labels.

- On November 1, 2023, Marion county produced documents without bates labels.

- On August 24, 2023, Martin county produced documents without bates labels.

- On October 6, 2023 and October 11, 2023, Miami-Dade county produced documents without bates labels.

- On September 22, 2023, Monroe county produced documents without bates labels.

- On August 29, 2023, Nassau county produced documents bates labeled NASSAU000001 – NASSAU000199.

- On August 25, 2023, Okaloosa county produced documents without bates labels.

- On October 4, 2023, Okeechobee county produced documents without bates labels.

- On September 1, 2023, Orange county produced documents without bates labels.

- On August 24, 2023, Osceola county produced documents without bates labels.

- On August 17, 2023, Palm Beach county produced documents without bates labels.

- On September 22, 2023, September 27, 2023 and November 19, 2023, Pasco county produced documents without bates labels.

- On August 21, 2023, Pinellas county produced documents without bates labels.

- On August 24, 2023, Polk county produced documents without bates labels.

- On August 21, 2023, Putnam county produced documents bates labeled PUTNAM000001 – PUTNAM000246.

- On August 21, 2023, Santa Rosa county produced documents bates labeled SANTA ROSA000001 – SANTA ROSA000246.

- On August 22, 2023, Sarasota county produced documents without bates labels.

- On September 22, 2023, Seminole county produced documents without bates labels.

- On August 21, 2023, St. Johns county produced documents bates labeled ST. JOHNS000001 – ST. JOHNS001473.

- On August 24, 2023, St. Lucie county produced documents without bates labels.

- On August 29, 2023, Sumter county produced documents bates labeled SUMTER000001 – SUMTER000125.

- On August 21, 2023, Suwannee county produced documents bates labeled SUWANNEE000001 – SUWANNEE000247.

- On August 21, 2023, Taylor county produced documents bates labeled TAYLOR000001 – TAYLOR000134.

- On August 29, 2023, Union county produced documents bates labeled UNION000001 – UNION000010.

- On September 1, 2023, Volusia county produced documents bates labeled VOLUSIA 000001 – VOLUSIA 001299.

- On August 21, 2023, Wakulla county produced documents bates labeled WAKULLA000001 – WAKULLA000109.

- On August 21, 2023, Walton county produced documents bates labeled WALTON000001 – WALTON000623.

- On August 21, 2023, Washington county produced documents bates labeled WASHINGTON000001 – WASHINGTON000008.

**Discovery to Non-Parties**

12.    On September 6, 2023, NAACP Plaintiffs issued subpoenas to the following 20 State Attorneys: Phil Archer, David Aronberg, Andrew Bain, Tom Bakkedahl, Bruce Bartlett, Larry Basford, Ed Brodsky, Jack Campbell, John Durrett, Katherine Fernandez-Rundle, Amira Fox, Bill Gladson, Brian Haas, Brian S. Kramer, R.J. Larizza, Susan Lopez, Ginger Bowden Madden, Melissa Nelson, Harold F. Pryor, and Dennis W. Ward.

13.     On September 21, 2023, all 20 State Attorneys moved to quash their respective subpoenas. ECF No. 158. On October 25, 2023, counsel for the State Attorneys filed a Notice of Withdrawing Objection to Subpoena, Motion to Quash Subpoena, and Motion for Protective Order.    All State Attorneys have since either provided responses to their respective subpoenas or, through counsel, confirmed that responsive materials do not exist.

## II.    **Defendants' Discovery**

14.     The Secretary of State issued his First Set of Requests for Production and First Set of Interrogatories to all Plaintiffs on July 25.  All Plaintiffs served their written responses on August 24.

15.     NAACP  Plaintiffs  produced  documents  bates  labeled ALIANZA_0001-0135,        DRF_0001-0132,        MAYER_0001-0002, NAACP_0001-0062, SANCHEZ_0001-0002, UNIDOSUS_0001-0125, and VOT_0001-0023.

16.     LWVFL  Plaintiffs  produced  documents  bates  labeled LWV00001 – 00025 on August 24. LWVFL Plaintiffs produced documents bates labeled LWV000026 – 000125 on October 4.

17.     Hispanic Federation Plaintiffs have produced documents Bates labeled  SB7050-HF-0000001 – SB7050-HF-0000030   to the Secretary of State on September 1, 2023. Hispanic Federation Plaintiffs have produced

documents Bates labeled SB7050-HF-0000031 – SB7050-HF-0000065 to the Secretary of State on September 29, 2023. Hispanic Federation Plaintiffs have produced documents Bates labeled SB7050-HF-0000066 – SB7050-HF-0000384 to the Secretary of State on October 9, 2023. Hispanic Federation Plaintiffs have produced documents Bates labeled SB7050-HF-0000385-SB7050-HF-0000387 on November 3, 2023. Hispanic Federation Plaintiffs anticipate additional productions on a rolling basis.

18.    The Attorney General issued her First Set of Interrogatories and First Set of Requests for Production to all Organizational Plaintiffs on September 13, 2023.  NAACP and LWVFL served their written responses on October 13, 2023.   The Attorney General issued her Second Set of Interrogatories to all Organizational Plaintiffs on November 16, 2023.  The responses are due December 18, 2023.

19.    LWVFL Plaintiffs produced documents to the Attorney General bates labeled LWV00001 – 00025 on October 13.

20.    Hispanic Federation Plaintiffs issued a response to the AG's First Set of Interrogatories and First Request for Productions to Plaintiffs on October 23, 2023, pursuant to the parties' agreement to a 10-day extension for Hispanic Federation Plaintiffs to provide responses. Hispanic Federation Plaintiffs have produced documents Bates labeled SB7050-HF-0000001 –

SB7050-HF-0000384 -to the Attorney General. Hispanic Federation Plaintiffs anticipate additional productions on a rolling basis.

## III.      Expert Witness Disclosures

**Plaintiffs' Expert Disclosures**

21.      On October 13, 2023, the NAACP Plaintiffs served the expert reports of Michael Herron, PhD, and Allan J. Lichtman, PhD.

22.      On October 13, 2023, the Hispanic Federation Plaintiffs served the expert report of Daniel A. Smith, PhD.

23.      On October 27, 2023, the Court entered its order setting the deadline of November 27, 2023 for Defendants to serve their expert reports, and the deadline of December 21, 2023 for Plaintiffs to serve their expert rebuttal reports.

**Defendants' Expert Disclosures**

24.      On November 27, 2023, the Secretary served the expert report of Robert M. Stein, PhD. and John R. Alford, PhD.

Respectfully submitted this 1st day of December, 2023.

| | |
|---|---|
| /s/ *Frederick S. Wermuth* | /s/ *Mohammad Jazil* |
| Frederick S. Wermuth | Mohammad Jazil |
| Florida Bar No. 0184111 | Florida Bar No. 72556 |
| **KING, BLACKWELL, ZEHNDER** | Michael Beato |
| **& WERMUTH, P.A.** | Florida Bar No. 1017715 |
| P.O. Box 1631 | Joshua Pratt |

Orlando, FL 32802-1631
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Florida State*
*Conference of Branches of Youth*
*Units of the NAACP, Voters of*
*Tomorrow Action, Inc., Disability*
*Rights Florida, Alianza for Progress,*
*Alianza Center, UnidosUS, Florida*
*Alliance for Retired Americans,*
*Santiago Mayer Artasanchez, and*
*Esperanza Sánchez*

Florida Bar No. 119347
John Cycon*
**HOLTZMAN VOGEL BARAN**
**TORCHINSKY & JOSEFIAK**
119 S. Monroe Street, Ste. 500
Tallahassee, FL 32301
Telephone: (850) 274-1690
mjazil@holtzmanvogel.com
mbeato@hotlmanvogel.com
jpratt@holtzmanvogel.com
*Admitted Pro Hac Vice*

Bradley R. McVay
Florida Bar No. 79034
Joseph Van de Bogart
Florida Bar No. 84764
Ashely E. Davis
Florida Bar No. 48302
**FLORIDA DEPARTMENT OF STATE**
500 S. Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6519
Joseph.Vandebogart@dos.myflorida.com
Ashley.Davis@dos.myflorida.com

*Counsel for Secretary Cord Byrd*

*/s/ Stephanie A. Morse*
Stephanie A. Morse
Fla. Bar No. 0068713
Noah Sjostrom
Fla. Bar No. 1039142

**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com

17

*Counsel for Ashley Moody*

/s/ Julie A. Ebenstein

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties**
**Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN
1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN
1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**

/s/ Brent Ferguson

Brent Ferguson*
Danielle Lang*
Jonathan Diaz*
Ellen Boettcher*
Michael Ortega*
Christopher Lapinig*
Simone Leeper (FBN 1020511)
**Campaign Legal Center**
1101 14th Street NW, Ste. 400
Washington, DC 20005
Telephone: (202) 736-2200
bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
eboettcher@campaignlegal.org
mortega@campaignlegal.org
sleeper@campaignlegal.org

Chad W. Dunn
Florida Bar No. 0119137
BRAZIL & DUNN
1200 Brickell Avenue
Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

*Admitted *Pro Hac Vice*
*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon[†]
Ghita Schwarz[†]
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman[†]
Jeremy Karpatkin[†]
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
*Admitted Pro Hac Vice*

19

† *Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

/s/ *Andy Bardos*
Andy Bardos
Florida Bar No. 822671
**GRAYROBINSON, P.A.**
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850)577-9090
andy.bardos@gray-robinson.com

*Counsel for Leah Valenti, Charlotte County Supervisor of Elections; Melissa Blazier, Collier County Supervisor of Elections; Leslie Swan, Indian River County Supervisor of Elections; Alan Hays, Lake County Supervisor of Elections; Tommy Doyle, Lee County Supervisor of Elections; Michael Bennett, Manatee County Supervisor of Elections; Wesley Wilcox, Marion County Supervisor of Elections; Joyce Griffin, Monroe County Supervisor of Elections; Brian Corley, Pasco County Supervisor of Elections; Chris Anderson, Seminole County Supervisor of Elections*

/s/ *Geraldo Olivo*
Geraldo F. Olivo, III
Florida Bar No. 0060905
William Boltrek
Florida Bar No. 100901
**HENDERSON, FRANKLIN, STARNES**

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
**ROPER, P.A.**
2707 E. Jefferson St.
Orlando, Florida 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
fmari@roperpa.com

*Counsel for Mark Negley, DeSoto County Supervisor of Elections; Connie Sanchez, Gilchrist County Supervisor of Elections; Kaiti Lenhart, Flagler County Supervisor of Elections; Karen Healy, Highlands County Supervisor of Elections; Tim Bobanic, Brevard County Supervisor of Elections; Heath Driggers, Madison County Supervisor of Elections; Michelle Milligan, Jefferson County Supervisor of Elections*

/s/ *Susan Erdelyi*
Susan S. Erdelyi
Florida Bar No. 0648965
**MARKS GRAY, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207

20

**& HOLT, P.A.**
P.O. Box 280
Fort Myers, Florida 33902
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Diane Smith, Hardee County Supervisor of Elections; Brenda Hoots, Hendry County Supervisor of Elections; Melissa Arnold, Okeechobee County Supervisor of Elections; Tammy Jones, Levy County Supervisor of Elections; Therisa Meadows, Holmes County Supervisor of Elections; Aletris Farnam, Glades County Supervisor of Elections*

Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com
jfavale@marksgray.com

*Counsel for Christopher Milton, Baker County Supervisor of Elections; Mark Andersen, Bay County Supervisor of Elections; Amanda Seyfang, Bradford County Supervisor of Elections; Sharon Chason, Calhoun County Supervisor of Elections; Tomi Stinson Brown, Columbia County Supervisor of Elections; Starlet Cannon, Dixie County Supervisor of Elections; Heather Riley, Franklin County Supervisor of Elections; Shirley Knight, Gadsden County Supervisor of Elections; John Hanlon, Gulf County Supervisor of Elections; Laura Hutto, Hamilton County Supervisor of Elections;  Carol A. Dunaway, Jackson County Supervisor of Elections; Travis Hart, Lafayette County Supervisor of Elections; Grant Conyers, Liberty County Supervisor of Elections; Janet H. Adkins, Nassau County Supervisor of Elections; Charles Overturf, Putnam County Supervisor of Elections; Tappie A. Villane, Santa Rosa County Supervisor of Elections; Vicky Oakes, St. Johns County Supervisor of Elections; William Keen, Sumter County Supervisor of Elections; Jennifer Kinsey, Suwannee County Supervisor of Elections; Dana Southerland, Taylor County Supervisor of Elections; Deborah K. Osborne, Union County Supervisor of Elections; Joseph Morgan, Wakulla County*

*Supervisor of Elections; Ryan Messer, Walton County Supervisor of Elections; Carol F. Rudd, Washington County Supervisor of Elections*

/s/ *John LaVia*

Ronald A. Labasky
Florida Bar No. 206326
**BREWTON PLANTE, P.A.**
P.O. Box 350
Tallahassee, Florida 32302
Telephone: (850) 566-2396
rlabasky@icloud.com

John T. LaVia, III
Florida Bar No. 0853666
**GARDNER, BIST, BOWDEN, DEE, LAVIA, WRIGHT, PERRY & HARPER, P.A.**
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

*Counsel for Chris Chambless, Clay County Supervisor of Elections; Vicki Davis, Martin County Supervisor of Elections; Mary Jane Arrington, Osceola County Supervisor of Elections; Lori Edwards, Polk County Supervisor of Elections; Gertrude Walker, St. Lucie County Supervisor of Elections*

/s/ *Bob Swain*

Robert C. Swain
Florida Bar No. 366961
Diana M. Johnson
Florida Bar No. 69160
**ALACHUA COUNTY ATTORNEY'S OFFICE**
12 Southeast 1st Street
Gainesville, Florida 32601
Telephone: (352) 374-5218
Facsimile: (352) 374-5216
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Kim A. Barton, Alachua County Supervisor of Elections*

/s/ *Nathaniel Klitsberg*

Nathaniel A. Klitsberg
Florida Bar No. 307520
Joseph K. Jarone
Florida Bar No. 117768

/s/ *Craig Feiser*

Craig D. Feiser
Florida Bar No. 164593
**OFFICE OF THE GENERAL COUNSEL**
117 W. Duval Street, Suite 480

Devona A. Reynolds Perez
Florida Bar No. 70409
**BROWARD COUNTY ATTORNEY**
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
nklitsberg@broward.org
jkjarone@broward.org
dreynoldsperez@broward.org

*Counsel for Joe Scott, Broward County
Supervisor of Elections*

Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile: (904) 255-5120
CFeiser@coj.net

*Counsel for Jerry Holland, Duval
County Supervisor of Elections*

/s/ *Dale Scott*
Dale A. Scott
Florida Bar No. 0568821
**ROPER, P.A.**
2707 E. Jefferson Street
Orlando, Florida 32803
Telephone: (407)897-5150
Facsimile: (407)897-3332
dscott@roperpa.com

*Counsel for Maureen "Mo" Baird,
Citrus County Supervisor of Elections*

s/ *Christi Hankins*
Christi Hankins
Florida Bar No. 483321
**ESCAMBIA COUNTY ATTORNEY'S
OFFICE**
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: (850) 595-4970
cjhankins@myescambia.com

*Counsel for David H. Stafford,
Escambia County Supervisor of
Elections*

/s/ *Kyle Benda*
Jon A. Jouben
Florida Bar No. 149561
Kyle Benda
Florida Bar No. 113525
**HERNANDO COUNTY ATTORNEY'S
OFFICE**
20 N. Main Street, Suite 462
Brooksville, Florida 34601
Telephone: (352) 754-4122
Facsimile: (352) 754-4001
Jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

/s/ *Stephen M. Todd*
Stephen M. Todd
Florida Bar No. 0886203
**OFFICE OF THE COUNTY ATTORNEY**
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
Facsimile: (813) 272-5758
ToddS@hillsboroughcounty.org

*Counsel for Craig Latimer,
Hillsborough County Supervisor of
Elections*

*Counsel for Shirley Anderson,*
*Hernando County Supervisor of*
*Elections*

/s/ *Mark Herron*
Mark Herron
Florida Bar No. 199737
**MESSER CAPARELLO, P.A.**
Post Office Box 15579
Tallahassee, Florida 32317
Telephone: (850) 222-0720
Facsimile: (850) 558-0659
mherron@lawfla.com

*Counsel for Mark Earley, Leon County*
*Supervisor of Elections*

/s/ *Michael Valdes*
Michael B. Valdes
Florida Bar No. 93129
Sophia Guzzo
Florida Bar No. 1039644
**MIAMI-DADE COUNTY ATTORNEY'S**
**OFFICE**
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634
Michael.valdes@miamidade.gov
Sophia.guzzo@miamidade.gove

*Counsel for Christina White,*
*Supervisor of Elections for Miami-*
*Dade County*

/s/ *Matthew Shaud*
Gregory T. Stewart
Florida Bar No. 203718
Matthew R. Shaud
Florida Bar No. 122252
**NABORS, GIBLIN & NICKERSON, P.A.**
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: (850) 224-4070
Facsimile: (850) 224-4073
gstewart@ngnlaw.com
mshaud@ngnlaw.com

*Counsel for Paul Lux, Okaloosa County*
*Supervisor of Elections*

/s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570
**SHANNIN LAW FIRM**
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: (407) 985-2222
nshannin@shanninlaw.com

*Counsel for Bill Cowles, Orange*
*County Supervisor of Elections*

/s/ *David Markarian*
Jessica Glickman
Florida Bar No. 118586
David Markarian
Florida Bar No. 480691
**THE MARKARIAN GROUP**
2925 PGA Blvd., Ste. 204
Palm Beach Gardens, FL 33410
jessica@forbusinessandlife.com
dave@forbusinessandlife.com

*Counsel For Wendy Sartory Link, Palm
Beach County Supervisor of Elections*

/s/ *Morgan Bentley*
Morgan Bentley
Florida Bar No. 0962287
**BENTLEY GOODRICH KISON, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@bgk.law

*Counsel for Ron Turner, Sarasota
County Supervisor of Elections*

/s/ *Jared Kahn*
Jared Kahn
Florida Bar No. 105276
**PINELLAS COUNTY ATTORNEY'S
OFFICE**
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: (727) 464-3354
Facsimile: (727) 464-4147
jkahn@pinellas.gov

*Counsel for Julie Marcus, Pinellas
County Supervisor of Elections*

/s/ *Kevin Bledsoe*
W. Kevin Bledsoe
Florida Bar No. 029769
Sarah Jonas
Florida Bar No. 115989
123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
kbledsoe@volusia.org
sjonas@volusia.org

*Counsel for Lisa Lewis, Volusia County
Supervisor of Elections*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ *Frederick S. Wermuth*</u>
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Plaintiffs*

26