UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

     *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

     *Defendants*.

Case Nos.  4:23-cv-215-MW-MAF
            4:23-cv-216-MW-MAF
            4:23-cv-218-MW-MAF

## NAACP PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure,

Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP;

Voters of Tomorrow Action, Inc.; Disability Rights Florida; Alianza For Progress;

Alianza Center; UnidosUS; Florida Alliance of Retired Americans; Santiago Mayer

Artasanchez; and Esperanza Sánchez (collectively, "NAACP Plaintiffs") make the

following amended[1] initial disclosures to Defendant Cord Byrd, in his official

---

[1] Discovery is ongoing, as indicated in the Parties' monthly Joint Status Reports, *e.g.*, ECF No. 175. In regard to Plaintiffs' First Amended Initial Disclosures, ECF No. 165, this amendment is only to supplement the lists of persons who may have discoverable information related to the allegations and claims as set forth in the Amended Complaint—specifically, a non-citizen canvasser directly impacted by SB 7050—and this amendment does not otherwise update the initial disclosures to provide a duplicative update regarding the state of discovery.

capacity as Florida Secretary of State, Defendant Ashley Moody, in her official capacity as Florida Attorney General, and Defendants the Supervisors of Elections for the 67 counties of the State of Florida, in their official capacities.

These disclosures are based on the information in NAACP Plaintiffs' possession, custody, and control, as well as that which could be ascertained, learned, or acquired by reasonable inquiry and investigation, at the time of disclosure. NAACP Plaintiffs' investigation is continuing, and discovery is ongoing. NAACP Plaintiffs reserve the right to supplement or amend these disclosures as additional information becomes known. NAACP Plaintiffs construe Rule 26(a)(1)(A) not to require the production of any information or documents protected by the First Amendment privilege, attorney-client privilege, the attorney work-product doctrine, or any other privilege or protection. NAACP Plaintiffs intend to and do assert privilege with respect to all such information and documents, and any inadvertent disclosure thereof shall not constitute a waiver of any privilege or protection. These disclosures are not intended to prejudice or waive these or any other privileges or objections NAACP Plaintiffs may have with respect to any outstanding or subsequent requests for discovery.

**A.     Disclosure of Individuals (Rule 26(a)(1)(A)(i))**

Based on information reasonably available to NAACP Plaintiffs at this time, the following are the names of individuals who may have discoverable information

that NAACP Plaintiffs may use to support their claims challenging provisions of SB 7050 that (1) prohibit certain individuals from collecting or handling any voter registration materials, severely increase fines for late-returned voter registration applications and applications inadvertently submitted to the wrong county, and criminalize the retention of voter information for any purpose not "in compliance with" the statute governing 3PVROs ("3PVRO Restrictions"), and (2) provide that supervisors of elections may accept requests for vote-by-mail ballots only if directly instructed by a voter or the voter's immediate family member or legal guardian ("Mail-in-Ballot Request Assistance Restriction"). NAACP Plaintiffs reserve the right to supplement or amend this list as appropriate.

1. NAACP Plaintiffs and their present and former members, staff, employees, agents, and associates, including but not limited to those listed below, will likely have discoverable information related to the allegations and claims as set forth in the Amended Complaint, including but not limited to the harm that they and/or their members and constituents have suffered, are suffering, and/or are likely to suffer as a result of the 3PVRO Restrictions and Mail-in-Ballot Request Assistance Restriction. All such individuals should be contacted only through NAACP Plaintiffs' counsel. Persons in these categories include, but are not limited to:

| NAME | CONTACT INFORMATION |
|------|---------------------|
| Cynthia Slater | Civic Engagement Chair<br>President, Volusia County Branch<br>Florida NAACP<br>***Contact through undersigned counsel*** |
| Adora Obi Nweze | President, Florida NAACP<br>***Contact through undersigned counsel*** |
| Raghav Vikas Joshi | Special Projects Director<br>Voters of Tomorrow Action, Inc.<br>***Contact through undersigned counsel*** |
| Olivia Babis Keller | Senior Public Policy Analyst<br>Disability Rights Florida<br>***Contact through undersigned counsel*** |
| Marcos Vilar | Executive Director<br>Alianza for Progress<br>and<br>President and Founder<br>Alianza Center<br>***Contact through undersigned counsel*** |
| Johanna Florez | Canvassing Manager<br>Alianza Center<br>***Contact through undersigned counsel*** |
| William Sauers | Executive Director<br>Florida Alliance for Retired Americans<br>***Contact through undersigned counsel*** |
| Jared Nordlund | Florida State Advocacy Director<br>UnidosUS<br>***Contact through undersigned counsel*** |
| Santiago Mayer Artasanchez | Plaintiff<br>Executive Director<br>Voters of Tomorrow Action, Inc.<br>***Contact through undersigned counsel*** |

| Esperanza Sánchez | Plaintiff<br>Canvassing Organizer<br>UnidosUS<br>***Contact through undersigned counsel*** |
| Humberto Orjuela Prieto | Proposed Plaintiff<br>Canvasser<br>UnidosUS<br>*Contact through undersigned counsel* |

2.      NAACP Plaintiffs anticipate that Defendant Cord Byrd, in his official capacity as Florida Secretary of State, and the Office of the Secretary of State, including present and former employees, agents, and associates, as well as other Florida government entities, will have discoverable information related to the allegations and claims as set forth in the Amended Complaint, including, but not limited to the interpretation and application of the 3PVRO Restrictions and the Mail-in-Ballot Request Assistance Restriction. Persons in this category include, but are not limited to:

| NAME | CONTACT INFORMATION |
| --- | --- |
| Cord Byrd | Florida Secretary of State<br>Florida Department of State<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>850-245-6500 |
| Maria I. Matthews | Director<br>Florida Department of State<br>Division of Elections<br>R.A. Gray Building, Rm. 316<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250 |

| | 850-245-6200 |
|---|---|
| Andrew Darlington | Director, Office of Election Crimes and Security<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>850-245-6684 |

3.     NAACP Plaintiffs anticipate that Defendant Florida Attorney General, including her present and former employees, agents, and associates, will have discoverable information related to the allegations and claims as set forth in the First Amended Complaint, including, but not limited to the interpretation and application of the 3PVRO Restrictions, the Mail-in-Ballot Request Assistance Restriction, and investigations and enforcement related activities of the Attorney General's Office and State Attorneys' Offices. Persons in this category include, but are not limited to:

| NAME | CONTACT INFORMATION |
|---|---|
| Ashley Moody | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Erin Sumpter | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Julie Hogan | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Daniel Olson | Office of the Attorney General<br>State of Florida |

| | |
|---|---|
| | PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Richard Martin | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| John Guard | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Elizabeth Guzzo | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |
| Nick Cox | Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300 |

4.      NAACP Plaintiffs anticipate that Defendant Supervisors of Elections, including their present and former employees, agents, and associates, will have discoverable information related to the allegations and claims as set forth in the Amended Complaint, including, but not limited to the interpretation and application of the 3PVRO Restrictions, the Mail-in-Ballot Request Assistance Restriction, and ongoing issues of the administration of elections in their respective Counties. Persons in this category include, but are not limited to:

| NAME | CONTACT INFORMATION |
|------|---------------------|
| Kim Barton | Alachua County Supervisor of Elections<br>515 N. Main St., Suite 300<br>Gainesville, FL 32601<br>352-374-5252 |
| Christopher Milton | Baker County Supervisor of Elections<br>32 North 5th Street, Suite A<br>Macclenny, FL 32063<br>904-259-6339 |
| Mark Andersen | Bay County Supervisor of Elections<br>830 West 11th Street<br>Panama City, FL 32401<br>850-784-6100 |
| Amanda Seyfang | Bradford County Supervisor of Elections<br>945 N Temple Ave. Ste. C<br>Starke, FL 32091<br>904-966-6266 |
| Tim Bobanic | Brevard County Supervisor of Elections<br>2725 Judge Fran Jamieson Way, Bldg C, Suite 105<br>Viera, FL 32940<br>321-290-8683 |
| Joe Scott | Broward County Supervisor of Elections<br>115 S. Andrews Avenue, Room 102<br>Fort Lauderdale, FL 33302<br>954-357-7050 |
| Sharon Chason | Calhoun County Supervisor of Elections<br>20859 Central Avenue East, Room 117<br>Blountstown, FL 32424<br>850-674-8568 |
| Leah Valenti | Charlotte County Supervisor of Elections<br>226 Taylor Street<br>Punta Gorda, FL 33950<br>941-833-5400 |

| Maureen Baird | Citrus County Supervisor of Elections<br>1500 N. Meadowcrest Blvd.<br>Crystal River, FL 34429<br>352-564-7120 |
|---|---|
| Chris H. Chambless | Clay County Supervisor of Elections<br>500 N. Orange Ave.<br>Green Cove Springs, FL 32043<br>904-269-6350 |
| Melissa Blazier | Collier County Supervisor of Elections<br>3750 Enterprise Ave.<br>Naples, FL 34104<br>239-252-8683 |
| Tomi Stinson Brown | Columbia County Supervisor of Elections<br>971 W. Duval Street, Suite 102<br>Lake City, FL 32055<br>386-758-1026 |
| Mark Negley | DeSoto County Supervisor of Elections<br>201 East Oak Street, Suite 104<br>Arcadia, FL 34266<br>863-993-4871 |
| Starlet Cannon | Dixie County Supervisor of Elections<br>229 NE 351 Hwy., Suite A<br>Cross City, FL 32628<br>352-498-1216 |
| Jerry Holland | Duval County Supervisor of Elections<br>105 East Monroe Street<br>Jacksonville, FL 32202<br>904-630-1414 |
| David H. Stafford | Escambia County Supervisor of Elections<br>213 Palafox Place, 2nd Floor<br>Pensacola, FL 32502<br>850-595-3900 |

| | |
|---|---|
| Kaitlyn Lenhart | Flagler County Supervisor of Elections<br>1769 E. Moody Blvd., Building 2, Suite 101<br>Bunnell, FL 32110<br>386-313-4170 |
| Heather Riley | Franklin County Supervisor of Elections<br>47 Avenue F<br>Apalachicola, FL 32320<br>850-653-9520 |
| Shirley Knight | Gadsden County Supervisor of Elections<br>16 South Madison Street<br>Quincy, FL 32351<br>850-627-9910 |
| Connie Sanchez | Gilchrist County Supervisor of Elections<br>112 South Main Street, Room 137<br>Trenton, FL 32693<br>352-463-3194 |
| Aletris Farnam | Glades County Supervisor of Elections<br>998 US Hwy 27 South<br>Moore Haven, FL 33471<br>863-946-6005 |
| John Hanlon | Gulf County Supervisor of Elections<br>401 Long Ave.<br>Port St Joe, FL 32456<br>850-229-6117 |
| Laura Hutto | Hamilton County Supervisor of Elections<br>1153 US Hwy 41 NW, Suite 1<br>Jasper, FL 32052<br>386-792-1426 |
| Diane Smith | Hardee County Supervisor of Elections<br>311 N. 6th Ave.<br>Wauchula, FL 33873<br>863-773-6061 |

| Sherry Taylor | Hendry County Supervisor of Elections<br>25 E. Hickpochee Ave.<br>LaBelle, FL 33935<br>863-675-5230 |
|---|---|
| Shirley Anderson | Hernando County Supervisor of Elections<br>16264 Spring Hill Drive<br>Brooksville, FL 34604<br>352-754-4125 |
| Karen Healy | Highlands County Supervisor of Elections<br>580 South Commerce Ave, Room A201<br>Sebring, FL 33870<br>863-402-6655 |
| Craig Latimer | Hillsborough County Supervisor of Elections<br>2514 N. Falkenburg Rd.<br>Tampa, FL 33619<br>813-272-5850 |
| H. Russell Williams | Holmes County Supervisor of Elections<br>201 North Oklahoma Street, Ste. 102<br>Bonifay, FL 32425<br>850-547-1107 |
| Leslie R. Swan | Indian River County Supervisor of Elections<br>4375 43rd Avenue<br>Vero Beach, FL 32967<br>772-226-3440 |
| Carol Dunaway | Jackson County Supervisor of Elections<br>2851 Jefferson Street<br>Marianna, FL 32448<br>850-482-9652 |
| Michelle Milligan | Jefferson County Supervisor of Elections<br>1175 W. Washington Street<br>Monticello, FL 32344<br>850-997-3348 |

| | |
|---|---|
| Travis Hart | Lafayette County Supervisor of Elections<br>120 W. Main Street, RM 207<br>Mayo, FL 32066<br>386-294-1261 |
| Alan Hays | Lake County Supervisor of Elections<br>1898 E. Burleigh Blvd.<br>Tavares, FL 32778<br>352-343-9734 |
| Tommy Doyle | Lee County Supervisor of Elections<br>2480 Thompson Street, 3rd Floor<br>Fort Myers, FL 33902<br>239-533-8683 |
| Mark Earley | Leon County Supervisor of Elections<br>2990-1 Apalachee Parkway<br>Tallahassee, FL 32301<br>850-606-8683 |
| Tammy Jones | Levy County Supervisor of Elections<br>421 S. Court Street<br>Bronson, FL 32621<br>352-486-5163 |
| Grant Conyers | Liberty County Supervisor of Elections<br>10816 NW SR 20<br>Bristol, FL 32321<br>850-643-5226 |
| Heath Driggers | Madison County Supervisor of Elections<br>239 SW Pinckney St.<br>Madison, FL 32340<br>850-973-6507 |
| Michael Bennett | Manatee County Supervisor of Elections<br>600 301 Blvd. W., Suite 108<br>Bradenton, FL 34205<br>941-741-3823 |

| | |
|---|---|
| Wesley Wilcox | Marion County Supervisor of Elections<br>981 NE 16th Street<br>Ocala, FL 34470<br>352-620-3290 |
| Vicki Davis | Martin County Supervisor of Elections<br>135 SE Martin Luther King, Jr. Blvd.<br>Stuart, FL 34994<br>772-288-5637 |
| Christina White | Miami-Dade County Supervisor of Elections<br>2700 NW 87th Ave.<br>Miami, FL 33172<br>305-499-8683 |
| Joyce Griffin | Monroe County Supervisor of Elections<br>530 Whitehead Street, Suite 101<br>Key West, FL 33040<br>305-292-3416 |
| Janet Adkins | Nassau County Supervisor of Elections<br>96135 Nassau Place, Suite 3<br>Yulee, FL 32097<br>904-491-7500 |
| Paul A. Lux | Okaloosa County Supervisor of Elections<br>302 Wilson St. N., Suite 102<br>Crestview, FL 32536<br>850-689-5600 |
| Melissa Arnold | Okeechobee County Supervisor of Elections<br>304 NW 2nd Street, Room 144<br>Okeechobee, FL 34972<br>863-763-4014 |
| Bill Cowles | Orange County Supervisor of Elections<br>119 West Kaley Street<br>Orlando, FL 32856<br>407-836-2070 |

| Mary Jane Arrington | Osceola County Supervisor of Elections<br>2509 E. Irlo Bronson Memorial Highway<br>Kissimmee, FL 34744<br>407-742-6000 |
| --- | --- |
| Wendy Link | Palm Beach County Supervisor of Elections<br>240 South Military Trail<br>West Palm Beach, FL 33415<br>561-656-6200 |
| Brian Corley | Pasco County Supervisor of Elections<br>14236 6th Street, Suite 200<br>Dade City, FL 33526<br>800-851-8754 |
| Julie Marcus | Pinellas County Supervisor of Elections<br>13001 Starkey Road<br>Largo, FL 33773<br>727-464-8683 |
| Lori Edwards | Polk County Supervisor of Elections<br>250 South Broadway Avenue<br>Bartow, FL 33830<br>863-534-5888 |
| Charles Overturf | Putnam County Supervisor of Elections<br>2509 Crill Ave, Suite 900<br>Palatka, FL 32177<br>386-329-0224 |
| Tappie Villane | Santa Rosa County Supervisor of Elections<br>6495 Caroline Street, Ste. F<br>Milton, FL 32570<br>850-983-1900 |
| Ron Turner | Sarasota County Supervisor of Elections<br>101 S. Washington Blvd.<br>Sarasota, FL 34236<br>941-861-8600 |

| Christopher Anderson | Seminole County Supervisor of Elections<br>1500 East Airport Blvd.<br>Sanford, FL 32773<br>407-585-8683 |
|---|---|
| Vicky Oakes | St. Johns County Supervisor of Elections<br>4455 Avenue A, Suite 101<br>St. Augustine, FL 32095<br>904-823-2238 |
| Gertrude Walker | St. Lucie County Supervisor of Elections<br>4132 Okeechobee Rd.<br>Fort Pierce, FL 34947<br>772-462-1500 |
| William Keen | Sumter County Supervisor of Elections<br>7375 Powell Road, Suite 125<br>Wildwood, FL 34785<br>352-569-1540 |
| Jennifer Kinsey | Suwannee County Supervisor of Elections<br>302 Pine Ave., S.W.<br>Live Oak, FL 32064<br>386-362-2616 |
| Dana Southerland | Taylor County Supervisor of Elections<br>433 U.S. 19 N.<br>Perry, FL 32347<br>850-838-3515 |
| Deborah Osborne | Union County Supervisor of Elections<br>175 West Main Street<br>Lake Butler, FL 32054<br>386-496-2236 |
| Lisa Lewis | Volusia County Supervisor of Elections<br>1750 S. Woodland Blvd.<br>DeLand, FL 32720<br>386-736-5930 |

| Joseph Morgan | Wakulla County Supervisor of Elections<br>3115-B Crawfordville Hwy.<br>Crawfordville, FL 32327<br>850-926-7575 |
|---|---|
| Ryan Messer | Walton County Supervisor of Elections<br>571 US Hwy 90 E, Suite 102<br>DeFuniak Springs, FL 32433<br>850-892-8112 |
| Carol Finch Rudd | Washington County Supervisor of Elections<br>1424 Jackson Ave., Ste. C<br>Chipley, FL 32428<br>850-638-6230 |

5.     NAACP Plaintiffs anticipate that the Executive Office of the Governor ("EOG"), including present and former employees, agents, and associates of the EOG, may have discoverable information related to the allegations and claims as set forth in the Amended Complaint, including, but not limited to the legislative process related to SB 7050 and the interpretation and application of the 3PVRO Restrictions and the Mail-in-Ballot Request Assistance Restriction. Persons in this category include, but are not limited to:

| NAME | CONTACT INFORMATION |
|---|---|
| Ron DeSantis | Governor<br>State of Florida<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399-0001<br>(850) 488-7146 |

6.     NAACP Plaintiffs anticipate that members of the Florida Senate and Florida House of Representatives ("Legislators"), including present and former employees, agents, and associates of the Legislators, may have discoverable information related to the allegations and claims as set forth in the Amended Complaint, including, but not limited to the legislative process related to SB 7050 and the interpretation and application of the 3PVRO Restrictions and the Mail-in-Ballot Request Assistance Restriction. Persons in this category include, but are not limited to:

| NAME | CONTACT INFORMATION |
|------|---------------------|
| Senator Danny Burgess | 412 Senate Building<br>404 South Monroe Street<br>Tallahassee, FL 32399-1100<br>(850) 487-5023 |
| Representative Anna V. Eskamani | 1507 East Concord Street<br>Orlando, FL 32803<br>(407)228-1451 |
| Senator Travis Hutson | 420 Senate Building<br>404 South Monroe Street<br>Tallahassee, FL 32399-1100<br>(850) 487-5007 |
| Senator Shevrin Jones | 606 N.W. 183rd Street<br>Miami Gardens, FL 33169<br>(305)493-6002 |
| Representative Lawrence McClure | 209 House Office Building<br>402 South Monroe Street<br>Tallahassee, FL 32399-1300<br>(850) 717-5068 |
| Senator Tina Polsky | 5301 N. Federal Highway, Suite 135<br>Boca Raton, FL 33487<br>(561)443-8170 |

| Senator Geraldine F. Thompson | 511 W. South Street, Suite 205 Orlando, FL 32805 |
|---|---|
| Senator Victor M. Torres, Jr. | 101 Church Street, Suite 305 Kissimmee, FL 34741 (407)846-5187 |

**B.      Disclosure of Documents and Things (Rule 26(a)(1)(A)(ii))**

Based on information reasonably available to NAACP Plaintiffs at this time, the following are categories of documents, electronically stored information, and tangible things believed to be currently in NAACP Plaintiffs' possession, custody, or control that they may use to support their claims or defenses. These disclosures do not constitute an admission as to the existence, relevance, or admissibility of the identified materials or a waiver of any First Amendment privilege, attorney-client privilege, work-product protection, or any other applicable privilege or immunity. NAACP Plaintiffs reserve the right to supplement or amend this list as appropriate and to use documents, electronically stored information, or tangible things not referred to herein. Subject to the foregoing, NAACP Plaintiffs identify the following categories of documents, electronically stored information, and tangible things believed to be currently in their possession, custody, or control that they may use to support their claims:

1. All documents and materials previously filed with the Court;

2. Documents related to NAACP Plaintiffs' participation in relevant civic-engagement activities and NAACP Plaintiffs' programming and mission;

3. Videos of sessions of the Florida Legislature and transcripts of the same;

4. Florida legislative history records;

5. Public statements by public officials regarding SB 7050;

6. Publicly available news articles, academic articles, voter registration and election data, and voter registration and election reports; and

7. Publicly available statutes, court decisions, and court filings.

NAACP Plaintiffs have not yet received documents or electronically stored information from Defendants in response to the NAACP Plaintiffs' discovery requests. NAACP Plaintiffs expect to receive copies of the voter file as well as other documents relevant to this litigation during discovery.

## C.   Computation of Damages (Rule 26(a)(1)(A)(iii))

NAACP Plaintiffs do not seek actual damages in this case. NAACP Plaintiffs exclusively seek declaratory and injunctive relief and any other relief the Court deems proper, including costs, disbursements, and attorneys' fees, except as otherwise agreed. As appropriate and necessary, NAACP Plaintiffs will present evidence of their costs, disbursements, and attorneys' fees expended in pursuing this action.

## D.   Insurance Agreements (Rule 26(a)(1)(A)(iv))

NAACP Plaintiffs are not aware of any insurance agreement under which any insurance business may be liable to satisfy part or all of a possible judgment entered

in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: December 4, 2023                    Respectfully submitted,

Abha Khanna*                               */s/ Frederick S. Wermuth*
Makeba Rutahindurwa*                       Frederick S. Wermuth
**ELIAS LAW GROUP LLP**                    Florida Bar No. 0184111
1700 Seventh Ave., Suite 2100              **KING, BLACKWELL, ZEHNDER**
Seattle, Washington 98101                  **& WERMUTH, P.A.**
Telephone: (206) 656-0177                  25 E. Pine Street
akhanna@elias.law                          P.O. Box 1631
mrutahindurwa@elias.law                    Orlando, FL 32802-1631
                                           Telephone: (407) 422-2472
Lalitha D. Madduri*                        Facsimile: (407) 648-0161
Melinda Johnson*                           fwermuth@kbzwlaw.com
Renata O'Donnell*
**ELIAS LAW GROUP LLP**                    *Counsel for Plaintiffs Florida State*
250 Massachusetts Ave NW, Suite 400        *Conference of Branches of Youth Units of*
Washington, D.C. 20001                     *the NAACP, Voters of Tomorrow Action,*
Telephone: (202) 968-4490                  *Inc., Disability Rights Florida, Alianza for*
lmadduri@elias.law                         *Progress, Alianza Center, UnidosUS,*
mjohnson@elias.law                         *Florida Alliance for Retired Americans,*
rodonnell@elias.law                        *Santiago Mayer Artasanchez, and*
                                           *Esperanza Sánchez*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for Plaintiffs*