IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.	Case No.: 4:23cv215-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND

This Court has considered, without hearing, Plaintiffs' unopposed motion for leave to amend. ECF No. 180. The unopposed motion is **GRANTED**. Plaintiffs shall file their third amended complaint as a separate docket entry **on or before 5:00 p.m. (ET) on Thursday, December 7, 2023**.

SO ORDERED on December 5, 2023.

                                                 s/Mark E. Walker            
                                                 **Chief United States District Judge**