IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

 *Plaintiffs*,

v.            Case No.: 4:23cv215-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

 *Defendants*.

_____/

## ORDER REGARDING MOTION TO DISMISS

 This Court recently granted Plaintiffs' motion for leave to file a third amended complaint. ECF No. 182. This technically moots the pending motion to dismiss, ECF No. 146. However, this Court intends to construe the motion to dismiss as pending against the most recent iteration of the complaint, ECF No. 180-1, unless anyone wishes to be heard on this protocol. If a party wishes to be heard, they must file a notice with this Court of any objection to construing the pending motion to dismiss as directed against the most recent amended complaint **on or before 5:00 p.m. (ET) on Friday, December 8, 2023**.

 SO ORDERED on December 5, 2023.

               s/Mark E. Walker     
               **Chief United States District Judge**