# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs,*

v.

Case No. 4:23-cv-00215
4:23-cv-00216 (consolidated)

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants.*

## **MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the California State Bar, and attached is a Certificate of Good Standing from the California State Bar. My Attorney Admission Tutorial confirmation number is FLND1695403744981, and I hereby certify that I completed the CM/ECF

tutorials. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

Dated: December 13, 2023          Respectfully submitted,

/s/ Christopher Lapinig
Christopher Lapinig
California Bar No. 322141
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
clapinig@campaignlegalcenter.org

*Counsel for Consolidated Plaintiff*