UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs,*

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants.*

Case No. 4:23-cv-00215
4:23-cv-00216 (consolidated)

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the Illinois Supreme Court. Attached is a Certificate of Good Standing from the Illinois Bar. My Attorney Admission Tutorial confirmation number is FLND16980783151075, and I hereby certify that I completed the CM/ECF tutorials. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

1

Dated: December 13, 2023                              Respectfully submitted,

/s/ Michael Ortega
Michael Ortega*
Illinois Bar No. 6339469
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mortega@campaignlegalcenter.org

*Counsel for Consolidated Plaintiff*

**practicing under the supervision of Mark Gaber, member of the D.C. Bar*