IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                                                       Case Nos.: 4:23cv215-MW/MAF
                                                                                                      4:23cv216-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING ALEXANDRA COPPER *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Alexandra Copper *pro hac vice* in the above-captioned consolidated cases. ECF No. 185. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Alexandra Copper is admitted *pro hac vice* as counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund.

    SO ORDERED on December 13, 2023.

                                                     s/Mark E. Walker_____
                                                     **Chief United States District Judge**