IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.                                         4:23-cv-215-MW/MAF (Lead Case)
                                                4:23-cv-216-MW/MAF
                                                4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

## THE SECRETARY AND ATTORNEY GENERAL'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE IN PART SOLELY FOR PURPOSES OF COMPLETING DEPOSITIONS

    Defendants Secretary Byrd and Attorney General Moody respectfully ask this Court to extend, in part, the discovery deadline from January 2, 2024 to January 12, 2024 solely for purposes of completing depositions. *See* Doc. 174, 4:23-cv-215.

    Many of the parties' depositions are currently scheduled to take place before January 2, 2024—the current discovery deadline. From December 11, 2023 until then, the parties will be taking and defending numerous depositions including those of approximately ten 30(b)(6) organizational Plaintiff witnesses, six individual Plaintiffs,

1

two 30(b)(6) Attorney General witnesses, and one 30(b)(6) witness of the Leon County Supervisor of Elections.

An additional ten days is necessary for the remaining depositions to take place including but not limited to those of the Secretary's 30(b)(6) witness, the Secretary's two expert witnesses, and the Plaintiffs' three expert witnesses. Undersigned counsel for the Secretary will be defending the deposition of the Secretary's 30(b)(6) witness, but is unavailable to do so until the last week of December 2023 at the earliest (due to a trial currently scheduled before Judge Hinkle for the weeks of December 11 and 18). In turn, the Secretary's 30(b)(6) witness is unavailable to sit for deposition until the first week of January 2024 (due to state offices being closed December 26, December 29, and January 2). The Secretary's expert witnesses would be best scheduled for the first week of January 2024 (due to the previously mentioned trial obligations of undersigned counsel for the Secretary, and the aforementioned closure of state offices affecting undersigned counsel for the Attorney General). And other counsel for the Secretary who may be defending the depositions of the Secretary's expert witnesses and taking the depositions of the Plaintiffs' expert witnesses are unavailable to do so until early January 2024 as well (due to a combination of taking other depositions in this case, briefing deadlines in other cases, and the holidays).[1]

---

[1] The additional ten days is also necessary to accommodate a health-related issue for one of Hispanic Federation Plaintiffs' witnesses.

2

If granted, the motion for extension of time would keep in place the January 2, 2024 discovery deadline in all respects aside from extending the deadline for the parties to take depositions until January 12, 2024. This would provide the parties with additional flexibility to accommodate the schedules of witnesses and attorneys as necessary.

Defendants respectfully submit that good cause exists to grant the motion for an extension of time. *See* Fed. R. Civ. P. 16(b)(4); Fed. R. Civ. P. 6(b)(1)(A). Granting the motion for extension of time will provide Defendants with the additional time needed to prepare to defend the depositions of the Secretary's 30(b)(6) and expert witnesses, and to take the depositions of Plaintiffs' three expert witnesses.

Granting the motion for extension of time should not affect other deadlines. Currently, Plaintiffs' disclosure deadline for rebuttal expert witnesses and reports is December 21, 2023; the discovery deadline (which will otherwise remain in place) is January 2, 2024; and the summary-judgment deadline is January 23, 2024 (with deadlines for oppositions and replies occurring thereafter).

For the reasons expressed above, the Secretary and Attorney General ask this Court to grant their motion and extend, in part, the current discovery deadline from January 2, 2024 to January 12, 2024, solely for purposes of completing depositions.

Dated: December 14, 2023

/s/ *Stephanie A. Morse*
Stephanie A. Morse (FBN 0068713)
Special Counsel
Stephanie.Morse@myfloridalegal.com
Noah T. Sjostrom (FBN 1039142)
Assistant Attorney General
Noah.Sjostrom@myfloridalegal.com
Office of the Attorney General Complex Litigation Bureau
PL 01 The Capitol Tallahassee, FL 32399-1050
Telephone: (850) 414-3635

*Counsel for Attorney General Moody*

Respectfully submitted,

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (NYB 5261912)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jcycon@holtzmanvogel.com
Telephone: (212) 701-3402
*Admitted *pro hac vice*

*Counsel for Secretary Byrd*

4

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for the Secretary and Attorney General conferred with counsel for Plaintiffs; Plaintiffs consent to the extension.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), this motion contains 543 words, excluding the case style, signature block, and required certificates.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I filed the foregoing using the Court's CM/ECF system, which will serve a copy on all counsel of record.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil