IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                               **Case Nos.: 4:23cv215-MW/MAF
4:23cv216-MW/MAF
4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendants Secretary Byrd and Attorney General Moody's unopposed motion to extend the discovery deadline "solely for purposes of completing depositions." ECF No. 191. The motion is **GRANTED**. The discovery deadline is extended to **Friday, January 12, 2024**, only for the limited purpose of completing the depositions as outlined in the motion.

    **SO ORDERED on December 14, 2023.**

                                        **s/Mark E. Walker**
                                        **Chief United States District Judge**