IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                  Case Nos.: **4:23cv215-MW/MAF**
                                                   **4:23cv216-MW/MAF**
                                                   **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Plaintiffs' unopposed motion to extend the discovery deadline solely for the purpose of deposing Maria Matthews. ECF No. 197. The motion is **GRANTED**. The discovery deadline is extended in these consolidated cases to **February 9, 2024**, only for the limited purpose of completing Maria Matthews's deposition.

**SO ORDERED on January 11, 2024.**

                                               **s/Mark E. Walker**
                                               **Chief United States District Judge**