# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.　　　　　　　　　　　　　　　　Case No. 4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## EXHIBITS TO THE SECRETARY OF STATE'S MOTION FOR SUMMARY JUDGMENT ON COUNTS VII AND IV AND MEMORANDUM IN SUPPORT

In accordance with this Court's instructions, Doc.117, this document contains Secretary of State Cord Byrd's exhibits to his summary-judgment motion and memorandum.

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Director Darlington's Declaration |
| 2 | Ch. 2022-73, Laws of Fla. |
| 3 | Florida Department of State's Report on Vote-By-Mail Voting – Security, Privacy and Election Transparency, February 1, 2023 |
| 4 | Fla. Admin. Code R. 1S-2.055 (Proposed) |
| 5 | Statewide Vote-By-Mail Request Form (Proposed) |
| 6 | Fla. Admin. Code R. 1S-2.042 (Final) |
| 7 | 3PVRO-Declaration Form (Final) |

Dated: January 18, 2024

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FB 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (NYBN 5261912)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (212) 701-3402
jcycon@holtzmanvogel.com

*Counsel for Secretary Byrd*

*\*Admitted pro hac vice*

## Certificate of Compliance

I certify that this document complies with the typeface and formatting requirements in Local Rule 5.1.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil

## Certificate of Service

I certify that on January 18, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil