# Statewide Vote-By-Mail Ballot Request Form
(s. 101.62. F.S.)

**To request a vote-by-mail ballot for yourself, complete only the top section.**
**To request a vote-by-mail ballot for someone who directly instructed you to do so, complete both sections.**

**Voter's Name:** _____   **Voter's Date of Birth:** _____ / _____ / _____

Voter's Florida driver license (FL DL) or Florida identification (FL ID) card number: ☐☐☐☐☐-☐☐☐☐-☐☐☐

If no FL DL or FL ID, then provide   last 4 digits of Social Security Number: ☐☐☐☐

**Voter's Home Address:** _____

**City:** _____   **State:** _____   **Zip code:** _____

**Voter's mailing address for ballot:**
(only if different than home address)

_____ **City:** _____
**State:** _____ **Zip code:** _____ **Country, if outside US:** _____

Please update my ☐ **residential address** and/or my ☐ **mailing address** in my voter record with the information listed above.

Phone number (optional): _____ Email address (optional): _____

This request is good for all elections through the end of the calendar year of the next general election. If you only want a ballot for specific elections, list them here: _____

**Voter's Signature:** _____   **Date:** _____ / _____ / _____
(not required if voter is an absent uniformed services voter or overseas voter, or if request is made by a designee)

**You must also complete the section below if you are requesting a Vote-by-Mail Ballot for someone else.**

**Designee's Name:** _____

**Designee's Home Address:** _____

**City:** _____   **State:** _____   **Zip code:** _____

Designee's driver license or identification card number: ☐☐☐☐☐-☐☐☐☐-☐☐☐

If no DL or ID, then provide   last 4 digits of Social Security Number: ☐☐☐☐

Phone number (optional): _____ Email address (optional): _____

**Designee's relationship to the voter:**
- ☐ Spouse
- ☐ Parent
- ☐ Child
- ☐ Grandparent
- ☐ Grandchild
- ☐ Sibling
- ☐ Parent of voter's spouse
- ☐ Child of voter's spouse
- ☐ Grandparent of voter's spouse
- ☐ Grandchild of voter's spouse
- ☐ Sibling of voter's spouse
- ☐ Voter's legal guardian
- ☐ Designee for a voter with a disability

**Designee's Signature:** _____   **Date:** _____ / _____ / _____
The voter directly instructed me to make this request for them.

DS-DE 160 (eff._/2023)                                                                                                             Rule 1S-2.055, F.A.C.