**NON-FELON DECLARATION**
(*s. 97.0575, F.S.*)

I _____, have not been convicted of a felony violation of the Election Code, a felony violation of an offense specified in s. 825.103, a felony offense specified in s. 98.0751(2)(b) or (c), or a felony offense specified in chapter 817, chapter 831, or chapter 837.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.**

_____
(*signature*)

DS-DE 127 (eff 09/26/2023)                                                                                       Rule 1S-2.042, F.A.C.

---

**U.S. CITIZEN DECLARATION**
(*s. 97.0575, F.S.*)

I _____, am a citizen of the United States of America.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.**

_____
(*signature*)

DS-DE 127 (eff. 9/26/2023)                                                                                      Rule 1S-2.042, F.A.C.