UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

    *Defendants*.

Case Nos. 4:23-cv-215-MW-MAF
           4:23-cv-216-MW-MAF
           4:23-cv-218-MW-MAF

**JOINT MOTION TO SET AGREED PRETRIAL SCHEDULE,
TO DISPENSE WITH PRETRIAL BRIEFING, AND
TO PERMIT OR REQUIRE POST-TRIAL BRIEFING**

Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sánchez and Humberto Orjuela Prieto ("NAACP Plaintiffs"); Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs"); League of Women Voters of Florida Inc. and League of Women Voters of Florida Education Fund Inc. ("LWVFL Plaintiffs"); Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary"); and Defendant Ashley

Moody, in her official capacity as the Florida Attorney General ("Attorney General") (collectively "Movants")[1], pursuant to Rule 7(b), Federal Rules of Civil Procedure, respectfully request that this Court adopt the Movants' proposed pretrial schedule and permit or require the Movants to file post-trial briefing, if any, at a time to be set, in lieu of any requirement for pretrial briefing. As grounds therefor, the Movants state:

1. The Movants jointly submit the following proposed pretrial schedule for this Court's consideration:

| **Attorney's Conference** | February 23, 2024 |
|---|---|
| **Motions *in limine* and *Daubert* motions** | February 23, 2024 |
| **Pretrial Stipulation and Related Disclosures** | March 1, 2024 |
| **Final pretrial conference** | March 8, 2024, if the Court is available |

---

[1] The 67 Supervisor of Elections Defendants, who are only joined as defendants to the NAACP Plaintiffs' claims, have not been joined in this motion. Based on a Letter Agreement Regarding Limited Participation of Supervisors of Elections between 66 of the 67 Supervisor of Elections Defendants, undersigned counsel for the NAACP Plaintiffs understands that most, if not all, of the Supervisors of Election will have limited, if any, participation in the trial, except to the extent they may be called as witnesses, observe the proceedings, state positions on the timing and feasibility of specific remedies, or preserve the arguments raised in their motion to dismiss (ECF No. 146), which the Court has denied (ECF No. 199).  As reflected in the Local Rule 7.1(B) Certification below, counsel for the Supervisor of Elections for Miami Dade County, who is not a party to the above-referenced agreement, has confirmed availability to appear by telephone of videoconference for the Final Pretrial Conference, and otherwise agreed to the proposed schedule and relief requested in this motion.

2. The Movants also move to dispense with pretrial briefing. The Movants have or will have submitted extensive briefing at the preliminary injunction stage (*see, e.g.*, ECF Nos. 55-1, 92, 94) and summary judgment stage (*see, e.g.*, ECF No. 201), and have detailed proposed findings of fact, conclusions of law, and legal analyses therein with citation to authorities and arguments in support of their respective positions.

3. At this point, further pretrial briefing may tend to be duplicative of the Movants' prior briefing, albeit with refinements in light of any ruling on the motions for summary judgment and the anticipated record at trial.

4. Rather than file briefing in anticipation of the record at trial, the Movants submit that it would be more efficient for the Movants and more useful to the Court to consider post-trial briefing, with citation to the actual trial record, submitted on a date to be set after trial, to the extent the respective Movants wish to supplement their briefing or the Court considers it necessary or desirable.

WHEREFORE, the Movants respectfully request that the Court adopt the pretrial schedule proposed in paragraph 1 of this motion and permit or require them to file post-trial briefing, if any, on a date to be set after trial, in lieu of any requirement for pretrial briefing.

## **LOCAL RULE 7.1(B) CERTIFICATION**

Undersigned counsel for the NAACP Plaintiffs has conferred with counsel for

the League Plaintiffs, the Hispanic Federation Plaintiffs, the Secretary of State, and Attorney General, who all join in the requested relief. Undersigned counsel for NAACP Plaintiffs has also conferred with counsel for Supervisor of Elections for Miami Dade County, who has confirmed availability to appear by telephone of videoconference for the Final Pretrial Conference, and otherwise agreed to the proposed schedule and relief requested in this motion. For the reasons noted in footnote 1 above, undersigned counsel for the NAACP Plaintiffs does not expect the remaining Supervisor of Elections Defendants to take an active role in pretrial proceedings, but said Defendants may wish to attend the Final Pretrial Conference and may request to attend by telephone or video conference. Should the Court wish confirmation of the positions of the 66 remaining Supervisors of Elections, undersigned counsel would provide a supplement as soon as practicable.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 613 words, excluding the case style and certifications.

Respectfully submitted this 22nd day of January, 2024.

| /s/ *Frederick Wermuth* | /s/ *Mohammad Jazil* |
|---|---|
| Frederick S. Wermuth | Mohammad Jazil |
| Florida Bar No. 0184111 | Florida Bar No. 72556 |
| **KING, BLACKWELL, ZEHNDER** | Michael Beato |
| **& WERMUTH, P.A.** | Florida Bar No. 1017715 |
| P.O. Box 1631 | Joshua Pratt |
| Orlando, FL 32802-1631 | Florida Bar No. 119347 |

4

Telephone: (407) 422-2472
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

John Cycon*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe Street, Ste. 500
Tallahassee, FL 32301
Telephone: (850) 274-1690
mjazil@holtzmanvogel.com
mbeato@hotlmanvogel.com
jpratt@holtzmanvogel.com
*Admitted Pro Hac Vice*

Bradley R. McVay
Florida Bar No. 79034
Joseph Van de Bogart
Florida Bar No. 84764
Ashely E. Davis
Florida Bar No. 48302
**FLORIDA DEPARTMENT OF STATE**
500 S. Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6519
Joseph.Vandebogart@dos.myflorida.com
Ashley.Davis@dos.myflorida.com

*Counsel for Secretary Cord Byrd*

/s/ Stephanie A. Morse
Stephanie A. Morse
Fla. Bar No. 0068713
Noah Sjostrom
Fla. Bar No. 1039142

**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com

5

*Counsel for Ashley Moody*

/s/ *Adriel I. Cepeda Derieux*  
Julie A. Ebenstein (FBN 91033)  
Adriel I. Cepeda Derieux*  
Megan C. Keenan*  
Dayton Campbell-Harris*  
Sophia Lin Lakin*  
**American Civil Liberties Union Foundation**  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 549-2500  
jebenstein@aclu.org  
acepedaderieux@aclu.org  
mkeenan@aclu.org  
dcampbell-harris@aclu.org  
slakin@aclu.org  

Nicholas L.V. Warren (FBN 1019018)  
**ACLU Foundation of Florida**  
336 East College Avenue, Suite 203  
Tallahassee, FL 32301  
(786) 363-1769  
nwarren@aclufl.org  

Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

Roberto Cruz (FBN 18436)  
**LatinoJustice PRLDEF**  
523 West Colonial Drive  

/s/ *Brent Ferguson*  
Brent Ferguson*  
Danielle Lang*  
Jonathan Diaz*  
Ellen Boettcher*  
Michael Ortega*  
Christopher Lapinig*  
Simone Leeper (FBN 1020511)  
**Campaign Legal Center**  
1101 14th Street NW, Ste. 400  
Washington, DC 20005  
Telephone: (202) 736-2200  
bferguson@campaignlegal.org  
dlang@campaignlegal.org  
jdiaz@campaignlegal.org  
eboettcher@campaignlegal.org  
mortega@campaignlegal.org  
sleeper@campaignlegal.org  

Chad W. Dunn  
Florida Bar No. 0119137  
BRAZIL & DUNN  
1200 Brickell Avenue  
Suite 1950  
Miami, FL 33131  
Telephone: (305) 783-2190  
Facsimile: (305) 783-2268  
chad@brazilanddunn.com  

*Admitted *Pro Hac Vice*  
*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

6

Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
*\* Admitted Pro Hac Vice*
*† Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Plaintiffs*

8