IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                              **Case Nos.: 4:23cv215-MW/MAF
                                                                                  4:23cv216-MW/MAF
                                                                                  4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING JOINT MOTION TO
SET AGREED PRETRIAL SCHEDULE**

This Court has considered the parties' joint motion to set an agreed pretrial schedule. ECF No. 202. The motion is **GRANTED**.

This Court adopts the parties' joint proposed schedule as follows. The parties shall conduct their attorneys' conference **on or before February 23, 2024**. Motions *in limine* and *Daubert* motions shall be filed **on or before February 23, 2024**. Given the compressed time frame ahead of the pretrial conference, responses to any motions *in limine* or *Daubert* motions are due **on or before March 1, 2024**, to give this Court time to review before the pretrial conference. No reply briefs are permitted.

The parties' pretrial stipulation and related disclosures are due **on or before March 1, 2024**. The parties must include their proposed exhibit lists, witness lists, and any objections thereto in the pretrial stipulation. The Clerk shall set this case for the final telephonic pretrial conference on **March 8, 2024**.

The parties' request to dispose of pretrial briefing is **GRANTED**. This Court does not require pretrial briefs. This Court will discuss the matter of post-trial briefing upon the conclusion of the bench trial.

**SO ORDERED on January 22, 2024.**

s/Mark E. Walker_____
**Chief United States District Judge**
