UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

### NOTICE OF FILING EXHIBITS TO THE DECLARATION OF ABHA KHANNA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP (Florida NAACP), Voters of Tomorrow Action, Inc. (VOT), Disability Rights Florida (DRF), Alianza for Progress and Alianza Center (collectively, Alianza), UnidosUS (Unidos), Florida Alliance for Retired Americans (FLARA), Santiago Mayer Artasanchez, Humberto Orjuela Prieto, and Esperanza Sánchez (together, "Plaintiffs") hereby submit the following exhibits, which are referenced in the forthcoming Declaration of Abha Khanna in Support of Plaintiffs' Motion for Partial Summary Judgment:

1. Exhibit 1 is a true and correct copy of excerpts of the transcript of the April 28, 2023 Florida State House Legislative Session hearing and the associated certificate of transcriptionist.

2. Exhibit 2 is a true and correct copy of excerpts of the April 19, 2023 Florida State House State Affairs Committee hearing and the associated certificate of transcriptionist.

3. Exhibit 3 is a true and correct copy of excerpts of the deposition of Plaintiff Humberto Prieto, taken on December 28, 2023.[1]

4. Exhibit 4 is a true and correct copy of excerpts of the deposition of Santiago Mayer Artasanchez, as designee for Plaintiff Voters of Tomorrow, Inc., taken on December 11, 2023.

5. Exhibit 5 is a true and correct copy of the declaration of Johana Florez, dated June 7, 2023 and previously submitted at ECF No. 54-11.

6. Exhibit 6 is a true and correct copy of excerpts of the deposition of Cynthia Slater, as designee for Florida NAACP, taken on December 12, 2023.

7. Exhibit 7 is a true and correct copy of declaration of Marcos Vilar, on behalf of Alianza for Progress and Alianza Center, dated June 8, 2023 and previously submitted at ECF No. 54-10.

---

[1] Plaintiffs file excerpts of depositions because some deposition transcripts contain confidential information outside of the scope of this motion. Plaintiffs can provide full transcripts upon request.

2

8. Exhibit 8 is a true and correct copy of the declaration of Jared Nordlund, on behalf of UnidosUS, dated June 8, 2023 and previously submitted at ECF No. 54-5.

9. Exhibit 9 is a true and correct copy of excerpts of the deposition of Jared Nordlund, as designee for Plaintiff UnidosUS, taken on December 13, 2023.

10. Exhibit 10 is a true and correct copy of excerpts of the deposition of Marcos Vilar, as designee for Plaintiff Alianza Center, taken on December 14, 2023.

11. Exhibit 11 is a true and correct copy of the declaration of Marcos Vilar, on behalf of Alianza for Progress and Alianza Center, dated January 23, 2024.

12. Exhibit 12 is a true and correct copy of the declaration of Jared Nordlund, on behalf of UnidosUS, dated January 22, 2024.

13. Exhibit 13 is a true and correct copy of the declaration of Raghav Joshi, on behalf of Voters of Tomorrow, Inc., dated June 8, 2023 and previously submitted at ECF No. 54-6.

14. Exhibit 14 is a true and correct copy of the declaration of Adora Obi Nweze, on behalf of Florida NAACP, dated June 9, 2023 and previously submitted at ECF No. 54-12.

15. Exhibit 15 is a true and correct copy of excerpts of the April 20, 2023 Florida State Senate Committee on Fiscal Policy hearing and the associated certificate of transcriptionist.

16. Exhibit 16 is a true and correct copy of excerpts of the April 26, 2023 Florida State Senate Legislative Session hearing and the associated certificate of transcriptionist.

17. Exhibit 17 is a true and correct copy of excerpts of the deposition of Nicholas Cox, as designee for the Attorney General, taken December 20, 2023.

18. Exhibit 18 is a true and correct copy of excerpts of the deposition of Andrew Darlington, as designee for the Secretary of State, taken January 4, 2024.

19. Exhibit 19 is a true and correct copy of excerpts of the deposition of Elizabeth Guzzo, as designee for the Attorney General, taken December 19, 2023.

20. Exhibit 20 is a true and correct copy of excerpts of the deposition of Mark Earley, as designee for the Leon County Supervisor of Elections office, taken December 13, 2023.

21. Exhibit 21 is a true and correct copy of the expert report of Dr. Michael Herron, dated October 13, 2023.

22. Exhibit 22 is a true and correct copy of excerpts of the deposition of William Sauers, as designee for the Florida Alliance for Retired Americans, taken December 19, 2023.

23. Exhibit 23 is a true and correct copy of the declaration of Olivia Babis Keller, on behalf of Disability Rights Florida, dated June 9, 2023 and previously submitted at ECF No. 54-9.

24. Exhibit 24 is a true and correct copy of the declaration of Olivia Babis Keller, on behalf of Disability Rights Florida, dated January 22, 2024.

25. Exhibit 25 is a true and correct copy of the declaration of William Sauers, on behalf of the Florida Alliance for Retired Americans, dated January 22, 2024.

26. Exhibit 26 is a true and correct copy of excerpts of the deposition of Olivia Babis Keller, as designee for Disability Rights Florida, taken December 15, 2023.

27. Exhibit 27 is a true and correct copy of the transcript from the June 28, 2023 hearing on Plaintiffs' motion for preliminary injunction.

28. Exhibit 28 is a placeholder exhibit for a true and correct copy of excerpts of vote-by-mail request records that were produced and deemed confidential by the Supervisors of Elections for Brevard, Monroe, Pasco, Levy, and Polk counties in discovery, pending completion of conferral on and the filing of a motion for leave to file the exhibit under seal.

Dated: January 23, 2024         Respectfully submitted,

Abha Khanna*                    /s/ *Frederick S. Wermuth*
Makeba Rutahindurwa*            Frederick S. Wermuth
**ELIAS LAW GROUP LLP**         Florida Bar No. 0184111
1700 Seventh Ave., Suite 2100   **KING, BLACKWELL, ZEHNDER &**
Seattle, Washington 98101       **WERMUTH, P.A.**
Telephone: (206) 656-0177       P.O. Box 1631

akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

*Counsel for Plaintiffs*

\* *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*

6