TRANSCRIPTION OF AUDIO RECORDING

FLORIDA HOUSE SESSION

SB 7050

APRIL 28, 2023

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 35

1  go.

2          All right.  Any amendments to the

3  amendment?

4          THE CLERK:  None on the desk, Mr. Speaker.

5          SPEAKER RENNER:  Are there substitute

6  amendments?

7          THE CLERK:  None on the desk, Mr. Speaker.

8          SPEAKER RENNER:  Any debate?  Any debate?

9          Representative Eskamani, you're recognized.

10          REPRESENTATIVE ESKAMANI:  Thank you,

11  Mr. Speaker.

12          I just want to say thank you to

13  Representative Joseph for this amendment.  I

14  wholeheartedly agree with you.  I'm a first-

15  generation kid.  My parents were immigrants who came

16  to this country from Iran, and when I was at UCF, we

17  have so many international students that weren't

18  able to vote but wanted to help in the democratic

19  process.  They came to this country because they

20  admire our freedoms.  They admire an electoral

21  process where your vote does count.

22          And for so many of those cases, we were

23  able to plug in those students to helping us do

24  voter registration.  It just doesn't make sense that

25  we set restrictions because someone doesn't have

1  citizenship status when we have all of these other
2  statuses and well-vetted programs that ensure that
3  these are individuals who we trust to work in our
4  country.  We trust them to be our pharmacists.  We
5  trust them to be our doctors.  We trust them to
6  handle sensitive data in research, and yet, now
7  we're saying they can't hold a voter registration
8  form.  It does not make sense, and it echoes the
9  points that Representative Joseph made.  So I
10  encourage voters to support this amendment.
11          SPEAKER RENNER:  Time.  Having concluded on
12  debate, you're recognized to close on your
13  amendment.
14          REPRESENTATIVE JOSEPH:  Thank you,
15  Mr. Speaker.
16          I don't know how to make it more plain.
17  This language in the bill discriminates based on
18  national origin.  That is a protected class under
19  Title VII of our antidiscrimination laws both at the
20  federal level and at the state level.
21          It may not matter to some of us, but I am
22  pointing it out.  It will have a disproportionate
23  and negative impact on the Cuban American
24  population, on the Haitian American population, on
25  the Venezuelan American population, and all

Page 37

1   populations where English is not the primary

2   language.  And not just English is not the primary

3   language, where US citizenship is not the basis.

4   There are lots of other legal statuses that allow

5   people to work legally in this country.  We should

6   recognize that and not force these third-party voter

7   registration groups to engage in this discrimination

8   --

9           SPEAKER RENNER:  Representative Joseph --

10          REPRESENTATIVE JOSEPH:  -- as well as add a

11   fine.

12          SPEAKER RENNER:  -- having closed on her

13   amendment, all those in favor of said amendment,

14   please say yea.

15          (Multiple yeas)

16          All those opposed, no.

17          (Multiple nos)

18          Show the amendment fails.

19          Read the next amendment.

20          THE CLERK:  Representative Bartleman

21   offered the following amendment, barcode 003387,

22   remove lines 408 through 410 and insert an

23   amendment.

24          Representative, before I call on you, I'm

25   just getting into the saddle.  Ladies and gentlemen.

Page 38

1   We have 2 minutes and 39 seconds total, not for

2   each, but total for the entire amendment.

3              So Representative Bartleman, when you

4   start, it'll begin the 2 minutes and 39 seconds.

5   You may begin.

6              REPRESENTATIVE BARTLEMAN:  Thank you,

7   Mr. Speaker.

8              As written, this bill would prevent

9   individuals who are legally authorized in the United

10  States from being employed to collect or handle

11  voter registration applications.  This is a large

12  segment of our workforce, and hundreds, if not

13  thousands, of Floridians who are legally authorized

14  to work will lose employment opportunities.  This is

15  discriminatory in nature.

16             The speaker, in questioning, said we don't

17  want these people to collect the paperwork.  Well,

18  these individuals are legally authorized to work in

19  the United States, and they work for our local

20  election offices, the Florida Department of Highway

21  Safety and Motor Vehicles, where they collect or

22  handle voter registration applications -- just let

23  me star that again -- where they collect and handle

24  voter registration applications.  And some may even

25  work at the State's Division of Elections.

Page 39

1       So why are they allowed to work for all of

2  these government entities and not be allowed to work

3  for a third party?  This doesn't make sense.  So

4  this amendment would ensure that individuals who are

5  not U. S. citizens but are legally authorized to

6  work in the United States are able to collect or

7  handle voter registration applications on behalf of

8  the organization, and I ask for your support.

9           SPEAKER RENNER:  Questions?  Questions?

10          Are there amendments?

11          THE CLERK:  None on the desk, Mr. Speaker.

12          SPEAKER RENNER:  Are there substitute

13  amendments?

14          THE CLERK:  None on the desk, Mr. Speaker.

15          SPEAKER RENNER:  Then we're in debate.

16          Representative Rayner-Goolsby.

17          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

18  so much  --

19          SPEAKER RENNER:  One minute and 12 seconds.

20          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

21  so much, Mr. Speaker.

22          Real quickly, Representative Bartleman, I

23  think that this amendment is a great amendment.

24  This is what we've talked about in committee.  And

25  once again, this portion, if this amendment isn't

Page 40

1   accepted, it's discriminatory on its face.  So thank

2   you.

3              SPEAKER RENNER:  Other debate, other

4   members in debate.

5              Representative Bartleman, you're recognized

6   to close.

7              REPRESENTATIVE BARTLEMAN:  Thank you,

8   Mr. Speaker.

9              This is discriminatory.  These are people

10  who are working in our banks with sensitive

11  information.  They are your accountants.  They're

12  performing heart surgery on you.  They're working in

13  your hospitals.  They're taking care of your

14  children.  Those are the most important things in

15  our lives, and you propose that they're not

16  qualified or can't be trusted to collect paperwork.

17             And by the way, at the DMV, they're

18  collecting this paperwork anyway.  So why don't you

19  just accept this amendment, so we're not

20  discriminating against hardworking people who are

21  legally authorized to work in this country?  Thank

22  you very much.

23             SPEAKER RENNER:  Representative Bartleman,

24  having closed on amendment, barcode 003387, all

25  those in favor say yea.

Page 41

1                    (Multiple yeas)

2                    All those opposed, say no.

3                    (Multiple nos)

4                    Show the amendment fails.

5                    Read the next amendment.

6                    THE CLERK:  Representative Hart offered the

7        following amendment with title amendment, barcode

8        978727 --

9                    SPEAKER RENNER:  Representative Hart --

10                   THE CLERK:  -- remove lines 432 through 543

11       and insert an amendment.

12                   SPEAKER RENNER:  Representative Hart,

13       you're recognized.

14                   REPRESENTATIVE HART:  Thank you,

15       Mr. Speaker.

16                   In this bill, we require third-party

17       organizations to provide receipts.  I believe that

18       that is going to handicap many organizations.  And

19       it's interesting that we're doing this, and I really

20       would like to know, what do we plan to have in it?

21                   But this amendment removes the requirement

22       for third-party voter registration organizations to

23       provide a receipt to voters because this creates an

24       administrative burden that could discourage voter

25       registration drives and provides no real benefit to

Page 104

1    elections and others, CS for Senate Bill 7050, a

2    bill to be entitled an act relating to elections.

3              SPEAKER RENNER:  Are there any amendments?

4              Members, we're now going into structured

5    debate on CS for SB 7050.  Our debate will be

6    limited to 40 minutes per side in ten-minute

7    increments with total debate time not to exceed 80

8    minutes.

9              I believe, Representative Daley, you're

10   recognized to begin the debate, and the Clerk will

11   stop -- start the debate clock.

12             REPRESENTATIVE DALEY:  Thank you,

13   Mr. Speaker.

14             I yield to Representative Gantt.

15             SPEAKER RENNER:  Representative Gantt,

16   you're recognized.

17             REPRESENTATIVE GANTT:

18             Thank you, Mr. Speaker.  As an all-American

19   who believes in democracy and believes in the

20   process of citizens being enfranchised instead of

21   disenfranchised, I believe that this bill seeks to

22   disenfranchise Floridians particularly, making it

23   more difficult to get access to the ballot.

24             I spoke in debate on Representative

25   Skidmore's amendment about the affidavit portion.

Page 105

1    We are not being logical or fiscally logical when

2    we're asking the supervisors of elections to now be

3    required to have an affidavit submitted but we're

4    not providing any type of fiscal support to the

5    supervisors of election or any type of measures to

6    ensure that they can comply with this request.

7              Again, in my debate on Representative

8    Skidmore's amendment, who's going to be the notary?

9    Who's going to supply or who's going to create the

10   program or give the funds, the hours, the time for

11   current employees to become notaries?  And then how

12   are they going to be trained in how to properly

13   identify an affidavit?  further, is there going to

14   be a template form for the affidavit?  If there is a

15   template form for the affidavit, what kind of

16   training is going to be provided on that?

17             There are so many questions and so many

18   outstanding answers for that particular provision

19   that's going to make it difficult for supervisors of

20   elections, and it's going to make it difficult for

21   voters to access their ballots.

22             I then want to speak briefly about the

23   resign-to-run.  So I actually looked up the 2018

24   bill, Senate Bill 186, that revised the resign-to-

25   run provisions.  And there are eight members

Page 106

1    currently in this chamber who voted for this law in

2    2018, okay.

3              And in Senate Bill 186, we heard in the

4    opening that it was a clarification of the resign-

5    to-run.  But I am at a loss at how it can be a

6    clarification because in the language of Senate Bill

7    186, subsection 4A -- so it's statute 99.012 --

8    subsection 4A says any officer who qualifies for

9    federal public office must resign, and it goes on to

10   say more.

11             Then when you go down to the new subsection

12   8 -- and I'll share this with whomever is

13   interested, and I'll also post it -- the language in

14   the former subsection 7, the new subsection 8 says

15   subsections 3 and 4 do not apply to persons holding

16   a federal office, and then it stops there.

17             And that's what we see in the current

18   statute, statute 99.012.  But what the previous

19   language was, which was stricken out, meaning that

20   it was an intentional act by the Legislature to

21   exclude this language that was already present, it

22   says nothing contained in subsection 3 relates to a

23   person seeking -- holding any federal office or --

24   and this is the stricken language -- or seeking the

25   office of President or Vice Presidente.  It doesn't

Page 107

1   say Presidente, but it says President, okay.

2          So this was an intentional act to exclude

3   that language that was already included.  So how are

4   we now coming back and saying, oh, no, we want to

5   clarify?  It seems that what we are doing is just

6   building the plane while we're flying it and

7   changing things as we go and saying, oh, no, we want

8   to clarify, but it's not really a clarification

9   because it was already in there.

10          So my deduction from the stricken language

11   that struck President or Vice President means that

12   it included federal public office, which means

13   President and Vice President was already included in

14   it.  So why are we here now?  Okay.

15          So I think that we need to definitely make

16   sure that we are consistent and that we make sure

17   that we don't change the rules for who we like or

18   who we don't like.  And the greater point of it all

19   is we need to make sure that we continue to make

20   Floridians or have Floridians have the ability to

21   have access to the ballots.

22          Thank you, Mr. Speaker.

23          SPEAKER RENNER:  Representative Daley.

24          REPRESENTATIVE DALEY:  Thank you,

25   Mr. Speaker.

Page 108

1            I yield to Representative Chambliss.

2            SPEAKER RENNER:  Representative Chambliss,

3     you're recognized.

4            REPRESENTATIVE CHAMBLISS:  Thank you,

5     Mr. Speaker.

6            You know, living in Florida seems to get

7     harder and harder every day with rising rents and

8     affordable housing crisis and wages that don't seem

9     to be matching the cost of living in some areas.  So

10    we have people in the state who are working two and

11    three jobs just to make ends meet.  And when it

12    comes to working class families, I know that we have

13    Democrats and Republicans who support working-class

14    families, but every time we work on an election

15    bill, it seems like we're making the process harder,

16    and we are not creating more availability to the

17    ballot box for those working-class families.

18            For example, when it comes to people in my

19    district, many of them are renters, people who are

20    very, very transient.  As a matter of fact, in the

21    United States of America, one in eight Americans

22    move every day.  And so I'm very concerned about

23    some of the language as it relates to trying to

24    confirm someone's last known address, as well as the

25    process in which we are taking voters off the rolls,

Page 109

1    you know.

2              People have it hard as it is, and it seems

3    that we want to make sure that we're keeping as many

4    people on the rolls and not taking them off.  We

5    already know that the process to remove voters from

6    rolls is a flawed process.  Back in around 2012 and

7    2013, we realized that there were over 100,000

8    people who were inaccurately taken off the rolls

9    because they were thought to be noncitizens, and we

10   found out that they actually were citizens.

11             And so we know that it's a flawed process.

12   We just want to make sure that, as we're doing these

13   type of election bills, that we're being sensitive

14   to that fact.  We don't want to get it wrong.  So we

15   need to create a better process because what it

16   shows is that -- what our data shows is that when

17   we're taking voters off the roll, it seems that

18   inadequately black Floridians, Hispanic Floridians

19   seems to be taking off the roles at a higher level

20   than other communities.

21             We want to make sure that everyone has

22   access to the ballot box.  We want to make sure that

23   we're making the right decisions at the ballot box,

24   and the only way that we can do that is that we have

25   representation from everybody throughout the state

Page 110

1    at the ballot box.

2            So for those reasons, I cannot support that

3    bill.  We need to make sure that we get it right.  I

4    don't think that this bill goes far enough.  Thank

5    you.

6            SPEAKER RENNER:  Representative Daley.

7            REPRESENTATIVE DALEY:  Thank you,

8    Mr. Speaker.

9            I would yield to Representative Robinson.

10            SPEAKER RENNER:  Representative Robinson,

11    F, you're recognized in debate.

12            REPRESENTATIVE ROBINSON:  Thank you,

13    Mr. Speaker.

14            And I'm going to start off because we talk

15    a lot about what bills are American.  Well, as I sit

16    here and I look at here, I believe that America is

17    built upon democracy.  And when I read through this

18    piece of legislation and I look at all the things

19    that it's doing, I have to say that this would be

20    the most un-American bill if we passed this in this

21    legislative session that we've passed.

22            And I say that because there are so many

23    restrictions that are put in here that is going to

24    make it difficult for Floridians to actually have

25    the democracy that America is built on.

Page 111

1          Voting is an essential democratic tool by

2     which citizens are given an opportunity to voice

3     their opinions on the laws that we create.  This

4     bill, 7067, will make it substantially more

5     difficult for those citizens to do that.  It limits

6     transparency.  How does it do that?  Up until this

7     point, our campaign funds have been reported

8     monthly.  It works.  People are able to go and see

9     it.  Now, we want to change that to three months.

10    It's affecting voter registration.  It's affecting

11    vote by mail.

12          This is, what, the third year that we have

13    come back to attack people's voting rights?  I just

14    totally do not understand it.  We say that we love

15    America, we love the premise that we have democracy,

16    but yet we're doing something different.  Let our

17    actions follow our words is what I'm asking us to do

18    today here.

19          I was really thankful for my colleague,

20    Representative Gantt, on what she stated.  How are

21    we going to do that?  We've said that, for us, if we

22    look at, for all of us as representatives, we have

23    to what?  Resign-to-run.  Actually, one of the bills

24    that we passed earlier, when it comes to the form 6,

25    we just said we use the form 6.  We're asking for

Page 112

1   our other elected people to use form 6.

2          When it comes back to resign-to-run, we

3   resign-to-run.  But now we're going to make special

4   provisions for one person?  We need to cut it out.

5          SPEAKER RENNER:  Rep. Robinson, time has

6   expired.  We'll go to the next segment.

7          Call on Leader Grant, you're recognized.

8          REPRESENTATIVE GRANT:  Waive our time in

9   this segment.

10          SPEAKER RENNER:  Waiving the time in the

11   segment.

12          Back up, Rep. Daley, you're recognized for

13   debate.

14          REPRESENTATIVE DALEY:  Thank you,

15   Mr. Speaker.

16          I yield to Representative Lopez.

17          SPEAKER RENNER:  Representative Lopez,

18   you're recognized in debate.

19          REPRESENTATIVE LOPEZ:  Thank you,

20   Mr. Speaker.

21          I want to start by saying there are a

22   number of things wrong with this bill, one of which

23   directly affects my community, the Latinos who are

24   encouraging civic engagements in our state.  There

25   are a number of Latino voter registration

Page 113

1  organizations doing amazing work for our communities

2  like UnidosUS, Mi Familia Vota, Mi Vecino, Hispanic

3  Federation, and more.  These organizations are

4  nonpartisan.  They do not tell people how to vote,

5  and they are mostly made up of people who immigrated

6  to this country lawfully in search of a better

7  future.

8          Rather than encouraging civic engagement

9  and lawful immigration, this Legislature wants to

10 fine organizations tens of thousands of dollars for

11 providing opportunities to lawful noncitizens that

12 are working to establish a new life in the U.S.

13 Lawful residents who did everything they were

14 supposed to do to come to the United States would

15 not be able to practice democracy by encouraging

16 voter registration and civic engagement.

17          This Florida Legislature is trying to make

18 away the opportunity for these Floridians to live

19 comfortably and provide for their families.  Not to

20 mention, these nonpartisan Latino voter registration

21 organizations are some of the only sources of

22 bilingual voter education for the Hispanic community

23 in my district and many others across the entire

24 state.

25          This bill already makes it more difficult

Page 114

1  for immigrants who recently received citizenship to

2  register to vote and utilize their voting rights.

3  Putting stricter regulations on organizations that

4  educate the Latino community will make next to

5  impossible for newly naturalized citizens to access

6  the resources they need to exercise their rights and

7  responsibility to vote.

8          Members, there may only be a few Latino

9  Members in the Democratic Caucus, but there are many

10 of us in this body as a whole.  Latinos represent

11 both sides of the aisle, so suppressing the Latino

12 vote harms us all.

13         To all of the Latino Representatives, I

14 want you to think about your experiences with civic

15 engagement.  Think about the time that you first

16 registered or registered someone to vote.  Are you

17 really in support of taking away the opportunity for

18 the people from our community?  Do you really want

19 to suppress the Latino vote?

20         I know that I personally want to uplift

21 Latino Voices and encourage engagement within my

22 community.  So I will continue to advocate for the

23 organizations encouraging voting within my community

24 because I am their voice in this House.  And to all

25 of the Latinos here today and watching right now, it

Page 115

1   is so important that you vote for the people who

2   will protect your rights.   I'll be voting no today

3   and encourage you all to do the same.

4            Thank you, Mr. Speaker.

5            SPEAKER RENNER:  Representative Daley.

6            REPRESENTATIVE DALEY:  Thank you,

7   Mr. Speaker.

8            I yield to Representative Eskamani.

9            SPEAKER RENNER:  Representative Eskamani,

10  you're recognized.

11           REPRESENTATIVE ESKAMANI:  Thank you so

12  much, Mr. Speaker.

13           So I think I just want to start with

14  telling the story of how I got registered to vote,

15  because I think we all remember that process, and

16  sometimes it was your parent that helped you fill

17  that form and make sure you got your driver's

18  license, that you also preregistered to vote.  Maybe

19  you did it in a different state, and when you came

20  to Florida, it was just one of those automatic

21  things you did at the DMV.

22           In my case, it was my summer school teacher

23  back in 2007 at University High School -- go Cougars

24  -- where he actually was also the AP government

25  teacher at the time.  But he was teaching some of

Page 116

1  those summer classes you take in order to graduate,

2  and he made sure that all students there were

3  preregistered to vote, myself included.

4           And so by the time I turned 18, I was ready

5  to vote.  I registered NPA, in fact.  My parents

6  were Democrats, but I wanted to figure out for

7  myself who I wanted to be and what my values were.

8  And it wasn't until 2010 at the University of

9  Central Florida where I registered to vote a

10  Democrat.  And it was mainly because the only two

11  groups tabling that hot summer at UCF was the

12  Iranian student organization, which I was a part of,

13  and the College Dems.  And I was collecting human

14  rights petitions, and they were doing voter reg.

15           And I just felt such an alliance with these

16  young leaders that were talking about issues that

17  mattered to me, and I built so many friendships from

18  that, but of course, also got registered to vote as

19  a Democrat, and the rest is kind of history.

20           That same year, this legislative body

21  passed a bill to make it harder to register people

22  to vote.  In fact, that legislation created the

23  third-party voter reg. system we have today.  I

24  remember it very clearly because I was one of those

25  students who was registering her classmates to vote.

Page 117

1   And when that legislation passed back in 2011, it

2   upended the entire structure of voter registration

3   where organizations just stopped doing voter reg.

4   And it wasn't until a lawsuit was filed and then a

5   court decided that the laws the Legislature placed

6   were restrict active that some of those requirements

7   were pulled back, including back then there was a

8   48-hour deadline to turn in voter registration

9   forms, which was absolutely absurd.

10          And honestly I'm sad, you know.  I'm sad to

11   be in this chamber now facing a bill that it just

12   reminds me what took place a decade ago.  And by the

13   way, it was 2011, right before the 2012 election

14   cycle.  And this very much is like deja vu.  We're

15   back at it again, making it more difficult to

16   register people to vote under false pretenses.

17          Now, I want to say there are many fines,

18   fees, penalties, and requirements for third-party

19   voter reg. organizations.  What we are doing with

20   this bill is unnecessary.  Requiring that three

21   PVROs have to expire after every election cycle,

22   administrative burden, bureaucratic in nature,

23   unnecessary.

24          Setting these restrictions on who can

25   volunteer for your organization, discriminatory in

Page 118

1  nature and again unnecessary.  I think it's really

2  frustrating in a state that believes in second

3  chances, in a state that is so diverse, that has so

4  many immigrant communities, that we don't think our

5  fellow Floridians are able or trustworthy to hold a

6  clipboard with forms and help support their fellow

7  Floridian in getting registered to vote, especially

8  when the bill has penalties in place if anyone

9  copies that information.

10            It's one thing to have those type of

11  penalties, which I totally get, but it's something

12  else when you're drawing these discriminatory

13  factors and saying that some people can be trusted

14  to hold a clipboard.  And it's purely designed to

15  intimidate third-party voter reg. organizations,

16  many who are scrappy, many who have small budgets,

17  many who are volunteer driven.  You're basically

18  going to create an environment where they're going

19  to have to do background checks, where they're going

20  to have to ask pointed questions to volunteers on

21  their immigration status.

22            I mean, that's wild, members.  It's so wild

23  and unnecessary.  And as a reminder, third-party

24  border reg. organizations, they do what government

25  doesn't do, what government won't do.  They go into

Page 119

1   churches.  They go into college campuses.  They go

2   into community events, farmers markets.  They meet

3   folks belly to belly and encourage them and get them

4   activated to register to vote.  Government doesn't

5   do that.  And in a state that really preaches small

6   government, you would think supporting through PVROs

7   that decentralization with safety metrics in mind

8   and accountability in mind would be our approach.

9          But this is clearly designed to deter

10  specifically black and brown volunteers from being

11  able to participate in the process because we all

12  know that when it comes to incarceration rates and

13  especially when it comes to targeting those who

14  don't have -- those who aren't U.S. citizens, that

15  it's directly impacting a very slight group of

16  people over others.

17          And I also, of course, want to elevate this

18  resign-to-run repeal.  I mean lol, members.  Like I

19  thought there were checks and balances in

20  government.  I thought we were in a structure where

21  we hold, you know, other branches accountable, not

22  bend over backwards to do as we're told by one

23  branch of government.  And the fact that it's

24  specifically for President or Vice President, I

25  think we all know, the elephant in the room, what

4/28/2023                Florida House Session SB 7050                Audio Transcription

```
                                                    Page 120

 1   that is for, and that is for Governor DeSantis and

 2   his path to run for President.

 3              The rest of us don't have that type of

 4   benefit, and we've had multiple special elections,

 5   you know, in past years because many of our

 6   colleagues ran for Congress, and those seats were

 7   empty despite them not winning their races.  I mean,

 8   if you're going to do it, you should really consider

 9   at least evening the playing field for others, not

10   collectively carving it out for one man.

11              Members, I don't wait for one man.  I'm not

12   going to change the law for one man.  And so with

13   that said, I really encourage everyone to vote down

14   on this bill.  Please think about the organizations

15   who are directly impacted.  Think about our

16   fundamental American values, the importance of

17   democracy, and civic engagement.  And let's vote

18   down this bill.

19              Thank you, Mr. Speaker.

20         SPEAKER RENNER:  Leader Grant, you're

21   recognized in debate.

22              REPRESENTATIVE GRANT:  Thank you,

23   Mr. Speaker.

24              Waive our time in this segment.

25              SPEAKER RENNER:  Waving time in this
```

Page 121

1   segment.

2          Representative Daley, you are recognized

3   for debate.

4          REPRESENTATIVE DALEY:  Thank you,

5   Mr. Speaker.

6          I yield to Representative Rayner-Goolsby.

7          SPEAKER RENNER:  Representative Rayner-

8   Goolsby, you're recognized.

9          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

10  so much, Mr. Speaker.

11          And, Chair McClure, I know that you and I -

12  - what I do appreciate about you is that you will

13  talk with me through these bills, and we will talk

14  about and have open dialogue.  But with that said,

15  Chair McClure, I have to tell you why this bill is

16  very problematic.  And I think that we have to think

17  about intent versus impact.

18          I understand that your intent may not be to

19  be discriminatory, may not be to be restrictive, but

20  we have to look at the impact of the legislation

21  that we are passing.  One of the things -- and I

22  believe Representative Eskamani pointed this out in

23  her debate, and I believe Representative Gantt

24  pointed this out in her debate as well -- we have

25  third-party organizations that register black and

Page 122

1   brown people.

2        Let me just walk you through a little bit

3   of history.  Black folks were actually able to vote

4   without any restrictions August 6, 1965.  There are

5   people in this room that were born in 1965.  That is

6   recent history.

7        And so I'm just unclear why we are not

8   making the path easier for folks to register to

9   vote.  But also many of these third-party

10  organizations, they also educate voters.  They stay

11  in the community.  These are people who live in

12  their community.  And they are educating their

13  neighbors and their friends on a day-to-day basis.

14       And so when you have the restriction in

15  here that they have to expire after every election

16  cycle, it's not just registering voters, but it's

17  also educating them on off-cycle years.  So, once

18  again, it's the intent versus the impact.  And

19  that's what we have to think about.  And so I don't

20  want to, you know, go into like, well, you know,

21  you're doing this.  No.  It's just -- I don't think

22  we're just thinking about that impact.

23       Also, I want to talk about the burden

24  shifting to the actual voter.  And I know that we've

25  had this conversation in committee.  When I am

Page 123

1  licensed to drive, when I get a ticket, when -- they

2  tell me I don't pay that ticket on time and the

3  people about to take my license, guess what happens?

4  The State of Florida sends me a notice.  The State

5  of Florida says, Rayner-Goolsby, you're one seatbelt

6  infraction away of losing your license.  I mean, my

7  father did say that.  It's -- and it's kind of a

8  fact I like to speed but whatever.  But, listen, the

9  state of Florida does that.

10         So why can the State of Florida -- we can

11 alert folks to everything else, but we can't seem to

12 alert them to this actual American duty and

13 privilege that we have to vote?  And so I have a

14 problem with the burden shifting because we saw last

15 election cycle, we saw people not realizing they

16 weren't able to vote, and they were being used as a

17 political pawn.  They were being used as

18 gamesmanship, not that fact that they have real

19 lives.

20         Once again, it's the intent versus impact.

21 We have to look at the impact we're having with this

22 legislation.  And I don't know anyone -- and no one

23 who's in this chamber -- should ever want to make it

24 harder for people to vote.  We should all want

25 everybody to get out and vote.  So once again,

Page 124

1    members, it is the intent versus the impact.

2           Also, I'm going to touch on the resign-to-

3    run.  I don't like when people play in my face.  My

4    mama would tell me when she was about to get -- when

5    I was about to get in trouble and I would act like I

6    didn't really know what was going on, she would say

7    I have more degrees than you, and I'm not stupid.

8    And I'd say, yes, ma'am.

9           And that's how I feel in this moment.  We

10   know what this is about.  We have already said the

11   quiet part out loud.  In fact, with the resign-to-

12   run provision, you all have said the quiet part out

13   loud.  You all have said that we're willing to bend

14   to political wiles and wills.  We are willing to do

15   that.  Members, the intent versus the impact.  How

16   can we ask our people to trust in democracy if we

17   are willing to just give it away if someone asks us

18   to?  That is not democracy.

19          Members, I know that this bill will pass,

20   but I'm talking to the people that are watching.  I

21   and the back rows understand what the impact of this

22   legislation will do.  And it's just building upon

23   more and more restrictive voting legislation that is

24   really trying to silence people to vote.  And I know

25   that may not be the intent, but guess what?  That is

Page 125

1   the impact.

2          SPEAKER RENNER:  Representative Daley,

3   you're recognized.

4          REPRESENTATIVE DALEY:  Thank you,

5   Mr. Speaker.

6          I yield to Representative Woodson.

7          SPEAKER RENNER:  Representative Woodson,

8   you are now recognized for debate.

9          REPRESENTATIVE WOODSON:  Thank you,

10  Mr. Speaker.

11          Members, one of the most important rights

12  of an American citizen is the right to vote.  As a

13  Haitian American, this is one of the most important

14  rights that I have earned in the United States.

15  Voting is such an important part of any democracy,

16  and we have an obligation to make it easier for

17  people to participate in the democratic process by

18  exercising their rights to vote.

19          The citizens of Florida voted for us to

20  represent them in their ideas and for us to support

21  their interests, the interests of the people of

22  Florida.  In this bill, we are placing a lot of

23  barriers that will hinder Floridian from exercising

24  this most important right.

25          Registering to vote should be the simplest,

Page 126

1  easiest thing to do, and it should not be a hassle.

2  The requirements on the voter cards to contain an

3  explanation statement is really baseless and

4  senseless.  For several requirements throughout the

5  Florida Election Code, we are saying that certain

6  notices will be published in newspaper or general

7  circulation or on certain official website.  Do we

8  know how many people do not read the newspaper, nor

9  going to those website?  Have we ever tried to

10  navigate our way around some of those websites?

11  Even the most technologically savvy person have a

12  hard time going in some of those website.

13        In our communities, sometimes people look

14  -- get those type of information, and I would tell

15  you, in the African American communities or in the

16  Haitian communities, even some of the Hispanic

17  communities as well, people get information through

18  the churches, through the radios, through the new to

19  whatever means that they can get those information,

20  or on the TV stations.  Going to those websites or

21  just a newspaper do not cut it for some people.

22        When it comes to third-party voters

23  registration, most of the time, it's made up of

24  volunteers who want to use their time to help out in

25  the democratic process.  So why are we putting

Page 127

1  burden or barriers for third-party voter

2  registration people who take their precious time to

3  provide a service so we can get more people to

4  register to vote?

5          We are asking them to register with the

6  Department of State for each specific general

7  election cycle and also that the registration

8  expires after each cycle.  Now, if I'm a volunteer,

9  why do I want to do all that?  Why would I take the

10  time to go for each election cycle knowing that my

11  duties are the same?  Nothing has changed.

12          Come on, members.  Let's try to do better.

13  Let's not try to waste people's time who want to

14  help in the process.  When it comes to the

15  supervisor of elections, my Broward Supervisor of

16  Elections, Joe Scott, he got in 2020.  The man has

17  done such a fantastic job putting measures in place,

18  putting the proper measures in place in order to

19  make sure that everyone can have access to his

20  office, can come in and register to vote, can go out

21  and cast a vote.

22          Now, we are putting more burden, more work

23  on them.  We want those officers to work

24  efficiently.  By putting all those barriers in this

25  bill, we are putting an undue burden on the

Page 128

1  supervisor of election's offices, and I cannot do

2  that.  In good conscience, this is not something

3  that we would want to do.

4          Thomas Jefferson said we do not have

5  government by the majority.  We have government by

6  the majority of people who participate in the

7  process.  And this is what we need to do.  We need

8  to make sure we have more people participating in

9  the process.  So I'm asking you all to vote down on

10 this bill.  Thank you.

11          SPEAKER RENNER:  Leader Grant, you're

12 recognized.

13          REPRESENTATIVE GRANT:  Thank you,

14 Mr. Speaker.

15          Please recognize Representative Overdorf in

16 debate.

17          SPEAKER RENNER:  Representative Overdorf,

18 you're recognized in debate.

19          REPRESENTATIVE OVERDORF:  Thank you,

20 Mr. Speaker.

21          So last time that this body modified the

22 election law, we heard many of the same arguments

23 we're hearing today.  "This will make it harder for

24 people to vote."  "This will restrict access to

25 vote."  "This will disproportionately affect one

Page 129

1    group or another."

2           Today, as I said during the last election

3    process, I again say: show me.  Show me the person

4    who's not allowed to vote.  Show me the person who

5    is a qualified voter and can't vote.  I have every

6    confidence that the results of this challenge, this

7    next election, will be same as the last.  Not one

8    person who is qualified to vote will not have the

9    opportunity to vote.  Not one person.

10          I have every confidence the bill sponsor

11   and other debaters will further address the

12   "restrictions."  And, therefore, I want to address

13   some items where there has been a fair amount of

14   hype and hyperbole from various political factions

15   within the State of Florida and from around the

16   country.

17          After actually reading the bill, listening

18   to questions, and talking to the sponsor, I'd like

19   to specifically address the concerns of some

20   constituents from around the state.

21          Does this bill allow the Department of

22   Motor Vehicles to more easily register voters who

23   are not U. S. citizens, and does the bill no longer

24   require voters to be registered at their "legal

25   residence?"  The answer is no.

Page 130

1            Does the bill limit citizen access to voter

2    data and results?  The answer is no.

3            Does the bill mandate machines, tabulators,

4    and outlaw hand counts?  The answer is no.

5            Does the bill negate signature

6    verification?  The answer is no.

7            Does the bill loosen ID requirements for

8    mail-in ballots?  The answer is no.

9            When the official results of an election

10   are completed, does the bill change or loosen the

11   way that results can be challenged?  The answer is

12   no.

13           How will I be voting on this bill?  The

14   answer is yes.  Please join me in supporting this.

15           SPEAKER RENNER:  Leader Grant, you're

16   recognize in debate.

17           REPRESENTATIVE GRANT:  Thank you,

18   Mr. Speaker.  Waive our time in the remainder of

19   this segment.

20           SPEAKER RENNER:  Having waived the

21   remainder of the time of this segment,

22   Representative Daley, you're recognized.

23           REPRESENTATIVE DALEY:  Thank you,

24   Mr. Speaker.

25           I yield to Representative Nixon.

Page 131

1          SPEAKER RENNER:  Representative Nixon,

2     you're recognized in debate.

3               REPRESENTATIVE NIXON:  Thank you,

4     Mr. Speaker.

5               This bill affects the fundamental rights of

6     citizens to have access to the ballot box.  There

7     are a lot of alternatives and methods other than

8     what is in this bill.  This bill is oppressive, and

9     we need to be real about it.  These punitive fines

10    and harsh deadlines will have a chilling effect on

11    voter registration groups.  They will significantly

12    impact smaller organizations closest to marginalized

13    communities.  Or maybe that's the goal of it all, to

14    stifle true democracy and strip the voices of those

15    whose ancestors had to fight and often die for the

16    very right to vote.

17              This bill is voter suppression through and

18    through.  Every time groups of people that are

19    against what the majority and those in power are for

20    go out and vote in numbers and record numbers, or

21    you all cause -- I ain't going to say me because I

22    vote against a lot of these bills -- or you all

23    cause and pass policies that devastate marginalized

24    communities, black communities, brown communities,

25    women or young people, LGBT communities, and you

Page 132

1   realize, uh-oh, we may have overstepped and

2   overreached, like doing things like providing

3   kickbacks in the amounts of $3 billion to insurance

4   companies who are now jacking up property insurance

5   rates and forcing our residents out of Florida

6   because they can no longer afford to live here.

7           Uh-oh, these people may be pissed at us.

8   They may realize that their life is harder, and

9   we're hurting them with these policies.  So we need

10  to make it harder for them to vote, to vote us out

11  of office.  Again, you change the rules again and

12  again and again.

13          Many of you all have proposed even more

14  restrictive and confusing vote by mail policies.

15  Confusion is a form of voter suppression.  We should

16  be making it easier for our seniors and our veterans

17  to vote.  Can you all please tell me why you all are

18  making it harder for seniors to vote?  I just really

19  want to know.  By requiring things like emergency

20  excuses and more restrictive timelines, that ain't

21  right.

22          Now, let's get to the crux of what I really

23  want to talk about in this bill.  Many parts of this

24  bill are unconstitutional.  Many bills that pass off

25  this chamber floor are unconstitutional.  Many

Page 133

1   lawsuits that the State of Florida, that they go

2   after and file are unconstitutional, and they are

3   all under the direction of Ron DeSantis.

4          Why did we add this exemption to the

5   resign-to-run in for a Presidential candidate?  Why

6   are we signing off on allowing Ron DeSantis the

7   ability to not do his job?  Separations of powers,

8   people.  What are we afraid of?  Why can't this body

9   stand up to the Governor and do what's right?  Why

10  won't you all question the fact that he's hurting

11  people?  Why aren't we doing our jobs, checking the

12  Governor based on the checks and balances due to the

13  separation of powers?

14          Floridians are hurting.  They're leaving

15  the state of Florida because they're being priced

16  out of the state, and many in this body are doing

17  the Governor's bidding.  If someone wants to run for

18  President, let them.  But don't let the Governor

19  hold our state or hold Floridians hostage because of

20  blind and drunk political ambition which restricts

21  our ability as a state to ensure Floridians can

22  prosper.

23          He needs to resign-to-run if he wants to

24  run for President, period.  As I stated earlier,

25  last time I checked, being Governor was a full-time

Page 134

1    job.  Running for President takes a lot of work.  We

2    need him to focus on Florida.

3              America, look at our state.  It's

4    beautiful.  But it's clear that we are under attack.

5    Diversity, equity, and our ability to be inclusive

6    is under attack.  A democracy works best when all

7    who are in it and are involved in it can fully

8    participate in it, be engaged in it.  This bill

9    ain't what democracy looks like.  It's actually a

10   clear attack on our democracy.  It's designed, like

11   many of these other bills that pass off this floor,

12   to silence and erase certain communities.  It's

13   designed to keep communities down and apathetic and

14   hopeless and like their lives will never improve.

15             But I'm here to tell all the folks that

16   have communicated with me and my colleagues on the

17   back rows that want to leave this state, do not

18   leave Florida.  Stand up and fight back.  Push back

19   against these oppressive bills, because all

20   Floridians deserve the right to live healthy,

21   prosperous, and safe and to no longer just survive,

22   but to thrive and to flourish.  Vote this bill down.

23             SPEAKER RENNER:  Representative Daley,

24   you're recognized.

25             REPRESENTATIVE DALEY:  Thank you,

Page 135

1    Mr. Speaker.

2          I yield to Leader Driskell.

3          SPEAKER RENNER:  Leader Driskell, you're

4    recognized.

5          REPRESENTATIVE DRISKELL:  Thank you,

6    Mr. Speaker.

7          Members, here we are again.  After the 2000

8    Presidential election, Florida spent years trying to

9    correct its reputation for election disasters.  And

10   for years, election officials worked really hard to

11   show the world that Florida is safe, secure, and

12   well-run when it comes to our elections.  But

13   slowly, we shed the shameful reputation of dangling

14   chads and the Brooks Brother riot.

15         By the 2020 election, our reputation had

16   been repaired, so much so that Governor DeSantis

17   said that Florida is a model for the rest of the

18   nation.  But then, right after that, we immediately

19   began attacking voter access through legislation

20   that made it more difficult for people to vote.  But

21   why?  Nothing had happened in Florida to indicate

22   that our elections were not running smoothly.

23         But some individuals with political

24   motivations wanted to cast doubt on the American

25   election system overall, and an effort began to make

Page 136

 1   it harder for certain people to vote in states

 2   across the country.  The reality is that in Florida,

 3   Republican voters outpaced Democratic voters through

 4   the vote by mail system for years.  Every election,

 5   thousands more Republicans and Democrats voted by

 6   mail.

 7            Then Trump said not to trust it, and at the

 8   same time, Democrats finally braced it because we

 9   were going through a pandemic, and it was a safe and

10   effective way to vote.  But now, after years of

11   expanding vote by mail, I see us attacking it.

12            Nonpartisan third-party voter registration

13   organizations have worked in Florida for years,

14   helping our neighbors join the democratic process by

15   getting them onto the voter rolls and involved in

16   their government.  But a certain kind of people who

17   tend to vote a certain kind of way are

18   disproportionately helped by these groups.  Black

19   and brown voters are far more likely than white

20   voters to get registered by a third-party voter

21   registration organization.

22            That is one important reason why it is

23   problematic to attack nonpartisan voter registration

24   organizations through the policies in this bill.

25   With these new penalties and restrictions, some of

Page 137

1    these groups might not be able to continue working
2    in Florida.  And that doesn't make our elections
3    better.  It makes it more difficult for the
4    communities that they help.
5              They were already heavily regulated with
6    sufficient penalties for violating the rules.  The
7    impact of these new penalties will be punitive, and
8    the practical effect will not be to regulate but to
9    eliminate these organizations that have helped
10   Florida voters for years.
11             In Florida, election crimes are extremely
12   rare.  But one of the most common one is for someone
13   to vote in two different states.  The best way to
14   prevent this is a system and program called ERIC, an
15   interstate database system that lets states check
16   for this kind of fraudulent double voting.  But
17   unfortunately, just last month, Florida left ERIC
18   because of a conspiracy theory from a right-wing
19   blog.  There's no other way to describe that.  Maybe
20   we should address this obvious blind spot in our
21   election security instead of attacking problems that
22   don't exist.
23             Members, our supervisor of elections don't
24   need more burdensome rules and regulations.  Our
25   nonpartisan voter organizations don't need new

Page 138

1  crushing punitive penalties, and we don't need to

2  make it harder for hardworking Floridians to cast

3  their vote.  But new law after new law, this

4  Legislature makes it harder and harder to vote.  We

5  make it less convenient, more complicated, less

6  accessible, and more intimidating.

7          And I think it's important to note that

8  many of the policies we pass here, just like the

9  ones in this bill, don't happen in a vacuum.  You

10  can look at the research, and it shows in states in

11  odd number years, voting restrictions tend to get

12  tighter before you head into a general election.

13  Florida's not alone in this.

14          Our democracy functions best when elections

15  have as much participation as possible.  Our

16  democracy functions best when every corner of a

17  community is invested in its future.  And our

18  democracy functions best when casting a secure

19  ballot in a fair election is as easy as possible.

20          This bill would move Florida backwards.

21  Members, let's not move backwards.  In Florida, we

22  haven't even waited to see what last year's bill

23  does before we have proposed the next set of

24  changes.  It seems to me and a lot of people to be

25  about power and control and about making things

Page 139

1   harder for certain people.  And I think to the

2   voters, this feels very aggressive.  Everyone can

3   see that this is undemocratic, and it's wrong.

4          Casting a ballot is powerful, and we should

5   not take that away from people.  We must make it as

6   easy as possible for Floridians to be able to cast

7   their vote.  And each and every potential voter in

8   the state deserves nothing less.  Please vote down

9   on this bill.  Thank you.

10          SPEAKER RENNER:  Leader Grant, you're

11   recognized.

12          REPRESENTATIVE GRANT:  Thank you,

13   Mr. Speaker.

14          Please recognize representative Sirois in

15   debate.

16          SPEAKER RENNER:  Representative Sirois,

17   you're recognized.

18          REPRESENTATIVE SIROIS:  Thank you very

19   much, Mr. Speaker.

20          Thank you, Mr. Majority Leader.

21          First, I want to thank the two sponsors,

22   you know.  These are complex bills, and I want to

23   thank you both for bringing it forward and your

24   mastery of the subject matter.

25          One of the aspects of the bill that I think

Page 140

1    I like the most and appreciate is this idea of a

2    registration receipt.  And to use the example of

3    being on a college campus, maybe some of us have

4    been approached by the folks with a clipboard, and

5    they come, and they take your registration.  And

6    what's to say at the end of the day after collecting

7    100 registrations, they go through them.  Maybe they

8    don't like which box you check, so some of them end

9    up in the trash.  I think having a chain of custody

10   in place when it comes to voter registration is a

11   good thing.

12          The other thing that I want to touch on is

13   one of the comments made in the chamber today.  I

14   think somebody said, you know, the government has to

15   help people get registered to vote.  The government

16   has to do this.  If the government doesn't do it, if

17   the government doesn't step in, who's going to be

18   involved here?  And I would argue back it's not the

19   government's role to register people to vote.  It's

20   a citizen's responsibility to go and to register to

21   vote.

22          Now, these laws are the foundation of our

23   democracy.  They are the absolute bedrock that this

24   whole thing is built on.  Election reform should be

25   something that we look at every session.  It

Page 141

1    shouldn't be something special because we take it up

2    one year over another that somehow, we're doing

3    something tricky.  It should be something that we

4    look at every year.

5           I also want to push back on the comments

6    that we've heard today regarding resign-to-run.  And

7    I'm going to point to a quote that I am familiar

8    with.  It's a Woodrow Wilson quote.  I hope some of

9    my colleagues in the back rows appreciate that.  He

10   said that the President is at liberty, both in law

11   and conscience, to be as big a man as he can be.

12   His capacity will set the limit.

13          I would argue -- and I would suggest that,

14   for a moment, take off your political hat.  We've

15   all run for office, everyone sitting in here.  It's

16   an enormous decision that you make.  You go down the

17   boxes that you're going to check.  How does it

18   affect your business?  How does it affect your

19   family?  How does it affect your future?  These are

20   the decisions that I imagine our governor is going

21   through now.  How's this going to affect my family?

22   How's it going to affect our future?  What do I have

23   to offer our country?  I hope that by passing this

24   in some small measure, we can clear up the ambiguity

25   and help make a path forward maybe a little bit more

Page 142

1    clear.  I think that that's something very

2    important.

3            The last point that I will make is that

4    it's been said, you know, you can't do both jobs.

5    You can't campaign for governor -- or you can't

6    campaign for President and be governor of a state

7    like ours.  I will tell you that Florida is a state

8    of 20 million people.  We're the 15th largest

9    economy in the world.  We have a law and order that

10   is second to none.  We have a balanced budget.  We

11   have a 2.6 unemployment rate, and the Presidency is

12   so much bigger.  I can't think of a better training

13   ground than the State of Florida for a future

14   potential Commander-in-Chief.  I yield back.

15           SPEAKER RENNER:  Leader Grant, you're

16   recognized.

17           REPRESENTATIVE GRANT:  Thank you,

18   Mr. Speaker.

19           Please recognize Representative Snyder.

20           SPEAKER RENNER:  Representative Snyder,

21   you're recognized in debate.

22           REPRESENTATIVE SNYDER:  Thank you,

23   Mr. Speaker.

24           You know, members, I think one thing that

25   we can all agree on is that Florida runs the best

Page 143

1   elections in the country.  And the good thing about

2   being the standard bearer is that it's our

3   responsibility to not stand idly by when we know

4   that in the last 2020 election, there were over 75

5   complaints that received criminal referrals because

6   that's the way that fraud and bad actors operate.

7          They understand the rules and the laws and

8   begin to figure out how can we circumvent those to

9   achieve our ultimate goal?  And I can't help but

10  think back to two years ago when we sat here and had

11  again a rigorous debate on election reform, as we

12  debated at the time Senate Bill 90.  And many of the

13  same attacks that we hear today were made back then.

14         And like our system does, it works just

15  right.  When there was a challenge, it went to the

16  courts, and originally, there was a flawed ruling

17  that was made.  But yesterday, you know, one of the

18  things that we have not heard come up was that the

19  11th District Circuit Court of Appeals made a

20  ruling, and again the system showed -- and I quote

21  -- "Florida's more recent history does not support a

22  finding of discriminatory intent."  I don't think

23  they could have said it any plainer as that is.

24         Again, that legislation was upheld because

25  there is no more sacred thing than our vote.  And in

Page 144

1   this state, when it comes to our elections, we want

2   to be crystal clear.  It should be easy to vote and

3   hard to cheat.

4           Members, please vote up on this good bill.

5           SPEAKER RENNER:  Leader Grant, you're

6   recognized.

7           REPRESENTATIVE GRANT:  Thank you,

8   Mr. Speaker.  Please recognize Representative

9   Massullo.

10          SPEAKER RENNER:  Representative Massullo,

11  you are recognized in debate.

12          REPRESENTATIVE MASSULLO:  Thank you,

13  Mr. Speaker.

14          Members, we've heard that voting is our

15  sacred right, and, you know, in America, we haven't

16  always gotten it right.  We have four different

17  amendments to our Constitution to try to get voting

18  right: the 15th amendment in 1870; the 19th

19  Representative Rayner-Goolsby referred to; the 26th

20  Amendment in 1971.  And we're constantly working to

21  make our elections freer and better for everybody.

22          And I've heard today from the back rows

23  that what this bill does is suppress votes, makes it

24  more difficult for people to vote, particularly

25  minorities and those of lower socioeconomic class.

Page 145

1    And it's just not true.

2            When you look at the statistics of the

3    percent of eligible voters that vote in elections,

4    they have not changed since the '60s.  In a general

5    Presidential election, we usually have 77 percent of

6    people to vote.  In off-year elections, we usually

7    get about 55 percent, and in primaries, sadly, we

8    only get 30 percent.

9            We need more people to vote.  In Singapore,

10   they have 96 percent of people to vote.  We need

11   more people to vote.  So what does this bill do?

12   This bill basically follows the duty that we have of

13   making our elections fairer and safer for the

14   individuals to vote.

15           Signature verifications, making sure our

16   rolls are clean and represent the people that are

17   eligible, knowing what the candidates that are

18   actually up for election, what their qualifications

19   are and whether or not they've had any incidences

20   that would possibly disqualify them, their fines.

21   This bill protects voters rights, and it's important

22   that we try to see that in each and every line.

23           And I want to talk just a minute about the

24   resign-to-run.  I personally believe -- and this is

25   just a clarification in law, but let's talk about

Page 146

1   the policy itself.  When you look at the

2   Presidential elections, almost 20 percent more of

3   Americans vote.  It is an individual office that is

4   unique to any office that we have.  It is the chief

5   executive of our country.  And there's no better

6   place to have that chief executive come from is from

7   a political system where they understand the

8   workings of the government.

9          This isn't just for our governor.  This is

10  for anyone in politics.  It could be for any one of

11  you.  So we need to consider that when we vote up on

12  this bill because voting is a sacred trust, and our

13  duty is to protect it.  This bill does that and

14  makes voting easier.  And I ask each of you to vote

15  up on it, and I waive the rest of my time.

16          SPEAKER RENNER:  Leader Grant, you're

17  recognized.

18          REPRESENTATIVE GRANT:  Waive the remainder

19  of our time in this segment.

20          SPEAKER RENNER:  Having waived the

21  remainder of the time, Representative McClure,

22  Representative Salzman, you're recognized to close.

23          REPRESENTATIVE SALZMAN:  Thank you,

24  Mr. Speaker.

25          I'd first like to thank the leadership team

Page 147

1    for giving me the opportunity to prime co with

2    Representative McClure.  It's been an honor.

3              The resign-to-run law needs to be changed.

4    The law is ambiguous as it applies to candidates for

5    President and Vice President, as there is no clear

6    date that triggers a candidate's resignation.

7              Currently, as our law is written, the date

8    a candidate qualifies is what triggers the resign-

9    to-run law.  Candidates for President and Vice

10   President, unlike all other candidates, do not

11   appear to have a clear qualification period under

12   the election code.

13             Running for President is a completely

14   unique process.  It is the only office elected by an

15   Electoral College process and it is the only federal

16   office in which a candidate must run in all 50

17   states simultaneously.  Because of this complex

18   process with all of its moving parts, it's difficult

19   to pinpoint an exact date as to when somebody

20   qualifies for President or Vice President.  We can't

21   simply set a specific date for a Presidential

22   qualification in our election code because their

23   qualification system is unique.

24             Because it would be very difficult to

25   determine when qualification occurs as the system

Page 148

1   for electing President and Vice President, it's just

2   unique.  So the office of President is the only

3   office elected via an Electoral College process and

4   the only federal office in which a candidate must

5   run in all 50 states.

6            We have been the example of to the nation

7   in these past few years in the election process.

8   The entire bill -- this entire bill is simply

9   building on our already noted process.  Thank you.

10           REPRESENTATIVE MCCLURE:  Representative

11  Salzman, thank you.  You've been a phenomenal

12  partner on this bill as well.  Obviously want to

13  thank staff and colleagues in the back rows and also

14  up front for all of the conversations we've had

15  about this bill.

16           Outside of resign-to-run, the intent of

17  this bill is very clear, and I'll start with the

18  third-party voter registration organizations.  We

19  are putting a priority on that voter's personal

20  information.  It should be the most sacred part of

21  the entire interaction.

22           Other parts of the bill are asking our

23  state agencies to operate more efficiently, to have

24  interoperability and have a more updated, real time,

25  accurate role of who's eligible to vote.  Those are

Page 149

1   all things we talk about on a regular basis, making

2   government more efficient.  This bill protects the

3   Florida voter, while making sure our elections

4   remain the best in the nation.  And for that, I ask

5   for your favorable support.

6            SPEAKER RENNER:  Members, the question now

7   occurs on final passage of CS for SB 7050.  The

8   clerk will unlock the machine, and the members will

9   proceed to vote.

10            Have all members voted?

11            Have all members voted?

12            The clerk will lock the machine and

13   announce the vote.

14            THE CLERK:  76 yeas, 34 nays, Mr. Speaker.

15            SPEAKER RENNER:  Show the bill passes.

16            Members, before we move to the next bill,

17   I'm going to pause for introduction by

18   Representative Borrero.

19            (END OF AUDIO RECORDING)

20

21

22

23

24

25

Page 150

1              CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3      accurate transcript of the digital recording

4      provided to me in this matter.

5              I do further certify that I am neither a

6      relative, nor employee, nor attorney of any of the

7      parties to this action, and that I am not

8      financially interested in the action.

9

10

11

12      _____

13              Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25