Page 1

TRANSCRIPT OF VIDEO-RECORDED

MEETING OF THE FLORIDA STATE HOUSE

STATE AFFAIRS COMMITTEE

APRIL 19, 2023


SEGMENT

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

4/19/2023                 Florida State Senate Committee                 Audio Transcript

Page 56

1       CLERK:  Temple.

2       REP. TEMPLE:  No.

3       CLERK:  Chair McClure.

4       REP. MCCLURE:  No.

5       REP. CARUSO:  Let the record show that amendment

6    15 is reported unfavorably. Let's see, we have no

7    other amendments. And we're back on the bill as

8    amended. And we have -- I'm sorry. No, it's not

9    amended. Back on the bill as not amended. Thank you.

10       We have Genesis Robinson, who wished to appear in

11    opposition. Yeah. And -- and members, if I could -- I

12    mean, the public. If we have -- we have less than

13    three hours. We have a significant agenda to go

14    through today.

15       And so, if -- if you are presenting publicly and

16    -- and you want to oppose, you know, say something

17    that's already been addressed or stated, we'd ask you

18    to just stand and waive in opposition or in favor of -

19    - of -- of that. So Mr. Robinson, you are recognized.

20       MR. ROBINSON:  Thank you, Sir. Good morning. My

21    name is Genesis Robinson. I am the political director

22    for Equal Ground Action Fund. Yet again, the people of

23    Florida are confronted with the reality that the state

24    of Florida has waged an unrelenting assault on their

25    voting rights.

Page 57

1        For three consecutive legislative sessions, after

2   what many declared as the safest and most secure

3   election in our state, Republicans in the legislature

4   have worked with the governor to inject intimidation

5   and chaos around our election process.

6        The proposed committee bill announced today

7   builds upon Florida's infamous legacy of voter

8   suppression. As a civic engagement organization

9   committed to advocating for the best interests of all

10  the Florida voters, especially the almost two million

11  black voters who are disproportionately impacted by

12  voter suppression laws, we are unequivocally opposed

13  to PCB 2301.

14        By further disenfranchising returning citizens

15  negatively and stigmatizing immigrants and subjecting

16  third-party voter registration organizations to

17  restrictive rules and excessive fines, it is evident

18  that you have used this opportunity to score political

19  points at the expense of Floridians who desire more

20  access to the ballot box.

21        One out of every 10 black and brown voters are

22  registered by third-party voter registration

23  organizations as well as two out of every white -- two

24  out of every 100 white voters. These organizations are

25  essential for engaging black and brown communities and

Page 58

1   the democratic process and they play a vital role in

2   registering voters of all political parties.

3         I -- I ask that you vote no on this bill and

4   protect the voting rights of Florida -- of -- of

5   Floridians. Thank you.

6         REP. CARUSO:   Thank you, Mr. Robinson. Next, we

7   have Jonathan Webber [ph] from SPLC Action Fund, who

8   wishes to appear in opposition. You are recognized,

9   Sir.

10        MR. WEBBER:   Thank you. Good morning. Jonathan

11  Webber, Florida policy director for SPLC Action Fund.

12  I do urge you to vote no on this bill. Registering to

13  vote and voting itself should be quick, easy and

14  intuitive.

15        Maximum voter turnout and free and fair elections

16  are what give our system of government its legitimacy.

17  However, since the earliest days of country, those in

18  power, especially in the south, have used the most

19  extreme forms of violence and every bureaucratic

20  gimmick, trick and gotcha game in the book to prevent

21  people from exercising their right to participate in

22  their elections.

23        To make up for decades of anti-democratic abuse

24  by the state, community-based organizations have

25  picked up the difficult job of helping people to

Page 59

1    register. This bill attacks those organizations and

2    their staff by placing extreme requirements on them

3    such as requiring their organization to --

4    organization's registration to expire after each

5    election cycle.

6         And even more extreme limitations on a staff

7    person's time limits for returning ballots. This bill

8    also substantially increases financial penalties and

9    adds new criminal penalties. Together, this bill will

10   likely scare community-based organizations from

11   undertaking their important registration efforts

12   across the state.

13        To be clear, and to reiterate what my colleague

14   Genesis said, eligible black and Hispanic voters are

15   roughly five times more likely than white voters to

16   rely on community-based voter registration

17   organizations like the ones targeted in this bill.

18        These organizations are vital for black and brown

19   communities across the state to participate fully in

20   our democracy. If a problem was inherent mistrust of

21   third-party voter registration efforts, implementing

22   same day registration would be a much more

23   straightforward and effective fix.

24        In addition, this bill overshadows the apparent

25   obligation of authorities like the supervisor of

Page 60

1    elections and secretary of state to plainly tell

2    people if they are or are not legally eligible to vote

3    by placing the onus on the voter to make that

4    difficult determination amongst our state's labyrinth

5    eligibility laws.

6         For many in Florida, voting will now be a roll of

7    the dice. How many will ask themselves, is it worth it

8    and decide to stay home? That's an unacceptable,

9    preventable outcome. Not every voter has the time,

10   formal training or access to a pricey lawyer to

11   understand the intricacies of election law, especially

12   when those laws are overhauled, seemingly, every year.

13        It would be helpful if this -- it would -- if

14   this legislation required the state to take

15   responsibility for collecting and interpreting a

16   person's legal eligibility information and then

17   creating a statewide database so anyone could look

18   themselves up and see their status.

19        REP. CARUSO:   Mr. Webber, could you bring it in?

20        MR. WEBBER:   Yes, Sir. I'll finish up. In

21   February, the secretary of state published a report

22   entitled Report by the Department of State on Vote by

23   Mail Voting.

24        The section on recommendations on page 26

25   includes an explicit request from the [inaudible]

Page 61

1    supervisor of elections asking legislature to postpone

2    all changes to vote by mail until after the 2024

3    election. I do urge you to vote no on this bill. Thank

4    you.

5         REP. CARUSO:   Thank you, Sir. Pamela Burch Fort

6    with Florida State Conference of the NAACP Branches

7    waives in opposition. Amy Kite with Common Cause

8    wishes to speak in opposition. Sorry about the last

9    name there, Kite?

10        MS. KEITH:   Keith.

11        REP. CARUSO:   Keith?

12        MS. KEITH:   Yes.

13        REP. CARUSO:   Missed the h.

14        MS. KEITH:   No problem.

15        REP. CARUSO:   Okay. You're recognized.

16        MS. KEITH:   Thank you, Chair members. My name is

17   Amy Keith, and I am the Florida program director for

18   Common Cause. This bill is a shocking assault on one

19   of the most patriotic, time honored and deeply

20   American activities, helping people in your community

21   register to vote.   Voter registration volunteers and

22   organizations register voters across the political

23   spectrum, and they are essential. They're particularly

24   essential for voters who do not have a Florida

25   driver's license or state ID and, therefore, cannot

Page 62

1    use our state's online voter registration system.

2         This legislator has changed the voting rules

3    every year since 2019 but this legislator has not

4    invested in outreach or education to help voters

5    understand those changes. And now, yet again, this

6    legislator attacks the very community-based

7    organizations who are out there supporting and

8    educating voters. If that isn't voter suppression

9    through confusion, I don't know what is.

10        This bill attacks community voter registration

11   with precision. It reduces the timeframe to submit

12   forms from 14 days to 10 and then increases the fines

13   for late forms to $50 per day per form.

14        And it puts in place a whopping $250,000 maximum

15   fine on community organizations. It tells voter

16   registration groups that they have to improve

17   accountability and give receipts but then it appears

18   to prohibit them from collecting the very information

19   necessary to ensure accountability to voters.

20        It even says that immigrants, including green

21   card holders who have been legal permanent residents

22   of the United States for decades, are not allowed to

23   help with voter registration in their adopted

24   communities.

25        This isn't about accountability. There is no

Page 63

 1  evidence that any of these measures would even improve

 2  so called accountability. These measures are meant to

 3  scare and intimidate community groups and volunteers

 4  from helping their neighbors register to vote, plain

 5  and simple.

 6      I ask you to vote no.

 7      REP. CARUSO:  Question. You're recognized.

 8      REP. MCCLURE:  Thank you so much for coming

 9  today. Can you point to where in the bill it does not

10  allow those folks to participate in soliciting or

11  advocating for people to register to vote?

12      REP. CARUSO:  You're recognized.

13      REP. MCCLURE:  I believe, if I heard you right,

14  you said that these folks could not participate in the

15  process.

16      MS. KEITH:  It doesn't allow them to help with

17  voter registration. It doesn't allow them to help to

18  fill out the form. It doesn't allow them to collect

19  the form or even deliver the form.

20      REP. MCCLURE:  Okay.

21      MS. KEITH:  So practically help with direct voter

22  registration.

23      REP. MCCLURE:  Just for clarification, for the

24  committee's sake, what you're saying is that

25  soliciting, advocating, to register to vote as part of

Page 64

1   an organization is -- is -- is not part of the

2   process.

3       REP. CARUSO:   You're recognized.

4       MS. KEITH:   It's part of the process but they

5   cannot help directly with the voter registration.

6   They're not even allowed to handle the form or support

7   the voter in that way.

8       REP. CARUSO:   Thank you Ms. Keith. Next up,

9   Abdelilah Skhir with the ACLU of Florida wishes to

10   speak in opposition. And -- and Mr. Skhir, we're going

11   to limit -- start limiting to two minutes. We've got a

12   big agenda. So please try to squeeze it in.

13       MR. SKHIR:   Thank you, Chair. Good morning,

14   members. My name is Abdeliah Skhir. I'm with the ACLU

15   of Florida. This bill directly harms community-based

16   groups that conduct voter registration drives

17   continuing to significantly raise financial penalties.

18       We're talking $250,000, will squeeze out these

19   organizations that do vital work. They go out into

20   their communities. They register their friends, their

21   families, their neighbors to vote. I can't think of

22   anything more American than that.

23       And while doing so, at the same time, this also

24   loosens the rules around campaign finance. And I think

25   that sends the wrong message to voters. Section 11

Page 65

1    that mandates weekly reporting between clerks of court

2    and the supervisor of election does little to maintain

3    clean voter rolls.

4        I'm sure many of you all have districts that span

5    several counties. This does nothing to facilitate

6    communications between say Seminole County and Orange

7    County. So if someone has a felony conviction in

8    Seminole County and they live and register to vote in

9    Orange County that communication is not happening

10   between those two offices.

11       I need to point out that this is another major

12   elections bill for the third year in a row that this

13   legislature is taking up and it is not providing an

14   easy and quick way for Floridians with felony

15   convictions to quickly and easily determine whether

16   they're eligible to vote.

17       The current advisory opinion process is

18   inadequate. In many cases it does not give a timely

19   response. For example, the last five advisory opinions

20   post by the division, from date of request to date of

21   issuance is three months -- three months -- three

22   months -- three months -- and four months.

23       Changes to vote -- this bill changes the vote by

24   mail process despite the fact that just two months

25   ago, in February, the supervisors of elections

Page 66

1   unanimously recommended that the legislature not make

2   any changes to the vote by mail process. And if they

3   absolutely must they must take affect -- they should

4   take affect after the 2024 election. The language in

5   section eight regarding voter information cards

6   continues the state's --

7       REP. CARUSO:   15 seconds, Sir.

8       MR. SKHIR:   Thank you. Pattern of behavior of

9   abdicating it's responsibility when it comes to

10  verifying voter eligibility. There are a few other

11  problems with this bill that I could go on and on but

12  the Chair's already looking me to -- to end. I would

13  recommend, however, that the section -- the section

14  that allows folks a defense if they -- if they vote --

15  if they vote and their still determining eligibility -

16  -

17      REP. CARUSO:   Thank you, Sir.

18      MR. SKHIR:   Including -- including 104.011 and

19  104.15, since those were the statutes that --

20      REP. CARUSO:   Thank you.

21      MR. SKHIR:   Folks were charged with in August.

22  Thank you. Please vote no.

23      REP. CARUSO:   Appreciate it. Next up, Barbara

24  DeVane with Florida Now and Florida Alliance for

25  Retired Americans waives in opposition. Thank you for

Page 67

1  waiving. Our own secretary of State, Cord Byrd, you're

2  hereby recognized. You wish to speak. I guess waiting

3  that long, why not. Good morning.

4       MR. BYRD:  Thank you Vice Chair Caruso. Good

5  morning. Chairman McClure, members of the committee.

6  appreciate the opportunity to stand before you as the

7  secretary of state and the state's chief elections

8  officer in support of this good piece of legislation.

9  Chairman McClure, you did a fantastic job answering

10 question on a very difficult and technical topic.

11      Representative Gantt, to your specific question

12 on the cure process for mismatched signatures, that

13 can be found in section 101.68. So it is currently in

14 statute. So I wanted to address your specific

15 question.

16      There's been a lot of discussion of the third-

17 party voter registration, the organizations. That's

18 where I'm going to spend my time. We recently, through

19 the office of the Department of State fined one third-

20 party voter registration $34,400. That was on top of a

21 $12,200 fine for that same organization.

22      This organization turned in 116 voter

23 registration applications late. So there was a lot of

24 conversation about why are we doing this? What is the

25 evidence? What is the facts? That's what I'm here to

Page 90

1       I, Chris Naaden, a transcriber, hereby declare

2    under penalty of perjury that to the best of my

3    ability the above 89 pages contain a full, true and

4    correct transcription of the tape-recording that I

5    received regarding the event listed on the caption on

6    page 1.

7

8       I further declare that I have no interest in the

9    event of the action.

10

11       June 1, 2023

12       Chris Naaden

13

14

15

16

17

18    (FL State House State Affairs Committee segment, 4-19-

19    23)

20

21

22

23

24

25