```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF FLORIDA
                 TALLAHASSEE DIVISION

             CASE NOs. 4:23-cv-215-MW/MAF
                       4:23-cv-216-MW/MAF
                       4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

        Plaintiffs,
vs.                                    CONFIDENTIAL

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

        Defendants.
_____

       REMOTE DEPOSITION OF HUMBERTO ORJUELA PRIETO

              Thursday, December 28, 2023

               10:00 a.m. - 12:18 p.m.

              LOCATION OF WITNESS:

                    Via Zoom

                 Orlando, Florida



           STENOGRAPHICALLY REPORTED BY:

              SANDRA L. NARGIZ
           RPR, CM, CRR, CRC, CCR-GA


Job No.   341035
```

Page 8

 1    studies.  I did not receive a title.
 2         Q    But did you assist other civil engineering
 3    firms with their work in Colombia?
 4         A    Yes, sir.
 5         Q    And how long did you do that for?
 6         A    For 20 years or a little over.
 7         Q    Did you do any civil engineering work in a
 8    country other than Colombia or the United States?
 9         A    Companies in Colombia do jobs, engineering
10    jobs, in the United States, but I was working with
11    them in Colombia.
12         Q    Have you done any kind of work in a
13    country other than the United States or Colombia?
14         A    No.  No.
15         Q    When did you first come to the United
16    States from Colombia?
17         A    Two years ago.
18         Q    Why did you come to the United States from
19    Colombia two years ago?
20         A    Because my son is a citizen and he claimed
21    me.
22         Q    And by claimed, do you mean he sponsored
23    you to come to the United States?
24         A    Well, he did the paperwork.  And I didn't
25    know how the process works, but he started the

Page 9

1   process to claim his family, and he requested me or
2   claimed me.
3        Q    Did you come to the United States on a
4   green card, on a student visa, on a tourist visa or
5   something else?
6        A    Well, when I came, I already came claiming
7   the green card for the United States.
8        Q    As a green card holder, you are authorized
9   to work in the United States, right?
10       A    Correct.
11       Q    And in the two years you have been in the
12  United States, how often have you gone back to
13  Colombia to visit?
14            MS. JOHNSON:  I am just going to lodge an
15       objection to relevance, but go ahead.
16       A    Well, I don't know.
17            THE INTERPRETER:  The interpreter will
18       clarify, he said something different now.
19       A    Three times during the two years.  This
20  last year, only one time.
21  BY MR. JAZIL:
22       Q    And can you tell me how long each of those
23  three trips back to Colombia were?
24            MS. JOHNSON:  Objection, relevance.
25            THE INTERPRETER:  The interpreter will

Page 14

```
 1      A    Three months.
 2      Q    And what did you do before working for
 3   Disney?
 4      A    I worked in different times at the
 5   airport.
 6      Q    So were these temporary jobs at the
 7   airport?
 8      A    Yes, they were temporary jobs at the
 9   airport.
10      Q    Can you tell me what kind of jobs?
11      A    The same, driver.
12      Q    Okay.  And how long did you do these
13   temporary jobs at the airport for?
14      A    I don't have that clear.
15      Q    Can you give me an approximation?
16      A    Two, three, four months, something like
17   that.
18      Q    What did you do before these temporary
19   jobs at the airport, any other jobs?
20      A    Well, in 2022 is when I worked with
21   Unidos.
22      Q    And how long did you work with Unidos for?
23      A    Approximately nine months.
24      Q    And we'll come back to Unidos, but can you
25   tell me what you did before you worked for Unidos in
```

Page 15

```
 1   2022?
 2       A   The airport, I was there.
 3       Q   Did we miss any jobs you worked in the
 4   United States in the last two years since you have
 5   been here?
 6       A   I have had jobs that have lasted about two
 7   days, something like that, very short jobs.
 8       Q   Can you give me an example of one of those
 9   jobs that lasted two days?
10       A   A waiter, and an event, mowing a lawn
11   basically.
12       Q   Understood.  Sir, can you give me a more
13   definitive time frame during which you worked for
14   Unidos?
15       A   I started in April and finished working
16   there in November.
17       Q   Worked for Unidos between April 2022 and
18   November 2022, right?
19       A   Correct.
20       Q   And were you hired to work for Unidos
21   during the 2022 election cycle?
22       A   Yes, sir.
23       Q   How did you come to hear of Unidos and
24   apply for a job with them?
25       A   While looking for a job and somebody that
```

 1   I knew mentioned it and I applied.  That's how.
 2       Q    Were you looking for a job with a
 3   third-party voter registration group, or were you
 4   looking for any job when you applied for a position
 5   with Unidos?
 6       A    I didn't know exactly that it was to do
 7   surveys or something similar.
 8       Q    So, sir, just to take a step back, what's
 9   your understanding of what Unidos does?
10       A    What Unidos does and what we did was
11   register citizens so they could vote.
12       Q    And where does Unidos register citizens to
13   vote?
14       A    They register people across the whole
15   State of Florida.  And since I was in Orlando, I was
16   registering in Orlando.
17       Q    Sir, you say you were registering people
18   to vote in Orlando.  By that do you mean the city of
19   Orlando or the surrounding counties?
20       A    Yes, also in the Orlando surroundings,
21   too.
22       Q    Do you know which counties you helped
23   people register to vote in?
24       A    Basically in the counties Orange and
25   Osceola.

Humberto Prieto                    CONFIDENTIAL
December 28, 2023

Page 17

```
 1      Q    We'll get back to the registration first.
 2   I want to walk through the hiring process you went
 3   through with Unidos.
 4           So when you decided to apply to Unidos,
 5   walk me through how the hiring process worked, who
 6   you interviewed with, and how the job was offered to
 7   you.
 8      A    They asked me for my resumé, the legal
 9   documentation to work in the United States, and I
10   remember that at that time, the interview was with
11   Catalina (ph).
12      Q    And were you offered a job by Catalina
13   after the interview?
14      A    Well, the job was at Unidos, right.
15      Q    Right, but did Catalina offer the job to
16   you after the interview on behalf of Unidos?
17      A    Yes, of course.  They gave me the job
18   after that.
19      Q    And what were the terms of the job offer?
20      A    Well, basically it was the wages and how
21   much they were -- I was going to be paid by hour;
22   and basically the instruction of what was the job
23   that I was going to do.
24      Q    Okay.  So let's take that in its various
25   parts.
```

Page 18

1            **First, what were the wages that you were**
2    **to be paid?**
3         A    **Twenty dollars per hour.**
4         **Q    And what was it that you were expected to**
5    **do specifically on behalf of Unidos?**
6         A    **Register citizens so they could vote.**
7         Q    Did you have a weekly or daily quota of
8    the number of citizens that you had to register?
9         A    No, but we would say that we would
10   approximately have to register 10 people, but that
11   was simply a tentative number.  It could be less, it
12   could be more.
13        Q    10 people per day?
14        A    Yes, 10, 12, something like that.
15        Q    And what's the greatest number of people
16   that you registered to vote in a single day while
17   working for Unidos?
18        A    I would say 14, something like that.  I
19   don't remember.
20        Q    And if you registered 20 people a day, was
21   there any expectation that you would get a bonus for
22   that good work for the day for Unidos?
23             MS. JOHNSON:  Object to form.
24        A    No, I was never expecting to receive a
25   bonus.

1    BY MR. JAZIL:

2        Q    And how often were you paid?

3        A    Once per week.

4        Q    And how did you and Unidos keep track of

5    the time that you had put in on a particular day?

6        A    I am sorry, I apologize, it was once every

7    two weeks.

8             MR. JAZIL:  Madam Translator, do you need

9    me to repeat the last question?

10            THE INTERPRETER:  Yes, please.

11   BY MR. JAZIL:

12       Q    Señor, how was it that you and Unidos kept

13   track of your hours worked during a day?

14       A    With a set schedule, so that was it.

15       Q    And what was your schedule, sir?

16       A    I would start at 1:00 p.m. and leave work

17   at 7:00 at night.

18       Q    And where would you go to help citizens

19   register to vote?

20       A    We were going to authorized boulevards.

21       Q    Anywhere else?

22       A    No.

23            THE INTERPRETER:  The interpreter will

24   request repetition.

25       A    Sometimes at events, but that will happen

Page 40

 1   register to vote with you, you told them that they
 2   had to be a U.S. citizen before they could register
 3   to vote.  Am I understanding that correctly?
 4        A    Yes, yes, that was fundamental.
 5        Q    Understood.  Sir, you worked in Osceola
 6   and Orange County, right?
 7        A    Yes, but basically Orange.
 8        Q    Understood.  Did people outside of Orange
 9   County ever register to vote with you?
10        A    Yes, if they were from Florida, they could
11   register.
12        Q    And irregardless where in Florida someone
13   was from, you, at the end of the day, always took
14   your forms back to the Unidos office and handed them
15   to your supervisor, right?
16        A    Yes.
17        Q    Señor, we talked about how you were
18   employed by Unidos, but were you also a member of
19   the organization called Unidos?
20        A    No, I was an employee of Unidos.
21        Q    So your only relationship with Unidos is
22   as an employee of Unidos?
23        A    Correct.
24        Q    And you stopped working for Unidos in
25   November 2022, right?

Humberto Prieto                                    CONFIDENTIAL
December 28, 2023

Page 41

```
 1      A    Correct.
 2      Q    And that's because the election in 2022
 3   concluded in November, right?
 4      A    Correct.
 5      Q    Do you plan on working for Unidos
 6   beginning in April of 2024?
 7      A    That's what I'm hoping for, to continue
 8   working with them.
 9      Q    And if you get another engineering job
10   that pays more than $20 an hour, would you do that
11   job?
12           MS. JOHNSON:  Objection, calls for
13      speculation.
14   BY MR. JAZIL:
15      Q    You can answer.
16      A    I need to speak English to be able to get
17   that job, so while I don't learn more English, I
18   would not be able to get that job.
19      Q    Understood.  And, sir, in looking at
20   what's been provided to me in this case, it says
21   that you were a captain at Unidos.  What does that
22   mean?
23      A    Yes, I was a captain of a group of four
24   people and that -- to whom I was providing
25   orientation work.  But I became a captain after a
```

Page 42

1   while, and it was because I was doing well my job
2   regarding registering people and their registering
3   forms.
4       Q    So Señor, as I understood it, you, for
5   Unidos, worked as part of a four- or five-member
6   team, working outside of a business on an authorized
7   boulevard, right?
8       A    Yes, correct.
9       Q    And as the captain, you were responsible
10  for that four- or five-member team doing its job,
11  right?
12      A    Yes, correct.
13      Q    You started working for Unidos in April.
14  So when did you become the captain of the four-
15  or-five member team?
16      A    I don't have a date, I don't have the time
17  in which I started that function really.
18      Q    Was it after a couple of weeks or a couple
19  of months?
20      A    After a couple of months.
21      Q    Sir, are you familiar with Senate Bill
22  7050?
23      A    Sort of.  I know very little of that law.
24      Q    Sir, do you know that you are
25  challenging --

Page 43

 1            MR. JAZIL:  Pardon me, Madam Translator.
 2            THE INTERPRETER:  That's okay.  I think he
 3       was still talking, but I couldn't hear anything
 4       else that he said.
 5   BY MR. JAZIL:
 6       Q    Sorry, Mr. Prieto, I spoke over you
 7   because of the connection.  I apologize.  But I
 8   asked you if you were familiar with Senate Bill 7050
 9   and you were answering.  I apologize for
10   interrupting you.  Go ahead, sir.
11       A    I don't know that law very well.
12       Q    Sir, do you know that you are part of a
13   lawsuit saying that that law violates the United
14   States Constitution and federal statutes?
15            THE INTERPRETER:  The interpreter is
16       trying to queue him, or give him a signal, to
17       stop in a fragment, because he goes a little
18       long.  But he cannot hear me because he keeps
19       talking.  So I am not hearing at the same time.
20            With the permission of the attorneys, I
21       will tell him to work better with the poor
22       connection.  He needs to shorten a little bit
23       to a couple of short sentences at a time.
24       Maybe that will, you know, help the
25       communication.

Humberto Prieto                     CONFIDENTIAL
December 28, 2023

Page 44

1           Is that okay with the attorneys?
2               MS. JOHNSON:  Yes, I just ask that you not
3       say he limit his answer to a few sentences, but
4       just pause to answer that.
5               THE INTERPRETER:  I need him to speak two
6       sentences at a time, I can only retain so much
7       information.
8               MS. JOHNSON:  Yes, I said just to clarify
9       it's at a time, not that he is limited to only
10      answers --
11              THE INTERPRETER:  Oh, yes.  I'm sorry.
12      Okay.  Thank you.
13              Attorneys, do you want to formulate the
14      question again or --
15              MR. JAZIL:  Sure, I will repeat the
16      question.
17  BY MR. JAZIL:
18      Q   Señor Prieto, you know that you are a
19  plaintiff in a lawsuit challenging Senate Bill 7050,
20  right?
21      A   Yes.
22      Q   Who asked you to join as a plaintiff in
23  this case?
24              MS. JOHNSON:  Before he answers, if you
25      can say, I am instructing him not to go into

```
 1        the details of any conversation that he had
 2        with attorneys, but you can otherwise answer
 3        the question.
 4              THE INTERPRETER:  The interpreter will
 5        clarify.
 6        A    Somebody referred me to this -- my
 7   lawyers, and that's why I contacted them to
 8   represent me, because this law says that a
 9   non-citizen cannot work for this type of employment.
10   So I contacted them to represent me.
11   BY MR. JAZIL:
12        Q    Okay.  Do you remember who connected you
13   to the lawyers who are representing you in this
14   case?
15        A    No, I don't remember.
16        Q    Do you remember if it was someone from
17   Unidos?
18        A    No, I don't remember.
19        Q    Do you remember if it was a relative?
20        A    No, it was not a relative.
21        Q    Was it a friend?
22        A    Yes, maybe a friend.
23        Q    Have you ever joined a lawsuit before?
24        A    No.
25        Q    So this is the first time you joined a
```

Page 50

1

2

3           CERTIFICATE OF OATH FOR INTERPRETER

4

5   STATE OF FLORIDA           )

6   COUNTY OF LEON             )

7

8

9

10            I, the undersigned authority, certify that

11   Lissy Vigoa-Cardet remotely appeared before me on

12   December 28, 2023, and was duly sworn.

13

14            WITNESS my hand and official seal this

15   2nd day of January, 2024.

16

17

18

19

20                    SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
                      snargiz@comcast.com
21                    Commission #HH239213
                      EXPIRES: APRIL 18TH, 2026
22

23

24

25

Page 51

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA           )

4    COUNTY OF LEON             )

5              I, the undersigned authority, certify that

6    HUMBERTO ORJUELA PRIETO remotely appeared before me

7    on December 28, 2023, and was duly sworn.

8

9

10             SIGNED AND SEALED on January 2, 2024.

11   IDENTIFICATION: Colombian identification.

12

13

14

15           SANDRA L. NARGIZ
             RPR, RMR, CRR, CRC, CCR-GA
16           snargiz@comcast.net
             Commission #HH239213
17           EXPIRES: APRIL 18TH, 2026

18

19

20

21

22

23

24

25

Page 52

1                CERTIFICATE OF REPORTER

2    STATE OF FLORIDA    )

3    COUNTY OF LEON      )

4              I, SANDRA L. NARGIZ, Registered

5    Professional Reporter, certify that I was authorized

6    to and did stenographically report the remote

7    deposition of HUMBERTO ORJUELA PRIETO; that a review

8    of the transcript was requested, and that the

9    foregoing transcript, pages 1 through 50, is a true

10   record of my stenographic notes.

11             I further certify that I am not a

12   relative, employee, attorney or counsel of any of

13   the parties, nor am I a relative or employee of any

14   of the parties' attorney or counsel connected with

15   the action, nor am I financially interested in the

16   action.

17             DATED on January 2, 2024.

18

19

20

21             SANDRA L. NARGIZ
               RPR, RMR, CRR, CRC, CCR-GA
22             Notary Public in Florida
               snargiz@comcast.net
23

24

25