SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    Plaintiffs,

                    CASE NUMBERS: 4:23-cv-215-MW/MAF
v.                                4:23-cv-216-MW/MAF
                                4:23-cv-218-MW/MAF

CORD BYRD, in his
official capacity as Florida
Secretary of State, et al.,

    Defendants.

_____/


CONFIDENTIAL
RULE 30(b)(6) DEPOSITION
VOTERS OF TOMORROW ACTION, INC.

DEPONENT:              SANTIAGO MAYER ARTASANCHEZ
                       Corporate Representative of
                       Voters of Tomorrow Action, Inc.

DATE:                  December 11, 2023

TIME:                  10:01 a.m. to 2:18 p.m {EST}

LOCATION:             Via Zoom Videoconference

REPORTED BY:          LISA D. WILKERSON
                       Stenographic Court Reporter
                       Notary Public, State of Florida

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1    documents with you today?

2        A      No.   Just the only one -- just the one you

3    just sent.

4        Q      Do you know if you plan to make -- sorry.

5              Do you know if VOT plans to make any other

6    productions in the future?

7        A      Not as far as I'm aware, no.

8        Q      So to the best of your understanding, VOT has

9    produced all responsive documents to the secretary's

10   request for production?

11       A      Correct.

12       Q      Okay.   I'd like to take a step back and just

13   talk briefly about your background.

14              Could you walk me through your educational

15   background?

16       A      Sure.   I went to elementary school and

17   middle school in Mexico.   I moved to the U.S. and

18   completed my high school education here.   Then I went to

19   college at California State University, Long Beach,

20   where I graduated with a degree in political science.

21       Q      Okay.   And how about your work background?

22       A      Yes.   I have interned for both political

23   offices and political campaigns; and since 2021, I've

24   been the executive director of Voters of Tomorrow.

25       Q      Is that where you currently work?

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1   BY MR. CYCON:

2        Q      Do any of the employees that you mentioned

3   earlier work in Florida?

4        A      Jayden, in addition to being our Florida

5   chapter president, is also our deputy director of

6   national strategy.  Our deputy press secretary is also a

7   Florida resident, as well as our chapter operations

8   director.

9        Q      And are each of those three individuals

10  full-time employees?

11       A      None of them are.

12       Q      Okay.

13       A      I just want to clarifying something.  As a

14  student-led organization, a lot of the people that we

15  employ are students.  So they are doing Voters of

16  Tomorrow in addition to being full-time students, which

17  is why a lot of our employees are part time.

18       Q      Thanks.  That's very helpful.

19              A harder question:  How much time would you

20  estimate that each of those three spend working on VOT

21  work?

22       A      It varies a lot.  There are obviously very

23  busy weeks, and there are very lax weeks.

24              They are also stipend employees.  So they are

25  not paid hourly.  If I had to estimate, I would say

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1   between 25 and 30.

2        Q      Hours per week?

3        A      Yes.

4        Q      But that would be national work, not just

5   Florida work, right?

6        A      Correct.

7        Q      Any idea roughly how much of that would be

8   Florida-specific work?

9        A      For Jayden specifically, I would say of

10  that -- those 25 hours, probably about half is Florida.

11  For our other two staffers, I could not tell you.

12       Q      Before you hired each of those

13  three individuals, did you conduct background checks on

14  them?

15       A      No.

16       Q      Has VOT conducted background checks on any of

17  its current employees?

18       A      No.

19       Q      Why doesn't VOT conduct background checks

20  before hiring employees?

21       A      There's a variety of reasons.  The first is

22  that we are a small organization, and a lot of tests

23  would be of -- of checks would be cost-prohibitive.

24              There's also the fact that, like I said, we

25  employ a lot of students, who have been with us as

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1    volunteers for a long time.

2              We also are very proud about being sort of

3    young and scrappy, which I feel kind of gets

4    diminished -- that attitude gets diminished the more

5    formal processes that you create.

6         Q    Those people publicly represent your

7    organization, right?

8         A    Correct.

9         Q    So if they do things negatively, it has the

10   potential to negatively impact the reputation of VOT,

11   right?

12        A    Theoretically it could, yes.

13        Q    So wouldn't you agree that it's important to

14   make sure that the people that you employ are unlikely

15   to reflect poorly on the organization?

16             MS. JOHNSON:   Object to form.

17        A    I wouldn't disagree; however, I would say

18   that there are multiple ways to make that judgment, not

19   just a background check.

20   BY MR. CYCON:

21        Q    Do you know whether employees of 3PVRO's in

22   Florida are fiduciaries when collecting and submitting

23   voter registration applications?

24        A    They are.

25        Q    Are you aware of any instances where an

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1      A      No.  Like I said, we are a very

2   document-light organization.  There is a possibility I

3   wrote down the process in like a Post-It note somewhere,

4   which at this point it most likely doesn't exist

5   anymore.

6      Q      Thanks for bearing with me.  I have to check

7   each medium and go through it.  I realize it can be

8   annoying.  So thank you.

9      A      All good.

10      Q      At what point did VOT decide not to go

11   forward with registering as a 3PVRO in Florida?

12      A      If I remember correctly, it would have been

13   over the summer, once SB-7050 first appeared on our

14   radar as something that was being considered.

15          At that point, we were mostly concerned about

16   the information, election and handling provision, which

17   led us to investigate it more.

18          Later on, once the citizenship provision was

19   added, that's what officially froze our process, given

20   that both myself and multiple members of our volunteers

21   in the state and national team are noncitizens.

22      Q      Who was involved in that decision?

23      A      That was a decision that I made.

24      Q      So --

25      A      I am saying I made that decision.

North Florida Court Reporters, LLC 850.701.8800

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1   not citizens, from registering voters, which could make

2   it impossible for me or Raghav to conduct our work.

3       Q    Okay.  But focusing on Florida, for the -- if

4   SB-7050 is upheld, how would that impact the employees

5   of VOT?

6       A    Well, for starters, Raghav and I would be

7   unable to participate in any other voter registration

8   drives in Florida, given that neither of us are

9   citizens.  We're both permanent residents, but we're not

10  citizens, which in practice also means less facetime

11  with our volunteers.

12           It means that we can't tell our donors that

13  we are being on the ground and participating in it.  It

14  reduces our internal -- our internal credibility with

15  our volunteers, who want to see leaders on the ground.

16  It also damages our fundraising potential of us being

17  able to say we are on the ground and we are doing the

18  work, because we would be legally unable to do the work.

19      Q    But you're still currently not a 3PVRO,

20  correct?

21      A    Correct.  I would be unable to volunteer with

22  our 3PVRO partners, unless we want to risk them

23  incurring a very large fine.

24      Q    Has VOT used the passage of 7050 to raise

25  money?

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1     A     I cannot recall.  We might have issued

2  social media communications, saying that voter

3  registration could potentially get a lot harder in

4  Florida, and that we would need more resources in order

5  to do it.

6         I can't remember specifically the language

7  that would have gone there or whether it actually went

8  out.  I know it was a discussion that we had internally.

9     Q     If the challenge provisions are upheld, what

10  resources would VOT need to divert in response?

11     A     Well, first of all, if the challenge

12  provisions are upheld, we would have to seriously

13  consider our intent with the 3PVRO.

14         Second of all, we would also lose a lot of

15  potential opportunities to partner with 3PVROs, given

16  that they are going to be held to such a high standard,

17  that they may simply not want outside volunteer help

18  with their voter registration drives.

19         Also, it again would impede Raghav and I, who

20  are team leaders of senior leadership, to go down to

21  Florida in order to conduct a voter registration drive,

22  which, again, would impair our internal credibility with

23  volunteers and organizers, as well as their ability to

24  fundraise off those efforts.

25     Q     In 2022, how much time did each of you spend

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1    in Florida engaging in such efforts?

2         A      I spent about a week in Florida doing a

3    distribution with the QR codes to registered voters.  We

4    intended to do about two week-long trips in 2023, which

5    we did not do because of the potential effects of

6    SB-7050.  Even though it was enjoyed, I -- we are not

7    lawyers internally, and we did not want to risk it.

8         Q      Without naming names, did any 3PVRO that you

9    had worked with in the past indicate that they would

10   no longer work with you if 7050 was upheld?

11        A      They indicated it would be significantly

12   harder, given that they would have to background check

13   every single one of our volunteers.

14             In addition, the amount of volunteers that we

15   would be able to provide would be diminished, given that

16   many of our volunteers do not want their backgrounds

17   checked.

18        Q      Did they -- generally speaking, why don't

19   they want their backgrounds checked?

20        A      Because a bunch of them are kids and teens

21   who feel like it is an intrusion which, in my opinion,

22   it is.

23        Q      Okay.

24        A      I can say I don't want my background checked.

25   I haven't done anything wrong.  I still very much do not

1   want someone probing.

2        Q     Would you consider the due diligence that a

3   Florida secondary institution performs on a potential

4   student to constitute a background check?

5        A     I'm not familiar enough with the process to

6   opine on it.

7        Q     So if a student essentially underwent a

8   background check as a condition of being admitted to the

9   University of Florida, would you consider that to be

10  onerous?

11       A     I think it is very different from a

12  university that a student is pursuing studies at to

13  conduct a background check compared to an organization

14  that the student wants to volunteer with.  I think those

15  are two very different things.  The responses to a

16  background check there would be very different.

17       Q     The majority of your volunteers are students,

18  correct?

19       A     Correct.

20       Q     So if they already underwent a similar

21  process, you would maintain that this would still be

22  overly burdensome?

23       A     Well, yes, because the organization or the

24  institution conducting the background check is

25  different.  My university has access to a lot of

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1    information that Voters of Tomorrow does not, and that

2    is the same for all of our volunteers.

3            The institutions that they attend have

4    accesses to all of the information, and Voters of

5    Tomorrow does not.

6        Q    So I'm being unclear, and I apologize.  I'm

7    looking at this through the lens of your volunteers and

8    the burden on your volunteers, not on any financial

9    burden on the organization of having to conduct a

10   background check.

11       A    No, no.  I understand that.  That's what I'm

12   saying.  Our -- when you go to school, those

13   institutions have access to a lot more personal

14   information than any organization that a student may

15   choose to volunteer with.

16           So what might be onerous for an organization

17   to do would not or could not be for an academic

18   institution, just because of the relation that students

19   have with each of those bodies.

20       Q    Okay.  So even though that information is out

21   there and held by their academic institution, it's still

22   a burden on the volunteer?

23           MS. JOHNSON:  Object to form.

24       A    Yes.  I mean, that's kind of what I was

25   saying.  My university, even now that I've graduated,

1    has a lot of information that Voters of Tomorrow does

2    not have.

3          The people that I trust with that information

4    and the reason that I trusted it to them is very

5    different than if I was volunteering for an organization

6    which, A, has a different purpose.  I'm not going there

7    to get a degree.  I'm just trying to help the cause.

8    And B, they are not an institution, and I may have less

9    trust in them than I do in a university that has been

10   open for 100 years.

11        Q     What programs has VOT diverted money away

12   from in response to responding to SB-7050?

13        A     So far we have only staff hours in analyzing

14   the bill and figuring out how it would impact us.

15   Should the bill go into effect, the potential for fines

16   would severely hamper our ability to dictate our budget

17   for other states, given that -- if we were to register

18   as a 3PVRO and any of our noncitizen volunteers or

19   employees participate in that voter registration drive,

20   the fines that we could incur are nearly three times the

21   budget for our Florida chapter.

22          So we would largely have to defund other

23   states in order to pay those fines, should they happen.

24   We would largely have to defund other programs in order

25   to pay those fines, should they happen.  In addition, we

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1   would have to divert significant staff time in order to

2   conduct -- in order to conduct trainings, as well as pay

3   for background checks, which we are not currently

4   conducting and would be forced to conduct.

5       Q       So would you have to set up a reserve

6   beforehand in anticipation of fines?

7       A       Given the size of the organization, we would

8   be unable to do that, which means that in order to pay a

9   fine, we would have to pull money away from other

10  programming.

11      Q       Okay.  But couldn't you just do the front-end

12  work to make sure that you don't get fined?

13          MS. JOHNSON:  Objection to form,

14      argumentative.

15      A       I think that the front-end work also requires

16  a lot of money to put in to conduct background checks.

17  And regardless of that, even if those background checks

18  were conducted, the bill is so vague with what

19  constitutes collect and handle, that we could incur a

20  fine, even if we had -- if we believed we did everything

21  correctly.

22          As the bill is written right now, I do not

23  know whether having personal information in a database,

24  which I, a noncitizen, have access to, would constitute

25  collecting and handling.

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

```
 1                    CERTIFICATE OF OATH

 2    STATE OF FLORIDA         )

 3    COUNTY OF BAY            )

 4

 5         In my capacity as a Notary Public of the State of

 6    Florida, I certify that on the 11th day of December,

 7    2023, SANTIAGO MAYER ARTASANCHEZ remotely appeared

 8    before me via Zoom, and took an oath or affirmation.

 9

10         WITNESS my hand and official seal this 27th of

11    December, 2023.

12

13

14                             _____

15                             LISA D. WILKERSON
                               Notary Public - State of Florida
                               Commission # HH 179509
16                             Expires September 27, 2025

17

18

19

20

21                                       Produced ID _X__
                                   Type of ID Produced  DL
22                                     Personally Known _____

23

24

25
```

North Florida Court Reporters, LLC 850.701.8800

128

SANTIAGO MAYER ARTASANCHEZ RULE 30(B)(6) DEPOSITION

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA          )

3    COUNTY OF BAY             )

4         I, Lisa D. Wilkerson, Stenographic Reporter,

5    certify that I was authorized to and did

6    stenographically report the foregoing deposition; and

7    that the transcript is a true record of the testimony

8    given by the witness; that the witness did not waive

9    reading and signing.

10        I further certify that I am not a relative,

11   employee, attorney, or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorney or counsel connected with the action, nor am I

14   financially interested in this action.

15

16

17

18                        _____
                          LISA D. WILKERSON
19                        Stenographic Reporter

20

21

22

23

24

25