UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

### DECLARACIÓN DE JOHANA FLOREZ

Yo, Johana Florez, según 28 U.S.C. § 1746, por la presente declara lo siguiente:

1. Soy mayor de 18 años. Soy plenamente competente para hacer esta declaración jurada. Las siguientes declaraciones se basan en mi conocimiento personal.

2. Soy gerente de encuestas de Alianza Center ("Alianza"). Actualmente superviso un equipo de cuatro encuestadores que participan en el registro de votantes en Florida. Durante una temporada de campaña, ese número aumenta alrededor de 15.

1

3. Mi puesto es remunerado y es mi principal fuente de ingresos. También pagamos a los encuestadores entre $15 y $25 dólares la hora, lo que entiendo es una fuente importante de ingresos para todos ellos.

4. Soy residente legal permanente de los Estados Unidos pero no soy ciudadana de los Estados Unidos.

5. He trabajado personalmente como encuestadora para registrar votantes durante muchos años en Florida. Empecé con la Federación Hispana hace más de siete años, primero como encuestadora y luego como encuestadora principal. En 2016, me mudé a UnidosUS y trabajé como organizadora y encuestadora durante dos ciclos de campaña. Me uní a Alianza como gerente de encuetas en 2021.

6. Trabajé en Alianza como gerente de encuetas durante el ciclo electoral de 2022.

7. Si no fuera por la prohibición de la SB 7050 de que los no ciudadanos recopilen o manejen solicitudes de registro de votantes, continuaría trabajando como gerente de encuestas durante 2023 y al menos durante las elecciones generales de 2024 y probablemente más allá. No tengo ningún interés en dejar mi puesto actual. Si la SB 7050 entra en vigencia, entiendo que no podré recopilar ni manejar las solicitudes de registro de votantes, una parte clave de mis responsabilidades laborales en Alianza.

2

8.	Tampoco me queda claro exactamente qué puedo hacer y qué no puedo hacer como no ciudadana de acuerdo con la nueva ley. Por ejemplo, como parte de mis responsabilidades laborales, coordino eventos de registro de votantes. A menudo reviso las solicitudes de registro de votantes completadas después de nuestros eventos de registro. No tengo claro si esto ahora está prohibido por la nueva ley, pero es probable que ya no participe en este trabajo porque me preocupa que ahora sea ilegal para mí hacerlo.

9.	Más del 90% de mi equipo de encuestadores en Alianza Center no son ciudadanos. Esto no es inusual en mi experiencia. Muchos no ciudadanos son entusiastas y apasionados por la democracia y el registro de votantes y están agradecidos por el empleo como encuestadores. Los no ciudadanos también suelen tener conocimiento del idioma español, lo que les permite comunicarse con ciudadanos de habla hispana.

10.	Estos encuestadores que no son ciudadanos solicitan, recopilan, revisan y transportan las solicitudes de registro de votantes como parte de las funciones necesarias de su trabajo. Yo también solicito, recopilo, reviso y transporto las solicitudes de registro de votantes en mi función de gerente de encuestas.

11.	El enfoque de Alianza Center es servir a las poblaciones hispanas en Florida registrando votos, hablando sobre temas importantes que afectan a la comunidad hispana; y educamos los ciudadanos sombre el electoral. Los

3

encuestadores de mi equipo hablan con los nuevos registrados sobre la importancia de la votación y cuestiones de política, y yo he hecho lo mismo durante mi trabajo de encuesta.

12. Como parte de mis conversaciones con aquellos a quienes animo a registrarse para votar, hablo sobre la importancia de votar y animo a las personas a registrarse para votar, acudir a votar y participar en nuestra democracia. Respondo preguntas sobre los detalles de cómo votar. Y animo a los votantes a que asistan a los eventos de Alianza y se conviertan en miembros activos de la comunidad.

13. En nuestras conversaciones con posibles registrantes, Alianza encuesta a la comunidad sobre temas que son importantes para ellos, incluidos, entre otros, justicia ambiental, atención médica, cómo las elecciones son diferentes en los EE. UU. versus en el extranjero, y si hay miembros de la familia que necesitan sus derechos restaurados cómo hacerlo.

14. Una vez que se registra un votante, mi equipo y yo a menudo hacemos un seguimiento de los votantes potenciales para alentarlos a votar. También los educamos sobre los requisitos de votación, dónde votar y respondemos cualquier pregunta que puedan tener. Hacemos esto a través de llamadas telefónicas, correos y visitas a votantes potenciales en sus hogares.

4

15. Consideramos parte de nuestro trabajo educar a la comunidad de habla hispana sobre la votación y las políticas y hacemos mucho de ese trabajo junto con el registro de votantes y la organización después de que un votante esté registrado.

16. Me aseguro de que todos en mi equipo estén capacitados en los requisitos para las organizaciones de registro de votantes en Florida y que sigan todas las reglas y leyes.

17. Siempre tratamos de asegurar que las solicitudes se llenen por completo y correctamente, se devuelvan al condado correcto de inmediato y se devuelvan al condado correcto, aunque los votantes a veces se confunden o no están seguros sobre en qué condado viven.

18. Geográficamente, mi equipo se enfoca en registrar votantes en nuestra comunidad en el área metropolitana de Orlando. Sin embargo, también trabajamos en el condado de Seminole, el condado de Volusia, el condado de Brevard, el condado de Polk y el condado de Hillsborough.

19. Estoy realmente preocupada por la restricción de la SB 7050 a los no ciudadanos que realizan el trabajo de registro de votantes que incluye el manejo de las solicitudes de registro de votantes. Amo mi trabajo, y también los encuestadores de mi equipo. Todos estamos autorizados a trabajar en este país, pero como resultado de la SB 7050, es posible que ya no podamos mantener nuestros trabajos. Creo que

5

esto también interferirá con mi capacidad y la de mis encuestadores para ganarse la vida.

20. Incluso si permaneciera como genrente y de alguna manera evitara manejar las solicitudes de registro de votantes, no creo que pueda encontrar suficientes encuestadores ciudadanos para reconstruir mi equipo. La encuesta y el registro de votantes es un trabajo arduo y requiere ciertas habilidades lingüísticas y de relacion interpersonal para generar confianza en nuestra comunidad. Mis encuestadores y yo ya hemos construido esa confianza con las comunidades en las que trabajamos, especialmente entre aquellas que no hablan inglés. En mi experiencia, estas relaciones e historias son importantes para generar confianza y organizar comunidades. Todo este trabajo y estas relaciones se perderían si mis encuestadores y yo ya no pudiéramos hacer el trabajo de registro de votantes.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Firmado el 7 de Junio, 2023.

*/s/ Johana Florez*

Johana Florez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

### STATEMENT OF JOHANA FLOREZ

I, Johana Florez, according to 28 U.S.C. § 1746, hereby state the following:

1. I am over the age of 18. I am fully competent to make this sworn statement. The following statements are based on my personal knowledge.

2. I am the canvassing manager at Alianza Center ("Alianza"). I currently supervise a team of four canvassers who participate in registering voters in Florida. During a campaign season, that number increases to around 15.

3. My position is paid and it is my main source of income. We also pay canvassers between $15 and $25 per hour, which I understand is a significant source of income for all of them.

4. I am a permanent legal resident in the United States but I am not a United States citizen.

5. I have personally worked as a canvasser to register voters for many years in Florida. I started with the Hispanic Federation over seven years ago, first as a canvasser and then as lead canvasser. In 2016, I moved to UnidosUS and worked as an organizer and canvasser for two campaign cycles. I joined Alianza as canvassing manager in 2021.

6. I worked at Alianza as canvassing manager during the 2022 election cycle.

7. If it were not for the prohibition in SB 7050, that no citizens were to receive or handle voter registration applications, I would still be working as canvassing manager in 2023 and at least during the 2024 general elections, and probably longer. I have no interest in leaving my current position. If SB 7050 takes effect, I understand that I will not be able to collect or handle voter registration applications, a key part of my work responsibilities at Alianza.

8. It's also not exactly clear to me what I can do and what I can't do as a noncitizen under the new law. For example, as part of my work responsibilities, I coordinate voter registration events. I often review completed voter registration applications after our registration events. It's not clear to me if this is now prohibited by the new law, but it is likely that I will no longer participate in this job because I am concerned that now it is illegal for me to do so.

9. Over 90% of the people on my canvassing team at Alianza Center are not citizens. This is not unusual in my experience. Many noncitizens are enthusiastic and passionate about democracy and voter registration, and they are thankful for their employment as canvassers. Noncitizens also tend to know Spanish, which allows them to communicate with Spanish-speaking citizens.

10. These canvassers who are not citizens solicit, collect, review and transport voter registration applications as part of the necessary duties of their job. I also solicit, collect, review and transport voter registration applications in my position as canvassing manager.

11. The focus at Alianza Center is to serve Hispanic populations in Florida by registering votes, talking about important topics that affect the Hispanic community; and we educate citizens [about] the election. The canvassers on my team talk to the new registrants about the importance of voting and questions about politics, and I have done the same during my canvassing work.

12. As part of my conversations with those I encourage to register to vote, I talk about the importance of voting and encourage people to register to vote, go to vote, and participate in our democracy. I answer questions about the details on how to vote. And I encourage voters to attend Alianza's events and become active members of the community.

13. In our conversations with potential registrants, Alianza canvasses the community on topics that are important to them, including, among others, environmental justice, health care, how elections are different in the US versus abroad, and if there are family members that need their rights restored, how to do it.

14. Once a voter is registered, my team and I often follow up with potential voters to encourage them to vote. We also educate them about voting requirements, where to vote, and we answer any questions they may have. We do this via telephone, email and personal visits to potential voters in their homes.

15. We believe it part of our job to educate the Spanish-speaking community about voting and politics, and we do a lot of that work together with voter registration and organizing after a voter is registered.

16. I make sure that everyone on my team is trained on the requirements for voter registration organizations in Florida and that they follow all rules and laws.

17. We always try to make sure that applications are filled in completely and correctly, they are returned to the proper county immediately, although voters are sometimes confused or unsure about what county they live in.

18. Geographically, my team focuses on registering voters in our community in the Orlando metropolitan area. However, we also work in Seminole County, Volusia County, Brevard County, Polk County, and Hillsborough County.

19. I am really concerned by the restriction of SB 7050 on noncitizens doing voter registration work, which includes handling voter registration applications. I love my job, as well as the canvassers on my team. We are all authorized to work in this country, but as a result of SB 7050, we may not be able to keep our jobs any longer. I think that this will also interfere with my capacity, and that of my canvassers, to earn our daily income.

20. Even if I were to stay on as manager and somehow avoid handling voter registration applications, I don't think I would be able to find sufficient

canvassers who are citizens to rebuild my team. Canvassing and voter registration is arduous work and requires certain linguistic and interpersonal relations skills to generate trust in our community. My canvassers and I have built this trust in the communities where we work, especially those that do not speak English. In my experience, these relationships and histories are important in generating trust and organizing communities. All of this work and these relationships would be lost of my canvassers and I could no longer do voter registration work.

I declare under penalty of perjury that the above is true and correct.

Signed on June 7, 2023.

                                                      */s/ Johana Florez*

                                                      Johana Florez



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Declaración de Johana Florez (Declaration of Johana Florez)**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
June 8, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE