IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOS.: 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

       Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

       Defendants.
_____

CONFIDENTIAL REMOTE DEPOSITION OF

CYNTHIA SLATER

AS 30(b)(6) REPRESENTATIVE OF FLORIDA STATE

CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP

Volume 1 (Pages 1 - 109)

Tuesday, December 12, 2023
11:34 a.m. - 2:58 p.m.

Location:  Via Zoom

Stenographically Reported By:
Connie L. Morse

Job No.:  340701

Cynthia Slater
December 12, 2023

Page 42

```
 1   applications.  If we're doing a presentation at a
 2   church or a faith organization event, we would have
 3   member -- do a membership drive there, different
 4   events.
 5        Q     Does the membership application ask for
 6   personal information?
 7        A     What do you consider personal?
 8              MS. RUTAHINDURWA:  Objection, ambiguous.
 9   BY MR. CYCON:
10        Q     Does the membership application ask for a
11   person's e-mail address?
12        A     Yes, it does.
13        Q     Does it ask for their phone number?
14        A     Yes, it does.
15        Q     Does it ask for their social media handles?
16        A     No.
17        Q     Does it ask for their address?
18        A     Yes.
19        Q     Does it ask for driver's license number?
20        A     No.
21        Q     Last four of Social Security number?
22        A     No, not membership applications, no.
23        Q     The NAACP doesn't conduct background checks
24   before admitting a member; is that correct?
25        A     No, we don't.
```

Cynthia Slater
December 12, 2023

Page 97

```
 1                THE STENOGRAPHER:  Sure.
 2                (The record was read by the reporter.)
 3   BY MR. CYCON:
 4        Q    So my question was on those other
 5   resources.
 6        A    I can't answer that right now because I --
 7   I can't answer that right now.
 8        Q    In the complaint, paragraph 19 it states
 9   that, SB 7050's new restrictions on the citizenship
10   status of 3PVRO canvassers will force Florida NAACP to
11   expend its limited resources verifying and
12   investigating canvassers' backgrounds and will
13   decrease the number of canvassers available to the
14   organization, limiting its impact.
15             Are you able to quantify that expenditure?
16        A    I don't even -- that statement was so long,
17   I don't even remember the beginning of what you said.
18        Q    Okay.  Are you able to assess the number of
19   canvassers that would be impacted by 7050?
20        A    Throughout the State of Florida that's -- I
21   mean, we're talking about every branch, every college
22   chapter, every youth council who participated in
23   canvassing prior to SB 7050 and laws that were
24   established.  So that could be thousands of canvassers
25   and volunteers throughout the State of Florida.  So I
```

Cynthia Slater
December 12, 2023

Page 98

1   can't give you a specific number because it would
2   affect the whole -- it would affect the whole civic
3   engagement initiative.
4        Q    Does the Florida NAACP have its own e-mail
5   address?
6        A    Yes.
7        Q    What's the handle for that e-mail address?
8        A    I just click on it.  I think it's
9   FloridaNAACP@gmail.  I can't remember what it is.  Off
10  the top of my head I can't remember.
11       Q    But the Florida NAACP has an e-mail handle
12  that's different from the e-mail handle used by the
13  national organization?
14       A    Yes.
15       Q    In your experience, has anyone at the
16  Florida NAACP used their personal e-mail addresses to
17  conduct Florida NAACP activities?
18       A    I'm sure they have, yes.
19       Q    Does the Florida NAACP use any messaging
20  apps like WhatsApp or Signal?
21       A    No, not that I know of.
22       Q    Are officers or Executive Committee members
23  of the Florida NAACP provided with NAACP devices?
24       A    No.
25       Q    By that I mean laptop, tablet, cell phone?

Cynthia Slater
December 12, 2023

Page 106

1  CERTIFICATE OF OATH

2

3  STATE OF FLORIDA   )

4  COUNTY OF ESCAMBIA )

5

6           I, the undersigned authority, certify that

7  CYNTHIA SLATER, identified through personal

8  identification, appeared via remote and was duly sworn

9  on the 12th day of December, 2023.

10          Signed this 19th day of December, 2023.

11

12

13  _____

14  CONNIE L. MORSE
    Stenographic Reporter
15  Notary Public - State of Florida
    My Commission No. HH 41806
16  Expires:  September 13, 2024

17

18  [Notary Seal: CONNIE L. MORSE, MY COMMISSION # HH41806, EXPIRES: September 13, 2024]

19

20

21

22

23

24

25

Cynthia Slater
December 12, 2023

Page 107

1 CERTIFICATE OF REPORTER

2

3 STATE OF FLORIDA )

4 COUNTY OF ESCAMBIA )

5

6          I, CONNIE L. MORSE, Stenographic Reporter,

7 certify that I was authorized to and did

8 stenographically report the remote deposition of

9 CYNTHIA SLATER, pages 1 through 105; that a review of

10 the transcript was requested; and that the transcript

11 is a true and complete record of my stenographic

12 notes.

13          I further certify that I am not a relative,

14 employee, attorney, or counsel of any of the parties,

15 nor am I a relative or employee of any of the parties'

16 attorney or counsel connected with the action, nor am

17 I financially interested in the action.

18          DATED the 19th day of December, 2023.

19

20

21 _____

22 CONNIE L. MORSE
Stenographic Reporter
23

24

25