UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.

              *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

              *Defendants*.

Case No. 4:23-cv-00215-MW-MAF

## DECLARATION OF MARCOS VILAR ON BEHALF OF ALIANZA FOR PROGRESS AND ALIANZA CENTER

I, Marcos Vilar, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Executive Director of Alianza for Progress, Inc., a nonpartisan and membership-based political organization dedicated to uniting the Puerto Rican and Hispanic population in the State of Florida and developing leaders from within those communities that will support progressive policies. I have served in this role since April of 2018.

3. Alianza for Progress organizes Hispanic communities in Florida through voter education, civic engagement, and issue advocacy. Alianza for Progress

1

relies on limited resources from members' donations and grants to effectuate its mission. Our members reside throughout Florida.

4. I am also the President and Founder of Alianza Center, a community-centered 501(c)(3) organization created in 2018 with a mission to register, educate, and increase political engagement and leadership within the Puerto Rican and Hispanic communities in Florida.

5. In addition to civic engagement, Alianza Center engages in youth education, conducts training surrounding community organizing, and allies with organizations to advance its mission to support a variety of important causes, including immigrants' rights, LGBTQ rights, women's rights, gun violence prevention, and environmental justice.

6. As part of my responsibilities for both organizations, I supervise staff, direct fundraising efforts, administer trainings, organize programming to highlight our causes, and oversee both organizations' voter registration, voter education, and voter engagement efforts.

7. Alianza for Progress and Alianza Center are both registered third-party voter registration organizations in Florida.

8. Neither Alianza for Progress nor Alianza Center have ever asked members about their citizenship status, as that runs afoul of our missions and values. We welcome all individuals regardless of citizenship status to engage with our organizations. I know that Alianza Center employs canvassers who are noncitizens

2

with legal status to work in the United States to conduct voter registration and other get-out-the-vote ("GOTV") efforts.

9. Throughout the past decade, Alianza for Progress's members and canvassers knocked on approximately 250,000 doors as part of voter outreach and engagement efforts between 2015 and 2019. Most recently, in 2022, Alianza Center registered approximately 8,000 new voters.

10. As part of our voter registration efforts, our canvassers engage in substantive, issue-based conversations that often include discussions about the importance of registering to vote, voting, and generally participating in the democratic process and other methods of civic engagement.

11. For example, we conduct surveys to learn about issues that are specific to the community and how we can advocate on the community's behalf to make real change. These issues range anywhere from hoping to rename a school after an important historic Latino figure, to working to keep community parks clean and safe, and to fighting against gun violence.

12. Our canvassers also store the non-sensitive personal information included on voter registration forms of the voters they help register, such as their addresses and contact information. We use this information to engage with these voters in the future, to encourage them to get out to vote, and to make sure they have all necessary voting information. This follow up and additional outreach is especially important to one of our constituent groups, the Puerto Rican community, who have

3

lower voter turnout rates than other groups in Florida.

13. We do this follow up work through different methods of outreach including phone calls, text messages, mailers, and door knocking. For example, in each election cycle, we typically knock on approximately 250,000 doors of voters who we registered during the weeks leading up to the election to remind them to vote and encourage them to participate in upcoming Alianza events, like Community Family Affairs events to connect those in our community to important services.

14. Alianza Center has two full time employees running the organization's voter registration program. Their salaries are approximately $45,000-50,000 annually. Both employees are noncitizens with legal status to work in the United States. If SB 7050's Citizenship Requirement goes into effect, we will likely need to rehire for both positions, so new managers will need to be trained along with new citizen canvassers. That will take valuable staff hours away from our core work as well as my time away from my other duties to train an almost entirely new voter registration department.

15. During an election cycle, I estimate that between 60-75% of our employed canvassers are noncitizens. That number increases to roughly 90-100% in the off season, like this year, where voter registration activity slows.

16. On any given election cycle, Alianza employs around 15 canvassers. Alianza conducts background checks on canvassers and only hires canvassers who are legally able to work in the United States. Many of our canvassers have worked

4

with us on voter registration since we began doing voter registration during the 2022 election cycle.

17. Our two employee supervisors train the canvassers on how to register voters, and then check voter registration applications that are returned for any errors prior to submission.

18. For the 2023-2024 cycle, we have begun our voter registration efforts. So far, the work has included voter registration drives at high traffic areas as well as some door knocking.

19. The Citizenship Requirement will diminish the organizations' missions and overall impact in third-party voter registration and GOTV work. Alianza Center's noncitizen employees and canvassers are outstanding and irreplaceable. They are often highly educated and civically engaged professionals unable to continue their profession here in the United States, and they value and take pride in assisting with voter registration. They are very effective at forming relationships with individuals in the community, particularly as native Spanish speakers who can speak about the importance of participating in democracy—a right not guaranteed to many, including the citizens of some of our canvassers' counties of origin. This will in turn also harm the communities who rely on Alianza to register to vote and learn about important issues in the process.

20. In addition to being passionate about the work, our canvassers also depend on Alianza for employment and rely on the salaries Alianza provides them.

Canvassers make almost double the current minimum wage, allowing them more economic stability than they would have otherwise.

21.     Unfortunately, due to the current state of things in Florida, our noncitizen employees and canvassers have voiced their concerns about even participating in voter registration activities because it is unclear what they can and cannot do under the law. They have also expressed real fear about participating in the lawsuit and worry that state officials will target them or find ways to jeopardize their legal status if they speak out against SB 7050.

22.     It will not be easy (and in fact may not be possible) to find citizen replacements, who do not apply for these positions. Voter registration canvassing is a hard job: standing outside of grocery stores or in parks in the Florida heat and humidity for hours a day; trying to engage with people who are distrusting of the state; and sometimes traveling for hours to more rural areas where there is no guarantee you will engage with anyone. Losing our canvassers will lower Alianza's ability to register and engage potential voters in Florida's Hispanic and Puerto Rican communities and beyond.

23.     As a result of the Information Retention Ban, Alianza will lose connections with our community without the ability to keep the information of those voters who we help register to vote. We will not be able to contact an applicant if there is an issue with an application and will not be able to follow up with the voters to educate them about important voting dates and issues on the ballot or to simply

6

encourage them to vote. We will have to re-train our old canvassers and teach new canvassers not to retain voters' contact information to protect against fines and penalties, as well as any new processes Alianza will have to put in place to try and keep relationships with the voters we help register. This of course depends on whether we can recruit canvassers to do this work given the risk of a felony charge under this new law. And should Alianza be subjected to fines, we will be unable to confirm the validity of those fines by reviewing our records and investigating the issue further and will not know what needs to be improved or adjusted to ensure any errors do not happen again.

24. Further, Alianza uses the information to encourage them to attend Alianza events and become more involved with our organizations. In turn, events will be less attended and may impact our fundraising efforts.

25. Alianza Center could not withstand the $50,000 fine per noncitizen handling voter registration applications or infraction of the Information Retention Ban. The voter registration program budget for 2022 was around $300,000. Just one fine encompasses a sixth of the entire budget. Unfortunately, we are currently planning to suspend voter registration activities on June 30th due to the risk of exorbitant fines should SB 7050 go into effect.

26. If Alianza Center stops voter registration activities, we will lose critical funding from donors who support that specific work. That will impact all aspects of organization, including other programming efforts that receive less attention and

7

funding.

27.     I believe SB 7050's citizenship requirement is un-American. We have been fortunate to work with dedicated and effective canvassers, who happen to be noncitizens. There is no reason to exclude noncitizens from this important work, except to instill fear, cause divide, and hamper organizations like Alianza's effectiveness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

<u>/s/Marcos Vilar</u>
Marcos Vilar
Executive Director, Alianza for Progress
President and Founder, Alianza Center