JARED NORDLUND

```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF FLORIDA
             TALLAHASSEE DIVISION


FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

     Plaintiffs,             CASE NOS. 4:23-cv-215-MW/MAF
                                       4:23-cv-216-MW/MAF
vs.                                    4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

     Defendants.
_____/



                    CONFIDENTIAL

                   DEPOSITION OF
                   JARED NORDLUND


ON BEHALF OF:        The Defendant Cord Byrd

DATE:                December 13, 2023

TIME:                10:01 a.m. - 1:37 p.m.

LOCATION:            All Parties Appearing Via Zoom

REPORTED BY:         Lisa Babcock
                     Stenographic Court Reporter
                     Notary Public
                     State of Florida at large
```

North Florida Court Reporters, LLC 850.701.8800

1  them through kind of what the -- what the new law does and
2  doesn't do.
3           MS. JOHNSON:  I think that to the extent that
4      you're going to explain details of that call, just on
5      the grounds of First Amendment privilege, I don't know
6      if you need to go further with the content.
7           THE WITNESS:  Yeah.  And then on voters, in
8      the course of doing voter registration now, we're --
9      we are helping them understand, like, why a receipt's
10     given and things like that.
11 BY MR. PRATT:
12     Q.  And do you know how much money you've spent on
13 those efforts to inform people about SB 7050?
14     A.  Yeah.  Not -- not really.  We don't have a line
15 item for that.
16     Q.  And has UnidosUS created any documents educating
17 people about SB 7050, either before or after it became
18 law?
19     A.  I don't believe so.  I don't think we created up
20 anything.  I don't believe so.  I think we walked through
21 the bill online.
22     Q.  Sure.  And then still on the topic of SB 7050,
23 you know, have any of your employees left UnidosUS due to
24 the bill?
25     A.  Could you rephrase that or could you maybe ask

1  that question differently?
2       Q.   Sure.  Has anyone left employment with UnidosUS
3  that's conveyed that the reason was, in whole or in part,
4  SB 7050?
5       A.   They haven't left but they haven't been able to
6  be hired.
7       Q.   And by that, would that be the canvassers you're
8  referring to?
9       A.   Yeah, so canvassers who are not citizens.
10      Q.   And have any of your employees, members, or --
11  strike that.
12           Have any of your members or employees indicated
13  that they will not register to vote due to SB 7050?
14              MS. JOHNSON:  Object to the extent this
15      implicates First Amendment privilege.  If you can
16      answer, you can go ahead.
17              THE WITNESS:  On members, I -- one of our
18      members, they do not want to touch voter registration.
19      They'd rather have us work with them to do it.
20      Employee-wise, more that, you know, we can't rehire
21      them right now, so -- otherwise, they would want to
22      work with us.  Does that answer your question?
23  BY MR. PRATT:
24      Q.   It does.  And then kind of setting aside those
25  persons, has any member of the public, you know, indicated

1  to UnidosUS that they will not register to vote due to SB
2  7050?
3      A.  I'm not aware of conversations, I guess, on the
4  ground right now in terms of what's happening, like, right
5  now as they're canvassing.  There could be people that are
6  -- that maybe don't want to do a receipt or they find the
7  receipt, like, nothing they want to be part of, and so
8  they might not register because of that.  But I can't
9  confirm right now.
10     Q.  And do individuals in Florida have the
11 opportunity to pick up physical voter applications at a
12 Florida Supervisor of Elections office?
13     A.  I believe so, yes.
14     Q.  What about at the Florida Department of Highway
15 Safety and Motor Vehicles offices?
16     A.  I'm not aware if they have forms or -- physical
17 forms or not.
18     Q.  What about at Florida public libraries?
19     A.  I'm sure that some are made available.  I
20 couldn't tell you what -- like, to what extent.
21     Q.  How about other Florida governmental offices?
22     A.  I'm sure some do and some don't.
23     Q.  Do you know whether individuals in Florida have
24 the opportunity to register to vote by submitting voter
25 registration applications in the U.S. Mail?

1       A.   Yes.
2       Q.   What about online through Florida voter --
3  Florida's voter registration website,
4  RegisterToVoteFlorida.gov?
5       A.   It depends on that.
6       Q.   What do you mean it depends?
7       A.   So there's an issue where -- how the, I guess,
8  the -- from how I understand, the DMV system interfaces
9  with the state Register to Vote system, because we'll come
10 across people that, because of how their name is spelled
11 and what is considered a first name, last name, or middle
12 name, it won't match on the site and then they can't
13 register.  So their -- their license says whatever their
14 name is, but then when you put that into the state website
15 to register to vote, it rejects it.
16      Q.   And is that a less common occurrence that you've
17 come across?
18           MS. JOHNSON:  Object to the form.
19           THE WITNESS:  I would say it's not -- I mean,
20      could you define "common," I guess or --
21 BY MR. PRATT:
22      Q.   I guess in your words, is it more or less common,
23 more or less typical to come across that?
24           MS. JOHNSON:  Object to form.
25           THE WITNESS:  It's more common that you would

```
 1        expect, I would say.
 2   BY MR. PRATT:
 3        Q.   And do individuals in Florida have the
 4   opportunity to register to vote by submitting voter
 5   registration applications at a Florida Supervisor of
 6   Elections office?
 7        A.   I would -- I would assume so, yes.  Uh-huh.
 8        Q.   In the complaint at paragraph 42, it states that,
 9   and I'll quote, SB 7050's new restrictions on the
10   citizenship status of 3PVRO canvassers will force UnidosUS
11   to expend its limited resources verifying and
12   investigating canvassers' backgrounds and will
13   significantly decrease the number of skilled canvassers
14   available to the organization.  It goes on to say,
15   UnidosUS would have to rebuild its entire voter
16   registration program if it's unable to rely on these
17   canvasser, end quote.
18             Can you quantify kind of these expenditures or
19   potential increases in costs that UnidosUS is referring
20   to?
21        A.   Yeah.  So we would -- so roughly 70, 75 percent
22   of our past canvassers were non-citizens but had eligible
23   work permits, and so having to replace all those
24   individuals, retrain them -- or training new people to
25   fill those positions up; and then lose all the
```

1  institutional knowledge that those people had over the
2  years, and so devoting more staff time to managing people,
3  make sure they're doing their job that a more skilled
4  person would already know how to do their job; and then
5  needing to hire two, like, basically recruiters, given how
6  many people that were not citizens, having to basically
7  recruit people constantly to fill our ranks to be able to
8  do voter registration; and then all of the, you know, cost
9  associated with that to find people, interview them, train
10 them and things like that.
11          Do you want me to quantify more or...
12     Q.  No.  No.  That's fine.  And I think you may be
13 referring to -- I think I saw in the discovery production,
14 or one of them, it was maybe a one- or two-page kind of
15 summary of kind of maybe anticipated costs that UnidosUS
16 maybe anticipated it might incur from SB 7050.  Does that
17 sound like something that you might recall seeing?
18     A.  Yes.
19     Q.  When UnidosUS put that kind of paper together,
20 I'm assuming that was after SB 7050 was enacted?
21     A.  Correct.  Yes.
22     Q.  And did it have any underlying budgets or
23 documentation or other things it was relying on to kind of
24 come up with those numbers that it kind of projected?
25     A.  Yeah.  Just, I mean, I guess, prices, I guess, we

1    Q.  I'd also like to ask you about budget that's been
2   mentioned a few times during today's deposition.
3          Do you provide a copy of Unidos' budget
4   publicly or outside the organization?
5    A.  I mean, I think we share one at -- I mean, what
6   we share budget-wise would be, like, on the annual report
7   on our website.
8    Q.  And outside of annual reports, do detailed budget
9   documents go anywhere externally outside of the
10  organization?
11   A.  No.
12   Q.  Do budget documents contain strategic information
13  and focus areas for Unidos as an organization?
14   A.  Yes, they would.
15   Q.  To jump to another topic, we've discussed a
16  little bit about the hiring of new canvassers after the
17  passage of SB 7050.  Do you remember that?
18   A.  Uh-huh.
19   Q.  Have you, in fact, experienced that you have
20  needed to rehire your canvassing staff after SB 7050?
21   A.  Could you repeat that again?  Sorry.
22   Q.  Poorly phrased question.  Did you have to rehire
23  your canvassing staff after SB 7050 passed?
24   A.  So the ones who were citizens, we rehired, yes.
25   Q.  And so did you have to hire new canvassers after

JARED NORDLUND

```
 1   SB 7050?
 2        A.   Yes.  We've had to hire new ones who are -- who
 3   are brand new to our organization.
 4        Q.   And I know you mentioned before that you would
 5   need to allocate resources to a recruiter to recruit new
 6   canvassing members.  Has that, in fact, already happened
 7   after the passage of SB 7050?
 8        A.   Yeah.  So we lost five canvassers last week, and
 9   so they have been working since then to replace those five
10   positions.
11        Q.   Is that a higher rate of turnover than you
12   experienced with non-citizen canvassers in your
13   experience?
14        A.   I would say so, especially this early in the
15   campaign.
16             MS. JOHNSON:  Okay.  Great.  I think those
17        were all of the questions that I had.
18             MR. PRATT:  And no follow-ups for me.
19             Seeing no further questions, Mr. Nordlund,
20        just really want to thank you for your time today.  I
21        know depositions are no fun, but we appreciate it.
22             THE WITNESS:  Thank you.
23             MR. PRATT:  Madam Court Reporter, we would
24        like to order, on behalf of the Secretary, the
25        transcript of this proceeding, please.
```

1        MS. JOHNSON:  I'd also like to -- and we can
2    go back on the record; I always forget to do this --
3    mark it as confidential, please; and ask to read and
4    sign.  So if it is helpful to go back on the record to
5    request that; otherwise, if you're willing to accept
6    that, Josh?
7        MR. PRATT:  That works for me.
8        (Discussion off the record.)
9        MS. JOHNSON:  I would like a copy as well,
10   yes.
11       MS. MORSE:  The attorney general would like a
12   copy, too, Madam Court Reporter.  Thanks.
13       (The witness did not waive reading, and the
14   deposition concluded at 1:37 p.m.)

1            CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF LEON

5

6         I, LISA BABCOCK, the undersigned authority,

7  certify that JARED NORDLUND personally appeared before me

8  and was duly sworn.

9

10        WITNESS my hand and official seal this 31st day

11 of December 2023.

12

13

14

15  _____

16             LISA BABCOCK
        Stenographic Court Reporter
17    Notary Public, State of Florida
        My Commission No. HH 420409
18      Expires:  September 23, 2027

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF LEON
 5
 6         I, LISA BABCOCK, do hereby certify that I was
 7   authorized to and did stenographically report the
 8   deposition of JARED NORDLUND; that a review of the
 9   transcript WAS requested; and that the foregoing
10   transcript, pages 1 through 131, is a true record of my
11   stenographic notes.
12         I FURTHER CERTIFY that I am not a relative,
13   employee, or attorney, or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action, nor am I
16   financially interested in the action.
17
18         DATED this 31st day of December 2023 at
19   Tallahassee, Leon County, Florida.
20
21         _____
22                  LISA BABCOCK
              Stenographic Court Reporter
23
24
25
```