UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

       Plaintiffs,
vs.

**CONFIDENTIAL TRANSCRIPT**

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

       Defendants.
_____

REMOTE 30(b)(6) DEPOSITION OF ALIANZA CENTER

(JUAN MARCOS VILAR)

Thursday, December 14, 2023

10:00 a.m. - 2:00 p.m.

LOCATION OF WITNESS:

Via Zoom

Orlando, Florida


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

1    but I would say yes.  I would answer from my
2    knowledge that yes, it does generate reports.
3         Q    To your knowledge, has anyone at Alianza
4    Center ever improperly misappropriated information
5    from a voter registration application?
6         A    Absolutely not.
7         Q    Has Alianza Center ever shared data that
8    it has gained from voter registration applications
9    with a third party other than Blocks?
10        A    I am not aware of that.
11        Q    Does Alianza Center have records of how
12   much it spent on voter registration activities in
13   the 2022 election cycle?
14        A    Yes, we do.
15        Q    Does it have similar records for the 2020
16   election cycle?
17        A    We did not do any voter registration in
18   2020.
19        Q    Does it have projections of what it
20   expects to spend on voter registration activities in
21   the 2024 election cycle?
22        A    Yes.
23        Q    Does Alianza Center have records about the
24   events it conducted for voter registration
25   activities in the 2022 election cycle?

```
 1        A    Repeat the question.
 2        Q    Does Alianza Center have records about the
 3   events it held to register voters in the 2022
 4   election cycle?
 5        A    What do you mean by "events"?  Like date,
 6   locations?  What do you mean?
 7        Q    It could be "souls to the polls" or that
 8   an event was held at a church.
 9        A    We could -- I don't know that we have an
10   actual document, but all that information is
11   gathered and maintained.
12             Yeah, I doubt that we have a document like
13   that.
14        Q    Does Alianza Center expect to hold similar
15   events to those it held in 2022 in the 2024 election
16   cycle?
17        A    So as of right now, under the current law,
18   we do not plan to do voter registration in 2024.  We
19   were -- you know, we had projections about doing it,
20   and if there's -- you know, if there's an improved
21   outcome in this procedure that we're going through
22   here, we might reconsider that.
23             But as of right now, we do not -- it
24   doesn't seem like we're going to do voter
25   registrations.
```

1    Q    In 2022, did an individual ever decline to
2  accept voter registration assistance from Alianza
3  Center?
4    A    That is not something that I can attest to
5  personally, as I wasn't in the field registering
6  voters myself.  But from experience in the field
7  myself, I would guess that people maybe have refused
8  to register to vote -- to register to vote with us
9  and that is common.  When people don't want to
10 register to vote, they don't register to vote.
11   Q    In the 2022 cycle, did people ever express
12 concern about Alianza Center's ability to deliver a
13 completed voter registration application on time?
14   A    Not to my knowledge.
15   Q    Did people ever express concerns about
16 sharing the personal information on voter
17 registration applications with Alianza Center?
18       **MR. WERMUTH:**  Objection to form.
19 BY MR. CYCON:
20   Q    You can answer.
21   A    Not to my knowledge.
22   Q    In the 2022 cycle, did individuals ever
23 ask Alianza Center whether it was easier to submit
24 voter registration applications online?
25   A    Can you restate the question?

1   request a vote-by-mail ballot due to SB 7050?
2       A    Not to my knowledge.
3       Q    How about someone who cannot read or
4   write?
5       A    Not to my knowledge.
6       Q    Or a non-English speaker?
7       A    What is the question about a non-English
8   speaker?
9       Q    Has an individual who's a non-English
10  speaker indicated to Alianza Center that they will
11  not request a vote-by-mail ballot due to SB 7050?
12      A    No one's made that request to us, that I
13  know of.
14      Q    In the complaint in paragraph 35, it
15  states that "SB 7050's new provisions restricting
16  and penalizing 3PVROs directly harm Alianza
17  plaintiffs' organizational goals and missions.  The
18  threat of significant fines for late applications
19  and noncitizen canvassers makes acting as a 3PVRO
20  cost-prohibitive, as hundreds of thousands of
21  dollars in fines would effectively defund these
22  organizations."
23           Why do you believe that there is a threat
24  of significant fines?
25      A    We -- from -- from my vantage point, these

1    fines are very borderline in terms of whether they
2    are actually -- like the Polk County forms, for
3    example.  We're getting fined for a voter -- a voter
4    error.
5             This could be -- this could be a bigger
6    problem, perhaps, we prob- -- you know, we don't
7    know, we don't know how -- how this could impact in
8    the future, but I think SB 50- -- I am under the
9    understanding that the fines have gone up under
10   7050, and they were already pretty steep under the
11   previous law.
12            So under 7050, even if we did as good as
13   we did in 2022 and still got fined, we would get
14   fined even more.  And that -- that's what we mean by
15   the impact, the financial impact that makes it very
16   difficult on our organization to continue.
17        Q    How did you arrive at the estimate of
18   "hundreds of thousands of dollars in fines"?
19        A    Well, there's the -- there's the increase
20   in the fines from the previous law to 7050.
21        Q    Was there a calculation made by Alianza
22   Center to come up with that estimate?
23        A    I mean, I personally didn't calculate a --
24   you know, do a formula and calculate it, but
25   understanding the numerous organizations that got

1  fined and the levels of fines with our organization
2  and other organizations, it -- it does come down to
3  hundreds of thousands of dollars, yes, with the
4  higher level of fines.
5       Q    Later in the complaint, paragraph 35, it
6  states that "Alianza plaintiffs will divert their
7  limited resources away from voter education and
8  outreach efforts towards more stringent means of
9  verifying and investigating canvassers' backgrounds,
10 limiting their impact."
11           What are the voter education and outreach
12 efforts from which Alianza Center would have to
13 divert those resources?
14      A    Would you ask the question again?
15      Q    So in the complaint it mentions Alianza
16 plaintiffs needing to "divert limited resources away
17 from voter education and outreach efforts."
18           I was wondering what are those voter
19 education and outreach efforts that are referenced
20 there?
21      A    So those are trainings that we would do in
22 terms of, you know, educating the community, time
23 spent educating versus time spent registering to
24 vote.  The -- as the laws become stricter and
25 stricter for -- I don't know if "stricter" is the

| | |
|---|---|
| 1 | CERTIFICATE OF REPORTER |
| 2 | STATE OF FLORIDA    ) |
| 3 | COUNTY OF LEON      ) |
| 4 | I, SANDRA L. NARGIZ, Registered |
| 5 | Professional Reporter, certify that I was authorized |
| 6 | to and did stenographically report the remote |
| 7 | deposition of MARCOS VILAR, as corporate |
| 8 | representative of ALIANZA CENTER; that a review of |
| 9 | the transcript was requested, and that the foregoing |
| 10 | transcript, pages 1 through 115, is a true record of |
| 11 | my stenographic notes. |
| 12 | I further certify that I am not a |
| 13 | relative, employee, attorney or counsel of any of |
| 14 | the parties, nor am I a relative or employee of any |
| 15 | of the parties' attorney or counsel connected with |
| 16 | the action, nor am I financially interested in the |
| 17 | action. |
| 18 | DATED on December 17, 2023. |

*[Signature: SL Nargiz]*

SANDRA L. NARGIZ
RPR, RMR, CRR, CRC, CCR-GA
Notary Public in Florida
snargiz@comcast.net