UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.

*Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00215-MW-MAF

### DECLARATION OF MARCOS VILAR ON BEHALF OF ALIANZA FOR PROGRESS AND ALIANZA CENTER

I, Marcos Vilar, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Executive Director of Alianza for Progress, Inc., a nonpartisan and membership-based political organization dedicated to uniting the Puerto Rican and Hispanic population in the State of Florida and developing leaders from within those communities that will support progressive policies. I have served in this role since April of 2018.

3. Alianza for Progress organizes Hispanic communities in Florida

1

through voter education, civic engagement, and issue advocacy. Alianza for Progress relies on limited resources from members' donations and grants to effectuate its mission. Our members reside throughout Florida.

4. I am also the President and Founder of Alianza Center, a community-centered 501(c)(3) organization created in 2018 with a mission to register, educate, and increase political engagement and leadership within the Puerto Rican and Hispanic communities in Florida.

5. In addition to civic engagement, Alianza Center engages in youth education, conducts training surrounding community organizing, and allies with organizations to advance its mission to support a variety of important causes, including immigrants' rights, LGBTQ rights, women's rights, gun violence prevention, and environmental justice.

6. As part of my responsibilities for both organizations, I supervise staff, direct fundraising efforts, administer trainings, organize programming to highlight our causes, and oversee both organizations' voter engagement efforts.

7. As a result of SB 7050, Alianza is currently not conducting voter registration work and intends to continue suspension of its voter registration program during the 2024 election cycle.

8. When some of Alianza's members come to the United States, they have no family in the country. They rely on community members, neighbors, and friends

2

for assistance in their lives. Even once they can become citizens and vote, they may not have any family in the United States because of their immigration to the country.

9. In my capacity as Executive Director of Alianza for Progress, I am aware of members of Alianza who are affected by the provision of SB 7050 that prevents a Florida voter who has limited English proficiency from using anyone besides an immediate family member or legal guardian to assist the voter in requesting a vote-by-mail ballot. I know of a member who has relied on and would like to again rely on the help of a friend, neighbor, or other person outside of a legal guardian or immediate family member to request a vote-by-mail ballot because of the person's limited English proficiency.

10. I am aware of at least one member of Alianza who relied on another Alianza member for help with requesting a vote-by-mail ballot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2024

*/s/ Marcos Vilar*
Marcos Vilar
Executive Director, Alianza for Progress
President and Founder, Alianza Center

3