UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of State of Florida, et al., <br><br> *Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

## **DECLARATION OF JARED NORDLUND ON BEHALF OF UNIDOSUS**

I, Jared Nordlund, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Florida Advocacy Director at UnidosUS, a nonprofit organization and one of the nation's largest Latino civil rights and advocacy organization.

3. I have been the Florida State Advocacy Director at UnidosUS for about four years. Before that, I served as the Senior Strategist for Florida at UnidosUS for eight years. In both roles I have overseen civic engagement and advocacy campaigns in Florida.

1

4. Prior to becoming Senior Strategist for Florida, I served as the National Field Director for UnidosUS for one year, and I oversaw voter registration campaigns across the country in that capacity.

5. The mission of UnidosUS is to build a stronger America where Latinos can thrive and live out the American dream.

6. UnidosUS has offices in Florida and has 17 affiliated community-based nonprofit organizations ("Affiliates") based or working in Broward, Collier, DeSoto, Flagler, Glades, Hardee, Hendry, Highlands, Hillsborough, Indian River, Lake, Lee, Manatee, Marion, Miami-Dade, Monroe, Palm Beach, Pasco, Polk, Putnam, Orange, Osceola, Sarasota, Seminole, and Volusia Counties. These Affiliates pay dues to UnidosUS and service the Latino community throughout Florida.

7. Members of our Affiliates are UnidosUS members. Some of these members are voters with limited English proficiency.

8. UnidosUS works to build a stronger America through research, advocacy, programs, and supporting the work of local Affiliates in the State of Florida and nationally, to challenge and overcome the social, economic, and political barriers that affect Latinos in the United States.

9. When some of our members come to the United States, they move here with no familial ties whatsoever. They rely on community members, neighbors, and friends for assistance. Even once they can become citizens and vote, they may not

have any family in the United States because of their immigration to the country.

10. In my capacity as the Florida Advocacy Director at UnidosUS, I am aware of members of UnidosUS who are affected by the provision of SB 7050 that prevents a Florida voter who has limited English proficiency from using anyone besides an immediate family member or legal guardian to assist the voter in requesting a vote-by-mail ballot. I know of a member who has relied on and would like to again rely on the help of a friend, neighbor, or other person outside of a legal guardian or immediate family member to request a vote-by-mail ballot because of the person's limited English proficiency.

11. I am aware of members of UnidosUS who have relied on other UnidosUS members for help with requesting a vote-by-mail ballot.

12. UnidosUS will be forced to retool many of its programs and rebuild much of its canvassing and institutional knowledge as a result of SB 7050's Citizenship Requirement.

13. Prior to SB 7050, 66-75% of UnidosUS's temporary project canvassers were legal permanent residents.

14. UnidosUS estimates that it will divert approximately $129,600 away from paying the wages of temporary canvassers to complete voter registration canvassing shifts and will instead allocate those funds to paying the wages of two full-time organizers dedicated solely to recruiting, interviewing, hiring, and training

3

U.S. citizen canvassers and support staff. This process could take up to a year and will require hiring on a rolling basis.

15. UnidosUS expects to divert approximately $9,775 that were previously allocated to canvassers' wages to purchasing additional supplies to hire only citizen canvassers, including but not limited to flyers, mileage, paper, toner, and computer equipment.

16. UnidosUS will also have to hire temporary canvassers to design and print pledge-to-vote cards in order to collect voter contact information for future follow-up, which will amount to approximately $8,250.

17. UnidosUS will have to divert approximately $10,120 of staff time away from issue advocacy projects towards understanding the impact of the law and identifying new workflows needed to comply with it.

18. And UnidosUS will have to divert approximately $60,720 of staff time away from advocacy projects and toward time spent on project implementation and troubleshooting new workflows to comply with SB 7050.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024.

                                                          */s/ Jared Nordlund*
                                                          Jared Nordlund
                                                          Advocacy Director
                                                          UnidosUS