UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

## DECLARATION OF ADORA OBI NWEZE ON BEHALF OF FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP

I, Adora Obi Nweze, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the President of the Florida State Conference of Branches and Youth Units of the NAACP ("Florida NAACP"), a nonprofit, nonpartisan civil rights organization in Florida.

3. I have been President of the Florida NAACP since 2000. Before that, I was President of the Miami-Dade branch and on the board of the national NAACP.

4. In my role as President, I oversee the Florida NAACP's executive

1

committee, members, and canvassers' work on a variety of matters important to the organization, including voting rights and civic engagement, education, healthcare, unemployment, criminal and juvenile justice, and housing, to name a few. I also coordinate with the local branches to ensure consistency, cooperation, and effectiveness in advancing Florida NAACP's mission and values.

5. Florida NAACP is the oldest civil rights organization in Florida. We are headquartered in Fort Lauderdale, Florida, and our 12,000 members are predominantly Black and other minority individuals who reside in all 67 of Florida's counties. Our mission is to ensure the political, social, educational, and economic equality of all persons and to eliminate race-based discrimination.

6. Florida NAACP serves as the umbrella organization for local branch units throughout the State. Florida NAACP has local branches in 64 of Florida's 67 counties. The branches are members of Florida NAACP.

7. Florida NAACP has been very active in the electoral space for decades, from our involvement in redistricting following the 2000 Census, to advising the Legislature on the impact of their election laws and bringing litigation challenging laws that would harm Black and brown voters' ability to engage in the democratic process.

8. Florida NAACP is a registered third-party voter registration organization. For decades, we have engaged in statewide voter registration, public education, and advocacy to encourage civic and electoral participation among its

2

members and other voters.

9. For example, Florida NAACP holds voter registration events in coordination with local partners such as the Divine-Nine Pan-Hellenic Council, the Links, Masonic Lodges, and others. Florida NAACP also works with churches and other faith-based organizations to register voters within the communities we serve. When our members and canvassers register voters, they communicate a pro-voting message about the importance of political participation.

10. Our local branches train our members and canvassers about the proper way to conduct voter registration and the importance of building community relationships and maintaining voters' trust when representing the Florida NAACP.

11. Florida NAACP keeps the contact information from voter registration applications for voters that we help register to engage with them after they register. We inform them about important issues and key election dates, and we encourage them to make sure they go out and vote. Florida NAACP also keeps in touch with these voters to expand our advocacy and engagement efforts.

12. This year, we have already begun voter registration efforts on a smaller scale, but we anticipate ramping up our voter registration work as we approach the 2024 election cycle.

13. Florida NAACP engages in other voting related advocacy as well, such as facilitating trainings to help our members understand election related bills, amendments, and other issues affecting the voting process. Florida NAACP also

3

holds get-out-the vote ("GOTV") events, such as "souls to the polls," where Florida NAACP offers transportation from local churches to polling places.

14. Outside of the electoral sphere, Florida NAACP engages in advocacy work involving health care, criminal justice, the school-to-prison pipeline, education, environmental justice, climate change, and the economy.

15. Florida NAACP will be forced to revise many of our programs as a result of SB 7050's Citizenship Requirement and Information Retention Ban.

16. The new and increased fines for violations of these provisions threaten substantial economic harm to Florida NAACP—both from the penalties themselves and from the increased resources we will need to devote to avoiding those penalties—and will affect the magnitude and impact of Florida NAACP's voter registration efforts.

17. For example, Florida NAACP is currently planning, and funding our participation, in the "Stay Woke Florida Rolling Votercade Bus Tour," a 15-city bus tour with many community events in each city. We must spend money on renting tables, providing entertainment, recruiting speakers, buying refreshments, and so on. We do a lot of voter registration work during these events. Events like this are crucial to our mission but are in jeopardy if our funds are depleted on preparing for fines and paying these fines.

18. Just one $50,000 fine, for example, will severely diminish our organization's budget because Florida NAACP and local branches rely almost

4

exclusively on membership dues to fund their work.

19. Currently, we do not have a specific policy in place to verify the citizenship status of our members and canvassers. We believe that everyone passionate about Florida NAACP's mission and work belongs.

20. The Citizenship Requirement will require Florida NAACP to expend our limited resources verifying and investigating canvassers' backgrounds and will decrease the number of canvassers available to the organization, limiting our impact. Every bit of money, time, and effort spent in one aspect of our mission necessarily detracts from the amount of resources that Florida NAACP can direct to others.

21. There are no assurances that Florida NAACP will have the resources to conduct a substantial number of background checks. When we checked recently prior to SB 7050's enactment, the cost of background checks averaged $25 per person. Running background checks will cost our organization thousands of dollars that would otherwise fund our actual work.

22. Some of the individuals who currently collect and handle voter registration applications on behalf of Florida NAACP are noncitizens. Under SB 7050, these canvassers are no longer allowed to collect or handle voter registration applications and will have to stop doing this work.

23. There are also no assurances that Florida NAACP will be able to replace these noncitizen canvassers. Getting canvassers to help with voter registration is extremely difficult under the best of circumstances. It is an intense

and difficult job, requiring dedication, patience, and the ability to connect one on one with strangers—often in hot and humid weather or in extremely rural areas where individuals are underserved.

24. The Citizenship Requirement will also be devastating to and contrary to the values of Florida NAACP. Should Florida NAACP have to abide by this provision, many of our members, canvassers, and constituents will lose faith in the organization for agreeing to collect and monitor citizenship status pursuant to an offensive and unjust law and will not want to associate with and work with the organization anymore. Florida NAACP will lose participation and member dues that the organization relies on to support our mission, and we will have fewer resources and individuals to help spread our mission.

25. The Information Retention Ban impacts the way we keep in touch with the voters we help register. For example, we conduct phone banking to reach out to our community about voting dates, new events that we are organizing or holding, town halls about issues important to us, and conversations with local elected officials. We have a town hall scheduled soon to discuss gun violence following a tragic killing of a Black woman this week by her white neighbor in Ocala, Florida. We rely on the contact information voters provide us during voter registration events to follow up with these voters about these kinds of events.

26. Because we understand the Information Retention Ban means we can no longer retain voter contact information from registration applications, we will

6

have no way to contact these individuals. The Ban will thus reduce our organization's ability to engage with the voters that we help register through further conversations aimed at informing voters about important issues and dates and encouraging voters to participate in the political process.

27. The Information Retention Ban will also force Florida NAACP to expend resources finding other methods to gather information on voters should the prohibition on retaining information during voter registration come into effect.

28. In general, Florida NAACP has already expended significant time and energy trying to understand SB 7050 and how we can still engage in voter registration efforts without violating this new law. We are planning meetings and training sessions to try to protect our members and canvassers from incurring fines or penalties as a result of these provisions. This time and energy should instead be spent on the communities we serve, and the organization's mission and goals.

29. The community has always historically relied on NAACP Florida to step up and fight against injustice. We cannot afford to lose their trust.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2023.

                                        */s/Adora Obi Nweze*
                                        Adora Obi Nweze
                                        President

Florida State Conference of Branches and
Youth Units of the NAACP

8