Page 1

TRANSCRIPT OF VIDEO-RECORDED

MEETING OF THE FLORIDA STATE SENATE

COMMITTEE ON FISCAL POLICY

APRIL 20, 2023

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1   we're going to -- Senator Burgess, you're recognized
2   to close on this bill. You're also going to be able to
3   close on the bill, so you want to waive close here so
4   we can do the --
5         SEN. BURGESS:  Waive closed.
6         SEN. HUTSON:  Okay. Thank you for waiving close.
7   Members, all in favor of the PCs signified by saying
8   yay.
9         MEMBERS:  Yay.
10        SEN. HUTSON:  Yay. All opposed, nay.
11        MEMBERS:  Nay.
12        SEN. HUTSON:  Show the PCS as adopted. We're back
13  on the bill as amended. We've already had questions,
14  public comment and debate. Senator Burges, you are
15  recognized to close on the PCS, which is now the bill.
16        SEN. BURGESS:  Thank you, Mr. Chair. I know we
17  have other bills. I'm certainly one of the reasons
18  there's more bills after this too. So I hope there's a
19  series after this, so I'll try to be brief, but
20  there's quite a few things I do need to mention. I'll
21  do that swiftly.
22        Thank you to all the senators and to those who
23  reference sections and page numbers, as you've
24  probably been able to tell at this point. This is an
25  incredibly complicated area of work.

1	And I have the utmost respect for the Department
2	of State and the Division of Elections and our
3	Supervisors of Elections. I have a full, a much better
4	understanding as of late as to all that you do every
5	day and not just when it's on election day. So hats
6	off to you. Good job.
7	I'm doing all that I can to try to get to an even
8	a modicum of level of understanding that you all have
9	and hopefully, hopefully somewhat maybe try to
10	demonstrate that today.
11	But that brings me to Secretary Byrd, and I am
12	very thankful for my wingman there. Incredibly
13	impressive with you sir. You've literally sat through
14	this entire day waiting for this bill, that's a
15	testament to who you are and how seriously you take
16	your job
17	And I appreciate you being there to talk about
18	the command of the issues. Thank you to my staff that
19	is flanking me, the Senate staff, that -- that has
20	helped me through this. But let me make some things
21	clear. The bill does not and will not hinder anybody's
22	right to vote.
23	There is absolutely zero, like negative zero
24	provisions that could reasonably be construed to
25	conclude that there is any voter suppression in this

1  bill within any language on the page.
2       The charge is leveled every time we pass any type
3  of election or reform, yet voter turnout in the 2022
4  midterm election was over 53 percent. Since 1998
5  that's the third highest voter turnout for a midterm
6  in Florida. St. John's County had over 65 percent
7  voter turnout.
8       Gadsden County had nearly 60 percent voter
9  turnout. And in raw numbers, that's over 7.7 million
10 people voting in our state. There is nothing in this
11 bill that makes it harder for a lawfully registered
12 voter to cast their ballot. In fact, in Florida, I
13 would argue it's actually very easy to figure out how
14 to vote and where to go.
15      It's hard not to vote in Florida, we have over 40
16 days of possibilities. Testimony on the bill sounds
17 sometimes a little bit more what people are fearing
18 than what's actually the words on the page. This bill
19 makes it harder for bad actors to be bad actors.
20      We've heard in -- and Secretary mentioned there
21 are three PVROs that are denied. They are the ones
22 some of the bad actors are that are denying people the
23 right to vote by taking that right and not delivering
24 on that fiduciary promise, the case is mentioned, the
25 two -- and everyone in this room should want to

1  address that.
2        And you don't just have to register with a three
3  PVRO, you can register online. You could register by
4  mail, paper, copy, a hand delivery. Regulations on
5  these organizations aren't new either. This is -- this
6  is something that we've been working on through the
7  years and are trying to address as we're uncovering
8  new information and new issues that are popping up.
9        And regarding non-citizens, there are certain
10 rights in our country that only citizens get to enjoy.
11 That includes serving on a jury, running for office
12 and voting.
13       We're just adding and ensuring that your right to
14 vote is one of them as well. Regarding receipts, the
15 Department of State will come up with a former receipt
16 and a uniform receipt, and we have put deadlines in
17 the bill for the department to come up with those.
18       If a receipt is good enough for the U.S. -- UPS
19 package should be good enough for a person who hands
20 over their voter registration to a third-party. Taking
21 away two extra vote by mail days, we're trying to make
22 it clear that supervisors of elections they're seasons
23 and they have a lot on their plate as we just
24 discussed.
25       And so we want to make sure that there are clear

Page 113

1   seasons and delineations with reporting requirements.
2   Frankly our reporting requirements are -- and this is
3   related to the campaign finance and political
4   committee, quarterly financing reports.
5       It was mentioned that should be harder for money
6   to influence politics. Well, I think we all agree but
7   the reality is that monthly reporting has also infused
8   more money into politics.
9       And so there's a policy call being made here that
10  until qualifying when you're a qualified candidate and
11  people are really paying attention in the election
12  season, and that candidate, that you're an official
13  candidate, that way, qualified candidate, that's when
14  the monthly reporting would have kicked in, because
15  that's when the real and most of the activity kicks
16  in. Our reporting requirements currently have infused
17  more money into politics.
18      And if you have to meet a fundraising goal every
19  month instead of every quarter, you're going to be
20  asking for more money more often. Why are we making
21  these changes? Why are we making these changes?
22      Well, we're doing a great job, but we can always
23  improve in our process. And a team that wins the
24  playoff doesn't just stop watching the film after the
25  game. For those reasons I ask you that you vote for

 1    this Bill.
 2          SEN. HUTSON:  Michelle, please call the roll and
 3    CS for SB7050.
 4          CLERK:  Senator Albritton?
 5          SEN. ALBRITON:  Yes.
 6          CLERK:  Senator Berman? Senator Boyd?
 7          SEN. BOYD:  Yes.
 8          CLERK:  Senator Burton?
 9          SEN. BURTON:  Yes.
10          CLERK:  Senator Collaya?
11          SEN. COLLAYA:  Yes.
12          CLERK:  Senator Collins?
13          SEN. COLLINS:  Yes.
14          CLERK:  Senator Desagley?
15          SEN. DESAGLEY:  Yes.
16          CLERK:  Senator Garcia?
17          SEN. GARCIA:  Yes.
18          CLERK:  Senator Jones. Senator Mayfield?
19          SEN. MAYFIELD:  Yes.
20          CLERK:  Senator Osgood?
21          SEN. OSGOOD:  No.
22          CLERK:  Senator Rodriguez?
23          SEN. RODRIGUEZ:  Yes.
24          CLERK:  Senator Simon?
25          SEN. SIMON:  Yes.

1     I, Chris Naaden, a transcriber, hereby declare
2  under penalty of perjury that to the best of my
3  ability the above 115 pages contain a full, true and
4  correct transcription of the tape-recording that I
5  received regarding the event listed on the caption on
6  page 1.
7
8     I further declare that I have no interest in the
9  event of the action.
10
11    June 1, 2023
12    Chris Naaden
13
14    *[signature]*
15
16
17
18 (FL State Senate Committee on Fiscal Policy segment,
19 4-20-23)
20
21
22
23
24
25