TRANSCRIPTION OF VIDEO RECORDING

FLORIDA SENATE LEGISLATIVE SESSION

APRIL 26, 2023

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 15

1   recognized.
2              SENATOR JONES:  Thank so much,
3   Mr. President.
4              Page 4, line 77.
5              PRESIDENT BAXLEY:  You're recognized to
6   respond.
7              SENATOR HUDSON:  Thank you, Mr. President.
8              This goes back to the third-party voter
9   registration, and we wanted to make sure you were --
10  if I remember correctly, that you were a legal
11  citizen handling this and you weren't an illegal
12  doing third party voter registration.  Again, that
13  data is pretty private and sensitive, so we want to
14  make sure that if there any person out there is a
15  felon or has fraudulent stuff they've done in their
16  past, they're not handling sensitive information.
17             PRESIDENT BAXLEY:  Senator Jones, you're
18  recognized for another question to the sponsor of
19  the amendment.
20             SENATOR JONES:  Thank you so much,
21  Mr. President.
22             And thank you, Senator Hudson.  So why does
23  the provision apply to all who aren't U.S. Citizens?
24             PRESIDENT BAXLEY:  Senator Hudson, you're
25  recognized to respond.

Page 16

1              SENATOR HUDSON:  Thank you.  I'm going to
2    actually let Senator Burgess take this part because,
3    again, he's done a lot on this third-party voter
4    registration.
5              PRESIDENT BAXLEY:  Senator Burgess, you're
6    recognized for a response.
7              SENATOR BURGESS:  Thank you, Mr. President.
8              And thank you, Senator Hudson.  You're
9    doing a heck of a job, as always.
10             And thank you, Senator Jones.  It's a good
11   question, it's a fair question, and an opportunity
12   to provide some clarification and justification as
13   to why this is in that provision.  First and
14   foremost, it kind of dovetails in line with ensuring
15   that we're protecting that sensitive information
16   that we're collecting from a voter if they are
17   requesting all of that on a voter registration form.
18             Secondly, I think the policy call her is
19   that, you know, we recognize already that there are
20   certain rights in our country that only citizens get
21   to enjoy, including serving on a jury, running for
22   office, and voting, and we're just adding that
23   ensuring that somebody else's right to vote is not
24   one of those.  And in doing so, I think it's
25   important to -- and this was a topic of conversation

Page 17

1  in the last committee and with staff to kind of
2  clarify this.
3           There's a difference between the
4  solicitation and the collection.  So a 3PVRO
5  absolutely, you know, people can volunteer and hand
6  out the forms, the registration forms.  There is a
7  different -- and this is current law.  There's a
8  different requirement when it comes to collecting
9  the forms.  The people that are collecting the forms
10 have to be, I think it's called registered agents,
11 and the registered agents are reported up to the
12 Department of State.  Again, current law.  And so a
13 non-citizen, in theory, could solicit, could hand
14 these forms out, they just wouldn't be able to
15 collect them.  And by collect, I mean the filled-out
16 application.
17          PRESIDENT BAXLEY:  You're recognized,
18 Senator Jones, for another question.
19          SENATOR JONES:  Thank you, Mr. President.
20          This is for Senator Burgess, to stay on
21 this line of questioning.  Yes?
22          PRESIDENT BAXLEY:  Very good.  You're
23 recognized for a  question to the sponsor of the
24 amendment.
25          SENATOR JONES:  Thank you so much,

Page 210

1            CERTIFICATE OF TRANSCRIPTIONIST
2                 I certify that the foregoing is a true and
3       accurate transcript of the digital recording
4       provided to me in this matter.
5                 I do further certify that I am neither a
6       relative, nor employee, nor attorney of any of the
7       parties to this action, and that I am not
8       financially interested in the action.
9
10
11
12       _____
13                   Julie Thompson, CET-1036
14
15
16
17
18
19
20
21
22
23
24
25