```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF FLORIDA

 3                 TALLAHASSEE DIVISION

 4   FLORIDA STATE          :

 5   CONFERENCE OF          :

 6   BRANCHES AND YOUTH     :   Case Nos.

 7   UNITS OF THE NAACP,    :   4:23-cv-215-MW/MAF

 8   et al.,                :   4:23-cv-216-MW/MAF

 9         Plaintiffs,      :   4:23-cv-218-MW/MAF

10      v.                  :

11   CORD BYRD, in his      :

12   official capacity as   :

13   Florida Secretary of   :

14   State, et al.,         :

15         Defendants.      :

16   - - - - - - - - - - - - - -x

17   Deposition of the OFFICE OF THE FLORIDA SECRETARY

18                      OF STATE

19     By and Through Its Designated Representative

20           ANDREW DARLINGTON, ESQUIRE

21               Conducted Virtually

22            Thursday, January 4, 2024

23                  9:01 a.m. EST

24   Job No.: 518939

25   Pages: 1 - 314    Reported by: Cynthia A. Whyte
```

```
 1    (Caption Continued from Previous Page)
 2    - - - - - - - - - - - - -x
 3   LEAGUE OF WOMEN          :
 4   VOTERS OF FLORIDA,       :
 5   INC., et al.,            :
 6           Plaintiffs,      :
 7      v.                    :
 8   ASHLEY MOODY, in her     :
 9   official capacity as     :
10   Attorney General of      :
11   Florida, et al.,         :
12           Defendants.      :
13   - - - - - - - - - -      :
14   HISPANIC FEDERATION,     :
15   et al.,                  :
16           Plaintiffs       :
17      V.                    :
18   CORD BYRD, in his        :
19   official capacity as     :
20   SECRETARY OF STATE OF    :
21   FLORIDA, et al.,         :
22      Defendants            :
23
24    - - - - - - - - - - - - -x
25
```

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                    16

1    the Secretary of State's Office.  But if at any

2    point you need clarification of whether I'm asking

3    about you individually or the office, please feel

4    free to just ask.

5         A    Understood.

6         Q    Your attorney may lodge objections to

7    some of my questions, but generally unless your

8    attorney instructs you not to answer, I would ask

9    that you still answer the question.

10        A    Understood.

11        Q    You may not communicate with your

12   attorney while we are on the record during the

13   deposition.  I know it would probably be quite

14   obvious given that you're both on camera together,

15   but I would just ask if there is any

16   communication, you make me aware of that.

17   Understood?

18        A    Yes, ma'am.

19        Q    Is there anyone else in the room with you

20   today?

21        A    No, ma'am.

22        Q    Okay.  And can you think of any reason

23   why you could not give truthful and full testimony

24   today.

25        A    No, there are no reasons.

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    17

1          Q     Do you have a computer open at all with
2     any windows?
3          A     I do not.  And I can put away my Idea.
4          Q     Oh, great.  And no papers in the room
5     with you right now?
6          A     There are no papers.  I'll put away my
7     pen as well.  I do have this, but I think you can
8     see that.
9          Q     Coffee is allowed, probably helpful.
10               And you don't have your phone with you
11    right now?
12         A     I do not.
13         Q     Okay.  Can you go ahead and tell me what
14    your current job title is?
15         A     My current job title is director of the
16    Office of Election Crimes and Security.
17         Q     And how long have you been in that
18    position?
19         A     I was appointed on or about March 30 of
20    this -- excuse me -- last year.  March 30, 2023.
21         Q     And who appointed you to the position?
22         A     The Florida Secretary of State.
23         Q     What are your general job
24    responsibilities as the director of the Office of
25    Election Crimes and Security?

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    18

1      A      First I would point you to Florida
2  Statute 97.022, which outlines our jurisdictional
3  grant.  As the director I oversee the office in
4  accomplishing those jurisdictional grants, which
5  include investigating allegations of crime, fraud,
6  or irregularity regarding the election system all
7  the way through to submitting an annual report to
8  the Florida legislature.
9      Q      Okay.  If I refer to the Office of
10 Election Crimes and Security as OECS at points of
11 this deposition, will you understand what I mean?
12     A      Can you say that one more time, please?
13     Q      Absolutely.  I said if I refer to the
14 Office of Election Crimes and Security as OECS at
15 points of this deposition, will you understand
16 what I mean?
17     A      Yes.  Thank you.
18     Q      How long is your term in your position?
19 Is it temporally limited?
20     A      It is not temporally limited.
21     Q      And is it accurate to say that OECS is
22 part of the Florida Department of State?
23     A      Yes.
24     Q      Do you report to Secretary Byrd in your
25 role?

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                          19

1        A     He is certainly in my chain of command --

2   and I use that term just from my time in the

3   Marine Corps -- but he is not my direct

4   supervisor.

5        Q     Okay.  Can you describe for me who your

6   direct supervisor is?

7        A     Administratively I report to the Deputy

8   Secretary of State.

9        Q     Okay.  Anyone else?

10       A     No.

11       Q     Do you consider OECS to operate

12  independently?

13       A     Can you define "independently"?  We are

14  tucked into the Department of State so I don't --

15  I'm not sure I understand the question.

16       Q     I think that was my main question, of

17  whether the office does operate within the

18  Department or if you're considered to be an

19  independent entity from the Department of State.

20       A     Generally speaking, I would point you to

21  97.022 Florida statutes, which outlines our

22  jurisdictional grant and responsibilities as an

23  office.  And those ultimately keep us within the

24  Department of State.

25       Q     Do you have regular meetings or check-ins

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    62

1    label myself the primary point.

2         Q    Okay.

3              MS. JOHNSON:  I think this might be a

4    good time for just a quick break, maybe five

5    minutes, and then we can continue on.  Does that

6    work?

7              THE WITNESS:  Yes, that works.

8              MS. JOHNSON:  Off the record.

9              (A recess was taken.)

10   BY MS. JOHNSON:

11        Q    Now I would like to turn and talk about

12   the specific topics that we noticed for your

13   deposition today.  So to start with Topic 1, and I

14   will read it for the record:  "Each State

15   interest, if any, that the Secretary believes or

16   contends each of the Challenged Provisions serves,

17   promotes, or advances, and all facts and evidence

18   supporting a connection between the Challenged

19   Provisions and the State interest(s)."

20             What did you do to prepare to testify

21   about this topic today?

22        A    To prepare for this topic?  I reviewed

23   the previously listed -- the previously stated

24   documents that we discussed and then as well just

25   identified certainly not a comprehensive list, but

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                    63

1    certainly identified a number of State interests

2    and examples that pertain to those State

3    interests.

4         Q    Okay.  So to start, what are all of the

5    interests that the Secretary of State's Office

6    believes are furthered by banning noncitizens from

7    handling or collecting voter registration

8    applications on behalf of third-party voter

9    registration organizations?

10        A    Can you say that again?

11        Q    What are all of the State interests that

12   the Secretary of State's Office believes are

13   furthered by banning noncitizens from handling or

14   collecting voter registration applications on

15   behalf of third-party voter registration

16   organizations?

17        A    Well, I don't have a comprehensive list

18   of all potential State interests, but certainly

19   State interests include safeguarding election

20   integrity, preventing voter fraud, ensuring a

21   timely submission of voter registration

22   applications, and then otherwise promoting

23   uniformity, efficiency, and confidence in the

24   election system.

25        Q    Okay.  We'll go through each of those.

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    64

```
1    But to start, I know you said you didn't have a
2    comprehensive list today.  Did you review that
3    State interests were a topic for today's
4    deposition?
5        A    I did, yes.  I reviewed every topic that
6    was listed in the notice.
7        Q    And you testified that you prepared to
8    testify about this topic?
9        A    Correct, yes.
10       Q    Why is it that you don't have a
11   comprehensive list of State interests to offer in
12   testimony today?
13       A    Well, because I think I've identified
14   what are certainly compelling interests.
15       Q    Are there interests other than the three
16   you just named that are State interests you
17   believe are served by the citizenship requirement
18   in SB 7050?
19       A    Are there interests what?
20       Q    Are there any other interests other than
21   those you just named that you believe are served
22   by the citizenship requirement in SB 7050?
23       A    Well, I would say for now I listed what I
24   believe to be compelling interests.
25       Q    And it's interests that you're testifying
```

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                     65

1    the Secretary's Office believes are compelling

2    interests; correct?

3        A    Yes.

4        Q    So to start, the first one you named was

5    voter fraud.  How does banning noncitizens from

6    collecting or handling voter registration

7    applications serve a State interest to prevent

8    voter fraud?

9        A    Well, it -- there are a number of

10   different ways that you can prevent voter fraud

11   from occurring.  And keep in mind voter fraud is

12   quite a broad topic of a variety of violations.

13   But to start, when we talk about noncitizens,

14   we're talking about anyone from permanent

15   residents through individuals who are here

16   illegally.  And so without -- to better assist you

17   I guess within kind of a wide array of a group of

18   people and a wide array of voter fraud violations

19   that can occur, do you have a -- is there a more

20   specific area or direction we can head in?

21       Q    You had offered voter fraud as a

22   rationale, so my question is what you mean by

23   saying that voter fraud is a State interest served

24   by banning noncitizens from collecting or handling

25   voter registration applications.

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    66

1      A    Certainly.  An individual with
2  citizenship elsewhere typically after the conduct
3  of a crime.  And, additionally, there is an
4  indication that if you're already continually
5  breaking one law, you could be prone to breaking
6  another law.
7      Q    You just testified that the term
8  "noncitizen" does include individuals who are in
9  the United States legally?
10     A    I testified that permanent residents
11 could be included in that; yes.
12     Q    Do you have any examples of a noncitizen
13 leaving the country after committing a
14 voting-related crime?
15     A    So my office can only verify citizenship
16 in very, very narrow terms.  That information is
17 strictly guarded with the federal government, with
18 the federal agency, the United States Customs and
19 Immigration Service.  So without the ability to
20 verify someone's citizenship, I just can't answer
21 that question.
22     Q    And when you say your office, do you mean
23 OECS?
24     A    Yes.
25     Q    Are you aware of whether the Secretary of

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              67

1    State's Office has access to the citizenship

2    status of individuals in Florida?

3        A    They also -- again, if granted access by

4    this federal database, they could if they have all

5    the requisite information about the individual.

6    But it is not something that is freely given even

7    if you have access to this federal database,

8    meaning you can't just put a name into this

9    federal database and then get someone's

10   citizenship status in return, if that makes sense.

11       Q    I understand you're testifying to

12   limitations in verifying citizenship, but just to

13   go back to my question, do you have any examples

14   you can name of individuals who are noncitizens

15   leaving the United States after committing a

16   voting-related offense?

17       A    I personally have never received a

18   complaint regarding a crime where a crime occurred

19   and then the complaint stated that it was a

20   noncitizen who left, because that information,

21   again, is closely guarded.  There are a number of

22   arrest affidavits that are still essentially in a

23   capias standing because the people can't be

24   located.

25            So since I don't have the ability to

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    68

1    verify whether they left the country or they just

2    left the State, I can't answer that question

3    specifically.  What I will tell you is it's

4    certainly in our interest to take preventative

5    measures to ensure in the end that these voter

6    registration applications are submitted timely and

7    that we're otherwise safeguarding election

8    integrity by just being sure that voters who are

9    either submitting an application or updating their

10   registration know that that form will be properly

11   collected and handled from there.

12        Q    And so you began your answer to my

13   question by saying you're personally not aware.

14   Are you aware of whether the Secretary of State

15   has any records of something like a noncitizen

16   fleeing the United States after committing an

17   election-related offense has occurred?

18        A    Again, because -- the way you're phrasing

19   your question, it is incredibly difficult -- not

20   impossible, but it is difficult -- to verify

21   someone's citizenship.  And, frankly, we don't

22   have access to records that would monitor --

23   because we have no subpoena power and no

24   prosecutorial authority, we could not access those

25   records as well.

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              69

1              So based on the complaints we've
2    received, we have received complaints regarding
3    noncitizens.  But, again, because of how closely
4    guarded that information is, we -- you know,
5    without someone disclosing to the voter who has
6    submitted the application that they're a
7    noncitizen and they're about to flee, that
8    information would probably not be included in the
9    initial complaint.
10         Q    You just testified that you have received
11   complaints about noncitizens.  What are those
12   complaints?
13         A    Those complaints -- and this isn't a
14   comprehensive list, but the Office of Election
15   Crimes and Security has received complaints
16   regarding noncitizens who vote, noncitizens who
17   have falsely affirmed that they are citizens and
18   have the legal right to register.  And the
19   Department of State receives a variety of pieces
20   of information that indicate that noncitizens are
21   on the voter rolls.  When I say voter rolls, I
22   mean the list of eligible voters in the State of
23   Florida.
24         Q    And when your office has received these
25   complaints, how do you go about verifying whether

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                    70

1    the individual is in fact a citizen?

2         A    Well, when you say my office, do you mean

3    the Secretary of State or the Office of Election

4    Crimes and Security?

5         Q    I mean the Secretary of State's Office.

6         A    Well, the Secretary of State is the chief

7    election officer.  He himself is not conducting

8    these investigations.

9         Q    I mean the Office of the Secretary of

10   State.  How does the Office of the Secretary of

11   State verify complaints it receives about

12   noncitizens voting or registering to vote?

13        A    So within the Department of State the

14   Office of Election Crimes has the jurisdiction

15   under 97.022 to conduct preliminary

16   investigations, which would include what you're

17   talking about.  And so within the Office of

18   Election Crimes and Security if we have the

19   requisite pieces of information, we can then

20   access someone's citizenship status from that

21   federal database.

22        Q    If the citizenship requirement goes into

23   effect, how does your office plan to enforce the

24   citizenship provision which would seem to require

25   verifying candidates' citizenship status?

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                           71

1      A    So prosecutorial authority is very

2  tightly controlled by the Florida State

3  Constitution, so I wouldn't -- the Office of

4  Election Crimes and Security, including myself as

5  a practicing attorney, would not have the ability

6  to prosecute those crimes.  However, enforcement

7  could include anything from a notification from

8  the Office of Election Crimes and Security to the

9  Florida Division of Elections that an individual

10  who is a part of a third-party voter registration

11  organization violated Florida law and notifying

12  the division to conduct list maintenance

13  activities to ensure that person is not on the

14  list of eligible voters within the State of

15  Florida.

16          It could also include -- if the provision

17  goes into effect, it could include a fine or it

18  could include, if we received the requisite pieces

19  of information -- and, again, this is in lieu of

20  subpoena authority, but -- if the Office of

21  Election Crimes and Security receives the

22  requisite pieces of information, then if a

23  crime -- if we believe a crime occurred based on

24  all relevant documents and records, we would refer

25  it to the appropriate law enforcement.

1      Q    SB 7050 includes a fiscal penalty for

2  noncitizens collecting or handling voter

3  registration applications; correct?

4      A    If the provision goes into effect.

5      Q    My question is, how would your office

6  plan to enforce the civil penalty associated with

7  noncitizens collecting or handling voter

8  registration applications should the provision go

9  into effect?

10     A    If we received confirmation that a

11  noncitizen violated the provision, should it go

12  into effect, and that person committed the

13  violation after the effective date of the

14  provision, then we would issue a fine letter.

15     Q    What do you mean by a confirmation?

16     A    Well, as I said earlier, the Florida

17  Office of Election Crimes and Security has a very

18  narrow ability to access someone's citizenship

19  status.  So when I say confirmation, what I mean

20  is either confirmation from that federal database

21  in the narrow instances or if I receive records

22  from law enforcement or prosecutor's office that

23  confirms it.  But, again, without, you know, the

24  specific instance coming across my desk, I can't

25  go into -- I can't speculate as to how

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              73

1    specifically, but with confirmation from

2    prosecutor's office or law enforcement and the

3    requisite documents or showing needed, we would

4    then issue that fine.

5         Q    Have you received reports of any specific

6    instances of noncitizens leaving the country after

7    committing an election-related offense?

8         A    Well, we don't have access to records to

9    really monitor people's travels.  So can I point

10   to a specific example?  No.  But it certainly --

11   it's certainly in the interest of safeguarding

12   election integrity to take a proactive measure to

13   ensure that only those with a stake in the

14   election actually have the ability to fulfill

15   their fiduciary duty as owed to the voter, whether

16   a new registrant or a voter updating their

17   registration.

18        Q    Are canvassers or let's call them voter

19   registration agents, which I believe is the term

20   you used earlier, required to be registered voters

21   in Florida?

22        A    Not as of now.

23        Q    Are they required to be Florida

24   residents?

25        A    Not as of now.  We do have individuals

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              74

```
1    who will register availing themselves of Florida

2    jurisdiction, meaning they'll avail themselves of

3    the Florida courts, but no.

4         Q    Are they required to be 18 years old?

5         A    I believe so, yes.

6         Q    You're not sure or you are sure?

7         A    I believe so.

8         Q    Okay.  Let's talk about the second

9    interest that you named, which was the timely

10   submission of voter registration applications.

11   Are you aware of any instances of a noncitizen

12   failing to submit a voter registration application

13   on time pursuant to the deadlines outlined in

14   Section 97.0575?

15        A    Again, because our ability to check

16   citizenship is so limited, I can't point you to

17   one specific instance that I personally -- that I

18   personally have referred because I can't -- I only

19   have a limited ability to verify someone's

20   citizenship and I don't have the ability to

21   monitor people's travels.

22        Q    And in your preparation for the

23   deposition today as well as your past role in the

24   Secretary of State's Office, you're not aware of

25   the Secretary of State having a record of a
```

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                        75

1    noncitizen failing to submit a voter registration

2    application consistent with the timeline outlined

3    in Section 97.0575?

4        A    Well, if it exists, I would point you to

5    somewhere around 90,000 pages we've produced to

6    you in six months.

7        Q    You're not aware of any record sitting

8    here today?

9        A    Since I have been with the Department of

10   State, I personally have not issued a referral to

11   law enforcement for a noncitizen committing a

12   criminal violation and then leaving the country.

13       Q    And separate from the criminal violation,

14   my question now is in response to your stated

15   interest of timely submission in voter

16   registration applications.  So focusing on the

17   civil violation of failing to submit an

18   application on time, are you aware of any record

19   in the Secretary of State's Office of a noncitizen

20   ever failing to submit a voter registration

21   application on time?

22       A    I don't have personal knowledge of every

23   single record contained within the Department of

24   State since we also serve as the State's archives

25   in a number of ways.  I can tell you as it relates

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                                76

1    to this that during my time I have not personally
2    observed or issued a referral of any kind for this
3    scenario.
4        Q    And the last thing you named was
5    uniformity.  How does the ban on allowing
6    noncitizens to collect or handle voter
7    registration applications serve any State interest
8    in uniformity?
9        A    Well, again, because supervisors of
10   elections, all 67 offices, as well as the Florida
11   Division of Elections, receive a number of
12   voter -- a wide -- a large number of voter
13   registration applications, uniformity assists
14   those 68 offices total in operating in an
15   efficient manner so that there is not a lot of
16   speculation as to what's contained within those
17   four corners of the document.
18           There are, I believe, somewhere around
19   14, 14-1/2 million registered voters just within
20   the State of Florida, so you can imagine the paper
21   flow that occurs just with voter registration
22   activities.  So the goal in maintaining uniformity
23   is simply allowing that employee, whether it's in
24   a county supervisor of elections office that only
25   has four employees, to larger operations like

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    77

1    Hillsborough or Dade County and every office in

2    between, it enables them to operate efficiently.

3            As pertains to your question regarding

4    noncitizens now, the concern is individuals who

5    either are actively committing a crime every day

6    to individuals who really don't have much stake in

7    the election at all regardless were concerned

8    about their fulfillment of the fiduciary

9    obligation to the voter, including ensuring that

10   uniformly completed applications are submitted and

11   processed in time so that that applicant or that

12   voter who is updating their registration can vote

13   come election day when they want to.

14       Q    Do you have any knowledge of noncitizens

15   failing to submit a completed or compliant, I

16   think is what you call it, voter registration

17   application in Florida?

18       A    Well, as I continue to state, it's

19   certainly within the State's interest to take a

20   proactive stance or measure to ensure fiduciary

21   obligations are completed.

22            Now, keep in mind when I receive an

23   election -- when I receive a complaint form

24   regarding voter registration application

25   violations, I can't speak for access to these

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                    78

1    federal databases that -- or, excuse me, the

2    federal database that supervisors of elections

3    office employees may have, but they're not sending

4    in these complaints regarding whether or not the

5    voter registration agent is a noncitizen because

6    up until SB 7050 we had no idea -- once these

7    applications are turned in to the supervisors of

8    elections office, the Florida Department of State

9    has no idea who submitted them because there is no

10   record on the application.

11           So it would take extensive investigation

12   that, frankly, we just don't -- I don't think any

13   government agency would have the manpower and

14   resources to just investigate every single

15   third-party voter registration agent.

16       Q    In order to enforce the citizenship

17   requirement, should it go into effect, would the

18   Secretary of State's Office need to investigate

19   the citizenship status of voter registration

20   agents?

21       A    I would point you to, first, the United

22   States Customs and Immigration Service because of

23   the fact that there have been instances where data

24   was incomplete, there was a receipt from the

25   database, and then again, as I told you earlier,

1    only in very narrow instances can we actually

2    verify from that database whether or not -- what

3    that individual's citizenship status is.  So

4    that's the primary point where I would point you.

5              Would we need to access it?  I think the

6    answer would be, whether it's our office or a

7    prosecutor's office or a law enforcement office,

8    to be able to show that someone was a noncitizen,

9    yes, they would need access to information

10   regarding their citizenship status.

11       Q    Do you believe that's going to create

12   additional burdens on your office?

13       A    No, because the Office of Election Crime

14   and Security can still enforce that provision as

15   long as, again, one of the wide variety of

16   agencies or offices that I listed previously can

17   access the citizenship status; right?  So whether

18   it's our office having the ability to pull that

19   information or another agency or office

20   providing -- excuse me -- our office with the

21   records required to enforce it, the fine, it's not

22   going to be incredibly burdensome, it'll just be

23   another addition to the specific jurisdictional

24   grants to ensure we safeguard the election

25   integrity and we promote confidence in the

```
 1   purposes of this deposition, and it's going to be

 2   a copy of a declaration you mentioned earlier.

 3           (Darlington Deposition Exhibit 2 marked

 4   for identification and is attached to the

 5   transcript.)

 6           MR. JAZIL:  Do you mind if we take a

 7   five-minute break before we move on?

 8           MS. JOHNSON:  No problem.

 9           (A recess was taken.)

10   BY MS. JOHNSON:

11       Q    I'm going to show you what I'll label as

12   Exhibit 2.  Do you recognize this document?

13       A    Yes.

14       Q    What is it?

15       A    This is my declaration in support of the

16   response in opposition to motion for preliminary

17   injunction.

18       Q    Do you believe that this document is

19   still accurate today?

20       A    Yes.

21       Q    Do you recall that in this declaration

22   you identified State interests in the challenged

23   provisions of SB 7050?

24       A    Yes.

25       Q    Okay.  I know we've just talked about
```

1   them, but I want to look at a few of the things

2   you mentioned in your declaration.  So we will go

3   to Paragraph 17 to start.

4          And, again, I know this is kind of a

5   limitation of the format.  If you need to see

6   paragraphs above or below at any point, just let

7   me know, but my questions are fairly targeted.

8          So I will start by reading Paragraph 17.

9   You wrote:  "With non-citizens, there is an issue

10  of whether collected and handled applications will

11  be submitted to election officials on time.

12  Non-citizens include illegal aliens, who are

13  actively breaking the law and are subject to

14  deportation at any time.  Even those here on a

15  temporary basis, such as those on student visas,

16  pose similar risks; the temporary visitors might

17  leave the country (or the State) without first

18  delivering the completed voter registration

19  applications in their custody...  For resident

20  aliens, the Florida Legislature has made the

21  determination that only U.S. citizens -- those who

22  can vote -- can conduct the most critical aspect

23  of the voter-registration process:  Ensuring that

24  a completed application gets properly submitted on

25  time.  In other words, citizens have the most

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    104

1    direct stake in the results of elections, and the

2    Florida Legislature determined that they should be

3    entrusted with that position."

4            So my question is in regards to the first

5    sentence:  What evidence do you have that

6    noncitizens submitted applications late or are

7    more likely to submit applications late?

8        A    Well, again, consistent with my testimony

9    earlier to you, this is in part a proactive

10   measure because if individuals are leaving the

11   country prior to the submission of those handled

12   or collected applications, then it could result in

13   the disenfranchisement of a voter.

14       Q    Do you have any example of noncitizens

15   being deported from the country with voter

16   registration applications still in their

17   possession?

18       A    I have not personally observed that.

19       Q    Do you have any knowledge about whether

20   voter registration agents typically turn in all

21   applications they collect to a supervisor or to a

22   field office every day?

23       A    I can't speculate as to every single

24   voter registration and whether or not they submit

25   every single one.

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              105

```
1        Q     So you have no knowledge about whether or
2   not that is true?
3        A     That every single voter registration
4   agent in the State of Florida submits every single
5   application they receive?
6        Q     We can make it any.  Do you have
7   knowledge of whether any voter registration agents
8   follow the practice of turning in applications
9   they collect each day to a supervisor or field
10  office every day?
11       A     I don't know whether they do it --
12  whether every voter registration agent does it
13  every day.
14       Q     Do you know if any voter registration
15  agents follow that practice?
16       A     So voter registration agents certainly at
17  some point deliver at least some voter
18  registration applications in their possession.  I
19  can't speculate against the amount in their
20  possession.
21       Q     And so my question is specifically
22  whether you're aware of whether voter registration
23  agents follow a practice of handing off
24  applications that they've collected to a
25  supervisor or to a field office every day?
```

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                           194

1        A     Yes.

2        Q     And in that provision it states:  The

3   supervisor shall accept a request for a

4   vote-by-mail ballot only from a voter or, if

5   directly instructed by the voter, a member of the

6   voter's immediate family or the voter's legal

7   guardian.

8             So my question is whether you're aware

9   that some voters might not have an immediate

10  family member or legal guardian to assist them as

11  it's defined in Section 101.62.

12       A     I'm not personally aware of anyone.  I'm

13  not personally aware of anyone.

14       Q     Do you believe it's possible that a voter

15  doesn't have an immediate family member that could

16  assist them in requesting a vote-by-mail ballot?

17       A     Is it possible that there is an eligible

18  voter without a grandparent through grandson or

19  the equivalent from a spouse or a legal guardian?

20  I can't testify that that is a 100 percent

21  impossibility.

22       Q     And if a voter in that situation wanted

23  to request a vote-by-mail ballot, do you believe

24  they would still have a right to do so?

25       A     If they were not in compliance with the

1    law -- with effective laws at the date of request,

2    then that would make a request outside the scope

3    of the law.

4        Q    And do you believe that causes a conflict

5    with the two statutes related to access for

6    disability that I just read?

7        A    No.

8        Q    Why not?

9        A    Because individuals when we talk about --

10   was that just my speaker?

11       Q    I think so.

12       A    Okay.  When we talk about a request for a

13   vote-by-mail ballot, we're talking about one

14   specific way of voting.  So while the challenged

15   provision clarifies who is an immediate family

16   member and who is a legal guardian, I can't tell

17   you how many people in the State of Florida might

18   not meet that specific scenario.  But the State of

19   Florida also provides for the ability for that

20   person to be escorted by an individual, assuming

21   they meet the requirements and fill out the right

22   ADA form, to assist that person at least in

23   getting inside the polling place to the point

24   where they can fill out a ballot.

25       Q    So is your testimony that a voter who

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                      196

1    does not have an immediate family member to assist

2    them in requesting a vote-by-mail ballot would

3    therefore need to vote in person?

4         A    No, because even if you don't have an

5    immediate family member as per the challenge

6    definition, you could still utilize a legal

7    guardian.

8         Q    So is your testimony that an individual

9    who does not have an immediate family member or a

10   legal guardian to assist them in requesting a

11   vote-by-mail ballot would therefore need to vote

12   in person?

13             MR. JAZIL:  Counsel, I'm sorry, I'm a

14   little confused by the question.  Are you talking

15   about a disabled voter who does not have an

16   immediate family member or a legal guardian?

17        Q    My question right now is a voter, but I

18   can ask a clarifying question if necessary.

19        A    If we're talking about any voter, then,

20   yeah, I think any voter who doesn't meet that

21   specific scenario and doesn't otherwise request a

22   vote-by-mail ballot themselves, if they don't

23   request it by themselves, then they would go in

24   person.

25        Q    And is your answer the same for a

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                          197

1   disabled voter?

2        A     Well, with a disabled voter they could be

3   escorted in.  So they can be escorted into the

4   in-person polling place.  So no, because they can

5   receive assistance getting into the voting booth.

6        Q     My question is if a disabled voter does

7   not have an immediate family member or a legal

8   guardian that can assist them in requesting a

9   vote-by-mail ballot, is your testimony that the

10  disabled voter would therefore need to go vote in

11  person?

12       A     No, because they could also request it

13  themselves.

14       Q     If a disabled voter is unable to request

15  a vote-by-mail ballot themselves and they do not

16  have access to an immediate family member or a

17  legal guardian to assist them, is your testimony

18  that the disabled voter would need to vote in

19  person?

20       A     Not alone, but likely, yes.

21       Q     Moving on to Topic 11, it states:  "The

22  Secretary's definition of 'collecting' and

23  'handling' and 'voter registration application' as

24  used in the Citizenship Requirement and the bases

25  for that definition."

```
 1              Did you prepare to testify on that Topic
 2    11?
 3         A    Yes.
 4         Q    And did you do anything different than
 5    what you have already testified to to prepare to
 6    testify about Topic 11?
 7         A    No.
 8         Q    Let's take a look at Section
 9    97.0575(1)(b) -- I'm sorry; (1)(f).  And I know
10    you had it in front of you or we can share it on
11    the screen if that's helpful.
12         A    Whichever you prefer.  If you want to
13    share it, I'll read it off the screen.
14         Q    Okay.  We'll do that.
15         A    Thank you.  This appears to be a draft.
16    Do you mind if I just reference the statute in
17    front of me?
18         Q    Sure, you're welcome to.  This is, I will
19    represent to you, the final version of SB 7050
20    which shows the line changes that were made to the
21    relevant statutes, but happy to have you reference
22    your version of the statute as well.  It should be
23    the exact same thing.
24         A    Okay.  Thank you.  I'm going to reference
25    this.
```

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                              314

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Cynthia A. Whyte, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    supervision; that reading and signing was

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13             IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 12th day

15   of February, 2024.

16

17   My commission expires:

18   October 30, 2026

19

20

21   _____

22

23   CYNTHIA A. WHYTE

24   NOTARY PUBLIC IN AND FOR THE

25   STATE OF MARYLAND