```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF FLORIDA
 3                 TALLAHASSEE DIVISION
 4   - - - - - - - - - - - -x
 5  FLORIDA STATE              :
 6  CONFERENCE OF              :
 7  BRANCHES AND YOUTH         :
 8  UNITS OF THE NAACP,        :
 9  et al.,                    :
10     PLAINTIFFS,             :
11  V.                         :   CASE NO.
12  CORD BYRD, IN HIS          :   4:23-CV-215-MW/MAF
13  OFFICIAL CAPACITY          :   4:23-CV-216-MW/MAF
14  AS FLORIDA SECRETARY       :   4:23-CV-218-MW/MAF
15  OF STATE, ET AL.,          :
16     DEFENDANTS.             :
17  ---------------------      :
18  LEAGUE OF WOMEN            :
19  VOTERS OF FLORIDA,         :
20  INC., ET AL.               :
21     PLAINTIFFS,             :
22  V.                         :
23  ASHLEY MOODY, IN HER       :
24  OFFICIAL CAPACITY AS       :
25  ATTORNEY GENERAL OF        :
```

```
1    FLORIDA, ET AL.,           :
2       DEFENDANTS.             :
3    ---------------------      :
4    HISPANIC FEDERATION,       :
5    ET AL.,                    :
6       PLAINTIFFS,             :
7    V.                         :
8    CORD BYRD, IN HIS          :
9    OFFICIAL CAPACITY          :
10   AS THE SECRETARY OF        :
11   STATE OF FLORIDA, ET       :
12   AL.,                       :
13      DEFENDANTS.             :
14    - - - - - - - - - - - - X
15
16              DEPOSITION OF MARK EARLEY,
17              DESIGNATED REPRESENTATIVE
18                 Conducted Virtually
19             Wednesday, December 13, 2023
20                    9:03 a.m. EST
21
22
23   Job No.: 518511
24   Pages: 1 - 183
25   Reported By: Paul Smakula
```

1   Q  Do you feel that your office has the time
2   and resources to fully focus on voter registration
3   outreach?
4   A  Fully focus?  I mean, we have a lot of
5   duties, so we don't just focus on that.  But I
6   think we do a good job with voter registration
7   outreach, yes.
8   Q  And how often do you do voter
9   registration?
10  A  Well, every day we do voter registration.
11  But as far as --
12  Q  How often do you do voter outreach?
13  A  Outreach, it's usually in big events,
14  where there's going to be a going of people that
15  come in especially in certain communities.
16  Sometimes we get asked to go do voter outreach at,
17  like I say, an event or in a community where
18  there's going to be some kind of an occasion when
19  people would come out.
20  Q  Could you give me an estimate of how many
21  voters you've registered through voter
22  registration outreach in your office?
23  A  Like, you know, hundreds, thousands.  I
24  couldn't give you a perfect number on that, no.
25  Q  Do you think it was less than a thousand?

```
 1        A   In 2023?
 2        Q   Yes.
 3        A   In 20 -- maybe.  Maybe less than a
 4   thousand.  I don't recall.
 5        MR. HERRON:  I want to interpose an
 6   objection here to the degree that we're way afield
 7   of topics in the notice.  We're kind of going all
 8   around the world here.  We sent the topics, and
 9   we're talking about things that aren't in the
10   topics.
11        MS. O'DONNELL:  I'll hew closer to the
12   topics, switching gears a little bit now.
13        Q   Moving into talking about 3PVROs, do you
14   generally have a favorable view of 3PVROs,
15   Supervisor Earley?
16        A   In general, I do, yes.
17        Q   And why do you have a favorable view of
18   3PVROs?
19        A   I think they supplement our outreach
20   efforts.  I think -- I know many of them go door
21   to door, which we don't have the staff to do.  So,
22   I think they do reach voters that our outreach
23   efforts do not reach -- or potential voters, I
24   would say.
25        Q   Do you think that 3PVROs are helpful to
```

1  Floridians?
2      A   Yes.  In general, I do.  In general.
3      Q   And in what ways?
4      A   Like I just said, I think they are able to
5  reach some potential voters out there that it's
6  very difficult for my office to reach.
7      Q   Why would it be difficult for your office
8  to reach those voters?
9      A   Especially when it's door to door, I don't
10  have the resources to go door to door all across
11  the county to do that.
12      Q   And do you think that they reach specific
13  communities that your office might not reach?
14      A   I think it's likely.  Yeah, I think that's
15  probably what they tend to focus on, is what they
16  might consider to be underserved -- or, you know,
17  some 3PVROs have a focus, they want to register
18  folks from this community or this party or what
19  have you.  So, you know, every -- there's a broad
20  spectrum of motivations, I'm sure, for the 3PVROs.
21      Q   And why do you think it might be easier
22  for them to reach some of those communities?
23      A   I think in many instances they are more of
24  the trusted folks from that community.  That's
25  what I tend to see in some of instances.

1    Q  Do you have any thoughts on why they might
2  be the more trusted folks from that community?
3    A  They could be the neighbors of those
4  people or members of the church or what have you.
5    Q  Do you know the demographics of who 3PVROs
6  help register to vote in Florida?
7    A  Not off the top of my head, no.
8    Q  Do you have an estimate of the number of
9  people that 3PVROs have helped register in Leon
10 County?
11   A  I think it's substantial, but I couldn't
12 give you the exact numbers, no.
13   Q  I'm going to show you another document
14 that I'll ask the court reporter to mark as
15 Exhibit 3.
16      (EARLEY Deposition Exhibit 3 marked for
17 identification and attached to the transcript.)
18   Q  Okay.  Can you see that on my screen?
19   A  Yes, it's small, but I can see it.
20      That's better.
21   Q  Okay.  Are you familiar with this
22 document?  And I know it's lengthy and I haven't
23 given you time --
24   A  Scroll back.
25   Q  -- to engage with it, but can you see from

1    the document?
2        A   Sure.  Yes.
3        Q   And what is it?
4        A   That's the final version of 7050 that was
5    -- senate bill 7050 that was signed by the
6    governor.
7        Q   Okay.
8        A   I assume.  That's what it says it is.
9        Q   And I'm going to scroll down to page 16,
10   for those who are following along.
11       A   It's a very big bill.
12       Q   So, looking here, I'm on line 442.
13       A   Okay.
14       Q   And I think we already touched on this a
15   bit before, but are you aware that SB7050
16   shortened the period for what's considered a late
17   application?
18       A   Yeah, I thought it did.  I think it went
19   from 14 to 10, but I guess we'll see it right here
20   -- yeah, there it is right there, 449.
21       Q   So, as you stated, previously an
22   application was considered late if it was
23   submitted to you more than 14 days after it was
24   submitted to a 3PVRO; is that right?
25       A   Correct.

1  Q  And then let's say it takes three days by
2  USPS for the application to be sent from your
3  office to Jefferson County.  So that puts the
4  application at 13 days past the collection date
5  when it gets to the correct county.
6      Do you know if the 3PVRO will be fined $50
7  for the three days that the application spent in
8  the mail to Jefferson County?
9  A  I don't think it does.  Yeah, I don't
10 believe that that's the case, because I think it's
11 when we receive it initially.
12 Q  Okay.  And do you know if your office
13 doesn't get around to sending the application for
14 a few days, would those additional days be a day
15 that the 3PVRO could be fined $50?
16 A  I'd have to double-check.  I couldn't say
17 for sure.
18 Q  Okay.  So you can't say for sure if those
19 additional days would be counted towards the fines
20 that the 3PVROs would receive?
21 A  Right.  I'd have to double-check.
22 Q  Are you aware that the aggregate fines for
23 noncompliant applications were previously capped
24 at $1,000 for 3PVROs?
25 A  Not specifically, but yeah, there was a

```
 1  cap.
 2      Q   And then did you know that cap went up to
 3  $50,000 in 2022?
 4      A   I know it went up pretty dramatically,
 5  yes.
 6      Q   Are you aware that the cap under SB7050 is
 7  now $250,000?
 8      A   I trust that your numbers are accurate.
 9      Q   And what do you think of that level of an
10  aggregate fine?
11      A   I think it's decreasing the number of
12  3PVROs out there helping the voters.
13      Q   And what do you mean by helping the
14  voters?
15      A   As I say, out there in the community
16  getting people registered.
17      Q   Are you aware that SB7050 implements a
18  $50,000 on 3PVROs for each noncitizen who collects
19  or handles a voter registration application on
20  behalf of a 3PVRO?
21      A   I think I've heard that number, yes.  Or
22  read it.
23      Q   ==Have you ever had an issue with a==
24  ==noncitizen handling a voter registration form on==
25  ==behalf of a 3PVRO in your office?==
```

1    A   Have I had an issue with it?  I don't know
2    that we've experienced that.
3        Q   In your view, are fines necessary to
4    address registration forms collected and handled
5    by noncitizens on behalf of 3PVROs?
6        A   Is it necessary?  I don't know that there
7    was a problem that that solves.
8        Q   I'm going to show you another document
9    that I'll ask the court reporter to mark as
10   Exhibit 4.
11           (EARLEY Deposition Exhibit 4 marked for
12   identification and attached to the transcript.)
13       Q   And I'll share my screen again here.
14           Do you recognize this document?
15       A   Let's see here.  Not explicitly recognize,
16   but, I mean, it looks like a training document,
17   maybe from my office.
18       Q   That was my next question.
19           Do you know if it was prepared by your
20   office?
21       A   It looks like something we have.  But I
22   don't see anything that says Leon County
23   explicitly, but it looks like one of our training
24   documents.
25       Q   And is it entitled:  SB7050 Summary and

1 Impacts?

2     A  Yes, it is.

3     Q  I want to scroll to the bottom here, for

4 folks who are following along on their own

5 screens, and look at this portion that reads:

6 Increased fines for 3PVROs.

7     Do you see that portion here?

8     A  Yes.

9     Q  So, first, it says next to impact,

10 minimal.

11     Do you know what this document means by

12 minimal impact?  Is that on your office?  On the

13 State?

14     A  I think it means to my office.

15     Q  And then there's a note that it says:  May

16 result in decreased 3PVRO activity; correct?

17     A  I see that, yeah.  And can I ask you to

18 scroll back up to the top?  Maybe I'm starting to

19 remember this more.

20     Okay.  Yeah, so this is actually a staff

21 document that was prepared as 7050 was going

22 through the legislature.  It's ringing a bell now.

23 So this was drawn up from our perspective of what

24 the impacts would be to our office specifically by

25 one of my staff.  And so, yeah, this was all in

```
 1  reference to our workload.  But it did note that
 2  with these significant increases, that 3PVRO
 3  activity -- which is what we've seen -- would
 4  decrease.
 5       Q  Do you think that -- so, would that mean
 6  that as there are more fines, 3PVROs are less
 7  likely to continue to engage in voter
 8  registration?
 9       A  That was our expectation.  And I think
10  that's what we've seen as a real life result, yes.
11       Q  And do you know why you expected to see
12  that?
13       A  Because people don't have the money to pay
14  the fines.
15       Q  I'll stop sharing my screen.
16          And what impact could less 3PVRO activity
17  have on Florida voters, to your mind, as
18  supervisor?
19       A  What could it have?  I think that there's
20  a likelihood that there's less outreach to some of
21  these communities that the standard traditional
22  methods of voter registration don't necessarily
23  capture.
24       Q  And before you stated that those
25  communities could include underserved communities;
```

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2        I, PAUL P. SMAKULA, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true
5    and correct record of the testimony given; that
6    said testimony was taken by me stenographically
7    and thereafter reduced to typewriting under my
8    direction; that reading and signing was requested;
9    and that I am neither counsel for, related to, nor
10   employed by any of the parties to this case and
11   have no interest, financial or otherwise, in its
12   outcome.
13
14   IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my notarial seal this 13th day of
16   December, 2023.
17
18   My commission expires:  June 18, 2027.
19   [signature: Paul P. Smakula]
20   _____
21   NOTARY PUBLIC IN AND FOR
22   THE STATE OF MARYLAND
23
24
25
```