*Florida State Conference of Branches and Youth Units of the NAACP et al.*
*v. Cord Byrd et al.*

Case No. 4:23-cv-00215-MW/MAF

United States District Court for the Northern District of Florida
Tallahassee Division

EXPERT REPORT OF MICHAEL C. HERRON, PhD.


_____
Michael C. Herron

10/17/2023
_____
Date

# Contents

**1 Introduction**     **4**

**2 Summary of conclusions**     **4**

**3 Qualifications**     **7**

**4 The calculus of voting**     **9**
    4.1 Voting's benefits versus its costs . . . . . . . . . . . . . . . . . . . . . . 10
    4.2 Benefits of voting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    4.3 Costs of voting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**5 Third-party voter registration organizations**     **14**
    5.1 The role of 3PVROs in Florida voter registrations . . . . . . . . . . . . . 14
    5.2 The presence of 3PVROs increases voter registrations in Florida . . . . . . . . 18

**6 SB 7050 contains provisions which restrict 3PVROs**     **19**
    6.1 A new citizenship requirement . . . . . . . . . . . . . . . . . . . . . . . . 19
    6.2 Increased fines for late or incorrect delivery of voter registration applications . . . . 20
        6.2.1 A tightened definition of a "late" voter registration application . . . . . . . 20
        6.2.2 Increased fines for late delivery . . . . . . . . . . . . . . . . . . 20
        6.2.3 Increased limits on aggregate fines . . . . . . . . . . . . . . . . . 21
        6.2.4 Increased fines for willful, incorrect delivery of voter registration applications 21
    6.3 A new information retention ban . . . . . . . . . . . . . . . . . . . . . . . 22

**7 Implications of SB 7050's provisions for 3PVROs**     **22**
    7.1 SB 7050 raises the costs of 3PVRO operations . . . . . . . . . . . . . . . . 22
    7.2 SB 7050 reduces the value to 3PVROs of voter registration activities . . . . . . . 23
    7.3 Changing the availability of voter registration opportunities affects actual
        registrations and voter turnout . . . . . . . . . . . . . . . . . . . . . . . 24

**8 Publicly stated rationales for SB 7050**     **25**
    8.1 Rationale for citizenship requirement . . . . . . . . . . . . . . . . . . . . . 26
    8.2 Rationale for increased fines on 3PVROs . . . . . . . . . . . . . . . . . . . 27
    8.3 Rationale for information retention ban . . . . . . . . . . . . . . . . . . . . 28

**9 Evaluating the publicly stated rationales for SB 7050**     **29**
    9.1 Allegations of election law violations tracked by the Office of Election Crimes and
        Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    9.2 3PVRO fine letters issued by the Florida Department of State . . . . . . . . . . 37
    9.3 Voter registration application rejection rates in Florida and comparable states . . . 40
    9.4 Evaluating the publicly stated rationale for SB 7050's citizenship requirement . . . 42
    9.5 Evaluating the publicly stated rationale for SB 7050's increased fines . . . . . . . 43
    9.6 Evaluating the publicly stated rationale for SB 7050's information retention ban . . 46

**10  Characterizing the types of Florida voters burdened by SB 7050**                        **47**

   10.1  Identifying Florida voters who have registered via 3PVRO . . . . . . . . . . . .   47

   10.2  Characterizing 3PVRO registrations across Florida using a pre-SB 7050 voter file .   50

   10.3  Characterizing 3PVRO registrations across Florida using a post-SB 7050 voter file   52

   10.4  Characterizing 3PVRO registrations across Florida, by race, using a pre-SB 7050

        voter file . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   53

   10.5  Characterizing 3PVRO registrations across Florida, by race, using a post-SB 7050

        voter file . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   59

   10.6  Multivariate regression analysis of 3PVRO usage . . . . . . . . . . . . . . . . .   63

       10.6.1  Analysis using linear probability models . . . . . . . . . . . . . . . . . .   63

       10.6.2  Analysis using logistic regression . . . . . . . . . . . . . . . . . . . . .   67

**11  Counts of 3PVRO registrations are conservative**                                        **68**

   11.1  Initial voter registration method versus most recent voter registration method . . .   69

   11.2  Estimating the extent of differences in race-based 3PVRO registration rates using

        the August 2021 and September 2023 voter files . . . . . . . . . . . . . . . . .   72

**12  Changes in new voter registrations in Florida since SB 7050 went into effect**          **74**

**13  Conclusion**                                                                            **78**

**A  *Curriculum vitae* of Michael C. Herron**                                                **85**

**B  The September 2023 Florida voter file**                                                  **96**

**C  The August 2021 Florida voter file**                                                     **97**

**D  Logistic regression coefficient estimates**                                              **98**

**E  Voter registration methods from 2021 and 2023, by race group**                           **100**

**F  3PVRO fine letters issued by the Florida Department of State, 2016-23**                   **102**

# 1   Introduction

1       In the matter of *Florida State Conference of Branches and Youth Units of the NAAP et al. v. Cord Byrd et al.*   (Case No. 4:23-cv-00215-MW/MAF), I have been engaged by Plaintiffs' Counsel Elias Law Group LLP to provide an expert report regarding Florida Senate Bill 7050 (hereinafter, SB 7050).   In particular, Counsel requested that I review certain of the regulations that SB 7050 imposes on licensed Third-Party Voter Registration Organizations (hereinafter, 3PVROs) in Florida, assess the publicly stated rationale for these provisions, and identify the types of individuals in Florida who are disproportionately burdened by the provisions.

# 2   Summary of conclusions

(a) Since the onset of contemporary record keeping on voter registration methods by the Florida Department of State, 3PVROs in Florida have submitted almost 2.4 million voter registration applications to elections officials in the state.  These applications have been used by eligible voters both to facilitate new registrations and to manage existing registrations, two activities that collectively constitute voter registration.

(b) Registration via 3PVRO has been used by roughly six to seven percent of Florida registrants. This range is conservative, meaning that *at least* six to seven percent of voter registrations in Florida have been facilitated by 3PVROs.  Since 2018, 3PVROs have facilitated over 275,000 new voter registrations.

(c) There is substantial variation in the extent to which voters of different race groups register to vote via 3PVRO. I conclude, conservatively, that Black registered voters in the state have used 3PVROs for voter registration roughly five times to six times as often as white voters and that Hispanic voters have used 3PVROs roughly four to five times as often as white voters.  Moreover, Black registered voters and Hispanic registered voters are roughly eight to nine and fix to six percentage points more likely to use registration via 3PVRO compared

to white registered voters in Florida, respectively, all things equal.  Overall, voter registration via 3PVRO is disproportionately common among minority voters in Florida, both statewide and in the vast majority of Florida counties.

(d) SB 7050 raises the costs of operation for 3PVROs (by restricting whom they can engage to collect and handle ballots, requiring monitoring of this restriction, and imposing a reporting requirement related to the restriction); increases the financial risks to which 3PVROs are exposed through voter registration operations (by increasing fines for late and incorrectly delivered voter registration applications); and makes voter registration efforts less useful for these organizations (by restricting their ability to retain voter registration information that they could subsequently use during get-out-the-vote efforts).  When the costs of voter registration operations for 3PVROs increases and benefits of voter registration operations decrease, economic logic dictates that 3PVROs should curtail their voter registration activities in Florida.

(e) Academic literature establishes that changes in voter registration statutes, exemplified by changes that allow for same day voter registration, that make registration easier for voters are reflected in actual voter registrations and increased voter turnout. With this literature as background, the aforementioned three provisions of SB 7050 that pertain to 3PVROs—those that established a citizenship requirement, increased fines, and ban voter registration information retention—should be expected to have real effects on patterns of voter registration, and thus turnout, in Florida, all things equal.

(f) Although all eligible voters in Florida will experience a rise in the cost of voter registration, and thus voting, if 3PVROs reduce their operations in Florida due to SB 7050, the effect of this will not be felt equally among all voters in the state.  Rather, the types of voters who depend most heavily on 3PVROs will be most affected by any change to 3PVRO operations.  In particular, because they disproportionately use 3PVROs compared to other race groups, Black voters in Florida will be burdened the most by SB 7050, should this bill

5

reduce the activities of 3PVROs. Hispanic voters will also be disproportionately burdened by SB 7050, should this bill reduce the activities of 3PVROs, because they too rely on the voter registration services of 3PVROs more often than do white voters.

(g) The Florida Office of Election Crimes and Security (OECS), a unit of the Florida Department of State, issued a report in January 2023 that lists 3,026 election law complaints logged by the OECS between the 2016 general election and the date of the report's writing. There are 16 complaints in the report that are associated with 3PVROs, corresponding to roughly 0.56 percent of the total number of complaints. Of pending and referred complaints referring to 3PVROs, they appear to involve two potentially problematic voter registrations. Using two confidential voter files produced by the Florida Department of State for the purposes of this litigation, I conservatively identify 316,960 voter registrations carried out in Florida via 3PVRO since this election.

(h) A comparison of new voter registrations in Florida in 2023 to those in 2019 (both of these years are one year prior to a presidential election year) shows that 3PVRO voter registrations across Florida dropped more precipitously in the aftermath of SB 7050's effective date than new voter registrations executed using any of the other methods of registration available to eligible Florida voters. This is consistent with academic literature on the effect of burdens on 3PVRO voter registration: when these burdens increase, registrations carried out byxs 3PVROs decrease, all things equal.

(i) In its 2022 national survey of election administration practices, the U.S. Election Assistance Commission tracks the number of voter registration applications rejected at the county level on the grounds of being improperly completed or being submitted by an individual not eligible to vote in the jurisdiction where his or her registration application was received. Among a set of 21 comparable states, Florida ranks eighth highest in terms of voter registration application rejection rates. Florida's overall voter registration application rejection rate in 2022 was 1.19 percent, according to the U.S. Election Assistance

6

Commission, lower than the aggregate rejection percentage of 1.69 across the complementary 20 states. Between the 2020 to the 2022 November elections, elections officials in Florida rejected more than 72,000 voter registration applications across all voter registration methods in the state. Contrary to the public comments of some legislative supporters of SB 7050, this suggests that Florida's statutes are not poorly serving the state in a way that leads to an excessive number of problematic voter registration applications being submitted to elections officials.

## 3   Qualifications

**2**    I am the William Clinton Story Remsen 1943 Professor of Quantitative Social Science at Dartmouth College in Hanover, New Hampshire. Since July 2021, I have served as Chair of the Program in Quantitative Social Science, and I previously served in this capacity from July 2015 to June 2020. I have taught at Dartmouth since 2003, and prior to that I was on the faculty of Northwestern University. I have served as a visiting professor at Harvard University (July 2008–January 2009), the University of Rochester (September 2006–December 2006), and the Hertie School of Governance in Berlin (August 2011–August 2012). I also served as a visiting scholar at the Hertie School of Governance (August 2016–July 2017).

**3**    In January 1998, I received a doctorate in the field of Political Economy from the Graduate School of Business at Stanford University. I also have a master's degree in statistics from Stanford University (June 1995), a master's degree in political science from the University of Dayton (August 1992), and a bachelor's degree in mathematics and economics from Carnegie-Mellon University (May 1989).

**4**    I have published many scholarly articles on election administration in the United States. My research in this area covers numerous aspects of elections, including the prevalence of voter fraud, the effects of ballot formats, patterns in invalid votes, the availability of early voting, and polling

place congestion, among other areas. My articles rely heavily on statistical analyses.

**5**      I have published over 30 articles in peer-reviewed political science journals, including in the field's top general journals (*American Political Science Review*, *American Journal of Political Science*, and *Journal of Politics*).  I have published in specialty journals as well (*Election Law Journal*, *American Politics Research*, and *Legislative Studies Quarterly*).  Among my published articles on election administration are Baringer, Herron and Smith (2020), an analysis of rejected mail ballots cast in recent Florida elections, finding disproportionately high ballot rejection rates among younger Florida voters, Hispanic voters, and voters who have stated that they need assistance when voting; and Cottrell, Herron and Smith (2021*a*), a study of mail ballot rejection and voter experience in Florida, showing that voters who are inexperienced with mail ballot voting are disproportionately likely to have their mail ballots rejected by elections officials.

**6**      I was a testifying expert for defendants in *Gilbert v. Sisolak, et al.*  (Case No. 22 OC 000851B), *Law et al. v. Whitmer et al.*  (Case No.: 20 OC 00163 1B), and *Jennings v. Elections Canvassing Commission of the state of Florida* (2006 WL 4404531 (Fla.Cir.Ct.)) and a testifying expert for plaintiffs in *League of Women Voters of Florida, Inc., et al. v. Laurel Lee, et al.* (4:21cv242-MW/MAF), *Alliance for Retired American et al. v. Matthew Dunlap et al.*  (DKT NO. CV-20-95), *Michigan Alliance for Retired Americans et al. v. Jocelyn Benson et al.*  (Civil Action No. 2020-000108-MM), *League of Women Voters of New Hampshire et al. v. William M. Gardner et al.*  (226-2017-CV-433), and *Veasey et al. v. Abbott et al.*  (265 F. Supp. 3d 684 (S.D. Tex. 2017)).  In addition, I have written expert reports in approximately 20 other cases relating to aspects of election law and election administration.

**7**      My written and oral testimony was credited by courts in their written opinions in *Gilbert v. Sisolak, et al.*, *League of Women Voters of Florida, Inc., et al. v. Laurel Lee, et al.*, *Montana Youth Action et al. v. Christi Jacobsen* (Case No. DV 21-0451), *Law et al. v. Whitmer et al.*, *Donald J. Trump for President, Inc. v. Stephen Bullock et al.*  (Case No.: 6:20-cv-00066-DLC), *League of*

*Women Voters of New Hampshire et al. v. William M. Gardner et al.*, and in *Veasey et al. v. Abbott et al.* My opinions and testimony have never been found by a court to be unreliable.

**8**    In the past four years, I have testified via deposition for plaintiffs in *Fair Fight Action Inc. et al. v. Raffensberger et al.* (Civ. Action No. 1:18-cv-05391-SCJ), *Nielsen et al. v. DeSantis et al.* (Case No. 4:20-cv-00236), *Priorities USA et al. v. Nessel* (Case No. 19-13341), *Vet Voice Foundation et al. v. Hobbs et al.* (No. 22-2-19384-1-SEA), and *Vet Voice Foundation et al. v. Griswold* (Case No. 2022CV033456). In the past four years, I have also testified via deposition for defendants in *Public Interest Legal Foundation v. Benson* (Civ. No. 1:21-cv-929).

**9**    My *curriculum vitae* is attached to this report as Appendix A.

**10**    I am being paid at a rate of $600 / hour for work in this litigation. My compensation is not contingent on the contents of this declaration.

# 4    The calculus of voting

**11**    Before turning to provisions of SB 7050 that affect 3PVROs in Florida, I first describe the *calculus of voting*, a theoretical framework that scholars regularly invoke, sometimes explicitly and other times implicitly, to guide inquiry when studying aspects of election administration. A theoretical framework, like the calculus of voting, can draw attention to important concepts in an analytical exercise and to connections between a research program's agenda and scholarly literature. This is true for analytical exercises that are part of purely academic research programs and analytical exercises of interest to courts.

**12**    I have invoked the calculus of voting in my academic work and in my work as an expert witness.

## 4.1   Voting's benefits versus its costs

**13**     The calculus of voting posits that an individual's decision to turn out and vote in an election should be understood as reflecting a comparison between the costs and benefits of this action.  Attributed to Downs (1957) and Riker and Ordeshook (1968), per the calculus of voting an individual will turn out to vote if the benefits of doing so outweigh the costs, and will not vote otherwise.

**14**     The calculus of voting can be interpreted deterministically (i.e., when voting's benefits exceed its costs, a voter turns out for sure) and probabilistically (i.e., when the of voting benefits exceed costs, a voter is more likely to turn out).  In an empirical study of voter turnout in the elections of 1972-96, Brians and Grofman (2001) model the probability that an individual turns out to vote, showing that, when voting costs are low in American elections, individuals are *more likely* to vote, all things equal.

## 4.2   Benefits of voting

**15**     Broadly speaking, the benefits of voting can be broken into two distinct categories.  As discussed by Li, Pomante II and Schraufnagel (2018), one potential benefit associated with voting is *instrumental*: by casting a ballot for a chosen candidate participating in a race in a given election, an individual increases the likelihood that this candidate will win his or her race.[1]  Prior to voting, of course, an individual does not know whether his or her vote will be pivotal in any particular race in an election, where a pivotal vote is defined as one that breaks a tie. However, voting for a candidate increases the likelihood that the candidate wins, even if by a very small amount.

**16**     A second potential benefit of voting can be characterized as *expressive* (e.g., Brennan and Hamlin, 1998; Drinkwater and Jennings, 2007).  Namely, a voter is said to receive an expressive benefit from voting if he or she values the act of expressing his or her opinion via casting a ballot.

---

[1]Or, in the event that an election includes ballot propositions and referenda, that a voter's preferred position on a ballot proposition or referendum will be successful in the election.

A voter can receive an expressive benefit from voting if voting is simply an activity that he or she likes to do.

## 4.3   Costs of voting

**17**     The costs of voting are severalfold.  They can include procuring a form of identification required to vote; gathering information that specifies how, where, and when to vote; traveling to and from a polling location or elections office to obtain voting materials and/or to obtain and cast a ballot; purchasing postage for a ballot to be submitted by mail; and waiting in line to obtain these materials or vote.

**18**     In all states except for North Dakota, registration is required prior to voting.[2]  Therefore, all costs of registration are also costs of voting. Costs of registration can include procuring a form of identification and documentation required for registration; gathering information that specifies how, where, and when to register to vote; traveling to and from an elections office to register to vote; purchasing postage to submit voter registration material; and, waiting in line to register to vote.

**19**     All things equal, the cost of voting in a jurisdiction decreases when there are increased opportunities to vote (for example, more early voting days) and when the number of ways that a voter can register to vote increases (for example, when a jurisdiction adds online registration to its set of permitted methods of registration). Conversely, the cost of voting in a jurisdiction increases, all things equal, when there are decreased opportunities to vote (for example, fewer early voting days) and when there are new impediments to voter registration (for example, when a jurisdiction restricts a method of registration among its set of permitted methods of registration).

---

[2]See "North Dakota....The Only State Without Voter Registration," *North Dakota Secretary of State*, January 2004, available at `http://www.library.nd.gov/statedocs/SecretaryState/votereg-SB~70502.pdf` (last accessed May 13, 2023).

**20**    The literature on election administration contains many empirical articles that are grounded, sometimes explicitly and sometimes implicitly, in the calculus of voting. With respect to voter registration methods, for example, Fenster (1994) finds in a study of elections held from 1960 to 1992 that the adoption of same day voter registration lead to increased voter turnout; Brians and Grofman (2001) argue that the implementation of this policy lead to an approximate four-percentage point increase in overall turnout; both Knack and White (2000) and Knack (2001) have similar findings as do Grumbach and Hill (2022), who focus on younger voters; and Neiheisel and Horner (2019) use data from Wisconsin to argue that the implementation of same day voter registration in the state lead to increased voter turnout. Juelich and Coll (2020) argue that younger voters are particularly responsive to the cost of voting, turning out less frequently when costs increase, compared to older voters.

**21**    Beyond the matter of same day voter registration, there is literature on the effect of waiting in a voting line—which is a cost of voting—on turnout. Mukherjee (2013) studies the so-called time tax of voting, reviewing legal disputes on the potentially disenfranchising effect of long lines at the polls; Herron and Smith (2015) study the 2012 general election in Florida, arguing that the time tax of voting is not spread uniformly across racial groups but rather disproportionately burdens Hispanic voters; Cottrell, Herron and Smith (2021*b*) also study Florida, arguing that voters affected by long lines at the polls are disproportionately likely not to turn out in future elections; and, Pettigrew (2021) has similar findings based on data from Florida and the city of Boston.

**22**    Other election administration studies that draw on the notion of the cost of voting are Knack and White (1998), who study the effect on voter turnout of the implementation of "Motor Voter" laws, arguing that these laws have a positive effect on voter registration but do not alter the partisan makeup of states' electorates; Holbein and Hillygus (2016) and Holbein and Hillygus (2017), who show that the availability of pre-registration increases youth turnout; Southwell and Burchett (2000), who argue using data from Oregon that instituting universal vote by mail leads to increased voter turnout; Kaplan and Yuan (2020), who study the availability of early voting in Ohio, arguing

that access to early voting increases voter turnout, especially among women, individuals registered as Democrats, individuals registered as politically independent, and voters of child-bearing and working age; Grimmer and Yoder (2022), who study recent primary and general elections in North Carolina, showing that the adoption of a strict voter photo identification law led to decreased voter turnout in the state's 2016 primary, an effect that persisted into 2018 even after the photo identification law was suspended; and, Herron and Smith (2013a), who analyze the consequences of new legal restrictions placed on the activities of third-party voter registration organizations in Florida, showing that voter registrations dropped after these restrictions were put in place (they are no longer in effect, having been struck down in court).

23      Li et al. (2018) create a multi-faceted index of voting costs and look across the United States at the relationship between this index and voter turnout. These scholars conclude that their state-level cost index, which incorporates features like the extent to which a state offers same day voter registration, pre-registration, early voting, and mail voting, is positively associated with turnout. In particular, high voting cost states have lower voter turnout, all things equal (p. 236, Table 1). See Schraufnagel, Pomante and Li (2022) for an update of Li et al.'s (2018) cost of voting index that incorporates state election laws passed in the aftermath of the 2020 general election.

24      The extent to which any cost of voting burdens an individual depends on an individual's personal circumstances.  For individuals who are unemployed, transient, homeless, or have insecure housing, the cost of receiving and returning a mail ballot can be consequential, and not all jurisdictions include pre-paid envelopes when they send mail ballots to eligible voters (Tokaji and Colker, 2016). Similarly, not all voters have the same access to forms of identification needed to register to vote and, in some cases, to vote. Individuals who have disproportionately less access to forms of needed identification are disproportionately burdened by costs associated with acquiring identification.  For individuals whose employment schedules are relatively inflexible, the cost of waiting in line to vote can be burdensome, more so than for individuals whose work schedules are less rigid.

# 5   Third-party voter registration organizations

**25**    In Florida, voter registration is required prior to voting. All costs of voter registration in the state are therefore also costs of voting.

**26**    Florida offers neither same day voter registration, by which eligible voters can register to vote on the day of an election and then immediately vote in it, nor automatic voter registration, by which "eligible individuals are automatically registered to vote when interacting with certain government agencies."[3] Rather, the deadline to register to vote in Florida is 29 days prior to an election.[4]

## 5.1   The role of 3PVROs in Florida voter registrations

**27**    One way that eligible residents of Florida can register to vote is via 3PVRO. A 3PVRO is "any person, entity, or organization that collects any voter registration application" (not including elections officials who work with registrants and close family members who help each other with voter registration).[5] 3PVROs must be registered with the Florida Department of State, each receiving a unique identification number.

**28**    The Florida Department of State tracks voter registration applications received by 3PVROs, of which there were 1,916 as of September 6, 2023.[6] Table 1 reports the top ten 3PVROs in terms

---

[3]On automatic voter registration and the states that offer it, see "Automatic Voter Registration," *National Conference of State Legislatures*, September 26, 2023, available at `https://www.ncsl.org/elections-and-campaigns/automatic-voter-registration` (last accessed October 12, 2023).

[4]"Eligible individuals [in Florida] can register to vote at any time. The deadline to register in order to participate in an upcoming election is 29 days before the election." See "Deadline to Register (Book Closing)" in "Election Dates," *Florida Department of State*, available at `https://dos.myflorida.com/elections/for-voters/election-dates` (last accessed September 12, 2023).

[5]For this definition, see "Third-Party Voter Registration Organizations," *Florida Department of State*, March 29, 2023, available at `https://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations` (last accessed September 12, 2023).

[6]See `https://tpvr.elections.myflorida.com/Default.aspx` (last accessed September 14, 2023), a website maintained by the Florida Department of State. The tab titled "Active Organizations" lists 3PVROs that are active.

of total numbers of non-blank voter registration forms submitted to elections officials.[7]  According to the Florida Department of State, since the onset of contemporary record keeping, elections officials in Florida have received 2,388,854 total non-blank voter registration forms submitted by 3PVROs.  This number—almost 2.4 million—appears in the bottom row of Table 1 ("Total over all 3PVROs").

Table 1: Non-blank voter registration applications submitted by top ten 3PVROs

| 3PVRO | Applications |
|---|---|
| The Florida Democratic Party | 673,172 |
| UnidosUS | 147,229 |
| New Florida Majority Education Fund | 118,149 |
| Community Voters Project, a project of Fair Share Education Fund | 100,456 |
| National Council of La Raza/Democracia USA | 96,692 |
| Republican Party of Florida | 93,462 |
| Mi Familia Vota Education Fund | 71,467 |
| Hispanic Federation | 70,935 |
| Organize Florida Education Fund | 56,848 |
| Tides Advocacy-Poder Latinx | 52,217 |
| Total over all 3PVROs | 2,388,854 |

**29**    That the most active 3PVRO appearing in Table 1 is a political party does *not* mean that this organization can only register its own partisans.  Rather, as explained by the Florida Department of State, "[A] voter [registration] application submitted by a political party does not necessarily translate directly into a voter registered for that party as all 3PVROs must collect and submit [voter] registrations regardless of party affiliation."[8]

**30**    Table 2 further contextualizes the role of 3PVROs in the voter registration ecosystem in Florida.  This table lists the nine methods of voter registration in Florida along with counts of new voter registrations in the state during 2022, the last full year for which counts of new registrations are available as of the writing of this report.

---

[7]The table is based on 3PVROs listed in the tab titled "Voter Registration Applications Received and/or Provided" on the website in fn. 6.

[8]Ibid.

Table 2: Methods of voter registration available in Florida and new registrations in 2022

| Method | Count | Percent |
|---|---|---|
| Department of Motor Vehicles | 597,216 | 73.45 |
| Online | 99,982 | 12.30 |
| Supervisor of Elections office | 46,429 | 5.71 |
| 3PVRO | 36,571 | 4.50 |
| Mail | 30,001 | 3.69 |
| Public libraries | 2,144 | 0.26 |
| Public assistance offices | 684 | 0.08 |
| Offices serving persons with disabilities or centers for independent living | 55 | 0.01 |
| Armed forces recruitment offices | 3 | 0.00 |
| Total | 813,085 | 100 |

*Note: percents do not sum to 100 due to rounding.*

**31**    Table 2, and in particular its bottom line ("Total"), shows that elections officials in Florida processed over 800,000 new voter registrations in 2022 using nine methods. Of these, over 36,000 (roughly 4.5 percent) were conducted via 3PVRO.[9]

**32**    Table 3 reports counts of new 3PVRO voter registrations in Florida through September 2023, covering five full years of voter registrations and one partial year (2023), the period for which suitable data are available.[10]   The table shows that voter registration via 3PVRO has been used by tens of thousands of Florida's voting-eligible residents. Altogether, this method of registration has been responsible for roughly six percent of all new voter registrations in the state during the time period 2018-23.

---

[9]Table 2 is based on "Voter Registration - Method and Location," *Florida Department of State*, October 3, 2023, available at https://dos.myflorida.com/elections/data-statistics/voter-registration-statistics/voter-registration-reports/voter-registration-method-and-location/ (last accessed September 12, 2023). This Florida Department of State source reports only *new* voter registrations and does not include voter registrations that are updates of existing registrations.

[10]Source for Table 3 is in fn. 9.   The Florida Department of State maintains an archive of annual voter registrations, broken down by registration method, that dates to 1995.   However, prior to 2018, this archive does not include a separate category for 3PVRO registrations.   See "Method and Location Archive," *Florida Department of State*, available at https://dos.myflorida.com/elections/data-statistics/voter-registration-statistics/voter-registration-reports/voter-registration-method-and-location/method-and-location-archive/ (last accessed September 12, 2023).

Table 3: Annual new voter registrations in Florida via 3PVRO, 2018 - October 2023

| Year | 3PVRO registrations | Total registrations | Percent |
|------|---------------------|---------------------|---------|
| 2018 | 96,516 | 844,119 | 11.43 |
| 2019 | 63,212 | 712,207 | 8.88 |
| 2020 | 59,805 | 1,176,509 | 5.08 |
| 2021 | 16,615 | 680,693 | 2.44 |
| 2022 | 36,571 | 813,085 | 4.50 |
| 2023* | 3,598 | 401,900 | 0.90 |
| Total | 276,317 | 4,628,513 | 5.97 |

*Figure current as of October 3, 2023.*

**33**     The legal environment surrounding 3PVROs in Florida has not been constant during this time period.  Not only was SB 7050 passed in May 2023, taking effect on July 1, 2023, and thus prior to October 2023, but Florida Senate Bill 90 (hereinafter, SB 90), which like SB 7050 imposed restrictions on 3PVROs, was introduced on February 3, 2021, and signed into law on May 6, 2021.[11]

**34**     SB 90 required individuals operating on behalf of an 3PVRO to explain to individuals whom they were helping to register to vote that the 3PVRO might fail to return the individuals' registration paperwork in a timely fashion, thus jeopardizing the individuals' abilities to vote in an upcoming election.  In addition, SB 90 required individuals operating on behalf of a 3PVRO to inform intended registrants that they can register online, i.e., without the services of the 3PVRO in the first place.  And, SB 90 instituted new fines that could be levied on 3PVROs that returned voter registration applications to counties other than those of the voters who had completed them.[12]

---

[11]"The Florida Senate," *CS/CS/CS/SB 90: Elections*, last action May 6, 2021, `https://www.flsenate.gov/Session/Bill/2021/90` (last accessed October 7, 2023), for the legislative history of SB 90.

[12]Regarding SB 90's warning and informing requirements, the bill states as follows:

> A third-party voter registration organization must notify the applicant at the time the application is collected that the organization might not deliver the application to the division or the supervisor of elections in the county in which the applicant resides in less than 14 days or before registration closes for the next ensuing election and must advise the applicant that he or she may deliver the application in person or by mail. The third-party voter registration organization must also inform the applicant how to register online with the division and how to determine whether the application has been delivered (lines 397-407).

Regarding SB 90's fine on voter registration applications returned to incorrect county supervisors of elections, see lines 438-439.

**35**     With these provisions, some of which were later enjoined and rescinded with legislation, SB 90 reduced the value of voter registration via 3PVRO. Therefore, the counts and percentages of new 3PVRO voter registrations from 2021 onward appearing in Table 3 reflect downward pressure on the value of voter registration via 3PVRO and should be treated conservatively.  In the absence of SB 90, they almost certainly would have been greater.  This is in addition to the effect of the COVID-19 pandemic, which, given the in-person nature of 3PVRO activities, certainly exerted downward pressure on 3PVRO registrations in 2020 and potentially in 2021 as well.

## 5.2   The presence of 3PVROs increases voter registrations in Florida

**36**     3PVROs make voter registration in Florida less costly. This increases voter registrations in the state and makes voting in Florida less costly.

**37**     Restrictions on 3PVROs make voter registration in Florida more costly.[13]  This diminishes voter registrations in the state and makes voting more costly.

**38**     My conclusion that restrictions on 3PVROs diminish voter registrations in Florida is not simply a conjecture.  Rather, it is grounded in a co-authored article I published, Herron and Smith (2013*b*), which analyzed patterns in Florida voter registrations after a piece of election legislation in 2011 (House Bill 1355) restricted the activities of 3PVROs, raising the cost of voter registration and thus voting in Florida.  HB 1355's restrictions on 3PVROs were subsequently struck down, but its restrictions were in effect for some time. By comparing Florida voter registrations in 2007 (pre-HB 1355) and in 2011 (post-HB 1355), my co-author and I show that this legislation led to a drop in total voter registrations of roughly five percentage points.[14]  HB 1355 had stronger effects on the rates at which young individuals registered to vote ("young" being defined in my 2013 article as 20

---

[13]A statutory restriction on a 3PVRO could be non-binding. However, even a non-binding restriction on a 3PVRO's voter registration operations could raise costs for a 3PVRO if the restriction were to require monitoring and/or reporting.

[14]Compared to 2007, voter registrations in Florida in the first-half of 2011 were down 11 percent among all voters. However, they were down 16 percent in the second half of 2011, when HB 1355 took effect. This means that the marginal effect of HB 1355 on voter registrations in Florida was five percentage points. See Herron and Smith (2013*b*, p. 290).

years of age or younger), and there is some evidence in the article that Black registration numbers dropped as well when on HB 1355 went into effect.

# 6   SB 7050 contains provisions which restrict 3PVROs

**39**     SB 7050 includes provisions that restrict 3PVROs. These provisions affect both the costs of operations for 3PVROs and the value that these organizations gain from registering voters. In what follows, I describe three of SB 7050's provisions that restrict 3PVROs: a new citizenship requirement, increased fines, and a new ban on voter registration information retention.

## 6.1   A new citizenship requirement

**40**     Prior to SB 7050, Florida statutes did not specifically regulate the citizenship status of individuals working on behalf of 3PVROs collecting and handling voter registration applications. Now, however, individuals carrying out these tasks must be American citizens.[15]

**41**     In particular, on account of SB 7050 Florida statutes now require that 3PVROs, before engaging in voter registration activities, must supply "[a]n affirmation that each person collecting or handling voter registration applications on behalf of the third-party voter registration organization is a citizen of the United States of America." (Fla. Stat. § 97.0575(1)(f)).

**42**     3PVROs are liable for fines up to $50,000 per noncitizen who collects or handles voter registration applications.

---

[15]"The Florida Senate," *CS/SB 7050: Elections*, last action May 25, 2023, pp. 14-15, lines 405-412, `https://www.flsenate.gov/Session/Bill/2023/7050` (hereinafter SB 7050).

## 6.2   Increased fines for late or incorrect delivery of voter registration applications

**43**      SB 7050 increased by up to 900 percent the statutory fines to which 3PVROs are subject in the event that they (1) deliver a voter registration late to local elections officials or (2) deliver it to the wrong county.

### 6.2.1   A tightened definition of a "late" voter registration application

**44**      SB 7050 redefined a "late" voter registration application as one delivered to Florida elections officials more than ten days after having been completed by a registrant.   Prior to SB 7050, late voter registration applications were defined as those delivered to Florida elections officials more than 14 days after having been completed by a registrant.[16] SB 7050 thus decreases the amount of time 3PVROs have to return voter registration applications by 29 percent.   By reducing the number of days that 3PVROs have to deliver completed voter registration forms to Florida elections officials, SB 7050 raises the risk to 3PVROs of being subjected to financial penalties when they deliver voter registration applications to elections officials.

### 6.2.2   Increased fines for late delivery

**45**      Florida statutes distinguish between late-delivered voter registration applications received by elections officials *before* an election's registration deadline (known as the book closing date) and late-delivered voter registration applications received by elections officials *after* an election's registration deadline. In both cases, SB 7050 raised the fines to which 3PVROs are subject.

**46**      *Late-delivered voter registration applications received before book closing*.   What was pre-SB 7050 a fine of $50 for a late-delivered voter registration application is now a fine of $50 *per day* late, up to $2,500 per late registration application.[17]   Accordingly, SB 7050 increases by

---

[16]SB 7050, p. 16, line 449.
[17]SB 7050, p. 16, line 456-457

4,900 percent the maximum fine a late-delivered voter registration application received before book closing could cost a 3PVRO. Moreover, SB 7050 raised the fine for a "willful" late delivery of a voter registration application submitted before book closing from $250 to $2,500.[18] A change in fine from $250 to $2,500 represents a 900 percent increase.

**47**      *Late-delivered voter registration applications received after book closing*.   What was pre-SB 7050 a fine of $100 for a late delivered voter registration application is now a fine of $100 *per day* late, up to $5,000 per late registration application.[19]   Accordingly, the maximum fine a late-delivered voter registration application received after book closing can cost a 3PVRO increased due to SB 7050 by 4,900 percent. Moreover, SB 7050 raised the fine for a "willful" late delivery of a voter registration application submitted after book closing from $500 to $5,000.[20]   A change in fine from $500 to $5000 represents a 900 percent increase.

### 6.2.3   Increased limits on aggregate fines

**48**      Prior to SB 7050, the limit on fines that could be assessed against a 3PVRO in any given calendar year was $50,000. SB 7050 raised this limit to $250,000.[21]   A change in fine from $50,000 to $250,000 represents a 400 percent increase.

### 6.2.4   Increased fines for willful, incorrect delivery of voter registration applications

**49**      Prior to SB 7050, if a 3PVRO were to willfully deliver a voter registration application to an incorrect supervisor of elections (i.e., to a supervisor of elections in a county in which the voter does not live), the fine was $1,000.  SB 7050 raised this fine to $5,000.[22]  A change in fine from $1,000 to $5,000 represents a 400 percent increase.

---

[18]SB 7050, p. 16, line 462.
[19]SB 7050, p. 17, lines 466-467.
[20]SB 7050, p. 17, line 473.
[21]SB 7050, p. 17, line 488.
[22]SB 7050, p. 17, line 481.

### 6.3   A new information retention ban

**50**     SB 7050 created a statutory ban on the practice of 3PVROs maintaining information on the voters they helped register to vote.

**51**     Prior to this legislation, Florida statutes did not specifically regulate the information that 3PVROs maintain about the individuals whom they registered to vote. However, SB 7050 now bans 3PVROs from retaining information on these individuals and punishes a violation of this ban on information retention as a third-degree felony. [23]  In Florida, third-degree felonies are punishable by imprisonment of up to five years, a fine up to $5,000, or both (notwithstanding provisions in statutes for individuals who have committed multiple felonies). Fla. Stat. §§ 775.08, 775.083, and 775.084.

## 7   Implications of SB 7050's provisions for 3PVROs

**52**     SB 7050 changed the Florida law that governs 3PVROs and thus the law that governs voter registration in Florida.

### 7.1   SB 7050 raises the costs of 3PVRO operations

**53**     SB 7050 raises the costs of 3PVRO operations in the following ways.[24]

**54**     First, this piece of legislation limits (to United States citizens) the set of individuals who can operate on behalf of 3PVROs, collecting and handling voter registration applications.[25] Moreover, SB 7050 creates verification requirements for 3PVROs: these organizations must now take actions

---

[23]SB 7050, p. 18, lines 506-515.

[24]SB 7050 contains provisions regarding 3PVROs that I do not engage with in this report.

[25]This is a binding restriction on 3PVROs. According to the DECLARATION OF JARED NORDLUND ON BEHALF OF UNIDOSUS, the second most active 3PVRO in Florida as apparent in Table 1, "The vast majority of [his 3PVRO's] canvassers—75% or more each year—are noncitizens" (p. 3, ¶ 14). See also DECLARATION OF MARCOS VILAR ON BEHALF OF ALIANZA FOR PROGRESS AND ALIANZA CENTER, pp. 2-3, ¶ 8: "I know that Alianza Center employs canvassers who are noncitizens with legal status to work in the United States to conduct voter registration and other get-out-the-vote ("GOTV") efforts."

to ensure that the individuals they engage to collect and handle voter registration applications are indeed United States citizens.

**55**     Second, SB 7050 raises the fines to which 3PVROs are exposed, in some cases on the order of 4,900 percent. This imposes increased financial risks on 3PVROs.

**56**     When a 3PVRO faces an increased cost of operations related to voter registration, we should expect the 3PVRO to decrease its registration activities, all things equal, should it continue to pursue the activities in the face of increased costs.  This is consistent with the microeconomic logic that supports the calculus of voting: when the cost of an activity increases, we should expect to observe less of it.

## 7.2   SB 7050 reduces the value to 3PVROs of voter registration activities

**57**     Based on my understanding from reviewing the June 8, 2023, declarations of Jared Nordlund and Marcos Vilar provided by Counsel, 3PVROs traditionally retain registrant contact information to engage in get-out-the-vote efforts.

**58**     To the extent that 3PVROs in Florida retain information on registrants as part of get-out-the-vote-efforts, the information retention ban that SB 7050 imposes on 3PVROs reduces the value of these organizations engaging in voter registration efforts. Thus, SB 7050 not only increases the costs of voter registration activities conducted by 3PVROs, but it decreases the benefits of these activities. Based on the microeconomic logic that supports the calculus of voting, when the benefits of an activity decrease, we should expect to observe less of it.

## 7.3   Changing the availability of voter registration opportunities affects actual registrations and voter turnout

**59**     The provisions of SB 7050 that apply to 3PVROs simultaneously raise the cost of 3PVRO voter registration activities and decrease the value of these activities.  We should thus expect 3PVROs to decrease the extent to which they register eligible voters in Florida, and this will diminish registration opportunities for the state's eligible voters.  We should expect the result of this to be lower voter turnout in future Florida elections, all things equal.

**60**     In my earlier discussion of the cost of voting, I cited numerous articles on the relationship between the availability of same day voter registration and voter turnout (Fenster, 1994; Knack and White, 2000; Brians and Grofman, 2001; Knack, 2001; Neiheisel and Horner, 2019; Juelich and Coll, 2020; Grumbach and Hill, 2022).  Research in this area establishes a connection between election administration statutes that regulate voter registration and actual voter turnout. The studies cited immediately above show that, when voter registration opportunities increase, more eligible voters take advantage of them and then subsequently vote.  It follows that, when voter registration opportunities decrease, fewer eligible voters will take advantage of these opportunities and subsequently vote.

**61**     Tokaji (2008) reviews analyses of both federal and state regulations of voter registration, finding that, "[T]he laws enacted by Congress in recent decades–most notably the [Voting Rights Act], the [The National Voter Registration Act], and [the Help America Vote Act]–have had a salutary impact on voter registration, making it more accessible and improving the accuracy of registration lists" (p. 506). Regarding state laws, Tokaji concludes that, "[T]here are legal reforms adopted in some states that have increased turnout and made the electorate more representative of the citizenry as a whole.  The best examples of such reforms are election day registration and registration portability" (p. 506).[26] Jansa, Motta and Herrick (2022) create a state-level index that

---

[26]Registration portability refers to the practice of allowing a voter who moved within a state to update his or her voter registration on Election Day (McDonald, 2008).

captures fives characteristics of a state's voter registration ecosystem: whether voters must take actions to register themselves, how registration is conducted, whether there are deadlines for registration, whether registration is portable, and whether pre-registration is permitted. These authors show that their index predicts registration problems (there are more self-reported problems in states that have higher values of the registration index, all things equal) and is inversely correlated with voter turnout (states with higher values of the index have lower turnout, all things equal), particularly among young voters.

# 8   Publicly stated rationales for SB 7050

**62**   Prior to being passed and signed into law by Florida Governor Ron DeSantis, SB 7050 was discussed at five legislative sessions in Florida. During these sessions, some of which were committee hearings, the bill's supporters offered *inter alia* rationales for provisions pertaining to the new citizenship requirement on 3PVRO operations, increased fines to which 3PVROs are subject, and the new ban on retaining voter registration information.

**63**   For the purposes of assessing the publicly stated rationales for the aforementioned three provisions of SB 7050, I reviewed transcripts of the five legislative sessions listed in Table 4.[27]

Table 4: Legislative sessions on SB 7050 or its predecessors

| Legislative body | Date |
|---|---|
| Florida Senate, Committee on Ethics and Elections | April 4, 2023 |
| Florida House, State Affairs Committee | April 19, 2023 |
| Florida Senate, Committee on Fiscal Policy | April 20, 2023 |
| Florida Senate | April 26, 2023 |
| Florida House | April 28, 2023 |

---

[27]In the Florida House, the State Affairs Committee discussion on April 19, 2023 concerned PCB (Proposed Committee Bill) SAC 23-01, whose text is available at `https://www.myfloridahouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3211&Session=2023&DocumentType=Proposed%20Committee%20Bills%20(PCBs)&FileName=PCB%20SAC%2023-SB-705001.pdf` (last accessed September 18, 2023). The committee bill became House Bill 7067, which was substituted for by SB 7050 on April 28, 2023. The legislative history of SB 7050 is available at `https://www.flsenate.gov/Session/Bill/2023/7050` (last accessed September 18, 2023).

## 8.1    Rationale for citizenship requirement

**64**    At a hearing on April 19, 2023, Representative Lawrence McClure, Chair of the State Affairs Committee of the Florida House, justified the citizenship requirement of SB 7050 in an exchange with Representative Anna Eskamani:

> Representative Eskamani: Thank you, Chair. On the U.S. citizen piece, why are we setting that restriction?
>
> Representative McClure: Thank you. So we're talking about elections here in the United States, and we believe that when you're handing over personal information, especially related to elections, that it's not a heightened criteria for… the person that's simply going to be collecting and handling. Again, we're not talking about advocating. We're talking about collecting and handling that information. Getting it from the person wanting to register to vote to the supervisor of elections, that we want you to be a U.S. citizen.[28]

**65**    Representative McClure subsequently justified the citizenship requirement at the April 28, 2023, session of the Florida House by suggesting the United States citizens are more likely to be careful with voter registration information than noncitizens:

> We're just simply saying in an abundance of caution for that potential voter's personal information, that at the time they hand over that sacred information, that it goes to a U.S. citizen for collection and handling purposes only.[29]

**66**    Also addressing the citizenship requirement, Senator Danny Burgess, Chair of the Florida Senate's Committee on Ethics and Elections, argued at the April 20 hearing of the Florida Senate's Committee on Fiscal Policy as follows:

> And regarding non-citizens, there are certain rights in our country that only citizens get to enjoy. That includes serving on a jury, running for office and voting. We're just adding and ensuring that your right to vote is one of them as well.[30]

---

[28]Transcript of the April 19, 2023, meeting of the State Affairs Committee, Florida House, p. 4, lines 18-25, p. 5, lines 1-5.

[29]Transcript of the April 28, 2023, session of the Florida House, p. 7, lines 23-25, p. 8, lines 1-2.

[30]Transcript of the April 20, 2023, hearing of the Committee on Fiscal Policy, Florida Senate, p. 112, lines 9-14.

**67**     Senator Burgess argued similarly in the Florida Senate on April 26, 2023, explaining that he sees the citizenship requirement as reflecting two objectives:

> First and foremost, it kind of dovetails in line with ensuring that we're protecting that sensitive information that we're collecting from a voter if they are requesting all of that on a voter registration form. Secondly, I think the policy call her[e] is that, you know, we recognize already that there are certain rights in our country that only citizens get to enjoy, including serving on a jury, running for office, and voting, and we're just adding that ensuring that somebody else's right to vote is not one of those.[31]

**68**     Like Senator Burgess, Senator Travis Hutson, chair of the Committee on Fiscal Policy of the Florida Senate, also connected SB 7050's citizenship requirement to what he described as protecting the private and sensitive nature of voter registration data, stating in response to a question on this requirement posed during the Florida Senate session on April 26, 2023, that

> This goes back to the third-party voter registration, and we wanted to make sure you were – if I remember correctly, that you were a legal citizen handling this and you weren't an illegal doing third party voter registration. Again, that data is pretty private and sensitive, so we want to make sure that if there [is] any person out there [who] is a felon or has fraudulent stuff they've done in their past, they're not handling sensitive information.[32]

## 8.2   Rationale for increased fines on 3PVROs

**69**     Senator Danny Burgess offered a rationale for why in his opinion increased fines on 3PVROs are needed, arguing that pre-SB 7050 fines on 3PVROs were treated casually by these organizations:

> But with recent information and what we are learning and realizing is that to some third-party voter registration organizations, some of the bad actors that we're uncovering in investigations is that they look at these fines as ultimately the cost of doing business, essentially. It's just like, put it on the tab and we'll keep doing what we're doing.[33]

Senator Burgess also argued that 3PVROs essentially ignored the fines levied on them:

---

[31]Transcript of the April 26, 2023, session of the Florida Senate, p. 16, lines 13-24.
[32]Ibid, p. 15, lines 8-16.
[33]Transcript of the April 26, 2023, session of the Florida Senate, p. 22, lines 18-25.

But there are organizations that look at this as the cost of doing business, and so you just kind of put it on the tab, it's a part of the fine. And so we are putting teeth in our fines to ensuring that that is not the case for these organizations just to continue to circumvent that to seek whatever ends they're looking to achieve otherwise regardless of the fine.[34]

**70**     At a Florida House committee hearing, Representative Lawrence McClure also commented on the nature of pre-SB 7050 fines to which 3PVROs were liable, labeling them as "insignificant."[35]

**71**     Representative McClure stated that the fines prescribed in SB 7050 "[show] the sincerity that [Florida legislators] want…[voter registration] information to be handled – collected and handled properly in the hands [of United States citizens] as prescribed within the bill."[36]

## 8.3   Rationale for information retention ban

**72**     At the April 4, 2023, hearing of the Committee on Ethics and Elections of the Florida Senate, Senator Burgess explained the rationale for SB 7050's ban on retaining information on registrants, stating that he cannot think of why 3PVROs might want to retain any information on the individuals they registered:

> And so really this is in line with that theme and the fact that the only purpose for this should be to turn it in within the timeliness frame, which we're making 10 days. Any need to copy it or retain or jot something down is – I can't think of a good reason for that.[37]

**73**     At a subsequent hearing on April 20, 2023, of the Committee on Fiscal Policy of the Florida Senate, Senator Burgess expressed concern about identity theft, linking this to the information retention ban:

---

[34]Ibid., p. 33, lines 2-9.

[35]Representative McClure said the following about pre-SB 7050 fines: "Then the fines are – are insignificant to that operations." Transcript of the April 19, 2023, hearing of the State Affairs Committee, Florida House, p. 29, lines 3-4.

[36]Transcript of the April 28, 2023, session of the Florida House, p. 12, lines 19-22.

[37]Transcript of the April 4, 2023, hearing of the Committee on Ethics and Elections, Florida Senate, p. 67, lines 16-21.

And instead of just returning them within the required timeframe of 10 days, you know, they're making copies or retaining specific information, which there's no purpose for and there – and obviously we run into situations with identity theft and other various instances. And so we're speaking to – to that as a new third degree felony.[38]

# 9   Evaluating the publicly stated rationales for SB 7050

**74**      I now evaluate the publicly stated rationales for SB 7050's citizenship requirement, its increased fines, and its ban on 3PVROs retaining voter registration information.  Before turning to these matters in particular, I describe three data sources that inform my conclusions about the rationales articulated for SB 7050.

## 9.1   Allegations of election law violations tracked by the Office of Election Crimes and Security

**75**      For the purposes of this litigation, Defendants provided a report on investigations of alleged election crimes that have been carried out, or are in the process of being carried out, by the Florida Office of Election Crimes and Security (OECS), a unit of the Florida Department of State.[39]  This report (the "OECS report") is dated January 15, 2023.[40]

**76**      The OECS report contains a table (the "OECS table") listing what are, to the best of my knowledge, the 3,026 election law complaints logged by the OECS (pp. 10-90).  Each complaint appears in a row of the OECS table, and complaints have associated case numbers, which run from one to 3,026.

**77**      The OECS report states, however, that it only includes 2,040 complaints (p. 6).  To ensure that I am not undercounting election law complaints, I treat each of the 3,026 rows of the OECS

---

[38]Transcript of the April 20, 2023, hearing of the Committee on Fiscal Policy, Florida Senate, p. 14, lines 9-15.

[39]I do not include in this report any analysis of documents produced for this litigation by the Office of the Attorney General as I understand that document production from this office remains ongoing.

[40]The OECS report appears on pp. 99-362 of, "2023-06-23 [092-01] Appendix - Volume 1 of 3.pdf," submitted by the Florida Department of State in opposition to a motion for preliminary injunction in this litigation.

table as a separate election law complaint.[41]

**78**     Using the terms in the OECS report, Table 5 describes the status of each election law complaint that appears in the OECS table. The modal category of complaint is closed, by either the OECS or another Florida organization. Beyond the OECS, the organization acronyms in Table 5 connote the Florida Department of Law Enforcement (FDLE), the Office of the Attorney General (AG), the Office of the Statewide Prosecutor (SWP), the State Attorney's Office (SAO), and a local sheriff's office (LSO) (see p. 7 of the OECS report).

Table 5: Status of complaints listed in the January 2023 OECS report

| Status | Complaints |
|---|---|
| Closed by OECS | 1,415 |
| Pending | 1,262 |
| Preliminary | 161 |
| Closed/Declined by FDLE | 131 |
| Arrested | 26 |
| Closed/Declined by AG/SWP | 16 |
| Closed/Declined by SAO | 8 |
| Closed/Declined by SWP | 4 |
| Closed/Declined by LSO | 2 |
| Closed by LSO | 1 |
| Total | 3,026 |

**79**     Of the 3,026 complaints in the OECS table, 26 have led to arrests. This corresponds to an arrest rate of roughly 0.86 percent. There is no information in the OECS report as to how many, if any, of these arrests have produced convictions or guilty pleas to election law charges. None of the violations in the 26 cases in the OECS table that have led to arrests referenced 3PVROs, as documented in Table 6.

---

[41]To the best of my knowledge, the OECS table was included as a graphic in the OECS report that was produced in this litigation. At my request, a legal assistant working for Counsel processed this graphic using optical character recognition software, yielding output that I incorporated into an Excel spreadsheet. I manually edited the spreadsheet to correct for processing errors, i.e., instances of "1" that were processed as "l." The legal assistant likewise manually edited the spreadsheet to correct for processing errors. The result of this operation was an Excel spreadsheet version of the OECS table.

Table 6: Election law complaints that have resulted in arrests, OECS table

| Violation | Cases |
|---|---|
| 104.15-Unqualified electors willfully voting. | 24 |
| 104.18-Casting more than one ballot at any election. | 1 |
| 104.185-Petitions; knowingly signing more than once; signing another person's name or a fictitious name. 104.186-Initiative petitions; violations. | 1 |

**80**     The vast majority of the complaints in the OECS table appear to have nothing to do with 3PVROs. This is illustrated by Table 7, which lists the top ten categories of complaints as well as the total number of complaints that these categories cover—2,664 complaints, which is roughly 88 percent of total complaints.

Table 7: Top ten election law complaints, OECS table

| Violation | Complaints |
|---|---|
| 104.18-Casting more than one ballot at any election. | 1,511 |
| 104.15-Unqualified electors willfully voting. | 937 |
| 104.011-False swearing; submission of false voter registration information; prosecution prohibited. | 131 |
| 104.185-Petitions; knowingly signing more than once; signing another person's name or a fictitious name. 104.186-Initiative petitions; violations. | 29 |
| 104.011-False swearing; submission of false voter registration information; prosecution prohibited. 104.15-Unqualified electors willfully voting. | 16 |
| 101.5605-Examination and approval of equipment. | 12 |
| 104.17-Voting in person after casting vote-by-mail ballot. 104.18-Casting more than me ballot at any election. | 10 |
| 104.42-Fraudulent registration and illegal voting; investigation. | 6 |
| Caller wanted to report suspicious fraud. | 6 |
| Complainant prohibited from observing certain areas of the precinct. | 6 |
| Total | 2,664 |

**81**     The "Violation" column in Table 7 contains descriptions of alleged violations that appear in the OECS report. Some of the violations in the table involve a single Florida statute, e.g., the top row of the table reports that there were 1,511 complaints made to the OECS that involve Fla. Stat. § 104.18. In contrast, other violations in Table 7 involve potential transgressions against multiple Florida statutes, e.g., § 104.18 and § 104.186 (see the fourth row of the table).

**82**     Turning back to all 3,026 complaints in the OECS table, there are 17 associated with 3PVROs.[42] This corresponds to roughly 0.56 percent of the total number of complaints. Of these 17, a total of 15 are listed as pending in the OECS table, and two are listed as having been closed by the OECS. Of the 15 pending complaints, seven have been referred for prosecution or further investigation.   Neither of the two closed cases was referred for prosecution or further investigation.   The seven pending and referred complaints regarding 3PVROs, as well as corresponding case numbers from the OECS table, appear in Table 8.

**83**     Of the seven pending and referred complaints, one of them (Case number 2,601) concerns an alleged fraudulent voter registration application filed by a 3PVRO. Another referred complaint (Case number 2,762) appears to describe a review of 243 voter registration applications submitted by a 3PVRO, only one of which appears to have been flagged by a local supervisor of elections, and this involved a registration application allegedly submitted for a deceased voter. Of the five other referred and pending complaints in Table 8, I cannot infer how many voter registration applications were allegedly involved.

---

[42]I identified these complaints by searching for "3PVRO" or Fla. Stat. § 97.0575 ("Third-party voter registration organizations") in the violation field of the OECS table. The 17 case numbers are 2,601, 2,662, 2,676, 2,677, 2,678, 2,717, 2,741, 2,762, 2,801, 2,802, 2,803, 2,804, 2,805, 2,806, 2,807, 2,808, and 2,907.

Table 8: Pending and referred 3PVRO complaints, OECS table

| Case | Violation |
|---|---|
| 2,601 | Alleges fraudulent voter registration by 3PVRO |
| 2,676 | 104.012-Consideration for registration; soliciting registrations for compensation; alteration of registration application. 104.061-Corruptly influencing voting. 104.091-Aiding, abetting, advising, or conspiring in violation of the code (3PVRO). |
| 2,677 | 104.012-Consideration for registration; soliciting registrations for compensation; alteration of registration application. 104.061-Corruptly influencing voting. 104.091-Aiding, abetting, advising, or conspiring in violation of the code (3PVRO). |
| 2,678 | 104.012-Consideration for registration; soliciting registrations for compensation; alteration of registration application. 104.061-Corruptly influencing voting. 104.091-Aiding, abetting, advising, or conspiring in violation of the code (3PVRO). |
| 2,717 | 104.012-Consideration for registration; soliciting registrations for compensation; alteration of registration application. 104.061-Corruptly influencing voting. 104.091-Aiding, abetting, advising, or conspiring in violation of the code (3PVRO). |
| 2,741 | 104.012-Consideration for registration; soliciting registrations for compensation; alteration of registration application. 104.061-Corruptly influencing voting. 104.091-Aiding, abetting, advising, or conspiring in violation of the code (3PVRO). |
| 2,762 | 3PVRO collected 243 voter registration applications and upon processing app SOE found 1 application submitted for a deceased voter. |

**84**      To put these numbers in context, the earliest election that appears in the OECS table is the 2016 general election, which took place on November 8, 2016.  Consulting what I describe later in this report as the August 2021 Florida statewide voter file and the September 2023 Florida statewide voter file, I identify 316,960 unique voter registrations via 3PVRO since November 8, 2016. This number is conservative (meaning that it understates the true number of voter registration via 3PVRO executed in Florida since November 8, 2016) for reasons that I also explain later in this report.[43]

**85**      Beyond the table of 3,026 election law complaints, the OECS report contains several paragraphs that detail allegations against 3PVROs (p. 5). In particular, the report states that

> During 2022, the OECS also reviewed a large number of complaints involving Third Party Voter Registration Organizations (3PVROs).  A number of these organizations were reported by election officials for failing to timely comply with statutory obligations-most significantly, failure to timely turn in voter registration applications. The OECS reviewed approximately 3,077 voter registration applications that were collected and submitted untimely by 3PVROs, in violation of section 97.0575, Fla. Stat.  The OECS assessed statutory fines in the amount of $41,600.00 against those 3PVROs that did not comply with the statutory requirements.   See section 97.0575(3)(a)1- 3, Fla. Stat.

**86**      The only case in the OECS table connected to a 3PVRO that lists numbers of voter registration applications scrutinized is Case Number 2,762, and, as I wrote above, this describes a review of 243 voter registration applications, of which one was allegedly submitted for a deceased voter.  There is no case in the OECS table that mentions "approximately 3,077 voter registration applications."  Moreover, there is no set of cases related to 3PVROs for which, when implicated voter registration applications are summed, the result is approximately 3,077.

**87**      The OECS report also states (p. 5) that

> The OECS has also made a number of criminal referrals related to 3PVROs;

---

[43]The number of 3PVRO voter registrations mentioned here—316,960—does not appear in Table 3. This is because that table refers to *new* voter registrations carried out via 3PVRO and because the table contains figures on registrations from 2018 onward.

specifically, the referrals targeted voter registration agents employed by 3PVROs, who are alleged to have committed fraud, engaged in identity theft, changed a voter's party affiliation, registered deceased individuals, or registered fake individuals, among other violations. Many of these criminal referrals are still pending and remain under active criminal investigation with law enforcement.

**88**     This passage does not contain sufficient details for me to connect it with specific election law complaints that appear in the OECS table.

**89**     There are zero election law complaints in the OECS table that (1) concern 3PVROs and (2) mention noncitizens.[44]

## 9.2   3PVRO fine letters issued by the Florida Department of State

**90**     For the purposes of this litigation, the Florida Department of State produced a list of "fine letters" that it sent to 3PVROs in Florida during the time period 2016-23 (the latter year through June 23). Each fine letter names a 3PVRO, the number of voter registration applications that the Florida Department of State asserts were treated in a way that violated a Florida statute or statutes, and the fine levied against the 3PVRO (if any) in response to its ostensible treatment of a set of voter registration applications.

**91**     For example, on May 15, 2023, the Florida Department of State sent a fine leter to Engage Miami Civic Fund, asserting that this 3PVRO had submitted one voter registration application to the Polk County Supervisor of Elections more than 14 days after it was collected, which violated Florida law. The corresponding fine assessed by the Florida Department of State was $50.00.[45]

---

[44]I determined this by searching the Violation field in the OECS table for the word "citizen" (converting all violations to lower case). The search returned one complaint, Case Number 2,792, that involves an allegation that a noncitizen voted in 2019 in a Florida election. This case was closed by the OECS and not referred for prosecution. I also searched for the word "alien" among violations in the OECS table and found no violations. Lastly, I searched for the word "illegal" in the Violation field of the OECS table and found 11 violations. The 11 involved "Illegal use of funds for personal use/gain," "Alleges illegal use of address," and "104.42-Fraudulent registration and illegal voting; investigation." These alleged election law violations do not imply that a noncitizen, or a group of noncitizens, had acted in an illegal way on behalf of a 3PVRO.

[45]See fn. 40, pp. 374-376.

This fine letter also noted that Engage Miami Civic Fund submitted three voter registration forms that lacked the organization's registration number.

**92**     Also on May 15, 2023, the Florida Department of State sent a fine letter to Democracy for All/Florida, a 3PVRO that, according to the Florida Department of State, delivered two 3PVROs to the Broward County Supervisor of Elections more than 14 days after they were collected. This led to a fine of $100.[46]

**93**     Not all fine letters sent by the Florida Department of State to 3PVROs have led to actual fines. For example, on February 6, 2017, the Florida Department of State contacted NAACP Branch No. 5121, alleging that this 3PVRO delivered seven voter registration applications 13 days late. Per the Florida Department of State, the registration forms in question were collected on August 17, 2016, and delivered to the Indian River Supervisor of Elections on August 30, 2016. According to Florida statutes as of August 2016, these applications should have been delivered no later than August 27, 2016. The fine letter received by NAACP Branch No. 5121 and corresponding to the seven late voter registration applications resulted in a warning, not an actual fine ("Please consider this letter a warning").[47]

**94**     A similar fine letter was sent by the Florida Department of State on February 6, 2017, to the 3PVRO National Council of La Raza/Democracia USA. This 3PVRO was alleged to have collected four voter registration applications across April 27-28, 2016, and delivered them to the Orange County Supervisor of Elections on May 12, 2016, which is beyond the then statutory ten-day period. The fine letter sent to National Council of La Raza/Democracia USA in early 2017 resulted in a warning.

---

[46] See fn. 40, pp. 380-381.

[47] See fn. 40, p. 645.

**95**     Appendix F contains eight tables that list the 116 fine letters sent by the Florida Department of State to 3PVROs, broken down by year. These tables are summarized in Table 9.[48]

Table 9: Summary of 3PVRO fine letters, 2016-2023

| Year | Fine | Applications | |
| | | All | Actual fine |
|---|---|---|---|
| 2016 | 3,400 | 579 | 148 |
| 2017 | 950 | 282 | 25 |
| 2018 | 7,750 | 635 | 524 |
| 2019 | 3,950 | 362 | 297 |
| 2020 | 3,850 | 356 | 309 |
| 2021 | 50 | 1 | 1 |
| 2022 | 34,400 | 2,871 | 2,871 |
| 2023 | 64,350 | 320 | 310 |
| Total | 118,700 | 5,406 | 4,485 |

**96**     Table 9 reports, for each year in the period 2016-23, the sum of the assessed fines levied against 3PVROs ("Fine"), the total number of voter registration applications implicated across the year's fine letters ("All"), and the total number of voter registration applications implicated across the year's fine letters that imposed actual fines ("Actual fine"). In its bottom row, Table 9 also reports the aggregate fine levied against all 3PVROs in the period 2016-23 and the aggregate number of voter registration applications the Florida Department of State asserts were treated in a

---

[48]Some of the 3PVRO fine letters produced by the Florida Department of State for the purposes of this litigation may be effective duplicates or replacements of one another.

Regarding effective duplicates, the fine letters produced by the Florida Department of State include two letters sent on different dates to the 3PVRO Headcount. Both of the letters describe the same alleged violation, namely, "approximately twenty-six voter registration applications…delivered…more than ten days after they were collected." The first letter to Headcount was sent on September 6, 2018, to an address in Hallandale, Florida. The second letter was sent on October 30, 2018, to an address in New York City. The name on the first fine letter is the registered agent of Headcount (see the list of active 3PVROs referenced in fn. 6). The name on the second letter is not the registered agent of Headcount. The two Headcount letters appear in the document referenced in fn. 40, pp. 595-596 (September 6) and pp. 617-618 (October 30).

Regarding replacement fine letters, the Florida Department of State sent a fine letter on December 9, 2019, to the Florida Democratic Party, imposing a fine of $200 for four allegedly late-delivered voter registration applications. The letter contains a footnote on its first page, stating that, "This correspondence rescinds and replaces the letter sent November 27, 2019, which inadvertently associated the New Florida Majority organization with 3P-11-89 in the introductory paragraph." See fn. 40, pp. 567-568. The tables in Appendix F, which are summarized in Table 9, thus potentially include excess fine letters, and this makes my report's count of total fine letters conservative, the total sum of levied fines conservative, and the total number of voter registration applications mentioned across fine letters conservative.

way that broke a Florida statute or statutes.[49]

## 9.3   Voter registration application rejection rates in Florida and comparable states

**97**      To place in context both the number of voter registration applications that are mentioned in the OECS report and the number of such applications that appear across fine letters sent to 3PVROs by the Florida Department of State, I turn to the 2022 Election Administration and Voting Survey (hereinafter, the 2022 EAVS), administered by the U.S. Election Assistance Commission (EAC). The 2022 EAVS covers many aspects of election administration in the United States, and one area included in it is voter registration. Among other things, the 2022 EAVS queried county elections officials about the total number of voter registration applications they received between the 2020 and 2022 elections and the number of registration applications that were determined to be invalid "because they were not completed properly, or the individual was excluded from being able to register in a jurisdiction."[50]

**98**      With this as background, Table 10 presents the rates across 21 states at which voter registration applications submitted between the 2020 and 2022 elections were rejected by elections officials. The states that appear in Table 10 are those that allow voter registration drives, regulate these drives in some fashion, and provided data to the EAC sufficient for calculating rates of voter registration application rejection.[51]

---

[49]Based on an appendix submitted by the Florida Department of State in support of its brief in this litigation in opposition to a motion for preliminary injunction, I built a spreadsheet of 3PVRO fine letters that covered letters sent by the Department of State in the years 2022 and 2023. Then, at my request, a legal assistant working for Counsel added letters to the spreadsheet that were sent during the period 2016-21.

[50]The 2022 EAVS is available at `https://www.eac.gov/research-SB~7050and-SB~7050data/studies-SB~7050and-SB~7050reports` (last accessed October 5, 2023). The quoted passage is from p. 5 of the 2022 EAVS survey instrument, Section A3, variable A3e. The survey is available at `https://www.eac.gov/sites/default/files/EAVS%202022/2022_EAVS_FINAL_508c.pdf` (last accessed October 5, 2023). The numbers in Table 10 are statewide aggregates based on EAVS variables A3a (voter registration applications received) and A3e (voter registration applications rejected for reasons other than duplications). These variables are reported at the county level, and all counties whose A3a or A3e values were listed as "Data not available" or "Does not apply," or were missing entirely, were dropped.

[51]States that allow but restrict voter registration drives are listed in the report "Restrictions on 3rd Party Voter Registration Drives," *Movement Advancement Project*, August 9, 2023, available at `https:`

**99**    Table 10 does not include states, like New Hampshire, that do not permit voter registration drives.  Voter registration form rejection rates in these states are not comparable to Florida's rate of registration form rejection.

Table 10: Voter registration application rejections, 2020-22

| State | Received | Rejected | Rejection percent |
|---|---|---|---|
| Ohio | 2,514,818 | 116,085 | 4.62 |
| California | 7,017,441 | 277,944 | 3.96 |
| Nevada | 1,412,160 | 42,523 | 3.01 |
| Virginia | 3,382,438 | 60,622 | 1.79 |
| Texas | 5,380,314 | 95,308 | 1.77 |
| Arkansas | 486,094 | 7,513 | 1.55 |
| Louisiana | 594,612 | 8,764 | 1.47 |
| Florida | 6,056,693 | 72,090 | 1.19 |
| Indiana | 1,922,116 | 19,587 | 1.02 |
| Colorado | 3,042,434 | 16,826 | 0.55 |
| New Mexico | 489,737 | 1,003 | 0.20 |
| Delaware | 351,944 | 525 | 0.15 |
| Nebraska | 427,117 | 247 | 0.06 |
| Georgia | 3,232,104 | 1,711 | 0.05 |
| Minnesota | 1,158,190 | 526 | 0.05 |
| Iowa | 856,747 | 279 | 0.03 |
| West Virginia | 478,216 | 96 | 0.02 |
| South Dakota | 147,980 | 27 | 0.02 |
| Maryland | 3,513,915 | 442 | 0.01 |
| Washington | 1,709,646 | 182 | 0.01 |
| Missouri | 435,511 | 12 | 0.00 |
| Total | 44,610,227 | 722,312 | 1.62 |
| Total without Florida | 38,553,534 | 650,222 | 1.69 |

*Note: states listed in descending order of rejection percent.*

**100**    The 21 states listed in Table 10 appear in descending order based on the percentage at which registration applications were rejected in the period 2020-22, and Florida is the eighth state in the table.  Florida processed over six million voter registration applications in 2022, and its rejection rate was 1.19 percent, lower than the rejection rate of 1.69 percent across the

//www.lgbtmap.org/img/maps/citations-SB~7050third-SB~7050party-SB~7050voter-
SB~7050registration-SB~7050drives.pdf (last accessed October 5, 2023).  There are 23 states in the report, but two of them, Oregon and Wisconsin, do not appear in Table 10 because they did not report sufficient data to the EAC.

complementary 20 states.

**101**     According to Table 10, Florida elections officials rejected more than 72,000 voter registration applications in the two-year period between the 2020 and 2022 general elections (technically, between book closing prior to the November 2020 election and book closing prior to the November 2022 election).  Similarly, according to the 2020 EAVS, Florida elections officials rejected more than 196,000 voter registration applications between the November 2018 and November 2020 elections.[52]

**102**     Among states that allow but restrict voter registration drives, I conclude from the 2022 EAVS that the rate at which voter registration forms are rejected in Florida for reasons of being improperly filled out or being associated with individuals not eligible to register to vote in the first place is lower than the aggregate rate at which these forms are rejected in other states. Moreover, among 21 comparable states for which there is sufficient data to enable comparisons, Florida is ranked eighth in terms of voter registration form rejection rate.  Lastly, Florida elections officials rejected more than 72,000 voter registration applications in a two-year period between the 2020 and 2022 November elections.

## 9.4   Evaluating the publicly stated rationale for SB 7050's citizenship requirement

**103**     To the best of my understanding, the OECS report and the 3PVRO fine letters issued by the Florida Department of State include no information suggesting that noncitizens were responsible for any election law violations committed by individuals operating on behalf of 3PVROs. These two sources thus include no information suggesting that noncitizens operating on

---

[52]The 2020 EAVS dataset is available at `https://www.eac.gov/sites/default/files/EAVS%202020/2020_EAVS_for_Public_Release_V2.xlsx` (last accessed October 13, 2023) and the survey instrument, which lists variable names, is available at `https://www.eac.gov/sites/default/files/Research/2020EAVS.pdf` (last accessed October 13, 2023).

behalf of 3PVROs were responsible for any election law violations associated with ballot collecting and handling in particular.

## 9.5   Evaluating the publicly stated rationale for SB 7050's increased fines

**104**     The complete set of 3PVRO fine letters issued by the Florida Department of State during the period 2016-23 involves a total of 5,406 voter registration applications that the Florida Department of State alleges were treated in a fashion that violated Florida statutes (e.g., were delivered late to a supervisor of elections office). This number appears above in Table 9. To place it in context, I identify 441,093 unique voter registrations in Florida that have been executed via 3PVRO since January 1, 2016.[53]  This number is conservative, meaning that that were at least 441,093 unique voter registrations in Florida via 3PVRO executed since January 1, 2016.

**105**     The number of voter registration applications that the Florida Department of State has alleged were treated in a way that violated Florida statutes (5,406) is 1.22 percent of 441,093. Because the latter number is conservative, the percentage of 1.22 is excessive.

**106**     Of the 5,406 voter registration applications that the Florida Department of State alleges were treated in a way that violated Florida statutes, a single 3PVRO, Hard Knocks Strategies LLC, was responsible for 3,003 of them (roughly 55 percent). Hard Knocks Strategies LLC received two fine letters in 2022 and two in 2023.[54]  The 2022 fine letters were mailed by the Florida Department of State on September 29 (2,777 registration applications) and November 29 (94 applications) and the 2023 fine letters, on April 4 (20 and 112 applications).[55]

---

[53]The source for this number is the same as the source for the previously discussed 316,960 unique Florida voter registrations in via 3PVRO that have been executed since the 2016 general election. See ¶ 84.

[54]See Tables 34 and 35 in Appendix F.

[55]The OECS report does not include an accounting of the 3,077 voter registration forms described in the report as having been submitted in an untimely manner, some or all of which may have led to fines on 3PVROs (p. 5). To the extent that these 3,077 voter registration applications did lead to fines, the fines should have been incorporated in the letters that were included in the appendix submitted by the Florida Department of State in opposition to a motion for preliminary injunction in this litigation.

**107**     Insofar as roughly 55 percent of the voter registration applications mentioned in the Florida Department of State's fine letters were the responsibility of a single 3PVRO, it follows that the majority of the 5,406 voter registration applications that led to Florida Department of State fines levied against 3PVROs were the responsibility of a single organization. This raises the possibility that Hard Knocks Strategies LLC has been operating in a fundamentally different manner than other Florida 3PVROs.

**108**     Additional evidence of the unique nature of Hard Knocks Strategies LLC regarding voter registration applications alleged by the Florida Department of State to violate Florida statutes can be found in Figure 1.  This figure is a histogram which plots the distribution of the number of registration applications mentioned in fine letters sent by the Florida Department of State to 3PVROs.

**109**     Figure 1 makes it clear that the vast majority of fine letters concern only a small number of voter registration applications that, as alleged by the Florida Department of State, were treated by 3PVROs in a way that violated Florida statutes.  For example, 15 fine letters mention one registration application, eight letters mention two applications, and 43 total fine letters mention between one and five registration applications, inclusive. The single fine letter sent to Hard Knocks Strategies LLC that mentions 2,777 voter registration applications is an outlier compared to other fine letters, as evident in Figure 1.[56]

**110**     Putting aside the 3,003 voter registration applications that the Florida Department of State alleges were treated in a way that violated Florida statutes and were submitted by Hard Knocks Strategies LLC leaves 2,403 voter registration applications.  This number is 0.54 percent of 441,093, which is the (conservative) number of unique voter registrations in Florida that have

---

[56]The distribution of registration applications in Figure 1 is skewed right. Holding out the four fine letters sent to Hard Knocks Strategies LLC by the Florida Department of State, the mean number of voter registration applications per fine letter is 2.16 in natural logarithm scale with a standard deviation of 1.37. The 2,777 registration applications in a single fine letter sent to Hard Knocks Strategies LLC lies 4.2 standard deviations above 2.16, which means that 2,777 is far in the right tail of the distribution of registration applications per fine letter.

Figure 1: Voter registration applications in fine letters



been executed via 3PVRO since January 1, 2016. Since 441,093 is conservative, it follows that the percentage figure of 0.54 is excessive.

**111**    I noted earlier in this report that there are nine methods of voter registration in Florida, one of which is registration via 3PVRO. To the best of my knowledge, for the purposes of this litigation I have no access to data on the number of voter registration applications treated in ways that might violate Florida statutes from eight of these. Accordingly, I cannot assess whether 3PVROs treat registration applications in ways that might violate Florida statutes at a lower or higher rate than officials at DMV offices in Florida, at public libraries in the state, and so forth.

**112**     According to the 2022 EAVS, a survey conducted by the U.S. Election Assistance Commission, Florida elections officials rejected more than 72,000 voter registration applications in 2022 alone. I cannot ascertain if any of the 5,406 voter registration applications that the Florida Department of State alleges violated Florida statutes were ultimately rejected. Nonetheless, these 5,406 registration applications were spread out over eight years, and the figure of 72,000 rejected voter registration applications is for a single calendar year.

**113**     3PVROs operating in Florida were regulated prior to SB 7050. Before this bill passed, they could be (and were, as demonstrated by the fine letters I reviewed above) fined for violations of Florida statutes and were subject to the Florida election code and other Florida statutes covering criminal conduct. There is no information in the OECS report and in the fine letters sent by the Florida Department of State to 3PVROs that imply that the regulatory regime in which 3PVROs operated prior to SB 7050 was not functioning.

**114**     With the exception of a single 3PVRO that, data suggest, operates differently than other 3PVROs in Florida, the vast majority of voter applications submitted by 3PVROs have not raised any red flags with the Florida Department of State. Moreover, 3PVROs appear to play at most a minor role in voter registration form rejection in Florida. Even if literally every voter registration application that led to a fine being levied on a 3PVRO were rejected (and there is no evidence that this is the case), Florida's eight voter registration methods beyond registration via 3PVRO appear to be responsible for the lion's share of voter registration form rejections in the state.

## 9.6     Evaluating the publicly stated rationale for SB 7050's information retention ban

**115**     To the best of my knowledge, neither the OECS report nor the 3PVRO fine letters produced by the Florida Department of State imply that information on voter registrations retained by 3PVROs for record keeping or get-out-the-vote activities has led to any election law

violations. To the best of my knowledge, there is also no such information in the legislative history of SB 7050.[57]

# 10 Characterizing the types of Florida voters burdened by SB 7050

**116**   All voting-eligible residents of Florida can avail themselves of the services offered by 3PVROs. Accordingly, by raising the cost of operations for 3PVROs and making registering votes less valuable for these organizations, as I have reviewed above, SB 7050 raises the cost of voter registration, and thus voting, for all eligible Florida voters.

**117**   The burdens of SB 7050's provisions regarding 3PVROs fall most heavily on voters who use these organizations to register to vote and/or to manage their voter registrations.

## 10.1   Identifying Florida voters who have registered via 3PVRO

**118**   To characterize the types of voters who register to vote and/or manage their voter registrations using a 3PVRO (hereinafter, to register to vote using a 3PVRO), and thus to identify the voters most burdened by SB 7050's provisions, I turned to copies of Florida statewide voter files.

---

[57]I am aware of criminal complaints involving fraudulent voter registration forms filed in connection to 3PVRO activities. For example, see a letter sent by the Florida Department of State to a Florida registered voter on October 7, 2020, alleging that an individual volunteering for a 3PVRO had submitted voter registration forms with false information. The letter, which notes that, "The 3PVRO does not seem to have been involved," appears on p. 105 of "2023-06-23 [092-02] Appendix - Volume 2 of 3.pdf," produced by the Florida Department of State for the purposes of this litigation. Another Florida Department of State letter, sent to a Florida voter on December 9, 2019, alleges false swearing and submission of false voter registration information by an individual working on behalf of a 3PVRO (pp. 106-107). To the best of my knowledge, these two letters, and other letters like them produced by the Florida Department of State for the purposes of this litigation, do not involve information retained by 3PVROs for the purposes of get-out-the-vote activities or other political activities. Moreover, to the best of my knowledge, the criminal behavior that these letters allege is not connected with late or incorrect delivery of voter registration applications by 3PVROs.

**119**    A *voter file* is a list of registered voters in a state accompanied by fields that describe the voters, i.e., name, address, race, age, party affiliation, and others.  Versions of the Florida voter file are publicly available and can be purchased from the Florida Department of State.[58]  A Florida voter file has an effective date on which it captures the state of the electorate.  For the purposes of this litigation, the Florida Department of State produced a copy of a publicly available voter file dated August 8, 2023.  As of that date, the voter file included records on 15,673,480 registered voters.

**120**    Publicly available voter files in Florida do not include a field for voter registration method.  Data on how registered voters in Florida initiate and manage their registrations are treated as confidential by the Florida Department of State.

**121**    During discovery in this litigation, the Florida Department of State produced a confidential statewide voter file that does include voter registration method.  To the best of my knowledge, this voter file has an effective month of September 2023, and I henceforth refer to it as the September 2023 voter file. See Appendix B for details on this file.[59]

**122**    During discovery in *League of Women Voters of Florida, Inc., et al. v. Laurel Lee et al.*  (4:21cv242-MW/MAF), the Florida Department of State similarly produced a confidential statewide Florida voter file that, to the best of my knowledge, has an effective date of August 2, 2021.  Henceforth I refer to this file as the August 2021 voter file. See Appendix C for details on this file.[60]

---

[58]See "Voter Extract Disk Request," *Florida Department of State*, May 15, 2023, available at `https://dos.myflorida.com/elections/data-SB-7050statistics/voter-SB-7050registration-SB-7050statistics/voter-SB-7050extract-SB-7050disk-SB-7050request` (last accessed September 12, 2023).

[59]The latest registration date in the September 2023 voter file is August 31, 2023.  The following business day is September 1, 2023, which I would surmise is the exact effective date of the September 2023 voter file.

[60]A protective order in the present litigation, issued on August 7, 2023, and signed by me on that same date, provides me with permission to use the August 2021 voter file in this case.

**123**      Florida Governor Ron DeSantis signed SB 7050 into law on May 24, 2023, with the legislation taking effect on July 1, 2023. Parallel to my earlier comments about the effect of SB 90 on 3PVRO registrations in Florida starting from when SB 90 went into effect, from July 1, 2023, onward, Florida voter registrations may reflect the provisions of SB 7050 and its restrictions on 3PVROs.  This includes the voter registrations recorded in the September 2023 voter files.  To ensure that any conclusions I draw about Florida voter registrations voter files are not confounded by SB 7050, in what follows I analyze both the August 2021 voter file (pre-SB 7050) and the September 2023 voter file (post-SB 7050).

**124**      To be clear, what I call the post-SB 7050 voter file is a statewide Florida voter file that includes *some* information on voters that was entered into the file after SB 7050 went into effect. Most of the information in what I call my post-SB 7050 voter file predates SB 7050; any Florida voter who was registered prior to July 1, 2023, and who did not update his or her registration between this date and September 2023, exemplifies a pre-SB 7050 registration that is contained in the post-SB 7050 voter file.

**125**      What I am calling a voter registration in Florida can refer to (1) a new voter registration in the state or (2) an updated voter registration. The distinction between a new registration and an updated registration is important for the following reason.

**126**      If a hypothetical eligible voter were, upon turning 18, to register with a 3PVRO, her initial voter registration would be classified in the official Florida voter file as having been facilitated by a 3PVRO. However, if the voter were, say, to move within Florida several months later and update her registration records when visiting a Department of Motor Vehicles (DMV) office in Florida, then this voter's registration method would now indicate registration via DMV.[61]

---

[61]The formal name of the Florida DMV is the "Department of Highway Safety and Motor Vehicles."  Moreover, the Florida Department of State groups together voter registrations made at county tax collectors' offices with voter registrations made at DMV offices. To keep my language simple, I refer to all of these registrations as made at DMV offices.

**127**    To the best of my understanding, the Florida Department of State does not maintain records on *new* voter registration methods (i.e., on initial voter registration methods) used by registrants in Florida. Thus, the number of registered voters in the August 2021 voter file who have a registration method of 3PVRO is a conservative (and thus underinclusive) number of registered voters who have interacted with 3PVROs in the period up to and including August 2021. Similarly, the number of registered voters in the September 2023 voter file who have a registration method of 3PVRO is a conservative (and thus underinclusive) number of registered voters who have interacted with 3PVROs in the period up to and including September 2023.

## 10.2   Characterizing 3PVRO registrations across Florida using a pre-SB 7050 voter file

**128**    Table 11 describes the distribution of voter registration methods in the August 2021 voter file. This table has two sections, one of which characterizes all registered voters in the voter file ("All") and the other of which characterizes voter registrations from January 2012 onward ("Post-January 2012"). I explain the latter section shortly.

Table 11: Voter registration methods, August 2021 voter file

| Method | All Voters | Percent | Post-January 2012 Voters | Percent |
|---|---|---|---|---|
| DMV | 5,855,333 | 38.62 | 3,080,090 | 46.11 |
| Missing | 2,604,341 | 17.18 | 508,178 | 7.61 |
| Other | 2,190,018 | 14.45 | 716,726 | 10.73 |
| Mail | 2,015,312 | 13.29 | 752,402 | 11.26 |
| Online | 1,556,352 | 10.27 | 1,060,611 | 15.88 |
| 3PVRO | 763,240 | 5.03 | 491,552 | 7.36 |
| Library | 87,041 | 0.57 | 42,091 | 0.63 |
| Public assistance agency | 66,770 | 0.44 | 25,731 | 0.39 |
| Disability agency | 20,325 | 0.13 | 1,662 | 0.02 |
| Armed forces office | 1,844 | 0.01 | 749 | 0.01 |
| Total | 15,160,576 | 100.00 | 6,679,792 | 100.00 |

**129**     There are roughly 15.1 million records in the August 2021 voter file.  Of these, the most common method of voter registration is via DMV; approximately 5.9 million registered voters used this method, consisting of 38.62 percent of all registrations in the voter file.

**130**     There are roughly 760,000 voter registrations via 3PVRO in the August 2021 voter file, approximately five percent of all voter registrations overall.  As I explain shortly, this count and associated percentage understate the extent to which voters in Florida have interacted with 3PVROs. That said, any restrictions on 3PVROs in Florida will raise the cost of voter registration, and thus the cost of voting, for hundreds of thousands of eligible Florida voters.

**131**     Approximately 2.6 million voter records in the August 2021 voter file lack registration method; these appear in Table 11 as missing.  Many of these records have registration dates prior to January 2012, which is when the Florida Department of State started maintaining records on voter registration methods.[62]  Reflecting this change, the rightmost panel in Table 11 includes post-January 2012 voter registrations only.

**132**     Post-January 2012, there were almost 500,000 voter registrations carried out by 3PVROs. The rate of 3PVRO registrations is higher than in the overall August 2021 voter file, roughly 7.36 percent versus roughly five percent.  Moreover, the missing data rate for voter registration method drops post-January 2012 to approximately 7.61 percent. As I explain shortly, the count of almost 500,000 and its associated percentage understate the extent to which voters in Florida have interacted with 3PVROs.

---

[62]Based on communications with Counsel for the Florida Secretary of State in the matter of *League of Women Voters of Florida, Inc., et al. v. Laurel Lee, et al.*

## 10.3 Characterizing 3PVRO registrations across Florida using a post-SB 7050 voter file

**133**    I now turn to the September 2023 voter file to ensure that my conclusions, immediately above, about usage of voter registrations methods in Florida are not idiosyncratic to a pre-SB 7050 voter file. To that end, Table 12 is a post-SB 7050 version of Table 11. These two tables are similar but, with a focus on post-2012 registrations, admit two key differences.

Table 12: Voter registration methods, September 2023 voter file

| Method | All Voters | Percent | Post-January 2012 Voters | Percent |
|---|---|---|---|---|
| DMV | 6,918,168 | 44.05 | 4,070,745 | 52.23 |
| Missing | 2,682,017 | 17.08 | 820,297 | 10.52 |
| Other | 1,871,128 | 11.92 | 661,883 | 8.49 |
| Mail | 1,766,895 | 11.25 | 654,079 | 8.39 |
| Online | 1,592,378 | 10.14 | 1,058,916 | 13.59 |
| 3PVRO | 730,536 | 4.65 | 470,801 | 6.04 |
| Library | 73,045 | 0.47 | 35,785 | 0.46 |
| Public assistance agency | 51,415 | 0.33 | 20,081 | 0.26 |
| Disability agency | 16,775 | 0.11 | 1,249 | 0.02 |
| Armed forces office | 1,518 | 0.01 | 624 | 0.01 |
| Total | 15,703,875 | 100.00 | 7,794,460 | 100.00 |

**134**    One, on a percentage basis, 3PVRO registrations are lower in the September 2023 voter file than in the August 2021 voter file. This is also the case for mail-based voter registrations and online voter registrations. Second, DMV voter registrations are greater on a percentage basis in the September 2023 voter file compared to the August 2021 file.

**135**    These two points aside, Table 12's general findings on the usage of Florida's nine methods of voter registration are similar to those noted earlier. According to this table, registration by 3PVRO has been used by roughly 470,000 Florida voters (this number understates the extent to which voters in Florida have interacted with 3PVROs). It thus follows that any restrictions on 3PVROs in Florida will raise the cost of voter registration, and accordingly the cost of voting, for

nearly half a million eligible Florida voters.

## 10.4   Characterizing 3PVRO registrations across Florida, by race, using a pre-SB 7050 voter file

**136**     I now disaggregate voter registration methods by race, starting first with pre-SB 7050 figures drawn from the August 2021 voter file. Table 13 contains two panels, one of which covers all registered voters in this file and the second, those registered voters in Florida whose registrations were executed post-January 2012. Each figure in the table is the percentage at which registered voters of a given race used a particular voter registration method.

**137**     In the analysis that follows, I focus attention on post-January 2012 registrations given that these registrations took place after the Florida Department of State began following its contemporary practices of tracking voter registration methods.

**138**     The lower panel in Table 13 shows that there is substantial variability in the rates at which different racial groups use the nine methods of vote registration available in Florida.

**139**     For instance, while DMV is the most common method of voter registration in Florida, this regularity does not hold for all racial groups in the state, however. According to Table 13, the most common voter registration method for registrants who are neither Black, Hispanic, nor white is online registration. While over half of white voters—almost 57 percent—have registered to vote via DMV, not even 40 percent of Black and Hispanic voters used this method of voter registration.

**140**     Turning to 3PVRO registration rates, there is substantial racial variation here as well. Approximately 15.37 percent of Black registered voters registered to vote via 3PVRO, and the comparable figure for white registered voters is approximately 2.79 percent. Therefore, Black registered voters use 3PVRO registration more than 5.5 times as often as white registered voters.[63]

---

[63]The Black to white 3PVRO ratio from the top half ("All") of Table 13 is 5.81, slightly greater than 5.5. The figure of 5.5 is a more conservative estimate of the Black-white difference in 3PVRO usage, however, because it is based on

Table 13: Race and voter registration methods, August 2021 voter file

| Method | Black | Hispanic | White | Other race |
|---|---|---|---|---|
| **All** | | | | |
| DMV | 31.59 | 31.95 | 44.39 | 20.49 |
| Missing | 18.67 | 14.35 | 18.02 | 14.36 |
| Other | 17.62 | 13.93 | 13.30 | 19.11 |
| Mail | 11.80 | 14.98 | 12.82 | 15.83 |
| Online | 7.90 | 14.04 | 8.58 | 19.13 |
| 3PVRO | 10.86 | 9.57 | 1.87 | 9.63 |
| Library | 0.62 | 0.55 | 0.54 | 0.82 |
| Public assistance agency | 0.86 | 0.59 | 0.30 | 0.51 |
| Disability agency | 0.09 | 0.03 | 0.18 | 0.09 |
| Armed forces office | 0.01 | 0.01 | 0.01 | 0.04 |
| **Post-January 2012** | | | | |
| DMV | 37.43 | 36.32 | 56.93 | 20.87 |
| Missing | 9.02 | 7.48 | 7.41 | 7.23 |
| Other | 13.38 | 11.43 | 8.49 | 17.50 |
| Mail | 10.26 | 12.90 | 10.25 | 14.34 |
| Online | 13.05 | 19.33 | 13.29 | 25.40 |
| 3PVRO | 15.37 | 11.33 | 2.79 | 13.39 |
| Library | 0.70 | 0.62 | 0.58 | 0.82 |
| Public assistance agency | 0.75 | 0.57 | 0.23 | 0.40 |
| Disability agency | 0.04 | 0.03 | 0.02 | 0.03 |
| Armed forces office | 0.01 | 0.01 | 0.01 | 0.04 |

**141**     Table 13 also shows that Hispanic voters use registration by 3PVRO (11.33 percent) more often than white voters (2.79 percent). The ratio of 11.33 to 2.79 is approximately 4.06, implying that Hispanic registered voters use 3PVRO registrations more than four times as often as white registered voters.

**142**     These results showing relatively heavy 3PVRO usage by Black and Hispanic voters are statewide. However, given the nature of election administration in Florida, where county Supervisors of Elections administer registration and voting in their jurisdictions, it is important to ensure that the above results do not reflect an outsized effect of a small number of counties in Florida. With this in mind, Table 14 disaggregates voter registrations rates by both race and by county. There are 67 rows in this table, each containing 3PVRO registration percentages of four

post-January 2012 voter registrations.

race groups: Black, Hispanic, white, and other race. Counties are sorted in descending order by number of post-January 2012 registered voters.

**143**     Consider Miami-Dade County, appearing in the top row of the table. In this county, 24.37 percent of all Black voter registrations in the August 2021 voter file (post-January 2012) were facilitated by 3PVROs, 13.33 percent of all Hispanic voter registrations in the August 2021 voter file (post-January 2012) were facilitated by 3PVROs, and 5.18 percent of all white voter registrations in the August 2021 voter file (post-January 2012) were facilitated by 3PVROs.

**144**     In Table 14, 62 of 67 Florida counties have Black 3PVRO registration rates greater than white 3PVRO registration rates. This means that my earlier conclusion—that Black 3PVRO registration rates exceed white 3PVRO registration rates—characterizes almost the entirety of Florida. In the August 2021 voter file, four of the five counties with white 3PVRO registration rates greater than Black 3PVRO registration rates—Gilchrist, Dixie, Glades, and Union—have Black 3PVRO registration rates of zero.

**145**     Similarly, 52 of 67 Florida counties have Hispanic 3PVRO registration rates greater than white 3PVRO registration rates. Of the complementary 15 counties, nine have Hispanic 3PVRO registration rates of zero.

**146**     Overall, Table 14 shows that 3PVRO registration in Florida is, almost throughout the entirety of Florida, disproportionately used by minority voters.

**147**     In some counties in Florida, the Black-white gap in 3PVRO registration rates is particularly substantial. For example, in Miami-Dade County, which I have already noted is listed first in Table 14 on account of its having the most registered voters as of August 2021 among Florida's 67 counties, Black registered voters in Miami-Dade have used 3PVRO registration 4.7 times as often as white registered voters. In Broward County, the Black-white gap is slightly

Table 14: Percent 3PVRO registration by race and county among post-January 2012 registrations, August 2021 voter file

| County | Black | Hispanic | White | Other race |
|---|---|---|---|---|
| Miami-Dade | 24.37 | 13.33 | 5.18 | 27.42 |
| Broward | 15.03 | 7.24 | 3.90 | 23.45 |
| Hillsborough | 15.49 | 9.28 | 3.73 | 18.13 |
| Orange | 16.08 | 17.47 | 4.24 | 17.41 |
| Palm Beach | 13.97 | 9.41 | 3.30 | 15.04 |
| Pinellas | 15.20 | 5.56 | 3.31 | 11.44 |
| Lee | 6.17 | 3.00 | 1.39 | 5.05 |
| Duval | 19.77 | 6.94 | 4.10 | 38.94 |
| Polk | 10.04 | 11.40 | 2.39 | 12.54 |
| Brevard | 8.56 | 4.91 | 2.95 | 8.21 |
| Volusia | 21.21 | 16.99 | 4.77 | 22.96 |
| Pasco | 5.64 | 4.79 | 1.42 | 3.50 |
| Sarasota | 10.15 | 3.99 | 1.42 | 3.06 |
| Osceola | 12.13 | 25.42 | 3.45 | 10.59 |
| Collier | 10.19 | 3.80 | 0.83 | 7.45 |
| Seminole | 16.89 | 15.16 | 5.87 | 10.83 |
| Manatee | 14.38 | 8.03 | 2.29 | 9.68 |
| Lake | 5.17 | 7.42 | 1.60 | 4.93 |
| Marion | 6.90 | 3.96 | 1.62 | 9.06 |
| St. Lucie | 8.98 | 3.02 | 1.42 | 17.36 |
| Escambia | 17.22 | 3.42 | 1.94 | 27.71 |
| St. Johns | 9.00 | 3.28 | 1.59 | 5.06 |
| Leon | 29.26 | 18.46 | 8.97 | 72.29 |
| Alachua | 19.28 | 10.61 | 6.31 | 19.07 |
| Okaloosa | 5.45 | 2.11 | 0.98 | 4.32 |
| Charlotte | 3.44 | 1.99 | 0.50 | 2.06 |
| Santa Rosa | 3.04 | 1.45 | 1.10 | 1.81 |
| Clay | 4.05 | 2.61 | 1.41 | 5.09 |
| Bay | 5.88 | 4.36 | 2.06 | 5.65 |
| Hernando | 3.24 | 2.80 | 1.85 | 2.18 |
| Sumter | 6.83 | 3.11 | 0.54 | 2.86 |
| Indian River | 11.69 | 4.75 | 1.58 | 10.81 |
| Citrus | 3.26 | 1.83 | 2.03 | 1.33 |
| Flagler | 4.22 | 2.32 | 1.34 | 4.08 |
| Martin | 8.05 | 3.03 | 1.03 | 4.39 |
| Nassau | 5.38 | 2.13 | 0.88 | 4.86 |
| Walton | 5.54 | 1.96 | 1.15 | 2.48 |
| Monroe | 4.15 | 2.04 | 0.92 | 2.27 |
| Highlands | 7.77 | 4.05 | 1.60 | 9.59 |
| Putnam | 10.63 | 6.18 | 2.14 | 25.79 |
| Columbia | 8.19 | 3.51 | 3.53 | 17.21 |
| Levy | 5.51 | 0.92 | 0.78 | 8.03 |
| Suwannee | 3.77 | 2.45 | 0.85 | 5.47 |
| Gadsden | 1.74 | 0.57 | 0.22 | 14.24 |
| Okeechobee | 3.32 | 1.32 | 1.38 | 2.60 |
| Jackson | 7.27 | 2.87 | 1.66 | 20.39 |
| Hendry | 2.57 | 2.14 | 0.50 | 4.00 |
| Wakulla | 12.73 | 4.08 | 1.72 | 16.11 |
| DeSoto | 1.11 | 0.14 | 0.06 | 2.49 |
| Baker | 5.32 | 0.78 | 0.64 | 8.52 |
| Washington | 3.40 | 0.00 | 2.03 | 6.09 |
| Bradford | 12.17 | 5.65 | 1.57 | 25.58 |
| Hardee | 0.33 | 0.06 | 0.08 | 0.26 |
| Gulf | 14.85 | 0.00 | 0.59 | 24.26 |
| Taylor | 9.75 | 0.00 | 2.40 | 21.43 |
| Gilchrist | 0.00 | 0.00 | 0.03 | 0.00 |
| Holmes | 13.56 | 9.43 | 12.77 | 8.99 |
| Dixie | 0.00 | 0.00 | 0.13 | 0.00 |
| Madison | 16.98 | 4.63 | 2.64 | 62.01 |
| Franklin | 0.50 | 0.00 | 0.03 | 0.82 |
| Glades | 0.00 | 0.00 | 0.04 | 0.00 |
| Jefferson | 19.78 | 9.33 | 2.28 | 98.19 |
| Union | 0.00 | 0.00 | 0.05 | 0.00 |
| Calhoun | 2.23 | 0.00 | 0.10 | 2.58 |
| Hamilton | 3.44 | 2.70 | 0.95 | 19.42 |
| Liberty | 1.50 | 4.65 | 0.98 | 3.39 |
| Lafayette | 1.43 | 1.96 | 2.88 | 2.04 |

smaller but similar: Black registered voters in Broward County have used 3PVRO registration 3.9 times as often as white registered voters.

**148**      At the county level, the extent of the Black-white gap in 3PVRO usage is visualized in Figure 2. This figure, continuing to use post-January 2012 voter registrations, plots white and Black 3PVRO rates against each other. Each point in the figure denotes a single county in Florida, and counties with at least 80,000 registered voters are labeled.

**149**      Figure 2 includes a gray 45-degree line. Points that lie *above* the line connote counties that had white 3PVRO registration rates greater than Black rates. In contrast, points that lie *below* the line connote counties that had Black 3PVRO registration rates greater than white rates. Points that lie *on* the line connote counties that had equal white and Black 3PVRO registration rates.

**150**      There is a single, small point in the figure clearly above the 45-degree line (this denotes Lafayette County) and four points above the line but barely so. These latter four, which have Black 3PVRO registration rates of zero, have white 3PVRO registration rates that are also almost zero. These four points, representing Dixie, Gilchrist, Glades, and Union Counties, are very close to coincidental in Figure 2. There is very little 3PVRO voter registration activity in Dixie, Gilchrist, Glades, and Union Counties.

**151**      The points in Figure 2 are sized proportionally to the total number of registered voters in a county with registration dates post-January 2012. Less populous counties are thus associated with smaller points and more populous counties with larger points. The only points in Figure 2 close to the pictured 45-degree line are small. Therefore, among populous counties in Florida, where, by definition, most of Florida's population resides, Black 3PVRO registration rates are greater than white 3PVRO registration rates, sometimes by a factor of four or more. Indeed, this relationship holds in all but the least populated counties in Florida (including the one point above the 45-degree line, which is small, reflecting the fact that Lafayette County had roughly 1,300 total registered

Figure 2: Black and white 3PVRO rates by county, August 2021 voter file



*Note: uses post-January 2012 registrations from the August 2021 voter file; each point denotes one county; points are sized proportionally to registered voters; and counties with at least 80,000 registered voters are labeled.*

voters in the August 2021 voter file).

**152**     I carried out my analysis of 3PVRO registration rates at the county level to ensure that my statewide results about these rates—that Black and Hispanic registered voters are disproportionate users of registration via 3PVRO compared to white voters—were not a function of select few numbers of Florida counties. I have shown that they are not. Across almost the entirety of Florida,

Black and Hispanic voters use 3PVROs more than do white voters. This is particularly true with respect to Black voters.

## 10.5   Characterizing 3PVRO registrations across Florida, by race, using a post-SB 7050 voter file

**153**     I now present two tables and one figure based on disaggregating counts of voter registration methods by race using the September 2023 voter file. These tables and figure rely on data that are post-SB 7050, whereas my earlier my earlier two tables and figure use pre-SB 7050 data. A key point of this analysis is to ensure that my results above are not idiosyncratic to the August 2021 voter file.

**154**     Consider first Table 15, which breaks down voter registration methods by race. Focusing as before on post-January 2012 registrations, the Black 3PVRO registration rate is roughly 12.84 percent. This means that, of all post-January 2012 voter registrations in the September 2023 voter files that are associated with Black registered voters, 12.84 percent of them were carried out using a 3PVRO. The comparable figure for white voters is 1.97 percent. Therefore, according to the September 2023 voter file, Black voters across Florida used 3PVRO registration roughly 6.5 times as often as white voters (this is based on the ratio of 12.84 percent to 1.97 percent). And according to this same file, Hispanic voters across Florida used 3PVRO registration more than five times as often as white voters (this is based on the ratio of 10.3 percent to 1.97 percent).

**155**     Qualitatively, the numbers in Table 15 are similar to the numbers in the earlier Table 13, which broke down voter registrations from the pre-SB 7050 Florida voter file (August 2021) by race and method of registration. However, and continuing to focus on post-January 2012 voter registrations, 3PVRO registration rates in the post-SB 7050 voter file are lower than those in the pre-SB 7050 file. This point about magnitudes notwithstanding, patterns based on comparing rates of methods of registration (i.e., voter registration by DMV is the most popular method of

Table 15: Race and voter registration methods, September 2023 voter file

| Method | Black | Hispanic | White | Other race |
|---|---|---|---|---|
| **All** | | | | |
| DMV | 36.33 | 37.42 | 50.05 | 25.95 |
| Missing | 20.25 | 16.29 | 16.73 | 16.16 |
| Other | 14.61 | 11.09 | 10.96 | 16.60 |
| Mail | 10.06 | 11.69 | 11.09 | 13.51 |
| Online | 7.41 | 13.18 | 8.81 | 18.18 |
| 3PVRO | 10.13 | 9.44 | 1.54 | 8.43 |
| Library | 0.51 | 0.43 | 0.44 | 0.68 |
| Public assistance agency | 0.63 | 0.42 | 0.22 | 0.39 |
| Disability agency | 0.07 | 0.02 | 0.14 | 0.07 |
| Armed forces office | 0.01 | 0.01 | 0.01 | 0.03 |
| **Post-January 2012** | | | | |
| DMV | 43.51 | 42.41 | 62.52 | 27.55 |
| Missing | 13.34 | 11.47 | 9.47 | 10.93 |
| Other | 10.59 | 8.94 | 6.62 | 15.07 |
| Mail | 7.83 | 9.40 | 7.51 | 11.73 |
| Online | 10.82 | 16.63 | 11.34 | 22.67 |
| 3PVRO | 12.84 | 10.30 | 1.97 | 11.05 |
| Library | 0.53 | 0.45 | 0.41 | 0.66 |
| Public assistance agency | 0.51 | 0.38 | 0.15 | 0.29 |
| Disability agency | 0.03 | 0.02 | 0.01 | 0.02 |
| Armed forces office | 0.01 | 0.00 | 0.01 | 0.03 |

registration in Florida and is even more popular among white voters) are roughly the same in Table 13 as in Table 15.

**156** Table 16 breaks down post-SB 7050 3PVRO registration rates by race and county. This table's implications are qualitatively identical to those of its earlier, pre-SB 7050 version.

**157** Namely, in Miami-Dade County, the Black 3PVRO registration rate of 21.09 percent is roughly 5.4 times as large as the white 3PVRO registration rate of 3.87; in Broward County, the second most populous county in Florida based on total number of post-2012 voter registrations, the Black 3PVRO registration rate of 12.96 percent is roughly 4.38 times as large as the white 3PVRO registration rate of 2.96; and in Hillsborough County, the third most populous county, comparable figures are 11.78 percent (Black registered voters) and 2.42 percent (white registered

Table 16: Percent 3PVRO registration by race and county among post-January 2012 registrations, September 2023 voter file

| County | Black | Hispanic | White | Other race |
|---|---|---|---|---|
| Miami-Dade | 21.09 | 12.93 | 3.87 | 24.40 |
| Broward | 12.96 | 6.57 | 2.96 | 21.27 |
| Hillsborough | 11.78 | 8.52 | 2.42 | 14.35 |
| Palm Beach | 13.03 | 7.48 | 2.49 | 15.19 |
| Orange | 14.71 | 17.54 | 3.12 | 16.64 |
| Pinellas | 12.36 | 3.91 | 2.24 | 9.28 |
| Lee | 5.51 | 2.04 | 0.96 | 4.71 |
| Duval | 16.06 | 4.99 | 3.00 | 31.95 |
| Polk | 7.48 | 11.88 | 1.68 | 10.54 |
| Brevard | 6.12 | 3.31 | 1.93 | 6.00 |
| Pasco | 3.65 | 3.48 | 2.38 | 2.42 |
| Volusia | 14.28 | 10.94 | 3.13 | 15.90 |
| Sarasota | 7.01 | 2.53 | 0.96 | 2.32 |
| Osceola | 10.55 | 24.57 | 2.92 | 9.92 |
| Collier | 6.95 | 2.52 | 0.62 | 5.06 |
| Manatee | 10.69 | 6.08 | 1.56 | 6.87 |
| Seminole | 13.67 | 12.80 | 4.12 | 9.98 |
| Lake | 3.78 | 5.24 | 1.14 | 3.97 |
| Marion | 4.83 | 2.70 | 1.05 | 6.54 |
| St. Lucie | 5.76 | 2.07 | 0.97 | 12.47 |
| St. Johns | 6.90 | 2.39 | 1.43 | 3.71 |
| Escambia | 20.88 | 3.03 | 1.82 | 35.52 |
| Leon | 27.24 | 15.46 | 6.61 | 67.38 |
| Okaloosa | 6.49 | 2.12 | 0.97 | 5.37 |
| Charlotte | 2.31 | 1.36 | 0.31 | 1.41 |
| Alachua | 13.78 | 7.54 | 4.28 | 14.05 |
| Santa Rosa | 3.81 | 1.43 | 1.17 | 2.37 |
| Clay | 3.12 | 1.86 | 0.95 | 4.15 |
| Sumter | 4.24 | 2.09 | 0.38 | 1.40 |
| Hernando | 1.89 | 2.04 | 1.11 | 1.31 |
| Bay | 3.91 | 2.76 | 1.31 | 3.98 |
| Indian River | 8.12 | 3.49 | 1.29 | 7.58 |
| Citrus | 2.35 | 1.48 | 1.33 | 1.02 |
| Flagler | 2.94 | 1.63 | 0.89 | 3.00 |
| Martin | 5.89 | 2.44 | 0.75 | 3.20 |
| Nassau | 3.68 | 1.56 | 0.56 | 3.62 |
| Walton | 3.66 | 1.35 | 0.74 | 1.81 |
| Highlands | 5.48 | 2.65 | 1.02 | 7.02 |
| Monroe | 3.27 | 1.36 | 0.53 | 1.80 |
| Putnam | 7.95 | 4.25 | 1.61 | 19.39 |
| Columbia | 6.75 | 3.68 | 3.26 | 13.99 |
| Levy | 3.59 | 1.44 | 0.59 | 5.08 |
| Suwannee | 3.56 | 1.91 | 0.75 | 5.44 |
| Okeechobee | 2.86 | 0.93 | 1.22 | 2.35 |
| Jackson | 6.07 | 2.24 | 1.09 | 16.37 |
| Hendry | 1.87 | 1.32 | 0.27 | 2.65 |
| Wakulla | 9.34 | 1.92 | 1.01 | 13.91 |
| Gadsden | 0.74 | 0.52 | 0.10 | 6.04 |
| DeSoto | 0.72 | 0.06 | 0.02 | 1.55 |
| Baker | 3.16 | 0.56 | 0.31 | 5.37 |
| Washington | 2.28 | 0.00 | 1.37 | 3.82 |
| Bradford | 10.52 | 4.09 | 1.16 | 21.26 |
| Hardee | 0.27 | 0.05 | 0.03 | 0.26 |
| Gulf | 10.74 | 0.00 | 0.62 | 18.40 |
| Holmes | 9.77 | 5.88 | 7.45 | 6.95 |
| Taylor | 7.59 | 1.47 | 1.77 | 18.44 |
| Gilchrist | 0.00 | 0.00 | 0.00 | 0.00 |
| Dixie | 0.00 | 0.00 | 0.08 | 0.00 |
| Franklin | 0.51 | 0.00 | 0.06 | 0.76 |
| Madison | 11.49 | 3.45 | 1.62 | 43.70 |
| Glades | 0.56 | 0.90 | 0.04 | 0.41 |
| Jefferson | 21.58 | 6.80 | 1.71 | 111.05 |
| Hamilton | 3.94 | 2.96 | 1.09 | 21.49 |
| Calhoun | 3.85 | 0.00 | 0.09 | 4.09 |
| Union | 0.00 | 0.00 | 0.04 | 0.00 |
| Liberty | 1.43 | 1.96 | 0.70 | 2.74 |
| Lafayette | 3.41 | 7.26 | 5.30 | 5.08 |

voters), yielding a ratio of 4.87.

Figure 3: Black and white 3PVRO rates by race, September 2023 voter file



*Note: uses post-January 2012 registrations from the September 2023 voter file; each point denotes one county; points are sized proportionally to registered voters; and counties with at least 80,000 registered voters are labeled.*

**158**   Figure 3 displays rates of 3PVRO usage by race and county using the September 2023 voter file.  This figure is qualitatively identical to the earlier Figure 2 that uses pre-SB 7050 August 2021 voter file.  Once again, among populous counties in Florida, where by definition most of Florida's population resides, Black 3PVRO registration rates are greater than white

3PVRO registration rates, sometimes by a factor of four or more. Indeed, this relationship holds in all but the least populated counties in Florida.

## 10.6    Multivariate regression analysis of 3PVRO usage

**159**     I have shown using two voter files produced by the Florida Department of State that, among other things, Black and Hispanic registered voters in Florida are relatively heavy users of 3PVROs, often using this registration method four or five times as frequently as white voters. To ensure that my findings about race and 3PVRO usage are not confounded by a factor such as age— for example, perhaps younger voters are heavy users of 3PVROs and perhaps Black voters tend to be younger than white voters—and to estimate the *marginal effect* of race on voter registration via 3PVRO, I turn to a multivariate regression analysis of 3PVRO usage.

### 10.6.1    Analysis using linear probability models

**160**     Drawing on the August 2021 voter file, and similarly for the September 2023 voter file, I consider all registered voters in Florida whose voter registrations took place post-January 2012. For these individuals, I create a binary indicator variable that is one if the individual registered to vote using the services of a 3PVRO and zero otherwise (this indicator is binary because it takes on two different values). I regress the indicator on voter race, age, gender, and party affiliation, all variables that appear in Florida voter files. In my regressions, these four variables are called *independent* variables, reflecting the fact that they are used to explain the regresion's *dependent* variable, which is the indicator for whether a voter registered to vote using a 3PVRO.

**161**     My independent variables of race, age, gender, and party are categorical, e.g., a voter's race is one of either Black, Hispanic, white or other. In my regressions, a four-category variable, like race, appears three times, reflecting the fact that a regression that includes a four-category variable must designate a withheld—or base— category.[64]   The choice of a base category in a

---

[64]This is true unless the regression does not have an intercept, which is not a common situation.

regression is without loss of generality and thus has no implications for the regression's findings.

**162** Beyond the matter of race, the base category for my age variable is age between 18 and 30; the base category for gender is female; and the base category for party affiliation is Democratic.

**163** My regressions include county fixed effects (because Florida's counties may vary in ways that affect how voters choose registration methods), and the regressions' robust standard errors are clustered at the county level (because there may be within-county correlation in whether voters registered using 3PVROs).

**164** As I wrote above, my regressions' dependent variable is binary—taking on the value of one if a voter registered with a 3PVRO and zero otherwise. Regressions with binary dependent variables are called linear probability models, and results of estimating two linear probability models appear in Table 17. The leftmost column (1) of the table uses data from the August 2021 voter file and rightmost column (2), the September 2023 voter file.[65]

**165** The estimates in both columns of Table 17 are qualitatively identical.[66]

**166** With respect to race, the two Black estimates in Table 17 are statistically significant at conventional confidence levels, and their values are roughly 0.09. This is a conservative description insofar as the rounded Blacks estimate from column (1) of the table is actually 0.1. That aside, an estimate of 0.09 from a linear probability model translates into a finding that Black voters are nine percentage points more likely to use to a 3PVRO for voter registration than are white voters, all

---

[65]Regression results in Table 17 drop individuals whose registration data—in particular birth date—are for confidentiality reasons not included in Florida voter files, even in confidential voter files produced by the Florida Department of State for the purposes of this litigation and produced by the Florida Department of State during discovery in *League of Women Voters of Florida, Inc., et al. v. Laurel Lee et al.* See "Voter Information as a Public Record," *Florida Department of State*, September 13, 2023, available at `https://dos.myflorida.com/elections/for-SB~7050voters/voter-SB~7050registration/voter-SB~7050information-SB~7050as-SB~7050a-SB~7050public-SB~7050record/` (last accessed October 9, 2023)..

[66]The majority of the standard errors in Table 17 are, when rounded, less than 0.0005. These are reported in the table as "0.000" even though they are strictly positive.

Table 17: Linear regression analysis of 3PVRO usage

|  | August 2021 voter file | September 2023 voter file |
|---|---|---|
|  | (1) | (2) |
| Black | 0.097*** | 0.086*** |
|  | (0.000) | (0.000) |
| Hispanic | 0.053*** | 0.055*** |
|  | (0.000) | (0.000) |
| Other race | 0.065*** | 0.056*** |
|  | (0.000) | (0.000) |
| Age 31-39 | −0.037*** | −0.022*** |
|  | (0.000) | (0.000) |
| Age 41-49 | −0.034*** | −0.019*** |
|  | (0.000) | (0.000) |
| Age 51-59 | −0.024*** | −0.009*** |
|  | (0.000) | (0.000) |
| Age 61-69 | −0.021*** | −0.002*** |
|  | (0.000) | (0.000) |
| Age 71-79 | −0.018*** | 0.003*** |
|  | (0.000) | (0.000) |
| Age 81-89 | −0.020*** | 0.004*** |
|  | (0.000) | (0.000) |
| Age 91-100 | −0.030*** | −0.009*** |
|  | (0.000) | (0.000) |
| Male | 0.004*** | 0.002*** |
|  | (0.000) | (0.000) |
| Other gender | 0.099*** | 0.097*** |
|  | (0.000) | (0.000) |
| NPA | −0.012*** | −0.013*** |
|  | (0.000) | (0.000) |
| Other party | −0.063*** | −0.054*** |
|  | (0.000) | (0.000) |
| Republican | −0.018*** | −0.015*** |
|  | (0.000) | (0.000) |
| Constant | 0.090 | 0.056 |
|  | (0.046) | (0.057) |
| Observations | 6,666,507 | 7,775,698 |

*Note:*      *p<0.01; **p<0.001; ***p<0.0001
County fixed effects not displayed;
robust standard errors clustered by county.

things equal.  Given that the rate of 3PVRO usage based on the August 2021 voter file is roughly seven percent (see Table 11), this is a substantial result.  It is an even more substantial result in comparison to the rate of 3PVRO usage based on the September 2023, roughly six percent (see Table 12).

**167**     The Hispanic estimates in Table 17 are roughly 0.05 and statistically significant, translating to a finding that Hispanic voters are roughly five percentage points more likely than white voters to register to vote using a 3PVRO, all things equal.  Voters of other race groups are roughly six percentage points more likely to register to vote via a 3PVRO than white voters, all things equal.

**168**     Beyond race, the other variables in Table 17 appear in my regression models as controls. These are important for reasons I explained earlier: they ensure that what I identify as a race effect is not an artifact of the hypothetical possibility that, say, Black voters register to vote via 3PVRO and are also relatively young.  That said, the implications of the estimates associated with Table 17's control variables are as follows.  Younger voters are disproportionately likely to register to vote via 3PVRO, all things equal; men and individuals of unknown gender behave similarly, all things equal; and individuals who affiliate with the Democratic party are disproportionately likely to register via 3PVRO, all things equal.

**169**     Drawing on a series of tables that broke down voter registration by method and race, I earlier noted that voter registration via 3PVRO is disproportionately used by minority voters in Florida.  My linear probability model results in Table 17 yield the same conclusion.  This result is stronger, though.  Even controlling for voter age, gender, and party affiliation, both Black and Hispanic registered voters in Florida are more likely to have used registration via 3PVRO than white voters, all things equal.

### 10.6.2   Analysis using logistic regression

**170**      As a robustness check on my linear probability results, I now estimate two logistic regressions, one based on the August 2021 voter file and one based on the September 2023 voter file. A logistic regression is different than a linear probability model in two notable ways. First, given its functional form, a logistic regression explicitly incorporates the fact that its dependent variable is binary. Second, the estimates from a logistic regression are not directly interpretable as probabilities in the way that estimates from a linear probability model are. Rather, supplementary calculations based on the output of a logistic regression are required to estimate marginal effects based on the regression's independent variables.

**171**      Appendix D contains a table of logistic regression estimates from my two models, one using the August 2021 voter file and the other, based on the September 2023 voter file. Race-based marginal effects from these models are reported in Table 18, and these estimates all reflect the use of white as a base category.[67]

Table 18: Race-based marginal effects from logistic regression analysis of 3PVRO registration

| Race | Estimate | Standard error |
|------|----------|----------------|
| **August 2021 voter file** | | |
| Black | 0.0866 | (0.000373) |
| Hispanic | 0.0543 | (0.000265) |
| Other race | 0.0630 | (0.000351) |
| **September 2023 voter file** | | |
| Black | 0.0807 | (0.000328) |
| Hispanic | 0.0572 | (0.000235) |
| Other race | 0.0575 | (0.000309) |

**172**      The marginal effects in Table 18 are changes in probabilities compared to white voters. For example, using my logistic regression based on the August 2021 voter file, I find that a Black registered voter is approximately nine percentage points more likely to have used a 3PVRO for registration than a white voter, all things equal.   For a Hispanic voter, the corresponding

---

[67]Regression results in Table 23 drop individuals whose registration data are confidential. See fn. 65.

percentage point estate is five.  And for a voter whose race is neither Black, Hispanic, nor white, the corresponding percentage point estate is six.  All of these marginal effects are statistically significant at conventional confidence levels, as evidenced by the standard errors that appear in Table 18.

**173**     The lower panel of Table 18 contains estimates of marginal effects that are qualitatively identical to those in the upper panel (eight percentage points, six percentage points, and six percentage points for Black, Hispanic, and Other race voters, respectively).  And all of these marginal effects are statistically significant at conventional confidence levels and qualitatively identical to the marginal effects based on the two linear probability models, whose estimates appear in Table 17.

**174**     Therefore, based on two forms of regression models as applied to two Florida voter files, I conclude that Black registered voters were approximately eight to nine percentage points more likely to have used a 3PVRO for registration than white voters, all things equal; that Hispanic registered voters were approximately five to six percentage points more likely to have used a 3PVRO for registration than white voters, all things equal; and that voters of other race groups were approximately six to seven percentage points more likely to have used a 3PVRO for registration than white voters, all things equal.

## 11    Counts of 3PVRO registrations are conservative

**175**     Previously in this report, I have written that the counts of 3PVRO voter registrations I identified in the August 2021 and the September 2023 confidential voter files, produced by the Florida Department of State, are conservative, i.e., represent undercounts of true numbers of 3PVRO voter registrations carried out in Florida.  I now provide additional details on this matter. After that, I show that what I have characterized as Black-white and Hispanic-white differences in 3PVRO usage are also conservative, meaning that actual Black-white and Hispanic-white

differences in 3PVRO usage are greater than they appear based on the August 2021 and September 2023 voter files.

## 11.1    Initial voter registration method versus most recent voter registration method

**176**      The key reason that counts of 3PVRO registrations based on statewide voter files are conservative (and thus underinclusive) is that Florida voter files list only the *most recent* method of voter registration that a voter has used. They do not record multiple instances of voter registrations if a voter, hypothetically, registers to vote, updates her registration after moving, and then updates her name based on marriage.

**177**      If, say, a voter were to initially register via 3PVRO and then two months later move within Florida, updating her voter registration at a DMV office, her post-move voter registration record at the Florida Department of State would list registration via DMV. While accurate, this would disguise the fact that the voter had within two months executed two voter registrations, one via 3PVRO (pre-move) and one via DMV (post-move).

**178**      The matter of voter registration updates, as distinct from new voter registrations, is far from a trivial issue.   Restricting attention, as I have done before, to voter registrations post-January 2012, I say that a registered voter in Florida has an updated voter registration as of September 2023 if (1) this voter appears in the August 2021 voter file, (2) appears in the September 2023 voter file, and (3) either the voter's name, race, gender, party affiliation, residential address, or mailing address changed between August 2021 and September 2023.  Any voter who has an updated voter registration represents (at least) two voter registrations.  Putting aside voters whose records are confidential (since their names are not in the voter file), I find 6,283,748 total voters of whom 1,925,545 have updated registrations.  I also find 539,119 voters

who had at least two registration updates, and 123,352 with three registration updates.[68] In other words, there are hundreds of thousands of voter registrations in Florida that are beyond new voter registrations.

**179** Table 19, which is based on the voters who appear in both the August 2021 and September 2023 voter file (restricting attention, as noted earlier, to registrations post-January 2012), details why registration updates are consequential for my report's counts of 3PVRO voter registrations. To construct Table 19, I identified each voter's method of registration in August 2021 and the voter's method of registration in September 2023. Then, for each August 2021 voter registration method, I calculated the percentage of registrations that in September 2023 were via 3PVRO, were conducted at a DMV office, and so forth. These percentages appear in Table 19. This table does not incorporate two types of voter registration methods—those carried out at an office for individuals with disabilities or at an office of the armed force—because they are used so infrequently in Florida.

Table 19: 2021 and 2023 registration methods for voters registered in both years

| | 2023 method | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2021 method | 3PVRO | DMV | Library | Mail | Online | Other | Public assistance agency | Total |
| 3PVRO | 85.26 | 11.00 | 0.04 | 0.69 | 2.01 | 0.97 | 0.04 | 411,401 |
| DMV | 0.79 | 95.01 | 0.03 | 0.91 | 2.41 | 0.82 | 0.03 | 2,692,372 |
| Library | 1.38 | 11.03 | 83.37 | 1.06 | 2.11 | 1.03 | 0.02 | 36,748 |
| Mail | 1.50 | 12.07 | 0.03 | 82.74 | 2.75 | 0.89 | 0.02 | 666,953 |
| Online | 1.10 | 15.07 | 0.03 | 0.72 | 82.25 | 0.81 | 0.02 | 953,532 |
| Other | 1.42 | 11.60 | 0.04 | 0.84 | 2.20 | 83.88 | 0.03 | 631,807 |
| Public assistance agency | 2.85 | 12.50 | 0.04 | 0.76 | 2.07 | 0.96 | 80.83 | 20,920 |

**180** The top row of Table 19 is based on the 411,401 registered voters who appear in both the August 2021 and September 2023 voter files *and* who are listed as having registered via 3PVRO in 2021. Of these registered voters, roughly 85 percent are listed in the September 2023 voter file as having registered via 3PVRO, and roughly 11 percent of the individuals are listed in the September 2023 voter file as having registered via DMV. Similarly, of the 20,920 voters who as of August 2021 were registered to vote via a public assistance agency, roughly 2.85 percent were

[68] Among other things, I cannot determine if registered voters with confidential records had name changes between August 2021 and September 2023. These voters' names do not appear in voter files in the first place. See fn. 65.

listed as having registered via 3PVRO as of September 2023.  Other percentages in Table 19 are interpreted similarly.

**181**    A key implication of Table 19 is that the September 2023 voter file is *missing* roughly 15 percent (that is, 100 percent minus roughly 85 percent) of the 3PVRO registrations that are documented in the August 2021 voter file.[69] The September 2023 voter file is also missing roughly five percent of the DMV voter registrations that were documented in the August 2021 voter file.

**182**    It is not only the case that the September 2023 voter file is missing instances of voter registrations that were replaced between August 2021 and September 2023.  Rather, the August 2021 voter file is missing the 3PVRO voter registrations that took place before August 2021 and subsequently were replaced, also before August 2021, when a voter updated his or her voter registration but did not do this via a 3PVRO. I do not have a pre-August 2021 confidential voter file that contains voter registration methods (to the best of my understanding, one does not exist), and thus I cannot document how many voter registrations via 3PVRO are missing from my August 2021 file.

**183**    Even if a voter is listed as having registered via 3PVRO in August 2021 and in September 2023, this could represent two distinct voter registrations.

**184**    The sort of missingness I have described here leads to undercounting and affects not just counts of 3PVRO voter registrations but counts of other voter registration methods as well.  That said, missingness in counts of DMV voter registrations is not as severe as missingness in counts of voter registrations via 3PVRO, and this is because 95 percent of voter registrations listed as being via DMV as of August 2021 were also listed as being via DMV as of September 2023.

---

[69]It is also missing the 3PVRO voter registrations of individuals who are listed as having registered to vote via 3PVRO in the August 2021 voter file but were not registered voters as of September 2023. These latter individuals do not appear at all in the September 2023 file.

## 11.2    Estimating the extent of differences in race-based 3PVRO registration rates using the August 2021 and September 2023 voter files

**185**      Table 19 and my discussion of missingness together explain why counts of 3PVRO registrations that draw from statewide voter files are conservative and are underinclusive. Table 19 can also be used to show that my characterizations of Black-white and Hispanic-white differences in 3PVRO registration rates that draw on voter files are conservative, and I turn to this matter now.

**186**      The intuition for my conclusion that characterizations of Black-white and Hispanic-white differences in 3PVRO registration rates that draw on voter files are conservative is as follows.  I know from Florida Department of State data on new voter registrations that Black voters use 3PVRO registration more often than white voters (and similarly for Hispanic voters). This establishes what I call a Black-white gap in new voter 3PVRO registration rates (and similarly, it establishes a Hispanic-white gap).  Over time, as Black voters update their voter registration records due to moving, name changes, and the like, their initial 3PVRO voter registrations get replaced by non-3PVRO registrations; this was shown in Table 19.  This type of replacement happens less often to white voters because they used 3PVRO registration less frequently in the first place. The end result is that, in any voter file, the observed Black-white gap in 3PVRO registration rates is conservative (and similarly, the observed Hispanic-white gap in 3PVRO registration rates is conservative).

**187**      Intuition aside, I now turn to calculations that show that extent to which Black-white (and Hispanic-white) gaps in 3PVRO voter registration rates based on voter files are conservative.

**188**      The percentages in Table 19 constitute what is called a *transition matrix*.  The matrix in the table—seven rows and seven columns—describes how recorded voter registration methods transitioned from 2021 to 2023 (in particular, from August 2021 to September 2023).  Looking at the first row in the table, for example, it follows that a voter who registered via 3PVRO at one time

has an 85 percent chance of being registered via 3PVRO at the next time; an 11 percent chance of being registered via DMV at the next time; and 0.04 percent chance of being registered via public library at the next time, and so forth. Each row in Table 19 can be interpreted similarly.

**189**    In addition to Table 19, which characterizes all registered voters in Florida who appear in the August 2021 and September 2023 voter files, I create four versions of the table, one for each of the race groups considered in this report: Black, Hispanic, white, and other race. [70] Appendix E contains these versions of Table 19. The four tables in Appendix E are structurally identical to Table 19 but are based on race-based subgroups of voters.

**190**    Based on the four tables in Appendix E, I have for each race group a seven-by-seven transition matrix in a seven state Markov chain where each state in the chain is a voter registration method. I then calculate the steady state of my four Markov chains, one per race group. These steady states approximate how voter registration methods by race group will be distributed in the long run, and they appear in Table 20.

Table 20: Voter registration steady states by race

| Voters | 3PVRO | DMV | Library | Mail | Online | Other | Assistance agency |
|--------|-------|-----|---------|------|--------|-------|-------------------|
| All | 5.76 | 72.35 | 0.16 | 4.80 | 11.87 | 4.92 | 0.14 |
| Black | 16.21 | 64.04 | 0.26 | 4.54 | 8.67 | 5.98 | 0.30 |
| Hispanic | 14.74 | 66.88 | 0.14 | 3.54 | 11.01 | 3.52 | 0.17 |
| White | 1.17 | 76.64 | 0.15 | 5.09 | 11.90 | 4.96 | 0.10 |
| Other race | 3.89 | 71.81 | 0.18 | 5.48 | 13.61 | 4.90 | 0.13 |

**191**    Table 20 is interpreted as follows.

**192**    Focusing first on the top row ("All"), which is based on Table 19, this row shows that, in the long run, roughly 5.76 percent of voter registrations are via 3PVRO. This number is approximately one percent less than the rate at which new voter registrations have been carried out via 3PVRO, and this is because of the substitution effects discussed earlier, in which 3PVRO

---

[70]This is based on voter race as reported in the August 2021 voter file.

voter registrations get replaced by non-3PVRO registrations.  Similarly, Table 20 shows that, among all voter registrations in Florida, roughly 72 percent are via DMV, in the long run.

**193**     According to my Markov chain analysis (and consistent with data from the Florida Department of State on new voter registrations), there is substantial racial variation in long run use of voter registration methods, and this is apparent in Table 20's four rows that correspond to Black, Hispanic, white, and other race voters.  These rows use the transition matrices in Appendix E.

**194**     In particular, Table 20 shows that, in the long run, roughly 16.2 percent of Black voter registrations are executed via 3PVRO. The corresponding white figure is roughly 1.17 percent. The ratio of 16.21 to 1.17 is approximately 13.9, implying that, in the long run, Black voters use 3PVRO registration roughly 13.9 times as often as white voters.  Similarly, Hispanic voters use 3PVRO registration roughly 12.6 times as often as white voters.

**195**     These measures of the extent of the Black-white and Hispanic-white gaps in 3PVRO voter registration are greater than those noted earlier in this report.  In other words, the report's earlier Black-white and Hispanic-white gaps in 3PVRO registration usage are conservative. This reflects the fact that the numbers in Table 20 incorporate the fact that voters often repeatedly register to vote and that their registration methods can evolve over time.

# 12     Changes in new voter registrations in Florida since SB 7050 went into effect

**196**     The 67 county supervisors of elections in Florida and the Department of State process voter registrations on an ongoing basis. SB 7050 was effective in Florida as of July 1, 2023.

**197**    To assess the extent to which SB 7050 has affected voter registrations in Florida, I compare new voter registrations in 2023 with those in 2019. Both of these years are in the same place in a four-year election cycle, namely, one year prior to a presidential election. In addition, I break down the years 2019 and 2023 into pre-SB 7050 months (January - June) and post-SB 7050 months (July-August).

**198**    For each year (2019 and 2023) and period (January-June and July-August), I calculate total number of new voter registrations, by method, using data published by the Florida Department of State. I focus on new voter registrations in particular, rather than total registrations, because this is what is possible using Florida Department of State data. I then calculate changes from 2019 to 2023 in the number of usages of each voter registration method and percentage changes as well. The results of my calculations are reported in Table 21.

Table 21: Change in voter registration methods, 2019 to 2023

| Method | 2019 | 2023 | Difference | Percent change |
|--------|------|------|-----------|----------------|
| **Pre-SB 7050 (January-June)** | | | | |
| Department Of Motor Vehicles | 220,251 | 254,099 | 33,848 | 15.37 |
| Online Voter Registration | 24,097 | 15,777 | -8,320 | -34.53 |
| Public Library | 987 | 507 | -480 | -48.63 |
| Supervisor Of Elections | 38,288 | 17,833 | -20,455 | -53.42 |
| Mail | 17,093 | 7,626 | -9,467 | -55.39 |
| 3PVRO | 8,366 | 2,943 | -5,423 | -64.82 |
| Public Assistance | 1,668 | 405 | -1,263 | -75.72 |
| Total | 310,914 | 299,198 | -11,716 | -3.77 |
| **Post-SB 7050 (July-August)** | | | | |
| Department Of Motor Vehicles | 93,182 | 89,310 | -3,872 | -4.16 |
| Online Voter Registration | 8,193 | 7,099 | -1,094 | -13.35 |
| Public Library | 470 | 238 | -232 | -49.36 |
| Mail | 7,015 | 2,574 | -4,441 | -63.31 |
| Supervisor Of Elections | 7,523 | 2,645 | -4,878 | -64.84 |
| Public Assistance | 510 | 176 | -334 | -65.49 |
| 3PVRO | 9,321 | 655 | -8,666 | -92.97 |
| Total | 126,271 | 102,702 | -23,569 | -18.67 |

**199**      The top panel of Table 21 contains details on new voter registrations across Florida in the months January-June (pre-SB 7050 months), and the bottom panel contains details on voter registrations in the months July-August (post-SB 7050 months).  Within each panel, methods of voter registration are sorted by percent change.

**200**      For example, there were 8,366 new voter registrations in Florida carried out via 3PVRO in the months January-June of 2019.  By comparison, there were 2,943 new voter registrations in Florida carried out via 3PVRO in the months January-June of 2023. The difference between these two numbers is -5,423. The difference is negative because there were fewer new voter registrations via 3PVRO in 2023 in the months January-June than in 2019 in the months January-June.

**201**      A drop from 8,366 to 2,943 corresponds to a percent change of approximately -64.82 percent.  This number appears in the "Percent change" column of the top panel of Table 21.  It is negative because the absolute change in counts of new voter registrations via 3PVRO of -5,423 is negative.

**202**      The bottom panel of Table 21 is similar to the top panel except for the fact that the former corresponds to registrations in the months of July-August in 2019 and 2023.  Looking at the 3PVRO in the bottom panel of Table 21, the value in the "Percent change" column is -92.97. This means that new voter registrations across Florida via 3PVRO were down almost 93 percent when comparing July and August of 2023 with July and August of 2019.

**203**      The percent change column of Table 21 is key to understanding how usage of voter registration methods across Florida evolved from 2019 to 2023.  With that in mind, Table 22 repeats the values in the percent change column of Table 21 but adds the differences in these values.  This results in what is called a *difference-in-difference* (commonly abbreviated DID) because such a calculation is produced by subtracting two differences.

Table 22: Difference-in-difference in voter registration methods, 2019 to 2023

| Method | Pre-percent change | Post-percent change | DID |
|---|---|---|---|
| Online Voter Registration | -34.53 | -13.35 | 21.17 |
| Public Assistance | -75.72 | -65.49 | 10.23 |
| Public Library | -48.63 | -49.36 | -0.73 |
| Mail | -55.39 | -63.31 | -7.92 |
| Supervisor Of Elections | -53.42 | -64.84 | -11.42 |
| Department Of Motor Vehicles | 15.37 | -4.16 | -19.52 |
| 3PVRO | -64.82 | -92.97 | -28.15 |
| Total | -3.77 | -18.67 | -14.90 |

**204**      I calculate a difference-in-difference for voter registration methods with the percent changes in Table 21 because there may be trends in how voter registration methods have been used in Florida across the entirety of 2023.  When I observe, say, that new voter registrations conducted by 3PVRO were down roughly 93 percent in 2023 compared to 2019 when focusing on the months July-August, I do not know if this change reflects SB 7050 or perhaps a feature of Florida that affected voter registrations in July-August *and* in the months January-June.  When I calculate a difference-in-difference of percent changes, I am correcting for this possibility.

**205**      The rows in Table 21 are sorted by the differences-in-differences, and the bottom row of the table (putting aside the "Total" row) corresponds to voter registration via 3PVRO.  The difference-in-difference value for this row is -28.15, and it reflects the difference between -92.97 percent and -64.82 percent.  Because voter registration via 3PVRO is the bottom row of Table 22 (again, putting aside the "Total" row), it follows that, since July, usage of this method of voter registration has decreased at the greatest rate since the effective date of SB 7050 when comparing 2023 to 2019.

**206**      When comparing 2019 and 2023, new voter registrations overall in Florida were down almost 19 percent in July-August compared to being down roughly four percent in January-June.  The difference-in-difference for total new voter registrations is roughly -15 percent, as shown in the "Total" row of Table 22. The difference-in-difference for new voter registrations conducted via

3PVRO is roughly -28 percent, implying that total new voter registrations conducted via 3PVRO fell faster than total new voter registrations overall when SB 7050 became effective.

# 13   Conclusion

**207**    SB 7050 raises the costs of operation for 3PVROs (by restricting whom these organizations can engage to collect and handle ballots, requiring monitoring of this restriction, and imposing a reporting requirement related to the restriction); increases the financial risks to which 3PVROs are exposed through regular operations (by increasing fines for late and incorrectly delivered voter registration applications); and makes voter registration activities less useful for these organizations (by banning them from retaining voter registration information that they could subsequently use during get-out-the-vote efforts).  When the cost of voter registration operations for 3PVROs increases and benefits of voter registration operations decrease, economic logic dictates that 3PVROs should curtail their voter registration activities in Florida.   In accordance with academic literature establishing that meaningful changes in voter registration opportunities are reflected in actual voter registrations and voter turnout, SB 7050's provisions affecting 3PVROs should be expected to lead to lower voter turnout in Florida, all things equal.

**208**    A comparison of new voter registrations in Florida in 2023 to those in 2019 (both of these years are one year prior to a presidential election year) shows that 3PVRO voter registrations across Florida dropped more precipitously in the aftermath of SB 7050's effective date than new voter registrations executed using any of the other methods of registration available to eligible Florida voters.  This is consistent with academic literature on the effect of burdens on 3PVRO voter registration:  when these burdens increase, registrations carried out with 3PVROs decrease, all things equal.

**209**    Since the onset of contemporary record keeping on voter registration methods by the Florida Department of State, 3PVROs in Florida have submitted almost 2.4 million voter

registration applications to elections officials in the state.  These applications have been used by eligible voters both to facilitate new registrations and to manage existing ones.  Since 2018, 3PVROs have facilitated over 275,000 new voter registrations.

**210**     Voter registration via 3PVRO has been used by roughly six to seven percent of Florida registrants, but there is substantial variation in the extent to which voters of different race groups register via 3PVRO. In particular, Black voters in Florida use 3PVROs to a much greater degree than do white voters, and similarly, albeit not to the same degree, do Hispanic voters.

**211**     Black registered voters in Florida have used 3PVROs for voter registration roughly five times to six times as often as white voters, and Hispanic voters have used 3PVROs roughly four to five times as often as white voters. In terms of the magnitude of race-based differences in 3PVRO registration rates, Black registered voters are roughly eight to nine percentage points more likely to use registration via 3PVRO compared to white registered voters in Florida, all things equal. Similarly, Hispanic registered voters are roughly five to six percentage points more likely than white registered voters in Florida to use registration via 3PVRO, all things equal.  These findings are statistically significant, reflect four different regression models, and are substantial insofar as the statewide rate at which all Florida voters have registered to vote via 3PVRO is on the order of six or seven percent.  They are also conservative, meaning that they understate both how often Black and Hispanic voters have registered via 3PVRO and the extent of Black-white and Hispanic-white differences in 3PVRO voter registration rates.

**212**     Across 62 of 67 Florida counties, the rate at which Black voters have registered via 3PVRO has exceeded the corresponding rate for white voters.  Similarly, within a majority of Florida counties, Hispanic 3PVRO voter registration rates have exceeded white 3PVRO voter registration rates although not to the same degree as Black 3PVRO voter rates have exceeded white 3PVRO voter registration rates.  Not only, therefore, is voter registration via 3PVRO disproportionately common among minority voters in Florida, and accordingly less common

among the state's white voters, but these two regularities hold in the vast majority of Florida counties, indicating that the regularities hold practically statewide and are not limited to a part of Florida.

**213**    The Florida Office of Election Crimes and Security (OECS), a unit of the Florida Department of State, issued a report in January 2023 that lists 3,026 election law complaints logged by the OECS as of the date of the report's writing.   There are very few instances of 3PVROs being mentioned among the election law complaints, and the number of voter registrations allegedly involved in them is very small compared to the hundreds of thousands of voter registrations facilitated by 3PVROs over the past few years.    Similarly, the number—approximately 5,400—of voter registrations implicated across eight years in situations that led to fines being levied on 3PVROs by the Florida Department of State is very small.

**214**    In its national survey of election administration practices, the U.S. Election Assistance Commission tracks the number of voter registration applications rejected on the grounds of being improperly completed or being submitted by an individual not eligible to vote in the jurisdiction where his or her registration application was received. Florida elections officials rejected more than 72,000 voter registration applications in the two-year period between the 2020 and 2022 general elections and more than 196,000 voter registration applications between the November 2018 and November 2020 elections. Contrary to the public comments of some of the legislative supporters of SB 7050, this suggests that Florida's statutes are not poorly serving the state in a way that leads to an excessive number of problematic voter registration applications.

'

# References

Baringer, Anna, Michael C. Herron and Daniel A. Smith. 2020. "Voting by Mail and Ballot Rejection: Lessons from Florida for Elections in the Age of the Coronavirus." *Election Law Journal* 19(3):289–320.

Brennan, Geoffrey and Alan Hamlin. 1998. "Expressive voting and electoral equilibrium." *Public Choice* 95(1-2):149–175.

Brians, Craig L. and Bernard Grofman. 2001. "Election Day Registration's Effect on U.S. Voter Turnout." *Social Science Quarterly* 82:170–83.

Cottrell, David, Michael C. Herron and Daniel A. Smith. 2021*a*. "Vote-by-mail Ballot Rejection and Experience with Mail-in Voting." *American Politics Research* 49(6):577–590.

Cottrell, David, Michael C. Herron and Daniel A. Smith. 2021*b*. "Voting Lines, Equal Treatment, and Early Voting Check-In Times in Florida." *State Politics & Policy Quarterly* 21(2):109–138.

Cottrell, David, Michael C. Herron and Sean J. Westwood. 2018. "An exploration of Donald Trump's allegations of massive voter fraud in the 2016 General Election." *Electoral Studies* 51:123–142.

Downs, Anthony. 1957. *An Economic Theory of Democracy*. New York: Harper and Row.

Drinkwater, Stephen and Colin Jennings. 2007. "Who are the expressive voters?" *Public Choice* 132(1-2):179–189.

Fenster, Mark J. 1994. "The Impact of Allowing Day of Registration Voting On Turnout in U.S. Elections From 1960 To 1992: A Research Note." *American Politics Quarterly* 22(1):74–87.

Grimmer, Justin and Jesse Yoder. 2022. "The durable differential deterrent effects of strict photo identification laws." *Political Science Research and Methods* 10(3):453–469.

Grimmer, Justin, Michael C. Herron and Matthew Tyler. 2023. "Evaluating a New Generation of Expansive Claims about Vote Manipulation." Unpublished working paper.

Grumbach, Jacob M. and Charlotte Hill. 2022. "Rock the Registration: Same Day Registration Increases Turnout of Young Voters." *The Journal of Politics* 84(1):405–417.

Herron, Michael C. 2019. "Mail-In Absentee Ballot Anomalies in North Carolina's 9th Congressional District." *Election Law Journal* 18(3):191–213.

Herron, Michael C. 2023. "Allegations Made against Dominion Voting Systems and the 2020 Presidential Election in Wisconsin." Forthcoming, *Election Law Journal*.

Herron, Michael C. and Daniel A. Smith. 2013*a*. "The effects of House Bill 1355 on voter registration in Florida." *State Politics & Policy Quarterly* 13(3):279–305.

Herron, Michael C. and Daniel A. Smith. 2013*b*. "The Effects of House Bill 1355 on Voter Registration in Florida." *State Politics & Policy Quarterly* 13(3):279–305.

Herron, Michael C. and Daniel A. Smith. 2015. "Precinct Closing Times in Florida During the 2012 General Election." *Election Law Journal* 14(3):220–238.

Herron, Michael C. and Daniel A. Smith. 2021. "Postal delivery disruptions and the fragility of voting by mail: Lessons from Maine." *Research & Politics* 8(1):2053168020981434.

Holbein, John B. and D. Sunshine Hillygus. 2016. "Making Young Voters: The Impact of Preregistration on Youth Turnout." *American Journal of Political Science* 60(2):364–382.

Holbein, John B. and D. Sunshine Hillygus. 2017. "Erratum to Making Young Voters: The Impact of Preregistration on Youth Turnout." *American Journal of Political Science* 61(2):505–507.

Jansa, Joshua M., Matthew Motta and Rebekah Herrick. 2022. "Finding DORI: Using Item Response Theory to Measure Difficulty of Registration in the U.S. and Its Impact on Voters." *American Politics Research* 50(3):336–352.

Juelich, Courtney L. and Joseph A. Coll. 2020. "Rock the Vote or Block the Vote? How the Cost of Voting Affects the Voting Behavior of American Youth." *American Politics Research* 48(6):719–724.

Kaplan, Ethan and Haishan Yuan. 2020. "Early Voting Laws, Voter Turnout, and Partisan Vote Composition: Evidence from Ohio." *American Economic Journal: Applied Economics* 12(1):32–60.

Knack, Stephen. 2001. "Election-day Registration: The Second Wave." *American Politics Research* 29(1):65–78.

Knack, Stephen and James White. 1998. "Did States' Motor Voter Programs Help the Democrats?" *American Politics Quarterly* 26(3):344–365.

Knack, Stephen and James White. 2000. "Election-day registration and turnout inequality." *Political Behavior* 22(1):29–44.

Li, Quan, Michael J. Pomante, and Scot Schraufnagel. 2018. "The Cost of Voting in the American States." *Election Law Journal* 17(3):234–47.

Li, Quan, Michael J. Pomante II and Scot Schraufnagel. 2018. "Cost of Voting in the American States." *Election Law Journal* 17(3):234–247.

McDonald, Michael P. 2008. "Portable Voter Registration." *Political Behavior* 30(4):491–501.

Mukherjee, Elora. 2013. "Abolishing the Time Tax on Voting." *Notre Dame Law Review* 85:177–246.

Neiheisel, Jacob R and Rich Horner. 2019. "Voter Identification Requirements and Aggregate Turnout in the US: How Campaigns Offset the Costs of Turning Out When Voting Is Made More Difficult." *Election Law Journal* 18(3):227–242.

Pettigrew, Stephen. 2021. "The downstream consequences of long waits: How lines at the precinct depress future turnout." *Electoral Studies* 71:102188.

Riker, William H. and Peter C. Ordeshook. 1968. "A Theory of the Calculus of Voting." *American Political Science Review* 62(1):25–42.

Schraufnagel, Scot, Michael J. Pomante and Quan Li. 2022. "Cost of Voting in the American States: 2022." *Election Law Journal* 21(3):220–228.

Southwell, Priscilla L. and Justin I. Burchett. 2000. "The Effect of All-mail Elections on Voter Turnout." *American Politics Quarterly* 28(1):72–79.

Tokaji, Daniel P. 2008. "Voter Registration and Election Reform." *William & Mary Bill of Rights Journal* 17:453–506.

Tokaji, Daniel P. and Ruth Colker. 2016. "Absentee voting by people with disabilities: Promoting access and integrity." *McGeorge Law Review* 38:1015–1046.

# A   *Curriculum vitae* of Michael C. Herron

## Michael C. Herron

Dartmouth College     Phone: +1 (603) 646-2693
6227 Silsby Hall      Mobile: +1 (603) 359-9731
Hanover, NH 03755-3547    Email: michael.c.herron@dartmouth.edu

### Academic appointments

William Clinton Story Remsen 1943 Professor, Program in Quantitative Social Science, Dartmouth College. July 2021–present.

William Clinton Story Remsen 1943 Professor, Department of Government, Dartmouth College. July 2013–June 2021.

Chair, Program in Quantitative Social Science, Dartmouth College. July 2015–June 2020, July 2021–present.

Visiting Scholar, Hertie School of Governance, Berlin, Germany. August 2016–July 2017.

Chair, Program in Mathematics and Social Sciences, Dartmouth College. July 2014– June 2015.

Professor, Department of Government, Dartmouth College. July 2009–June 2013.

Visiting Professor of Applied Methods, Hertie School of Governance, Berlin, Germany. August 2011–August 2012.

Associate Professor, Department of Government, Dartmouth College. July 2004–June 2009.

Visiting Associate Professor, Department of Government, Harvard University. July 2008–January 2009.

Visiting Associate Professor, Wallis Institute of Political Economy, University of Rochester. September 2006–December 2006.

Visiting Assistant Professor, Department of Government, Dartmouth College. July 2003–June 2004.

Assistant Professor, Department of Political Science, Northwestern University. September 1997–June 2004.

Faculty Associate, Institute for Policy Research, Northwestern University. September 2002–June 2004.

### Education

PhD Business (Political Economics), Stanford University, January 1998.
*Dissertation*: Political Uncertainty and the Prices of Financial Assets
*Committee*: David Baron, Darrell Duffie, Douglas Rivers, and Barry Weingast

MS Statistics, Stanford University, June 1995.

MA Political Science, University of Dayton, August 1992.

BS Mathematics and Economics, with University Honors, Carnegie Mellon University, May 1989.

## Fellowships

Elizabeth R. and Robert A. Jeffe 1972 Fellowship, Dartmouth College. September 2010–June 2011.

Fulbright Scholar Program fellowship for research and teaching at the Heidelberg Center for American Studies, Heidelberg University, September 2009 - February 2010 (declined).

Post–doctoral Research Fellow, Center for Basic Research in the Social Sciences, Harvard University. September 2000–August 2001.

## Publications

*Journal articles*

"Allegations Made against Dominion Voting Systems and the 2020 Presidential Election in Wisconsin." *Election Law Journal*. Available at `https://doi.org/10.1089/elj.2022.0051`. 2023.

"The Racial Politics of Early In-Person Voting in Georgia" (with Daniel A. Smith). *Journal of Election Administration Research & Practice* 1(2): 27-46. 2022.

"Auditing the 2020 General Election in Georgia: Residual Vote Rates and a Confusing Ballot Format" (with David Cottrell, Felix E. Herron, and Daniel A. Smith). *Election Law Journal* 21(1): 1-18. 2022.

"Vote-by-mail ballot rejection and experience with mail-in voting" (with David Cottrell and Daniel A. Smith). *American Politics Research* 49(6): 577-590. 2021.

"Voting lines, equal treatment, and early voting check-in times in Florida" (with David Cottrell and Daniel A. Smith). *State Politics & Policy Quarterly* 21(2): 109-138. 2021.

"Postal Delivery Disruptions and the Fragility of Voting by Mail: Lessons from Maine" (with Daniel A. Smith). *Research & Politics* 8(1): 1-12. 2021.

"Voting by Mail and Ballot Rejection: Lessons from Florida for Elections in the Age of the Coronavirus" (with Anna Baringer and Daniel A. Smith). *Election Law Journal* 19(3): 289-320. 2020.

"Early voting changes and voter turnout: North Carolina in the 2016 General Election" (with Hannah L. Walker and Daniel A. Smith). *Political Behavior* 41(4): 841-869. 2019.

"Mail-in absentee ballot anomalies in North Carolina's 9th Congressional District." *Election Law Journal* 18(3): 191-213. 2019.

"Relative age effects in American professional football" (with Jack F. Heneghan). *Journal of Quantitative Analysis in Sports* 15(3): 185-202. 2019.

"Mortality, Incarceration, and African-American Disenfranchisement in the Contemporary United States" (with David Cottrell, Javier M. Rodriguez, and Daniel A. Smith). *American Politics Research* 47(2): 195-237. 2019.

"Pedagogical Value of Polling Place Observation By Students" (with 31 co-authors). *PS: Political Science & Politics* 51(4): 831-847. 2018.

"All in the family: German twin finishing times in the 2016 women's Olympic marathon" (with David Cottrell). CHANCE 31(3): 20-28. 2018.

"An Exploration of Donald Trump's Allegations of Massive Voter Fraud in the 2016 General Election" (with David Cottrell and Sean J. Westwood). *Electoral Studies* 51(1): 123-142. 2018.

"Student Sorting and Implications for Grade Inflation (with Zachary D. Markovich). *Rationality and Society* 29(3): 355-386. 2017.

"Race, *Shelby County*, and the Voter Information Verification Act in North Carolina" (with Daniel A. Smith). *Florida State University Law Review* 43: 465-506. 2016.

"Precinct Resources and Voter Wait Times" (with Daniel A. Smith). *Electoral Studies* 42(2): 249-263. 2016.

"A Careful Look at Modern Case Selection Methods" (with Kevin M. Quinn). *Sociological Methods & Research* 45(3): 458-492. 2016.

"Precinct Closing and Wait Times in Florida during the 2012 General Election" (with Daniel A. Smith). *Election Law Journal* 14(3): 220-238. 2015.

"Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election" (with Daniel A. Smith). *Political Research Quarterly* 67(3): 646-665. 2014.

"The Effects of House Bill 1355 on Voter Registration in Florida" (with Daniel A. Smith). *State Politics & Policy Quarterly* 13(3): 279-305. 2013.

"Blacks, Hispanics, and Whites: A Study of Race-based Residual Vote Rates in Chicago." *American Politics Research* 41(2): 203-243. 2013.

"Alvin Greene? Who? How did he win the United States Senate nomination in South Carolina?" (with Joseph Bafumi, Seth J. Hill, and Jeffrey B. Lewis). *Election Law Journal* 11(4): 358-379. 2012.

"Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355" (with Daniel A. Smith). *Election Law Journal* 11(3): 331-347. 2012.

"Leapfrog Representation and Extremism: A Study of American Voters and their Members in Congress" (with Joseph Bafumi). *American Political Science Review* 104(3): 519-542. 2010.

"Economic Crisis, Iraq, and Race: A Study of the 2008 Presidential Election" (with Seth J. Hill and Jeffrey B. Lewis). *Election Law Journal* 9(1): 41-62. 2010

"Prejudice, Black Threat, and the Racist Voter in the 2008 Presidential Election" (with Joseph Bafumi). *Journal of Political Marketing* 8(4): 334-348. 2009.

"Voting Technology and the 2008 New Hampshire Primary" (with Walter R. Mebane, Jr., and Jonathan N. Wand). *William & Mary Bill of Rights Journal* 17(2): 351-374. 2008.

"Ballot Formats, Touchscreens, and Undervotes: A Study of the 2006 Midterm Elections in Florida" (with Laurin Frisina, James Honaker, and Jeffrey B. Lewis). *Election Law Journal* 7(1): 25-47. 2008.

"Gerrymanders and Theories of Lawmaking: A Study of Legislative Redistricting in Illinois" (with Alan E. Wiseman). *Journal of Politics* 70(1): 151-167. 2008.

"Estimating the Effect of Redistricting on Minority Substantive Representation" (with David Epstein, Sharyn O'Halloran, and David Park). *Journal of Law, Economics, and Organization* 23(2): 499-518. 2007.

"Did Ralph Nader Spoil Al Gore's Presidential Bid? A Ballot-Level Study of Green and Reform Party Voters in the 2000 Presidential Election" (with Jeffrey B. Lewis). *Quarterly Journal of Political Science* 2(3): 205-226. 2007.

"Assessing Partisan Bias in Voting Technology: The Case of the 2004 New Hampshire Recount" (with Jonathan N. Wand). *Electoral Studies* 26(2): 247-261. 2007.

"Term Limits and Pork" (with Kenneth W. Shotts). *Legislative Studies Quarterly* 31(3): 383-404. 2006.

"Black Candidates and Black Voters: Assessing the Impact of Candidate Race on Uncounted Vote Rates" (with Jasjeet S. Sekhon). *Journal of Politics* 67(1): 154–177. 2005.

"Government Redistribution in the Shadow of Legislative Elections: A Study of the Illinois Member Initiatives Grant Program" (with Brett A. Theodos). *Legislative Studies Quarterly* 24(2): 287–312. 2004.

"Studying Dynamics in Legislator Ideal Points: Scale Matters." *Political Analysis* 12(2): 182–190. 2004.

"Logical Inconsistency in EI-based Second Stage Regressions" (with Kenneth W. Shotts). *American Journal of Political Science* 48(1): 172–183. 2004.

"Overvoting and Representation: An examination of overvoted presidential ballots in Broward and Miami-Dade Counties" (with Jasjeet S. Sekhon). *Electoral Studies* 22: 21–47. 2003.

"Using Ecological Inference Point Estimates as Dependent Variables in Second Stage Linear Regressions" (with Kenneth W. Shotts). *Political Analysis* 11(1): 44–64. 2003.

"Cross-contamination in EI-R" (with Kenneth W. Shotts). *Political Analysis* 11(1): 77–85. 2003.

"A Consensus on Second Stage Analyses in Ecological Inference Models" (with Christopher Adolph, Gary King, and Kenneth W. Shotts). *Political Analysis* 11(1): 86–94. 2003.

"The Butterfly Did It: The Aberrant Vote for Buchanan in Palm Beach County, Florida" (with Jonathan N. Wand, Kenneth W. Shotts, Jasjeet S. Sekhon, Walter R. Mebane, Jr., and Henry E. Brady). *American Political Science Review* 95(4): 793–810. 2001.

"Interest Group Ratings and Regression Inconsistency." *Political Analysis* 9(3): 260–274. 2001.

"Leadership and Pandering: A Theory of Executive Policymaking" (with Brandice Canes–Wrone and Kenneth W. Shotts). *American Journal of Political Science* 45(3): 532–550. 2001.

"Law and Data: The Butterfly Ballot Episode" (with Henry E. Brady, Walter R. Mebane, Jr., Jasjeet S. Sekhon, Kenneth W. Shotts, and Jonathan N. Wand). *PS: Political Science & Politics* 34(1): 59–69. 2001.

"Cutpoint–Adjusted Interest Group Ratings." *Political Analysis* 8(4): 346–366. 2000.

"Estimating the Economic Impact of Political Party Competition in the 1992 British Election." *American Journal of Political Science* 44(2): 326–337. 2000.

"Artificial Extremism in Interest Group Ratings and the Preferences versus Party Debate." *Legislative Studies Quarterly* 24(4): 525–542. 1999.

"Post–Estimation Uncertainty in Limited Dependent Variable Models." *Political Analysis* 8(1): 83–98. 1999.

"Measurement of Political Effects in the United States Economy: A Study of the 1992 Presidential Election" (with James Lavin, Donald Cram, and Jay Silver). *Economics & Politics* 11(1): 51–81. 1999.

"The Influence of Family Regulation, Connection, and Psychological Autonomy on Six Measures of Adolescent Functions" (with Melissa R. Herman, Sanford M. Dornbusch, and Jerald R. Herting). *Journal of Adolescent Research* 12(1): 34–67. 1997.

*Book chapters*

"Wait Times and Voter Confidence: A Study of the 2014 General Election in Miami-Dade County" (with Daniel A. Smith, Wendy Serra, and Joseph Bafumi). In *Races, Reforms, & Policy: Implications of the 2014 Midterm Elections*, Christopher J. Galdieri, Tauna S. Sisco, and Jennifer C. Lucas, eds. Akron, OH: University of Akron Press. 2017.

"A Dynamic Model of Multidimensional Collective Choice" (with David P. Baron). In *Computational Models in Political Economy*, Ken Kollman, John H. Miller, and Scott E. Page, eds. Cambridge, MA: The MIT Press. 2003.

"Law and Data: The Butterfly Ballot Episode" (with Henry E. Brady, Walter R. Mebane Jr., Jasjeet Singh Sekhon, Kenneth W. Shotts, and Jonathan Wand). In *The Longest Night: Polemics and Perspectives on Election 2000*, Arthur J. Jacobson and Michel Rosenfeld, eds. Berkeley: University of California Press. 2002.

*Book reviews*

*The Timeline of Presidential Elections: How Campaigns Do (and Do Not) Matter*, Robert S. Erikson and Christopher Wlezien. *Political Science Quarterly* 128(3): 552-553. 2013.

*Voting Technology: The Not-So-Simple Act of Casting a Ballot*, Paul S. Herrnson, Richard G. Niemi, Michael J. Hanmer, Benjamin B. Bederson, and Frederick C. Conrad. *Review of Policy Research* 25(4): 379-380. 2008.

*Other publications*

"In two political battlegrounds, thousands of mail-in ballots are on the verge of being rejected" (with Daniel A. Smith). *The Conversation*, October 23, 2020. Available at `https://theconversation.com/in-two-political-battlegrounds-thousands-of-mail-in-ballots-are-on-the-verge-of-being-rejected-148616`.

"Rejected mail ballots pile up in Florida" (with Daniel A. Smith). *Tampa Bay Times*, October 16, 2020. Available at `https://www.tampabay.com/opinion/2020/10/16/rejected-mail-ballots-pile-up-in-florida-column`.

"Minor postal delays could disenfranchise thousands of Florida vote-by-mail voters" (with Daniel A. Smith). *Tampa Bay Times*, August 14, 2020. Available at `https://www.tampabay.com/opinion/2020/08/14/minor-postal-delays-could-disenfranchise-thousands-of-florida-vote-by-mail-voters-column`.

"Want to know how many people have the coronavirus? Test randomly" (with Daniel N. Rockmore). *The Conversation*, April 13, 2020. Available at `https://theconversation.com/want-to-know-how-many-people-have-the-coronavirus-test-randomly-135784`.

"If more states start using Ohio's system, how many voters will be purged?" (with Daniel A. Smith). *The Washington Post*, Monkey Cage, June 17, 2018.

"Do we have a right not to vote? The Supreme Court suggests we don't" (with Daniel A. Smith). *New York Daily News*, June 12, 2018.

"Nearly 4 million black voters are missing. This is why" (with David Cottrell, Javier M. Rodriguez, and Daniel A. Smith). *The Washington Post*, Monkey Cage, April 11, 2018.

"We can't find any evidence of voting fraud in New Hampshire" (with David Cottrell and Sean Westwood). *The Washington Post*, Monkey Cage, February 28, 2017.

"We checked Trump's allegations of voter fraud. We found no evidence at all" (with David Cottrell and Sean Westwood). *The Washington Post*, Monkey Cage, December 2, 2016.

"High ballot rejection rates should worry Florida voters" (with Daniel A. Smith). *Tampa Bay Times*, October 28, 2012.

"Logistic Regression." *The Encyclopedia of Political Science*, George Thomas Kurian, James E. Alt, Simone Chambers, Geoffrey Garrett, Margaret Levi, and Paula D. McClain, eds., Washington, D.C.: CQ Press. 2010.

"Using XEmacs Macros to Process ASCII Data Files." *The Political Methodologist* 13(2): 13–18. 2005.

"Ohio 2004 Election: Turnout, Residual Votes and Votes in Precincts and Wards" (with Walter R. Mebane, Jr.), in "Democracy At Risk: The 2004 Election in Ohio," report published by the Democratic National Committee. 2005.

"Poisson Regression." *The Encyclopedia of Social Science Research Methods*, Alan Bryman, Michael Lewis-Beck, and Tim Futing Liao, eds. Thousand Oaks, CA: Sage Publications, 2003.

"Pork barrel race to the bottom" (with Brett A. Theodos). *Illinois Issues* 29(2): 22–23. 2003.

"Teaching Introductory Probability Theory." *The Political Methodologist* 10(2): 2–4. 2002.

"Ballot cost Gore thousands of votes" (with Henry E. Brady and Jonathan N. Wand). *The San Diego Union–Tribune*, p. G3, November 19, 2000.

## Work in progress

"The Social Dilemma of Overarming" (with Feng Fu and Daniel Rockmore).

"Evaluating a New Generation of Expansive Claims about Vote Manipulation" (with Justin Grimmer and Matthew Tyler).

"Evidence from Maine on the effect of the COVID-19 pandemic on methods of absentee ballot delivery."

"Did ballot design oust an incumbent senator? A study of the 2018 midterm election in Florida" (with Michael D. Martinez, Marc Meredith, Michael Morse, and Daniel A. Smith).

## Public testimony

Special Committee on Voter Confidence, New Hampshire Secretary of State. September 7, 2022.

"Voting in America: The Potential for Polling Place Quality and Restrictions on Opportunities to Vote to Interfere with Free and Fair Access to the Ballot," Subcommittee on Elections, Committee on House Administration, United States House of Representatives. June 11, 2021.

## Awards

Elizabeth Howland Hand-Otis Norton Pierce Award for outstanding undergraduate teaching, Dartmouth College, 2020-21.

Best Paper Award, State Politics and Policy Section, 2013 Annual Meeting of the American Political Science Association. *Getting Your Souls to the Polls: The Racial Impact of Reducing Early In-Person Voting in Florida* (with Daniel A. Smith).

## Grants

Committee for Scholarly Innovation and Advancement Awards, Dartmouth College, February, 2014. Project title: "The Dynamics of Voting Lines in Miami-Dade County." Financial support: $32,000.

The Rockefeller Center for Public Policy and the Social Sciences, Dartmouth College, May, 2006. Project title: "Large Scale Survey of Americans in Multiple Congressional Districts." Financial support: $8,500.

National Science Foundation, SES-041849, July, 2004. Project title: "A Ballot-Level Study of Intentional and Unintentional Abstention in Presidential Election Voting." Financial support: $65,749.

Nelson A. Rockefeller Center for the Social Sciences, Dartmouth College, January, 2004. Project title: "Intentional Invalid Votes in Leon County, Florida." Financial support: $1,115.

American Enterprise Institute, August, 1999. Project title: "Tenure in Office and Congressional Voting" (with Kenneth W. Shotts). Financial support: $182,500.

University Research Grants Committee, Northwestern University, February, 1999. Project Title: "Representation, Policy Uncertainty, and Divided Government." Financial support: $4,087.

Stanford University Graduate School of Business, 1997–1998 Academic Year.  Dissertation Research Grant.

## Recent conference presentations

"Identifying Turnout Effects of Saturday Early Voting," Election Sciences, Reform, and Administration conference, 2023, University of Georgia.

"Evaluating a New Generation of Expansive Claims about Vote Manipulation," 2023 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

"Who stands next to whom?," 2022 Annual Meeting of the Midwest Political Science Association, Chicago, IL (remote presentation).

"Auditing the 2020 General Election in Georgia: Residual vote rates and a confusing ballot format," 2021 Annual Meeting of the Southern Political Science Association (remote presentation).

"Ballot design, voter intentions, and representation: A study of the 2018 midterm election in Florida," 2019 Annual Meeting of the American Political Science Association, Washington, DC.

"Ballot design, voter intentions, and representation: A study of the 2018 midterm election in Florida," Election Sciences, Reform, and Administration conference, 2019, University of Pennsylvania.

"Did ballot design oust an incumbent senator?  A study of the 2018 midterm election in Florida," Congressional Elections & the Presidency: Politics in 2018, March 30, 2019, Saint Anselm College, Manchester NH.

*Michael C. Herron*                                                                  8

## Invited seminars

| | |
|---|---|
| University of Iowa, 1999 | University of Heidelberg, 2011 |
| Boston University, 2000 | University of Passau, 2012 |
| Dartmouth College, 2000 | University of Göttingen, 2012 |
| Harvard University, 2000 | Freie Universität Berlin, 2012 |
| University of Minnesota, 2000 | Laval University, 2012 |
| University of Rochester, 2000 | University of Montreal, 2012 |
| University of Wisconsin, Madison, 2000 | Middlebury College, 2013 |
| Yale University, 2000 | University of Illinois, Champaign, 2013 |
| Columbia University, 2001 | University of Illinois, Chicago, 2013 |
| University of California, Berkeley, 2002 | University of Wisconsin, Madison, 2013 |
| University of Illinois, 2002 | Yale University, 2014 |
| Brown University, 2003 | University of Virginia, 2015 |
| Temple University, 2003 | University of California, San Diego, 2015 |
| University of Chicago, 2003 | American University, 2015 |
| New York University, 2004 | Massachusetts Institute of Technology, 2015 |
| Princeton University, 2004 | Princeton University, 2015 |
| University of Michigan, 2005 | University of California, Los Angeles, 2016 |
| George Washington University, 2006 | The Ohio State University, 2016 |
| Emory University, 2006 | Freie Universität Berlin, 2016 |
| Harvard University, 2007 | Deutsch-Amerikanisches Institut, Nürnberg, 2017 |
| Loyola Law School, 2007 | Universität Bonn, 2018 |
| Columbia University, 2007 | Freie Universität Berlin, 2018 |
| University of Chicago, 2007 | Northwestern University, 2018 |
| Yale University, 2007 | Northwestern University, 2018 |
| Stanford University, 2008 | University of Salzburg, 2019 |
| Columbia University, 2008 | Universität Bonn, 2019 |
| Northwestern University, 2008 | Freie Universität Berlin, 2019 |
| Princeton University, 2008 | Humboldt University, 2019 |
| Duke University, 2009 | University of North Carolina, Charlotte, 2019 |
| Hertie School of Governance, 2010 | Freie Universität Berlin, 2022 |
| Emory University, 2010 | Bard Berlin, 2022 |
| University of Mannheim, 2011 | |

## Professional activities

Division Chair, Representation and Electoral Systems, 2017 Annual Meeting of the Midwest Political Science Association.

Associate Editor, *Research & Politics.* November, 2016–present.

Editorial Board, *American Politics Research*, September, 2015–present.

Editorial Board, *Political Analysis*, January 2010–present.

Editorial Board, *USENIX Journal of Election Technology and Systems*, March 2013–June 2016.

Editorial Board, *American Political Science Review*, 2010–2012.

Editorial Board, *American Journal of Political Science*, 2006–2009.

"Race, Voting Procedures, and New Developments in Voting Rights," panel organized for the 2013 Annual Meeting of the Midwest Political Science Association.

Division Chair, Formal Theory, 2007 Annual Meeting of the American Political Science Association.

Co-editor, *The Political Methodologist*, Fall 2004–Spring 2006.

Publications Committee, Society for Political Methodology, 2005–2006, 2015–present.

## Dartmouth College activities

Faculty Coordinating Committee, 2023-24.

Vice-Chair, Committee of Chairs, 2023-24.

Day of Caring Planning Committee, Fall 2022.

Committee on Organization & Policy, Fall 2022.

Assistant professor search committee, Program in Quantitative Social Science, September 2021 – March 2022.

Title IX Council, Fall 2021–Fall 2022.

Committee on Priorities, Fall 2019–Spring 2022.

Chair, American Politics Search Committee, Department of Government, August 2018–March 2019.

Chair, Committee on Priorities, July 2015–June 2016.

Committee on Priorities, July 2013–June 2015.

American politics search committee, Department of Government, August 2014–December 2014.

Research Computing Director search committee, October 2013–October 2014.

Senior Search Committee, Department of Government, 2013.

Research Computing Advisory Committee, Spring 2013.

Chair, American Politics Search Committee, Department of Government, 2012-13.

Recruitment Planning Committee, Department of Government, 2010 and 2012-13.

Committee on Standards, 2008-10.

Task Force on Collaboration and Social Software, 2007-08.

Biostatistics search committee, Dartmouth Medical School, 2006-07.

Research Computing Oversight Committee, 2006.

Council on Computing, 2005-07.

Clement Chair search committee, Department of Government, 2005-06.

## Northwestern University activities

Program Committee, Mathematical Methods in the Social Sciences, 2001-02.

American Politics Search Committee, Department of Political Science, 2000-01, 2001-02.

Formal Theory Search Committee, Department of Political Science, 1997-98.

## Teaching interests

Statistical methods: introductory and applied statistics, research design, computing in R.

American politics: representation, election irregularities, election administration.

Political economy: game theory.

## Reviewer for

*American Journal of Political Science*
*American Political Science Review*
*American Politics Quarterly*
*American Politics Review*
*British Journal of Political Science*
Cambridge University Press
Chapman & Hall
*Congress & the Presidency*
*Du Bois Review*
*Economics & Politics*
*Election Law Journal*
*Electoral Studies*
*Emerging Markets Finance & Trade*
*Interest Groups & Advocacy*
*Int'l Journal of Environmental Research and Public Health*
John Wiley & Sons, Inc.
*Journal of Legal Studies*
*Journal of Money, Credit and Banking*
*Journal of Politics*
*Journal of Public Economics*
*Journal of Quantitative Analysis in Sports*
*Journal of Race, Ethnicity, and Politics*
*Journal of Theoretical Politics*
*Journal of Women, Politics & Policy*
*Legislative Studies Quarterly*
The National Science Foundation
*Nonprofit Policy Forum*
*Perspectives on Politics*
*Policy Studies Journal*
*Political Analysis*

*Political Behavior*
*Political Geography*
*Political Research Quarterly*
*Political Science Quarterly*
*Political Science Research and Methods*
*Political Studies*
*Politics & Gender*
*Politics, Groups, and Identities*
*Polity*
Prentice Hall Higher Education Group
*Proceedings of the National Academy of Sciences*
*Public Administration*
*Public Choice*
*Public Opinion Quarterly*
*PS: Political Science and Politics*
*Quarterly Journal of Economics*
*Quarterly Journal of Political Science*
*Race and Social Problems*
*Science Advances*
*The Social Science Journal*
*Social Science Quarterly*
*Sociological Methods & Research*
*The Sociological Quarterly*
Springer
*State Politics & Policy Quarterly*
Time-Sharing Experiments for the Social Sciences
The University of Michigan Press
W. W. Norton & Company
*World Politics*

## Foreign language

German: C1 (telc Prüfung, Ausstellung July 27, 2017).

## Other employment

Intelligence Analyst and Military Officer, United States Air Force, Foreign Technology Division, Wright–Patterson Air Force Base, 1989–1992.

Last updated: October 12, 2023

`http://www.dartmouth.edu/~herron/cv.pdf`

# B   The September 2023 Florida voter file

**215**     During discovery in this litigation, the Florida Department of State produced a zip archive named "SB7050-SOS-00007951-SB7050-SOS-00008017.zip." In the folder "VOL0001/NATIVES/0001" of this archive are 67 ascii files with names "SB7050-SOS-00007951.txt" through "SB7050-SOS-00008017.txt." I confirmed that each of the 67 files corresponds to a unique Florida county, and, to the best of my knowledge, these 67 files together constitute a confidential Florida statewide voter file, effective September 2023. I refer to this as the September 2023 voter file.

**216**     I verified that that there are no duplicated voter identification numbers in the September 2023 voter file; no lines in the file missing voter race; 2,682,017 lines in the file missing voter registration method; and, no lines in the file missing voter registration date.

**217**     The layout of the September 2023 voter file is contained in the file, also produced by the Florida Department of State, named, "VoterExtractRegSourceFileLayout[60].docx."

## C   The August 2021 Florida voter file

**218**     During discovery in *League of Women Voters of Florida, Inc., et al. v. Laurel Lee, et al.*, the Florida Department of State produced a statewide voter file that I treat as having an effective date of August 2, 2021. In this voter file, the most recent voter registration date is Saturday, July 31, 2021. I take the next business day after July 31 as the effective date of the file, and this is Monday, August 2.

**219**     The August 2021 voter file consists of two separate text files: "PRR_NAACP_VoterDetail.txt" (15,160,576 lines) and "PRR_NAACP_VoterHistory.txt" (95,140,481 lines). When I received these files in the course of preparing an expert report in *League of Women Voters of Florida, Inc., et al. v. Laurel Lee, et al.*, they were in a zip archive named, "PRR_NAACP_2021.zip." The layout of the August 2021 voter file is contained in file, also produced by the Florida Department of State, named, "PRR_NAACP_FileLayout.docx."

**220**     I confirmed that there are no duplicated voter identification numbers in the August 2021 voter file; no voter records missing race or registration date; and, 2,604,341 records missing registration method.

# D   Logistic regression coefficient estimates

**221**     Table 23 contains estimates from two logistic regressions that model voter registration via 3PVRO using the same independent variables as in the linear probability models whose results are summarized in Table 17 in the body of the report.[71]

---

[71]The majority of the standard errors in Table 23 are, when rounded, less than 0.0005. These are reported in the table as "0.000" even though they are strictly positive.

Table 23: Logistic regression analysis of 3PVRO usage

| | August 2021 voter file | September 2023 voter file |
| --- | --- | --- |
| | (1) | (2) |
| Black | 1.399*** | 1.565*** |
| | (0.000) | (0.000) |
| Hispanic | 1.035*** | 1.276*** |
| | (0.000) | (0.000) |
| Other race | 1.143*** | 1.280*** |
| | (0.000) | (0.000) |
| Age 31-39 | −0.543*** | −0.405*** |
| | (0.000) | (0.000) |
| Age 41-49 | −0.493*** | −0.345*** |
| | (0.000) | (0.000) |
| Age 51-59 | −0.357*** | −0.175*** |
| | (0.000) | (0.000) |
| Age 61-69 | −0.327*** | −0.036*** |
| | (0.000) | (0.000) |
| Age 71-79 | −0.273*** | 0.088*** |
| | (0.000) | (0.000) |
| Age 81-89 | −0.285*** | 0.109*** |
| | (0.000) | (0.000) |
| Age 91-100 | −0.470*** | −0.152*** |
| | (0.000) | (0.000) |
| Male | 0.061*** | 0.043*** |
| | (0.000) | (0.000) |
| Other gender | 0.913*** | 0.977*** |
| | (0.000) | (0.000) |
| NPA | −0.151*** | −0.202*** |
| | (0.000) | (0.000) |
| Other party | −2.020*** | −2.155*** |
| | (0.000) | (0.000) |
| Republican | −0.333*** | −0.289*** |
| | (0.000) | (0.000) |
| Constant | −2.629*** | −3.185*** |
| | (0.191) | (0.260) |
| Observations | 6,666,507 | 7,775,698 |

*Note:*   *p<0.01; **p<0.001; ***p<0.0001
County fixed effects not displayed;
robust standard errors clustered by county.

# E   Voter registration methods from 2021 and 2023, by race group

**222**      This appendix contains voter registration transition matrices for Black (Table 24), Hispanic (Table 25), white (Table 26), and other race (Table 27) voters. The tables are analogous to Table 19 on p. 70 in the body of the report.

Table 24: 2021 and 2023 registration methods for Black voters registered in both years

| 2021 method | 2023 method | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3PVRO | DMV | Library | Mail | Online | Other | Public assistance agency | Total |
| 3PVRO | 88.44 | 8.47 | 0.05 | 0.59 | 1.30 | 1.09 | 0.07 | 105,707 |
| DMV | 2.14 | 94.59 | 0.04 | 0.75 | 1.58 | 0.84 | 0.05 | 269,507 |
| Library | 2.32 | 9.06 | 84.96 | 1.00 | 1.45 | 1.19 | 0.02 | 5,120 |
| Mail | 2.78 | 9.15 | 0.05 | 85.13 | 1.78 | 1.06 | 0.06 | 76,189 |
| Online | 2.31 | 12.31 | 0.04 | 0.58 | 83.82 | 0.90 | 0.04 | 97,486 |
| Other | 2.62 | 9.25 | 0.05 | 0.72 | 1.48 | 85.84 | 0.05 | 98,283 |
| Public assistance agency | 4.42 | 10.33 | 0.10 | 0.66 | 1.68 | 0.97 | 81.85 | 5,180 |

Table 25: 2021 and 2023 registration methods for Hispanic voters registered in both years

| 2021 method | 2023 method | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3PVRO | DMV | Library | Mail | Online | Other | Public assistance agency | Total |
| 3PVRO | 85.46 | 11.04 | 0.03 | 0.73 | 1.93 | 0.78 | 0.03 | 136,610 |
| DMV | 2.44 | 94.11 | 0.03 | 0.65 | 2.15 | 0.59 | 0.04 | 442,753 |
| Library | 3.87 | 10.40 | 81.72 | 0.93 | 2.08 | 0.96 | 0.04 | 7,742 |
| Mail | 3.74 | 10.59 | 0.03 | 81.92 | 2.98 | 0.73 | 0.02 | 164,023 |
| Online | 2.39 | 13.79 | 0.02 | 0.61 | 82.54 | 0.63 | 0.02 | 246,543 |
| Other | 2.93 | 10.93 | 0.03 | 0.78 | 2.53 | 82.78 | 0.02 | 144,048 |
| Public assistance agency | 3.99 | 12.05 | 0.00 | 0.88 | 2.49 | 0.65 | 79.94 | 6,739 |

Table 26: 2021 and 2023 registration methods for white voters registered in both years

| 2021 method | 2023 method | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3PVRO | DMV | Library | Mail | Online | Other | Public assistance agency | Total |
| 3PVRO | 80.40 | 14.61 | 0.04 | 0.80 | 2.97 | 1.15 | 0.02 | 86,079 |
| DMV | 0.22 | 95.26 | 0.02 | 1.00 | 2.60 | 0.89 | 0.02 | 1,842,849 |
| Library | 0.22 | 12.14 | 83.22 | 1.13 | 2.25 | 1.04 | 0.01 | 18,460 |
| Mail | 0.28 | 13.94 | 0.03 | 81.86 | 2.92 | 0.94 | 0.02 | 331,677 |
| Online | 0.28 | 17.17 | 0.03 | 0.85 | 80.74 | 0.93 | 0.02 | 438,934 |
| Other | 0.29 | 13.69 | 0.04 | 0.93 | 2.31 | 82.73 | 0.02 | 273,923 |
| Public assistance agency | 0.76 | 14.79 | 0.05 | 0.76 | 2.18 | 1.24 | 80.23 | 6,605 |

Table 27: 2021 and 2023 registration methods for other race voters registered in both years

| 2021 method | 3PVRO | DMV | Library | Mail | 2023 method Online | Other | Public assistance agency | Total |
|---|---|---|---|---|---|---|---|---|
| 3PVRO | 85.94 | 10.40 | 0.03 | 0.63 | 2.02 | 0.93 | 0.04 | 83,005 |
| DMV | 0.48 | 95.46 | 0.03 | 0.91 | 2.42 | 0.68 | 0.02 | 137,263 |
| Library | 0.88 | 10.04 | 84.74 | 1.09 | 2.27 | 0.96 | 0.02 | 5,426 |
| Mail | 0.85 | 10.47 | 0.03 | 85.29 | 2.52 | 0.82 | 0.01 | 95,064 |
| Online | 0.68 | 13.12 | 0.02 | 0.62 | 84.82 | 0.72 | 0.01 | 170,569 |
| Other | 1.18 | 9.49 | 0.03 | 0.82 | 2.15 | 86.31 | 0.02 | 115,553 |
| Public assistance agency | 2.05 | 12.15 | 0.04 | 0.63 | 1.38 | 1.00 | 82.76 | 2,396 |

# F   3PVRO fine letters issued by the Florida Department of State, 2016-23

**223**      This appendix summarizes the 3PVRO fine letters issued by the Florida Department of State from 2016-23 (as of June 23, 2023). The fine letters in each year are listed in a single table, and the sources for the eight tables are "2023-06-23 [092-01] Appendix - Volume 1 of 3.pdf" (pp. 364-434, 491-650) and "2023-06-23 [092-02] Appendix - Volume 2 of 3.pdf" (pp. 3-72), both of which were produced by the Florida Department of State for the purposes of this litigation.

Table 28: 3PVRO fine letters, 2016

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Chris Gallaway/Dawn Waggoner (Fieldworks) | January 8 | 0 | 10 |
| Heartland Health Care Center – Jacksonville | January 8 | 0 | 4 |
| Mr. Lee Malis | January 15 | 0 | 1 |
| Leon "Rusty" Johnson | February 4 | 0 | 7 |
| Ms. Viktoriya Kozlova | February 4 | 0 | 14 |
| Working Man Tattoo | March 4 | 0 | 9 |
| Dharma Hookah Lounge LLC | March 28 | 0 | 2 |
| Operation GOTMFV | March 28 | 0 | 54 |
| Delta Sigma Theta Sorority – Glades Alumnae Chapter | March 31 | 0 | 18 |
| Florida Democratic Party | April 8 | 750 | 40 |
| Team Rocket | June 14 | 0 | 5 |
| Mr. Delano Allen | June 15 | 0 | 11 |
| Mr. Bobby Powell, Jr. | June 15 | 0 | 16 |
| Organize Now, Inc. | June 15 | 0 | 8 |
| Barbara C. Bernadin | June 16 | 0 | 6 |
| Asian Americans Advancing Justice – Atlanta | June 30 | 0 | 1 |
| HeadCount | June 30 | 150 | 3 |
| Julia Rose Pratt | June 30 | 0 | 72 |
| Republican Party of Florida | June 30 | 1,000 | 42 |
| Mr. Thomas L. Knapp | August 15 | 0 | 2 |
| Cynthia Fernandez | August 22 | 0 | 21 |
| Mr. Darren Coffield | August 22 | 0 | 13 |
| The Foundation Academy | August 22 | 0 | 11 |
| The Voter Participation Center | August 22 | 0 | 15 |
| Chris Gallaway/Dawn Waggoner (Fieldworks) | September 6 | 50 | 4 |
| HeadCount | September 6 | 850 | 52 |
| King Jesus International Ministry | September 6 | 0 | 54 |
| Miami Country Day School | September 6 | 0 | 27 |
| NAACP Upper Pinellas County Branch | September 6 | 600 | 7 |
| Vision Word Church | September 6 | 0 | 8 |
| Concord Management, Limited | November 15 | 0 | 3 |
| GRSG Company | November 15 | 0 | 39 |
| Total | | 3,400 | 579 |

Table 29: 3PVRO fine letters, 2017

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Mr. Bradley Harper | January 4 | 0 | 1 |
| College of Central Florida | January 4 | 0 | 1 |
| Mr. Emmanuel Morel | January 4 | 0 | 3 |
| North Carolina League Conservation Voters | January 4 | 0 | 5 |
| The Voter Participation Center | January 4 | 0 | 27 |
| Arab American Community Center | February 6 | 0 | 51 |
| Community Voters Project | February 6 | 0 | 96 |
| Fellowship House | February 6 | 0 | 5 |
| Florida Institute for Reform and Empowerment | February 6 | 0 | 37 |
| Indian River County NAACP Branch No. 5151 | February 6 | 0 | 5 |
| Michael W. Davey Campaign | February 6 | 0 | 8 |
| NAACP Branch No. 5121 | February 6 | 0 | 7 |
| National Council of La Raza/Democracia USA | February 6 | 0 | 4 |
| Chris Gallaway/Dawn Waggoner (Fieldworks) | May 23 | 950 | 25 |
| Mr. Michael Fitzpatrick (Sustainable Cities Initiative PAC) | May 23 | 0 | 5 |
| Jacksonville Branch NAACP | June 28 | 0 | 2 |
| Total | | 950 | 282 |

Table 30: 3PVRO fine letters, 2018

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Florida Democratic Party | January 10 | 150 | 3 |
| Chomp the Vote | April 5 | 0 | 2 |
| Clay County Democratic Executive Committee | April 5 | 0 | 1 |
| Florida Democratic Party | April 5 | 200 | 4 |
| Miami Dade College | April 5 | 0 | 1 |
| Citrus County Democratic Executive Committee | August 6 | 0 | 4 |
| Florida Democratic Party | August 6 | 50 | 5 |
| Miami Dade College | August 6 | 0 | 3 |
| Retreat at Valencia Apartments | August 6 | 0 | 10 |
| Concord Management LTD | September 6 | 300 | 6 |
| First Coast Leadership Foundation | September 6 | 1,000 | 271 |
| Florida Democratic Party | September 6 | 150 | 3 |
| Headcount | September 6 | 1,000 | 26 |
| Mi Familia Vota | September 6 | 0 | 6 |
| Florida Democratic Party | September 18 | 300 | 6 |
| Boynton Beach Community High School | September 21 | 0 | 11 |
| NexGen America | September 21 | 1,000 | 24 |
| Orange County Voters League, Inc. | September 21 | 0 | 1 |
| Palmer Trinity School ACLU Club | September 21 | 0 | 51 |
| Republican Party of Florida | September 21 | 300 | 7 |
| Sofia Andrade | September 21 | 0 | 21 |
| Organize Florida Education Fund | October 1 | 1,000 | 113 |
| NexGen America | October 17 | 1,000 | 24 |
| Headcount | October 30 | 1,000 | 26 |
| Count My Vote Florida | November 15 | 300 | 6 |
| Total | | 7,750 | 635 |

Table 31: 3PVRO fine letters, 2019

| Organization | Date | Fine | Applications |
|---|---|---|---|
| FieldWorks | April 16 | 1,000 | 66 |
| First Coast Leadership Foundation | April 16 | 0 | 26 |
| Florida Conservation Voters Education Fund | April 16 | 1,000 | 95 |
| UnidosUS | April 16 | 400 | 5 |
| Concord Management, Ltd | October 16 | 1,000 | 41 |
| HeadCount | October 16 | 0 | 39 |
| The Florida Democratic Party | November 27 | 200 | 12 |
| New Florida Majority | November 27 | 150 | 66 |
| The Florida Democratic Party | December 9 | 200 | 12 |
| Total | | 3,950 | 362 |

Table 32: 3PVRO fine letters, 2020

| Organization | Date | Fine | Applications |
|---|---|---|---|
| The Voter Participation Center | September 28 | 1,000 | 202 |
| Real Women Radio Foundation | September 28 | 0 | 31 |
| Organize Florida Education Fund | October 8 | 1,100 | 44 |
| The Florida Democratic Party | October 9 | 1,150 | 53 |
| Florida Immigrant Coalition, Inc | December 15 | 0 | 12 |
| Florida Rights Restoration Coalition, Inc | December 15 | 0 | 4 |
| Rebekah Williams | December 21 | 200 | 2 |
| Republican Party of Florida | December 21 | 400 | 8 |
| Total | | 3,850 | 356 |

Table 33: 3PVRO fine letters, 2021

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Concord Management, Ltd | May 17 | 50 | 1 |
| Total | | 50 | 1 |

Table 34: 3PVRO fine letters, 2022

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Hard Knocks Strategies, LLC | September 29 | 2,000 | 2,777 |
| Hard Knocks Strategies, LLC | November 29 | 32,400 | 94 |
| Total | | 34,400 | 2,871 |

Table 35: 3PVRO fine letters, 2023

| Organization | Date | Fine | Applications |
|---|---|---|---|
| Hard Knocks Strategies, LLC (Broward) | April 10 | 1,000 | 20 |
| Hard Knocks Strategies, LLC (Palm Beach) | April 10 | 11,200 | 112 |
| FSU Votes | May 15 | 100 | 1 |
| Engage Miami Civic Fund | May 15 | 50 | 1 |
| Tides Advocacy-Poder Latinx | May 15 | 26,000 | 52 |
| Democracy for All/Florida Conservation Voters Education Fund | May 15 | 100 | 2 |
| Clay County Democratic Executive Committee | May 15 | 100 | 1 |
| Republican Party of Duval County | May 15 | 1,000 | 10 |
| Donahoe Partners | May 15 | 550 | 1 |
| Gulf State Strategies, LLC | May 15 | 100 | 2 |
| FieldWorks | May 15 | 400 | 8 |
| Faith in Florida, Inc. | May 15 | 0 | 10 |
| Engage Miami Civic Fund | May 15 | 50 | 1 |
| Hispanic Federation | May 17 | 7,500 | 15 |
| Mi Familia Vota | May 17 | 6,500 | 13 |
| Tides Advocacy-Dream Defenders | May 17 | 300 | 5 |
| Alianza Center, Inc. | May 17 | 4,350 | 13 |
| UnidosUS | May 17 | 1,000 | 2 |
| Judith Seide | May 17 | 1,000 | 10 |
| Harriet Tubman Freedom Fighters | May 17 | 600 | 12 |
| Polk County Voters League | May 17 | 500 | 1 |
| Restoration of Truth Ministries, Inc. | May 17 | 50 | 1 |
| People Power of Florida | May 17 | 1,900 | 27 |
| Total | | 64,350 | 320 |