William Bruce Sauers
December 19, 2023

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                  TALLAHASSEE DIVISION

              CASE NOs. 4:23-cv-215-MW/MAF
                        4:23-cv-216-MW/MAF
                        4:23-cv-218-MW/MAF
```

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

    Defendants.
_____

REMOTE 30(b)(6) DEPOSITION OF

FLORIDA ALLIANCE FOR RETIRED AMERICANS

(William Bruce Sauers)

Tuesday, December 19, 2023

10:00 a.m. - 10:34 a.m.

LOCATION OF WITNESS:

Via Zoom

Orlando, Florida


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA


Job No. 340732

William Bruce Sauers
December 19, 2023

Page 19

```
 1              You can answer, if you know.
 2         A    I do not.
 3   BY MR. CYCON:
 4         Q    How many of FLARA's members cannot read or
 5   write?
 6              MS. O'DONNELL:  Object to the form.
 7              You can answer, if you know.
 8         A    No idea.
 9              MR. CYCON:  Counsel, what's the basis of
10         your objections, so I can clean up my
11         questioning?
12              MS. O'DONNELL:  Sorry.
13              For the basis of whether or not they can
14         read or write; he doesn't necessarily have a
15         number on that, so I think it's a lack of his
16         own personal knowledge.
17              MR. CYCON:  Okay.
18   BY MR. CYCON:
19         Q    To your knowledge, has anyone ever made a
20   complaint against FLARA in connection with
21   vote-by-mail ballots?
22         A    No, sir, not to my knowledge.
23         Q    How do you believe that FLARA's members
24   will be harmed if SB 7050 is upheld?
25         A    We have members who don't have any family
```

Page 20

```
 1    members.  If they needed to request a ballot, the
 2    narrowness excludes folks from getting help that
 3    they need.  They don't have immediate family here in
 4    Florida to be able to do these things.  And some of
 5    them don't have any family left.
 6         Q    Are there any other harms that FLARA
 7    believes its members would have if SB 7050 is
 8    upheld?
 9         A    I don't know the answer to that.  I just
10    know in this particular instance, there are people
11    that would -- this would cause them difficulty.
12         Q    Does FLARA know of specific members who
13    would face the harms that you just described?
14              MS. O'DONNELL:  Bill, if you can answer
15         the question broadly.
16              I object on the First Amendment privilege
17         to the extent that you would reveal any names
18         of FLARA members.  But if you can answer the
19         question broadly, you can.
20         A    I know of members.  I do not know their
21    names.
22    BY MR. CYCON:
23         Q    And would those members be impacted by the
24    disability, the nonEnglish speaking or the inability
25    to read or right aspects of SB 7050?
```

William Bruce Sauers
December 19, 2023

Page 21

```
 1            MS. O'DONNELL:  Object to the form.
 2     BY MR. CYCON:
 3        Q    You can answer.
 4        A    In our situation, it's the disability
 5     situation.
 6        Q    Has FLARA conducted any presentations
 7     regarding SB 7050 to its members?
 8        A    No, sir, not that I can think of.
 9        Q    Did FLARA advocate for or against SB 7050
10     while it was being debated?
11        A    I don't recall.  I don't remember what
12     actions were taken.
13        Q    Has FLARA created any documents that
14     explain SB 7050 to its members?
15        A    No, not that I can remember.
16        Q    Has FLARA had any written communications
17     with its members about the meaning of SB 7050?
18        A    No, I don't think anything has been
19     distributed.
20            MR. CYCON:  I am going to put a document
21        into the Chat.  I would like to mark this
22        Exhibit 1.
23            (Exhibit 1 was marked for identification.)
24     BY MR. CYCON:
25        Q    Are you able to see this document?
```

Page 22

 1      A    I am working on it.
 2           MS. O'DONNELL:  John, if you are able to
 3      share your screen, that would help.
 4           MR. CYCON:  I will try, but I am
 5      technically challenged.
 6           THE WITNESS:  You should try being an old
 7      guy.
 8   BY MR. CYCON:
 9      Q    Are you able to see --
10      A    Yes, sir.
11      Q    Do you recognize this document?
12      A    I don't.
13      Q    At the last sentence of the first
14   paragraph, do you see Florida Alliance for Retired
15   Americans?
16      A    I do.
17      Q    If I scroll down, do you see where it says
18   production requests?
19      A    Yes.
20      Q    Do you know whether FLARA searched for
21   documents that would potentially be responsive to
22   these requests?
23      A    Yes.
24      Q    How did it go about searching for those
25   documents?

Page 23

1    A    Everything that we do is put into Dropbox
2    and it was all searched by subject and date, and
3    nothing came back that was relevant to what was
4    being asked for.
5    Q    Does FLARA have its own e-mail address?
6    A    I think we do.
7    Q    So do you have a FLARA e-mail address?
8    A    I do.
9    Q    Do you know if FLARA e-mail addresses were
10   searched for potentially responsive documents?
11   A    As far as I know, yes.
12   Q    Does FLARA have social media accounts?
13   A    We have a Facebook page.
14   Q    Does FLARA put forth infographics or posts
15   on that Facebook page?
16   A    Yeah, like I guess what everybody does on
17   Facebook.
18   Q    Was Facebook searched for potentially
19   responsive communications?
20   A    I don't know that.
21        MR. CYCON:  If we can take a break for
22        five minutes.
23        MS. O'DONNELL:  Sure.
24        (A recess took place from 10:27 a.m. to
25        10:32 a.m.)

William Bruce Sauers
December 19, 2023

Page 24

 1            MR. CYCON:  I don't have any other
 2      questions.  I don't know if anybody from the
 3      Attorney General's Office has any questions.
 4            MS. PATEL:  I do not have any questions.
 5            MS. O'DONNELL:  I will just ask a few
 6      quick questions, then we can hopefully wrap up.
 7                  CROSS EXAMINATION
 8   BY MS. O'DONNELL:
 9      Q    Bill, how many members does FLARA have?
10      A    Approximately 190,000.
11      Q    And is your constituency comprised of
12   folks who are largely older?
13      A    Yes, yes.
14      Q    Out of that upwards of 200,000 membership,
15   would you say that it's fair to say there are
16   individuals who might have vision problems?
17      A    Yes.
18      Q    Are there folks who might have hearing
19   problems?
20      A    Yes.
21      Q    And so are there people who are -- who it
22   would be fair to say could be considered disabled
23   within your constituency?
24      A    Yes.
25      Q    Are there people who could have their

William Bruce Sauers
December 19, 2023

Page 25

 1   ability to read and write impacted by their
 2   potential disabilities?
 3        A    I would imagine so, yeah.
 4        Q    And could those disabilities affect your
 5   members' abilities to request a vote-by-mail ballot?
 6        A    Yes.
 7        Q    And are there folks in your constituency
 8   and in your membership who don't have any immediate
 9   family that could request a vote-by-mail ballot on
10   their behalf?
11        A    There are.
12             MS. O'DONNELL:  Thank you so much, Bill.
13        I don't have anything else.  I don't know if
14        Mr. Cycon has anything based on that.
15             MR. CYCON:  No, thank you very much for
16        your time today.  We'll request a transcript,
17        please.
18             MS. O'DONNELL:  We'll read, and we also
19        request a transcript.
20             THE STENOGRAPHER:  Ms. Patel?
21             MS. PATEL:  Yes, we also request a
22        transcript.
23             (Proceedings concluded at 10:34 a.m.)
24
25

Page 26

1                       CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5              I, the undersigned authority, certify that

6    WILLIAM BRUCE SAUERS, as 30(b)(6) representative of

7    FLORIDA ALLIANCE FOR RETIRED AMERICANS, remotely

8    personally appeared before me on December 19, 2023,

9    and was duly sworn.

10

11

12             SIGNED AND SEALED on December 22, 2023.

13   IDENTIFICATION: Driver's license.

14

15                  *[signature: Sandra L. Nargiz]*

16

17               SANDRA L. NARGIZ
                 RPR, RMR, CRR, CRC, CCR-GA
18               snargiz@comcast.net
                 Commission #HH239213
19               EXPIRES: APRIL 18TH, 2026

20

21

22

23

24

25

William Bruce Sauers
December 19, 2023

Page 27

1         CERTIFICATE OF REPORTER

2    STATE OF FLORIDA    )

3    COUNTY OF LEON      )

4            I, SANDRA L. NARGIZ, Registered

5    Professional Reporter, certify that I was authorized

6    to and did stenographically report the remote

7    30(b)(6) deposition of FLORIDA ALLIANCE FOR RETIRED

8    AMERICANS (William Bruce Sauers); that a review of

9    the transcript was requested, and that the foregoing

10   transcript, pages 1 through 25, is a true record of

11   my stenographic notes.

12           I further certify that I am not a

13   relative, employee, attorney or counsel of any of

14   the parties, nor am I a relative or employee of any

15   of the parties' attorney or counsel connected with

16   the action, nor am I financially interested in the

17   action.

18           DATED on December 22, 2023.

19

20

21

22           SANDRA L. NARGIZ
             RPR, RMR, CRR, CRC, CCR-GA
23           Notary Public in Florida
             snargiz@comcast.net
24

25