UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.

*Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00215-MW-MAF

## DECLARATION OF OLIVIA BABIS ON BEHALF OF DISABILITY RIGHTS FLORIDA

I, Olivia Babis Keller, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the Senior Public Policy Analyst at Disability Rights Florida ("DRF"). DRF is a Protection and Advocacy system ("P&A"), as that term is defined under the Developmental Disabilities Assistance and Bill of Rights Act ("DD Act"), 42 U.S.C. § 15041 et seq., the Protection and Advocacy for Individuals with Mental Illness Act of 1986 ("PAIMI Act"), 42 U.S.C. § 10801 et seq., and the Protection and Advocacy of Individual Rights Act ("PAIR Act"), 29 U.S.C. § 794 et seq. DRF

1

is an independent, nonprofit corporation designated by law to be Florida's federally funded P&A system for individuals with disabilities. DRF is authorized by federal law to pursue legal, administrative, and other appropriate remedies to ensure the protection of and advocacy for the rights of people with disabilities. DRF's constituents are all Floridians with disabilities.

3. DRF engages in legal, legislative, and policy advocacy to protect the rights of adults and children with disabilities throughout Florida. DRF devotes significant efforts to increase the political participation of people with disabilities and to address the challenges they face when voting such as inaccessible polling sites and ballots and limited or non-existent supervised facility voting options for people with disabilities residing in residential facilities.

4. There are an estimated 2.6 million eligible voters with disabilities in Florida. Each of these people would be considered a constituent of DRF. Some of these constituents cannot read or write due to a disability, including blindness. Some of these constituents also do not have a legal guardian or immediate family member.

5. Sometimes those with a disability are closer to their nurses, friends, or neighbors than they are to family members. They may not maintain close ties with any immediate family members. Or they may not have any family members left at all.

6. Of these 2.6 million people, some have had to rely on a nurse, neighbor,

friend, or other caregiver for assistance in requesting a vote-by-mail ballot.

7.  DRF's constituents will be impacted by the provision of SB 7050 that prevents disabled Florida voters from requesting a vote-by-mail ballot with assistance from anyone outside of their immediate family member or legal guardian.

8.  Voting by mail is much easier for many of our constituents. Voting in person is not an option that some of our constituents have at all due to their disabilities. For those who can vote in person, voting in person is still a much bigger burden than voting by mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024.

/s/ <u>*Olivia Babis*</u><br>
Olivia Babis<br>
Senior Public Policy Analyst<br>
Disability Rights Florida