UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.

      *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

      *Defendants*.

Case No. 4:23-cv-00215-MW-MAF

## DECLARATION OF WILLIAM SAUERS ON BEHALF OF FLORIDA ALLIANCE FOR RETIRED AMERICANS

I, William Sauers, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the President of the Florida Alliance for Retired Americans ("the Alliance").

3. The Alliance is a membership organization and a non-profit organization that actively pursues and promotes active civic involvement of its approximately 200,000 members. The Alliance advocates for programs and activities at all levels of government to prepare for the growing population of older Floridians who desire to remain self-sufficient.

1

4. The majority of our 200,000 members have some sort of mental or physical challenges, including disabilities. Some of those challenges prevent members from reading or writing, including blindness or difficulty with their vision. Some of these members do not have an immediate family member or legal guardian who could help them to request a vote-by-mail ballot. This situation arises for retirees, who often move away from their families when they move to Florida.

5. If members do have access to immediate family or a legal guardian, some members of the Alliance are closer to their friends and neighbors than they are to their immediate family members. It is an undue burden to force these members to ask their immediate family members for help rather than allowing them to turn to a trusted friend or neighbor for assistance.

6. In my capacity as President, I am aware of members of the Alliance who are affected by the provision of SB 7050 that prevents a disabled Florida voter from using anyone besides an immediate family member or legal guardian to request a vote-by-mail ballot. I know of members who have relied on and would likely again rely on the help of a friend, neighbor, or other person outside of a legal guardian or immediate family member to request a vote-by-mail ballot because of the person's mental or physical challenges, including disabilities, but for SB 7050.

7. Voting in person is not an option that some of our members have at all due to their age, health status, and mental or physical challenges that include

disabilities. For those who can vote in person, voting in person is often still a much bigger burden than voting by mail. Many seniors do not have reliable transportation and may not want to use public transportation because of safety and security concerns. And rideshare is inaccessible for many seniors because of the cost. Even if seniors can access reliable transportation, they will struggle with walking to and from the voting booth. Accordingly, many of our members need or prefer to vote by mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024.

<u>/s/ William Sauers</u>  
William Sauers  
President  
Florida Alliance for Retired Americans