UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

       Plaintiffs,
vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

       Defendants.
_____

REMOTE 30(b)(6) DEPOSITION OF

**DISABILITY RIGHTS FLORIDA**

(Olivia Babis Keller)

Friday, December 15, 2023

10:00 a.m. - 1:30 p.m.

LOCATION OF WITNESS:

Via Zoom

Tallahassee, Florida


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

1   analyst, and that's the position I have held for the
2   last four years.
3         Q    And as a public policy analyst and senior
4   public policy analyst, what sort of duties or
5   responsibilities have you held?
6         A    I do a lot of our legislative education
7   during session, bill analysis, of course lobbying,
8   meetings, work with stakeholders and other
9   organizations that we coordinate with on some of our
10  efforts, as well as overseeing all our voting rights
11  work.
12        Q    And when you say overseeing all of DRF
13  voting rights work, would you mind sharing with us
14  generally the scope of what that work is?
15        A    Sure.  So mentioning, we were trying to
16  get our voter registration program off the ground,
17  so creating some trainings for that; creating a
18  process for, you know, how we are going to track and
19  keep track of forms and make sure they are returned
20  on time, as well as coordinating our poll site
21  surveys that we do every election cycle.  So I
22  oversee that project.
23             We have done website accessibility audits
24  for all 67 Supervisors of Elections offices, so I
25  oversaw that and met with a lot of the Supervisor of

1   Elections.  We work with the Supervisor of Elections
2   to kind of troubleshoot accessibility issues that
3   are flagged for us.
4           So kind of maintaining that relationship
5   and communication with the supervisors to try to
6   address accessibility issues during the election
7   process.
8       Q   You mentioned DRF kind of wanting to get
9   its voter registration efforts off the ground.  This
10  may come up a little bit more when we start talking
11  about DRF and how it operates, but would you mind
12  just sharing I guess when DRF first became a 3PVRO?
13      A   That was in September of 2018.
14      Q   So prior to that, was DRF, you know, the
15  equivalent of a 3PVRO in Florida or anywhere else in
16  the country?
17      A   No.
18      Q   And I guess to ask some specific questions
19  about DRF, would you mind just sharing with us
20  generally what it is and what it does?
21      A   Sure.  So Disability Rights Florida is
22  Florida's protection and advocacy organization.
23  Every state has one.  We have our authority through
24  the DD Act.
25          Disability Rights Florida was created in

1  1977.  The P&A network was established in response
2  to the abuses that were happening at Willow Brook
3  and other institutions around the country at the
4  time.  So that's where our first kind of mandate and
5  appropriation came from.
6           Since then, we have grown into nine
7  federal grants where we have authority, and there is
8  seven P&As for the territories, so we provide free
9  legal and advocacy services to all people with
10 disabilities free of charge to promote the rights
11 and dignity and equal opportunity for people with
12 disabilities.
13      Q    And as a protection advocacy agency under
14 federal law, are you the sole equivalent of that in
15 Florida?
16      A    Yes.
17      Q    Okay.  So then I imagine there is probably
18 one similar for each of the other states?
19      A    Yes.
20           **MS. O'DONNELL:**  Object to the form.
21 BY MR. PRATT:
22      Q    And I guess drilling down a little bit on
23 DRF, do you know, is it also kind of a corporate
24 entity?  Does it have like 501(c)(3) status?
25      A    Yes.

1    Q    Okay.  And in general, would you mind just
2 sharing with us -- I know you just touched on it a
3 little bit, maybe expand some on what DRF does in
4 Florida as part of its P&A mission.
5    A    Sure.  So my role is to provide
6 legislative education, but we do that outside of
7 obviously that space.  So we have several different
8 teams that focus in different issue areas.
9         So we have our advocacy, education and
10 outreach team that does a lot of our education work.
11 They work on some transportation issues.
12         We have our community health systems team
13 that deals a lot with Medicaid issues, Medicaid
14 waiver, Medicaid fair hearings.  They do touch on
15 guardianship and alternatives to guardianship.
16         We give presentations to legal aide
17 organizations.  You know, we do have a lot of
18 attorneys on staff, so we are -- have membership in
19 the Florida Bar, so we do presentations for them as
20 well.
21         This past summer myself and Laura, who was
22 our former voting access advocate, gave a
23 presentation at the Supervisor of Elections summer
24 conference just on general disability etiquette,
25 disability history, to provide kind of a background

1    and more understanding there.
2            So we have a form on our website where
3    people can request speakers on various topics from,
4    you know, job accommodations, to making your website
5    and social media accessible, alternatives to
6    guardianship, educational rights, housing issues, so
7    those sorts of things.
8        Q    I think you mentioned you have a number of
9    attorneys on staff.  Do you happen to know the
10   number of those?
11       A    Not off the top of my head.  We have
12   approximately 100 staff members, but I'm not sure,
13   you know, exactly how many of them are attorneys.
14       Q    Sure.  Is it more or less than 10, to your
15   knowledge?
16       A    Oh, yes, definitely more than 10.
17       Q    More than 10.  Okay.  And those attorneys,
18   I guess one of their, you know, high level general
19   functions, are they kind of advising you all on
20   different applicable laws?  Are they helping you
21   work on contracts?
22           Just generally describe kind of what your
23   legal department's kind of role is at DRF.
24           **MS. O'DONNELL:**  Object to form.
25           **MR. PRATT:**  I will rephrase.

1           And then we generally kind of keep track
2   of any expenses that we weren't planning on that we
3   hadn't discussed with the director of operations.
4   We created some internal forms for additional
5   technologies and things that we were going to have
6   to purchase for the form trackers and making sure
7   that we are not misplacing or losing, or that we are
8   getting forms in on time.
9       Q    Do you know whether those documents that
10  you've just spoken to, whether they were produced in
11  discovery in this case?
12      A    Yes, we produced all of our budget
13  documents to our counsel.
14      Q    Do you know whether all of those documents
15  were then produced to the Secretary of State's
16  Office in this case?
17      A    I know that at least one or two of our
18  internal documents, a couple of Excel spreadsheets
19  that were kind of listing off additional
20  technologies and services we were going to have to
21  pay for in response to the passage of the law.
22      Q    And did DRF work with any other 3PVROs to
23  register voters in any of the election cycles we
24  just discussed?
25      A    No, any work that we did with other

1    organizations were with the Supervisor of Elections
2    themselves.
3         Q    And during those election cycles, did DRF
4    assist anyone with a disability in completing a
5    request for a vote-by-mail ballot?
6         A    Yes.
7         Q    Do you know how many times that would have
8    occurred?
9         A    I think that it was only -- well, I think
10   we got four requests.  Three individuals we were not
11   able to reconnect with, but one of them we were able
12   to and able to get that ballot to her.
13        Q    And during those election cycles, did DRF
14   assist any nonEnglish speakers in completing
15   requests for vote-by-mail ballots?
16        A    I believe our intake line did get one
17   Spanish call that we just connected with the
18   Supervisor of Elections and got that information for
19   them.
20        Q    During those election cycles we talked
21   about, 2018, 2020 and 2022, did DRF assist anyone
22   unable to read or write complete a request for
23   vote-by-mail ballot?
24        A    Not to my knowledge, no.
25        Q    Are there any records -- or strike that.

1            Are there any documents regarding any of
2    the above?
3        A    We have our documentation on the legal
4    server, but it has obviously a lot of personal
5    information and case information, so I am not sure
6    in regard -- I know we had some conversations with
7    counsel over what we could and couldn't share from
8    our legal server.  So I am not sure that that was
9    provided just because of the personal nature of the
10   information.
11       Q    Does DRF have any policies related to
12   assisting someone with a request for a vote-by-mail
13   ballot?
14       A    What type of policies specifically?  If
15   you can provide a little more detail or information.
16       Q    Sure.  So earlier we were speaking about
17   DRF's draft policies for voter registration
18   activities, and I guess kind of as a subset of that,
19   are there any policies related to how DRF would go
20   about assisting someone with a request for a
21   vote-by-mail ballot?
22       A    We have not historically brought the
23   vote-by-mail ballot request forms with us just
24   because our -- our registration program is still in
25   its infancy, but it would be the same policies that

1  apply for the voter registration forms themselves;
2  assist someone, if they need their help, but
3  obviously we don't want to be filling out people's
4  forms for them.
5        **MR. PRATT:**  What I would like to do now,
6     please, is I am going to drop in the Chat
7     Exhibit 3 marked and I will pull it up on the
8     shared screen function.
9           (Exhibit 3 was marked for identification.)
10 BY MR. PRATT:
11    Q   And I believe my share screen now should
12 be showing what's marked as Exhibit 3.  Ms. Keller,
13 are you able to see it?
14    A   Yes.
15    Q   Okay.  Do you recognize this document?
16    A   Yes, it's an e-mail that we received from
17 the Duval Supervisor of Elections office.
18    Q   And I believe it's dated August 30, 2019,
19 is that correct?
20    A   Yes.
21    Q   It's also Bates stamped number DRF-009 to
22 -0010.  I will scroll to the bottom.  Does that
23 sound correct?
24    A   Yes.
25    Q   Just generally, would you mind just

1  CERTIFICATE OF OATH
2
3  STATE OF FLORIDA           )
4  COUNTY OF LEON             )
5           I, the undersigned authority, certify that
6  Olivia Babis Keller, as 30(b)(6) representative of
7  DISABILITY RIGHTS FLORIDA, remotely appeared before
8  me on December 15, 2023, and was duly sworn.
9
10
11          SIGNED AND SEALED on December 20, 2023.
12  IDENTIFICATION: Driver's license.
13
14
15
16          SANDRA L. NARGIZ
            RPR, RMR, CRR, CRC, CCR-GA
17          snargiz@comcast.net
            Commission #HH239213
18          EXPIRES: APRIL 18TH, 2026
19
20
21
22
23
24
25

1              CERTIFICATE OF REPORTER
2    STATE OF FLORIDA    )
3    COUNTY OF LEON      )
4           I, SANDRA L. NARGIZ, Registered
5    Professional Reporter, certify that I was authorized
6    to and did stenographically report the remote
7    deposition of DISABILITY RIGHTS FLORIDA (Olivia
8    Babis Keller); that a review of the transcript was
9    requested, and that the foregoing transcript, pages
10   1 through 118, is a true record of my stenographic
11   notes.
12          I further certify that I am not a
13   relative, employee, attorney or counsel of any of
14   the parties, nor am I a relative or employee of any
15   of the parties' attorney or counsel connected with
16   the action, nor am I financially interested in the
17   action.
18          DATED on December 20, 2023.
19
20
21
22          SANDRA L. NARGIZ
            RPR, RMR, CRR, CRC, CCR-GA
23          Notary Public in Florida
            snargiz@comcast.net
24
25