# PLACEHOLDER EXHIBIT 28

# MOTION FOR LEAVE TO FILE UNDER SEAL PENDING[1]

---

[1] Contemporaneous with the filing of their motion for partial summary judgment, Plaintiffs have served copies of Exhibit 28 to all parties—all of whom are parties that stipulated to the Protective Order entered by the Court. ECF No. 133-1; ECF No. 134.