UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP (Florida NAACP), Voters of Tomorrow Action, Inc. (VOT), Disability Rights Florida (DRF), Alianza for Progress and Alianza Center (collectively, Alianza), UnidosUS (Unidos), Florida Alliance for Retired Americans (FLARA), Santiago Mayer Artasanchez, Humberto Orjuela Prieto, and Esperanza Sánchez (together, "Plaintiffs") respectfully move the Court for partial summary judgment as to their claims that: (1) **Fla. Stat. § 97.0575(1)(f), the "Citizenship Requirement,"** (a) violates the Equal Protection Clause of the Fourteenth Amendment (Count III), and

1

(b) is preempted by 42 U.S.C. § 1981's guarantee that all persons within the United States have the same right to make and enforce contracts (Count IV), and (2) **Fla. Stat. § 101.62(1)(a), the "Mail-In Ballot Request Restriction,"** is preempted by Section 208 of the Voting Rights Act (Count VII).

Plaintiffs request that this Court permanently enjoin Defendants' enforcement of Fla. Stat. § 101.62(1)(a) and Fla. Stat. § 97.0575(1)(f). In support of their motion, Plaintiffs rely on the Memorandum of Law and related exhibits attached to the notice filed at ECF No. 204.

## LOCAL RULES CERTIFICATION

Undersigned counsel certifies that this response contains 199 words, excluding the case style and certifications.

Dated: January 23, 2024                                    Respectfully submitted,

Abha Khanna*                                               /s/ *Frederick S. Wermuth*
Makeba Rutahindurwa*                                       Frederick S. Wermuth
**ELIAS LAW GROUP LLP**                                    Florida Bar No. 0184111
1700 Seventh Ave., Suite 2100                              **KING, BLACKWELL, ZEHNDER &**
Seattle, Washington 98101                                  **WERMUTH, P.A.**
Telephone: (206) 656-0177                                  P.O. Box 1631
akhanna@elias.law                                          Orlando, FL 32802-1631
mrutahindurwa@elias.law                                    Telephone: (407) 422-2472
                                                           Facsimile: (407) 648-0161
Lalitha D. Madduri*                                        fwermuth@kbzwlaw.com
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490

2

lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs*

\* *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*

3