## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., | Case Nos.: 4:23-cv-215-MW/MAF |
| Plaintiffs, | |
| v. | |
| CORD BYRD, in his official capacity as Florida Secretary of State, et al., | |
| Defendants. | |

### DECLARATION OF ABHA KHANNA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Abha Khanna, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm of Elias Law Group LLP and am admitted to practice in the State of Washington and various courts. I am admitted before this District pro hac vice in the above-captioned matter and am an attorney for Plaintiffs. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' motion for partial summary judgment.

1

1.    Exhibit 1 (ECF No. 204-1) is a true and correct copy of excerpts of the transcript of the April 28, 2023 Florida State House Legislative Session hearing and the associated certificate of transcriptionist.

2.    Exhibit 2 (ECF No. 204-2) is a true and correct copy of excerpts of the April 19, 2023 Florida State House State Affairs Committee hearing and the associated certificate of transcriptionist.

3.    Exhibit 3 (ECF No. 204-3) is a true and correct copy of excerpts of the deposition of Plaintiff Humberto Prieto, taken on December 28, 2023.[1]

4.    Exhibit 4 (ECF No. 204-4) is a true and correct copy of excerpts of the deposition of Santiago Mayer Artasanchez, as designee for Plaintiff Voters of Tomorrow, Inc., taken on December 11, 2023.

5.    Exhibit 5 (ECF No. 204-5) is a true and correct copy of the declaration of Johana Florez, dated June 7, 2023 and previously submitted at ECF No. 54-11.

6.    Exhibit 6 (ECF No. 204-6) is a true and correct copy of excerpts of the deposition of Cynthia Slater, as designee for Florida NAACP, taken on December 12, 2023.

7.    Exhibit 7 (ECF No. 204-7) is a true and correct copy of the declaration of Marcos Vilar, on behalf of Alianza for Progress and Alianza Center, dated June

---

[1] Plaintiffs file excerpts of depositions because some deposition transcripts contain confidential information outside of the scope of this motion. Plaintiffs can provide full transcripts upon request.

8, 2023 and previously submitted at ECF No. 54-10.

8.    Exhibit 8 (ECF No. 204-8) is a true and correct copy of the declaration of Jared Nordlund, on behalf of UnidosUS, dated June 8, 2023 and previously submitted at ECF No. 54-5.

9.    Exhibit 9 (ECF No. 204-9) is a true and correct copy of excerpts of the deposition of Jared Nordlund, as designee for Plaintiff UnidosUS, taken on December 13, 2023.

10.    Exhibit 10 (ECF No. 204-10) is a true and correct copy of excerpts of the deposition of Marcos Vilar, as designee for Plaintiff Alianza Center, taken on December 14, 2023.

11.    Exhibit 11 (ECF No. 204-11) is a true and correct copy of the declaration of Marcos Vilar, on behalf of Alianza for Progress and Alianza Center, dated January 23, 2024.

12.    Exhibit 12 (ECF No. 204-12) is a true and correct copy of the declaration of Jared Nordlund, on behalf of UnidosUS, dated January 22, 2024.

13.    Exhibit 13 (ECF No. 204-13) is a true and correct copy of the declaration of Raghav Joshi, on behalf of Voters of Tomorrow, Inc., dated June 8, 2023 and previously submitted at ECF No. 54-6.

14.    Exhibit 14 (ECF No. 204-14) is a true and correct copy of the declaration of Adora Obi Nweze, on behalf of Florida NAACP, dated June 9, 2023

and previously submitted at ECF No. 54-12.

15.    Exhibit 15 (ECF No. 204-15) is a true and correct copy of excerpts of the April 20, 2023 Florida State Senate Committee on Fiscal Policy hearing and the associated certificate of transcriptionist.

16.    Exhibit 16 (ECF No. 204-16) is a true and correct copy of excerpts of the April 26, 2023 Florida State Senate Legislative Session hearing and the associated certificate of transcriptionist.

17.    Exhibit 17 (ECF No. 204-17) is a true and correct copy of excerpts of the deposition of Nicholas Cox, as designee for the Attorney General, taken December 20, 2023.

18.    Exhibit 18 (ECF No. 204-18) is a true and correct copy of excerpts of the deposition of Andrew Darlington, as designee for the Secretary of State, taken January 4, 2024.

19.    Exhibit 19 (ECF No. 204-19) is a true and correct copy of excerpts of the deposition of Elizabeth Guzzo, as designee for the Attorney General, taken December 19, 2023.

20.    Exhibit 20 (ECF No. 204-20) is a true and correct copy of excerpts of the deposition of Mark Earley, as designee for the Leon County Supervisor of Elections office, taken December 13, 2023.

21.    Exhibit 21 (ECF No. 204-21) is a true and correct copy of the expert

report of Dr. Michael Herron, dated October 13, 2023.

22.   Exhibit 22 (ECF No. 204-22) is a true and correct copy of excerpts of the deposition of William Sauers, as designee for the Florida Alliance for Retired Americans, taken December 19, 2023.

23.   Exhibit 23 (ECF No. 204-23) is a true and correct copy of the declaration of Olivia Babis Keller, on behalf of Disability Rights Florida, dated June 9, 2023 and previously submitted at ECF No. 54-9.

24.   Exhibit 24 (ECF No. 204-24) is a true and correct copy of the declaration of Olivia Babis Keller, on behalf of Disability Rights Florida, dated January 22, 2024.

25.   Exhibit 25 (ECF No. 204-25) is a true and correct copy of the declaration of William Sauers, on behalf of the Florida Alliance for Retired Americans, dated January 22, 2024.

26.   Exhibit 26 (ECF No. 204-26) is a true and correct copy of excerpts of the deposition of Olivia Babis Keller, as designee for Disability Rights Florida, taken December 15, 2023.

27.   Exhibit 27 (ECF No. 204-27) is a true and correct copy of the transcript from the June 28, 2023 hearing on Plaintiffs' motion for preliminary injunction.

28.   Exhibit 28 (ECF No. 204-28) is a placeholder exhibit for a true and correct copy of excerpts of vote-by-mail request records that were produced and

deemed confidential by the Supervisors of Elections for Brevard, Monroe, Pasco, Levy, and Polk counties in discovery, pending completion of conferral on and the filing of a motion for leave to file the exhibit under seal.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 23, 2024

Respectfully submitted,

/s/ *Abha Khanna*

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law