UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

    Plaintiffs,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    Defendants.

Case Nos.: 4:23-cv-215-MW/MAF

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

Under Federal Rule of Civil Procedure 5.2(d), Local Rule 5.5(C), and this Court's protective order, ECF No. 134 ¶ 5, Plaintiffs move for leave to file Exhibit 28 to their motion for partial summary judgment under seal and in support state:

    1.    A document may be filed under seal upon "a showing of good cause." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

    2.    Exhibit 28 to Plaintiffs' motion for partial summary judgment is a true and correct copy of excerpts of vote-by-mail request records produced by Brevard, Monroe, Pasco, Levy, and Polk counties in discovery.

3. Such records are relevant to Plaintiffs' claim under Section 208 of the Voting Rights Act (Count VII of Plaintiffs' operative complaint), on which Plaintiffs move for partial summary judgment.

4. Under Section 101.62(2), Florida Statutes, such records are also "confidential . . . and shall be made available to or reproduced only for the voter requesting the ballot, a canvassing board, an election official, a political party or official thereof, a candidate who has filed qualification papers and is opposed in an upcoming election, and registered political committees for political purposes only."

5. The relevant Supervisors have therefore marked such information as confidential pursuant to this Court's protective order, ECF No. 134.

6. Because the vote-by-mail request records are both relevant to Plaintiffs' motion and protected from disclosure by Florida law and this Court's protective order, there is good cause to allow Plaintiffs to file Exhibit 28 under seal.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file Exhibit 28 to their motion for partial summary judgment under seal.

## LOCAL RULE 7.1(B) CERTIFICATION

Undersigned counsel for Plaintiffs has conferred with counsel for the Secretary of State, the Attorney General, and the affected Defendant Supervisors of Election for Brevard, Levy, and Polk Counties, who have all confirmed that they do not oppose the relief requested in this motion. Counsel for the affected Supervisors

of Election for Monroe and Pasco Counties has notified undersigned counsel for Plaintiffs that he is awaiting confirmation of his clients' positions, is traveling for an oral argument tomorrow, and will not be able to provide their position until after this motion is filed. Undersigned counsel will timely file a supplement regarding the conferral after receipt of the final conferral response from said counsel.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 281 words, excluding the case style and certifications.

Dated: January 23, 2024

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Admitted Pro Hac Vice*

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*