## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

     *Plaintiffs*,

v.                            **Case Nos.: 4:23cv215-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

     *Defendants*.

_____/

### ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL

     This Court has considered, without hearing, Plaintiffs' motion to file Exhibit 28 to their motion for partial summary judgment under seal. ECF No. 206. The motion is **GRANTED**. In an abundance of caution, if the Defendant Supervisors who have not provided their position regarding the motion believe this Court should revisit the issue, they may file a motion and this Court will address it at that time. Otherwise, Plaintiffs may file Exhibit 28 to their motion under seal.

     **SO ORDERED on January 24, 2024.**

                           **s/Mark E. Walker**
                           **Chief United States District Judge**