# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12308

_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                                  Plaintiffs-Appellees,

EQUAL GROUND EDUCATION FUND et al.,

                                                  Plaintiffs,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

                                                  Defendants-Appellants,

2                        Order of the Court                       23-12308

KIM BARTON, et al.,

                                                                      Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

ORDER:

    League of Women Voters of Florida's (League) motion to appear at oral argument and for seven minutes of argument time in addition to the time already allocated to the parties is GRANTED.  League will argue as amicus curiae.

    In light of granting this motion, Defendant-Appellants will receive a total of 22 minutes of argument time.

                                                        DAVID J. SMITH
                            Clerk of the United States Court of
                                   Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION