# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., *Plaintiffs,* v. CORD BYRD, in his official capacity as Secretary of State of Florida, et al., *Defendants.* | Case No. 4:23-cv-00215 4:23-cv-00216 (consolidated) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the District of Columbia Court of Appeals. Attached is a Certificate of Good Standing from the DC Bar. My Attorney Admission Tutorial confirmation number is FLND15586422132248, and I hereby certify that I completed the

CM/ECF tutorials. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

Dated: February 6, 2023	Respectfully submitted,

/s/ Molly E. Danahy
Molly E. Danahy
DC Bar No. 1643411
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mdanahy@campaignlegalcenter.org

*Counsel for Plaintiff*

2