IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                               Case Nos.: 4:23cv215-MW/MAF
                                                                      4:23cv216-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER ADMITTING MOLLY E. DANAHY *PRO HAC VICE***

This Court has considered, without hearing, the motion to admit Molly E. Danahy *pro hac vice* in the above-captioned consolidated cases. ECF No. 213 in No. 4:23cv215; ECF No. 90 in No. 4:23cv216. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission,[1] Molly E. Danahy is admitted *pro hac vice* as counsel for Plaintiffs League of Women Voters of Florida,

---

[1] Although the motion does not say that Molly E. Danahy has paid the required fee, the docket text in both cases includes the receipt number indicating that the fee has been paid.

Inc. and League of Women Voters of Florida Education Fund.

**SO ORDERED on February 6, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**