**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., | Case Nos. 4:23-cv-215-MW-MAF 4:23-cv-216-MW-MAF 4:23-cv-218-MW-MAF |
| *Plaintiffs*, | |
| v. | |
| CORD BYRD, in his official capacity as Secretary of State of Florida, et al., | |
| *Defendants*. | |

**SECOND UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**
**SOLELY FOR THE DEPOSITION OF MARIA MATTHEWS**

Plaintiffs Florida State Conference of Branches and Youth Units of the

NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for

Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans,

Santiago Mayer Artasanchez, Esperanza Sánchez and Humberto Orjuela Prieto

("NAACP Plaintiffs"); League of Women Voters of Florida Inc. and League of

Women Voters of Florida Education Fund Inc. ("LWVFL Plaintiffs"); and Hispanic

Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth

Pico ("Hispanic Federation Plaintiffs"), move to extend the discovery deadline from

February 9, 2024 to February 22, 2024 solely for the purpose of deposing Division of Elections Director Maria Matthews. In support, Plaintiffs state:

On January 11, 2024, Plaintiffs moved to extend the discovery deadline, for the sole purpose of deposing Director Matthews, from January 12, 2024 to February 9, 2024. ECF No. 197. Plaintiffs requested that extension to accommodate Director Matthews during an ongoing family emergency. This Court granted that motion. ECF No. 198.

Unfortunately, Director Matthews family emergency has not abated, and she will not be available for deposition for at least a week. Accordingly, Plaintiffs respectfully request that this Court extend the discovery deadline to February 22, 2024 for the sole purpose of deposing Director Matthews. No other deadlines will be affected.

Based on the above, there is good cause for an extension.

WHEREFORE, Plaintiffs respectfully request that this Court extend the discovery deadline to February 22, 2024 for the sole purpose of deposing Director Matthews.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs' counsel has conferred with counsel for the Secretary, and counsel for the Secretary does not oppose this motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains

255 words, excluding the case style and certifications.

Dated this 7ᵗʰ day of February 2024.

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW,
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law

/s/ *Brent Ferguson*
Brent Ferguson*
Danielle Lang*
Jonathan Diaz*
Ellen Boettcher*
Michael Ortega*
Christopher Lapinig*
Simone Leeper (FBN 1020511)
**Campaign Legal Center**
1101 14ᵗʰ Street NW, Ste. 400
Washington, DC 20005
Telephone: (202) 736-2200
bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
eboettcher@campaignlegal.org
mortega@campaignlegal.org
sleeper@campaignlegal.org

Chad W. Dunn
Florida Bar No. 0119137
BRAZIL & DUNN
1200 Brickell Avenue
Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

mjohnson@elias.law
rodonnell@elias.law

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

/s/ Megan Keenan
Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)

4

Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon[†]
Ghita Schwarz[†]
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

5

John A. Freedman[†]
Jeremy Karpatkin[†]
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

*\* Admitted Pro Hac Vice*
*[†] Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111