```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                   TALLAHASSEE DIVISION
 4    - - - - - - - - - - - - x
 5   FLORIDA STATE              :
 6   CONFERENCE OF              :
 7   BRANCHES AND YOUTH         :
 8   UNITS OF THE NAACP,        :
 9   et al.,                    :
10      PLAINTIFFS,             :
11   V.                         :   CASE NO.
12   CORD BYRD, IN HIS          :   4:23-CV-215-MW/MAF
13   OFFICIAL CAPACITY          :   4:23-CV-216-MW/MAF
14   AS FLORIDA SECRETARY       :   4:23-CV-218-MW/MAF
15   OF STATE, ET AL.,          :
16      DEFENDANTS.             :
17   ---------------------      :
18   LEAGUE OF WOMEN            :
19   VOTERS OF FLORIDA,         :
20   INC., ET AL.               :
21      PLAINTIFFS,             :
22   V.                         :
23   ASHLEY MOODY, IN HER       :
24   OFFICIAL CAPACITY AS       :
25   ATTORNEY GENERAL OF        :
```

```
1    FLORIDA, ET AL.,           :
2        DEFENDANTS.            :
3    ---------------------      :
4    HISPANIC FEDERATION,       :
5    ET AL.,                    :
6        PLAINTIFFS,            :
7    V.                         :
8    CORD BYRD, IN HIS          :
9    OFFICIAL CAPACITY          :
10   AS THE SECRETARY OF        :
11   STATE OF FLORIDA, ET       :
12   AL.,                       :
13       DEFENDANTS.            :
14    - - - - - - - - - - - - X
15
16             DEPOSITION OF MARK EARLEY,
17             DESIGNATED REPRESENTATIVE
18                Conducted Virtually
19             Wednesday, December 13, 2023
20                   9:03 a.m. EST
21
22
23   Job No.: 518511
24   Pages: 1 - 183
25   Reported By: Paul Smakula
```

```
 1              (EARLEY Deposition Exhibit 7 marked for
 2      identification and attached to the transcript.)
 3          Q   So, are you familiar with this document?
 4          A   Can you make it a little bit bigger?  It
 5      looks like one of those standard rules.  2.042, it
 6      seems, but it's really tiny.
 7          Q   And I'll represent to you that this is a
 8      document that was produced to us in discovery.
 9          A   Okay.  Yeah.  So, that's a proposed rule.
10      I'm not sure where we are as far as this rule goes
11      through the rulemaking process.  There's a lot of
12      rules being hit right now.
13          Q   Sure.  I will scroll down a bit.  This is
14      a document that was marked up that was produced to
15      us by your office.
16          A   Okay.
17          Q   Scrolling here.
18          A   These are suggested changes.
19          Q   So, scrolling down, it looks like this
20      language is attempting to define collecting and
21      handling; is that right?
22          A   Yes, it does.
23          Q   Would you say that that's because the
24      terms collecting and handling in the statute might
25      have been confusing?
```

1       A   Rules often clarify what statute -- or the
2   implementation of statute, so it's hard for me to
3   read this, because you got the comment on the
4   side.  I guess you can't make it any bigger.
5           That's better.
6           So, let me read this part over.
7           And sometimes I have to read this several
8   times to make sense of it.
9       Q   Understood.
10      A   So, it does not include distributing blank
11  voter registration applications.  It does not
12  include supervising and collecting or handling of
13  voter registration applications, so supervising
14  that.  Assisting -- it doesn't include assisting
15  in voter -- so that was a suggested change on our
16  part, it appears from Alex.  AM is Alex Mosca.
17      Q   So AM is Alex Mosca, Mr. Mosca that we
18  discussed before?
19      A   Right.
20      Q   And Mr. Mosca says, we suggested this
21  wording change, and they've taken it up.  And that
22  was in regard to assisting a voter who requests
23  assistance to fill out a voter registration
24  application; is that right?
25      A   That's what it says there.  I'd have to

```
 1   double-check that it actually implements that in
 2   the rule.  I didn't make the rule.  It's not even
 3   finished yet, I'm not sure.
 4        Q   Mr. Mosca says about the rule, this is a
 5   welcome addition/clarification; correct?
 6        A   Right.
 7        Q   And I'm going to ask, so, if a rulemaking
 8   and a statute conflict, which does the
 9   supervisor's office abide by?
10        A   Statute.
11        Q   The rulemaking defines collecting and
12   handling as exercising physical custody; is that
13   what you see here?
14        A   Yes.
15        Q   Does exercising --
16        A   Once it's got the voter's information in
17   it.
18        Q   Does exercising physical custody mean
19   driving a car that has filled out voter
20   registration application forms in the back of it?
21        A   Say that part again, please.
22        Q   Do you think it would be exercising
23   physical custody if someone drove a car that had
24   voter registration forms that were filled out in
25   that car?
```

```
 1        A   To me it would, yeah, because you have
 2   custody of them, you're in your vehicle, and
 3   you're the only one there, I would imagine.
 4        Q   Do you think someone would be exercising
 5   physical custody if they put filled out voter
 6   registration forms in envelopes to send to your
 7   office as supervisor?
 8        A   If someone else was there, possibly that's
 9   not custody, they could be helping.  But I would
10   tend to think that that would be contrary to the
11   rule, if someone that was not a citizen was
12   handling the completed forms.  But really that's
13   not necessarily within my authority to determine,
14   I would say, really.
15        Q   And can we agree it's hard to answer these
16   questions of what constitutes physical custody?
17        A   Somewhat.  Somewhat.  Again, if it's in a
18   car with a citizen and the driver is not a
19   citizen, I would say that it's not necessarily in
20   their custody.  I'm not sure who has the authority
21   there.  But if you were taking an Uber and the
22   driver was not a citizen but you were a citizen,
23   then I would say it's not in the Uber driver's
24   custody, it's in the 3PRVO's person's custody.
25   You see what I'm saying?
```

1   request a vote by mail ballot.
2       Q  So, just so I understand, someone can call
3   your office and say, I'm asking a vote by mail
4   ballot; is that right?
5       A  Yes.
6       Q  Or they can also go online and request a
7   vote by mail ballot; is that right?
8       A  Yes.
9       Q  And they can also fill out a form and
10  request it in the mail; right?
11      A  Correct.
12      Q  How would someone designate another person
13  to request their ballot on their behalf?
14      A  There is a designee form.
15      Q  And that's for requesting vote by mail
16  ballots?
17      A  Right.
18      Q  Okay.  I want to take us back to the
19  language of SB7050 itself briefly.  And I'll be
20  going to page 59, line 1704.
21         So, I'm on line 1704.  And I'll just zoom
22  out a bit so you can see the entire thing.
23         So I'll allow you to review this provision
24  and then I'll ask you some questions about it.
25      A  Okay.

1        Q   Okay.  And I can just scroll down.
2        A   So is this that -- okay, yeah.  So this is
3    the final -- all right.  And enrolled and all
4    that, yes.
5        Q   So, only the underlined portion is what
6    I'll be asking you about here.
7        A   Can you scroll up so I can see the
8    beginning?
9        Q   Yes.
10       A   Okay.  Gotcha.
11       Q   So, based on your reading of this, is --
12   does SB7050 change and limit the number of people
13   who can request a vote by mail ballot on behalf of
14   a voter?
15       A   I'm trying to remember what it was before
16   7050, which is what struck through there.  Only
17   from a voter -- directly instructed by the voter,
18   a member of the voter's immediate family or
19   voter's legal guardian from elector in person or
20   in writing.
21           I think they consolidated a couple
22   sections here, because I know there was an issue
23   -- you were allowed to do it with a designee
24   before, but it seems like that might have been
25   another section, because right here it says

```
 1   elector, in person, or in writing.
 2        Q   Based on this language, a voter can only
 3   have an immediately family member or their legal
 4   guardian request a ballot on their behalf, a mail
 5   ballot; is that right?
 6        A   Correct.  I'm just not 100 percent certain
 7   that only was initiated in 7050.
 8        Q   Do you know of any Florida voters who
 9   don't have immediate family or a legal guardian?
10        A   Sure.
11        Q   Could those include elderly individuals?
12        A   Say that last part again.
13        Q   Could those include elderly individuals?
14        A   Sure.  There's definitely going to be
15   people that don't have a legal guardian or
16   immediate family.
17        Q   Could that also include people who are
18   disabled?
19        A   Yes.
20        Q   Are there any other people who come to
21   mind who might be likely not have immediate family
22   or a legal guardian?
23        A   A young person could not have a legal
24   guardian or family.  A lot of different people
25   cannot have those other avenues for a designee.
```

Transcript of Mark Earley, Designated Representative
Conducted on December 13, 2023

112

1    Q   And under this provision, what options
2    would those people have for requesting a vote by
3    mail ballot, other than requesting it themselves?
4    A   Other than themselves, I don't know that
5    they have many options for that.
6    Q   Now, we've talked about suspicious
7    applications over the course of the deposition.
8    So, there are complaint forms that can be filed
9    against 3PVROs; is that right?
10   A   Yes.
11   Q   Has your office ever received one of those
12   forms?
13   A   Received a complaint form?
14   Q   Yes.
15   A   I don't know what you mean.  Those don't
16   come to us.  No, we wouldn't receive them.  We
17   receive blank ones so we can fill them out.
18   Q   Who would receive those forms?
19   A   I guess whoever we send them to.  Tell me
20   the form again.  Your question makes it confusing.
21   I may not understand what you're actually talking
22   about.
23   Q   I'm sorry.  I'll clarify.  I believe it's
24   the DSDE121 form; is that the election complaint
25   form?

```
1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2         I, PAUL P. SMAKULA, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true
5    and correct record of the testimony given; that
6    said testimony was taken by me stenographically
7    and thereafter reduced to typewriting under my
8    direction; that reading and signing was requested;
9    and that I am neither counsel for, related to, nor
10   employed by any of the parties to this case and
11   have no interest, financial or otherwise, in its
12   outcome.
13
14   IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my notarial seal this 13th day of
16   December, 2023.
17
18   My commission expires:  June 18, 2027.
19   [signature: Paul P. Smakula]
20   _____
21   NOTARY PUBLIC IN AND FOR
22   THE STATE OF MARYLAND
23
24
25
```