**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**DECLARATION OF ABHA KHANNA IN SUPPORT OF PLAINTIFFS'**
**RESPONSE IN OPPOSITION TO DEFENDANT SECRETARY OF**
**STATE'S MOTION FOR SUMMARY JUDGMENT**

I, Abha Khanna, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm of Elias Law Group LLP and am admitted to practice in the State of Washington and various courts. I am admitted before this District pro hac vice in the above-captioned matter and am an attorney for Plaintiffs. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' opposition to Defendant Secretary of State's motion for partial summary judgment.

1

1.      Exhibit 1 (ECF No. 217-1) is a true and correct copy of excerpts of the

deposition of Mark Earley, as designee for the Leon County Supervisor of Elections

office, taken December 13, 2023.


I declare under penalty of perjury that the foregoing is true and correct.


DATED: February 8, 2024


Respectfully submitted,

/s/ *Abha Khanna*
Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law