IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.                                   Case No. 4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

**EXHIBITS TO THE SECRETARY OF STATE'S
RESPONSE TO PLAINTIFFS' SUMMARY-JUDGMENT MOTION**

In accordance with this Court's instructions, Doc.117, this document contains Secretary of State Cord Byrd's exhibits to his response to Plaintiffs' summary-judgment motion and memorandum, Doc.205.

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Eleventh Circuit Oral Argument Transcript |
| 2 | The Secretary's Eleventh Circuit Initial Brief |
| 3 | The Secretary's Eleventh Circuit Reply Brief |
| 4 | Transcript of April 4, 2023, Senate Committee on Ethics and Elections |
| 5 | Transcript of April 19, 2023, House State Affairs Committee |
| 6 | Transcript of April 26, 2023, Senate Legislative Session |
| 7 | Transcript of April 28, 2023, House Session |
| 8 | Documents Relating to Hard Knocks Investigation and Roderica Cody |

1

| 9 | *League* Plaintiffs' Responses to the Secretary's Request for Admissions |
|---|---|
| 10 | Transcript of April 20, 2023, Senate Committee on Fiscal Policy |

Dated: February 13, 2024

Bradley R. McVay (FBN 79034)
Brad.McVay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
Joseph.vadebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
Ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Respectfully submitted by:

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (NYBN 5261912)*
jcycon@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Hwy
Haymarket, VA 20169
(212) 701-3402

*Counsel for Secretary Byrd*

*Admitted *pro hac vice*

## Certificate of Compliance

I certify that this document complies with the typeface and formatting requirements in Local Rule 5.1.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## Certificate of Service

I certify that on February 13, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil
