Case 4:23-cv-00215-MW-MAF   Document 219-6   Filed 02/13/24   Page 1 of 248

TRANSCRIPTION OF VIDEO RECORDING

FLORIDA SENATE LEGISLATIVE SESSION

APRIL 26, 2023

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1   APRIL 26, 2023

2          (START OF REQUESTED PORTION)

3          THE SECRETARY:  Committee substitute for

4   Senate Bill 7050.  A bill to be entitled an act

5   relating to elections.

6          PRESIDENT PASSIDOMO:  Senators, there is a

7   delete all amendment filed to the bill.  We're going

8   to go the delete all amendment first.

9          Read the amendment.

10         THE SECRETARY:  Amendment bar code 333316

11   by Senator Hudson.  Delete everything after the

12   enacting clause and insert amendment.

13         PRESIDENT PASSIDOMO:  Senator Hudson, you

14   are recognized to explain the amendment.

15         SENATOR HUDSON:  Thank you, Madam

16   President.  The delete all is really technical and

17   clarifying from what the original bill did.  And

18   hats off to the bill sponsor, Senator Burgess, who

19   has worked his tail off getting the bill to where it

20   is today.

21         What this amendment does is some

22   third-party voter registration.  We move the date of

23   implementation until after the general election.  We

24   increased some fines for the third-party voter

25   registration.  We clarify a provision in

Page 3

1   Resign-to-Run for someone running for president or

2   vice president.

3            We had an early voter location at

4   government buildings, which was a problem some of

5   our supervisors were having, so we clarify that.

6   And then we clarified fines and fees are

7   specifically to PAC share only and not treasurers.

8   That was in the bill, so we've taken that piece out.

9            That, Madam President, is a brief summary

10  of the delete all.

11           PRESIDENT PASSIDOMO:  Are there questions

12  on the delete all?

13           Senator Polsky, you're recognized.

14           SENATOR POLSKY:  Madam Chair, are we going

15  to do questions at the end for the bill as amended,

16  or better now?

17           PRESIDENT PASSIDOMO:  I think it would be

18  better now.  We'll get that out of the way.  There

19  are also other amendments that -- we've got 10 or 15

20  amendments.  We'll do them one at a time but let's

21  do questions on this amendment as, presuming this

22  goes forward, this will be -- it will be proforma at

23  the end.

24           SENATOR POLSKY:  Got it.  Okay.  I do have

25  some questions.  Thank you.

Page 4

1            When I was looking at the -- like line 62

2    of the delete all, that starts about the third-party

3    voter registration, "Relating to an affirmation,

4    each person collecting or handling voter

5    registration has not been involved or convicted of a

6    felony violation of the election code, a felony

7    violation of various statutes."

8            Can you tell us what those other offenses

9    are, specifically?

10           PRESIDENT PASSIDOMO:  You're recognized.

11           SENATOR HUDSON:  Thank you, Madam

12   President.

13           And are you -- just to clarify, Senator

14   Polsky, are you asking what the other felonies may

15   be that's subject to the language in the bill?  Is

16   that what you're getting at?

17           Thank you, Madam President.

18           So it would be felonies that disqualify

19   people from voting, which is already current law.

20   And then also any type of fraud felonies.  So if you

21   did anything fraudulent that would also be part of

22   that.

23           PRESIDENT PASSIDOMO:  Senator Polsky.

24           SENATOR POLSKY:  Thank you, Madam

25   President.

Page 5

1            So I guess in general with the restrictions

2      that we are looking to put on third-party voter

3      registration organizations, have there been

4      instances where there are felons or non-citizens who

5      have done anything wrong when they have collected

6      these registrations?

7            PRESIDENT PASSIDOMO:  Senator Hudson.

8            SENATOR HUDSON:  Thank you, Madam

9      President.

10           That's a great question.  So we have, and I

11     can give it to you because I believe it was an

12     article from the Secretary of State, or something

13     from the secretary, but we've had people register

14     folks and not turn in the registration, so people

15     thought that they were registered to go vote, and

16     coincidentally, it was not turned in, so they

17     weren't registered.  We've had other parties take

18     information and change their information after they

19     signed a form.  That was, I believe last year with a

20     bill that we did with elections that was brought up

21     from an incident in Miami-Dade.

22           So what we're trying to do with the

23     third-party stuff, Senator Polsky, is this is very

24     serious to register someone to vote.  It's very

25     serious to make sure that their vote does count.

Page 6

1  And so we want to make sure that we have a higher

2  scrutiny on those that are doing this.  So that

3  obviously, if you get a third-party registration, a

4  third-party registration gets someone's information

5  to the supervisor, we want it to be done correct, we

6  want it to be done right, and we want those people

7  to be able to vote.

8          PRESIDENT PASSIDOMO:  Senator Polsky.

9          SENATOR POLSKY:  Thank you, Madam

10  President.

11          I understand and I think we all probably

12  agree.  I guess the issue is is there any reason to

13  think that a felon has done those acts or a

14  non-citizen has done those acts more than the

15  Average Joe criminal?  Or excuse me, the Average

16  Joe, you know, person who just didn't do the job

17  correctly?

18          PRESIDENT PASSIDOMO:  Senator Hudson.

19          SENATOR HUDSON:  Thank you, Madam

20  President.

21          I know what you meant.  Senator Burgess has

22  actually done a lot on this particular section, so

23  if you don't mind, I'm going to kick it over to him

24  because he's got a little bit more facts and data

25  than I do.

Page 7

1          PRESIDENT PASSIDOMO:  Senator Burgess.

2          SENATOR BURGESS:  Thank you very much,

3     Madam President.

4          Thank you for the question, Senator Polsky.

5     Appreciate that.  The answer is yes.  And not just a

6     little bit, a lot.  Some of the organizations that

7     the Department of State has been investigated had

8     15-time convicted felons, a couple other felons who

9     had multiple felony counts against them.  And so the

10    answer is yes.  This has been a problem.  And that's

11    also why we're trying to provide that these felonies

12    have a nexus to the handling of personal information

13    and the potential for identity theft.

14          PRESIDENT PASSIDOMO:  Senator Polsky.

15          SENATOR POLSKY:  Thank you.  Moving on to

16    whether someone knows that they are eligible to vote

17    post-conviction.  The wording on the card that's

18    supposed to send out says, you know, "This does not

19    declare that you are eligible to vote."  But it

20    says, "You should check with the Department of

21    State."  How does the Department of State know if

22    someone is eligible to vote, if all fines have been

23    paid, et cetera?

24          PRESIDENT PASSIDOMO:  Senator Hudson.

25          SENATOR HUDSON:  Thank you, Madam

Page 8

1    President.

2            That's a great question, and Senator

3    Polsky, if you were in my committee on this bill,

4    the secretary did come up -- Secretary Byrd did come

5    up and he's the one suggested the exact information

6    that you're talking about on that information sheet

7    called the Secretary of State.  He said that they

8    have a lot of lawyers and a lot of good legal team

9    that can help people find out whether they're --

10   whether they've paid all their fines and fees, so

11   they don't go commit a felony.  So it's something he

12   requested.

13           But essentially, it's not that easy.  It

14   takes some time to figure out whether you may have

15   outstanding fines and fees by different counties.

16   And so what we wanted to do is make sure those

17   individuals could talk to the secretary, talk to the

18   legal teams, and make sure that they truly can vote

19   and not accidentally commit a felony.

20           PRESIDENT PASSIDOMO:  Senator Polsky.

21           SENATOR POLSKY:  Thank you, Madam

22   President.

23           Okay.  Let's move on to something that's

24   not going to get a lot of attention, the resign to

25   run piece of this.  Can you tell us why we need this

Page 9

1    in the bill, and why now?

2           PRESIDENT PASSIDOMO:  Senator Hudson.

3           SENATOR HUDSON:  Thank you, Madam

4    President.

5           I'm shocked you think it's controversial.

6    All we're doing is clarifying.  So when we did the

7    original Resign-to-Run law, and I actually passed

8    that in the state of Florida, we had several

9    discussions on our floor, both me, members of the

10   majority and minority party.  And we talked about

11   what happens if you're running for President.  And

12   the law, to me, is very, very clear that -- and I

13   think you've probably seen from scholars on both

14   sides of the aisle, both political parties, saying

15   that anybody could run for President or Vice

16   President without having to resign.

17          But it's been talked about so much when I

18   did this delete all because I wanted to do some

19   other things in this delete all, I thought why don't

20   we just go ahead and clarify it one step further.

21   So if you're running for President or Vice

22   President, right, some of the highest office in the

23   land, you do not need to resign.  That's the way I

24   see it as current law is written but the

25   clarification is in this delete all.

Page 10

1           PRESIDENT PASSIDOMO:  Senator Polsky.

2           SENATOR POLSKY:  Thank you, Madam

3    President.

4           If we talk about the policy behind why we

5    had prior Resign-to-Run laws, I know we had them, we

6    kept changing them, sometimes politically motivated,

7    you know, let's be honest.  Wasn't it for a reason

8    that we want people to focus on their current job

9    and if they choose to run for a different office

10   then stop that job and run for the other?  Isn't

11   there a reason behind Resign-to-Run laws?

12          PRESIDENT PASSIDOMO:  Senator Hudson.

13          SENATOR HUDSON:  Thank you, Madam

14   President.

15          Yes, there is.  And I was on the record,

16   and I stand by it today, if you're running for a

17   higher office, federal office, like you want to run

18   for Congress or you're a state or local wanting to

19   run up, I don't think you should -- I think my quote

20   was you shouldn't window shop and be safe for the

21   seat.  I was very clear -- I thought I was very

22   clear in terms of how I drafted it that the

23   President and Vice President are two totally

24   different things.

25          But I stand by what I said on the floor.

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 11

1   Senator Polsky, the easiest thing for me to do today
2   would have been to just repeal the statute that I
3   put in place.  We're not doing that; we're just
4   clarifying the statute.  So I still believe in it
5   100 percent.  I just think when you run for national
6   office, President or Vice President, it should be
7   clear that you should not have to resign to run,
8   which again, I think is already in the law but we're
9   clarifying it a little more.
10          PRESIDENT PASSIDOMO:  Senator Polsky.
11          SENATOR POLSKY:  Thank you.  I agree with
12   you about clarity, I think that's important.  But if
13   you think about the reasons why we had Resign-to-Run
14   laws and why you supported them in the past is, I
15   think, so people could focus on their campaign and
16   not, you know, be negligent about their current
17   office.  So how is it that -- okay, let's be honest
18   -- the governor of 23 million people is going to
19   spend a year and a half going around this entire
20   huge country and not govern the state?  Isn't that a
21   dereliction of duty and we are giving him the
22   pathway to do so?
23          PRESIDENT PASSIDOMO:  Senator Hudson.
24          SENATOR HUDSON:  Thank you, Madam
25   President.

Page 12

1              I don't think it's a dereliction of duty,

2    Senator Polsky.  I think I disagree with that.  I

3    think he already has the pathway to run for

4    President without the clarification in there,

5    without the Resign-to-Run clarification.  But what I

6    would say is -- and it's probably me being a little

7    selfish here -- if for some reason the governor is

8    not going to win the President of the United States,

9    I think he's done a great job as our governor, and I

10   think he should stay here as our governor.

11             PRESIDENT PASSIDOMO:  Senator Polsky.

12             SENATOR POLSKY:  Thank you.  Don't you have

13   a concern that there will not be a governor over a

14   year and a half because he will be campaigning?

15   Isn't that the point of the Resign-to-Run law?

16             PRESIDENT PASSIDOMO:  Senator Hudson.

17             SENATOR HUDSON:  Thank you, Madam

18   President.

19             No.  I think he will be -- while he may be

20   campaigning and I don't know what that campaign

21   looks like, I still think he will -- with himself

22   and the people that are in place right now, he would

23   still be able to run the state without any issues.

24             PRESIDENT PASSIDOMO:  Senator Polsky.

25             SENATOR POLSKY:  Thank you, Madam

Page 13

1    President.

2              Okay.  Moving to line 1618 of the

3    amendment, it talks about "If two or more vote by

4    mail ballots for the same election are returned in

5    one mailing envelope, the ballots may not be

6    counted."  I spoke to some supervisors of election

7    about this.  We all have people in our district, you

8    know, a lot of seniors, they think they're saving

9    postage, they both sign, they stick it in one

10   envelope.  I have been told that some supervisors do

11   not have a problem counting those ballots if the

12   signatures are verified.  Other supervisors may not.

13   Why don't we want to count every vote that's

14   possible?

15             PRESIDENT PASSIDOMO:  Senator Hudson.

16             SENATOR HUDSON:  Thank you, Madam

17   President.

18             Senator Polsky, this one is actually a

19   really great question, and I went around with our

20   staff; I called the lobbyists for the supervisors.

21   Unfortunately, I don't know how we're going to fix

22   this today because the way the law is written, they

23   have to put the ballots and the identifier separate,

24   so they mix it in a batch separately without knowing

25   who the identifier is to try and cure it.

Page 14

1              My understanding with the supervisors is

2    it's not really as uniform as we probably would like

3    it to be, but it's something that I know I've talked

4    to the supervisors and the secretary on of we've got

5    to figure this out in the future.  But the way the

6    current law is written, I don't know if we can

7    figure it out today, but it is a serious issue where

8    we want to make sure every vote is counted.

9              PRESIDENT BAXLEY:  No further questions,

10   Senator Polsky.  We'll move to Senator Jones.

11   You're recognized.

12             SENATOR JONES:  Thank you so much,

13   Mr. President.

14             And thank you, Senator Hudson.  I want to

15   go back to some questions that Senator Polsky was

16   asking when it came to the requirement relating to

17   citizenship in section four where it adds the

18   requirement for relating to citizenship.  Can you

19   explain what this does?

20             PRESIDENT BAXLEY:  Senator Hudson, you're

21   recognized to respond.

22             SENATOR HUDSON:  Thank you, Mr. President.

23             Can you give me a line number, please,

24   Senator?

25             PRESIDENT BAXLEY:  Senator Jones, you're

Page 15

1   recognized.

2          SENATOR JONES:   Thank so much,

3   Mr. President.

4          Page 4, line 77.

5          PRESIDENT BAXLEY:   You're recognized to

6   respond.

7          SENATOR HUDSON:   Thank you, Mr. President.

8          This goes back to the third-party voter

9   registration, and we wanted to make sure you were --

10  if I remember correctly, that you were a legal

11  citizen handling this and you weren't an illegal

12  doing third party voter registration.   Again, that

13  data is pretty private and sensitive, so we want to

14  make sure that if there any person out there is a

15  felon or has fraudulent stuff they've done in their

16  past, they're not handling sensitive information.

17         PRESIDENT BAXLEY:   Senator Jones, you're

18  recognized for another question to the sponsor of

19  the amendment.

20         SENATOR JONES:   Thank you so much,

21  Mr. President.

22         And thank you, Senator Hudson.   So why does

23  the provision apply to all who aren't U.S. Citizens?

24         PRESIDENT BAXLEY:   Senator Hudson, you're

25  recognized to respond.

Page 16

1          SENATOR HUDSON:  Thank you.  I'm going to

2    actually let Senator Burgess take this part because,

3    again, he's done a lot on this third-party voter

4    registration.

5          PRESIDENT BAXLEY:  Senator Burgess, you're

6    recognized for a response.

7          SENATOR BURGESS:  Thank you, Mr. President.

8          And thank you, Senator Hudson.  You're

9    doing a heck of a job, as always.

10          And thank you, Senator Jones.  It's a good

11    question, it's a fair question, and an opportunity

12    to provide some clarification and justification as

13    to why this is in that provision.  First and

14    foremost, it kind of dovetails in line with ensuring

15    that we're protecting that sensitive information

16    that we're collecting from a voter if they are

17    requesting all of that on a voter registration form.

18          Secondly, I think the policy call her is

19    that, you know, we recognize already that there are

20    certain rights in our country that only citizens get

21    to enjoy, including serving on a jury, running for

22    office, and voting, and we're just adding that

23    ensuring that somebody else's right to vote is not

24    one of those.  And in doing so, I think it's

25    important to -- and this was a topic of conversation

Page 17

1   in the last committee and with staff to kind of

2   clarify this.

3              There's a difference between the

4   solicitation and the collection.  So a 3PVRO

5   absolutely, you know, people can volunteer and hand

6   out the forms, the registration forms.  There is a

7   different -- and this is current law.  There's a

8   different requirement when it comes to collecting

9   the forms.  The people that are collecting the forms

10  have to be, I think it's called registered agents,

11  and the registered agents are reported up to the

12  Department of State.  Again, current law.  And so a

13  non-citizen, in theory, could solicit, could hand

14  these forms out, they just wouldn't be able to

15  collect them.  And by collect, I mean the filled-out

16  application.

17             PRESIDENT BAXLEY:  You're recognized,

18  Senator Jones, for another question.

19             SENATOR JONES:  Thank you, Mr. President.

20             This is for Senator Burgess, to stay on

21  this line of questioning.  Yes?

22             PRESIDENT BAXLEY:  Very good.  You're

23  recognized for a  question to the sponsor of the

24  amendment.

25             SENATOR JONES:  Thank you so much,

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 18

1    Mr. President.

2              And I appreciate that, Senator Burgess.  So

3    if the concern is about security, why wouldn't you

4    allow non-U.S. Citizens who have been vetted, like

5    legal, permanent residents to collect and handle

6    registration applications with the 3PVROs?

7              PRESIDENT BAXLEY:  Senator Burgess, you're

8    recognized to respond to the question.

9              SENATOR BURGESS:  Thank you very much,

10   Mr. President.

11             Thank you, Senator Jones, for the question.

12   I think my -- I think I'll fall back on my previous

13   answer kind of related to the decision why.  It's

14   ultimately a policy call but those are the reasons

15   why we decided to land on sticking with non-U.S.

16   citizens.

17             PRESIDENT BAXLEY:  Senator Jones, you're

18   recognized for another question.

19             SENATOR JONES:  Thank you so much,

20   Mr. President.

21             Senator Burgess, isn't it true that

22   non-U.S. citizens are allowed to work for the

23   Division of Elections?

24             PRESIDENT BAXLEY:  Senator Burgess, you are

25   recognized to respond.

1            SENATOR BURGESS:  Thank you very much,

2     Mr. President.

3            So yes, to the extent that that is accurate

4     information.  I think that's why we're also making

5     sure to delineate between the ability to solicit and

6     hand out forms and volunteer for the organization as

7     opposed to collecting it and obtaining it.  And so

8     that's where we're drawing that distinction to

9     recognize some of those factors.

10            PRESIDENT BAXLEY:  Senator Jones, you're

11     recognized.

12            SENATOR JONES:  Thank you so much,

13     Mr. President and Senator Burgess.

14            And so Senator Burgess, knowing that -- so

15     the answer is definitely yes, that non-citizens can

16     work as long as they have the work authorization,

17     and they can be hired by the State.  So are we

18     saying that a non-U.S. citizen who is employed by

19     the Division of Elections, or the Department of

20     Highway Safety Motor Vehicles, or let's say a tax

21     collector's office, could see voter registration

22     applications with voter personal information all day

23     long at their job but would be prohibited from

24     volunteering at a voter registration drive with

25     3PVROs where they'll be collecting or handling voter

4/26/2023                Florida Senate Legislative Session                Audio Transcription

Page 20

1   registration applications?

2          PRESIDENT BAXLEY:  Senator Burgess, you are

3   recognized to respond to the question.

4          SENATOR BURGESS:  Thank you, Mr. President.

5          And thank you so much, Senator Jones, for

6   the question.  I appreciate the opportunity to

7   answer it.  So I think that what we're drawing now

8   is the distinction between an employee who has been

9   vetted and obviously hired, probably gone through

10  different background checks and official channel

11  situations, whereas we're talking about with a

12  third-party voter registration organization, it's

13  just that.  It's an organization and it's a

14  volunteer organization, assuming.  And so I think

15  there's a distinction there between official

16  employment and being a volunteer for a group.

17         PRESIDENT BAXLEY:  Senator Jones, you're

18  recognize for another question of the sponsor.

19         SENATOR JONES:  Thank you so much,

20  Mr. President.

21         So can you explain why this bill makes that

22  distinction based simply on whether someone is a

23  U.S. citizen?

24         PRESIDENT BAXLEY:  Senator Burgess, you're

25  recognized to respond.

Page 21

1          SENATOR BURGESS:  Mr. President, I

2     apologize, Senator Jones, do you mind repeating the

3     question?

4          PRESIDENT BAXLEY:  You're recognized to

5     repeat the question.

6          SENATOR JONES:  Thank you so much,

7     Mr. President.

8          I just wanted to see if you can explain why

9     the bill makes this distinction based simply on

10    whether someone is a U.S. citizen.

11         PRESIDENT BAXLEY:  Senator Burgess, you're

12    recognized to respond.

13         SENATOR BURGESS:  Thank you very much,

14    Mr. President.

15         I think I answered.  Kind of our

16    justification behind why we laid this out in the

17    bill as such, it was a policy call and that's where

18    we landed.  I think it makes sense, but I understand

19    if there's some differences of opinion there.

20         PRESIDENT BAXLEY :  Senator Jones, you're

21    recognized for another question.

22         SENATOR JONES:  Thank you so much,

23    Mr. President.

24         And can we talk about the $50,000 per

25    person proportional to the violation?  Why is the

Page 22

1    $50,000 per person proportional to the violation?

2         PRESIDENT  BAXLEY:  Senator Burgess, you're

3    recognized to respond.

4         SENATOR BURGESS:  Thank you very much,

5    Mr. President.

6              So we are increasing fines across the

7    third-party voter registration organization sphere.

8    Fines are not a new function of law; they're in

9    current law.  But what we are seeing is that there

10   are certain third-party voter registration

11   organizations, and I certainly don't want to paint

12   -- they serve a great civic purpose.  I'm not trying

13   to paint a broad brush here and, you know, malign

14   the organizations who probably overwhelmingly due

15   this right, right, and follow the law and adhere to

16   it.

17             So regulation of third-party voter

18   registration organizations is current practice.  But

19   with recent information and what we are learning and

20   realizing is that to some third-party voter

21   registration organizations, some of the bad actors

22   that we're uncovering in investigations is that they

23   look at these fines as ultimately the cost of doing

24   business, essentially.  It's just like, put it on

25   the tab and we'll keep doing what we're doing.  And

Page 23

1  that's been uncovered in a number of circumstances

2  which is why we're going through and ensuring that

3  these fines have teeth and that these organizations

4  that are violating the law have notice and

5  understand that we are serious and that there are

6  certain requirements that they must adhere to if

7  they choose to operate as a 3PVRO.

8          PRESIDENT BAXLEY:  Senator Jones, do you

9  have another question?

10          SENATOR JONES:  Thank you so much,

11  Mr. President and thank you, Senator Burgess.

12          This question is to go back to Senator

13  Hudson.  Looking at the Resign-to-Run law, can you

14  talk to us, Senator Hudson on, in the beginning, why

15  did we repeal the Resign-to-Run law some years ago?

16  Why was it repealed?

17          PRESIDENT BAXLEY:  Thank you.  And I would

18  remind you, we are on the amendment and Senator

19  Hudson is the sponsor and so thank you for getting

20  us back on target.  And then he'll utilize the bill

21  sponsor as he wishes to refer.  Just for the crowd

22  to know where we're going here.

23          You're recognized, Senator Hudson, to

24  response.

25          SENATOR HUDSON:  Thank you, Mr. President.

Page 24

1    Appreciate that.

2            And I may need you to clarify on -- I think

3    you said the words repeal.  We've gone back and

4    forth on Resign-to-Run throughout, you know,

5    Florida's history, but the most recent Resign-to-Run

6    that was passed said if you're running for federal

7    office you have to resign.  We already had

8    Resign-to-R un in the state office, so from local to

9    state.  All we did is move it up to the feds, as

10   well.

11           So that's current law, and then what I do

12   in current law is clarify that if you're running for

13   national office, you know, some of the highest

14   office in the land, President or Vice President, you

15   do not have to resign.  As I've said before, I think

16   we have scholars on both sides of the aisle for

17   political parties that agree with current law that

18   there wouldn't have to be a resignation but we're

19   clarifying it even further within this delete all.

20           PRESIDENT BAXLEY:  Senator Jones, you're

21   recognized.

22           SENATOR JONES:  Thank you so much,

23   Mr. President.

24           Actually, I do want to ask as it pertains

25   to the dereliction of duty, do you believe that an

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 25

1   individual who is running for a higher office,

2   especially someone who is running for president,

3   also who runs a state of 23 million people can do

4   both jobs at the same time even considering the fact

5   that there are even things that have gone and is

6   going neglected right now as our administrator is

7   not here in state?

8          PRESIDENT BAXLEY:  Senator Hudson, you're

9   recognized to respond to the question.

10         SENATOR HUDSON:  Thank you, Mr. President.

11         Appreciate the question.  Yes, I do.  And

12   others that are governors in the past of other

13   states, as well, not just ours, have ran for

14   President and been able to be a governor of their

15   state and running for President at the same time.

16   There hasn't been any issues that I'm aware of.

17         PRESIDENT BAXLEY:  Senator Jones, you're

18   recognized for another question.

19         SENATOR JONES:  I think, Mr. President, I

20   will yield and allow some of my other colleagues to

21   ask questions.

22         PRESIDENT BAXLEY:  Okay.  With that move,

23   I'll recognize, Senator Thompson, you're recognized

24   for questions of Senator Hudson, sponsor of the

25   amendment.

Page 26

1          SENATOR THOMPSON:  Thank you,

2    Mr. President.

3          Senator Hudson, under the bill, a person,

4    the third-party voter registration individual has to

5    provide a receipt.  If an individual has a receipt,

6    can that person register to vote after the votes are

7    closed because they have a receipt?

8          PRESIDENT BAXLEY:  You're recognized to

9    respond to sponsors -- from the sponsor.

10         SENATOR HUDSON:  Thank you.  Again, this is

11   some of that third party stuff.  I'm going to give

12   it to Senator Burgess.  He's done probably eight

13   weeks' worth of work on this and he's been with

14   Secretary Byrd a lot more than I have on this

15   particular piece.

16         PRESIDENT BAXLEY:  Okay.  Senator Burgess,

17   the question is referred to you and you're

18   recognized to respond.

19         SENATOR BURGESS:  Thank you, Mr. President.

20         Every day, I'm doing election stuff, and

21   the last few weeks I'm realizing I don't know a

22   whole lot, and this is probably one of the more

23   complicated areas of law that there could be.  Thank

24   you for your question, Senator Thompson.  Appreciate

25   the opportunity to address it.

Page 27

1                I think what your question does speak to
2     those is the importance as to why we are enhancing
3     regulation around the third-party voter registration
4     organization.  The reality is if a third-party voter
5     registration organization fails to submit timely
6     somebody's voter registration, that voter is
7     disenfranchised.  And so they have elected, chosen
8     to be the fiduciary for that voter and if they fail
9     to deliver on their promise to that potential voter
10    who thought that they would be registered, then that
11    voter is disenfranchised and unable to vote
12    regardless of their receipt because the registration
13    didn't get in on time and that's a whole separate
14    process.

15                And so that's why it's important that we
16    continue to ensure that 3PVROs are adhering to their
17    mission and meeting a standard that we're laying out
18    in law to protect their fiduciary responsibility
19    that they voluntarily seek by asking for voter
20    registrants through these regulations.  A receipt is
21    certainly a great way to prove that for a voter, and
22    for a 3PVRO, that they did in fact get this person's
23    voter registration application.  So I think that
24    that's a good thing.  The Department of State will
25    lay out in rulemaking what that looks like.  But I

Page 28

1    think that -- I would say that your question speaks

2    to the importance of why we are enhancing the

3    requirements around these organizations.

4             PRESIDENT BAXLEY :  Senator Thompson,

5    you're recognized for another question.

6             SENATOR THOMPSON:  Thank you,

7    Mr. President.

8             Senator Burgess, what then is the purpose

9    of the receipt?  You want the person who assumes

10   that they're registering to have confirmation of

11   this.  So if the receipt doesn't allow them to vote

12   when they discover they're not on the rolls, what's

13   the purpose of the receipt?

14            PRESIDENT BAXLEY:  Senator Burgess, you're

15   recognized to respond.

16            SENATOR BURGESS:  Thank you, Mr. President.

17            Thank you, Senator Thompson.  It is a new

18   piece of policy and I think it's one of the ones

19   that I honestly am most excited to see in the bill

20   because it's essentially a rebuttal presumption.

21   Not just for the potential voter, the applicant, if

22   you will, but also for the 3PVRO.  It's good for a

23   UPS tracking number and I think for your voter

24   registration application having so much sensitive

25   information on it and you're entrusting somebody

Page 29

1   else with that that it's critical that you can prove

2   that you gave it to them.

3            And honestly, obviously, if a -- and this

4   current law, we're just upping the fines -- if a

5   3PVRO fails to submit that application within a

6   certain period of time, they are fine.  And that's

7   current law, and so the receipt actually would help

8   evidence whether or not that information was taken

9   and if one was failed to be delivered then obviously

10  that would assist in the investigation against a

11  3PVRO and also be able to demonstrate whether or not

12  they did in fact take that voter's application.

13           PRESIDENT BAXLEY:  Senator Thompson, you're

14  recognized for a question.

15           SENATOR THOMPSON:  Thank you,

16  Mr. President.

17           And thank you for your response, Senator

18  Burgess.  I want to stay on the third-party voter

19  registration organizations.  Is there a plan to

20  allow these organizations to use the State's online

21  platform to register voters through a portal?

22           PRESIDENT BAXLEY:  Senator Burgess, you're

23  recognized to respond.

24           SENATOR BURGESS:  Thank you very much,

25  Mr. President.

Page 30

1          Senator Thompson, that is not contemplated

2     in the delete all or the bill.  To the extent that

3     there are any plans for that down the road, I'm not

4     aware of any but that's not contemplated in the

5     legislation that's before us.

6          PRESIDENT BAXLEY:  Senator Thompson for a

7     question.

8          SENATOR THOMPSON:  Thank you,

9     Mr. President, and thank you, Senator.

10          Would that not solve the problem since the

11     platform can't be lost while a receipt could be

12     lost?

13          PRESIDENT BAXLEY:  Senator Burgess, you can

14     respond to the question.

15          SENATOR BURGESS:  Thank you, Mr. President.

16          I think a good answer to your question,

17     Senator Thompson, is that the online portal is

18     available to any individual voter and thereby they

19     wouldn't -- like a third-party voter registration

20     organization is not the only pathway to register to

21     vote.  You could request a voter application, a

22     voter could do it themselves, could do it in person.

23     So a 3PVRO is an entity that facilitates this but

24     it's just as simple for somebody if they're going to

25     request it from a 3PVRO to be able to request it

Page 31

1   directly from the portal themselves.

2          PRESIDENT BAXLEY:  Senator Thompson, you're

3   recognized for a question.

4          SENATOR THOMPSON:  Thank you,

5   Mr. President.

6          Senator Burgess, I represent a lot of

7   people who are more comfortable with individuals

8   that they know.  So many times, a sorority, a

9   fraternity, a church, or League of Women Voters will

10  register people to vote.  So I understand that there

11  are other means to register, and that's really why I

12  wanted to continue to focus on the voter

13  registration organizations.  And in terms of

14  accountability, would not the portal, and is that

15  something that could be considered, would not the

16  third-party group registering through the portal

17  provide the accountability that I think you're

18  looking for with this bill?

19         PRESIDENT BAXLEY:  Senator Burgess, you're

20  recognized to respond to the question.

21         SENATOR BURGESS:  Thank you, Mr. President.

22         And thank you, Senator Thompson.  Being

23  that we're not contemplating that particular

24  question in the legislation before us, that is

25  something I'd have to dig into a little bit on the

Page 32

1    side outside of what we have before us today.  So if

2    we could have that conversation later, I'd be happy

3    to do so.

4          PRESIDENT BAXLEY:  Senator Thompson, you're

5    recognized for another question.

6          SENATOR THOMPSON:  Thank you,

7    Mr. President.

8          Senator Burgess, what information does the

9    Department of State have or is there something that

10   the Department has learned that justifies raising

11   fines to a quarter of a million dollars?

12         PRESIDENT BAXLEY:  Representative Burgess,

13   you're recognized to respond.

14         SENATOR BURGESS:  Thank you very much,

15   Mr. President.

16         Yes, Senator Thompson.  And if you'll bear

17   with me as I sift through some of the paperwork

18   before me, I can go ahead and get you some specific

19   information.

20         First and foremost, I think in a previous

21   line of questioning, I think I had answered that

22   some organizations that are sort of the ones

23   prompting and becoming the face of sort of the bad

24   actors, we'll call them -- which is of course not

25   all of them.  Nobody should be maligned with those

Page 33

1    who, you know, ruin it for everybody, right.

2              But there are organizations that look at

3    this as the cost of doing business, and so you just

4    kind of put it on the tab, it's a part of the fine.

5    And so we are putting teeth in our fines to ensuring

6    that that is not the case for these organizations

7    just to continue to circumvent that to seek whatever

8    ends they're looking to achieve otherwise regardless

9    of the fine.

10             But in 2022, the Office of Elections,

11   Crimes, and Security reviewed approximately 3077

12   voter registration applications that were collected

13   and submitted untimely by a 3PVRO in violation of

14   current law.  The office assessed statutory fines in

15   excess or close to $50,000.  Most recently there

16   were over 50 fraudulent registrations and at least

17   18 identified victims of identity theft.

18             And that kind of brings us back to why

19   we're also not allowing certain convicted felons to

20   collect this information because in this situation

21   there actually was a 15-time convicted felon that

22   was the subject of this crime and as well as another

23   individual that had 3 felonies.  So there is

24   well-documented evidences as to the need to enhance

25   and tighten down on some of the registration

Page 34

1   requirements, but also the fines that these

2   organizations would need to pay.

3          PRESIDENT BAXLEY:  Senator Thompson, you're

4   recognized for a question.

5          SENATOR THOMPSON:  Thank you,

6   Mr. President.

7          Senator Burgess, what is the percentage of

8   the bad actors out of the total third-party voter

9   registration organizations?

10          PRESIDENT BAXLEY:  Senator Burgess, you're

11   recognized to respond.

12          SENATOR BURGESS:  Thank you, Mr. President.

13          And thank you, Senator Thompson, for the

14   question.  I don't have that percentage offhand but

15   one disenfranchised voter is one too many.  And to

16   the extent that we can make sure that these

17   organizations understand that what they're seeking

18   and volunteering to do is that important, and also

19   becoming the fiduciary of somebody's right to vote,

20   that in doing so, they must adhere to the law.

21          PRESIDENT BAXLEY:  Senator Thompson, you're

22   recognized for another question.

23          SENATOR THOMPSON:  Thank you,

24   Mr. President.

25          Senator Burgess, has the state gathered any

4/26/2023            Florida Senate Legislative Session            Audio Transcription

Page 35

1   data to show that the $250,000, quarter of a million

2   dollars, would be an effective deterrent?

3            PRESIDENT BAXLEY:  Senator Burgess, you're

4   recognized to respond to the question.

5            SENATOR BURGESS:  Thank you, Mr. President.

6            I think it was said before in a previous

7   committee by maybe somebody sitting in front of me

8   that criminals are going to criminal.  And so, you

9   know, I don't know that any fine is going to

10  completely eradicate crime.  However, we are doing

11  what we can by making policies calls to ensure that

12  we are making people think twice before they steal

13  somebody's identity through a 3PVRO application or

14  otherwise.  And so this is a policy call.

15           We heard extensively from Secretary Byrd

16  who we just confirmed unanimously in the Department

17  of State that this is an important piece of policy

18  and that this deterrent is needed to crack down on

19  some pretty serious offenses that we're uncovering

20  through these investigations.

21           PRESIDENT BAXLEY:  Senator Thompson, you're

22  recognized for a question.

23           SENATOR THOMPSON:  Thank you,

24  Mr. President.

25           Senator Burgess, over the last couple of

Page 36

1   sessions we've seen these fines increase year after

2   year, session after session.  Is this meant to be a

3   deterrent or is it being used as a tool to shut down

4   the third-party voter registration organizations?

5          PRESIDENT BAXLEY:  Senator Burgess, you're

6   recognized to respond.

7          SENATOR BURGESS:  Thank you very much,

8   Mr. President.

9          Absolutely not a deterrent.  This is

10  hopefully a deterrent for the bad actors, but those

11  who follow the law currently will continue to follow

12  the law and they will be just fine.

13         PRESIDENT BAXLEY:  Senator Thompson for a

14  question.

15         SENATOR THOMPSON:  Thank you.  And this is

16  my final question.

17         Senator Burgess, with regard to the

18  prohibition on prefilling out any of the voter

19  registration applications, is this going to be a

20  hardship for elderly people and people with physical

21  disabilities?

22         PRESIDENT BAXLEY:  Senator Burgess, you're

23  recognized to respond.

24         SENATOR BURGESS:  Thank you, Mr. President.

25         And thank you, Senator Thompson.  This is a

1   really good question and a great opportunity to make

2   sure that we're all tracking this correctly.  And so

3   there's a difference between sending and assisting.

4   So I want to make sure that it's abundantly clear

5   that in this provision we're talking about the

6   sending of a prefilled-out application.

7              In other words, a volunteer takes anecdotal

8   information they find online, they've never met that

9   person face to face, and they grab all that

10  information, get it to that person, and then have it

11  fill it out.  Whether or not that information is

12  accurate, we don't know.  And really, the only

13  person that is able to attest and has to swear to an

14  oath when they fill out this application is the

15  voter themselves, and that's why it's critical that

16  we make sure that it's a blank form when that voter

17  is ready to fill it out.

18              Now, to your point, and this is the really

19  important part, if somebody has a disability or an

20  elderly individual that needs assistance, that is

21  a-okay.  So if that person is present and they're

22  saying, "Hey, I can't do X.  You know, would you

23  help me with this?" that's a different scenario.

24  And so I just want to make sure that our

25  understanding is that there's a difference between

Page 38

1  sending a prefilled-out application and obviously

2  assisting somebody that's before you with the

3  information that they're providing.

4          PRESIDENT BAXLEY:  Are you okay?  Any other

5  questions?

6          Okay.  Senator Osgood, you're recognized

7  for questions.

8          SENATOR OSGOOD:  Thank you, Mr. President.

9          And I'm not sure at this point if I'm

10  addressing my question to -- I guess to Senator

11  Hudson.  So Senator Hudson, from a former background

12  of teaching public policy valuation at Nova

13  Southeastern University, public policy is only as

14  effective as its implementation process.  So I'm

15  always focused on the actual implementation.

16          You know, in public administration it's a

17  field of ambiguity and you have the theory, and you

18  have the implementation.  And you know, I'll admit

19  before I ask my question, I'm often guilty of

20  starting with the end in mind.  So as I'm thinking

21  about what we're trying to do to enhance our voting

22  process in the great state of Florida, just a couple

23  of questions.  Is the state working on a system that

24  voters can use to check their eligibility right now?

25          PRESIDENT BAXLEY:  Senator Hudson, you're

1    recognized to respond to this question.

2              SENATOR HUDSON:   Thank you, Mr. President.

3              And Senator Osgood, I think it's important

4    to note in this bill, again it started with Senator

5    Burgess, and he's been a great partner communicating

6    all the way through on this piece of legislation.

7    But most of the stuff you see in this bill came from

8    the supervisors, the Secretary of State, or some

9    other form of either legislature, us, that have seen

10   problems that we're trying to enhance.

11             Number one, people being able to vote, you

12   know, legally.  And number two, the streamlined

13   process to vote.  So when you ask those questions on

14   implementation, we're asking the experts on how we

15   implement this stuff.  The goal of this bill is

16   quite simple, and the amendment is to make sure

17   we're doing it right.  And I know there was a lot of

18   third-party voter registration comments, but I would

19   say to those that asked -- and I think Senator

20   Burgess did a great job.

21             I think you guys would all admit if -- you

22   guys being everyone in this room -- would all admit

23   if somebody is registering you to vote and you think

24   you're being registered to vote, and then they throw

25   that away, so it never makes it in, that's pretty

Page 40

1    deceitful and there's some things that we're trying
2    to do to make sure that we're going to get people on
3    the voter rolls that want to participate in our
4    elections but also make it seamless -- as
5    streamlined as possible.
6              PRESIDENT BAXLEY:  Senator Osgood, you're
7    recognized for another question.
8              SENATOR OSGOOD:  Thank you, sir.
9              So I'm not necessarily -- I feel the
10   third-party voter registration organization is
11   critically important, but I want to be clear as I'm
12   trying not to be duplicative in my questions to you.
13   I'm focused on the actual voter.
14             When I think about how important it is for
15   all of us to be civically engaged, to exercise our
16   right to vote, we have to meet people where they
17   are.  So that's why I'm talking about a process for
18   someone being able to determine their eligibility.
19   I know we make the policy, and you explain all the
20   different groups you're working with to implement,
21   but as policymakers.  Do you not feel that we have
22   the onus of providing the resources and helping with
23   the tools that they need to actually do what we're
24   collectively saying need to be done?
25             PRESIDENT BAXLEY:  Senator Hudson, you're

Page 41

1   recognized to respond.

2            SENATOR HUDSON:  Thank you, Mr. President.

3            That's a great question, Senator Osgood.

4   First, I think if you look at our bill, we allow

5   more transparency and data going back and forth

6   between Department of Highway Motor Safety Vehicles

7   to the Secretary of State.  Then we go a step

8   further and we ask the clerks to share information

9   with the Secretary of State, so that if there is

10  someone that has outstanding fines and fees, we will

11  hopefully know about it based on the data sharing.

12           But more importantly, in terms of your

13  first question and the implementation, that's why we

14  have in this bill, "You need to call the Secretary

15  of State."  They have all this information.  He has

16  come to our committee and said he's got plenty of

17  lawyers on standby to help inform those that if they

18  are possibly felons and they're trying to get back

19  to be able to vote and they have outstanding fines,

20  he wants to work with them to try and get them their

21  eligibility back.

22           So we do have things in place to assure

23  those that have questions that need help, that need

24  services and want to be able to vote can do so with

25  not only the Secretary of State helping but also the

Page 42

1   data that we're sharing back and forth from our

2   clerks and our other department agencies.

3          PRESIDENT BAXLEY:  Senator Osgood, you're

4   recognized for another question.

5          SENATOR OSGOOD:  Thank you, sir.

6          So I'm going to switch and ask some more

7   like specific questions and details.  So I work with

8   this organization called Faith in Florida and they

9   had some specific questions for me, and I want to

10  make sure that I'm giving them the correct answers.

11         So when we look at the strike all

12  amendment, lines 307 to lines 314, it reads, "The

13  supervisor shall at minimum conduct an annual review

14  of voter registration records to identify

15  registration records in which a voter is registered

16  at an address that may not be an address of legal

17  residence for the voter.  For those registration

18  records with such addresses that the supervisor has

19  reasonable belief are not legal residential

20  addresses, the supervisor shall initiate list

21  maintenance activities pursuant to the statute

22  98.07(6) and (7)."

23         Can you help us understand what this is

24  referring to?

25         PRESIDENT BAXLEY:  Senator Hudson, you're

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 43

1   recognized to response.

2          SENATOR HUDSON:  Thank you, Mr. President.

3          Yes.  That's a great question.  So people

4   move throughout the state of Florida.  Some move to

5   other states, some move county by county, city by

6   city.  And when they move, they sometimes update

7   their driver's license, and so with this data that

8   we talked about sharing, if they happen to have an

9   old address on their registration file, all we're

10  asking the supervisor to do is do some list

11  maintenance.

12         They can -- there's several tools they have

13  to figure out whether the voter is on their list, or

14  their address is wrong.  But the goal is to contact

15  the voter and try to make sure that they have

16  accurate information.  So that's part of that list

17  maintenance we're talking about as people move

18  around throughout the state.

19         PRESIDENT BAXLEY:  Thank you.  Do you have

20  another question?  Senator Osgood, you're

21  recognized.

22         SENATOR OSGOOD:  Yes, sir.  Thank you.

23  Just a few more questions.

24         So listening to you it makes me think about

25  -- so I love boats.  I spend a lot of time around

Page 44

1   marinas.  You know, maybe I'll meet a rich guy that

2   own a boat one day and become an owner of one.  But

3   I think about this bill and what I would consider to

4   be un-house voters.  You know, people that live at

5   marinas and locations like that.  How would this

6   affect them?

7         PRESIDENT BAXLEY:  You're recognized to

8   respond, Senator Hudson.

9         SENATOR HUDSON:  Thank you, Mr. President.

10        I'm just -- I think I'm following the line

11  of questions.  If you live in a marina, I believe

12  you would have some type of address where you're

13  getting your mail or some type of place attached

14  that would tie you to a physical address, and if

15  that's the case, this bill will not affect them if

16  they've got a physical address or P.O. box.

17        PRESIDENT BAXLEY:  Senator Osgood, you have

18  another question?

19        SENATOR OSGOOD:  Thank you, sir.

20        And I need to just ask this question

21  directly, so that we can kind of get this on the

22  record.  Again, I told you I work with this group,

23  Faith in Florida, and many of the people that work

24  grassroots in communities are just trying to

25  understand why the state department is not taking

Page 45

1    responsibility for determining eligibility of

2    voters.

3              PRESIDENT BAXLEY:  Senator Hudson, to

4    respond, you're recognized.

5              SENATOR HUDSON:  Yes.  Thank you,

6    Mr. President.

7              So the onus of whether you're eligible or

8    not is on you, the individual.  So if I have

9    registered and I haven't committed any crimes or

10   have any outstanding fees, I'm able to vote in the

11   state of Florida.  That's our current law.  But what

12   we're doing is -- again, the onus is on the

13   individual, but we're allowing with all this data

14   that we share and on the information card, we're

15   allowing them to contact the Secretary of State so

16   that the Secretary of State can help them prove

17   whether they are qualified or not.

18             So while the onus is on the individual,

19   we've got a lot of tools in the toolbelt, I should

20   say, for our secretary and our other agencies to

21   help determine whether that individual is eligible

22   and can vote.

23             PRESIDENT BAXLEY:  Do you have another

24   question?

25             SENATOR OSGOOD:  Thank you, Mr. President.

Page 46

1            PRESIDENT BAXLEY:  You're recognized.

2            SENATOR OSGOOD:  So right now, I'm in

3    agreement with improving our voting and trying to

4    make sure that we don't have fraudulent activity,

5    you know, and sometimes conversations of the media

6    make it worse than what it is.  But I can say to you

7    that there are many responsible, hardworking people

8    who have been voters who are looking to vote that

9    are really scared right now to the extent that I was

10   asked another question about -- and I'm going to ask

11   it to you.

12            When people are to the extent that they

13   feel like now that they might even have to hire a

14   lawyer to just make sure that they're eligible to

15   vote, so that they don't risk going to jail, are we

16   concerned that that's putting an undue burden on

17   such individuals?

18            PRESIDENT BAXLEY:  Senator Hudson, you're

19   recognized to respond.

20            SENATOR HUDSON:  Thank you, Mr. President.

21            And Senator Osgood, I think you sat through

22   the committee when the secretary came up and we

23   asked him some of these frank questions.  The

24   secretary has told us that they have lawyers on

25   staff, so no one needs to hire a lawyer.  We've put

Page 47

1  it in the bill to contact the secretary if you think

2  your eligibility is in question.  They can start

3  right now, today, or tomorrow, and make a call to

4  the secretary and they can go through this process

5  before our elections happen in August or November of

6  2024 to figure out whether they're eligible or not

7  to vote.  So everything is in place for them.

8  Hopefully they don't hire their own attorneys

9  because the secretary is willing to step up, and

10  he's mentioned that at the meeting, and help people

11  figure out their eligibility if they're in question.

12         PRESIDENT BAXLEY:  Would you like to

13  respond, Senator Burgess, as the bill sponsor?

14         SENATOR BURGESS:  Mr. President, thank you.

15         And just to add to Senator Hudson's answer,

16  it was right on point, so there's not a lot to say

17  here other than, Senator Osgood, thank you for your

18  questions.

19         So address list maintenance, voter

20  ineligibility determinations, these are all

21  processes that are currently in place, so we're not

22  adding some new -- list maintenance is not new.

23  It's happening now; it's happening at an annual

24  frequency.  We're putting some, and working,

25  honestly extensively with the supervisors of

Page 48

1   elections on this one.  We wanted to get this right

2   because obviously this is a lot that somebody that

3   is in that world would have to keep up with.

4              And so the original bill had some other

5   things in it that the supervisors came back and

6   said, "That's completely unworkable."  And so we

7   worked with them and the Department of State to kind

8   of make the mechanics of what we're doing here

9   better, more efficient, and processable.

10             And so the provisions in the list

11  maintenance, as well as the voter ineligibility

12  parts, were in large part based on the feedback that

13  we received from both of those key and critical

14  stakeholders in the elections world and process.

15             And so I -- just to answer your question,

16  to those who may fear something that's not there,

17  these are processes that are currently in place.

18  We're putting some efficiencies around them.  We're

19  working through some mechanical and technical parts

20  of that, which honestly makes this bill just that

21  big and somewhat complicated because it's so much of

22  mechanics and technicalities.

23             But these are processes that are happening

24  right now and, in some areas, we're putting around

25  specific days, clarifying time frames, and just

Page 49

1  cleaning up some stuff to make this a more efficient

2  process.

3          PRESIDENT BAXLEY:  Senator Osgood, do you

4  have another question?  If you'll just lift your mic

5  up a little bit, so I know you're ready to be

6  recognized.

7          SENATOR OSGOOD:  Thank you, Mr. President.

8          And thank you so much, Brother Burgess, for

9  responding and giving me that extra answer.  And

10 I'll just say, there are people, after seeing people

11 being arrested for voting, that are literally

12 afraid, and we know as a government we are still

13 struggling to build trust.  So let me ask this

14 question.

15          If you could help me understand this

16 statement which the bill places on the voter

17 information card and its consistency with state

18 statute.  So "The card is proof of registration but

19 it's not legal verification of eligibility to vote.

20 It is the responsibility of a voter to keep his or

21 her eligibility status current."

22          So in this statute 97.07 it says, "A voter

23 information card sent to an applicant constitutes

24 notice of approval of registration.  If the

25 application is incomplete, the supervisor must

Page 50

1    request that the applicant supply the missing

2    information using a voter registration application

3    signed by the applicant.  A notice of denial must

4    inform the applicant of the reason that the

5    application was denied."

6              What is the difference between approval of

7    registration and legal verification of eligibility

8    to vote?

9              PRESIDENT BAXLEY:  Senator Burgess, you're

10   recognized to respond.

11             SENATOR BURGESS:  Thank you, Mr. President.

12             And thank you, Senator Osgood.  These are

13   great questions, and these are opportunities to

14   provide clarification and so I'm really appreciative

15   for putting this on the record for us, that way we

16   can help answer that and provide that to those who

17   are watching back home.

18             So a voter's eligibility may change, and so

19   what this voter information card, by adding this

20   disclaimer on there, we're putting notice of present

21   policy.  It's kind of another great example of maybe

22   what I was saying just a couple of minutes ago.

23   Here's an example of something that's already

24   present policy and we want to make sure that voters

25   know that you may not be eligible just because you

Page 51

1   have that card.  There wouldn't be a new category of

2   ineligibility, per se.

3            It's just putting that voter on notice of

4   current law, current policy, and that if their

5   address changed and it wasn't updated or some other

6   thing that hadn't been cured yet, that could be one

7   of those circumstances where that arises.

8            We also, based on the feedback in our last

9   committee, added in, and I believe it's in the

10  delete all that Senator Hudson has, we added in the

11  provision that lets a voter know that they can

12  contact the Department of State of they are

13  questioning their own eligibility.  Maybe an

14  upcoming election is nigh, and they want to make

15  sure that this is accurate information because they

16  think that there could have been a substantive

17  change that could determine them ineligible.  We

18  want to make sure to also put them on that notice,

19  and so that was a good suggestion.  The secretary

20  has made it very clear that he has staff on standby

21  who are at the ready to help verify that eligibility

22  if it's ever in question.

23            PRESIDENT BAXLEY:  Senator Osgood, you're

24  recognized for another question.

25            SENATOR OSGOOD:  Thank you, Mr. President.

Page 52

1          And thank you, so much, Brother Burgess for

2     that response.  Can you see where it can be a little

3     misleading to send a voter a voter information card

4     if they're not eligible to vote?

5          PRESIDENT BAXLEY:  Senator Burgess, you're

6     recognized to respond.

7          SENATOR BURGESS:  Thank you very much,

8     Mr. President.

9          And Senator Osgood, I think the best answer

10    I could give to that very good question is that

11    really is the purpose behind the disclaimer, to make

12    sure that they're aware and that there isn't any

13    misleading information.  That they maybe don't show

14    up on election day, think that they're eligible to

15    vote, and they're like, hey, what happened?  So this

16    hopefully provides that notice of present policy and

17    helps avoid maybe potential confusion that could

18    ultimately prevent somebody from voting.

19          PRESIDENT BAXLEY:  Senator Osgood, you're

20    recognized for another question.

21          SENATOR OSGOOD:  Thank you, Mr. President.

22          As you mentioned earlier about existing

23    policy, you know, we're the Florida Senate, we

24    change policy all the time, so I don't want to just

25    subscribe to the thought because it's existing

Page 53

1   statute.  That's what we do, we change it, we

2   improve it, we give, and we take away.  As I

3   continue to listen, I'm going to go back to where I

4   started with implementation.  Because we're doing a

5   lot of changing and it could possibly help us.  But

6   I am concerned about the responsibilities with the

7   supervisor of election and these groups who have to

8   go through the county to get their funding.  So let

9   me ask this question.  Will supervisors of elections

10  have to print and mail new cards to every voter?

11          PRESIDENT BAXLEY:  Recognized for a

12  response.

13          SENATOR BURGESS:  Thank you very much,

14  Mr. President.

15          Good question, Senator Osgood.  The answer

16  is no.

17          PRESIDENT BAXLEY:  Senator Osgood for

18  another question, you're recognized.

19          SENATOR OSGOOD:  Thank you.  That ends my

20  questions at this moment.

21          PRESIDENT BAXLEY:  Thank you very much.

22          Senator Powell is -- he's missing from the

23  floor.

24          Senator Book, you're recognized.  Any

25  questions?

Page 54

1          SENATOR BOOK:  Thank you, Mr. President.

2          And thank you both for all of your hard

3     work.  I know it's a lot when we're doing a marathon

4     bill.  I'm going to focus on voter eligibility, so I

5     think Senator Hudson is my guy.  And if these have

6     been asked in different ways, I apologize.  I just

7     want to make sure that I'm setting myself up for an

8     amendment that I've been talking to different

9     supervisors on.

10          If a voter, Senator Hudson, has an

11     eligibility case pending and is legally allowed to

12     vote, and then votes, can they be prosecuted for

13     voting illegally if it comes to be that there was an

14     issue?

15          PRESIDENT BAXLEY:  Senator Hudson, you're

16     recognized to respond to the question.

17          SENATOR HUDSON:  Thank you, Mr. President.

18          That one is really technical, so give me

19     one second.

20          Thank you.  Just to be clear, so the bill

21     clarifies that if they're under review, they can

22     vote provisionally, and they're not subject to

23     prosecution.

24          PRESIDENT BAXLEY:  Senator Book, you're

25     recognized for another question.

Page 55

1          SENATOR BOOK:  Okay.  And a follow up to

2     that, so will those permitted to cast those

3     provisional ballots be prosecuted?  No, under the

4     language of this bill.  That statute relates to

5     something that someone voting with a counterfeit

6     ballot, correct?  Under Florida Statute 104.15.

7          PRESIDENT BAXLEY:  Senator Hudson, you're

8     recognized to respond to that question.

9          SENATOR HUDSON:  I'm going to look that up

10    and get back to you on answering that one because I

11    want to make sure we're very clear because we're

12    talking about folks that are voting and I want to

13    make sure that whatever I say is accurate on that.

14          PRESIDENT BAXLEY:  Senator Burgess, would

15    you like to address that?  I know we're kind of

16    playing ping pong here because one is the amendment

17    sponsor, and this is overlapping.  So I hope you're

18    all right, folks, that we're moving back and forth

19    to make sure we give you the best answer.

20          Senator Burgess, you're recognized.

21          SENATOR BURGESS:  And thank you so much,

22    Mr. President, for the opportunity.

23          Senator Hudson has provided the answer.  To

24    the extent that I might be able to provide some

25    clarification, Senator Book, I don't know if maybe

Page 56

1    this helps answer.  The bill does -- like so for the

2    purpose of, I believe it's section 38 is to clarify

3    and ensure that a person who's undergoing

4    eligibility review is entitled to vote provisionally

5    and that they wouldn't be subject to the penalty of

6    the crime.  If I missed a follow up to the previous

7    question, I apologize.

8              PRESIDENT BAXLEY:  Senator Book, you're

9    recognized.

10             SENATOR BOOK:  I think that Senator Hudson

11   may have a statute that maybe I cited incorrectly.

12   I just want to make sure that we're on the same

13   page.

14             PRESIDENT BAXLEY:  Senator Hudson, you're

15   recognized to respond.

16             SENATOR HUDSON:  Thank you, Mr. President.

17             I just talked to staff on this one to make

18   sure I was completely accurate but, in our bill, I

19   think it's clear what's willful intent and what's

20   willful intent and what's not willful intent.  And

21   so if they're willfully trying to do something

22   fraudulent, then obviously they would be hurt, but

23   if they're not and they're going through the

24   provisional and the cure, then there's no

25   prosecution.  It would have to be something that

Page 57

1   they know they're doing on purpose.

2        PRESIDENT BAXLEY: Senator Book, you're

3   recognized for another question.

4        SENATOR BOOK: Thank you, Mr. President.

5        Is there a plan, Senator Hudson, to

6   increase the amount of money provided to the

7   supervisors every year given the increase

8   responsibility placed on them by some of the

9   provisions in this bill, should it pass.

10       PRESIDENT BAXLEY: Senator Hudson, you're

11   recognized to response.

12       SENATOR HUDSON: Thank you, Mr. President.

13       There is no dollar amount in this bill

14   contemplated. I believe most of what we're doing in

15   here, we're putting the burden more on the Secretary

16   of State and our agencies rather than the

17   supervisors. We do put some burdens on the clerks,

18   and there's another clerk bill out there with

19   dollars attached to it. But I don't think we're

20   going to see a -- within what we're doing today and

21   overburdening of someone without additional fundings

22   needed.

23       PRESIDENT BAXLEY: Senator Book, you're

24   recognized for another question.

25       SENATOR BOOK: Thank you, Mr. President.

Page 58

1            On lines 307 through 314 in the strike all

2    it indicates initiating list maintenance activities

3    for addresses that "the supervisor has reason to

4    believe are not legal residential addresses."  Can

5    you explain what that is referring to?

6            PRESIDENT BAXLEY:  You're recognized,

7    Senator Hudson.

8            SENATOR HUDSON:  Thank you, Mr. President.

9            And Senator Osgood kind of touched on this

10   a little bit but people move around the state, move

11   around different counties, cities, they move all the

12   time and because we're sharing a lot of data between

13   agencies now, it may ping back to the supervisor

14   that this person doesn't live there anymore.  And so

15   when they do their list maintenance, we want to make

16   sure that they are aware that maybe the person moved

17   and, you know, updated their driver's license,

18   updated their address, so that the supervisor can

19   then go check on the eligibility of the individual,

20   maybe update it, or clear it altogether from the

21   list maintenance in their books.

22           PRESIDENT BAXLEY:  Senator Book, you're

23   recognized for another question.

24           SENATOR BOOK:  And I think that goes to

25   perhaps some of the burden that perhaps some of the

Page 59

1  supervisors have expressed concern about.  But now

2  to the list maintenance in section 7, and again, if

3  this has been touched upon in a different way, I

4  just want to make sure that, again, we're not

5  repeating but I want to make sure that we're

6  thorough.

7          Line 293 requires "supervisors of elections

8  to conduct list maintenance program each year

9  beginning no later than April 1st and it must be

10  completed at least 90 days prior to any federal

11  election."  How will this requirement effect the

12  presidential preference primary in March?

13          PRESIDENT BAXLEY:  Senator Hudson, you're

14  recognized to respond.

15          SENATOR HUDSON:  Thank you.  The answer is

16  it won't.  And I think it's important to note, I

17  think Senator Burgess hit on it a little bit,

18  supervisors already do list maintenance.  With the

19  provision you mentioned in the previous question it

20  would be up to the Secretary of State or Department

21  of Highway Motor Vehicles.  Within the data that

22  we've seen, that we're collecting and pinging back

23  and forth, we would then alert the supervisors.

24          So we're not really putting the burden on

25  the supervisor to see who's moving where all the

Page 60

1  time, it would be us and our collection of data

2  letting them know, "Hey, this may be inaccurate on

3  your books, and you may want to look into it."

4          PRESIDENT BAXLEY:  Senator Book, you're

5  recognized for a question.

6          SENATOR BOOK:  Thank you, Mr. President.

7          And this we talked a little bit about but

8  that is that fiscal impact to the clerk of courts

9  and I know you mentioned that bill with the required

10  weekly reporting of convicted felons to the

11  supervisors of elections.  Do we know or do we have

12  an idea of what that cost might be?

13          PRESIDENT BAXLEY:  Senator Hudson, you're

14  recognized for a response.

15          SENATOR HUDSON:  Thank you.

16          I do not know exactly what the cost would

17  be.  It would be the data that they currently get

18  normally, you know, when there's fines and fees,

19  whether it's paid or not paid.  Within their normal

20  daily operations they already keep records of that

21  and so all we're saying is take those records, send

22  it up to the Department of State, and it will help

23  us determine the eligibility of the voter a little

24  quicker.  Because some folks may have already paid

25  off all their fines the day before, and the

Page 61

1   secretary, when they call to try and figure out

2   whether they're eligible or not, would have that

3   information almost in real time, so that they can

4   get an answer back to them quickly.

5          PRESIDENT BAXLEY:  Senator Book, you're

6   recognized for a question.

7          SENATOR BOOK:  Just a last follow up.  What

8   is the reason behind the policy to shift that away

9   from the state currently?  Isn't that done

10  currently?

11         PRESIDENT BAXLEY:  Mr. Hudson, you can

12  respond.

13         SENATOR HUDSON:  May have to clarify.  I

14  don't think we've asked the clerks to send that data

15  up before, so I think when we first started with

16  Senator Burgess' bill, we asked the clerks to share

17  the data with the supervisors.  But I think

18  implementing that is a problem in the sense that if

19  I did something in another county and that clerk

20  recorded that and sent it to his or her supervisor,

21  I may be voting in a completely separate county and

22  the information is not ensured back and forth

23  correctly to where it needs to go.

24         So we've decided in this strike all we're

25  going to send it up to the state, let the secretary

Page 62

1    figure it out, and then ping back down to our local

2    electives if there's a problem.

3          PRESIDENT BAXLEY:  Okay.  I see no other

4    questions.  Next, we'll recognize, Senator Powell,

5    you're recognized for a question on the bill --

6    actually, the amendment.

7          SENATOR POWELL:  Thank you, Mr. President.

8          Senator Hudson, as it relates to the

9    signature matching training, is there a standard

10   training for everyone in the state of Florida in

11   terms of signature matching, and how do we know that

12   the persons who are training people to signature

13   match are going to be accurate in their

14   determination that all the signatures are accurate?

15         PRESIDENT BAXLEY:  Senator Hudson, you're

16   recognized to respond to the question.

17         SENATOR HUDSON:  Thank you.

18         And thank you for the question.  The

19   Department of State has this today, so what we're

20   trying to do is make sure it's uniform and everyone

21   that matches signatures have to take this course, so

22   we're all on a uniform method and we'll be

23   consistent county by county.

24         PRESIDENT BAXLEY:  Senator Powell, you're

25   recognized for another question.

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 63

1          SENATOR POWELL:  Yes, sir.  Thank you,

2    Mr. President.

3          Will that level of training and accuracy be

4    able to measure up in the case of testifying before

5    a trial that these signatures are accurate?

6          PRESIDENT BAXLEY:  Senator Hudson, you're

7    recognized to respond.

8          SENATOR HUDSON:  Thank you, Mr. President.

9          It should and that's the goal.

10          PRESIDENT BAXLEY:  Senator Powell for

11    another question, you are recognized.

12          SENATOR POWELL:  Thank you, Mr. President.

13          The question related to third-party voters

14    registration organizations and they're ending at the

15    end of each election cycle, I know there was a

16    question about that.  But what is the impetus for

17    that happening if they ended each election cycle to

18    reregister?  What's the impetus behind that?

19          PRESIDENT BAXLEY:  You're recognized to

20    respond.

21          SENATOR HUDSON:  I'm going to send that

22    over to Senator Burgess, Mr. President.

23          PRESIDENT BAXLEY:  Thank you.

24          Senator Burgess, you're recognized to

25    respond to this question.

Page 64

1      SENATOR BURGESS: Thank you very much,

2 Mr. President.

3      And thank you, Senator Powell, for the

4 question. It's a very good one. So in reviewing

5 this there's close to 2000 registered 3PVRO

6 organizations within the state. We know a number of

7 these are inactive. This is a way to determine who

8 is active, who is not, and make sure we have

9 accurate information based on current election

10 cycles. So that's why we're looking to put in a

11 registration requirement there because some of these

12 have been registered since the inception -- I think

13 was 2005 -- of 3PVROs.

14      PRESIDENT BAXLEY: Senator Powell, you're

15 recognized for another question.

16      SENATOR POWELL: Thank you, Mr. President.

17      In order to determine which organizations

18 are active or inactive, is it absolutely necessary

19 that they end at each election cycle? Why not the

20 same amount of time as the vote by mail which is

21 every other election cycle? What's the impetus

22 behind the one cycle?

23      PRESIDENT BAXLEY: Senator Burgess, you're

24 recognized to respond to the question.

25      SENATOR BURGESS: Thank you, Mr. President.

Page 65

1          Thank you, Senator Powell, for the

2    question.  We're making a policy call to keep it

3    specific to the general election cycle.  And some

4    folks -- I don't know if this is going to be a

5    question, but some folks have asked, you know, does

6    that encompass maybe some local elections like

7    municipals and would they have to register

8    specifically, or would that be captured within that

9    specific general cycle?  And the answer is yes, it

10   would.  I don't know if that was something on your

11   mind either, but I thought I'd throw that out there.

12          PRESIDENT BAXLEY:  Senator Powell, you're

13   recognized for another question.

14          SENATOR POWELL:  Thank you, Mr. President.

15          I appreciate the response with regard to a

16   policy call.  To kind of follow up with that, when

17   coming up with that policy call, is there an impetus

18   behind it or the impetus is -- is there science

19   behind it, is what I'm trying to say, or data,

20   documents, or evidence that would show that this is

21   a proven method?

22          PRESIDENT BAXLEY:  Senator Burgess, you're

23   recognized to respond to the question.

24          SENATOR BURGESS:  Thank you, Mr. President.

25          And thank you, Senator Powell.  Like a lot

Page 66

1   of things we do, I think this is a sensible method.

2   I think it makes sense.  It's specific to the

3   general election cycle for which somebody would be

4   seeking voter applicants for.  So I think it's

5   sensible and consistent in that sense but also

6   important because of the fact that there are close

7   to 2000 current voter registration organizations,

8   and we don't know who is active and who is not.

9        PRESIDENT BAXLEY:  Senator Powell, you're

10  recognized for another question.

11       SENATOR POWELL:  Thank you, Mr. President.

12       Senator Burgess, earlier you indicated that

13  these voter registration organizations look at these

14  fines as a cost of doing business.  Are there for

15  profit organizations that are registering people to

16  vote as third-party voter organizations?

17       PRESIDENT BAXLEY:  Senator Burgess, you're

18  recognized to respond.

19       SENATOR BURGESS:  Thank you very much,

20  Mr. President.

21       And thank you, Senator Powell.  I think we

22  had this discussion in our first committee in Ethics

23  and Elections.  So in saying that, I'm obviously

24  referring to sort of the -- in the colloquial sense

25  of, you know, they're looking at it as like hey, put

1   it on the tab.  You know, my end goal is this.

2   That's the cost of doing business is I'm fined

3   $50,000 but we achieved our state admission goal,

4   whatever it may be.  And it was probably an illegal

5   goal and therefore, they were willing to take the

6   risk and roll the dice on the fine.  So I don't mean

7   that in the literal business sense but in the

8   figurative sense.

9          PRESIDENT BAXLEY:  Senator Powell, you're

10   recognized for another question.

11          SENATOR POWELL:  Thank you, Mr. President.

12          And thank you, Senator Burgess, for that.

13   And just for clarity purposes, I know that some of

14   these things we did discuss in committee, however,

15   not every senator was in committee, so want to make

16   sure that we're kind of building upon what we talked

17   about so everyone understands.

18          Earlier you talked about UPS and the

19   tracking system with UPS.  Have you ever thought

20   about the fact that when we're talking about

21   third-party voter registration organizations issuing

22   receipts, drivers who work for UPS do receive

23   compensation for delivering packages, correct?

24          PRESIDENT BAXLEY:  Senator Burgess, you're

25   recognized to respond.

Page 68

1          SENATOR BURGESS:  Thank you, Mr. President.

2          I'm not an expert on UPS but I think the

3     principle behind a receipt is a sound one, and

4     obviously rulemaking will be determined by the

5     Department of State.  I don't know the relevance to

6     a paid UPS driver though to the bill.

7          PRESIDENT BAXLEY:  Senator Powell, you're

8     recognized for another question.

9          SENATOR POWELL:  Thank you, Mr. President.

10          As an indication, you were the one who did

11     bring up UPS drivers, and the follow up to that is

12     being paid -- there is an opportunity in this

13     legislation that if we're going to hold third-party

14     voter registration organizations to the same

15     standard that we would hold UPS drivers to, I would

16     ask the following question which is: is there an

17     impetus or an opportunity for a third party voter

18     registration organizations to receive funding to

19     deliver the services that we're adding measurable

20     variables onto?  In terms of we're adding additional

21     fines, we're adding additional timelines and

22     deadlines for them to get these organizations in.

23          Clearly, earlier said they're not for

24     profit organizations.  Is there an opportunity for

25     us to -- or have you thought about that?  Are you

Page 69

1    against third-party voter organizations receiving

2    funding to complete the duties that they're being

3    tasked with?

4          PRESIDENT BAXLEY:  Senator Burgess, you're

5    recognized to respond to the question.

6          SENATOR BURGESS:  Thank you, Mr. President.

7          And thank you, Senator Powell.  I think

8    there's some conclusions that were drawn based upon

9    the parallel that I was simply seeking to provide in

10   the importance of a tracking number for a shipping

11   package.  And the critical importance for a receipt

12   when you're giving out such personal and sensitive

13   information on a voter application, I think that

14   that parallel is drawn conclusively in the intent

15   and spirit that it was given.

16          But I think it's important to be clear that

17   third-party voter registration organizations are not

18   being tasked with anything.  They themselves are

19   standing themselves up and so if by choice they are

20   choosing to conduct themselves accordingly, they

21   must conduct themselves accordingly to the law.

22          PRESIDENT BAXLEY:  Senator Powell, you're

23   recognized for another question.

24          SENATOR POWELL:  Thank you, Mr. President.

25          Senator Burgess, as you created the

Page 70

1  parallel or the nexus with regard to that, I wanted

2  to just follow up to make sure that if we're going

3  to make it more strenuous for voter registration

4  organizations to deliver their duties that we

5  provide some type of mechanism that would allow that

6  to be a little bit easier.  I think if we provided

7  maybe in this legislation, maybe in the budget, some

8  funding to do that, it might help to get these

9  organizations get the applications in a little bit

10  quicker.  Would you be amenable to us providing

11  funds for third-party voter organizations?

12          PRESIDENT BAXLEY:  Senator Burgess, you're

13  recognized to respond to the question.

14          SENATOR BURGESS:  Thank you, Mr. President.

15          We do not currently provide funding for

16  third-party voter registration organizations.  At

17  this time, I'm not amenable to that and it's not

18  contemplated by the legislation.  I don't think that

19  the onus of a receipt based upon what the department

20  will come up with standards in their rulemaking

21  process would be so overly burdensome that this

22  would not be accomplished with current resources.

23          PRESIDENT BAXLEY:  Senator Powell, you're

24  recognized for another question.

25          SENATOR POWELL:  Thank you, Mr. President.

1          Senator Burgess, Senator Hudson,

2     earlier --

3          PRESIDENT BAXLEY:  Senator Hudson.

4          SENATOR POWELL:  Senator Hudson, earlier

5     Senator Burgess indicated that one disenfranchised

6     voter is one too many.  Frequently in my elections

7     -- I've been elected for 10 years, and every

8     election cycle, whether it be local or national,

9     whatever, I receive a phone call from someone or a

10    few people on my cell phone who have gone to vote,

11    and they have been removed from the rolls.  They

12    don't know when the last time they voted but they do

13    know they were registered, and they voted before and

14    now they've been removed.

15         One disenfranchised voter is one too many.

16    What do we do to alleviate or mitigate the issues

17    where somebody has been removed from the rolls

18    because they are a voter, they want to vote but they

19    haven't voted in the number of election cycles that

20    are required?  Is that the same as those individuals

21    being disenfranchised?

22         PRESIDENT BAXLEY:  Senator Hudson, you're

23    recognized to respond to the question.

24         SENATOR HUDSON:  Thank you.  And I think

25    that's an important question because, you know, we

Page 72

1    are talking about list maintenance that the

2    supervisors are doing.  If an individual has been

3    removed because they haven't voted in a long time,

4    we should encourage those individuals to reach out

5    to their supervisors and reregister to vote.  I

6    don't know whether, in the cases you're talking

7    about, whether they had moved, whether they stayed

8    in the same place, but it's not hard to contact your

9    supervisor and find out your eligibility.  Or

10   contact the Secretary of State if you think there's

11   some issues with felony and fines that would have

12   removed you.

13            So like I said, Secretary Byrd came to our

14   committee.  He's willing to start today anybody that

15   calls him, trying to figure out their eligibility.

16   And if they are eligible but they're not registered

17   because of some list maintenance problem, I would

18   encourage them if they were my constituents, to

19   reach out to the supervisor and let's get you back

20   on the books.

21            PRESIDENT BAXLEY:  You're recognized for

22   another question.

23            SENATOR POWELL:  Thank you, Mr. President.

24            Senator Hudson, with regard to confirming

25   eligibility, I noticed on line 246, and it even

Page 73

1   talks about -- which is a change from the original

2   bill we saw, it now states in the bill they can call

3   the Secretary of State's office.  Is there a

4   specific phone number or a hotline?  I've heard it

5   said several times, but I have not heard a phone

6   number yet.  What number should individuals call?

7            PRESIDENT BAXLEY:  You're recognized to

8   respond.

9            SENATOR HUDSON:  That is a great question.

10  I can get you a phone number.  If you want, we'll

11  look it up.  We didn't put a specific number in the

12  bill or the website itself.  Those numbers could

13  change sometimes, and we didn't want a statute to be

14  specific to a number to call and then that number

15  changes and then obviously our statute is telling

16  you to do something that's wrong or confusing the

17  voter itself.  But we can look up the Secretary of

18  State website and get you and get you an actual

19  number that we can get to you, your constituents,

20  anybody that needs to know.  We can get that for

21  you.

22            PRESIDENT BAXLEY:  Senator Powell, you're

23  recognized for a question.

24            SENATOR POWELL:  Thank you, Mr. President.

25            As it's been indicated several times in

Page 74

1    this particular transgression of us discussing this

2    bill, there is the opportunity to call the Secretary

3    of State.  There has not been a number given.  As

4    well as throughout this bill, I don't see an

5    information campaign, a public relations campaign, a

6    marketing strategy that will allow people who are

7    concerned with this particular issue to have a

8    number or to have a direct path.

9              Is there an opportunity that we create, a

10   marketing opportunity, for those individuals who

11   want to call the Secretary of State who many not

12   know, to be able to have that information widespread

13   and available?

14             The secretary did say that he will do that

15   at the committee meeting, however, there is no

16   indication within statute or within law that there

17   is widespread appeal to providing a campaign that if

18   people want to know, that the information will be

19   available.  Even if it is sending out this phone

20   number that you can give me later, but it would be

21   great if we can put that number out in the public

22   domain, so that individuals are able to contact the

23   secretary.

24             PRESIDENT BAXLEY:  Senator Hudson, you're

25   recognized to respond to the question.

Page 75

1            SENATOR HUDSON:  Thank you, Senator Powell.

2    Great question.  Like I said, we'll get you the

3    numbers, the website, and everything.  We didn't

4    anticipate a marketing campaign because we didn't

5    believe within Florida there's hundreds of thousands

6    of voters that don't know whether they're eligible

7    or not.  If that is the case, and I'm talking

8    specifically with the felony and paying off their

9    fees, if that is the case, we could contemplate

10   something like that Senator Powell, but I don't want

11   to spend hundreds of thousands of dollars if we're

12   only talking about a handful of people.  So that's

13   why it wasn't contemplated in the bill.

14            PRESIDENT BAXLEY:  Are there further

15   questions?  Senator Powell, you're recognized.

16            SENATOR POWELL:  Thank you, Mr. President.

17            There's a process in law now that if

18   someone does not respond to the request for address

19   verification they can be removed.  And many people

20   move around and don't update their address.  But if

21   they move around without updating their address, are

22   they still registered?

23            PRESIDENT BAXLEY:  Senator Hudson, you're

24   recognized to respond.

25            SENATOR HUDSON:  Senator Powell, I may have

Page 76

1    to have you ask that again.  I've got your

2    information right here.  The phone number you wanted

3    is 866-308-6739.  And the website is

4    BVRSHelp@DOS.myflorida.com.  And then if you can ask

5    your other question, I'd be happy to answer it.

6              PRESIDENT BAXLEY:  You're recognized,

7    Senator Powell.  If you would repeat the question.

8              SENATOR POWELL:  Thank you, Mr. President.

9              Senator Hudson, if you don't mind, if you

10   could just one more time repeat that number, and

11   then the question is: there is a process in law now

12   that if somebody doesn't respond to requests for an

13   address verification, they can be removed.  Many

14   people move around without updating --

15             PRESIDENT BAXLEY:  Senator Hudson, you're

16   recognized to respond to the question.

17             SENATOR HUDSON:  Thank you for a second

18   bite of the apple.  The number 866-308-6739.  And to

19   answer your question, Senator Powell, there is a

20   whole process to do list maintenance to remove you

21   from a voter roll if you are to be removed.  But

22   when you do move, all that information goes up to

23   the secretary, you know, with the data that we're

24   sharing to go back down to the supervisors.  So that

25   if I moved 10 streets over, for example, and I

Page 77

1   changed my driver's license, it would be on me to

2   call the supervisor and say, "Hey, I've changed my

3   address.  I need to update my voter verification."

4   But at the same time, because this data is being

5   shared, the Secretary of State can ping, or the

6   department can ping down to the supervisor that this

7   person's address may have changed.  You need to look

8   into it.

9          PRESIDENT BAXLEY:  Senator Powell, you're

10  recognized for another question.

11          SENATOR POWELL:  Thank you, Mr. President.

12          Thank you for that answer.  Legal

13  residential addresses, on line 312, could it be

14  interpreted that the intent behind this -- I know

15  you explained it earlier in terms of residential

16  addresses and let me get back to 312.  But can it be

17  interpreted that if an individual address may not be

18  determined to be residential that they are not,

19  let's say -- 312.

20          It says, "For the registration records with

21  such addresses that the supervisor has reason to

22  believe that are not legal residential addresses,

23  the supervisor shall initiate list maintenance

24  activities pursuant to statute 98.075(6) and (7)."

25          When you say legal residential addresses, I

4/26/2023 Florida Senate Legislative Session Audio Transcription

Page 78

1  come from the world of planning, right, and you as
2  well know that when we talk about residential
3  addresses an address can be commercial, general
4  commercial, light commercial, industrial, heavy,
5  light.  If someone's address is not zoned
6  residential, can't it be interpreted through this
7  particular language that supervisor could interpret
8  that as not being a legal residential address?
9          PRESIDENT BAXLEY:  You're recognized to
10 respond, Senator Hudson.
11         SENATOR HUDSON:  So the supervisors have a
12 process that they do now in which they determine all
13 of this.  If for some reason that example you just
14 gave were to happen where someone is living in an
15 area that may not be zoned residential, there is a
16 process that they can work with the supervisor on to
17 make sure that they're eligible to vote.
18         PRESIDENT BAXLEY:  Senator Powell, are you
19 finished?  Thank you, sir.
20         Senator Berman, you're recognized for
21 questions.
22         Okay.  Senator Rouson, you're recognized
23 for questions of the sponsor.
24         SENATOR ROUSON:  Thank you very much,
25 Mr. President.

4/26/2023          Florida Senate Legislative Session          Audio Transcription

1           Most of the questions I had have been asked

2    and answered, so I'd like to concentrate on a

3    particular area.  In response to Senator Osgood's

4    question you indicated that much of this amendment

5    and bill came from the supervisors of elections.

6    Did the supervisors and the clerk ask to coordinate

7    in order to compare a list of felons convicted on a

8    weekly basis or was that just something that was a

9    creation of the legislature?

10           PRESIDENT PASSIDOMO:  Senator Hudson.

11           SENATOR HUDSON:  Hey, thank you, Madam

12    President.  Welcome back.

13           PRESIDENT PASSIDOMO:  I'm just moving money

14    around.

15           SENATOR HUDSON:  So Senator Rouson, that's

16    a great question and let me just clarify in case it

17    was misinterpreted or I said it incorrectly.  The

18    bill and the strike all came from three different

19    types of groups, right.  One was the Secretary of

20    State and some of the things that he's seen where he

21    wants to address problems.  One part was from the

22    supervisors where they gave us a list, a wish list,

23    and I think Senator Burgess did a good job

24    incorporating a lot of that wish list.  And the

25    other came from the members of the legislature,

Page 80

1   whether it's myself, Senator Burgess, others that

2   said, "Hey, here's a problem I'm seeing."

3          In terms of the piece you're talking about

4   with the clerks, I believe that was an attempt,

5   coordinating the Secretary of State, on how do we

6   make sure that those that may have paid their

7   outstanding fines and fees can be eligible to vote

8   and get their eligibility back before election day

9   happens.

10          And in terms of how we kind of arrive

11   there, Senator Rouson, first the bill had the clerks

12   sending the information to their local supervisor.

13   And in terms of what I was telling Senator Osgood,

14   the implementation, that wasn't going to work

15   because you could have done something in another

16   county where you're not registered to vote.  Your

17   fines and fees from that that you've paid would go

18   to that local supervisor who has no record of you

19   being eligible to vote because you're in a different

20   county.

21          And so it was a collective idea for us to

22   send it to the Secretary of State, let them figure

23   it out, and get it back down to the local

24   supervisors, so that we know who maybe have paid

25   their fines and fees and can try and get eligibility

Page 81

1   back before election day.

2          PRESIDENT PASSIDOMO:  Senator Rouson.

3          SENATOR ROUSON:  So the delete all

4   amendment changed what was originally in the bill to

5   make it more centralized in the Secretary of State's

6   office; is that correct?

7          PRESIDENT PASSIDOMO:  Senator Hudson.

8          SENATOR HUDSON:  Yeah.  Thank you, Madam

9   President.

10          Yes.  The delete all changes what's in the

11   bill and it clarifies that we're going to use the

12   Secretary of State, the Department, to get this

13   information in order to check eligibility.

14          PRESIDENT PASSIDOMO:  Senator Pizzo, you're

15   up.

16          SENATOR PIZZO:  Thank you, Madam President.

17          Senator Hudson, I took the liberty of

18   dialing 866-308-6739.  A very nice gentleman, very

19   patient with me on the phone said, "Do not call this

20   number.  Under no circumstances can we tell you

21   whether or not as a returning citizen you are

22   eligible to register to vote."  So I just want to be

23   clear in fairness because a lot of people will see

24   this, the number will be given out, my question is,

25   are you sure that the proper procedure --

Page 82

1              See, I got to that interrogative part.

2              PRESIDENT PASSIDOMO:  Yes, I noticed.

3              SENATOR PIZZO:  Because I felt it.

4              Are you sure that the public should be

5    calling 866-308-6739 as a returning citizen as to

6    whether or not they're eligible to register to vote?

7              PRESIDENT PASSIDOMO:  Senator Hudson.

8              SENATOR HUDSON:  Thank you.  And this is

9    why we don't put numbers in the bill.  Thank you for

10   calling that.  That is the voter assistance hotline

11   that I gave you.  If that's not the correct place to

12   call -- I thought the hotline would be the correct

13   place to call -- I'll get an actual number from the

14   secretary before we leave today.  I'll probably text

15   him right after we're done with Q and A when we get

16   to the next amendment and get you a correct number

17   from the secretary.  But we're --

18             PRESIDENT PASSIDOMO:  I'll give him

19   Secretary Byrd's cell phone.

20             Senator Pizzo.

21             SENATOR PIZZO:  Thank you, Madam President.

22             Big time difference between here and Japan,

23   so I just want to be mindful of Secretary Byrd's

24   schedule, so maybe somebody else might have it.

25             Here's my next question.  A few years ago

Page 83

1   after we passed amendment 4, the enabling statute on

2   amendment 4, I actually flew back up here to

3   Tallahassee with Representative Grant and we

4   appeared in front of Secretary Lee on a very

5   otherwise simple sort of solution to a lot of this,

6   so here's my question, and was it contemplated.

7          The issue is certain agencies, my

8   understanding, cannot share certain types of

9   information between them.  One of those is like

10  NCICs, right.  You know, a search of a database of

11  criminal history which is a one stop shop.

12  Prosecutors very often will order an NCIC to see

13  where their particular defendant in an instant case

14  has cases all over the country.  It's a one stop

15  shop to see all of those things.

16          One of the sort of hold ups that would make

17  it so much more efficient, and I'm wondering if this

18  is contemplated and might we consider it, to allow

19  the Division of Elections to be able to access NCICs

20  and they can within minutes be able to tell a

21  caller, a resident, everything single thing in their

22  background and provide that information.  I think

23  it's like $48 a report.

24          Wouldn't that make sense, so we don't have

25  to go through any of this?  Just allow, by statute,

Page 84

1    to allow the Secretary of State to have access to

2    those NCICs, which they cannot now share or get that

3    information shared from FDLE.

4          PRESIDENT PASSIDOMO:  Senator Hudson.

5          SENATOR HUDSON:  Thank you, Senator Pizzo.

6    And I assume you know a lot more about this than I

7    do, but in terms of where we are and how we landed

8    in this particular section of the bill with the

9    clerks was a coordinated conversation between me,

10   Senator Burgess, the secretary, of trying to get

11   information to them so they can fulfill their

12   duties.  If there's a better way to do it, that was

13   not contemplated between me and the conversations

14   that we had.

15         PRESIDENT PASSIDOMO:  Senator Pizzo.

16         SENATOR PIZZO:  Can I ask you to invite or

17   include other people in these future conversations,

18   so we don't get to this point where "That's a really

19   good idea; we should take that up next session"?

20         PRESIDENT PASSIDOMO:  Senator Hudson.

21         SENATOR HUDSON:  Sure.  Thank you, Madam

22   President.

23         I think I have a pretty open-door policy.

24   We can easily talk about some of this stuff, but the

25   bill went through several committees, and I think

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 85

1    this is the first time I've heard that particular

2    provision brought up.  So I don't know if Senator

3    Burgess has but it's kind of the first time we're

4    hearing about it.

5              PRESIDENT PASSIDOMO:  Senator Pizzo.

6              SENATOR PIZZO:  Thank you, Madam President.

7              You just -- and I really wasn't going to

8    ask any number of questions in particular but one

9    sort of jumped out at me, a topic, when you said and

10   characterized it as this doesn't contemplate a large

11   number of people, the pool of people sort of

12   involved in this situation is not very large.

13             But, I mean, we passed a bill -- even

14   though we're the model for elections, we passed a

15   bill, do you recall, that developed the election

16   police, there were press conferences, there were

17   arrests and all that stuff.  What is to you a

18   significant number of people or a potential pool?  I

19   would argue the loss of liberty for one individual

20   for a misunderstanding.  But what to you do you

21   think is a threshold amount of people to make this

22   considerable or substantial enough?

23             PRESIDENT PASSIDOMO:  Senator Hudson.

24             SENATOR HUDSON:  Thank you, Madam

25   President.

Page 86

```
 1              And I just want to clarify the response was
 2    to Senator Powell's question who asked if we should
 3    spend dollars in a marketing campaign to educate
 4    voters.  I think what I've seen in terms of what
 5    you're talking about those that have voted that may
 6    not have known if they voted legally or not, has
 7    been maybe a couple handful of folks.  I think it's
 8    20 or 30, maybe 50.  And I don't know if we want to
 9    spend significant dollars on a marketing campaign
10    for 50 individuals.
11              If it's hundreds or thousands of people
12    that feel like they're in jeopardy, then that would
13    be something we consider.  I just don't know if the
14    number is that large because all I'm seeing is what
15    our friends in the media report, which is what you
16    and I have both read.
17              PRESIDENT PASSIDOMO:  Senator Pizzo.
18              SENATOR PIZZO:  Thank you, Madam President.
19              Senator Hudson, I know you well.  We've
20    known each other for five years.  I know you're not
21    suggesting that even if it's just 20 or 30 people
22    whose doors are getting knocked on at 6:00 a.m. and
23    ripped out in their underwear and arrested that
24    that's not significant enough.  We do bills in here
25    all the time following tragedies for individual
```

Page 87

1    cases.  I guess to Senator Powell's question, should

2    we be doing more?  Could resources be directed more

3    efficiently?

4            And let me back up.  I apologize for not

5    coming to you on the NCIC thing.  It would obviate a

6    lot of the process and issues.  Do you think this

7    product that you have here is the most efficient way

8    to adequately and effectively educate the public on

9    what the parameters or guidelines are for voter

10   registration?

11           PRESIDENT PASSIDOMO:  Senator Hudson.

12           SENATOR HUDSON:  Thank you, Madam

13   President.

14           And thank you, Senator Pizzo, for giving me

15   a chance to clarify myself.  I am certainly not

16   trying to make light of any situation that happened

17   at anyone's house for something that they either

18   willfully or did not know that they did wrong.

19           All I was getting at in terms of the

20   conversation with Senator Powell was I didn't

21   contemplate picking general revenue budget dollar

22   items and doing a massive marketing campaign for

23   elections if the attempt in this bill is those that

24   don't know whether they can vote or not to be able

25   to call a number or go on a website and get some

4/26/2023                Florida Senate Legislative Session                Audio Transcription

Page 88

1    information from the secretary and find out if they

2    are eligible to vote.

3            That is the attempt and in terms of

4    streamlining this, Senator Pizzo, we are doing our

5    best that we can in terms of streamlining this

6    process, in terms of making sure those that are in

7    question can find out an actual answer before they

8    go vote and possibly do something wrong.  And that's

9    coordinations of, like I said, with the secretary,

10   with supervisors, with other members.  We're trying

11   to get there because we want to make sure

12   individuals have the ability to vote legally, right,

13   and that their vote does count.  And that was all

14   contemplated in everything we've done up to today.

15           PRESIDENT PASSIDOMO:  Senator Pizzo.

16           SENATOR PIZZO:  Thank you.  Senator Hudson,

17   let me ask you this.  If the legislature were to

18   allow -- and we have the authority to do so -- the

19   Secretary of State, the Division of Elections within

20   the -- I want to narrowly tailor this -- within the

21   Secretary of State's Office, the Division of

22   Elections, if I was able to call that 866-308-6739

23   number, and I was able to provide proof of my

24   identity, and they were able to run an NCIC search

25   on me nationally, each and everything I've ever done

Page 89

1  since I was first, you know, hit my carbon footprint

2  in society, and they were able to provide that

3  information and email it to me or mail it to me,

4  obviating all of the 30 days and the 7 days for the

5  hearing and all this back and forth, would you be

6  okay with that?

7            PRESIDENT PASSIDOMO:  Senator Hudson.

8            SENATOR HUDSON:  Thank you, Madam

9  President.

10           I'm going to answer this best as I can,

11  sir, because I don't know about this program.  I

12  have not talked to the secretary on whether he can

13  even establish this program.  It's a conversation

14  that I just have not had.  If there's a better way

15  for the division and the secretary to do something

16  that's not contemplated in the bill, I'd be open to

17  listen to.

18           But as I said, and I hate to say this, but

19  this is the first time I'm hearing about this

20  particular piece and whether it would be more

21  effective or not.  The secretary may have problems

22  with it.  I don't know.  So if there's a better way

23  to do things, I'd certainly be open to it.  But

24  without having those conversations with our

25  agencies, I can't give you an answer on whether I

Page 90

1  would accept it or not until I talk to them.

2          PRESIDENT PASSIDOMO:  Senator Davis, do you

3  have questions?  We're not eating yet.  You've got

4  time.  Except you're the last questions before

5  lunch.

6          SENATOR DAVIS:  I do.  Thank you, Madam

7  President.

8          PRESIDENT PASSIDOMO:  Okay.  Well, Senator

9  Torres will be next.

10         SENATOR DAVIS:  Just waiting and lot of

11 questions have been asked, so I want to thank my

12 colleagues for getting a lot of answers.  I'll start

13 off with some things that I heard, just for

14 clarification purposes.

15              So a number of members have asked about the

16 advisory opinion, and you talked about this is one

17 of the many -- exactly the words were "hundred

18 thousand folks, we don't want to put money into the

19 system."  But the advisory opinion, one of the, I

20 guess, tools in the toolbox.  So do you have an idea

21 -- because I heard the Secretary of State tell us

22 how long that would take -- do you have an idea of

23 when someone requests an advisory opinion of their

24 eligibility, how long that would take?

25         PRESIDENT PASSIDOMO:  Senator Hudson.

Page 91

1          SENATOR HUDSON:  Thank you, Madam
2     President.
3          And Senator Pizzo, staff just told me
4     there's a new number to call.  That is 850-245-6536,
5     and it looks like that's the General Counsel's
6     Office within the division.  Again, that's
7     850-245-6536, and if you want to call that and tell
8     me if it's the right number or not, I appreciate it.
9          And then Senator Davis, it could take up to
10    a couple months which is why I'm glad that we're
11    giving this out now because, you know, elections are
12    going to be in 2024, so people can start calling and
13    figure out whether -- if there's questions about
14    their eligibility, they can call, and we can try and
15    start working on figuring that out.
16         PRESIDENT PASSIDOMO:  Thank you, Madam
17    President.
18         Not going to stay too long on this.  Do you
19    know in your county how someone would -- some of the
20    supervisors have this information on their websites
21    but do you know if this information is on the
22    website in your county, or is it on the website of
23    any of the 67 counties?
24         PRESIDENT PASSIDOMO:  Senator Hudson.
25         SENATOR HUDSON:  Not aware of its on

Page 92

1   particular counties I represent but the Secretary of

2   State and the supervisors already have information

3   to try and educate the public on some of this

4   matter.  So I don't know specifically if there's a

5   link on my -- you know, my four supervisors'

6   websites or if they send you anywhere else, but

7   we're supposed to have some type of information for

8   the public within their daily operations.

9              PRESIDENT PASSIDOMO:  Senator Davis.

10             SENATOR DAVIS:  Thank you, Madam President.

11             So the statute talks about early voting and

12  so I look at voting as what we're trying to do as an

13  ease and convenience for people.  So with that

14  respect of what we're trying to do here -- and I

15  will publicly say there are some decent things

16  happening here, but there's more that's creating

17  burdens and hurdles that we're going to talk about.

18             So with that ease and convenience, going

19  back down that road, I know my colleagues have

20  talked about the database.  And so in committee we

21  talked about several agencies reporting to the

22  state.  It was said that that is something that's

23  already being done.  And so I keep hearing this

24  conversation that you've had with many members, and

25  you know my background, so I know some of the

Page 93

1   supervisors personally, as well.

2          In your strike all, lines 404 through 414,

3   you keep saying, "We've talked to the supervisors,

4   and we made these policy decisions," but this is a

5   section that I simply say to you because I've asked

6   them how will they make this happen?  There is no

7   database for them to use to find these answers.

8   This is a very costly venture, but how will they do

9   this?

10          PRESIDENT PASSIDOMO:  Senator Hudson.

11          SENATOR HUDSON:  Thank you very much for

12   that question, Senator Davis.  The department

13   already does this.  They keep the requirements.  So

14   this just gives more up to date information to the

15   supervisors.  And when I say we spoke to the

16   supervisors, I don't mean every single particular

17   section in the bill.  They gave us a wish list

18   before we started.  I know Senator Burgess got that

19   wish list and some of that wish list -- not all,

20   some of it is in our bill and our strike all.

21          So it's a collaborative approach on a wish

22   list from various different folks.  And like I said,

23   not everybody got everything they wanted but we did

24   as best we could to get everything in the bill in

25   order to make sure that we're not confusing people.

Page 94

1  We've got the list available.  If they have

2  questions about eligibility, we're collaborating

3  back and forth with all of our agents back down to

4  our supervisors.

5           So we're trying to do the best we can with

6  what we have.  And like I said, we got their wish

7  list.  Maybe not everything is in there but that

8  particular section, the department is already doing.

9  This is just trying to make sure that everything is

10  up to date as fast as possible.

11           PRESIDENT PASSIDOMO:  Senator Davis.

12           SENATOR DAVIS:  Thank you, Madam President.

13           So I'm going to ask this again.  Lines 404

14  through 414, and I'm not going to stay on this

15  measure, but in talking with several of the

16  supervisors, and it's 67, we all know that, so I've

17  talked to more than 3.  This is not something

18  they're doing.

19           When you were talking about there are parts

20  of the bill that have been taken out, you kept

21  referring, I think, to this area, lines 404 to 414.

22  This specific area is not something they're doing

23  now, so I want to make that clear.  So my question

24  was -- I understood what you said to me, but my

25  question was how will they do this?  Because lines

Page 95

1    404 through lines 414 is not something our SOEs are

2    doing right now, so how will they put this in play?

3            PRESIDENT PASSIDOMO:  Senator Davis, please

4    ask questions, not statements.  And Senator Burgess

5    has an answer to your questions.

6            You're recognized.

7            SENATOR BURGESS:  Thank you, Madam

8    President.

9            Thank you, Senator Hudson and thank you,

10   Senator Davis.  You're correct.  This is new data

11   sharing at the local level, local to local.  I don't

12   know that I'm going to be able to satisfy the

13   concern or maybe answer the entirety of the

14   question, right, because this is new.

15           But what we're not doing is removing the

16   pattern of information -- and correct me if I'm

17   wrong on the delete all, Senator Hudson.  We're not

18   taking away the reporting that clerks currently do

19   monthly to the Department of State.  What we are

20   doing now is saying clerks with that same

21   information that you're already providing to the

22   Department of State, we're going to increase the

23   frequency weekly to, again, that local to local

24   interaction between their supervisors of elections.

25   That information at the Department of State level

1   does travel down.

2          And I know that you know all of this

3   because you lived this world.  I'm not trying to

4   educate you on something you could educate me on.

5   So but what I am trying to do is point out that

6   although this is a new provision, it's not a

7   provision that isn't currently being processed in

8   some way, shape, or form.  But what we're trying to

9   do is increase data sharing and efficiencies and

10  whether it's at the Department of State's level or

11  whether it's at the clerk of court and the

12  supervisor's level, that information will be shared

13  accordingly.

14         I do understand that there are concerns

15  related to some of the implementation of this and

16  Senator Hudson, I believe, is trying to address that

17  in the delete all.  But we're not shooting in the

18  dark here.  This is information that is currently

19  being shared.  We're just dealing with frequency and

20  sort of the how and where you can also deliver that

21  information.

22         PRESIDENT PASSIDOMO:  Senator Hudson, did

23  you want to add to that?

24         SENATOR HUDSON:  Thank you, Madam

25  President.

Page 97

1           I'm just going to clarify that when I said

2    they already do it, I mean the department already

3    does it.  The department does this.  They vet it and

4    they are now, under our bill, going to send it down

5    to the local supervisors of elections.  So they're

6    going to have additional information that they

7    normally didn't have.  But the implementation and

8    the vetting is handled at the state level, so we're

9    not trying to put any undue burdens on the locals.

10           PRESIDENT PASSIDOMO:  Senator Davis.

11           SENATOR DAVIS:  Thank you, Madam President.

12           And the other thing, because we're in

13   questions only, I want us to have this conversation,

14   because if that's the case, and that is -- your

15   right, that is what they're doing now.  The

16   Department of State is vetting and they're sending

17   the information down to the 67 counties.  Correct.

18   And it's working.

19           But this, and the reason I stay on this

20   piece, it's not saying that the Department of State

21   will continue to send it down, it's now saying the

22   information will come from the clerk of courts, and

23   that is problematic.  Do you see that as being

24   problematic?  That's my question and I'll move on.

25           PRESIDENT PASSIDOMO:  Senator Hudson,

1    you're recognized.

2              SENATOR HUDSON:  Thank you.  And if you

3    want to look at the strike all line 698 to 701,

4    that's where it says, "The clerk shall provide the

5    information to the department in order to assist the

6    supervisors."  So the clerks will send it up, it

7    will get vetted by our department, and sent back

8    down to the supervisors.  So all of the burden and

9    onus is on the state once it's sent to us before it

10   goes back down to the supervisors for more

11   information.  So that's addressed in that part of

12   the strike all.

13             PRESIDENT PASSIDOMO:  Senator Davis.

14             SENATOR DAVIS:  Thank you, Madam President.

15             I hear what you're saying, just I want you

16   to review 404 through 414.  I'll get into some more

17   technical things with the vote by mail.  Vote by

18   mail we're now deciding to reduce the number of days

19   that someone can request a vote by mail ballot.

20   What is the intent or thought process behind that?

21             PRESIDENT PASSIDOMO:  Senator Hudson.

22             SENATOR HUDSON:  Thank you, Madam

23   President.  That was in the original bill.  Senator

24   Burgess may be able to chime in.  But I think when

25   you looked at it there were people -- and I know

Page 99

1   this from my own supervisor because she's told me

2   that vote by mail ballots came in days after the

3   election, and obviously you can count them.  So I

4   think we were trying to put a hard stop on when you

5   send it in, so that people know if you send it in,

6   we're going to be able to count it.

7            And Senator Burgess, if you want to add to

8   that.

9            PRESIDENT PASSIDOMO:  Senator Burgess.

10           SENATOR BURGESS:  Thank you, Madam

11   President.

12           And thank you Senator Hudson and thank you,

13   Senator Davis.  To add to Senator Hudson's answer,

14   we haven't heard any objection.  There's been some

15   input obviously with the supervisors of elections on

16   this.  And what we're trying to do is identify the

17   clear phases and seasons within the election cycle,

18   and obviously we have multiple phases and seasons

19   and many opportunities in Florida to get out and

20   vote, and we're proud of that.

21           And so we just want to make sure that we

22   have less blurring, and we have a clear shift in

23   that focus.  The original bill did provide for one

24   day to the right, and I know that we've moved now

25   two days to the left, but that two-day shift is

Page 100

1    merely just to help emphasize the need for less

2    blurring and that clear delineation of the season.

3              But also, honestly, the big change between

4    the original bill and now where we are today on this

5    date is because it fell on a Sunday, and so we had

6    some mailing issues, of course, with delivery of

7    mail potentially on a Sunday, so we wanted to make

8    sure that we addressed that situation.

9              PRESIDENT PASSIDOMO:  Senator Davis.

10             SENATOR DAVIS:  Thank you, Madam President.

11             And I think we're going back and forth

12   because it's some questions for the strike all, but

13   most is for the underlying bill.  Going back to

14   Senator Burgess, I think you said we went down to a

15   count for the Sunday.  Why did we not go up?

16   Because originally, I think, the bill stated 11

17   days, or I may be confused.  But instead of going

18   down to 8 days, why did we not take it up?

19             PRESIDENT PASSIDOMO:  Senator Burgess.

20             SENATOR BURGESS:  Thank you, Madam

21   President.

22             Again, to account for the phases, the clear

23   shift in season that now we're entering early

24   voting, now we're entering the -- you know, so the

25   policy call is to have that clear shift of focus and

Page 101

1    afford the supervisors the opportunity to be able to

2    zero in on those targets as they need to efficiently

3    and effectively.

4              PRESIDENT PASSIDOMO:  Senator Davis.

5              SENATOR DAVIS:  Thank you, Madam Chair.

6              I'll probably stay a little bit on the bill

7    now, talking about some VBM stuff.  Do we know how

8    many ballots are arriving after the election as to

9    why we're doing this shift with our VBMs?

10             PRESIDENT PASSIDOMO:  Senator Hudson.

11             SENATOR HUDSON:  Thank you, Madam

12   President.

13             And I'll just stay specific to St. John's

14   County, my supervisor.  I believe the last

15   conversation I had with her, again after -- this was

16   a primary.  I think it was a couple hundred ballots

17   that came in the following next couple of days.  And

18   obviously it's sad to hear but the election is over,

19   you can't count those votes.  So I think with some

20   of the provisions, what Senator Burgess is trying to

21   do is make sure people know clearly, get your VB in

22   by this date so that we can count them as part of

23   the election.

24             PRESIDENT PASSIDOMO:  Senator Davis.

25             SENATOR DAVIS:  Thank you, Madam President.

Page 102

1          So let's stay right there.  Would it not

2     make more sense, or just have a thought of

3     consideration, to extend that period of time for a

4     longer cure period than shorten the time for people

5     to request VBM ballots to be mailed?

6          PRESIDENT PASSIDOMO:  Who would like to

7     answer?  Senator Burgess.

8          SENATOR BURGESS:  Thank you very much,

9     Madam President.

10          Thank you, Senator Hudson.  I'm trying to

11     find it here on my list, but I know that we are

12     actually indeed extending the cure period by a

13     certain period of time.  I want to make sure to get

14     you that exact period of time.  Of course it's

15     probably not in front of me at this second but if

16     you stand by one second, I might be able to answer

17     that question for you.

18          Thank you.  It's striking the balance

19     between election results and the cure period.  We

20     are for certain ballots extending the cure period to

21     5:00 p.m. on the second day following the election.

22     However, again, we're -- there's over 40 days of

23     opportunities to vote in Florida.  You can request a

24     vote by mail ballot now if you wanted to.  So, you

25     know, it's a 2-day shift but that's a pretty nominal

Page 103

1   change in the grand scheme of the opportunity to

2   obtain or elect to receive a VBM.

3          PRESIDENT PASSIDOMO:  Senator Davis.

4          SENATOR DAVIS:  Thank you, Madam President.

5          So on lines 1553, I think that's in the

6   bill, let's deal with that.  1553 to 1565, I'm still

7   in the VBM phase.  It's saying that a voter will not

8   be able to pick up a VBM ballot during the mandatory

9   early voting period in addition to election day

10  unless they have an emergency.  Can you tell me what

11  determines an emergency?  What are we identifying as

12  an emergency because it's not identified in the

13  bill?

14          PRESIDENT PASSIDOMO:  Senator Burgess.

15          SENATOR BURGESS:  Thank you very much,

16  Madam President.

17          And thank you, Senator Davis.  The

18  definition of emergency would be the same under the

19  current status of emergency that would allow for

20  that opportunity.

21          PRESIDENT PASSIDOMO:  Senator Davis.

22          SENATOR DAVIS:  Thank you, Madam President.

23          So it keeps going back to funding with

24  these extensions of now we're shortening a period of

25  VBMs can be requested.  We are adding more

Page 104

1    significant things that you tell us that the

2    supervisors are already doing.  It seems like it

3    would be helpful if we had those five agencies

4    reporting to a database versus what we're doing now.

5             But just going back to VBM, in lines 1618

6    to 1620, the supervisors are rejecting -- I think

7    someone has already talked about this before.  The

8    supervisors are rejecting two ballots if they come

9    back in one envelope.  And we make a huge issue

10   about secrecy envelopes, which aren't necessary.

11   But why is the thought process to reject both of

12   those ballots?

13            PRESIDENT PASSIDOMO:  Senator Hudson.

14            SENATOR HUDSON:  Thank you.  That was a

15   question that I think it was Senator Polsky brought

16   up, where there is -- and I've talked to

17   representatives of the supervisors.  Current law

18   there's the -- what you sign on the ballot and then

19   your ballot comes out and it gets mixed in a pile.

20   So there's no way to call anybody to cure them and

21   so some supervisors -- there's, again, you said 67

22   -- doing different things.  So this was just to be

23   more uniform.  Statewide this is going to be the

24   policy.  But I think, talking to a lot of folks and

25   wanting to hear more from the supervisors, we want

1  to find an answer and a solution to this, this is

2  just where we landed as of right now.

3          PRESIDENT PASSIDOMO:  Senator Davis.

4          SENATOR DAVIS:  Having 67, when you have

5  that vote -- and I'm just going to bring it back in.

6  When you have this vote by mail ballot returned,

7  it's not necessarily put in a pile and just kind of

8  mixed up.  So there's a process and you guys know

9  that, right.  So when this ballot is grabbed, this

10  is a manual process.  Somebody is doing this.  So

11  it's handled.  The machine is opening the envelopes,

12  but the envelopes are taken out manually.  My issue

13  is why can we not count one of those ballots because

14  it's coming back in an envelope that has been signed

15  and the signature has been verified.

16          PRESIDENT PASSIDOMO:  Senator Burgess, do

17  you want to answer?

18          SENATOR BURGESS:  If that's okay.  Thank

19  you, Madam President and Senator Hudson.

20          Just to add to that a little bit, I mean,

21  this is -- Senator Hudson just laid it out, right.

22  This is one of those ones that we've really kind of

23  wrestled with.  We've tried to determine what the

24  least bad option might be in this circumstance

25  considering what's before us.  And what we know is

Page 106

1    before us is that we have a per se signature

2    matching issue in the sense that we have two ballots

3    in one envelope, we don't know whose is whose.

4            And we've been told by the supervisors that

5    they -- regardless of how it happens that there is

6    that separation and that further complicates the

7    ability to try to cure this or determine this.  And

8    considering the per se signature matching issue and

9    the fact that we haven't been able to identify a

10   true cure, we don't know whose ballot is whose.

11           There -- maybe not, but in theory, there

12   could be 67 different ways of determining a ballot,

13   a vote.  Let's put it this way, 67 ways of counting

14   a vote in this circumstance.  And if a vote is

15   sacrosanct, and if a vote, if we hold that to be

16   true, we should have a very consistent process when

17   it comes to actually determining if a vote counts.

18           And so we've been tasked with that

19   difficult job, and I think ultimately, and this is

20   really one that I fall on, is it's a crime to vote

21   twice, and that's a current crime.  We can't tell if

22   perhaps somebody has actually attempted to vote

23   twice in doing so.  And so for all those reasons

24   that's kind of why we had to land on this result to

25   be consistent more than anything.

Page 107

1          PRESIDENT PASSIDOMO:  Senator Hudson, would

2     you like to --

3          SENATOR HUDSON:  May I add to that?  Thank

4     you, Madam President.

5          And this is why it's so difficult too.  If

6     I vote a certain way and my spouse votes completely

7     opposite, and there's only one signature that went

8     in, which one do you count?  So we're trying to

9     figure that out with the supervisors.  Like I said,

10     this is something that we're probably going to have

11     to keep working on.  But it's in coordination with

12     them, it's been difficult, and this is the policy

13     decision we made.

14          PRESIDENT PASSIDOMO:  Senator Davis.

15          SENATOR DAVIS:  Thank you, Madam President.

16          So we know this body of people, whether

17     you're in the Senate or you're in the House, when we

18     make a decision, we hardly ever come back to correct

19     it, especially when it comes to elections.

20          So my challenge with this one is, and my

21     question to you is you -- I know you're working and

22     this is something that you're going to be working

23     on, but we have two ballots and if we decide today,

24     which is feels like we're going to do, without

25     really considering the majority of the counties and

Page 108

1   how they do it, you can identify one person, but if

2   we decide today according to how this is written,

3   we're negating both people.

4          So how does that feel if today we're

5   talking about making sure folks that are voting are

6   eligible, and like I started off, this is about ease

7   and convenience.  So we're still negating that

8   person that signed the envelope.  And so many

9   counties count one ballot if it's the same.  Do you

10  all think about -- would you think about considering

11  that, today?

12         PRESIDENT PASSIDOMO:  Senator Hudson.

13         SENATOR DAVIS:  Friendly amendment.

14         SENATOR HUDSON:  Thank you, Madam

15  President.

16         And this is -- again, I worked with staff

17  late last night.  I think we were here until about

18  9:30 or 10:00.  And we called the supervisors -- and

19  when I say supervisors, the lobbyists of the

20  supervisors -- to try and figure out if there's a

21  way to make this work.  And unfortunately, we

22  haven't gotten there yet.

23         I know you said we don't come back when we

24  pass stuff, but this is the third year we're doing

25  elections in a row, so I think we're going to

1    continue to come back and tweak some changes on our

2    elections.

3              To be, you know, for the good, in my

4    opinion, I would love to get with the supervisors

5    and figure out what's the best possible solution for

6    this, but I just, like I said, last night around

7    9:00, 9:30, 10 o'clock, we just didn't get there,

8    and that's why you don't see an amendment to my

9    strike all.  Because I have been working on this

10   with them to try and find a good place to land, and

11   every time we start down that path there's so many

12   what ifs we come back to we just can't get it done

13   this year and we'll look at it as we go forward.

14             PRESIDENT PASSIDOMO:  Senator Davis.

15             SENATOR DAVIS:  Thank you, Madam President.

16             I know it's 12:40, 12:45, so you know,

17   plenty more, but I don't want to --

18             PRESIDENT PASSIDOMO:  Keep going.

19             SENATOR DAVIS:  Okay.

20             PRESIDENT PASSIDOMO:  We have -- just as an

21   aside, we have three conference committees meeting

22   coming up.  I think I just got notice at 1:15, 1:30,

23   1:30, and then maybe -- so I'm going to go until

24   you're done, and Senator Torres is done, and then

25   we'll come back for the nine amendments we have on

Page 110

1  this bill after the conference committee.  So, you

2  know, we can probably go until about 1:00.

3          SENATOR DAVIS:  So we're not breaking at

4  12:45 for lunch?

5          PRESIDENT PASSIDOMO:  No.  But you may get

6  in trouble by your colleagues, whatever.  I'm only

7  kidding.  Keep on going.

8          SENATOR DAVIS:  I was just making sure.

9  Collogues, I was just making sure I'm not the hold

10  up between you and lunch.

11          So in reading the report that was submitted

12  by the supervisors to -- I think to the Secretary of

13  State, one of the things they ask for -- and I've

14  talked to staff about this, and you guys can correct

15  me.  One of the things they ask for and the reason I

16  kind of stayed in this vote by mail realm is in that

17  report, they asked about major changes being made

18  and if we're going down this route, please don't do

19  it before 2024.  So why are we here making these

20  changes to the vote by mail process in this way when

21  the supervisors have asked us not to do it before

22  2024?

23          PRESIDENT PASSIDOMO:  Senator Hudson.

24          SENATOR HUDSON:  Thank you, Madam

25  President.  And I know Senator Burgess has worked

1  really hard on this, so I may be stealing his

2  thunder here but what we asked for was a study from

3  last year's bill on how do we keep the ballots more

4  secure and make sure that the individual voters are

5  protected?  And I think we had, if you remember, we

6  were talking about three envelopes, like an envelope

7  inside an envelope, or two flaps, or what's the best

8  way to do that.  And we couldn't come -- much like

9  this other issue you talked about, we couldn't come

10  to a consensus, so the supervisors asked if they can

11  get with the secretary and come up with a plan for

12  us.

13       So that was a result and what they've asked

14  for with 2024 was a result of should we do two

15  envelopes, or three envelopes, should we do a flap.

16  That's what I believe they were telling us is

17  whatever we do there, they haven't come to a

18  consensus even meeting with the secretary.  But if

19  we do anything along that route with multiple

20  envelopes or multiple flaps, to implement it before

21  the presidential election was just not doable, so

22  that's why you don't see that particular piece in

23  this bill.

24       PRESIDENT PASSIDOMO:  Senator Davis.

25       SENATOR DAVIS:  Thank you, Madam President.

Page 112

1              Yes.  I will further state the statement is

2      "While FEFSE workgroup recommended unanimously to

3      make any further changes to the vote by mail

4      process, I suggested in the legislative proposal it

5      is asked that any such legislative changes that are

6      proposed that implementation of such changes be

7      postponed until after the 2024 presidential cycle."

8      So if the supervisors are asking for us to postpone

9      the VBM changes that we are doing, why are we not

10     listening to them?

11              PRESIDENT PASSIDOMO:  Senator Burgess.

12              SENATOR BURGESS:  Thank you, Madam

13     President.

14              And Senator Hudson may have an answer as

15     well, so I'll just jump on in here.  My

16     understanding is that was specific to a very

17     specific suggestion that was looked at within the

18     report and that we actually did not end up pursuing.

19     Senator Hudson may be able to expound on that but

20     that particular ask was tied to something that we

21     actually didn't end up doing at all.

22              PRESIDENT PASSIDOMO:  Senator Hudson.

23              SENATOR HUDSON:  Yes, Madam President.

24              Not to belabor it but we tasked them to

25     look at something very specific and they came back

Page 113

1    with that report.  We have some of their

2    recommendations in here and my understanding is

3    throughout this whole process of VBM and the

4    committees that we had, the supervisors have not

5    brought up any concerns with what's in the bill on

6    the VBM side of things.  And that other issue that

7    you and I spoke about, we were trying to get there

8    but we just couldn't come to conclusions with the

9    supervisors.

10            PRESIDENT PASSIDOMO:  Senator Davis.

11            SENATOR DAVIS:  So I'm going to stay on

12   this report a little bit because I -- you know,

13   coming from this industry, I have a fondness for all

14   67 supervisors and so I like when they're at the

15   table and there are pieces of this bill that I know

16   they haven't been at the table with.  So when you

17   tell me that that was -- the report was something

18   they suggested, this is a report by the Department

19   of State on voting by mail, solely, security

20   privacy, and election transparency.

21            There's only two counties, and you said

22   that that statement I read was for a specific deal

23   -- it was recommendations, and you're right, it was

24   about all the VBM envelopes at that time, but we're

25   still changing the VBM processes.  And so again,

Page 114

1   even with those processes and with that bill -- I

2   want to say it was SB 90 or SB 524, we were -- yes,

3   it suggested major changes.  And they came back and

4   said any changes that we do, if we can do it after

5   2024.  So there's only two counties that did all of

6   that that we suggested anyway, and Duval is one of

7   them.  So again, my question is why is VBM even in

8   the midst of this if the supervisors asked us to

9   just stay away from it?

10          PRESIDENT PASSIDOMO:  Senator Hudson.

11          SENATOR HUDSON:  Thank you, Madam

12   President.

13          And again, I don't want to belabor it but

14   as the architect of both of those bills you

15   mentioned, when we got to that specific study and

16   recommendation from the supervisors, we were very,

17   very clear on we want you to look at the flaps

18   versus the envelopes and tell us if you can do it

19   and how that would look.

20          In terms of other VBM stuff, if they didn't

21   want it touched, that's fine that they put it in the

22   report, but that was not the intent of me, the

23   architect of the legislation.  My intent was find me

24   a solution, which they just didn't do.  So that's

25   fine but that's why it's not in the bill, because

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 115

1    they couldn't come up with a solution.

2            So that's -- the other parts of the bill is

3    something that I think that Senator Burgess has

4    worked hard on and believes in and that's why we've

5    kept that in there.  But we tasked the supervisors

6    specifically about the envelopes or the flaps

7    themselves and they did not come up with a solution

8    to get that done as we asked them to try and find

9    out.

10           PRESIDENT PASSIDOMO:  Senator Davis.

11           SENATOR DAVIS:  Thank you.  So the answer

12   to that is we'll never do the envelopes as you

13   suggested in SB 90 or SB 524, correct?

14           PRESIDENT PASSIDOMO:  Senator Hudson.

15           SENATOR HUDSON:  Say that one more time,

16   Madam President, if you don't mind.  I'm sorry.

17           PRESIDENT PASSIDOMO:  Senator Davis.

18           SENATOR DAVIS:  Thank you, Madam President.

19           I just wanted you to say yes.  So with that

20   you're saying to me, hopefully today, that we're not

21   going to revisit SB 90 and SB 524 and the idea of

22   the unique identifying information on those

23   envelopes.  No.  It's not a part of this, it's not a

24   part of what we're dealing with, but it is a VBM

25   situation.  So you're saying we're not going to

Page 116

1    revisit that ever again, correct?

2              PRESIDENT PASSIDOMO:  Senator Hudson.

3              SENATOR HUDSON:  Thank you, Madam

4    President.

5              I'm certainly -- when I'm gone from here, I

6    don't want to make any promises that you guys can't

7    go mess with whatever I've done, but as far as today

8    and this year is going, I do not contemplate,

9    Senator Burgess does not contemplate, the Florida

10   House does not contemplate doing those unique

11   identifiers on the ballots as suggested in

12   previously legislation.

13             PRESIDENT PASSIDOMO:  And Senator Davis,

14   you know, I appreciate the line of questioning, but

15   you know, we're talking about a bill not about

16   what's going to happen in the future, and you've got

17   a lot of people that might want to ask questions, so

18   if you could stick with questions.  Thank you.

19   You're recognized.

20             SENATOR DAVIS:  Thank you, Madam President.

21             So in section 21 -- so let's jump right

22   back into it.  So in section 21, we talk about --

23   and hopefully you guys see that I am trying to be a

24   friendly today, I really am.  But in section 21 of

25   the bill there is some issue about precinct

Page 117

1   boundaries.  You have some of that going on.  And so

2   I want to talk about why -- kind of explain the

3   thought process of the precinct boundary

4   information, knowing how some of the supervisors use

5   boundaries to draw precincts.

6           PRESIDENT PASSIDOMO:  Senator Burgess,

7   you're recognized.

8           SENATOR BURGESS:  Thank you very much,

9   Madam President.

10          It's an interesting section within the

11  bill, Senator Davis.  Appreciate you asking.  Are we

12  talking about the GIS formatting?  Kind of the

13  geographical information system and interactable,

14  the downloadable maps that we're putting into the

15  bill?

16          PRESIDENT PASSIDOMO:  Senator Davis.

17          SENATOR DAVIS:  Thank you, Madam President.

18          I'm actually on, I think between pages 43

19  and 44, specifically 44.  And I'm wondering why you

20  took out the information about the precinct

21  boundaries, the census blocks within precincts, and

22  things like that.  How do we get to the point of

23  removing that knowing that's how some of our

24  supervisors draw their precincts locally?

25          PRESIDENT PASSIDOMO:  Senator Burgess.

Page 118

1            SENATOR BURGESS:  Thank you, Madam

2     President.

3            And thank you, Senator Davis.  We're

4     requiring that they use census block information or

5     any political subdivision or boundary.  This is a

6     very technical area, so I was just getting a

7     lifeline there.

8            PRESIDENT PASSIDOMO:  Senator Davis.

9            SENATOR DAVIS:  I was waiting on Senator

10     Burgess.  No, no.  I'm fine.

11            PRESIDENT PASSIDOMO:  I thought he answered

12     -- he did answer the question.

13            SENATOR DAVIS:  I'm sorry, I didn't hear

14     the answer.  Just it's a technical area, is that

15     what you said?

16            PRESIDENT PASSIDOMO:  Senator Burgess.

17            SENATOR BURGESS:  Thank you, Madam

18     President.

19            No.  I was calling in a lifeline because it

20     is a very technical area.  So what we're using is

21     census block information as well as any political

22     boundary, precinct boundary.  Or I'm sorry, removing

23     visible features and boundaries from types of

24     boundaries that may be used as a precinct boundary.

25     Kind of eliminating open spaces and things like

Page 119

1    that.  Any political or municipal subdivision

2    boundaries.  There's the technical definition.

3               PRESIDENT PASSIDOMO:  Senator Davis.

4               SENATOR DAVIS:  Thank you, Madam President,

5    and I'm going to close it out.  I'm wrapping it up.

6               Do you see that this could be a potential

7    problem for the supervisors in drawing their

8    boundaries and districts when we're not using the

9    county commission, the school board, or the city

10   commissions, their boundaries?  And so I'm just

11   trying to clarify what we're doing here because I

12   think we're creating an issue for them.

13              PRESIDENT PASSIDOMO:  Senator Burgess.

14              SENATOR BURGESS:  Thank you so much, Madam

15   President.

16              And I apologize if I answered this

17   incorrectly.  We are using those.  We're telling

18   them that they have to use those.

19              PRESIDENT PASSIDOMO:  Senator Davis.

20              SENATOR DAVIS:  I'll come back and clarify

21   it a little bit.  I'll stop for now.

22              PRESIDENT PASSIDOMO:  Senator Torres.

23              SENATOR TORRES:  (Indiscernible), Madam

24   President.

25              PRESIDENT PASSIDOMO:  How fast can you be?

Page 120

1          SENATOR TORRES:  I'm going to go down a

2     different road because, as a Hispanic, and we have

3     voters, and we have registration forms that are in

4     two languages, English and Spanish; am I correct?

5          PRESIDENT PASSIDOMO:  Senator Hudson.

6          SENATOR HUDSON:  Thank you, Madam

7     President.

8          Yes.  In some way, shape, or form, or some

9     type of scale.  Yes.

10          PRESIDENT PASSIDOMO:  Sorry, I'm getting

11     some suspicious intermeddling by Senator Pizzo.

12          Senator Torres, you're recognized.

13          SENATOR TORRES:  Thank you, Madam

14     President.

15          So my question to you is, you gave out a

16     telephone number, 866-308-6739, Secretary of State,

17     correct?

18          PRESIDENT PASSIDOMO:  Senator Hudson.

19          SENATOR HUDSON:  Thank you, Madam

20     President.

21          That was the voter information hotline, but

22     if you want to know about whether you're a felon and

23     you can vote because you've made all your payments,

24     there was a new number.  850-245-6536.

25          PRESIDENT PASSIDOMO:  Senator Torres.

Page 121

1          SENATOR TORRES:  Okay.  But I had one of my

2     staff call up in Spanish and request to get

3     information in Spanish and they told them that

4     nobody up that speaks Spanish at all.  Can you

5     address that?

6          PRESIDENT PASSIDOMO:  Senator Hudson.

7          SENATOR HUDSON:  Thank you, Madam

8     President.

9          And I assume it's the 850 number, the

10    second one?

11         PRESIDENT PASSIDOMO:  Go through the chair,

12    and could you limit your questions to the bill,

13    although I like the phone number thing.

14         Senator Hudson, you're recognized.

15         SENATOR HUDSON:  Again, I think I gave out

16    what I thought was a correct number.  I just gave

17    you the new number.  I don't know what language the

18    general counsel and their office speaks but I've

19    given the numbers that I've been told to give.

20         PRESIDENT PASSIDOMO:  Senator Torres.

21         SENATOR TORRES:  The question I'm asking is

22    does this bill address Hispanic or other languages,

23    concerns in addressing their eligibility to vote?

24         PRESIDENT PASSIDOMO:  Senator Hudson.

25         SENATOR HUDSON:  Thank you, Madam

Page 122

1    President.

2          I think I'm trying to understand the

3    question.  If you're trying to figure out whether

4    you're eligible to vote or not, there are different

5    ways to do so, whether it's through the supervisor

6    or through the Department of Elections.  And if you

7    need help or an individual constituent needs help in

8    terms of translations, I think our offices -- our

9    offices being my constituents, if they call me,

10   we'll try and help them with that.  So if they need

11   some type of help with the language barrier, we'll

12   do the best we can to try and figure out if they can

13   vote or not.

14         PRESIDENT PASSIDOMO:  Senator Torres.

15         SENATOR TORRES:  Okay.  So is there a plan

16   to increase the amount of money provided to the SOEs

17   every year given the increase in responsibility on

18   this bill?

19         PRESIDENT PASSIDOMO:  Senator Hudson.

20         SENATOR HUDSON:  Thank you, Madam

21   President.

22         I believe the SOEs are funded at the county

23   level, so it's not funded by the state, so that's

24   not contemplated.

25         PRESIDENT PASSIDOMO:  Senator Torres.

Page 123

1          SENATOR TORRES:  You talked about bad

2     actors and specified there was three.  Am I correct?

3          PRESIDENT PASSIDOMO:  Senator Hudson.

4          SENATOR HUDSON:  That might have been

5     something Senator Burgess said.  Are you talking

6     about the third-party registration?  Yeah.  I don't

7     know how many bad actors there are, but Senator

8     Burgess would be better to answer the third-party

9     registration.

10         PRESIDENT PASSIDOMO:  Senator Torres, do

11    you have a question to Senator Burgess?

12         SENATOR TORRES:  The question was it was

13    stated here that there were bad actors and the

14    reason why we increased the penalties, and what I

15    heard or maybe I misunderstood, there were three bad

16    actors involved in this.  And that's my question.

17         PRESIDENT PASSIDOMO:  Senator Burgess.

18         SENATOR BURGESS:  Thank you, Madam

19    President.

20         And thank you, Senator Torres, for the

21    question.  So no, I cited a couple egregious

22    examples of reasons why A, we're putting in

23    provisions for certain felons to be able to collect

24    voter applications, very recent ones, too, that were

25    significant issues and obviously illegal activity.

Page 124

1              But in 2002 I also cited that there were

2    over 3000 voter registration applications that were

3    collected and submitted untimely by various 3PVROs.

4    The exact number of how many different 3PVROs were

5    in violation I don't know, nor could I provide that

6    at this time.

7              PRESIDENT PASSIDOMO:  Senator Torres.

8              SENATOR TORRES:  The question that I have

9    then, if it was so small of a group of bad actors,

10   why are we trying to punish the other organizations

11   that are legitimate?

12             PRESIDENT PASSIDOMO:  Senator Burgess.

13             SENATOR BURGESS:  Thank you.  Thank you,

14   Madam President.

15             In this bill, the only thing we're doing is

16   making it harder for bad actors to do illegal

17   activity.  We are in no way, shape, or form hurting

18   those who are doing things right.  One is one too

19   many.  I would venture to bet a lot that there are a

20   lot more than three, or just a handful of 3PVROs who

21   have violated provisions of the law.

22             But, you know, remember there are over 2000

23   active 3PVROs -- or 2000 registered 3PVROs which is

24   another reason why we're needing to make sure that

25   we're determining who is active and who is not, so

Page 125

1    we can get a better grasp of that.

2             PRESIDENT PASSIDOMO:  Senator Torres.

3             SENATOR TORRES:  These 3PVROs, are they

4    registered to the state?

5             PRESIDENT PASSIDOMO:  Senator Burgess.

6             SENATOR BURGESS:  Thank you, Madam

7    President.

8             Yes.  To the Department of State.

9             PRESIDENT PASSIDOMO:  Senator Torres.

10            SENATOR TORRES:  Okay.  I want to ask you

11   if a person lives in Miami and moves to Central

12   Florida, to Orlando or Osceola, they're registered

13   to vote in Miami and now they move to a new

14   location, would your bill affect them in getting

15   reregistered in Central Florida?

16            PRESIDENT PASSIDOMO:  Senator Burgess.

17            SENATOR BURGESS:  Thank you very much,

18   Madam President.

19            Their address update change would happen in

20   the same way it would conduct now.  Nothing would

21   change that process at all.

22            PRESIDENT PASSIDOMO:  Senator Torres.

23            SENATOR TORRES:  I'm done.

24            PRESIDENT PASSIDOMO:  Okay.  Members,

25   before I call on the rules chair, I just want to let

Page 126

1    you know that we have our first conference committee

2    meeting at 1:15.  There are nine amendments when we

3    come back.  After the conference meetings, we'll

4    take up those amendments.

5              Senator of the 19th District, Rules Chair

6    Mayfield, you are recognized.

7              SENATOR MAYFIELD:  Thank you, Madam

8    President.  I move the Senate stand in recess upon

9    the call of the president.

10             PRESIDENT PASSIDOMO:  Show the motion

11   adopted and CS for SB 750 temporarily postponed with

12   the amendment pending.  The Senate will stand in

13   recess until around 2 o'clock p.m.  The sergeant

14   police, secure the chamber.

15             (Recess taken)

16             THE SECRETARY:  A quorum call.  All

17   senators indicate your presence.  All senators

18   indicate your presence.

19             A quorum is present, Madam President.

20             PRESIDENT PASSIDOMO:  The Senate will be in

21   order.

22             Rules Chair Mayfield, you are recognized

23   for an introduction.

24             SENATOR MAYFIELD:  Thank you, Madam

25   President.

Page 127

1          Members, if you'll just bear with me for a

2     few minutes.  I have a special guest that's in the

3     East Gallery that I'd like for you just to listen

4     to.  They have a wonderful story.

5          In the East Gallery, I'd like to welcome

6     Don Weaver (phonetic) and his lovely wife of 52

7     years, Jean Weaver (phonetic).  The Weavers are a

8     gold star family from my district.  Don Weaver was a

9     captain and U.S. Army infantry officer from 1968 to

10    1972; served in the DMS in Korea; and U.S. Foreign

11    Service with the Department of State from 1974 to

12    2002.

13          Jeanie, the love of his life, graduated

14    from Atlantic University with a degree in speech

15    communication and art history, and how fitting that

16    you're here today when we're going to be celebrating

17    FAU's basketball team on their win.

18          Todd Weaver, their son, lost his life while

19    serving in Afghanistan.  On a day that we all

20    remember, 9/11/2001, Todd told him mom, "I don't

21    know how, I don't know what, but I'm going to help

22    my country," and then he joined the National Guard.

23    In 2004 to 2005, Todd served in Iraq as an enlisted

24    soldier attached with the combat engineers.  In May

25    of 2008, Todd graduated from William and Mary,

Page 128

1   enlisted in the U.S. Army commissioned as a second

2   lieutenant and was married that same year.

3           Todd attended the U.S. Army Ranger school

4   and was deployed May 2010 to Afghanistan with the

5   101 Airborne Division Air Assault 502 Combat

6   Brigade.  On September 9, 2010, Todd was killed in

7   Kandahar, Afghanistan by an IED that was detonated

8   while his team was investigated a suspected IED

9   factory.

10          After their son lost his life in

11  Afghanistan, Jeanie began telling Todd's story

12  through her paintings.  And we are so pleased that

13  she was able to come up to Tallahassee and display

14  those paintings.  So please take a moment to stop by

15  the rotunda to meet the Weavers and view the

16  beautiful paintings in remembrance of her son.

17          Mr. and Ms. Weaver, thank you for being

18  here and thank you for what you've done and for

19  serving our country.  Welcome to the Florida Senate.

20          PRESIDENT PASSIDOMO:  Senators, we have a

21  number of special guests in the chamber today.

22  First, I'd like to recognize former Senator Dana

23  Young who is visiting today.  Welcome back.

24          We also have very special visitors from

25  Florida Atlantic University's men's basketball team

Page 129

1  and their coaches who are here with us to celebrate

2  their recent accomplishments.  We have a short video

3  and then we're going to say a few words.  So turn it

4  on.

5          (Video played)

6          PRESIDENT PASSIDOMO:  The senator of the

7  26th District, Senator Berman, for what purpose do

8  you rise?

9          SENATOR BERMAN:  To make a motion, Madam

10 President.

11         PRESIDENT PASSIDOMO:  State your motion.

12         SENATOR BERMAN:  Madam President, along

13 with my colleagues from Palm Beach County, Senator

14 Powell and Senator Polsky, I move that Senate

15 Resolution 1734 be taken up in stator.

16         PRESIDENT PASSIDOMO:  Without objection,

17 show the motion adopted.  Read the resolution the

18 first and second time by title, and then the

19 resolving clause.

20         THE SECRETARY:  Senate Resolution 1734, a

21 resolution recognizing and celebrating the

22 incredible accomplishments of the Florida Atlantic

23 University men's basketball team and the

24 university's commitment to both academic and

25 athletic excellence, creating a collegiate brand

Page 130

1  that is nationally renowned.

2         Senate Resolution 1734, a resolution

3  recognizing and celebrating the incredible

4  accomplishments of the Florid Atlantic University

5  men's basketball team and the university's

6  commitment to both academic and athletic excellence,

7  creating a collegiate brand that is nationally

8  renowned.

9         Be it resolved by the Senate of the state

10  of Florida that the incredible accomplishments of

11  the Florida Atlantic University men's basketball

12  team are recognized and celebrated as is the

13  university's commitment to both academic and

14  athletic excellence, creating a collegiate brand

15  that is nationally renowned.

16         Be it further resolved that the Senate

17  congratulates team members Leo Beath, Nicholas Boyd,

18  Tre Carroll, Johnell Davis, Michael Forest, Jalen

19  Gaffney, Isiah Gaines, Vladislav Goldin, Bryan

20  Greenlee, Jack Johnson, Brenen Lorient, Alijah

21  Martin, Alejandro Ralat, Giancarlo Rosado, and

22  Brandon Weatherspoon on their teamwork, blazing new

23  trails for FAU men's basketball program.

24         Be it further resolved that the Senate

25  recognizes the diligent work of head coach Dusty May

Page 131

1   along with assistant coaches Todd Abernathy, Kyle

2   Church, and Drew Williamson, assistant to the head

3   coach, Brandon Gilbert, and director of operations,

4   KT Herold in shaping the Owls into a team of winners

5   who defy expectation.

6          Be it further resolved that the Senate also

7   recognizes the university staff who contribute to

8   the operation of the basketball facility and to the

9   overall success of the team and the university and

10  the extraordinary efforts of all involved in the

11  accomplishments of the FAU's 2022/2023 men's

12  basketball team.

13         The reading of the resolution, Madam

14  President.

15         PRESIDENT PASSIDOMO:  All those in favor of

16  the resolution say yay.

17         (Unanimous yays)

18         All those opposed say nay.

19         (No response)

20         Show the resolution adopted.

21         The secretary will open the board for those

22  senators wishing to cosponsor the resolution.

23         The secretary will close the board and

24  announce -- there's one missing.  The secretary will

25  close the board and announce the cosponsors of the

Page 132

1     resolution.

2            THE SECRETARY:  Thirty-five co-introducers,

3     Madam President.

4            PRESIDENT PASSIDOMO:  Congratulations.  The

5     Senator of the 26th District, Senator Berman, you

6     are recognized for remarks.

7            SENATOR BERMAN: Thank you, Madam President.

8            And I am so proud and happy to be here

9     today to present this resolution along with my

10    colleagues.  The community has truly rallied around

11    FAU.  We are all so excited for the team.  Last week

12    they did an event in Boca Raton and over 4000 people

13    came out to celebrate them.  And we know that when

14    athletes rise, the whole university rises.

15           The national attention and focus that they

16    have had have helped FAU in their academics and all

17    throughout the university.  This team, all the

18    members of the team, except for Michael Forest who

19    is a mechanical engineer graduating next week, are

20    all continuing on, so we're looking forward to great

21    things from this team in the future.

22           We can't wait to see what they did, and

23    they've already made such an impact here in our

24    community in Palm Beach County and as well as our

25    state for making it to the Final Four, and we

Page 133

1    couldn't be more proud of all of you and we're so

2    happy that you could join us today here in the

3    Senate Chamber.  And go Owls.

4              PRESIDENT PASSIDOMO:  Congratulations, and

5    next year, I want to see the big win.

6              We will now return to the special-order

7    calendar.  Read CS for SB 7050, the pending

8    amendment, and the first amendment to the amendment.

9              THE SECRETARY:  Committee substitute for

10   Senate Bill 7050, a bill to be entitled an act

11   relating to elections.  Amendment bar code 333316 by

12   Senator Hudson.  Delete everything after the

13   enacting clause and insert amendment.

14             An amendment to the amendment, bar code

15   492750 by Senator Osgood.  Delete lines 230 to 249

16   and insert amendment.

17             PRESIDENT PASSIDOMO:  All right.  Members,

18   where we're at, we finished the explanation of the

19   amendment that Senator Hudson had filed, and we have

20   gone through questions to that amendment.  There are

21   nine amendments to that amendment, the first being

22   Senator Osgood's amendment.  I think we'll

23   temporarily postpone that amendment.

24             Read the next amendment.

25             THE SECRETARY:  Amendment to the amendment

Page 134

1   bar code 713846 by Senator Book.  Delete lines 385

2   to 414 and insert amendment.

3          PRESIDENT PASSIDOMO:  Senator Book, you're

4   recognized to explain the amendment.

5          SENATOR BOOK:  Thank you so much, Madam

6   President.

7          Members, if you haven't heard from your

8   supervisors of elections on this bill yet, you

9   likely will.  But if you accept this amendment, they

10  should be much relieved.  This amendment removes

11  language in the bill that requires supervisors to

12  identified registered voters convicted of a felony

13  whose rights haven't been restored each week.  This

14  is a state responsibility, and it should be.  It is

15  implemented consistency by highly trained

16  professionals, and it is checked and double checked.

17         Without this amendment, we're putting that

18  responsibility and workload on our local supervisors

19  of elections.  67 different offices with different

20  resources, some with very small offices.  I'm told

21  that it would add hundreds of hours for a medium

22  size supervisor's office.  Some have said that it

23  could cost as much as 18 to $20 million annually,

24  requiring additional staff, funding, and resources.

25  That is the amendment.

Page 135

1            PRESIDENT PASSIDOMO:  Are there any

2     questions on Senator Book's amendment?

3            (No response)

4            Is there any debate on the amendment?

5            Senator Hudson or Burgess on the amendment?

6     Take your pick.  Senator Burgess on the amendment.

7     Or Senator Hudson.  Or both of you.

8            Senator Hudson, you're recognized.

9            SENATOR HUDSON:  Thank you, Madam

10    President.

11            I've just been coordinating with our staff

12    and what we were trying to do in our strike all is

13    information from the clerks go up to the state and

14    over to the supervisor, the state vets it, sends it

15    down to the supervisor.  So I think what we're doing

16    is a good thing and right now, I would call this

17    amendment unfriendly.

18            PRESIDENT PASSIDOMO:  Any other debate?

19            Senator Book, you are recognized to close

20    on the amendment.

21            Oh, Senator Davis.

22            SENATOR DAVIS:  Thank you, Madam President.

23            As I stated earlier, when you're looking at

24    lines 404 through 414, that is something that's not

25    happening.  Senator Book's amendment would address

Page 136

1   the fact that the supervisors could handle this

2   idea, this motion, this movement with information

3   continuing to come down from the Department of

4   State, instead of going from the clerk's office.

5   This is not happening now.  We have spoken to many

6   supervisors of elections that are saying they don't

7   know how to do this.

8           So I understand this may be good policy,

9   but this is a policy that the supervisors would have

10  to figure out.  It's an unfunded mandate as to how

11  they would figure it out.  And it's a mandate that

12  we're putting on them to the tune of $16 million.

13  So we're good at putting things on the books that we

14  don't have a solve for and we want the supervisors

15  to solve it, but this is not something they should

16  be trying to implement and solve without any

17  starting point.

18          So with that, colleagues, I hope you vote

19  up on the amendment and down on the bill.

20          PRESIDENT PASSIDOMO:  Is there any other

21  debate on the amendment?

22          Senator Book, you're recognized to close on

23  the amendment.

24          SENATOR BOOK:  Thank you so much, Madam

25  President.

Page 137

1          Members, if we feel so strongly about

2     voting integrity that we have created elections

3     police, it makes no sense to add this tremendous

4     responsibility on our 67 supervisors of elections

5     who have no training and very, very little resources

6     to do these detailed and complicated investigations.

7     In fact, if it's so important for these

8     investigations to be done every week, perhaps this

9     is a good responsibility for the Office of

10    Elections, Crimes, and Security.  They have their

11    training and the resources, and it doesn't seem that

12    they have much to do if this is being put on the

13    supervisors.  So I would ask please for your

14    favorable support.

15          PRESIDENT PASSIDOMO:  All in favor of the

16    amendment say yay.

17          (Multiple yays)

18          All opposed say nay.

19          (Multiple nays)

20          The amendment is not adopted.

21          Please read the next amendment.

22          THE SECRETARY:  Amendment to the amendment

23    bar code 294206 by Senator Davis.  Delete lines 451

24    through 547 and insert amendment.

25          PRESIDENT PASSIDOMO:  Senator Davis, you're

Page 138

1    recognized to explain your amendment.

2          SENATOR DAVIS:  Thank you, Madam Chair.

3          Under the bill, a voter who receives a

4    notice of potential ineligibility from the SOE can

5    either admit or deny the accuracy of the information

6    of the SOE alleges makes them ineligible to vote.

7    In some cases, the SOE's information will be

8    accurate but it won't be actually rendered to the

9    voter ineligibility under this law.

10          For example, if someone may have a felony

11   conviction from another state and the conviction may

12   be a fact that the voter has to admit to, but that

13   state doesn't revoke your right to vote after the

14   felony conviction, that voter is eligible to vote in

15   Florida.  This amendment simply would give the voter

16   an opportunity to contest whether the information

17   underlying the notice of potential ineligibility

18   actually means that they are ineligible to vote.

19          And that is the amendment, Madam President.

20          PRESIDENT PASSIDOMO:  Are there any

21   questions on the amendment?

22          (No response)

23          Is there any debate on the amendment?

24          Senator Hudson or Senator Burgess on the

25   amendment.

Page 139

1          Senator Burgess.

2          SENATOR BURGESS:   Thank you, Madam

3     President.

4          Thank you, Senator Davis, for offering the

5     amendment.  The hearing that is contemplated in the

6     bill is not a judicial proceeding in the courtroom

7     and it's just simply providing the voter with an

8     opportunity to present information supporting their

9     eligibility to the supervisor.  And so for those

10    reasons, I ask that we not adopt the amendment to

11    the bill.

12          PRESIDENT PASSIDOMO:  Senator Davis, you're

13    recognized to close on the amendment.

14          SENATOR DAVIS:  Thank you, Madam President.

15          The supervisor does have the ability to

16    have hearings in order to identify the fact of

17    someone's final determination of eligibility, so

18    just wanted to make sure that was out there.  But

19    this legislature has made eligibility rules for

20    returning citizens simply confusing.  Voters should

21    be given the opportunity to clear up any confusion

22    and engage with their SOE at any point during the

23    eligibility determination process, including by

24    having an attorney present to present arguments to

25    the SOE.  Due process requires that much before a

Page 140

1    voter is removed from the rolls.

2              And we're always talking about doing the

3    right thing, and I was talking earlier about we're

4    doing all of this for the purpose of eligibility,

5    and hopefully we're doing this for the ease and

6    convenience for voters to be able to know their

7    eligibility and be able to vote.  But instead, it

8    feels like we're doing everything else but not

9    making or allowing the voter to find an ease or

10   convenience when it comes to proving their

11   eligibility instead of just identifying them as

12   ineligible without due process.

13             So that is the amendment and colleagues, I

14   hope I have your support with this amendment.

15             PRESIDENT PASSIDOMO:  All in favor of the

16   amendment say yay.

17             (Multiple yays)

18             All opposed say nay.

19             (Multiple nays)

20             The amendment is not adopted.  Read the

21   next amendment.

22             THE SECRETARY:  Amendment to the amendment

23   bar code 118732 by Senator Davis.  Between lines

24   2144 and 2145 insert amendment.

25             PRESIDENT PASSIDOMO:  Senator Davis, you're

Page 141

1  recognized to explain the amendment.

2          SENATOR DAVIS:  Thank you, Madam President.

3          Again, under current law under this bill,

4  if there's a question around someone's voter

5  eligibility, the SOE can send a notice to that voter

6  and then make a final determination of that person's

7  eligibility after giving the person due process.

8  The bill also provides that in that period after the

9  voter receives a notice of potential ineligibility

10  but before the SOE makes a final determination, the

11  voter can cast a provisional ballot, and that's

12  good.

13          To allow a voter to cast a provisional

14  ballot is great, you all, you need to understand

15  that.  If a voter turns out to be ineligible, this

16  amendment simply provides an immunity from

17  prosecution under current statute 104.16.  However,

18  that statute which dates to the 1800s is the crime

19  of voting with a counterfeit ballot.

20          So I hope the folks that are helping write

21  this understand what I'm putting out in the

22  atmosphere.  We are dealing with a statute that

23  hasn't been used since the 1800s and we are dealing

24  with a statute that's from voting with a counterfeit

25  ballot.

Page 142

1          So 104.16 is titled Voting Fraudulent

2     Ballots, but it's really the ballot that is

3     fraudulent, not the act of voting.  This section has

4     been referring to someone who is bringing a fake

5     ballot in with them into the polling place and using

6     it to vote.  And I can count on one hand the number

7     of times that's happened, but I'll ball up that hand

8     being people just don't have that ability with the

9     technology we have in place.  So they take the real

10    ballot home with them, most likely to copy it, and

11    use it to stuff ballot boxes somewhere else.  I

12    promise you all this is not happening.  13 years in

13    the elections office, I promise you.

14          So granting immunity from prosecution under

15    104.16 in reality is counterproductive.  In fact, we

16    should want to be able to prosecute someone who

17    casts a counterfeit ballot regardless of whether

18    they file into a provisional window that creates the

19    bill.  And immunity from prosecution under 104.16

20    does nothing to protect a voter who casts a

21    provisional ballot when they believe they are

22    eligible but turn out not to be.

23          That is the amendment, Madam President.

24          PRESIDENT PASSIDOMO:  Are there any

25    questions on the amendment?

Page 143

1          (No response)

2          Is there any debate on the amendment?

3          Senator Burgess on the amendment.

4          SENATOR BURGESS:  Thank you, Madam

5     President.

6               These sections create felonies for

7     willfully swearing false information on their voter

8     registration application or on a provisional ballot

9     affidavit.  Carving them out of the willful standard

10    is if they are undergoing eligibility review is

11    problematic and would basically allow somebody to

12    potentially lie and then vote with the provisional

13    ballot without consequence, and for those reasons, I

14    asked that we not adopt the amendment.

15          PRESIDENT PASSIDOMO:  Any other debate on

16    the amendment?

17          (No response)

18          Senator Davis, you're recognized to close

19    briefly on the amendment.

20          SENATOR DAVIS:  Thank you, Madam President.

21          I politely but strongly disagree with the

22    comments that were made by my colleague and that

23    this was willful intent.  And where I was going with

24    this is everyone that the state has charged

25    recently, and we all are familiar with those people

Page 144

1    receiving those voter information cards inaccurately

2    to tell them where to go vote, but yet we want to

3    keep this language in the bill, everyone who the

4    state has charged for voting recently was charged

5    under 104.15, Qualified Electors Willfully Voting.

6    Not 104.16.  And they were also charged at 104.011,

7    False Swearing.  No one has been charged under

8    104.16.

9              So the amendment we have in front of us is

10   actually trying to protect those Floridians who

11   believe that they are eligible to vote, and they

12   cast a provisional, and in good faith under the

13   window that's created under this bill.  Voting

14   should not be a got you game and this is what is

15   happening right here.  And this amendment protects

16   that person of provisional voters from being

17   prosecuted with a genuine situation and making a

18   simple mistake.

19             And this amendment deletes the immunity for

20   casting a counterfeit ballot under 104.16 which I

21   will repeat, no one is being charged with this by

22   the State because anyone who tries to cast a

23   counterfeit ballot probably should be investigated.

24             And that is the close on the amendment,

25   Madam President.

Page 145

1          PRESIDENT PASSIDOMO:  All those in favor of

2     the amendment, say yay.

3          (Multiple yays)

4          All opposed say nay.

5          (Multiple nays)

6          The amendment is not adopted.  Read the

7     next amendment.

8          THE SECRETARY:  Late filed amendment to the

9     amendment bar code 402662 by Senator Davis.  Delete

10    lines 638 to 785 and insert amendment.

11          PRESIDENT PASSIDOMO:  Senator Davis, you're

12    recognized to explain the amendment.

13          SENATOR DAVIS:  Thank you, Madam President.

14          This amendment simply creates affirmative

15    defenses to voter fraud crimes in the state does not

16    notify the individual of their eligibility before

17    they register or vote.  It also requires various

18    state agencies to provide monthly updates to the SOE

19    instead of weekly, so that voters can be removed

20    from the rolls if they have to be at all, but

21    agencies have sufficient time to provide the

22    necessary information.  And that's the amendment.

23          PRESIDENT PASSIDOMO:  Are there any

24    questions on the amendment?

25          (No response)

Page 146

1            Any debate on the amendment?

2            Senator Burgess, you're recognized.

3            SENATOR BURGESS:  Thank you, Madam

4    President.

5            Thank you, Senator Davis, for the

6    amendment.  I appreciate the opportunity and the

7    discussion.  So appreciate the spirit it's brought

8    in.  We're seeking to enhance and increase frequency

9    of information sharing and this information would

10   essentially reduce what our state goals are, and so

11   for those reasons, I ask that we not adopt the

12   amendment into the bill.

13           PRESIDENT PASSIDOMO:  Senator Davis, you're

14   recognized to close on the amendment.

15           SENATOR DAVIS:  Thank you, Madam President.

16           I heard my colleague say we're here to

17   enhance the frequency of information.  What happened

18   to helping voters become eligible?  What happened to

19   helping voters -- give them time enough to find out

20   the final determination of their eligibility or

21   ineligibility?  Because that's what I thought we

22   were here.

23           Like I said when I first started, there are

24   things in this bill that are decent but when we are

25   closing the window from where someone can identify

Page 147

1    whether they are eligible or not and not providing

2    them with any resources to find that, I don't know

3    what we're doing here.

4              So that's the amendment, Madam President.

5    I hope I can get my colleagues to support this one.

6              PRESIDENT PASSIDOMO:  All in favor of the

7    amendment say yay.

8              (Multiple yays)

9              Opposed say nay.

10             (Multiple nays)

11             The amendment is not adopted.

12             Read the next amendment.

13             THE SECRETARY:  Late filed amendment to the

14   amendment bar code 222724 by Senator Davis.  Delete

15   lines 1513 through 1517 and insert amendment.

16             PRESIDENT PASSIDOMO:  Senator Davis, you're

17   recognized to explain your amendment.

18             SENATOR DAVIS:  Thank you, Madam President.

19             This is technical, I promise you.  And this

20   is one I know we'll all like, and it didn't even

21   come from me.  This amendment actually was brought

22   to us by the young lady who I think she is a part of

23   the Disabled Rights of Florida community.  And it's

24   simple.  It's a technical amendment that revises the

25   line 1657 to say "electronically."

Page 148

1            The reason we need that word electronically

2    is to include electronic delivery for accessible

3    vote by mail as a delivered method.  Otherwise, the

4    language simply doesn't encapsulate the voters who

5    request a VBM ballot through the accessible program.

6    Several disability groups sued in 2020, just so

7    everyone knows, over this, and now it's required as

8    an option for voters in all counties.  That is the

9    amendment, Madam President.

10            PRESIDENT PASSIDOMO:  Are there any

11   questions on the amendment?

12            (No response)

13            Is there any debate on the amendment?

14            Senator Book, you're recognized.

15            SENATOR BOOK:  Thank you, Madam President.

16            Let's give it up for Senator Davis.  She's

17   a one woman show and we're so proud to have her do

18   all of the incredible work.  And 9 times out of 10

19   when she's talking to me about elections, I smile

20   and nod and know that she knows what she's saying.

21            Guys, this is a really simple amendment,

22   and it helps people in the community who needs it

23   the most, those who are most vulnerable among us,

24   those who have exceptionalities and need a little

25   extra help to vote.  We want everybody to exercise

Page 149

1    their right to vote.

2            This is easy.  It's a word, "electronic."

3    I'm not wearing my glasses, but I think that's all

4    it says.  Let's support this amendment and support

5    the community who need it the most, those who have

6    exceptionalities.

7            Thank you, Senator Davis, for this good

8    amendment.

9            PRESIDENT PASSIDOMO:  Any other debates?

10           Senator Burgess.

11           SENATOR BURGESS:  Thank you, Madam

12   President.

13           In fairness, I've been spending a little

14   time wrestling with this one because the spirit in

15   which it's brought and obviously the goals that it's

16   seeking to accomplish are incredibly noble and

17   worthy of discussion and it's an idea worthy of

18   consideration.

19           This idea though, the way it is drafted,

20   I've been told can be potentially too board and

21   unable to be implemented.  And my understanding is

22   that there was a taskforce that was created in the

23   past that actually has looked at issues just like

24   this and they weren't able to come up with a

25   determination.  And because an extensive amount of

Page 150

1    time has been spent on these ideas, I don't know

2    that putting a late filed amendment on our bill now

3    in this posture that might not potentially be

4    implementable since this has been looked at in the

5    past in the right approach.

6              I say that with a heavy heart because we

7    want to do all that we can to accommodate our

8    disabled community and those with special needs.

9    And so you have my continued commitment as we move

10   forward to look into this next year if this is

11   something that we can do.

12             PRESIDENT PASSIDOMO:  Senator Davis, you're

13   recognized to close on the amendment.

14             SENATOR DAVIS:  Thank you, Madam President.

15             Thank you for that, Senator Burgess.  I'm

16   reading the lines that I suggested in the amendment

17   where the word "electronically" would go.  I have to

18   beg to differ.  This really isn't mine, it's not

19   even about me.  This is about people with

20   disabilities.

21             And so I just really, honestly do not know

22   where we are if we can't look at a word.  I don't

23   see how "electronically" expands this.  Let's deal

24   with the word "inclusion."  Let's try that.  So

25   again, really don't know where we are if we're

Page 151

1    trying to come up with techniques for eligibility.

2         We're here to, I guess work together to

3    ensure that people have ease and convenience of

4    voting but to deny a population, a disabled

5    population of simply including a word, at this

6    point, I'm baffled.  But colleagues, support me.

7    Support this amendment.  Not for me, for the

8    disability rights of Florida and those people.

9         But before I close, I'll remind you this

10   was a lawsuit, so it's not something that, you know,

11   we want to engage in.  Do we want to continue to be

12   sued as a state over and over by people simply

13   wanting to be included?  It's an option and the word

14   should be included.  Colleagues, support the

15   amendment, please.

16         PRESIDENT PASSIDOMO:  All those in favor of

17   the amendment say yay.

18         (Multiple yays)

19         Opposed say nay.

20         (Multiple nays)

21         Amendment is not adopted.

22         Read the next amendment.

23         THE SECRETARY:  Late filed amendment to the

24   amendment bar code 211618 by Senator Davis.  Delete

25   lines 1258 through 1272 and insert amendment.

Page 152

1          PRESIDENT PASSIDOMO:  Senator Davis, you're

2    recognized to explain your amendment.

3          SENATOR DAVIS:  Thank you, Madam President.

4          And I think this is my last one, but this

5    is a little bit more technical.  While we were

6    questioning Senator Burgess, we were going back and

7    forth, I mentioned the precinct boundaries.  And so

8    I bring that up again because this amendment simply

9    -- I want to help.  I'm trying to be a friendly.

10          And so this amendment under the strike all

11   will help this bill align.  And there is a comment

12   by a couple of the supervisors that say we need to

13   kind of deal with this.  The problem is that local

14   government district boundaries, defined lines for

15   county commission, school board, and city commission

16   and councils do not always align with the bill's

17   enumerated list of allowable boundaries.

18          So I know I'm kind of talking everyone's

19   head.  But for instance, we all have been through

20   redistricting, right.  So we have redistricting on

21   the state level, we have our congressional maps, and

22   we also have our supervisors that do redistricting

23   on a local level.  In a county where a particular

24   county commission district follows a property line

25   instead of a census block, the SOE will be forced to

Page 153

1    draw a precinct that deviates from the county

2    commission district.  This will force the SOE to

3    create a sub precinct and may result in

4    administrative difficulties.

5          Now, that's technical.  The supervisors

6    know exactly what I'm talking about and so do people

7    that deal with redistricting.  And so I'll I'm

8    asking you to do is look at this amendment, the

9    folks that are writing this, and understand what

10   we're dealing with.  And I'll give you three

11   examples.  You have commissions and school board

12   districts that do not align with the census block

13   right now which causes these districts problems.

14   And it's Franklin, Jackson, and Bradford.

15         All I'm trying to do is help make sure the

16   SOEs help make sure we are not creating issues when

17   it comes to redistricting for the SOEs on the local

18   level.  And that's the amendment.

19         PRESIDENT PASSIDOMO:  Are there questions

20   on the amendment?

21         (No response)

22         Is there a debate on the amendment?

23         Senator Burgess, you're recognized.

24         SENATOR BURGESS:  Thank you, Madam

25   President.

Page 154

1          And just some clarification -- thank you,

2     Senator Davis.  I know this is the really hyper-

3     technical area and I actually looked into this too

4     in some of our downtime in between our questions and

5     to the present with the amendments.

6          So the way the bill is drafted, it allows

7     for a broader list than is offered in the amendment.

8     And so the amendment would also potentially make

9     this more restrictive and so for those reasons, I

10    ask that we not adopt this, although it is brought

11    with the friendliest of spirit and intent.

12          PRESIDENT PASSIDOMO:  Senator Davis, you're

13    recognized to close on your amendment.

14          SENATOR DAVIS:  Thank you, Madam President.

15          I'm just, I'm trying to clarify what is not

16    defined in the bill and that's political

17    subdivisions.  And that is how a precinct is

18    created, and so when you're not defining things like

19    this in a bill of 97 pages, whether it's a strike

20    all or your underlying bill, you have the -- you

21    have the area where you're leaving -- it is broad.

22    I have to disagree with you.  It's broad in its

23    state now and we're trying to make sure things are

24    defined as close and narrowly as they can be, so

25    we're not causing issues for the supervisors at the

Page 155

1    local level when it comes back down to

2    redistricting.  We do a lot of things up here

3    policy-wise where we're not paying attention or

4    listening to our locals.  All I'm asking you to do

5    is consider this and listen to them when it comes to

6    these census blocks.  They work with those drawing

7    their precincts, we do not up here.

8              So that's the amendment.  Hopefully I can

9    get all of my colleagues on board.  It's technical.

10   You think I'm the expert with this and I'm really

11   not, but I play the expert now.  So I'm just asking

12   for everyone to support this amendment.

13             PRESIDENT PASSIDOMO:  All those in favor of

14   the amendment say yay.

15             (Multiple yays)

16             Opposed say nay.

17             (Multiple nays)

18             The amendment is not adopted.

19             Read the next amendment.

20             THE SECRETARY:  Late filed amendment to the

21   amendment bar code 888296 by Senator Pizzo.  Delete

22   lines 1026 to 1047 and insert amendment.

23             PRESIDENT PASSIDOMO:  Senator Pizzo, you

24   are recognized to explain your amendment.

25             SENATOR PIZZO:  Thank you, Madam President.

Page 156

1          I will candidly tell you folks that this

2    amendment is probably not as friendly and well-

3    spirited as Senator Davis who knows a heck of a lot

4    more than anybody else in the room on this subject.

5    But folks, I don't think that the governor should be

6    able to be politically married but continue to date,

7    which is what we're doing for him.

8          So I think we should have parody with

9    everybody here in the Capital Complex and I think

10   under subsection 4A under Florida Statute 99, that

11   subsection, I think anyone should be able to run for

12   federal office and not have to resign.  And I --

13   sorry, I'll close my eyes, so I don't see all of the

14   faces looking at me agreeing with me.  I don't know

15   how you have to vote, but it's the truth.

16          I think everyone in here, and listen, you

17   guys are in a super majority, okay.  You want to

18   land somewhere, maybe after you leave here.  So why

19   shouldn't you guys, why shouldn't you be able to

20   enjoy an endeavor to follow your ambitions but to

21   hold your office the same way and in the same regard

22   that we're making a special and extraordinary

23   provision for the governor?  A vote against this

24   amendment is a vote against yourself.  And you all

25   agree with.  So that's my amendment.  So someone say

Page 157

1    it's unfriendly but say why it's unfriendly.

2              PRESIDENT PASSIDOMO:  Any questions on the

3    amendment?

4              (No response)

5              Is there any debate on the amendment?

6              Senator Hudson, you're recognized.

7              SENATOR HUDSON:  Hey, thank you, Madam

8    President.

9              Members, I ran the original Resign-to-Run a

10   couple years ago, maybe it was three years ago, four

11   years ago, with the thought in mind of if you are

12   going to run to the federal level, that you should

13   have to resign.  Much like we do at the state level

14   right now.  If you run for state office from the

15   locals, you have to resign.  Same thing at the fed.

16   I wanted to keep us all uniform, all the same.

17   Everyone, if they're going to go to another seat,

18   should resign, so voters can pick the next person up

19   for them.

20             And it was very clear in that bill when I

21   did it, to me and to any expert that has weighed in

22   on this issue, that if you're running for President

23   or Vice President, you do not have to resign.  All

24   I've done with this amendment in the delete is just

25   clarify that.  That's all I've done.  But if you ask

Page 158

1   any expert out there, the President and Vice

2   President, if you ran for that office, you would not

3   have to resign for that.

4          And that's the clarification of it but I

5   believe in the whole-hearted spirit of the Resign-

6   to-Run law that we all should be treated the same no

7   matter whether you're running for state or federal

8   government, which is why I filed this amendment as a

9   clarifying amendment instead of doing the easy thing

10  which is strip it out.  Like I said, I don't want to

11  go after a piece of legislation that I believe so

12  much in and that's why my amendment was drafted the

13  way it was.  And at this time, I would call this

14  unfriendly.

15         PRESIDENT PASSIDOMO:  Senator Pizzo, you're

16  recognized -- or was there anybody else on debate?

17         SENATOR PIZZO:  Anybody else?  Thank you,

18  Madam --

19         PRESIDENT PASSIDOMO:  (Indiscernible).

20  You're recognized to close.

21         SENATOR PIZZO:  I was hoping somebody else

22  would debate.  Thank you, Madam President.

23         If Senator Hudson really believes that

24  everybody should be treated equally, then your

25  amendment to this bill should take out the ability

Page 159

1    for the governor not to have to resign.  That if you

2    are wedded to the position, if you made a commitment

3    to the people, if you've looked into the camera

4    during debate and said, "If I'm reelected, I will

5    serve out my term," and if you choose not to, you

6    choose to follow your own personal political

7    ambition to seek another office outside of the state

8    of Florida, then if we're really being treated

9    equally, then with the super majority, you guys

10   could go ahead and say that the governor -- the

11   lieutenant governor has to resign.

12              But that's not what you're doing.  What

13   you're doing is clarifying, so there is no legal

14   challenge, that the guy can go ahead and dip his

15   toes into other waters but still retain his ability

16   to serve here.  And I think that if we're going to

17   go ahead and buttress his argument and any challenge

18   thereto that you and I should be able to enjoy that

19   same parody and truly be treated equal.  And this

20   amendment simply says that that is the case.

21              Your bill from a few years ago I think was

22   targeted at one particular member, a former state

23   senator here, Senator Hudson.  If you want to talk

24   about equality, or equity actually, you filed a bill

25   that went after one of my members.

Page 160

1          PRESIDENT PASSIDOMO:  Senator Pizzo, that's

2     not called for.  Please stay on your amendment.

3          SENATOR PIZZO:  I am.  We're talking about

4     equity, and equality, and treating everybody

5     equally.  And I'm being told it's unfriendly when

6     one of the bill sponsors targets one particular

7     member of this body, Madam President.

8          So let's be honest.  You're doing this for

9     one guy.  You should do it for 160.  That's the

10    amendment.  A vote of no, a nay is a vote against

11    commonsense.  We have reached the tipping point of

12    silliness.

13          PRESIDENT PASSIDOMO:  All those in favor of

14    the amendment say yay.

15          (Multiple yays)

16          All opposed say nay.

17          (Multiple nays)

18          Amendment is not adopted.

19          We're back on -- open the board for the

20    vote.

21          Lock the board and record the vote.

22          THE SECRETARY:  12 yays, 27 nays, Madam

23    President.

24          PRESIDENT PASSIDOMO:  The amendment does

25    not pass.

Page 161

1          We are back on Senator Osgood's Amendment

2     492750.  Please read the amendment.

3          THE SECRETARY:  Amendment to the amendment

4     bar code 492750 by Senator Osgood.  Delete lines 230

5     to 249 and insert amendment.

6          PRESIDENT PASSIDOMO:  Senator Osgood,

7     you're recognized to explain your amendment.

8          SENATOR OSGOOD:  Thank you, Madam

9     President.

10          As I have just continued to listen and

11     thinking about what we're actually trying to

12     achieve, and listing through the various committees

13     at this bill, in the strike all amendment we say

14     that "A voter information card must be furnished by

15     the supervisor to all registered voters residing in

16     the supervisor's county."  And then we list what

17     should be placed on that card.

18          And I am very concerned because we say that

19     we're going to place on that card -- that "this card

20     is proof of registration but it's not legal

21     verification of eligibility to vote.  It is the

22     responsibility of the voter to keep his or her

23     eligibility status current."

24          I believe that that statement is

25     inconsistent with state statute 97.073 that says, "A

Page 162

1    voter information card sent to an applicant

2    constitutes notice of approval of registration.  If

3    the application is incomplete, the supervisor must

4    request that the applicant supply the missing

5    information using a voter's registration application

6    signed by the applicant.  A notice of denial must

7    inform the applicant of the reason the application

8    was denied."

9            So we have this wording going on with

10   approval of registration and legal verification in

11   which I believe can be very confusing to someone who

12   really wants to do the right thing and register to

13   vote and receive a card with our little inscription

14   and think that they are actually eligible to vote.

15   Because if they go to the statute, the statute says

16   that this is a notice of approved registration.

17           So the semantics between approval of

18   registration and legal verification can be very

19   confusing.  So I'm proposing this amendment to

20   change the language and remove it from the card to

21   make it clear that we are intending to make sure

22   that only people that are registered and eligible to

23   vote, vote.

24           So I'm suggesting in this amendment that we

25   delete that verbiage and change it to verbiage that

Page 163

1   says in this policy that, "A voter information card

2   may not be furnished by a supervisor to a voter

3   unless the supervisor or the division has determined

4   that the voter is eligible to vote."  If we're going

5   to have the clerk of court supplying the information

6   that's going to go up to the department, which I

7   learned in this conversation earlier today, then we

8   have a process where it can be determined if someone

9   is eligible to vote or not before we send them a

10  card.  And that is the amendment.

11          PRESIDENT PASSIDOMO:  Are there any

12  questions on the amendment?

13          (No response)

14          Is there any debate on the amendment?

15          Senator Burgess, you're recognized.

16          SENATOR BURGESS:  Thank you, Madam

17  President.

18          And thank you, Senator Osgood.  Appreciate

19  you bringing this amendment and the opportunity to

20  discuss whether or not these are changes that we

21  should pursue in the bill.

22          So under current law, voter information

23  cards are issued when an application is approved as

24  complete.  Obviously, what we're doing in our bill

25  is simply providing the disclaimer because the

Page 164

1  reality is eligibility can evolve, it can change.

2  Somebody can become ineligible based on a

3  circumstance.  And so mandating a full eligibility

4  review prior to issuance could be -- it could be

5  eligible at the time, or ineligible at the time, but

6  that could also change later down the road and it

7  could result in lengthy delays between an

8  applicant's registration and their approval

9  depending on the complexity of a particular case.

10          And so for those reasons, I ask that we

11  stick with our present policy under current law

12  without the bill.  And I think that adding the

13  disclaimer is a good notice to the voter of stuff

14  that could potentially happen today as it.

15          PRESIDENT PASSIDOMO:  Any other debate?

16          Senator Osgood, you're recognized to close.

17          SENATOR OSGOOD:  Thank you, Madam

18  President.

19          So I really would like to continue to build

20  on the success of Florida's best practices as it

21  relates to voting.  We can't settle for anything

22  less than fraud free elections, elections that allow

23  all citizens to exercise their right to vote without

24  barriers.  We have to be real clear in our verbiage.

25  We may often times understand the different wording,

Page 165

1  but a lot of our people that are just common people

2  that don't do this, per se, every day, can be misled

3  if we're not clear and concise in our communication.

4          We all also know that our nation has had a

5  history of voter suppression.  Jim Crow laws and

6  other bad policies and practices that suppressed the

7  vote.  As a proud member of this Florida Senate

8  body, I'm so glad that we're working intentionally

9  to move forward, and we would have never allowed

10  such practices to take place on our watch.

11          We set policy.  We are legislators.

12  However, policy has to be implemented and

13  implementation will determine the success or failure

14  of the policy.  And we all agree that implementation

15  is multileveled and multifaceted.  It involves

16  people, places, and context.  It involves

17  interpretation, intentionality, and then

18  implementation.

19          We have to concern ourselves with the

20  implementation of this policy, particularly as it

21  relates to a voter's registration card that we're

22  going to give to some people who are voting for the

23  very first time, other people that may be elderly

24  and replacing their cards, and then we will have

25  some bad actors.  But at the end of the day,

Page 166

1    unintentional consequences matter.  Our intentions

2    must be turned into the true results that we're

3    desiring with our policy.

4              As we set policy, we must work through the

5    implementation phase and determine if policy support

6    is needed.  We've talked a lot today about the

7    different supports and how the bill sponsor has

8    communicated with supervisor of election, and I

9    commend that.  We talked about the clerk of the

10   court in the process and Secretary of Education.

11   But we haven't spent a lot of time, in my opinion,

12   in talking about ways to support voters.

13             And as we are making this policy, I really

14   believe that we can do better about supporting

15   voters by being clear when someone receives a voter

16   registration card that they can then take it and go

17   vote.  That there's not a lot of other additional

18   steps that they now have to do that can become

19   barriers and consequently diminish their vote or

20   suppress their vote instead of helping them exercise

21   their right to vote, which we say is our intent.

22             So for those reasons, I'm asking you to

23   support this great amendment to show support for all

24   of the voters that want to participate in this great

25   process in the great state of Florida with the best

Page 167

1    practice paradigm for voting.

2              PRESIDENT PASSIDOMO:  All those in favor of

3    the amendment say yay.

4              (Multiple yays)

5              Opposed say nay.

6              (Multiple nays)

7              The amendment is not adopted.

8              Are there any other amendments to the

9    amendment?

10             THE SECRETARY:  No further amendments to

11   the amendment, Madam President.

12             PRESIDENT PASSIDOMO:  So we are back on the

13   amendment number -- the delete all 333316 by Senator

14   Hudson.  He's explained the amendment.  We've had

15   questions.  Are there any further questions on the

16   delete all amendment?

17             (No response)

18             Okay.  Then we are now on debate on the

19   Hudson amendment.

20             Senator Polsky, you're recognized.

21             SENATOR POLSKY:  Thank you, Madam

22   President.  I will be very brief because I know my

23   colleagues have a few things to say.

24             As Senator Pizzo pointed out, we've had

25   Resign-to-Run laws, then we took away Resign-to-Run

Page 168

1  laws, and we put them back, all for individuals that

2  they were trying to either help get to office or

3  hurt to go to office.  And now we are helping the

4  governor run for President.

5          I understand why that -- as I said in my

6  questions, clarification is okay.  But providing an

7  avenue for the governor to run for President, to

8  literally be away from his office just like he is

9  now, for a year and a half, running around this

10  entire huge country is not the right position of

11  this legislature.

12          We are basically saying it's okay -- as I

13  said before -- for a dereliction of duty, and I

14  don't think that's right.  This is exactly why we

15  had Resign-to-Run laws in the first place is to make

16  sure that people who are in positions of authority,

17  stay there, and if they choose not to, they resign

18  and seek another one.

19          Campaigning takes a lot of time.  Maybe

20  we've never had anyone run for President but it's a

21  big country, and when you go to all the primary

22  states and the caucuses, and there's just not going

23  to be the focus that we need on our state.  We have

24  so many crises going on that we are not addressing.

25  I know we're trying to do every single bill this

Page 169

1    session to get it out of the way but there's so many

2    crises that have not been resolved and so I

3    personally am very uncomfortable with the fact that

4    our governor would be gone, you know, for about a

5    year and a half, and we are giving him the avenue to

6    do that.

7              With respect to the rest of the bill, I

8    think the biggest standout to me is the basically

9    discrimination directly against third-party voting

10   organizations.  Every year that I've seen an

11   election bill since I've been in, this is my fifth

12   year, they have been designed to hurt the minority

13   party.  They take something that the Democrats have

14   been using that's helpful and change it.

15             This is what happened two years ago with

16   vote by mail.  The Democrats voted in greater

17   numbers for vote by mail, and so we made it that you

18   had to register every single year if you wanted to

19   vote by mail.  I know now we switched it to two

20   years.  But that was clearly designed to hurt the

21   Democrats.

22             So if the Democrats are the ones who are

23   getting registered more often by third-party voter

24   organizations, which I don't know to be the case,

25   but it must be because otherwise, we wouldn't have

Page 170

1     this bill in front of us.  There's no way if they

2     were registering Republicans that we would be

3     standing here debating third-party voter

4     organizations, because we would want them to do

5     everything they could do to get people registered.

6          So I am just very uncomfortable voting for

7     a bill that has been targeted to hurt the Democratic

8     party and to help our governor not do his job while

9     he's running for President.  Thank you.

10         PRESIDENT PASSIDOMO:  Senator Stewart,

11    would you like to debate?  You're on the list.

12         SENATOR STEWART:  I didn't know we were on

13    debate already.  I was still waiting for all the

14    amendments.  You've taken me by surprise.

15         Well, I just, I think that most of the

16    amendments address the concerns that we have had all

17    along and expressed in the committees.  And of

18    course, you know, I think that it's not necessary to

19    put in place this many changes.

20         And we've heard in the committee from the

21    various groups their concerns about handling of the

22    absentee ballots, of the registration, and I think

23    that if you go and look back at all of those

24    comments from the public, there's somethings in

25    there they do like but over -- it's not enough to

Page 171

1  vote yes on the bill because there's so many things

2  that really, I just don't think is necessary.  So

3  that's where I stand.  I'm a no.  Thanks.

4          PRESIDENT PASSIDOMO:  Senator Berman.

5          SENATOR BERMAN:  Thank you, Madam

6  President.

7          This bill is a solution to a non-existing

8  problem.  We've heard, we had perfect elections in

9  2020, in 2022.  And in fact, the only problems we've

10  had are things that this bill doesn't deal with.

11  We've had issues of false candidates who have been

12  funded with dark and possibly illegal money.  We've

13  had harassment of election workers, which we took

14  that out of the law.  And we've had returning

15  citizens who don't know if they're allowed to vote,

16  and we did try to address that in here and I truly

17  hope that this phone number which has been pretty

18  controversial trying to find the exact phone number,

19  but I hope that that turns out to be the correct

20  situation.

21          What I really object to in this bill is

22  what you've heard some of my colleagues say, and

23  that's the third-party voter registration.  We're

24  trying to make it harder for people who want to make

25  the ability to vote available to the citizens of our

Page 172

1    state.  I think one of the bill sponsors used the

2    word sacrosanct.  And we know the right to vote is

3    sacrosanct.  Why would we make it harder for people

4    to vote?

5            You know, when you raise the fine to

6    $250,000, that's going to have a chilling effect on

7    all these organizations that are just trying to make

8    sure that our citizens can exercise their civic

9    duty.  So I find it really troubling that those are

10   the kinds of things we do in this legislation which

11   aren't even necessary.

12           And the last thing I do want to talk about

13   is the Resign-to-Run act.  We elected our governor

14   to be the governor for four years.  Not two years,

15   not three years.  And how can he fulfill his

16   requirements when he's running around the country?

17   We just saw it now with the flooding in Fort

18   Lauderdale while instead he was speaking in Ohio and

19   at Liberty University.

20           So I really find it troubling, and I don't

21   think that we should be passing a law or clarifying

22   a law because I don't necessarily believe that the

23   law in place as the way it is allows him to run.

24   But we want to make sure that this state is governed

25   properly, and passing the Resign-to-Run law is

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 173

1  antithetical to that.  So I ask all of you to vote

2  no today on this bill which is a solution to a non-

3  existing problem.  Thank you.

4          PRESIDENT BAXLEY:  Senator Powell, you're

5  recognized in debate.

6          SENATOR POWELL:  Thank you, Mr. President.

7          I rise in opposition to this bill for

8  several of the reasons that I asked during the

9  question-and-answer period.  One of the main factors

10  with regard to my opposition is we're instituting a

11  number of penalties and restrictions on third-party

12  voter registration organizations, however, we don't

13  provide any funding mechanism or any alleviation.

14          Also, in this legislation we talk about the

15  idea that a 3PVRO, a third-party voter registration

16  organization, is required to issue a receipt to the

17  person who has applied or has registered to vote.

18  But nowhere in this legislation is that receipt

19  supposed to be issued to the third-party voter

20  registration organization when they turn those

21  applications into the supervisor.  They don't get a

22  receipt.  There's nothing in here -- the sponsor has

23  not indicated that that's even something that should

24  be considered.

25          As well as the idea that these additional

Page 174

1    provisions are applied to third-party voter

2    registration organizations.  However, there's no

3    funding mechanism to implement these strategies to

4    make sure that it does get done.

5           If we're making this easier for them and

6    we're making it more streamlined for the voters,

7    then the indication would be that we would help

8    assist in this process in ways that would make it a

9    little bit easier.  If they register, can we make

10   sure that they registered online?  There's a

11   provision where applications can't be pre-filled.

12   How do you know if it's pre-filled?  If it's done

13   electronically.  What if somebody handwrites it?

14   There's too many things in this broad scale

15   legislation that are problematic.

16          In addition, Senator Pizzo talked about the

17   Resign-to-Run as well as some of my other

18   colleagues.  I'm not against not resigning to run.

19   As you saw right here in this Senate Chamber and

20   over in the House last year, several members of the

21   legislature resigned their positions to run for an

22   office.

23          Senator Hudson, you indicated that you

24   believe that the governor is a good governor and if

25   he indeed wants to run for President, we should not

Page 175

1    lose a governor.  I believe that argument also works

2    for individuals who sat in this chamber, and at

3    least one of the individuals who resigned from the

4    House Chamber.  They were good legislators who left

5    their constituents over there, 175,000 people,

6    without representation.  Over here, half a million

7    people were left without representation for a long

8    period of time while myself, Senator Berman, and

9    Senator Polsky, and others picked up the slack.

10            So if we're going to do it, I'm not going

11   to say that E word -- equity.  Sorry, I was trying

12   not to say it.  But if we're going to do it, there's

13   a nexus, let's do it.

14            With that, for those very important and I

15   believe critical reasons, I can't support this bill

16   in its present form.  However, if you were to attach

17   some money to this and perhaps add that Resign-to-

18   Run, or take it out completely, I'd be up on it.

19   With that, I rise in opposition to this bill today,

20   Senator Hudson, by way of Burgess.  Thank you.

21            PRESIDENT BAXLEY:  Senator Thompson, you

22   are recognized in debate.

23            SENATOR THOMPSON:  Thank you, Mr.

24   President.

25            Senators, we're told that this bill is

Page 176

1    about elections integrity and security.  What the

2    bill really is about is elections outcome.  The

3    individuals who have worked on this legislation and

4    they're bringing it to you, want particular

5    outcomes.  And if they are concerned that they may

6    not get the outcome that they want, they put some

7    things in place.

8              Now, when it comes to voting, I think that

9    we are to be encouraging access to voting.  And in

10   fact, when I was in this chamber before, I sponsored

11   Senate Bill 112, which allowed anyone to vote by

12   mail.  We got rid of absentee ballots and anyone who

13   wanted to vote by mail could vote by mail.  And

14   there has been a continual attack on vote by mail,

15   because in order to increase access, people took

16   advantage of the opportunity to vote by mail.

17             So let's call this what it is.  We're

18   dealing with the desire for certain outcomes of

19   elections.  And in order to accomplish that, we're

20   talking about fining third-party voter registration

21   organizations like the Women's Guild at the church,

22   like sororities, like fraternities, like the League

23   of Women Voters who help people get registered to

24   vote.  People who might have questions, people who

25   may be hesitant.  They help people get registered to

Page 177

1    vote.  And we're saying now that we're going to fine

2    them a quarter of a million dollars for failure to

3    turn in the ballot by a prescribed time.  And not

4    only do they have to turn it in by a particular

5    time, they have to determine if anyone who is

6    collecting or handling -- and I asked for a

7    definition of handling.  I didn't get a definition

8    of handling.  But anyone who collects or handles

9    voter registration applications, they have to

10   determine that those people have not been convicted

11   of a felony.  How are they supposed to do that?

12            So it really is a larger effort to make

13   sure that certain outcomes are what are achieved and

14   to make it difficult for people who want greater

15   access to accomplish that.  They also have to

16   determine if the person who is collecting and

17   handling the voter registration application is a

18   U.S. citizen.  How are they supposed to do that?

19            So this really is suppression.  It is

20   suppression just like poll taxes.  That was

21   suppression.  Just like violence against people who

22   wanted to vote was suppression.  Just like

23   intimidation when you had the Ku Klux Klan march

24   through certain communities before voting day.  That

25   was suppression and so is this.  So I see different

Page 178

1    characters but the same objection, and that's to

2    make sure that only certain people voted.

3             Now, a very high-ranking advisor to the

4    Republican party said that what Republicans needed

5    to do was to stop kids from voting on college

6    campuses.  Can you imagine that that is the

7    objective to stop kids from voting on college

8    campuses?  Why do we not want to encourage young

9    people to exercise their civic responsibility and to

10   vote?  But that was what was said with regard to not

11   wanting young people to vote on college campuses.

12            So we have a bill that's been brought to us

13   under the guise of elections integrity and security,

14   but which is really about elections outcomes and to

15   achieve the outcomes that the people in power want.

16            Frederick Douglas said that "Power never

17   concedes anything.  It has to be demanded.  It never

18   has conceded anything.  Never has and never will."

19   And so this just proves that Frederick Douglas who

20   said those words in the 1800s was right on point,

21   and he could be here in 2023 looking at what we're

22   looking at and power not conceding anything.

23            And the whole Resign-to-Run, if we're going

24   to say that you don't have to resign to run, let our

25   city commissioners who want to be county

Page 179

1    commissioners, let them run without resigning.  Let

2    everybody run.  But we're not about leveling the

3    playing field.  We're saying that only those people

4    who run for President and Vice President should not

5    have to resign to run.

6            So let's not be confused about what this

7    bill is all about.  It's about elections outcomes.

8    That's what it's about.  And when Senator Osgood

9    questioned why we're doing this the way that we're

10   doing it, and offered amendments and those

11   amendments were rejected, to maintain the status quo

12   and to make it more difficult for individuals to

13   vote.

14           And so I have lived in America for over 70

15   years and so I know the patterns that repeat

16   themselves whenever there's the possibility of the

17   people in power no longer being in power.  And it

18   may be a different version, but it's the same game.

19   Different players, the same game.  And so I will not

20   be supporting this bill today and I'm asking

21   individuals who really are about fairness, who

22   really are about integrity, who really are about

23   security, to reject this bill which is really about

24   elections outcome.

25           Thank you, Mr. President.

Page 180

1              PRESIDENT BAXLEY:  Thank you.

2              Senator Jones, you are recognized in

3    debate.

4              SENATOR JONES:  Thank you so much,

5    Mr. President.

6              And to Senator Hudson for your amendment.

7    So I asked a series of questions and I'm just going

8    to stick particularly to the area where I was asking

9    questions and that was on the non-U.S. citizens and

10   as far as their work.  Because in the amendment we

11   prohibit non-U.S. citizens with work authorizations

12   from being able to collect and handle registration

13   applications with third-party voter registration

14   organizations.

15             And when I asked Senator Burgess the

16   reasoning, his response was it was just a policy

17   decision.  And so there was no reason because there

18   is none, why we're doing this.  Because if an

19   authorized person can work in the Division of

20   Election, they can work in the DMV, or even in the

21   tax collector's office, but suddenly they can't work

22   for a third-party voter registration organization

23   because now it's all of a sudden, a security issue,

24   what are we talking about?

25             Then to add insult to injury, we fine the

Page 181

1   third-party voter registration organizations $50,000

2   per person when this is violated.  Going back to

3   something that Senator Osgood made mention of, of

4   the organizations who are third-party voter

5   registration organizations who are in many of our

6   communities who do this work, all this is going to

7   do is discourage them from doing any type of voter

8   registration because they are not going to want to

9   pay that type of fine.

10          When asked why the $50,000, it was stated

11  that there are many instances in statute where we

12  find violations.  That's true.  That is an actual

13  fact.  But we don't have one that has the potential

14  to invoke or fearmonger among organizations that's

15  involved in people in the Democratic process.

16          Senator Hudson stated that the amendment

17  for the Resign-to-Run is intended to clarify

18  existing law.  I'm with Senator Polsky.  I have no

19  problem with clarification because I think we do

20  clarification quite often within -- whether it's the

21  amendment process, whether it's through the bill

22  process and things from last year.  But let's be

23  honest, that is not the case and what we're talking

24  about.  This is not just a clarification.  This is

25  an intention to move to carry a favor in what we're

Page 182

1    doing.  Because if it was just for clarification,

2    why do we have to clarify it now?  We shouldn't have

3    to clarify it if it's just a simple clarification.

4              So let's be honest.  You're not doing this

5    because it's the right thing to do.  You're doing it

6    because you can.  That's why.  You're doing it

7    because you can.  It was because you can in 2008

8    when then Republican Governor Charlie Crist was on

9    the shortlist to be the running mate to GOP nominee

10   John McCain.  It was because you can in 2018 when

11   former Governor Rick Scott signed the law the

12   reactivated the requirement because why?  Senator

13   Pizzo made known of it.  Because it was against Jose

14   Javier Rodriguez.

15             So and the last thing Senator Hudson said

16   that he's not concerned with the governor not

17   fulfilling his duties.  And I can tell you, you

18   might not be concerned but Floridians on both sides

19   of the aisle are concerned.  They are making it

20   extremely clear that this is not what they have

21   elected the governor do to serve two years and now

22   he pick up and run for president.  Especially when

23   we have so many issues that need to be attacked here

24   within the state of Florida.  I.e. Fort Lauderdale,

25   i.e. property insurance.  Shall we continue going

4/26/2023         Florida Senate Legislative Session         Audio Transcription

1   down the list?

2           Here's my thing, and I'm going to close.

3   If the governor or anyone in this chamber, anyone --

4   because I believe all of you are qualified to run

5   for any federal office.  So if the governor or

6   anyone in this chamber is privileged enough to run

7   for President and he or she believe that they can

8   win, then do it.  If you believe that you can win,

9   then go ahead and do it but don't hold us hostage

10  while you fulfil your ambitions.  Because you cannot

11  have your cake and eat it too.  Be confident that

12  you're going to win but don't change the law because

13  we all are a part of your fallback plan.  If you can

14  win, go win, and allow the next person -- of course

15  it will be someone within your party, which I'm sure

16  you all have lined up.  Allow that person to serve

17  and allow the governor to go run for President.

18          So I won't be supporting this amendment

19  because you cannot have your cake and eat it too.

20  You have to pick one.  Thank you.

21          PRESIDENT BAXLEY:  Senator Torres, you're

22  recognized in debate.

23          SENATOR TORRES:  One moment, sir.  Thank

24  you, Mr. President.

25          You know, I'm hearing the debate and it's

Page 184

1    good.  It's getting energized.  As a Latino who has

2    been out there in the community trying to get people

3    to come out and vote and seeing the struggles that

4    they've had in prior elections, and voting by mail,

5    and then we come with this bill and they still --

6    you know, my question was are we actively engaging

7    with people who speak other languages?

8              I asked about the Hispanics because

9    registration is in English and in Spanish.  But

10   somebody came by my office after I asked the

11   question and they said to me, "You know in Miami we

12   have Creole and other languages that the supervisor

13   of election provides?  Why don't we do that

14   throughout the state?"

15             I asked how come we don't have money

16   appropriated for the SOEs with the changing of laws?

17   That's easy.  We've got money up here.  Provide the

18   money.  You're passing legislation, you want to make

19   sure -- for me it's like how do we help the

20   community?  Or do you really want to help our

21   community come out and vote?

22             Because you know, the third-party

23   organizations, it's not democrats alone.  Because

24   I'll tell you right now there are Republican third-

25   party organizations in Central Florida as we speak

Page 185

1    knocking on doors registering for Republicans.

2    That's right.  If you know of a bad actor and you

3    know who they are, why would you let them reregister

4    to go out and get voter registrations?  Don't make

5    sense.

6                We fine this 50,000 or whatever, 250,000.

7    Why?  Target the ones who are bad actors.  Go after

8    them.  Leave the other ones that are doing the right

9    way, League of Women Voters and other organizations.

10   But when you have bad actors, name the bad actors.

11   I want to know who they are.  Not that I hear, "Oh,

12   well you know, since 2003 we had some reports."

13   We're in 2023.  Not 2003.  We got to look at today,

14   not back then.  We are today.  This should be one of

15   the things that we target.

16                And also, I remember when I first got

17   elected it says -- we are elected officials, part

18   time legislators.  Many of us -- some of you have

19   many full-time jobs in addition to legislative

20   duties.  The governor was elected to a full-time

21   job, not a part time job.  Right.  We get paid less

22   than $30,000 a year, right.  Yeah.  29 something, I

23   don't know.  $14 an hour or something like that.

24   Who's counting?  The governor gets paid $140,000.

25   That's a nice chunk of change.

Page 186

1          But when my colleagues said to run for

2   President, it's a full-time job.  It takes all your

3   energy to run for office for the Presidency.

4   Remember that.  Because when we run for office, we

5   dedicate our souls to our constituents and we're

6   accountable for them.

7          And let me tell you, this legislature has

8   stood up to constituents with pandemic,

9   unemployment, all the things that we have

10  encountered as elected officials, we've been there

11  for our people.  I might be getting off the topic a

12  little bit, but you know what, it makes me feel --

13  that's what we get elected for.  That's why we're

14  here.  Yeah, they say we're here 2 months out of --

15  60 days, 2 months, but we've been called up here for

16  special session after special session.  Drop

17  everything, come back up here.  We got to vote on

18  issues, homeowners.

19          What I'm getting at, folks, elections are

20  important and important to our new people, these

21  young folks back here.  Look at them.  It's their

22  future.  They're going to be voting.  They looking

23  at us and they're saying, "Why are they passing

24  this?  What went wrong?"  Nothing went wrong.  We

25  did it right.

Page 187

1              I know that in my community I look at my

2     neighbors with their kids and how their kids are

3     excited voting for the first time, registering to

4     vote.  I think that veterans look at this and

5     wondering would I be able to vote next year?  You've

6     got to think about them.  I come from the public

7     servant.  I come from them out there, the everyday

8     citizen.  The mom and pop, the grandfather, abuelo,

9     abuela, everybody.  Grandmother, grandfathers who

10    encourage our kids to vote.  And we maintain

11    integrity when we go and vote.

12             And I ask you, with this bill today, it's

13    up to you, you're going to pass it, but I would say

14    this does not help our community and I'll be voting

15    against the bill.

16             Thank you, Mr. President.

17             PRESIDENT BAXLEY:  Thank you, Senator

18    Torres.

19             Senator Davis, you are recognized in

20    debate.

21             SENATOR DAVIS:  Thank you, Mr. President.

22             There's been a lot said.  I don't have to

23    repeat over and over again to you guys that I was in

24    this industry for 13 years with the Supervisor of

25    Elections Office in Duval County.  That's why a lot

Page 188

1  of my colleagues will say, "Senator Davis, you know

2  this probably better than I do."  No.  Sometimes I'm

3  learning too.  And I've been out of pocket for a

4  minute.  But elections for me is like riding a bike

5  for you all.  Once you learn how to do it, it just

6  never leaves you.  So I'm very protective of those

7  67 supervisors and the processes that they have to

8  do.  I am even more protective of the voter that we

9  are saying is at the forefront of this conversation.

10            A lot has been said today.  I'm not going

11  to repeat everything that has been said but when I

12  started the conversation, I started off talking

13  about eligibility versus ineligibility, and that's

14  what this bill is about.  And you know, elections

15  should be fair, should be accurate, and should be

16  accessible.  And I say that because that's the model

17  that we kind of operated by in Duval County.  And

18  most of the counties, if not all of them, have some

19  similar type of model that they operate off of.

20            The supervisors of elections in this state

21  want to do everything they possibly can for every

22  single person, whether they're registered or not.

23  They want to register them for them to become an

24  elector or a voter as it's stated in this bill, and

25  they want that person to be eligible.  Not

Page 189

1   ineligible.  And they are going to do everything

2   they possibly can to make sure they are following

3   the rules and guidelines that we're putting before

4   them.  And also ensuring that that registered person

5   is having a great experience when they vote.  That

6   they have had an experience that exudes accurate,

7   accessible, and a fair election.

8          My colleagues have talked about the voter

9   information card.  I heard my colleagues push back

10  on that.  But 97.073 says what it says, and I heard

11  my colleagues says today, "Well, no.  It doesn't

12  mean approval upon registration."  But it does.

13  It's in the statute.  So while we're changing

14  things, I guess that will be the next thing we

15  change that it simply says, "A voter information

16  card sent to an applicant constitutes notice of

17  approval -- notice of approval of the registration."

18  And so that's important and it has been a heartburn

19  for me.  But again, it's eligible versus ineligible

20  and we've talked about that all day long.

21          There are decent things in this bill, and I

22  will say that.  I will say that.  When someone is

23  given the opportunity to be given a provisional

24  ballot, for most of you, you know what that means.

25  When someone is given a provisional ballot, they are

Page 190

1    given this ballot not to be told you are ineligible.

2    That literally is we're giving you this ballot until

3    final determination has been made.  That's giving

4    this person a chance for this ballot to be counted.

5    And that's fair.

6              But there are a lot of things in this bill

7    that are unfair, starting with the fact that it's

8    unfair to require the supervisors of elections to do

9    a process that you're not telling them how to

10   implement.  It's unfair to add excessive fines to

11   voter registration groups and then require them to

12   have some type of receipt, and then tell the

13   Department of State you've got to figure it out in

14   rulemaking.  And I don't know if you all know but

15   rulemaking is a couple of years behind.  Not one,

16   not two, a couple of years behind.  They're still

17   working on rules from SB 90.  From SB 524.  So it's

18   nothing that's going to happen right away.  But

19   we're adding something else for them to do and we're

20   telling them, "You need to make rules for the

21   supervisor of elections," and they're years behind

22   already.

23             Accessible.  We should be talking about

24   making voting accessible.  Remember I said accurate,

25   accessible, and fair.  Accessible is when we don't

Page 191

1   give out numbers to say oh, just call the Department

2   of State and they'll be able to help you with that

3   advisory opinion that's, number one, not going to

4   come back for three to four months.  And number two,

5   the numbers that were given out on this floor today

6   are not accessible.  And you can only call those

7   numbers during the weekday.  So if voter

8   registration groups are out doing voter registration

9   on the weekend, they're not going to access anyone.

10          So those are things that are unfair but

11   we're talking about helping people become eligible.

12   And we're going everything we possible can to not

13   put things in place to help our supervisors of

14   elections do the job they have been elected and most

15   elected to do.  We're not giving them any resources

16   to do this but yet, all we heard today was they

17   already do those processes.  Those five agencies

18   already report to them.  That is true to a certain

19   extent, but the process is not in place to identify

20   the information coming from the clerk's office.

21   It's not.  It's not there.  And the bill sponsors

22   admitted to not having that process in place.

23          We've talked about non-citizens versus

24   felons working for us.  We've talked about the

25   excessive fines.  I mean, we can go on, and on, and

Page 192

1    on, and all I want to say to finish this, because

2    everything really has been said.  When I come to you

3    and tell you I am trying to be a friendly, I really

4    am trying to be a friendly.

5            When I offered up the amendment for the

6    disability rights of Florida, that was something we

7    could have done.  When I offered up the amendment

8    for the precinct boundaries, that's something we

9    could have done also.  Because that piece that we

10   are talking about simply would have permitted the

11   SOEs to align precincts with local districts.

12   That's it.  When they have to deviate from the

13   census block.  And I know I'm talking to the wall,

14   and nobody gets that, but I want to make sure we

15   understand when we're talking to our teams and we're

16   not bringing the supervisors to the table, it's

17   consequences behind that.  It's consequences.  And

18   they're going to come back to us and say, "Hey, we

19   tried to tell you."  And why do we want to be in

20   that position where they have to look at us and say,

21   "Hey, I tried to tell you."

22            So I know we'll work on it, Senator Hudson,

23   before you leave.  I know we'll work on it, but I

24   have to just stress when we're lessening the days

25   that we're doing vote by mail, when we're lessening

4/26/2023          Florida Senate Legislative Session          Audio Transcription

Page 193

1    opportunities for people to actually pick up

2    ballots, and all of this is in this -- this strike

3    call.  We are lessening and not expanding.  We are

4    creating hurdles and barriers, and I know you all

5    hate to hear that.  But we're not expanding access

6    to voting.  We are crippling certain communities.

7              I have a 92-year-old mother-in-law that I

8    do everything for.  When I'm here, my husband has to

9    do it.  But when it's voting, I do all of that.  I

10   do all of that, but that's my mother-in-law at 92

11   years old.  When I go and pick up her ballot, if I

12   have to, because now, if I forget to reregister her,

13   she's not going to get a vote by mail ballot.

14             And so we are missing the point, and we're

15   missing the mark with our elderly people.  We've

16   missed the mark with our disabled population today.

17   We missed it.  So we're missing the mark with people

18   we should be providing access to, along with

19   accurate and fair elections.

20             I'm going to finish with this because I'm

21   going to join my colleagues.  It really doesn't

22   matter to me, and I'm going to say it.  Resign to

23   run is unnecessary, but I appreciate your clarity.

24   I do.  But the comment I will leave you with is --

25   and I've said it already, so I'll repeat it -- just

Page 194

1    like my colleagues, I agree with all of them.  We

2    don't need a Governor who has his foot, one foot in

3    Florida and another foot waiting in the waters

4    throughout this country.  So that's what resign to

5    run is about.

6            You never actually had to add it in here

7    because it really is unnecessary.  But because you

8    did, you allowed all of us to address it.  And

9    because you did, which we knew it was coming, you

10   allowed all of us to express that.

11           But this bill shouldn't have been about

12   that.  We had an opportunity right here to have a

13   bipartisan product that provided access, accurate,

14   and fair elections for the Floridians in this state,

15   and we missed the mark.

16           PRESIDENT PASSIDOMO:  Senator Pizzo.

17           SENATOR PIZZO:  Thank you, Madam President.

18   This is another in a series over the past few years

19   where I just -- I keep coming back to it.  I think I

20   mentioned this to a couple members.  From a Few Good

21   Men, "If you gave the order that Santiago was to be

22   left alone and your orders are always followed, then

23   why did he have to be transferred off the base?"

24   Right.

25           So when the Governor is on TV and he says

Page 195

1    to the national audience -- he's asked: the looting

2    and the rioting, that wouldn't happen in your state?

3    And he goes, "No.  We're a law and order state.

4    None of that stuff that you saw happening in other

5    states would ever happen in Florida."  And then we

6    had HB-1.

7              And then 26, 27 months ago, the Governor

8    tweets, "Through lessons learned and hard work from

9    previous years, Florida 2020 election season was a

10   resounding success and model for the nation."  But

11   then we have like more elections bills and election

12   police.  We had more people a press conference at

13   Fort Lauderdale standing behind the podium that were

14   actually validly arrested.

15             So I go back to the Few Good men; that if

16   we're really so great, then why all the -- why is it

17   always necessary to have these subsequent bills?

18   That's a question to pose.

19             There's something incredibly inequitable

20   about the following concept: that if I wanted to run

21   for President of the United States in 2024, I don't

22   have to resign my seat here.  But if I want to run

23   for the United States Senate to represent the same

24   state, I do.  If I want to run for the United States

25   Congress, I have to resign.  Our colleagues on both

Page 196

1    sides of the aisle and both chambers have got to do

2    the following.

3              What's the extraordinary exception for the

4    presidency?  It's because the qualifying period is

5    not uniform and codified here like it is in other

6    states.  Just think about that.  If I want to run

7    against Joe Biden, I don't have to resign, but if I

8    want to run against Rick Scott, I do.  That's not

9    fair.

10             I'm not on the Rules Committee, but I watch

11   it from time to time.  And you even said at that

12   last meeting, that if the Governor called you and

13   asked you to change something, you would.  It's a

14   lot numbers though with the country codes in all

15   that stuff today though.

16             But here's what I'm saying: please don't,

17   out of one side of our mouths, say we put so much

18   work into it -- and I don't discount -- I know staff

19   has to deal with all of these things, tremendous --

20   tremendous consideration for the task,

21   responsibilities that our staff members have.  But

22   then you go and you file a delete all at the very

23   end.

24             So where is that contemplation,

25   deliberation, vetting of ideas?  Two popped up

Page 197

1   today.  One from the resident expert, Senator Davis,

2   on these issues because I certainly am not one.  And

3   I would think that -- listen, not think.  I know

4   that we have deference for the specialties that are

5   people in this chamber.  I wouldn't even pretend to

6   know more than Senator Gruters about -- about

7   accounting.  I wouldn't know anything about

8   undertaking like Senator Baxley would, selling

9   insurance like Senator Broxson or Senator Boyd,

10  wouldn't even pretend to.  And on a nonpartisan,

11  truly equitable issue, we should seek out the

12  expertise of our colleagues on a nonpartisan issue.

13          So this is probably the line you're going

14  to hear from the former president, "You filed a

15  resign to run, which is designed to lose."  The

16  Governor is going to lose, and you just gave him a

17  soft landing to come back, to ignore and forget us

18  to seek greener and greater pastures but be able to

19  come back with a soft landing.  I beg of all of you

20  of my colleagues on the other side of the aisle,

21  when he comes back angry, when he wants to scorch

22  Earth with all of you, push back, and let's get back

23  to the business of running the state the way we

24  should.

25          PRESIDENT PASSIDOMO:  Any other debate?

Page 198

1           Okay.  Senator Burgess, you're recognized.

2           SENATOR BURGESS:  Thank you, Madam

3    President.

4           And very briefly I'm going to speak to the

5    amendment and yield my time for the close on the

6    entirety of the bill after we get into the proper

7    posture, if that's agreeable.

8           Thank you.  And, first, I want to thank

9    Senator Hudson for his work on this amendment.  If

10   there's anyone I trust to partner with on a bill

11   like this, it's him.  He worked on resign to run

12   back in 2018, so this is natural, in a way a

13   culmination of his efforts through the years.  I

14   honestly look at this as a five-year glitch fix in

15   the works.  So thanks for bringing it forward today.

16   I appreciate that.

17           This is a friendly amendment for a couple

18   reasons, and the most important reason is that it

19   brings about clarity to a question, an important

20   question that many have been asking for quite some

21   time now.  This amendment is important because of

22   the unique way that a president and a vice president

23   is chosen.  They do not qualify like a member or

24   Congress or Senate.  This is the Legislature doing

25   our job, making laws and deciding policy.  Let the

Page 199

1    courts figure it out is not how we should be

2    conducting policy.  That isn't the judicial branch's

3    responsibility.  That is the responsibility of this

4    Legislature, so let's do our job and not shirk the

5    responsibility.  Support this amendment.

6             PRESIDENT PASSIDOMO:  Senator Hudson,

7    you're recognized to close on the amendment.

8             SENATOR HUDSON:  Thank you, Madam

9    President.

10            And this is the result of all the hard work

11   with our staff, committees, through the committee

12   process.  Senator Burgess gave me ideas, and we

13   worked on getting this strike all to a proper

14   posture.  I'm sure he would have filed it himself,

15   had it not been for the fact that I wanted to

16   clarify something that I worked on in 2018.

17            And I also want to clarify because some of

18   us were here, some of us weren't.  But the reason

19   that I filed the original resign to run is I had two

20   locals -- one was a county commission and one was a

21   school board member, I believe, but wanting to

22   resign -- wanting to run for Congress.  And both of

23   them told me, there's no harm, no foul if I lose.

24   So I thought that wasn't fair.  I thought that we

25   have resign to run in the state level.  Why don't we

Page 200

1    do it at the federal level?  I will admit that it

2    does affect us as Senators, and it affects everyone

3    throughout the rest of the state.  But that was the

4    original intent behind the bill when I filed it.

5              Members -- and it's been said, I think by

6    everybody in here, that we're just trying to clarify

7    something.  That's really all I'm trying to do.

8              Some of you mentioned: why it needs to be

9    clarified?  Because of the registration and the

10   different qualification time periods.  But that's

11   all it is.  I'm not trying to do anything more

12   nefarious or anything like that.  It is not a slight

13   of hand.  We're just going to make sure that it's

14   clarified in this amendment.

15             And with that, I look forward to your

16   favorable support.

17             PRESIDENT PASSIDOMO:  All those in favor of

18   the amendment, say yea.

19             (Numerous yeas)

20             PRESIDENT PASSIDOMO:  Opposed say nay.

21             (Numerous nays)

22             PRESIDENT PASSIDOMO:  The amendment is

23   adopted.

24             Okay.  Members, here's where we're at.

25   Because Senator Hudson's amendment was adopted, the

Page 201

1  following amendments, which were either original

2  bill or out of order - 499302, 951904, 401954,

3  802016, 371368, 298244, 201756, 154344, and 471674,

4  which were probably in the amendments to the

5  amendment.

6          So are there any further questions on the

7  bill of Senator Burgess on the bill as amended by

8  Senator Hudson's amendment?

9          Okay.  The Senator of the 23rd District,

10  Senator Burgess, moves the bill be read the third

11  time.

12          All in favor of the motion to read the bill

13  a third time say yea.

14          (Numerous yeas)

15          PRESIDENT PASSIDOMO:  Opposed say nay.

16          The motion is adopted.  Read the bill.

17          THE SECRETARY:  Committee substitute for

18  Senate Bill 7050, a bill to be entitled an act

19  relating to elections.

20          PRESIDENT PASSIDOMO:  Is there debate on

21  the bill as amended that hasn't already been said by

22  everyone?

23          The Senator of the 23rd District, Senator

24  Burgess, is --

25          Senator Powell, you want to debate again?

Page 202

1          You're recognized.

2          SENATOR POWELL:  Thank you, Madam

3     President.

4          And I just want to reiterate the point that

5     I'm all for this if we come back -- I know we do

6     elections bills every year -- and we change that

7     resign to run.  I'm with it.  I'll say that because

8     this could be a really good bill.  We got to change

9     some of that other stuff, but that resign to run, we

10    lost some good members in this chamber and maybe in

11    the House.  So you know, think about that as we do

12    future iterations of this legislation, and maybe we

13    can make it for a partisan next year.  Thank you.

14          PRESIDENT PASSIDOMO:  Any other debate on

15    the bill?

16          Senator Pizzo, you're recognized for

17    another debate.

18          SENATOR PIZZO:  Yes, Madam President.

19          For the limited purpose of the 2024 GOP

20    Primary, I'll be endorsing Trump over DeSantis.

21          PRESIDENT PASSIDOMO:  That has --

22          Any other real debate on the bill?

23          Senator of the 23rd District, Senator

24    Burgess, is recognized to close on the bill.

25          SENATOR BURGESS:  Thank you very much,

Page 203

1    Madam President.

2            And first, I want to thank you for giving

3    me the opportunity to work on this important

4    legislation.  This is a new area for me, but I've

5    learned a lot.  And I feel a little bit wiser on

6    this topic, but every day I'm realizing that I

7    actually don't know nearly as much as I should.

8    This is a complicated area.  It's a very technical

9    and mechanical area, and I have the utmost respect

10   for those who operate in it every day.

11            I would also like to say thank you to our

12   staff - to Dawn, and Sarah, and Jay, who are with

13   us, and to our team members who are not in the

14   chamber right now.  Hats off to you.  You all have

15   forgotten more about elections than I'll ever know

16   and most of us.  So appreciate you all very much.

17   They've been a great help and guide to me through

18   this process and in this bill, and I couldn't have

19   asked for a better team.

20            I also want to say -- I want to say thank

21   you to the various stakeholders who have contributed

22   to the bill, including our supervisors of elections

23   for their insights and suggestions.  In particular I

24   want to take a moment to say hat off and salute

25   Secretary Cord Byrd, Secretary of State.  He's been

Page 204

1    a true partner in this endeavor, and I have the

2    utmost upmost faith in his confidence and abilities,

3    as I know we all do because we voted for him to

4    confirm him unanimously today.  And I appreciate his

5    input, feedback, and partnership in this

6    legislation.

7             There are experts in this room.  We have

8    two former party chairs for our state.  We have a

9    former dynamic supervisor of elections employee and

10   Senator Davis.  I mean, we have people in this room

11   who know so much more about this than I do, and so I

12   appreciate your input.

13            And last but not least, I want to say thank

14   you to Senator Hudson, whose work on these issues

15   over the last couple years and to this point has led

16   us to this moment.  You've been a leader on these

17   issues through the years, and you're a great friend

18   and mentor in the process.  And I appreciate you.

19            There's a lot in this bill, and I want to

20   go through some of the more important sections and

21   some of the themes of this bill.  We've heard a lot

22   about making it harder to vote, mostly in public

23   testimony.  The conversations today were in earnest

24   and I think were very fruitful, and I appreciate

25   that very much.

Page 205

1           But let me make something very clear: this
2    bill does not and will not hinder anyone's right to
3    vote, nor would I ever subscribe my name to
4    something that could even remotely be concluded to
5    be voter suppression.  There is nothing in this bill
6    that makes it harder for a lawfully registered voter
7    to cast their ballot.  If anything, we're making it
8    harder for bad actors to do bad things.

9           In fact, I would argue that today in
10   Florida it's hard not to vote.  We have over 40 days
11   of possibilities.  That's incredible, and we should
12   be proud of that.

13          In the 2022 midterm election, turnout was
14   53 percent.  Since 1998, that's the third highest
15   voter turnout for a midterm.

16          Gadsden County had 58 percent voter
17   turnaround and St. Johns had 65 percent voter
18   turnout.  And to put it into raw numbers, that's
19   over 7.7 million people in our state that voted in
20   2022.  If the goal has been to hinder people's
21   rights to vote, we've done a remarkably poor job at
22   that.

23          Related to third party voter registration
24   organizations, since 2002, there have been
25   regulations on 3PVROs.  In every election cycle,

Page 206

1  there are issues with certain actors within these

2  organizations.  In the 2022, in Lee and Charlotte

3  counties, two different 3PVROs were caught stealing

4  voter IDs.  That should outrage everyone on this

5  floor, and those actions are denying people the

6  right to vote more than anything in our legislation.

7          I agree that voting is a sacred part of our

8  democracy, and that's why our bill holds those who

9  are custodians of a person's access to voting to a

10  very high standard.

11          There's been conversation about taking

12  about two extra vote-by-mail days, and we are trying

13  to make it clear for our supervisors of elections

14  that there are clear seasons during the election

15  time frame - a time for vote by mail, a time for

16  early voting, and a time for Election Day.  That is

17  all that that does.

18          Regarding resign to run, we're offering

19  clarity on this issue.  The Legislature needs to

20  legislate and not allow the lawyers to litigate.

21  And so, Senator Hudson, thank you for bringing that

22  forward.

23          Regarding two ballots in one envelope, we

24  worked as hard as we could to find a way to count

25  these ballots, but it just could not be brought

Page 207

1    forward in a meaningful way that could truly

2    identify that there wasn't a signature matching

3    issue or potentially a situation where we have

4    somebody who has voted twice.  Discounting both is

5    the least bad option that was available, and I

6    believe our diligent supervisors will let the voters

7    know not to do this.

8              We can't always improve on our processes,

9    and we -- we can always improve on our processes,

10   and we shouldn't rest on our laurels.  A team that

11   wins the playoff game doesn't stop watching the

12   film.  They watch the film after the playoff game to

13   get better.

14             Members, this is an important bill for a

15   lot of reasons, some of which have gotten lost in

16   the discussion.  It gives our elections workers more

17   training on signature matching, sets up further

18   guardrails for 3PVROs, adopts many recommendations

19   of our supervisors of elections.  We let voters know

20   they have a duty to confirm if they are registered

21   to vote and include a way for them to verify that

22   with the Department of State.  We make voter list

23   maintenance cleaner.  We help define clear seasons

24   for elections.  It provides the voters with more

25   information about candidates by requiring further

Page 208

1   disclosures.

2          Our elections are a critical part of our

3   democracy.  Everyone on this floor agrees with that,

4   and if we agree on that, then there are some things

5   that we should agree on.  Eligible voters deserve

6   the right to vote in an available manner that they

7   choose within the time frame we have established.

8          For voters to have faith in our elections,

9   they need to be safe and secure.  Voter confidence

10  is key.  Those who are helping people access their

11  right to vote need to be held to high standards.

12  This bill seeks to do all these things and more.  It

13  is a big package, but it is a big package of

14  responsibility.

15          Florida is the gold standard for elections

16  in this country.  Even our critics have to admit,

17  we've come a long way from using magnifying glasses

18  looking at hanging chads a couple decades ago.  From

19  a laughingstock to a gold standard, that's what

20  we've done for elections in this state.

21          Madam President, Senators, let's keep up

22  the good work.  Let's keep our progress going.

23  Let's show the rest of the country how the gold

24  standard stays golden.  And last but not least,

25  let's vote.

Page 209

1              PRESIDENT PASSIDOMO:  The Secretary will

2      unlock the board and Senators will proceed to vote.

3              All Senators voted.  Lock the board and

4      record the vote.

5              THE SECRETARY:  28 yeas, 12 nays, Madam

6      President.

7              (END OF REQUESTED PORTION)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 210

1              CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5              I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12    _____

13              Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**a-okay** 37:21
**a.m** 86:22
**Abernathy** 131:1
**abilities** 204:2
**ability** 19:5 88:12
   106:7 139:15
   142:8 158:25
   159:15 171:25
**able** 6:7 12:23
   17:14 25:14
   29:11 30:25
   37:13 39:11
   40:18 41:19,24
   45:10 55:24
   63:4 74:12,22
   83:19,20 87:24
   88:22,23,24
   89:2 95:12
   98:24 99:6
   101:1 102:16
   103:8 106:9
   112:19 123:23
   128:13 140:6,7
   142:16 149:24
   156:6,11,19
   159:18 180:12
   187:5 191:2
   197:18
**absentee** 170:22
   176:12
**absolutely** 17:5
   36:9 64:18
**abuela** 187:9
**abuelo** 187:8
**abundantly** 37:4
**academic** 129:24
   130:6,13
**academics**
   132:16
**accept** 90:1 134:9
**access** 83:19 84:1
   176:9,15
   177:15 191:9
   193:5,18
   194:13 206:9
   208:10

**accessible** 148:2
   148:5 188:16
   189:7 190:23
   190:24,25,25
   191:6
**accidentally** 8:19
**accommodate**
   150:7
**accomplish**
   149:16 176:19
   177:15
**accomplished**
   70:22
**accomplishme...**
   129:2,22 130:4
   130:10 131:11
**account** 100:22
**accountability**
   31:14,17
**accountable**
   186:6
**accounting** 197:7
**accuracy** 63:3
   138:5
**accurate** 19:3
   37:12 43:16
   51:15 55:13
   56:18 62:13,14
   63:5 64:9 138:8
   188:15 189:6
   190:24 193:19
   194:13 210:3
**achieve** 33:8
   161:12 178:15
**achieved** 67:3
   177:13
**act** 2:4 133:10
   142:3 172:13
   201:18
**action** 210:7,8
**actions** 206:5
**active** 64:8,18
   66:8 124:23,25
**actively** 184:6
**activities** 42:21
   58:2 77:24
**activity** 46:4

123:25 124:17
**actor** 185:2
**actors** 22:21
   32:24 34:8
   36:10 123:2,7
   123:13,16
   124:9,16
   165:25 185:7
   185:10,10
   205:8 206:1
**acts** 6:13,14
**actual** 38:15
   40:13 73:18
   82:13 88:7
   181:12
**add** 47:15 96:23
   99:7,13 105:20
   107:3 134:21
   137:3 175:17
   180:25 190:10
   194:6
**added** 51:9,10
**adding** 16:22
   47:22 50:19
   68:19,20,21
   103:25 164:12
   190:19
**addition** 103:9
   174:16 185:19
**additional** 57:21
   68:20,21 97:6
   134:24 166:17
   173:25
**address** 26:25
   42:16,16 43:9
   43:14 44:12,14
   44:16 47:19
   51:5 55:15
   58:18 75:18,20
   75:21 76:13
   77:3,7,17 78:3
   78:5,8 79:21
   96:16 121:5,22
   125:19 135:25
   170:16 171:16
   194:8
**addressed** 98:11

100:8
**addresses** 42:18
   42:20 58:3,4
   77:13,16,21,22
   77:25 78:3
**addressing** 38:10
   121:23 168:24
**adds** 14:17
**adequately** 87:8
**adhere** 22:15
   23:6 34:20
**adhering** 27:16
**administration**
   38:16
**administrative**
   153:4
**administrator**
   25:6
**admission** 67:3
**admit** 38:18
   39:21,22 138:5
   138:12 200:1
   208:16
**admitted** 191:22
**adopt** 139:10
   143:14 146:11
   154:10
**adopted** 126:11
   129:17 131:20
   137:20 140:20
   145:6 147:11
   151:21 155:18
   160:18 167:7
   200:23,25
   201:16
**adopts** 207:18
**advantage**
   176:16
**advisor** 178:3
**advisory** 90:16
   90:19,23 191:3
**affect** 44:6,15
   125:14 200:2
**affidavit** 143:9
**affirmation** 4:3
**affirmative**
   145:14

**afford** 101:1
**Afghanistan**
   127:19 128:4,7
   128:11
**afraid** 49:12
**agencies** 42:2
   45:20 57:16
   58:13 83:7
   89:25 92:21
   104:3 145:18
   145:21 191:17
**agents** 17:10,11
   94:3
**ago** 23:15 50:22
   82:25 157:10
   157:10,11
   159:21 169:15
   195:7 208:18
**agree** 6:12 11:11
   24:17 156:25
   165:14 194:1
   206:7 208:4,5
**agreeable** 198:7
**agreeing** 156:14
**agreement** 46:3
**agrees** 208:3
**ahead** 9:20 32:18
   159:10,14,17
   183:9
**Air** 128:5
**Airborne** 128:5
**aisle** 9:14 24:16
   182:19 196:1
   197:20
**Alejandro**
   130:21
**alert** 59:23
**align** 152:11,16
   153:12 192:11
**Alijah** 130:20
**alleges** 138:6
**alleviate** 71:16
**alleviation**
   173:13
**allow** 18:4 25:20
   28:11 29:20
   41:4 70:5 74:6

83:18,25 84:1
88:18 103:19
141:13 143:11
164:22 183:14
183:16,17
206:20
**allowable** 152:17
**allowed** 18:22
54:11 165:9
171:15 176:11
194:8,10
**allowing** 33:19
45:13,15 140:9
**allows** 154:6
172:23
**altogether** 58:20
**ambiguity** 38:17
**ambition** 159:7
**ambitions** 156:20
183:10
**amenable** 70:10
70:17
**amended** 3:15
201:7,21
**amendment** 2:7
2:8,9,10,12,14
2:21 3:21 13:3
15:19 17:24
23:18 25:25
39:16 42:12
54:8 55:16 62:6
79:4 81:4 82:16
83:1,2 108:13
109:8 126:12
133:8,8,8,11,13
133:14,14,16
133:19,20,21
133:22,23,24
133:25,25
134:2,4,9,10,17
134:25 135:2,4
135:5,6,17,20
135:25 136:19
136:21,23
137:16,20,21
137:22,22,24
138:1,15,19,21

138:23,25
139:5,10,13
140:13,14,16
140:20,21,22
140:22,24
141:1,16
142:23,25
143:2,3,14,16
143:19 144:9
144:15,19,24
145:2,6,7,8,9
145:10,12,14
145:22,24
146:1,6,12,14
147:4,7,11,12
147:13,14,15
147:17,21,24
148:9,11,13,21
149:4,8 150:2
150:13,16
151:7,15,17,21
151:22,23,24
151:25 152:2,8
152:10 153:8
153:18,20,22
154:7,8,13
155:8,12,14,18
155:19,20,21
155:22,24
156:2,24,25
157:3,5,24
158:8,9,12,25
159:20 160:2
160:10,14,18
160:24 161:1,2
161:3,3,5,7,13
162:19,24
163:10,12,14
163:19 166:23
167:3,7,9,11,13
167:14,16,19
180:6,10
181:16,21
183:18 192:5,7
198:5,9,17,21
199:5,7 200:14
200:18,22,25

201:5,8
**amendments**
3:19,20 109:25
126:2,4 133:21
154:5 167:8,10
170:14,16
179:10,11
201:1,4
**America** 179:14
**amount** 57:6,13
64:20 85:21
122:16 149:25
**anecdotal** 37:7
**angry** 197:21
**announce** 131:24
131:25
**annual** 42:13
47:23
**annually** 134:23
**answer** 7:5,10
18:13 19:15
20:7 30:16
47:15 48:15
49:9 50:16 52:9
53:15 55:19,23
56:1 59:15 61:4
65:9 76:5,19
77:12 88:7
89:10,25 95:5
95:13 99:13
102:7,16 105:1
105:17 112:14
115:11 118:12
118:14 123:8
**answered** 21:15
32:21 79:2
118:11 119:16
**answering** 55:10
**answers** 42:10
90:12 93:7
**anticipate** 75:4
**antithetical**
173:1
**anybody** 9:15
72:14 73:20
104:20 156:4
158:16,17

**anymore** 58:14
**anyone's** 87:17
205:2
**anyway** 114:6
**apologize** 21:2
54:6 56:7 87:4
119:16
**appeal** 74:17
**appeared** 83:4
**apple** 76:18
**applicant** 28:21
49:23 50:1,3,4
162:1,4,6,7
189:16
**applicant's** 164:8
**applicants** 66:4
**application** 17:16
27:23 28:24
29:5,12 30:21
35:13 37:6,14
38:1 49:25 50:2
50:5 69:13
143:8 162:3,5,7
163:23 177:17
**applications** 18:6
19:22 20:1
33:12 36:19
70:9 123:24
124:2 173:21
174:11 177:9
180:13
**applied** 173:17
174:1
**apply** 15:23
**appreciate** 7:5
18:2 20:6 24:1
25:11 26:24
65:15 91:8
116:14 117:11
146:6,7 163:18
193:23 198:16
203:16 204:4
204:12,18,24
**appreciative**
50:14
**approach** 93:21
150:5

**appropriated**
184:16
**approval** 49:24
50:6 162:2,10
162:17 164:8
189:12,17,17
**approved** 162:16
163:23
**approximately**
33:11
**April** 1:12 2:1
59:9
**architect** 114:14
114:23
**area** 78:15 79:3
94:21,22 118:6
118:14,20
154:3,21 180:8
203:4,8,9
**areas** 26:23
48:24
**argue** 85:19
205:9
**argument** 159:17
175:1
**arguments**
139:24
**arises** 51:7
**Army** 127:9
128:1,3
**arrested** 49:11
86:23 195:14
**arrests** 85:17
**arrive** 80:10
**arriving** 101:8
**art** 127:15
**article** 5:12
**aside** 109:21
**asked** 39:19
46:10,23 54:6
61:14,16 65:5
79:1 86:2 90:11
90:15 93:5
110:17,21
111:2,10,13
112:5 114:8
115:8 143:14

173:8 177:6
180:7,15
181:10 184:8
184:10,15
195:1 196:13
203:19
**asking** 4:14
14:16 27:19
39:14 43:10
112:8 117:11
121:21 153:8
155:4,11
166:22 179:20
180:8 198:20
**Assault** 128:5
**assessed** 33:14
**assist** 29:10 98:5
174:8
**assistance** 37:20
82:10
**assistant** 131:1,2
**assisting** 37:3
38:2
**assume** 84:6
121:9
**assumes** 28:9
**assuming** 20:14
**assure** 41:22
**athletes** 132:14
**athletic** 129:25
130:6,14
**Atlantic** 127:14
128:25 129:22
130:4,11
**atmosphere**
141:22
**attach** 175:16
**attached** 44:13
57:19 127:24
**attack** 176:14
**attacked** 182:23
**attempt** 80:4
87:23 88:3
**attempted**
106:22
**attended** 128:3
**attention** 8:24

132:15 155:3
**attest** 37:13
**attorney** 139:24
210:6
**attorneys** 47:8
**audience** 195:1
**August** 47:5
**authority** 88:18
168:16
**authorization**
19:16
**authorizations**
180:11
**authorized**
180:19
**available** 30:18
74:13,19 94:1
171:25 207:5
208:6
**avenue** 168:7
169:5
**Average** 6:15,15
**avoid** 52:17
**aware** 25:16 30:4
52:12 58:16
91:25

─────────
**B**
**back** 14:15 15:8
18:12 23:12,20
24:3 33:18 41:5
41:18,21 42:1
48:5 50:17 53:3
55:10,18 58:13
59:22 61:4,22
62:1 72:19
76:24 77:16
79:12 80:8,23
81:1 83:2 87:4
89:5 92:19 94:3
94:3 98:7,10
100:11,13
103:23 104:5,9
105:5,14
107:18 108:23
109:1,12,25
112:25 114:3

116:22 119:20
126:3 128:23
152:6 155:1
160:19 161:1
167:12 168:1
170:23 181:2
185:14 186:17
186:21 189:9
191:4 192:18
194:19 195:15
197:17,19,21
197:22,22
198:12 202:5
**background**
20:10 38:11
83:22 92:25
**bad** 22:21 32:23
34:8 36:10
105:24 123:1,7
123:13,15
124:9,16 165:6
165:25 185:2,7
185:10,10
205:8,8 207:5
**baffled** 151:6
**balance** 102:18
**ball** 142:7
**ballot** 55:6 98:19
102:24 103:8
104:18,19
105:6,9 106:10
106:12 108:9
141:11,14,19
141:25 142:2,5
142:10,11,17
142:21 143:8
143:13 144:20
144:23 148:5
177:3 189:24
189:25 190:1,2
190:4 193:11
193:13 205:7
**ballots** 13:4,5,11
13:23 55:3 99:2
101:8,16 102:5
102:20 104:8
104:12 105:13

106:2 107:23
111:3 116:11
142:2 170:22
176:12 193:2
206:23,25
**bar** 2:10 133:11
133:14 134:1
137:23 140:23
145:9 147:14
151:24 155:21
161:4
**barrier** 122:11
**barriers** 164:24
166:19 193:4
**base** 194:23
**based** 20:22 21:9
41:11 48:12
51:8 64:9 69:8
70:19 164:2
**basically** 143:11
168:12 169:8
**basis** 79:8
**basketball**
127:17 128:25
129:23 130:5
130:11,23
131:8,12
**batch** 13:24
**Baxley** 14:9,20
14:25 15:5,17
15:24 16:5
17:17,22 18:7
18:17,24 19:10
20:2,17,24 21:4
21:11,20 22:2
23:8,17 24:20
25:8,17,22 26:8
26:16 28:4,14
29:13,22 30:6
30:13 31:2,19
32:4,12 34:3,10
34:21 35:3,21
36:5,13,22 38:4
38:25 40:6,25
42:3,25 43:19
44:7,17 45:3,23
46:1,18 47:12

49:3 50:9 51:23
52:5,19 53:11
53:17,21 54:15
54:24 55:7,14
56:8,14 57:2,10
57:23 58:6,22
59:13 60:4,13
61:5,11 62:3,15
62:24 63:6,10
63:19,23 64:14
64:23 65:12,22
66:9,17 67:9,24
68:7 69:4,22
70:12,23 71:3
71:22 72:21
73:7,22 74:24
75:14,23 76:6
76:15 77:9 78:9
78:18 173:4
175:21 180:1
183:21 187:17
197:8
**Beach** 129:13
132:24
**bear** 32:16 127:1
**Beath** 130:17
**beautiful** 128:16
**becoming** 32:23
34:19
**beg** 150:18
197:19
**began** 128:11
**beginning** 23:14
59:9
**belabor** 112:24
114:13
**belief** 42:19
**believe** 5:11,19
11:4 24:25
44:11 51:9 56:2
57:14 58:4 75:5
77:22 80:4
96:16 101:14
111:16 122:22
142:1 144:11
158:5,11
161:24 162:11

166:14 172:22 174:24 175:1 175:15 183:4,7 183:8 199:21 207:6
**believes** 115:4 158:23
**Berman** 78:20 129:7,9,12 132:5,7 171:4,5 175:8
**best** 52:9 55:19 88:5 89:10 93:24 94:5 109:5 111:7 122:12 164:20 166:25
**bet** 124:19
**better** 3:16,18 48:9 84:12 89:14,22 123:8 125:1 166:14 188:2 203:19 207:13
**Biden** 196:7
**big** 48:21 82:22 100:3 133:5 168:21 208:13 208:13
**biggest** 169:8
**bike** 188:4
**bill** 2:4,4,7,17,18 2:19 3:8,15 4:15 5:20 8:3 9:1 20:21 21:9 21:17 23:20 26:3 28:19 30:2 31:18 39:4,7,15 41:4,14 44:3,15 47:1,13 48:4,20 49:16 54:4,20 55:4 56:1,18 57:9,13,18 60:9 61:16 62:5 68:6 73:2,2,12 74:2 74:4 75:13 79:5 79:18 80:11 81:4,11 82:9 84:8,25 85:13 85:15 87:23 89:16 93:17,20 93:24 94:20 97:4 98:23 99:23 100:4,13 100:16 101:6 103:6,13 110:1 111:3,23 113:5 113:15 114:1 114:25 115:2 116:15,25 117:11,15 121:12,22 122:18 124:15 125:14 133:10 133:10 134:8 134:11 136:19 138:3 139:6,11 141:3,8 142:19 144:3,13 146:12,24 150:2 152:11 154:6,16,19,20 157:20 158:25 159:21,24 160:6 161:13 163:21,24 164:12 166:7 168:25 169:7 169:11 170:1,7 171:1,7,10,21 172:1 173:2,7 175:15,19,25 176:2,11 178:12 179:7 179:20,23 181:21 184:5 187:12,15 188:14,24 189:21 190:6 191:21 194:11 198:6,10 200:4 201:2,7,7,10,12 201:16,18,18 201:21 202:8 202:15,22,24 203:18,22 204:19,21 205:2,5 206:8 207:14 208:12
**bill's** 152:16
**bills** 86:24 114:14 195:11 195:17 202:6
**bipartisan** 194:13
**bit** 6:24 7:6 31:25 49:5 58:10 59:17 60:7 70:6 70:9 101:6 105:20 113:12 119:21 152:5 174:9 186:12 203:5
**bite** 76:18
**blank** 37:16
**blazing** 130:22
**block** 118:4,21 152:25 153:12 192:13
**blocks** 117:21 155:6
**blurring** 99:22 100:2
**board** 119:9 131:21,23,25 149:20 152:15 153:11 155:9 160:19,21 199:21 209:2,3
**boat** 44:2
**boats** 43:25
**Boca** 132:12
**body** 107:16 160:7 165:8
**Book** 53:24 54:1 54:24 55:1,25 56:8,10 57:2,4 57:23,25 58:22 58:24 60:4,6 61:5,7 134:1,3 134:5 135:19 136:22,24 148:14,15
**Book's** 135:2,25
**books** 58:21 60:3 72:20 136:13
**boundaries** 117:1 117:5,21 118:23,24 119:2,8,10 152:7,14,17 192:8
**boundary** 117:3 118:5,22,22,24
**box** 44:16
**boxes** 142:11
**Boyd** 130:17 197:9
**Bradford** 153:14
**branch's** 199:2
**brand** 129:25 130:7,14
**Brandon** 130:22 131:3
**breaking** 110:3
**Brenen** 130:20
**brief** 3:9 167:22
**briefly** 143:19 198:4
**Brigade** 128:6
**bring** 68:11 105:5 152:8
**bringing** 142:4 163:19 176:4 192:16 198:15 206:21
**brings** 33:18 198:19
**broad** 22:13 154:21,22 174:14
**broader** 154:7
**Brother** 49:8 52:1
**brought** 5:20 85:2 104:15 113:5 146:7 147:21 149:15 154:10 178:12 206:25
**Broxson** 197:9
**brush** 22:13
**Bryan** 130:19
**budget** 70:7 87:21
**build** 49:13 164:19
**building** 67:16
**buildings** 3:4
**burden** 46:16 57:15 58:25 59:24 98:8
**burdens** 57:17 92:17 97:9
**burdensome** 70:21
**Burgess** 2:18 6:21 7:1,2 16:2 16:5,7 17:20 18:2,7,9,21,24 19:1,13,14 20:2 20:4,24 21:1,11 21:13 22:2,4 23:11 26:12,16 26:19 28:8,14 28:16 29:18,22 29:24 30:13,15 31:6,19,21 32:8 32:12,14 34:7 34:10,12,25 35:3,5,25 36:5 36:7,17,22,24 39:5,20 47:13 47:14 49:8 50:9 50:11 52:1,5,7 53:13 55:14,20 55:21 59:17 63:22,24 64:1 64:23,25 65:22 65:24 66:12,17 66:19 67:12,24 68:1 69:4,6,25 70:12,14 71:1,5 79:23 80:1 84:10 85:3

93:18 95:4,7
98:24 99:7,9,10
100:14,19,20
101:20 102:7,8
103:14,15
105:16,18
110:25 112:11
112:12 115:3
116:9 117:6,8
117:25 118:1
118:10,16,17
119:13,14
123:5,8,11,17
123:18 124:12
124:13 125:5,6
125:16,17
135:5,6 138:24
139:1,2 143:3,4
146:2,3 149:10
149:11 150:15
152:6 153:23
153:24 163:15
163:16 175:20
180:15 198:1,2
199:12 201:7
201:10,24
202:24,25
**Burgess'** 61:16
**business** 22:24
33:3 66:14 67:2
67:7 197:23
**buttress** 159:17
**BVRSHelp@D...**
76:4
**Byrd** 8:4 26:14
35:15 72:13
203:25
**Byrd's** 82:19,23

**C**

**cake** 183:11,19
**calendar** 133:7
**call** 16:18 18:14
21:17 32:24
35:14 41:14
47:3 61:1 65:2
65:16,17 71:9

73:2,6,14 74:2
74:11 77:2
81:19 82:12,13
87:25 88:22
91:4,7,14
100:25 104:20
121:2 122:9
125:25 126:9
126:16 135:16
158:13 176:17
191:1,6 193:3
**called** 8:7 13:20
17:10 42:8
108:18 160:2
186:15 196:12
**caller** 83:21
**calling** 82:5,10
91:12 118:19
**calls** 35:11 72:15
**camera** 159:3
**campaign** 11:15
12:20 74:5,5,17
75:4 86:3,9
87:22
**campaigning**
12:14,20
168:19
**campuses** 178:6
178:8,11
**candidates**
171:11 207:25
**candidly** 156:1
**Capital** 156:9
**captain** 127:9
**captured** 65:8
**carbon** 89:1
**card** 7:17 45:14
49:17,18,23
50:19 51:1 52:3
161:14,17,19
161:19 162:1
162:13,20
163:1,10
165:21 166:16
189:9,16
**cards** 53:10
144:1 163:23

165:24
**Carroll** 130:18
**carry** 181:25
**Carving** 143:9
**case** 33:6 44:15
54:11 63:4 75:7
75:9 79:16
83:13 97:14
159:20 164:9
169:24 181:23
**cases** 72:6 83:14
87:1 138:7
**cast** 55:2 141:11
141:13 144:12
144:22 205:7
**casting** 144:20
**casts** 142:17,20
**category** 51:1
**caucuses** 168:22
**caught** 206:3
**causes** 153:13
**causing** 154:25
**celebrate** 129:1
132:13
**celebrated**
130:12
**celebrating**
127:16 129:21
130:3
**cell** 71:10 82:19
**census** 117:21
118:4,21
152:25 153:12
155:6 192:13
**Central** 125:11
125:15 184:25
**centralized** 81:5
**certain** 16:20
22:10 23:6 29:6
33:19 83:7,8
102:13,20
107:6 123:23
176:18 177:13
177:24 178:2
191:18 193:6
206:1
**certainly** 22:11

27:21 87:15
89:23 116:5
197:2
**CERTIFICATE**
210:1
**certify** 210:2,5
**CET-1036**
210:13
**cetera** 7:23
**chads** 208:18
**chair** 3:14 101:5
121:11 125:25
126:5,22 138:2
**chairs** 204:8
**challenge** 107:20
159:14,17
**chamber** 126:14
128:21 133:3
174:19 175:2,4
176:10 183:3,6
197:5 202:10
203:14
**chambers** 196:1
**chance** 87:15
190:4
**change** 5:18
50:18 51:17
52:24 53:1 73:1
73:13 100:3
103:1 125:19
125:21 162:20
162:25 164:1,6
169:14 183:12
185:25 189:15
196:13 202:6,8
**changed** 51:5
77:1,2,7 81:4
**changes** 73:15
81:10 109:1
110:17,20
112:3,5,6,9
114:3,4 163:20
170:19
**changing** 10:6
53:5 113:25
184:16 189:13
**channel** 20:10

**characterized**
85:10
**characters** 178:1
**charged** 143:24
144:4,4,6,7,21
**Charlie** 182:8
**Charlotte** 206:2
**check** 7:20 38:24
58:19 81:13
**checked** 134:16
134:16
**checks** 20:10
**chilling** 172:6
**chime** 98:24
**choice** 69:19
**choose** 10:9 23:7
159:5,6 168:17
208:7
**choosing** 69:20
**chosen** 27:7
198:23
**chunk** 185:25
**church** 31:9
131:2 176:21
**circumstance**
105:24 106:14
164:3
**circumstances**
23:1 51:7 81:20
**circumvent** 33:7
**cited** 56:11
123:21 124:1
**cities** 58:11
**citizen** 15:11
19:18 20:23
21:10 81:21
82:5 177:18
187:8
**citizens** 15:23
16:20 18:4,16
18:22 139:20
164:23 171:15
171:25 172:8
180:9,11
**citizenship** 14:17
14:18
**city** 43:5,6 119:9

152:15 178:25
**civic** 22:12 172:8
   178:9
**civically** 40:15
**clarification** 9:25
   12:4,5 16:12
   50:14 55:25
   90:14 154:1
   158:4 168:6
   181:19,20,24
   182:1,3
**clarified** 3:6
   200:9,14
**clarifies** 54:21
   81:11
**clarify** 2:25 3:5
   4:13 9:20 17:2
   24:2,12 56:2
   61:13 79:16
   86:1 87:15 97:1
   119:11,20
   154:15 157:25
   181:17 182:2,3
   199:16,17
   200:6
**clarifying** 2:17
   9:6 11:4,9
   24:19 48:25
   158:9 159:13
   172:21
**clarity** 11:12
   67:13 193:23
   198:19 206:19
**clause** 2:12
   129:19 133:13
**cleaner** 207:23
**cleaning** 49:1
**clear** 9:12 10:21
   10:22 11:7 37:4
   40:11 51:20
   54:20 55:11
   56:19 58:20
   69:16 81:23
   94:23 99:17,22
   100:2,22,25
   114:17 139:21
   157:20 162:21

164:24 165:3
   166:15 182:20
   205:1 206:13
   206:14 207:23
**clearly** 68:23
   101:21 169:20
**clerk** 57:18 60:8
   61:19 79:6
   96:11 97:22
   98:4 163:5
   166:9
**clerk's** 136:4
   191:20
**clerks** 41:8 42:2
   57:17 61:14,16
   80:4,11 84:9
   95:18,20 98:6
   135:13
**close** 33:15 64:5
   66:6 119:5
   131:23,25
   135:19 136:22
   139:13 143:18
   144:24 146:14
   150:13 151:9
   154:13,24
   156:13 158:20
   164:16 183:2
   198:5 199:7
   202:24
**closed** 26:7
**closing** 146:25
**co-introducers**
   132:2
**coach** 130:25
   131:3
**coaches** 129:1
   131:1
**code** 2:10 4:6
   133:11,14
   134:1 137:23
   140:23 145:9
   147:14 151:24
   155:21 161:4
**codes** 196:14
**codified** 196:5
**coincidentally**

5:16
**collaborating**
   94:2
**collaborative**
   93:21
**colleague** 143:22
   146:16
**colleagues** 25:20
   90:12 92:19
   110:6 129:13
   132:10 136:18
   140:13 147:5
   151:6,14 155:9
   167:23 171:22
   174:18 186:1
   188:1 189:8,9
   189:11 193:21
   194:1 195:25
   197:12,20
**collect** 17:15,15
   18:5 33:20
   123:23 180:12
**collected** 5:5
   33:12 124:3
**collecting** 4:4
   16:16 17:8,9
   19:7,25 59:22
   177:6,16
**collection** 17:4
   60:1
**collective** 80:21
**collectively** 40:24
**collector's** 19:21
   180:21
**collects** 177:8
**college** 178:5,7
   178:11
**collegiate** 129:25
   130:7,14
**Collogues** 110:9
**colloquial** 66:24
**combat** 127:24
   128:5
**come** 8:4,4 41:16
   70:20 78:1
   97:22 104:8
   107:18 108:23

109:1,12,25
   111:8,9,11,17
   113:8 115:1,7
   119:20 126:3
   128:13 136:3
   147:21 149:24
   151:1 184:3,5
   184:15,21
   186:17 187:6,7
   191:4 192:2,18
   197:17,19
   202:5 208:17
**comes** 17:8 54:13
   104:19 106:17
   107:19 140:10
   153:17 155:1,5
   176:8 197:21
**comfortable** 31:7
**coming** 65:17
   87:5 105:14
   109:22 113:13
   191:20 194:9
   194:19
**commend** 166:9
**comment** 152:11
   193:24
**comments** 39:18
   143:22 170:24
**commercial** 78:3
   78:4,4
**commission**
   119:9 152:15
   152:15,24
   153:2 199:20
**commissioned**
   128:1
**commissioners**
   178:25 179:1
**commissions**
   119:10 153:11
**commit** 8:11,19
**commitment**
   129:24 130:6
   130:13 150:9
   159:2
**committed** 45:9
**committee** 2:3

8:3 17:1 35:7
   41:16 46:22
   51:9 66:22
   67:14,15 72:14
   74:15 92:20
   110:1 126:1
   133:9 170:20
   196:10 199:11
   201:17
**committees**
   84:25 109:21
   113:4 161:12
   170:17 199:11
**common** 165:1
**commonsense**
   160:11
**communicated**
   166:8
**communicating**
   39:5
**communication**
   127:15 165:3
**communities**
   44:24 177:24
   181:6 193:6
**community**
   132:10,24
   147:23 148:22
   149:5 150:8
   184:2,20,21
   187:1,14
**compare** 79:7
**compensation**
   67:23
**complete** 69:2
   163:24
**completed** 59:10
**completely** 35:10
   48:6 56:18
   61:21 107:6
   175:18
**Complex** 156:9
**complexity** 164:9
**complicated**
   26:23 48:21
   137:6 203:8
**complicates**

106:6
conceded 178:18
concedes 178:17
conceding 178:22
concentrate 79:2
concept 195:20
concern 12:13
    18:3 59:1 95:13
    165:19
concerned 46:16
    53:6 74:7
    161:18 176:5
    182:16,18,19
concerns 96:14
    113:5 121:23
    170:16,21
concise 165:3
concluded 205:4
conclusions 69:8
    113:8
conclusively
    69:14
conduct 42:13
    59:8 69:20,21
    125:20
conducting 199:2
conference
    109:21 110:1
    126:1,3 195:12
conferences
    85:16
confidence 204:2
    208:9
confident 183:11
confirm 204:4
    207:20
confirmation
    28:10
confirmed 35:16
confirming 72:24
confused 100:17
    179:6
confusing 73:16
    93:25 139:20
    162:11,19
confusion 52:17
    139:21

congratulates
    130:17
Congratulations
    132:4 133:4
Congress 10:18
    195:25 198:24
    199:22
congressional
    152:21
consensus 111:10
    111:18
consequence
    143:13
consequences
    166:1 192:17
    192:17
consequently
    166:19
consider 44:3
    83:18 86:13
    155:5
considerable
    85:22
consideration
    102:3 149:18
    196:20
considered 31:15
    173:24
considering 25:4
    105:25 106:8
    107:25 108:10
consistency
    49:17 134:15
consistent 62:23
    66:5 106:16,25
constituent 122:7
constituents
    72:18 73:19
    122:9 175:5
    186:5,8
constitutes 49:23
    162:2 189:16
contact 43:14
    45:15 47:1
    51:12 72:8,10
    74:22
contemplate 75:9

85:10 87:21
    116:8,9,10
contemplated
    30:1,4 57:14
    70:18 75:13
    83:6,18 84:13
    88:14 89:16
    122:24 139:5
contemplating
    31:23
contemplation
    196:24
contest 138:16
context 165:16
continual 176:14
continue 27:16
    31:12 33:7
    36:11 53:3
    97:21 109:1
    151:11 156:6
    164:19 182:25
continued 150:9
    161:10
continuing
    132:20 136:3
contribute 131:7
contributed
    203:21
controversial 9:5
    171:18
convenience
    92:13,18 108:7
    140:6,10 151:3
conversation
    16:25 32:2 84:9
    87:20 89:13
    92:24 97:13
    101:15 163:7
    188:9,12
    206:11
conversations
    46:5 84:13,17
    89:24 204:23
convicted 4:5 7:8
    33:19,21 60:10
    79:7 134:12
    177:10

conviction
    138:11,11,14
coordinate 79:6
coordinated 84:9
coordinating
    80:5 135:11
coordination
    107:11
coordinations
    88:9
copy 142:10
Cord 203:25
correct 6:5 42:10
    55:6 67:23 81:6
    82:11,12,16
    95:10,16 97:17
    107:18 110:14
    115:13 116:1
    120:4,17
    121:16 123:2
    171:19
correctly 6:17
    15:10 37:2
    61:23
cosponsor 131:22
cosponsors
    131:25
cost 22:23 33:3
    60:12,16 66:14
    67:2 134:23
costly 93:8
councils 152:16
counsel 121:18
Counsel's 91:5
count 5:25 13:13
    88:13 99:3,6
    100:15 101:19
    101:22 105:13
    107:8 108:9
    142:6 206:24
counted 13:6
    14:8 190:4
counterfeit 55:5
    141:19,24
    142:17 144:20
    144:23
counterproduc...

142:15
counties 8:15
    58:11 91:23
    92:1 97:17
    107:25 108:9
    113:21 114:5
    148:8 188:18
    206:3
counting 13:11
    106:13 185:24
country 11:20
    16:20 83:14
    127:22 128:19
    168:10,21
    172:16 194:4
    196:14 208:16
    208:23
counts 7:9
    106:17
county 43:5,5
    53:8 61:19,21
    62:23,23 80:16
    80:20 91:19,22
    101:14 119:9
    122:22 129:13
    132:24 152:15
    152:23,24
    153:1 161:16
    178:25 187:25
    188:17 199:20
    205:16
couple 7:8 35:25
    38:22 50:22
    86:7 91:10
    101:16,17
    123:21 152:12
    157:10 190:15
    190:16 194:20
    198:17 204:15
    208:18
course 32:24
    62:21 100:6
    102:14 170:18
    183:14
court 96:11
    163:5 166:10
courtroom 139:6

courts 60:8 97:22
199:1
crack 35:18
create 74:9 143:6
153:3
created 69:25
137:2 144:13
149:22 154:18
creates 142:18
145:14
creating 92:16
119:12 129:25
130:7,14
153:16 193:4
creation 79:9
Creole 184:12
crime 33:22
35:10 56:6
106:20,21
141:18
crimes 33:11
45:9 137:10
145:15
criminal 6:15
35:8 83:11
criminals 35:8
crippling 193:6
crises 168:24
169:2
Crist 182:8
critical 29:1
37:15 48:13
69:11 175:15
208:2
critically 40:11
critics 208:16
Crow 165:5
crowd 23:21
CS 126:11 133:7
culmination
198:13
cure 13:25 56:24
102:4,12,19,20
104:20 106:7
106:10
cured 51:6
current 4:19 9:24

10:8 11:16 14:6
17:7,12 22:9,18
24:11,12,17
29:4,7 33:14
45:11 49:21
51:4,4 64:9
66:7 70:22
103:19 104:17
106:21 141:3
141:17 161:23
163:22 164:11
currently 36:11
47:21 48:17
60:17 61:9,10
70:15 95:18
96:7,18
custodians 206:9
cycle 63:15,17
64:19,21,22
65:3,9 66:3
71:8 99:17
112:7 205:25
cycles 64:10
71:19

_____

**D**

D.C 1:24
daily 60:20 92:8
Dana 128:22
dark 96:18
171:12
data 6:24 15:13
35:1 41:5,11
42:1 43:7 45:13
58:12 59:21
60:1,17 61:14
61:17 65:19
76:23 77:4
95:10 96:9
database 83:10
92:20 93:7
104:4
date 2:22 93:14
94:10 100:5
101:22 156:6
dates 141:18
Davis 90:2,6,10

91:9 92:9,10
93:12 94:11,12
95:3,10 97:10
97:11 98:13,14
99:13 100:9,10
101:4,5,24,25
103:3,4,17,21
103:22 105:3,4
107:14,15
108:13 109:14
109:15,19
110:3,8 111:24
111:25 113:10
113:11 115:10
115:11,17,18
116:13,20
117:11,16,17
118:3,8,9,13
119:3,4,19,20
130:18 135:21
135:22 137:23
137:25 138:2
139:4,12,14
140:23,25
141:2 143:18
143:20 145:9
145:11,13
146:5,13,15
147:14,16,18
148:16 149:7
150:12,14
151:24 152:1,3
154:2,12,14
156:3 187:19
187:21 188:1
197:1 204:10
Dawn 203:12
day 19:22 26:20
44:2 52:14
60:25 80:8 81:1
99:24 102:21
103:9 127:19
165:2,25
177:24 189:20
203:6,10
206:16
days 48:25 59:10

89:4,4 98:18
99:2,25 100:17
100:18 101:17
102:22 186:15
192:24 205:10
206:12
deadlines 68:22
deal 103:6
113:22 150:23
152:13 153:7
171:10 196:19
dealing 96:19
115:24 141:22
141:23 153:10
176:18
debate 135:4,18
136:21 138:23
143:2,15 146:1
148:13 153:22
157:5 158:16
158:22 159:4
163:14 164:15
167:18 170:11
170:13 173:5
175:22 180:3
183:22,25
187:20 197:25
201:20,25
202:14,17,22
debates 149:9
debating 170:3
decades 208:18
deceitful 40:1
decent 92:15
146:24 189:21
decide 107:23
108:2
decided 18:15
61:24
deciding 98:18
198:25
decision 18:13
107:13,18
180:17
decisions 93:4
declare 7:19
dedicate 186:5

defendant 83:13
defenses 145:15
deference 197:4
define 207:23
defined 152:14
154:16,24
defining 154:18
definitely 19:15
definition 103:18
119:2 177:7,7
defy 131:5
degree 127:14
delays 164:7
delete 2:7,8,11,16
3:10,12 4:2
9:18,19,25
24:19 30:2
51:10 81:3,10
95:17 96:17
133:12,15
134:1 137:23
145:9 147:14
151:24 155:21
157:24 161:4
162:25 167:13
167:16 196:22
deletes 144:19
deliberation
196:25
delineate 19:5
delineation 100:2
deliver 27:9
68:19 70:4
96:20
delivered 29:9
148:3
delivering 67:23
delivery 100:6
148:2
demanded
178:17
democracy 206:8
208:3
Democratic
170:7 181:15
democrats
169:13,16,21

169:22 184:23
**demonstrate**
  29:11
**denial** 50:3 162:6
**denied** 50:5
  162:8
**deny** 138:5 151:4
**denying** 206:5
**department** 7:7
  7:20,21 17:12
  19:19 27:24
  32:9,10 35:16
  41:6 42:2 44:25
  48:7 51:12
  59:20 60:22
  62:19 68:5
  70:19 77:6
  81:12 93:12
  94:8 95:19,22
  95:25 96:10
  97:2,3,16,20
  98:5,7 113:18
  122:6 125:8
  127:11 136:3
  163:6 190:13
  191:1 207:22
**depending** 164:9
**deployed** 128:4
**dereliction** 11:21
  12:1 24:25
  168:13
**DeSantis** 202:20
**deserve** 208:5
**designed** 169:12
  169:20 197:15
**desire** 176:18
**desiring** 166:3
**detailed** 137:6
**details** 42:7
**determination**
  62:14 139:17
  139:23 141:6
  141:10 146:20
  149:25 190:3
**determinations**
  47:20
**determine** 40:18

45:21 51:17
60:23 64:7,17
78:12 105:23
106:7 165:13
166:5 177:5,10
177:16
**determined** 68:4
  77:18 163:3,8
**determines**
  103:11
**determining** 45:1
  106:12,17
  124:25
**deterrent** 35:2,18
  36:3,9,10
**detonated** 128:7
**developed** 85:15
**deviate** 192:12
**deviates** 153:1
**dialing** 81:18
**dice** 67:6
**differ** 150:18
**difference** 17:3
  37:3,25 50:6
  82:22
**differences** 21:19
**different** 8:15
  10:9,24 17:7,8
  20:10 37:23
  40:20 54:6,8
  58:11 59:3
  79:18 80:19
  93:22 104:22
  106:12 120:2
  122:4 124:4
  134:19,19
  164:25 166:7
  177:25 179:18
  179:19 200:10
  206:3
**difficult** 106:19
  107:5,12
  177:14 179:12
**difficulties** 153:4
**dig** 31:25
**digital** 1:23 210:3
**diligent** 130:25

207:6
**diminish** 166:19
**dip** 159:14
**direct** 74:8
**directed** 87:2
**directly** 31:1
  44:21 169:9
**director** 131:3
**disabilities** 36:21
  150:20
**disability** 37:19
  148:6 151:8
  192:6
**disabled** 147:23
  150:8 151:4
  193:16
**disagree** 12:2
  143:21 154:22
**disclaimer** 50:20
  52:11 163:25
  164:13
**disclosures** 208:1
**discount** 196:18
**Discounting**
  207:4
**discourage** 181:7
**discover** 28:12
**discrimination**
  169:9
**discuss** 67:14
  163:20
**discussing** 74:1
**discussion** 66:22
  146:7 149:17
  207:16
**discussions** 9:9
**disenfranchised**
  27:7,11 34:15
  71:5,15,21
**display** 128:13
**disqualify** 4:18
**distinction** 19:8
  20:8,15,22 21:9
**district** 13:7
  126:5 127:8
  129:7 132:5
  152:14,24

153:2 201:9,23
202:23
**districts** 119:8
  153:12,13
  192:11
**division** 18:23
  19:19 83:19
  88:19,21 89:15
  91:6 128:5
  163:3 180:19
**DMS** 127:10
**DMV** 180:20
**doable** 111:21
**documents** 65:20
**doing** 6:2 9:6
  11:3 15:12 16:9
  16:24 22:23,25
  22:25 26:20
  33:3 34:20
  35:10 39:17
  45:12 48:8 53:4
  54:3 57:1,14,20
  66:14 67:2 72:2
  87:2,22 88:4
  94:8,18,22 95:2
  95:15,20 97:15
  101:9 104:2,4
  104:22 105:10
  106:23 108:24
  112:9,21
  116:10 119:11
  124:15,18
  135:15 140:2,4
  140:5,8 147:3
  156:7 158:9
  159:12,13
  160:8 163:24
  179:9,10
  180:18 181:7
  182:1,4,5,6
  185:8 191:8
  192:25 198:24
**dollar** 57:13
  87:21
**dollars** 32:11
  35:2 57:19
  75:11 86:3,9

177:2
**domain** 74:22
**Don** 127:6,8
**doors** 86:22
  185:1
**double** 134:16
**Douglas** 178:16
  178:19
**dovetails** 16:14
**downloadable**
  117:14
**downtime** 154:4
**drafted** 10:22
  149:19 154:6
  158:12
**draw** 117:5,24
  153:1
**drawing** 19:8
  20:7 119:7
  155:6
**drawn** 69:8,14
**Drew** 131:2
**drive** 19:24
**driver** 68:6
**driver's** 43:7
  58:17 77:1
**drivers** 67:22
  68:11,15
**Drop** 186:16
**due** 22:14 139:25
  140:12 141:7
**duplicative** 40:12
**Dusty** 130:25
**duties** 69:2 70:4
  84:12 182:17
  185:20
**duty** 11:21 12:1
  24:25 168:13
  172:9 207:20
**Duval** 114:6
  187:25 188:17
**dynamic** 204:9

**E**
**E** 175:11
**earlier** 52:22
  66:12 67:18

68:23 71:2,4
77:15 135:23
140:3 163:7
early 3:3 92:11
100:23 103:9
206:16
earnest 204:23
Earth 197:22
ease 92:13,18
108:6 140:5,9
151:3
easier 70:6 174:5
174:9
easiest 11:1
easily 84:24
East 127:3,5
easy 8:13 149:2
158:9 184:17
eat 183:11,19
eating 90:3
educate 86:3
87:8 92:3 96:4
96:4
Education
166:10
effect 59:11
172:6
effective 35:2
38:14 89:21
effectively 87:8
101:3
efficiencies 48:18
96:9
efficient 48:9
49:1 83:17 87:7
efficiently 87:3
101:2
effort 177:12
efforts 131:10
198:13
egregious 123:21
eight 26:12
either 39:9 65:11
87:17 138:5
168:2 201:1
elderly 36:20
37:20 165:23

193:15
elect 103:2
elected 27:7 71:7
172:13 182:21
185:17,17,20
186:10,13
191:14,15
election 2:23 4:6
13:4,6 26:20
51:14 52:14
53:7 59:11
63:15,17 64:9
64:19,21 65:3
66:3 71:8,19
80:8 81:1 85:15
99:3,17 101:8
101:18,23
102:19,21
103:9 111:21
113:20 166:8
169:11 171:13
180:20 184:13
189:7 195:9,11
205:13,25
206:14,16
elections 2:5 5:20
18:23 19:19
33:10 40:4 47:5
48:1,14 53:9
59:7 60:11 65:6
66:23 71:6 79:5
83:19 85:14
87:23 88:19,22
91:11 95:24
97:5 99:15
107:19 108:25
109:2 122:6
133:11 134:8
134:19 136:6
137:2,4,10
142:13 148:19
164:22,22
171:8 176:1,2
176:19 178:13
178:14 179:7
179:24 184:4
186:19 187:25

188:4,14,20
190:8,21
191:14 193:19
194:14 195:11
201:19 202:6
203:15,22
204:9 206:13
207:16,19,24
208:2,8,15,20
electives 62:2
elector 188:24
Electors 144:5
electronic 148:2
149:2
electronically
147:25 148:1
150:17,23
174:13
eligibility 38:24
40:18 41:21
45:1 47:2,11
49:19,21 50:7
50:18 51:13,21
54:4,11 56:4
58:19 60:23
72:9,15,25 80:8
80:25 81:13
90:24 91:14
94:2 121:23
139:9,17,19,23
140:4,7,11
141:5,7 143:10
145:16 146:20
151:1 161:21
161:23 164:1,3
188:13
eligible 7:16,19
7:22 45:7,21
46:14 47:6
50:25 52:4,14
61:2 72:16 75:6
78:17 80:7,19
81:22 82:6 88:2
108:6 122:4
138:14 142:22
144:11 146:18
147:1 162:14

162:22 163:4,9
164:5 188:25
189:19 191:11
208:5
eliminating
118:25
else's 16:23
email 89:3
emergency
103:10,11,12
103:18,19
emphasize 100:1
employed 19:18
employee 20:8
204:9 210:6
employment
20:16
enabling 83:1
enacting 2:12
133:13
encapsulate
148:4
encompass 65:6
encountered
186:10
encourage 72:4
72:18 178:8
187:10
encouraging
176:9
endeavor 156:20
204:1
ended 63:17
endorsing 202:20
ends 33:8 53:19
energized 184:1
energy 186:3
engage 139:22
151:11
engaged 40:15
engaging 184:6
engineer 132:19
engineers 127:24
English 120:4
184:9
enhance 33:24
38:21 39:10

146:8,17
enhancing 27:2
28:2
enjoy 16:21
156:20 159:18
enlisted 127:23
128:1
ensure 27:16
35:11 56:3
151:3
ensured 61:22
ensuring 16:14
16:23 23:2 33:5
189:4
entering 100:23
100:24
entire 11:19
168:10
entirety 95:13
198:6
entitled 2:4 56:4
133:10 201:18
entity 30:23
entrusting 28:25
enumerated
152:17
envelope 13:5,10
104:9 105:14
106:3 108:8
111:6,7 206:23
envelopes 104:10
105:11,12
111:6,15,15,20
113:24 114:18
115:6,12,23
equal 159:19
equality 159:24
160:4
equally 158:24
159:9 160:5
equitable 197:11
equity 159:24
160:4 175:11
eradicate 35:10
especially 25:2
107:19 182:22
essentially 8:13

22:24 28:20
146:10
**establish** 89:13
**established** 208:7
**et** 7:23
**Ethics** 66:22
**event** 132:12
**everybody** 33:1
93:23 148:25
156:9 158:24
160:4 179:2
187:9 200:6
**everyday** 187:7
**everyone's**
152:18
**evidence** 1:23
29:8 65:20
**evidences** 33:24
**evolve** 164:1
**exact** 8:5 102:14
124:4 171:18
**exactly** 60:16
90:17 153:6
168:14
**example** 50:21
50:23 76:25
78:13 138:10
**examples** 123:22
153:11
**excellence** 129:25
130:6,14
**exception** 196:3
**exceptionalities**
148:24 149:6
**excess** 33:15
**excessive** 190:10
191:25
**excited** 28:19
132:11 187:3
**excuse** 6:15
**exercise** 40:15
148:25 164:23
166:20 172:8
178:9
**existing** 52:22,25
173:3 181:18
**expanding** 193:3

193:5
**expands** 150:23
**expectation**
131:5
**experience** 189:5
189:6
**expert** 68:2
155:10,11
157:21 158:1
197:1
**expertise** 197:12
**experts** 39:14
204:7
**explain** 2:14
14:19 20:21
21:8 40:19 58:5
117:2 134:4
138:1 141:1
145:12 147:17
152:2 155:24
161:7
**explained** 77:15
167:14
**explanation**
133:18
**expound** 112:19
**express** 194:10
**expressed** 59:1
170:17
**extend** 102:3
**extending** 102:12
102:20
**extensions**
103:24
**extensive** 149:25
**extensively** 35:15
47:25
**extent** 19:3 30:2
34:16 46:9,12
55:24 191:19
**extra** 49:9 148:25
206:12
**extraordinary**
131:10 156:22
196:3
**extremely** 182:20
**exudes** 189:6

**eyes** 156:13

**F**
**face** 32:23 37:9,9
**faces** 156:14
**facilitates** 30:23
**facility** 131:8
**fact** 25:4 27:22
29:12 66:6
67:20 106:9
136:1 137:7
138:12 139:16
142:15 169:3
171:9 176:10
181:13 190:7
199:15 205:9
**factors** 19:9
173:9
**factory** 128:9
**facts** 6:24
**fail** 27:8
**failed** 29:9
**fails** 27:5 29:5
**failure** 165:13
177:2
**fair** 16:11 188:15
189:7 190:5,25
193:19 194:14
196:9 199:24
**fairness** 81:23
149:13 179:21
**faith** 42:8 44:23
144:12 204:2
208:8
**fake** 142:4
**fall** 18:12 106:20
**fallback** 183:13
**false** 143:7 144:7
171:11
**familiar** 143:25
**family** 127:8
**far** 116:7 180:10
**fast** 94:10 119:25
**FAU** 130:23
132:11,16
**FAU's** 127:17
131:11

**favor** 131:15
137:15 140:15
145:1 147:6
151:16 155:13
160:13 167:2
181:25 200:17
201:12
**favorable** 137:14
200:16
**FDLE** 84:3
**fear** 48:16
**fearmonger**
181:14
**features** 118:23
**fed** 157:15
**federal** 10:17
24:6 59:10
156:12 157:12
158:7 183:5
200:1
**feds** 24:9
**feedback** 48:12
51:8 204:5
**feel** 40:9,21 46:13
86:12 108:4
137:1 186:12
203:5
**feels** 107:24
140:8
**fees** 3:6 8:10,15
41:10 45:10
60:18 75:9 80:7
80:17,25
**FEFSE** 112:2
**fell** 100:5
**felon** 6:13 15:15
33:21 120:22
**felonies** 4:14,18
4:20 7:11 33:23
143:6
**felons** 5:4 7:8,8
33:19 41:18
60:10 79:7
123:23 191:24
**felony** 4:6,6 7:9
8:11,19 72:11
75:8 134:12

138:10,14
177:11
**felt** 82:3
**fiduciary** 27:8,18
34:19
**field** 38:17 179:3
**fifth** 169:11
**figurative** 67:8
**figure** 8:14 14:5
14:7 43:13 47:6
47:11 61:1 62:1
72:15 80:22
91:13 107:9
108:20 109:5
122:3,12
136:10,11
190:13 199:1
**figuring** 91:15
**file** 43:9 142:18
196:22
**filed** 2:7 133:19
145:8 147:13
150:2 151:23
155:20 158:8
159:24 197:14
199:14,19
200:4
**fill** 37:11,14,17
**filled-out** 17:15
**film** 207:12,12
**final** 36:16
132:25 139:17
141:6,10
146:20 190:3
**financially** 210:8
**find** 8:9 37:8 72:9
88:1,7 93:7
102:11 105:1
109:10 114:23
115:8 140:9
146:19 147:2
171:18 172:9
172:20 181:12
206:24
**fine** 29:6 33:4,9
35:9 36:12 67:6
114:21,25

118:10 172:5
177:1 180:25
181:9 185:6
**fined** 67:2
**fines** 2:24 3:6
7:22 8:10,15
22:6,8,23 23:3
29:4 32:11 33:5
33:14 34:1 36:1
41:10,19 60:18
60:25 66:14
68:21 72:11
80:7,17,25
190:10 191:25
**fining** 176:20
**finish** 192:1
193:20
**finished** 78:19
133:18
**first** 2:8 16:13
32:20 41:4,13
61:15 66:22
80:11 85:1,3
89:1,19 126:1
128:22 129:18
133:8,21
146:23 165:23
168:15 185:16
187:3 198:8
203:2
**fiscal** 60:8
**fitting** 127:15
**five** 86:20 104:3
191:17
**five-year** 198:14
**fix** 13:21 198:14
**flap** 111:15
**flaps** 111:7,20
114:17 115:6
**flew** 83:2
**flooding** 172:17
**floor** 9:9 10:25
53:23 191:5
206:5 208:3
**Florid** 130:4
**Florida** 1:11 9:8
38:22 42:8 43:4

44:23 45:11
52:23 55:6
62:10 75:5
99:19 102:23
116:9 125:12
125:15 128:19
128:25 129:22
130:10,11
138:15 147:23
151:8 156:10
159:8 165:7
166:25 182:24
184:25 192:6
194:3 195:5,9
205:10 208:15
**Florida's** 24:5
164:20
**Floridians**
144:10 182:18
194:14
**focus** 10:8 11:15
31:12 54:4
99:23 100:25
132:15 168:23
**focused** 38:15
40:13
**folks** 5:14 55:12
55:18 60:24
65:4,5 86:7
90:18 93:22
104:24 108:5
141:20 153:9
156:1,5 186:19
186:21
**follow** 22:15
36:11,11 55:1
56:6 61:7 65:16
68:11 70:2
156:20 159:6
**followed** 194:22
**following** 44:10
68:16 86:25
101:17 102:21
189:2 195:20
196:2 201:1
**follows** 152:24
**fondness** 113:13

**foot** 194:2,2,3
**footprint** 89:1
**force** 153:2
**forced** 152:25
**forefront** 188:9
**foregoing** 210:2
**Foreign** 127:10
**foremost** 16:14
32:20
**Forest** 130:18
132:18
**forget** 193:12
197:17
**forgotten** 203:15
**form** 5:19 16:17
37:16 39:9 96:8
120:8 124:17
175:16
**formatting**
117:12
**former** 38:11
128:22 159:22
182:11 197:14
204:8,9
**forms** 17:6,6,9,9
17:14 19:6
120:3
**Fort** 172:17
182:24 195:13
**forth** 24:4 41:5
42:1 55:18
59:23 61:22
89:5 94:3
100:11 152:7
**forward** 3:22
109:13 132:20
150:10 165:9
198:15 200:15
206:22 207:1
**foul** 199:23
**four** 14:17 92:5
132:25 157:10
172:14 191:4
**frame** 206:15
208:7
**frames** 48:25
**frank** 46:23

**Franklin** 153:14
**fraternities**
176:22
**fraternity** 31:9
**fraud** 4:20
145:15 164:22
**fraudulent** 4:21
15:15 33:16
46:4 56:22
142:1,3
**Frederick** 178:16
178:19
**free** 164:22
**frequency** 47:24
95:23 96:19
146:8,17
**Frequently** 71:6
**friend** 204:17
**friendliest**
154:11
**friendly** 108:13
116:24 152:9
156:2 192:3,4
198:17
**friends** 86:15
**front** 35:7 83:4
102:15 144:9
170:1
**fruitful** 204:24
**fulfil** 183:10
**fulfill** 84:11
172:15
**fulfilling** 182:17
**full** 164:3
**full-time** 185:19
185:20 186:2
**function** 22:8
**funded** 122:22,23
171:12
**funding** 53:8
68:18 69:2 70:8
70:15 103:23
134:24 173:13
174:3
**fundings** 57:21
**funds** 70:11
**furnished** 161:14

163:2
**further** 9:20 14:9
24:19 41:8
75:14 106:6
112:1,3 130:16
130:24 131:6
167:10,15
201:6 207:17
207:25 210:5
**future** 14:5 84:17
116:16 132:21
186:22 202:12

**G**

**Gadsden** 205:16
**Gaffney** 130:19
**Gaines** 130:19
**Gallery** 127:3,5
**game** 144:14
179:18,19
207:11,12
**gathered** 34:25
**general** 2:23 5:1
65:3,9 66:3
78:3 87:21 91:5
121:18
**gentleman** 81:18
**genuine** 144:17
**geographical**
117:13
**getting** 2:19 4:16
23:19 44:13
86:22 87:19
90:12 118:6
120:10 125:14
169:23 184:1
186:11,19
199:13
**Giancarlo** 130:21
**Gilbert** 131:3
**GIS** 117:12
**give** 5:11 14:23
26:11 52:10
53:2 54:18
55:19 74:20
82:18 89:25
121:19 138:15

146:19 148:16
153:10 165:22
191:1
**given** 57:7 69:15
74:3 81:24
121:19 122:17
139:21 189:23
189:23,25
190:1 191:5
**gives** 93:14
207:16
**giving** 11:21
42:10 49:9
69:12 87:14
91:11 141:7
169:5 190:2,3
191:15 203:2
**glad** 91:10 165:8
**glasses** 149:3
208:17
**glitch** 198:14
**go** 2:8 5:15 8:11
9:20 14:15
23:12 32:18
41:7 47:4 53:3
53:8 58:19
61:23 76:24
80:17 83:25
87:25 88:8
100:15 109:13
109:23 110:2
116:7 120:1
121:11 133:3
135:13 144:2
150:17 157:17
158:11 159:10
159:14,17
162:15 163:6
166:16 168:3
168:21 170:23
183:9,14,17
185:4,7 187:11
191:25 193:11
195:15 196:22
204:20
**goal** 39:15 43:14
63:9 67:1,3,5

205:20
**goals** 146:10
149:15
**goes** 3:22 15:8
58:24 76:22
98:10 195:3
**going** 2:7 3:14
6:23 8:24 11:18
11:19 12:8
13:21 16:1 23:2
23:22 25:6
26:11 30:24
35:8,9 36:19
40:2 41:5 42:6
46:10,15 53:3
54:4 55:9 56:23
57:20 61:25
62:13 63:21
65:4 68:13 70:2
80:14 81:11
85:7 89:10
91:12,18 92:17
92:18 94:13,14
95:12,22 97:1,4
97:6 99:6
100:11,13,17
103:23 104:5
104:23 105:5
107:10,22,24
108:25 109:18
109:23 110:7
110:18 113:11
115:21,25
116:8,16 117:1
119:5 120:1
127:16,21
129:3 136:4
143:23 152:6
157:12,17
159:16 161:19
162:9 163:4,6
165:22 168:22
168:24 172:6
175:10,10,12
177:1 178:23
180:7 181:2,6,8
182:25 183:2

183:12 186:22
187:13 188:10
189:1 190:18
191:3,9,12
192:18 193:13
193:20,21,22
197:13,16
198:4 200:13
208:22
**gold** 127:8
208:15,19,23
**golden** 208:24
**Goldin** 130:19
**good** 8:8 16:10
17:22 27:24
28:22 30:16
37:1 51:19
52:10 53:15
64:4 79:23
84:19 109:3,10
135:16 136:8
136:13 137:9
141:12 144:12
149:7 164:13
174:24 175:4
184:1 194:20
195:15 202:8
202:10 208:22
**GOP** 182:9
202:19
**gotten** 108:22
207:15
**govern** 11:20
**governed** 172:24
**government** 3:4
49:12 152:14
158:8
**governor** 11:18
12:7,9,10,13
25:14 156:5,23
159:1,10,11
168:4,7 169:4
170:8 172:13
172:14 174:24
174:24 175:1
182:8,11,16,21
183:3,5,17

185:20,24
194:2,25 195:7
196:12 197:16
**governors** 25:12
**grab** 37:9
**grabbed** 105:9
**graduated**
127:13,25
**graduating**
132:19
**grand** 103:1
**grandfather**
187:8
**grandfathers**
187:9
**Grandmother**
187:9
**Grant** 83:3
**granting** 142:14
**grasp** 125:1
**grassroots** 44:24
**great** 5:10 8:2
12:9 13:19
22:12 27:21
37:1 38:22 39:5
39:20 41:3 43:3
50:13,21 73:9
74:21 75:2
79:16 132:20
141:14 166:23
166:24,25
189:5 195:16
203:17 204:17
**greater** 169:16
177:14 197:18
**greener** 197:18
**Greenlee** 130:20
**group** 1:23 20:16
31:16 44:22
124:9
**groups** 40:20
53:7 79:19
148:6 170:21
190:11 191:8
**Gruters** 197:6
**Guard** 127:22
**guardrails**

207:18
**guess** 5:1 6:12
38:10 87:1
90:20 151:2
189:14
**guest** 127:2
**guests** 128:21
**guide** 203:17
**guidelines** 87:9
189:3
**Guild** 176:21
**guilty** 38:19
**guise** 178:13
**guy** 44:1 54:5
159:14 160:9
**guys** 39:21,22
105:8 110:14
116:6,23
148:21 156:17
156:19 159:9
187:23

**H**

**half** 11:19 12:14
168:9 169:5
175:6
**hand** 17:5,13
19:6 142:6,7
200:13
**handful** 75:12
86:7 124:20
**handle** 18:5
136:1 180:12
**handled** 97:8
105:11
**handles** 177:8
**handling** 4:4
7:12 15:11,16
19:25 170:21
177:6,7,8,17
**handwrites**
174:13
**hanging** 208:18
**happen** 43:8 47:5
78:14 93:6
116:16 125:19
164:14 190:18

195:2,5
**happened** 52:15
  87:16 142:7
  146:17,18
  169:15
**happening** 47:23
  47:23 48:23
  63:17 92:16
  135:25 136:5
  142:12 144:15
  195:4
**happens** 9:11
  80:9 106:5
**happy** 32:2 76:5
  132:8 133:2
**harassment**
  171:13
**hard** 54:2 72:8
  99:4 111:1
  115:4 195:8
  199:10 205:10
  206:24
**harder** 124:16
  171:24 172:3
  204:22 205:6,8
**hardship** 36:20
**hardworking**
  46:7
**harm** 199:23
**hat** 203:24
**hate** 89:18 193:5
**hats** 2:18 203:14
**HB-1** 195:6
**he'll** 23:20
**head** 130:25
  131:2 152:19
**hear** 98:15
  101:18 104:25
  118:13 185:11
  193:5 197:14
**heard** 35:15 73:4
  73:5 85:1 90:13
  90:21 99:14
  123:15 134:7
  146:16 170:20
  171:8,22 189:9
  189:10 191:16

204:21
**hearing** 85:4
  89:5,19 92:23
  139:5 183:25
**hearings** 139:16
**heart** 150:6
**heartburn**
  189:18
**heavy** 78:4 150:6
**heck** 16:9 156:3
**held** 208:11
**help** 8:9 29:7
  37:23 41:17,23
  42:23 45:16,21
  47:10 49:15
  50:16 51:21
  53:5 60:22 70:8
  100:1 122:7,7
  122:10,11
  127:21 148:25
  152:9,11
  153:15,16
  168:2 170:8
  174:7 176:23
  176:25 184:19
  184:20 187:14
  191:2,13
  203:17 207:23
**helped** 132:16
**helpful** 104:3
  169:14
**helping** 40:22
  41:25 141:20
  146:18,19
  166:20 168:3
  191:11 208:10
**helps** 52:17 56:1
  148:22
**Herold** 131:4
**hesitant** 176:25
**hey** 37:22 52:15
  60:2 66:25 77:2
  79:11 80:2
  157:7 192:18
  192:21
**high** 206:10
  208:11

**high-ranking**
  178:3
**higher** 6:1 10:17
  25:1
**highest** 9:22
  24:13 205:14
**highly** 134:15
**Highway** 19:20
  41:6 59:21
**hinder** 205:2,20
**hire** 46:13,25
  47:8
**hired** 19:17 20:9
**Hispanic** 120:2
  121:22
**Hispanics** 184:8
**history** 24:5
  83:11 127:15
  165:5
**hit** 59:17 89:1
**hold** 68:13,15
  83:16 106:15
  110:9 156:21
  183:9
**holds** 206:8
**home** 50:17
  142:10
**homeowners**
  186:18
**honest** 10:7
  11:17 160:8
  181:23 182:4
**honestly** 28:19
  29:3 47:25
  48:20 100:3
  150:21 198:14
**hope** 55:17
  136:18 140:14
  141:20 147:5
  171:17,19
**hopefully** 36:10
  41:11 47:8
  52:16 115:20
  116:23 140:5
  155:8
**hoping** 158:21
**hostage** 183:9

**hotline** 73:4
  82:10,12
  120:21
**hour** 185:23
**hours** 134:21
**house** 87:17
  107:17 116:10
  174:20 175:4
  202:11
**Hudson** 2:11,13
  2:15 4:11 5:7,8
  6:18,19 7:24,25
  9:2,3 10:12,13
  11:23,24 12:16
  12:17 13:15,16
  14:14,20,22
  15:7,22,24 16:1
  16:8 23:13,14
  23:19,23,25
  25:8,10,24 26:3
  26:10 38:11,11
  38:25 39:2
  40:25 41:2
  42:25 43:2 44:8
  44:9 45:3,5
  46:18,20 51:10
  54:5,10,15,17
  55:7,9,23 56:10
  56:14,16 57:5
  57:10,12 58:7,8
  59:13,15 60:13
  60:15 61:11,13
  62:8,15,17 63:6
  63:8,21 71:1,3
  71:4,22,24
  72:24 73:9
  74:24 75:1,23
  75:25 76:9,15
  76:17 78:10,11
  79:10,11,15
  81:7,8,17 82:7
  82:8 84:4,5,20
  84:21 85:23,24
  86:19 87:11,12
  88:16 89:7,8
  90:25 91:1,24
  91:25 93:10,11

95:9,17 96:16
  96:22,24 97:25
  98:2,21,22
  99:12 101:10
  101:11 102:10
  104:13,14
  105:19,21
  107:1,3 108:12
  108:14 110:23
  110:24 112:14
  112:19,22,23
  114:10,11
  115:14,15
  116:2,3 120:5,6
  120:18,19
  121:6,7,14,15
  121:24,25
  122:19,20
  123:3,4 133:12
  133:19 135:5,7
  135:8,9 138:24
  157:6,7 158:23
  159:23 167:14
  167:19 174:23
  175:20 180:6
  181:16 182:15
  192:22 198:9
  199:6,8 204:14
  206:21
**Hudson's** 47:15
  99:13 200:25
  201:8
**huge** 11:20 104:9
  168:10
**hundred** 90:17
  101:16
**hundreds** 75:5,11
  86:11 134:21
**hurdles** 92:17
  193:4
**hurt** 56:22 168:3
  169:12,20
  170:7
**hurting** 124:17
**husband** 193:8
**hyper-** 154:2

**I**

**i.e** 182:24,25
**idea** 60:12 80:21
  84:19 90:20,22
  115:21 136:2
  149:17,19
  173:15,25
**ideas** 150:1
  196:25 199:12
**identified** 33:17
  103:12 134:12
**identifier** 13:23
  13:25
**identifiers**
  116:11
**identify** 42:14
  99:16 106:9
  108:1 139:16
  146:25 191:19
  207:2
**identifying**
  103:11 115:22
  140:11
**identity** 7:13
  33:17 35:13
  88:24
**IDs** 206:4
**IED** 128:7,8
**ifs** 109:12
**ignore** 197:17
**illegal** 15:11 67:4
  123:25 124:16
  171:12
**illegally** 54:13
**imagine** 178:6
**immunity** 141:16
  142:14,19
  144:19
**impact** 60:8
  132:23
**impetus** 63:16,18
  64:21 65:17,18
  68:17
**implement** 39:15
  40:20 111:20
  136:16 174:3
  190:10

**implementable**
  150:4
**implementation**
  2:23 38:14,15
  38:18 39:14
  41:13 53:4
  80:14 96:15
  97:7 112:6
  165:13,14,18
  165:20 166:5
**implemented**
  134:15 149:21
  165:12
**implementing**
  61:18
**importance** 27:2
  28:2 69:10,11
**important** 11:12
  16:25 27:15
  34:18 35:17
  37:19 39:3
  40:11,14 59:16
  66:6 69:16
  71:25 137:7
  175:14 186:20
  186:20 189:18
  198:18,19,21
  203:3 204:20
  207:14
**importantly**
  41:12
**improve** 53:2
  207:8,9
**improving** 46:3
**inaccurate** 60:2
**inaccurately**
  144:1
**inactive** 64:7,18
**inception** 64:12
**incident** 5:21
**include** 84:17
  148:2 207:21
**included** 151:13
  151:14
**including** 16:21
  139:23 151:5
  203:22

**inclusion** 150:24
**incomplete** 49:25
  162:3
**inconsistent**
  161:25
**incorporating**
  79:24
**incorrectly** 56:11
  79:17 119:17
**increase** 36:1
  57:6,7 95:22
  96:9 122:16,17
  146:8 176:15
**increased** 2:24
  123:14
**increasing** 22:6
**incredible** 129:22
  130:3,10
  148:18 205:11
**incredibly**
  149:16 195:19
**indicate** 126:17
  126:18
**indicated** 66:12
  71:5 73:25 79:4
  173:23 174:23
**indicates** 58:2
**indication** 68:10
  74:16 174:7
**Indiscernible**
  119:23 158:19
**individual** 25:1
  26:4,5 30:18
  33:23 37:20
  45:8,13,18,21
  58:19 72:2
  77:17 85:19
  86:25 111:4
  122:7 145:16
**individuals** 8:17
  31:7 46:17
  71:20 72:4 73:6
  74:10,22 86:10
  88:12 168:1
  175:2,3 176:3
  179:12,21
**industrial** 78:4

**industry** 113:13
  187:24
**ineligibility**
  47:20 48:11
  51:2 138:4,9,17
  141:9 146:21
  188:13
**ineligible** 51:17
  138:6,18
  140:12 141:15
  164:2,5 189:1
  189:19 190:1
**inequitable**
  195:19
**infantry** 127:9
**inform** 41:17
  50:4 162:7
**information** 5:18
  5:18 6:4 7:12
  8:5,6 15:16
  16:15 19:4,22
  22:19 28:25
  29:8 32:8,19
  33:20 37:8,10
  37:11 38:3 41:8
  41:15 43:16
  45:14 49:17,23
  50:2,19 51:15
  52:3,13 61:3,22
  64:9 69:13 74:5
  74:12,18 76:2
  76:22 80:12
  81:13 83:9,22
  84:3,11 88:1
  89:3 91:20,21
  92:2,7 93:14
  95:16,21,25
  96:12,18,21
  97:6,17,22 98:5
  98:11 115:22
  117:4,13,20
  118:4,21
  120:21 121:3
  135:13 136:2
  138:5,7,16
  139:8 143:7
  144:1 145:22

  146:9,9,17
  161:14 162:1,5
  163:1,5,22
  189:9,15
  191:20 207:25
**initiate** 42:20
  77:23
**initiating** 58:2
**injury** 180:25
**input** 99:15
  204:5,12
**inscription**
  162:13
**insert** 2:12
  133:13,16
  134:2 137:24
  140:24 145:10
  147:15 151:25
  155:22 161:5
**inside** 111:7
**insights** 203:23
**instance** 152:19
**instances** 5:4
  181:11
**instant** 83:13
**instituting**
  173:10
**insult** 180:25
**insurance** 182:25
  197:9
**integrity** 137:2
  176:1 178:13
  179:22 187:11
**intended** 181:17
**intending** 162:21
**intent** 56:19,20
  56:20 69:14
  77:14 98:20
  114:22,23
  143:23 154:11
  166:21 200:4
**intention** 181:25
**intentionality**
  165:17
**intentionally**
  165:8
**intentions** 166:1

interactable 117:13
interaction 95:24
interested 210:8
interesting 117:10
intermeddling 120:11
interpret 78:7
interpretation 165:17
interpreted 77:14,17 78:6
interrogative 82:1
intimidation 177:23
introduction 126:23
investigated 7:7 128:8 144:23
investigation 29:10
investigations 22:22 35:20 137:6,8
invite 84:16
invoke 181:14
involved 4:5 85:12 123:16 131:10 181:15
involves 165:15 165:16
Iraq 127:23
Isiah 130:19
issuance 164:4
issue 6:12 14:7 54:14 74:7 83:7 104:9 105:12 106:2,8 111:9 113:6 116:25 119:12 157:22 173:16 180:23 197:11,12 206:19 207:3
issued 163:23 173:19

issues 12:23 25:16 71:16 72:11 87:6 100:6 123:25 149:23 153:16 154:25 171:11 182:23 186:18 197:2 204:14 204:17 206:1
issuing 67:21
items 87:22
iterations 202:12

J
Jack 130:20
Jackson 153:14
jail 46:15
Jalen 130:18
Japan 82:22
Javier 182:14
Jay 203:12
Jean 127:7
Jeanie 127:13 128:11
jeopardy 86:12
Jim 165:5
job 6:16 10:8,10 12:9 16:9 19:23 39:20 79:23 106:19 170:8 185:21,21 186:2 191:14 198:25 199:4 205:21
jobs 25:4 185:19
Joe 6:15,16 196:7
John 182:10
John's 101:13
Johnell 130:18
Johns 205:17
Johnson 130:20
join 133:2 193:21
joined 127:22
Jones 14:10,12 14:25 15:2,17 15:20 16:10 17:18,19,25

18:11,17,19 19:10,12 20:5 20:17,19 21:2,6 21:20,22 23:8 23:10 24:20,22 25:17,19 180:2 180:4
Jose 182:13
judicial 139:6 199:2
Julie 210:13
jump 112:15 116:21
jumped 85:9
jury 16:21
justification 16:12 21:16
justifies 32:10

K
Kandahar 128:7
keep 22:25 48:3 49:20 60:20 65:2 92:23 93:3 93:13 107:11 109:18 110:7 111:3 144:3 157:16 161:22 194:19 208:21 208:22
keeps 103:23
kept 10:6 94:20 115:5
key 48:13 208:10
kick 6:23
kidding 110:7
kids 178:5,7 187:2,2,10
killed 128:6
kind 16:14 17:1 18:13 21:15 33:4,18 44:21 48:7 50:21 55:15 58:9 65:16 67:16 80:10 85:3 105:7,22

106:24 110:16 117:2,12 118:25 152:13 152:18 188:17
kinds 172:10
Klan 177:23
Klux 177:23
knew 194:9
knocked 86:22
knocking 185:1
know 6:16,21 7:18,21 10:5,7 11:16 12:20 13:8,21 14:3,6 16:19 17:5 22:13 23:22 24:4,13 26:21 31:8 33:1 35:9 35:9 37:12,22 38:16,18 39:12 39:17 40:19 41:11 44:1,4 46:5 49:5,12 50:25 51:11 52:23 54:3 55:15,25 57:1 58:17 60:2,9,11 60:16,18 62:11 63:15 64:6 65:4 65:5,10 66:8,25 67:1,13 68:5 71:12,13,25 72:6 73:20 74:12,18 75:6 76:23 77:14 78:2 80:24 83:10 84:6 85:2 86:8,13,19,20 87:18,24 89:1 89:11,22 91:11 91:19,21 92:4,5 92:19,25,25 93:18 94:16 95:12 96:2,2 98:25 99:5,24 100:24 101:7 101:21 102:11

102:25 105:8 105:25 106:3 106:10 107:16 107:21 108:23 109:3,16,16 110:2,25 113:12,15 116:14,15 120:22 121:17 123:7 124:5,22 126:1 127:21 127:21 132:13 136:7 140:6 147:2,20 148:20 150:1 150:21,25 151:10 152:18 153:6 154:2 156:14 165:4 167:22 168:25 169:4,19,24 170:12,18 171:15 172:2,5 174:12 179:15 183:25 184:6 184:11,22 185:2,3,11,12 185:23 186:12 187:1 188:1,14 189:24 190:14 190:14 192:13 192:22,23 193:4 196:18 197:3,6,7 202:5 202:11 203:7 203:15 204:3 204:11 207:7 207:19
knowing 13:24 19:14 117:4,23
known 86:6,20 182:13
knows 7:16 148:7 148:20 156:3
Korea 127:10
KT 131:4
Ku 177:23

**Kyle** 131:1

**L**

**lady** 147:22
**laid** 21:16 105:21
**land** 9:23 18:15
  24:14 106:24
  109:10 156:18
**landed** 21:18
  84:7 105:2
**landing** 197:17
  197:19
**language** 4:15
  55:4 78:7
  121:17 122:11
  134:11 144:3
  148:4 162:20
**languages** 120:4
  121:22 184:7
  184:12
**large** 48:12 85:10
  85:12 86:14
**larger** 177:12
**late** 108:17 145:8
  147:13 150:2
  151:23 155:20
**Latino** 184:1
**Lauderdale**
  172:18 182:24
  195:13
**laughingstock**
  208:19
**laurels** 207:10
**law** 4:19 9:7,12
  9:24 11:8 12:15
  13:22 14:6 17:7
  17:12 22:8,9,15
  23:4,13,15
  24:11,12,17
  26:23 27:18
  29:4,7 33:14
  34:20 36:11,12
  45:11 51:4
  69:21 74:16
  75:17 76:11
  104:17 124:21
  138:9 141:3

158:6 163:22
  164:11 171:14
  172:21,22,23
  172:25 181:18
  182:11 183:12
  195:3
**lawfully** 205:6
**laws** 10:5,11
  11:14 165:5
  167:25 168:1
  168:15 184:16
  198:25
**lawsuit** 151:10
**lawyer** 46:14,25
**lawyers** 8:8 41:17
  46:24 206:20
**lay** 27:25
**laying** 27:17
**leader** 204:16
**League** 31:9
  176:22 185:9
**learn** 188:5
**learned** 32:10
  163:7 195:8
  203:5
**learning** 22:19
  188:3
**leave** 82:14
  156:18 185:8
  192:23 193:24
**leaves** 188:6
**leaving** 154:21
**led** 204:15
**Lee** 83:4 206:2
**left** 99:25 175:4,7
  194:22
**legal** 8:8,18 15:10
  18:5 42:16,19
  49:19 50:7 58:4
  77:12,22,25
  78:8 159:13
  161:20 162:10
  162:18
**legally** 39:12
  54:11 86:6
  88:12
**legislate** 206:20

**legislation** 30:5
  31:24 39:6
  68:13 70:7,18
  114:23 116:12
  158:11 172:10
  173:14,18
  174:15 176:3
  184:18 202:12
  203:4 204:6
  206:6
**legislative** 1:11
  112:4,5 185:19
**legislators**
  165:11 175:4
  185:18
**legislature** 39:9
  79:9,25 88:17
  139:19 168:11
  174:21 186:7
  198:24 199:4
  206:19
**legitimate** 124:11
**lengthy** 164:7
**Leo** 130:17
**lessening** 192:24
  192:25 193:3
**lessons** 195:8
**let's** 3:20 8:23
  10:7 11:17
  19:20 72:19
  77:19 102:1
  103:6 106:13
  116:21 148:16
  149:4 150:23
  150:24 160:8
  175:13 176:17
  179:6 181:22
  182:4 197:22
  199:4 208:21
  208:22,23,25
**letting** 60:2
**level** 63:3 95:11
  95:25 96:10,12
  97:8 122:23
  152:21,23
  153:18 155:1
  157:12,13

199:25 200:1
**leveling** 179:2
**liberty** 81:17
  85:19 172:19
**license** 43:7
  58:17 77:1
**lie** 143:12
**lieutenant** 128:2
  159:11
**life** 127:13,18
  128:10
**lifeline** 118:7,19
**lift** 49:4
**light** 78:4,5 87:16
**limit** 121:12
**limited** 202:19
**line** 4:1 13:2
  14:23 15:4
  16:14 17:21
  32:21 44:10
  59:7 72:25
  77:13 98:3
  116:14 147:25
  152:24 197:13
**lined** 183:16
**lines** 42:12,12
  58:1 93:2 94:13
  94:21,25 95:1
  103:5 104:5
  133:15 134:1
  135:24 137:23
  140:23 145:10
  147:15 150:16
  151:25 152:14
  155:22 161:4
**link** 92:5
**list** 42:20 43:10
  43:13,16 47:19
  47:22 48:10
  58:2,15,21 59:2
  59:8,18 72:1,17
  76:20 77:23
  79:7,22,22,24
  93:17,19,19,22
  94:1,7 102:11
  152:17 154:7
  161:16 170:11

183:1 207:22
**listen** 53:3 89:17
  127:3 155:5
  156:16 161:10
  197:3
**listening** 43:24
  112:10 155:4
**listing** 161:12
**literal** 67:7
**literally** 49:11
  168:8 190:2
**litigate** 206:20
**little** 6:24 7:6
  11:9 12:6 31:25
  49:5 52:2 58:10
  59:17 60:7,23
  70:6,9 101:6
  105:20 113:12
  119:21 137:5
  148:24 149:13
  152:5 162:13
  174:9 186:12
  203:5
**live** 44:4,11 58:14
**lived** 96:3 179:14
**lives** 125:11
**living** 78:14
**lobbyists** 13:20
  108:19
**local** 10:18 24:8
  62:1 65:6 71:8
  80:12,18,23
  95:11,11,11,23
  95:23 97:5
  134:18 152:13
  152:23 153:17
  155:1 192:11
**locally** 117:24
**locals** 97:9 155:4
  157:15 199:20
**location** 3:3
  125:14
**locations** 44:5
**Lock** 160:21
  209:3
**long** 19:16,23
  72:3 90:22,24

91:18 175:7
189:20 208:17
**longer** 102:4
179:17
**look** 22:23 33:2
41:4 42:11 55:9
60:3 66:13
73:11,17 77:7
92:12 98:3
109:13 112:25
114:17,19
150:10,22
153:8 170:23
185:13 186:21
187:1,4 192:20
198:14 200:15
**looked** 98:25
112:17 149:23
150:4 154:3
159:3
**looking** 4:1 5:2
23:13 31:18
33:8 46:8 64:10
66:25 132:20
135:23 156:14
178:21,22
186:22 208:18
**looks** 12:21 27:25
91:5
**looting** 195:1
**Lorient** 130:20
**lose** 175:1 197:15
197:16 199:23
**loss** 85:19
**lost** 30:11,12
127:18 128:10
202:10 207:15
**lot** 6:22 7:6 8:8,8
8:24 13:8 16:3
26:14,22 31:6
39:17 43:25
45:19 47:16
48:2 53:5 54:3
58:12 65:25
79:24 81:23
83:5 84:6 87:6
90:10,12

104:24 116:17
124:19,20
155:2 156:3
165:1 166:6,11
166:17 168:19
187:22,25
188:10 190:6
196:14 203:5
204:19,21
207:15
**love** 43:25 109:4
127:13
**lovely** 127:6
**lunch** 90:5 110:4
110:10

_____

## M

**M** 1:24
**machine** 105:11
**Madam** 2:15 3:9
3:14 4:11,17,24
5:8 6:9,19 7:3
7:25 8:21 9:3
10:2,13 11:24
12:17,25 13:16
79:11 81:8,16
82:21 84:21
85:6,24 86:18
87:12 89:8 90:6
91:1,16 92:10
94:12 95:7
96:24 97:11
98:14,22 99:10
100:10,20
101:5,11,25
102:9 103:4,16
103:22 105:19
107:4,15
108:14 109:15
110:24 111:25
112:12,23
114:11 115:16
115:18 116:3
116:20 117:9
117:17 118:1
118:17 119:4
119:14,23

120:6,13,19
121:7,25
122:20 123:18
124:14 125:6
125:18 126:7
126:19,24
129:9,12
131:13 132:3,7
134:5 135:9,22
136:24 138:2
138:19 139:2
139:14 141:2
142:23 143:4
143:20 144:25
145:13 146:3
146:15 147:4
147:18 148:9
148:15 149:11
150:14 152:3
153:24 154:14
155:25 157:7
158:18,22
160:7,22 161:8
163:16 164:17
167:11,21
171:5 194:17
198:2 199:8
202:2,18 203:1
208:21 209:5
**magnifying**
208:17
**mail** 13:4 44:13
53:10 64:20
89:3 98:17,18
98:19 99:2
100:7 102:24
105:6 110:16
110:20 112:3
113:19 148:3
169:16,17,19
176:12,13,13
176:14,16
184:4 192:25
193:13 206:15
**mailed** 102:5
**mailing** 13:5
100:6

**main** 173:9
**maintain** 179:11
187:10
**maintenance**
42:21 43:11,17
47:19,22 48:11
58:2,15,21 59:2
59:8,18 72:1,17
76:20 77:23
207:23
**major** 110:17
114:3
**majority** 9:10
107:25 156:17
159:9
**making** 19:4
35:11,12 65:2
88:6 108:5
110:8,9,19
124:16 132:25
140:9 144:17
156:22 166:13
174:5,6 182:19
190:24 198:25
204:22 205:7
**malign** 22:13
**maligned** 32:25
**mandate** 136:10
136:11
**mandating** 164:3
**mandatory** 103:8
**manner** 208:6
**manual** 105:10
**manually** 105:12
**maps** 117:14
152:21
**marathon** 54:3
**march** 59:12
177:23
**marina** 44:11
**marinas** 44:1,5
**mark** 193:15,16
193:17 194:15
**marketing** 74:6
74:10 75:4 86:3
86:9 87:22
**married** 128:2

156:6
**Martin** 130:21
**Mary** 127:25
**massive** 87:22
**match** 62:13
**matches** 62:21
**matching** 62:9,11
106:2,8 207:2
207:17
**mate** 182:9
**matter** 92:4
158:7 166:1
193:22 210:4
**Mayfield** 126:6,7
126:22,24
**McCain** 182:10
**mean** 17:15 67:6
85:13 93:16
97:2 105:20
189:12 191:25
204:10
**meaningful**
207:1
**means** 31:11
138:18 189:24
**meant** 6:21 36:2
**measurable**
68:19
**measure** 63:4
94:15
**mechanical**
48:19 132:19
203:9
**mechanics** 48:8
48:22
**mechanism** 70:5
173:13 174:3
**media** 46:5 86:15
**medium** 134:21
**meet** 40:16 44:1
128:15
**meeting** 27:17
47:10 74:15
109:21 111:18
126:2 196:12
**meetings** 126:3
**member** 159:22

160:7 165:7
198:23 199:21
**members** 9:9
79:25 88:10
90:15 92:24
125:24 127:1
130:17 132:18
133:17 134:7
137:1 157:9
159:25 174:20
194:20 196:21
200:5,24
202:10 203:13
207:14
**men** 194:21
195:15
**men's** 128:25
129:23 130:5
130:11,23
131:11
**mention** 181:3
**mentioned** 47:10
52:22 59:19
60:9 114:15
152:7 194:20
200:8
**mentor** 204:18
**merely** 100:1
**mess** 116:7
**met** 37:8
**method** 62:22
65:21 66:1
148:3
**Miami** 125:11,13
184:11
**Miami-Dade**
5:21
**mic** 49:4
**Michael** 130:18
132:18
**midst** 114:8
**midterm** 205:13
205:15
**million** 11:18
25:3 32:11 35:1
134:23 136:12
175:6 177:2

205:19
**mind** 6:23 21:2
38:20 65:11
76:9 115:16
157:11
**mindful** 82:23
**mine** 150:18
**minimum** 42:13
**minority** 9:10
169:12
**minute** 188:4
**minutes** 50:22
83:20 127:2
**misinterpreted**
79:17
**misleading** 52:3
52:13
**misled** 165:2
**missed** 56:6
193:16,17
194:15
**missing** 50:1
53:22 131:24
162:4 193:14
193:15,17
**mission** 27:17
**mistake** 144:18
**misunderstand...**
85:20
**misunderstood**
123:15
**mitigate** 71:16
**mix** 13:24
**mixed** 104:19
105:8
**model** 85:14
188:16,19
195:10
**mom** 127:20
187:8
**moment** 53:20
128:14 183:23
203:24 204:16
**money** 57:6
79:13 90:18
122:16 171:12
175:17 184:15

184:17,18
**monthly** 95:19
145:18
**months** 91:10
186:14,15
191:4 195:7
**mother-in-law**
193:7,10
**motion** 126:10
129:9,11,17
136:2 201:12
201:16
**motivated** 10:6
**Motor** 19:20 41:6
59:21
**mouths** 196:17
**move** 2:22 8:23
14:10 24:9
25:22 43:4,4,5
43:6,17 58:10
58:10,11 75:20
75:21 76:14,22
97:24 125:13
126:8 129:14
150:9 165:9
181:25
**moved** 58:16
72:7 76:25
99:24
**movement** 136:2
**moves** 125:11
201:10
**moving** 7:15 13:2
55:18 59:25
79:13
**multifaceted**
165:15
**multileveled**
165:15
**multiple** 7:9
99:18 111:19
111:20 137:17
137:19 140:17
140:19 145:3,5
147:8,10
151:18,20
155:15,17

160:15,17
167:4,6
**municipal** 119:1
**municipals** 65:7

___

**N**

**name** 185:10
205:3
**narrowly** 88:20
154:24
**nation** 165:4
195:10
**national** 11:5
24:13 71:8
127:22 132:15
195:1
**nationally** 88:25
130:1,7,15
**natural** 198:12
**nay** 131:18
137:18 140:18
145:4 147:9
151:19 155:16
160:10,16
167:5 200:20
201:15
**nays** 137:19
140:19 145:5
147:10 151:20
155:17 160:17
160:22 167:6
200:21 209:5
**NCIC** 83:12 87:5
88:24
**NCICs** 83:10,19
84:2
**nearly** 203:7
**necessarily** 40:9
105:7 172:22
**necessary** 64:18
104:10 145:22
170:18 171:2
172:11 195:17
**need** 8:25 9:23
24:2 33:24 34:2
40:23,24 41:14
41:23,23 44:20

77:3,7 100:1
101:2 122:7,10
141:14 148:1
148:24 149:5
152:12 168:23
182:23 190:20
194:2 208:9,11
**needed** 35:18
57:22 166:6
178:4
**needing** 124:24
**needs** 37:20
46:25 61:23
73:20 122:7
148:22 150:8
200:8 206:19
**nefarious** 200:12
**negating** 108:3,7
**neglected** 25:6
**negligent** 11:16
**neighbors** 187:2
**neither** 210:5
**never** 37:8 39:25
115:12 165:9
168:20 178:16
178:17,18,18
188:6 194:6
**new** 22:8 28:17
47:22,22 51:1
53:10 91:4
95:10,14 96:6
120:24 121:17
125:13 130:22
186:20 203:4
**nexus** 7:12 70:1
175:13
**nice** 81:18 185:25
**Nicholas** 130:17
**nigh** 51:14
**night** 108:17
109:6
**nine** 109:25
126:2 133:21
**noble** 149:16
**nod** 148:20
**nominal** 102:25
**nominee** 182:9

non- 173:2
non-citizen 6:14
    17:13
non-citizens 5:4
    19:15 191:23
non-existing
    171:7
non-U.S 18:4,15
    18:22 19:18
    180:9,11
nonpartisan
    197:10,12
normal 60:19
normally 60:18
    97:7
note 39:4 59:16
notice 23:4 49:24
    50:3,20 51:3,18
    52:16 109:22
    138:4,17 141:5
    141:9 162:2,6
    162:16 164:13
    189:16,17
noticed 72:25
    82:2
notify 145:16
Nova 38:12
November 47:5
number 14:23
    23:1 28:23
    39:11,12 64:6
    69:10 71:19
    73:4,6,6,10,11
    73:14,14,19
    74:3,8,20,21
    76:2,10,18
    81:20,24 82:13
    82:16 85:8,11
    85:18 86:14
    87:25 88:23
    90:15 91:4,8
    98:18 120:16
    120:24 121:9
    121:13,16,17
    124:4 128:21
    142:6 167:13
    171:17,18

173:11 191:3,4
numbers 73:12
    75:3 82:9
    121:19 169:17
    191:1,5,7
    196:14 205:18
Numerous
    200:19,21
    201:14
NW 1:24

_____

O

o'clock 109:7
    126:13
oath 37:14
object 171:21
objection 99:14
    129:16 178:1
objective 178:7
obtain 103:2
obtaining 19:7
obviate 87:5
obviating 89:4
obviously 6:3
    20:9 29:3,9
    38:1 48:2 56:22
    66:23 68:4
    73:15 99:3,15
    99:18 101:18
    123:25 149:15
    163:24
offenses 4:8
    35:19
offered 154:7
    179:10 192:5,7
offering 139:4
    206:18
offhand 34:14
office 9:22 10:9
    10:17,17 11:6
    11:17 16:22
    19:21 24:7,8,13
    24:14 25:1
    33:10,14 73:3
    81:6 88:21 91:6
    121:18 134:22
    136:4 137:9

142:13 156:12
    156:21 157:14
    158:2 159:7
    168:2,3,8
    174:22 180:21
    183:5 184:10
    186:3,4 187:25
    191:20
officer 127:9
offices 122:8,9
    134:19,20
official 20:10,15
officials 185:17
    186:10
oh 135:21 185:11
    191:1
Ohio 172:18
okay 3:24 8:23
    11:17 13:2
    25:22 26:16
    38:4,6 55:1
    62:3 78:22 89:6
    90:8 105:18
    109:19 121:1
    122:15 125:10
    125:24 156:17
    167:18 168:6
    168:12 198:1
    200:24 201:9
old 43:9 193:11
once 98:9 188:5
ones 28:18 32:22
    105:22 123:24
    169:22 185:7,8
online 29:20
    30:17 37:8
    174:10
onus 40:22 45:7
    45:12,18 70:19
    98:9
open 89:16,23
    118:25 131:21
    160:19
open-door 84:23
opening 105:11
operate 23:7
    188:19 203:10

operated 188:17
operation 131:8
operations 60:20
    92:8 131:3
opinion 21:19
    90:16,19,23
    109:4 166:11
    191:3
opportunities
    50:13 99:19
    102:23 193:1
opportunity
    16:11 20:6
    26:25 37:1
    55:22 68:12,17
    68:24 74:2,9,10
    101:1 103:1,20
    138:16 139:8
    139:21 146:6
    163:19 176:16
    189:23 194:12
    203:3
opposed 19:7
    131:18 137:18
    140:18 145:4
    147:9 151:19
    155:16 160:16
    167:5 200:20
    201:15
opposite 107:7
opposition 173:7
    173:10 175:19
option 105:24
    148:8 151:13
    207:5
order 64:17 79:7
    81:13 83:12
    93:25 98:5
    126:21 139:16
    176:15,19
    194:21 195:3
    201:2
orders 194:22
organization
    19:6 20:12,13
    20:14 22:7 27:4
    27:5 30:20

40:10 42:8
    173:16,20
    180:22
organizations 5:3
    7:6 22:11,14,18
    22:21 23:3 28:3
    29:19,20 31:13
    32:22 33:2,6
    34:2,9,17 36:4
    63:14 64:6,17
    66:7,13,15,16
    67:21 68:14,18
    68:22,24 69:1
    69:17 70:4,9,11
    70:16 124:10
    169:10,24
    170:4 172:7
    173:12 174:2
    176:21 180:14
    181:1,4,5,14
    184:23,25
    185:9 205:24
    206:2
original 2:17 9:7
    48:4 73:1 98:23
    99:23 100:4
    157:9 199:19
    200:4 201:1
originally 81:4
    100:16
Orlando 125:12
Osceola 125:12
Osgood 38:6,8
    39:3 40:6,8
    41:3 42:3,5
    43:20,22 44:17
    44:19 45:25
    46:2,21 47:17
    49:3,7 50:12
    51:23,25 52:9
    52:19,21 53:15
    53:17,19 58:9
    80:13 133:15
    161:4,6,8
    163:18 164:16
    164:17 179:8
    181:3

**Osgood's** 79:3
133:22 161:1
**outcome** 176:2,6
179:24
**outcomes** 176:5
176:18 177:13
178:14,15
179:7
**outrage** 206:4
**outside** 32:1
159:7
**outstanding** 8:15
41:10,19 45:10
80:7
**overall** 131:9
**overburdening**
57:21
**overlapping**
55:17
**overly** 70:21
**overwhelmingly**
22:14
**Owls** 131:4 133:3
**owner** 44:2

**P**

**p.m** 102:21
126:13
**P.O** 44:16
**PAC** 3:7
**package** 69:11
208:13,13
**packages** 67:23
**page** 15:4 56:13
**pages** 117:18
154:19
**paid** 7:23 8:10
60:19,19,24
68:6,12 80:6,17
80:24 185:21
185:24
**paint** 22:11,13
**paintings** 128:12
128:14,16
**Palm** 129:13
132:24
**pandemic** 186:8

**paperwork** 32:17
**paradigm** 167:1
**parallel** 69:9,14
70:1
**parameters** 87:9
**parody** 156:8
159:19
**part** 4:21 16:2
33:4 37:19
43:16 48:12
79:21 82:1
98:11 101:22
115:23,24
147:22 183:13
185:17,21
206:7 208:2
**participate** 40:3
166:24
**particular** 6:22
26:15 31:23
74:1,7 78:7
79:3 83:13 84:8
85:1,8 89:20
92:1 93:16 94:8
111:22 112:20
152:23 159:22
160:6 164:9
176:4 177:4
203:23
**particularly**
165:20 180:8
**parties** 5:17 9:14
24:17 210:7
**partisan** 202:13
**partner** 39:5
198:10 204:1
**partnership**
204:5
**parts** 48:12,19
94:19 115:2
**party** 9:10 15:12
26:11 68:17
169:13 170:8
178:4 183:15
184:25 204:8
205:23
**pass** 57:9 108:24

160:25 187:13
**passed** 9:7 24:6
83:1 85:13,14
**PASSIDOMO**
2:6,13 3:11,17
4:10,23 5:7 6:8
6:18 7:1,14,24
8:20 9:2 10:1
10:12 11:10,23
12:11,16,24
13:15 79:10,13
81:2,7,14 82:2
82:7,18 84:4,15
84:20 85:5,23
86:17 87:11
88:15 89:7 90:2
90:8,25 91:16
91:24 92:9
93:10 94:11
95:3 96:22
97:10,25 98:13
98:21 99:9
100:9,19 101:4
101:10,24
102:6 103:3,14
103:21 104:13
105:3,16 107:1
107:14 108:12
109:14,18,20
110:5,23
111:24 112:11
112:22 113:10
114:10 115:10
115:14,17
116:2,13 117:6
117:16,25
118:8,11,16
119:3,13,19,22
119:25 120:5
120:10,18,25
121:6,11,20,24
122:14,19,25
123:3,10,17
124:7,12 125:2
125:5,9,16,22
125:24 126:10
126:20 128:20

129:6,11,16
131:15 132:4
133:4,17 134:3
135:1,18
136:20 137:15
137:25 138:20
139:12 140:15
140:25 142:24
143:15 145:1
145:11,23
146:13 147:6
147:16 148:10
149:9 150:12
151:16 152:1
153:19 154:12
155:13,23
157:2 158:15
158:19 160:1
160:13,24
161:6 163:11
164:15 167:2
167:12 170:10
171:4 194:16
197:25 199:6
200:17,20,22
201:15,20
202:14,21
209:1
**passing** 172:21
172:25 184:18
186:23
**pastures** 197:18
**path** 74:8 109:11
**pathway** 11:22
12:3 30:20
**patient** 81:19
**pattern** 95:16
**patterns** 179:15
**pay** 34:2 181:9
**paying** 75:8
155:3
**payments** 120:23
**penalties** 123:14
173:11
**penalty** 56:5
**pending** 54:11
126:12 133:7

**people** 4:19 5:13
5:14 6:6 8:9
10:8 11:15,18
12:22 13:7 17:5
17:9 25:3 31:7
31:10 35:12
36:20,20 39:11
40:2,16 43:3,17
44:4,23 46:7,12
47:10 49:10,10
58:10 62:12
66:15 71:10
74:6,18 75:12
75:19 76:14
81:23 84:17
85:11,11,18,21
86:11,21 91:12
92:13 93:25
98:25 99:5
101:21 102:4
107:16 108:3
116:17 132:12
142:8 143:25
148:22 150:19
151:3,8,12
153:6 159:3
162:22 165:1,1
165:16,22,23
168:16 170:5
171:24 172:3
175:5,7 176:15
176:23,24,24
176:25 177:10
177:14,21
178:2,9,11,15
179:3,17
181:15 184:2,7
186:11,20
191:11 193:1
193:15,17
195:12 197:5
204:10 205:19
206:5 208:10
**people's** 205:20
**percent** 11:5
205:14,16,17
**percentage** 34:7

34:14
**perfect** 171:8
**period** 29:6
  102:3,4,12,13
  102:14,19,20
  103:9,24 141:8
  173:9 175:8
  196:4
**periods** 200:10
**permanent** 18:5
**permitted** 55:2
  192:10
**person** 4:4 6:16
  15:14 21:25
  22:1 26:3,6
  28:9 30:22 37:9
  37:10,13,21
  56:3 58:14,16
  108:1,8 125:11
  141:7 144:16
  157:18 173:17
  177:16 180:19
  181:2 183:14
  183:16 188:22
  188:25 189:4
  190:4
**person's** 27:22
  77:7 141:6
  206:9
**personal** 7:12
  19:22 69:12
  159:6
**personally** 93:1
  169:3
**persons** 62:12
**pertains** 24:24
**phase** 103:7
  166:5
**phases** 99:17,18
  100:22
**phone** 71:9,10
  73:4,5,10 74:19
  76:2 81:19
  82:19 121:13
  171:17,18
**phonetic** 127:6,7
**physical** 36:20

**pick** 103:8 135:6
  157:18 182:22
  183:20 193:1
  193:11
**picked** 175:9
**picking** 87:21
**piece** 3:8 8:25
  26:15 28:18
  35:17 39:6 80:3
  89:20 97:20
  111:22 158:11
  192:9
**pieces** 113:15
**pile** 104:19 105:7
**ping** 55:16 58:13
  62:1 77:5,6
**pinging** 59:22
**Pizzo** 81:14,16
  82:3,20,21 84:5
  84:15,16 85:5,6
  86:17,18 87:14
  88:4,15,16 91:3
  120:11 155:21
  155:23,25
  158:15,17,21
  160:1,3 167:24
  174:16 182:13
  194:16,17
  202:16,18
**place** 11:3 12:22
  41:22 44:13
  47:7,21 48:17
  72:8 82:11,13
  109:10 142:5,9
  161:19 165:10
  168:15 170:19
  172:23 176:7
  191:13,19,22
**placed** 57:8
  161:17
**places** 49:16
  165:16
**plan** 29:19 57:5
  111:11 122:15
  183:13
**planning** 78:1

**plans** 30:3
**platform** 29:21
  30:11
**play** 95:2 155:11
**played** 129:5
**players** 179:19
**playing** 55:16
  179:3
**playoff** 207:11,12
**please** 14:23 95:3
  110:18 128:14
  137:13,21
  151:15 160:2
  161:2 196:16
**pleased** 128:12
**plenty** 41:16
  109:17
**pocket** 188:3
**podium** 195:13
**point** 12:15 37:18
  38:9 47:16
  84:18 96:5
  117:22 136:17
  139:22 151:6
  160:11 178:20
  193:14 202:4
  204:15
**pointed** 167:24
**police** 85:16
  126:14 137:3
  195:12
**policies** 35:11
  165:6
**policy** 10:4 16:18
  18:14 21:17
  28:18 35:14,17
  38:12,13 40:19
  50:21,24 51:4
  52:16,23,24
  61:8 65:2,16,17
  84:23 93:4
  100:25 104:24
  107:12 136:8,9
  163:1 164:11
  165:11,12,14
  165:20 166:3,4
  166:5,13

180:16 198:25
  199:2
**policy-wise** 155:3
**policymakers**
  40:21
**politely** 143:21
**political** 9:14
  24:17 118:5,21
  119:1 154:16
  159:6
**politically** 10:6
  156:6
**poll** 177:20
**polling** 142:5
**Polsky** 3:13,14
  3:24 4:14,23,24
  5:23 6:8,9 7:4
  7:14,15 8:3,20
  8:21 10:1,2
  11:1,10,11 12:2
  12:11,12,24,25
  13:18 14:10,15
  104:15 129:14
  167:20,21
  175:9 181:18
**pong** 55:16
**pool** 85:11,18
**poor** 205:21
**pop** 187:8
**popped** 196:25
**population** 151:4
  151:5 193:16
**portal** 29:21
  30:17 31:1,14
  31:16
**PORTION** 2:2
  209:7
**pose** 195:18
**position** 159:2
  168:10 192:20
**positions** 168:16
  174:21
**possibilities**
  205:11
**possibility**
  179:16
**possible** 13:14

40:5 94:10
  109:5 191:12
**possibly** 41:18
  53:5 88:8
  171:12 188:21
  189:2
**post-conviction**
  7:17
**postage** 13:9
**postpone** 112:8
  133:23
**postponed** 112:7
  126:11
**posture** 150:3
  198:7 199:14
**potential** 7:13
  27:9 28:21
  52:17 85:18
  119:6 138:4,17
  141:9 181:13
**potentially** 100:7
  143:12 149:20
  150:3 154:8
  164:14 207:3
**Powell** 53:22
  62:4,7,24 63:1
  63:10,12 64:3
  64:14,16 65:1
  65:12,14,25
  66:9,11,21 67:9
  67:11 68:7,9
  69:7,22,24
  70:23,25 71:4
  72:23 73:22,24
  75:1,10,15,16
  75:25 76:7,8,19
  77:9,11 78:18
  87:20 129:14
  173:4,6 201:25
  202:2
**Powell's** 86:2
  87:1
**power** 178:15,16
  178:22 179:17
  179:17
**practice** 22:18
  167:1

practices 164:20
  165:6,10
pre-filled 174:11
  174:12
precinct 116:25
  117:3,20
  118:22,24
  152:7 153:1,3
  154:17 192:8
precincts 117:5
  117:21,24
  155:7 192:11
preference 59:12
prefilled-out
  37:6 38:1
prefilling 36:18
prescribed 177:3
presence 126:17
  126:18
present 37:21
  50:20,24 52:16
  126:19 132:9
  139:8,24,24
  154:5 164:11
  175:16
presidency 186:3
  196:4
president 2:6,13
  2:16 3:1,2,9,11
  3:17 4:10,12,17
  4:23,25 5:7,9
  6:8,10,18,20
  7:1,3,14,24 8:1
  8:20,22 9:2,4
  9:11,15,16,21
  9:22 10:1,3,12
  10:14,23,23
  11:6,6,10,23,25
  12:4,8,11,16,18
  12:24 13:1,15
  13:17 14:9,13
  14:20,22,25
  15:3,5,7,17,21
  15:24 16:5,7
  17:17,19,22
  18:1,7,10,17,20
  18:24 19:2,10

19:13 20:2,4,17
  20:20,24 21:1,4
  21:7,11,14,20
  21:23 22:2,5
  23:8,11,17,25
  24:14,14,20,23
  25:2,8,10,14,15
  25:17,19,22
  26:2,8,16,19
  28:4,7,14,16
  29:13,16,22,25
  30:6,9,13,15
  31:2,5,19,21
  32:4,7,12,15
  34:3,6,10,12,21
  34:24 35:3,5,21
  35:24 36:5,8,13
  36:22,24 38:4,8
  38:25 39:2 40:6
  40:25 41:2 42:3
  42:25 43:2,19
  44:7,9,17 45:3
  45:6,23,25 46:1
  46:18,20 47:12
  47:14 49:3,7
  50:9,11 51:23
  51:25 52:5,8,19
  52:21 53:11,14
  53:17,21 54:1
  54:15,17,24
  55:7,14,22 56:8
  56:14,16 57:2,4
  57:10,12,23,25
  58:6,8,22 59:13
  60:4,6,13 61:5
  61:11 62:3,7,15
  62:24 63:2,6,8
  63:10,12,19,22
  63:23 64:2,14
  64:16,23,25
  65:12,14,22,24
  66:9,11,17,20
  67:9,11,24 68:1
  68:7,9 69:4,6
  69:22,24 70:12
  70:14,23,25
  71:3,22 72:21

72:23 73:7,22
  73:24 74:24
  75:14,16,23
  76:6,8,15 77:9
  77:11 78:9,18
  78:25 79:10,12
  79:13 81:2,7,9
  81:14,16 82:2,7
  82:18,21 84:4
  84:15,20,22
  85:5,6,23,25
  86:17,18 87:11
  87:13 88:15
  89:7,9 90:2,7,8
  90:25 91:2,16
  91:17,24 92:9
  92:10 93:10
  94:11,12 95:3,8
  96:22,25 97:10
  97:11,25 98:13
  98:14,21,23
  99:9,11 100:9
  100:10,19,21
  101:4,10,12,24
  101:25 102:6,9
  103:3,4,14,16
  103:21,22
  104:13 105:3
  105:16,19
  107:1,4,14,15
  108:12,15
  109:14,15,18
  109:20 110:5
  110:23,25
  111:24,25
  112:11,13,22
  112:23 113:10
  114:10,12
  115:10,14,16
  115:17,18
  116:2,4,13,20
  117:6,9,16,17
  117:25 118:2,8
  118:11,16,18
  119:3,4,13,15
  119:19,22,24
  119:25 120:5,7

120:10,14,18
  120:20,25
  121:6,8,11,20
  121:24 122:1
  122:14,19,21
  122:25 123:3
  123:10,17,19
  124:7,12,14
  125:2,5,7,9,16
  125:18,22,24
  126:8,9,10,19
  126:20,25
  128:20 129:6
  129:10,11,12
  129:16 131:14
  131:15 132:3,4
  132:7 133:4,17
  134:3,6 135:1
  135:10,18,22
  136:20,25
  137:15,25
  138:19,20
  139:3,12,14
  140:15,25
  141:2 142:23
  142:24 143:5
  143:15,20
  144:25 145:1
  145:11,13,23
  146:4,13,15
  147:4,6,16,18
  148:9,10,15
  149:9,12
  150:12,14
  151:16 152:1,3
  153:19,25
  154:12,14
  155:13,23,25
  157:2,8,22,23
  158:1,2,15,19
  158:22 160:1,7
  160:13,23,24
  161:6,9 163:11
  163:17 164:15
  164:18 167:2
  167:11,12,22
  168:4,7,20

170:9,10 171:4
  171:6 173:4,6
  174:25 175:21
  175:24 179:4,4
  179:25 180:1,5
  182:22 183:7
  183:17,21,24
  186:2 187:16
  187:17,21
  194:16,17
  195:21 197:14
  197:25 198:3
  198:22,22
  199:6,9 200:17
  200:20,22
  201:15,20
  202:3,14,18,21
  203:1 208:21
  209:1,6
presidential
  59:12 111:21
  112:7
press 85:16
  195:12
presuming 3:21
presumption
  28:20
pretend 197:5,10
pretty 15:13
  35:19 39:25
  84:23 102:25
  171:17
prevent 52:18
previous 18:12
  32:20 35:6 56:6
  59:19 195:9
previously
  116:12
primary 59:12
  101:16 168:21
  202:20
principle 68:3
print 53:10
prior 10:5 59:10
  164:4 184:4
privacy 113:20
private 15:13

privileged 183:6
probably 6:11
  9:13 12:6 14:2
  20:9 22:14
  26:12,22 67:4
  82:14 101:6
  102:15 107:10
  110:2 144:23
  156:2 188:2
  197:13 201:4
problem 3:4 7:10
  13:11 30:10
  61:18 62:2
  72:17 80:2
  119:7 152:13
  171:8 173:3
  181:19
problematic
  97:23,24
  143:11 174:15
problems 39:10
  79:21 89:21
  153:13 171:9
procedure 81:25
proceed 209:2
proceeding 139:6
process 27:14
  38:14,22 39:13
  40:17 47:4
  48:14 49:2
  70:21 75:17
  76:11,20 78:12
  78:16 87:6 88:6
  98:20 104:11
  105:8,10
  106:16 110:20
  112:4 113:3
  117:3 125:21
  139:23,25
  140:12 141:7
  163:8 166:10
  166:25 174:8
  181:15,21,22
  190:9 191:19
  191:22 199:12
  203:18 204:18
processable 48:9

processed 96:7
processes 47:21
  48:17,23
  113:25 114:1
  188:7 191:17
  207:8,9
product 87:7
  194:13
professionals
  134:16
profit 66:15
  68:24
proforma 3:22
program 59:8
  89:11,13
  130:23 148:5
progress 208:22
prohibit 180:11
prohibited 19:23
prohibition
  36:18
promise 27:9
  142:12,13
  147:19
promises 116:6
prompting 32:23
proof 49:18
  88:23 161:20
proper 81:25
  198:6 199:13
properly 172:25
property 152:24
  182:25
proportional
  21:25 22:1
proposal 112:4
proposed 112:6
proposing 162:19
prosecute 142:16
prosecuted 54:12
  55:3 144:17
prosecution
  54:23 56:25
  141:17 142:14
  142:19
Prosecutors
  83:12

protect 27:18
  142:20 144:10
protected 111:5
protecting 16:15
protective 188:6
  188:8
protects 144:15
proud 99:20
  132:8 133:1
  148:17 165:7
  205:12
prove 27:21 29:1
  45:16
proven 65:21
proves 178:19
provide 7:11
  16:12 26:5
  31:17 50:14,16
  55:24 69:9 70:5
  70:15 83:22
  88:23 89:2 98:4
  99:23 124:5
  145:18,21
  173:13 184:17
provided 55:23
  57:6 70:6
  122:16 194:13
  210:4
provides 52:16
  141:8,16
  184:13 207:24
providing 38:3
  40:22 70:10
  74:17 95:21
  139:7 147:1
  163:25 168:6
  193:18
proving 140:10
provision 2:25
  15:23 16:13
  37:5 51:11
  59:19 85:2 96:6
  96:7 156:23
  174:11
provisional 55:3
  56:24 141:11
  141:13 142:18

142:21 143:8
  143:12 144:12
  144:16 189:23
  189:25
provisionally
  54:22 56:4
provisions 48:10
  57:9 101:20
  123:23 124:21
  174:1
public 38:12,13
  38:16 74:5,21
  82:4 87:8 92:3
  92:8 170:24
  187:6 204:22
publicly 92:15
punish 124:10
purpose 22:12
  28:8,13 52:11
  56:2 57:1 129:7
  140:4 202:19
purposes 67:13
  90:14
pursuant 42:21
  77:24
pursue 163:21
pursuing 112:18
push 189:9
  197:22
put 5:2 11:3
  13:23 22:24
  33:4 46:25
  51:18 57:17
  64:10 66:25
  73:11 74:21
  82:9 90:18 95:2
  97:9 99:4 105:7
  106:13 114:21
  137:12 168:1
  170:19 176:6
  191:13 196:17
  205:18
putting 33:5
  46:16 47:24
  48:18,24 50:15
  50:20 51:3
  57:15 59:24

117:14 123:22
  134:17 136:12
  136:13 141:21
  150:2 189:3

                Q
qualification
  200:10
qualified 45:17
  144:5 183:4
qualify 198:23
qualifying 196:4
quarter 32:11
  35:1 177:2
question 5:10 7:4
  8:2 13:19 15:18
  16:11,11 17:18
  17:23 18:8,11
  18:18 20:3,6,18
  21:3,5,21 23:9
  23:12 25:9,11
  25:18 26:17,24
  27:1 28:1,5
  29:14 30:7,14
  30:16 31:3,20
  31:24 32:5 34:4
  34:14,22 35:4
  35:22 36:14,16
  37:1 38:10,19
  39:1 40:7 41:3
  41:13 42:4 43:3
  43:20 44:18,20
  45:24 46:10
  47:2,11 48:15
  49:4,14 51:22
  51:24 52:10,20
  53:9,15,18
  54:16,25 55:8
  56:7 57:3,24
  58:23 59:19
  60:5 61:6 62:5
  62:16,18,25
  63:11,13,16,25
  64:4,15,24 65:2
  65:5,13,23
  66:10 67:10
  68:8,16 69:5,23

70:13,24 71:23
71:25 72:22
73:9,23 74:25
75:2 76:5,7,11
76:16,19 77:10
79:4,16 81:24
82:25 83:6 86:2
87:1 88:7 93:12
94:23,25 95:14
97:24 102:17
104:15 107:21
114:7 118:12
120:15 121:21
122:3 123:11
123:12,16,21
124:8 141:4
184:6,11
195:18 198:19
198:20
question-and-a...
173:9
questioned 179:9
questioning
17:21 32:21
51:13 116:14
152:6
questions 3:11,15
3:21,25 14:9,15
25:21,24 38:5,7
38:23 39:13
40:12 41:23
42:7,9 43:23
44:11 46:23
47:18 50:13
53:20,25 62:4
75:15 78:21,23
79:1 85:8 90:3
90:4,11 91:13
94:2 95:4,5
97:13 100:12
116:17,18
121:12 133:20
135:2 138:21
142:25 145:24
148:11 153:19
154:4 157:2
163:12 167:15

167:15 168:6
176:24 180:7,9
201:6
quicker 60:24
70:10
quickly 61:4
quite 39:16
181:20 198:20
quo 179:11
quorum 126:16
126:19
quote 10:19
——————
        R
raise 172:5
raising 32:10
Ralat 130:21
rallied 132:10
ran 25:13 157:9
158:2
Ranger 128:3
Raton 132:12
raw 205:18
reach 72:4,19
reached 160:11
reactivated
182:12
read 2:9 86:16
113:22 129:17
133:7,24
137:21 140:20
145:6 147:12
151:22 155:19
161:2 201:10
201:12,16
reading 110:11
131:13 150:16
reads 42:12
ready 37:17 49:5
51:21
real 61:3 142:9
164:24 202:22
reality 27:4
142:15 164:1
realizing 22:20
26:21 203:6
really 2:16 13:19

14:2 31:11 37:1
37:12,18 46:9
50:14 52:11
54:18 59:24
84:18 85:7
105:22 106:20
107:25 111:1
116:24 142:2
148:21 150:18
150:21,25
154:2 155:10
158:23 159:8
162:12 164:19
166:13 171:2
171:21 172:9
172:20 176:2
177:12,19
178:14 179:21
179:22,22,23
184:20 192:2,3
193:21 194:7
195:16 200:7
202:8
realm 110:16
reason 6:12 10:7
10:11 12:7 50:4
58:3 61:8 77:21
78:13 97:19
110:15 123:14
124:24 148:1
162:7 180:17
198:18 199:18
reasonable 42:19
reasoning 180:16
reasons 11:13
18:14 106:23
123:22 139:10
143:13 146:11
154:9 164:10
166:22 173:8
175:15 198:18
207:15
rebuttal 28:20
recall 85:15
receipt 26:5,5,7
27:12,20 28:9
28:11,13 29:7

30:11 68:3
69:11 70:19
173:16,18,22
190:12
receipts 67:22
receive 67:22
68:18 71:9
103:2 162:13
received 48:13
receives 138:3
141:9 166:15
receiving 69:1
144:1
recess 126:8,13
126:15
recognize 16:19
19:9 20:18
25:23 62:4
128:22
recognized 2:14
3:13 4:10 14:11
14:21 15:1,5,18
15:25 16:6
17:17,23 18:8
18:18,25 19:11
20:3,25 21:4,12
21:21 22:3
23:23 24:21
25:9,18,23 26:8
26:18 28:5,15
29:14,23 31:3
31:20 32:5,13
34:4,11,22 35:4
35:22 36:6,23
38:6 39:1 40:7
41:1 42:4 43:1
43:21 44:7 45:4
46:1,19 49:6
50:10 51:24
52:6,20 53:11
53:18,24 54:16
54:25 55:8,20
56:9,15 57:3,11
57:24 58:6,23
59:14 60:5,14
61:6 62:5,16,25
63:7,11,19,24

64:15,24 65:13
65:23 66:10,18
67:10,25 68:8
69:5,23 70:13
70:24 71:23
72:21 73:7,23
74:25 75:15,24
76:6,16 77:10
78:9,20,22 95:6
98:1 116:19
117:7 120:12
121:14 126:6
126:22 130:12
132:6 134:4
135:8,19
136:22 138:1
139:13 141:1
143:18 145:12
146:2,14
147:17 148:14
150:13 152:2
153:23 154:13
155:24 157:6
158:16,20
161:7 163:15
164:16 167:20
173:5 175:22
180:2 183:22
187:19 198:1
199:7 202:1,16
202:24
recognizes
130:25 131:7
recognizing
129:21 130:3
recommendation
114:16
recommendati...
113:2,23
207:18
recommended
112:2
record 10:15
44:22 50:15
80:18 160:21
209:4
recorded 61:20

recording 1:10
210:3
records 42:14,15
42:18 60:20,21
77:20
redistricting
152:20,20,22
153:7,17 155:2
reduce 98:18
146:10
reelected 159:4
refer 23:21
referred 26:17
referring 42:24
58:5 66:24
94:21 142:4
regard 36:17
65:15 70:1
72:24 156:21
173:10 178:10
Regarding
206:18,23
regardless 27:12
33:8 106:5
142:17
register 5:13,24
26:6 29:21
30:20 31:10,11
65:7 81:22 82:6
145:17 162:12
169:18 174:9
188:23
registered 5:15
5:17 17:10,11
27:10 39:24
42:15 45:9 64:5
64:12 71:13
72:16 75:22
80:16 124:23
125:4,12
134:12 161:15
162:22 169:23
170:5 173:17
174:10 176:23
176:25 188:22
189:4 205:6
207:20

registering 28:10
31:16 39:23
66:15 170:2
185:1 187:3
registrants 27:20
registration 2:22
2:25 4:3,5 5:3
5:14 6:3,4 15:9
15:12 16:4,17
17:6 18:6 19:21
19:24 20:1,12
22:7,10,18,21
26:4 27:3,5,6
27:12,23 28:24
29:19 30:19
31:13 33:12,25
34:9 36:4,19
39:18 40:10
42:14,15,17
43:9 49:18,24
50:2,7 63:14
64:11 66:7,13
67:21 68:14,18
69:17 70:3,16
77:20 87:10
120:3 123:6,9
124:2 143:8
161:20 162:2,5
162:10,16,18
164:8 165:21
166:16 170:22
171:23 173:12
173:15,20
174:2 176:20
177:9,17
180:12,13,22
181:1,5,8 184:9
189:12,17
190:11 191:8,8
200:9 205:23
registrations 5:6
33:16 185:4
regulation 22:17
27:3
regulations 27:20
205:25
reiterate 202:4

reject 104:11
179:23
rejected 179:11
rejecting 104:6,8
related 18:13
63:13 96:15
205:23
relates 55:4 62:8
164:21 165:21
relating 2:5 4:3
14:16,18
133:11 201:19
relations 74:5
relative 210:6
relevance 68:5
relieved 134:10
remarkably
205:21
remarks 132:6
remember 15:10
111:5 124:22
127:20 185:16
186:4 190:24
remembrance
128:16
remind 23:18
151:9
remotely 205:4
remove 76:20
162:20
removed 71:11
71:14,17 72:3
72:12 75:19
76:13,21 140:1
145:19
removes 134:10
removing 95:15
117:23 118:22
rendered 138:8
renowned 130:1
130:8,15
repeal 11:2 23:15
24:3
repealed 23:16
repeat 21:5 76:7
76:10 144:21
179:15 187:23

188:11 193:25
repeating 21:2
59:5
replacing 165:24
report 83:23
86:15 110:11
110:17 112:18
113:1,12,17,18
114:22 191:18
reported 17:11
reporting 60:10
92:21 95:18
104:4
reports 185:12
represent 31:6
92:1 195:23
representation
175:6,7
Representative
32:12 83:3
representatives
104:17
Republican
178:4 182:8
184:24
Republicans
170:2 178:4
185:1
request 30:21,25
30:25 50:1
75:18 98:19
102:5,23 121:2
148:5 162:4
requested 2:2
8:12 103:25
209:7
requesting 16:17
requests 76:12
90:23
require 190:8,11
required 60:9
71:20 148:7
173:16
requirement
14:16,18 17:8
59:11 64:11
182:12

requirements
23:6 28:3 34:1
93:13 172:16
requires 59:7
134:11 139:25
145:17
requiring 118:4
134:24 207:25
reregister 63:18
72:5 185:3
193:12
reregistered
125:15
residence 42:17
resident 83:21
197:1
residential 42:19
58:4 77:13,15
77:18,22,25
78:2,6,8,15
residents 18:5
residing 161:15
resign 8:24 9:16
9:23 11:7 24:7
24:15 156:12
157:13,15,18
157:23 158:3
159:1,11
168:17 178:24
179:5 193:22
194:4 195:22
195:25 196:7
197:15 198:11
199:19,22,25
202:7,9 206:18
Resign- 158:5
Resign-to-
175:17
Resign-to-R 24:8
Resign-to-Run
3:1 9:7 10:5,11
11:13 12:5,15
23:13,15 24:4,5
157:9 167:25
167:25 168:15
172:13,25
174:17 178:23

181:17
resignation 24:18
resigned 174:21
175:3
resigning 174:18
179:1
resolution 129:15
129:17,20,21
130:2,2 131:13
131:16,20,22
132:1,9
resolved 130:9
130:16,24
131:6 169:2
resolving 129:19
resounding
195:10
resources 40:22
70:22 87:2
134:20,24
137:5,11 147:2
191:15
respect 92:14
169:7 203:9
respond 14:21
15:6,25 18:8,25
20:3,25 21:12
22:3 25:9 26:9
26:18 28:15
29:23 30:14
31:20 32:13
34:11 35:4 36:6
36:23 39:1 41:1
44:8 45:4 46:19
47:13 50:10
52:6 54:16 55:8
56:15 59:14
61:12 62:16
63:7,20,25
64:24 65:23
66:18 67:25
69:5 70:13
71:23 73:8
74:25 75:18,24
76:12,16 78:10
responding 49:9
response 16:6

23:24 29:17
43:1 52:2 53:12
57:11 60:14
65:15 79:3 86:1
131:19 135:3
138:22 143:1
143:17 145:25
148:12 153:21
157:4 163:13
167:17 180:16
responsibilities
53:6 196:21
responsibility
27:18 45:1
49:20 57:8
122:17 134:14
134:18 137:4,9
161:22 178:9
199:3,3,5
208:14
responsible 46:7
rest 169:7 200:3
207:10 208:23
restored 134:13
restrictions 5:1
173:11
restrictive 154:9
result 106:24
111:13,14
153:3 164:7
199:10
results 102:19
166:2
retain 159:15
return 133:6
returned 13:4
105:6
returning 81:21
82:5 139:20
171:14
revenue 87:21
review 42:13
54:21 56:4
98:16 143:10
164:4
reviewed 33:11
reviewing 64:4

revises 147:24
revisit 115:21
116:1
revoke 138:13
rich 44:1
Rick 182:11
196:8
rid 176:12
riding 188:4
right 6:6 9:22
12:22 16:23
22:15,15 25:6
33:1 34:19
38:24 39:17
40:16 46:2,9
47:3,16 48:1,24
55:18 76:2 78:1
79:19 82:15
83:10 88:12
91:8 95:2,14
97:15 99:24
102:1 105:2,9
105:21 113:23
116:21 124:18
133:17 135:16
138:13 140:3
144:15 149:1
150:5 152:20
153:13 157:14
162:12 164:23
166:21 168:10
168:14 172:2
174:19 178:20
182:5 184:24
185:2,8,21,22
186:25 190:18
194:12,24
203:14 205:2
206:6 208:6,11
rights 16:20
134:13 147:23
151:8 192:6
205:21
rioting 195:2
ripped 86:23
rise 129:8 132:14
173:7 175:19

rises 132:14
risk 46:15 67:6
road 30:3 92:19
120:2 164:6
Rodriguez
182:14
roll 67:6 76:21
rolls 28:12 40:3
71:11,17 140:1
145:20
room 39:22
156:4 204:7,10
Rosado 130:21
rotunda 128:15
Rouson 78:22,24
79:15 80:11
81:2,3
route 110:18
111:19
row 108:25
ruin 33:1
rulemaking
27:25 68:4
70:20 190:14
190:15
rules 125:25
126:5,22
139:19 189:3
190:17,20
196:10
run 8:25 9:15
10:9,10,17,19
11:5,7 12:3,23
88:24 156:11
157:12,14
168:4,7,20
172:23 174:18
174:21,25
175:18 178:24
179:1,2,4,5
182:22 183:4,6
183:17 186:1,3
186:4 193:23
194:5 195:20
195:22,24
196:6,8 197:15
198:11 199:19

199:22,25
202:7,9 206:18
running 3:1 9:11
9:21 10:16
16:21 24:6,12
25:1,2,15
157:22 158:7
168:9 170:9
172:16 182:9
197:23
runs 25:3

_____
S
_____

sacred 206:7
sacrosanct
106:15 172:2,3
sad 101:18
safe 10:20 208:9
Safety 19:20 41:6
salute 203:24
Santiago 194:21
Sarah 203:12
sat 46:21 175:2
satisfy 95:12
saving 13:8
saw 73:2 172:17
174:19 195:4
saying 9:14 19:18
37:22 40:24
50:22 60:21
66:23 93:3
95:20 97:20,21
98:15 103:7
115:20,25
136:6 148:20
168:12 177:1
179:3 186:23
188:9 196:16
says 7:18,20
49:22 77:20
98:4 149:4
159:20 161:25
162:15 163:1
185:17 189:10
189:10,11,15
194:25
SB 114:2,2

115:13,13,21
115:21 126:11
133:7 190:17
190:17
**scale** 120:9
174:14
**scared** 46:9
**scenario** 37:23
**schedule** 82:24
**scheme** 103:1
**scholars** 9:13
24:16
**school** 119:9
128:3 152:15
153:11 199:21
**science** 65:18
**scorch** 197:21
**Scott** 182:11
196:8
**scrutiny** 6:2
**se** 51:2 106:1,8
165:2
**seamless** 40:4
**search** 83:10
88:24
**season** 100:2,23
195:9
**seasons** 99:17,18
206:14 207:23
**seat** 10:21 157:17
195:22
**second** 54:19
76:17 102:15
102:16,21
121:10 128:1
129:18
**Secondly** 16:18
**secrecy** 104:10
**secretary** 2:3,10
5:12,13 8:4,4,7
8:17 14:4 26:14
35:15 39:8 41:7
41:9,14,25
45:15,16,20
46:22,24 47:1,4
47:9 51:19
57:15 59:20

61:1,25 72:10
72:13 73:3,17
74:2,11,14,23
76:23 77:5
79:19 80:5,22
81:5,12 82:14
82:17,19,23
83:4 84:1,10
88:1,9,19,21
89:12,15,21
90:21 92:1
110:12 111:11
111:18 120:16
126:16 129:20
131:21,23,24
132:2 133:9,25
137:22 140:22
145:8 147:13
151:23 155:20
160:22 161:3
166:10 167:10
201:17 203:25
203:25 209:1,5
**section** 6:22
14:17 56:2 59:2
84:8 93:5,17
94:8 116:21,22
116:24 117:10
142:3
**sections** 143:6
204:20
**secure** 111:4
126:14 208:9
**security** 18:3
33:11 113:19
137:10 176:1
178:13 179:23
180:23
**see** 9:24 19:21
21:8 28:19 39:7
52:2 57:20
59:25 62:3 74:4
81:23 82:1
83:12,15 97:23
109:8 111:22
116:23 119:6
132:22 133:5

150:23 156:13
177:25
**seeing** 22:9 49:10
80:2 86:14
184:3
**seek** 27:19 33:7
159:7 168:18
197:11,18
**seeking** 34:17
66:4 69:9 146:8
149:16
**seeks** 208:12
**seen** 9:13 36:1
39:9 59:22
79:20 86:4
169:10
**selfish** 12:7
**selling** 197:8
**semantics** 162:17
**Senate** 1:11 2:4
52:23 107:17
126:8,12,20
128:19 129:14
129:20 130:2,9
130:16,24
131:6 133:3,10
165:7 174:19
176:11 195:23
198:24 201:18
**senator** 2:11,13
2:15,18 3:13,14
3:24 4:11,13,23
4:24 5:7,8,23
6:8,9,18,19,21
7:1,2,4,14,15
7:24,25 8:2,20
8:21 9:2,3 10:1
10:2,12,13 11:1
11:10,11,23,24
12:2,11,12,16
12:17,24,25
13:15,16,18
14:10,10,12,14
14:15,20,22,24
14:25 15:2,7,17
15:20,22,24
16:1,2,5,7,8,10

17:18,19,20,25
18:2,7,9,11,17
18:19,21,24
19:1,10,12,13
19:14 20:2,4,5
20:17,19,24
21:1,2,6,11,13
21:20,22 22:2,4
23:8,10,11,12
23:14,18,23,25
24:20,22 25:8
25:10,17,19,23
25:24 26:1,3,10
26:12,16,19,24
28:4,6,8,14,16
28:17 29:13,15
29:17,22,24
30:1,6,8,9,13
30:15,17 31:2,4
31:6,19,21,22
32:4,6,8,14,16
34:3,5,7,10,12
34:13,21,23,25
35:3,5,21,23,25
36:5,7,13,15,17
36:22,24,25
38:6,8,10,11,25
39:2,3,4,19
40:6,8,25 41:2
41:3 42:3,5,25
43:2,20,22 44:8
44:9,17,19 45:3
45:5,25 46:2,18
46:20,21 47:13
47:14,15,17
49:3,7 50:9,11
50:12 51:10,23
51:25 52:5,7,9
52:19,21 53:13
53:15,17,19,22
53:24 54:1,5,10
54:15,17,24
55:1,7,9,14,20
55:21,23,25
56:8,10,10,14
56:16 57:2,4,5
57:10,12,23,25

58:7,8,9,22,24
59:13,15,17
60:4,6,13,15
61:5,7,13,16
62:4,7,8,15,17
62:24 63:1,6,8
63:10,12,21,22
63:24 64:1,3,14
64:16,23,25
65:1,12,14,22
65:24,25 66:9
66:11,12,17,19
66:21 67:9,11
67:12,15,24
68:1,7,9 69:4,6
69:7,22,24,25
70:12,14,23,25
71:1,1,3,4,4,5
71:22,24 72:23
72:24 73:9,22
73:24 74:24
75:1,1,10,15,16
75:23,25,25
76:7,8,9,15,17
76:19 77:9,11
78:10,11,18,20
78:22,24 79:3
79:10,11,15,15
79:23 80:1,11
80:13 81:2,3,7
81:8,14,16,17
82:3,7,8,20,21
84:4,5,5,10,15
84:16,20,21
85:2,5,6,23,24
86:2,17,18,19
87:1,11,12,14
87:20 88:4,15
88:16,16 89:7,8
90:2,6,8,10,25
91:1,3,9,24,25
92:9,10 93:10
93:11,12,18
94:11,12 95:3,4
95:7,9,10,17
96:16,22,24
97:10,11,25

98:2,13,14,21
98:22,23 99:7,9
99:10,12,13,13
100:9,10,14,19
100:20 101:4,5
101:10,11,20
101:24,25
102:7,8,10
103:3,4,14,15
103:17,21,22
104:13,14,15
105:3,4,16,18
105:19,21
107:1,3,14,15
108:12,13,14
109:14,15,19
109:24 110:3,8
110:23,24,25
111:24,25
112:11,12,14
112:19,22,23
113:10,11
114:10,11
115:3,10,11,14
115:15,17,18
116:2,3,9,13,20
117:6,8,11,16
117:17,25
118:1,3,8,9,9
118:13,16,17
119:3,4,13,14
119:19,20,22
119:23 120:1,5
120:6,11,12,13
120:18,19,25
121:1,6,7,14,15
121:20,21,24
121:25 122:14
122:15,19,20
122:25 123:1,3
123:4,5,7,10,11
123:12,17,18
123:20 124:7,8
124:12,13
125:2,3,5,6,9
125:10,16,17
125:22,23

126:5,7,24
128:22 129:6,7
129:9,12,13,14
132:5,5,7
133:12,15,19
133:22 134:1,3
134:5 135:2,5,6
135:7,8,9,19,21
135:22,25
136:22,24
137:23,25
138:2,24,24
139:1,2,4,12,14
140:23,25
141:2 143:3,4
143:18,20
145:9,11,13
146:2,3,5,13,15
147:14,16,18
148:14,15,16
149:7,10,11
150:12,14,15
151:24 152:1,3
152:6 153:23
153:24 154:2
154:12,14
155:21,23,25
156:3 157:6,7
158:15,17,21
158:23 159:23
159:23 160:1,3
161:1,4,6,8
163:15,16,18
164:16,17
167:13,20,21
167:24 170:10
170:12 171:4,5
173:4,6 174:16
174:23 175:8,9
175:20,21,23
179:8 180:2,4,6
180:15 181:3
181:16,18
182:12,15
183:21,23
187:17,19,21
188:1 192:22

194:16,17
197:1,6,8,9,9
198:1,2,9 199:6
199:8,12
200:25 201:7,8
201:9,10,23,23
201:25 202:2
202:16,18,23
202:23,25
204:10,14
206:21
senators 2:6
126:17,17
128:20 131:22
175:25 200:2
208:21 209:2,3
send 7:18 52:3
60:21 61:14,25
63:21 80:22
92:6 97:4,21
98:6 99:5,5
141:5 163:9
sending 37:3,6
38:1 74:19
80:12 97:16
sends 135:14
seniors 13:8
sense 21:18 61:18
66:2,5,24 67:7
67:8 83:24
102:2 106:2
137:3 185:5
sensible 66:1,5
sensitive 15:13
15:16 16:15
28:24 69:12
sent 49:23 61:20
98:7,9 162:1
189:16
separate 13:23
27:13 61:21
separately 13:24
separation 106:6
September 128:6
sergeant 126:13
series 180:7
194:18

serious 5:24,25
14:7 23:5 35:19
servant 187:7
serve 22:12 159:5
159:16 182:21
183:16
served 127:10,23
Service 127:11
services 41:24
68:19
serving 16:21
127:19 128:19
session 1:11 36:2
36:2 84:19
169:1 186:16
186:16
sessions 36:1
set 165:11 166:4
sets 207:17
setting 54:7
settle 164:21
shape 96:8 120:8
124:17
shaping 131:4
share 3:7 41:8
45:14 61:16
83:8 84:2
shared 77:5 84:3
96:12,19
sharing 41:11
42:1 43:8 58:12
76:24 95:11
96:9 146:9
sheet 8:6
shift 61:8 99:22
99:25 100:23
100:25 101:9
102:25
shipping 69:10
shirk 199:4
shocked 9:5
shooting 96:17
shop 10:20 83:11
83:15
short 129:2
shorten 102:4
shortening

103:24
shortlist 182:9
show 35:1 52:13
65:20 126:10
129:17 131:20
148:17 166:23
208:23
shut 36:3
side 32:1 113:6
196:17 197:20
sides 9:14 24:16
182:18 196:1
sift 32:17
sign 13:9 104:18
signature 62:9,11
62:12 105:15
106:1,8 107:7
207:2,17
signatures 13:12
62:14,21 63:5
signed 5:19 50:3
105:14 108:8
162:6 182:11
significant 85:18
86:9,24 104:1
123:25
silliness 160:12
similar 188:19
simple 30:24
39:16 83:5
144:18 147:24
148:21 182:3
simply 20:22
21:9 69:9 93:5
138:15 139:7
139:20 141:16
145:14 148:4
151:5,12 152:8
159:20 163:25
189:15 192:10
single 83:21
93:16 168:25
169:18 188:22
sir 40:8 42:5
43:22 44:19
63:1 78:19
89:11 183:23

sitting 35:7
situation 33:20
  85:12 87:16
  100:8 115:25
  144:17 171:20
  207:3
situations 20:11
size 134:22
slack 175:9
slight 200:12
small 124:9
  134:20
smile 148:19
society 89:2
SOE 138:4,6
  139:22,25
  141:5,10
  145:18 152:25
  153:2
SOE's 138:7
SOEs 95:1
  122:16,22
  153:16,17
  184:16 192:11
soft 197:17,19
soldier 127:24
solely 113:19
solicit 17:13 19:5
solicitation 17:4
solution 83:5
  105:1 109:5
  114:24 115:1,7
  171:7 173:2
solve 30:10
  136:14,15,16
somebody 16:23
  28:25 30:24
  35:7 37:19 38:2
  39:23 48:2
  52:18 66:3
  71:17 76:12
  82:24 105:10
  106:22 143:11
  158:21 164:2
  174:13 184:10
  207:4
somebody's 27:6

34:19 35:13
someone's 6:4
  78:5 139:17
  141:4
somethings
  170:24
somewhat 48:21
son 127:18
  128:10,16
sororities 176:22
sorority 31:8
sorry 115:16
  118:13,22
  120:10 156:13
  175:11
sort 32:22,23
  66:24 83:5,16
  85:9,11 96:20
souls 186:5
sound 68:3
Southeastern
  38:13
spaces 118:25
Spanish 120:4
  121:2,3,4 184:9
speak 27:1 184:7
  184:25 198:4
speaking 172:18
speaks 28:1
  121:4,18
special 127:2
  128:21,24
  150:8 156:22
  186:16,16
special-order
  133:6
specialties 197:4
specific 32:18
  42:7,9 48:25
  65:3,9 66:2
  73:4,11,14
  94:22 101:13
  112:16,17,25
  113:22 114:15
specifically 3:7
  4:9 65:8 75:8
  92:4 115:6

117:19
specified 123:2
speech 127:14
spend 11:19
  43:25 75:11
  86:3,9
spending 149:13
spent 150:1
  166:11
sphere 22:7
spirit 69:15
  146:7 149:14
  154:11 158:5
spirited 156:3
spoke 13:6 93:15
  113:7
spoken 136:5
sponsor 2:18
  15:18 17:23
  20:18 23:19,21
  25:24 26:9
  47:13 55:17
  78:23 166:7
  173:22
sponsored
  176:10
sponsors 26:9
  160:6 172:1
  191:21
spouse 107:6
St 101:13 205:17
staff 13:20 17:1
  46:25 51:20
  56:17 91:3
  108:16 110:14
  121:2 131:7
  134:24 135:11
  196:18,21
  199:11 203:12
stakeholders
  48:14 203:21
stand 10:16,25
  102:16 126:8
  126:12 171:3
standard 27:17
  62:9 68:15
  143:9 206:10

208:15,19,24
standards 70:20
  208:11
standby 41:17
  51:20
standing 69:19
  170:3 195:13
standout 169:8
star 127:8
start 2:2 47:2
  72:14 90:12
  91:12,15
  109:11
started 39:4 53:4
  61:15 93:18
  108:6 146:23
  188:12,12
starting 38:20
  136:17 190:7
starts 4:2
state 5:12 7:7,21
  7:21 8:7 9:8
  10:18 11:20
  12:23 17:12
  19:17 24:8,9
  25:3,7,15 27:24
  32:9 34:25
  35:17 38:22,23
  39:8 41:7,9,15
  41:25 43:4,18
  44:25 45:11,15
  45:16 48:7
  49:17 51:12
  57:16 58:10
  59:20 60:22
  61:9,25 62:10
  62:19 64:6 67:3
  68:5 72:10
  73:18 74:3,11
  77:5 79:20 80:5
  80:22 81:12
  84:1 88:19
  90:21 92:2,22
  95:19,22,25
  97:8,16,20 98:9
  110:13 112:1
  113:19 120:16

122:23 125:4,8
  127:11 129:11
  130:9 132:25
  134:14 135:13
  135:14 136:4
  138:11,13
  143:24 144:4
  144:22 145:15
  145:18 146:10
  151:12 152:21
  154:23 157:13
  157:14 158:7
  159:7,22
  161:25 166:25
  168:23 172:1
  172:24 182:24
  184:14 188:20
  190:13 191:2
  194:14 195:2,3
  195:24 197:23
  199:25 200:3
  203:25 204:8
  205:19 207:22
  208:20
State's 29:20
  73:3 81:5 88:21
  96:10
stated 100:16
  123:13 135:23
  181:10,16
  188:24
statement 49:16
  112:1 113:22
  161:24
statements 95:4
states 12:8 25:13
  43:5 73:2
  168:22 195:5
  195:21,23,24
  196:6
Statewide 104:23
stator 129:15
status 49:21
  103:19 161:23
  179:11
statute 11:2,4
  42:21 49:18,22

53:1 55:4,6
56:11 73:13,15
74:16 77:24
83:1,25 92:11
141:17,18,22
141:24 156:10
161:25 162:15
162:15 181:11
189:13
**statutes** 4:7
**statutory** 33:14
**stay** 12:10 17:20
29:18 91:18
94:14 97:19
101:6,13 102:1
113:11 114:9
160:2 168:17
**stayed** 72:7
110:16
**stays** 208:24
**steal** 35:12
**stealing** 111:1
206:3
**step** 9:20 41:7
47:9
**steps** 166:18
**Stewart** 170:10
170:12
**stick** 13:9 116:18
164:11 180:8
**sticking** 18:15
**stood** 186:8
**stop** 10:10 83:11
83:14 99:4
119:21 128:14
178:5,7 207:11
**story** 127:4
128:11
**strategies** 174:3
**strategy** 74:6
**streamlined**
39:12 40:5
174:6
**streamlining**
88:4,5
**Street** 1:24
**streets** 76:25

**strenuous** 70:3
**stress** 192:24
**strike** 42:11 58:1
61:24 79:18
93:2,20 98:3,12
100:12 109:9
135:12 152:10
154:19 161:13
193:2 199:13
**striking** 102:18
**strip** 158:10
**strongly** 137:1
143:21
**struggles** 184:3
**struggling** 49:13
**study** 111:2
114:19
**stuff** 5:23 15:15
26:11,20 39:7
39:15 49:1
84:24 85:17
101:7 108:24
114:20 142:11
164:13 195:4
196:15 202:9
**sub** 153:3
**subdivision**
118:5 119:1
**subdivisions**
154:17
**subject** 4:15
33:22 54:22
56:5 156:4
**submit** 27:5 29:5
**submitted** 33:13
110:11 124:3
**subscribe** 52:25
205:3
**subsection**
156:10,11
**subsequent**
195:17
**substantial** 85:22
**substantive**
51:16
**substitute** 2:3
133:9 201:17

**success** 131:9
164:20 165:13
195:10
**sudden** 180:23
**suddenly** 180:21
**sued** 148:6
151:12
**sufficient** 145:21
**suggested** 8:5
112:4 113:18
114:3,6 115:13
116:11 150:16
**suggesting** 86:21
162:24
**suggestion** 51:19
112:17
**suggestions**
203:23
**Suite** 1:24
**summary** 3:9
**Sunday** 100:5,7
100:15
**super** 156:17
159:9
**supervisor** 6:5
42:13,18,20
43:10 49:25
53:7 58:3,13,18
59:25 61:20
72:9,19 77:2,6
77:21,23 78:7
78:16 80:12,18
99:1 101:14
122:5 135:14
135:15 139:9
139:15 161:15
162:3 163:2,3
166:8 173:21
184:12 187:24
190:21 204:9
**supervisor's**
96:12 134:22
161:16
**supervisors** 3:5
13:6,10,12,20
14:1,4 39:8
47:25 48:5 53:9

54:9 57:7,17
59:1,7,18,23
60:11 61:17
72:2,5 76:24
78:11 79:5,6,22
80:24 88:10
91:20 92:2 93:1
93:3,15,16 94:4
94:16 95:24
97:5 98:6,8,10
99:15 101:1
104:2,6,8,17,21
104:25 106:4
107:9 108:18
108:19,20
109:4 110:12
110:21 111:10
112:8 113:4,9
113:14 114:8
114:16 115:5
117:4,24 119:7
134:8,11,18
136:1,6,9,14
137:4,13
152:12,22
153:5 154:25
188:7,20 190:8
191:13 192:16
203:22 206:13
207:6,19
**supervisors'** 92:5
**supply** 50:1
162:4
**supplying** 163:5
**support** 137:14
140:14 147:5
149:4,4 151:6,7
151:14 155:12
166:5,12,23,23
175:15 199:5
200:16
**supported** 11:14
**supporting** 139:8
166:14 179:20
183:18
**supports** 166:7
**supposed** 7:18

92:7 173:19
177:11,18
**suppress** 166:20
**suppressed** 165:6
**suppression**
165:5 177:19
177:20,21,22
177:25 205:5
**sure** 5:25 6:1
8:16,18 14:8
15:9,14 19:5
34:16 37:2,4,16
37:24 38:9
39:16 40:2
42:10 43:15
46:4,14 50:24
51:15,18 52:12
54:7 55:11,13
55:19 56:12,18
58:16 59:4,5
62:20 64:8
67:16 70:2
78:17 80:6
81:25 82:4
84:21 88:6,11
93:25 94:9
99:21 100:8
101:21 102:13
108:5 110:8,9
111:4 124:24
139:18 153:15
153:16 154:23
162:21 168:16
172:8,24 174:4
174:10 177:13
178:2 183:15
184:19 189:2
192:14 199:14
200:13
**surprise** 170:14
**suspected** 128:8
**suspicious**
120:11
**swear** 37:13
**swearing** 143:7
144:7
**switch** 42:6

switched 169:19
system 38:23
  67:19 90:19
  117:13

_____ T _____

tab 22:25 33:4
  67:1
table 113:15,16
  192:16
tail 2:19
tailor 88:20
take 5:17 16:2
  29:12 53:2
  60:21 62:21
  67:5 84:19
  90:22,24 91:9
  100:18 126:4
  128:14 135:6
  142:9 158:25
  165:10 166:16
  169:13 175:18
  203:24
taken 3:8 29:8
  94:20 105:12
  126:15 129:15
  170:14
takes 8:14 37:7
  168:19 186:2
talk 8:17,17 10:4
  21:24 23:14
  78:2 84:24 90:1
  92:17 116:22
  117:2 159:23
  172:12 173:14
talked 9:10,17
  14:3 43:8 56:17
  60:7 67:16,18
  89:12 90:16
  92:20,21 93:3
  94:17 104:7,16
  110:14 111:9
  123:1 166:6,9
  174:16 189:8
  189:20 191:23
  191:24
talking 8:6 20:11

37:5 40:17
43:17 54:8
55:12 67:20
72:1,6 75:7,12
80:3 86:5 94:15
94:19 101:7
104:24 108:5
111:6 116:15
117:12 123:5
140:2,3 148:19
152:18 153:6
160:3 166:12
176:20 180:24
181:23 188:12
190:23 191:11
192:10,13,15
talks 13:3 73:1
  92:11
Tallahassee 83:3
  128:13
target 23:20
  185:7,15
targeted 159:22
  170:7
targets 101:2
  160:6
task 196:20
tasked 69:3,18
  106:18 112:24
  115:5
taskforce 149:22
tax 19:20 180:21
taxes 177:20
teaching 38:12
team 8:8 127:17
  128:8,25
  129:23 130:5
  130:12,17
  131:4,9,12
  132:11,17,18
  132:21 203:13
  203:19 207:10
teams 8:18
  192:15
teamwork
  130:22
technical 2:16

48:19 54:18
98:17 118:6,14
118:20 119:2
147:19,24
152:5 153:5
154:3 155:9
203:8
technicalities
  48:22
techniques 151:1
technology 142:9
teeth 23:3 33:5
telephone 120:16
tell 4:8 8:25
  81:20 83:20
  90:21 91:7
  103:10 104:1
  106:21 113:17
  114:18 144:2
  156:1 182:17
  184:24 186:7
  190:12 192:3
  192:19,21
telling 73:15
  80:13 111:16
  119:17 128:11
  190:9,20
temporarily
  126:11 133:23
term 159:5
terms 10:22
  31:13 41:12
  62:11 68:20
  77:15 80:3,10
  80:13 84:7 86:4
  87:19 88:3,5,6
  114:20 122:8
testifying 63:4
testimony 204:23
text 82:14
thank 2:15 3:25
  4:11,17,24 5:8
  6:9,19 7:2,4,15
  7:25 8:21 9:3
  10:2,13 11:11
  11:24 12:12,17
  12:25 13:16

14:12,14,22
15:2,7,20,22
16:1,7,8,10
17:19,25 18:9
18:11,19 19:1
19:12 20:4,5,19
21:6,13,22 22:4
23:10,11,17,19
23:25 24:22
25:10 26:1,10
26:19,23 28:6
28:16,17 29:15
29:17,24 30:8,9
30:15 31:4,21
31:22 32:6,14
34:5,12,13,23
35:5,23 36:7,15
36:24,25 38:8
39:2 40:8 41:2
42:5 43:2,19,22
44:9,19 45:5,25
46:20 47:14,17
49:7,8 50:11,12
51:25 52:1,7,21
53:13,19,21
54:1,2,17,20
55:21 56:16
57:4,12,25 58:8
59:15 60:6,15
62:7,17,18 63:1
63:8,12,23 64:1
64:3,16,25 65:1
65:14,24,25
66:11,19,21
67:11,12 68:1,9
69:6,7,24 70:14
70:25 71:24
72:23 73:24
75:1,16 76:8,17
77:11,12 78:19
78:24 79:11
81:8,16 82:8,9
82:21 84:5,21
85:6,24 86:18
87:12,14 88:16
89:8 90:6,11
91:1,16 92:10

93:11 94:12
95:7,9,9 96:24
97:11 98:2,14
98:22 99:10,12
99:12 100:10
100:20 101:5
101:11,25
102:8,10,18
103:4,15,17,22
104:14 105:18
107:3,15
108:14 109:15
110:24 111:25
112:12 114:11
115:11,18
116:3,18,20
117:8,17 118:1
118:3,17 119:4
119:14 120:6
120:13,19
121:7,25
122:20 123:18
123:20 124:13
124:13 125:6
125:17 126:7
126:24 128:17
128:18 132:7
134:5 135:9,22
136:24 138:2
139:2,4,14
141:2 143:4,20
145:13 146:3,5
146:15 147:18
148:15 149:7
149:11 150:14
150:15 152:3
153:24 154:1
154:14 155:25
157:7 158:17
158:22 161:8
163:16,18
164:17 167:21
170:9 171:5
173:3,6 175:20
175:23 179:25
180:1,4 183:20
183:23 187:16

187:17,21
194:17 198:2,8
198:8 199:8
202:2,13,25
203:2,11,20
204:13 206:21
thanks 171:3
198:15
theft 7:13 33:17
themes 204:21
theory 17:13
38:17 106:11
thereto 159:18
thing 11:1 27:24
51:6 83:21 87:5
97:12 121:13
124:15 135:16
140:3 157:15
158:9 162:12
172:12 182:5
182:15 183:2
189:14
things 9:19 10:24
25:5 40:1 41:22
48:5 66:1 67:14
79:20 83:15
89:23 90:13
92:15 98:17
104:1,22
110:13,15
113:6 117:22
118:25 124:18
132:21 136:13
146:24 154:18
154:23 155:2
167:23 171:1
171:10 172:10
174:14 176:7
181:22 185:15
186:9 189:14
189:21 190:6
191:10,13
196:19 205:8
208:4,12
think 3:17 6:11
6:13 9:5,13
10:19,19 11:5,8

11:12,13,15
12:1,2,3,9,10
12:19,21 13:8
16:18,24 17:10
18:12,12 19:4
20:7,14 21:15
21:18 24:2,15
25:19 27:1,23
28:1,18,23
30:16 31:17
32:20,21 35:6
35:12 39:3,19
39:21,23 40:14
41:4 43:24 44:3
44:10 46:21
47:1 51:16 52:9
52:14 54:5
56:10,19 57:19
58:24 59:16,17
61:14,15,17
64:12 66:1,2,4
66:21 68:2 69:7
69:13,16 70:6
70:18 71:24
72:10 79:23
83:22 84:23,25
85:21 86:4,7
87:6 94:21
98:24 99:4
100:11,14,16
101:16,19
103:5 104:6,15
104:24 106:19
108:10,10,17
108:25 109:22
110:12 111:5
115:3 117:18
119:12 121:15
122:2,8 133:22
135:15 147:22
149:3 152:4
155:10 156:5,8
156:9,11,16
159:16,21
162:14 164:12
168:14 169:8
170:15,18,22

171:2 172:1,21
176:8 181:19
187:4,6 194:19
196:6 197:3,3
200:5 202:11
204:24
thinking 38:20
161:11
third 15:12 26:11
68:17 108:24
201:10,13
205:14,23
third- 184:24
third-party 2:22
2:24 4:2 5:2,23
6:3,4 15:8 16:3
20:12 22:7,10
22:17,20 26:4
27:3,4 29:18
30:19 31:16
34:8 36:4 39:18
40:10 63:13
66:16 67:21
68:13 69:1,17
70:11,16 123:6
123:8 169:9,23
170:3 171:23
173:11,15,19
174:1 176:20
180:13,22
181:1,4 184:22
Thirty-five 132:2
Thompson 25:23
26:1,24 28:4,6
28:17 29:13,15
30:1,6,8,17
31:2,4,22 32:4
32:6,16 34:3,5
34:13,21,23
35:21,23 36:13
36:15,25
175:21,23
210:13
thorough 59:6
thought 5:15
9:19 10:21
27:10 52:25

65:11 67:19
68:25 82:12
98:20 102:2
104:11 117:3
118:11 121:16
146:21 157:11
199:24,24
thousand 90:18
thousands 75:5
75:11 86:11
three 79:18
109:21 111:6
111:15 123:2
123:15 124:20
153:10 157:10
172:15 191:4
threshold 85:21
throw 39:24
65:11
thunder 111:2
tie 44:14
tied 112:20
tighten 33:25
time 3:20 8:14
25:4,15 27:13
29:6 43:25
48:25 52:24
58:12 60:1 61:3
64:20 70:17
71:12 72:3
76:10 77:4
82:22 85:1,3
86:25 89:19
90:4 102:3,4,13
102:14 109:11
113:24 115:15
124:6 129:18
145:21 146:19
149:14 150:1
158:13 164:5,5
165:23 166:11
168:19 175:8
177:3,5 185:18
185:21 187:3
196:11,11
198:5,21
200:10 201:11

201:13 206:15
206:15,15,16
208:7
timelines 68:21
timely 27:5
times 31:8 73:5
73:25 142:7
148:18 164:25
tipping 160:11
title 129:18
titled 142:1
to-Run 158:6
today 2:20 10:16
11:1 13:22 14:7
32:1 47:3 57:20
62:19 72:14
82:14 88:14
100:4 107:23
108:2,4,11
115:20 116:7
116:24 127:16
128:21,23
132:9 133:2
163:7 164:14
166:6 173:2
175:19 179:20
185:13,14
187:12 188:10
189:11 191:5
191:16 193:16
196:15 197:1
198:15 204:4
204:23 205:9
Todd 127:18,20
127:23,25
128:3,6 131:1
Todd's 128:11
toes 159:15
told 13:10 44:22
46:24 91:3 99:1
106:4 121:3,19
127:20 134:20
149:20 160:5
175:25 190:1
199:23
tomorrow 47:3
tool 36:3

toolbelt 45:19
toolbox 90:20
tools 40:23 43:12
    45:19 90:20
topic 16:25 85:9
    186:11 203:6
Torres 90:9
    109:24 119:22
    119:23 120:1
    120:12,13,25
    121:1,20,21
    122:14,15,25
    123:1,10,12,20
    124:7,8 125:2,3
    125:9,10,22,23
    183:21,23
    187:18
total 34:8
totally 10:23
touched 58:9
    59:3 114:21
tracking 28:23
    37:2 67:19
    69:10
tragedies 86:25
trails 130:23
trained 134:15
training 62:9,10
    62:12 63:3
    137:5,11
    207:17
transcript 210:3
TRANSCRIPT...
    1:10
TRANSCRIPT...
    210:1
transferred
    194:23
transgression
    74:1
translations
    122:8
transparency
    41:5 113:20
travel 96:1
Tre 130:18
treasurers 3:7

treated 158:6,24
    159:8,19
treating 160:4
tremendous
    137:3 196:19
    196:20
trial 63:5
tried 105:23
    192:19,21
tries 144:22
trouble 110:6
troubling 172:9
    172:20
true 18:21
    106:10,16
    166:2 181:12
    191:18 204:1
    210:2
truly 8:18 132:10
    159:19 171:16
    197:11 207:1
Trump 202:20
trust 49:13
    198:10
truth 156:15
try 13:25 41:20
    43:15 61:1
    80:25 91:14
    92:3 106:7
    108:20 109:10
    115:8 122:10
    122:12 150:24
    171:16
trying 5:22 7:11
    22:12 38:21
    39:10 40:1,12
    41:18 44:24
    46:3 56:21
    62:20 65:19
    72:15 84:10
    87:16 88:10
    92:12,14 94:5,9
    96:3,5,8,16
    97:9 99:4,16
    101:20 102:10
    107:8 113:7
    116:23 119:11

122:2,3 124:10
    135:12 136:16
    144:10 151:1
    152:9 153:15
    154:15,23
    161:11 168:2
    168:25 171:18
    171:24 172:7
    175:11 184:2
    192:3,4 200:6,7
    200:11 206:12
tune 136:12
turn 5:14 129:3
    142:22 173:20
    177:3,4
turnaround
    205:17
turned 5:16
    166:2
turnout 205:13
    205:15,18
turns 141:15
    171:19
TV 194:25
tweak 109:1
tweets 195:8
twice 35:12
    106:21,23
    207:4
two 10:23 13:3
    39:12 99:25
    104:8 106:2
    107:23 111:7
    111:14 113:21
    114:5 120:4
    169:15,19
    172:14 182:21
    190:16 191:4
    196:25 199:19
    204:8 206:3,12
    206:23
two-day 99:25
type 4:20 44:12
    44:13 70:5 92:7
    120:9 122:11
    181:7,9 188:19
    190:12

types 79:19 83:8
    118:23

_____
        U
_____

U.S 15:23 20:23
    21:10 127:9,10
    128:1,3 177:18
ultimately 18:14
    22:23 52:18
    106:19
un 24:8
un-house 44:4
unable 27:11
    149:21
Unanimous
    131:17
unanimously
    35:16 112:2
    204:4
uncomfortable
    169:3 170:6
uncovered 23:1
uncovering 22:22
    35:19
undergoing 56:3
    143:10
underlying
    100:13 138:17
    154:20
understand 6:11
    21:18 23:5
    31:10 34:17
    42:23 44:25
    49:15 96:14
    122:2 136:8
    141:14,21
    153:9 164:25
    168:5 192:15
understanding
    14:1 37:25 83:8
    112:16 113:2
    149:21
understands
    67:17
understood
    94:24
undertaking

197:8
underwear 86:23
undue 46:16 97:9
unemployment
    186:9
unfair 190:7,8,10
    191:10
unfortunately
    13:21 108:21
unfriendly
    135:17 157:1,1
    158:14 160:5
unfunded 136:10
uniform 14:2
    62:20,22
    104:23 157:16
    196:5
unintentional
    166:1
unique 115:22
    116:10 198:22
United 12:8
    195:21,23,24
university 38:13
    127:14 129:23
    130:4,11 131:7
    131:9 132:14
    132:17 172:19
university's
    128:25 129:24
    130:5,13
unlock 209:2
unnecessary
    193:23 194:7
untimely 33:13
    124:3
unworkable 48:6
upcoming 51:14
update 43:6
    58:20 75:20
    77:3 125:19
updated 51:5
    58:17,18
updates 145:18
updating 75:21
    76:14
upmost 204:2

upping 29:4
ups 28:23 67:18
    67:19,22 68:2,6
    68:11,15 83:16
use 29:20 38:24
    81:11 93:7
    117:4 118:4
    119:18 142:11
utilize 23:20
utmost 203:9
    204:2

            V
validly 195:14
valuation 38:12
variables 68:20
various 4:7 93:22
    124:3 145:17
    161:12 170:21
    203:21
VB 101:21
VBM 101:7
    102:5 103:2,7,8
    104:5 112:9
    113:3,6,24,25
    114:7,20
    115:24 148:5
VBMs 101:9
    103:25
Vehicles 19:20
    41:6 59:21
venture 93:8
    124:19
verbiage 162:25
    162:25 164:24
verification
    49:19 50:7
    75:19 76:13
    77:3 161:21
    162:10,18
verified 13:12
    105:15
verify 51:21
    207:21
version 179:18
versus 104:4
    114:18 188:13

189:19 191:23
vet 97:3
veterans 187:4
vets 135:14
vetted 18:4 20:9
    98:7
vetting 97:8,16
    196:25
vice 3:2 9:15,21
    10:23 11:6
    24:14 157:23
    158:1 179:4
    198:22
victims 33:17
video 1:10 129:2
    129:5
view 128:15
violated 124:21
    181:2
violating 23:4
violation 4:6,7
    21:25 22:1
    33:13 124:5
violations 181:12
violence 177:21
visible 118:23
visiting 128:23
visitors 128:24
Vladislav 130:19
voluntarily 27:19
volunteer 17:5
    19:6 20:14,16
    37:7
volunteering
    19:24 34:18
vote 5:15,24,25
    6:7 7:16,19,22
    8:18 13:3,13
    14:8 16:23 26:6
    27:11 28:11
    30:21 31:10
    34:19 39:11,13
    39:23,24 40:16
    41:19,24 45:10
    45:22 46:8,15
    47:7 49:19 50:8
    52:4,15 54:12

54:22 56:4
64:20 66:16
71:10,18 72:5
78:17 80:7,16
80:19 81:22
82:6 87:24 88:2
88:8,12,13
98:17,17,19
99:2,20 102:23
102:24 105:5,6
106:13,14,14
106:15,17,20
106:22 107:6
110:16,20
112:3 120:23
121:23 122:4
122:13 125:13
136:18 138:6
138:13,14,18
140:7 142:6
143:12 144:2
144:11 145:17
148:3,25 149:1
156:15,23,24
160:10,10,20
160:21 161:21
162:13,14,23
162:23 163:4,9
164:23 165:7
166:17,19,20
166:21 169:16
169:17,19
171:1,15,25
172:2,4 173:1
173:17 176:11
176:13,13,14
176:16,24
177:1,22
178:10,11
179:13 184:3
184:21 186:17
187:4,5,10,11
189:5 192:25
193:13 204:22
205:3,10,21
206:6,15
207:21 208:6

208:11,25
209:2,4
vote-by-mail
    206:12
voted 71:12,13
    71:19 72:3 86:5
    86:6 169:16
    178:2 204:3
    205:19 207:4
    209:3
voter 2:22,24 3:3
    4:3,4 5:2 15:8
    15:12 16:3,16
    16:17 19:21,22
    19:24,25 20:12
    22:7,10,17,20
    26:4 27:3,4,6,6
    27:8,9,11,19,21
    27:23 28:21,23
    29:18 30:18,19
    30:21,22 31:12
    33:12 34:8,15
    36:4,18 37:15
    37:16 39:18
    40:3,10,13
    42:14,15,17
    43:13,15 47:19
    48:11 49:16,20
    49:22 50:2,19
    51:3,11 52:3,3
    53:10 54:4,10
    60:23 66:4,7,13
    66:16 67:21
    68:14,17 69:1
    69:13,17 70:3
    70:11,16 71:6
    71:15,18 73:17
    76:21 77:3
    82:10 87:9
    103:7 120:21
    123:24 124:2
    138:3,9,12,14
    138:15 139:7
    140:1,9 141:4,5
    141:9,11,13,15
    142:20 143:7
    144:1 145:15

161:14,22
162:1 163:1,2,4
163:22 164:13
165:5 166:15
169:23 170:3
171:23 173:12
173:15,19
174:1 176:20
177:9,17
180:13,22
181:1,4,7 185:4
188:8,24 189:8
189:15 190:11
191:7,8 205:5,6
205:15,16,17
205:23 206:4
207:22 208:9
voter's 29:12
    50:18 162:5
    165:21
voters 29:21 31:9
    38:24 44:4 45:2
    46:8 50:24
    63:13 75:6 86:4
    111:4 120:3
    134:12 139:20
    140:6 144:16
    145:19 146:18
    146:19 148:4,8
    157:18 161:15
    166:12,15,24
    174:6 176:23
    185:9 207:6,19
    207:24 208:5,8
votes 26:6 54:12
    101:19 107:6
voting 4:19 16:22
    38:21 46:3
    49:11 52:18
    54:13 55:5,12
    61:21 92:11,12
    100:24 103:9
    108:5 113:19
    137:2 141:19
    141:24 142:1,3
    144:4,5,13
    151:4 164:21

165:22 167:1
169:9 170:6
176:8,9 177:24
178:5,7 184:4
186:22 187:3
187:14 190:24
193:6,9 206:7,9
206:16
**vulnerable**
148:23

_____
**W**
**wait** 132:22
**waiting** 90:10
118:9 170:13
194:3
**wall** 192:13
**want** 6:1,5,6,6
10:8,17 13:13
14:8,14 15:13
22:11 24:24
28:9 29:18 37:4
37:24 40:3,11
41:24 42:9
50:24 51:14,18
52:24 54:7
55:11,12 56:12
58:15 59:4,5
60:3 67:15
71:18 73:10,13
74:11,18 75:10
81:22 82:23
86:1,8 88:11,20
90:11,18 91:7
94:23 96:23
97:13 98:3,15
99:7,21 102:13
104:25 105:17
109:17 114:2
114:13,17,21
116:6,17 117:2
120:22 125:10
125:25 133:5
136:14 142:16
144:2 148:25
150:7 151:11
151:11 152:9

156:17 158:10
159:23 166:24
170:4 171:24
172:12,24
176:4,6 177:14
178:8,15,25
181:8 184:18
184:20 185:11
188:21,23,25
192:1,14,19
195:22,24
196:6,8 198:8
199:17 201:25
202:4 203:2,20
203:20,24
204:13,19
**wanted** 8:16 9:18
15:9 21:8 31:12
48:1 70:1 76:2
93:23 100:7
102:24 115:19
139:18 157:16
169:18 176:13
177:22 195:20
199:15
**wanting** 10:18
104:25 151:13
178:11 199:21
199:22
**wants** 41:20
79:21 162:12
174:25 197:21
**Washington** 1:24
**wasn't** 10:7 51:5
75:13 80:14
85:7 199:24
207:2
**watch** 165:10
196:10 207:12
**watching** 50:17
207:11
**waters** 159:15
194:3
**way** 3:18 9:23
13:22 14:5
27:21 39:6
50:15 59:3 64:7

84:12 87:7
89:14,22 96:8
104:20 106:13
107:6 108:21
110:20 111:8
120:8 124:17
125:20 149:19
154:6 156:21
158:13 169:1
170:1 172:23
175:20 179:9
185:9 197:23
198:12,22
206:24 207:1
207:21 208:17
**ways** 54:6 106:12
106:13 122:5
166:12 174:8
**we'll** 3:18,20
14:10 22:25
32:24 62:4,22
73:10 75:2
109:13,25
115:12 122:10
122:11 126:3
133:22 147:20
192:22,23
**we're** 2:7 5:22
7:11 9:6 11:3,3
11:8 13:21
16:15,16,22
19:4,8 20:7,11
22:22,25 23:2
23:22 24:18
27:17 29:4
31:23 33:19
35:19 37:2,5
38:21 39:10,14
39:17 40:1,2,23
42:1 43:9,17
45:12,13,14
47:21,24 48:8
48:18,18,24
50:20 52:23
53:4 54:3 55:11
55:11,15,18
56:12 57:14,15

57:19,20 58:12
59:4,5,22,24
60:21 61:24
62:19,22 64:10
65:2 67:16,20
68:13,19,20,21
70:2 75:11
76:23 81:11
82:15,17 85:3
85:14 88:10
90:3 91:10 92:7
92:12,14,17
93:25 94:2,5
95:15,17,22
96:8,17,19 97:8
97:12 98:18
99:6,16,20
100:11,23,24
101:9 102:22
103:24 104:4
107:8,10,24
108:3,4,7,24,25
110:3,18
113:24 115:20
115:24,25
116:15 117:14
118:3,20 119:8
119:11,12,17
123:22 124:15
124:24,25
127:16 129:3
132:20 133:1
133:18 134:17
135:15 136:12
136:13 140:2,3
140:5,8 146:8
146:16 147:3
148:17 150:25
151:2 153:10
154:23,25
155:3 156:7,22
159:8,16 160:3
160:19 161:11
161:19 163:4
163:24 165:3,8
165:21 166:2
168:25 171:23

173:10 174:5,6
175:10,12,25
176:17,19
177:1,1 178:21
178:23 179:2,3
179:9,9 180:18
181:23,25
185:13 186:5
186:13,14
189:3,13 190:2
190:19,19
191:11,12,15
192:15,15,24
192:25,25
193:5,14,17
195:3,16 200:6
200:13,24
205:7 206:18
**we've** 3:8,19 5:13
5:17 14:4 24:3
36:1 45:19
46:25 59:22
61:14,24 86:19
88:14 93:3 94:1
99:24 105:22
105:23 106:4
106:18 115:4
166:6 167:14
167:24 168:20
170:20 171:8,9
171:11,12,14
184:17 186:10
186:15 189:20
191:23,24
193:15 204:21
205:21 208:17
208:20
**wearing** 149:3
**Weatherspoon**
130:22
**Weaver** 127:6,7
127:8,18
128:17
**Weavers** 127:7
128:15
**website** 73:12,18
75:3 76:3 87:25

91:22,22
**websites** 91:20
    92:6
**wedded** 159:2
**week** 132:11,19
    134:13 137:8
**weekday** 191:7
**weekend** 191:9
**weekly** 60:10
    79:8 95:23
    145:19
**weeks** 26:21
**weeks'** 26:13
**weighed** 157:21
**welcome** 79:12
    127:5 128:19
    128:23
**well-** 156:2
**well-document...**
    33:24
**went** 13:19 84:25
    100:14 107:7
    159:25 186:24
    186:24
**weren't** 5:17
    15:11 149:24
    199:18
**whole-hearted**
    158:5
**widespread**
    74:12,17
**wife** 127:6
**willful** 56:19,20
    56:20 143:9,23
**willfully** 56:21
    87:18 143:7
    144:5
**William** 127:25
**Williamson**
    131:2
**willing** 47:9 67:5
    72:14
**win** 12:8 127:17
    133:5 183:8,8
    183:12,14,14
**window** 10:20
    142:18 144:13

146:25
**winners** 131:4
**wins** 207:11
**wiser** 203:5
**wish** 79:22,24
    93:17,19,19,21
    94:6
**wishes** 23:21
**wishing** 131:22
**woman** 148:17
**Women** 31:9
    176:23 185:9
**Women's** 176:21
**wonderful** 127:4
**wondering** 83:17
    117:19 187:5
**word** 148:1 149:2
    150:17,22,24
    151:5,13 172:2
    175:11
**wording** 7:17
    162:9 164:25
**words** 24:3 37:7
    90:17 129:3
    178:20
**work** 18:22 19:16
    19:16 26:13
    41:20 42:7
    44:22,23 54:3
    67:22 78:16
    80:14 108:21
    130:25 148:18
    151:2 155:6
    166:4 180:10
    180:11,19,20
    180:21 181:6
    192:22,23
    195:8 196:18
    198:9 199:10
    203:3 204:14
    208:22
**worked** 2:19 48:7
    108:16 110:25
    115:4 176:3
    198:11 199:13
    199:16 206:24
**workers** 171:13

207:16
**workgroup** 112:2
**working** 38:23
    40:20 47:24
    48:19 91:15
    97:18 107:11
    107:21,22
    109:9 165:8
    190:17 191:24
**workload** 134:18
**works** 175:1
    198:15
**world** 48:3,14
    78:1 96:3
**worse** 46:6
**worth** 26:13
**worthy** 149:17,17
**wouldn't** 17:14
    18:3 24:18
    30:19 51:1 56:5
    83:24 169:25
    195:2 197:5,7
    197:10
**wrapping** 119:5
**wrestled** 105:23
**wrestling** 149:14
**write** 141:20
**writing** 153:9
**written** 9:24
    13:22 14:6
    108:2
**wrong** 5:5 43:14
    73:16 87:18
    88:8 95:17
    186:24,24

───────────
            **X**
**X** 37:22

───────────
            **Y**
**yay** 131:16
    137:16 140:16
    145:2 147:7
    151:17 155:14
    160:14 167:3
**yays** 131:17
    137:17 140:17

145:3 147:8
    151:18 155:15
    160:15,22
    167:4
**yea** 200:18
    201:13
**Yeah** 81:8 123:6
    185:22 186:14
**year** 5:19 11:19
    12:14 36:1,2
    57:7 59:8
    108:24 109:13
    116:8 122:17
    128:2 133:5
    150:10 168:9
    169:5,10,12,18
    174:20 181:22
    185:22 187:5
    202:6,13
**year's** 111:3
**years** 23:15 71:7
    82:25 86:20
    127:7 142:12
    157:10,10,11
    159:21 169:15
    169:20 172:14
    172:14,15
    179:15 182:21
    187:24 190:15
    190:16,21
    193:11 194:18
    195:9 198:13
    204:15,17
**yeas** 200:19
    201:14 209:5
**yield** 25:20 198:5
**young** 128:23
    147:22 178:8
    178:11 186:21

───────────
            **Z**
**zero** 101:2
**zoned** 78:5,15

───────────
            **0**

───────────
            **1**
**1:00** 110:2

**1:15** 109:22
    126:2
**1:30** 109:22,23
**10** 3:19 71:7
    76:25 109:7
    148:18
**10:00** 108:18
**100** 11:5
**101** 128:5
**1026** 155:22
**104.011** 144:6
**104.15** 55:6 144:5
**104.16** 141:17
    142:1,15,19
    144:6,8,20
**1047** 155:22
**11** 100:16
**112** 176:11
**118732** 140:23
**12** 160:22 209:5
**12:40** 109:16
**12:45** 109:16
    110:4
**1258** 151:25
**1272** 151:25
**13** 142:12 187:24
**14** 185:23
**140,000** 185:24
**15** 3:19
**15-time** 7:8 33:21
**1513** 147:15
**1517** 147:15
**154344** 201:3
**1553** 103:5,6
**1565** 103:6
**16** 136:12
**160** 160:9
**1618** 13:2 104:5
**1620** 104:6
**1657** 147:25
**1730** 1:24
**1734** 129:15,20
    130:2
**175,000** 175:5
**18** 33:17 134:23
**1800s** 141:18,23
    178:20

**1968** 127:9
**1972** 127:10
**1974** 127:11
**1998** 205:14
**19th** 126:5
**1st** 59:9

---

**2**

**2** 126:13 186:14
   186:15
**2-day** 102:25
**20** 86:8,21 134:23
**2000** 64:5 66:7
   124:22,23
**2002** 124:1
   127:12 205:24
**2003** 185:12,13
**20036** 1:24
**2004** 127:23
**2005** 64:13
   127:23
**2008** 127:25
   182:7
**2010** 128:4,6
**201756** 201:3
**2018** 182:10
   198:12 199:16
**202** 1:25
**2020** 148:6 171:9
   195:9
**2022** 33:10 171:9
   205:13,20
   206:2
**2022/2023** 131:11
**2023** 1:12 2:1
   178:21 185:13
**2024** 47:6 91:12
   110:19,22
   111:14 112:7
   114:5 195:21
   202:19
**21** 116:21,22,24
**211618** 151:24
**2144** 140:24
**2145** 140:24
**222724** 147:14
**23** 11:18 25:3

**230** 133:15 161:4
**232-0646** 1:25
**23rd** 201:9,23
   202:23
**246** 72:25
**249** 133:15 161:5
**250,000** 35:1
   172:6 185:6
**26** 1:12 2:1 195:7
**26th** 129:7 132:5
**27** 160:22 195:7
**28** 209:5
**29** 185:22
**293** 59:7
**294206** 137:23
**298244** 201:3

---

**3**

**3** 33:23 94:17
**30** 86:8,21 89:4
**30,000** 185:22
**3000** 124:2
**307** 42:12 58:1
**3077** 33:11
**312** 77:13,16,19
**314** 42:12 58:1
**333316** 2:10
   133:11 167:13
**371368** 201:3
**38** 56:2
**385** 134:1
**3PVRO** 17:4
   23:7 27:22
   28:22 29:5,11
   30:23,25 33:13
   35:13 64:5
   173:15
**3PVROs** 18:6
   19:25 27:16
   64:13 124:3,4
   124:20,23,23
   125:3 205:25
   206:3 207:18

---

**4**

**4** 15:4 83:1,2
**40** 102:22 205:10

**4000** 132:12
**401954** 201:2
**402662** 145:9
**404** 93:2 94:13,21
   95:1 98:16
   135:24
**414** 93:2 94:14,21
   95:1 98:16
   134:2 135:24
**43** 117:18
**44** 117:19,19
**451** 137:23
**471674** 201:3
**48** 83:23
**492750** 133:15
   161:2,4
**499302** 201:2
**4A** 156:10

---

**5**

**5:00** 102:21
**50** 33:16 86:8,10
**50,000** 21:24 22:1
   33:15 67:3
   181:1,10 185:6
**502** 128:5
**52** 127:6
**524** 114:2 115:13
   115:21 190:17
**53** 205:14
**547** 137:24
**58** 205:16

---

**6**

**6:00** 86:22
**60** 186:15
**62** 4:1
**638** 145:10
**65** 205:17
**67** 91:23 94:16
   97:17 104:21
   105:4 106:12
   106:13 113:14
   134:19 137:4
   188:7
**698** 98:3

---

**7**

**7** 42:22 59:2
   77:24 89:4
**7.7** 205:19
**70** 179:14
**701** 98:3
**7050** 2:4 133:7,10
   201:18
**713846** 134:1
**750** 126:11
**77** 15:4
**785** 145:10

---

**8**

**8** 100:18
**802016** 201:3
**812** 1:24
**850** 121:9
**850-245-6536**
   91:4,7 120:24
**866-308-6739**
   76:3,18 81:18
   82:5 88:22
   120:16
**888296** 155:21

**9**

**9** 128:6 148:18
**9/11/2001** 127:20
**9:00** 109:7
**9:30** 108:18
   109:7
**90** 59:10 114:2
   115:13,21
   190:17
**92** 193:10
**92-year-old**
   193:7
**951904** 201:2
**97** 154:19
**97.07** 49:22
**97.073** 161:25
   189:10
**98.07(6)** 42:22
**98.075(6)** 77:24
**99** 156:10