Case 4:23-cv-00215-MW-MAF   Document 219-7   Filed 02/13/24   Page 1 of 177

TRANSCRIPTION OF AUDIO RECORDING

FLORIDA HOUSE SESSION

SB 7050

APRIL 28, 2023

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1   APRIL 28, 2023

2              UNIDENTIFIED MALE:  Speaker, I move that CS

3   for Senate Bill 7050, a companion measure be

4   substituted for House Bill 7067 and that the Senate

5   bill be read a second time by title.

6              SPEAKER:  Floor moves that CS for SB 7050

7   be substituted for HB 7067 and that Senate bill be

8   read a second time by title.

9              All in favor, say yea.

10             MEMBERS:  Yeah.

11             SPEAKER:  Opposed no.

12             (No audible response)

13             Show the motion adopted.

14             Read the Senate bill a second time by

15   title.

16             UNIDENTIFIED MALE:  By fiscal policy and

17   ethics and elections and others.  CS for Senate Bill

18   7050, a bill to be entitled an act relating to

19   elections.

20             SPEAKER:  All right.  Now, Representative

21   McClure, you're recognized to explain the Senate

22   bill.

23             REPRESENTATIVE MCCLURE:  Thank you,

24   Mr. Speaker, members.

25             Florida has been a model of election

Page 3

```
1   integrity and efficiency, but there is always room

2   for improvement.  This bill seeks to continue

3   Florida's success in these areas by streamlining

4   certain provisions of the Florida Election Code

5   while ensuring bad actors are held accountable.

6           The bill specifically requires everyone who

7   compares signatures to undergo signature matching

8   training; implement certain recommendations from the

9   Department of State's vote by mail report; requires

10  supervisors of elections to coordinate with local

11  clerk of court to receive updates on persons

12  convicted of felonies; creates methods for

13  candidates to use nicknames on the ballot; revises

14  reporting frequency for political committees,

15  candidates, and electioneering communication

16  organizations to once each calendar quarter until

17  qualifying, at which time the current reporting

18  requirements resume; requires the candidate

19  qualification oath to contain a statement about

20  whether the candidate owes certain ethics and

21  campaign finance fines; requires voter information

22  cards to include certain information regarding proof

23  of registration and eligibility to vote; requires a

24  disclaimer on certain voter guides to make it clear

25  to voters who developed the voter guide; attaches
```

Page 4

1  fines and fees to the chair of political committee

2  and increases fines for election law violations.  It

3  increases accountability for third-party voter

4  registration organizations.

5          And I'm going to hand it over to my co-

6  sponsor, Representative Salzman, to explain the rest

7  of the bill.

8          REPRESENTATIVE SALZMAN:  Thank you,

9  Representative.

10          Members, the resign-to-run slaw has been a

11  popular topic of conversation primarily driven by

12  the media.  I researched the current resign-to-run

13  provisions of Florida law, and in my view, while it

14  is apparent that the resign-to-run does not apply to

15  Presidential and Vice Presidential candidates, there

16  is some ambiguity in the qualifying portion,

17  specifically the timeline for resigning.  It is

18  entirely based upon qualifying.

19          For clarity, Presidential and Vice

20  Presidential candidates do not have to qualify.

21  Presidential and Vice Presidential nominees are

22  decided by their respective political parties at

23  national conventions.  Currently, they do not have

24  to complete any of the qualifying documentation and

25  paperwork required of candidates for the other

Page 5

1   offices.

2          Florida has been in the spotlight for

3   several years now, and the media and nation all have

4   their eyes on us.  They all agree that we lead the

5   nation in many things.  But this issue, the resign-

6   to-run issue, is not a topic of conversation in

7   almost every other state.  Why is that?  Because

8   Florida is only one of five states in the union that

9   have a resign-to-run provision.

10          Members, the nomination and election

11   process for President and Vice President is unique.

12   It is the only office elected through an electoral

13   college, and much of the process is governed by the

14   individual political parties outside of statute.

15          The resign-to-run provision in the Florida

16   Election Code and chapter of law that deals with

17   qualifying for office.  So when candidates for

18   federal, state, and local office are running for

19   office, that chapter of law describes the things you

20   have to submit; the oath of office, the filing fees,

21   financial disclosures, et cetera.  Although I

22   believe the current resign-to-run law as written

23   does not apply to persons seeking the office of

24   President or Vice President, I believe the law could

25   be clarified so it is absolutely clear.

Page 6

1          The Senate bill settles the issue by making

2     it abundantly clear that the resign-to-run law does

3     not apply to persons seeking the office of President

4     or Vice President, and the bill explicitly exempts

5     candidates running for President or Vice President

6     from the resign-to-run law and defines the term

7     qualify to mean all offices other than President or

8     Vice President.

9          Mr. Speaker, that's the bill.

10          SPEAKER RENNER:  Are there questions of the

11     sponsor?

12          Representative Hinson in questions.

13          REPRESENTATIVE HINSON:  Thank you,

14     Mr. Speaker.

15          Representatives, section four of the strike

16     all, page 4, line 77 -- and I'm talking about the

17     House Bill -- adds a requirement relating to

18     citizenship.  Can you explain what this does?

19          SPEAKER RENNER:  Representative McClure.

20          REPRESENTATIVE MCCLURE:  Thank you,

21     Mr. Speaker.

22          Thanks for that question.  Yes.  As it

23     relates to third-party voter registration

24     organizations?  Okay.  Yeah.  We're on the same

25     place.

Page 7

1          So what we're saying is for those folks

2    that are out soliciting, advocating, encouraging

3    folks to register to vote, that doesn't apply to

4    them.  It's only at the moment where they're going

5    to collect and handle that potential voter's

6    personal information that we want you to be a U.S.

7    citizen.

8          SPEAKER RENNER:  Representative Hinson.

9          REPRESENTATIVE HINSON:  Thank you,

10   Mr. Speaker.

11          Why does this prohibition apply to all

12   people who aren't U.S. citizens?

13          SPEAKER RENNER:  Representative McClure.

14          REPRESENTATIVE MCCLURE:  Thank you,

15   Mr. Speaker.

16          Well, I would say that there's another

17   portion that discusses other folks that we don't

18   want handling it, but specifically for the U.S.

19   citizenship, these are U.S. elections.  And again

20   we're not prohibiting someone's First Amendment

21   right to go and advocate and solicit and be a part

22   of a team that's encouraging folks to register.

23   We're just simply saying in an abundance of caution

24   for that potential voter's personal information,

25   that at the time they hand over that sacred

Page 8

1    information, that it goes to a U.S. citizen for
2    collection and handling purposes only.
3            SPEAKER RENNER:  Other questions of the
4    sponsor?
5            Representative Bartleman in questions.
6            REPRESENTATIVE BARTLEMAN:  Thank you,
7    Mr. Speaker.
8            If your concern is about security, why
9    wouldn't you allow non-U.S. citizens who have been
10   vetted, like legal permanent residents, to collect
11   and handle registration applications?  They have
12   other jobs where they get the same sensitive
13   information.
14           SPEAKER RENNER:  Representative McClure.
15           REPRESENTATIVE MCCLURE:  Thank you,
16   Mr. Speaker.
17           Well as it relates to other jobs, I would
18   imagine there's processes and protocol in place,
19   whereas with third-party organizations or any
20   organization, that may or may not have that, so
21   again not prohibiting them from participating.  I
22   would imagine to the extent that a third-party voter
23   registration organization is wanting to -- their
24   mission is to register voters.  Having folks
25   advocate, that's wonderful.  It's just at the moment

Page 9

1   of collection and handling that we're going to ask

2   them to be a U.S. citizen.

3           SPEAKER RENNER:  Representative Waldron, I

4   think I had saw your hand.  I see Representative

5   Woodson.

6           Okay.  Representative Woodson, we'll go to

7   you next.  You're recognized.

8           REPRESENTATIVE WOODSON:  Thank you,

9   Mr. Speaker.

10          Representative McClure, can you clarify for

11  me this question?  Are non-U.S. citizens allowed to

12  work for the Department of Elections -- for the

13  Divisions of Elections?

14          SPEAKER RENNER:  Representative, is that a

15  question to the bill?  You're asking him whether

16  noncitizens are allowed to work for the Department

17  of Corrections?

18          UNIDENTIFIED FEMALE:  Elections.

19          SPEAKER RENNER:  I'm sorry.  Representative

20  McClure.

21          REPRESENTATIVE MCCLURE:  Thank you,

22  Mr. Speaker.

23          The bill doesn't contemplate that, but I

24  believe they are.  Yes.

25          SPEAKER RENNER:  Representative Woodson.

Page 10

1              REPRESENTATIVE WOODSON:  Thank you,

2      Mr. Speaker.

3              Can you explain why this bill make this

4      distinction based simply on whether someone is a

5      U.S. citizen?

6              SPEAKER RENNER:  Representative McClure, I

7      think that's been asked and answered, but if you'd

8      like to take another stab at an answer.

9              REPRESENTATIVE MCCLURE:  Thank you,

10     Mr. Speaker.  Yes, sir.  I think it has been asked

11     and answered.

12              But again we're not saying that you can't

13     advocate, solicit, be a part of a team to get folks

14     to register.  We're just saying when that voter --

15     this is to protect the voter's personal information.

16     At the moment that they submit that information to a

17     third-party organization, we want it to go in the

18     hands of a U.S. citizen.

19              SPEAKER RENNER:  Further questions.

20              Representative Waldron.

21              REPRESENTATIVE WALDRON:  Thank you,

22     Mr. Speaker.

23              So are you saying that a non-U.S. citizen

24     who's employed by the Division of Elections or the

25     Department of Highway Safety and Motor Vehicles or

Page 11

1    the county tax collector's office could be seeing

2    and processing voter registration applications with

3    voters' personal information for their job, but they

4    would be prohibited from volunteering at a voter

5    registration drive with a third-party voter

6    registration organization where they'd be collecting

7    and handling this information?

8             SPEAKER RENNER:  Representative McClure.

9             REPRESENTATIVE MCCLURE:  Thank you,

10   Mr. Speaker.

11             What I would say is I think in those

12   specific instances that you referred to, whether at

13   the Department of State or the DMV, et cetera,

14   there's processes, procedures, sometimes background

15   checks.  There's clear operating procedures on how

16   you are to comport yourself when handling that

17   sensitive information in contrast with a third-party

18   voter organization.  None of those processes are

19   prescribed here.

20             And so I think the safest thing for us to

21   do, again, in an abundance of caution for that

22   potential voter to protect their personal

23   information, you know -- there's plenty of law

24   elsewhere on the books where we take personal

25   information theft, identity theft, you know, that's

1    something that we take very seriously.

2              And so we want to protect that voter's

3    information.  And so as a function of that, we make

4    that distinction here that when they collect and

5    handle, we want it to be in a U.S. citizen's hands.

6              SPEAKER RENNER:  Further questions.

7              Representative Nixon.

8              REPRESENTATIVE NIXON:  Thank you,

9    Mr. Speaker.

10             Hey, Rep. McClure and Rep. Salzman, I have

11   a question.  Why is the $50,000 per person

12   proportional to the violation?

13             SPEAKER RENNER:  Representative McClure.

14             REPRESENTATIVE MCCLURE:  Thank you,

15   Mr. Speaker.

16             That fine is $50,000.  And I think -- I'm

17   going to take a leap here -- that there's an

18   emphasis being placed there.  It's a high dollar

19   amount.  I think it shows the sincerity that we want

20   this information to be handled -- collected and

21   handled properly in the hands as prescribed within

22   the bill.

23             SPEAKER RENNER:  Representative Nixon.

24             REPRESENTATIVE NIXON:  Thank you.

25             One last question from me.  Will those

4/28/2023          Florida House Session SB 7050          Audio Transcription

Page 13

1  permitted to cast provisional ballots be prosecuted

2  for voting if it's later determined they were

3  ineligible?

4          SPEAKER RENNER:  Representative McClure.

5          REPRESENTATIVE MCCLURE:  Thank you,

6  Mr. Speaker.

7          No.  Wherever you see those provisional

8  ballots, in that entire section of the bill really,

9  the intent of that is to ensure that that voter has

10  every opportunity for their vote to be counted all

11  the way up until it's determined that they are

12  ineligible.  So we want there to be options to make

13  sure that that voter's vote is counted and heard,

14  but if it's deemed ineligible and specifically to

15  your question, no.  No.  It would not result in

16  prosecution.

17          SPEAKER RENNER:  Further questions?

18          Representative Robinson.

19          REPRESENTATIVE ROBINSON:  Thank you,

20  Mr. Speaker.

21          Representative McClure, this version of the

22  bill adds a line to the voter information card

23  stating that a voter may confirm his or her

24  eligibility to vote with the Department of State.

25  Currently, Florida Statue 106.232 in the rule

Page 14

1   defines the process for advisory opinions.  And this

2   information is listed on the division's website for

3   seeking individuals about eligibility.

4            As the statute states, an advisory opinion

5   cannot be done over the phone.  Neither the statute

6   nor the rule mention eligibility specifically.  Is

7   the process that you intend for questions under this

8   new voter information card statements?

9            SPEAKER RENNER:  Representative McClure.

10           REPRESENTATIVE MCCLURE:  Thank you,

11   Mr. Speaker.

12           Let's start with the statement that's on

13   the voter information card.  It is a little bit

14   different, as you mentioned, from the original House

15   version.  The intent of that additional language

16   specifically saying that this card -- and I'm going

17   to paraphrase -- does not explicitly mean that you

18   are eligible to vote and then has the directive to

19   go to the Department of State to check your

20   eligibility.

21           That came out of a concern that folks would

22   potentially be confused by the fact that they have a

23   voter information card and that card would assume

24   eligibility.  They're two very different things.

25   Registration and eligibility are two wildly

Page 15

1   different things.

2            Now, to your question on the process, we

3   heard from Secretary Byrd that he intends to

4   streamline this process to move it along quickly.

5   And so, you know, the Department of State will work

6   potentially in rulemaking to expedite that process.

7            SPEAKER RENNER:  Representative Robinson.

8            REPRESENTATIVE ROBINSON:  Yeah.  Thank you

9   for your answer because that is very confusing as

10  far as with that card thing.

11           My next question is: is the state working

12  on a system that voters can use to check their

13  eligibility?  And if -- oh.

14           SPEAKER RENNER:  Is that the question?

15           REPRESENTATIVE ROBINSON:  Well, I have

16  another part, but yes --

17           SPEAKER RENNER:  Okay.

18           REPRESENTATIVE ROBINSON:  -- are we working

19  on something?

20           SPEAKER RENNER:  Representative McClure, do

21  you understand the first part of that question?

22           You're recognized.

23           REPRESENTATIVE MCCLURE:  Thank you,

24  Mr. Speaker.

25           This bill doesn't contemplate a potential

Page 16

1    system.  So the simple answer is no.

2            SPEAKER RENNER:  Representative Robinson,

3    F.

4            REPRESENTATIVE ROBINSON:  I'll save the

5    rest of that for debate.  We need to.

6            SPEAKER RENNER:  Representative Cross.

7            REPRESENTATIVE CROSS:  Thank you,

8    Mr. Speaker.

9            Representative, on line 570, the bill

10   states that this card is for information purposes

11   only.  This card is proof of registration but is not

12   legal verification of eligibility to vote.  Was

13   wondering how that aligns with current Statute

14   97.073, subparagraph 1, which states a voter

15   information card sent to an applicant constitutes

16   notice of approval of registration.

17           SPEAKER RENNER:  Representative McClure.

18           REPRESENTATIVE MCCLURE:  Thank you,

19   Mr. Speaker.

20           There's a fundamental difference between

21   registration and eligibility.  So registering and

22   that voter card, identification card being sent is

23   proof of registration.  It is not verification of

24   eligibility.  In addition, that's exactly what we

25   set out to do with this new language is clearly

Page 17

1    illustrate that because you have this card does not

2    mean you are eligible to vote.  It is incumbent upon

3    you to check your eligibility.

4          SPEAKER RENNER:  Representative Cross.

5          REPRESENTATIVE CROSS:  Can you describe

6    then what constitutes legal verification of

7    eligibility to vote?

8          SPEAKER RENNER:  Representative McClure.

9          REPRESENTATIVE MCCLURE:  Thank you,

10   Mr. Speaker.

11          An example would be contacting the

12   Department of State to check your eligibility if

13   you're in question.

14          SPEAKER RENNER:  Representative Cross.

15          REPRESENTATIVE CROSS:  Do you foresee that

16   if this bill passes the supervisors will have to

17   print and mail new cards to every voter?  And if so,

18   what is the fiscal on that?

19          SPEAKER RENNER:  Representative McClure.

20          REPRESENTATIVE MCCLURE:  Thank you,

21   Mr. Speaker.

22          I direct you to lines 584 through 586, and

23   I'll read it verbatim.  The amendments made to

24   Statute 97.071 Florida statutes by this act only

25   apply to new and replacement voter information cards

Page 18

1    issued on or after July 1, 2023.  So the fiscal, I
2    would assume, would be neutral as a function if it's
3    only for new and replacement cards.  We're not
4    asking the supervisors to print out new cards and
5    send it across the entire constituency.
6          SPEAKER RENNER:  Representative Cross.
7          REPRESENTATIVE CROSS:  And thank you,
8    Mr. Speaker.  Last follow-up.
9          Do you think that this is misleading to
10   voters to receive a card from the supervisor of
11   election but not actually be eligible to vote?
12         SPEAKER RENNER:  Representative McClure.
13         REPRESENTATIVE MCCLURE:  Thank you,
14   Mr. Speaker.
15         Only to the extent that they don't read
16   that the card clearly does not indicate that they
17   are eligible.
18         SPEAKER RENNER:  Further questions?
19         Representative Hinson.
20         REPRESENTATIVE HINSON:  Thank you,
21   Mr. Speaker.
22         I can only refer to House Bill.  Lines 1618
23   to 1620 requires supervisors to reject vote by mail
24   ballots if more than one is returned in an envelope.
25   Why is this bill making the rejection of ballots the

Page 19

1   default when these ballots could be run through the

2   canvassing boards and outreach could be done to at

3   least the voter who signed the envelope?

4          SPEAKER RENNER:  Representative McClure.

5          REPRESENTATIVE MCCLURE:  Thank you,

6   Mr. Speaker.

7          What we're clearly saying here is if

8   there's more than one ballot -- and let's kind of

9   stop and take a look at the instructions.  It's

10  going to clearly say don't put more than one ballot

11  in there.  If you do, they're not going to be cured.

12  They're not going to be counted.

13         But it is hard to cure more than one

14  ballot.  Remember, on the back of a vote by mail

15  envelope, there's a place for a signature, one

16  signature.  So if there's multiple ballots, now you

17  can't cure the additional ballots.

18         SPEAKER RENNER:  Representative Hinson.

19         REPRESENTATIVE HINSON:  Thank you,

20  Mr. Speaker.

21         It doesn't take into account the different

22  reading levels and other ability levels of our

23  citizenship.

24         A follow up -- question.  Why can't --

25         SPEAKER RENNER:  Representative Hinson, a

Page 20

1    follow-up question.  State your question.

2             REPRESENTATIVE HINSON:  Thank you,

3    Mr. Speaker.

4             Why can't the state be directed to develop

5    a process through rulemaking?

6             SPEAKER RENNER:  Representative McClure.

7             REPRESENTATIVE MCCLURE:  Thank you,

8    Mr. Speaker.

9             I hadn't contemplated that, and the bill

10   doesn't contemplate that.  I think instead we want a

11   uniform procedure that doesn't change from

12   supervisor to supervisor.  It's very clear that

13   across all of our counties, if more than one ballot

14   is included in vote by mail, that they won't be

15   cured or considered.

16            SPEAKER RENNER:  Representative Hinson.

17            REPRESENTATIVE HINSON:  Thank you,

18   Mr. Speaker.

19            Finally, supervisors across the state are

20   saying clearly they want this taken out of the bill

21   or for it to be directed to rulemaking.

22            SPEAKER RENNER:  Representative Hinson, is

23   there a question there?  I think that was a

24   statement.  Do you have a question for

25   Representative McClure?

Page 21

1          REPRESENTATIVE HINSON:  Can we do that?

2          SPEAKER RENNER:  Representative McClure.

3          REPRESENTATIVE MCCLURE:  Thank you,

4    Mr. Speaker.

5          What we are doing within this bill is

6    making a uniform policy across the state crystal

7    clear that if more than one ballot is included in a

8    vote by mail envelope, those ballots won't be

9    counted.  I can't speak to each supervisor of

10   elections position on this across the state.  I

11   would imagine there is a handful that like it, a

12   handful that don't like it, and a bunch that are in-

13   between.

14         But as it relates to this state and how

15   we're going to contemplate that because of the

16   challenges presented by being unable to cure those

17   ballots, we're clearly saying don't put more than

18   one ballot in there because we can't cure it.

19         SPEAKER RENNER:  Representative Eskamani.

20         REPRESENTATIVE ESKAMANI:  Thank you,

21   Mr. Speaker.  Hello, Reps.

22         Okay.  Why are we changing the campaign

23   finance reporting from monthly to quarterly during

24   those off years?

25         SPEAKER RENNER:  Representative McClure.

Page 22

1          REPRESENTATIVE MCCLURE:  Thank you,

2     Mr. Speaker.

3          To streamline and make more efficient the

4     administrative process.

5          SPEAKER RENNER:  Representative Eskamani.

6          REPRESENTATIVE ESKAMANI:  Thank you,

7     Mr. Speaker.  Just one more, and I'll pass it to my

8     colleague.

9          The resign-to-run changes, are we only

10    doing it for President and Vice President?  If so,

11    why not apply it to every elected official?

12         SPEAKER RENNER:  Representative McClure.

13         REPRESENTATIVE MCCLURE:  Thank you,

14    Mr. Speaker.

15         Yes.  We are only applying it to President

16    and Vice President because the qualification status

17    of those specific offices are unique and different

18    than all others.

19         SPEAKER RENNER:  Representative Bracy

20    Davis.

21         REPRESENTATIVE BRACY DAVIS:  Thank you,

22    Mr. Speaker.

23         How will voter registration groups be

24    providing a receipt that help voters if the

25    application is turned in past the deadline?

Page 23

1          SPEAKER RENNER:  Representative McClure.

2          REPRESENTATIVE MCCLURE:  I'm so sorry.  Do

3    you mind restating the question?  I missed the first

4    part.

5          SPEAKER RENNER:  You're recognized.  You're

6    recognized.

7          REPRESENTATIVE BRACY DAVIS:  Recognized?

8    Thank you.

9          How will voter registration groups be

10   providing a receipt that help voters if the

11   application is turned in past the deadline?

12         SPEAKER RENNER:  Representative McClure.

13         REPRESENTATIVE MCCLURE:  Thank you,

14   Mr. Speaker.

15         The receipt is provided at the time that

16   the information is provided by the registrant or the

17   voter, and it's at that time, whenever it occurs,

18   that there's going to be a receipt provided to them

19   by the third-party organization.  And the purpose of

20   that receipt is to date stamp the moment in time

21   where that information was collected so that the

22   voter, and presumably the third-party organization

23   as well, understands that they're on the clock to

24   get that in.  If you go kind of further down the

25   bill, we have need to get it in there to the

Page 24

1    supervisor within 10 days.  And then if they don't

2    do that and don't get it by book closing or they

3    never turn it in, you know, different situations

4    that apply.

5             SPEAKER RENNER:  Representative Bracy

6    Davis.

7             REPRESENTATIVE BRACY DAVIS:  Thank you,

8    Mr. Speaker.

9             Is the bill's prohibition on prefilled

10   registration applications intended to make it harder

11   for elderly people or disabled people to get

12   physical help filling out registration forms in real

13   time with the applicant's approval?

14            SPEAKER RENNER:  Representative McClure.

15            REPRESENTATIVE MCCLURE:  Thank you,

16   Mr. Speaker.

17            No.

18            SPEAKER RENNER:  Representative Bracy

19   Davis.

20            REPRESENTATIVE BRACY DAVIS:  Thank you,

21   Mr. Speaker.

22            Would you be open to an amendment on this

23   bill to make sure people who need help can get it?

24            SPEAKER RENNER:  Representative McClure.

25            REPRESENTATIVE MCCLURE:  Thank you,

Page 25

1    Mr. Speaker.

2            I don't believe there's anything

3    prohibitive within the framework of this bill for

4    folks that need help to get it.  So no.

5            SPEAKER RENNER:  Representative Bracy

6    Davis.

7            REPRESENTATIVE BRACY DAVIS:  Thank you,

8    Mr. Speaker.

9            Regarding third-party voter registration

10   group fine, the $50,000 penalty for voter

11   registration organizations who have noncitizen

12   volunteer as canvassers, what evidence is there that

13   noncitizens, including permanent legal residents,

14   are any less honest or more likely to misuse

15   information than U.S. citizens?

16           SPEAKER RENNER:  Representative McClure.

17           REPRESENTATIVE MCCLURE:  Thank you,

18   Mr. Speaker.

19           The purpose of that doesn't contemplate the

20   premise of your question.  Instead, as it relates to

21   the fines, we are emphasizing and prioritizing that

22   voter's information.

23           SPEAKER RENNER:  Representative Bracy

24   Davis, further questions?

25           Representative Waldron in questions.

Page 26

1            SPEAKER RENNER:  Thank you, Mr. Speaker.

2            What's the financial impact to the clerk of

3    court with the required weekly reporting of

4    convicted felons to the supervisor of elections?

5            SPEAKER RENNER:  Representative McClure.

6            REPRESENTATIVE MCCLURE:  Thank you,

7    Mr. Speaker.

8            I believe the score on it was

9    indeterminate.  I would say neutral.  They're going

10   to gather that information currently on a monthly

11   basis.  We're moving it to weekly.  But pro rata

12   time in gathering that information, I believe, is

13   negligible.  It's, you know, it's de minimis in

14   nature, so not much, if any at all.

15           SPEAKER RENNER:  Representative Eskamani.

16           REPRESENTATIVE ESKAMANI:  Thank you,

17   Mr. Speaker.

18           We talked about this in committee.  Rep.

19   McClure, I'm not sure you have an answer, but there

20   are some organizations that have portals on their

21   website that prepopulate parts of the voter rights

22   form and then mail you that prepopulated copy.  Does

23   your bill impact those organizations that provide

24   that online service?

25           SPEAKER RENNER:  Representative McClure,

Page 27

1    you're recognized.

2            REPRESENTATIVE MCCLURE:  Thank you,

3    Mr. Speaker.

4            I don't believe so, Representative

5    Eskamani.  We did have a discussion in committee and

6    then subsequent conversations.  So when you look at

7    the language, it specifically says prefilled out.

8    If that person is putting the information in

9    themselves -- and I'll get with you after because it

10   gets very specific -- but it suggests that, you

11   know, information -- what we're trying to do, I

12   should say, is get away from broadcast registration

13   being sent out with everything but the personal

14   information being filled in, right.

15           So but we'll get together and make sure

16   you're crystal clear.  But no.  I don't believe so.

17   On those portals where you can fill it out online

18   and then it mails it to you, that voter is typing it

19   in.  What I would say to that end though is I would

20   want some sort of I'm not a robot or some sort of

21   verification to ensure that it is that person.

22           SPEAKER RENNER:  The time for questions

23   having expired, members, we're about to start the

24   amendatory process on this bill.  There are 34 non-

25   sponsor amendments that have been filed pursuant to

Page 28

1    our procedures in our special-order report.  That

2    means we will spend 2 minutes and 39 seconds on each

3    amendment.

4              Are there amendments?

5              THE CLERK:  On the desk, Mr. Speaker.

6              SPEAKER RENNER:  Read the first amendment.

7              THE CLERK:  Representative Joseph offered

8    the following amendment with title amendment,

9    barcode 489919, between lines 357 and 358, insert an

10   amendment.

11             SPEAKER RENNER:  Representative Joseph, you

12   recognize to explain your amendment.

13             REPRESENTATIVE JOSEPH:  Thank you,

14   Mr. Speaker.

15             This amendment allows -- this amendment was

16   originally drafted to the House version of the bill,

17   and it allows for first-time voters who specifically

18   have educational or medical obligations to be able

19   to make sure that they can participate in the voting

20   process.

21             The House version of the bill originally

22   required that they show up in person only on

23   election day.  So the amendment would have provided

24   that, notwithstanding any law to the contrary,

25   first-time voter who was unable to vote in person at

Page 29

1    his or her precinct on election day due to the

2    educational or medical issue may vote during early

3    voting in the main branch or at the supervisors of

4    election.

5              As we know, we have now taken up the Senate

6    version, and it's my understanding that this

7    language no longer applies.  Therefore, I'm

8    withdrawing this amendment, Mr. Speaker.

9              SPEAKER RENNER:  Show the amendment

10   withdrawn.

11             Read the next amendment.

12             THE CLERK:  Representative Woodson offered

13   the following amendment with title amendment,

14   barcode 516227, between lines 357 and 358 insert an

15   amendment.

16             SPEAKER RENNER:  Representative Woodson,

17   you're recognized to explain your amendment.

18             REPRESENTATIVE WOODSON:  Thank you,

19   Mr. Speaker.

20             This amendment allows for same-day voter

21   registration provided the person who meets certain

22   requirements to register to vote at an early voting

23   site or at his or her polling place and to

24   immediately thereafter cast a ballot.  This is the

25   amendment, Mr. Speaker.

Page 30

1            SPEAKER RENNER:  Are there questions of the
2    sponsor?
3            Seeing none, are there amendments to the
4    amendment?
5            THE CLERK:  None on the desk, Mr. Speaker.
6            SPEAKER RENNER:  Are there substitute
7    amendments?
8            THE CLERK:  None on the desk, Mr. Speaker.
9            SPEAKER RENNER:  Is there debate?
10           Seeing none, you're recognized to close.
11           REPRESENTATIVE WOODSON:  Thank you,
12   Mr. Speaker.
13           In order to make it easier and to make the
14   process more efficient, we should allow people to
15   register to vote, to register on the same day and be
16   able to cast their ballot.  For the sake of
17   efficiency, we know there could be several
18   circumstances that could prevent someone from not
19   only registered to vote but to also cast their
20   ballot.  So I'm just asking for a commonsense
21   amendment to make the process easier and more
22   efficient for everyone.  Thank you.
23           SPEAKER RENNER:  Having closed on the
24   amendment, all those in favor of the adoption of the
25   amendment signify by saying yea.

4/28/2023                Florida House Session SB 7050                Audio Transcription

```
                                                    Page 31
   1              (Multiple yeas)

   2              Opposed, no.

   3              (Multiple nos)

   4              Show the amendment fails.

   5              Read the next amendment.

   6              THE CLERK:  Representative Skidmore offered

   7    the following amendment, barcode 210825, remove

   8    lines 390 through 412 and insert an amendment.

   9              SPEAKER RENNER:  Representative Skidmore,

  10    you're recognized to explain your amendment.

  11              REPRESENTATIVE SKIDMORE:  Thank you,

  12    Mr. Speaker.

  13              This amendment removes lines 390 to 412,

  14    and it requires an affirmation that each person

  15    collecting or handling voter registration

  16    applications on behalf of the third-party voter

  17    registration organization has not been convicted of

  18    certain felonies.  That is the amendment.

  19              SPEAKER RENNER:  Having -- thank you.  Are

  20    there questions of the sponsor?

  21              Seeing none, are there amendments to the

  22    amendment?

  23              THE CLERK:  None on the desk, Mr. Speaker.

  24              SPEAKER RENNER:  Are there substitute

  25    amendments?
```

Page 32

1           THE CLERK:  None on the desk, Mr. Speaker.

2           SPEAKER RENNER:  Is there debate?

3           Seeing none, you're recognized to close.

4           REPRESENTATIVE SKIDMORE:  Thank you,

5    Mr. Speaker.

6           Members, this keeps the prohibition on

7    noncitizens and those with certain felony

8    convictions from handling or collecting voter

9    registration applications but clarifies that it is

10   in the organization's best knowledge.  Otherwise,

11   voter registration organizations likely have no

12   choice but to conduct full criminal background

13   checks and immigration checks on anyone who even

14   volunteers to assist with voter registration drives.

15   This is an undue burden and will lead to many

16   organizations ceasing voter registration activities

17   altogether.  I urge your support of this good

18   amendment.

19           SPEAKER RENNER:  Having closed on the

20   amendment, all those in favor of the adoption of the

21   amendment, signify by saying yea.

22           (Multiple yeas)

23           Opposed, no.

24           (Multiple nos)

25           Show the amendment fails.

Page 33

1          Read the next amendment.

2          THE CLERK:  Representative Joseph offered

3    the following amendment with title amendment,

4    barcode 947595, remove lines 405 through 412 and

5    insert an amendment.

6          SPEAKER RENNER:  Representative Joseph,

7    you're recognized to explain your amendment.

8          REPRESENTATIVE JOSEPH:  Thank you,

9    Mr. Speaker.

10          This amendment is designed to remove

11    language in the bill that intentionally or

12    unintentionally discriminates based on national

13    origin.  As you may or may not know, I happen to be

14    an employment discrimination attorney and have

15    litigated class actions all around the United

16    States, some of which have went all the way up to

17    the Supreme Court.

18          Title VII provides that you cannot

19    discriminate based on national origin.  This

20    language removes -- this amendment removes parts of

21    line 405 that say that the third-party voter

22    registration organization has to employ somebody who

23    is a United States citizen.

24          As this body may recognize, there are lots

25    of people who are legally authorized to work in this

4/28/2023          Florida House Session SB 7050          Audio Transcription

Page 34

1  country, such as lawful permanent residents, green
2  card holders, some of which may have been engaged to
3  you all at some point.  And these people should be
4  allowed to work for these organizations, and we
5  should not force these organizations to illegally
6  discriminate against people in contravention of this
7  country's antidiscrimination laws.  So this language
8  tries to help you to make sure that that illegal
9  employment discriminatory action is removed from the
10 bill.

11         Further, I will add that it has a
12 disproportionate impact on immigrant communities,
13 which is a direct concern as it relates to voting
14 rights, when we're looking at immigrant populations,
15 people who speak English as a secondary language,
16 whether we're talking about people who speak
17 primarily Spanish or Haitian Creole in the state of
18 Florida, and it will have a disproportionate adverse
19 impact on these communities, which directly impacts
20 our ability to engage in the voting process.  That
21 is the amendment.

22         SPEAKER RENNER:  Any questions of the
23 sponsor?  Any questions of the sponsor?  You have a
24 question for the sponsor?  I can't get any questions
25 for the sponsor.  All right.  All right.  There we

Page 35

1    go.

2            All right.  Any amendments to the

3    amendment?

4            THE CLERK:  None on the desk, Mr. Speaker.

5            SPEAKER RENNER:  Are there substitute

6    amendments?

7            THE CLERK:  None on the desk, Mr. Speaker.

8            SPEAKER RENNER:  Any debate?  Any debate?

9            Representative Eskamani, you're recognized.

10           REPRESENTATIVE ESKAMANI:  Thank you,

11   Mr. Speaker.

12           I just want to say thank you to

13   Representative Joseph for this amendment.  I

14   wholeheartedly agree with you.  I'm a first-

15   generation kid.  My parents were immigrants who came

16   to this country from Iran, and when I was at UCF, we

17   have so many international students that weren't

18   able to vote but wanted to help in the democratic

19   process.  They came to this country because they

20   admire our freedoms.  They admire an electoral

21   process where your vote does count.

22           And for so many of those cases, we were

23   able to plug in those students to helping us do

24   voter registration.  It just doesn't make sense that

25   we set restrictions because someone doesn't have

Page 36

 1    citizenship status when we have all of these other

 2    statuses and well-vetted programs that ensure that

 3    these are individuals who we trust to work in our

 4    country.  We trust them to be our pharmacists.  We

 5    trust them to be our doctors.  We trust them to

 6    handle sensitive data in research, and yet, now

 7    we're saying they can't hold a voter registration

 8    form.  It does not make sense, and it echoes the

 9    points that Representative Joseph made.  So I

10    encourage voters to support this amendment.

11           SPEAKER RENNER:  Time.  Having concluded on

12    debate, you're recognized to close on your

13    amendment.

14           REPRESENTATIVE JOSEPH:  Thank you,

15    Mr. Speaker.

16           I don't know how to make it more plain.

17    This language in the bill discriminates based on

18    national origin.  That is a protected class under

19    Title VII of our antidiscrimination laws both at the

20    federal level and at the state level.

21           It may not matter to some of us, but I am

22    pointing it out.  It will have a disproportionate

23    and negative impact on the Cuban American

24    population, on the Haitian American population, on

25    the Venezuelan American population, and all

Page 37

1    populations where English is not the primary

2    language.  And not just English is not the primary

3    language, where US citizenship is not the basis.

4    There are lots of other legal statuses that allow

5    people to work legally in this country.  We should

6    recognize that and not force these third-party voter

7    registration groups to engage in this discrimination

8    --

9              SPEAKER RENNER:  Representative Joseph --

10             REPRESENTATIVE JOSEPH:  -- as well as add a

11   fine.

12             SPEAKER RENNER:  -- having closed on her

13   amendment, all those in favor of said amendment,

14   please say yea.

15             (Multiple yeas)

16             All those opposed, no.

17             (Multiple nos)

18             Show the amendment fails.

19             Read the next amendment.

20             THE CLERK:  Representative Bartleman

21   offered the following amendment, barcode 003387,

22   remove lines 408 through 410 and insert an

23   amendment.

24             Representative, before I call on you, I'm

25   just getting into the saddle.  Ladies and gentlemen.

Page 38

1   We have 2 minutes and 39 seconds total, not for

2   each, but total for the entire amendment.

3          So Representative Bartleman, when you

4   start, it'll begin the 2 minutes and 39 seconds.

5   You may begin.

6          REPRESENTATIVE BARTLEMAN:  Thank you,

7   Mr. Speaker.

8          As written, this bill would prevent

9   individuals who are legally authorized in the United

10   States from being employed to collect or handle

11   voter registration applications.  This is a large

12   segment of our workforce, and hundreds, if not

13   thousands, of Floridians who are legally authorized

14   to work will lose employment opportunities.  This is

15   discriminatory in nature.

16          The speaker, in questioning, said we don't

17   want these people to collect the paperwork.  Well,

18   these individuals are legally authorized to work in

19   the United States, and they work for our local

20   election offices, the Florida Department of Highway

21   Safety and Motor Vehicles, where they collect or

22   handle voter registration applications -- just let

23   me star that again -- where they collect and handle

24   voter registration applications.  And some may even

25   work at the State's Division of Elections.

Page 39

1          So why are they allowed to work for all of

2     these government entities and not be allowed to work

3     for a third party?  This doesn't make sense.  So

4     this amendment would ensure that individuals who are

5     not U. S. citizens but are legally authorized to

6     work in the United States are able to collect or

7     handle voter registration applications on behalf of

8     the organization, and I ask for your support.

9          SPEAKER RENNER:  Questions?  Questions?

10          Are there amendments?

11          THE CLERK:  None on the desk, Mr. Speaker.

12          SPEAKER RENNER:  Are there substitute

13     amendments?

14          THE CLERK:  None on the desk, Mr. Speaker.

15          SPEAKER RENNER:  Then we're in debate.

16          Representative Rayner-Goolsby.

17          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

18     so much  --

19          SPEAKER RENNER:  One minute and 12 seconds.

20          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

21     so much, Mr. Speaker.

22          Real quickly, Representative Bartleman, I

23     think that this amendment is a great amendment.

24     This is what we've talked about in committee.  And

25     once again, this portion, if this amendment isn't

Page 40

1    accepted, it's discriminatory on its face.  So thank

2    you.

3              SPEAKER RENNER:  Other debate, other

4    members in debate.

5              Representative Bartleman, you're recognized

6    to close.

7              REPRESENTATIVE BARTLEMAN:  Thank you,

8    Mr. Speaker.

9              This is discriminatory.  These are people

10   who are working in our banks with sensitive

11   information.  They are your accountants.  They're

12   performing heart surgery on you.  They're working in

13   your hospitals.  They're taking care of your

14   children.  Those are the most important things in

15   our lives, and you propose that they're not

16   qualified or can't be trusted to collect paperwork.

17             And by the way, at the DMV, they're

18   collecting this paperwork anyway.  So why don't you

19   just accept this amendment, so we're not

20   discriminating against hardworking people who are

21   legally authorized to work in this country?  Thank

22   you very much.

23             SPEAKER RENNER:  Representative Bartleman,

24   having closed on amendment, barcode 003387, all

25   those in favor say yea.

Page 41

1              (Multiple yeas)

2              All those opposed, say no.

3              (Multiple nos)

4              Show the amendment fails.

5              Read the next amendment.

6              THE CLERK:  Representative Hart offered the

7    following amendment with title amendment, barcode

8    978727 --

9              SPEAKER RENNER:  Representative Hart --

10             THE CLERK:  -- remove lines 432 through 543

11   and insert an amendment.

12             SPEAKER RENNER:  Representative Hart,

13   you're recognized.

14             REPRESENTATIVE HART:  Thank you,

15   Mr. Speaker.

16             In this bill, we require third-party

17   organizations to provide receipts.  I believe that

18   that is going to handicap many organizations.  And

19   it's interesting that we're doing this, and I really

20   would like to know, what do we plan to have in it?

21             But this amendment removes the requirement

22   for third-party voter registration organizations to

23   provide a receipt to voters because this creates an

24   administrative burden that could discourage voter

25   registration drives and provides no real benefit to

Page 42

1    the voters and could be used to unfairly attack

2    community groups by bad actors.  That is the

3    amendment.

4              SPEAKER RENNER:  Questions of the sponsor?

5    Any questions of the sponsor?

6              Any amendments to the amendment?

7              THE CLERK:  None on the desk, Mr. Speaker.

8              SPEAKER RENNER:  Are there substitute

9    amendments?

10             THE CLERK:  None on the desk, Mr. Speaker.

11             SPEAKER RENNER:  We're open for debate.

12   Any member wishing to debate?

13             Representative Hart, you're recognized to

14   close.

15             REPRESENTATIVE HART:  Thank you,

16   Mr. Speaker.

17             My question is: who's going to create the

18   receipt?  What's going to be required to be on the

19   receipt?  Who's going to be responsible for ensuring

20   that the receipt gets to whomever it is that we're

21   asking?  Is it the voter?  Is it the supervisor of

22   elections office where this receipt must be turned

23   in?  Who's going to be the person responsible for

24   holding on to that receipt book or form until it

25   gets to the right location?

Page 43

1              So for me, I think that this is an

2    unnecessary step that will burden organizations,

3    third-party organizations.  Who's going to pay for

4    them to be able to hire people just to keep up with

5    receipts?  So I'm asking for your favorable support

6    on this amendment.  I just believe that this is an

7    unnecessary part in this bill.  So thank you, and I

8    ask for your favorable support.

9              SPEAKER RENNER:  Representative Hart,

10   having closed on her amendment, barcode 978727, all

11   those in favor say yea.

12              (Multiple yeas)

13              All those opposed, say no.

14              (Multiple nos)

15              Show the amendment fails.

16              Read the next amendment.

17              THE CLERK:  Representative Eskamani offered

18   the following amendment with title amendment,

19   barcode 955301, remove line 441 and insert an

20   amendment.

21              SPEAKER RENNER:  Representative Eskamani,

22   you're recognized.

23              REPRESENTATIVE ESKAMANI:  Thank you,

24   Mr. Speaker.

25              Okay, members.  So you just heard about the

Page 44

1  receipt that would be developed by the Department of

2  State Division of Elections that third-party voter

3  reg. organizations have to pass out when they

4  register you to vote as documentation that they

5  registered you to vote with the intent, as the bill

6  sponsor enumerated, so you know if some situation

7  happens and your form was not submitted, there's a

8  paper trail, if you will.

9          So one of the concerns that I brought up in

10  committee when I saw this in State Affairs was:

11  well, what happens when an organization is falsely

12  accused of registering someone to vote or falsely

13  accused of not giving them with the receipt?

14  Because the way I interpret the bill is that there's

15  nothing preventing someone with ill intent to say,

16  well, this organization registered me to vote.  I

17  never got registered.  It's your fault that I wasn't

18  registered.  I wasn't given a receipt, basically

19  create a scenario where social media could erupt,

20  something goes viral, accusing an organization of

21  not doing their job when they never actually met

22  that person, never actually registered the person to

23  vote.  And it really just becomes a she said, they

24  said type of situation.

25          And so what this amendment does is that it

Page 45

1    does create penalties if someone falsely accuses a

2    third-party voter reg. organization of not giving

3    them a receipt.  So that's all this amendment does.

4            Thank you, Mr. Speaker.

5            SPEAKER RENNER:  Any questions?  Any

6    questions of the sponsor?  Questions of the sponsor?

7            Seeing no questions, are there any

8    amendments to the amendment?

9            THE CLERK:  None on the desk, Mr. Speaker.

10           SPEAKER RENNER:  Are there substitute

11   amendments?

12           THE CLERK:  None on the desk, Mr. Speaker.

13           SPEAKER RENNER:  Any debate?  Any debate?

14           You're recognized to close, Representative

15   Eskamani.

16           REPRESENTATIVE ESKAMANI:  Thank you,

17   Mr. Speaker.

18           Again, members, this amendment does not

19   change anything in the bill, but it just adds to it

20   that if someone falsely accuses a third-party voter

21   reg. organization of not providing them with a

22   receipt and they were never actually registered by

23   that group, they don't even know the group, they're

24   just throwing accusations out there to tarnish their

25   brand, to potentially try to get an investigation,

Page 46

1   you know, commenced on them for no reason, which, by

2   the way, can pull an organization away from their

3   job of registering people to vote, it can be an

4   expensive resources we're just creating some sort of

5   penalty to stop someone, to decentivize someone one

6   from doing that.  And so I do hope folks, you know,

7   support this amendment.  And thank you, Mr. Speaker,

8   for the time.

9               Representative Eskamani, having closed on

10  her amendment, barcode 955301, all those in favor,

11  say yea.

12              (Multiple yeas)

13              All those opposed, say no.

14              (Multiple nos)

15              Show the amendment fails.

16              Read the next amendment.

17              THE CLERK:  Representative Skidmore offered

18  the following amendment with title amendment,

19  barcode 520495, remove line 441 and insert an

20  amendment.

21              SPEAKER RENNER:  Representative Skidmore,

22  you are recognized to present your amendment.

23              REPRESENTATIVE SKIDMORE:  Thank you,

24  Mr. Speaker.

25              Please show it withdrawn.

Page 47

1          SPEAKER RENNER:  Show the amendment

2    withdrawn.

3          Read the next amendment.

4          THE CLERK:  Representative Hinson offered

5    the following amendment, barcode 385157, remove

6    lines 456 through 457 and insert an amendment.

7          SPEAKER RENNER:  Representative Hinson, you

8    are recognized to present your amendment.

9          REPRESENTATIVE HINSON:  Thank you,

10   Mr. Speaker.

11          I believe that amendment was withdrawn.

12          I have another amendment.

13          SPEAKER RENNER:  Show the amendment,

14   barcode 385157, has been withdrawn by the sponsor.

15          Read the next amendment.

16          THE CLERK:  Representative Skidmore offered

17   the following amendment, barcode 189875, remove line

18   48 and insert an amendment.

19          SPEAKER RENNER:  Representative Skidmore,

20   you're recognized.

21          REPRESENTATIVE SKIDMORE:  Thank you,

22   Mr. Speaker.

23          This amendment removes line 488 and adds as

24   an additional part 10 percent of the third-party

25   voter registration organization operating budget as

Page 48

1  an alternative fine.  The amendment still keeps the

2  financial penalties for voter registration

3  organizations that do break the law but prevents

4  organizations from being bankrupted with these

5  financial penalties, and it holds those who break

6  the law accountable while ensuring that

7  organizations who make genuine mistakes are not

8  shuddered.

9          That is the amendment, Mr. Speaker.

10          SPEAKER RENNER:  Any questions of

11  Representative Skidmore?  Any questions of the

12  sponsor?

13          Seeing no questions of the sponsor, any

14  amendments to the amendment?

15          THE CLERK:  None on the desk, Mr. Speaker.

16          SPEAKER RENNER:  Are there substitute

17  amendments?

18          THE CLERK:  None on the desk, Mr. Speaker.

19          SPEAKER RENNER:  We're open for debate.

20  Debate on Representative Skidmore's amendment.

21          Seeing no debate, you're recognized to

22  close on your amendment.

23          REPRESENTATIVE SKIDMORE:  Thank you,

24  Mr. Speaker.

25          You know, members, some of these third-

Page 49

1    party voter registration organizations are just

2    small organizations trying to do their civic duty.

3    And this is an alternative fine of just 10 percent

4    of their voter registration operating budget, which

5    is still a significant fine for a small

6    organization.

7              So if what you're trying to do is punish

8    those who are doing things intentionally wrong,

9    fine.  But for those who make a mistake and don't

10   have the resources to pay these exorbitant fines, at

11   least you have the ability to punish them with a 10

12   percent fine of their operating budget.  It's good

13   business sense.  It's good fiscal policy, and you

14   should adopt this amendment.

15             Thank you, Mr. Speaker.

16             SPEAKER RENNER:  Representative Skidmore,

17   having closed on her amendment, barcode 189875, all

18   those in favor, say yea.

19             (Multiple yeas)

20             All those opposed, say nay.

21             (Multiple nos)

22             Show the amendment fails.

23             Read the next amendment.

24             THE CLERK:  Representative Driskell offered

25   the following amendment, barcode 738893, remove line

Page 50

1    48 and insert an amendment.

2            SPEAKER RENNER:  Leader Driskell.

3            REPRESENTATIVE DRISKELL:  Thank you,

4    Mr. Speaker, and good morning, members.

5            This is a simple amendment that changes the

6    aggregate fines from $250,000 back to $60,000

7    because the current bill raises the aggregate annual

8    fines for voter registration organizations to

9    $250,000.  This amendment would still raise it from

10   $50,000 to $60,000 to deter bad actors.  However,

11   what we're trying to do is make sure that we don't

12   punish good actors who play a vital role in our

13   democratic process.

14           Funds were raised from $1,000 to $250 -- or

15   from $50,000, sorry, from $1000 to $50,000 in 2021.

16   That's part of what we did as Senate Bill 90.  So if

17   this bill were to pass today, what it means is that

18   we would have raised fines from $1000 to $250,000 in

19   two years.  That's way too much.  It's onerous.

20           Mr. Speaker, that's the amendment.

21           SPEAKER RENNER:  Having explained her

22   amendment, are there any questions of the sponsor?

23   Any questions of the sponsor?

24           Any amendments to the amendment?

25           THE CLERK:  None on the desk, Mr. Speaker.

Page 51

1          SPEAKER RENNER:  Are there substitute

2     amendments?

3          THE CLERK:  None on the desk, Mr. Speaker.

4          SPEAKER RENNER:  Debate.  Members wishing

5     to debate?

6          Leader Driskell, you're recognized to close

7     on your amendment.

8          REPRESENTATIVE DRISKELL:  Thank you,

9     Mr. Speaker.

10          And I would say that we live in times where

11     we can all understand and feel the shared pain of

12     rising costs.  But to go from $1000 to $250,000 for

13     fines in two years is just unconscionable.  We know

14     that many of these organizations simply don't have

15     the budget for those types of fines.  Now, we do

16     want fines, you know.  If you want fines to be

17     meaningful rather, than you should vote for this

18     amendment because, like I said, it does raise it to

19     $60,000, which is a meaningful fine.  But I think

20     anything else is really just tantamount to wanting

21     to put these organizations out of business, which is

22     something that we should not do.  It will have a

23     chilling effect on volunteer registration

24     organizations.

25          One in ten black and Hispanic voters are

Page 52

1    registered by third-party voter registration groups,

2    according to research by the University of Florida,

3    which I know many of you love.  So let's listen to

4    University of Florida and their data, and let's make

5    sure that we're still allowing a pathway for people

6    to get registered to vote.  Thank you.

7           SPEAKER RENNER:  Representative Driskell,

8    having closed on her amendment and cheering the

9    University of Florida, we'll now proceed to vote on

10   the amendment, barcode 738893.  All those in favor,

11   say yea.

12          (Multiple yeas)

13          All those opposed, say no.

14          (Multiple nos)

15          Show the amendment fails.

16          Read the next amendment.

17          THE CLERK:  Representative Cassel offered

18   the following amendment, barcode 799541, remove line

19   540 and insert an amendment.

20          SPEAKER RENNER:  Representative Cassel,

21   you're recognized to explain your amendment.

22          REPRESENTATIVE CASSEL:  Thank you,

23   Mr. Speaker.

24          This is a pretty simple amendment.  It

25   makes it clear that third-party organizations who

Page 53

1   fill out forms with applicants permission are exempt

2   from the bill's prohibition on providing prefilled

3   out forms.  The reason for this amendment is to

4   prevent confusion and make sure people are not

5   afraid to provide or seek assistance on filling out

6   these forms.

7            That is the amendment, Mr. Speaker.

8            SPEAKER RENNER:  Questions of the sponsor?

9   Any member having questions of the sponsor?

10           Seeing no questions, are there any

11  amendments to the amendment?

12           THE CLERK:  None on the desk, Mr. Speaker.

13           SPEAKER RENNER:  Are there substitute

14  amendments?

15           THE CLERK:  None on the desk, Mr. Speaker.

16           SPEAKER RENNER:  Any debate?  No debate.

17           Representative, Cassel, you're recognized

18  to close on your amendment.

19           REPRESENTATIVE CASSEL:  Thank you,

20  Mr. Speaker.  I'll keep my debate short.

21           We know that these forms can be

22  complicated.  They're not always in the native

23  language of all applicants.  So to be able to have

24  assistance with their consent to fill out these

25  forms is a simple and great amendment to make sure

Page 54

1    our constituents have the right to register to vote

2    when they're ready to.  So I urge you all to support

3    it.

4          SPEAKER RENNER:  Representative Cassel, she

5    has closed on her amendment, barcode 799541.  All

6    those in favor, say yea.

7          (Multiple yeas)

8          All those opposed, say no.  (Multiple nos)

9          Show the amendment fails.

10          Read the next amendment.

11          THE CLERK:  Representative Skidmore offered

12    the following amendment with title amendment,

13    barcode 841973, remove line 542 and insert an

14    amendment.

15          SPEAKER RENNER:  Representative Skidmore,

16    you're recognized.

17          REPRESENTATIVE SKIDMORE:  Thank you,

18    Mr. Speaker.

19          Would you please show that amendment

20    withdrawn?

21          SPEAKER RENNER:  Show the amendment

22    withdrawn, barcode 841973.

23          Read the next amendment.

24          THE CLERK:  Representative Arrington

25    offered the following amendment, barcode 978145,

Page 55

1   remove line 575 and insert an amendment.

2          SPEAKER RENNER:  Representative Arrington,

3   you are recognized.

4          REPRESENTATIVE ARRINGTON:  Thank you,

5   Mr. Speaker.

6          In November 2018, nearly 65 percent of

7   Florida voters approved Amendment 4, a

8   constitutional amendment that automatically restored

9   voting rights to most Floridians with past

10  convictions who had completed their terms of

11  sentence.  The change to the State Constitution was

12  estimated to impact an estimated 1.5 million

13  Floridians, according to the Sentencing Project and

14  the Brennan Center for Justice.

15         I went online to the Florida Division of

16  Elections website to research how a returning

17  citizen would find out if they are eligible to have

18  their voter rights restored and if they are eligible

19  to vote.  There wasn't a clear answer.  But a person

20  can ask for an advisory opinion from the Florida

21  Division of Elections, and they have to follow a

22  specific and tedious list of how they request said

23  opinion.

24         We are making it hard for returning

25  citizens to vote, even though the voters of Florida

Page 56

1  overwhelmingly supported this initiative.  We are

2  voting on legislation today that will basically make

3  a voter registration card a useless piece of paper.

4  It's not a guarantee to vote, and it's not a

5  guarantee you are eligible to vote.

6          My amendment would add to the items

7  included on new voter registration cards that if

8  someone has questions about their eligibility, they

9  are to call the Secretary of State Cord Byrd at

10  (850) 245-6500, and that the voter is entitled to

11  assistance in his or her primary language.

12          That is the amendment, Mr. Speaker.

13          SPEAKER RENNER:  Sponsor has explained her

14  amendment.  Are there any questions?  Any questions

15  of Representative Arrington?

16          Seeing no questions, any amendment to the

17  amendment?

18          THE CLERK:  None on the desk, Mr. Speaker.

19          SPEAKER RENNER:  Are there substitute

20  amendments?

21          THE CLERK:  None on the desk, Mr. Speaker.

22          SPEAKER RENNER:  Open for debate.

23          Representative Harris, you're recognized in

24  debate.

25          REPRESENTATIVE HARRIS:  Thank you,

4/28/2023          Florida House Session SB 7050          Audio Transcription

Page 57

1    Mr. Speaker.

2              Representative Arrington, I think this is

3    such a good amendment.  I do believe that people do

4    get confused when they receive a card.  The

5    assumption is that they are eligible to vote, and I

6    think by putting that number on there, people can

7    call directly and find out about their eligibility

8    status and, therefore, prevent getting, you know,

9    accused of a crime.  So thank you so much for this

10   good amendment.

11             Representative Rayner-Goolsby?

12             Representative Hunschofsky, you've got 30

13   seconds.  You're recognized.

14             REPRESENTATIVE HUNSCHOFSKY:  Thank you so

15   much, Representative Arrington, for this, just to

16   make sure that the burden is not shifted onto the

17   people.  So thank you so much for this good

18   amendment.

19             SPEAKER RENNER:  Any further debate?

20   Further debate?

21             Representative Arrington, you're recognized

22   to close on your amendment.

23             REPRESENTATIVE ARRINGTON:  Thank you,

24   Mr. Speaker.

25             Besides us needing to provide an option for

1    folks to find out if they're eligible, we also want

2    to make sure that this information is available to

3    them in their primary language.  With that, I close.

4           SPEAKER RENNER:  Representative Arrington,

5    having closed on her amendment, barcode 978145, all

6    those in favor, say yea.

7           (Multiple yeas)

8           All those opposed, say no.

9           (Multiple nos)

10          By your vote, show the amendment fails.

11          Before you read the next amendment.  If you

12   guys wondered how I learned how to run this meeting,

13   you can look to the east and see those members of

14   the FFA, and there's members from the Lafayette and

15   maybe other chapters.  If you are a member of the

16   FFA, would you stand up and be recognized?

17          Members, the FFA is the nation's premier

18   leadership organization, and I want to welcome you

19   all to the Florida House.

20          Read the next amendment.

21          THE CLERK:  Representative Williams offered

22   the following amendment, barcode 022435, remove line

23   634 and insert an amendment.

24          SPEAKER RENNER:  Representative Williams,

25   you're recognized to explain your amendment.

Page 59

1          REPRESENTATIVE WILLIAMS:  Thank you,

2     Mr. Speaker.

3          This amendment will require the supervisor

4     of election to notify voters by mail, phone, and

5     email when there's a question about their address.

6          SPEAKER RENNER:  Any questions of the

7     sponsor.

8          Are there any amendments to the amendment?

9          THE CLERK:  None on the desk, Mr. Speaker.

10          SPEAKER RENNER:  Are there substitute

11     amendments?

12          THE CLERK:  None on the desk, Mr. Speaker.

13          SPEAKER RENNER:  We're open for debate.

14          Representative Eskamani wishes to debate.

15     You're recognized.

16          REPRESENTATIVE ESKAMANI:  Thank you,

17     Mr. Speaker.

18          I just want to thank my seatmate, Rep.

19     Williams, for this amendment.  This is a good,

20     simple amendment.  Folks are transient.  Folks are

21     always moving.  You want to make sure you have

22     different contact options to check in on someone,

23     see what their voter status is.  And so I think this

24     is a good amendment to support.

25          Thank you, Mr. Speaker.

Page 60

1          SPEAKER RENNER:  Representative Williams,

2    you are welcome to close on your amendment.

3          REPRESENTATIVE WILLIAMS:  Thank you,

4    Mr. Speaker.

5          Due to the housing crisis that Florida is

6    under, if you move from the location that you are

7    originally registered to vote at, you would have the

8    opportunity to change your address and make sure

9    that you still have the opportunity to participate

10   in this process.  That's the bill.

11         SPEAKER RENNER:  Representative Williams,

12   having closed on her amendment, barcode 022435, all

13   those in favor, say yea.

14         (Multiple yeas) All those opposed, say no.

15         (Multiple nos)

16         Members, by your vote, show the amendment

17   fails.

18         Read the next amendment, please.

19         THE CLERK:  Representative Skidmore offered

20   the following amendment, barcode 883951, remove line

21   634 and insert an amendment.

22         SPEAKER RENNER:  Representative Skidmore.

23         REPRESENTATIVE SKIDMORE:  Thank you,

24   Mr. Speaker.

25         Show the amendment withdrawn.

Page 61

1          SPEAKER RENNER:  Representative Skidmore

2    withdraws her amendment, barcode 883951.

3          Please read the next amendment.

4          THE CLERK:  Representative Woodson offered

5    the following amendment with title amendment,

6    barcode 146751.

7          SPEAKER RENNER:  Representative Woodson,

8    you are recognized.

9          REPRESENTATIVE WOODSON:  Thank you,

10   Mr. Speaker.

11          This amendment is a simple amendment.  We

12   should not put more burden on the supervisor of

13   election.  The amendment is asking to remove line

14   732 to 742 because of redundancy purposes.  This is

15   the amendment, Mr. Speaker.

16          SPEAKER RENNER:  Any questions of

17   Representative Woodson?

18          Representative Daniels, you rise for a

19   question.

20          REPRESENTATIVE DANIELS:  narcotic

21          SPEAKER RENNER:  You're standing up holding

22   your microphone.  Okay.  If you don't want to talk,

23   sit down and put your microphone up.  It will be

24   good.

25          Anybody who would like to ask

Page 62

1    Representative Woodson questions, please stand.

2              Seeing no questions, are there any

3    amendments to the amendment?

4              THE CLERK:  None on the desk, Mr. Speaker.

5              SPEAKER RENNER:  Are there substitute

6    amendments?

7              THE CLERK:  None on the desk, Mr. Speaker.

8              SPEAKER RENNER:  Any debate?

9              Representative Daniels, you're recognized

10   for debate.

11             REPRESENTATIVE DANIELS:  Thank you very

12   much, Mr. Speaker.

13             I just would like to say that this is a

14   great amendment.  We don't want to put more work on

15   our supervisor of election offices and vote up on

16   this amendment.

17             SPEAKER RENNER:  Any further debate on

18   Representative Woodson's amendment?

19             Representative Woodson, you are welcome to

20   close on your amendment.

21             REPRESENTATIVE WOODSON:  Thank you,

22   Mr. Speaker.

23             We know that the supervisor of elections is

24   already doing what is requested in the bill by

25   coordinating with the other entities in order to

Page 63

1   provide that information.  It's there, and we know

2   they are overworked as well.  So why are we trying

3   to put an undue burden on the supervisor of

4   elections?

5           So members, this is a commonsense

6   amendment.  I'm asking for your support on it.

7   Let's vote up on this amendment.

8           Thank you, Mr. Speaker.

9           SPEAKER RENNER:  Representative Woodson,

10  having closed on our amendment, barcode 146751, all

11  those in favor, say yea.

12          (Multiple yeas)

13          All those opposed, say no.

14          (Multiple nos)

15          Members, by your vote, show the amendment

16  fails.

17          Before we go to the next amendment,

18  Representative Shoaf -- I'm sorry I stole his

19  thunder -- you're recognized for some fantastic

20  introductions.

21          REPRESENTATIVE SHOAF:  Thank you,

22  Mr. Speaker.  And no.  You did not steal the

23  thunder.  You just set it up, teed it up.

24          So in the east gallery, we have the

25  Lafayette County FFA.  If you all would please stand

Page 64

1   one more time, I wanted everyone to see them today.

2   They won first place in the national championship

3   this past year for parliamentary procedure.  Did a

4   great job representing the State of Florida.  If you

5   could please welcome them to the Florida House.

6          SPEAKER RENNER:  Welcome again to the

7   Florida House.

8          REPRESENTATIVE SHOAF:  And also in the east

9   gallery, we are joined by the Liberty County

10   Bulldogs girls volleyball team, who for the first

11   time in school history, won the state championship.

12   If you all could please stand and welcome to the

13   Florida House.

14          SPEAKER RENNER:  Welcome to the Florida

15   House.

16          REPRESENTATIVE SHOAF:  And also, members,

17   some of you may have heard yesterday we had several

18   powerful tornadoes touchdown in Liberty County.  I

19   hope and pray that none of you, your homes, or

20   friends or family were damaged in that storm.  But

21   we're thinking about you, and we're here to help if

22   you need anything.

23          SPEAKER RENNER:  Read the next amendment.

24          THE CLERK:  Representative Williams offered

25   the following amendment, barcode 237207, remove

Page 65

1    lines 767 through 804 and insert an amendment.

2            SPEAKER RENNER:  Representative Williams,

3    you're recognized.

4            REPRESENTATIVE WILLIAMS:  Thank you,

5    Mr. Speaker.

6            This amendment would require the supervisor

7    of election to notify voters by mail, phone, and

8    email when they are being taken off the voters roll.

9            SPEAKER RENNER:  Any questions of the

10   sponsor?

11           Are there any amendments to the amendment?

12           THE CLERK:  None on the desk, Mr. Speaker.

13           SPEAKER RENNER:  Are there substitute

14   amendments?

15           THE CLERK:  None on the desk, Mr. Speaker.

16           SPEAKER RENNER:  We're open for debate.

17           Representative Rayner-Goolsby from

18   Representative Hunschofsky's desk, you're

19   recognized.

20           REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

21   so much, Mr. Speaker.

22           And, Rep. Williams, this is such a good

23   amendment because the issue of notice has been such

24   a deep concern, and we have seen, especially with

25   our people, black and brown folks, that they are

Page 66

1  getting arrested, and they had no idea that they did

2  anything wrong.

3          So I love that you are keeping the burden

4  on the state in order to make sure they notify

5  folks.  So I think everyone should vote up on this

6  very good amendment.

7          SPEAKER RENNER:  Representative Hinson.

8          REPRESENTATIVE HINSON:  Thank you,

9  Mr. Speaker.

10          Rep. Williams, this is a great amendment.

11  Members, this is a great amendment because there are

12  literally -- chaos can exist at supervisors of

13  elections on voting day because people arrive not

14  knowing they've been purged from the polls.  We need

15  to find a way to let them know, give notice that

16  they need to update their registration.  Thank you.

17  Thank you so much, Representative.

18          SPEAKER RENNER:  Further debate.  Further

19  debate.

20          Representative Harris in debate.

21          REPRESENTATIVE HARRIS:  Thank you,

22  Mr. Speaker.

23          Representative, this is, I would say,

24  probably one of the best amendments because I think

25  knowing if you're able to vote is really important,

Page 67

1   and having an email sent or a text alert letting you

2   know that you've been purged off the rolls allows

3   you to go in and reregister.  Because voting is the

4   basics, our foundation of this democracy and being

5   able to vote is so important, and knowing if you're

6   not able at that moment to vote is also very

7   important.  So thank you for this very good

8   amendment.

9           SPEAKER RENNER:  Any further debate?

10          Representative Williams, you're recognized.

11          REPRESENTATIVE WILLIAMS:  Thank you,

12   Mr. Speaker.

13          Life is so short.  We have no idea what

14   people are going through.  We have mental health

15   crisis going around.  We have people being

16   displaced.  This will give everyone the opportunity

17   to still be able to participate in the voting

18   process.

19          That's the amendment, Mr. Speaker.

20          SPEAKER RENNER:  All right.  As time

21   expires, representative Williams has closed on her

22   amendment, barcode 237207.  All those in favor,

23   please say yea.

24          (Multiple yeas)

25          All those opposed, say no.

Page 68

1              (Multiple nos)

2              Show the amendment fails.

3              Read the next amendment, please.

4              THE CLERK:  Representative Skidmore offered

5    the following amendment, barcode 179121, remove line

6    875 and insert an amendment.

7              SPEAKER RENNER:  Representative Skidmore.

8              REPRESENTATIVE SKIDMORE:  Thank you,

9    Mr. Speaker.

10             This amendment removes the affidavit

11   requirement that someone needs to provide to the

12   supervisor of elections if they can't attend a

13   determination of eligibility, and it allows them to

14   submit a written or oral request with information as

15   to why they cannot physically attend the hearing.

16             That is the amendment, Mr. Speaker.

17             SPEAKER RENNER:  Questions of this sponsor?

18   Are there any questions for Representative Skidmore?

19             Seeing no questions, are there any

20   amendments to the amendment?

21             THE CLERK:  None on the desk, Mr. Speaker.

22             SPEAKER RENNER:  Are there substitute

23   amendments?

24             THE CLERK:  None on the desk, Mr. Speaker.

25             SPEAKER RENNER:  Any debate?

Page 69

1            Seeing no debate -- oh, there is debate.

2            Representative Gantt, you're recognized in

3    debate.

4            REPRESENTATIVE GANTT:  Thank you,

5    Mr. Speaker.

6            Thank you, Rep. Skidmore, for this

7    commonsense amendment.

8            Why is it common sense?  When you have an

9    affidavit, it needs to be signed by a notary.  That

10   is going to create an undue burden on the process of

11   having someone be able to access their ballot, and

12   it's going to create an undue burden on the

13   supervisors of elections office because if there

14   already aren't notaries in the office, they will

15   have to pay for employees to become notaries.

16           And also there is already a hard task for

17   supervisors of elections for getting employees.  So

18   adding this extra layer of having to have a sworn

19   notary present at all times because you never know

20   when someone is going to come and need to fill out

21   that affidavit, it's just an undue burden.

22           And we're not providing any additional

23   funding to supervisor of elections.  We're not

24   providing any additional grants or anything for the

25   notary process to be able to facilitate this new

Page 70

1    requirement for an affidavit.

2              So I encourage everyone to think about the

3    common sense practicality and applicability of this

4    provision and vote up on this very great amendment.

5    Thank you.

6              SPEAKER RENNER:  Other debate?  Other

7    debate?

8              Seeing none, Representative Skidmore,

9    you're recognized.

10             REPRESENTATIVE SKIDMORE:  Thank you,

11   Mr. Speaker, and thank you for that, Rep. Gantt.

12             It is not easy to get an affidavit.  It is

13   not, and if you are going to miss a hearing because

14   you picked up another shift at work, you have a sick

15   child, you have an emergency, you are not going to

16   have enough time as a voter to get that affidavit

17   signed and into the supervisor of elections.  You

18   should be able to call.  You should be able to

19   submit something in writing that gives the reason of

20   the emergency of why you cannot attend that hearing.

21   Please vote up on this commonsense amendment.

22             SPEAKER RENNER:  Having closed on her

23   amendment, we will now proceed to vote on

24   Representative Skidmore's barcode 865037.  All those

25   in favor, say yea.

Page 71

1                    (Multiple yeas)

2                    All those opposed, no.

3                    (Multiple nos)

4                    All members, by your vote, show the

5        amendment fails.

6                    Please read the next amendment.

7                    THE CLERK:   Representative Skidmore offered

8        the following amendment with directory and title

9        amendments, barcode 865037, between lines 928 and

10       929, insert an amendment.

11                   SPEAKER RENNER:   Representative Skidmore.

12                   REPRESENTATIVE SKIDMORE:   Thank you,

13       Mr. Speaker.

14                   Members, this is a complicated process that

15       you're creating for voters.   You're putting

16       obstacles and burdens in every step of the way.   And

17       for voters, it can be very frightening.   They may

18       not understand the process, like many of my

19       colleagues say, especially if their first language

20       is not English.

21                   This amendment gives voters the right to

22       have an attorney during a determination of

23       eligibility hearing.

24                   SPEAKER RENNER:   Any questions for the

25       sponsor?   Any questions for the sponsor?

Page 72

1              Seeing no questions, are there any

2    amendments?

3              THE CLERK:  None on the desk, Mr. Speaker.

4              SPEAKER RENNER:  Are there substitute

5    amendments?

6              THE CLERK:  None on the desk, Mr. Speaker.

7              SPEAKER RENNER:  We're open for debate.

8    Open for debate.

9              Seeing no debate, Representative Skidmore,

10   you're recognized.

11             REPRESENTATIVE SKIDMORE:  Thank you,

12   Mr. Speaker.

13             You know, the harder you make it for people

14   to be able to register to vote, the harder you make

15   it for people to be able to vote, the more help they

16   need.  This amendment makes sure that in an

17   eligibility hearing, a hearing, that that voter has

18   the right to have an attorney present.  It's

19   fundamental.  It's American.  It's the most

20   American, as we like to say in this chamber, to have

21   -- I see you laughing with me, Rep. Salzman -- to

22   have representation with you when you are in a

23   hearing.  This amendment does that.  Please vote yes

24   on this amendment.

25             SPEAKER RENNER:  Representative Skidmore,

Page 73

1  having closed on her amendment, this is barcode

2  865037, all those in favor, say yea.

3          (Multiple yeas)

4          All those opposed, say no.

5          (Multiple nos)

6          By your vote, show the amendment fails.

7          Please read the next amendment from

8  Representative Skidmore.

9          THE CLERK:  Representative Skidmore offered

10  the following amendment with title amendment,

11  barcode 112319, between lines 928 and 929, insert an

12  amendment.

13          SPEAKER RENNER:  Representative Skidmore.

14          REPRESENTATIVE SKIDMORE:  Thank you,

15  Mr. Speaker.

16          So in this same vein, members, if someone

17  does not have the ability to physically attend a

18  hearing of eligibility, we should allow them to be

19  there with audio, video appearance.  So it just

20  adds, in addition to being able to physically be

21  there, if you're unable to physically be there, we

22  live in a world of Zoom.  We are still using Zoom

23  and GoToMeeting and all these different technologies

24  that help us be in several places at one time.  If

25  you're going to force voters into these eligibility

Page 74

1   hearings, then you just need to let them be able to

2   appear by video.

3             That's the amendment, Mr. Speaker.

4             SPEAKER RENNER:  Any questions of the

5   sponsor?  Any questions of the sponsor?

6             Seeing no questions, amendments to the

7   amendment?

8             THE CLERK:  None on the desk, Mr. Speaker.

9             SPEAKER RENNER:  Are there substitute

10  amendments?

11            THE CLERK:  None on the desk, Mr. Speaker.

12            SPEAKER RENNER:  Any debate?  We're open

13  for debate.

14            Seeing no debate, Representative Skidmore,

15  you're recognized to close.

16            REPRESENTATIVE SKIDMORE:  Thank you,

17  Mr. Speaker.

18            You know, guys, this is like telehealth.

19  This is just like all these bills that we've heard

20  during this session that help people get the care

21  they need via telehealth.  This is the same

22  situation where someone needs to attend an

23  eligibility hearing to be able to vote, the most

24  sacrosanct thing that you allow an American to do,

25  and they should be able to appear in that

Page 75

1    eligibility hearing with video.  It is not 1981.  It

2    is 2023.  We need to make sure we are using and

3    availing ourselves of all technology available to

4    help voters be able to vote.  And they can't vote if

5    they're ineligible.  And if they can't get to their

6    hearing, they can't become eligible.

7              So please, just think about telehealth, how

8    everybody supports it, and make sure you're applying

9    your values and principles across the spectrum of

10   policies that we are discussing, debating, and

11   putting into law.  Please vote yes on this

12   amendment.

13             SPEAKER RENNER:  Representative Skidmore,

14   having closed on barcode 112319, all those in favor,

15   say yea.

16             (Multiple yeas)

17             All those opposed, say no.

18             (Multiple nos)

19             Show the amendment fails.

20             Please read the next amendment.

21             THE CLERK:  Representative Nixon offered

22   the following amendment with directory entitled

23   amendments, barcode 338677, remove lines 1361

24   through 1375 and insert an amendment.

25             SPEAKER RENNER:  Representative Nixon,

Page 76

1    you're recognized.

2          REPRESENTATIVE NIXON:  Thank you,

3    Mr. Speaker.

4          Members, this amendment is about ensuring

5    we protect our democracy and ensure we are doing

6    what the Floridians want and the voters elected us

7    to do.  When I was in school, we learned about the

8    separation of powers.  Separation of powers refers

9    to the division of the states' government into

10   branches, each with separate independent powers and

11   responsibilities, so that the powers of one branch

12   are not in conflict with those of the other

13   branches.

14          This amendment seeks to ensure we have a

15   clear separation of powers by not doing Governor

16   DeSantis' bidding.  This amendment ensures that if

17   anyone wants to run for President and Vice President

18   of the United States, they have to, in fact, resign

19   to run for office based on them qualifying.

20          Why is this needed?  Simply put, Floridians

21   are concerned.  They're concerned that our governor

22   has already launched an unofficial presidential

23   campaign, and if he is not forced to resign-to-run,

24   he will continue to neglect his duties, i.e., be out

25   of the state, pandering to Ohio voters when part of

Page 77

1    the state is underwater.

2           Last time I checked, being Governor was a

3    full-time job.  Running for President takes a lot of

4    work.  We need the Governor of Florida to focus on

5    Florida, which is what he took an oath to do.  That

6    is the amendment.

7           SPEAKER RENNER:  Any questions of the

8    sponsor?  Questions of the sponsor?

9           Seeing no questions, are there any

10   amendments to the amendment?

11          THE CLERK:  None on the desk, Mr. Speaker.

12          SPEAKER RENNER:  Are there substitute

13   amendments?

14          THE CLERK:  None on the desk, Mr. Speaker.

15          SPEAKER RENNER:  We're in debate.

16          Representative Rayner-Goolsby from her own

17   desk, you're recognized.

18          REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

19   so much, Mr. Speaker.  Yes.  Surprise, surprise.

20          Representative Nixon, this is such a great

21   amendment because, much like Representative Gantt

22   likes to say, I don't like when we're being played

23   in our faces, right.  And I think that, you know, we

24   have to call a thing a thing, and if you want to run

25   for an office, you should have to resign the seat

Page 78

1    that you're in and be able to do that.  That's what

2    democracy looks like.  And so I think this really

3    will ensure that people will stop playing in our

4    faces and playing in the faces of the Floridian

5    residents.  Thank you.

6         SPEAKER RENNER:  Representative Harris.

7         REPRESENTATIVE HARRIS:  Thank you,

8    Mr. Speaker.

9         Rep. Nixon, this is such an important

10   amendment.  First of all, there's a conflict of

11   interests, you know.  How can you run for president

12   and also be a governor of any state, but especially

13   a state that holds so many electoral votes?  So

14   there's, you know, impropriety, the illusion of it,

15   whether it's happening or not.

16        Also, like you said, how do you run -- how

17   do you put on a whole campaign, run for President,

18   and also do what you need to --

19        SPEAKER RENNER:  Representative Harris,

20   time has expired.

21        Members will proceed to vote.  All those in

22   favor of Representative Nixon -- there we go.

23   There's a bunch of amendments here, ladies and

24   gentlemen.  So we're now going to vote on barcode

25   338677.  All those in favor, say yea.

Page 79

1            (Multiple yeas)

2            All those opposed, say no.

3            (Multiple nos)

4            Show the amendment fails.

5            But I see five hands.  The clerk will

6    unlock the machine, and all members will proceed to

7    vote.

8            All members, have you voted?

9            Have all members voted?

10           We will lock the machine and record the

11   vote.

12           THE CLERK:  Thirty-one yeas, seventy-seven

13   nays, Mr. Speaker.

14           SPEAKER RENNER:  Show the amendment fails.

15           Read the next amendment.

16           THE CLERK:  Representative Skidmore offered

17   the following amendment with directory and title

18   amendments, barcode 802863, between lines 1366 and

19   1367, insert an amendment.

20           SPEAKER RENNER:  Show that amendment

21   withdrawn by the sponsor.

22           Please read the next bill or next

23   amendment.

24           THE CLERK:  Representative Bartleman

25   offered the following amendment, barcode 597647,

Page 80

1    remove lines 1853 through 1883 and insert an

2    amendment.

3              SPEAKER RENNER:  Representative Bartleman.

4              REPRESENTATIVE BARTLEMAN:  Thank you,

5    Mr. Speaker.

6              This is a very important amendment because

7    it has to do with individuals with disabilities.

8    Each supervisor of elections is required to have an

9    accessible vote by mail program.  This requirement

10   was established in March of 2022 due to the

11   settlement of a litigation suit between the State of

12   Florida and the Florida Council of the Blind.

13             All 67 counties have a remote electronic

14   delivery method for voters with disabilities.

15   Currently, the SOEs send vote by mail ballots to

16   disabled voters who have requested them, and they're

17   able to send it back through their personal computer

18   or using assistive technology or drop it off.  So we

19   have this in place now.  The only thing that this

20   recommended language would do is clarify another

21   Florida statute which already exists, 101.662, which

22   requires Florida to establish an accessible vote by

23   mail program for voters with disabilities.

24             This amendment is very necessary, and that

25   is because in line 1853, you list who is allowed to

Page 81

1   receive ballots electronically, and the only people

2   you include are overseas voters -- I mean, overseas

3   voters and uniform service voters.  Individuals with

4   disabilities are not on this list, and they should

5   be added to codify existing law.  And that's all

6   this amendment does.  It does not narrow it; it does

7   not limit it.  It's putting a group of individuals

8   back on this -- putting a group of individuals in

9   this statute so that they can have their vote by

10  mail ballots sent electronically.

11          SPEAKER RENNER:  Any questions of the

12  sponsor?  Any questions of the sponsor?

13          Any amendments to the amendment?

14          THE CLERK:  None on the desk, Mr. Speaker.

15          SPEAKER RENNER:  Are there substitute

16  amendments?

17          THE CLERK:  None on the desk, Mr. Speaker.

18          SPEAKER RENNER:  We're in debate.

19          Representative Snyder, you're recognized in

20  debate, 40 seconds.

21          REPRESENTATIVE SNYDER:  Thank you,

22  Mr. Speaker.

23          And thank you Representative Bartleman for

24  this amendment.  You know, on the face, this is one

25  of those issues where we have unanimous agreement

Page 82

1    that our individuals in the disability community

2    should have every right and have full access to a

3    variety of different alternative formats.

4             Under current statute, the Department of

5    State is required to work with the disability

6    community.  This is an area where we need the

7    innovators to come in.  It's again multiple formats

8    that could be needed depending on the severity of

9    the disability.  So while this is an extremely

10   friendly member, your amendment would, in fact, make

11   it more difficult for folks with disabilities to

12   vote.

13            SPEAKER RENNER:  Members, time having

14   expired in our arranged limit, we will now proceed

15   to vote on Representative Bartleman's barcode

16   597647.  All those in favor, say yea.

17            (Multiple yeas)

18            All those opposed, say no.

19            (Multiple nos)

20            Show the amendment fails.

21            Please read the next amendment.

22            THE CLERK:  Representative Skidmore offered

23   the following amendment with title amendment,

24   barcode 650351, remove lines 1889 through 1892 and

25   insert an amendment.

4/28/2023          Florida House Session SB 7050          Audio Transcription

Page 83

1          SPEAKER RENNER:  Representative Skidmore,
2    you're recognized.
3          REPRESENTATIVE SKIDMORE:  65035.  Thank
4    you, Mr. Speaker.
5          This amendment removes lines 1889 through
6    1892 and requires the validity of an emergency
7    resulting in the delivery of a vote by mail ballot
8    to be reviewed by the canvassing board.  That's the
9    amendment.
10         SPEAKER RENNER:  Can you stop the clock?
11   Please stop the clock.
12         Leader Grant, you've got an important
13   introduction that's timely.  Would you please make
14   your introduction?  You're recognized.
15         REPRESENTATIVE GRANT:  Thank you,
16   Mr. Speaker.
17         Members, today in the east gallery, we have
18   friends and family of Former State Representative
19   Ron Richmond, who sadly passed away unexpectedly in
20   December of last year.  Ron Richmond served our
21   country in the United States Air Force and in the
22   Florida House from 1972 to 1984, serving the
23   constituents of Pasco and Pinellas County.  He is
24   also one of my predecessors, serving as the then
25   Minority Leader from 1982 to 1984.

4/28/2023             Florida House Session SB 7050             Audio Transcription

Page 84

1              After retiring from the Legislature, he

2     continued his passion for politics, lobbying these

3     halls and practicing law.  He serves as a mentor to

4     many in this process, and many of you have worked

5     with him.  He is survived by his wife Sharon Donahue

6     Richmond, former wife Eileen Gomez Richmond, his son

7     Eric, daughter-in-law Holly, granddaughter Quinn,

8     his son Ryan, his daughter-in-law, Patricia Ray, and

9     grandson Rhett, who are all watching on the Florida

10    Channel.

11              Members, Ron Richmond was a man of faith,

12    family, and public service.  Please help me in

13    welcoming him and thanking the friends and family of

14    former Representative Ron Richmond and in

15    celebrating his life of service to his community and

16    his state.

17              SPEAKER RENNER:  Representative Skidmore,

18    we have resumed the time clock.  You're recognized.

19              REPRESENTATIVE SKIDMORE:  Thank you,

20    Mr. Speaker.

21              I have explained the amendment.

22              SPEAKER RENNER:  All right.  We're open for

23    questions.  Questions?

24              Are there any amendments to the amendment?

25              THE CLERK:  None on the desk, Mr. Speaker.

Page 85

1            SPEAKER RENNER:  Are there substitute

2     amendments?

3            THE CLERK:  None on the desk, Mr. Speaker.

4            SPEAKER RENNER:  We're open for debate.

5     Any member wishing to debate?

6            Seeing no debate, Representatives Skidmore,

7     you're welcome to close.

8            REPRESENTATIVE SKIDMORE:  Thank you,

9     Mr. Speaker.

10            Members, this amendment would direct

11     supervisors of elections to issue an emergency vote

12     by mail ballot if a voter needs one and direct the

13     canvassing board to determine if the emergency

14     request is valid.  Currently, the supervisor of

15     election staff determines whether or not to issue an

16     emergency vote by ballot, which is not uniform.  So

17     allowing the canvassing board to do this --

18     requiring the canvassing board to do this is the

19     most appropriate thing.

20            Thank you, Mr. Speaker.

21            SPEAKER RENNER:  Representative Skidmore,

22     having closed on her amendment, barcode 650351, all

23     those in favor, say yea.

24            (Multiple yeas)

25            All those opposed, say no.

Page 86

1          (Multiple nos) By your vote, show it -- I'm

2    sorry?  Show the amendment fails.

3          Please read the next amendment.

4          THE CLERK:  Representative Driskell offered

5    the following amendment with title amendment,

6    barcode 888663, between lines 1906 and 1907, insert

7    an amendment.

8          SPEAKER RENNER:  Representative -- Leader

9    Driskell, you are recognized to explain your

10   amendment.

11         REPRESENTATIVE DRISKELL:  Thank you,

12   Mr. Speaker.  Sorry, just a moment.  Trying to

13   multitask a little bit too much.

14         SPEAKER RENNER:  Can you stop the clock and

15   give Leader Driskell a moment to collect her notes?

16         All right.  Leader Driskell, you're

17   recognized.

18         REPRESENTATIVE DRISKELL:  Thank you,

19   Mr. Speaker.  And I appreciate that courtesy.

20         So the current bill requires that when the

21   supervisor of elections receives a vote by mail

22   ballot envelope vote returned by a voter with more

23   than one ballot, that the supervisor has to reject

24   both or all of those ballots.

25         This amendment aims to ensure that voters

Page 87

1    are contacted and given the opportunity to cure

2    their ballot if they incorrectly submit several

3    ballots or one or more ballot in the same envelope.

4    It would ensure that only one ballot is counted in

5    association with a signed vote by mail envelope and

6    would direct the Department of State to develop

7    procedures by rules that consider differences in how

8    various counties process vote by mail ballots in

9    determining eligibility with input from our 67

10   supervisors of elections and other interested

11   parties.  And that is the amendment.

12           SPEAKER RENNER:  Any questions for Leader

13   Driskell?  Any questions of Leader Driskell?

14           Any amendments to the amendment?

15           THE CLERK:  None on the desk, Mr. Speaker.

16           SPEAKER RENNER:  Are there substitute

17   amendments?

18           THE CLERK:  None on the desk, Mr. Speaker.

19           SPEAKER RENNER:  Open for debate.  We're

20   open for debate.  Anyone wishing to debate?

21           Leader Driskell, you're recognized to close

22   on your amendment.

23           REPRESENTATIVE DRISKELL:  Thank you,

24   Mr. Speaker.

25           You know, it oftentimes is said that to be

Page 88

1   human is to err.  And we know that while those of us

2   in this body, the 119 of us here, are very engaged

3   in the civic process and we are following everything

4   that's happening in state government and probably

5   nationally and locally too, most Floridians are just

6   trying to work their day job.  They just want to be

7   able to save for retire environment and take care of

8   their family.  And maybe they do like to vote in

9   elections, but maybe sometimes they just happen to

10  get some things wrong.

11          I could imagine an elderly couple filling

12  out their vote by mail ballots together and trying

13  to, in a way of efficiency, including both of their

14  ballots in an envelope.  The way that the bill is

15  drafted right now, the supervisor of elections would

16  have to reject both of those ballots.  But surely we

17  could develop simple rules to find a curative

18  process to count the ballot that should have been

19  associated with that envelope.

20          It wouldn't be very difficult to do.  Maybe

21  it require a phone call.  Maybe it might require an

22  email.  If it's far enough in advance, it could

23  include written mail.  We would certainly leave that

24  to the providence of the Department of State to work

25  out those procedures.

Page 89

1           But the point of it is, is that for our
2     representative democracy to work as well as it can,
3     we need as much participation as possible.  So let's
4     not just automatically discount when people might
5     make a simple mistake of including more than one
6     ballot.  Let's find a pathway to have as many
7     ballots count as possible.  And with that, please
8     vote up on the amendment.
9           SPEAKER RENNER:  Leader Driskell, having
10    closed on her amendment, barcode 888663, all those
11    in favor, say yea.
12           (Multiple yeas)
13           All those opposed, say no.
14           (Multiple nos)
15           Members, by your vote, show the amendment
16    fails.
17           Please read the next amendment.
18           THE CLERK:  Representative Eskamani offered
19    the following amendment with title amendment,
20    barcode 571571, remove lines 2547 through 2657 and
21    insert an amendment.
22           SPEAKER RENNER:  Representative Eskamani,
23    you're recognized.
24           REPRESENTATIVE ESKAMANI:  Thank you so
25    much, Mr. Speaker.

Page 90

1           Okay.  This might just be my favorite

2    amendment, members, not just because it's mine, but

3    what it does is returns the campaign finance

4    reporting to be monthly versus the changes where it

5    shakes things up and allows for some of the

6    reporting to be quarterly.

7           The reason why I filed this amendment is

8    that I'm a big fan of transparency, and I do think

9    our current campaign finance laws do just that.

10   They allow for the public to see who gives to us,

11   you know.  We have that filing the 10th day of the

12   following month.  It's not something that's too

13   burdensome.  We do it today.  There are fines and

14   fees if you're late or doing it incorrectly.  So we

15   have some good accountability there.  I just don't

16   think it's a system that needs to change, and the

17   only people who benefit from changing it are

18   politicians.  And I think it's better to keep it

19   accessible to the public, and that's why I want to

20   restore it back to monthly reporting.

21           Thank you, Mr. Speaker.

22           SPEAKER RENNER:  Having explained her

23   amendment, are there any questions?  Any questions

24   of the sponsor?

25           Seeing no questions, any amendments to the

Page 91

1    amendment?

2            THE CLERK:  None on the desk, Mr. Speaker.

3            SPEAKER RENNER:  Are there substitute

4    amendments?

5            THE CLERK:  None on the desk, Mr. Speaker.

6            SPEAKER RENNER:  Open for debate.  We're

7    open for debate.

8            Representative Skidmore in debate.  You're

9    recognized.

10           REPRESENTATIVE SKIDMORE:  Thank you,

11   Mr. Speaker.  And thank you, Rep. Eskamani, for this

12   amendment, you know.

13           My daughter and I have a motto: there's no

14   minute like the last minute.  And that's how we get

15   things done sometimes.  And so, you know, one month

16   worth of contributions is a lot easier to manage

17   than three months' worth of contributions and

18   expenses.  So I appreciate the amendment.  I think

19   it keeps us on track.  It gets the job done.  It

20   gives that transparency to our voters and our

21   constituents.  And so I appreciate the amendment,

22   and I'll be voting up.  Thank you.

23           SPEAKER RENNER:  Speaking of the last

24   minute, are there any more debate in the last

25   minute?

Page 92

1          Seeing none, Representative Eskamani, for

2     the last 49 seconds.

3          REPRESENTATIVE ESKAMANI:  Thank you,

4     Mr. Speaker.

5          I just want to remind folks that, you know,

6     there's always that rush to the session deadline for

7     fundraising.  And so when we post our numbers, for

8     example, this upcoming session starts in January.

9     The public will see our data, you know, February

10    10th, right.

11          With this bill, they're not going to see

12    our data until the quarter is over.  Session is

13    basically done by then.  That is not transparent for

14    the public, especially when we have the influence of

15    special interests in this process.  Folks deserve

16    access to the information to see what might be

17    influencing the bills in front of us.  And so I

18    encourage folks to vote up on this good, transparent

19    amendment.

20          Thank you, Mr. Speaker.

21          SPEAKER RENNER:  Representative Eskamani,

22    having closed on her amendment, barcode 571571, all

23    those in favor, say yea.

24          (Multiple yeas)

25          All those opposed, say no.

Page 93

1          (Multiple nos)

2          By your vote, show the amendment fails.

3          Please read the next amendment.

4          THE CLERK:  Representative Skidmore offered

5     the following amendment with directory and title

6     amendments, barcode 563761, between lines 2676 and

7     2677, insert an amendment.

8          SPEAKER RENNER:  Representative Skidmore,

9     you're recognized.

10          REPRESENTATIVE SKIDMORE:  Thank you,

11     Mr. Speaker.

12          Members, this amendment eliminates the

13     contribution limit to a political committee for or

14     against a constitutional amendment.

15          SPEAKER RENNER:  Stop the clock for just a

16     moment, you know.  There's probably nothing worse

17     for young children is to sit idly on their hands.

18     And we have some in some great blue blazers in the

19     back, so no punks today.  No punks today.  But mash

20     the button if you have some legitimate needs, so

21     give them something to do.  Thank you so much.

22          Are there any questions of the sponsor?

23     Any questions of the sponsor?  No questions.

24          Any amendments to the amendments?

25          THE CLERK:  None on the desk, Mr. Speaker.

Page 94

1          SPEAKER RENNER:  Are there substitute
2     amendments?
3          THE CLERK:  None on the desk, Mr. Speaker.
4          SPEAKER RENNER:  Debate.  We're open for
5     debate.  Open for debate.
6          Representative Skidmore, you are
7     recognized.  You have the full 2 minutes and 13
8     seconds.
9          REPRESENTATIVE SKIDMORE:  Thank you,
10    Mr. Speaker.  I won't take that long.
11          Members, in 2021, the Legislature passed
12    Senate Bill 1890, which imposed a $3000 contribution
13    limit on individuals donating to sponsors of state
14    ballot initiatives.  In 2022, the legislature passed
15    HB 921 to modify that $3000 limit to apply only to
16    out of state contributors.  Both of these laws were
17    ruled unconstitutional limits on free speech by a
18    Trump-appointed federal judge.  The state did not
19    choose to appeal the ruling.  Therefore, members, we
20    need to eliminate this contribution limit in order
21    to be compliant.  I urge your favorable support.
22          SPEAKER RENNER:  Representative Skidmore,
23    having closed on barcode 563761, all those in favor,
24    say yea.
25          (Multiple yeas)

Page 95

1          All those opposed, say nay.

2          (Multiple nays)

3          All those opposed, say nay.

4          (Multiple nays)

5          By your vote, show the amendment fails.

6          Please read the next amendment and pay

7     attention.

8          SPEAKER RENNER:  Representative Skidmore

9     offered the following amendment with directory  and

10    title amendments, barcode 329933, between lines 2693

11    and 2694, insert an amendment.

12          SPEAKER RENNER:  Representative Skidmore

13    day, you're recognized.

14          REPRESENTATIVE SKIDMORE:  Thank you,

15    Mr. Speaker, and thanks for the attention to detail.

16    I love that.

17          A local government may enact or adopt a

18    limit on contributions which is rationally related

19    to limiting conflicts of interest of an elected

20    official.  So this amendment repeals a portion of

21    Senate Bill 1890's preemption of all local campaign

22    finance regulations, restoring to local voters the

23    right to regulate money in politics.  That is the

24    amendment.

25          SPEAKER RENNER:  Any questions of the

Page 96

1    sponsor?  Questions for Representative Skidmore?

2            Seeing no questions, are there any

3    amendments to the amendment?

4            THE CLERK:  None on the desk, Mr. Speaker.

5            SPEAKER RENNER:  Are there substitute

6    amendments?

7            THE CLERK:  None on the desk, Mr. Speaker.

8            SPEAKER RENNER:  We're in debate.  Members

9    wishing to debate?

10           Seeing no debate, Representative Skidmore,

11   you're recognized.

12           REPRESENTATIVE SKIDMORE:  Thank you,

13   Mr. Speaker.

14           If communities decide they want to limit

15   the influence of money in politics, they should be

16   able to do so.  Please vote for this amendment.

17           SPEAKER RENNER:  Representative Skidmore,

18   having closed on barcode 329933, all those in favor,

19   say yea.

20           (Multiple yeas)

21           All those opposed, say no.

22           (Multiple nos)

23           By your vote, show the amendment fails.

24           Please read the next amendment.

25           Representative Skidmore offered the

1   following amendment with directory entitled

2   amendments, barcode 922361, between lines 2693 and

3   2694, insert an amendment.

4          SPEAKER RENNER:  Representative Skidmore,

5   you are recognized.

6          REPRESENTATIVE SKIDMORE:  Thank you,

7   Mr. Speaker.

8          And, members, this is my last amendment.

9   So this is the one to vote on.  This amendment

10  removes provisions relating to the preemption of

11  specified local government legislation.

12         SPEAKER RENNER:  Questions for the sponsor?

13  Anyone have questions for the sponsor?  This is your

14  last chance to question the sponsor because this is

15  her last amendment on this body of work.

16         Seeing no questions, amendments to the

17  amendments?

18         THE CLERK:  None on the desk, Mr. Speaker.

19         SPEAKER RENNER:  Are there substitute

20  amendments?

21         THE CLERK:  None on the desk, Mr. Speaker.

22         SPEAKER RENNER:  Debate?  Anyone like to

23  debate on Representative Skidmore's last amendment?

24         Seeing no debate, Representative Skidmore,

25  no takers.  You're recognized to close.

Page 98

1              REPRESENTATIVE SKIDMORE:  Thank you,

2     Mr. Speaker.

3              It doesn't hurt my feelings.  This gives

4     local voters more limited authority to adopt

5     campaign finance restrictions aimed at limiting

6     conflicts of interest.  This is good public policy.

7     I appreciate your vote yes.

8              SPEAKER RENNER:  We've closed on her

9     amendment, barcode 922361, all those in favor, say

10    yes.

11              (Multiple yes)

12              All those opposed, say no.

13              (Multiple nos)

14              By your -- I'm sorry, Representative

15    Skidmore, show that last amendment failed.

16              Read the next amendment.

17              THE CLERK:  Representative Harris offered

18    the following amendment with title amendment,

19    barcode 428031, between lines 2726 and 2727, insert

20    an amendment.

21              SPEAKER RENNER:  Representative Harris,

22    you're up.  You're recognized to explain your

23    amendment.

24              REPRESENTATIVE HARRIS:  Thank you,

25    Mr. Speaker.

Page 99

1          So the Division of Elections provides

2    advisory opinions per the website.  These opinions

3    are given to supervisors of elections, candidates,

4    local officers, political parties, affiliated party

5    committees, or any person or organization engaged in

6    political activity.

7          My amendment would require that the

8    Division of Elections would provide in writing these

9    advisory opinions regarding any provisions or

10   violations of Florida election laws within 90 days

11   of a request or advise if it is not authorized to

12   respond.  Because right now, as it stands, it could

13   take a very long time to get a response back.  In

14   some cases, feasibly, it could take years.  So any

15   person or organization acting in good faith won't be

16   subjected to certain criminal opinions, and that is

17   the amendment.

18          SPEAKER RENNER:  Representative Harris,

19   having explained her amendment, are there any

20   questions for Representative Harris?

21          Any amendments to the amendment?

22          THE CLERK:  None on the desk, Mr. Speaker.

23          SPEAKER RENNER:  Are there substitute

24   amendments?

25          THE CLERK:  None on the desk, Mr. Speaker.

Page 100

1           SPEAKER RENNER:  We are in debate.
2     Members, we're in debate.
3           Seeing no debate -- oh, there is debate.
4     Representative Woodson, you're recognized in debate.
5           REPRESENTATIVE WOODSON:  Thank you,
6     Mr. Speaker.
7           Rep. Harris, this is a very good amendment.
8     Members, you need to give Rep. Harris some grace
9     today because we are putting a bill in place, and we
10    have to make sure that there's no confusion when it
11    comes to timeline.  Because if you don't put things
12    in writing and you don't put a timeline that is
13    feasible, that is reasonable, then you risk the
14    chance of the same confusion that people are going
15    through right now.  So this is a very thoughtful
16    amendment, Rep. Harris, and I hope all my colleagues
17    would understand our amendment and decide to go
18    green on her to support her amendment.  So thank you
19    very much, Rep. Harris.
20          SPEAKER RENNER:  Further debate?  Members
21    wishing to debate?
22          Seeing no debate, Representative Harris,
23    you are recognized.
24          REPRESENTATIVE HARRIS:  Thank you so much,
25    Mr. Speaker.

Page 101

1           So, as I said, this amendment would ensure

2    that requests to the advisory opinions are answered

3    in a timely manner and any person or organization

4    acting in good faith upon an advisory opinion shall

5    not be subject to criminal penalties.  And that is

6    my amendment.  Thank you.

7           SPEAKER RENNER:  Representative Harris,

8    having closed on amendment, barcode 428031, all

9    those in favor, say yea.

10          (Multiple yeas)

11          All those opposed, say no.

12          (Multiple nos)

13          Show the amendment fails.

14          Members, we are on CS for SB 7050.  This is

15   the last amendment.

16          So please read the next amendment.

17          THE CLERK:  Representative Nixon offered

18   the following amendment, barcode 822721, remove

19   lines 2762 through 2763 and insert an amendment.

20          SPEAKER RENNER:  Representative Nixon.

21          REPRESENTATIVE NIXON:  Thank you,

22   Mr. Speaker.

23          This amendment simply changes the effective

24   date of this bill to take place after the 2024

25   election, instead on January 1, 2025.  The SOEs, the

Page 102

1  supervisor of elections, in a report said that the

2  Legislature should wait to enact further changes to

3  vote by mail until after the 2024 election.  Voters

4  are currently still struggling with the changes of

5  law that we passed last session and the session

6  before.  That's the amendment.

7          SPEAKER RENNER:  Any questions for the

8  sponsor?  Questions for the sponsor?

9          Seeing no questions, are there any

10  amendments to the amendment?

11          THE CLERK:  None on the desk, Mr. Speaker.

12          SPEAKER RENNER:  Are there substitute

13  amendments?

14          THE CLERK:  None on the desk, Mr. Speaker.

15          SPEAKER RENNER:  We are in debate.  Any

16  debate?  Any debates?

17          You rising for debate, Representative

18  Daley?

19          No debate.

20          You're recognized to close on your

21  amendment, Rep. Nixon.

22          REPRESENTATIVE NIXON:  Waive close.

23          SPEAKER RENNER:  Waiving close on barcode

24  822721.  All those in favor, say yea.

25          (Multiple yeas)

Page 103

1          All those opposed, say no.

2          (Multiple nos)

3          Show the amendment fails.

4          I think that concludes all of our

5     amendments.

6          Show the bill rolled over to third reading.

7          Representative Salzman, you are recognized

8     for a motion.

9          REPRESENTATIVE SALZMAN:  Mr. Speaker,

10    waived, that the rules be waived, and CS for SB 7050

11    be read a third time by title and placed on final

12    passage.

13          SPEAKER RENNER:  Representative Salzman

14    moves that the rules be waived and that CS for SB

15    7050 be read a third time by title and placed on

16    final passage.

17          All those in favor, say yea.

18          (Multiple yeas)

19          All those opposed, say no.

20          (Multiple nos)

21          Show the -- you said yes.  So show the

22    amendment adopted.

23          Read the bill a third time just by the

24    title.

25          THE CLERK:  By fiscal policy and ethics and

Page 104

1    elections and others, CS for Senate Bill 7050, a

2    bill to be entitled an act relating to elections.

3              SPEAKER RENNER:  Are there any amendments?

4              Members, we're now going into structured

5    debate on CS for SB 7050.  Our debate will be

6    limited to 40 minutes per side in ten-minute

7    increments with total debate time not to exceed 80

8    minutes.

9              I believe, Representative Daley, you're

10   recognized to begin the debate, and the Clerk will

11   stop -- start the debate clock.

12             REPRESENTATIVE DALEY:  Thank you,

13   Mr. Speaker.

14             I yield to Representative Gantt.

15             SPEAKER RENNER:  Representative Gantt,

16   you're recognized.

17             REPRESENTATIVE GANTT:

18             Thank you, Mr. Speaker.  As an all-American

19   who believes in democracy and believes in the

20   process of citizens being enfranchised instead of

21   disenfranchised, I believe that this bill seeks to

22   disenfranchise Floridians particularly, making it

23   more difficult to get access to the ballot.

24             I spoke in debate on Representative

25   Skidmore's amendment about the affidavit portion.

Page 105

1    We are not being logical or fiscally logical when

2    we're asking the supervisors of elections to now be

3    required to have an affidavit submitted but we're

4    not providing any type of fiscal support to the

5    supervisors of election or any type of measures to

6    ensure that they can comply with this request.

7            Again, in my debate on Representative

8    Skidmore's amendment, who's going to be the notary?

9    Who's going to supply or who's going to create the

10   program or give the funds, the hours, the time for

11   current employees to become notaries?  And then how

12   are they going to be trained in how to properly

13   identify an affidavit?  further, is there going to

14   be a template form for the affidavit?  If there is a

15   template form for the affidavit, what kind of

16   training is going to be provided on that?

17           There are so many questions and so many

18   outstanding answers for that particular provision

19   that's going to make it difficult for supervisors of

20   elections, and it's going to make it difficult for

21   voters to access their ballots.

22           I then want to speak briefly about the

23   resign-to-run.  So I actually looked up the 2018

24   bill, Senate Bill 186, that revised the resign-to-

25   run provisions.  And there are eight members

Page 106

1    currently in this chamber who voted for this law in

2    2018, okay.

3              And in Senate Bill 186, we heard in the

4    opening that it was a clarification of the resign-

5    to-run.  But I am at a loss at how it can be a

6    clarification because in the language of Senate Bill

7    186, subsection 4A -- so it's statute 99.012 --

8    subsection 4A says any officer who qualifies for

9    federal public office must resign, and it goes on to

10   say more.

11             Then when you go down to the new subsection

12   8 -- and I'll share this with whomever is

13   interested, and I'll also post it -- the language in

14   the former subsection 7, the new subsection 8 says

15   subsections 3 and 4 do not apply to persons holding

16   a federal office, and then it stops there.

17             And that's what we see in the current

18   statute, statute 99.012.  But what the previous

19   language was, which was stricken out, meaning that

20   it was an intentional act by the Legislature to

21   exclude this language that was already present, it

22   says nothing contained in subsection 3 relates to a

23   person seeking -- holding any federal office or --

24   and this is the stricken language -- or seeking the

25   office of President or Vice Presidente.  It doesn't

Page 107

1  say Presidente, but it says President, okay.

2            So this was an intentional act to exclude

3  that language that was already included.  So how are

4  we now coming back and saying, oh, no, we want to

5  clarify?  It seems that what we are doing is just

6  building the plane while we're flying it and

7  changing things as we go and saying, oh, no, we want

8  to clarify, but it's not really a clarification

9  because it was already in there.

10           So my deduction from the stricken language

11  that struck President or Vice President means that

12  it included federal public office, which means

13  President and Vice President was already included in

14  it.  So why are we here now?  Okay.

15           So I think that we need to definitely make

16  sure that we are consistent and that we make sure

17  that we don't change the rules for who we like or

18  who we don't like.  And the greater point of it all

19  is we need to make sure that we continue to make

20  Floridians or have Floridians have the ability to

21  have access to the ballots.

22           Thank you, Mr. Speaker.

23           SPEAKER RENNER:  Representative Daley.

24           REPRESENTATIVE DALEY:  Thank you,

25  Mr. Speaker.

Page 108

1            I yield to Representative Chambliss.

2            SPEAKER RENNER:  Representative Chambliss,

3    you're recognized.

4            REPRESENTATIVE CHAMBLISS:  Thank you,

5    Mr. Speaker.

6            You know, living in Florida seems to get

7    harder and harder every day with rising rents and

8    affordable housing crisis and wages that don't seem

9    to be matching the cost of living in some areas.  So

10   we have people in the state who are working two and

11   three jobs just to make ends meet.  And when it

12   comes to working class families, I know that we have

13   Democrats and Republicans who support working-class

14   families, but every time we work on an election

15   bill, it seems like we're making the process harder,

16   and we are not creating more availability to the

17   ballot box for those working-class families.

18           For example, when it comes to people in my

19   district, many of them are renters, people who are

20   very, very transient.  As a matter of fact, in the

21   United States of America, one in eight Americans

22   move every day.  And so I'm very concerned about

23   some of the language as it relates to trying to

24   confirm someone's last known address, as well as the

25   process in which we are taking voters off the rolls,

Page 109

1    you know.

2             People have it hard as it is, and it seems

3    that we want to make sure that we're keeping as many

4    people on the rolls and not taking them off.  We

5    already know that the process to remove voters from

6    rolls is a flawed process.  Back in around 2012 and

7    2013, we realized that there were over 100,000

8    people who were inaccurately taken off the rolls

9    because they were thought to be noncitizens, and we

10   found out that they actually were citizens.

11            And so we know that it's a flawed process.

12   We just want to make sure that, as we're doing these

13   type of election bills, that we're being sensitive

14   to that fact.  We don't want to get it wrong.  So we

15   need to create a better process because what it

16   shows is that -- what our data shows is that when

17   we're taking voters off the roll, it seems that

18   inadequately black Floridians, Hispanic Floridians

19   seems to be taking off the roles at a higher level

20   than other communities.

21            We want to make sure that everyone has

22   access to the ballot box.  We want to make sure that

23   we're making the right decisions at the ballot box,

24   and the only way that we can do that is that we have

25   representation from everybody throughout the state

Page 110

1  at the ballot box.

2          So for those reasons, I cannot support that

3  bill.  We need to make sure that we get it right.  I

4  don't think that this bill goes far enough.  Thank

5  you.

6          SPEAKER RENNER:  Representative Daley.

7          REPRESENTATIVE DALEY:  Thank you,

8  Mr. Speaker.

9          I would yield to Representative Robinson.

10          SPEAKER RENNER:  Representative Robinson,

11  F, you're recognized in debate.

12          REPRESENTATIVE ROBINSON:  Thank you,

13  Mr. Speaker.

14          And I'm going to start off because we talk

15  a lot about what bills are American.  Well, as I sit

16  here and I look at here, I believe that America is

17  built upon democracy.  And when I read through this

18  piece of legislation and I look at all the things

19  that it's doing, I have to say that this would be

20  the most un-American bill if we passed this in this

21  legislative session that we've passed.

22          And I say that because there are so many

23  restrictions that are put in here that is going to

24  make it difficult for Floridians to actually have

25  the democracy that America is built on.

Page 111

1          Voting is an essential democratic tool by

2     which citizens are given an opportunity to voice

3     their opinions on the laws that we create.  This

4     bill, 7067, will make it substantially more

5     difficult for those citizens to do that.  It limits

6     transparency.  How does it do that?  Up until this

7     point, our campaign funds have been reported

8     monthly.  It works.  People are able to go and see

9     it.  Now, we want to change that to three months.

10    It's affecting voter registration.  It's affecting

11    vote by mail.

12          This is, what, the third year that we have

13    come back to attack people's voting rights?  I just

14    totally do not understand it.  We say that we love

15    America, we love the premise that we have democracy,

16    but yet we're doing something different.  Let our

17    actions follow our words is what I'm asking us to do

18    today here.

19          I was really thankful for my colleague,

20    Representative Gantt, on what she stated.  How are

21    we going to do that?  We've said that, for us, if we

22    look at, for all of us as representatives, we have

23    to what?  Resign-to-run.  Actually, one of the bills

24    that we passed earlier, when it comes to the form 6,

25    we just said we use the form 6.  We're asking for

Page 112

1    our other elected people to use form 6.

2              When it comes back to resign-to-run, we

3    resign-to-run.  But now we're going to make special

4    provisions for one person?  We need to cut it out.

5              SPEAKER RENNER:  Rep. Robinson, time has

6    expired.  We'll go to the next segment.

7              Call on Leader Grant, you're recognized.

8              REPRESENTATIVE GRANT:  Waive our time in

9    this segment.

10             SPEAKER RENNER:  Waiving the time in the

11   segment.

12             Back up, Rep. Daley, you're recognized for

13   debate.

14             REPRESENTATIVE DALEY:  Thank you,

15   Mr. Speaker.

16             I yield to Representative Lopez.

17             SPEAKER RENNER:  Representative Lopez,

18   you're recognized in debate.

19             REPRESENTATIVE LOPEZ:  Thank you,

20   Mr. Speaker.

21             I want to start by saying there are a

22   number of things wrong with this bill, one of which

23   directly affects my community, the Latinos who are

24   encouraging civic engagements in our state.  There

25   are a number of Latino voter registration

Case 4:23-cv-00215-MW-MAF   Document 219-7   Filed 02/13/24   Page 113 of 177

1    organizations doing amazing work for our communities

2    like UnidosUS, Mi Familia Vota, Mi Vecino, Hispanic

3    Federation, and more.  These organizations are

4    nonpartisan.  They do not tell people how to vote,

5    and they are mostly made up of people who immigrated

6    to this country lawfully in search of a better

7    future.

8              Rather than encouraging civic engagement

9    and lawful immigration, this Legislature wants to

10   fine organizations tens of thousands of dollars for

11   providing opportunities to lawful noncitizens that

12   are working to establish a new life in the U.S.

13   Lawful residents who did everything they were

14   supposed to do to come to the United States would

15   not be able to practice democracy by encouraging

16   voter registration and civic engagement.

17             This Florida Legislature is trying to make

18   away the opportunity for these Floridians to live

19   comfortably and provide for their families.  Not to

20   mention, these nonpartisan Latino voter registration

21   organizations are some of the only sources of

22   bilingual voter education for the Hispanic community

23   in my district and many others across the entire

24   state.

25             This bill already makes it more difficult

Page 114

1    for immigrants who recently received citizenship to

2    register to vote and utilize their voting rights.

3    Putting stricter regulations on organizations that

4    educate the Latino community will make next to

5    impossible for newly naturalized citizens to access

6    the resources they need to exercise their rights and

7    responsibility to vote.

8           Members, there may only be a few Latino

9    Members in the Democratic Caucus, but there are many

10   of us in this body as a whole.  Latinos represent

11   both sides of the aisle, so suppressing the Latino

12   vote harms us all.

13          To all of the Latino Representatives, I

14   want you to think about your experiences with civic

15   engagement.  Think about the time that you first

16   registered or registered someone to vote.  Are you

17   really in support of taking away the opportunity for

18   the people from our community?  Do you really want

19   to suppress the Latino vote?

20          I know that I personally want to uplift

21   Latino Voices and encourage engagement within my

22   community.  So I will continue to advocate for the

23   organizations encouraging voting within my community

24   because I am their voice in this House.  And to all

25   of the Latinos here today and watching right now, it

Page 115

1   is so important that you vote for the people who

2   will protect your rights.  I'll be voting no today

3   and encourage you all to do the same.

4              Thank you, Mr. Speaker.

5              SPEAKER RENNER:  Representative Daley.

6              REPRESENTATIVE DALEY:  Thank you,

7   Mr. Speaker.

8              I yield to Representative Eskamani.

9              SPEAKER RENNER:  Representative Eskamani,

10  you're recognized.

11             REPRESENTATIVE ESKAMANI:  Thank you so

12  much, Mr. Speaker.

13             So I think I just want to start with

14  telling the story of how I got registered to vote,

15  because I think we all remember that process, and

16  sometimes it was your parent that helped you fill

17  that form and make sure you got your driver's

18  license, that you also preregistered to vote.  Maybe

19  you did it in a different state, and when you came

20  to Florida, it was just one of those automatic

21  things you did at the DMV.

22             In my case, it was my summer school teacher

23  back in 2007 at University High School -- go Cougars

24  -- where he actually was also the AP government

25  teacher at the time.  But he was teaching some of

Page 116

1   those summer classes you take in order to graduate,

2   and he made sure that all students there were

3   preregistered to vote, myself included.

4          And so by the time I turned 18, I was ready

5   to vote.  I registered NPA, in fact.  My parents

6   were Democrats, but I wanted to figure out for

7   myself who I wanted to be and what my values were.

8   And it wasn't until 2010 at the University of

9   Central Florida where I registered to vote a

10  Democrat.  And it was mainly because the only two

11  groups tabling that hot summer at UCF was the

12  Iranian student organization, which I was a part of,

13  and the College Dems.  And I was collecting human

14  rights petitions, and they were doing voter reg.

15         And I just felt such an alliance with these

16  young leaders that were talking about issues that

17  mattered to me, and I built so many friendships from

18  that, but of course, also got registered to vote as

19  a Democrat, and the rest is kind of history.

20         That same year, this legislative body

21  passed a bill to make it harder to register people

22  to vote.  In fact, that legislation created the

23  third-party voter reg. system we have today.  I

24  remember it very clearly because I was one of those

25  students who was registering her classmates to vote.

Page 117

1    And when that legislation passed back in 2011, it
2    upended the entire structure of voter registration
3    where organizations just stopped doing voter reg.
4    And it wasn't until a lawsuit was filed and then a
5    court decided that the laws the Legislature placed
6    were restrict active that some of those requirements
7    were pulled back, including back then there was a
8    48-hour deadline to turn in voter registration
9    forms, which was absolutely absurd.

10              And honestly I'm sad, you know.  I'm sad to
11   be in this chamber now facing a bill that it just
12   reminds me what took place a decade ago.  And by the
13   way, it was 2011, right before the 2012 election
14   cycle.  And this very much is like deja vu.  We're
15   back at it again, making it more difficult to
16   register people to vote under false pretenses.

17              Now, I want to say there are many fines,
18   fees, penalties, and requirements for third-party
19   voter reg. organizations.  What we are doing with
20   this bill is unnecessary.  Requiring that three
21   PVROs have to expire after every election cycle,
22   administrative burden, bureaucratic in nature,
23   unnecessary.

24              Setting these restrictions on who can
25   volunteer for your organization, discriminatory in

Page 118

1   nature and again unnecessary.  I think it's really

2   frustrating in a state that believes in second

3   chances, in a state that is so diverse, that has so

4   many immigrant communities, that we don't think our

5   fellow Floridians are able or trustworthy to hold a

6   clipboard with forms and help support their fellow

7   Floridian in getting registered to vote, especially

8   when the bill has penalties in place if anyone

9   copies that information.

10          It's one thing to have those type of

11  penalties, which I totally get, but it's something

12  else when you're drawing these discriminatory

13  factors and saying that some people can be trusted

14  to hold a clipboard.  And it's purely designed to

15  intimidate third-party voter reg. organizations,

16  many who are scrappy, many who have small budgets,

17  many who are volunteer driven.  You're basically

18  going to create an environment where they're going

19  to have to do background checks, where they're going

20  to have to ask pointed questions to volunteers on

21  their immigration status.

22          I mean, that's wild, members.  It's so wild

23  and unnecessary.  And as a reminder, third-party

24  border reg. organizations, they do what government

25  doesn't do, what government won't do.  They go into

Page 119

1   churches.  They go into college campuses.  They go

2   into community events, farmers markets.  They meet

3   folks belly to belly and encourage them and get them

4   activated to register to vote.  Government doesn't

5   do that.  And in a state that really preaches small

6   government, you would think supporting through PVROs

7   that decentralization with safety metrics in mind

8   and accountability in mind would be our approach.

9          But this is clearly designed to deter

10  specifically black and brown volunteers from being

11  able to participate in the process because we all

12  know that when it comes to incarceration rates and

13  especially when it comes to targeting those who

14  don't have -- those who aren't U.S. citizens, that

15  it's directly impacting a very slight group of

16  people over others.

17         And I also, of course, want to elevate this

18  resign-to-run repeal.  I mean lol, members.  Like I

19  thought there were checks and balances in

20  government.  I thought we were in a structure where

21  we hold, you know, other branches accountable, not

22  bend over backwards to do as we're told by one

23  branch of government.  And the fact that it's

24  specifically for President or Vice President, I

25  think we all know, the elephant in the room, what

Page 120

1    that is for, and that is for Governor DeSantis and

2    his path to run for President.

3          The rest of us don't have that type of

4    benefit, and we've had multiple special elections,

5    you know, in past years because many of our

6    colleagues ran for Congress, and those seats were

7    empty despite them not winning their races.  I mean,

8    if you're going to do it, you should really consider

9    at least evening the playing field for others, not

10   collectively carving it out for one man.

11         Members, I don't wait for one man.  I'm not

12   going to change the law for one man.  And so with

13   that said, I really encourage everyone to vote down

14   on this bill.  Please think about the organizations

15   who are directly impacted.  Think about our

16   fundamental American values, the importance of

17   democracy, and civic engagement.  And let's vote

18   down this bill.

19         Thank you, Mr. Speaker.

20         SPEAKER RENNER:  Leader Grant, you're

21   recognized in debate.

22         REPRESENTATIVE GRANT:  Thank you,

23   Mr. Speaker.

24         Waive our time in this segment.

25         SPEAKER RENNER:  Waving time in this

Page 121

1  segment.

2       Representative Daley, you are recognized

3  for debate.

4       REPRESENTATIVE DALEY:  Thank you,

5  Mr. Speaker.

6       I yield to Representative Rayner-Goolsby.

7       SPEAKER RENNER:  Representative Rayner-

8  Goolsby, you're recognized.

9       REPRESENTATIVE RAYNER-GOOLSBY:  Thank you

10  so much, Mr. Speaker.

11       And, Chair McClure, I know that you and I -

12  - what I do appreciate about you is that you will

13  talk with me through these bills, and we will talk

14  about and have open dialogue.  But with that said,

15  Chair McClure, I have to tell you why this bill is

16  very problematic.  And I think that we have to think

17  about intent versus impact.

18       I understand that your intent may not be to

19  be discriminatory, may not be to be restrictive, but

20  we have to look at the impact of the legislation

21  that we are passing.  One of the things -- and I

22  believe Representative Eskamani pointed this out in

23  her debate, and I believe Representative Gantt

24  pointed this out in her debate as well -- we have

25  third-party organizations that register black and

Page 122

1  brown people.

2         Let me just walk you through a little bit

3  of history.  Black folks were actually able to vote

4  without any restrictions August 6, 1965.  There are

5  people in this room that were born in 1965.  That is

6  recent history.

7         And so I'm just unclear why we are not

8  making the path easier for folks to register to

9  vote.  But also many of these third-party

10  organizations, they also educate voters.  They stay

11  in the community.  These are people who live in

12  their community.  And they are educating their

13  neighbors and their friends on a day-to-day basis.

14         And so when you have the restriction in

15  here that they have to expire after every election

16  cycle, it's not just registering voters, but it's

17  also educating them on off-cycle years.  So, once

18  again, it's the intent versus the impact.  And

19  that's what we have to think about.  And so I don't

20  want to, you know, go into like, well, you know,

21  you're doing this.  No.  It's just -- I don't think

22  we're just thinking about that impact.

23         Also, I want to talk about the burden

24  shifting to the actual voter.  And I know that we've

25  had this conversation in committee.  When I am

Page 123

1    licensed to drive, when I get a ticket, when -- they

2    tell me I don't pay that ticket on time and the

3    people about to take my license, guess what happens?

4    The State of Florida sends me a notice.  The State

5    of Florida says, Rayner-Goolsby, you're one seatbelt

6    infraction away of losing your license.  I mean, my

7    father did say that.  It's -- and it's kind of a

8    fact I like to speed but whatever.  But, listen, the

9    state of Florida does that.

10              So why can the State of Florida -- we can

11   alert folks to everything else, but we can't seem to

12   alert them to this actual American duty and

13   privilege that we have to vote?  And so I have a

14   problem with the burden shifting because we saw last

15   election cycle, we saw people not realizing they

16   weren't able to vote, and they were being used as a

17   political pawn.  They were being used as

18   gamesmanship, not that fact that they have real

19   lives.

20              Once again, it's the intent versus impact.

21   We have to look at the impact we're having with this

22   legislation.  And I don't know anyone -- and no one

23   who's in this chamber -- should ever want to make it

24   harder for people to vote.  We should all want

25   everybody to get out and vote.  So once again,

Page 124

1    members, it is the intent versus the impact.

2          Also, I'm going to touch on the resign-to-

3    run.  I don't like when people play in my face.  My

4    mama would tell me when she was about to get -- when

5    I was about to get in trouble and I would act like I

6    didn't really know what was going on, she would say

7    I have more degrees than you, and I'm not stupid.

8    And I'd say, yes, ma'am.

9          And that's how I feel in this moment.  We

10   know what this is about.  We have already said the

11   quiet part out loud.  In fact, with the resign-to-

12   run provision, you all have said the quiet part out

13   loud.  You all have said that we're willing to bend

14   to political wiles and wills.  We are willing to do

15   that.  Members, the intent versus the impact.  How

16   can we ask our people to trust in democracy if we

17   are willing to just give it away if someone asks us

18   to?  That is not democracy.

19         Members, I know that this bill will pass,

20   but I'm talking to the people that are watching.  I

21   and the back rows understand what the impact of this

22   legislation will do.  And it's just building upon

23   more and more restrictive voting legislation that is

24   really trying to silence people to vote.  And I know

25   that may not be the intent, but guess what?  That is

Page 125

1   the impact.

2          SPEAKER RENNER:  Representative Daley,

3   you're recognized.

4          REPRESENTATIVE DALEY:  Thank you,

5   Mr. Speaker.

6          I yield to Representative Woodson.

7          SPEAKER RENNER:  Representative Woodson,

8   you are now recognized for debate.

9          REPRESENTATIVE WOODSON:  Thank you,

10  Mr. Speaker.

11         Members, one of the most important rights

12  of an American citizen is the right to vote.  As a

13  Haitian American, this is one of the most important

14  rights that I have earned in the United States.

15  Voting is such an important part of any democracy,

16  and we have an obligation to make it easier for

17  people to participate in the democratic process by

18  exercising their rights to vote.

19         The citizens of Florida voted for us to

20  represent them in their ideas and for us to support

21  their interests, the interests of the people of

22  Florida.  In this bill, we are placing a lot of

23  barriers that will hinder Floridian from exercising

24  this most important right.

25         Registering to vote should be the simplest,

Page 126

1  easiest thing to do, and it should not be a hassle.

2  The requirements on the voter cards to contain an

3  explanation statement is really baseless and

4  senseless.  For several requirements throughout the

5  Florida Election Code, we are saying that certain

6  notices will be published in newspaper or general

7  circulation or on certain official website.  Do we

8  know how many people do not read the newspaper, nor

9  going to those website?  Have we ever tried to

10 navigate our way around some of those websites?

11 Even the most technologically savvy person have a

12 hard time going in some of those website.

13          In our communities, sometimes people look

14 -- get those type of information, and I would tell

15 you, in the African American communities or in the

16 Haitian communities, even some of the Hispanic

17 communities as well, people get information through

18 the churches, through the radios, through the new to

19 whatever means that they can get those information,

20 or on the TV stations.  Going to those websites or

21 just a newspaper do not cut it for some people.

22          When it comes to third-party voters

23 registration, most of the time, it's made up of

24 volunteers who want to use their time to help out in

25 the democratic process.  So why are we putting

Page 127

1  burden or barriers for third-party voter

2  registration people who take their precious time to

3  provide a service so we can get more people to

4  register to vote?

5          We are asking them to register with the

6  Department of State for each specific general

7  election cycle and also that the registration

8  expires after each cycle.  Now, if I'm a volunteer,

9  why do I want to do all that?  Why would I take the

10  time to go for each election cycle knowing that my

11  duties are the same?  Nothing has changed.

12          Come on, members.  Let's try to do better.

13  Let's not try to waste people's time who want to

14  help in the process.  When it comes to the

15  supervisor of elections, my Broward Supervisor of

16  Elections, Joe Scott, he got in 2020.  The man has

17  done such a fantastic job putting measures in place,

18  putting the proper measures in place in order to

19  make sure that everyone can have access to his

20  office, can come in and register to vote, can go out

21  and cast a vote.

22          Now, we are putting more burden, more work

23  on them.  We want those officers to work

24  efficiently.  By putting all those barriers in this

25  bill, we are putting an undue burden on the

Page 128

1   supervisor of election's offices, and I cannot do

2   that.  In good conscience, this is not something

3   that we would want to do.

4           Thomas Jefferson said we do not have

5   government by the majority.  We have government by

6   the majority of people who participate in the

7   process.  And this is what we need to do.  We need

8   to make sure we have more people participating in

9   the process.  So I'm asking you all to vote down on

10  this bill.  Thank you.

11          SPEAKER RENNER:  Leader Grant, you're

12  recognized.

13          REPRESENTATIVE GRANT:  Thank you,

14  Mr. Speaker.

15          Please recognize Representative Overdorf in

16  debate.

17          SPEAKER RENNER:  Representative Overdorf,

18  you're recognized in debate.

19          REPRESENTATIVE OVERDORF:  Thank you,

20  Mr. Speaker.

21          So last time that this body modified the

22  election law, we heard many of the same arguments

23  we're hearing today.  "This will make it harder for

24  people to vote."  "This will restrict access to

25  vote."  "This will disproportionately affect one

Page 129

1    group or another."

2              Today, as I said during the last election

3    process, I again say: show me.  Show me the person

4    who's not allowed to vote.  Show me the person who

5    is a qualified voter and can't vote.  I have every

6    confidence that the results of this challenge, this

7    next election, will be same as the last.  Not one

8    person who is qualified to vote will not have the

9    opportunity to vote.  Not one person.

10             I have every confidence the bill sponsor

11   and other debaters will further address the

12   "restrictions."  And, therefore, I want to address

13   some items where there has been a fair amount of

14   hype and hyperbole from various political factions

15   within the State of Florida and from around the

16   country.

17             After actually reading the bill, listening

18   to questions, and talking to the sponsor, I'd like

19   to specifically address the concerns of some

20   constituents from around the state.

21             Does this bill allow the Department of

22   Motor Vehicles to more easily register voters who

23   are not U. S. citizens, and does the bill no longer

24   require voters to be registered at their "legal

25   residence?"  The answer is no.

Page 130

1            Does the bill limit citizen access to voter
2    data and results?  The answer is no.
3            Does the bill mandate machines, tabulators,
4    and outlaw hand counts?  The answer is no.
5            Does the bill negate signature
6    verification?  The answer is no.
7            Does the bill loosen ID requirements for
8    mail-in ballots?  The answer is no.
9            When the official results of an election
10   are completed, does the bill change or loosen the
11   way that results can be challenged?  The answer is
12   no.
13           How will I be voting on this bill?  The
14   answer is yes.  Please join me in supporting this.
15           SPEAKER RENNER:  Leader Grant, you're
16   recognize in debate.
17           REPRESENTATIVE GRANT:  Thank you,
18   Mr. Speaker.  Waive our time in the remainder of
19   this segment.
20           SPEAKER RENNER:  Having waived the
21   remainder of the time of this segment,
22   Representative Daley, you're recognized.
23           REPRESENTATIVE DALEY:  Thank you,
24   Mr. Speaker.
25           I yield to Representative Nixon.

Page 131

1          SPEAKER RENNER:  Representative Nixon,

2     you're recognized in debate.

3          REPRESENTATIVE NIXON:  Thank you,

4     Mr. Speaker.

5          This bill affects the fundamental rights of

6     citizens to have access to the ballot box.  There

7     are a lot of alternatives and methods other than

8     what is in this bill.  This bill is oppressive, and

9     we need to be real about it.  These punitive fines

10    and harsh deadlines will have a chilling effect on

11    voter registration groups.  They will significantly

12    impact smaller organizations closest to marginalized

13    communities.  Or maybe that's the goal of it all, to

14    stifle true democracy and strip the voices of those

15    whose ancestors had to fight and often die for the

16    very right to vote.

17          This bill is voter suppression through and

18    through.  Every time groups of people that are

19    against what the majority and those in power are for

20    go out and vote in numbers and record numbers, or

21    you all cause -- I ain't going to say me because I

22    vote against a lot of these bills -- or you all

23    cause and pass policies that devastate marginalized

24    communities, black communities, brown communities,

25    women or young people, LGBT communities, and you

Page 132

1  realize, uh-oh, we may have overstepped and

2  overreached, like doing things like providing

3  kickbacks in the amounts of $3 billion to insurance

4  companies who are now jacking up property insurance

5  rates and forcing our residents out of Florida

6  because they can no longer afford to live here.

7          Uh-oh, these people may be pissed at us.

8  They may realize that their life is harder, and

9  we're hurting them with these policies.  So we need

10  to make it harder for them to vote, to vote us out

11  of office.  Again, you change the rules again and

12  again and again.

13          Many of you all have proposed even more

14  restrictive and confusing vote by mail policies.

15  Confusion is a form of voter suppression.  We should

16  be making it easier for our seniors and our veterans

17  to vote.  Can you all please tell me why you all are

18  making it harder for seniors to vote?  I just really

19  want to know.  By requiring things like emergency

20  excuses and more restrictive timelines, that ain't

21  right.

22          Now, let's get to the crux of what I really

23  want to talk about in this bill.  Many parts of this

24  bill are unconstitutional.  Many bills that pass off

25  this chamber floor are unconstitutional.  Many

Page 133

1    lawsuits that the State of Florida, that they go

2    after and file are unconstitutional, and they are

3    all under the direction of Ron DeSantis.

4           Why did we add this exemption to the

5    resign-to-run in for a Presidential candidate?  Why

6    are we signing off on allowing Ron DeSantis the

7    ability to not do his job?  Separations of powers,

8    people.  What are we afraid of?  Why can't this body

9    stand up to the Governor and do what's right?  Why

10   won't you all question the fact that he's hurting

11   people?  Why aren't we doing our jobs, checking the

12   Governor based on the checks and balances due to the

13   separation of powers?

14           Floridians are hurting.  They're leaving

15   the state of Florida because they're being priced

16   out of the state, and many in this body are doing

17   the Governor's bidding.  If someone wants to run for

18   President, let them.  But don't let the Governor

19   hold our state or hold Floridians hostage because of

20   blind and drunk political ambition which restricts

21   our ability as a state to ensure Floridians can

22   prosper.

23           He needs to resign-to-run if he wants to

24   run for President, period.  As I stated earlier,

25   last time I checked, being Governor was a full-time

Page 134

1    job.  Running for President takes a lot of work.  We

2    need him to focus on Florida.

3              America, look at our state.  It's

4    beautiful.  But it's clear that we are under attack.

5    Diversity, equity, and our ability to be inclusive

6    is under attack.  A democracy works best when all

7    who are in it and are involved in it can fully

8    participate in it, be engaged in it.  This bill

9    ain't what democracy looks like.  It's actually a

10   clear attack on our democracy.  It's designed, like

11   many of these other bills that pass off this floor,

12   to silence and erase certain communities.  It's

13   designed to keep communities down and apathetic and

14   hopeless and like their lives will never improve.

15             But I'm here to tell all the folks that

16   have communicated with me and my colleagues on the

17   back rows that want to leave this state, do not

18   leave Florida.  Stand up and fight back.  Push back

19   against these oppressive bills, because all

20   Floridians deserve the right to live healthy,

21   prosperous, and safe and to no longer just survive,

22   but to thrive and to flourish.  Vote this bill down.

23             SPEAKER RENNER:  Representative Daley,

24   you're recognized.

25             REPRESENTATIVE DALEY:  Thank you,

Page 135

1    Mr. Speaker.

2              I yield to Leader Driskell.

3              SPEAKER RENNER:  Leader Driskell, you're

4    recognized.

5              REPRESENTATIVE DRISKELL:  Thank you,

6    Mr. Speaker.

7              Members, here we are again.  After the 2000

8    Presidential election, Florida spent years trying to

9    correct its reputation for election disasters.  And

10   for years, election officials worked really hard to

11   show the world that Florida is safe, secure, and

12   well-run when it comes to our elections.  But

13   slowly, we shed the shameful reputation of dangling

14   chads and the Brooks Brother riot.

15             By the 2020 election, our reputation had

16   been repaired, so much so that Governor DeSantis

17   said that Florida is a model for the rest of the

18   nation.  But then, right after that, we immediately

19   began attacking voter access through legislation

20   that made it more difficult for people to vote.  But

21   why?  Nothing had happened in Florida to indicate

22   that our elections were not running smoothly.

23             But some individuals with political

24   motivations wanted to cast doubt on the American

25   election system overall, and an effort began to make

Page 136

1   it harder for certain people to vote in states

2   across the country.  The reality is that in Florida,

3   Republican voters outpaced Democratic voters through

4   the vote by mail system for years.  Every election,

5   thousands more Republicans and Democrats voted by

6   mail.

7           Then Trump said not to trust it, and at the

8   same time, Democrats finally braced it because we

9   were going through a pandemic, and it was a safe and

10  effective way to vote.  But now, after years of

11  expanding vote by mail, I see us attacking it.

12          Nonpartisan third-party voter registration

13  organizations have worked in Florida for years,

14  helping our neighbors join the democratic process by

15  getting them onto the voter rolls and involved in

16  their government.  But a certain kind of people who

17  tend to vote a certain kind of way are

18  disproportionately helped by these groups.  Black

19  and brown voters are far more likely than white

20  voters to get registered by a third-party voter

21  registration organization.

22          That is one important reason why it is

23  problematic to attack nonpartisan voter registration

24  organizations through the policies in this bill.

25  With these new penalties and restrictions, some of

Page 137

1   these groups might not be able to continue working

2   in Florida.  And that doesn't make our elections

3   better.  It makes it more difficult for the

4   communities that they help.

5          They were already heavily regulated with

6   sufficient penalties for violating the rules.  The

7   impact of these new penalties will be punitive, and

8   the practical effect will not be to regulate but to

9   eliminate these organizations that have helped

10  Florida voters for years.

11          In Florida, election crimes are extremely

12  rare.  But one of the most common one is for someone

13  to vote in two different states.  The best way to

14  prevent this is a system and program called ERIC, an

15  interstate database system that lets states check

16  for this kind of fraudulent double voting.  But

17  unfortunately, just last month, Florida left ERIC

18  because of a conspiracy theory from a right-wing

19  blog.  There's no other way to describe that.  Maybe

20  we should address this obvious blind spot in our

21  election security instead of attacking problems that

22  don't exist.

23          Members, our supervisor of elections don't

24  need more burdensome rules and regulations.  Our

25  nonpartisan voter organizations don't need new

Page 138

1   crushing punitive penalties, and we don't need to

2   make it harder for hardworking Floridians to cast

3   their vote.  But new law after new law, this

4   Legislature makes it harder and harder to vote.  We

5   make it less convenient, more complicated, less

6   accessible, and more intimidating.

7          And I think it's important to note that

8   many of the policies we pass here, just like the

9   ones in this bill, don't happen in a vacuum.  You

10  can look at the research, and it shows in states in

11  odd number years, voting restrictions tend to get

12  tighter before you head into a general election.

13  Florida's not alone in this.

14          Our democracy functions best when elections

15  have as much participation as possible.  Our

16  democracy functions best when every corner of a

17  community is invested in its future.  And our

18  democracy functions best when casting a secure

19  ballot in a fair election is as easy as possible.

20          This bill would move Florida backwards.

21  Members, let's not move backwards.  In Florida, we

22  haven't even waited to see what last year's bill

23  does before we have proposed the next set of

24  changes.  It seems to me and a lot of people to be

25  about power and control and about making things

Page 139

1    harder for certain people.  And I think to the

2    voters, this feels very aggressive.  Everyone can

3    see that this is undemocratic, and it's wrong.

4            Casting a ballot is powerful, and we should

5    not take that away from people.  We must make it as

6    easy as possible for Floridians to be able to cast

7    their vote.  And each and every potential voter in

8    the state deserves nothing less.  Please vote down

9    on this bill.  Thank you.

10           SPEAKER RENNER:  Leader Grant, you're

11   recognized.

12           REPRESENTATIVE GRANT:  Thank you,

13   Mr. Speaker.

14           Please recognize representative Sirois in

15   debate.

16           SPEAKER RENNER:  Representative Sirois,

17   you're recognized.

18           REPRESENTATIVE SIROIS:  Thank you very

19   much, Mr. Speaker.

20           Thank you, Mr. Majority Leader.

21           First, I want to thank the two sponsors,

22   you know.  These are complex bills, and I want to

23   thank you both for bringing it forward and your

24   mastery of the subject matter.

25           One of the aspects of the bill that I think

Page 140

1    I like the most and appreciate is this idea of a

2    registration receipt.  And to use the example of

3    being on a college campus, maybe some of us have

4    been approached by the folks with a clipboard, and

5    they come, and they take your registration.  And

6    what's to say at the end of the day after collecting

7    100 registrations, they go through them.  Maybe they

8    don't like which box you check, so some of them end

9    up in the trash.  I think having a chain of custody

10   in place when it comes to voter registration is a

11   good thing.

12          The other thing that I want to touch on is

13   one of the comments made in the chamber today.  I

14   think somebody said, you know, the government has to

15   help people get registered to vote.  The government

16   has to do this.  If the government doesn't do it, if

17   the government doesn't step in, who's going to be

18   involved here?  And I would argue back it's not the

19   government's role to register people to vote.  It's

20   a citizen's responsibility to go and to register to

21   vote.

22          Now, these laws are the foundation of our

23   democracy.  They are the absolute bedrock that this

24   whole thing is built on.  Election reform should be

25   something that we look at every session.  It

Page 141

1   shouldn't be something special because we take it up

2   one year over another that somehow, we're doing

3   something tricky.  It should be something that we

4   look at every year.

5           I also want to push back on the comments

6   that we've heard today regarding resign-to-run.  And

7   I'm going to point to a quote that I am familiar

8   with.  It's a Woodrow Wilson quote.  I hope some of

9   my colleagues in the back rows appreciate that.  He

10  said that the President is at liberty, both in law

11  and conscience, to be as big a man as he can be.

12  His capacity will set the limit.

13          I would argue -- and I would suggest that,

14  for a moment, take off your political hat.  We've

15  all run for office, everyone sitting in here.  It's

16  an enormous decision that you make.  You go down the

17  boxes that you're going to check.  How does it

18  affect your business?  How does it affect your

19  family?  How does it affect your future?  These are

20  the decisions that I imagine our governor is going

21  through now.  How's this going to affect my family?

22  How's it going to affect our future?  What do I have

23  to offer our country?  I hope that by passing this

24  in some small measure, we can clear up the ambiguity

25  and help make a path forward maybe a little bit more

Page 142

1   clear.  I think that that's something very

2   important.

3           The last point that I will make is that

4   it's been said, you know, you can't do both jobs.

5   You can't campaign for governor -- or you can't

6   campaign for President and be governor of a state

7   like ours.  I will tell you that Florida is a state

8   of 20 million people.  We're the 15th largest

9   economy in the world.  We have a law and order that

10  is second to none.  We have a balanced budget.  We

11  have a 2.6 unemployment rate, and the Presidency is

12  so much bigger.  I can't think of a better training

13  ground than the State of Florida for a future

14  potential Commander-in-Chief.  I yield back.

15          SPEAKER RENNER:  Leader Grant, you're

16  recognized.

17          REPRESENTATIVE GRANT:  Thank you,

18  Mr. Speaker.

19          Please recognize Representative Snyder.

20          SPEAKER RENNER:  Representative Snyder,

21  you're recognized in debate.

22          REPRESENTATIVE SNYDER:  Thank you,

23  Mr. Speaker.

24          You know, members, I think one thing that

25  we can all agree on is that Florida runs the best

Page 143

1   elections in the country.  And the good thing about

2   being the standard bearer is that it's our

3   responsibility to not stand idly by when we know

4   that in the last 2020 election, there were over 75

5   complaints that received criminal referrals because

6   that's the way that fraud and bad actors operate.

7          They understand the rules and the laws and

8   begin to figure out how can we circumvent those to

9   achieve our ultimate goal?  And I can't help but

10  think back to two years ago when we sat here and had

11  again a rigorous debate on election reform, as we

12  debated at the time Senate Bill 90.  And many of the

13  same attacks that we hear today were made back then.

14          And like our system does, it works just

15  right.  When there was a challenge, it went to the

16  courts, and originally, there was a flawed ruling

17  that was made.  But yesterday, you know, one of the

18  things that we have not heard come up was that the

19  11th District Circuit Court of Appeals made a

20  ruling, and again the system showed -- and I quote

21  -- "Florida's more recent history does not support a

22  finding of discriminatory intent."  I don't think

23  they could have said it any plainer as that is.

24          Again, that legislation was upheld because

25  there is no more sacred thing than our vote.  And in

Page 144

1   this state, when it comes to our elections, we want

2   to be crystal clear.  It should be easy to vote and

3   hard to cheat.

4        Members, please vote up on this good bill.

5        SPEAKER RENNER:  Leader Grant, you're

6   recognized.

7        REPRESENTATIVE GRANT:  Thank you,

8   Mr. Speaker.  Please recognize Representative

9   Massullo.

10        SPEAKER RENNER:  Representative Massullo,

11   you are recognized in debate.

12        REPRESENTATIVE MASSULLO:  Thank you,

13   Mr. Speaker.

14        Members, we've heard that voting is our

15   sacred right, and, you know, in America, we haven't

16   always gotten it right.  We have four different

17   amendments to our Constitution to try to get voting

18   right: the 15th amendment in 1870; the 19th

19   Representative Rayner-Goolsby referred to; the 26th

20   Amendment in 1971.  And we're constantly working to

21   make our elections freer and better for everybody.

22        And I've heard today from the back rows

23   that what this bill does is suppress votes, makes it

24   more difficult for people to vote, particularly

25   minorities and those of lower socioeconomic class.

Page 145

1   And it's just not true.

2            When you look at the statistics of the

3   percent of eligible voters that vote in elections,

4   they have not changed since the '60s.  In a general

5   Presidential election, we usually have 77 percent of

6   people to vote.  In off-year elections, we usually

7   get about 55 percent, and in primaries, sadly, we

8   only get 30 percent.

9            We need more people to vote.  In Singapore,

10  they have 96 percent of people to vote.  We need

11  more people to vote.  So what does this bill do?

12  This bill basically follows the duty that we have of

13  making our elections fairer and safer for the

14  individuals to vote.

15           Signature verifications, making sure our

16  rolls are clean and represent the people that are

17  eligible, knowing what the candidates that are

18  actually up for election, what their qualifications

19  are and whether or not they've had any incidences

20  that would possibly disqualify them, their fines.

21  This bill protects voters rights, and it's important

22  that we try to see that in each and every line.

23           And I want to talk just a minute about the

24  resign-to-run.  I personally believe -- and this is

25  just a clarification in law, but let's talk about

Page 146

1    the policy itself.  When you look at the

2    Presidential elections, almost 20 percent more of

3    Americans vote.  It is an individual office that is

4    unique to any office that we have.  It is the chief

5    executive of our country.  And there's no better

6    place to have that chief executive come from is from

7    a political system where they understand the

8    workings of the government.

9          This isn't just for our governor.  This is

10   for anyone in politics.  It could be for any one of

11   you.  So we need to consider that when we vote up on

12   this bill because voting is a sacred trust, and our

13   duty is to protect it.  This bill does that and

14   makes voting easier.  And I ask each of you to vote

15   up on it, and I waive the rest of my time.

16          SPEAKER RENNER:  Leader Grant, you're

17   recognized.

18          REPRESENTATIVE GRANT:  Waive the remainder

19   of our time in this segment.

20          SPEAKER RENNER:  Having waived the

21   remainder of the time, Representative McClure,

22   Representative Salzman, you're recognized to close.

23          REPRESENTATIVE SALZMAN:  Thank you,

24   Mr. Speaker.

25          I'd first like to thank the leadership team

Page 147

1    for giving me the opportunity to prime co with

2    Representative McClure.  It's been an honor.

3              The resign-to-run law needs to be changed.

4    The law is ambiguous as it applies to candidates for

5    President and Vice President, as there is no clear

6    date that triggers a candidate's resignation.

7              Currently, as our law is written, the date

8    a candidate qualifies is what triggers the resign-

9    to-run law.  Candidates for President and Vice

10   President, unlike all other candidates, do not

11   appear to have a clear qualification period under

12   the election code.

13             Running for President is a completely

14   unique process.  It is the only office elected by an

15   Electoral College process and it is the only federal

16   office in which a candidate must run in all 50

17   states simultaneously.  Because of this complex

18   process with all of its moving parts, it's difficult

19   to pinpoint an exact date as to when somebody

20   qualifies for President or Vice President.  We can't

21   simply set a specific date for a Presidential

22   qualification in our election code because their

23   qualification system is unique.

24             Because it would be very difficult to

25   determine when qualification occurs as the system

Page 148

1    for electing President and Vice President, it's just

2    unique.  So the office of President is the only

3    office elected via an Electoral College process and

4    the only federal office in which a candidate must

5    run in all 50 states.

6              We have been the example of to the nation

7    in these past few years in the election process.

8    The entire bill -- this entire bill is simply

9    building on our already noted process.  Thank you.

10             REPRESENTATIVE MCCLURE:  Representative

11   Salzman, thank you.  You've been a phenomenal

12   partner on this bill as well.  Obviously want to

13   thank staff and colleagues in the back rows and also

14   up front for all of the conversations we've had

15   about this bill.

16             Outside of resign-to-run, the intent of

17   this bill is very clear, and I'll start with the

18   third-party voter registration organizations.  We

19   are putting a priority on that voter's personal

20   information.  It should be the most sacred part of

21   the entire interaction.

22             Other parts of the bill are asking our

23   state agencies to operate more efficiently, to have

24   interoperability and have a more updated, real time,

25   accurate role of who's eligible to vote.  Those are

Page 149

1    all things we talk about on a regular basis, making

2    government more efficient.  This bill protects the

3    Florida voter, while making sure our elections

4    remain the best in the nation.  And for that, I ask

5    for your favorable support.

6            SPEAKER RENNER:  Members, the question now

7    occurs on final passage of CS for SB 7050.  The

8    clerk will unlock the machine, and the members will

9    proceed to vote.

10           Have all members voted?

11           Have all members voted?

12           The clerk will lock the machine and

13   announce the vote.

14           THE CLERK:  76 yeas, 34 nays, Mr. Speaker.

15           SPEAKER RENNER:  Show the bill passes.

16           Members, before we move to the next bill,

17   I'm going to pause for introduction by

18   Representative Borrero.

19           (END OF AUDIO RECORDING)

20

21

22

23

24

25

Page 150

1                CERTIFICATE OF TRANSCRIPTIONIST

2             I certify that the foregoing is a true and

3        accurate transcript of the digital recording

4        provided to me in this matter.

5             I do further certify that I am neither a

6        relative, nor employee, nor attorney of any of the

7        parties to this action, and that I am not

8        financially interested in the action.

9

10

11

12        _____

13                Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

## A

**ability** 19:22
34:20 49:11
73:17 107:20
133:7,21 134:5
**able** 28:18 30:16
35:18,23 39:6
43:4 53:23
66:25 67:5,6,17
69:11,25 70:18
70:18 72:14,15
73:20 74:1,23
74:25 75:4 78:1
80:17 88:7
96:16 111:8
113:15 118:5
119:11 122:3
123:16 137:1
139:6
**absolute** 140:23
**absolutely** 5:25
117:9
**absurd** 117:9
**abundance** 7:23
11:21
**abundantly** 6:2
**accept** 40:19
**accepted** 40:1
**access** 69:11 82:2
92:16 104:23
105:21 107:21
109:22 114:5
127:19 128:24
130:1 131:6
135:19
**accessible** 80:9
80:22 90:19
138:6
**account** 19:21
**accountability**
4:3 90:15 119:8
**accountable** 3:5
48:6 119:21
**accountants**
40:11
**accurate** 148:25
150:3

**accusations**
45:24
**accused** 44:12,13
57:9
**accuses** 45:1,20
**accusing** 44:20
**achieve** 143:9
**act** 2:18 17:24
104:2 106:20
107:2 124:5
**acting** 99:15
101:4
**action** 34:9 150:7
150:8
**actions** 33:15
111:17
**activated** 119:4
**active** 117:6
**activities** 32:16
**activity** 99:6
**actors** 3:5 42:2
50:10,12 143:6
**actual** 122:24
123:12
**add** 34:11 37:10
56:6 133:4
**added** 81:5
**adding** 69:18
**addition** 16:24
73:20
**additional** 14:15
19:17 47:24
69:22,24
**address** 59:5
60:8 108:24
129:11,12,19
137:20
**adds** 6:17 13:22
45:19 47:23
73:20
**administrative**
22:4 41:24
117:22
**admire** 35:20,20
**adopt** 49:14
95:17 98:4
**adopted** 2:13

103:22
**adoption** 30:24
32:20
**advance** 88:22
**adverse** 34:18
**advise** 99:11
**advisory** 14:1,4
55:20 99:2,9
101:2,4
**advocate** 7:21
8:25 10:13
114:22
**advocating** 7:2
**Affairs** 44:10
**affect** 128:25
141:18,18,19
141:21,22
**affidavit** 68:10
69:9,21 70:1,12
70:16 104:25
105:3,13,14,15
**affiliated** 99:4
**affirmation**
31:14
**afford** 132:6
**affordable** 108:8
**afraid** 53:5 133:8
**African** 126:15
**agencies** 148:23
**aggregate** 50:6,7
**aggressive** 139:2
**ago** 117:12
143:10
**agree** 5:4 35:14
142:25
**agreement** 81:25
**aimed** 98:5
**aims** 86:25
**ain't** 131:21
132:20 134:9
**Air** 83:21
**aisle** 114:11
**alert** 67:1 123:11
123:12
**aligns** 16:13
**all-American**
104:18

**alliance** 116:15
**allow** 8:9 30:14
37:4 73:18
74:24 90:10
129:21
**allowed** 9:11,16
34:4 39:1,2
80:25 129:4
**allowing** 52:5
85:17 133:6
**allows** 28:15,17
29:20 67:2
68:13 90:5
**alternative** 48:1
49:3 82:3
**alternatives**
131:7
**altogether** 32:17
**amazing** 113:1
**ambiguity** 4:16
141:24
**ambiguous** 147:4
**ambition** 133:20
**amendatory**
27:24
**amendment** 7:20
24:22 28:3,6,8
28:8,10,12,15
28:15,23 29:8,9
29:11,13,13,15
29:17,20,25
30:4,21,24,25
31:4,5,7,8,10
31:13,18,22
32:18,20,21,25
33:1,3,3,5,7,10
33:20 34:21
35:3,13 36:10
36:13 37:13,13
37:18,19,21,23
38:2 39:4,23,23
39:25 40:19,24
41:4,5,7,7,11
41:21 42:3,6
43:6,10,15,16
43:18,18,20
44:25 45:3,8,18

46:7,10,15,16
46:18,18,20,22
47:1,3,5,6,8,11
47:12,13,15,17
47:18,23 48:1,9
48:14,20,22
49:14,17,22,23
49:25 50:1,5,9
50:20,22,24
51:7,18 52:8,10
52:15,16,18,19
52:21,24 53:3,7
53:11,18,25
54:5,9,10,12,12
54:14,19,21,23
54:25 55:1,7,8
56:6,12,14,16
56:17 57:3,10
57:18,22 58:5
58:10,11,20,22
58:23,25 59:3,8
59:19,20,24
60:2,12,16,18
60:20,21,25
61:2,3,5,5,11
61:11,13,15
62:3,14,16,18
62:20 63:6,7,10
63:15,17 64:23
64:25 65:1,6,11
65:23 66:6,10
66:11 67:8,19
67:22 68:2,3,5
68:6,10,16,20
69:7 70:4,21,23
71:5,6,8,10,21
72:16,23,24
73:1,6,7,10,10
73:12 74:3,7
75:12,19,20,22
75:24 76:4,14
76:16 77:6,10
77:21 78:10
79:4,14,15,17
79:19,20,23,25
80:2,6,24 81:6
81:13,24 82:10

82:20,21,23,23
82:25 83:5,9
84:21,24 85:10
85:22 86:2,3,5
86:5,7,10,25
87:11,14,22
89:8,10,15,17
89:19,19,21
90:2,7,23 91:1
91:12,18,21
92:19,22 93:2,3
93:5,7,12,14
95:5,6,9,11,20
95:24 96:3,16
96:23,24 97:1,3
97:8,9,15,23
98:9,15,16,18
98:18,20,23
99:7,17,19,21
100:7,16,17,18
101:1,6,8,13,15
101:16,18,19
101:23 102:6
102:10,21
103:3,22
104:25 105:8
144:18,20
**amendments**
17:23 27:25
28:4 30:3,7
31:21,25 35:2,6
39:10,13 42:6,9
45:8,11 48:14
48:17 50:24
51:2 53:11,14
56:20 59:8,11
62:3,6 65:11,14
66:24 68:20,23
71:9 72:2,5
74:6,10 75:23
77:10,13 78:23
79:18 81:13,16
84:24 85:2
87:14,17 90:25
91:4 93:6,24,24
94:2 95:10 96:3
96:6 97:2,16,17

97:20 99:21,24
102:10,13
103:5 104:3
144:17
**America** 108:21
110:16,25
111:15 134:3
144:15
**American** 36:23
36:24,25 72:19
72:20 74:24
110:15 120:16
123:12 125:12
125:13 126:15
135:24
**Americans**
108:21 146:3
**amount** 12:19
129:13
**amounts** 132:3
**ancestors** 131:15
**announce** 149:13
**annual** 50:7
**answer** 10:8 15:9
16:1 26:19
55:19 129:25
130:2,4,6,8,11
130:14
**answered** 10:7,11
101:2
**answers** 105:18
**antidiscrimina...**
34:7 36:19
**Anybody** 61:25
**anyway** 40:18
**AP** 115:24
**apathetic** 134:17
**apparent** 4:14
**appeal** 94:19
**Appeals** 143:19
**appear** 74:2,25
147:11
**appearance**
73:19
**applicability**
70:3
**applicant** 16:15

**applicant's** 24:13
**applicants** 53:1
53:23
**application** 22:25
23:11
**applications** 8:11
11:2 24:10
31:16 32:9
38:11,22,24
39:7
**applies** 29:7
147:4
**apply** 4:14 5:23
6:3 7:3,11
17:25 22:11
24:4 94:15
106:15
**applying** 22:15
75:8
**appreciate** 86:19
91:18,21 98:7
121:12 140:1
141:9
**approach** 119:8
**approached**
140:4
**appropriate**
85:19
**approval** 16:16
24:13
**approved** 55:7
**APRIL** 1:13 2:1
**area** 82:6
**areas** 3:3 108:9
**argue** 140:18
141:13
**arguments**
128:22
**arranged** 82:14
**arrested** 66:1
**Arrington** 54:24
55:2,4 56:15
57:2,15,21,23
58:4
**arrive** 66:13
**asked** 10:7,10
**asking** 9:15 18:4

30:20 42:21
43:5 61:13 63:6
105:2 111:17
111:25 127:5
128:9 148:22
**asks** 124:17
**aspects** 139:25
**assist** 32:14
**assistance** 53:5
53:24 56:11
**assistive** 80:18
**associated** 88:19
**association** 87:5
**assume** 14:23
18:2
**assumption** 57:5
**attaches** 3:25
**attack** 42:1
111:13 134:4,6
134:10 136:23
**attacking** 135:19
136:11 137:21
**attacks** 143:13
**attend** 68:12,15
70:20 73:17
74:22
**attention** 95:7,15
**attorney** 33:14
71:22 72:18
150:6
**audible** 2:12
**audio** 1:10 73:19
149:19
**August** 122:4
**authority** 98:4
**authorized** 33:25
38:9,13,18 39:5
40:21 99:11
**automatic** 115:20
**automatically**
55:8 89:4
**availability**
108:16
**available** 58:2
75:3
**availing** 75:3

**B**

**back** 19:14 50:6
80:17 81:8
90:20 93:19
99:13 107:4
109:6 111:13
112:2,12
115:23 117:1,7
117:7,15
124:21 134:17
134:18,18
140:18 141:5,9
142:14 143:10
143:13 144:22
148:13
**background**
11:14 32:12
118:19
**backwards**
119:22 138:20
138:21
**bad** 3:5 42:2
50:10 143:6
**balanced** 142:10
**balances** 119:19
133:12
**ballot** 3:13 19:8
19:10,14 20:13
21:7,18 29:24
30:16,20 69:11
83:7 85:12,16
86:22,23 87:2,3
87:4 88:18 89:6
94:14 104:23
108:17 109:22
109:23 110:1
131:6 138:19
139:4
**ballots** 13:1,8
18:24,25 19:1
19:16,17 21:8
21:17 80:15
81:1,10 86:24
87:3,8 88:12,14
88:16 89:7
105:21 107:21
130:8

bankrupted 48:4
banks 40:10
barcode 28:9
   29:14 31:7 33:4
   37:21 40:24
   41:7 43:10,19
   46:10,19 47:5
   47:14,17 49:17
   49:25 52:10,18
   54:5,13,22,25
   58:5,22 60:12
   60:20 61:2,6
   63:10 64:25
   67:22 68:5
   70:24 71:9 73:1
   73:11 75:14,23
   78:24 79:18,25
   82:15,24 85:22
   86:6 89:10,20
   92:22 93:6
   94:23 95:10
   96:18 97:2 98:9
   98:19 101:8,18
   102:23
barriers 125:23
   127:1,24
Bartleman 8:5,6
   37:20 38:3,6
   39:22 40:5,7,23
   79:24 80:3,4
   81:23
Bartleman's
   82:15
based 4:18 10:4
   33:12,19 36:17
   76:19 133:12
baseless 126:3
basically 44:18
   56:2 92:13
   118:17 145:12
basics 67:4
basis 26:11 37:3
   122:13 149:1
bearer 143:2
beautiful 134:4
bedrock 140:23
began 135:19,25

behalf 31:16 39:7
believe 5:22,24
   9:24 25:2 26:8
   26:12 27:4,16
   41:17 43:6
   47:11 57:3
   104:9,21
   110:16 121:22
   121:23 145:24
believes 104:19
   104:19 118:2
belly 119:3,3
bend 119:22
   124:13
benefit 41:25
   90:17 120:4
best 32:10 66:24
   134:6 137:13
   138:14,16,18
   142:25 149:4
better 90:18
   109:15 113:6
   127:12 137:3
   142:12 144:21
   146:5
bidding 76:16
   133:17
big 90:8 141:11
bigger 142:12
bilingual 113:22
bill 2:3,4,5,7,14
   2:17,18,22 3:2
   3:6 4:7 6:1,4,9
   6:17 9:15,23
   10:3 12:22 13:8
   13:22 15:25
   16:9 17:16
   18:22,25 20:9
   20:20 21:5
   23:25 24:23
   25:3 26:23
   27:24 28:16,21
   33:11 34:10
   36:17 38:8
   41:16 43:7 44:5
   44:14 45:19
   50:7,16,17

60:10 62:24
79:22 86:20
88:14 92:11
94:12 95:21
100:9 101:24
103:6,23 104:1
104:2,21
105:24,24
106:3,6 108:15
110:3,4,20
111:4 112:22
113:25 116:21
117:11,20
118:8 120:14
120:18 121:15
124:19 125:22
127:25 128:10
129:10,17,21
129:23 130:1,3
130:5,7,10,13
131:5,8,8,17
132:23,24
134:8,22
136:24 138:9
138:20,22
139:9,25
143:12 144:4
144:23 145:11
145:12,21
146:12,13
148:8,8,12,15
148:17,22
149:2,15,16
bill's 24:9 53:2
billion 132:3
bills 74:19 92:17
109:13 110:15
111:23 121:13
131:22 132:24
134:11,19
139:22
bit 14:13 86:13
122:2 141:25
black 51:25
65:25 109:18
119:10 121:25
122:3 131:24

136:18
blazers 93:18
blind 80:12
   133:20 137:20
blog 137:19
blue 93:18
board 83:8 85:13
   85:17,18
boards 19:2
body 33:24 88:2
   97:15 114:10
   116:20 128:21
   133:8,16
book 24:2 42:24
books 11:24
border 118:24
born 122:5
Borrero 149:18
box 108:17
   109:22,23
   110:1 131:6
   140:8
boxes 141:17
braced 136:8
Bracy 22:19,21
   23:7 24:5,7,18
   24:20 25:5,7,23
branch 29:3
   76:11 119:23
branches 76:10
   76:13 119:21
brand 45:25
break 48:3,5
Brennan 55:14
briefly 105:22
bringing 139:23
broadcast 27:12
Brooks 135:14
Brother 135:14
brought 44:9
Broward 127:15
brown 65:25
   119:10 122:1
   131:24 136:19
budget 47:25
   49:4,12 51:15
   142:10

budgets 118:16
building 107:6
   124:22 148:9
built 110:17,25
   116:17 140:24
Bulldogs 64:10
bunch 21:12
   78:23
burden 32:15
   41:24 43:2
   57:16 61:12
   63:3 66:3 69:10
   69:12,21
   117:22 122:23
   123:14 127:1
   127:22,25
burdens 71:16
burdensome
   90:13 137:24
bureaucratic
   117:22
business 49:13
   51:21 141:18
button 93:20
Byrd 15:3 56:9

─────── C ───────
calendar 3:16
call 37:24 56:9
   57:7 70:18
   77:24 88:21
   112:7
called 137:14
campaign 3:21
   21:22 76:23
   78:17 90:3,9
   95:21 98:5
   111:7 142:5,6
campus 140:3
campuses 119:1
candidate 3:18
   3:20 133:5
   147:8,16 148:4
candidate's
   147:6
candidates 3:13
   3:15 4:15,20,25

5:17 6:5 99:3
145:17 147:4,9
147:10
canvassers 25:12
canvassing 19:2
83:8 85:13,17
85:18
capacity 141:12
card 13:22 14:8
14:13,16,23,23
15:10 16:10,11
16:15,22,22
17:1 18:10,16
34:2 56:3 57:4
cards 3:22 17:17
17:25 18:3,4
56:7 126:2
care 40:13 74:20
88:7
carving 120:10
case 115:22
cases 35:22 99:14
Cassel 52:17,20
52:22 53:17,19
54:4
cast 13:1 29:24
30:16,19
127:21 135:24
138:2 139:6
casting 138:18
139:4
Caucus 114:9
cause 131:21,23
caution 7:23
11:21
ceasing 32:16
celebrating 84:15
Center 55:14
Central 116:9
certain 3:4,8,20
3:22,24 29:21
31:18 32:7
99:16 126:5,7
134:12 136:1
136:16,17
139:1
certainly 88:23

CERTIFICATE
150:1
certify 150:2,5
CET-1036
150:13
cetera 5:21 11:13
chads 135:14
chain 140:9
chair 4:1 121:11
121:15
challenge 129:6
143:15
challenged
130:11
challenges 21:16
chamber 72:20
106:1 117:11
123:23 132:25
140:13
Chambliss 108:1
108:2,4
championship
64:2,11
chance 97:14
100:14
chances 118:3
change 20:11
45:19 55:11
60:8 90:16
107:17 111:9
120:12 130:10
132:11
changed 127:11
145:4 147:3
changes 22:9
50:5 90:4
101:23 102:2,4
138:24
changing 21:22
90:17 107:7
Channel 84:10
chaos 66:12
chapter 5:16,19
chapters 58:15
cheat 144:3
check 14:19
15:12 17:3,12

59:22 137:15
140:8 141:17
checked 77:2
133:25
checking 133:11
checks 11:15
32:13,13
118:19 119:19
133:12
cheering 52:8
chief 146:4,6
child 70:15
children 40:14
93:17
chilling 51:23
131:10
choice 32:12
choose 94:19
churches 119:1
126:18
Circuit 143:19
circulation 126:7
circumstances
30:18
circumvent
143:8
citizen 7:7 8:1
9:2 10:5,18,23
33:23 55:17
125:12 130:1
citizen's 12:5
140:20
citizens 7:12 8:9
9:11 25:15 39:5
55:25 104:20
109:10 111:2,5
114:5 119:14
125:19 129:23
131:6
citizenship 6:18
7:19 19:23 36:1
37:3 114:1
civic 49:2 88:3
112:24 113:8
113:16 114:14
120:17
clarification

106:4,6 107:8
145:25
clarified 5:25
clarifies 32:9
clarify 9:10
80:20 107:5,8
clarity 4:19
class 33:15 36:18
108:12 144:25
classes 116:1
classmates
116:25
clean 145:16
clear 3:24 5:25
6:2 11:15 20:12
21:7 27:16
52:25 55:19
76:15 134:4,10
141:24 142:1
144:2 147:5,11
148:17
clearly 16:25
18:16 19:7,10
20:20 21:17
116:24 119:9
clerk 3:11 26:2
28:5,7 29:12
30:5,8 31:6,23
32:1 33:2 35:4
35:7 37:20
39:11,14 41:6
41:10 42:7,10
43:17 45:9,12
46:17 47:4,16
48:15,18 49:24
50:25 51:3
52:17 53:12,15
54:11,24 56:18
56:21 58:21
59:9,12 60:19
61:4 62:4,7
64:24 65:12,15
68:4,21,24 71:7
72:3,6 73:9
74:8,11 75:21
77:11,14 79:5
79:12,16,24

81:14,17 82:22
84:25 85:3 86:4
87:15,18 89:18
91:2,5 93:4,25
94:3 96:4,7
97:18,21 98:17
99:22,25
101:17 102:11
102:14 103:25
104:10 149:8
149:12,14
clipboard 118:6
118:14 140:4
clock 23:23 83:10
83:11 84:18
86:14 93:15
104:11
close 30:10 32:3
36:12 40:6
42:14 45:14
48:22 51:6
53:18 57:22
58:3 60:2 62:20
74:15 85:7
87:21 97:25
102:20,22,23
146:22
closed 30:23
32:19 37:12
40:24 43:10
46:9 49:17 52:8
54:5 58:5 60:12
63:10 67:21
70:22 73:1
75:14 85:22
89:10 92:22
94:23 96:18
98:8 101:8
closest 131:12
closing 24:2
co- 4:5
code 3:4 5:16
126:5 147:12
147:22
codify 81:5
colleague 22:8
111:19

colleagues 71:19
100:16 120:6
134:16 141:9
148:13
collect 7:5 8:10
12:4 38:10,17
38:21,23 39:6
40:16 86:15
collected 12:20
23:21
collecting 11:6
31:15 32:8
40:18 116:13
140:6
collection 8:2 9:1
collectively
120:10
collector's 11:1
college 5:13
116:13 119:1
140:3 147:15
148:3
come 69:20 82:7
111:13 113:14
127:12,20
140:5 143:18
146:6
comes 100:11
108:12,18
111:24 112:2
119:12,13
126:22 127:14
135:12 140:10
144:1
comfortably
113:19
coming 107:4
Commander-i...
142:14
commenced 46:1
comments
140:13 141:5
committee 4:1
26:18 27:5
39:24 44:10
93:13 122:25
committees 3:14

99:5
common 69:8
70:3 137:12
commonsense
30:20 63:5 69:7
70:21
communicated
134:16
communication
3:15
communities
34:12,19 96:14
109:20 113:1
118:4 126:13
126:15,16,17
131:13,24,24
131:24,25
134:12,13
137:4
community 42:2
82:1,6 84:15
112:23 113:22
114:4,18,22,23
119:2 122:11
122:12 138:17
companies 132:4
companion 2:3
compares 3:7
complaints 143:5
complete 4:24
completed 55:10
130:10
completely
147:13
complex 139:22
147:17
compliant 94:21
complicated
53:22 71:14
138:5
comply 105:6
comport 11:16
computer 80:17
concern 8:8
14:21 34:13
65:24
concerned 76:21

76:21 108:22
concerns 44:9
129:19
concluded 36:11
concludes 103:4
conduct 32:12
confidence 129:6
129:10
confirm 13:23
108:24
conflict 76:12
78:10
conflicts 95:19
98:6
confused 14:22
57:4
confusing 15:9
132:14
confusion 53:4
100:10,14
132:15
Congress 120:6
conscience 128:2
141:11
consent 53:24
consider 87:7
120:8 146:11
considered 20:15
consistent 107:16
conspiracy
137:18
constantly
144:20
constituency
18:5
constituents 54:1
83:23 91:21
129:20
constitutes 16:15
17:6
Constitution
55:11 144:17
constitutional
55:8 93:14
contact 59:22
contacted 87:1
contacting 17:11

contain 3:19
126:2
contained 106:22
contemplate 9:23
15:25 20:10
21:15 25:19
contemplated
20:9
continue 3:2
76:24 107:19
114:22 137:1
continued 84:2
contrary 28:24
contrast 11:17
contravention
34:6
contribution
93:13 94:12,20
contributions
91:16,17 95:18
contributors
94:16
control 138:25
convenient 138:5
conventions 4:23
conversation
4:11 5:6 122:25
conversations
27:6 148:14
convicted 3:12
26:4 31:17
convictions 32:8
55:10
coordinate 3:10
coordinating
62:25
copies 118:9
copy 26:22
Cord 56:9
corner 138:16
correct 135:9
Corrections 9:17
cost 108:9
costs 51:12
Cougars 115:23
Council 80:12
count 35:21

88:18 89:7
counted 13:10,13
19:12 21:9 87:4
counties 20:13
80:13 87:8
country 34:1
35:16,19 36:4
37:5 40:21
83:21 113:6
129:16 136:2
141:23 143:1
146:5
country's 34:7
counts 130:4
county 11:1
63:25 64:9,18
83:23
couple 88:11
course 116:18
119:17
court 3:11 26:3
33:17 117:5
143:19
courtesy 86:19
courts 143:16
create 42:17
44:19 45:1
69:10,12 105:9
109:15 111:3
118:18
created 116:22
creates 3:12
41:23
creating 46:4
71:15 108:16
Creole 34:17
crime 57:9
crimes 137:11
criminal 32:12
99:16 101:5
143:5
crisis 60:5 67:15
108:8
Cross 16:6,7 17:4
17:5,14,15 18:6
18:7
crushing 138:1

crux 132:22
crystal 21:6
    27:16 144:2
CS 2:2,6,17
    101:14 103:10
    103:14 104:1,5
    149:7
Cuban 36:23
curative 88:17
cure 19:13,17
    21:16,18 87:1
cured 19:11
    20:15
current 3:17 4:12
    5:22 16:13 50:7
    82:4 86:20 90:9
    105:11 106:17
currently 4:23
    13:25 26:10
    80:15 85:14
    102:4 106:1
    147:7
custody 140:9
cut 112:4 126:21
cycle 117:14,21
    122:16 123:15
    127:7,8,10

_____
         D
D.C 1:24
Daley 102:18
    104:9,12
    107:23,24
    110:6,7 112:12
    112:14 115:5,6
    121:2,4 125:2,4
    130:22,23
    134:23,25
damaged 64:20
dangling 135:13
Daniels 61:18,20
    62:9,11
data 36:6 52:4
    92:9,12 109:16
    130:2
database 137:15
date 23:20

101:24 147:6,7
    147:19,21
daughter 91:13
daughter-in-law
    84:7,8
Davis 22:20,21
    23:7 24:6,7,19
    24:20 25:6,7,24
day 28:23 29:1
    30:15 66:13
    88:6 90:11
    95:13 108:7,22
    140:6
day-to-day
    122:13
days 24:1 99:10
de 26:13
deadline 22:25
    23:11 92:6
    117:8
deadlines 131:10
deals 5:16
debate 16:5 30:9
    32:2 35:8,8
    36:12 39:15
    40:3,4 42:11,12
    45:13,13 48:19
    48:20,21 51:4,5
    53:16,16,20
    56:22,24 57:19
    57:20 59:13,14
    62:8,10,17
    65:16 66:18,19
    66:20 67:9
    68:25 69:1,1,3
    70:6,7 72:7,8,9
    74:12,13,14
    77:15 81:18,20
    85:4,5,6 87:19
    87:20,20 91:6,7
    91:8,24 94:4,5
    94:5 96:8,9,10
    97:22,23,24
    100:1,2,3,3,4
    100:20,21,22
    102:15,16,17
    102:19 104:5,5

104:7,10,11,24
    105:7 110:11
    112:13,18
    120:21 121:3
    121:23,24
    125:8 128:16
    128:18 130:16
    131:2 139:15
    142:21 143:11
    144:11
debated 143:12
debaters 129:11
debates 102:16
debating 75:10
decade 117:12
December 83:20
decentivize 46:5
decentralization
    119:7
decide 96:14
    100:17
decided 4:22
    117:5
decision 141:16
decisions 109:23
    141:20
deduction 107:10
deemed 13:14
deep 65:24
default 19:1
defines 6:6 14:1
definitely 107:15
degrees 124:7
deja 117:14
delivery 80:14
    83:7
democracy 67:4
    76:5 78:2 89:2
    104:19 110:17
    110:25 111:15
    113:15 120:17
    124:16,18
    125:15 131:14
    134:6,9,10
    138:14,16,18
    140:23
Democrat 116:10

116:19
democratic 35:18
    50:13 111:1
    114:9 125:17
    126:25 136:3
    136:14
Democrats
    108:13 116:6
    136:5,8
Dems 116:13
Department 3:9
    9:12,16 10:25
    11:13 13:24
    14:19 15:5
    17:12 38:20
    44:1 82:4 87:6
    88:24 127:6
    129:21
depending 82:8
DeSantis 120:1
    133:3,6 135:16
DeSantis' 76:16
describe 17:5
    137:19
describes 5:19
deserve 92:15
    134:20
deserves 139:8
designed 33:10
    118:14 119:9
    134:10,13
desk 28:5 30:5,8
    31:23 32:1 35:4
    35:7 39:11,14
    42:7,10 45:9,12
    48:15,18 50:25
    51:3 53:12,15
    56:18,21 59:9
    59:12 62:4,7
    65:12,15,18
    68:21,24 72:3,6
    74:8,11 77:11
    77:14,17 81:14
    81:17 84:25
    85:3 87:15,18
    91:2,5 93:25
    94:3 96:4,7

97:18,21 99:22
    99:25 102:11
    102:14
despite 120:7
detail 95:15
deter 50:10 119:9
determination
    68:13 71:22
determine 85:13
    147:25
determined 13:2
    13:11
determines 85:15
determining 87:9
devastate 131:23
develop 20:4
    87:6 88:17
developed 3:25
    44:1
dialogue 121:14
die 131:15
difference 16:20
differences 87:7
different 14:14
    14:24 15:1
    19:21 22:17
    24:3 59:22
    73:23 82:3
    111:16 115:19
    137:13 144:16
difficult 82:11
    88:20 104:23
    105:19,20
    110:24 111:5
    113:25 117:15
    135:20 137:3
    144:24 147:18
    147:24
digital 1:23 150:3
direct 17:22
    34:13 85:10,12
    87:6
directed 20:4,21
direction 133:3
directive 14:18
directly 34:19
    57:7 112:23

119:15 120:15
**directory** 71:8
75:22 79:17
93:5 95:9 97:1
**disabilities** 80:7
80:14,23 81:4
82:11
**disability** 82:1,5
82:9
**disabled** 24:11
80:16
**disasters** 135:9
**disclaimer** 3:24
**disclosures** 5:21
**discount** 89:4
**discourage** 41:24
**discriminate**
33:19 34:6
**discriminates**
33:12 36:17
**discriminating**
40:20
**discrimination**
33:14 37:7
**discriminatory**
34:9 38:15 40:1
40:9 117:25
118:12 121:19
143:22
**discusses** 7:17
**discussing** 75:10
**discussion** 27:5
**disenfranchise**
104:22
**disenfranchised**
104:21
**displaced** 67:16
**disproportionate**
34:12,18 36:22
**disproportiona...**
128:25 136:18
**disqualify** 145:20
**distinction** 10:4
12:4
**district** 108:19
113:23 143:19
**diverse** 118:3

**Diversity** 134:5
**division** 10:24
38:25 44:2
55:15,21 76:9
99:1,8
**division's** 14:2
**Divisions** 9:13
**DMV** 11:13
40:17 115:21
**doctors** 36:5
**documentation**
4:24 44:4
**doing** 21:5 22:10
41:19 44:21
46:6 49:8 62:24
76:5,15 90:14
107:5 109:12
110:19 111:16
113:1 116:14
117:3,19
122:21 132:2
133:11,16
141:2
**dollar** 12:18
**dollars** 113:10
**Donahue** 84:5
**donating** 94:13
**double** 137:16
**doubt** 135:24
**drafted** 28:16
88:15
**drawing** 118:12
**Driskell** 49:24
50:2,3 51:6,8
52:7 86:4,9,11
86:15,16,18
87:13,13,21,23
89:9 135:2,3,5
**drive** 11:5 123:1
**driven** 4:11
118:17
**driver's** 115:17
**drives** 32:14
41:25
**drop** 80:18
**drunk** 133:20
**due** 29:1 60:5

80:10 133:12
**duties** 76:24
127:11
**duty** 49:2 123:12
145:12 146:13

_____
**E**
**earlier** 111:24
133:24
**early** 29:2,22
**earned** 125:14
**easier** 30:13,21
91:16 122:8
125:16 132:16
146:14
**easiest** 126:1
**easily** 129:22
**east** 58:13 63:24
64:8 83:17
**easy** 70:12
138:19 139:6
144:2
**echoes** 36:8
**economy** 142:9
**educate** 114:4
122:10
**educating** 122:12
122:17
**education** 113:22
**educational**
28:18 29:2
**effect** 51:23
131:10 137:8
**effective** 101:23
136:10
**efficiency** 3:1
30:17 88:13
**efficient** 22:3
30:14,22 149:2
**efficiently** 127:24
148:23
**effort** 135:25
**eight** 105:25
108:21
**Eileen** 84:6
**elderly** 24:11
88:11

**elected** 5:12
22:11 76:6
95:19 112:1
147:14 148:3
**electing** 148:1
**election** 2:25 3:4
4:2 5:10,16
18:11 28:23
29:1,4 38:20
59:4 61:13
62:15 65:7
85:15 99:10
101:25 102:3
105:5 108:14
109:13 117:13
117:21 122:15
123:15 126:5
127:7,10
128:22 129:2,7
130:9 135:8,9
135:10,15,25
136:4 137:11
137:21 138:12
138:19 140:24
143:4,11 145:5
145:18 147:12
147:22 148:7
**election's** 128:1
**electioneering**
3:15
**elections** 2:17,19
3:10 7:19 9:12
9:13,18 10:24
21:10 26:4
38:25 42:22
44:2 55:16,21
62:23 63:4
66:13 68:12
69:13,17,23
70:17 80:8
85:11 86:21
87:10 88:9,15
99:1,3,8 102:1
104:1,2 105:2
105:20 120:4
127:15,16
135:12,22

137:2,23
138:14 143:1
144:1,21 145:3
145:6,13 146:2
149:3
**electoral** 5:12
35:20 78:13
147:15 148:3
**electronic** 80:13
**electronically**
81:1,10
**elephant** 119:25
**elevate** 119:17
**eligibility** 3:23
13:24 14:3,6,20
14:24,25 15:13
16:12,21,24
17:3,7,12 56:8
57:7 68:13
71:23 72:17
73:18,25 74:23
75:1 87:9
**eligible** 14:18
17:2 18:11,17
55:17,18 56:5
57:5 58:1 75:6
145:3,17
148:25
**eliminate** 94:20
137:9
**eliminates** 93:12
**email** 59:5 65:8
67:1 88:22
**emergency** 70:15
70:20 83:6
85:11,13,16
132:19
**emphasis** 12:18
**emphasizing**
25:21
**employ** 33:22
**employed** 10:24
38:10
**employee** 150:6
**employees** 69:15
69:17 105:11
**employment**

33:14 34:9
38:14
empty 120:7
enact 95:17
102:2
encourage 36:10
70:2 92:18
114:21 115:3
119:3 120:13
encouraging 7:2
7:22 112:24
113:8,15
114:23
ends 108:11
enfranchised
104:20
engage 34:20
37:7
engaged 34:2
88:2 99:5 134:8
engagement
113:8,16
114:15,21
120:17
engagements
112:24
English 34:15
37:1,2 71:20
enormous 141:16
ensure 13:9
27:21 36:2 39:4
76:5,14 78:3
86:25 87:4
101:1 105:6
133:21
ensures 76:16
ensuring 3:5
42:19 48:6 76:4
entire 13:8 18:5
38:2 113:23
117:2 148:8,8
148:21
entirely 4:18
entities 39:2
62:25
entitled 2:18
56:10 75:22

97:1 104:2
enumerated 44:6
envelope 18:24
19:3,15 21:8
86:22 87:3,5
88:14,19
environment
88:7 118:18
equity 134:5
erase 134:12
Eric 84:7 137:14
137:17
err 88:1
erupt 44:19
Eskamani 21:19
21:20 22:5,6
26:15,16 27:5
35:9,10 43:17
43:21,23 45:15
45:16 46:9
59:14,16 89:18
89:22,24 91:11
92:1,3,21 115:8
115:9,11
121:22
especially 65:24
71:19 78:12
92:14 118:7
119:13
essential 111:1
establish 80:22
113:12
established 80:10
estimated 55:12
55:12
et 5:21 11:13
ethics 2:17 3:20
103:25
evening 120:9
events 119:2
everybody 75:8
109:25 123:25
144:21
evidence 1:23
25:12
exact 147:19
exactly 16:24

example 17:11
92:8 108:18
140:2 148:6
exceed 104:7
exclude 106:21
107:2
excuses 132:20
executive 146:5,6
exempt 53:1
exemption 133:4
exempts 6:4
exercise 114:6
exercising 125:18
125:23
exist 66:12
137:22
existing 81:5
exists 80:21
exorbitant 49:10
expanding
136:11
expedite 15:6
expenses 91:18
expensive 46:4
experiences
114:14
expire 117:21
122:15
expired 27:23
78:20 82:14
112:6
expires 67:21
127:8
explain 2:21 4:6
6:18 10:3 28:12
29:17 31:10
33:7 52:21
58:25 86:9
98:22
explained 50:21
56:13 84:21
90:22 99:19
explanation
126:3
explicitly 6:4
14:17
extent 8:22 18:15

extra 69:18
extremely 82:9
137:11
eyes 5:4

_____

F

F 16:3 110:11
face 40:1 81:24
124:3
faces 77:23 78:4
78:4
facilitate 69:25
facing 117:11
fact 14:22 76:18
82:10 108:20
109:14 116:5
116:22 119:23
123:8,18
124:11 133:10
factions 129:14
factors 118:13
failed 98:15
fails 31:4 32:25
37:18 41:4
43:15 46:15
49:22 52:15
54:9 58:10
60:17 63:16
68:2 71:5 73:6
75:19 79:4,14
82:20 86:2
89:16 93:2 95:5
96:23 101:13
103:3
fair 129:13
138:19
fairer 145:13
faith 84:11 99:15
101:4
false 117:16
falsely 44:11,12
45:1,20
Familia 113:2
familiar 141:7
families 108:12
108:14,17
113:19

family 64:20
83:18 84:12,13
88:8 141:19,21
fan 90:8
fantastic 63:19
127:17
far 15:10 88:22
110:4 136:19
farmers 119:2
father 123:7
fault 44:17
favor 2:9 30:24
32:20 37:13
40:25 43:11
46:10 49:18
52:10 54:6 58:6
60:13 63:11
67:22 70:25
73:2 75:14
78:22,25 82:16
85:23 89:11
92:23 94:23
96:18 98:9
101:9 102:24
103:17
favorable 43:5,8
94:21 149:5
favorite 90:1
feasible 100:13
feasibly 99:14
February 92:9
federal 5:18
36:20 94:18
106:9,16,23
107:12 147:15
148:4
Federation 113:3
feel 51:11 124:9
feelings 98:3
feels 139:2
fees 4:1 5:20
90:14 117:18
fellow 118:5,6
felonies 3:12
31:18
felons 26:4
felony 32:7

**felt** 116:15
**FEMALE** 9:18
**FFA** 58:14,16,17
  63:25
**field** 120:9
**fight** 131:15
  134:18
**figure** 116:6
  143:8
**file** 133:2
**filed** 27:25 90:7
  117:4
**filing** 5:20 90:11
**fill** 27:17 53:1,24
  69:20 115:16
**filled** 27:14
**filling** 24:12 53:5
  88:11
**final** 103:11,16
  149:7
**finally** 20:19
  136:8
**finance** 3:21
  21:23 90:3,9
  95:22 98:5
**financial** 5:21
  26:2 48:2,5
**financially** 150:8
**find** 55:17 57:7
  58:1 66:15
  88:17 89:6
**finding** 143:22
**fine** 12:16 25:10
  37:11 48:1 49:3
  49:5,9,12 51:19
  113:10
**fines** 3:21 4:1,2
  25:21 49:10
  50:6,8,18 51:13
  51:15,16,16
  90:13 117:17
  131:9 145:20
**first** 7:20 15:21
  23:3 28:6 64:2
  64:10 71:19
  78:10 114:15
  139:21 146:25

**first-** 35:14
**first-time** 28:17
  28:25
**fiscal** 2:16 17:18
  18:1 49:13
  103:25 105:4
**fiscally** 105:1
**five** 5:8 79:5
**flawed** 109:6,11
  143:16
**floor** 2:6 132:25
  134:11
**Florida** 1:11 2:25
  3:4 4:13 5:2,8
  5:15 13:25
  17:24 34:18
  38:20 52:2,4,9
  55:7,15,20,25
  58:19 60:5 64:4
  64:5,7,13,14
  77:4,5 80:12,12
  80:21,22 83:22
  84:9 99:10
  108:6 113:17
  115:20 116:9
  123:4,5,9,10
  125:19,22
  126:5 129:15
  132:5 133:1,15
  134:2,18 135:8
  135:11,17,21
  136:2,13 137:2
  137:10,11,17
  138:20,21
  142:7,13,25
  149:3
**Florida's** 3:3
  138:13 143:21
**Floridian** 78:4
  118:7 125:23
**Floridians** 38:13
  55:9,13 76:6,20
  88:5 104:22
  107:20,20
  109:18,18
  110:24 113:18
  118:5 133:14

133:19,21
  134:20 138:2
  139:6
**flourish** 134:22
**flying** 107:6
**focus** 77:4 134:2
**folks** 7:1,3,17,22
  8:24 10:13
  14:21 25:4 46:6
  58:1 59:20,20
  65:25 66:5
  82:11 92:5,15
  92:18 119:3
  122:3,8 123:11
  134:15 140:4
**follow** 19:24
  55:21 111:17
**follow-up** 18:8
  20:1
**following** 28:8
  29:13 31:7 33:3
  37:21 41:7
  43:18 46:18
  47:5,17 49:25
  52:18 54:12,25
  58:22 60:20
  61:5 64:25 68:5
  71:8 73:10
  75:22 79:17,25
  82:23 86:5 88:3
  89:19 90:12
  93:5 95:9 97:1
  98:18 101:18
**follows** 145:12
**force** 34:5 37:6
  73:25 83:21
**forced** 76:23
**forcing** 132:5
**foregoing** 150:2
**foresee** 17:15
**form** 26:22 36:8
  42:24 44:7
  105:14,15
  111:24,25
  112:1 115:17
  132:15
**formats** 82:3,7

**former** 83:18
  84:6,14 106:14
**forms** 24:12 53:1
  53:3,6,21,25
  117:9 118:6
**forward** 139:23
  141:25
**found** 109:10
**foundation** 67:4
  140:22
**four** 6:15 144:16
**framework** 25:3
**fraud** 143:6
**fraudulent**
  137:16
**free** 94:17
**freedoms** 35:20
**freer** 144:21
**frequency** 3:14
**friendly** 82:10
**friends** 64:20
  83:18 84:13
  122:13
**friendships**
  116:17
**frightening** 71:17
**front** 92:17
  148:14
**frustrating** 118:2
**full** 32:12 82:2
  94:7
**full-time** 77:3
  133:25
**fully** 134:7
**function** 12:3
  18:2
**functions** 138:14
  138:16,18
**fundamental**
  16:20 72:19
  120:16 131:5
**funding** 69:23
**fundraising** 92:7
**funds** 50:14
  105:10 111:7
**further** 10:19
  12:6 13:17

18:18 23:24
  25:24 34:11
  57:19,20 62:17
  66:18,18 67:9
  100:20 102:2
  105:13 129:11
  150:5
**future** 113:7
  138:17 141:19
  141:22 142:13

─────────

**G**

**gallery** 63:24
  64:9 83:17
**gamesmanship**
  123:18
**Gantt** 69:2,4
  70:11 77:21
  104:14,15,17
  111:20 121:23
**gather** 26:10
**gathering** 26:12
**general** 126:6
  127:6 138:12
  145:4
**generation** 35:15
**gentlemen** 37:25
  78:24
**genuine** 48:7
**getting** 37:25
  57:8 66:1 69:17
  118:7 136:15
**girls** 64:10
**give** 66:15 67:16
  86:15 93:21
  100:8 105:10
  124:17
**given** 44:18 87:1
  99:3 111:2
**gives** 70:19 71:21
  90:10 91:20
  98:3
**giving** 44:13 45:2
  147:1
**go** 7:21 9:6 10:17
  14:19 23:24
  35:1 51:12

63:17 67:3
78:22 100:17
106:11 107:7
111:8 112:6
115:23 118:25
119:1,1 122:20
127:10,20
131:20 133:1
140:7,20
141:16
**goal** 131:13
143:9
**goes** 8:1 44:20
106:9 110:4
**going** 4:5 7:4 9:1
12:17 14:16
19:10,11,12
21:15 23:18
26:9 41:18
42:17,18,19,23
43:3 67:14,15
69:10,12,20
70:13,15 73:25
78:24 92:11
100:14 104:4
105:8,9,9,12,13
105:16,19,20
110:14,23
111:21 112:3
118:18,18,19
120:8,12 124:2
124:6 126:9,12
126:20 131:21
136:9 140:17
141:7,17,20,21
141:22 149:17
**Gomez** 84:6
**good** 32:17 49:12
49:13 50:4,12
57:3,10,17
59:19,24 61:24
65:22 66:6 67:7
90:15 92:18
98:6 99:15
100:7 101:4
128:2 140:11
143:1 144:4

**Goolsby** 121:8
**GoToMeeting**
73:23
**gotten** 144:16
**governed** 5:13
**government** 39:2
76:9 88:4 95:17
97:11 115:24
118:24,25
119:4,6,20,23
128:5,5 136:16
140:14,15,16
140:17 146:8
149:2
**government's**
140:19
**governor** 76:15
76:21 77:2,4
78:12 120:1
133:9,12,18,25
135:16 141:20
142:5,6 146:9
**Governor's**
133:17
**grace** 100:8
**graduate** 116:1
**granddaughter**
84:7
**grandson** 84:9
**Grant** 83:12,15
112:7,8 120:20
120:22 128:11
128:13 130:15
130:17 139:10
139:12 142:15
142:17 144:5,7
146:16,18
**grants** 69:24
**great** 39:23 53:25
62:14 64:4
66:10,11 70:4
77:20 93:18
**greater** 107:18
**green** 34:1
100:18
**ground** 142:13
**group** 1:23 25:10

45:23,23 81:7,8
119:15 129:1
**groups** 22:23
23:9 37:7 42:2
52:1 116:11
131:11,18
136:18 137:1
**guarantee** 56:4,5
**guess** 123:3
124:25
**guide** 3:25
**guides** 3:24
**guys** 58:12 74:18

--- **H** ---

**Haitian** 34:17
36:24 125:13
126:16
**halls** 84:3
**hand** 4:5 7:25 9:4
130:4
**handful** 21:11,12
**handicap** 41:18
**handle** 7:5 8:11
12:5 36:6 38:10
38:22,23 39:7
**handled** 12:20,21
**handling** 7:18
8:2 9:1 11:7,16
31:15 32:8
**hands** 10:18 12:5
12:21 79:5
93:17
**happen** 33:13
88:9 138:9
**happened** 135:21
**happening** 78:15
88:4
**happens** 44:7,11
123:3
**hard** 19:13 55:24
69:16 109:2
126:12 135:10
144:3
**harder** 24:10
72:13,14 108:7
108:7,15

116:21 123:24
128:23 132:8
132:10,18
136:1 138:2,4,4
139:1
**hardworking**
40:20 138:2
**harms** 114:12
**Harris** 56:23,25
66:20,21 78:6,7
78:19 98:17,21
98:24 99:18,20
100:7,8,16,19
100:22,24
101:7
**harsh** 131:10
**Hart** 41:6,9,12
41:14 42:13,15
43:9
**hassle** 126:1
**hat** 141:14
**HB** 2:7 94:15
**head** 138:12
**health** 67:14
**healthy** 134:20
**hear** 143:13
**heard** 13:13 15:3
43:25 64:17
74:19 106:3
128:22 141:6
143:18 144:14
144:22
**hearing** 68:15
70:13,20 71:23
72:17,17,23
73:18 74:23
75:1,6 128:23
**hearings** 74:1
**heart** 40:12
**heavily** 137:5
**held** 3:5
**Hello** 21:21
**help** 22:24 23:10
24:12,23 25:4
34:8 35:18
64:21 72:15
73:24 74:20

75:4 84:12
118:6 126:24
127:14 137:4
140:15 141:25
143:9
**helped** 115:16
136:18 137:9
**helping** 35:23
136:14
**Hey** 12:10
**high** 12:18
115:23
**higher** 109:19
**Highway** 10:25
38:20
**hinder** 125:23
**Hinson** 6:12,13
7:8,9 18:19,20
19:18,19,25
20:2,16,17,22
21:1 47:4,7,9
66:7,8
**hire** 43:4
**Hispanic** 51:25
109:18 113:2
113:22 126:16
**history** 64:11
116:19 122:3,6
143:21
**hold** 36:7 118:5
118:14 119:21
133:19,19
**holders** 34:2
**holding** 42:24
61:21 106:15
106:23
**holds** 48:5 78:13
**Holly** 84:7
**homes** 64:19
**honest** 25:14
**honestly** 117:10
**honor** 147:2
**hope** 46:6 64:19
100:16 141:8
141:23
**hopeless** 134:14
**hospitals** 40:13

hostage 133:19
hot 116:11
hours 105:10
House 1:11 2:4
  6:17 14:14
  18:22 28:16,21
  58:19 64:5,7,13
  64:15 83:22
  114:24
housing 60:5
  108:8
How's 141:21,22
human 88:1
  116:13
hundreds 38:12
Hunschofsky
  57:12,14
Hunschofsky's
  65:18
hurt 98:3
hurting 132:9
  133:10,14
hype 129:14
hyperbole 129:14

                I
i.e 76:24
ID 130:7
idea 66:1 67:13
  140:1
ideas 125:20
identification
  16:22
identify 105:13
identity 11:25
idly 93:17 143:3
ill 44:15
illegal 34:8
illegally 34:5
illusion 78:14
illustrate 17:1
imagine 8:18,22
  21:11 88:11
  141:20
immediately
  29:24 135:18
immigrant 34:12

34:14 118:4
immigrants
  35:15 114:1
immigrated
  113:5
immigration
  32:13 113:9
  118:21
impact 26:2,23
  34:12,19 36:23
  55:12 121:17
  121:20 122:18
  122:22 123:20
  123:21 124:1
  124:15,21
  125:1 131:12
  137:7
impacted 120:15
impacting 119:15
impacts 34:19
implement 3:8
importance
  120:16
important 40:14
  66:25 67:5,7
  78:9 80:6 83:12
  115:1 125:11
  125:13,15,24
  136:22 138:7
  142:2 145:21
imposed 94:12
impossible 114:5
impropriety
  78:14
improve 134:14
improvement 3:2
in- 21:12
inaccurately
  109:8
inadequately
  109:18
incarceration
  119:12
incidences
  145:19
include 3:22 81:2
  88:23

included 20:14
  21:7 56:7 107:3
  107:12,13
  116:3
including 25:13
  88:13 89:5
  117:7
inclusive 134:5
incorrectly 87:2
  90:14
increases 4:2,3
increments 104:7
incumbent 17:2
independent
  76:10
indeterminate
  26:9
indicate 18:16
  135:21
individual 5:14
  146:3
individuals 14:3
  36:3 38:9,18
  39:4 80:7 81:3
  81:7,8 82:1
  94:13 135:23
  145:14
ineligible 13:3,12
  13:14 75:5
influence 92:14
  96:15
influencing 92:17
information 3:21
  3:22 7:6,24 8:1
  8:13 10:15,16
  11:3,7,17,23,25
  12:3,20 13:22
  14:2,8,13,23
  16:10,15 17:25
  23:16,21 25:15
  25:22 26:10,12
  27:8,11,14
  40:11 58:2 63:1
  68:14 92:16
  118:9 126:14
  126:17,19
  148:20

infraction 123:6
initiative 56:1
initiatives 94:14
innovators 82:7
input 87:9
insert 28:9 29:14
  31:8 33:5 37:22
  41:11 43:19
  46:19 47:6,18
  50:1 52:19
  54:13 55:1
  58:23 60:21
  65:1 68:6 71:10
  73:11 75:24
  79:19 80:1
  82:25 86:6
  89:21 93:7
  95:11 97:3
  98:19 101:19
instances 11:12
instructions 19:9
insurance 132:3
  132:4
integrity 3:1
intend 14:7
intended 24:10
intends 15:3
intent 13:9 14:15
  44:5,15 121:17
  121:18 122:18
  123:20 124:1
  124:15,25
  143:22 148:16
intentional
  106:20 107:2
intentionally
  33:11 49:8
interaction
  148:21
interest 95:19
  98:6
interested 87:10
  106:13 150:8
interesting 41:19
interests 78:11
  92:15 125:21
  125:21

international
  35:17
interoperability
  148:24
interpret 44:14
interstate 137:15
intimidate
  118:15
intimidating
  138:6
introduction
  83:13,14
  149:17
introductions
  63:20
invested 138:17
investigation
  45:25
involved 134:7
  136:15 140:18
Iran 35:16
Iranian 116:12
issue 5:5,6 6:1
  29:2 65:23
  85:11,15
issued 18:1
issues 81:25
  116:16
it'll 38:4
items 56:6
  129:13

                J
jacking 132:4
January 92:8
  101:25
Jefferson 128:4
job 11:3 44:21
  46:3 64:4 77:3
  88:6 91:19
  127:17 133:7
  134:1
jobs 8:12,17
  108:11 133:11
  142:4
Joe 127:16
join 130:14

136:14
**joined** 64:9
**Joseph** 28:7,11
28:13 33:2,6,8
35:13 36:9,14
37:9,10
**judge** 94:18
**Julie** 150:13
**July** 18:1
**Justice** 55:14

**K**

**keep** 43:4 53:20
90:18 134:13
**keeping** 66:3
109:3
**keeps** 32:6 48:1
91:19
**kickbacks** 132:3
**kid** 35:15
**kind** 19:8 23:24
105:15 116:19
123:7 136:16
136:17 137:16
**know** 11:23,25
15:5 24:3 26:13
27:11 29:5
30:17 33:13
36:16 41:20
44:6 45:23 46:1
46:6 48:25
51:13,16 52:3
53:21 57:8
62:23 63:1
66:15 67:2
69:19 72:13
74:18 77:23
78:11,14 81:24
87:25 88:1
90:11 91:12,15
92:5,9 93:16
108:6,12 109:1
109:5,11
114:20 117:10
119:12,21,25
120:5 121:11
122:20,20,24

123:22 124:6
124:10,19,24
126:8 132:19
139:22 140:14
142:4,24 143:3
143:17 144:15
**knowing** 66:14
66:25 67:5
127:10 145:17
**knowledge** 32:10
**known** 108:24

**L**

**ladies** 37:25
78:23
**Lafayette** 58:14
63:25
**language** 14:15
16:25 27:7 29:7
33:11,20 34:7
34:15 36:17
37:2,3 53:23
56:11 58:3
71:19 80:20
106:6,13,19,21
106:24 107:3
107:10 108:23
**large** 38:11
**largest** 142:8
**late** 90:14
**Latino** 112:25
113:20 114:4,8
114:11,13,19
114:21
**Latinos** 112:23
114:10,25
**laughing** 72:21
**launched** 76:22
**law** 4:2,13 5:16
5:19,22,24 6:2
6:6 11:23 28:24
48:3,6 75:11
81:5 84:3 102:5
106:1 120:12
128:22 138:3,3
141:10 142:9
145:25 147:3,4

147:7,9
**lawful** 34:1 113:9
113:11,13
**lawfully** 113:6
**laws** 34:7 36:19
90:9 94:16
99:10 111:3
117:5 140:22
143:7
**lawsuit** 117:4
**lawsuits** 133:1
**layer** 69:18
**lead** 5:4 32:15
**Leader** 50:2 51:6
83:12,25 86:8
86:15,16 87:12
87:13,21 89:9
112:7 120:20
128:11 130:15
135:2,3 139:10
139:20 142:15
144:5 146:16
**leaders** 116:16
**leadership** 58:18
146:25
**leap** 12:17
**learned** 58:12
76:7
**leave** 88:23
134:17,18
**leaving** 133:14
**left** 137:17
**legal** 8:10 16:12
17:6 25:13 37:4
129:24
**legally** 33:25
37:5 38:9,13,18
39:5 40:21
**legislation** 56:2
97:11 110:18
116:22 117:1
121:20 123:22
124:22,23
135:19 143:24
**legislative** 110:21
116:20
**legislature** 84:1

94:11,14 102:2
106:20 113:9
113:17 117:5
138:4
**legitimate** 93:20
**let's** 14:12 19:8
52:3,4 63:7
89:3,6 120:17
127:12,13
132:22 138:21
145:25
**letting** 67:1
**level** 36:20,20
109:19
**levels** 19:22,22
**LGBT** 131:25
**liberty** 64:9,18
141:10
**license** 115:18
123:3,6
**licensed** 123:1
**life** 67:13 84:15
113:12 132:8
**likes** 77:22
**limit** 81:7 82:14
93:13 94:13,15
94:20 95:18
96:14 130:1
141:12
**limited** 98:4
104:6
**limiting** 95:19
98:5
**limits** 94:17
111:5
**line** 6:16 13:22
16:9 33:21
43:19 46:19
47:17,23 49:25
52:18 54:13
55:1 58:22
60:20 61:13
68:5 80:25
145:22
**lines** 17:22 18:22
28:9 29:14 31:8
31:13 33:4

37:22 41:10
47:6 65:1 71:9
73:11 75:23
79:18 80:1
82:24 83:5 86:6
89:20 93:6
95:10 97:2
98:19 101:19
**list** 55:22 80:25
81:4
**listed** 14:2
**listen** 52:3 123:8
**listening** 129:17
**literally** 66:12
**litigated** 33:15
**litigation** 80:11
**little** 14:13 86:13
122:2 141:25
**live** 51:10 73:22
113:18 122:11
132:6 134:20
**lives** 40:15
123:19 134:14
**living** 108:6,9
**lobbying** 84:2
**local** 3:10 5:18
38:19 95:17,21
95:22 97:11
98:4 99:4
**locally** 88:5
**location** 42:25
60:6
**lock** 79:10
149:12
**logical** 105:1,1
**lol** 119:18
**long** 94:10 99:13
**longer** 29:7
129:23 132:6
134:21
**look** 19:9 27:6
58:13 110:16
110:18 111:22
121:20 123:21
126:13 134:3
138:10 140:25
141:4 145:2

146:1
**looked** 105:23
**looking** 34:14
**looks** 78:2 134:9
**loosen** 130:7,10
**Lopez** 112:16,17
112:19
**lose** 38:14
**losing** 123:6
**loss** 106:5
**lot** 77:3 91:16
110:15 125:22
131:7,22 134:1
138:24
**lots** 33:24 37:4
**loud** 124:11,13
**love** 52:3 66:3
95:16 111:14
111:15
**lower** 144:25

_____

**M**

**M** 1:24
**ma'am** 124:8
**machine** 79:6,10
149:8,12
**machines** 130:3
**mail** 3:9 17:17
18:23 19:14
20:14 21:8
26:22 59:4 65:7
80:9,15,23
81:10 83:7
85:12 86:21
87:5,8 88:12,23
102:3 111:11
132:14 136:4,6
136:11
**mail-in** 130:8
**mails** 27:18
**main** 29:3
**majority** 128:5,6
131:19 139:20
**making** 6:1 18:25
21:6 55:24
104:22 108:15
109:23 117:15

122:8 132:16
132:18 138:25
145:13,15
149:1,3
**MALE** 2:2,16
**mama** 124:4
**man** 84:11
120:10,11,12
127:16 141:11
**manage** 91:16
**mandate** 130:3
**manner** 101:3
**March** 80:10
**marginalized**
131:12,23
**markets** 119:2
**mash** 93:19
**Massullo** 144:9
144:10,12
**mastery** 139:24
**matching** 3:7
108:9
**matter** 36:21
108:20 139:24
150:4
**mattered** 116:17
**McClure** 2:21,23
6:19,20 7:13,14
8:14,15 9:10,20
9:21 10:6,9
11:8,9 12:10,13
12:14 13:4,5,21
14:9,10 15:20
15:23 16:17,18
17:8,9,19,20
18:12,13 19:4,5
20:6,7,25 21:2
21:3,25 22:1,12
22:13 23:1,2,12
23:13 24:14,15
24:24,25 25:16
25:17 26:5,6,19
26:25 27:2
121:11,15
146:21 147:2
148:10
**mean** 6:7 14:17

17:2 81:2
118:22 119:18
120:7 123:6
**meaning** 106:19
**meaningful**
51:17,19
**means** 28:2 50:17
107:11,12
126:19
**measure** 2:3
141:24
**measures** 105:5
127:17,18
**media** 4:12 5:3
44:19
**medical** 28:18
29:2
**meet** 108:11
119:2
**meeting** 58:12
**meets** 29:21
**member** 42:12
53:9 58:15
82:10 85:5
**members** 2:10,24
4:10 5:10 27:23
32:6 40:4 43:25
45:18 48:25
50:4 51:4 58:13
58:14,17 60:16
63:5,15 64:16
66:11 71:4,14
73:16 76:4
78:21 79:6,8,9
82:13 83:17
84:11 85:10
89:15 90:2
93:12 94:11,19
96:8 97:8 100:2
100:8,20
101:14 104:4
105:25 114:8,9
118:22 119:18
120:11 124:1
124:15,19
125:11 127:12
135:7 137:23

138:21 142:24
144:4,14 149:6
149:8,10,11,16
**mental** 67:14
**mention** 14:6
113:20
**mentioned** 14:14
**mentor** 84:3
**met** 44:21
**method** 80:14
**methods** 3:12
131:7
**metrics** 119:7
**Mi** 113:2,2
**microphone**
61:22,23
**million** 55:12
142:8
**mind** 23:3 119:7
119:8
**mine** 90:2
**minimis** 26:13
**minorities**
144:25
**Minority** 83:25
**minute** 39:19
91:14,14,24,25
145:23
**minutes** 28:2
38:1,4 94:7
104:6,8
**misleading** 18:9
**missed** 23:3
**mission** 8:24
**mistake** 49:9
89:5
**mistakes** 48:7
**misuse** 25:14
**model** 2:25
135:17
**modified** 128:21
**modify** 94:15
**moment** 7:4 8:25
10:16 23:20
67:6 86:12,15
93:16 124:9
141:14

**money** 95:23
96:15
**month** 90:12
91:15 137:17
**monthly** 21:23
26:10 90:4,20
111:8
**months** 111:9
**months'** 91:17
**morning** 50:4
**motion** 2:13
103:8
**motivations**
135:24
**Motor** 10:25
38:21 129:22
**motto** 91:13
**move** 2:2 15:4
60:6 108:22
138:20,21
149:16
**moves** 2:6 103:14
**moving** 26:11
59:21 147:18
**multiple** 19:16
31:1,3 32:22,24
37:15,17 41:1,3
43:12,14 46:1,2
46:14 49:19,21
52:12,14 54:7,8
58:7,9 60:14,15
63:12,14 67:24
68:1 71:1,3
73:3,5 75:16,18
79:1,3 82:7,17
82:19 85:24
86:1 89:12,14
92:24 93:1
94:25 95:2,4
96:20,22 98:11
98:13 101:10
101:12 102:25
103:2,18,20
120:4
**multitask** 86:13

_____

**N**

narcotic 61:20
narrow 81:6
nation 5:3,5
   135:18 148:6
   149:4
nation's 58:17
national 4:23
   33:12,19 36:18
   64:2
nationally 88:5
native 53:22
naturalized
   114:5
nature 26:14
   38:15 117:22
   118:1
navigate 126:10
nay 49:20 95:1,3
nays 79:13 95:2,4
   149:14
nearly 55:6
necessary 80:24
need 16:5 23:25
   24:23 25:4
   64:22 66:14,16
   69:20 72:16
   74:1,21 75:2
   77:4 78:18 82:6
   89:3 94:20
   100:8 107:15
   107:19 109:15
   110:3 112:4
   114:6 128:7,7
   131:9 132:9
   134:2 137:24
   137:25 138:1
   145:9,10
   146:11
needed 76:20
   82:8
needing 57:25
needs 68:11 69:9
   74:22 85:12
   90:16 93:20
   133:23 147:3
negate 130:5
negative 36:23

neglect 76:24
negligible 26:13
neighbors 122:13
   136:14
neither 14:5
   150:5
neutral 18:2 26:9
never 24:3 44:17
   44:21,22 45:22
   69:19 134:14
new 14:8 16:25
   17:17,25 18:3,4
   56:7 69:25
   106:11,14
   113:12 126:18
   136:25 137:7
   137:25 138:3,3
newly 114:5
newspaper 126:6
   126:8,21
nicknames 3:13
Nixon 12:7,8,23
   12:24 75:21,25
   76:2 77:20 78:9
   78:22 101:17
   101:20,21
   102:21,22
   130:25 131:1,3
nomination 5:10
nominees 4:21
non- 27:24
non-U.S 8:9 9:11
   10:23
noncitizen 25:11
noncitizens 9:16
   25:13 32:7
   109:9 113:11
nonpartisan
   113:4,20
   136:12,23
   137:25
nos 31:3 32:24
   37:17 41:3
   43:14 46:14
   49:21 52:14
   54:8 58:9 60:15
   63:14 68:1 71:3

73:5 75:18 79:3
   82:19 86:1
   89:14 93:1
   96:22 98:13
   101:12 103:2
   103:20
notaries 69:14,15
   105:11
notary 69:9,19
   69:25 105:8
note 138:7
noted 148:9
notes 86:15
notice 16:16
   65:23 66:15
   123:4
notices 126:6
notify 59:4 65:7
   66:4
notwithstanding
   28:24
November 55:6
NPA 116:5
number 57:6
   112:22,25
   138:11
numbers 92:7
   131:20,20
NW 1:24
_____
         O
oath 3:19 5:20
   77:5
obligation 125:16
obligations 28:18
obstacles 71:16
obvious 137:20
Obviously
   148:12
occurs 23:17
   147:25 149:7
odd 138:11
off-cycle 122:17
off-year 145:6
offer 141:23
offered 28:7
   29:12 31:6 33:2

37:21 41:6
   43:17 46:17
   47:4,16 49:24
   52:17 54:11,25
   58:21 60:19
   61:4 64:24 68:4
   71:7 73:9 75:21
   79:16,25 82:22
   86:4 89:18 93:4
   95:9 96:25
   98:17 101:17
office 5:12,17,18
   5:19,20,23 6:3
   11:1 42:22
   69:13,14 76:19
   77:25 106:9,16
   106:23,25
   107:12 127:20
   132:11 141:15
   146:3,4 147:14
   147:16 148:2,3
   148:4
officer 106:8
officers 99:4
   127:23
offices 5:1 6:7
   22:17 38:20
   62:15 128:1
official 22:11
   95:20 126:7
   130:9
officials 135:10
oftentimes 87:25
oh 15:13 69:1
   100:3 107:4,7
Ohio 76:25
okay 6:24 9:6
   15:17 21:22
   43:25 61:22
   90:1 106:2
   107:1,14
once 3:16 39:25
   122:17 123:20
   123:25
onerous 50:19
ones 138:9
online 26:24

27:17 55:15
open 24:22 42:11
   48:19 56:22
   59:13 65:16
   72:7,8 74:12
   84:22 85:4
   87:19,20 91:6,7
   94:4,5 121:14
opening 106:4
operate 143:6
   148:23
operating 11:15
   47:25 49:4,12
opinion 14:4
   55:20,23 101:4
opinions 14:1
   99:2,2,9,16
   101:2 111:3
opportunities
   38:14 113:11
opportunity
   13:10 60:8,9
   67:16 87:1
   111:2 113:18
   114:17 129:9
   147:1
opposed 2:11
   31:2 32:23
   37:16 41:2
   43:13 46:13
   49:20 52:13
   54:8 58:8 60:14
   63:13 67:25
   71:2 73:4 75:17
   79:2 82:18
   85:25 89:13
   92:25 95:1,3
   96:21 98:12
   101:11 103:1
   103:19
oppressive 131:8
   134:19
option 57:25
options 13:12
   59:22
oral 68:14
order 30:13

62:25 66:4
94:20 116:1
127:18 142:9
**organization**
8:20,23 10:17
11:6,18 23:19
23:22 31:17
33:22 39:8
44:11,16,20
45:2,21 46:2
47:25 49:6
58:18 99:5,15
101:3 116:12
117:25 136:21
**organization's**
32:10
**organizations**
3:16 4:4 6:24
8:19 25:11
26:20,23 32:11
32:16 34:4,5
41:17,18,22
43:2,3 44:3
48:3,4,7 49:1,2
50:8 51:14,21
51:24 52:25
113:1,3,10,21
114:3,23 117:3
117:19 118:15
118:24 120:14
121:25 122:10
131:12 136:13
136:24 137:9
137:25 148:18
**origin** 33:13,19
36:18
**original** 14:14
**originally** 28:16
28:21 60:7
143:16
**outlaw** 130:4
**outpaced** 136:3
**outreach** 19:2
**outside** 5:14
148:16
**outstanding**
105:18

**overall** 135:25
**Overdorf** 128:15
128:17,19
**overreached**
132:2
**overseas** 81:2,2
**overstepped**
132:1
**overwhelmingly**
56:1
**overworked** 63:2
**owes** 3:20

_____

**P**
**page** 6:16
**pain** 51:11
**pandemic** 136:9
**pandering** 76:25
**paper** 44:8 56:3
**paperwork** 4:25
38:17 40:16,18
**paraphrase**
14:17
**parent** 115:16
**parents** 35:15
116:5
**parliamentary**
64:3
**part** 7:21 10:13
15:16,21 23:4
43:7 47:24
50:16 76:25
116:12 124:11
124:12 125:15
148:20
**participate** 28:19
60:9 67:17
119:11 125:17
128:6 134:8
**participating**
8:21 128:8
**participation**
89:3 138:15
**particular**
105:18
**particularly**
104:22 144:24

**parties** 4:22 5:14
87:11 99:4
150:7
**partner** 148:12
**parts** 26:21 33:20
132:23 147:18
148:22
**party** 39:3 49:1
99:4
**Pasco** 83:23
**pass** 22:7 44:3
50:17 124:19
131:23 132:24
134:11 138:8
**passage** 103:12
103:16 149:7
**passed** 83:19
94:11,14 102:5
110:20,21
111:24 116:21
117:1
**passes** 17:16
149:15
**passing** 121:21
141:23
**passion** 84:2
**path** 120:2 122:8
141:25
**pathway** 52:5
89:6
**Patricia** 84:8
**pause** 149:17
**pawn** 123:17
**pay** 43:3 49:10
69:15 95:6
123:2
**penalties** 45:1
48:2,5 101:5
117:18 118:8
118:11 136:25
137:6,7 138:1
**penalty** 25:10
46:5
**people** 7:12
24:11,11,23
30:14 33:25
34:3,6,15,16

37:5 38:17 40:9
40:20 43:4 46:3
52:5 53:4 57:3
57:6,17 65:25
66:13 67:14,15
72:13,15 74:20
78:3 81:1 89:4
90:17 100:14
108:10,18,19
109:2,4,8 111:8
112:1 113:4,5
114:18 115:1
116:21 117:16
118:13 119:16
122:1,5,11
123:3,15,24
124:3,16,20,24
125:17,21
126:8,13,17,21
127:2,3 128:6,8
128:24 131:18
131:25 132:7
133:8,11
135:20 136:1
136:16 138:24
139:1,5 140:15
140:19 142:8
144:24 145:6,9
145:10,11,16
**people's** 111:13
127:13
**percent** 47:24
49:3,12 55:6
145:3,5,7,8,10
146:2
**performing**
40:12
**period** 133:24
147:11
**permanent** 8:10
25:13 34:1
**permission** 53:1
**permitted** 13:1
**person** 12:11
27:8,21 28:22
28:25 29:21
31:14 42:23

44:22,22 55:19
99:5,15 101:3
106:23 112:4
126:11 129:3,4
129:8,9
**personal** 7:6,24
10:15 11:3,22
11:24 27:13
80:17 148:19
**personally**
114:20 145:24
**persons** 3:11
5:23 6:3 106:15
**petitions** 116:14
**pharmacists** 36:4
**phenomenal**
148:11
**phone** 14:5 59:4
65:7 88:21
**physical** 24:12
**physically** 68:15
73:17,20,21
**picked** 70:14
**piece** 56:3 110:18
**Pinellas** 83:23
**pinpoint** 147:19
**pissed** 132:7
**place** 6:25 8:18
19:15 29:23
64:2 80:19
100:9 101:24
117:12 118:8
127:17,18
140:10 146:6
**placed** 12:18
103:11,15
117:5
**places** 73:24
**placing** 125:22
**plain** 36:16
**plainer** 143:23
**plan** 41:20
**plane** 107:6
**play** 50:12 124:3
**played** 77:22
**playing** 78:3,4
120:9

please 37:14
46:25 54:19
60:18 61:3 62:1
63:25 64:5,12
67:23 68:3
70:21 71:6
72:23 73:7 75:7
75:11,20 79:22
82:21 83:11,13
84:12 86:3 89:7
89:17 93:3 95:6
96:16,24
101:16 120:14
128:15 130:14
132:17 139:8
139:14 142:19
144:4,8
plenty 11:23
plug 35:23
point 34:3 89:1
107:18 111:7
141:7 142:3
pointed 118:20
121:22,24
pointing 36:22
points 36:9
policies 75:10
131:23 132:9
132:14 136:24
138:8
policy 2:16 21:6
49:13 98:6
103:25 146:1
political 3:14 4:1
4:22 5:14 93:13
99:4,6 123:17
124:14 129:14
133:20 135:23
141:14 146:7
politicians 90:18
politics 84:2
95:23 96:15
146:10
polling 29:23
polls 66:14
popular 4:11
population 36:24

36:24,25
populations
34:14 37:1
portals 26:20
27:17
portion 4:16 7:17
39:25 95:20
104:25
position 21:10
possible 89:3,7
138:15,19
139:6
possibly 145:20
post 92:7 106:13
potential 7:5,24
11:22 15:25
139:7 142:14
potentially 14:22
15:6 45:25
power 131:19
138:25
powerful 64:18
139:4
powers 76:8,8,10
76:11,15 133:7
133:13
practical 137:8
practicality 70:3
practice 113:15
practicing 84:3
pray 64:19
preaches 119:5
precinct 29:1
precious 127:2
predecessors
83:24
preemption
95:21 97:10
prefilled 24:9
27:7 53:2
premier 58:17
premise 25:20
111:15
prepopulate
26:21
prepopulated
26:22

preregistered
115:18 116:3
prescribed 11:19
12:21
present 46:22
47:8 69:19
72:18 106:21
presented 21:16
Presidency
142:11
president 5:11,11
5:24,24 6:3,4,5
6:5,7,8 22:10
22:10,15,16
76:17,17 77:3
78:11,17
106:25 107:1
107:11,11,13
107:13 119:24
119:24 120:2
133:18,24
134:1 141:10
142:6 147:5,5,9
147:10,13,20
147:20 148:1,1
148:2
Presidente
106:25 107:1
presidential 4:15
4:15,19,20,21
4:21 76:22
133:5 135:8
145:5 146:2
147:21
presumably
23:22
pretenses 117:16
pretty 52:24
prevent 30:18
38:8 53:4 57:8
137:14
preventing 44:15
prevents 48:3
previous 106:18
priced 133:15
primaries 145:7
primarily 4:11

34:17
primary 37:1,2
56:11 58:3
prime 147:1
principles 75:9
print 17:17 18:4
prioritizing
25:21
priority 148:19
privilege 123:13
pro 26:11
probably 66:24
88:4 93:16
problem 123:14
problematic
121:16 136:23
problems 137:21
procedure 20:11
64:3
procedures 11:14
11:15 28:1 87:7
88:25
proceed 52:9
70:23 78:21
79:6 82:14
149:9
process 5:11,13
14:1,7 15:2,4,6
20:5 22:4 27:24
28:20 30:14,21
34:20 35:19,21
50:13 60:10
67:18 69:10,25
71:14,18 84:4
87:8 88:3,18
92:15 104:20
108:15,25
109:5,6,11,15
115:15 119:11
125:17 126:25
127:14 128:7,9
129:3 136:14
147:14,15,18
148:3,7,9
processes 8:18
11:14,18
processing 11:2

program 80:9,23
105:10 137:14
programs 36:2
prohibited 11:4
prohibiting 7:20
8:21
prohibition 7:11
24:9 32:6 53:2
prohibitive 25:3
Project 55:13
proof 3:22 16:11
16:23
proper 127:18
properly 12:21
105:12
property 132:4
proportional
12:12
propose 40:15
proposed 132:13
138:23
prosecuted 13:1
prosecution
13:16
prosper 133:22
prosperous
134:21
protect 10:15
11:22 12:2 76:5
115:2 146:13
protected 36:18
protects 145:21
149:2
protocol 8:18
provide 26:23
41:17,23 53:5
57:25 63:1
68:11 99:8
113:19 127:3
provided 23:15
23:16,18 28:23
29:21 105:16
150:4
providence 88:24
provides 33:18
41:25 99:1
providing 22:24

23:10 45:21
53:2 69:22,24
105:4 113:11
132:2
provision 5:9,15
70:4 105:18
124:12
provisional 13:1
13:7
provisions 3:4
4:13 97:10 99:9
105:25 112:4
public 84:12
90:10,19 92:9
92:14 98:6
106:9 107:12
published 126:6
pull 46:2
pulled 117:7
punish 49:7,11
50:12
punitive 131:9
137:7 138:1
punks 93:19,19
purely 118:14
purged 66:14
67:2
purpose 23:19
25:19
purposes 8:2
16:10 61:14
pursuant 27:25
push 134:18
141:5
put 19:10 21:17
51:21 61:12,23
62:14 63:3
76:20 78:17
100:11,12
110:23
putting 27:8 57:6
71:15 75:11
81:7,8 100:9
114:3 126:25
127:17,18,22
127:24,25
148:19

PVROs 117:21
119:6

—————
Q
qualification
3:19 22:16
147:11,22,23
147:25
qualifications
145:18
qualified 40:16
129:5,8
qualifies 106:8
147:8,20
qualify 4:20 6:7
qualifying 3:17
4:16,18,24 5:17
76:19
quarter 3:16
92:12
quarterly 21:23
90:6
question 6:22
9:11,15 12:11
12:25 13:15
15:2,11,14,21
17:13 19:24
20:1,1,23,24
23:3 25:20
34:24 42:17
59:5 61:19
97:14 133:10
149:6
questioning
38:16
questions 6:10,12
8:3,5 10:19
12:6 13:17 14:7
18:18 25:24,25
27:22 30:1
31:20 34:22,23
34:24 39:9,9
42:4,5 45:5,6,6
45:7 48:10,11
48:13 50:22,23
53:8,9,10 56:8
56:14,14,16

59:6 61:16 62:1
62:2 65:9 68:17
68:18,19 71:24
71:25 72:1 74:4
74:5,6 77:7,8,9
81:11,12 84:23
84:23 87:12,13
90:23,23,25
93:22,23,23
95:25 96:1,2
97:12,13,16
99:20 102:7,8,9
105:17 118:20
129:18
quickly 15:4
39:22
quiet 124:11,12
Quinn 84:7
quote 141:7,8
143:20

—————
R
races 120:7
radios 126:18
raise 50:9 51:18
raised 50:14,18
raises 50:7
ran 120:6
rare 137:12
rata 26:11
rate 142:11
rates 119:12
132:5
rationally 95:18
Ray 84:8
Rayner- 121:7
Rayner-Goolsby
39:16,17,20
57:11 65:17,20
77:16,18 121:6
121:9 123:5
144:19
read 2:5,8,14
17:23 18:15
28:6 29:11 31:5
33:1 37:19 41:5
43:16 46:16

47:3,15 49:23
52:16 54:10,23
58:11,20 60:18
61:3 64:23 68:3
71:6 73:7 75:20
79:15,22 82:21
86:3 89:17 93:3
95:6 96:24
98:16 101:16
103:11,15,23
110:17 126:8
reading 19:22
103:6 129:17
ready 54:2 116:4
real 24:12 39:22
41:25 123:18
131:9 148:24
reality 136:2
realize 132:1,8
realized 109:7
realizing 123:15
really 13:8 41:19
44:23 51:20
66:25 78:2
107:8 111:19
114:17,18
118:1 119:5
120:8,13 124:6
124:24 126:3
132:18,22
135:10
reason 46:1 53:3
70:19 90:7
136:22
reasonable
100:13
reasons 110:2
receipt 22:24
23:10,15,18,20
41:23 42:18,19
42:20,22,24
44:1,13,18 45:3
45:22 140:2
receipts 41:17
43:5
receive 3:11
18:10 57:4 81:1

received 114:1
143:5
receives 86:21
recognize 28:12
33:24 37:6
128:15 130:16
139:14 142:19
144:8
recognized 2:21
9:7 15:22 23:5
23:6,7 27:1
29:17 30:10
31:10 32:3 33:7
35:9 36:12 40:5
41:13 42:13
43:22 45:14
46:22 47:8,20
48:21 51:6
52:21 53:17
54:16 55:3
56:23 57:13,21
58:16,25 59:15
61:8 62:9 63:19
65:3,19 67:10
69:2 70:9 72:10
74:15 76:1
77:17 81:19
83:2,14 84:18
86:9,17 87:21
89:23 91:9 93:9
94:7 95:13
96:11 97:5,25
98:22 100:4,23
102:20 103:7
104:10,16
108:3 110:11
112:7,12,18
115:10 120:21
121:2,8 125:3,8
128:12,18
130:22 131:2
134:24 135:4
139:11,17
142:16,21
144:6,11
146:17,22
recommendati...

3:8
**recommended**
  80:20
**record** 79:10
  131:20
**recording** 1:10
  149:19 150:3
**redundancy**
  61:14
**refer** 18:22
**referrals** 143:5
**referred** 11:12
  144:19
**refers** 76:8
**reform** 140:24
  143:11
**reg** 44:3 45:2,21
  116:14,23
  117:3,19
  118:15,24
**regarding** 3:22
  25:9 99:9 141:6
**register** 7:3,22
  8:24 10:14
  29:22 30:15,15
  44:4 54:1 72:14
  114:2 116:21
  117:16 119:4
  121:25 122:8
  127:4,5,20
  129:22 140:19
  140:20
**registered** 30:19
  44:5,16,17,18
  44:22 45:22
  52:1,6 60:7
  114:16,16
  115:14 116:5,9
  116:18 118:7
  129:24 136:20
  140:15
**registering** 16:21
  44:12 46:3
  116:25 122:16
  125:25
**registrant** 23:16
**registration** 3:23

4:4 6:23 8:11
  8:23 11:2,5,6
  14:25 16:11,16
  16:21,23 22:23
  23:9 24:10,12
  25:9,11 27:12
  29:21 31:15,17
  32:9,11,14,16
  33:22 35:24
  36:7 37:7 38:11
  38:22,24 39:7
  41:22,25 47:25
  48:2 49:1,4
  50:8 51:23 52:1
  56:3,7 66:16
  111:10 112:25
  113:16,20
  117:2,8 126:23
  127:2,7 131:11
  136:12,21,23
  140:2,5,10
  148:18
**registrations**
  140:7
**regular** 149:1
**regulate** 95:23
  137:8
**regulated** 137:5
**regulations** 95:22
  114:3 137:24
**reject** 18:23
  86:23 88:16
**rejection** 18:25
**related** 95:18
**relates** 6:23 8:17
  21:14 25:20
  34:13 106:22
  108:23
**relating** 2:18
  6:17 97:10
  104:2
**relative** 150:6
**remain** 149:4
**remainder**
  130:18,21
  146:18,21
**remember** 19:14

115:15 116:24
**remind** 92:5
**reminder** 118:23
**reminds** 117:12
**remote** 80:13
**remove** 31:7 33:4
  33:10 37:22
  41:10 43:19
  46:19 47:5,17
  49:25 52:18
  54:13 55:1
  58:22 60:20
  61:13 64:25
  68:5 75:23 80:1
  82:24 89:20
  101:18 109:5
**removed** 34:9
**removes** 31:13
  33:20,20 41:21
  47:23 68:10
  83:5 97:10
**RENNER** 6:10
  6:19 7:8,13 8:3
  8:14 9:3,14,19
  9:25 10:6,19
  11:8 12:6,13,23
  13:4,17 14:9
  15:7,14,17,20
  16:2,6,17 17:4
  17:8,14,19 18:6
  18:12,18 19:4
  19:18,25 20:6
  20:16,22 21:2
  21:19,25 22:5
  22:12,19 23:1,5
  23:12 24:5,14
  24:18,24 25:5
  25:16,23 26:1,5
  26:15,25 27:22
  28:6,11 29:9,16
  30:1,6,9,23
  31:9,19,24 32:2
  32:19 33:6
  34:22 35:5,8
  36:11 37:9,12
  39:9,12,15,19
  40:3,23 41:9,12

42:4,8,11 43:9
  43:21 45:5,10
  45:13 46:21
  47:1,7,13,19
  48:10,16,19
  49:16 50:2,21
  51:1,4 52:7,20
  53:8,13,16 54:4
  54:15,21 55:2
  56:13,19,22
  57:19 58:4,24
  59:6,10,13 60:1
  60:11,22 61:1,7
  61:16,21 62:5,8
  62:17 63:9 64:6
  64:14,23 65:2,9
  65:13,16 66:7
  66:18 67:9,20
  68:7,17,22,25
  70:6,22 71:11
  71:24 72:4,7,25
  73:13 74:4,9,12
  75:13,25 77:7
  77:12,15 78:6
  78:19 79:14,20
  80:3 81:11,15
  81:18 82:13
  83:1,10 84:17
  84:22 85:1,4,21
  86:8,14 87:12
  87:16,19 89:9
  89:22 90:22
  91:3,6,23 92:21
  93:8,15 94:1,4
  94:22 95:8,12
  95:25 96:5,8,17
  97:4,12,19,22
  98:8,21 99:18
  99:23 100:1,20
  101:7,20 102:7
  102:12,15,23
  103:13 104:3
  104:15 107:23
  108:2 110:6,10
  112:5,10,17
  115:5,9 120:20
  120:25 121:7

125:2,7 128:11
  128:17 130:15
  130:20 131:1
  134:23 135:3
  139:10,16
  142:15,20
  144:5,10
  146:16,20
  149:6,15
**renters** 108:19
**rents** 108:7
**Rep** 12:10,10
  26:18 59:18
  65:22 66:10
  69:6 70:11
  72:21 78:9
  91:11 100:7,8
  100:16,19
  102:21 112:5
  112:12
**repaired** 135:16
**repeal** 119:18
**repeals** 95:20
**replacement**
  17:25 18:3
**report** 3:9 28:1
  102:1
**reported** 111:7
**reporting** 3:14
  3:17 21:23 26:3
  90:4,6,20
**represent** 114:10
  125:20 145:16
**representation**
  72:22 109:25
**representative**
  2:20,23 4:6,8,9
  6:12,13,19,20
  7:8,9,13,14 8:5
  8:6,14,15 9:3,4
  9:6,8,10,14,19
  9:21,25 10:1,6
  10:9,20,21 11:8
  11:9 12:7,8,13
  12:14,23,24
  13:4,5,18,19,21
  14:9,10 15:7,8

16:2,4,6,7,9,17
16:18 17:4,5,8
17:9,14,15,19
17:20 18:6,7,12
18:13,19,20
19:4,5,18,19,25
20:2,6,7,16,17
20:22,25 21:1,2
21:3,19,20,25
22:1,5,6,12,13
22:19,21 23:1,2
23:7,12,13 24:5
24:7,14,15,18
24:20,24,25
25:5,7,16,17,23
25:25 26:5,6,15
26:16,25 27:2,4
28:7,11,13
29:12,16,18
30:11 31:6,9,11
32:4 33:2,6,8
35:9,10,13 36:9
36:14 37:9,10
37:20,24 38:3,6
39:16,17,20,22
40:5,7,23 41:6
41:9,12,14
42:13,15 43:9
43:17,21,23
45:14,16 46:9
46:17,21,23
47:4,7,9,16,19
47:21 48:11,20
48:23 49:16,24
50:3 51:8 52:7
52:17,20,22
53:17,19 54:4
54:11,15,17,24
55:2,4 56:15,23
56:25 57:2,11
57:12,14,15,21
57:23 58:4,21
58:24 59:1,14
59:16 60:1,3,11
60:19,22,23
61:1,4,7,9,17
61:18,20 62:1,9

62:11,18,19,21
63:9,18,21 64:8
64:16,24 65:2,4
65:17,18,20
66:7,8,17,20,21
66:23 67:10,11
67:21 68:4,7,8
68:18 69:2,4
70:8,10,24 71:7
71:11,12 72:9
72:11,25 73:8,9
73:13,14 74:14
74:16 75:13,21
75:25 76:2
77:16,18,20,21
78:6,7,19,22
79:16,24 80:3,4
81:19,21,23
82:15,22 83:1,3
83:15,18 84:14
84:17,19 85:8
85:21 86:4,8,11
86:18 87:23
89:2,18,22,24
91:8,10 92:1,3
92:21 93:4,8,10
94:6,9,22 95:8
95:12,14 96:1
96:10,12,17,25
97:4,6,23,24
98:1,14,17,21
98:24 99:18,20
100:4,5,22,24
101:7,17,20,21
102:17,22
103:7,9,13
104:9,12,14,15
104:17,24
105:7 107:23
107:24 108:1,2
108:4 110:6,7,9
110:10,12
111:20 112:8
112:14,16,17
112:19 115:5,6
115:8,9,11
120:22 121:2,4

121:6,7,9,22,23
125:2,4,6,7,9
128:13,15,17
128:19 130:17
130:22,23,25
131:1,3 134:23
134:25 135:5
139:12,14,16
139:18 142:17
142:19,20,22
144:7,8,10,12
144:19 146:18
146:21,22,23
147:2 148:10
148:10 149:18
**representatives**
6:15 85:6
111:22 114:13
**representing**
64:4
**Reps** 21:21
**Republican**
136:3
**Republicans**
108:13 136:5
**reputation** 135:9
135:13,15
**request** 55:22
68:14 85:14
99:11 105:6
**requested** 62:24
80:16
**requests** 101:2
**require** 41:16
59:3 65:6 88:21
88:21 99:7
129:24
**required** 4:25
26:3 28:22
42:18 80:8 82:5
105:3
**requirement**
6:17 41:21
68:11 70:1 80:9
**requirements**
3:18 29:22
117:6,18 126:2

126:4 130:7
**requires** 3:6,9,18
3:21,23 18:23
31:14 80:22
83:6 86:20
**requiring** 85:18
117:20 132:19
**reregister** 67:3
**research** 36:6
52:2 55:16
138:10
**researched** 4:12
**residence** 129:25
**residents** 8:10
25:13 34:1 78:5
113:13 132:5
**resign** 76:18
77:25 106:9
**resign-** 5:5 106:4
147:8
**resign-to-** 105:24
124:2,11
**resign-to-run**
4:10,12,14 5:9
5:15,22 6:2,6
22:9 76:23
105:23 111:23
112:2,3 119:18
133:5,23 141:6
145:24 147:3
148:16
**resignation** 147:6
**resigning** 4:17
**resources** 46:4
49:10 114:6
**respective** 4:22
**respond** 99:12
**response** 2:12
99:13
**responsibilities**
76:11
**responsibility**
114:7 140:20
143:3
**responsible**
42:19,23
**rest** 4:6 16:5

116:19 120:3
135:17 146:15
**restating** 23:3
**restore** 90:20
**restored** 55:8,18
**restoring** 95:22
**restrict** 117:6
128:24
**restriction**
122:14
**restrictions**
35:25 98:5
110:23 117:24
122:4 129:12
136:25 138:11
**restrictive**
121:19 124:23
132:14,20
**restricts** 133:20
**result** 13:15
**resulting** 83:7
**results** 129:6
130:2,9,11
**resume** 3:18
**resumed** 84:18
**retire** 88:7
**retiring** 84:1
**returned** 18:24
86:22
**returning** 55:16
55:24
**returns** 90:3
**reviewed** 83:8
**revised** 105:24
**revises** 3:13
**Rhett** 84:9
**Richmond** 83:19
83:20 84:6,6,11
84:14
**right** 2:20 7:21
27:14 34:25,25
35:2 42:25 54:1
67:20 71:21
72:18 77:23
82:2 84:22
86:16 88:15
92:10 95:23

99:12 100:15
109:23 110:3
114:25 117:13
125:12,24
131:16 132:21
133:9 134:20
135:18 143:15
144:15,16,18
**right-wing**
137:18
**rights** 26:21
34:14 55:9,18
111:13 114:2,6
115:2 116:14
125:11,14,18
131:5 145:21
**rigorous** 143:11
**riot** 135:14
**rise** 61:18
**rising** 51:12
102:17 108:7
**risk** 100:13
**Robinson** 13:18
13:19 15:7,8,15
15:18 16:2,4
110:9,10,12
112:5
**robot** 27:20
**role** 50:12 140:19
148:25
**roles** 109:19
**roll** 65:8 109:17
**rolled** 103:6
**rolls** 67:2 108:25
109:4,6,8
136:15 145:16
**Ron** 83:19,20
84:11,14 133:3
133:6
**room** 3:1 119:25
122:5
**rows** 124:21
134:17 141:9
144:22 148:13
**rule** 13:25 14:6
**ruled** 94:17
**rulemaking** 15:6

20:5,21
**rules** 87:7 88:17
103:10,14
107:17 132:11
137:6,24 143:7
**ruling** 94:19
143:16,20
**run** 19:1 58:12
76:17,19 77:24
78:11,16,17
105:25 120:2
124:3,12
133:17,24
141:15 147:16
148:5
**running** 5:18 6:5
77:3 134:1
135:22 147:13
**runs** 142:25
**rush** 92:6
**Ryan** 84:8

_____

**S**
**S** 39:5 129:23
**sacred** 7:25
143:25 144:15
146:12 148:20
**sacrosanct** 74:24
**sad** 117:10,10
**saddle** 37:25
**sadly** 83:19 145:7
**safe** 134:21
135:11 136:9
**safer** 145:13
**safest** 11:20
**safety** 10:25
38:21 119:7
**sake** 30:16
**Salzman** 4:6,8
12:10 72:21
103:7,9,13
146:22,23
148:11
**same-day** 29:20
**sat** 143:10
**save** 16:4 88:7
**savvy** 126:11

**saw** 9:4 44:10
123:14,15
**saying** 7:1,23
10:12,14,23
14:16 19:7
20:20 21:17
30:25 32:21
36:7 107:4,7
112:21 118:13
126:5
**says** 27:7 106:8
106:14,22
107:1 123:5
**SB** 1:12 2:6
101:14 103:10
103:14 104:5
149:7
**scenario** 44:19
**school** 64:11 76:7
115:22,23
**score** 26:8
**Scott** 127:16
**scrappy** 118:16
**search** 113:6
**seat** 77:25
**seatbelt** 123:5
**seatmate** 59:18
**seats** 120:6
**second** 2:5,8,14
118:2 142:10
**secondary** 34:15
**seconds** 28:2
38:1,4 39:19
57:13 81:20
92:2 94:8
**Secretary** 15:3
56:9
**section** 6:15 13:8
**secure** 135:11
138:18
**security** 8:8
137:21
**see** 9:4 13:7
58:13 59:23
64:1 72:21 79:5
90:10 92:9,11
92:16 106:17

111:8 136:11
138:22 139:3
145:22
**seeing** 11:1 30:3
30:10 31:21
32:3 45:7 48:13
48:21 53:10
56:16 62:2
68:19 69:1 70:8
72:1,9 74:6,14
77:9 85:6 90:25
92:1 96:2,10
97:16,24 100:3
100:22 102:9
**seek** 53:5
**seeking** 5:23 6:3
14:3 106:23,24
**seeks** 3:2 76:14
104:21
**seen** 65:24
**segment** 38:12
112:6,9,11
120:24 121:1
130:19,21
146:19
**Senate** 2:3,4,7,14
2:17,21 6:1
29:5 50:16
94:12 95:21
104:1 105:24
106:3,6 143:12
**send** 18:5 80:15
80:17
**sends** 123:4
**seniors** 132:16,18
**sense** 35:24 36:8
39:3 49:13 69:8
70:3
**senseless** 126:4
**sensitive** 8:12
11:17 36:6
40:10 109:13
**sent** 16:15,22
27:13 67:1
81:10
**sentence** 55:11
**Sentencing** 55:13

**separate** 76:10
**separation** 76:8,8
76:15 133:13
**Separations**
133:7
**seriously** 12:1
**served** 83:20
**serves** 84:3
**service** 26:24
81:3 84:12,15
127:3
**serving** 83:22,24
**session** 1:11
74:20 92:6,8,12
102:5,5 110:21
140:25
**set** 16:25 35:25
63:23 138:23
141:12 147:21
**Setting** 117:24
**settlement** 80:11
**settles** 6:1
**seventy-seven**
79:12
**severity** 82:8
**shakes** 90:5
**shameful** 135:13
**share** 106:12
**shared** 51:11
**Sharon** 84:5
**shed** 135:13
**shift** 70:14
**shifted** 57:16
**shifting** 122:24
123:14
**Shoaf** 63:18,21
64:8,16
**short** 53:20 67:13
**show** 2:13 28:22
29:9 31:4 32:25
37:18 41:4
43:15 46:15,25
47:1,13 49:22
52:15 54:9,19
54:21 58:10
60:16,25 63:15
68:2 71:4 73:6

75:19 79:4,14
79:20 82:20
86:1,2 89:15
93:2 95:5 96:23
98:15 101:13
103:3,6,21,21
129:3,3,4
135:11 149:15
showed 143:20
shows 12:19
109:16,16
138:10
shuddered 48:8
sick 70:14
side 104:6
sides 114:11
signature 3:7
19:15,16 130:5
145:15
signatures 3:7
signed 19:3 69:9
70:17 87:5
significant 49:5
significantly
131:11
signify 30:25
32:21
signing 133:6
silence 124:24
134:12
simple 16:1 50:5
52:24 53:25
59:20 61:11
88:17 89:5
simplest 125:25
simply 7:23 10:4
51:14 76:20
101:23 147:21
148:8
simultaneously
147:17
sincerity 12:19
Singapore 145:9
sir 10:10
Sirois 139:14,16
139:18
sit 61:23 93:17

110:15
site 29:23
sitting 141:15
situation 44:6,24
74:22
situations 24:3
Skidmore 31:6,9
31:11 32:4
46:17,21,23
47:16,19,21
48:11,23 49:16
54:11,15,17
60:19,22,23
61:1 68:4,7,8
68:18 69:6 70:8
70:10 71:7,11
71:12 72:9,11
72:25 73:8,9,13
73:14 74:14,16
75:13 79:16
82:22 83:1,3
84:17,19 85:6,8
85:21 91:8,10
93:4,8,10 94:6
94:9,22 95:8,12
95:14 96:1,10
96:12,17,25
97:4,6,24 98:1
98:15
Skidmore's
48:20 70:24
97:23 104:25
105:8
slaw 4:10
slight 119:15
slowly 135:13
small 49:2,5
118:16 119:5
141:24
smaller 131:12
smoothly 135:22
Snyder 81:19,21
142:19,20,22
social 44:19
socioeconomic
144:25
SOEs 80:15

101:25
solicit 7:21 10:13
soliciting 7:2
somebody 33:22
140:14 147:19
someone's 7:20
108:24
son 84:6,8
sorry 9:19 23:2
50:15 63:18
86:2,12 98:14
sort 27:20,20
46:4
sources 113:21
Spanish 34:17
speak 21:9 34:15
34:16 105:22
speaker 2:2,6,11
2:20,24 6:9,10
6:14,19,21 7:8
7:10,13,15 8:3
8:7,14,16 9:3,9
9:14,19,22,25
10:2,6,10,19,22
11:8,10 12:6,9
12:13,15,23
13:4,6,17,20
14:9,11 15:7,14
15:17,20,24
16:2,6,8,17,19
17:4,8,10,14,19
17:21 18:6,8,12
18:14,18,21
19:4,6,18,20,25
20:3,6,8,16,18
20:22 21:2,4,19
21:21,25 22:2,5
22:7,12,14,19
22:22 23:1,5,12
23:14 24:5,8,14
24:16,18,21,24
25:1,5,8,16,18
25:23 26:1,1,5
26:7,15,17,25
27:3,22 28:5,6
28:11,14 29:8,9
29:16,19,25

30:1,5,6,8,9,12
30:23 31:9,12
31:19,23,24
32:1,2,5,19
33:6,9 34:22
35:4,5,7,8,11
36:11,15 37:9
37:12 38:7,16
39:9,11,12,14
39:15,19,21
40:3,8,23 41:9
41:12,15 42:4,7
42:8,10,11,16
43:9,21,24 45:4
45:5,9,10,12,13
45:17 46:7,21
46:24 47:1,7,10
47:13,19,22
48:9,10,15,16
48:18,19,24
49:15,16 50:2,4
50:20,21,25
51:1,3,4,9 52:7
52:20,23 53:7,8
53:12,13,15,16
53:20 54:4,15
54:18,21 55:2,5
56:12,13,18,19
56:21,22 57:1
57:19,24 58:4
58:24 59:2,6,9
59:10,12,13,17
59:25 60:1,4,11
60:22,24 61:1,7
61:10,15,16,21
62:4,5,7,8,12
62:17,22 63:8,9
63:22 64:6,14
64:23 65:2,5,9
65:12,13,15,16
65:21 66:7,9,18
66:22 67:9,12
67:19,20 68:7,9
68:16,17,21,22
68:24,25 69:5
70:6,11,22
71:11,13,24

72:3,4,6,7,12
72:25 73:13,15
74:3,4,8,9,11
74:12,17 75:13
75:25 76:3 77:7
77:11,12,14,15
77:19 78:6,8,19
79:13,14,20
80:3,5 81:11,14
81:15,17,18,22
82:13 83:1,4,10
83:16 84:17,20
84:22,25 85:1,3
85:4,9,20,21
86:8,12,14,19
87:12,15,16,18
87:19,24 89:9
89:22,25 90:21
90:22 91:2,3,5
91:6,11,23 92:4
92:20,21 93:8
93:11,15,25
94:1,3,4,10,22
95:8,12,15,25
96:4,5,7,8,13
96:17 97:4,7,12
97:18,19,21,22
98:2,8,21,25
99:18,22,23,25
100:1,6,20,25
101:7,20,22
102:7,11,12,14
102:15,23
103:9,13 104:3
104:13,15,18
107:22,23,25
108:2,5 110:6,8
110:10,13
112:5,10,15,17
112:20 115:4,5
115:7,9,12
120:19,20,23
120:25 121:5,7
121:10 125:2,5
125:7,10
128:11,14,17
128:20 130:15

130:18,20,24
131:1,4 134:23
135:1,3,6
139:10,13,16
139:19 142:15
142:18,20,23
144:5,8,10,13
146:16,20,24
149:6,14,15
Speaking 91:23
special 92:15
112:3 120:4
141:1
special-order
28:1
specific 11:12
22:17 27:10
55:22 127:6
147:21
specifically 3:6
4:17 7:18 13:14
14:6,16 27:7
28:17 119:10
119:24 129:19
specified 97:11
spectrum 75:9
speech 94:17
speed 123:8
spend 28:2
spent 135:8
spoke 104:24
sponsor 4:6 6:11
8:4 27:25 30:2
31:20 34:23,23
34:24,25 42:4,5
44:6 45:6,6
47:14 48:12,13
50:22,23 53:8,9
56:13 59:7
65:10 68:17
71:25,25 74:5,5
77:8,8 79:21
81:12,12 90:24
93:22,23 96:1
97:12,13,14
102:8,8 129:10
129:18

sponsors 94:13
139:21
spot 137:20
spotlight 5:2
stab 10:8
staff 85:15
148:13
stamp 23:20
stand 58:16 62:1
63:25 64:12
133:9 134:18
143:3
standard 143:2
standing 61:21
stands 99:12
star 38:23
start 14:12 27:23
38:4 104:11
110:14 112:21
115:13 148:17
starts 92:8
state 5:7,18 11:13
13:24 14:19
15:5,11 17:12
20:1,4,19 21:6
21:10,14 34:17
36:20 44:2,10
55:11 56:9 64:4
64:11 66:4
76:25 77:1
78:12,13 80:11
82:5 83:18
84:16 87:6 88:4
88:24 94:13,16
94:18 108:10
109:25 112:24
113:24 115:19
118:2,3 119:5
123:4,4,9,10
127:6 129:15
129:20 133:1
133:15,16,19
133:21 134:3
134:17 139:8
142:6,7,13
144:1 148:23
State's 3:9 38:25

stated 111:20
133:24
statement 3:19
14:12 20:24
126:3
statements 14:8
states 5:8 14:4
16:10,14 33:16
33:23 38:10,19
39:6 76:18
83:21 108:21
113:14 125:14
136:1 137:13
137:15 138:10
147:17 148:5
states' 76:9
stating 13:23
stations 126:20
statistics 145:2
Statue 13:25
status 22:16 36:1
57:8 59:23
118:21
statuses 36:2
37:4
statute 5:14 14:4
14:5 16:13
17:24 80:21
81:9 82:4 106:7
106:18,18
statutes 17:24
stay 122:10
steal 63:22
step 43:2 71:16
140:17
stifle 131:14
stole 63:18
stop 19:9 46:5
78:3 83:10,11
86:14 93:15
104:11
stopped 117:3
stops 106:16
storm 64:20
story 115:14
streamline 15:4
22:3

streamlining 3:3
Street 1:24
stricken 106:19
106:24 107:10
stricter 114:3
strike 6:15
strip 131:14
struck 107:11
structure 117:2
119:20
structured 104:4
struggling 102:4
student 116:12
students 35:17
35:23 116:2,25
stupid 124:7
subject 101:5
139:24
subjected 99:16
submit 5:20
10:16 68:14
70:19 87:2
submitted 44:7
105:3
subparagraph
16:14
subsection 106:7
106:8,11,14,14
106:22
subsections
106:15
subsequent 27:6
substantially
111:4
substitute 30:6
31:24 35:5
39:12 42:8
45:10 48:16
51:1 53:13
56:19 59:10
62:5 65:13
68:22 72:4 74:9
77:12 81:15
85:1 87:16 91:3
94:1 96:5 97:19
99:23 102:12
substituted 2:4,7

success 3:3
sufficient 137:6
suggest 141:13
suggests 27:10
suit 80:11
Suite 1:24
summer 115:22
116:1,11
supervisor 18:10
20:12,12 21:9
24:1 26:4 42:21
59:3 61:12
62:15,23 63:3
65:6 68:12
69:23 70:17
80:8 85:14
86:21,23 88:15
102:1 127:15
127:15 128:1
137:23
supervisors 3:10
17:16 18:4,23
20:19 29:3
66:12 69:13,17
85:11 87:10
99:3 105:2,5,19
supply 105:9
support 32:17
36:10 39:8 43:5
43:8 46:7 54:2
59:24 63:6
94:21 100:18
105:4 108:13
110:2 114:17
118:6 125:20
143:21 149:5
supported 56:1
supporting 119:6
130:14
supports 75:8
supposed 113:14
suppress 114:19
144:23
suppressing
114:11
suppression
131:17 132:15

Supreme 33:17
sure 13:13 24:23
 26:19 27:15
 28:19 34:8
 50:11 52:5 53:4
 53:25 57:16
 58:2 59:21 60:8
 66:4 72:16 75:2
 75:8 100:10
 107:16,16,19
 109:3,12,21,22
 110:3 115:17
 116:2 127:19
 128:8 145:15
 149:3
surely 88:16
surgery 40:12
surprise 77:19,19
survive 134:21
survived 84:5
sworn 69:18
system 15:12
 16:1 90:16
 116:23 135:25
 136:4 137:14
 137:15 143:14
 143:20 146:7
 147:23,25

T
tabling 116:11
tabulators 130:3
take 10:8 11:24
 12:1,17 19:9,21
 88:7 94:10
 99:13,14
 101:24 116:1
 123:3 127:2,9
 139:5 140:5
 141:1,14
taken 20:20 29:5
 65:8 109:8
takers 97:25
takes 77:3 134:1
talk 61:22 110:14
 121:13,13
 122:23 132:23

145:23,25
 149:1
talked 26:18
 39:24
talking 6:16
 34:16 116:16
 124:20 129:18
tantamount
 51:20
targeting 119:13
tarnish 45:24
task 69:16
tax 11:1
teacher 115:22
 115:25
teaching 115:25
team 7:22 10:13
 64:10 146:25
technologically
 126:11
technologies
 73:23
technology 75:3
 80:18
tedious 55:22
teed 63:23
telehealth 74:18
 74:21 75:7
tell 113:4 121:15
 123:2 124:4
 126:14 132:17
 134:15 142:7
telling 115:14
template 105:14
 105:15
ten 51:25
ten-minute 104:6
tend 136:17
 138:11
tens 113:10
term 6:6
terms 55:10
text 67:1
thank 2:23 4:8
 6:13,20 7:9,14
 8:6,15 9:8,21
 10:1,9,21 11:9

12:8,14,24 13:5
 13:19 14:10
 15:8,23 16:7,18
 17:9,20 18:7,13
 18:20 19:5,19
 20:2,7,17 21:3
 21:20 22:1,6,13
 22:21 23:8,13
 24:7,15,20,25
 25:7,17 26:1,6
 26:16 27:2
 28:13 29:18
 30:11,22 31:11
 31:19 32:4 33:8
 35:10,12 36:14
 38:6 39:17,20
 40:1,7,21 41:14
 42:15 43:7,23
 45:4,16 46:7,23
 47:9,21 48:23
 49:15 50:3 51:8
 52:6,22 53:19
 54:17 55:4
 56:25 57:9,14
 57:17,23 59:1
 59:16,18,25
 60:3,23 61:9
 62:11,21 63:8
 63:21 65:4,20
 66:8,16,17,21
 67:7,11 68:8
 69:4,6 70:5,10
 70:11 71:12
 72:11 73:14
 74:16 76:2
 77:18 78:5,7
 80:4 81:21,23
 83:3,15 84:19
 85:8,20 86:11
 86:18 87:23
 89:24 90:21
 91:10,11,22
 92:3,20 93:10
 93:21 94:9
 95:14 96:12
 97:6 98:1,24
 100:5,18,24

101:6,21
 104:12,18
 107:22,24
 108:4 110:4,7
 110:12 112:14
 112:19 115:4,6
 115:11 120:19
 120:22 121:4,9
 125:4,9 128:10
 128:13,19
 130:17,23
 131:3 134:25
 135:5 139:9,12
 139:18,20,21
 139:23 142:17
 142:22 144:7
 144:12 146:23
 146:25 148:9
 148:11,13
thankful 111:19
thanking 84:13
thanks 6:22
 95:15
theft 11:25,25
theory 137:18
they'd 11:6
thing 11:20 15:10
 74:24 77:24,24
 80:19 85:19
 118:10 126:1
 140:11,12,24
 142:24 143:1
 143:25
things 5:5,19
 14:24 15:1
 40:14 49:8
 88:10 90:5
 91:15 100:11
 107:7 110:18
 112:22 115:21
 121:21 132:2
 132:19 138:25
 143:18 149:1
think 9:4 10:7,10
 11:11,20 12:16
 12:19 18:9
 20:10,23 39:23

43:1 51:19 57:2
 57:6 59:23 66:5
 66:24 70:2 75:7
 77:23 78:2 90:8
 90:16,18 91:18
 103:4 107:15
 110:4 114:14
 114:15 115:13
 115:15 118:1,4
 119:6,25
 120:14,15
 121:16,16
 122:19,21
 138:7 139:1,25
 140:9,14 142:1
 142:12,24
 143:10,22
thinking 64:21
 122:22
third 39:3 103:6
 103:11,15,23
 111:12
third- 48:25
third-party 4:3
 6:23 8:19,22
 10:17 11:5,17
 23:19,22 25:9
 31:16 33:21
 37:6 41:16,22
 43:3 44:2 45:2
 45:20 47:24
 52:1,25 116:23
 117:18 118:15
 118:23 121:25
 122:9 126:22
 127:1 136:12
 136:20 148:18
Thirty-one 79:12
Thomas 128:4
Thompson
 150:13
thought 109:9
 119:19,20
thoughtful
 100:15
thousands 38:13
 113:10 136:5

three 91:17
  108:11 111:9
  117:20
thrive 134:22
throwing 45:24
thunder 63:19,23
ticket 123:1,2
tighter 138:12
time 2:5,8,14
  3:17 7:25 23:15
  23:17,20 24:13
  26:12 27:22
  36:11 46:8 64:1
  64:11 67:20
  70:16 73:24
  77:2 78:20
  82:13 84:18
  99:13 103:11
  103:15,23
  104:7 105:10
  108:14 112:5,8
  112:10 114:15
  115:25 116:4
  120:24,25
  123:2 126:12
  126:23,24
  127:2,10,13
  128:21 130:18
  130:21 131:18
  133:25 136:8
  143:12 146:15
  146:19,21
  148:24
timeline 4:17
  100:11,12
timelines 132:20
timely 83:13
  101:3
times 51:10
  69:19
title 2:5,8,15 28:8
  29:13 33:3,18
  36:19 41:7
  43:18 46:18
  54:12 61:5 71:8
  73:10 79:17
  82:23 86:5

89:19 93:5
  95:10 98:18
  103:11,15,24
to-run 5:6 106:5
  147:9
today 50:17 56:2
  64:1 83:17
  90:13 93:19,19
  100:9 111:18
  114:25 115:2
  116:23 128:23
  129:2 140:13
  141:6 143:13
  144:22
told 119:22
tool 111:1
topic 4:11 5:6
tornadoes 64:18
total 38:1,2 104:7
totally 111:14
  118:11
touch 124:2
  140:12
touchdown 64:18
track 91:19
trail 44:8
trained 105:12
training 3:8
  105:16 142:12
transcript 150:3
TRANSCRIPT...
  1:10
TRANSCRIPT...
  150:1
transient 59:20
  108:20
transparency
  90:8 91:20
  111:6
transparent
  92:13,18
trash 140:9
tricky 141:3
tried 126:9
tries 34:8
triggers 147:6,8
trouble 124:5

true 131:14
  145:1 150:2
Trump 136:7
Trump-appoin...
  94:18
trust 36:3,4,5,5
  124:16 136:7
  146:12
trusted 40:16
  118:13
trustworthy
  118:5
try 45:25 127:12
  127:13 144:17
  145:22
trying 27:11 49:2
  49:7 50:11 63:2
  86:12 88:6,12
  108:23 113:17
  124:24 135:8
turn 24:3 117:8
turned 22:25
  23:11 42:22
  116:4
TV 126:20
two 14:24,25
  50:19 51:13
  108:10 116:10
  137:13 139:21
  143:10
type 44:24 105:4
  105:5 109:13
  118:10 120:3
  126:14
types 51:15
typing 27:18

U
U 39:5 129:23
U.S 7:6,12,18,19
  8:1 9:2 10:5,18
  12:5 25:15
  113:12 119:14
UCF 35:16
  116:11
uh-oh 132:1,7
ultimate 143:9

un-American
  110:20
unable 21:16
  28:25 73:21
unanimous 81:25
unclear 122:7
unconscionable
  51:13
unconstitutional
  94:17 132:24
  132:25 133:2
undemocratic
  139:3
undergo 3:7
understand
  15:21 51:11
  71:18 100:17
  111:14 121:18
  124:21 143:7
  146:7
understanding
  29:6
understands
  23:23
underwater 77:1
undue 32:15 63:3
  69:10,12,21
  127:25
unemployment
  142:11
unexpectedly
  83:19
unfairly 42:1
unfortunately
  137:17
UNIDENTIFI...
  2:2,16 9:18
UnidosUS 113:2
uniform 20:11
  21:6 81:3 85:16
unintentionally
  33:12
union 5:8
unique 5:11
  22:17 146:4
  147:14,23
  148:2

United 33:15,23
  38:9,19 39:6
  76:18 83:21
  108:21 113:14
  125:14
University 52:2,4
  52:9 115:23
  116:8
unlock 79:6
  149:8
unnecessary 43:2
  43:7 117:20,23
  118:1,23
unofficial 76:22
upcoming 92:8
update 66:16
updated 148:24
updates 3:11
upended 117:2
upheld 143:24
uplift 114:20
urge 32:17 54:2
  94:21
use 3:13 15:12
  111:25 112:1
  126:24 140:2
useless 56:3
usually 145:5,6
utilize 114:2

V
vacuum 138:9
valid 85:14
validity 83:6
values 75:9 116:7
  120:16
variety 82:3
various 87:8
  129:14
Vecino 113:2
Vehicles 10:25
  38:21 129:22
vein 73:16
Venezuelan
  36:25
verbatim 17:23
verification

16:12,23 17:6
27:21 130:6
**verifications**
145:15
**version** 13:21
14:15 28:16,21
29:6
**versus** 90:4
121:17 122:18
123:20 124:1
124:15
**veterans** 132:16
**vetted** 8:10
**Vice** 4:15,19,21
5:11,24 6:4,5,8
22:10,16 76:17
106:25 107:11
107:13 119:24
147:5,9,20
148:1
**video** 73:19 74:2
75:1
**view** 4:13
**VII** 33:18 36:19
**violating** 137:6
**violation** 12:12
**violations** 4:2
99:10
**viral** 44:20
**vital** 50:12
**voice** 111:2
114:24
**voices** 114:21
131:14
**volleyball** 64:10
**volunteer** 25:12
51:23 117:25
118:17 127:8
**volunteering**
11:4
**volunteers** 32:14
118:20 119:10
126:24
**Vota** 113:2
**vote** 3:9,23 7:3
13:10,13,24
14:18 16:12

17:2,7 18:11,23
19:14 20:14
21:8 28:25 29:2
29:22 30:15,19
35:18,21 44:4,5
44:12,16,23
46:3 51:17 52:6
52:9 54:1 55:19
55:25 56:4,5
57:5 58:10 60:7
60:16 62:15
63:7,15 66:5,25
67:5,6 70:4,21
70:23 71:4
72:14,15,23
73:6 74:23 75:4
75:4,11 78:21
78:24 79:7,11
80:9,15,22 81:9
82:12,15 83:7
85:11,16 86:1
86:21,22 87:5,8
88:8,12 89:8,15
92:18 93:2 95:5
96:16,23 97:9
98:7 102:3
111:11 113:4
114:2,7,12,16
114:19 115:1
115:14,18
116:3,5,9,18,22
116:25 117:16
118:7 119:4
120:13,17
122:3,9 123:13
123:16,24,25
124:24 125:12
125:18,25
127:4,20,21
128:9,24,25
129:4,5,8,9
131:16,20,22
132:10,10,14
132:17,18
134:22 135:20
136:1,4,10,11
136:17 137:13

138:3,4 139:7,8
140:15,19,21
143:25 144:2,4
144:24 145:3,6
145:9,10,11,14
146:3,11,14
148:25 149:9
149:13
**voted** 79:8,9
106:1 125:19
136:5 149:10
149:11
**voter** 3:21,24,25
4:3 6:23 8:22
10:14 11:2,4,5
11:18,22 13:9
13:22,23 14:8
14:13,23 16:14
16:22 17:17,25
19:3 22:23 23:9
23:17,22 25:9
25:10 26:21
27:18 28:25
29:20 31:15,16
32:8,11,14,16
33:21 35:24
36:7 37:6 38:11
38:22,24 39:7
41:22,24 42:21
44:2 45:2,20
47:25 48:2 49:1
49:4 50:8 52:1
55:18 56:3,7,10
59:23 70:16
72:17 85:12
86:22 111:10
112:25 113:16
113:20,22
116:14,23
117:2,3,8,19
118:15 122:24
126:2 127:1
129:5 130:1
131:11,17
132:15 135:19
136:12,15,20
136:23 137:25

139:7 140:10
148:18 149:3
**voter's** 7:5,24
10:15 12:2
13:13 25:22
148:19
**voters** 3:25 8:24
15:12 18:10
22:24 23:10
28:17 36:10
41:23 42:1
51:25 55:7,25
59:4 65:7,8
71:15,17,21
73:25 75:4 76:6
76:25 80:14,16
80:23 81:2,3,3
86:25 91:20
95:22 98:4
102:3 105:21
108:25 109:5
109:17 122:10
122:16 126:22
129:22,24
136:3,3,19,20
137:10 139:2
145:3,21
**voters'** 11:3
**votes** 78:13
144:23
**voting** 13:2 28:19
29:3,22 34:13
34:20 55:9 56:2
66:13 67:3,17
91:22 111:1,13
114:2,23 115:2
124:23 125:15
130:13 137:16
138:11 144:14
144:17 146:12
146:14
**vu** 117:14

————————
**W**
**wages** 108:8
**wait** 102:2
120:11

**waited** 138:22
**waive** 102:22
112:8 120:24
130:18 146:15
146:18
**waived** 103:10,10
103:14 130:20
146:20
**Waiving** 102:23
112:10
**Waldron** 9:3
10:20,21 25:25
**walk** 122:2
**want** 7:6,18
10:17 12:2,5,19
13:12 20:10,20
27:20 35:12
38:17 51:16,16
58:1,18 59:18
59:21 61:22
62:14 76:6
77:24 88:6
90:19 92:5
96:14 105:22
107:4,7 109:3
109:12,14,21
109:22 111:9
112:21 114:14
114:18,20
115:13 117:17
119:17 122:20
122:23 123:23
123:24 126:24
127:9,13,23
128:3 129:12
132:19,23
134:17 139:21
139:22 140:12
141:5 144:1
145:23 148:12
**wanted** 35:18
64:1 116:6,7
135:24
**wanting** 8:23
51:20
**wants** 76:17
113:9 133:17

**Washington** 1:24
**wasn't** 44:17,18
  55:19 116:8
  117:4
**waste** 127:13
**watching** 84:9
  114:25 124:20
**Waving** 120:25
**way** 13:11 33:16
  40:17 44:14
  46:2 50:19
  66:15 71:16
  88:13,14
  109:24 117:13
  126:10 130:11
  136:10,17
  137:13,19
  143:6
**we'll** 9:6 27:15
  52:9 112:6
**we're** 6:24 7:1,20
  7:23 9:1 10:12
  10:14 18:3 19:7
  21:15,17 26:11
  27:11,23 34:14
  34:16 36:7
  39:15 40:19
  41:19 42:11,20
  46:4 48:19
  50:11 52:5
  59:13 64:21,21
  65:16 69:22,23
  72:7 74:12
  77:15,22 78:24
  81:18 84:22
  85:4 87:19 91:6
  94:4 96:8 100:2
  104:4 105:2,3
  107:6 108:15
  109:3,12,13,17
  109:23 111:16
  111:25 112:3
  117:14 119:22
  122:22 123:21
  124:13 128:23
  132:9 141:2
  142:8 144:20

**we've** 39:24
  74:19 98:8
  110:21 111:21
  120:4 122:24
  141:6,14
  144:14 148:14
**website** 14:2
  26:21 55:16
  99:2 126:7,9,12
**websites** 126:10
  126:20
**weekly** 26:3,11
**welcome** 58:18
  60:2 62:19 64:5
  64:6,12,14 85:7
**welcoming** 84:13
**well-run** 135:12
**well-vetted** 36:2
**went** 33:16 55:15
  143:15
**weren't** 35:17
  123:16
**white** 136:19
**wholeheartedly**
  35:14
**wife** 84:5,6
**wild** 118:22,22
**wildly** 14:25
**wiles** 124:14
**Williams** 58:21
  58:24 59:1,19
  60:1,3,11 64:24
  65:2,4,22 66:10
  67:10,11,21
**willing** 124:13,14
  124:17
**wills** 124:14
**Wilson** 141:8
**winning** 120:7
**wishes** 59:14
**wishing** 42:12
  51:4 85:5 87:20
  96:9 100:21
**withdrawing**
  29:8
**withdrawn** 29:10
  46:25 47:2,11

  47:14 54:20,22
  60:25 79:21
**withdraws** 61:2
**women** 131:25
**won** 64:2,11
**wondered** 58:12
**wonderful** 8:25
**wondering** 16:13
**Woodrow** 141:8
**Woodson** 9:5,6,8
  9:25 10:1 29:12
  29:16,18 30:11
  61:4,7,9,17
  62:1,19,21 63:9
  100:4,5 125:6,7
  125:9
**Woodson's** 62:18
**words** 111:17
**work** 9:12,16
  15:5 33:25 34:4
  36:3 37:5 38:14
  38:18,19,25
  39:1,2,6 40:21
  62:14 70:14
  77:4 82:5 88:6
  88:24 89:2
  97:15 108:14
  113:1 127:22
  127:23 134:1
**worked** 84:4
  135:10 136:13
**workforce** 38:12
**working** 15:11,18
  40:10,12
  108:10,12
  113:12 137:1
  144:20
**working-class**
  108:13,17
**workings** 146:8
**works** 111:8
  134:6 143:14
**world** 73:22
  135:11 142:9
**worse** 93:16
**worth** 91:16,17
**wouldn't** 8:9

  88:20
**writing** 70:19
  99:8 100:12
**written** 5:22 38:8
  68:14 88:23
  147:7
**wrong** 49:8 66:2
  88:10 109:14
  112:22 139:3

_____

**X**

_____

**Y**

**yea** 2:9 30:25
  32:21 37:14
  40:25 43:11
  46:11 49:18
  52:11 54:6 58:6
  60:13 63:11
  67:23 70:25
  73:2 75:15
  78:25 82:16
  85:23 89:11
  92:23 94:24
  96:19 101:9
  102:24 103:17
**Yeah** 2:10 6:24
  15:8
**year** 64:3 83:20
  111:12 116:20
  141:2,4
**year's** 138:22
**years** 5:3 21:24
  50:19 51:13
  99:14 120:5
  122:17 135:8
  135:10 136:4
  136:10,13
  137:10 138:11
  143:10 148:7
**yeas** 31:1 32:22
  37:15 41:1
  43:12 46:12
  49:19 52:12
  54:7 58:7 60:14
  63:12 67:24
  71:1 73:3 75:16

  79:1,12 82:17
  85:24 89:12
  92:24 94:25
  96:20 101:10
  102:25 103:18
  149:14
**yesterday** 64:17
  143:17
**yield** 104:14
  108:1 110:9
  112:16 115:8
  121:6 125:6
  130:25 135:2
  142:14
**young** 93:17
  116:16 131:25

_____

**Z**

**Zoom** 73:22,22

_____

**0**

**003387** 37:21
  40:24
**022435** 58:22
  60:12

_____

**1**

**1** 16:14 18:1
  101:25
**1,000** 50:14
**1.5** 55:12
**10** 24:1 47:24
  49:3,11
**100** 140:7
**100,000** 109:7
**1000** 50:15,18
  51:12
**101.662** 80:21
**106.232** 13:25
**10th** 90:11 92:10
**112319** 73:11
  75:14
**119** 88:2
**11th** 143:19
**12** 39:19
**13** 94:7
**1361** 75:23
**1366** 79:18

**1367** 79:19
**1375** 75:24
**146751** 61:6
  63:10
**15th** 142:8
  144:18
**1618** 18:22
**1620** 18:23
**1730** 1:24
**179121** 68:5
**18** 116:4
**1853** 80:1,25
**186** 105:24 106:3
  106:7
**1870** 144:18
**1883** 80:1
**1889** 82:24 83:5
**1890** 94:12
**1890's** 95:21
**1892** 82:24 83:6
**189875** 47:17
  49:17
**1906** 86:6
**1907** 86:6
**1965** 122:4,5
**1971** 144:20
**1972** 83:22
**1981** 75:1
**1982** 83:25
**1984** 83:22,25
**19th** 144:18

—————
**2**
**2** 28:2 38:1,4
  94:7
**2.6** 142:11
**20** 142:8 146:2
**2000** 135:7
**20036** 1:24
**2007** 115:23
**2010** 116:8
**2011** 117:1,13
**2012** 109:6
  117:13
**2013** 109:7
**2018** 55:6 105:23
  106:2

**202** 1:25
**2020** 127:16
  135:15 143:4
**2021** 50:15 94:11
**2022** 80:10 94:14
**2023** 1:13 2:1
  18:1 75:2
**2024** 101:24
  102:3
**2025** 101:25
**210825** 31:7
**232-0646** 1:25
**237207** 64:25
  67:22
**245-6500** 56:10
**250** 50:14
**250,000** 50:6,9,18
  51:12
**2547** 89:20
**2657** 89:20
**2676** 93:6
**2677** 93:7
**2693** 95:10 97:2
**2694** 95:11 97:3
**26th** 144:19
**2726** 98:19
**2727** 98:19
**2762** 101:19
**2763** 101:19
**28** 1:13 2:1

—————
**3**
**3** 106:15,22 132:3
**30** 57:12 145:8
**3000** 94:12,15
**329933** 95:10
  96:18
**338677** 75:23
  78:25
**34** 27:24 149:14
**357** 28:9 29:14
**358** 28:9 29:14
**385157** 47:5,14
**39** 28:2 38:1,4
**390** 31:8,13

—————
**4**

**4** 6:16 55:7
  106:15
**40** 81:20 104:6
**405** 33:4,21
**408** 37:22
**410** 37:22
**412** 31:8,13 33:4
**428031** 98:19
  101:8
**432** 41:10
**441** 43:19 46:19
**456** 47:6
**457** 47:6
**48** 47:18 50:1
**48-hour** 117:8
**488** 47:23
**489919** 28:9
**49** 92:2
**4A** 106:7,8

—————
**5**
**50** 147:16 148:5
**50,000** 12:11,16
  25:10 50:10,15
  50:15
**516227** 29:14
**520495** 46:19
**540** 52:19
**542** 54:13
**543** 41:10
**55** 145:7
**563761** 93:6
  94:23
**570** 16:9
**571571** 89:20
  92:22
**575** 55:1
**584** 17:22
**586** 17:22
**597647** 79:25
  82:16

—————
**6**
**6** 111:24,25 112:1
  122:4
**60,000** 50:6,10
  51:19

**60s** 145:4
**634** 58:23 60:21
**65** 55:6
**65035** 83:3
**650351** 82:24
  85:22
**67** 80:13 87:9

—————
**7**
**7** 106:14
**7050** 1:12 2:3,6
  2:18 101:14
  103:10,15
  104:1,5 149:7
**7067** 2:4,7 111:4
**732** 61:14
**738893** 49:25
  52:10
**742** 61:14
**75** 143:4
**76** 149:14
**767** 65:1
**77** 6:16 145:5
**799541** 52:18
  54:5

—————
**8**
**8** 106:12,14
**80** 104:7
**802863** 79:18
**804** 65:1
**812** 1:24
**822721** 101:18
  102:24
**841973** 54:13,22
**850** 56:10
**865037** 70:24
  71:9 73:2
**875** 68:6
**883951** 60:20
  61:2
**888663** 86:6
  89:10

—————
**9**
**90** 50:16 99:10
  143:12
**921** 94:15

**922361** 97:2 98:9
**928** 71:9 73:11
**929** 71:10 73:11
**947595** 33:4
**955301** 43:19
  46:10
**96** 145:10
**97.071** 17:24
**97.073** 16:14
**978145** 54:25
  58:5
**978727** 41:8
  43:10
**99.012** 106:7,18