UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

Plaintiffs,

v.                                                              Case No. 4:23-cv-215-MW-MAF

CORD BYRD, et al.,

Defendants.
_____/

# EXHIBITS TO THE ATTORNEY GENERAL'S RESPONSE TO PLAIINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT

In accordance with this Court's instructions, ECF No. 117, this document contains the Attorney General's exhibits to her response to Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress and Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Humberto Orjuela Prieto, and Esperanza Sanchez's Motion for Partial Summary Judgment, ECF No. 205.

1

| Exhibit Number | Exhibit Description |
|---|---|
| <u>1</u> | Excerpts from the Deposition of Elizabeth Guzzo |
| <u>2</u> | Excerpts from the Deposition of Director Darlington |

Date: February 13, 2024

        Respectfully submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**

        */s/ Stephanie A. Morse*
        STEPHANIE A. MORSE (FBN 0068713)
        SPECIAL COUNSEL
        Stephanie.Morse@myfloridalegal.com
        NOAH T. SJOSTROM (FBN 1039142)
        Assistant Attorney General
        Noah.Sjostrom@myfloridalegal.com
        Office of the Attorney General
        Complex Litigation Bureau
        The Capitol, PL-01
        Tallahassee, Florida 32399-1050
        850-414-3300
        *Counsel for Attorney General*

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that this document complies with the typeface and formatting requirements in Local Rule 5.1.

/s/ *Stephanie A. Morse*
Stephanie A. Morse

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February 2024, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

/s/ *Stephanie A. Morse*
Stephanie A. Morse