```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                    TALLAHASSEE DIVISION
 4    ---------------------------x
 5    FLORIDA STATE CONFERENCE   :
 6    OF BRANCHES AND YOUTH      :
 7    UNITS OF THE NAACP, et al.,:
 8             Plaintiffs,       :
 9       v                       : Case Nos.:
10    CORD BYRD, in his official : 4:23-cv-215-MW/MAF
11    capacity as Florida        : 4:23-cv-216-MW/MAF
12    Secretary of State, et al.,: 4:23-cv-218-MW/MAF
13             Defendants.       :
14    ---------------------------x
15    (Caption continued on next page)
16              Videoconference Deposition of
17           OFFICE OF FLORIDA ATTORNEY GENERAL,
18      By and through its Designated Representative,
19                     ELIZABETH GUZZO
20                    Conducted Virtually
21                Tuesday, December 19, 2023
22                      10:05 a.m. EST
23    Job No: 518700
24    Pages: 1- 151
25    Reported by: Suja Nair
```

1  it implicates the work product privilege.
2     A.    I mean, as you're aware, that we did
3  sign onto a brief.  Also, I think as I
4  mentioned before, you know, the legislative
5  intent is brought up from the legislators and
6  other election officials, and that's clearly
7  stated.
8          So we did not take a position during
9  the legislative process.  And I think, as the
10 answer says, that it's still ongoing.
11    Q.    Yeah.
12          I'm -- I'm -- I guess, I'm going to
13 rephrase the question.
14          Can you identify any state interests
15 in the challenged provisions that the attorney
16 general has yet to communicate with Plaintiffs
17 in this litigation?
18          MS. MORSE:  Objection to form to the
19 extent it implicates the work product
20 privilege.
21    A.    I'll just defer back to my answer
22 previously that, you know, we did not take a
23 position.  We have joined in the brief, as that
24 is stated, and, you know, the state interest is
25 clearly stated in the legislative intent from

```
 1   and answered.
 2        A.   Yeah.  I would defer back to what I
 3   had said previously if -- that we didn't take a
 4   position on this and that the legislative
 5   intent was clearly listed out with the state
 6   interests listed.  And, you know, the
 7   legislature and other election officials are
 8   the ones that have brought those forward, along
 9   with the appeal that we have joined.
10        Q.   Okay. We'll get to that appeal.  So
11   I think we've established that you've been
12   designated to talk about the state interest of
13   all of these provisions.
14             And you're aware, correct, that your
15   office has asserted state interests defending
16   this provision in this case, correct?
17             MS. MORSE:  Objection to form.  And
18   to the extent it implicates the work product
19   privilege, I object.
20        A.   Yes.
21        Q.   Okay.  And so I'm not asking this
22   question about the attorney general's office in
23   particular, but the state's interests in the
24   felony volunteer restriction.
25             And so can you tell me, is your
```

```
 1        Q.    If the state has not -- so your prior
 2   answers on state interests have wholly
 3   incorporated previous answers from briefing; is
 4   that correct?
 5              MS. MORSE:  Objection to form.
 6        A.    Yeah.  Can you clarify what you're
 7   saying?  I don't want what --
 8        Q.    Yeah.  Sure.
 9        A.    -- I said to be mis-summarized.
10        Q.    Yeah.
11              So we've been -- with several
12   different provisions here, we've been talking
13   about the state interests.  And, in large part,
14   my understanding is that you have not talked
15   about specific interest, but instead referred
16   to the state's previous arguments and briefs in
17   this case.
18              Is that accurate?
19        A.    Yes.  I've referenced back to that,
20   and also, as I said, with the legislature and
21   other statewide -- or excuse me -- other
22   election officials and the -- you know,
23   relaying the legislative intent.  Those are all
24   things I mentioned multiple times.
25        Q.    And if that -- those things that
```