**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**DECLARATION OF ABHA KHANNA IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT**

I, Abha Khanna, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm of Elias Law Group LLP and am admitted to practice in the State of Washington and various courts. I am admitted before this District pro hac vice in the above-captioned matter and am an attorney for Plaintiffs. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' reply in support of Plaintiffs' motion for partial summary judgment.

1

1. Exhibit 1 (ECF No. 225-1) is a true and correct copy of Plaintiffs' stipulation with the Attorney General.

2. Exhibit 2 (ECF No. 225-2) is a true and correct copy of the enrolled version of SB 7050.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 20, 2024

Respectfully submitted,

/s/ *Abha Khanna*
Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law