IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                          Case Nos.: 4:23cv215-MW/MAF
                                      4:23cv216-MW/MAF
                                      4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

Defendant Byrd has filed a motion for my recusal in each of these cases. Given that trial is fast approaching and in order for both sides to be heard on Defendant Byrd's motions in a timely fashion, Plaintiffs shall file expedited responses to these motions **on or before 5:00 p.m. (ET) on Monday, February 26, 2024.**

**SO ORDERED on February 21, 2024.**

                                           **s/Mark E. Walker                
                                           Chief United States District Judge**