UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

CASE NOs: 4:23-cv-215-MW-MAF
4:23-cv-216-MW-MAF
4:23-cv-218-MW-MAF

Plaintiffs,

vs.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et. al.,

Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AND DESIGNATION OF EMAIL ADDRESS

The undersigned hereby files this Notice of Appearance as Counsel for Defendant, CRAIG LATIMER in his official capacity as Supervisor of Elections for HILLSBOROUGH COUNTY, and requests that all pleadings, correspondence and other communications related to the instant cause of action are forwarded to the email and/or physical address provided herein.

*/s/ Colleen E. O'Brien*
Colleen E. O'Brien (FBN 76578)
Hillsborough County Supervisor of
Elections Office
601 East Kennedy Boulevard, 16th Floor
Tampa, Florida 33602
(813) 574-1285
Service Email:
cobrien@votehillsborough.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 23rd day of February 2024, a true and correct of the foregoing was served on all counsel of record through the Court's CM/ECF system.

/s/ Colleen E. O'Brien
Colleen E. O'Brien, Esquire