IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.                                       4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

## THE SECRETARY'S MOTION IN LIMINE
## AS TO DR. LICHTMAN'S EXPERT TESTIMONY

Secretary of State Cord Byrd files this motion in limine, which pertains to Dr. Allan Lichtman's expert testimony. Dr. Litchman's expert report is attached to this motion. **Ex. A.**

1

## Memorandum

According to his expert report, Dr. Lichtman will opine on whether SB7050 "was adopted with the intent to discriminate against minority voters." **Ex. A** at 1. He will offer historical information, statements from legislators and members of the public, and statistics, among other information. This motion doesn't concern these pieces of information.

Instead, this motion seeks to prevent Dr. Lichtman from opining on the state of mind, or providing a conclusion on the intent, of any legislator, any governmental entity, or Governor DeSantis himself in passing, approving, or amending SB7050.

An expert can't opine on someone's or somebody's state of mind or intent. *SEC v. Johnson*, 525 F. Supp. 2d 70, 78-79 (D.D.C. 2007); *Halcomb v. Wash. Metro. Area Transit Auth.*, 526 F. Supp. 2d 24, 29-30 (D.D.C. 2007); s*ee also AstraZeneca LP v. Tap Pharm. Prods., Inc.*, 444 F. Supp. 2d 278, 293 (D. Del. 2006).

More specifically, as this Court has previously said, an expert can't provide a "conclusion about" legislative "intent" in passing a State law "demonstrated by" "history, events, and statements." *Jones v. DeSantis*, 4:19-cv-300, Doc.312 at 2 (N.D. Fla. Mar. 31, 2020) (Hinkle, J.). "Drawing the conclusion is the court's job," and an expert's "conclusion does not help." *Id.*

The Secretary therefore asks this Court to grant his motion.

Dated: February 23, 2024                     Respectfully submitted,

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/*s*/ Michael Beato
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (NYB 5261912)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jcycon@holtzmanvogel.com
Telephone: (212) 701-3402
*Admitted *pro hac vice*

*Counsel for Secretary Byrd*

3

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for the Secretary conferred with counsel for Plaintiffs; Plaintiffs oppose this motion.

> */s/* Michael Beato
> Michael Beato

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), this motion contains 255 words, excluding the case style, signature block, and required certificates.

> */s/* Michael Beato
> Michael Beato

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I filed the foregoing using the Court's CM/ECF system, which will serve a copy on all counsel of record.

> */s/* Michael Beato
> Michael Beato