UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**FLORIDA NAACP PLAINTIFFS' JOINDER OF HISPANIC FEDERATION PLAINTIFFS' MOTION TO LIMIT EVIDENCE RELATED TO IMMIGRATION HISTORIES AND BENEFITS**

Hispanic Federation Plaintiffs filed a motion to limit certain evidence related to immigration histories and benefits of individual non-citizen plaintiffs. Case No. 4:23-cv-218, ECF No. 142. Florida NAACP Plaintiffs, and in particular Plaintiffs Santiago Mayer Artasanchez, Esperanza Sánchez, and Humberto Orjuela Prieto, file this joinder to express that for the same reasons articulated in the motion, questioning about matters such as individual travel patterns and family members is beyond the scope of the relevant issues of this case and should be precluded under Federal Rules of Evidence 401, 402, and 403.

1

Plaintiffs Santiago Mayer Artasanchez and Humberto Orjuela Prieto are lawful permanent residents (LPRs). They provided copies of their green cards to Defendants and answered questions about their immigration histories during their depositions.[1] But some of the questioning went beyond issues of standing and harm. For example, during Mr. Prieto's deposition, counsel for the Secretary asked why he came to the United States, how often he traveled away from the United States, whether he had family in the United States and Columbia, and about his marital status. Exhibit 1, Deposition Transcript of Humberto Orjuela Prieto at 9:11–11:23. At one point, Mr. Prieto requested not to answer questions about his family's location, but he ultimately did. Ex. 1 at 11:1–10. NAACP Plaintiffs' counsel objected to each question contemporaneously and join Hispanic Federation Plaintiffs in asking that the Court limit similar questioning at trial on relevance and FRE 403 grounds.

The Court should not allow the questioning of Mr. Prieto or any other noncitizen plaintiff to transform into an interrogation about their travel patterns, families, or future immigration intentions; that information is not relevant to questions of their standing, nor is it probative to any other fact or defense, including

---

[1] Esperanza Sánchez began this litigation as a lawful permanent resident but became a United States citizen over the intervening months, which was part of the basis for NAACP Plaintiffs' unopposed motion to amend its complaint in December. ECF No. 180. Documentation reflecting Ms. Sánchez's citizenship status has also been produced to Defendants.

2


Defendants' strained articulation of state interests based on noncitizens supposed aggregate flight risks. Moreover, as stated in Hispanic Federation's motion, such questioning would be harassing and chilling, as evidenced by Mr. Prieto's hesitation to provide information about his family.

\*   \*   \*

Plaintiffs respectfully request that the Court grant Hispanic Federation's motion in limine and this joinder motion and limit the questioning of individual non-citizen plaintiffs to the relevant issues of this case.

Dated: February 23, 2024

Respectfully submitted,

/s/ Frederick S. Wermuth

| | |
|---|---|
| Abha Khanna* | Frederick S. Wermuth |
| Makeba Rutahindurwa* | Florida Bar No. 0184111 |
| **ELIAS LAW GROUP LLP** | King, Blackwell, Zehnder & Wermuth, P.A. |
| 1700 Seventh Ave., Suite 2100 | P.O. Box 1631 |
| Seattle, Washington 98101 | Orlando, FL 32802-1631 |
| Telephone: (206) 656-0177 | Telephone: (407) 422-2472 |
| akhanna@elias.law | Facsimile: (407) 648-0161 |
| mrutahindurwa@elias.law | fwermuth@kbzwlaw.com |

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law

rodonnell@elias.law

*Counsel for Plaintiffs*
\* *Admitted Pro Hac Vice*

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that this motion contains 433 words, excluding the case style and certifications.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*