# EXHIBIT 1

Humberto Prieto                              CONFIDENTIAL
December 28, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    Plaintiffs,

vs.                                          CONFIDENTIAL

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

    Defendants.
_____

REMOTE DEPOSITION OF HUMBERTO ORJUELA PRIETO

Thursday, December 28, 2023

10:00 a.m. - 12:18 p.m.

LOCATION OF WITNESS:

Via Zoom

Orlando, Florida


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA


Job No.  341035

Humberto Prieto                         CONFIDENTIAL
December 28, 2023

Page 8

1   studies.  I did not receive a title.
2       Q    But did you assist other civil engineering
3   firms with their work in Colombia?
4       A    Yes, sir.
5       Q    And how long did you do that for?
6       A    For 20 years or a little over.
7       Q    Did you do any civil engineering work in a
8   country other than Colombia or the United States?
9       A    Companies in Colombia do jobs, engineering
10  jobs, in the United States, but I was working with
11  them in Colombia.
12      Q    Have you done any kind of work in a
13  country other than the United States or Colombia?
14      A    No.  No.
15      Q    When did you first come to the United
16  States from Colombia?
17      A    Two years ago.
18      Q    Why did you come to the United States from
19  Colombia two years ago?
20      A    Because my son is a citizen and he claimed
21  me.
22      Q    And by claimed, do you mean he sponsored
23  you to come to the United States?
24      A    Well, he did the paperwork.  And I didn't
25  know how the process works, but he started the

Humberto Prieto                              CONFIDENTIAL
December 28, 2023

Page 9

1  process to claim his family, and he requested me or
2  claimed me.
3      Q    Did you come to the United States on a
4  green card, on a student visa, on a tourist visa or
5  something else?
6      A    Well, when I came, I already came claiming
7  the green card for the United States.
8      Q    As a green card holder, you are authorized
9  to work in the United States, right?
10     A    Correct.
11     Q    And in the two years you have been in the
12 United States, how often have you gone back to
13 Colombia to visit?
14          MS. JOHNSON:  I am just going to lodge an
15     objection to relevance, but go ahead.
16     A    Well, I don't know.
17          THE INTERPRETER:  The interpreter will
18     clarify, he said something different now.
19     A    Three times during the two years.  This
20 last year, only one time.
21 BY MR. JAZIL:
22     Q    And can you tell me how long each of those
23 three trips back to Colombia were?
24          MS. JOHNSON:  Objection, relevance.
25          THE INTERPRETER:  The interpreter will

```
                                                         Page 10
 1      request repetition.  His voice is going in and
 2      out.
 3      A    I don't have the time very clear, but I
 4   think it was around one month to two months.
 5   BY MR. JAZIL:
 6      Q    For each of the three visits?
 7      A    Yes, for each one.  And that's
 8   approximately.
 9      Q    Understood.  You said that your son
10   resides in the United States.  Did I understand that
11   right?
12      A    Yes, sir.
13      Q    Do you have any family that currently
14   resides in Colombia?
15           MS. JOHNSON:  Object to relevance.
16      A    Obviously I do have family there.  I am
17   Colombian.  I have a lot of family members there.
18   BY MR. JAZIL:
19      Q    Any children who live in Colombia?
20           MS. JOHNSON:  Same objection.
21           THE WITNESS:  Can I answer?
22           MS. JOHNSON:  Yes.
23           THE INTERPRETER:  The interpreter could
24      not hear a full answer.  I would request
25      repetition.
```

Humberto Prieto                          CONFIDENTIAL
December 28, 2023

Page 11

```
 1       A    I have the right to not answer, so I
 2   recuse myself from answering.
 3       BY MR. JAZIL:
 4       Q    So, sir, unless your lawyer specifically
 5   tells you not to answer a question, I would ask that
 6   you do answer my questions.
 7            THE INTERPRETER:  The interpreter will
 8       request repetition and will ask him to speak a
 9       little louder.
10       A    I have two children in Colombia.
11   BY MR. JAZIL:
12       Q    Are you married, sir?
13            MS. JOHNSON:  Object to relevance.
14   BY MR. JAZIL:
15       Q    You can answer.
16            THE INTERPRETER:  The interpreter will
17       again request repetition.
18       A    Currently, no, I am not married.  I am
19   divorced.
20   BY MR. JAZIL:
21       Q    Sir, other than your son, do you have any
22   family in the United States?
23       A    Oh, in the United States, no, just my son.
24            THE INTERPRETER:  The interpreter will
25       request repetition.
```