# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.                                                                  Case No. 4:23-cv-218-MW-MAF

CORD BYRD, et al.,

Defendants.
_____/

**RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THE ATTORNEY GENERAL**

Ashley Moody, Florida Attorney General, serves the following responses to Plaintiffs' First Set of Interrogatories to the Attorney General. The Attorney General's responses are based on currently available information, and she reserves the right to amend or supplement her responses and to assert additional objections or privileges in amended or supplemental responses.

The Attorney General objects to each definition, instruction, and interrogatory to the extent it purports to impose any requirement or obligation greater than or different from those under the Federal Rules of Civil Procedure. The Attorney General objects to each definition, instruction, and interrogatory to the extent it seeks information that is not relevant to any party's claim or defense and/or is not proportional to the needs of this case. The Attorney General objects to each

definition, instruction, and interrogatory to the extent that it imposes a burden or expense that outweighs the benefit of the sought-after information. The Attorney General objects to each definition, instruction, and interrogatory to the extent it seeks information which would be protected by attorney-client privilege, the work product doctrine, joint defense privilege, and/or common interest privilege.  For instances in which the Declarant does not have personal knowledge about the subject matter of an interrogatory, the Declarant has made reasonable inquiries to gather the information found in these responses.

## OBJECTIONS AND ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:**
Identify all training materials, guidance documents, advisories, and other formal or informal instructions that have been provided (or will be provided) to You and your agents concerning the administration and enforcement of S.B. 7050's prohibition on noncitizens handling or collecting voter registration documents. For each document, please identify its author(s) and provide a list of persons to whom each document was distributed.

**RESPONSE:** The Defendant is not aware of responsive documents to identify at this time.  The Attorney General's investigation and document search are ongoing.

**INTERROGATORY NO. 2:**
Identify all investigations and prosecutions since January 1, 2013, where a person identified an irregularity, lodged a complaint, or referred a matter to you involving allegations of noncitizens working, volunteering, or otherwise associated with a 3PVRO, committing or attempting to commit identity theft or a fraud related offense. For each instance, identify and provide:
(a) The year of the alleged violation;
(b) The source identifying or referring the alleged violation or irregularity;
(c) The law allegedly violated or the nature of the irregularity reported;
(d) The county in which the alleged violation or irregularity took place;
(e) The full name of the investigation or prosecution subject;

(f) A brief, detailed description of the event giving rise to the investigation or prosecution;
(g) The type(s) of personally identifiable information at issue;
(h) The results of any investigation or prosecution;
(i) The current status of the investigation or criminal case;
(j) The individual or 3PVRO, if any, associated with the investigation or prosecution subject;
(k) Any witnesses who have or who are likely to have knowledge or information related to any of the above; and
(l) The current status of the investigation or resulting case.

**RESPONSE:** The Attorney General objects to this interrogatory as being overly broad, unduly burdensome, and not proportional to the needs of this case as it would require review, analysis, and summarization of every investigation for over ten years regarding 3PVROs as well as further analysis regarding every individual involved at any stage of every single one of those investigations. The Attorney General further objects that active criminal intelligence information and active criminal investigation information are exempt from disclosure pursuant to s. 119.071(2), Fla. Stat. Otherwise, information on reports and referrals to the OAG may be gleaned by review of the January 2023 report published by the Secretary of State, Office of Election Crimes and Security, found at https://files.floridados.gov/media/706232/dos-oecs-report-2022.pdf. The OAG will continue a reasonable search for additional information. To the extent the OAG locates discoverable records of such incidents, the OAG will produce non-exempt, non-privileged documents in lieu of a narrative response.

**INTERROGATORY NO. 3:**
Identify all persons who were consulted for the information upon which the answers to these interrogatories are based.

**RESPONSE:** John Bajger

*Hispanic Federation, et al. v. Byrd, et al.*
N.D. Fla. Case No. 4:23-cv-00218
Attorney General's Responses to Plaintiff's First Set of Interrogatories

## DECLARATION

Pursuant to Title 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September __7th__, 2023.

/s/_____ for

Nick Cox
Statewide Prosecutor
Florida Office of the Attorney General

Respectfully Submitted Sept. 7, 2023,

**ASHLEY MOODY**
**Attorney General**

*/s/ Stephanie A. Morse*
Stephanie A. Morse
Special Counsel
Fla. Bar No. 0068713
Stephanie.Morse@myfloridalegal.com
Noah T. Sjostrom
Assistant Attorney General
Fla. Bar No. 1039142
Noah.Sjostrom@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3635

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2023, a true and correct copy of this document was served electronically on counsel of record.

*/s/ Stephanie A. Morse*
Stephanie A. Morse