# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF<br>4:23-cv-216-MW/MAF<br>4:23-cv-218-MW/MAF |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF THE OFFICE OF THE FLORIDA SECRETARY OF STATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Andrew Darlington (or such other person) as the designated representative of the office of the Florida Secretary of State to testify to the matters described in Schedule A, attached hereto, on January 4, 2024. The deposition will begin at 9 a.m. Eastern and will continue until completed, or until such time as is agreed by the parties. At the scheduled time, the designated representative is directed to appear via

videoconference. All attendees will be expected to appear by videoconference. The video link will be provided in advance of the deposition.

This deposition is being taken for purposes of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable laws. The deposition will be by oral examination before a person authorized by law to administer oaths. Plaintiffs may videotape the deposition and reserve the right to use such videotape at trial.

| | |
|---|---|
| Dated: December 12, 2023 | Respectfully submitted, |
| Abha Khanna* <br> Makeba Rutahindurwa* <br> **ELIAS LAW GROUP LLP** <br> 1700 Seventh Ave., Suite 2100 <br> Seattle, Washington 98101 <br> Telephone: (206) 656-0177 <br> akhanna@elias.law <br> mrutahindurwa@elias.law <br><br> Lalitha D. Madduri* <br> Melinda Johnson* <br> Renata O'Donnell* <br> **ELIAS LAW GROUP LLP** <br> 250 Massachusetts Ave NW <br> Suite 400 <br> Washington, D.C. 20001 <br> Telephone: (202) 968-4490 <br> lmadduri@elias.law <br> mjohnson@elias.law <br> rodonnell@elias.law | /s/ *Frederick S. Wermuth* <br> Frederick S. Wermuth <br> Florida Bar No. 0184111 <br> **KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.** <br> P.O. Box 1631 <br> Orlando, FL 32802-1631 <br> Telephone: (407) 422-2472 <br> Facsimile: (407) 648-0161 <br> fwermuth@kbzwlaw.com <br><br> *Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez* <br><br> *\*Admitted Pro Hac Vice* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2023, I served a copy of the foregoing by electronic mail to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

# SCHEDULE A

## Definitions and Instructions

As used in this Notice and Schedule, the following terms shall be defined as specified herein, and the following instructions shall apply. Any terms not defined shall be given their ordinary meaning.

1. "Any" and "all" mean "any and all."

2. "Communication" means any transfer of information of any type, whether written, oral, electronic, or otherwise, and includes transfers of information via email, report, letter, text message, voicemail message, written memorandum, note, summary, and other means, along with any related documents or attachments.

3. "Challenged Provisions" means the Citizenship Requirement, Information Retention Ban, 3PVRO Fines Provision, Mail-In Ballot Request Restriction, the Felony Volunteer Restriction, the Receipt Requirement, and the Re-Registration Requirement.

4. "Secretary" means the former, current, and/or future Florida Secretary of State and their staff, employees, contractors, consultants, advisors, agents, and representatives.

5. "Office of Election Crimes and Security" means the former, current, and/or future personnel of the Office of Election Crimes and Security housed within

the Department of State and their contractors, consultants, advisors, agents, and representatives.

6. "Senate Bill 7050" refers to Senate Bill 7050 (2023), Florida's election legislation, signed into law by Governor DeSantis on May 24, 2023, and any prior versions of that bill.

7. "Third-Party Voter Registration Organization" or "3PVRO" means any person, entity, or organization that collects any voter registration application, but does not include: (1) a person who seeks only to register to vote or collect a voter registration application from that person's spouse, child, or parent, or (2) a person engaged in registering to vote or collecting voter registration applications as an employee or agent of the Division of Elections, supervisor of elections, Department of Highway Safety and Motor Vehicles, or an official voter registration agency.

8. "Citizenship Requirement" refers to the prohibition in SB 7050 on noncitizens from collecting or handling any voter registration materials, codified as Fla. Stat. § 97.0575(1)(f).

9. "Information Retention Ban" refers to the prohibition in SB 7050, codified as Fla. Stat. § 97.0575(7), on 3PVROs retaining any personal information of the voters it registers for any purpose other than registration itself.

10. "3PVRO Fines Provision" refers to the provisions of SB 7050, codified as Fla. Stat. § 97.0575(5)(a), that impose fines on 3PVROs and reduce the time limit for delivery of voter registration applications to 10 days.

11. "Mail-In Ballot Request Restriction" refers to the provision of SB 7050, codified as Fla. Stat. § 101.62(1)(a), that permits Supervisors of Elections to accept vote-by-mail ballot requests "only from a voter or, if directly instructed by the voter, a member of the voter's immediate family or the voter's legal guardian.

12. "Felony Volunteer Restriction" refers to the provision in SB 7050, codified as Fla. Stat. § 97.0575(1)(e), prohibiting people with certain felony convictions from collecting or handling any voter registration materials.

13. "Receipt Requirement" refers to the provision of SB 7050 requiring 3PVROs to provide a receipt to every voter registration applicant upon accepting possession of their voter registration application, codified as Fla. Stat. § 97.0575(4).

14. "Re-registration Requirement" refers to the provisions of SB 7050, codified as Fla. Stat. § 95.0575(1)(d), (2), requiring 3PVROs who are registering with the State to include the specific general election cycle for which the organization is registering people to vote and submit an entirely new registration for every general election cycle.

**Deposition Topics**

1. ==Each State interest, if any, that the Secretary believes or contends each of the Challenged Provisions serves, promotes, or advances, and all facts and evidence supporting a connection between the Challenged Provisions and the State interest(s).==

2. The Secretary's role in implementing and/or enforcing the Challenged Provisions and any guidance the Secretary has provided to anyone relating to the Challenged Provisions.

3. The process and procedures for investigating and fining 3PVROs and their agents.

4. The role of the Office of Election Crimes and Security in investigating, prosecuting, and/or fining 3PVROs and their agents.

5. Personnel in the Secretary's office, including the Office of Election Crimes and Security, whose work relates to 3PVROs, and their names, titles, and specific roles.

6. The Secretary's process for referring cases related to alleged misconduct by 3PVROs to the Office of Election Crimes and Security and/or state attorneys and/or the Office of Attorney General.

7. Any instances of alleged, suspected, or confirmed unlawful conduct that were reported to or by, referred to or by, investigated by, or otherwise handled

by the Secretary, including the Office of Election Crimes and Security, involving noncitizens mishandling voter registration applications.

8. Any instances of alleged, suspected, or confirmed unlawful conduct that were reported to or by, referred to or by, investigated by, or otherwise handled by the Secretary, including the Office of Election Crimes and Security, involving alleged, suspected, or confirmed unlawful conduct relating to identity theft or other information security breaches from information retained from voter registration applications.

9. Any instances of alleged, suspected, or confirmed unlawful conduct relating to 3PVROs that were reported to or by, referred to or by, investigated by, or otherwise handled by the Office, including the Office of Election Crimes and Security, including but not limited to other allegedly fraudulent or delinquent activity by 3PVROs.

10. Any instances of alleged, suspected, or confirmed unlawful conduct relating to a request for a vote-by-mail ballot for a non-family member in Florida that were reported to or by, referred to or by, investigated by, or otherwise handled by the Secretary.

11. The Secretary's definition of "collecting" and "handling" and "voter registration application" as used in the Citizenship Requirement and the bases for that definition.

12. The Secretary's definition of "personal information" and "in compliance with this Section" as used in the Information Retention Ban and the bases for that definition.

13. The role of the Secretary, if any, in the enactment and passage of the Challenged Provisions.

14. Any communications between the Secretary and the Florida Governor, the Florida Legislature, and the Florida Attorney General regarding the Challenged Provisions from January 1, 2023 to present.

15. The Secretary's process for producing documents in response to Plaintiffs' Requests for the Production of Documents, including but not limited to the sources of documents that were collected, the means by which such documents were searched and reviewed, and any sources of potentially responsive documents that were not collected, searched, and reviewed.

16. The Secretary's tracking and/or awareness of the racial breakdown of voters registered via 3PVROs in Florida.

17. Documents produced by the Secretary in discovery in this litigation and documents reviewed by any Rule 30(b)(6) representative to refresh their recollection or otherwise educate them about noticed deposition topics.

18. Any instances of alleged, suspected, or confirmed unlawful conduct that were reported to or by, referred to or by, investigated by, or otherwise handled

9

by the Secretary, including the Office of Election Crimes and Security, involving the mishandling of voter registration applications by persons who have been convicted of any felony covered by the Felony Volunteer Restriction.

19. Any instances of which the Secretary, including the Office of Election Crimes and Security, is aware, in which a voter registration applicant requested the identity of or other information about a 3PVRO or 3PVRO employee or volunteer.

20. Any instances of which the Secretary, including the Office of Election Crimes and Security, is aware, in which a voter registration application was untimely delivered or delivered more than ten days after the application was completed, and the consequences of the delayed delivery.

21. The effects of the implementation of the Challenged Provisions that have been implemented.

22. The Secretary's prior and current use of 3PVRO registration materials required by Fla. Stat. § 95.0575(1)-(2).