# EXHIBIT 3

*Florida State Conference of Branches and Youth Units of the NAACP et al.*

*v. Cord Byrd et al.*

Case No. 4:23-cv-00215, 216, 218 -
MW/MAF

United States District Court for the

Northern District of Florida

Tallahassee Division

EXPERT REPORT OF

ROBERT M. STEIN, PHD. AND JOHN R. ALFORD,
PHD

_____

In the matter of *Florida State Conference of Branches and Youth Units of the NAAP et al. v. Cord Byrd et al.* (Case No. 4:23-cv-00215-MW/MAF), we have been engaged by the defendant's counsel to review the expert reports of Professor Alan Lichtman, Professor Michael Herron, and Professor Daniel Smith on behalf the plaintiffs. Specifically, defendant's counsel requested that we respond to the appropriateness of Dr. Lichtman's conclusions, and review the claim of Professor Herron and Professor Smith that SB 7050 impacts voter registration of Blacks and Hispanics relative to non-Hispanic Whites in Florida. We are being paid at a rate of $600 per hour for work in this litigation. Our compensation is in no way dependent on the contents of this report. Our publications and recent testimony are included in the CVs attached to this report as Appendix A and Appendix B.

**Dr. Lichtman's Report**

Dr. Lichtman's report offers no new quantitative empirical analysis, aside from referencing the analysis in Dr. Herron's report in this case which is addressed below. Most of Dr. Lichtman's report is either speculative assertions about what might happen as a consequence of SB 7050, or a recitation of claims made by various opponents of SB 7050 about potential negative impacts without any empirical evidence of an actual impact. Similarly, Dr. Lichtman offers a narrative about the passage of SB 7050 citing various publicly available statements. In this report, we will be addressing the quantitative empirical evidence in the reports and as such will not be commenting on

the narrative discussion in Dr. Lichtman's report, nor will we be commenting on the similar narrative section of Dr. Herron's report. Such narrative discussions are not helpful in assessing the impacts, if any, of SB 7050 on Florida voters. Nor are they helpful in assessing the intent of those who enacted the legislation; that, ultimately, is a question for the Court and not the experts to assess.

**Dr. Herron's Report**

Dr. Herron first offers a speculative account of the possible impact of SB 7050 based on academic theory:

> SB 7050 raises the costs of operation for 3PVROs (by restricting whom these organizations can engage to collect and handle ballots, requiring monitoring of this restriction, and imposing a reporting requirement related to the restriction); increases the financial risks to which 3PVROs are exposed through regular operations (by increasing fines for late and incorrectly delivered voter registration applications); and makes voter registration activities less useful for these organizations (by banning them from retaining voter registration information that they could subsequently use during get-out-the-vote efforts). When the cost of voter registration operations for 3PVROs increases and benefits of voter registration operations decrease, economic logic dictates that 3PVROs should curtail their voter registration activities in Florida.  In accordance with academic literature establishing that meaningful changes in voter registration opportunities are reflected in actual voter registrations and voter turnout, SB 7050's provisions affecting 3PVROs should be expected to lead to lower voter turnout in Florida, all things equal.

This establishes one possible theory about how these reforms might translate into actual impacts on voter registration but note that as Dr. Herron states this is only a possible scenario of what might occur, all things being equal. It does not provide empirical evidence of such impacts and does not address the key issue of actual disparate impacts on Black and Hispanic registration relative to non-Hispanic White registration. In addressing the potential disparate impact, Dr. Herron notes:

*Although all eligible voters in Florida will experience a rise in the cost of voter registration, and thus voting, if 3PVROs reduce their operations in Florida due to SB 7050, the effect of this will not be felt equally among all voters in the state. Rather, the types of voters who depend most heavily on 3PVROs will be most affected by any change to 3PVRO operations. In particular, because they disproportionately use 3PVROs compared to other race groups, Black voters in Florida will be burdened the most by SB 7050, should this bill reduce the activities of 3PVROs. Hispanic voters will also be disproportionately burdened by SB 7050, should this bill reduce the activities of 3PVROs, because they too rely on the voter registration services of 3PVROs more often than do white voters.*

### *Summary*

- We do not find Professor's Herron's conclusion about the discriminatory effect of SB 7050 to be supported by his findings. His findings do not address the central question of whether SB 7050 has had a discriminatory effect on nonwhite voter registrations.

- Professor Herron's measure of white and nonwhite voter registration fail to take into consideration the base number of white and nonwhite eligible voters i.e., citizen voting population.

- Professor Herron's analysis does not consider the possibility that declines in the proportion of nonwhites registering to vote by a third party were substituted by registrations by another model e.g., DMV.

### *Missing measures and analysis in the Herron expert report*

- Professor Herron relies on comparing the proportion of persons registering to vote by race/ethnicity and method. Professor Herron reports a significantly greater proportion of nonwhites than whites who register to vote via third party registrations and that this number declines significantly

[4]

after the adoption and implementation of SB 7050. We believe this is an inappropriate measure of the incidence of nonwhite and white total voter registrations and registrations by method.   The appropriate measure is the proportion of persons by race and ethnicity eligible to register (i.e., citizen voter age population) who registered to vote.  This ratio properly controls for differences in the number of eligible persons who can register to vote before and after the adoption of SB 7050.  Professor Herron's changes in the share of voters registered by method and race/ethnicity do not adequately or correctly measure the incidence of voter registration by race and ethnicity.

- Two empirical conditions need to be shown to support Professor Herron's conclusion that SB 7050 discriminated against nonwhite citizen voting age persons registering to vote in Florida.  First, he needs to demonstrate that the difference between the proportion of nonwhite and white citizen voting age persons who registered to vote and registered to vote by third parties was significantly lower after the adoption of SB 7050 than before its adoption and implementation. Second, if the decline in the proportion of nonwhite citizen voting age persons who registered to vote by a third party was significantly greater than observed for white citizen voting age persons, was this decline offset by an increase in nonwhite citizen voting age persons registering by another mode of voter registration, e.g., DMV and any other method of registration available to Floridians.  We have been unable to identify where in his expert report Professor Herron provides tests for these conditions.

[5]

- An illustration of the analysis needed to demonstrate the discriminatory effect of SB 7050 on nonwhite voter registrations and not found in Professor Herron's report is illustrated in Tables 1 and 2.  Tables 1 and 2 report hypothetical ratios of white and nonwhite registrations to the citizen voting age populations of white and nonwhite persons for the years immediately preceding and following adoption of SB 7050.  In Table 1 the difference in these two ratios for white and nonwhite voters before the adoption of SB 7050 in 2019 is 10% (i.e., .75 - .65).  In 2023, following the adoption of SB 7050 the gap between white and nonwhite registration among citizen voting age populations doubled to .2 (i.e., .75 - .55).  The findings in Table 1 provide support for the claim that SB 7050 is associated with a diminution in nonwhite voter registration over white voter registration.

Table 1

Hypothetical Ratios of White (Nonwhite) Registrations to White (Nonwhite) Citizen Voting Age Persons Before (2019) and After (2023) Adoption of SB 7050

| Race/Ethnicity | 2019 | 2023 |
|---|---|---|
|  |  |  |
| White | .75 | .75 |
|  |  |  |
| Nonwhite | .65 | .55 |

Table 2 similarly reports hypothetical ratios of white and nonwhite registration to the citizen voting age population of white and nonwhite persons for comparable periods before and after the adoption of SB 7050.  Here the differences in these ratios for whites and non-whites are identical i.e., 10% in 2019 and 2023, producing a zero change in the difference in differences of these ratios between the period before and after the adoption

[6]

of SB 7050.  The hypothetical findings in Table 2 would not support the claim that SB 7050 had a discriminatory effect on nonwhite voter registrations.

Table 2

Hypothetical Ratios of White (Nonwhite) Registrations to White (Nonwhite) Citizen Voting Age Persons Before (2019) and After (2023) Adoption of SB 7050

| Race/Ethnicity | 2019 | 2023 |
|---|---|---|
|  |  |  |
| White | .75 | .74 |
|  |  |  |
| Nonwhite | .65 | .64 |

- We could not find in Professor Herron's expert report any information that reported the difference-in-difference ratios of white and nonwhite registrations to white and nonwhite citizen voting age populations for comparable the periods preceding and following the adoption of SB 7050.

- Post-January 2012 registrations reported in Tables 13 and 15 of Professor Herron's expert report show that DMV registrations among Black and Hispanic voters were 37% and 36% respectively and 3PVRO registrations were 15% and 11% in August 2021. In the September 2023 voter file Black and Hispanic DMV registration rose to 44% and 42% respectively, while 3PVRO drop to 13% and 10% among Blacks and Hispanics.  Though conclusions about these aggregate numbers are subject to an ecological fallacy, they are suggestive of a substitution of DMV registration for third party registration among nonwhite voters.  Professor Herron neither comments on this aggregate change nor does he test to see if nonwhite citizen voting age persons were substituting registering at the DMV (or any of the other options

[7]

available for registering to vote) for third party registrations.

- Professor Herron's findings demonstrate that a higher proportion of nonwhite voters than white voters register to vote via third parties.  This, however, may simply reflect the finding reported in Table 1 of his expert report that an overwhelming proportion of third-party registrations are conducted by groups that target nonwhites and/or Democratic voters.  Nine of the top ten sources of voter registration applications submitted by third party voter registration organizations are affiliated with nonwhite organizations and/or the Florida Democratic Party.   We suspect this accounts for the higher rate of third-party registrations among nonwhite voters.  This expectation is confirmed by Herron's regression analysis of the incidence of third-party registrations (see table 17).  Herron reports a significant negative coefficient for party registration as a Republican and the likelihood of registering by a third party.[1]  Moreover, it is not obvious that third party registration is less costly to the voter than some other modes of registration, specifically registration at the Department of Motor Vehicles.

**Dr. Smith's** Report

Dr. Smith describes the purpose of his report as:

> Counsel for the Plaintiffs in Hispanic Federation v. Byrd, 4:23-cv-218 have engaged me to form expert opinions on the effect of Senate Bill 7050 (hereafter, "SB 7050") on voter registration in Florida, specifically the possible impact of SB 7050 on voters registering to vote or updating their existing voter registrations with Third Party Voter Registration Organizations ("3PVROs").

---

[1] The base category for party affiliation in Herron's model of third party registration is Democratic, meaning Democrats are more likely than Republicans to register via a third party.

Dr. Smith offers the following conclusions:

> *Hundreds of thousands of eligible citizens in Florida have relied on 3PVROs to assist them to register to vote, and hundreds of thousands more registered voters in Florida have relied on 3PVROs to assist them to update their existing voter registrations.*
>
> *As of September 1, 2023, over 730 thousand registered voters in Florida had most recently registered or updated their registrations with with the assistance of 3PVROs. In addition, over 145 thousand voters, who as of August 1, 2021, had most recently registered with the assistance of a 3PVRO, successfully updated their voter registrations using a different modality over the two-year period ending September 1, 2023.*
>
> *Nearly 109 thousand voters, who as of August 1, 2021, records indicate were most recently registered in Florida through some other means than 3PVROs, successfully updated their voter registrations with the assistance of 3PVROs over the two-year period ending September 1, 2023.*
>
> *Over 250 thousand Floridians who initially registered to vote prior to the state regulating 3PVROs in 2012, which includes voters who initially registered to vote more than a half a century ago, have been assisted recently by 3PVROs to update their voter registrations.*
>
> *As of September 1, 2023, at least one in 20 of the 15.1 million registered voters in Florida have relied on 3PVROs to assist them to register to vote or update their voter registrations.*
>
> *Data provided every two years by the FDOE to the EAC suggests that these numbers are likely an under count, as the total number of registered voters in Florida who have been assisted by 3PVROs since 2013 could be more than 2.1 million.*
>
> *Finally, voters of color and voters living in a dozen counties (that account for more than 7 million registered voters in Florida) rely most heavily on 3PVROs.*

Note that Dr. Smith's conclusions detail various statistics that support the conclusion that 3PVROs register a non-trivial number of Florida citizens. However, neither his conclusions nor his analysis in the body of the report, provide empirical evidence of an actual demonstrated disparate impact, if any, of SB 7050 on Black or

Hispanic citizens registering to vote or updating their existing voter registrations through 3PVROs.

In three introductory paragraphs, Dr. Smith does suggest a very broad theory of how the costs of voting might relate to levels of voter participation:

> *Scholars of voting and elections often refer to barriers to the franchise, such as placing restrictions on eligible citizens to register to vote or to update their registrations, as "costs of voting" (Rosenstone and Wolfinger 1978; Aldrich 1993; Verba, Schlozman and Brady 1995; Brady and McNulty 2011; Leighley and Nagler 2013; Li, Pomante II and Schraufnagel 2018). As Rosenstone and Hansen (1993, p. 209) summarize, "legal restrictions on the exercise of the franchise" can create institutional barriers to political participation, which impose "significant burdens on American citizens and lower the probability they will participate in political life." Laws restricting voter registration efforts by 3PVROs increase the costs of voting and can lead to voter disenfranchisement of eligible citizens, including of those already registered to vote. If SB 7050 goes into full effect, the costs of voting for all eligible citizens residing in Florida who seek to become registered to vote, as well as to individuals currently registered to vote in Florida who want to update their registrations, will likely increase.*

Note that nothing in this early general literature on cost/benefit theories of voter participation demonstrates that indirect regulations placed on 3PVROs, such as those included in SB 7050, have translated into actual costs to voters and in turn into actual reductions in voter registration or participation.  Instead, there is only speculation about the possibility that changes like these 'can' increase costs to voters and that those costs in turn 'can' lead to decreased participation.  What is absent is any evidence that these kinds of indirect potential costs have been demonstrated to have an actual impact on voter registration or turnout. There is certainly the potential to provide such an empirical assessment.  As Dr. Smith points, out SB 7050 is only the latest in several legislative reforms directed at the operations of 3PVROs in Florida:

*SB 7050 is the latest effort by the Florida state legislature to restrict 3PVROs.[2] In 2020, the state legislature passed SB 90, which restricted the activities of 3PVROs to register voters in Florida. SB 90 placed several restrictions on 3PVROs' voter registration outreach, including reducing the amount of time a voter registration form had to be delivered to the Division of Elections or the Supervisor of Elections in the county in which the applicant resides, requiring that the 3PVROs inform applicants how to register online, and levying additional fines on 3PVROs for noncompliance.[3] A decade earlier, in 2011, the Florida legislature had placed other restrictions on 3PVROs.[4]*

As is true with his assessment SB 7050, Dr. Smith offers no empirical analysis of the impact of these past changes regarding the cost of voting, or any impact on voter registration or participation.  In fact, he seems to suggest that 3PVROs have continued to thrive in Florida, noting that:

*Despite these restrictions, Florida continues to have groups on the ground assisting eligible citizens to register or update their registrations. Over the years, 3PVROs in the state have newly registered hundreds of thousands of eligible citizens, and they assist existing registered voters to update their registrations.*

Whatever one can or cannot conclude from the actual empirical evidence in Dr. Smith's report, it is clear that the report does not address the issue of any actual racial or ethnic differences in the impact of SB 7050 on the actual levels of voter registration by any group of Florida citizens.

In summary, both Dr. Herron and Dr. Smith are able to conclude that Blacks and Hispanics are more likely to be registered via 3PVROs than are non-Hispanic Whites, but they do not offer any empirical evidence to support the speculation that the impact of SB 7050 on actual voter registration rates has been different for these groups. This is in contrast to the earlier published assessment of Florida's HB 1355, where Herron and

[11]

Smith report a test of the impact of HB 1355 on registrations for Blacks, Hispanics, and Whites in their Figure 4 (reproduced below as Figure 1).[2] Their findings show that HB 1355 has similar impacts for each group of voters.  There is no evidence of statistically significant differences in registration rates among Whites, Blacks, or Hispanics after the adoption of HB 1355.

---

[2] Herron, Michael C., and Danel Smith. 2013. "The Effects of House Bill 1355 on Voter Registration in Florida," *State Politics & Policy Quarterly* 13 (3):  279-305.

**Figure 1:  Herron and Smith Figure 4 from "The Effects of House Bill 1355 on Voter Registration in Florida"**



**Figure 4.**  2011–2007 registration differences by race, registrants no older than 20.
Note: Light gray denotes 2007 and dark gray denotes 2011. Actual registration counts appear in the background of the figure and are connected by dotted lines, solid lines are smoothed counts, and dashed lines denote 95% bootstrap confidence intervals.

**Cost Benefit Theories of Voter Registration and Turnout**

In addition to the limited empirical test discussed above, both Dr. Herron and Dr. Smith advance a cost-benefit theory for how SB 7050 could impact voter

registration, all other things being equal. These assertions are inherently speculative, as the careful conditional wording of them would suggest. As it happens there is a large existing empirical literature that seeks to test these theories as they relate to various aspects of voter participation, and there are many examples in social science, including in the field of voting and election administration, where empirical findings have refuted theory-based predictions. Thus, their reliance on rational choice theory to predict the impact of SB 7050 is incomplete and overlooks research that offers alternative explanations about how this legislation might impact voter registration and voting.

Professors Smith and Herron claim that SB 7050 will increase the costs of registering to vote *and can lead to voter disenfranchisement of eligible citizens, including of those already registered to vote*. Moreover, they claim SB 7050 will have a disproportionate and negative effect on registration and voting among nonwhite voters.  They cite social science research on the "costs of voting" to support their conclusions.

*The effect of past election laws on voter turnout*

Professors Smith and Herron overlook two bodies of research that are relevant in assessing the potential effect of SB 7050 on voting.  First, a significant number of research papers, cited and discussed below, have shown the effect of election laws intended to reduce the costs of voting or alleged to increase the costs of voting have either null or minimal and non-consequential effects on voting.  A second body of research cited and discussed below posits the relationship between voting and the costs of voting is mediated through or conditional on other factors which either enhance or mute the effect of election laws on voting.  Grimmer and Hersh's review of the extant

[14]

literature on the impact of election laws best summarizes this body of research: "[C]ontemporary election reforms that are purported to increase or decrease turnout tend to have negligible effects on election outcomes. Contrary to heated political rhetoric, election policies have small effects on outcomes because they tend to target small shares of the electorate, have a small effect on turnout…."[3]

*Early Voting*

One of the most widespread election laws adopted over the last 50 years is in-person early voting.   Early voting began in Texas in 1992 and was intended to increase the convenience of voting by increasing the length of the voting period over several weeks and by providing large voting locations centrally located to where voters live, work and travel during the day. In 2022 46 states offered their voters early in-person.[4] According to rational choice theory, this policy should have the effect of decreasing voters' costs of voting by allowing voters to pick the time and location that provides them the lowest costs of voting. Providing voters more opportunities to cast a ballot (i.e., days, times and locations) should increase turnout by allowing voters to minimize the costs of voting. This effect should be more pronounced for those who are least able to bear the costs of voting (e.g., non-Anglos, younger voters and low socio-economic status persons).

---

[3] Justin Grimmer and Eitan Hersh. 2023. "How Election Rules Affect Who Wins," https://www.hoover.org/research/how-election-rules-affect-who-wins

[4] This includes states with all mail elections. https://www.ncsl.org/elections-and-campaigns/early-in-person-voting.

The consensus in the literature, however, is that early voting has not produced consistent and positive effects on turnout. While two studies[5] have found small increases in turnout associated with early voting, the majority of the studies[6] have failed to find a significant positive turnout effect or found a significant negative effect.[7] Moreover, others failed to detect an increase in turnout among historically under-represented populations including younger voters and non-Anglo voters as a result of early voting.[8]

*Voter Id requirement*

First adopted in Indiana in 2005, a photographic identification requirement to vote was intended to secure the vote from ineligible voters and voter impersonation.

---

[5] Wolfinger, R. E., B. Highton, and M. Mullin. 2005. "How Postregistration Laws Affect the Turnout of Citizens Registered to Vote". *State Politics & Policy Quarterly* 5(1): 1–23.
Stein, R. M. and P. A. Garcıa-Monet. 1997. "Voting Early but Not Often." *Social Science Quarterly* 78: 657–71.

[6] Fitzgerald, M. 2005. "Greater Convenience but Not Greater Turnout: The Impact of Alternative Voting Methods on Electoral Participation in the United States". *American Politics Research* 33(6): 842–67.
Gronke, P., E. Galanes-Rosenbaum, P. A. Miller, and D. Toffey. 2008. "Convenience Voting". *Annual Review of Political Science* 11: 437–55.
Primo, D. M., M. L. Jacobsmeier, and J. Milyo. 2007. "Estimating the Impact of State Policies and Institutions with Mixed-Level Data". *State Politics & Policy Quarterly* 7(4): 446–59.

[7] Burden, B., D. T. Canon, K. R. Mayer, and D. P. Moynihan. 2014. "Election Laws, Mobilization and Turnout: The Unanticipated Consequences of Election Reform". *American Journal of Political Science* 58(1): 95–109.
Larocca, R. and J. S. Klemanski. 2011. "U.S. State Election Reform and Turnout in Presidential Elections". *State Politics and Policy Quarterly* 11: 76–101.
Richey, S. 2008. "Voting by Mail: Turnout and Institutional Reform in Oregon." *Social Science Quarterly* 89(4): 902–15.
Rigby, E. and M. J. Springer. 2011. "Does Electoral Reform Increase (or Decrease) Political Equality?" *Political Research Quarterly* 64: 420–34.

[8] Berinsky, A. J. 2005. "The Perverse Consequences of Electoral Reform in the United States". *American Politics Research* 33(4): 471–91.
Hanmer, M. J. and M. W. Traugott. 2004. "The Impact of Voting by Mail on Voter Behavior". *American Politics Research* 32(4): 375–405.
Rigby, E. and M. J. Springer. 2011. "Does Electoral Reform Increase (or Decrease) Political Equality?" *Political Research Quarterly* 64: 420–34
Southwell, P. L. and J. I. Burchett. 2000. "The Effect of All-Mail Elections on Voter Turnout". *American Politics Quarterly* 28(1): 72–9.
Stein, R. M. 1998. "Early Voting". *Public Opinion Quarterly* 62: 57–69.

Opponents of the photo ID requirement claimed the law discriminated against eligible voters who did not possess or have access to photo IDs (e.g., driver's licenses).  To date, however, research on the turnout effect of voter ID requirements have produced null results[9] or weak and non-consequential effects[10] on turnout for all voters and for under-represented groups i.e., non-Anglos and younger voters.

Other researchers report a positive turnout effect for underrepresented voters from the adoption of voter ID requirements.[11]  Using a unique difference-in-differences design on a U.S. panel data set of 1.6 billion observations, 2008-2018, Catoni and Pons find that voter ID laws have no negative effect on registration or turnout, overall or for any group defined by race, gender, age, or party affiliation.[12]  Their findings are robust

[9] Grimmer, Justin, Eitan Hersh, Marc Meredith, Jonathan Mummolo and Clayton Nall. 2018.  "Obstacles to Estimating Voter ID Laws' Effect on Turnout." *Journal of Politics* 80(3):1045–1051.

Grimmer, Justin and Jesse Yoder. 2022.  "The Durable Differential Deterrent Effects of Strict Photo Identification Laws." *Political Science Research and Methods* 10:453– 469.

Harden, Jeffrey J and Alejandra Campos. 2023. "Who benefits from voter identification laws?" *Proceedings of the National Academy of Sciences* 120(7).

Highton, Benjamin. 2017.  "Voter Identification Laws and Turnout in the United States." *Annual Review of Political Science* 20:149–167.

Erikson, Robert S. and Lorraine C. Minnite. 2009. "Modeling Problems in the Voter Identification-Voter Turnout Debate," *Election Law Journal* 8:85-101.

Mycoff, Jason D., Michael W. Wagner and David C. Wilson. 2009. *PS*: 42:121-126.

Muhlhausen, David B. and Keri Weber Sikich. 2007. "New Analysis Shows Voter Identification Laws Do Not Reduce Turnout." A Report of The Heritage Center for Data Analysis. CDA07-04. 10 September.

Vercellotti, Timothy and David Anderson. 2009. "Voter-Identification Requirements and the Learning Curve," *PS* 42: 127-128.

Primo, David M., Matthew I. Jacobsmeier, and Jeffrey Milyo. 2007. "Estimating the Impact of State Policies and Institutions with Mixed-Level Data." *State Politics and Policy Quarterly*. 7(4): 446–459.

[10] Hajnal, Zoltan, Nazita Lajevardi and Lindsay Nielson. 2017. "Voter Identification Laws and the Suppression of Minority Votes." *Journal of Politics* 79(2):363–742.

[11] Valentino, Nicholas and Fabian G. Neuner. 2017. "Why the Sky Didn't Fall: Mobilizing Anger in Reaction to Voters ID Laws." *Political Behavior* 38:331-350.

Larocca, R. and J. S. Klemanski. 2011. "U.S. State Election Reform and Turnout in Presidential Elections". *State Politics and Policy Quarterly* 11: 76–101.

Alvarez, R. M., Bailey, D., & Katz, J. (2008). The effect of Voter ID laws on turnout. Social Science Working Paper 1267R.

[12] Cantoni, Enrico and Vincent Pons. 2021. "Strict ID Laws Don't Stop Voters: Evidence from a U.S Nationwide Panel, 2008-2018." *Quarterly Journal of Economics* 136(4):2615–2660.

to several different specifications.  Moreover, the authors show that their findings are not attributed to voters' reaction against voter ID laws (i.e., a backlash effect).

Like the findings from research on the turnout effects of early voting, scholars have found the alleged costs of strict voter ID laws did not prevent voters in general and subpopulations of voters from casting ballots. The expectation that the adoption of these laws would dramatically change the landscape of who voted has not been realized.  These findings provide an important lesson about election laws; they often fail to operate as might be predicted by rational choice theory.

*The conditional effects of election laws on voter turnout*

Election Day vote centers do not allow voters to cast ballots on different days, but similar to early voting they allow voters to cast their ballots at any Election Day polling location in a voter's jurisdiction.  According to rational choice theory, we would expect Election Day vote centers to increase voter turnout by providing Election Day voters multiple locations in their voting jurisdiction at which to cast a ballot.  Moreover, like early voting polling locations, Election Day vote centers are centrally located where voters travel during the day.

Research is very mixed, however, on the turnout effects of Election Day vote centers.  Initial research in Colorado showed positive effects of vote centers on turnout.

[13] Others have failed to detect significant increases in turnout with vote centers. [14] Juenke writes:

> [t]he new thing in Election Day voting appears to be a lot like every other procedure change before it. It is different, unique, and convenient, but at the end of the day it appears to do little to change the size and makeup of the voting population (2008:63).

Stein and Vonnahme suggest that these mixed results might arise from the conditional effects vote centers have on turnout. Stein and Vonnahme report:

> One unanticipated finding is the much stronger and positive effect vote centers have on voter turnout among non-habitual voters in low (i.e., 2006) than higher turnout elections (i.e., 2008). Though this is not an altogether unexpected finding, it underscores the concern that other factors rival the effects of electoral reforms like vote centers (2012:298). [15]

The implementation of vote centers can also mitigate if not remove any positive effect centers have on voter turnout.  The inadequate implementation of voter centers can produce congestion at polling places and longer waiting times to vote, both resulting in a strong deterrent to voting. Such was the case in Collin County, Texas in 2010.[16]  Chen, Sadeghpour and Lamb[17] report that negative voting experiences at vote centers in Harris County, Texas are attributed to congested polling locations with

---

[13] Stein, R. M. and G. Vonnahme. 2008. "Engaging the Unengaged Voter: Voter Centers and Voter Turnout". *Journal of Politics*  2: 487–97.

[14] Juenke, Eric Gonzalez and Julie Marie Shepherd. 2008 "Vote Centers in Colorado: Will Election Day Convenience Solve the Turnout Puzzle?" In Bruce Cain, Todd Donovan, and Caroline Tolbert, eds. *Democracy in the States: Experiments in Elections Reform*. Washington, DC: Brookings Press.
Cortina, Jeronimo and Brandon Rottinghaus. 2021. "The Quiet revolution: Convenience voting, vote centers and turnout in Texas elections." *Politics, Groups and Identities*. https://doi.org/10.1080/21565503.2021.1946099
Cortina, Jeronimo, and Brandon Rottinghaus. 2019. "Vote Centers and Turnout by Election Type in Texas." *Research & Politics* 6 (3): 1–7. doi:10.1177/2053168019864224.

[15] Stein, Robert M, and Greg Vonnahme. 2012. "Effect of Election Day Vote Centers on Voter Participation." Election Law Journal: Rules, Politics, and Policy 11 (3): 291–301. https://doi.org/10.1089/elj.2011.0101.

[16] Collin County Observer. 2011. Collin County Commissioners Court Hears Complaints about Long Voter Lines, < http://www.baumbach.org/b2evolution/blogs/index.php/2011/01/ 12/p1765 >.

[17] Chen, Cynthia, Arisa Sadeghpour and Matt Lamb. 2022. "Vote Centers and the Voter Experience," *American Politics Research* 40:591-603.

longer wait times.  These negative experiences have been shown to carry forward with lower voter participation in subsequent elections among voters who reported having a negative voting experience at their respective polling locations.[18]  Election Day vote centers provide examples of where intended effects are not always realized and where the positive (negative) effects of this mode of voting are dependent on how these laws are implemented or limited to certain voters in specific elections (e.g., infrequent voters in low turnout elections).

The literature on the turnout effects of election laws provides many instances where the expected effect of an adopted election law, according to rational choice theory, was not realized. In some instances, these laws have produced effects opposite of what was expected (e.g., lower voter turnout from the adoption of early voting and the null turnout effect of voter ID requirements). In other instances, the effects of laws expected to increase turnout are conditional and limited to some voters under specific conditions (e.g., higher turnout with Election Day vote centers for infrequent voters in low-turnout elections). Further, the turnout effects of election laws may be dependent on their faithful and adequate implementation (e.g., Election Day vote centers). These findings should suggest caution in judging the impact of SB 7050 on voter registration and turnout.

---

[18] Pettigrew, Stephen. 2017. "The Racial Gap in Wait Times: Why Minority Precincts Are Underserved by Local Election Officials." Political Science Quarterly 132 (3): 527–547. doi:10.1002/polq.v132.3.
Pettigrew, Stephen. 2021. "The downstream consequences of long waits: How lines at the precinct depress future turnout," *Electoral Studies* 71:1-17.

November 27, 2023

Robert Stein
_____

Robert M. Stein, Ph.D.

_____

John R. Alford, Ph.D.

**Appendix A**

**Robert M. Stein**

**CV**

CURRICULUM VITAE
June 2023

ROBERT M. STEIN
Lena Gohlman Fox Professor of Political Science
Rice University
Houston, Texas 77251
713-348-2795
Email: Stein@rice.edu

Place of birth:
New York, N.Y.

Married, two children

## Education

B.A., Ohio Wesleyan University, Delaware, Ohio, 1972.

M.A., University of Wisconsin-Milwaukee, Milw., Wisc., 1974

Ph.D., University of Wisconsin-Milwaukee, Milw.,Wisc., 1977

## Fields of Specialization

Elections and election administration, Federalism and intergovernmental relations, state and local government, urban politics and public policy.

## Teaching Positions

Lena Gohlman Fox Professor of Political Science, 1996

Fellow, James A. Baker III Institute for Public Policy, 2006

Professor, Department of Political Science, Rice University, 1989-1996.

Visiting Associate Professor and research scientist, Workshop in Political Theory-Public Policy
and Department of Political Science, Indiana University, 1987-1988.

Associate Professor, Department of Political Science, Rice University, 1983-1989.

Assistant Professor, Department of Political Science, Rice University, 1979-1983.

Assistant Professor, University of Georgia, 1977-1978.

## Administrative positions

Faculty Director, Center for Civic Engagement, Rice University 2007- 2021

Dean, School of Social Sciences, Rice University, 1996 - 2006

Interim Dean, School of Social Sciences, Rice University, 1995 - 1996

Chair, Department of Political Science, Rice University, 1994 - 1995

Director, Policy Studies Program (undergraduate major), Rice University, 1987- 1995

Director, Graduate Studies, Department of Political Science, Rice University, 1987- 1991.

Chair, Department of Political Science, Rice University, 1984-86

Director, Rice Institute of Policy Analysis Public Opinion Poll, 1983-present.

Political analyst, KHOU-TV, Houston, Tx. 1983- present

**Fellowships, awards, and offices**

Outstanding reviewer award, Political Research Quarterly 2010.

Best paper award on Federalism and Intergovernmental Relations for "Inter-Local Cooperation and the Distribution of Federal Grants," by The section on Federalism and Intergovernmental Relations, American Political Science Association, 2004 (with Kenneth Bickers)

President, Urban Politics Subsection, American Political Science Association, 1999-2000.

Recipient, George R. Brown Award for Superior Teaching, Rice University, 1998.

President, Southwestern Political Science Association, 1998.

Recipient, Outstanding Mentor of Women in Political Science Award, Women's Caucus for Political Science, American Political Science Association, 1996.

Special book award from the Urban Politics and Policy Section of the American Political Science Association for, Urban Alternatives: Private and Public Markets in the Provision of Local Services, 1991.

Research fellowship, Indiana University, Workshop in Political Theory and Public Policy, 1987-1988.

Recipient, George R. Brown Award for Superior Teaching, Rice University, 1987.

Fellowship, U.S. Advisory Commission on Intergovernmental Relations, 1978-1979.

**Research Grants and Contracts**

Mapping Election Administration and Election Science: A Supplement to Learning from Elections. Funded by Pew Charitable Trusts and MIT Election Data Sciences Lat.  3/31/2023-12/31/2023. PI, $40,876.

The Front Lines of Elections: Poll Workers in the New Election Administration Environment, Funded by Pew Charitable Trusts and MIT Election Data Sciences Lab. 1/8/2022-12/31/2023. PI $67,235

Robert M. Stein                                                                                                Page 3
Department of Political Science

Measuring and improving the impact of using stadiums and arenas for voting. Funded by New Venture Fund. August 1, 2021-February 28, 2022.  Co-Pi, $125,350.

The integrity of mail-in voting in the 2020 Election. Funded by NSF 2105671, 12/1/2020-11/30/2020, PI, $120,283.

Optimizing vote-by-mail implementations on consumer grade equipment, Funded by NSF 2033923, 7/1/20206/30/2021, co-PI, $200,000.

Making voting safe for voters and poll workers: Meeting the challenge of the COVID-19 Virus, Funded Rice University, COVID-19 Initiative, 5/1/2020-12/31/2020, PI, $45,300.

Election Day Vote Centers in Harris County, Texas. Funded by the Arnold Foundation, May 2019 – December 2020, $100,000.

Hurricane Harvey: Longitudinal Survey, Funded by the National Science Foundation, January 2018 – December 2021, SBER1760292, $200,000. Co-PI

Urban Flooding: Identifying where it floods and evaluating remedies.  May 2018-September 2019.  Kinder Institute, Ken Kennedy Institute and Office or Research, Rice University, $74,450 Co-PI

2016 City of Houston Citizen Survey, September 2016-January 2017, City of Houston, $23,500

Vote by mail, September 2014-September 2015, Pew Charitable Trusts, $48,000.

Saturday Run-off Election Exit Poll Survey, City of Houston, October-November, 2013. $4,000.

Prioritizing and selecting bridge management actions for heightened truck loads and natural hazards in light of funding allocation patterns, National Science Foundation, September 2012 - August, 2015. co-PI ($1.2 million)

Phase 2 Development and enhancement of online storm risk calculator tool for public usage , City of Houston, Office of Public Safety and Homeland Security, November, 2012 - June 2013. co-PI ($189,000)

NetSE: Large Urban-Scale Polymorphic Wireless Networks: Community-Driven Assessment, Design and Access, National Science Foundation, September 2010-2013, co-PI ($1.9 million)

Development and enhancement of online storm risk calculator tool for public usage , City of Houston, Office of Public Safety and Homeland Security,  January, 2011 - June 2011. co-PI ($309,000)

Increasing turnout among the less engaged: A study of Election Day vote centers, Pew Charitable Trusts, September, 2007 – May, 2009, PI ($260,000)

Independent Response of Complex Urban Infrastructures Subjected to Multiple Hazards, National Science Foundation, October 2007 – October 2010, co-PI ($20,000)

Program evaluation, City of Houston, SAFEclear, traffic incident management program, July 2006-January 2008. PI ($20,000)

Program evaluation, City of Houston, SAFEclear, traffic incident management program, February 2005-December 2005. PI ($20,000)

Program Utilization Among Households Eligible for Head Start Enrollment, funded by the Harris County Department of Education, June, 2001. PI ($15,000)

Robert M. Stein                                                                                          Page 4
Department of Political Science

The Changing Structure of Federal Aid and the Politics of the Electoral Connection.  Funded by the National Science Foundation 2001-2002.  SES0095997 Co-PI, January 2001-January 2003. PI ($230,000)

Greater Harris County 9-1-1 Emergency Network Data Archive and Analysis January, 2000- January 2001. PI ($15,000)

Evaluation of Greater Harris County Emergency Network: Round II, funded by the Greater Harris. PI  County Emergency Network, September, 1993 - January, 1994. ($5,000)

Evaluation of Greater Harris County 9-1-1 Emergency Network, funded by the Greater Harris          County Emergency Network, January, 1992-July, 1993. PI ($5,000)

Selective Universalization of Domestic Public Policy. Funded by the National Science Foundation (SES8921109) 1990-1992.  PI ($185,000)

Contracting for Municipal Services.   Funded by the U.S. Advisory Commission on Intergovernmental Relations. January, 1986-1990.PI

The Fiscal Austerity and Urban Innovation.  Funded by the U.S. Department of Housing and Urban Development. September, 1983-1985. PI

Research Associate, Field Network Evaluation Study of the Reagan Domestic Program.  Princeton       Urban and Regional Center, Princeton University.  Funded by the Ford Foundation.  1982-1984. PI

Research Associate, Field Network Evaluation Study of the Community Development Block Grant: Round 8.  Funded by the U.S. Department of Housing and Urban Development.  Summer, 1982. PI

The Structural Character of Federal Grants-in-Aid.  Funded by the U.S. Department of Housing and Urban Development.  1982-83. PI

The Allocation of Federal Grants-in-Aid.  Funded by the U.S. Advisory Commission on Intergovernmental Relations.  1979-1981. PI

The Allocation of State-Local Aid:  An Examination of Within State Variation.  Funded by the U.S. Advisory Commission on Intergovernmental Relations.  1979-1981. PI

## Editorial Positions

editorial board member, *Journal of Election Technology and Systems*, 2013-2016

editorial board member, *American Political Science Review*, 2001- 2007

      Executive Committee, American Politics, *American Political Science Review*, 2004-2007

editorial board member, *American Journal of Political Science*, 1994-1998

editorial board member, *Journal of Politics,* 1994-1998

editorial board member, *Social Science Quarterly*. 1993-present

editorial board member, *State and Local Government Review.* 1987-1992.

editorial board member, *Urban Affairs Review* (formerly, *Urban Affairs Quarterly*) 1996- 2000.

referee, *American Political Science Review*, *American Politics Quarterly*, *Journal of Urban Affairs*, *Urban Affairs Quarterly*, *Publius*, National Science Foundation.


**Books**

Perpetuating the Pork Barrel: Policy Subsystems and American Democracy, Cambridge University Press, 1995, with Kenneth N. Bickers.

Federal Domestic Outlays, 1983-1990. M.E. Sharp, 1991, with Kenneth N. Bickers

Urban Alternatives: Public and Private Markets in the Provision of Local Services,  Pittsburgh Press, 1990.

**Articles**


"Voter Perceptions of Secrecy in the 2020 Election," Election Law Journal. 22:213-286 With Lonna Atkeson, Eli McKown-Dawson, M.V. Hood III. https://doi-org.ezproxy.rice.edu/10.1089/elj.2022.0064

"Mitigating the Turnout Effects of Bad Weather with Early Voting: 1948-2016," 2022. American Politics Research 51:197-209. With Martin Johnson. https://doi.org/10.1177/1532673X221132480

"Recruiting Persons to Work the Polls. 2021 Election Law Journal. 30:315-326. With Colin Jones. https://www.liebertpub.com/doi/10.1089/elj.2020.0701

"How to Measure and Assess the Turnout Effects of Election Reforms," 2020. Journal of Political Institutions and Policy Economy 1:1-28.  With Andrew Menger   http://dx.doi.org/10.1561/113.00000009

"How Human Factors Can Help Preserve Democracy in the Age of Pandemics". 2020. Human Factors. 62(4):1077-1086. with Philip Kortum, Claudia Zeigler Aceyman, Elizabeth Vann and Dan Wallach http://DOI: 10. 1177/ 0018 7208 20946896

"Choosing the less convenient way to vote: An anomaly in vote by mail elections," 2020. Political Research Quarterly. 73:196-207. With Andrew Menger. https://journals.sagepub.com/doi/full/10.1177/10659129198900009

"Waiting to vote in the 2016 Presidential Election: Evidence from a multi-jurisdiction Study." 2019. Political Research Quarterly. 73:439-453 With Charles Stewart, Christopher Mann and others. https://journals.sagepub.com/doi/full/10.1177/1065912919832374

"This Way Out," Scientific American, October 2018. Pp. 76-79. With Leonardo Duenas-Osorio and Devika Subramanian.

"Pedagogical Value of Polling-Place Observation by Students." PS: Political Science & Politics, 51:831-837 (October 2018). With Mann, Christopher B., Gayle A. Alberda, Nathaniel A. Birkhead, Yu Ouyang, Chloe Singer, Charles Stewart, Michael C. Herron, et al. https://doi.org/10.1017/S1049096518000550.

"Reducing the undervote with vote by mail," American Politics Research. 46(6):1039-1064 (September 2018). With Andrew Menger and Greg Vonnahme. https://doi.org/10.1177/1532673X17737059

"Enlisting the public in facilitating election administration: A field experiment," Public Administration Review, 78(6):892-903 (December 2018), with Andrew Menger. https://doi.org/10.1111/puar.12833

Robert M. Stein                                                                                    Page 6
Department of Political Science

"Survey Experiments with Google Consumer Surveys: Promise and Pitfalls for Academic Research in Social Science." Political Analysis 24(3):256-373 (September 2016), with Philip Santaso and Randolph Stevenson. DOI: https://doi.org/10.1093/pan/mpw016

"Election Administration During National Disasters and Emergencies: Hurricane Sandy and the 2012 Election." Election Law Journal 14:1-8 (January 2016). http://doi.org/10.1089/elj.2014.0271

"The social and private benefits of preparing for natural disasters," International Journal of Mass Emergencies and Disasters. 32:459-483 (August 2014), with Birnur Buzcu-Guven, Leonardo Dueñas-Osorio, Devika Subramanian. http://www.ijmed.org/articles/664/download/

"Building and validating geographically refined hurricane wind risk models for residential structures," Natural Hazards Review, 15(3):1-10 (November 2014), with Devika Subramanian, Leonardo Dueñas-Osorio, Josue Salazar. https://doi.org/10.1061/(ASCE)NH.1527-6996.0000130

"How risk perceptions influence evacuations from hurricanes and compliance with government directives," Policy Studies Journal, 41(2):319-341 (April 2013), with Birnur Buzcu-Guven, Leonardo Dueñas-Osorio, Devika Subramanian, and David Kahle. https://doi.org/10.1111/psj.12019

"Early voting and campaign news coverage," Political Communication, 30:278-396 (April 2013), with Johanna Dunaway. https://doi.org/10.1080/10584609.2012.737420

"The effect of election day vote centers on voter participation," Election Law Journal, 11(4):291-301 (September 2012) with Greg Vonnahme.

"Where, when and how we vote: Does it matter?" Social Science Quarterly.93(3):693-712.. (September 2012) with Greg Vonnahme.

"Prospectus for the Future Administration of Elections," Baker Center Journal of Applied Public Policy 4(1):45-57. (Spring, 2012)

"Engineering-based hurricane risk estimates and comparison to perceived risks in storm-prone areas," Natural Hazards Review, 13(1):1-12 (Spring 2012). with Leonardo Duenas-Osorio, Devika Subramanian and Birnur Girnur.

"Voting at non-precinct polling places: A review and research agenda," Election Law Journal, 10:307-11 (October 2011) with Greg Vonnahme.

"Interface network models for complex urban infrastructure systems." Journal of Infrastructure Systems, 17(4): 138-150 (2011), with Winkler, J., L. Dueñas-Osorio, R. Stein, and D. Subramanian.

"Performance assessment of topological diverse power systems subjected to hurricane events," Reliability Engineering and System Safety, 95:323-336. (April 2010). with James Winkler, Leonardo Duenas-Osorio and Devika Subramanian.

"Who evacuates when hurricanes approach? The role of risk, information and location," Social Science Quarterly. 91:816-834.(September 2010). With Leonardo Duenas-Osorio and Devika Subramanian

"Crunching collisions," Roads and Bridges 13:2 (April 2009), with Robert Dahnke, Ben Stevenson, and Tim Lomax.

Robert M. Stein                                                                                    Page 7
Department of Political Science

"Voting technology, election administration and voter performance," <u>Election Law Journal,</u> 7:123-135 (April 2008) with Greg Vonnahme, Michael Byrne and Daniel Wallach.

"Engaging the unengaged voter: Voter centers and voter turnout," <u>Journal of Politics.</u> 70:487-497 (April 2008) with Greg Vonnahme.

"Assessing the Micro-Foundations of the Tiebout Model," <u>Urban Affairs Review</u>, 42:57-80 (September 2006), with Kenneth Bickers and Lapo Salucci.

"Who is Held Responsible When Disaster Strikes? The Attribution of Responsibility for a Natural Disaster in an Urban Election," <u>Journal of Urban Affairs</u>, 28:43-54 (2006) with Kevin Arceneaux.

"Voting for Minority Candidates in Multi-Racial/Ethnic Communities," <u>Urban Affairs Review</u>, 41:157-181 (November 2005) with Stacy Ulbig and Stephanie Post.

"Inter-Local Cooperation and the Distribution of Federal Grant Awards," <u>Journal of Politics</u>, 66:800-22 (August 2004) with Kenneth Bickers.

"Language Choice, Residential Stability, and Voting among Latino-Americans," <u>Social Science Quarterly</u>, 84:41224, (June 2003), with Martin Johnson and Robert Wrinkle.

"Public Support for Term Limits: Another Look at Conventional Thinking." <u>Legislative Studies Quarterly</u>, 27:459-480. (August 2002) with Martin Johnson and Stephanie Shirley Post.

"Contextual Data and the Study of Elections and Voting Behavior: Connecting Individuals to Environments." <u>Electoral Studies</u>, 21:63-77 (March 2002), with Martin Johnson, W. Phillips Shively.  Also appearing in *The Future of Electoral Studies.* Mark N. Franklin and Christopher Wlezien, eds. Oxford: Elsevier Press (2003).

"The Congressional Pork Barrel in a Republican Era," <u>Journal of Politics</u>, 62:1070-1086 (November, 2000) with Kenneth Bickers.

"State Economies, Regional Governance, and Urban-Suburban Economic Dependence," <u>Urban Affairs Review</u>, 36:46-60 (Spring, 2000) with Stephanie Shirley Post.

"Reconciling Context and Contact Effects on Racial Attitudes," <u>Political Research Quarterly</u>. 53:285-303 (June, 2000), with Stephanie Shirley Post and Allison Rinden.

"The Micro Foundations of the Tiebout Model," <u>Urban Affairs Review</u> 34:76-93 (September, 1998) with Kenneth Bickers.

"Early Voting," <u>Public Opinion Quarterly</u>. 62:57-70 (Spring, 1998).

"Voting Early, But Not Often," <u>Social Science Quarterly</u>  78:657-677 (September, 1997) with Patricia GarciaMonet.

"Building Majority Coalitions for Sub-majority Benefit Distributions," <u>Public Choice</u> 91:229-249 (June, 1997). with Kenneth Bickers.

"The Electoral Dynamics of the Federal Pork Barrel," <u>American Journal of Political Science</u>, 40:1300-1326 (November, 1996) with Kenneth Bickers.

"Privatization and the Arrangement of City Services," <u>Estudios De Economia</u>, 23:323 (August, 1996)

"A Portfolio Theory of Policy Subsystems," <u>Administration and Society</u>, 26:158-184 (August, 1994).  with Kenneth Bickers

"Congressional Elections and the Pork Barrel," <u>Journal of Politics</u>, 56:377-399 (November 1994)

"Explaining State Aid Allocations: Targeting Within Universalism," <u>Social Science Quarterly</u>, 75:524-540 (September, 1994) with Keith E. Hamm

"Universalism and the Electoral Connection:  A Test and Some Doubts," <u>Political Research Quarterly</u>, 47:295-318 (June, 1994)  with Kenneth N. Bickers.

"Response to Weingast's 'Reflections on Distributive Politics and Universalism,'" <u>Political Research Quarterly</u>: 47:329-334 (June, 1994) with Kenneth N. Bickers.

"Arranging City Services," <u>Journal of Public Administration: Research and Theory</u> 3:66-93 (January, 1993).

"Alternative Means of Delivering Municipal Services: 1982-1988," <u>Intergovernmental Perspective.</u> 19:27-30 (Winter, 1993).

"A Federalist Explanation of Municipal Elections," <u>The Midsouth Political Science Journal.</u> 13:211-229 (June, 1992) with Cheryl Young.

"The Budgetary Effects of Municipal Service Contracting:  A Principal-Agent Explanation," <u>American Journal of Political Science</u>. 34:471-502 (May, 1990).

"Economic Voting for Governor and U.S. Senator:  The Electoral Consequences of Federalism," <u>Journal of Politics</u> 52:29-54 (February, 1990).

"Market Maximization of Individual Preferences and Metropolitan Municipal Service Responsibility," <u>Urban Affairs Quarterly</u> 24:86-116 (September, 1989).

"A Comparative Analysis of the Targeting Capacity of State and Federal Intergovernmental Aid Allocations: 1977-1982," <u>Social Science Quarterly</u> 68:447-466 (Sept., 1987).  With K. Hamm.

"Tiebout's Sorting Hypothesis," <u>Urban Affairs Quarterly.</u> 22:199-225 (Sept., 1987).

"Federal Aid and The Mobilization of Black Political Influence." <u>Research in Urban Policy,</u> 2:97-117.   (1986) with K. Hamm.

"The Fiscal Impact of U.S. Military Assistance Programs, 1967-1976." <u>The Western Political Quarterly</u>, 38:27-43 (March, 1985).  with R. Stoll and M. Ishimatsu.

"Municipal Public Employment:  An Examination of Intergovernmental Influences." <u>American Journal of Political Science</u>, 28:636-653 (November, 1984).

"State Regulation and the Political Consequences of Municipal Fiscal Stress." <u>Publius</u>, 14:41-54 (Spring, 1984).
"Implementation of Federal Policy: An Extension of the 'Differentiated Theory of Federalism'," <u>Research in Urban Policy,</u>  3:341-348 (1984)

"The Structural Character of Federal Aid: An Examination of Fiscal Impact," <u>Research in Urban Economics</u>, 4:167-186 (Fall, 1984).

"Trends and Prospects in State and Local Finance," <u>Journal of Urban Economics</u>, 14:224-241 (September, 1983) with P. Mieszkowski.

"An Analysis of  Support for Tax Limitation Referenda," Public Choice, 40:187-194 (Winter, 1983) with K. Hamm and P. Freeman.

"The Political Economy of Municipal Functional Responsibility," Social Science Quarterly, 63:530-549 (September, 1982).

"The Effects of Reagan Domestic Budget Cuts: The Case of Houston," Texas Business Review, 13:11-18. (Oct.Nov., 1982 ) with S.A. MacManus.

"The Targeting of State Aid:  A Comparison of Grant Delivery Mechanisms," Urban Interest, 2:47-59 (Spring, 1981).

"The Allocation of Federal Aid Monies:  The Synthesis of Demand-Side and Supply-Side Explanations," American Political Science Review,  75:334-343 (June, 1981).

"Functional Integration at the Substate Level:  A Policy Perspective," Urban Affairs Quarterly, 16:211-233 (December, 1980).

"Federally Mandated Substate Regional Government:  The Maintenance of Governmental Structures," Urban Interest, 1:74-82 (Spring, 1980).

"Federal Categorical Aid:  Equalization and the Application Process," Western Political Quarterly, 32: 396-408 (December, 1979)

"The Electability of Women Candidates:  The Effects of Sex Role Stereotyping, "Journal of Politics, 41:513-524 (May, 1979)  With R. Hedlund, K. Hamm, and P. Freeman.

"Regional Planning Assistance:  Its Distribution to Local Governments and its Relationship to Local Grant Getting," The Journal of the American Institute of Planners, 43:871-891 (July, 1977)  With B. Hawkins.

**Chapters in edited volumes**

"Polling Place Quality," in Kathleen Hale and Bridgett A. King, eds., *The Future of Election Administration,* Palgrave.  2019: 83-100

"Help America Vote Act of 2002" in *Voting and Political Representation in America: Issues and Trends* Edited by Mark P. Jones. Forthcoming, 2019 Santa Barbara, CA: ABC-CLIO

"Convenience modes of voting" in *Voting and Political Representation in America: Issues and Trends* Edited by Mark P. Jones Forthcoming, 2019 Santa Barbara, CA: ABC-CLIO

"Polling Place Practices,", in *Electoral Performance,* Charles Stewart III and Barry Burden, eds. Cambridge University Press, 2014:166-187. With Greg Vonnahme

"Early, Absentee, and Mail-in Voting," in *Handbook of American Elections and Political Behavior*, ed. Jan Leighley, Oxford University Press, 2010:182-199. with Greg Vonnahme.

"The Political Market for Intergovernmental Cooperation," in *Self-Organizing Federalism: Collaborative Mechanisms to Mitigate Institutional Collective Action Dilemmas,* eds., Richard C. Feiock and John T. Scholz. Cambridge University Press.  2010:161-178.. With Kenneth N. Bickers and Stephanie Post

Robert M. Stein                                                                                                  Page 10
Department of Political Science

"Local Services, Provision and Production," in <u>Encyclopedia of Public Administration and Public Policy</u>, New York, Marcel Dekker, 2003: 734-748.

"The Politics of Revenue and Spending Policies," in John Pelissero, ed. <u>Cities, Politics,and Policy</u>. Washington, D.C.: CQ Press. 2002:217-236.

"Implications for Citizen Participation," in Paul Schumacher and Burdette Loomis eds. <u>Choosing a President The Electoral College and Beyond.</u> New York, Catham House, 2002 with Paul Johnson, Daron Shaw and, Robert Weissberg.  Pp. 125-142

"Devolution and the Challenge for Local Governance,",  in Ronald E. Weber and Paul Brace, eds. <u>Change and Continuity in American State and Local Politics</u> New York, Catham House. 2000:21-33

"Contracting for Municipal Services," in P. Seidenstat, S. Hakim and G. Bowman eds. <u>Privatization of the Justice System</u>, McFarland and Co. Publishers. 1992: 82-107, with Delores Martin.

"Urban Public Policy Under Fiscal Stress:  A Comparison of Spending and Employment Decisions," pp. 111-144, in Mark Gottdiner (ed.) <u>Cities Under Fiscal Stress</u>,  Sage, 1986 with M. Neiman and E. Sinclair.

"The Texas Response to Reagan's New Federalism Programs:  The Early Years,"  pp. 124-159 in,  L. Bender and J. Stever, (eds.) <u>Managing the New Federalism</u>, Denver: Westview Press, 1986   with S.A. MacManus.

"Implementation of federal policy: An extension of the 'differentiated theory of federalism.' " pp. 341-348. in Terry Nichols Clark (ed). <u>Research in Urban Policy</u> Chicago: JAI Press, 1985

"Policy Implementation in the Federal Aid System:  The Case of Grant Policy,"  pp. 125-155 in, G. Edwards (ed.) <u>Public Policy Implementation</u>, JAI Press, 1984.

"The Allocation of State Aid to Local Governments:  An Examination of Interstate Variations," pp. 202-225. in, U.S. Advisory Commission on Intergovernmental Relations, <u>The Federal Influence on State and Local Roles in the Federal System</u>,  U.S. Government Printing Office, 1982.

"The Impact of Federal Grant Programs on Municipal Functions: An Empirical Analysis," pp. 65-122 in, U.S. Advisory Commission on Intergovernmental Relations, <u>The Federal Influence on State and Local Roles in the Federal System</u>, U.S. Government Printing Office, 1981

"The Impact of Socio-Economic Environment on Revenue Policies," pp. 133-172. in, R. Bingham, B. Hawkins, and F. Hebert, <u>The Politics of Raising State and Local Revenues</u>, Praeger, 1978 with R. Bingham, B. Hawkins, and R. Robertson.

"Grant Seeking and the Allocation of Federal Grant-in-Aid Monies:  The Case of Southeastern Wisconsin," pp. 199-219 in,  John P. Blair and Ronald S. Edari, (eds.), <u>Milwaukee's Economy:  Federal Programs, Local Resources and Community Action</u>, Federal Reserve Bank of Chicago, 1978

"Substate Regionalism:  Another View From the States," pp. 69-102 in,  Charles Tyer (ed.) <u>Substate Regionalism in the United States: Perspectives and Issues</u>, University of South Carolina Press, 1978

**<u>Recent papers, completed manuscripts, conference papers and invited presentations</u>**

"Choosing the less convenient way to vote: An anomaly in vote by mail elections," Election Science Meeting, June 2019, University of Pennsylvania, Phila., PA

Robert M. Stein                                                                                     Page 11
Department of Political Science

"Compositional effects of vote by mail elections," presented at VBMcon: A Conference to discuss vote by mail election reform, June 20, 2019, Washington, D.C.

"Vote fraud and errant voting," Invited presentation at Department of Political Science, University of Nebraska, Lincoln, NE. April 25, 2013.

"Polling place practices," Prepared for presentation at the Measure of Elections Conference, June 18-19, 2012, Massachusetts Institute of Technology, Boston, MA

"Where, when and how we vote: Does it matter?" presented at the Scottish National Election Commission, Strathclyde University, Glasgow, Scotland. November 12-15, 2010.

"The future of elections," presented at the *Future of Governance Conference*, Howard Baker Institute of Government, University of Tennessee, Knoxville, Tx. October 14-15, 2010.

"Cost of elections," Presented at the 2010 Meeting of the Midwest Political Science Association, Chicago, Ill. April 3-5, 2000 with Greg Vonnahme.

"Early voting and campaign news coverage," 2010 Meeting of the American Political Science Association, Washington, D.C., Sept 1-3.

"The cost of elections." Report prepared for the Pew Charitable Trusts, 2009. With Greg Vonnahme.

"The effects of early voting on congressional campaign expenditures." Presented at the 2009 Meeting of the Midwest Political Science Association, Chicago, Ill. April 13-15, 2000 With Marvin McNeese

"The effects of Election Day vote centers on voter experiences." Presented at the 2008 Meeting of the Midwest Political Science Association, Chicago, Ill. April 3-5, 2008. With Greg Vonnahme

Whither the Challenger: Congressional Elections in Metropolitan America, Presented at the 2005 Meetings of the American Political Science Association, Washington, D.C., September 1-3, with Kenneth Bickers.

Assessing the Micro-Foundations of the Tiebout Model  Presented at the 2005 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 2-5, with Kenneth Bickers and Lapo Salucci.

Electoral Reform, Party Mobilization and Voter Turnout Presented at the 2004 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Jan Leighley, Chris Owens.

The Role of Candidates and Parties in Linking Electoral Reforms with Voter Participation. Presented at the 2003 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Jan Leighley, Chris Owens.

Voting for Minority Candidates in Multi-Racial/Ethnic Communities. Presented at the 2003 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Stacy Ulbig and Stephan Post.

The within congressional district electoral connection.  Presented at the 2002 Meetings of the American Political Science Association, Boston, MA August 28-September 2, with Kenneth Bickers.

Who Will Vote? The Accessibility of Intention to Vote and Validated Behavior at the Ballot Box, Presented at the 2001 Meetings of the American Political Science Association, San Franciso, CA., August 28-September 2, with Martin Johnson

Contextual Explanations of Presidential Vote Choice, Presented at the 2001 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 13-15, with W.Philps Shivley and Martin Johnson.

The Changing Structure of Federal Aid and the Politics of the Electoral Connection Coalitions. Presented at the 2000 Meetings of the American Political Science Association, Washington, D.C., September 1-4.  With Kenneth Bickers.

Accessibility and Contextual Explanations of White Racial Attitudes. Presented at the 2000 Meetings of the American Political Science Association, Washington, D.C., September 1-4.  With W.Philps Shivley and Martin Johnson

Information, Persuasion and Orphaned Voters. Presented at the 1999 Meeting of the American Political Science Association, Atlanta, GA., September 1-4. With Martin Johnson

The Federal Pork Barrel and the Formation of Intergovernmental Grant-Seeking Coalitions Presented at the 1999 Meeting of the American Political Science Association, Atlanta, GA., September 1-4.  With Kenneth Bickers.

The Congressional Pork Barrel in a Republican Era. Presented at the 1999 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 13-15.  With Kenneth Bickers

The Local Public Goods Market: A Definition, Measure, and Test, Presented at the 1998 Meeting of the American Political Science Association, Boston, MA, Sept. 3-6 10-12.  With Stephanie Shirley Post.

The Ties that Bind: Urban and Suburban Dependency. Presented at the 1998 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 10-12.  With Stephanie Shirley Post


**Professional Associations**

President, Urban Subsection, American Political Science Association, 1999-2000
President, Southwest Political Science Association, 1997-1998
Chair, Nominations committee, Southern Political Science Association, 1995
Nomination committee, Southern Political Science Association, 1993-94
Executive Council, Southwest Political Science Association, 1992-1994
Chair, nominations committee, 1993-94, Southwest Political Science Association.
Section Head, State and Local Government, 1993, Southern Political Science Association Meetings.
Section Head, State and Intergovernmental Relations, 1992 Midwest Political Science Association  .
Executive Board, Urban Politics Section, American Political Science Association,  1990-1992
Executive Board, Southwestern Political Science Association, 1985-1991, 1993-1994
Program Chair, Southwestern Political Science Association Annual Meetings, 1983
Section Head, Intergovernmental Relations, Southern Political Science Association Meetings. 1983

**Ph. D. Thesis advisees**

Albert Ellis, Ph.D. 1989, Associate Professor (deceased), University of Texas, Corpus Christi
Stephanie Post, Ph.D. 1998, Assistant Dean, School of Natural Sciences, Rice University.
Martin Johnson, Ph.D. 2002. Professor and Dean (deceased), School of Communications, Louisiana State University
Gavin Dillingham, Ph.D. 2004. Research Scientist, Houston Advanced  Research  Center
Johanna Dunaway, Ph.D. 2006. Associate Professor, Syracuse University
Gregory Vonnahme, Ph.D. 2009. Assistant Professor, University of Missouri-Kansas City
Marvin McNeese, Ph.D. 2015, Dean, Houston Bible College.
Andrew Menger, Ph.D. 2018, Assistant to the President, Vanderbilt University
**Teaching**

Robert M. Stein                                                                                      Page 13
Department of Political Science
      Urban Politics (undergraduate)
      Public Policy (graduate and undergraduate)
      Bureaucracy and Public Policy
      Policy Implementation
      Federalism
      Political Behavior

**<u>Recent expert testimony</u>**

Expert Report in the case of Mark Wandering Medicine et al. v. Linda McCulloch et al. [voting rights case in the state of Montana] February-June, 2014.

Expert Report in the case Thomas Poor Bear, et al vs. The County of Jackson, South Dakota [voting rights case in the state of South Dakota]. June-November, 2015

Expert Report in the case of Martin Cowen, et al. vs Brian P. Kemp [ballot access case].  [challenge to state's candidate and party ballot access requirements] January-May, 2018

Expert Report in the case of Jayla Allen et al v. Waller County, Texas et al. [challenge to the operation of early voting] September 2019-September 2020

Expert Report in the case Donald J. Trump et al. v. Kathy Boockvar et al lawsuit, [challenge to Pennsylvania's new no-excuse voting procedures] August, 2020

Expert Report in the case of The League of Women Voter of Arkansas and Arkansas United et al v. John Thurston in his capacity as Secretary of State of Arkansas,  December 2021

Expert Report in the case of Virginia Elizondo v. Spring Branch Independent School District, January 2022. [Challenge to the ISD's at-large system of trustee elections].

Expert Report in the case of Democratic Party of Virginia and DCCC v. Robert H. Brink, et al., May,2022 [Challenge to VA's social security number registration requirement].

Expert Report in the case of Vet Voice Foundation et al., vs. Steve Hobbs, et al [Challenge to WA's mail ballot signature requirement, September 2023].

Consultant on election administration to: Harris County, Texas, Albuquerque, New Mexico, Colorado County Clerks Association, Pew Charitable Trusts, Arnold Foundation, Collin County, Texas, Lubbock County, Texas. In selected years between 2000-2023.

**Appendix B**

**John R. Alford**

**CV**

**John R. Alford**
Curriculum Vitae
November 2023

Dept. of Political Science
Rice University - MS-24
P.O. Box 1892
Houston, Texas 77251-1892
713-348-3364
jra@rice.edu

## Employment:
Professor, Rice University, 2015 to present.
Associate Professor, Rice University, 1985-2015.
Assistant Professor, University of Georgia, 1981-1985.
Instructor, Oakland University, 1980-1981.
Teaching-Research Fellow, University of Iowa, 1977-1980.
Research Associate, Institute for Urban Studies, Houston, Texas, 1976-1977.

## Education:
Ph.D., University of Iowa, Political Science, 1981.
M.A., University of Iowa, Political Science, 1980.
M.P.A., University of Houston, Public Administration, 1977.
B.S., University of Houston, Political Science, 1975.

## Books:
*Predisposed: Liberals, Conservatives, and the Biology of Political Differences*. New York: Routledge, 2013. Co-authors, John R. Hibbing and Kevin B. Smith. (2nd Edition under contract)

## Articles:
"Political Orientations Vary with Detection of Androstenone," with Amanda Friesen, Michael Gruszczynski, and Kevin B. Smith.  **Politics and the Life Sciences**.  (Spring, 2020).

 "Intuitive ethics and political orientations:  Testing moral foundations as a theory of political ideology." with Kevin Smith, John Hibbing, Nicholas Martin, and Peter Hatemi.  **American Journal of Political Science**. (April, 2017).

"The Genetic and Environmental Foundations of Political, Psychological, Social, and Economic Behaviors: A Panel Study of Twins and Families." with Peter Hatemi, Kevin Smith, and John Hibbing.  **Twin Research and Human Genetics**.  (May, 2015.)

"Liberals and conservatives: Non-convertible currencies." with John R. Hibbing and Kevin B. Smith. **Behavioral and Brain Sciences** (January, 2015).

"Non-Political Images Evoke Neural Predictors Of Political Ideology."  with Woo-Young Ahn, Kenneth T. Kishida, Xiaosi Gu, Terry Lohrenz, Ann Harvey, Kevin Smith, Gideon Yaffe, John Hibbing, Peter Dayan, P. Read Montague.  **Current Biology**.  (November, 2014).

"Cortisol and Politics: Variance in Voting Behavior is Predicted by Baseline Cortisol Levels." with Jeffrey French, Kevin Smith, Adam Guck, Andrew Birnie, and John Hibbing. **Physiology & Behavior**. (June, 2014).

"Differences in Negativity Bias Underlie Variations in Political Ideology." with Kevin B. Smith and John R. Hibbing. **Behavioral and Brain Sciences**. (June, 2014).

"Negativity bias and political preferences: A response to commentators Response." with Kevin B. Smith and John R. Hibbing. **Behavioral and Brain Sciences**. (June, 2014).

"Genetic and Environmental Transmission of Political Orientations." with Carolyn L. Funk, Matthew Hibbing, Kevin B. Smith, Nicholas R. Eaton, Robert F. Krueger, Lindon J. Eaves, John R. Hibbing. **Political Psychology**, (December, 2013).

"Biology, Ideology, and Epistemology: How Do We Know Political Attitudes Are Inherited and Why Should We Care?" with Kevin Smith, Peter K. Hatemi, Lindon J. Eaves, Carolyn Funk, and John R. Hibbing. **American Journal of Political Science**. (January, 2012)

"Disgust Sensitivity and the Neurophysiology of Left-Right Political Orientations." with Kevin Smith, John Hibbing, Douglas Oxley, and Matthew Hibbing, **PlosONE**, (October, 2011).

"Linking Genetics and Political Attitudes:  Re-Conceptualizing Political Ideology." with Kevin Smith, John Hibbing, Douglas Oxley, and Matthew Hibbing, **Political Psychology**, (June, 2011).

"The Politics of Mate Choice." with Peter Hatemi, John R. Hibbing, Nicholas Martin and Lindon Eaves, **Journal of Politics**, (March, 2011).

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" with Peter Hatemi, John Hibbing, Sarah Medland, Matthew Keller, Kevin Smith, Nicholas Martin, and Lindon Eaves, **American Journal of Political Science**, (July, 2010).

"The Ultimate Source of Political Opinions:  Genes and the Environment" with John R. Hibbing in **Understanding Public Opinion**, 3rd Edition eds. Barbara Norrander and Clyde Wilcox, Washington D.C.: CQ Press, (2010).

"Is There a 'Party' in your Genes" with Peter Hatemi, John R. Hibbing, Nicholas Martin and Lindon Eaves, **Political Research Quarterly**, (September, 2009).

"Twin Studies, Molecular Genetics, Politics, and Tolerance: A Response to Beckwith and Morris" with John R. Hibbing and Cary Funk, **Perspectives on Politics**, (December, 2008).  This is a solicited response to a critique of our 2005 APSR article "Are Political Orientations Genetically Transmitted?"

"Political Attitudes Vary with Physiological Traits" with Douglas R. Oxley, Kevin B. Smith, Matthew V. Hibbing, Jennifer L. Miller, Mario Scalora, Peter K. Hatemi, and John R. Hibbing, **Science**, (September 19, 2008).

"The New Empirical Biopolitics" with John R. Hibbing, **Annual Review of Political Science**, (June, 2008).

"Beyond Liberals and Conservatives to Political Genotypes and Phenotypes" with John R. Hibbing and Cary Funk, **Perspectives on Politics**, (June, 2008).  This is a solicited response to a critique of our 2005 APSR article "Are Political Orientations Genetically Transmitted?"

[2]

"Personal, Interpersonal, and Political Temperaments" with John R. Hibbing, **Annals of the American Academy of Political and Social Science**, (November, 2007).

"Is Politics in our Genes?" with John R. Hibbing, **Tidsskriftet Politik**, (February, 2007).

"Biology and Rational Choice" with John R. Hibbing, **The Political Economist**, (Fall, 2005)

"Are Political Orientations Genetically Transmitted?" with John R. Hibbing and Carolyn Funk, **American Political Science Review**, (May, 2005).  (The main findings table from this article has been reprinted in two college level text books - Psychology, 9th ed. and Invitation to Psychology 4th ed. both by Wade and Tavris, Prentice Hall, 2007).

"The Origin of Politics:  An Evolutionary Theory of Political Behavior" with John R. Hibbing, **Perspectives on Politics**, (December, 2004).

"Accepting Authoritative Decisions:  Humans as Wary Cooperators" with John R. Hibbing, **American Journal of Political Science**, (January, 2004).

"Electoral Convergence of the Two Houses of Congress" with John R. Hibbing, in **The Exceptional Senate**, ed. Bruce Oppenheimer, Columbus: Ohio State University Press, (2002).

"We're All in this Together:  The Decline of Trust in Government, 1958-1996." in **What is it About Government that Americans Dislike?**, eds. John Hibbing and Beth Theiss-Morse, Cambridge:  Cambridge University Press, (2001).

"The 2000 Census and the New Redistricting," **Texas State Bar Association School Law Section Newsletter**, (July, 2000).

"Overdraft:  The Political Cost of Congressional Malfeasance" with Holly Teeters, Dan Ward, and Rick Wilson, **Journal of Politics** (August, 1994).

"Personal and Partisan Advantage in U.S. Congressional Elections, 1846-1990" with David W. Brady, in **Congress Reconsidered** 5th edition, eds. Larry Dodd and Bruce Oppenheimer, CQ Press, (1993).

"The 1990 Congressional Election Results and the Fallacy that They Embodied an Anti-Incumbent Mood" with John R. Hibbing, **PS** 25 (June, 1992).

"Constituency Population and Representation in the United States Senate" with John R. Hibbing. **Legislative Studies Quarterly**, (November, 1990).

"Editors' Introduction:  Electing the U.S. Senate" with Bruce I. Oppenheimer. **Legislative Studies Quarterly**, (November, 1990).

"Personal and Partisan Advantage in U.S. Congressional Elections, 1846-1990" with David W. Brady, in **Congress Reconsidered** 4th edition, eds. Larry Dodd and Bruce Oppenheimer, CQ Press, (1988).  Reprinted in The Congress of the United States, 1789-1989, ed. Joel Silby, Carlson Publishing Inc., (1991), and in The Quest for Office, eds. Wayne and Wilcox, St. Martins Press, (1991).

"Can Government Regulate Fertility?  An Assessment of Pro-natalist Policy in Eastern Europe" with Jerome Legge.  **The Western Political Quarterly** (December, 1986).

[3]

"Partisanship and Voting" with James Campbell, Mary Munro, and Bruce Campbell, in **Research in Micropolitics.  Volume 1 - Voting Behavior**.  Samuel Long, ed.  JAI Press, (1986).

"Economic Conditions and Individual Vote in the Federal Republic of Germany" with Jerome S. Legge. **Journal of Politics** (November, 1984).

"Television Markets and Congressional Elections" with James Campbell and Keith Henry.  **Legislative Studies Quarterly** (November, 1984).

"Economic Conditions and the Forgotten Side of Congress:  A Foray into U.S. Senate Elections" with John R. Hibbing, **British Journal of Political Science** (October, 1982).

"Increased Incumbency Advantage in the House" with John R.  Hibbing, **Journal of Politics** (November, 1981).  Reprinted in The Congress of the United States, 1789-1989, Carlson Publishing Inc., (1991).

"The Electoral Impact of Economic Conditions:  Who is Held Responsible?" with John R. Hibbing, **American Journal of Political Science** (August, 1981).

"Comment on Increased Incumbency Advantage" with John R. Hibbing, Refereed communication: **American Political Science Review** (March, 1981).

"Can Government Regulate Safety?  The Coal Mine Example" with Michael Lewis-Beck, **American Political Science Review** (September, 1980).


## Awards and Honors:

CQ Press Award - 1988, honoring the outstanding paper in legislative politics presented at the 1987 Annual Meeting of the American Political Science Association.  Awarded for "The Demise of the Upper House and the Rise of the Senate: Electoral Responsiveness in the United States Senate" with John Hibbing.


## Research Grants:

National Science Foundation, 2009-2011, "Identifying the Biological Influences on Political Temperaments", with John Hibbing, Kevin Smith, Kim Espy, Nicolas Martin and Read Montague.  This is a collaborative project involving Rice, University of Nebraska, Baylor College of Medicine, and Queensland Institute for Medical Research.

National Science Foundation, 2007-2010, "Genes and Politics:  Providing the Necessary Data", with John Hibbing, Kevin Smith, and Lindon Eaves.  This is a collaborative project involving Rice, University of Nebraska, Virginia Commonwealth University, and the University of Minnesota.

National Science Foundation, 2007-2010, "Investigating the Genetic Basis of Economic Behavior", with John Hibbing and Kevin Smith.  This is a collaborative project involving Rice, University of Nebraska, Virginia Commonwealth University, and the Queensland Institute of Medical Research.

[4]

Rice University Faculty Initiatives Fund, 2007-2009, "The Biological Substrates of Political Behavior". This is in assistance of a collaborative project involving Rice, Baylor College of Medicine, Queensland Institute of Medical Research, University of Nebraska, Virginia Commonwealth University, and the University of Minnesota.

National Science Foundation, 2004-2006, "Decision-Making on Behalf of Others", with John Hibbing. This is a collaborative project involving Rice and the University of Nebraska.

National Science Foundation, 2001-2002, dissertation grant for Kevin Arceneaux, "Doctoral Dissertation Research in Political Science: Voting Behavior in the Context of U.S. Federalism."

National Science Foundation, 2000-2001, dissertation grant for Stacy Ulbig, "Doctoral Dissertation Research in Political Science: Sub-national Contextual Influences on Political Trust."

National Science Foundation, 1999-2000, dissertation grant for Richard Engstrom, "Doctoral Dissertation Research in Political Science: Electoral District Structure and Political Behavior."

Rice University Research Grant, 1985, Recent Trends in British Parliamentary Elections.

Faculty Research Grants Program, University of Georgia, Summer, 1982. Impact of Media Structure on Congressional Elections, with James Campbell.


# Papers Presented:

"The Physiological Basis of Political Temperaments" 6th European Consortium for Political Research General Conference, Reykjavik, Iceland (2011), with Kevin Smith, and John Hibbing.

"Identifying the Biological Influences on Political Temperaments" National Science Foundation Annual Human Social Dynamics Meeting (2010), with John Hibbing, Kimberly Espy, Nicholas Martin, Read Montague, and Kevin B. Smith.

"Political Orientations May Be Related to Detection of the Odor of Androstenone" Annual meeting of the Midwest Political Science Association, Chicago, IL (2010), with Kevin Smith, Amanda Balzer, Michael Gruszczynski, Carly M. Jacobs, and John Hibbing.

"Toward a Modern View of Political Man: Genetic and Environmental Transmission of Political Orientations from Attitude Intensity to Political Participation" Annual meeting of the American Political Science Association, Washington, DC (2010), with Carolyn Funk, Kevin Smith, and John Hibbing.

"Genetic and Environmental Transmission of Political Involvement from Attitude Intensity to Political Participation" Annual meeting of the International Society for Political Psychology, San Francisco, CA (2010), with Carolyn Funk, Kevin Smith, and John Hibbing.

"Are Violations of the EEA Relevant to Political Attitudes and Behaviors?" Annual meeting of the Midwest Political Science Association, Chicago, IL (2010), with Kevin Smith, and John Hibbing.

"The Neural Basis of Representation" Annual meeting of the American Political Science Association, Toronto, Canada (2009), with John Hibbing.

"Genetic and Environmental Transmission of Value Orientations" Annual meeting of the American Political Science Association, Toronto, Canada (2009), with Carolyn Funk, Kevin Smith, Matthew Hibbing, Pete Hatemi, Robert Krueger, Lindon Eaves, and John Hibbing.

"The Genetic Heritability of Political Orientations: A New Twin Study of Political Attitudes" Annual Meeting of the International Society for Political Psychology, Dublin, Ireland (2009), with John Hibbing, Cary Funk, Kevin Smith, and Peter K Hatemi.

"The Heritability of Value Orientations" Annual meeting of the Behavior Genetics Association, Minneapolis, MN (2009), with Kevin Smith, John Hibbing, Carolyn Funk, Robert Krueger, Peter Hatemi, and Lindon Eaves.

"The Ick Factor: Disgust Sensitivity as a Predictor of Political Attitudes" Annual meeting of the Midwest Political Science Association, Chicago, IL (2009), with Kevin Smith, Douglas Oxley Matthew Hibbing, and John Hibbing.

"The Ideological Animal: The Origins and Implications of Ideology" Annual meeting of the American Political Science Association, Boston, MA (2008), with Kevin Smith, Matthew Hibbing, Douglas Oxley, and John Hibbing.

"The Physiological Differences of Liberals and Conservatives" Annual meeting of the Midwest Political Science Association, Chicago, IL (2008), with Kevin Smith, Douglas Oxley, and John Hibbing.

"Looking for Political Genes: The Influence of Serotonin on Political and Social Values" Annual meeting of the Midwest Political Science Association, Chicago, IL (2008), with Peter Hatemi, Sarah Medland, John Hibbing, and Nicholas Martin.

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" Annual meeting of the American Political Science Association, Chicago, IL (2007), with Peter Hatemi, John Hibbing, Matthew Keller, Nicholas Martin, Sarah Medland, and Lindon Eaves.

"Factorial Association: A generalization of the Fulker between-within model to the multivariate case" Annual meeting of the Behavior Genetics Association, Amsterdam, The Netherlands (2007), with Sarah Medland, Peter Hatemi, John Hibbing, William Coventry, Nicholas Martin, and Michael Neale.

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" Annual meeting of the Midwest Political Science Association, Chicago, IL (2007), with Peter Hatemi, John Hibbing, Nicholas Martin, and Lindon Eaves.

"Getting from Genes to Politics:  The Connecting Role of Emotion-Reading Capability" Annual Meeting of the International Society for Political Psychology, Portland, OR, (2007.), with John Hibbing.

"The Neurological Basis of Representative Democracy."  Hendricks Conference on Political Behavior, Lincoln, NE (2006), with John Hibbing.

"The Neural Basis of Representative Democracy"  Annual meeting of the American Political Science Association, Philadelphia, PA (2006), with John Hibbing.

"How are Political Orientations Genetically Transmitted?  A Research Agenda"  Annual meeting of the Midwest Political Science Association, Chicago Illinois (2006), with John Hibbing.

[6]

"The Politics of Mate Choice"   Annual meeting of the Southern Political Science Association, Atlanta, GA (2006), with John Hibbing.

"The Challenge Evolutionary Biology Poses for Rational Choice"   Annual meeting of the American Political Science Association, Washington, DC (2005), with John Hibbing and Kevin Smith.

"Decision Making on Behalf of Others"   Annual meeting of the American Political Science Association, Washington, DC (2005), with John Hibbing.

"The Source of Political Attitudes and Behavior: Assessing Genetic and Environmental Contributions"   Annual meeting of the Midwest Political Science Association, Chicago Illinois (2005), with John Hibbing and Carolyn Funk.

"The Source of Political Attitudes and Behavior: Assessing Genetic and Environmental Contributions" Annual meeting of the American Political Science Association, Chicago Illinois (2004), with John Hibbing and Carolyn Funk.

"Accepting Authoritative Decisions:  Humans as Wary Cooperators" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (2002), with John Hibbing

"Can We Trust the NES Trust Measure?" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (2001), with Stacy Ulbig.

"The Impact of Organizational Structure on the Production of Social Capital Among Group Members" Annual Meeting of the Southern Political Science Association, Atlanta, Georgia (2000), with Allison Rinden.

"Isolating the Origins of Incumbency Advantage:  An Analysis of House Primaries, 1956-1998" Annual Meeting of the Southern Political Science Association, Atlanta, Georgia (2000), with Kevin Arceneaux.

"The Electorally Indistinct Senate," Norman Thomas Conference on Senate Exceptionalism, Vanderbilt University; Nashville, Tennessee; October (1999), with John R. Hibbing.

"Interest Group Participation and Social Capital" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (1999), with Allison Rinden.

"We're All in this Together:  The Decline of Trust in Government, 1958-1996." The Hendricks Symposium, University of Nebraska, Lincoln. (1998)

"Constituency Population and Representation in the United States Senate," Electing the Senate; Houston, Texas; December (1989), with John R. Hibbing.

"The Disparate Electoral Security of House and Senate Incumbents," American Political Science Association Annual Meetings; Atlanta, Georgia; September (1989), with John R. Hibbing.

"Partisan and Incumbent Advantage in House Elections," Annual Meeting of the Southern Political Science Association (1987), with David W. Brady.

"Personal and Party Advantage in U.S. House Elections, 1846-1986" with David W. Brady, 1987 Social Science History Association Meetings.

[7]

"The Demise of the Upper House and the Rise of the Senate: Electoral Responsiveness in the United States Senate" with John Hibbing, 1987 Annual Meeting of the American Political Science Association.

"A Comparative Analysis of Economic Voting" with Jerome Legge, 1985 Annual Meeting of the American Political Science Association.

"An Analysis of Economic Conditions and the Individual Vote in Great Britain, 1964-1979" with Jerome Legge, 1985 Annual Meeting of the Western Political Science Association.

"Can Government Regulate Fertility?  An Assessment of Pro-natalist Policy in Eastern Europe" with Jerome Legge, 1985 Annual Meeting of the Southwestern Social Science Association.

"Economic Conditions and the Individual Vote in the Federal Republic of Germany" with Jerome S. Legge, 1984 Annual Meeting of the Southern Political Science Association.

"The Conditions Required for Economic Issue Voting" with John R. Hibbing, 1984 Annual Meeting of the Midwest Political Science Association.

"Incumbency Advantage in Senate Elections," 1983 Annual Meeting of the Midwest Political Science Association.

"Television Markets and Congressional Elections:  The Impact of Market/District Congruence" with James Campbell and Keith Henry, 1982 Annual Meeting of the Southern Political Science Association.

"Economic Conditions and Senate Elections" with John R. Hibbing, 1982 Annual Meeting of the Midwest Political Science Association. "Pocketbook Voting:  Economic Conditions and Individual Level Voting," 1982 Annual Meeting of the American Political Science Association.

"Increased Incumbency Advantage in the House," with John R. Hibbing, 1981 Annual Meeting of the Midwest Political Science Association.


## Other Conference Participation:

Roundtable Participant – Closing Round-table on Biopolitics; 2016 UC Merced Conference on Bio-Politics and Political Psychology, Merced, CA.

Roundtable Participant "Genes, Brains, and Core Political Orientations" 2008 Annual Meeting of the Southwestern Political Science Association, Las Vegas.

Roundtable Participant "Politics in the Laboratory" 2007 Annual Meeting of the Southern Political Science Association, New Orleans.

Short Course Lecturer, "What Neuroscience has to Offer Political Science" 2006 Annual Meeting of the American Political Science Association.

Panel chair and discussant, "Neuro-scientific Advances in the Study of Political Science" 2006 Annual Meeting of the American Political Science Association.

Presentation, "The Twin Study Approach to Assessing Genetic Influences on Political Behavior" Rice Conference on New Methods for Understanding Political Behavior, 2005.

Panel discussant, "The Political Consequences of Redistricting," 2002 Annual Meeting of the American Political Science Association.

Panel discussant, "Race and Redistricting," 1999 Annual Meeting of the Midwest Political Science Association.

Invited participant, "Roundtable on Public Dissatisfaction with American Political Institutions", 1998 Annual Meeting of the Southwestern Social Science Association.

Presentation, "Redistricting in the '90s," Texas Economic and Demographic Association, 1997.

Panel chair, "Congressional Elections," 1992 Annual Meeting of the Southern Political Science Association.

Panel discussant, "Incumbency and Congressional Elections," 1992 Annual Meeting of the American Political Science Association.

Panel chair, "Issues in Legislative Elections," 1991 Annual Meeting of the Midwest Political Science Association.

Panel chair, "Economic Attitudes and Public Policy in Europe," 1990 Annual Meeting of the Southern Political Science Association

Panel discussant, "Retrospective Voting in U.S. Elections," 1990 Annual Meeting of the Midwest Political Science Association.

Co-convener, with Bruce Oppenheimer, of Electing the Senate, a national conference on the NES 1988 Senate Election Study. Funded by the Rice Institute for Policy Analysis, the University of Houston Center for Public Policy, and the National Science Foundation, Houston, Texas, December, 1989.

Invited participant, Understanding Congress: A Bicentennial Research Conference, Washington, D.C., February, 1989.

Invited participant--Hendricks Symposium on the United States Senate, University of Nebraska, Lincoln, Nebraska, October, 1988

Invited participant--Conference on the History of Congress, Stanford University, Stanford, California, June, 1988.

Invited participant, "Roundtable on Partisan Realignment in the 1980's", 1987 Annual Meeting of the Southern Political Science Association.

## Professional Activities:

### Other Universities:

Invited Speaker, Annual Lecture, Psi Kappa -the Psychology Club at Houston Community College, 2018.

[9]

Invited Speaker, Annual Allman Family Lecture, Dedman College Interdisciplinary Institute, Southern Methodist University, 2016.

Invited Speaker, Annual Lecture, Psi Sigma Alpha – Political Science Dept., Oklahoma State University, 2015.

Invited Lecturer, Department of Political Science, Vanderbilt University, 2014.

Invited Speaker, Annual Lecture, Psi Kappa -the Psychology Club at Houston Community College, 2014.

Invited Speaker, Graduate Student Colloquium, Department of Political Science, University of New Mexico, 2013.

Invited Keynote Speaker, Political Science Alumni Evening, University of Houston, 2013.

Invited Lecturer, Biology and Politics Masters Seminar (John Geer and David Bader), Department of Political Science and Biology Department, Vanderbilt University, 2010.

Invited Lecturer, Biology and Politics Senior Seminar (John Geer and David Bader), Department of Political Science and Biology Department, Vanderbilt University, 2008.

Visiting Fellow, the Hoover Institution, Stanford University, 2007.

Invited Speaker, Joint Political Psychology Graduate Seminar, University of Minnesota, 2007.

Invited Speaker, Department of Political Science, Vanderbilt University, 2006.


**Member:**

Editorial Board, Journal of Politics, 2007-2008.

Planning Committee for the National Election Studies' Senate Election Study, 1990-92.

Nominations Committee, Social Science History Association, 1988


**Reviewer for:**

American Journal of Political Science
American Political Science Review
American Politics Research
American Politics Quarterly
American Psychologist
American Sociological Review
Canadian Journal of Political Science
Comparative Politics
Electoral Studies
Evolution and Human Behavior
International Studies Quarterly

Journal of Politics
Journal of Urban Affairs
Legislative Studies Quarterly
National Science Foundation
PLoS ONE
Policy Studies Review
Political Behavior
Political Communication
Political Psychology
Political Research Quarterly
Public Opinion Quarterly
Science
Security Studies
Social Forces
Social Science Quarterly
Western Political Quarterly

## University Service:

Member, University Senate, 2021-2023.

Member, University Parking Committee, 2016-2022.

Member, University Benefits Committee, 2013-2016.

Internship Director for the Department of Political Science, 2004-2018.

Member, University Council, 2012-2013.

Invited Speaker, Rice Classroom Connect, 2016.

Invited Speaker, Glasscock School, 2016.

Invited Speaker, Rice Alumni Association, Austin, 2016.

Invited Speaker, Rice Alumni Association, New York City, 2016.

Invited Speaker, Rice TEDxRiceU , 2013.

Invited Speaker, Rice Alumni Association, Atlanta, 2011.

Lecturer, Advanced Topics in AP Psychology, Rice University AP Summer Institute, 2009.

Scientia Lecture Series: "Politics in Our Genes: The Biology of Ideology" 2008

Invited Speaker, Rice Alumni Association, Seattle, San Francisco and Los Angeles, 2008.

Invited Speaker, Rice Alumni Association, Austin, Chicago and Washington, DC, 2006.

Invited Speaker, Rice Alumni Association, Dallas and New York, 2005.

[11]

Director: Rice University Behavioral Research Lab and Social Science Computing Lab, 2005-2006.

University Official Representative to the Inter-university Consortium for Political and Social Research, 1989-2012.

Director: Rice University Social Science Computing Lab, 1989-2004.

Member, Rice University Information Technology Access and Security Committee, 2001-2002

Rice University Committee on Computers, Member, 1988-1992, 1995-1996; Chair, 1996-1998, Co-chair, 1999.

Acting Chairman, Rice Institute for Policy Analysis, 1991-1992.

Divisional Member of the John W. Gardner Dissertation Award Selection Committee, 1998

Social Science Representative to the Educational Sub-committee of the Computer Planning Committee, 1989-1990.

Director of Graduate Admissions, Department of Political Science, Rice University, 1986-1988.

Co-director, Mellon Workshop:  Southern Politics, May, 1988.

Guest Lecturer, Mellon Workshop:  The U.S. Congress in Historical Perspective, May, 1987 and 1988.

Faculty Associate, Hanszen College, Rice University, 1987-1990.

Director, Political Data Analysis Center, University of Georgia, 1982-1985.


## External Consulting:

Expert Witness, Shafer et al v. Pearland ISD, racially polarized voting analysis, 2023.

Expert Witness, Nairne et al v. Ardoin, (Louisiana) racially polarized voting analysis, 2023.

Expert Witness, Petteway v. Galveston County, racially polarized voting analysis, 2023.

Expert Witness, Dixon v. Lewisville ISD, racially polarized voting analysis, 2022.

Expert Witness, Soto Palmer v. Hobbs, (Washington State), racially polarized voting analysis, 2022.

Expert Witness, Pendergrass v. Raffensperger, (Georgia State House and Senate), racially polarized voting analysis, 2022.

Expert Witness, LULAC, et al. v. Abbott, et al., Voto Latino, et al. v. Scott, et al., Mexican American Legislative Caucus, et al. v. Texas, et al., Texas NAACP v. Abbott, et al., Fair Maps Texas, et al. v. Abbott, et al., US v. Texas, et al. (consolidated cases) challenges to Texas Congressional, State Senate, State House, and State Board of Education districting, 2022.

Expert Witness, Robinson/Galmon v. Ardoin, (Louisiana), racially polarized voting analysis, 2022.

Expert Witness, Christian Ministerial Alliance et al v. Arkansas, racially polarized voting analysis, 2022.

Expert Witness, Johnson v. Wisconsin Elections Commission, 2022.

Expert Witness, Rivera, et al. v. Schwab, Alonzo, et al. v. Schwab, Frick, et al. v. Schwab, (consolidated cases) challenge to Kansas congressional map, 2022.

Expert Witness, Grant v. Raffensperger, challenge to Georgia congressional map, 2022

Expert Witness, Brooks et al. v. Abbot, challenge to State Senate District 10, 2022.

Expert Witness, Elizondo v. Spring Branch ISD, 2022.

Expert Witness, Portugal v. Franklin County, et al., challenge to Franklin County, Washington at large County Commissioner's election system, 2022.

Consulting Expert, Gressman Math/Science Petitioners, Pennsylvania Congressional redistricting, 2022.

Consultant, Houston Community College – evaluation of election impact for redrawing of college board election districts, 2022.

Consultant, Lone Star College – evaluation of election impact for redrawing of college board election districts, 2022.

Consultant, Killeen ISD – evaluation of election impact for redrawing of school board election districts, 2022.

Consultant, Houston ISD – evaluation of election impact for redrawing of school board election districts, 2022.

Consultant, Brazosport ISD – evaluation of election impact for redrawing of school board election districts, 2022.

Consultant, Dallas ISD – evaluation of election impact for redrawing of school board election districts, 2022.

Consultant, Lancaster ISD – redrawing of all school board member election districts including demographic analysis and redrawing of election districts, 2021.

Consultant, City of Baytown – redrawing of all city council member election districts including demographic analysis and redrawing of election districts, 2021.

Consultant, Goose Creek ISD – redrawing of all board member election districts including demographic analysis and redrawing of election districts, 2021.

Expert Witness, Bruni et al. v. State of Texas, straight ticket voting analysis, 2020.

Consulting Expert, Sarasota County, VRA challenge to district map, 2020.

Expert Witness, Kumar v. Frisco ISD, TX, racially polarized voting analysis, 2019.

Expert Witness, Vaughan v. Lewisville ISD, TX, racially polarized voting analysis, 2019.

Expert Witness, Johnson v. Ardoin, (Louisiana), racially polarized voting analysis, 2019.