# EXHIBIT 4

*Florida State Conference of Branches and Youth Units of the NAACP et al.*
*v. Cord Byrd et al.*

Case No. 4:23-cv-00215-MW/MAF

United States District Court for the Northern District of Florida
Tallahassee Division

REBUTTAL REPORT OF MICHAEL C. HERRON, PhD.

Michael C. Herron

12/21/2023
Date

# Contents

**1  Introduction**                                                                                      **4**

**2  Conclusions not disputed in the Stein-Alford Report**                                               **6**

**3  Black and Hispanic voters are disproportionately affected by SB 7050, and, contrary
   to the Stein-Alford Report, this is shown in my expert report**                                       **9**

**4  SB 7050 has impacted how voting-eligible Floridians have registered to vote, and,
   contrary to the Stein-Alford Report, this is shown in my expert report**                              **11**
   4.1  Reviewing the findings in my expert report on the effect of SB 7050 on voter
        registrations in Florida . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12
        4.1.1  Findings using data available when my expert report was submitted . . . .                 13
        4.1.2  Findings using data available as of the writing of this rebuttal . . . . . . . .          14
   4.2  SB 7050 and new voter registrations executed by white and non-white voters . . . .               16
   4.3  The data in my expert report do not suggest that DMV voter registration substitutes
        for 3PVRO voter registration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       20

**5  Normalizing voter registrations by citizen voting age population, proposed in the
   Stein-Alford Report, yields qualitatively identical conclusions to those in my expert
   report**                                                                                              **22**
   5.1  Counting 3PVRO voter registrations in Florida . . . . . . . . . . . . . . . . . . . .            24
   5.2  Normalizing 3PVRO voter registrations by CVAP . . . . . . . . . . . . . . . . . . .              27
        5.2.1  Florida voter registrations include both new and updated voter registrations             27
        5.2.2  CVAP normalizations are consistent with findings in my expert report . . .               28

**6  Herron and Smith (2013) find disparate effects of HB 1355 on Black registered voters,
   contrary to the Stein-Alford Report**                                                                 **31**

**7  The Stein-Alford Report's hypothetical about voter registration rates has no
   implications for the conclusions in my expert report**                                                **32**
   7.1  The invented 2019 race-based voter registration rates in the Stein-Alford Report
        are incorrect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    33
   7.2  The invented 2023 race-based voter registration rates in the Stein-Alford Report
        cannot be verified given available data . . . . . . . . . . . . . . . . . . . . . . . . .        35
   7.3  Subtracting 2019 and 2023 voter registration rates does not yield estimates of the
        effects of SB 7050 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     35
   7.4  The Stein-Alford Report's voter registration hypothetical does not have findings . .             36
   7.5  Concluding thoughts on the Stein-Alford Report's voter registration hypothetical                 36

**8  Voter race, independent of party, is associated with increased use of 3PVRO voter
   registration**                                                                                        **37**

**9 The cost of registering to vote via 3PVRO, while a function of individual circumstances, is arguably the lowest cost method of voter registration for hundreds of thousands of minority voters**      **39**

**10 Conclusion**      **41**

**A Updated version of Table 3 from my expert report**      **44**

**B The December 2023 Florida voter file**      **45**

# 1   Introduction

**1**     In the matter of *Florida State Conference of Branches and Youth Units of the NAAP et al. v. Cord Byrd et al.* (Case No. 4:23-cv-00215-MW/MAF), I submitted an expert on October 13, 2023. In response to my report, Dr. Robert M. Stein and Dr. John R. Alford submitted a co-authored expert report (hereinafter, the Stein-Alford Report) on November 27, 2023.

**2**     This rebuttal report proceeds as follows.

**3**     First, I summarize conclusions in my expert report not disputed in the Stein-Alford Report.

**4**     Second, I discuss the matter of whether my expert report shows that SB 7050's provisions regarding 3PVROs disproportionately affect Black and Hispanic registered voters in Florida. The Stein-Alford Report claims that my expert does not show this (pp. 3, 11). This claim is false.

**5**     Third, I assess the claim in the Stein-Alford Report that my expert report "does not provide empirical evidence of [the impact of SB 7050 on voter registration in Florida]" (p. 3). This claim is false.

**6**     Fourth, I assess the concern in the Stein-Alford Report that my expert report's analysis of 3PVRO voter registrations, because it divides counts of these registrations by total voter registrations, "fail[s] to take into consideration the base number of white and nonwhite eligible voters i.e., citizen voting population" (p. 4). Further addressing this concern, the Stein-Alford Report states as well that, "The *appropriate* measure [of the incidence of nonwhite and white total voter registrations and registrations by method] is the proportion of persons by race and ethnicity eligible to register (i.e., citizen voter age population) who registered to vote" (p. 5, emphasis added). The suggestion that counts of 3PVRO voter registrations be normalized, or divided, by citizen voting age population reflects a misunderstanding of what "voter registration" means in Florida.   I nonetheless calculate what the authors of the Stein-Alford Report deem an

"appropriate" measure of the use of voter registration via 3PVRO using the most recent data published by the United States Census Bureau on citizen voting age population in Florida.  My calculations return results qualitatively identical to those in my expert report, implying that there is no evidence that the Stein-Alford Report's proposed normalization of 3PVRO voter registrations by citizen voting age population has any meaningful implications for my report's conclusions.

**7**      Fifth, I assess the claim in the Stein-Alford Report concerning Herron and Smith (2013). This article is an analysis of Florida House Bill 1355, which, like SB 7050, restricted the activities of 3PVROs prior to being struck down in federal court.  The Stein-Alford Report states that, "[Herron and Smith (2013)] show that HB 1355 has similar impacts for each group of voters" and that, "[t]here is no evidence [in the article] of statistically significant differences in registration rates among Whites, Blacks, or Hispanics after the adoption of HB 1355" (p. 12). This claim is false.

**8**      Sixth, I analyze a hypothetical voter registration scenario presented in the Stein-Alford Report. Every number in the hypothetical is invented, the numbers in the hypothetical that can be verified are wrong, and the hypothetical appears to assume (incorrectly) that the effective date of SB 7050 was January 1, 2023 (pp. 6-7). The Stein-Alford Report's voter registration hypothetical has no implications for my expert report's conclusions.

**9**      Seventh, I assess the claim in the Stein-Alford Report that disproportionately high 3PVRO voter registration rates among Black and Hispanic registered voters in Florida "simply reflect" (p. 8) voter registration efforts of organizations associated with the Democratic party.   As background for this claim, the Stein-Alford Report cites regression results that appear in my expert report.  These results, however, are inconsistent with claims in the Stein-Alford Report about the effect of registered voter race being a proxy for political party activity.

**10**      Eighth, I comment on the brief discussion in the Stein-Alford Report of the cost of voter registration via 3PVRO and the cost of voter registration at an office of the Department of Motor Vehicles (DMV). Since registration is required in Florida prior to voting, the cost of registration faced by every eligible voter is also a cost of voting. The Stein-Alford Report offers comparative evidence neither on the cost of registering to vote via 3PVRO nor on the cost of registering to vote at a DMV office. It nonetheless states that, "[I]t is not obvious that third party registration is less costly to the voter than some other modes of registration, specifically registration at the Department of Motor Vehicles" (p. 8). As I note in my expert report, "The extent to which any cost of voting burdens an individual depends on an individual's personal circumstances" (p. 13). With the most recent list of registered voters I have in Florida, I identify over 460,000 instances of voter registration via 3PVRO. For these thousands of individuals, the cost of registration via 3PVRO was arguably lower than the cost of regisration with other methods as evidenced by the fact that these individuals used 3PVROs to register to vote in the first place.

## 2    Conclusions not disputed in the Stein-Alford Report

**11**      The Stein-Alford Report does not dispute the following conclusions, among others, that appear in my expert report.

(a) Since the onset of contemporary record keeping on voter registration methods by the Florida Department of State, 3PVROs in Florida have submitted almost 2.4 million voter registration applications to elections officials in the state.

(b) Registration via 3PVRO has been used by roughly six to seven percent of Florida registrants. This range is conservative, meaning that *at least* six to seven percent of voter registrations in Florida have been facilitated by 3PVROs. Since 2018, 3PVROs have facilitated over 275,000 new voter registrations.[1]

---

[1] The source of the number 275,000 is Table 3 of my expert report. Appendix A of this rebuttal contains a version of this table updated with data published by the Florida Department of State after my expert report's submission.

(c) There is substantial variation in the extent to which voters of different race groups register to vote via 3PVRO. Conservatively, Black registered voters in Florida have used 3PVROs for voter registration roughly five to six times as often as white voters and that Hispanic voters have used 3PVROs roughly four to five times as often as white voters.  Moreover, Black registered voters and Hispanic registered voters are roughly eight to nine and five to six percentage points more likely to use registration via 3PVRO compared to white registered voters in Florida, respectively, all things equal.  Overall, voter registration via 3PVRO is disproportionately common among minority voters in Florida, both statewide and in the vast majority of Florida counties.

(d) SB 7050 raises the costs of operation for 3PVROs (by restricting whom they can engage to collect and handle ballots, requiring monitoring of this restriction, and imposing a reporting requirement related to the restriction); increases the financial risks to which 3PVROs are exposed through voter registration operations (by increasing fines for late and incorrectly delivered voter registration applications); and makes voter registration efforts less useful for these organizations (by restricting their ability to retain voter registration information that they could subsequently use during get-out-the-vote efforts).  When the costs of voter registration operations for 3PVROs increase and the benefits of voter registration operations decrease, economic logic dictates that 3PVROs should curtail their voter registration activities in Florida.

(e) Academic literature establishes that changes in voter registration statutes that make registration easier, exemplified by changes that allow for same day voter registration, are reflected in actual voter registrations and increased voter turnout.  With this literature as background, the provisions of SB 7050 that pertain to 3PVROs—those that establish a citizenship requirement, increase fines, and ban voter registration information retention—should be expected to have real effects on patterns of voter registration, and thus turnout, in Florida, all things equal.

(f) The Florida Office of Election Crimes and Security (OECS), a unit of the Florida Department of State, issued a report in January 2023 that lists 3,026 election law complaints logged by the OECS between the 2016 general election and the date of my expert report's writing.  There are 17 complaints in the report that are associated with 3PVROs, corresponding to roughly 0.56 percent of the total number of complaints.[2]  Of pending and referred complaints referring to 3PVROs, they appear to involve two potentially problematic voter registrations.  Using two confidential voter files produced by the Florida Department of State for the purposes of this litigation, I conservatively identify 316,960 voter registrations carried out in Florida via 3PVRO since this election.

(g) A comparison of new voter registrations in Florida in 2023 to those in 2019 (both of these years are one year prior to a presidential election year) shows that 3PVRO voter registrations across Florida dropped more precipitously in the aftermath of SB 7050's effective date than new voter registrations executed using any of the other methods of registration available to eligible Florida voters. This is consistent with academic literature on the effect of burdens on 3PVRO voter registration: when these burdens increase, registrations carried out by 3PVROs decrease, all things equal.

(h) In its 2022 national survey of election administration practices, the U.S. Election Assistance Commission tracks the number of voter registration applications rejected at the county level on the grounds of being improperly completed or being submitted by an individual not eligible to vote in the jurisdiction where his or her registration application was received. Among a set of 21 comparable states, Florida ranks eighth highest in terms of voter registration application rejection rates. Florida's overall voter registration application rejection rate in 2022 was 1.19 percent, according to the U.S. Election Assistance Commission, lower than the aggregate rejection percentage of 1.69 across the complementary 20 states.  Between the 2020 to the 2022 November elections, elections

---

[2]In the summary of my expert report (¶ 2(g)), this number was reported as 16, but in the body of the expert report, the number is reported correctly as 17 (¶ 82 and fn. 42).

officials in Florida rejected more than 72,000 voter registration applications across all voter registration methods in the state.  Contrary to the public comments of some legislative supporters of SB 7050, this suggests that Florida's statutes are not poorly serving the state in a way that leads to an excessive number of problematic voter registration applications being submitted to elections officials.

disproportionately register to vote via 3PVRO, and, contrary to the Stein-Alford Report, are thus

# 3   Black and Hispanic voters are disproportionately affected by SB 7050, and, contrary to the Stein-Alford Report, this is shown in my expert report

**12**     According to the Stein-Alford Report, "Professor Herron's findings demonstrate that a higher proportion of nonwhite voters than white voters register to vote via third parties" (p. 8). The Report expresses this same point in writing that, "Dr. Herron...[is] able to conclude that Blacks and Hispanics are more likely to be registered via 3PVROs than are non-Hispanic Whites" (p. 11).

**13**     Nonetheless, the Stein-Alford Report also writes that my expert report "does not address the key issue of actual disparate impacts on Black and Hispanic [voter] registration relative to non-Hispanic White [voter] registration" (p. 3).

**14**     If any racial group in Florida disproportionately registers to vote via 3PVRO, then this group will be disproportionately affected by a law whose provisions restrict and raise the operating costs for 3PVROs.  It is thus illogical for the authors of the Stein-Alford Report to acknowledge my expert report's finding that there is a group of registered voters in Florida whose members disproportionately register to vote via 3PVRO and yet claim that this finding does not "address"

the matter of whether the group is disproportionately affected by SB 7050's provisions regarding 3PVROs.

**15**     Therefore, the claim in the Stein-Alford Report that my expert report "does not address the key issue of actual disparate impacts on Black and Hispanic [voter] registration relative to non-Hispanic White [voter] registration" (p. 3) is false.

**16**     One could imagine that a law with only trivial provisions regarding 3PVROs would not disproportionately affect the types of registered voters who disproportionately use the services of 3PVROs when registering to vote.  However, as described in Sections 6 and 7 of my expert report (pp. 19-25), SB 7050's provisions regarding 3PVROs are anything but trivial. Among other things, these provisions place restrictions on 3PVROs, raise the statutory fines to which 3PVROs are exposed, and create a new reporting requirement for 3PVROs.  The Stein-Alford Report does not dispute my expert report's characterization of SB 7050's provisions.

**17**     Related to the false claim in the Stein-Alford Report that my expert report "does not address the key issue of actual disparate impacts on Black and Hispanic [voter] registration relative to non-Hispanic White [voter] registration" (p. 3), the authors of the Stein-Alford Report claim as well that, "[Professor Herron's] findings do not address the central question of whether SB 7050 has had a discriminatory effect on nonwhite voter registrations" (p. 4). Putting aside the matter of how the authors of the Stein-Alford Report define "the central question" versus "the key issue," the word "discrimination" does not appear in my expert report.  That said, my expert report presents abundant evidence of disproportionate effects of SB 7050 on Black and Hispanic registered voters compared to white registered voters, and this is acknowledged in the Stein-Alford Report by virtue of its stating that, "Professor Herron's findings demonstrate that a higher proportion of nonwhite voters than white voters register to vote via third parties" (p. 8).

**18**     Also related to the false claim in the Stein-Alford Report that my expert report "does not address the key issue of actual disparate impacts on Black and Hispanic [voter] registration relative to non-Hispanic White [voter] registration" (p. 3), the Stein-Alford Report states that, "[Professor Herron claims] that SB 7050 will increase the costs of registering to vote *and can lead to voter disenfranchisement of eligible citizens, including of those already registered to vote*" (p. 14, emphasis in original). In fact, the word "disenfranchisement" does not appear in my expert report.     As noted immediately above, my expert report presents abundant evidence of disproportionate effects of SB 7050 on Black and Hispanic registered voters compared to white registered voters, and this is acknowledged in the Stein-Alford Report by virtue of its stating that, "Professor Herron's findings demonstrate that a higher proportion of nonwhite voters than white voters register to vote via third parties" (p. 8).

# 4   SB 7050 has impacted how voting-eligible Floridians have registered to vote, and, contrary to the Stein-Alford Report, this is shown in my expert report

**19**     The Stein-Alford Report makes three claims regarding voter registration and SB 7050.

**20**     Voter Registration Claim I: "[Professor Herron's expert report] does not provide empirical evidence of [the impact of SB 7050 on voter registration in Florida]" (p. 3).

**21**     Voter Registration Claim II: "We could not find in Professor Herron's expert report any information that reported the difference-in-difference ratios of white and nonwhite registrations to white and nonwhite citizen voting age populations for comparable the periods preceding and following the adoption of SB 7050" (p. 7).

**22**     Voter Registration Claim III: the data in my expert report "are suggestive of a substitution of DMV registration for third party registration among nonwhite voters" (p. 7).

**23**     I respond to each claim as follows.

**24**     With respect to the Stein-Alford Report's Voter Registration Claim I, my expert report does in fact provide evidence as to how SB 7050 has impacted how voter registration in Florida.  Voter Registration Claim I in the Stein-Alford Report is therefore false.  Also with respect to this claim, I show that my expert report's findings on how SB 7050 has impacted voter registration in Florida do not qualitatively change when I incorporate new data on voter registrations in Florida that became available after my report was submitted.

**25**     With respect to Voter Registration Claim II, using a list of registered voters in Florida valid as of December 2023 and a list of registered voters in Florida valid as of December 2019, I show that new voter registrations in Florida have fallen more for non-white registrants than for white registrants.

**26**     With respect to Voter Registration Claim III, I show that the logic adduced in the Stein-Alford Report connecting data in my expert report with putative substitution of DMV registration for 3PVRO registration does not follow.

## 4.1   Reviewing the findings in my expert report on the effect of SB 7050 on voter registrations in Florida

**27**     I now address what I call the Stein-Alford Report's Voter Registration Claim I: "[Professor Herron's expert report] does not provide empirical evidence of [the impact of SB 7050 on voter registration in Florida]" (p. 3).

### 4.1.1   Findings using data available when my expert report was submitted

**28**      Section 12 of my expert report (pp. 74-78) is titled, "Changes in new voter registrations in Florida since SB 7050 went into effect."  Reflecting the July 1, 2023, effective date of SB 7050, the section presents an analysis of new voter registrations in 2019 and 2023 (years that are identically spaced in a four-year presidential election cycle and are thus comparable), comparing voter registrations executed pre-SB 7050 and those executed post-SB 7050. The results in Section 12 of my expert report rely on two tables, Table 21 (p. 75) and Table 22 (p. 76). The Stein-Alford Report disputes neither the numbers in these two tables nor my calculations based on them.  The two tables draw on monthly voter registration counts published by the Florida Department of State.

**29**      I constructed Table 21 based on the logic that the effect of SB 7050 on voter registrations in Florida will be evident in the difference between post-SB 7050 voter registrations in 2023 (i.e., registrations in the months of July and August of 2023) and voter registrations in comparable months in 2019 (i.e., registrations in the months of July and August of 2019).  At the time I constructed Table 21, the Florida Department of State had published monthly voter registration counts only through August 2023.

**30**      The difference between voter registrations in July and August of 2019 and voter registrations in July and August of 2023 may be confounded by changes in Florida voter registrations patterns that took place between 2019 and 2023. To deal with this potential problem, I first subtract voter registrations in January-June of 2019 from voter registrations in January-June of 2023.  I then subtract this January-June difference from the previously calculated July and August difference, and the result of this calculation is a difference-in-difference.

**31**      With this as background, the contents of Tables 21 and 22 of my expert report are divided into pre-SB 7050 months (January-June) and post-SB 7050 months (July-August), and they indicate that, "new voter registrations overall in Florida were down almost 19 percent in

July-August compared to being down roughly four percent in January-June" (¶ 206, p. 77).  The associated difference-in-difference is approximately -15 percent.[3]

**32**      According to Tables 21 and 22, the associated difference-in-difference for 3PVRO voter registrations is roughly -28 percent, which is the greatest (in magnitude) drop across voter registration methods of all the methods listed in the two tables.  This difference-in-difference constitutes evidence of the impact of SB 7050 on voter registrations in Florida, countering the claim in the Stein-Alford Report that my expert report "does not provide empirical evidence of [the impact of SB 7050 on voter registration in Florida]" (p. 3).

### 4.1.2    Findings using data available as of the writing of this rebuttal

**33**      Between the submission of my expert report and the writing of this rebuttal, the Florida Department of State updated its figures on monthly new voter registrations, broken down by registration method.  Monthly new voter registrations are now available through November 2023. This has allowed me to update the aforementioned Tables 21 and 22 and to check if the results in my expert report that relied on voter registrations through August 2023 are the same when I incorporate voter registrations through November 2023.  As will be clear shortly, they are.

**34**      Table 1 in this rebuttal is an updated version of Table 21.  The months, January-June, in the "Pre-SB 7050" section of the table are same as in Table 21 in my expert report.  However, the months in the "Post-SB 7050" section of the new table now cover July-November as opposed to what was covered, July-August, in my expert report.[4]

**35**      For each of the listed voter registrations methods, Table 1 reports 2023-2019 differences in total numbers of voter registrations.   For example, the table shows that 3PVRO voter

---

[3]This is based on subtracting -4 from -19.

[4]See "Voter Registration Reports," *Florida Department of State*, December¡ 13, 2023, available at `https://dos.fl.gov/elections/data-SB˜7050statistics/voter-SB˜7050registration-SB˜7050statistics/voter-SB˜7050registration-SB˜7050reports/` (last accessed December 15, 2023).

Table 1: Change in voter registration methods, 2019 to 2023 (Update of Table 21)

| Method | 2019 | 2023 | Difference | Percent change |
|---|---|---|---|---|
| **Pre-SB 7050 (January-June)** | | | | |
| Department Of Motor Vehicles | 220,251 | 254,099 | 33,848 | 15.37 |
| Online Voter Registration | 24,097 | 15,777 | -8,320 | -34.53 |
| Public Library | 987 | 507 | -480 | -48.63 |
| Supervisor Of Elections | 38,288 | 17,833 | -20,455 | -53.42 |
| Mail | 17,093 | 7,626 | -9,467 | -55.39 |
| 3PVRO | 8,366 | 2,943 | -5,423 | -64.82 |
| Public Assistance | 1,668 | 405 | -1,263 | -75.72 |
| Total | 310,914 | 299,198 | -11,716 | -3.77 |
| **Post-SB 7050 (July-November)** | | | | |
| Department Of Motor Vehicles | 211,416 | 203,058 | -8,358 | -3.95 |
| Online Voter Registration | 32,123 | 21,236 | -10,887 | -33.89 |
| Public Library | 1,162 | 683 | -479 | -41.22 |
| Supervisor Of Elections | 29,897 | 14,869 | -15,028 | -50.27 |
| Mail | 20,569 | 7,914 | -12,655 | -61.52 |
| Public Assistance | 1,319 | 425 | -894 | -67.78 |
| 3PVRO | 41,269 | 2,115 | -39,154 | -94.88 |
| Total | 337,885 | 250,310 | -87,575 | -25.92 |

*Note: rows in decreasing order by percent change*

registrations were down roughly 65 percent in the months of January-June in 2023 compared to the same months in 2019. In the months July-November, 3PVRO voter registration were down by roughly 95 percent.[5]

**36**    Table 2 in this rebuttal includes difference-in-differences and is an update of Table 22. Its findings are qualitatively identical to the those in my original expert report.

**37**    In particular, when the post-SB 7050 period in 2023 is defined to be July-November, the associated difference-in-difference for new 3PVRO voter registrations is roughly -30 percent, which is the greatest (in magnitude) drop across voter registration methods of all the methods in Table 2.[6]    Among other implications of Table 2, this establishes that my expert report's

---

[5]My expert reports notes that Florida Senate Bill 90 (hereinafter, SB 90), which also had provisions that regulated 3PVROs, was passed in early 2021 and signed into law in May 2021 (p. 17). The statutory provisions of SB 90 have been in effect for all of 2023 unlike those of SB 7050, which date only to July 2023.

[6]The number -30 is the result of subtracting approximately -65 (top section of Table 2) from approximately -95 (bottom section of Table 2).

Table 2: Difference-in-difference in voter registration methods, 2019 to 2023 (Update of Table 22)

| Method | Pre-percent change | Post-percent change | DID |
|---|---|---|---|
| Public Assistance | -75.72 | -67.78 | 7.94 |
| Public Library | -48.63 | -41.22 | 7.41 |
| Supervisor Of Elections | -53.42 | -50.27 | 3.16 |
| Online Voter Registration | -34.53 | -33.89 | 0.64 |
| Mail | -55.39 | -61.52 | -6.14 |
| Department Of Motor Vehicles | 15.37 | -3.95 | -19.32 |
| 3PVRO | -64.82 | -94.88 | -30.05 |
| Total | -3.77 | -25.92 | -22.15 |

*Note: rows in decreasing order by difference-in-difference (DID)*

conclusions on the effect of SB 7050 on voter registrations do not qualitatively change when I consider the most recent data published by the Florida Department of State on monthly new voter registrations in Florida, broken down by method.

**38**    The Florida Department of State does not break down new monthly voter registration counts by registrant race. Hence Tables 1 and 2 in this rebuttal, which are updates of Tables 20 and 21 in my expert report, are not broken down by race.

## 4.2   SB 7050 and new voter registrations executed by white and non-white voters

**39**    I now address what I call the Stein-Alford Report's Voter Registration Claim II: "We could not find in Professor Herron's expert report any information that reported the difference-in-difference ratios of white and nonwhite registrations to white and nonwhite citizen voting age populations for comparable the periods preceding and following the adoption of SB 7050" (p. 7).

**40**    I interpret this critique as asserting that my expert report does not provide evidence using difference-in-differences based on comparable time periods of the effect of SB 7050 on white and non-white voters. The passage above from the Stein-Alford Report mentions the citizen voting age

population (CVAP) of Florida, but, as I discuss later in this rebuttal, there is no data available on Florida CVAP in 2023 much less monthly data on CVAP in 2023 and in years prior.

41      To respond to Voter Registration Claim II, I turn to individual voter registration records in (1) a copy of the Florida statewide voter file as of December 2019 and (2) a confidential statewide voter file produced by the Florida Department of State after my expert report was submitted.  The latter voter file is the most recent list of Florida registered voters that I have, and it is a December 2023 confidential voter file.   See Appendix B for details on this file, which includes voter registrations through the month of November 2023.

42      With the December 2023 voter file, I can count the number of voter registrations executed in the months January-June (pre-SB 7050) of 2023 by white and non-white voters and the number of voter registrations executed in the months July-November (post-SB 7050) of 2023 by white and non-white voters. I can similarly count voter registrations from the December 2019 voter file, distinguishing between non-white and white voter registrations.

43      When I count registrations in the December 2019 voter file and in the December 2023 voter file, some of the registrations will be new and others will be updates of existing registrations. So that my analysis of white and non-white voter registrations matches the analysis in my expert report of new voter registrations as closely as possible, and to avoid as much as I can confounding the analysis by voter registration updates, I need a way to identify *new* voter registrations in the December 2019 and December 2023 voter files.

44      For this I turn to what are known as Florida election recap reports published by the Florida Department of State in the aftermath of statewide elections.  A recap report for a given election consists of a set of 67 tab-delimited text files, one file per county.  Each file lists *inter alia* the registered voters in a county who were eligible to vote in the election of interest.

**45**     Using the December 2019 Florida voter file, I identify all voter registrations that took place between January 1, 2019, and November 30, 2019, and were executed by voters whose official Florida voter identification numbers do *not* appear in the 2018 general election recap file.  I treat these as new voter registrations.

**46**     Using the December 2023 Florida voter file, I similarly identify all voter registrations that took place between January 1, 2023, and November 30, 2023, and were executed by voters whose official Florida voter identification numbers do *not* appear in the 2022 general election recap file.  I treat these as new voter registrations.

**47**     Table 3 reports counts of new voter registrations in 2019 and in 2023 ("2019" and "2023," respectively), differences in total registrations between these two years ("Difference"), and percent changes between the two years ("Percent change").  This table is broken down by white and non-white voters.

Table 3: Changes in new voter registrations, 2019 to 2023

| Race | 2019 | 2023 | Difference | Percent change |
|------|------|------|------------|----------------|
| **Pre-SB 7050 (January-June)** | | | | |
| White | 168,631 | 157,675 | -10,956 | -6.50 |
| Non-white | 117,716 | 100,924 | -16,792 | -14.26 |
| Total | 286,347 | 258,599 | -27,748 | -9.69 |
| **Post-SB 7050 (July-November)** | | | | |
| White | 172,739 | 130,371 | -42,368 | -24.53 |
| Non-white | 135,887 | 81,581 | -54,306 | -39.96 |
| Total | 308,626 | 211,952 | -96,674 | -31.32 |

**48**     Table 3 shows that new voter registrations in Florida were down roughly 10 percent from January-June of 2019 to January-June of 2023.   Among white registered voters, new voter registrations in Florida were down roughly seven percent from January-June of 2019 to January-June of 2023.   And among non-white registered voters, new voter registrations were down roughly 14 percent from January-June of 2019 to January-June of 2023.

**49**     Table 3 also shows that new voter registrations were down roughly 31 percent in July-November of 2023 compared to July-November of 2019. Among white voter registered voters, new voter registrations were down roughly 25 percent from July-November of 2019 to July-November of 2023. And among non-white voter registered voters, new voter registrations were down roughly 40 percent from July-November of 2019 to July-November of 2023.

**50**     As in my expert report's discussion of Tables 21 and 22 (and their updates in this rebuttal), I now turn to difference-in-differences. Based on Table 3's new voter registration counts from the December 2019 and the December 2023 voter files, difference-in-differences are shown in Table 4. In Table 4, difference-in-differences ("DID") are calculated by subtracting January-June differences in Table 3 ("Pre-percent change") from July-November differences in Table 3 ("Post-percent change").

Table 4: Difference-in-differences in new voter registrations, 2019 - 2023

| Race | Pre-percent change | Post-percent change | DID |
|---|---|---|---|
| White | -6.50 | -24.53 | -18.03 |
| Non-white | -14.26 | -39.96 | -25.70 |
| Total | -9.69 | -31.32 | -21.63 |

**51**     Table 4 shows that the non-white difference-in-difference is roughly -26 percent and the white difference-in-difference is roughly -18 percent. Non-white voters thus had a greater post-SB 7050 drop in voter registrations between 2019 and 2023 compared to white voters. This is consistent with SB 7050 having diminished voter registrations disproportionately among non-white voters compared to white voters, which is what would be expected given (1) SB 7050's provisions regarding 3PVROs and (2) the fact that non-white voters are disproportionate users of voter registration via 3PVRO.

**52**     If, as proposed in the Stein-Alford Report (p. 7), non-white registered voters in Florida who pre-SB 7050 would have registered to vote via 3PVRO instead registered to vote post-SB 7050 at DMV offices, then there would be no reason to expect the non-white difference-in-difference in

Table 4 to be so much greater in magnitude (more negative) than the white difference-in-difference in the table.

## 4.3    The data in my expert report do not suggest that DMV voter registration substitutes for 3PVRO voter registration

**53**    I now turn to what I call the Stein-Alford Report's Voter Registration Claim III: the data in my expert report "are suggestive of a substitution of DMV registration for third party registration among nonwhite voters" (p. 7).

**54**    The authors of the Stein-Alford Report ground their suggestion that DMV voter registration has substituted for 3PVRO voter registration by comparing voter registration rates by method and race in the August 2021 voter file (see Table 13 of my expert report on p. 54) with voter registration rates by method and race in the September 2023 voter file (Table 15 in my expert report on p. 60). The authors of the Stein-Alford Report note that, for Black and Hispanic registered voters, 3PVRO voter registration rates were greater in the August 2021 voter file compared to the September 2023 voter file and that, for these same voters, DMV registration rates were greater in the September 2023 voter file compared to the August 2021 voter file.

**55**    The authors of the Stein-Alford Report (p. 7) criticize me for not analyzing this ("Professor Herron neither comments on this aggregate change"). They also interpret the aforementioned results on 3PVRO and DMV voter registration rates calculated using the August 2021 and September 2023 voter files as potential evidence that Black and Hispanic registered voters in Florida substituted DMV registrations for what would have been 3PVRO registrations ("Though conclusions about these aggregate numbers are subject to an ecological fallacy, they are suggestive of a substitution of DMV registration for third party registration among nonwhite voters").

**56**      As to my not assessing the effect of SB 7050 on voter registrations in Florida by comparing total voter registrations in the August 2021 and September 2023 voter files, this was deliberate. The years 2021 and 2023 are not equally spaced in four-year presidential election cycles and thus are not comparable: the year 2021 is one year *after* a presidential election and the year 2023 is one year *before* a presidential election.

**57**      Moreover, SB 7050 has been in effect only for the latter half of 2023, starting on July 1, 2023, to be exact. It is thus illogical to subtract voter registration rates based on voter registrations through August 2021 from voter registration rates based on voter registrations through September 2023 and treat resulting differences as if they isolate the effect of SB 7050.

**58**      Even putting these points aside, the conclusion about DMV voter registration substitution that the Stein-Alford Report draws from August 2021 and September 2023 total 3PVRO and DMV voter registration rates still does not follow from the evidence cited by the Stein-Alford Report. To see why this is the case, consider the following.

**59**      Suppose SB 7050 led to diminished opportunities to register to vote via 3PVRO and that, in response, disproportionately many Black and Hispanic eligible voters did not register to vote. This would have the following two effects.

**60**      First, post-SB 7050 there would be relatively fewer new 3PVRO voter registrations among registered voters in Florida.  This would reflect the absence of voters, disproportionately Black and Hispanic, who would have newly registered to vote via 3PVRO but now were not registered at all.  Second, among the voters who were already registered as of the effective date of SB 7050, when these voters moved and needed to update their voter registrations, they would be relatively more likely to update their registrations at DMV offices. This would increase the fraction of DMV registrations among all voters, including Black and Hispanic voters.

**61**     In other words, what the Stein-Alford Report cites as evidence of substitution from 3PVRO to DMV registration is consistent with SB 7050 driving down new 3PVRO registration rates among Black and Hispanic registered voters and forcing existing registered voters to update their registrations without the services of 3PVROs.  Therefore, it does not follow from what the Stein-Alford Report cites as evidence of substitution from 3PVRO to DMV registration that Black and Hispanic voters actually substituted DMV registration for 3PVRO registration, thus mooting the effect of SB 7050's provisions regarding 3PVROs.[7]

## 5     Normalizing voter registrations by citizen voting age population, proposed in the Stein-Alford Report, yields qualitatively identical conclusions to those in my expert report

**62**     In many places in my expert report, I divide counts of 3PVRO voter registrations (and voter registrations by other methods) by counts of registered voters, thus producing rates of 3PVRO voter registrations (and rates at which other forms of voter registration are used in Florida).  According to the Stein-Alford Report, my dividing counts of particular types of voter registrations by counts of registered voters is "inappropriate," not "adequate," and not "correct." Putting aside the matter of how these characterizations differ from one another, the Stein-Alford Report argues that the Florida-wide and race-based 3PVRO voter registration rates that I calculate in my expert report should be divided, or normalized, by citizen voting age population, often referred to as CVAP, instead of counts of registered voters.  Dividing counts of 3PVRO voter registrations by CVAP would, according to the Stein-Alford Report, "properly [control] for differences in the number of

---

[7]Section 5.2 of my expert report (pp. 18-19) describes findings in Herron and Smith (2013), which shows that, when 3PVROs were restricted by Florida House Bill 1355 in 2011, total voter registrations dropped in Florida.  This is inconsistent with the type of substitution in voter registration methods in response to SB 7050 proposed in the Stein-Alford Report.

eligible persons who can register to vote before and after the adoption of SB 7050" (p. 5).

**63**    Insofar as (1) the Stein-Alford Report labels my calculated 3PVRO voter registration rates as inappropriate, inadequate, and incorrect and (2) the Stein-Alford Report refers to its suggested alternative normalization as "proper," the Stein-Alford Report should have offered evidence as to the purported negative consequences of the normalizations it critiques. To the contrary, outside of labeling my calculations with various pejoratives, there is no evidence in the Stein-Alford Report that any of my calculations that divide counts of 3PVRO voter registrations (and registrations by other methods) by counts of registered voters are biased in any way and at risk of generating misleading conclusions. Indeed, the Stein-Alford Report does not provide evidence that even a single conclusion in my expert report would have been different had I divided counts of 3PVRO voter registrations (and registrations by other methods) by counts of citizens of voting age in Florida.

**64**    Lack of evidence aside, to address the Stein-Alford Report's critique about my dividing counts of voter registrations by registered voters, I now explain why I counted 3PVRO voter registrations in the first place and why I calculated 3PVRO voter registration rates by dividing counts of 3PVRO voter registrations by counts of registered voters. After doing this, and in the process presenting updated 3PVRO voter registration counts and rates drawn from the aforementioned, December 2023 statewide voter file produced by the Florida Department of State after my expert report was submitted, I then return to Stein-Alford Report's particular concern about CVAP. Consistent with suggestions in the Stein-Alford Report, I carry out what calculations I can based on available CVAP data and find conclusions qualitatively identical to those in my expert report.

## 5.1   Counting 3PVRO voter registrations in Florida

**65**     I state in the introduction to my expert report that an objective of the report is to "identify the types of individuals in Florida who are disproportionately burdened by [the] provisions [of SB 7050 related to 3PVROs]" (p. 4).  As a step in accomplishing this goal, I described counts of 3PVRO voter registrations executed in Florida in various time periods.  Among other things, these counts illustrate the magnitude of the burden on Florida's registered voters of SB 7050's provisions regarding 3PVROs.

**66**     For example, I note in my report that, since the advent of what I understand to be modern record keeping in the Florida Department of State, 3PVROs have submitted roughly 2.4 million voter registration applications (p. 15).  And, since 2018, 3PVROs have facilitated roughly 276,000 new voter registrations across Florida (see Table 9 in Appendix A).

**67**     I noted earlier in this rebuttal that the most recent list of Florida registered voters that I have is a December 2023 confidential voter file produced by the Florida Department of State after my expert report was submitted. See ¶ 41.

**68**     The 2023 December voter file is summarized in Table 5, which shows that it includes roughly 463,000 instances of voter registration via 3PVRO. This number is conservative (and thus too low) because it undercounts the true number of 3PVRO voter registrations that have been executed by the roughly 15.8 million registered voters in Florida who appear in the December 2023 voter file.  As I note in my expert report (¶ 176 on p. 69), official Florida voter files record only the most recent registration method for each registered voter.

**69**     The corresponding 3PVRO voter registration rate based on the December 2023 voter file is approximately 5.85. To generate this number, I divided 463,114 by 7,918,364 (and then multiplied by 100).  The reason I divided my count of 3PVRO voter registrations by the latter number is

Table 5: Voter registration methods, December 2023 voter file

| Method | All Voters | Percent | Post-January 2012 Voters | Percent |
|---|---|---|---|---|
| DMV | 7,036,548 | 44.58 | 4,182,675 | 52.82 |
| Missing | 2,675,966 | 16.95 | 834,376 | 10.54 |
| Other | 1,854,895 | 11.75 | 662,287 | 8.36 |
| Mail | 1,751,308 | 11.10 | 650,958 | 8.22 |
| Online | 1,605,729 | 10.17 | 1,067,055 | 13.48 |
| 3PVRO | 717,970 | 4.55 | 463,114 | 5.85 |
| Library | 72,652 | 0.46 | 35,785 | 0.45 |
| Public assistance agency | 51,157 | 0.32 | 20,262 | 0.26 |
| Disability agency | 16,545 | 0.10 | 1,233 | 0.02 |
| Armed forces office | 1,505 | 0.01 | 619 | 0.01 |
| Total | 15,784,275 | 100.00 | 7,918,364 | 100.00 |

because I wanted to know the relative frequency of 3PVRO voter registrations among voting-eligible Floridians who were registered to vote.

**70**   In addition to reporting (conservative) counts of 3PVRO voter registrations across Florida in various time periods, in my expert report I also described race-based rates at which registered Florida voters used 3PVROs to facilitate their voter registrations. Table 6 describes race-based 3PVRO voter registration rates based on the December 2023 voter file.

**71**   According to this file, and focusing as I did in my expert report on post-January 2012 voter registrations, roughly 12.47 percent of Black registered voters used voter registration via 3PVRO as opposed to 1.90 percent of white registered voters. Thus, according to the December 2023 voter file, Black registered voters in Florida used 3PVRO voter registration roughly 6.6 times as often as white registered voters. The comparable figure for Hispanic registered voters is 10.3 percent, which corresponds to roughly 5.2 times as often as white registered voters.

**72**   These rate calculations are based on registered voters because, as before, for the purpose of my expert report I needed to assess how often members of different race groups choose from among Florida's nine voter registration methods. Moreover, voter registrations in Florida can be

25

Table 6: Race and voter registration methods, December 2023 voter file

| Method | Black | Hispanic | White | Other race |
|---|---|---|---|---|
| **All** | | | | |
| DMV | 36.87 | 38.01 | 50.57 | 26.43 |
| Missing | 20.18 | 16.26 | 16.55 | 16.13 |
| Other | 14.45 | 10.94 | 10.79 | 16.51 |
| Mail | 9.93 | 11.53 | 10.93 | 13.38 |
| Online | 7.44 | 13.20 | 8.86 | 18.12 |
| 3PVRO | 9.93 | 9.19 | 1.50 | 8.27 |
| Library | 0.51 | 0.43 | 0.43 | 0.67 |
| Public assistance agency | 0.62 | 0.42 | 0.22 | 0.39 |
| Disability agency | 0.07 | 0.02 | 0.14 | 0.07 |
| Armed forces office | 0.01 | 0.01 | 0.01 | 0.03 |
| **Post-January 2012** | | | | |
| DMV | 44.19 | 43.10 | 63.03 | 28.15 |
| Missing | 13.36 | 11.54 | 9.44 | 11.00 |
| Other | 10.48 | 8.81 | 6.49 | 15.02 |
| Mail | 7.68 | 9.24 | 7.33 | 11.59 |
| Online | 10.75 | 16.51 | 11.26 | 22.46 |
| 3PVRO | 12.47 | 9.96 | 1.90 | 10.79 |
| Library | 0.53 | 0.44 | 0.40 | 0.65 |
| Public assistance agency | 0.51 | 0.38 | 0.15 | 0.29 |
| Disability agency | 0.03 | 0.02 | 0.01 | 0.02 |
| Armed forces office | 0.01 | 0.00 | 0.01 | 0.03 |

both new registrations and updates of existing registrations. The universe of Floridians who can update their voter registrations is the set of registered voters in Florida, and this is one reason to normalize counts of 3PVRO registrations by counts of registered voters

**73**    As I explained in my expert report (Section 11 on pp. 68-74), using a Florida statewide voter file to calculate Black-white and Hispanic-white gaps in 3PVRO voter registration rates leads to conservative gaps, i.e., gaps that are too small. From this it follows that, according to the December 2023 voter file, Black registered voters use 3PVRO voter registration at least 6.6 times as often as white voters, and Hispanic registered voters use 3PVRO voter registration at least 5.2 times as often as white voters.

**74**     To briefly summarize, I conclude from the data described in my expert report, complemented by the December 2023 Florida statewide voter file, that hundreds of thousands of Florida registered voters have used voter registration by 3PVRO, that rates of registering to vote with this method vary by race, and that Black and Hispanic voters use 3PVRO voter registration disproportionately often compared to white registered voters.  These findings contribute to my report's objective of "identify[ing] the types of individuals in Florida who are disproportionately burdened by [the] provisions [of SB 7050 related to 3PVROs]" (p. 4).

## 5.2   Normalizing 3PVRO voter registrations by CVAP

**75**     I now return to the Stein-Alford Report's stated concern about normalizing counts of 3PVRO voter registrations by CVAP, and my findings in this vein are twofold. First, I show that the Stein-Alford Report's concern is in some sense misguided because of the nature of voter registration in Florida. Second, using the most recent CVAP data available from the United States Census Bureau I show that there is no evidence that normalizing voter regisration counts by CVAP would have any qualitative implications for my expert report's findings on the disproportionate burdens of SB 7050's provisions regarding 3PVROs.

### 5.2.1   Florida voter registrations include both new and updated voter registrations

**76**     The suggestion that normalizing 3PVRO voter registration counts by CVAP would "properly [control] for differences in the number of eligible persons who can register to vote before and after the adoption of SB 7050" (p. 5) is in some sense misguided because some voter registrations in Florida are updates of existing registrations.  As I wrote above, the universe of Floridians who can update their voter registrations is the set of registered voters in Florida. I note this in my expert report (¶ 125 on p. 49).

### 5.2.2   CVAP normalizations are consistent with findings in my expert report

**77**     Putting aside the fact that the universe of Floridians who can update their voter registrations is the set of registered voters in Florida, I recognize that SB 7050 does affect *all* voting eligible residents of Florida, i.e., all voting-eligible citizens who reside in the state.  Indeed, I point this out in my expert report, writing that, "SB 7050 raises the cost of voter registration, and thus voting, for all eligible Florida voters" (p. 47).  In 2021, the most recent year for which figures on statewide CVAP in Florida are available from the United States Census Bureau, there were 21,339,760 voting-eligible United States citizens in Florida.[8] All of these individuals are burdened by SB 7050 as this bill raised the cost of voter registration, and thus the cost of voting, in Florida.[9]

**78**     In its CVAP suggestion, the Stein-Alford Report implicitly calls attention to these roughly 21.3 million individuals, and I concur with the authors of this report that no one should ignore the burdens of a law, like SB 7050, on voting-eligible residents of a state who have not registered to vote.

**79**     The Census Bureau releases CVAP figures on a roughly annual basis, and, as I noted above, the most recent CVAP data dates to 2021.  CVAP figures are broken down by race, and in the calculations that follow I employ the three race categories in the Census Bureau's CVAP data that most closely match the key race categories analyzed in my expert report, i.e., Black, Hispanic, and white.

---

[8] Data on Florida CVAP in 2021 is based on the 2017-2021 American Community Survey (5-year estimates), available at `https://www2.census.gov/programs-SB~7050surveys/decennial/rdo/datasets/2021/2021-SB~7050cvap/CVAP_2017-SB~70502021_ACS_csv_files.zip` (last accessed December 4, 2023).

[9] Not all American citizens of voting age in Florida are eligible to vote.  For example, a citizen of voting age who has been convicted of a felony is ineligible to vote unless his or her voting rights have been restored following release from confinement.  See "Constitutional Amendment 4/Felon Voting Rights," *Florida Department of State*, October 14, 2020, available at `https://dos.fl.gov/elections/for-SB~7050voters/voter-SB~7050registration/constitutional-SB~7050amendment-SB~70504felon-SB~7050voting-SB~7050rights/` (last accessed December 15, 2023).

**80**    Based on the August 2021 statewide voter file, which is discussed in Appendix C of my expert report (p. 97), Table 7 presents CVAP by race group and statewide ("CVAP"), counts of registered voters and percent registered ("Registered voters"), and 3PVRO usage and percent 3PVRO usage ("3PVRO registrations").

Table 7: 3PVRO voter registration rates based on CVAP, August 2021 voter file

| Race | CVAP | Registered voters | | 3PVRO registrations | |
|---|---|---|---|---|---|
| | | Count | Percent | Count | Percent |
| Black | 3,269,935 | 2,048,604 | 62.65 | 222,381 | 6.80 |
| Hispanic | 5,593,090 | 2,647,121 | 47.33 | 253,370 | 4.53 |
| White | 11,375,735 | 9,281,755 | 81.59 | 173,616 | 1.53 |
| Total | 21,339,760 | 15,160,576 | 71.04 | 763,240 | 3.58 |

**81**    According to the Census Bureau, as of 2021, there were roughly 3.3 million Black residents of Florida who were also United States citizens and at least 18 years old. Of these, according to the August 2021 voter file, roughly two million were registered to vote, corresponding to a registration rate of roughly 63 percent. Also according to the August 2021 voter file, there were roughly 222,000 3PVRO voter registrations executed by Black registered voters, which corresponds to a Black 3PVRO registration rate of approximately 6.8 percent.

**82**    According to the Census Bureau, there were as of 2021 roughly 5.6 million Hispanic residents of Florida who were also United States citizens and at least 18 years old. Of these, according to the August 2021 voter file, roughly 2.6 million were registered to vote, corresponding to a registration rate of roughly 47 percent. And according to the August 2021 voter file, there were roughly 253,000 3PVRO registrations executed by Hispanic registered voters, which corresponds to a Hispanic 3PVRO registration rate of approximately 4.5 percent.

**83**    Finally, according to the Census Bureau, there were as of 2021 roughly 11.4 million white residents of Florida who were also United States citizens and at least 18 years old. Of these, according to the August 2021 voter file, roughly 9.3 million were registered to vote, corresponding

to a registration rate of roughly 82 percent. And according to the August 2021 voter file, there were roughly 174,000 3PVRO registrations executed by white registered voters, which corresponds to a white 3PVRO registration rate of approximately 1.5 percent.

**84**    My expert report shows using multiple data sources that Black 3PVRO voter registration rates exceed white 3PVRO voter registration rates and, similarly, that Hispanic 3PVRO voter registration rates exceed white 3PVRO voter registration rates.   Now, taking seriously the suggestion in Stein-Alford Report that I normalize counts of 3PVRO voter registrations by CVAP, I find the same thing. My calculations in Table 7 use the most recent CVAP data available as of the writing of this rebuttal.

**85**    In the August 2021 voter file, there are roughly 2.6 million voter registration records that are missing registration method. These records are treated as not being associated with 3PVRO voter registration.

**86**    Missingness of voter registration method in the August 2021 voter file is correlated with race. In particular, roughly 18.7 percent of the records of Black registered voters are missing registration methods. Relatedly, roughly 14.3 percent and roughly 18 percent of the records of Hispanic and white registered voters, respectively, are missing registration method.   Black registered voters, therefore, are missing voter registration methods at a higher rate than white registered voters. I conclude from Table 7 that Black citizens of voting age in Florida use 3PVRO voter registration at greater rates than white citizens of voting age in Florida.  Because of the correlation between missing method of voter registration and race, the Black-white gap in 3PVRO voter registration rates (i.e., the difference between 6.8 percent and 1.53 percent) is conservative.

**87**    An additional conclusion that I draw from Table 7, based on the suggestion in the Stein-Alford Report to broaden my scope to all eligible voters in Florida, is that Black and Hispanic voter registration rates—approximately 63 percent and 47 percent, respectively—are

lower than the white voter registration rate—approximately 82 percent. SB 7050's provisions on 3PVROs raise the cost of registration and thus the cost of voting for all voting-eligible Floridians, including all Black, Hispanic, and white Floridians. Among these three groups, SB 7050's provisions disproportionately burden two of them—voting-eligible Black and Hispanic residents of Florida—whose voter registration rates are already lower than the voter registration rate of a third group of voters—voting-eligible white residents of Florida—who disproportionately do not use voter registration via 3PVRO.

# 6    Herron and Smith (2013) find disparate effects of HB 1355 on Black registered voters, contrary to the Stein-Alford Report

**88**    The Stein-Alford Report briefly discusses Herron and Smith (2013), an article I co-authored on House Bill 1355. I noted earlier that this bill, like SB 7050, restricted the activities of 3PVROs prior to its being struck down in federal court. House Bill 1355, like SB 7050, raised the cost of registering to vote in Florida via 3PVRO.

**89**    Herron and Smith (2013) informed my expert report's analysis of SB 7050 because it documents how an earlier law that raised the cost of registering to vote in Florida led to a drop in overall voter registrations in the state (pp. 18-19). In the aftermath of House Bill 1355's passage, if voter registrants in Florida intending to register via 3PVRO had simply switched to another form of registration, then the enactment of House Bill 1355 would not have led to a decrease in voter registrations. In fact, after the effective date in 2011 of House Bill 1355, total voter registrations in Florida fell compared to 2007 (note that the years 2007 and 2011 are equally placed in the four-year presidential election cycle). From this and other calculations in Herron and Smith (2013), it follows that voter registrants in Florida do not necessarily reallocate themselves to alternative methods of voter registrations when the cost of using a desired method—i.e., registration via 3PVRO—increases.

**90**     According to the Stein-Alford Report, "[Herron and Smith (2013)] show that HB 1355 has similar impacts for each group of voters" and that, "[t]here is no evidence [in the article] of statistically significant differences in registration rates among Whites, Blacks, or Hispanics after the adoption of HB 1355" (p. 12).

**91**     This claim is false. As written in Herron and Smith (2013), "[W]hen we fit regressions to the registration differences in the three panels of Figure 4 [which is reproduced in Stein-Alford Report as Figure 1 on p. 13], out of the six estimate[d] coefficients (two time indicator variables per regression), the only statistically significant estimate is that for the post– August 17 variable in the African American regression" (p. 297). This conclusion is stated clearly in Herron and Smith (2013): "This is evidence that HB 1355's effects varied by racial/ethnic group. . . " (ibid).

# 7   The Stein-Alford Report's hypothetical about voter registration rates has no implications for the conclusions in my expert report

**92**     In the process of commenting on my expert report, the Stein-Alford Report offers a hypothetical; see Tables 1 and 2 on pp. 6-7. In their hypothetical, the authors of the Stein-Alford Report invent white and non-white voter registration rates for the years 2019 and 2023. The authors take their invented rates, subtract them, and then appear to draw conclusions from this exercise. Subtracting invented voter registration rates does not show anything useful, the numbers in the Stein-Alford Report's hypothetical that can be verified are wrong, and the overall hypothetical about white and non-white voter registration rates has no implications for the conclusions in my expert report.

**93**     In addition, and perhaps more importantly, on pp. 16-20 of this rebuttal I carry out the difference-in-difference analysis that, to the best of my understanding, is what the authors of the

Stein-Alford Report attempted to motivate with their hypothetical. The calculations in my analysis rely on data, not on hypothetical voter registration rates.

## 7.1 The invented 2019 race-based voter registration rates in the Stein-Alford Report are incorrect

**94**    In their hypothetical, the authors of the Stein-Alford Report invent a white voter registration rate for 2019, assuming without evidence that this rate is 0.75. The authors of the Stein-Alford Report similarly invent a non-white voter registration rate for 2019, assuming without evidence that this rate is 0.65.

**95**    According to the Census Bureau, there were 20,901,635 citizens of voting age in Florida as of 2019. Of these, 11,318,555 were white. Although the Census Bureau's data on citizen voting age population does not have a distinct category for non-white individuals, in my effort to hew as closely as possible to the hypothetical in the Stein-Alford Report, I define the number of non-white citizens of voting age in Florida as of 2019 as the total number of citizens of voting age in Florida as of 2019 minus the number of white citizens of voting age in Florida as of 2019. This operation yields 20,901,635 - 11,318,555 = 9,583,080 non-white citizens of voting age in Florida as of 2019.[10]

**96**    According to a copy of the statewide Florida voter file dated December 2019, there were 14,342,513 registered voters in Florida as of this month. Of these registered voters, 8,964,342 were white. Parallel to my approach to calculating the number of non-white citizens of voting age in Florida, there were thus 14,342,513 - 8,964,342 = 5,378,171 non-white registered voters in Florida as of December 2019.

---

[10]Data on Florida CVAP in 2019 is based on the 2015-2019 American Community Survey (5-year estimates), available at `https://www2.census.gov/programs-SB-7050surveys/decennial/rdo/datasets/2019/2019-SB-7050cvap/CVAP_2015-SB-70502019_ACS_csv_files.zip` (last accessed December 5, 2023).

**97**     Using 2019 counts of citizens of voting age and counts of registered voters as of December 2019, I calculate white and non-white voter registration rates. These numbers appear in Table 8 along with the invented voter registration rates in 2019 from Tables 1 and 2.

Table 8: 2019 voter registration rates by race, real and invented

| Race group | CVAP | Registered voters | Voter registration rate | | |
| | | | Real | Invented | Difference |
|---|---|---|---|---|---|
| White | 11,318,555 | 8,964,342 | 0.79 | 0.75 | 0.04 |
| Non-white | 9,583,080 | 5,378,171 | 0.56 | 0.65 | -0.09 |

**98**     Table 8 shows that the invented 2019 vote registration rates in the Stein-Alford Report are incorrect. The real white voter registration rate in 2019 is 0.79 (i.e., 79 percent), and the Stein-Alford Report's invented white voter registration rate is 0.75 (i.e., 75 percent). The invented white voter registration rate in the Stein-Alford Report is too low, and thus the associated white difference in Table 8 is positive (0.04).

**99**     In contrast, the invented 2019 non-white voter registration rate in the Stein-Alford Report is 0.65, which is too high compared to the real 2019 non-white voter registration rate of 0.56. The associated non-white difference in Table 8 is negative (-0.09).

**100**     In short, both the Stein-Alford Report's invented 2019 white voter registration rate and the Report's invented 2019 non-white voter registration rate are wrong. I have shown this using publicly available data.

**101**     My expert report contains neither invented voter registration rates nor invented 3PVRO voter registration rates. The same is true of this rebuttal (minus my discussion of the invented voter registration rates in the Stein-Alford Report).

## 7.2 The invented 2023 race-based voter registration rates in the Stein-Alford Report cannot be verified given available data

**102** The voter registration hypothetical in the Stein-Alford Report also contains invented 2023 race-based voter registration rates for Florida, ostensibly because the authors of the Stein-Alford Report believe their hypothetical says something useful about the effect of SB 7050 on statewide voter registration (note the Stein-Alford Report's use of "before the adoption of SB 7050" and "following the adoption of SB 7050" on p. 6).

**103** To the best of my knowledge, there is no publicly available data on Florida CVAP in 2023. I already noted that, as of this rebuttal's writing, the most recent CVAP data dates to 2021. Therefore, I know of no source that the authors of the Stein-Alford Report could have used to evaluate their invented 2023 voter registration rates.

## 7.3 Subtracting 2019 and 2023 voter registration rates does not yield estimates of the effects of SB 7050

**104** The claim in the Stein-Alford Report that one can assess the effect of SB 7050 on voter registration by subtracting 2023 and 2019 voter registration rates is wrong.[11]

**105** As I point out in my expert report, SB 7050 was effective as of July 1, 2023 (¶ 123, p. 49). Putting aside the invented (and, in the case of 2019 rates, demonstrably wrong) voter registration rates, subtracting 2023 and 2019 rates will result in differences confounded by the fact that SB 7050 was not effective in the first half of 2023.

---

[11]For an example of this sort of subtraction, the Stein-Alford Report writes as follows: "In Table 1 the difference in these two ratios for white and nonwhite voters before the adoption of SB 7050 in 2019 is 10% (i.e., .75 - .65). In 2023, following the adoption of SB 7050 the gap between white and nonwhite registration among citizen voting age populations doubled to .2 (i.e., .75 - .55)" (top bullet, p. 6).

### 7.4   The Stein-Alford Report's voter registration hypothetical does not have findings

**106**     According to the Stein-Alford Report, its hypothetical Table 1 (which contains demonstrably wrong, race-based voter registration rates for 2019) has findings.  As evidence of this, consider that the authors of the Report write as follows: "The *findings* in Table 1 provide support for the claim that SB 7050 is associated with a diminution in nonwhite voter registration over white voter registration" (p. 6, emphasis added).  Results from hypotheticals do not lend themselves to be called "findings."  This is particularly true when the hypotheticals are based on numbers demonstrated to be wrong.

### 7.5   Concluding thoughts on the Stein-Alford Report's voter registration hypothetical

**107**     The voter registration hypothetical presented in the Stein-Alford Report (pp. 6-7) combines invented voter registrations rates that, when they can be verified, are incorrect.  The hypothetical also suggests an illogical comparison of voter registration rates that ignores the fact that SB 7050's effective date was July 1, 2023, and not January 1, 2023.

**108**     Putting all of this aside, to the best of my understanding the authors of the Stein-Alford Report created their hypothetical because they were concerned about how white and non-white voter registration rates evolved after SB 7050 went into effect. This rebuttal addresses that concern (pp. 16-20).

# 8   Voter race, independent of party, is associated with increased use of 3PVRO voter registration

**109**     My expert report establishes that Black and Hispanic registered voters in Florida use 3PVRO voter registration disproportionately often compared to white voters. I have already noted that the Stein-Alford Report concurs with this finding: "Professor Herron's findings demonstrate that a higher proportion of nonwhite voters than white voters register to vote via third parties" (p. 8).

**110**     The Stein-Alford Report offers an explanation of my findings about minority voters' use of voter registration via 3PVRO that draws on efforts of political parties to register voters:

> [Disproportionate use of 3PVRO voter registration] may simply reflect the finding reported in Table 1 of [Professor Herron's] expert report that an overwhelming proportion of third-party registrations are conducted by groups that target nonwhites and/or Democratic voters. . . *We suspect this accounts for the higher rate of third-party registrations among nonwhite voters. This expectation is confirmed by Herron's regression analysis of the incidence of third-party registrations (see [his] [T]able 17).* Herron reports a significant negative coefficient for party registration as a Republican and the likelihood of registering by a third party (p. 8, emphasis added).

**111**     Table 17 in my expert report indeed shows that, all things equal, an individual registered with the Democratic Party compared to the Republican Party is roughly 1.8 percentage points more likely to have registered to vote via 3PVRO.[12]

**112**     However, my expert report's Table 17 (along with its Table 23, which contains an alternate regression specification and appears in Appendix D of the expert report) controls for both registered voter race and political party affiliation. Along with the 1.8 percentage point estimate noted above, my regression results show that a registered Florida voter who is Black is roughly 9.7 percentage

---

[12]This result is based on the left column in Table 17, that which draws on the August 2021 voter file. The corresponding estimate in the right column of Table 17, that which draws on the September 2023 voter file, is 1.5 percentage points. Here, since Stein-Alford Report is critiquing my findings about race-based 3PVRO voter registration rates on account of having an association with Democratic Party efforts, my invoking a larger (1.8 versus 1.5) Democratic Party estimate in the body of this rebuttal is conservative.

points more likely to have registered to vote via 3PVRO than a white registered voter, all things equal. And, a registered voter who is Hispanic is roughly 5.3 percentage points more likely to have registered to vote via 3PVRO than a white registered voter, all things equal. In short, my regression results in both Table 17 and in Table 23 show that voter race has an independent effect on the likelihood of 3PVRO voter registration even controlling for political party affiliation.

**113**     In light of this, consider the passage above that appears in the Stein-Alford Report. In the italicized section of the passage, the authors of the Stein-Alford Report write about their suspicion that political party activity "accounts for" the disproportionately high 3PVRO usage rates among Black and Hispanic registered voters in Florida. According to the Stein-Alford Report, their "expectation is confirmed by Herron's regression analysis."

**114**     This mistaken confirmation reflects a mischaracterization of my regression results. In fact, my regression results do not show that political party affiliation "accounts for" disproportionately high 3PVRO registration usage among Black and Hispanic registered voters in Florida. If political party affiliation were to "account for" 3PVRO registration usage among Black and Hispanic registered voters in Florida, then Table 17's (and Table 23's) regression estimates associated with race would not be statistically significant. They are however significant (and in the case of Table 23's estimates, key are the marginal effects in Table 18, which also are significant).

**115**     Overall, the regression results in my expert report show that, after controlling for political party affiliation, voter race (Black or Hispanic) has a significantly positive effect on whether a voter registered to vote via a 3PVRO. As a side note, the race estimates in Table 17 of my expert report are several times greater than corresponding political party estimates, implying that the marginal effect of being Black or Hispanic (compared to being white) on the likelihood of having registered to vote via 3PVRO is greater than the marginal effect of Democratic party affiliation (compared to Republican political party affiliation) on the likelihood of having registered to vote via 3PVRO.

# 9    The cost of registering to vote via 3PVRO, while a function of individual circumstances, is arguably the lowest cost method of voter registration for hundreds of thousands of minority voters

**116**    In Florida, voter registration is required prior to voting. Therefore, all costs of registration are also costs of voting.

**117**    On the cost of voter registration via 3PVRO, the Stein-Alford Report includes the following passage: "Moreover, it is not obvious that third party registration is less costly to the voter than some other modes of registration, specifically registration at the Department of Motor Vehicles" (p. 8).

**118**    The Stein-Alford Report offers no comparative evidence on either the cost of registering to vote via 3PVRO or the cost of registering to vote at a DMV office. Indeed, the Stein-Alford Report does not offer any comparative evidence on the cost of registering to vote with the various methods of voter registration available in Florida.

**119**    Notwithstanding this lack of evidence, the authors of the Stein-Alford Report do suggest that 3PVROs "target" minority voters when seeking to register eligible Floridians to vote (p. 8, noting that the Stein-Alford Report refers to "nonwhite" voters, which I treat as shorthand for minority voters). The authors of the Stein-Alford Report do not make a similar point about Florida DMV offices, i.e., they do not claim that officials in DMV offices target eligible minority voters for voter registration purposes. Thus, the only comparative point made in Stein-Alford Report about voter registration via 3PVRO and voter registration at a DMV office is one implying that, for minority voters, the former method of voter registration is less costly than the latter. This is seemingly at odds with Stein-Alford Report's statement that it is not "obvious" that voter

registration via 3PVRO is less costly than voter regisration at a DMV office.

**120**    The cost of voter registration for a given voting-eligible resident of Florida is a function of this person's individual circumstances, as noted in my expert report (p. 13).  Given *any* two methods of voter registration, e.g., registration via 3PVRO and registration at a DMV office, there may be voting-eligible residents of Florida for whom the former is more costly than the latter and individuals for whom the latter is more costly than the former.

**121**    Rather than relying on an assertion of what may be "obvious," my expert report provides evidence on how Florida voters have registered to vote.  This evidence on observed behaviors has implications for how the cost of registering to vote varies by registration method and across types of voters.

**122**    Among other things, Table 5 in this rebuttal identifies 463,114 instances of voter registration via 3PVRO in the December 2023 voter file (and this is an undercount of the true number of voter registrations via 3PVRO carried out by the registered voters who are listed in the December 2023 voter file).  For at least 463,114 Floridians, the cost of registering to vote via 3PVRO was sufficiently low so as to lead these individuals to register to vote in this way.  Arguably, for these 463,114 individuals, the cost of registration via 3PVRO was lower than the cost of regisration with other methods as evidenced by the fact that these individuals used 3PVROs to register to vote in the first place.[13]

**123**    Also on the subject of the cost of voting, the Stein-Alford Report states that my expert report "claim[s] that SB 7050 will increase the costs of registering to vote *and can lead to voter disenfranchisement of eligible citizens, including of those already registered to vote*" (p. 14, emphasis in the original).  To the contrary, my report never uses the word "disenfranchisement."

---

[13]Not only is the number—463,114—of voter registrations via 3PVRO conservative because it does do not include 3PVRO registrations that were subsequently updated, it is conservative because it includes only post-January 2012 registrations. The total number of 3PVRO voter registrations listed in the December 2023 voter file is 717,970.

This may explain why the Stein-Alford Report does not provide a reference that supports this particular assertion about my expert report.

**124**     The Stein-Alford Report also states that my expert report "claim[s] SB 7050 will have a disproportionate and negative effect on registration and voting among nonwhite voters. They cite social science research on the 'costs of voting' to support their conclusions" (p. 14). It is indeed the case that SB 7050 will have a disproportionate effect on Black and Hispanic registered voters in Florida (which I take to be nonwhite voters as this term is used in the Stein-Alford Report). This follows from the fact that these racial groups of registered voters are disproportionate users of voter registration via 3PVRO, a method of registration that SB 7050 should be expected to diminish, as I detail in my expert report (see Section 7 on pp. 22-25).

**125**     In terms of my citing social science research on the cost of voting, this reflects how I conduct social science research in general. In my expert report in this litigation, I use academic literature to provide context for my empirical analysis of SB 7050 and voter registration in Florida. My conclusions about the disproportionate effect of SB 7050's provisions regarding 3PVROs on Black and Hispanic registered voters in Florida follow from data. Scholars of election administration regularly invoke ideas like the cost of voting and the cost of registering to vote when they use data to study changes in a state's election administration rules and procedures, exemplified here by the changes that SB 7050 has imposed on Florida's election administration rules and procedures.

# 10     Conclusion

**126**     The Stein-Alford Report ignores most of the conclusions in my expert report.

**127**     Among other things, my report shows that Black and Hispanic registered voters in Florida disproportionately register to vote via 3PVRO. The Stein-Alford Report acknowledges this but

nonetheless claims that my report does not address the matter of whether SB 7050's provisions regarding 3PVROs disproportionately affect Black and Hispanic registered voters. This is illogical.

**128**     The Stein-Alford Report makes a variety of false claims, presents a hypothetical that relies on invented voter registration rates and has no implications for the results in my expert report, and suggests a normalization of voter registration counts that, when I implemented it using publicly available data, returns a qualitatively identical conclusion as to what appears in my expert report.

**129**     In short, the Stein-Alford Report does not undermine any of the conclusions in my expert report.

**130**     Between the submission of my expert report in this litigation and the writing of this rebuttal, the Florida Department of State has produced a confidential voter file that includes voter registration information through the end of November 2023 and has updated its publicly available data on voter registrations in Florida.  I have incorporated both the new voter file and updated voter registration figures in this rebuttal.  These new data sources do not qualitatively change any of the conclusions in my expert report.

# References

Herron, Michael C. and Daniel A. Smith. 2013. "The Effects of House Bill 1355 on Voter Registration in Florida." *State Politics & Policy Quarterly* 13(3):279–305.

# A   Updated version of Table 3 from my expert report

**131**      This appendix contains an updated version of Table 3 that appears on p. 17 of my expert report. The updated numbers in the table represent counts of 3PVRO and total voter registrations that were published by the Florida Department of State after my expert report was submitted.

Table 9: Annual new voter registrations in Florida via 3PVRO, 2018 - November 2023 (Updated)

| Year | 3PVRO registrations | Total registrations | Percent |
|------|--------------------|--------------------|---------|
| 2018 | 96,516 | 844,119 | 11.43 |
| 2019 | 63,212 | 712,207 | 8.88 |
| 2020 | 59,805 | 1,176,509 | 5.08 |
| 2021 | 16,615 | 680,693 | 2.44 |
| 2022 | 36,571 | 813,085 | 4.50 |
| 2023* | 5,058 | 549,508 | 0.92 |
| Total | 277,777 | 4,776,121 | 5.82 |

*Figures current as of November 30, 2023.*

# B   The December 2023 Florida voter file

**132**     Following the submission of my expert report on October 13, 2023, the Florida Department of State produced a confidential and encrypted voter file in a zip archive, "SB7050-SOS-00080411-SB7050-SOS-00080611.zip." When I unpacked this archive using a password provided by Counsel, the result was a folder, "VOL0001." In this folder, I found an Excel spreadsheet, "VOL0001.xlsx." Column M of this spreadsheet identifies 67 ascii files, one per Florida county, that, to the best of my knowledge, together constitute the December 2023 voter file. Based on the names of the files in Column M (e.g., "ALA_20231212_RegSrc.txt") I infer that the effective date of the December 2023 voter file is December 12, 2023. For the purposes of this rebuttal, what I call the December 2023 voter file is the result of concatenating the 67 files listed in Column M that contain the string "RegSrc" (for registration source).

**133**     I verified that that there are no duplicated voter identification numbers in the December 2023 voter file; no lines in the file missing voter race; 2,675,966 lines in the file missing voter registration method; and, no lines in the file missing voter registration date.

**134**     There are 15,784,275 registered voters listed in the December 2023 voter file. The latest voter registration date in the file is November 30, 2023.

**135**     The layout of the December 2023 voter file, like the layout of the September 2023 voter file that is discussed at length in my expert report, is contained in the file, produced by the Florida Department of State, named, "VoterExtractRegSourceFileLayout[60].docx."