# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs,*

v.

CORD BYRD, in his official capacity as Florida Secretary of State, et al.

*Defendant.*

Case No. 4:23-cv-215-MW/MAF
Case No. 4:23-cv-216-MW/MAF
Case No. 4:23-cv-218-MW/MAF
(consolidated)

## SECRETARY'S *UNOPPOSED* MOTION
## TO ADJUST THE TRIAL SCHEDULE

Secretary Byrd moves to amend this Court's pre-trial order. More specifically, the Secretary asks that the trial day conclude at 7 pm. This is to accommodate Mohammad O. Jazil, the Secretary's lead attorney in the case. Mr. Jazil is a practicing Muslim who fasts during the month of Ramadan. Ramadan is expected to last from March 10, 2024, until April 9, 2024. During Ramadan, Muslims fast from sunrise to sunset, breaking the fast with family each evening. Sunset will be around 8 pm during the trial weeks. Concluding trial at 7 pm should allow Mr. Jazil to balance his obligations before this Court with his other commitments.

Dated: February 29, 2024

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Joshua E. Pratt (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
jpratt@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
Telephone: (850) 270-5938

John J. Cycon (NYB 5261912)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Higiway
Haymarket, VA 20169
jcycon@holtzmanvogel.com
Telephone: (540) 341-8808

*Counsel for the Secretary*

## ATTORNEY CONFERRAL CERTIFICATION

I certify that pursuant to Rule 7.1(B), the Secretary conferred with counsel for the Plaintiffs. They do not oppose this motion. The Attorney General supports the motion. To date, none of the Supervisors of Elections have expressed opposition to this motion either.

## LOCAL RULE 7.1(F) CERTIFICATION

I certify that this motion complies with this Court's word count, spacing, and formatting requirements. The motion contains 107 words, excluding the case style and certifications.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil