Exhibit 3



# Transcript of Andrew Darlington, Designated Representative

**Date:** January 4, 2024
**Case:** Florida State Conference of Branches, et al. -v- Byrd

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF FLORIDA

3             TALLAHASSEE DIVISION

4  FLORIDA STATE        :

5  CONFERENCE OF        :

6  BRANCHES AND YOUTH   :  Case Nos.

7  UNITS OF THE NAACP,  :  4:23-cv-215-MW/MAF

8  et al.,          :  4:23-cv-216-MW/MAF

9       Plaintiffs,  :  4:23-cv-218-MW/MAF

10   v.             :

11  CORD BYRD, in his    :

12  official capacity as  :

13  Florida Secretary of  :

14  State, et al.,     :

15       Defendants.  :

16  - - - - - - - - - - - - - -x

17  Deposition of the OFFICE OF THE FLORIDA SECRETARY

18              OF STATE

19   By and Through Its Designated Representative

20      ANDREW DARLINGTON, ESQUIRE

21        Conducted Virtually

22      Thursday, January 4, 2024

23         9:01 a.m. EST

24  Job No.: 518939

25  Pages: 1 - 314    Reported by: Cynthia A. Whyte

```
1     (Caption Continued from Previous Page)

2     - - - - - - - - - - - - -x

3    LEAGUE OF WOMEN            :

4    VOTERS OF FLORIDA,         :

5    INC., et al.,              :

6              Plaintiffs,      :

7      v.                       :

8    ASHLEY MOODY, in her       :

9    official capacity as       :

10   Attorney General of        :

11   Florida, et al.,           :

12             Defendants.      :

13   - - - - - - - - - - -      :

14   HISPANIC FEDERATION,       :

15   et al.,                    :

16             Plaintiffs       :

17     V.                       :

18   CORD BYRD, in his          :

19   official capacity as       :

20   SECRETARY OF STATE OF      :

21   FLORIDA, et al.,           :

22       Defendants            :

23

24    - - - - - - - - - - - - -x

25
```

1    Deposition of ANDREW DARLINGTON, ESQUIRE, conducted

2    virtually:

3

4

5

6

7

8

9

10

11

12

13

14

15    Pursuant to notice, before Cynthia A. Whyte, Notary

16    Public in and for the State of Maryland.

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2

3   ON BEHALF OF PLAINTIFFS FLORIDA STATE CONFERENCE OF

4   BRANCHES OF YOUTH UNITS OF THE NAACP; VOTERS OF

5   TOMORROW ACTION, INC.; DISABILITY RIGHTS FLORIDA;

6   ALIANZA FOR PROGRESS; ALIANZA CENTER; UNIDOS US;

7   FLORIDA ALLIANCE FOR RETIRED AMERICANS; SANTIAGO

8   MAYER ARTASANCHEZ; AND ESPERANZA SANCHEZ:

9       MELINDA JOHNSON, ESQUIRE

10      ELIAS LAW GROUP, LLP

11      250 Massachusetts Avenue, NW

12      Suite 400

13      Washington, D.C.  20001

14      (202) 968-4490

15

16  ON BEHALF OF PLAINTIFF LEAGUE OF WOMEN VOTERS OF

17  FLORIDA, INC:

18      BRENT FERGUSON, ESQUIRE

19      MICHAEL ORTEGA, ESQUIRE

20      CAMPAIGN LEGAL CENTER

21      1101 14th Street, NW

22      Suite 400

23      Washington, D.C.  20005

24      (202) 736-2200

25
```

```
1        A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF PLAINTIFF HISPANIC FEDERATION:

4        MIRANDA GALINDO, ESQUIRE

5        LatinoJustice PRLDEF

6        475 Riverside Drive

7        Suite 1901

8        New York, New York  10115

9        (212) 219-3360

10

11   ON BEHALF OF PLAINTIFF FLORIDA NAACP:

12       FRITZ WERMUTH, ESQUIRE

13       KING, BLACKWELL, ZENDER & WERMUTH, P.A.

14       25 East Pine Street

15       Orlando, Florida  32801

16       (407) 422-2472

17

18   ON BEHALF OF SECRETARY OF STATE CORD BYRD:

19       MOHAMMAD O. JAZIL, ESQUIRE

20       JOSHUA PRATT, ESQUIRE

21       HOLTZMAN VOGEL

22       119 South Monroe Street

23       Suite 500

24       Tallahassee, Florida  32301

25       (850) 270-5938
```

```
 1              A P P E A R A N C E S   C O N T I N U E D

 2

 3    ON BEHALF OF SUPERVISOR OF ELECTIONS OF BREVARD,

 4    CITRUS, DESOTO, FLAGLER, GILCHRIST, HIGHLANDS,

 5    JEFFERSON AND MADISON COUNTIES:

 6        FRANK M. MARI, ESQUIRE

 7        DALE SCOTT, ESQUIRE

 8        ANNA ENGELMAN SCOTT, ESQUIRE

 9        ROPER, P.A.

10        2707 East Jefferson Street

11        Orlando, Florida  32803

12        (407) 897-5150

13

14    ON BEHALF OF SUPERVISOR OF ELECTIONS OF ALACHUA

15    COUNTY:

16        MARGOT DuVAL, ESQUIRE

17        ASSISTANT COUNTY ATTORNEY

18        12 Southeast 1st Street

19        Floor 2

20        Gainesville, Florida  32601

21        (352) 374-5218

22

23

24

25
```

```
1              A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF SUPERVISOR OF ELECTIONS OF GLADES,

4    HARDEE, HENDRY, HOLMES, LEVY AND OKEECHOBEE

5    COUNTIES:

6        GERALDO F. OLIVO, III, ESQUIRE

7        HENDERSON FRANKLIN

8        1750 Monroe Street

9        P.O. Box 280

10       Fort Myers, Florida  33902

11       (239) 344-1100

12

13   ON BEHALF OF SUPERVISOR OF ELECTIONS OF BROWARD

14   COUNTY:

15       DEVONA ALICIA REYNOLDS PEREZ, ESQUIRE

16       BROWARD COUNTY ATTORNEYS OFFICE

17       115 South Andrews Avenue

18       Suite 423

19       Fort Lauderdale, Florida  33301

20       (954) 357-7600

21

22

23

24

25
```

1           A P P E A R A N C E S   C O N T I N U E D

2

3     ON BEHALF OF SUPERVISOR OF ELECTIONS FOR BAKER,

4     BAY, BRADFORD, CALHOUN, COLUMBIA, DIXIE, FRANKLIN,

5     GADSDEN, GULF, HAMILTON, JACKSON, LAFAYETTE,

6     LIBERTY, NASSAU, PUTNAM, SANTA ROSA, ST. JOHNS,

7     SUMTER, SUWANNEE, TAYLOR, UNION, WAKULA, WALTON AND

8     WASHINGTON COUNTIES:

9         LEIGH F. ROSENBLOOM, ESQUIRE

10        MARKS GRAY, P.A.

11        1200 Riverplace Boulevard

12        Suite 800

13        Jacksonville, Florida  32207

14        (904) 399-8440

15

16    ON BEHALF OF SUPERVISOR OF ELECTIONS OF PINELLAS

17    COUNTY:

18        JARED DOUGLAS KAHN, ESQUIRE

19        MATTHEW W. SMITH, ESQUIRE

20        PINELLAS COUNTY ATTORNEYS OFFICE

21        315 Court Street

22        Clearwater, Florida  33756-5165

23        (727) 464-3354

24

25

```
1              A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF PLAINTIFF HISPANIC FEDERATION:

4       ESTEE KONOR, ESQUIRE

5       ASSOCIATE DIRECTOR OF LITIGATION

6       DEMOS

7       80 Broad Street

8       New York, New York  10004

9       (212) 633-1405

10

11   ON BEHALF OF SUPERVISOR OF ELECTIONS OF VOLUSIA

12   COUNTY:

13      SARAH JONES, ESQUIRE

14      SARAH JONES LAW

15      922 Florida Highway 60

16      Lake Wales, Florida  33853

17      (863) 455-4811

18

19   ON BEHALF OF THE ATTORNEY GENERAL:

20      STEPHANIE ANNE MORSE, ESQUIRE

21      OFFICE OF THE ATTORNEY GENERAL

22      1 The Capitol

23      #Pl - 01

24      Tallahassee, Florida  32399

25      (850) 414-3300
```

```
1              A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF SUPERVISOR OF ELECTIONS FOR PALM BEACH

4    COUNTY:

5        JUANITA SOLIS, ESQUIRE

6        THE MARKARIAN GROUP

7        2925 PGA Boulevard

8        Suite 204

9        Palm Beach Gardens, Florida  33410

10       (561) 335-3202

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    C O N T E N T S

2    EXAMINATION OF ANDREW DARLINGTON, ESQUIRE    PAGE

3     By Ms. Johnson                              13

4     By Mr. Ferguson                             236

5     By Ms. Konor                                310

6

7                    E X H I B I T S

8              (Attached to the Transcript)

9    DARLINGTON DEPOSITION EXHIBITS               PAGE

10   Exhibit 1      Notice of Deposition          56

11   Exhibit 2      Declaration of Andrew

12                  Darlington, App. 0089 to

13                  App. 0095                     102

14   Exhibit 3      The Guardian Article          148

15   Exhibit 4      Documents related to Cody

16                  Case, SB7050-SOS-00094401

17                  to SB7050-SOS-00094417        238

18   Exhibit 5      807.802(1)                    259

19   Exhibit 6      SB7050                        259

20   Exhibit 7      Secretary of State's Response

21                  In Opposition to Motion for

22                  Preliminary Injunction and

23                  Incorporated Memorandum of

24                  Law                           270

25
```

```
 1              E X H I B I T S   C O N T I N U E D

 2                  (Attached to the Transcript)

 3    DARLINGTON DEPOSITION EXHIBITS                  PAGE

 4    Exhibit 8      Non-Felon Declaration            272

 5    Exhibit 9      3PVRO Voter Registration

 6                   Application Receipt              286

 7    Exhibit 10     Secretary Byrd's Responses

 8                   and Objections to the League

 9                   of Women Voters Plaintiffs'

10                   First Set of Interrogatories     293

11    Exhibit 11     OECS Report                      306

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2                ANDREW DARLINGTON, ESQUIRE

3    having been duly sworn, testified as follows:

4    BY MS. JOHNSON:

5        Q    Good morning, Mr. Darlington.

6        A    Good morning.

7        Q    Would you please go ahead and state your

8    full name for the record.

9        A    Andrew Darlington.

10       Q    My name is Mindy Johnson and I represent

11   some of the plaintiffs in this litigation,

12   specifically Florida NAACP, UnidosUS, Alianza,

13   Voters of Tomorrow, Esperanza Sanchez, Santiago

14   Mayer, Umberto Pierto, and Disability Rights of

15   Florida and Florida Alliance for Retired

16   Americans.

17            I'm going to be the one asking you some

18   questions to start off today, and then I do

19   believe some other plaintiffs' counsel will have

20   some questions for you as well.  Okay?

21       A    Understood.

22       Q    Have you ever been deposed before?

23       A    No.

24       Q    Have you ever testified in court before?

25       A    I've never testified in court.  I am a

Transcript of Andrew Darlington, Designated Representative
Conducted on January 4, 2024                                    14

1   practicing attorney so I have appeared in court

2   before.

3        Q    Understood.  So that's a helpful

4   clarification.  You've never testified as a

5   witness before in court.

6        A    No, ma'am.

7        Q    Okay.  There are a few ground rules that

8   I think may make things easier today.  You might

9   have experience from being a practicing attorney,

10  but just a few things that should make it easier

11  for the court reporter and for both of us as we go

12  through the questioning today.

13           The first is that everything is being

14  transcribed so we'll need you to give verbal

15  answers to all questions instead of an uh-huh or a

16  nod just so that the record is clear.  Is that

17  okay?

18       A    Yes.

19       Q    With Zoom there's sometimes a slight bit

20  of a delay, so I think it's best practice if you

21  will pause just a second to make sure I finish my

22  question and I will also try and do the same to

23  make sure you completely finish your answer before

24  asking the next question so that there is not

25  overlapping speaking that makes it difficult for

1    the court reporter to transcribe.

2         A    Understood.

3         Q    Okay.  If you don't understand any of the

4    questions I ask, please do ask for clarification

5    or ask me to repeat the question; otherwise, I

6    will understand that you understood the question

7    if you go ahead and give your answer.  Does that

8    make sense?

9         A    Yes.

10        Q    If you need a break at any point, feel

11   free to ask.  The only general rule to follow is

12   that if there's a question pending, you go ahead

13   and answer the question that is pending before we

14   take that break.

15        A    Understood.

16        Q    You are being deposed today as a

17   representative of the Office of the Secretary of

18   State.  Do you understand that?

19        A    Yes.

20        Q    And so you understand that your answers

21   are binding on the Office of the Secretary of

22   State of Florida?

23        A    Yes, I do.

24        Q    Okay.  If I use the word "you" today in

25   the deposition, I will generally be referring to

1   Can you elaborate on what investigation or

2   conviction you're referring to?

3        A    Sure.  I mean, one example which is

4   contained in the production we've given you is

5   Roderica Corey (sic), a convicted felon, who in

6   her sworn investigation to the Florida Department

7   of Law Enforcement admitted to criminally using

8   personally identifiable information and that

9   resulted in a conviction, in another felony

10  conviction.  And there have been a number of

11  those.

12       Q    Can you think of any others specifically?

13       A    Well, when you say "those," I'm not going

14  to comment on active investigations, but I would

15  want to point to the production we've given you

16  and I can certainly discuss specific examples that

17  you pull.

18       Q    Yes.  I'm asking you to name any other

19  specific examples that you can think of sitting

20  here.

21       A    Sure.  There were five individuals who

22  were -- I don't remember if they were paid or

23  unpaid, but they were working for Hard Knocks.

24  And when I say "working for Hard Knocks," they

25  were collecting voter registration applications in

1      A     We do have ongoing and active

2   investigations, yes.

3      Q     There was one you just mentioned;

4   correct?

5      A     Yes.

6      Q     Are there any others?

7      A     Yes.

8      Q     And what are those instances?

9      A     I'm not going to comment on specific

10   details of active investigations.

11      Q     But your testimony is that they relate to

12   identity theft or information security breaches by

13   3PVROs?

14      A     Yes.

15      Q     Are these investigations going to be

16   included in the next version of OECS' annual

17   report?

18      A     Yes.  The annual report -- the annual

19   report would contain -- would contain the

20   information that the statute requires us to report

21   to the legislature, yes.

22      Q     And when is the next version of OECS'

23   annual report going to be published?

24      A     Our statutory deadline is January 15.

25      Q     So do you anticipate that information

1          Q      I said my understanding was only one was

2    referred to the statewide prosecutor; is that

3    accurate?

4          A      Ever?

5          Q      Of the ones we are discussing right now,

6    yes.

7          A      Of the five organizations we're

8    discussing now, no, not only -- there has been

9    more than one.

10          Q      How many?

11          A      Again, which time period are you

12    discussing?  The ones that since I joined the

13    office?

14          Q      Yes, any that you have knowledge of as

15    responsive to Topic 8.

16          A      Well, let's see.  Any that are responsive

17    to Topic 8.  In Charlotte and Lee Counties there

18    were five individuals charged and convicted of

19    felony theft of personally identifiable

20    information that were acting as voter registration

21    agents.  And there are certainly -- you know,

22    those five.  There are other individuals that are

23    being investigated now, but as far as -- you know,

24    I don't have insight into every investigation

25    going in every State Attorney Office.  So I can't

1      A     The office generally doesn't provide any

2   comment regarding ongoing criminal investigations.

3      Q     Do you believe it would be in voters'

4   best interests to notify the 3PVRO if there's

5   issues of use of voter information at a certain

6   3PVRO?

7            MR. JAZIL:  Object to form.

8            But you can answer.

9      A     So you're asking me essentially should I

10  notify them and see if there is an attempt to

11  cure?

12     Q     Or the ability to cure if they're made

13  aware of the information.

14     A     I guess I don't follow your question

15  because I don't know how you cure theft of

16  personally identifiable information that there is

17  a fraudulent actor somewhere that stole

18  information and somehow pushed it along.  So once

19  a voter registration application is fraudulently

20  submitted using stolen application, how do you

21  cure that?  I just don't follow your question.  I

22  don't know how you would undo the submission of a

23  false voter registration application.

24     Q     Sure.  If you informed the 3PVRO which

25  voter registration agents submitted the fraudulent