**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                     Case Nos.: 4:23cv215-MW/MAF

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiff's motion in limine, ECF No. 240. Defendants shall file an expedited response to this motion **on or before Monday, March 4, 2024, by 5:00 p.m. (ET).**

SO ORDERED on March 1, 2024.

                                                      **s/Mark E. Walker**
                                                      **Chief United States District Judge**