Allan Lichtman, Ph.D.
January 10, 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

    Defendants.
_____

REMOTE DEPOSITION OF ALLAN J. LICHTMAN, Ph.D.

Wednesday, January 10, 2024

10:00 a.m. - 11:38 a.m.

LOCATION OF WITNESS:

Via Zoom

Bethesda, Maryland


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA


Job No. 341344

Allan Lichtman, Ph.D.
January 10, 2024

Page 7

1  to my report, just let me make sure we are on the
2  same page.  Sometimes the pagination doesn't match.
3       Q    Sure.  And if you ever need a break to get
4  a glass of water or go to the restroom, please let
5  me know and we'll accommodate you.
6       A    Will do.  Thank you.
7       Q    Dr. Lichtman, I am going to go ahead and
8  bring up your expert report here, if I can figure
9  out how to do that.
10           Do you see a document on the screen
11  entitled Expert Report of Allan J. Lichtman, Ph.D.?
12      A    I do.
13      Q    Is that the expert report you submitted in
14  this case on October 13, 2023?
15      A    It is.
16      Q    I am going to go to the first page.
17           You said that you have been asked by the
18  plaintiffs' counsel in this case to consider and
19  offer opinions on whether Florida Senate Bill 7050
20  passed by the Florida Legislature and signed by
21  Governor Ron DeSantis May 2023 was adopted with the
22  intent to discriminate against minority voters,
23  specifically Black and Hispanic voters in Florida.
24           My question is:  You would agree with me
25  that the intent -- whether or not Senate Bill 7050

Allan Lichtman, Ph.D.
January 10, 2024

Page 8

1  was passed with discriminatory intent is ultimately
2  a legal determination for the Court to make, would
3  you agree?
4           MS. O'DONNELL:  Objection.  You can
5       answer.
6       A    I don't entirely agree.  That is my role
7  as an expert in history, social science, statistical
8  historical methodology, is to provide information
9  through documentary and statistical analysis that
10 would assist the Court in reaching its ultimate
11 legal conclusion.
12          This is no different than a
13 straightforward garden variety Section 2 case where
14 I have provided expert information and analysis.
15 For example, on the Gingles factors and the Senate
16 factor that would assist the Court in making its
17 ultimate legal determination.  But I am not myself
18 usurping the role of the Court in that regard.
19 BY MR. PERKO:
20      Q    Do you intend to provide an opinion as to
21 whether SB 7050 was adopted with discriminatory
22 intent?
23      A    As I said, what I have done in this case
24 was provide information based upon the Arlington
25 Heights factors that would bear upon that final

1  legal judgment.  I am not making a legal judgment,
2  but in my opinion, my analysis does show
3  discriminatory intent.
4      Q    Did you anticipate providing that opinion
5  at trial?
6           MS. O'DONNELL:  Objection to the form.
7      A    I will not -- not have intention of
8  providing anything beyond what's in my report.  I
9  never know what lawyers might ask me.
10 BY MR. PERKO:
11     Q    The next sentence you say, my analyses and
12 opinions in this litigation are based on historical,
13 political and statistical information gathered and
14 reviewed by you.
15          Can you tell me how you went about
16 gathering the historical, political and statistical
17 information that you reviewed?
18     A    Yes.  To an extent, I requested
19 information from counsel, particularly transcripts
20 of legislative sessions.  And then as I have done in
21 my 50-plus years of scholarship, I have gathered
22 additional relevant information on my own.
23     Q    How did you go about gathering that
24 additional information?
25     A    I have, as I said, 50-plus years of

```
                                                              Page 57
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA     )

 3    COUNTY OF LEON       )

 4              I, SANDRA L. NARGIZ, Registered

 5    Professional Reporter, certify that I was authorized

 6    to and did stenographically report the remote

 7    deposition of ALLAN J. LICHTMAN, Ph.D.; that a

 8    review of the transcript was requested, and that the

 9    foregoing transcript, pages 1 through 55, is a true

10    record of my stenographic notes.

11              I further certify that I am not a

12    relative, employee, attorney or counsel of any of

13    the parties, nor am I a relative or employee of any

14    of the parties' attorney or counsel connected with

15    the action, nor am I financially interested in the

16    action.

17              DATED on January 13, 2024.

18

19

20

21              SANDRA L. NARGIZ
                RPR, RMR, CRR, CRC, CCR-GA
22              Notary Public in Florida
                snargiz@comcast.net
23

24

25
```