**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

     *Plaintiffs*,

v.                                                                Case No.  4:23-cv-215-MW/MAF
                                                                                    4:23-cv-216-MW/MAF
                                                                                    4:23-cv-218-MW/MAF

                                                                                    (consolidated for trial)

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

     *Defendants*.

_____/

## THE SECRETARY AND ATTORNEY GENERAL'S EXHIBIT LIST

1

**Legend for Abbreviations**: **A** = No Objection; **AET** = Allow If Expert Testifies; **401/402** = Relevance; **403** = Prejudice, Confusion, Waste of Time, etc.; **801/802** = Hearsay; **805** = Hearsay within hearsay; **F** = Foundation; **NC** = Not Complete; **MIL** = Subject to Motion in Limine; **Composite** = Improper Composite; **JN** = Judicial Notice* (*Plaintiffs agree to judicial notice of content and official existence of such documents, but nothing more to the extent offered by Defendants).

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections* | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 1 | Request for Admissions Responses in *NAACP* (composite) | | SOS | 401/402, 403, composite exhibit; 801/802 as to HF and LWV Plaintiffs | | |
| 2 | Request for Admissions Responses in *League of Women Voters* | | SOS | 401/402, 403, composite exhibit; 801/802 as to NAACP and HF Plaintiffs | | |
| 3 | Request for Admissions Responses in *Hispanic Federation* (composite) | | SOS | 401/402, 403, composite exhibit; 801/802 as to NAACP and | | |

---

* For Defendants' exhibits that are similar or identical to exhibits Plaintiffs have on their exhibit lists, Plaintiffs have listed certain objections directed to the Defendants' use of those exhibits in whole or part against Plaintiffs, but such objections should not be construed as objections to Plaintiffs' use of the exhibits.

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | | | LWV Plaintiffs | | |
| 4 | Interrogatory Responses in *NAACP* (composite) | | SOS | 401/402, 403, composite exhibit; 801/802 as to HF and LWV Plaintiffs | | |
| 5 | Interrogatory Responses in *League of Women Voters* | | SOS | 401/402, 403, composite exhibit; 801/802 as to NAACP and HF Plaintiffs, composite exhibit | | |
| 6 | Interrogatory Responses in *Hispanic Federation* (composite) | | SOS | 401/402, 403, composite exhibit; 801/802 as to NAACP and LWV Plaintiffs | | |
| 7 | Privilege Logs in *NAACP* (composite) | | SOS | 401/402, 403, composite exhibit | | |
| 8 | Privilege Logs in *League of Women Voters* | | SOS | 401/402, 403 | | |
| 9 | Privilege Logs in *Hispanic Federation* | | SOS | 401/402, 403 | | |
| 10 | Letters from the Department of State to | ALIANZA_0133-ALIANZA_0135; | SOS | 401/402, 403, 801/802, | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|--------------------|--------------|---------|--------------------------|------------------------|----------|
|     | 3PVROS (composite) (note: confidential) | SB7050-SOS-00007218-SB7050-SOS-00007220; SB7050-SOS-00003134 – SB7050-SOS00003135; SB7050-SOS-00001674 – SB7050-SOS-00001675; SB7050-SOS-00001672 – SB7050-SOS-00001673; SB7050-SOS-00001633 – SB7050-SOS-00001634; SB7050-SOS-00108342-SB7050-SOS-00108343; SB7050-SOS-00001668 – |         | composite exhibit, MIL |                        |          |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
|  |  | SB7050-SOS-00001669; SB7050-SOS-00003831 – SB7050-SOS-00003832; SB7050-SOS-00002294 – SB7050-SOS-00002295; SB7050-SOS-00003518 – SB7050-SOS-00003519; SB7050-SOS-00001629 – SB7050-SOS-00001630; SB7050-SOS-00003323 – SB7050-SOS-00003325; SB7050-SOS-00002089 – SB7050-SOS-00002090; |  |  |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|---------------------------|------------------------|----------|
| | | SB7050-SOS-00003586- SB7050-SOS-00003587; SB7050-SOS-00003551 – SB7050-SOS-00003552; SB7050-SOS-00000671- SB7050-SOS-00000672; SB7050-SOS-00002332 – SB7050-SOS-00002333; SB7050-SOS-00002402- SB7050-SOS-00002403; SB7050-SOS-00006264 – SB7050-SOS-00006265; SB7050-SOS-00003781- | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|---------------------------|------------------------|----------|
|     |                     | SB7050-SOS-00003782; SB7050-SOS-00005276- SB7050-SOS-00005278; SB7050-SOS-00002241 – SB7050-SOS-00002242; SB7050-SOS-00001992 – SB7050-SOS-00001993; SB7050-SOS-00001963 – SB7050-SOS-00001964; SB7050-SOS-00001666 – SB7050-SOS-00001667; SB7050-SOS-00001660 – SB7050-SOS-00001661; |         |                           |                        |          |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|---------------------------|------------------------|----------|
|     |                     | SB7050-SOS-00006374 – SB7050-SOS-00006375; SB7050-SOS-00001658 – SB7050-SOS-00001659; SB7050-SOS-00006380-SB7050-SOS-00006381; SB7050-SOS-00009788 – SB7050-SOS-00009789; SB7050-SOS-00002301 – SB7050-SOS-00002302; SB7050-SOS-00001631 – SB7050-SOS-00001632; SB7050-SOS-00006566- |         |                           |                        |          |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00006568; SB7050-SOS-00006419- SB7050-SOS-00006420; SB7050-SOS-00108327 – SB7050-SOS-00108329; SB7050-SOS-00003274- SB7050-SOS-00003275; SB7050-SOS-00001613 – SB7050-SOS-00001614; SB7050-SOS-00004931- SB7050-SOS-00004932; SB7050-SOS-00006446- SB7050-SOS-00006448; | | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00005092 – SB7050-SOS-00005093; SB7050-SOS-00003773- SB7050-SOS-00003774; SB7050-SOS-00108340- SB7050-SOS-00108341; SB7050-SOS-00004728 – SB7050-SOS-00004729; SB7050-SOS-00003493- SB7050-SOS-00003494; SB7050-SOS-00001652- SB7050-SOS-00001653; SB7050-SOS-00003495- | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00003496; SB7050-SOS-00001662-SB7050-SOS-00001663; SB7050-SOS-00005165-SB7050-SOS-00005166; SB7050-SOS-00003584-SB7050-SOS-00003585; SB7050-SOS-00003785-SB7050-SOS-00003786; SB7050-SOS-00003810-SB7050-SOS-00003811; SB7050-SOS-00006001-SB7050-SOS-00006003; | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|---------------------------|------------------------|----------|
|  |  | SB7050-SOS-00005608-SB7050-SOS-00005610; SB7050-SOS-00005613-SB7050-SOS-00005614; SB7050-SOS-00108335-SB7050-SOS-00108337; SB7050-SOS-00006120-SB7050-SOS-00006121; SB7050-SOS-00003020-SB7050-SOS-00003021; SB7050-SOS-00006150 – SB7050-SOS-00006151; SB7050-SOS-00108331- |  |  |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00108334; SB7050-SOS-00001935-SB7050-SOS-00001936; SB7050-SOS-00006582-SB7050-SOS-00006584; SB7050-SOS-00002250-SB7050-SOS-00002251; SB7050-SOS-00006591-SB7050-SOS-00006592; SB7050-SOS-00006359-SB7050-SOS-00006361; SB7050-SOS-00006356-SB7050-SOS-00006358; | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00006352-SB7050-SOS-00006354; SB7050-SOS-00006281-SB7050-SOS-00006283; SB7050-SOS-00007010-SB7050-SOS-00007012; SB7050-SOS-00001627-SB7050-SOS-00001628; SB7050-SOS-00001678-SB7050-SOS-00001679; SB7050-SOS-00002027-SB7050-SOS-00002028; SB7050-SOS-00003595- | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00003596; SB7050-SOS-00005191-SB7050-SOS-00005192; SB7050-SOS-00004542-SB7050-SOS-00004543; SB7050-SOS-00001617-SB7050-SOS-00001618; SB7050-SOS-00007161-SB7050-SOS-00007163; SB7050-SOS-00003775-SB7050-SOS-00003776; SB7050-SOS-00001619-SB7050-SOS-00001620; | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00001646-SB7050-SOS-00001647; SB7050-SOS-00001621-SB7050-SOS-00001622; SB7050-SOS-00007118-SB7050-SOS-00007119; SB7050-SOS-00001676-SB7050-SOS-00001677; SB7050-SOS-00002171-SB7050-SOS-00002172; SB7050-SOS-00001635-SB7050-SOS-00001636; SB7050-SOS-00001642- | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|----------------------------|------------------------|----------|
|     |                     | SB7050-SOS-00001643; SB7050-SOS-00006962- SB7050-SOS-00006964; SB7050-SOS-00003783- SB7050-SOS-00003784; SB7050-SOS-00108344- SB7050-SOS-00108346; SB7050-SOS-00002123- SB7050-SOS-00002124; SB7050-SOS-00003536- SB7050-SOS-00003537; SB7050-SOS-00003563- SB7050-SOS-00003564; |         |                            |                        |          |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
|  |  | SB7050-SOS-00001625-SB7050-SOS-00001626; SB7050-SOS-00003295-SB7050-SOS-00003296; SB7050-SOS-00003453-SB7050-SOS-00003455; SB7050-SOS-00003136-SB7050-SOS-00003137; SB7050-SOS-00003247-SB7050-SOS-00003248; SB7050-SOS-00003491-SB7050-SOS-00003492; SB7050-SOS-00002101- |  |  |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00002102; SB7050-SOS-00002852-SB7050-SOS-00002853; SB7050-SOS-00001623-SB7050-SOS-00001624; SB7050-SOS-00005462-SB7050-SOS-00005463; SB7050-SOS-00004003-SB7050-SOS-00004004; SB7050-SOS-00004540-SB7050-SOS-00004541; SB7050-SOS-00002310-SB7050-SOS-00002311; | | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00001656-SB7050-SOS-00001657; SB7050-SOS-00003851 - SB7050-SOS-00003852; SB7050-SOS-00004538-SB7050-SOS-00004539; SB7050-SOS-00005998-SB7050-SOS-00006000; SB7050-SOS-00001670-SB7050-SOS-00001671; SB7050-SOS-00003946-SB7050-SOS-00003947; SB7050-SOS-00007221 - | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00007223; SB7050-SOS-00007048 - SB7050-SOS-00007050; SB7050-SOS-00005649-SB7050-SOS-00005650; SB7050-SOS-00006214 - SB7050-SOS-00006215; SB7050-SOS-00006395 - SB7050-SOS-00006396; SB7050-SOS-00001648 - SB7050-SOS-00001649; SB7050-SOS-00001680 - SB7050-SOS-00001681; | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00003826 - SB7050-SOS-00003827; SB7050-SOS-00006180 - SB7050-SOS-00006181; SB7050-SOS-00108338 - SB7050-SOS-00108339; SB7050-SOS-00007040 - SB7050-SOS-00007042; SB7050-SOS-00003572 - SB7050-SOS-00003573; SB7050-SOS-00001615 - SB7050-SOS-00001616; SB7050-SOS-00003857 - | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00003858; SB7050-SOS-00001664 - SB7050-SOS-00001665; SB7050-SOS-00001740 - SB7050-SOS-00001741; SB7050-SOS-00007142 - SB7050-SOS-00007144; SB7050-SOS-00006601 - SB7050-SOS-00006603; SB7050-SOS-00001637 - SB7050-SOS-00001638; SB7050-SOS-00001644 - SB7050-SOS-00001645; | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00001611 - SB7050-SOS-00001612; SB7050-SOS-00005148 - SB7050-SOS-00005149; SB7050-SOS-00007704 - SB7050-SOS-00007706; SB7050-SOS-00001640 - SB7050-SOS-00001641; SB7050-SOS-00002157 - SB7050-SOS-00002158; SB7050-SOS-00002342 - SB7050-SOS-00002343; SB7050-SOS-00001908 - | | | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections* | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | SB7050-SOS-00001909; SB7050-SOS-00005717 - SB7050-SOS-00005719; SB7050-SOS-00001654 - SB7050-SOS-00001655; | | | | |
| 11 | Non-Felon Declaration, and U.S. Citizen Declaration | SB7050-SOS-000094739 | SOS | A | | |
| 12 | 3PVRO Voter Registration Application Receipt | SB7050-SOS-00094742 | SOS | A | | |
| 13 | Voter Registration Form | SB7050-SOS-00094897 - SB7050-SOS-00094898 | SOS | A | | |
| 14 | Florida Department of State, Office of Election Crimes and Security Report, January 15, 2023 | SB7050-SOS-00087839 - SB7050-SOS-00088102 | SOS | 401/402, 403, 801/802, 805, F, MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 15 | Florida Department of State, Office of Election Crimes and Security Report, January 15, 2024 (note: confidential) | SB7050-SOS-00108686 - SB7050-SOS-00109021 | SOS | 401/402, 403, 801/802, 805, F, MIL | | |
| 16 | Letter from the Department of State to Andrew Warren (note: confidential) | SB7050-SOS-00101535 - SB7050-SOS-00101568 | SOS | 401/402, 403, 801/802, 805, MIL, composite | | |
| 17 | Response from Andrew Warren to the Department of State (note: confidential) | SB7050-SOS-00101573 | SOS | 401/402, 403, 801/802, MIL | | |
| 18 | Letter from the Department of State to Alan Hayes (note: confidential) | SB7050-SOS-00102086 - SB7050-SOS-00102087 | SOS | 401/402, 403, 801/802, MIL | | |
| 19 | Letter from the Department of State to Dave Aronberg | SB7050-SOS-00009916 - SB7050-SOS-00009922 | SOS | 401/402, 403, 801/802, 805, composite exhibit, MIL | | |
| 20 | Letter from the Department of State to the Florida Department of Law Enforcement | SB7050-SOS-00107171 - SB7050-SOS-00107200 | SOS | 401/402, 403, 801/802, MIL, composite exhibit | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | (note: confidential) | | | | | |
| 21 | Letter from the Department of State to Jack Campbell (note: confidential) | SB7050-SOS-00103730 - SB7050-SOS-00103926 | SOS | 401/402, 403, 801/802, 805, MIL, composite exhibit | | |
| 22 | Letter from the Department of State to the Deputy Attorney General | SB7050-SOS-00088301 - SB7050-SOS-00088303 | SOS | 401/402, 403, 802 | | |
| 23 | Letter from the Department of State to Maria Chapa Lopez and Aramis Ayala | SB7050-SOS-00015899 - SB7050-SOS-00015919 | SOS | 401/402, 403, 801/802, 805, MIL, composite exhibit | | |
| 24 | Letter from the Department of State to Melissa Nelson | SB7050-SOS-00009889 - SB7050-SOS-00009894 | SOS | 401/402, 403, 801/802, 805, MIL | | |
| 25 | Letter from the Department of State to Phil Archer | SB7050-SOS-00013130 - SB7050-SOS-00013139 | SOS | 401/402, 403, 801/802, MIL, composite exhibit | | |
| 26 | Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance, 2018 (note: confidential) | SB7050-SOS-00027308 - SB7050-SOS-00027453 | SOS | 401/402, 403, 801/802; NC; composite; MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 27 | Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance, 2019 (<mark>note: confidential</mark>) | SB7050-SOS-00027454 - SB7050-SOS-00027546 | SOS | 401/402, 403, 801/802, NC, composite, MIL | | |
| 28 | Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance, 2020 (<mark>note: confidential</mark>) | SB7050-SOS-00027547 - SB7050-SOS-00027574 | SOS | 401/402, 403, 801/802, NC, composite, MIL | | |
| 29 | Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance, 2023 (<mark>note: confidential</mark>) | SB7050-SOS-00026535 - SB7050-SOS-00027307 | SOS | 401/402, 403, 801/802, composite, MIL | | |
| 30 | Election Fraud Complaints, 2022 (<mark>note: confidential</mark>) | SB7050-SOS-00068352 - SB7050-SOS-00068414 | SOS | 401/402, 403, 801/802, F, MIL, composite | | |
| 31 | 3PVRO Fine Chart (<mark>note: confidential</mark>) | SB7050-SOS-00108320 - SB7050-SOS-00108321 | SOS | F, NC, 401/402, 403, 801/802, MIL | | |
| 32 | Email from Mark Ard to Department of State (<mark>note: confidential</mark>) | SB7050-SOS-00089938 - SB7050-SOS- | SOS | 401/402, 403, 802, F, MIL, composite exhibit | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | 00090311 | | | | |
| 33 | Email and Attachment from Mark Early to the Department of State (note: confidential) | SB7050-SOS-00085552 - SB7050-SOS-00085605 | SOS | 401/402, 403, 801/802, composite exhibit; MIL | | |
| 34 | Mark Early Voter Fraud Documents | SB7050-SOS-00088180 - SB7050-SOS-00088277 | SOS | F, NC, 801/802, 401/402, 403, composite exhibit | | |
| 35 | The Secretary's Preliminary Injunction Appendix (1/3) | SB7050-SOS-00092116 - SB7050-SOS-00092765 | SOS | 401/402, 403, 801/802, F, composite | | |
| 36 | The Secretary's Preliminary Injunction Appendix (2/3) | SB7050-SOS-00091933 - SB7050-SOS-00092115 | SOS | 401/402, 403, 801/802, F, composite | | |
| 37 | The Secretary's Preliminary Injunction Appendix (3/3) | SB7050-SOS-00091786 - SB7050-SOS-00091932 | SOS | 401/402, 403, 801/802, F, composite | | |
| 38 | Director Matthews's Letter to 3PVROs (note: confidential) | SB7050-SOS-00075634 - SB7050-SOS-00075640 | SOS | A | | |
| 39 | Brad McVay | SB7050-SOS- | SOS | 401/402, 403, | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Memorandum on Election Fraud (note: confidential) | 00040998 - SB7050-SOS-00041044 | | 801/802, 805, F, composite; MIL | | |
| 40 | Brad McVay Binder on Criminal Referrals and Civil Fines for 3PVROs (note: confidential) | SB7050-SOS-00095203 - SB7050-SOS-00095364 | SOS | 401/402, 403, 801/802, F, composite, MIL | | |
| 41 | Exhibit 379 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00091618 - SB7050-SOS-00091666 | SOS | 401/402, 403, 801/802, 805, F, MIL, authenticity | | |
| 42 | Exhibit 1555 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00088471 | SOS | 401/402, F, NC, 403, 801/802, MIL | | |
| 43 | Exhibit 1557 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00088469 - SB7050-SOS-00088470 | SOS | F, 401/402, 403, 801/802, NC, MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 44 | Exhibit 1558 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) (note: confidential) | SB7050-SOS-00089008 - SB7050-SOS-00089321 | SOS | F, NC, 801/802, 401/402, 403, MIL, composite | | |
| 45 | Exhibit 1559 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00088473 | SOS | 401/402, 403, F, NC, 801/802, MIL | | |
| 46 | Exhibit 1560 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00088474 - SB7050-SOS-00088799 | SOS | 401/402, 403, 801/802, F | | |
| 47 | Exhibit 1561 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS-00088467 - SB7050-SOS-00088468 | SOS | 401/402, 403, F, NC, 801/802, MIL | | |
| 48 | Exhibit 1562 from | SB7050-SOS- | SOS | 401/402, 403, | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) (note: confidential) | 00090312 - SB7050-SOS- 00090622 | | 801/802, Composite, F, MIL | | |
| 49 | Exhibit 1563 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) | SB7050-SOS- 00088472 | SOS | 401/402/403, 801/802, NC, F, MIL | | |
| 50 | Exhibit 1564 from *League of Women Voters of Florida v. Florida Secretary of State*, 4:21-cv-186 (N.D. Fla.) (note: confidential) | SB7050-SOS- 00089322 - SB7050-SOS- 00089677 | SOS | 401/402, 403, 801/802, Composite; F; MIL | | |
| 51 | Chart of 3PVROs, Registered Agents, and Email Addresses (note: confidential) | SB7050-SOS- 00095972 | SOS | 401/402, 801/802, F | | |
| 52 | Chart of 3PVROs, Registration Dates, Registered Agents, and | SB7050-SOS- 00075283 | SOS | 401/402, 801/802, F | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Email Addresses (<mark>note: confidential</mark>) | | | | | |
| 53 | Chart of 3PVROs, Registration Dates, Contact Information, and Registered Agents (<mark>note: confidential</mark>) | SB7050-SOS-00099734 | SOS | 401/402, 801/802, F | | |
| 54 | INTENTIONALLY LEFT BLANK | | | | | |
| 55 | Alianza PowerPoint | ALIANZA-0009 – ALIANZA-0031 | SOS | 401/402, F | | |
| 56 | Alianza Life of a Voter Registration Form | ALIANZA-0131 - ALIANZA-0132 | SOS | 401/402, F | | |
| 57 | Alianza Training PowerPoint | ALIANZA-0032 – ALIANZA-0055 | SOS | 801/802, 805, 401/402, F | | |
| 58 | Email from Brevard County Supervisor of Elections to NAACP | NAACP-0001 | SOS | 401/402, 403, 801/802, MIL | | |
| 59 | Second Email from Brevard County Supervisor of Elections to NAACP | NAACP-0002 | SOS | 401/402, 403, 801/802, MIL | | |
| 60 | Research Gate, *The* | | SOS | A | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | *Effects of House Bill 1355 on Voter Registration in Florida* | | | | | |
| 61 | INTENTIONALLY LEFT BLANK | | | | | |
| 62 | Text Messages from Voters of Tomorrow to Jason Pizzo (note: confidential) | VOT-0015 | SOS | 401/402, 801/802, F | | |
| 63 | Second Text Messages from Voters of Tomorrow to Jason Pizzo (note: confidential) | VOT-0014 | SOS | 401/402, 801/802, F | | |
| 64 | Hispanic Federation Incident Report (July 20, 2022) | SB7050-HF-0000032 | SOS | 401/402, 403 | | |
| 65 | Hispanic Federation Incident Report (July 22, 2022) | SB7050-HF-0000054 | SOS | 401/402, 403, 801/802 | | |
| 66 | Hispanic Federation Incident Report (August 19, 2022) | SB7050-HF-0000051 | SOS | 401/402, 403 | | |
| 67 | Hispanic Federation Incident Report (August 26, 2022) | SB7050-HF-0000052 | SOS | 401/402, 403 | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 68 | Hispanic Federation Incident Report (September 14, 2022) | SB7050-HF-0000050 | SOS | 401/402, 403 | | |
| 69 | Hispanic Federation Incident Report (September 23, 2022) | SB7050-HF-0000053 | SOS | 401/402, 403 | | |
| 70 | Request for Production Responses in *NAACP* (composite) | | SOS | 401/402, 403, composite exhibit; 801/802 as to HF and LWV Plaintiffs | | |
| 71 | Request for Production Responses in *League of Women Voters* | | SOS | 401/402, 403; composite exhibit; 801/802 as to NAACP and HF Plaintiffs | | |
| 72 | Request for Production Responses in *Hispanic Federation* (composite) | | SOS | 401/402, 403; composite exhibit; 801/802 as to NAACP and LWV Plaintiffs | | |
| 73 | Veronica Herrera-Lucha Deposition | | SOS | 801/802 | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Transcript[1] | | | | | |
| 74 | Hispanic Federation 30(b)(6) Deposition Transcript | | SOS | 801/802 | | |
| 75 | Norka Martinez Deposition Transcript | | SOS | 801/802 | | |
| 76 | Elizabeth Pico Deposition Transcript | | SOS | 801/802 | | |
| 77 | Poder LatinX 30(b)(6) Deposition Transcript | | SOS | 801/802 | | |
| 78 | Alianza Center 30(b)(6) Deposition Transcript (note: confidential) | | SOS | 401/402, 403, 801/802 | | |
| 79 | Alianza for Progress 30(b)(6) Deposition Transcript | | SOS | 401/402, 403, 801/802 | | |
| 80 | Santiago Artasanchez Deposition Transcript (note: confidential) | | SOS | 401/402, 403, 801/802 | | |
| 81 | Disability Rights Florida 30(b)(6) Deposition Transcript | | SOS | 401/402, 403, 801/802 | | |
| 82 | Florida Alliance for | | SOS | 401/402, 403, | | |

[1] Plaintiffs do not object to Defendants' use of this or other deposition transcripts for the purposes allowed under Federal Rules of Civil Procedure 30 and 32, including impeachment.

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Retired Americans 30(b)(6) Deposition Transcript | | | 801/802 | | |
| 83 | Florida State Conference of Branches and Youth Units of the NAACP 30(b)(6) Deposition Transcript (<mark>note: confidential</mark>) | | SOS | 401/402, 403, 801/802 | | |
| 84 | Humberto Orjuela Prieto Deposition Transcript | | SOS | 401/402, 403, 801/802 | | |
| 85 | Esperanza Sanchez Deposition Transcript | | SOS | 401/402, 403, 801/802 | | |
| 86 | UnidosUS 30(b)(6) Deposition Transcript (<mark>note: confidential</mark>) | | SOS | 401/402, 403, 801/802 | | |
| 87 | Voters of Tomorrow 30(b)(6) Deposition Transcript (<mark>note: confidential</mark>) | | SOS | 401/402, 403, 801/802 | | |
| 88 | League of Women Voters and League of Women Voters Education Fund | | SOS | 801/802 | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | 30(b)(6) Deposition Transcript | | | | | |
| 89 | Dr. Michael Herron Deposition Transcript | | SOS | 401/402, 403, 801/802, F | | |
| 90 | Dr. Allan Lichtman Deposition Transcript | | SOS | 401/402, 403, 801/802, F | | |
| 91 | Dr. Daniel Smith Deposition Transcript | | SOS | 801/802 | | |
| 92 | Leon County Supervisor of Elections 30(b)(6) Deposition Transcript | | SOS | 801/802, 805 | | |
| 93 | Florida Office of the Attorney General 30(b)(6) Deposition – Nicholas Bernard Deposition Transcript | | SOS | 801/802, 805 | | |
| 94 | Florida Office of the Attorney General 30(b)(6) Deposition – Elizabeth Guzzo Deposition Transcript | | SOS | 801/802, 805 | | |
| 95 | Florida Administrative Code 2S-2.042, Third-Party Voter Registration | SB7050-SOS-00094745 - SB7050-SOS-00094747 | SOS | A | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections* | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Organizations | | | | | |
| 96 | 3PVRO Registration Form | SB7050-SOS-00094734 - SB7050-SOS-00094736 | SOS | A | | |
| 97 | Complaint Against 3PVRO Form | SB7050-SOS-00094737 - SB7050-SOS-00094738 | SOS | A | | |
| 98 | Elections Fraud Complaint Form | SB7050-SOS-00088103 - SB7050-SOS-00088104 | SOS | 401/402 | | |
| 99 | Supervisors of Elections' Transmittal Form – 3PVRO Noncompliance | SB7050-SOS-00094740 - SB7050-SOS-00094741 | SOS | A | | |
| 100 | Supervisors of Elections' Accounting of 3PVRO Voter Registration Applications | SB7050-SOS-00094894 - SB7050-SOS-00094895 | SOS | A | | |
| 101 | Letter from Annette Taddeo to Laurel Lee | SB7050-SOS-00095456 - SB7050-SOS-00095927 | SOS | 401/402/403, 801/802; Composite, F; MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|---------------------------|------------------------|----------|
| 102 | Article, *Annette Taddeo applauds Travis Hutson for Adding Her Amendment Targeting Voter Registration Fund* | SB7050-SOS-00095933 - SB7050-SOS-00095936 | SOS | 401/402, 403, 801/802; MIL | | |
| 103 | Final Report of the Maimi-Dade County Grand Jury | SB7050-SOS-00091618 - SB7050-SOS-00091666 | SOS | 401/402, 403, 801/802 ; F; Authenticity (document is unsigned); MIL; Duplicate | | |
| 104 | Memorandum, Resolution urging the Florida Legislature to enact Recommendations | SB7050-SOS-00091612 - SB7050-SOS-00091617 | SOS | 401/402, 403, 801/802, F, MIL | | |
| 105 | Declaration of Maria Matthews in Support of Summary Judgment | SB7050-SOS-00088305 - SB7050-SOS-00088449 | SOS | 401/402/403, 801/802, MIL | | |
| 106 | Declaration in Lieu of Deposition of Colleen O'Brien | SB7050-SOS-00088295 - SB7050-SOS-00088300 | SOS | 401/402/403, 801/802, MIL | | |
| 107 | Letter from Brad | SB7050-SOS- | SOS | 401/402/403, | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | McVay to Laurel Lee regarding Legislative Presentations | 00088450 - SB7050-SOS-00088457 | | 801/802, MIL, Foundation, Incomplete, Authenticity | | |
| 108 | Letter from Brad McVay to Laurel Lee regarding Legislative Presentations | SB7050-SOS-00109616 | SOS | 401/402/403, 801/802, MIL, Foundation | | |
| 109 | Alianza 30(b)(6) Deposition Exhibit 2, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 110 | Alianza 30(b)(6) Deposition Exhibit 3, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 111 | Alianza 30(b)(6) Deposition Exhibit 4, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 112 | Alianza 30(b)(6) Deposition Exhibit 5.1, email from Polk County SOE to Jennifer White | SB7050-SOS-00066159 | SOS | 401/402, 801/802 | | |
| 113 | Alianza 30(b)(6) Deposition Exhibit 5.2, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802, NC | | |
| 114 | Alianza 30(b)(6) Deposition Exhibit 5.3 | SB7050-SOS-00066162 - SB7050-SOS-00066165 | SOS | 401/402, 801/802, NC | | |
| 115 | Alianza 30(b)(6) Deposition Exhibit 6, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 116 | Alianza 30(b)(6) Deposition Exhibit 7, Supervisor of Elections' Transmittal Form – 3PVRO | | SOS | 401/402, 801/802, NC | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Noncompliance | | | | | |
| 117 | Alianza 30(b)(6) Deposition Exhibit 8, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 118 | Alianza 30(b)(6) Deposition Exhibit 9, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 119 | Alianza 30(b)(6) Deposition Exhibit 10, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 120 | Alianza 30(b)(6) Deposition Exhibit 11, Fine Letter to Alianza | ALIANZA_0056-ALIANZA_0124 | SOS | 401/402, 801/802 | | |
| 121 | Alianza 30(b)(6) Deposition Exhibit 12, Letter from Juan Marcos Vilar | SB7050-SOS-00023627 – SB7050-SOS-00023631 | SOS | 401/402/403, MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|--------------------------|------------------------|----------|
| 122 | Alianza 30(b)(6) Deposition Exhibit 13 Fine Letter to Alianza | ALIANZA_0133-ALIANZA_0135 | SOS | 401/402, 801/802 | | |
| 123 | Alianza 30(b)(6) Deposition Exhibit 15, Supervisor of Elections' Transmittal Form – 3PVRO Noncompliance | | SOS | 401/402, 801/802 | | |
| 124 | Disability Rights Florida 30(b)(6) Deposition Exhibit 2, Voter Registration: An Overview | DRF_0030-DRF_0043 | SOS | A | | |
| 125 | Disability Rights Florida 30(b)(6) Deposition Exhibit 3, Email from Duval County SOE to Disability Rights Florida | DRF_0009-DRF_0010 | SOS | 401/402, 801/802 | | |
| 126 | Disability Rights Florida 30(b)(6) Deposition Exhibit 4, Information form | DRF_0044-DRF_0049 | SOS | 401/402, 403 | | |
| 127 | Hispanic Federation | SB7050-HF- | SOS | A | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | 30(b)(6) Deposition Exhibit 2, Hispanic Federation presentation | 0000037 – SB7050-HF-0000049 | | | | |
| 128 | Hispanic Federation 30(b)(6) Deposition Exhibit 3, Incident Report | SB7050-HF-0000052 | SOS | 401/402, 403, MIL, Duplicate | | |
| 129 | Hispanic Federation 30(b)(6) Deposition Exhibit 4, termination letter | SB7050-HF-0000032 | SOS | 401/402, 403, MIL, Duplicate | | |
| 130 | Hispanic Federation 30(b)(6) Deposition Exhibit 5, Fine Letter | | SOS | 401/402, 403, 801/802, MIL | | |
| 131 | League of Women Voters 30(b)(6) Deposition Exhibit 3, Strategic Agenda | LWV000026-LWV-000125 | SOS | 401/402, 403, 801/802, 805, composite | | |
| 132 | League of Women Voters 30(b)(6) Deposition Exhibit 4, Email regarding strategic agenda | LWV000126-LWV0551 | SOS | 401/402, 403, 801/802, 805, composite | | |
| 133 | Leon County Supervisor of Elections 30(b)(6) Deposition | | SOS | Duplicate, A | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Exhibit 2, Supervisor of Elections Transmittal Form – 3PVRO Noncompliance | | | | | |
| 134 | Leon County Supervisor of Elections 30(b)(6) Deposition Exhibit 3 | | SOS | Duplicate | | |
| 135 | Leon County Supervisor of Elections 30(b)(6) Deposition Exhibit 4 | | SOS | 401/402, 403, 801/802, MIL, F | | |
| 136 | Leon County Supervisor of Elections 30(b)(6) Deposition Exhibit 5 | | SOS | 801/802; 401/402 | | |
| 137 | LEFT INTENTIONALLY BLANK | | | | | |
| 138 | Leon County Supervisor of Elections 30(b)(6) Deposition Exhibit 7 | | SOS | 801/802, 401/402, 403, MIL | | |
| 139 | INTENTIONALLY LEFT BLANK | | | | | |
| 140 | Leon County | | SOS | Duplicate | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
|  | Supervisor of Elections 30(b)(6) Deposition Exhibit 9 |  |  |  |  |  |
| 141 | Florida NAACP 30(b)(6) Deposition Exhibit 2 | NAACP-0001 | SOS | 401/402, 403, 801/802, MIL, Duplicate |  |  |
| 142 | Florida NAACP 30(b)(6) Deposition Exhibit 3 | NAACP-0002 | SOS | 401/402, 403, 801/802, MIL, Duplicate |  |  |
| 143 | Florida NAACP 30(b)(6) Deposition Exhibit 4 | NAACP-0003 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 144 | Florida NAACP 30(b)(6) Deposition Exhibit 5 | NAACP-0006-NAACP-0009 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 145 | Florida NAACP 30(b)(6) Deposition Exhibit 6 | NAACP-0004-NAACP-0005 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 146 | Florida NAACP 30(b)(6) Deposition Exhibit 7 | NAACP-0010-NAACP-0011 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 147 | Florida NAACP 30(b)(6) Deposition Exhibit 8 | NAACP-0012-NAACP-0013 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 148 | INTENTIONALLY LEFT BLANK |  |  |  |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 149 | UnidosUS 30(b)(6) Deposition Exhibit 2 | UNIDOSUS-0159 – UNIDOSUS-0167 | SOS | 401/402 | | |
| 150 | UnidosUS 30(b)(6) Deposition Exhibit 3 | UNIDOSUS-0020 - UNIDOSUS-0026 | SOS | 401/402 | | |
| 151 | UnidosUS 30(b)(6) Deposition Exhibit 4 | UNIDOSUS-0045 - UNIDOSUS-0055 | SOS | 801/802, 805, 403 | | |
| 152 | UnidosUS 30(b)(6) Deposition Exhibit 5 | UNIDOSUS-0001 - UNIDOSUS-0017 | SOS | 401/402, 403, 801/802, MIL | | |
| 153 | UnidosUS 30(b)(6) Deposition Exhibit 6 | UNIDOSUS-0114 - UNIDOSUS-0125 | SOS | 401/402, 403, 801/802, MIL | | |
| 154 | Veronica Herrera-Lucha Deposition Exhibit 2 | | SOS | A | | |
| 155 | Curriculum Vitae of John R. Alford, Ph.D. | | SOS | AET, MIL | | |
| 156 | Curriculum Vitae of | | SOS | AET, MIL | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections* | Defendants' Objections | Admitted |
|-----|---------------------|--------------|---------|-------------------------|------------------------|----------|
|  | Robert M. Stein, Ph.D. |  |  |  |  |  |
| 157 | Poder LatinX 30(b)(6) Deposition Exhibit 2 | SB7050-SOS-00008350 – SB7050-SOS-00008372 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 158 | Poder LatinX 30(b)(6) Deposition Exhibit 3 | SB7050-SOS-00021894 - SB7050-SOS-00021907 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 159 | Poder LatinX 30(b)(6) Deposition Exhibit 4 | SB7050-SOS-00021886 - SB7050-SOS-00021893 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 160 | Poder LatinX 30(b)(6) Deposition Exhibit 5 | SB7050-SOS-00021819 - SB7050-SOS-0021826 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 161 | Poder LatinX 30(b)(6) Deposition Exhibit 6 | SB7050-SOS-00021751- SB7050-SOS-00021776 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 162 | Poder LatinX 30(b)(6) Deposition Exhibit 7 | SB7050-SOS-00021690 - SB7050-SOS-00021721 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 163 | Poder LatinX 30(b)(6) | SB7050-SOS- | SOS | 401/402, 403, |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|-----|--------------------|--------------|---------|--------------------------|------------------------|----------|
|  | Deposition Exhibit 8 | 00022895 - SB7050-SOS-00022899 |  | 801/802, MIL |  |  |
| 164 | Poder LatinX 30(b)(6) Deposition Exhibit 9 | SB7050-SOS-00021666 - SB7050-SOS-00021677 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 165 | Poder LatinX 30(b)(6) Deposition Exhibit 10 | SB7050-SOS-00021628 - SB7050-SOS-00021649 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 166 | Poder LatinX 30(b)(6) Deposition Exhibit 11 | SB7050-SOS-00021563 - SB7050-SOS-00021588 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 167 | Poder LatinX 30(b)(6) Deposition Exhibit 12 | SB7050-SOS-00065379 - SB7050-SOS-00065398 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 168 | Poder LatinX 30(b)(6) Deposition Exhibit 13 | SB7050-SOS-00021465 - SB7050-SOS-00021476 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 169 | Poder LatinX 30(b)(6) Deposition Exhibit 14 | SB7050-SOS-00021419 - SB7050-SOS- | SOS | 401/402, 403, 801/802, MIL |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | 00021440 | | | | |
| 170 | Poder LatinX 30(b)(6) Deposition Exhibit 15 | SB7050-SOS-00021441 - SB7050-SOS-00021458 | SOS | 401/402, 403, 801/802, MIL | | |
| 171 | Poder LatinX 30(b)(6) Deposition Exhibit 16 | SB7050-SOS-00021403 - SB7050-SOS-00021418 | SOS | 401/402, 403, 801/802, MIL | | |
| 172 | Poder LatinX 30(b)(6) Deposition Exhibit 17 | SB7050-SOS-00021202 - SB7050-SOS-00021213 | SOS | 401/402, 403, 801/802, MIL | | |
| 173 | Poder LatinX 30(b)(6) Deposition Exhibit 18 | SB7050-SOS-00021477 - SB7050-SOS-00021486 | SOS | 401/402, 403, 801/802, MIL | | |
| 174 | Poder LatinX 30(b)(6) Deposition Exhibit 19 | SB7050-SOS-00021355 - SB7050-SOS-00021388 | SOS | 401/402, 403, 801/802, MIL | | |
| 175 | Poder LatinX 30(b)(6) Deposition Exhibit 20 | SB7050-SOS-00021240 - SB7050-SOS-00021273 | SOS | 401/402, 403, 801/802, MIL | | |
| 176 | Poder LatinX 30(b)(6) | SB7050-SOS- | SOS | 401/402, 403, | | |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
|  | Deposition Exhibit 21 | 00021214 - SB7050-SOS-00021239 |  | 801/802, MIL |  |  |
| 177 | Poder LatinX 30(b)(6) Deposition Exhibit 22 | SB7050-SOS-00006604 - SB7050-SOS-00006923 | SOS | 401/402, 403, 801/802, MIL |  |  |
| 178 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 2 |  | SOS | A |  |  |
| 179 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 4 | VOT-0001 – VOT-0007 | SOS | 401/402 – Needs to be marked confidential |  |  |
| 180 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 5 | VOT-0008 | SOS | 401/402 |  |  |
| 181 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 6 | VOT-0009 – VOT-0011 | SOS | A – Needs to be marked confidential |  |  |
| 182 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 7 | VOT-0013 | SOS | 401/402, Needs to be marked confidential |  |  |
| 183 | Voters of Tomorrow 30(b)(6) Deposition Exhibit 10 | VOT-0019 – VOT00022 | SOS | A – Needs to be marked confidential |  |  |
| 184 | Expert Report of Drs. |  | SOS | 403, 801/802, F, |  |  |

| No. | Exhibit Description | Source/Bates | Sponsor | Plaintiffs' Objections[*] | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | Stein and Alford | | | MIL | | |
| 185 | 2023 Session Summary AG's Office of Legislative Affairs | OAG-001382 | OAG | Untimely Disclosed, 401/402, 403, 801/802, Foundation | | |