UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>    *Defendants*. | Case Nos.  4:23-cv-215-MW-MAF<br>4:23-cv-216-MW-MAF<br>4:23-cv-218-MW-MAF |

## **PLAINTIFFS' WITNESS LIST**[1]

**A. NAACP Plaintiffs' Will-Call Witnesses**

1. Earley, Mark – Leon County Supervisor of Elections

2. Herron, Michael Ph.D. – Expert Witness

    Dartmouth College
    6227 Silsby Hall
    Hanover, NH 03755
    (603) 359-9731

3. Keller, Olivia Babis – Disability Rights Florida

---

[1] Consistent with Federal Rule of Civil Procedure 26(a)(3), NAACP Plaintiffs are providing contact information only for those witnesses whose contact information has not previously been provided in the latest version of Plaintiffs' Initial Disclosures, and with the understanding that Plaintiff witnesses and Plaintiff representatives will be contacted through counsel.

1

4. Lichtman, Allen J., Ph.D. – Expert Witness

   9219 Villa Drive
   Bethesda, MD 20817
   202-885-2411

5. Mayer Artanchez, Santiago – Voters of Tomorrow Action, Inc.

6. Nordlund, Jared – UnidosUS

7. Orjuela Prieto, Humberto

8. Vilar, Marcos – Alianza Center and Alianza for Progress

9. Sauers, William – Florida Alliance for Retired Americans, Inc.

10. Slater, Cynthia – Florida State Conference of Branches and Youth Units of the NAACP

B. **NAACP Plaintiffs' May-Call Witnesses**

   1. Florez, Johana

   2. Joshi, Raghav – Voters of Tomorrow, Inc.

   3. Sánchez, Esperanza

C. **Hispanic Federation Plaintiffs' Will Call List**

   1. Frederick Vélez III Burgos - Hispanic Federation

   2. Carolina Wassmer – Poder Latinx

   3. Verónica Herrera-Lucha

   4. Elizabeth Pico

   5. Norka Martinez

    6. Smith, Daniel A. Ph.D. – Expert Witness

        electionsmith@gmail.com

**D. LEAGUE OF WOMEN VOTERS PLAINTIFFS' WILL CALL LIST**

  1. Cecile Scoon – League of Women Voters of Florida[2]

**E. LEAGUE OF WOMEN VOTERS PLAINTIFFS' MAY CALL WITNESSES**

  1. Debra Chandler – League of Women Voters of Florida

  2. Kathy Sheerin – League of Women Voters of Florida

  3. Monica Bustinza – League of Women Voters of Florida

  4. Monica Elliot – League of Women Voters of Florida

  5. Kelly Williams – League of Women Voters of Florida

  6. Lanelle Phillmon – League of Women Voters of Florida

**F. STATE-LEVEL OFFICIALS PLAINTIFFS MAY CALL**

  1. Darlington, Andrew – Office of Election Crimes and Security

  2. Matthews, Maria – Department of State

  3. Morley, Tiffany – Department of State

**G. PLAINTIFFS' ADDITIONAL MAY-CALL WITNESSES**

  1. Eskamani, Anna V. – State Representative

  2. Jones, Shevrin – State Senator

---

[2] While Ms. Scoon intends to testify in person, medical concerns may make attendance impossible, in which case she will testify remotely.

3. Polsky, Tina – State Senator

4. Thompson, Geraldine F. – State Senator

5. Torres Jr., Victor – State Senator

6. Any witness needed to impeach or rebut testimony offered on direct examination.

7. Any witnesses needed to authenticate trial exhibits to which Defendants raise authenticity objections.

8. Any witness disclosed by another party to this consolidated case.