IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

v.                                                                  Case No.   4:23-cv-215-MW/MAF
                                                                                                                4:23-cv-216-MW/MAF
                                                                                                                4:23-cv-218-MW/MAF

                                                                                                               (consolidated for trial)

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

## THE SECRETARY'S WITNESS LIST[1]

| Witness Name | Will Call/May Call |
|---|---|
| Andrew Darlington, Director, Office of Election Crimes and Security, Florida Department of State<br><br>c/o<br>Holtzman Vogel<br>119 South Monroe Street, Suite 500<br>Tallahassee, Florida 32301<br>850-270-5938 | Will Call |

---

[1] Although the Secretary has previously provided contact information for most of these witnesses, he is providing contact information for all of these witnesses in one document for the convenience of the parties.

1

|  |  |
| --- | --- |
| Dr. Robert Stein, Professor, Rice University<br><br>Rice University<br>202 Herzstein Hall<br>Houston, Texas 77251<br>713-348-2795 | Will Call |
| Dr. John Alford, Professor, Rice University<br><br>Rice University<br>203 Herzstein Hall<br>Houston, Texas 77251<br>713-348-3364 | Will Call |
| Maria Matthews, Director, Division of Elections, Florida Department of State<br><br>c/o<br>Holtzman Vogel<br>119 South Monroe Street, Suite 500<br>Tallahassee, Florida 32301<br>850-270-5938 | May Call |
| Tiffany Morley, Supervisor, Division of Elections - Bureau of Voter Registration Services, Florida Department of State<br><br>c/o<br>Holtzman Vogel<br>119 South Monroe Street, Suite 500<br>Tallahassee, Florida 32301<br>850-270-5938 | May Call |
| Tommy Doyle or Designee, Lee County Supervisor of Elections Office | May Call |

| | |
|---|---|
| 2480 Thompson Street<br>Fort Myers, Florida 33901<br>239-533-8683 | |
| Mark Earley or Designee, Leon County Supervisor of Elections Office<br><br>2990-1 Apalachee Parkway<br>Tallahassee, Florida 32301<br>850-606-8683 | May Call |
| Alan Hays or Designee, Lake County Supervisor of Elections Office<br><br>1898 E. Burleigh Blvd.<br>Tavares, Florida 32778<br>352-343-9734 | May Call |
| Paul Lux or Designee, Okaloosa County Supervisor of Elections Office<br><br>302 N. Wilson St., Ste 102<br>Crestview, Florida 32536<br>850-689-5600 | May Call |
| Christina White or Designee, Miami-Dade County Supervisor of Elections Office<br><br>2700 NW 87th Avenue<br>Miami, Florida 33172<br>305-499-8683 | May Call |
| William "Bill" Gladson or Designee, State Attorney's Office for the Fifth Judicial Circuit<br><br>110 NW 1 Ave, Suite 5000 | May Call |

| | |
|---|---|
| Ocala, FL 34475<br>352-671-5800 | |
| Katherine Fernandez Rundle or Designee, State Attorney's Office for the Eleventh Judicial Circuit<br><br>1350 N.W. 12 Avenue<br>Miami, Florida 33136<br>305-547-0100 | May Call |
| Amira Fox or Designee, State Attorney's Office for the Twentieth Judicial Circuit<br><br>2000 Main Street<br>Fort Myers, Florida 33901<br>239-533-1000 | May Call |
| Any witness on Plaintiffs' witness lists | |
| Any witness on Defendants' witness lists | |
| Any witnesses needed for impeachment or rebuttal | |
| Any custodians of record | |

The Secretary reserves the right to amend this witness list.

Dated: March 1, 2024                                    Respectfully submitted,

Bradley R. McVay (FBN 79034)                  */s/ Joshua E. Pratt*
brad.mcvay@dos.myflorida.com                   Mohammad O. Jazil (FBN 72556)
Joseph Van de Bogart (FBN 84764)              mjazil@holtzmanvogel.com
joseph.vandebogart@dos.myflorida.com   Joshua E. Pratt (FB 119347)
Ashley Davis (FBN 48032)                              jpratt@holtzmanvogel.com
ashley.davis@dos.myflorida.com                   Michael Beato (FBN 1017715)

4

| | |
|---|---|
| FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>(850) 245-6536 | mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK<br>119 S. Monroe St. Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br><br>John J. Cycon (NYBN 5261912)*<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>Telephone: (212) 701-3402<br>jcycon@holtzmanvogel.com<br><br>*Counsel for Secretary Byrd*<br><br>*Admitted pro hac vice* |

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2024, the foregoing was provided to counsel of record via email.

*/s/ Joshua E. Pratt*
Joshua E. Pratt