IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

v.          Case No.  4:23-cv-215-MW/MAF
                                  4:23-cv-216-MW/MAF
                                  4:23-cv-218-MW/MAF

                                  (consolidated for trial)

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

## THE ATTORNEY GENERAL'S WITNESS LIST

| Witness Name | Will Call/May Call |
|---|---|
| Nicholas Cox,<br>Statewide Prosecutor<br>Office of the Attorney General<br>3507 Frontage Rd. #325<br>Tampa, FL 33607<br>Ph: 813-287-7960 | May Call |
| Elizabeth Guzzo, Director of Legislative Affairs | May Call |

2

| | |
|---|---|
| Office of the Attorney General<br>The Capitol, PL – 01<br>Tallahassee, FL 32399<br>Ph:  850-245-0155 | |
| Any witness on Plaintiffs' witness lists | |

| | |
|---|---|
| Any witness on Defendants' witness lists | |
| Any witnesses needed for impeachment or rebuttal | |
| Any custodians of record | |

The Attorney General reserves the right to amend this witness list.

Dated February 29, 2024          Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Stephanie A. Morse
Stephanie A. Morse
Special Counsel
Fla. Bar No. 0068713
stephanie.morse@myfloridalegal.com
Noah Sjostrom
Assistant Attorney General
Fla. Bar No. 1039142
noah.sjostrom@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone:     (850) 414-3300
Telefacsimile: (850) 488-4872
Attorneys for Ashley Moody

**CERTIFICATE OF SERVICE**

I certify that on February 29, 2024, the foregoing was provided to counsel of record via email.

/s/ Stephanie A. Morse