IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                    **Case Nos.: 4:23cv215-MW/MAF**
                                                                 **4:23cv216-MW/MAF**
                                                                  **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## <u>ORDER DENYING PLAINTIFFS' MOTION IN LIMINE</u>

This Court has considered, without hearing, Plaintiffs' untimely motion in limine seeking to prohibit Defendants from calling three State Attorneys at trial, ECF No 240, and Defendant Byrd's expedited response in opposition, ECF No. 246. The motion is untimely and not well taken. Accordingly, Plaintiffs' motion, ECF No. 240, is **DENIED**.

    **SO ORDERED on March 4, 2024.**

                                                                            **s/Mark E. Walker              **
                                                                            **Chief United States District Judge**