UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**NOTICE OF FILING EXHIBITS TO THE DECLARATION
OF FREDERICK WERMUTH IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP (Florida NAACP), Voters of Tomorrow Action, Inc. (VOT), Disability Rights Florida (DRF), Alianza for Progress and Alianza Center (collectively, Alianza), UnidosUS (Unidos), Florida Alliance for Retired Americans (FLARA), Santiago Mayer Artasanchez, Humberto Orjuela Prieto, and Esperanza Sánchez (together, "Plaintiffs") hereby submit the following exhibits, which are referenced in the forthcoming Declaration of Frederick Wermuth in Support of Plaintiffs' Motion to Compel:

1. **Exhibit 1** is a true and correct copy of the redacted emails produced by the Secretary in this litigation, bates numbered SB7050-SOS-00044313–44314, 00044476–44477, 00073577, 00073676–73679, 00073778–73781, 00079638–79641, 00081921–81922, 00081925–81926, 00111036, and 00111054.

2. **Exhibit 2** is a true and correct copy of the Secretary's Response to Plaintiffs' First Set of Requests for Production.

3. **Exhibit 3** is a true and correct copy of the Secretary's Privilege Log.

4. **Exhibit 4** is a true and correct copy of the Secretary's Redaction Log.

5. **Exhibit 5** is a true and correct copy of the unredacted emails produced by the Secretary in this litigation, bates numbered SB7050-SOS-00105791–105792, 00085134–85138; 00084605–84607; 00087419–87420; 00087320–87321, 00087514–87608, 00087608; 00074622.

6. **Exhibit 6** is a true and correct copy of the email exchanges between Plaintiffs' counsel and the Secretary's counsel regarding the privilege log.

7. **Exhibit 7** is a true and correct copy of the deposition transcript of Maria Matthews, taken on February 22, 2024.

8. **Exhibit 8** is an email from Deputy Secretary of State Brad McVay dated March 21, 2023.

9. **Exhibit 9** is a true and correct copy of a redacted email produced by the Secretary, bates numbered SB7050-SOS-00079638–79641.

10. **Exhibit 10** is a true and correct copy of an email from the Secretary regarding the December 8, 2023 production.

11. **Exhibit 11** is a true and correct copy of the email exchanges between Plaintiffs' counsel and counsel for the Secretary conferring on the privilege issues and current motion.

12. **Exhibit 12** is a true and correct copy of the original deposition notice to take the deposition of Maria Matthews on January 5, 2024.

Dated: March 4, 2024

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs*

\* *Admitted Pro Hac Vice*

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*