**From:**
**To:**          Schuessler, Pierce W.; Lee, Laurel M.; Kennedy, Jennifer L.; McVay, Brad R.; Davis, Ashley E.
**CC:**          Dover, Brittany N.; Graf, Shruti C..
**Subject:**     RE: HB 7041 Strike All Amendment
**Attachments:** 7041467639.pdf



**From:** Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>
**Sent:** Thursday, April 8, 2021 8:41 AM
**To:** Lee, Laurel M. <Laurel.Lee@dos.myflorida.com>; Kennedy, Jennifer L.
<Jennifer.Kennedy@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;
McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>
**Cc:** Dover, Brittany N. <Brittany.Dover@dos.myflorida.com>; Graf, Shruti C..
<Shruti.Graf@dos.myflorida.com>
**Subject:** HB 7041 Strike All Amendment

All:

SB7050-SOS-00044313

Attached is the strike-all amendment to HB 7041 (Elections) that will be heard today in the House Appropriations Committee at 5:30p. I call your attention to section 1 that creates 97.029 – Civil actions challenging the validity of election laws.

I am reviewing the remainder of the strike-all this morning.

Pierce

**From:**
**To:**          Schuessler, Pierce W.; Lee, Laurel M.; Kennedy, Jennifer L.; McVay, Brad R.; Dover, Brittany N.; Graf, Shruti C..
**Subject:**     Legislation 2021: Strike All Amendment to SB 90
**Attachments:** 0090C2262784.pdf



SB7050-SOS-00044476



**From:** Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>
**Sent:** Tuesday, April 13, 2021 9:04 AM
**To:** Lee, Laurel M. <Laurel.Lee@dos.myflorida.com>; Kennedy, Jennifer L.
<Jennifer.Kennedy@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;
McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Dover, Brittany N.
<Brittany.Dover@dos.myflorida.com>; Graf, Shruti C.. <Shruti.Graf@dos.myflorida.com>
**Subject:** Strike All Amendment to SB 90

All- Senator Baxley just filed the attached strike-all amendment to SB 90 that will be heard in Senate
Rules tomorrow at 9am. Reviewing now.

Pierce

CONFIDENTIAL

| From: | Kennedy, Jennifer L. |
| --- | --- |
| Sent: | Monday, April 3, 2023 2:49 PM EDT |
| To: | Matthews, Maria I.; McVay, Brad R.; Van de Bogart, Joseph |
| Subject: | FW: Elections Bill |
| Attachments: | 7050.pdf |

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Monday, April 3, 2023 2:48 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Byrd, Cord <Cord.Byrd@dos.myflorida.com>
**Subject:** Elections Bill



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

CONFIDENTIAL

**From:**
**Sent:**           Monday, April 3, 2023 6:41 PM EDT
**To:**             Kennedy, Jennifer L.; McVay, Brad R.; Van de Bogart, Joseph
**Subject:**        RE: Elections Bill 2023
**Attachments:**    7050.pdf





CONFIDENTIAL



**From:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 2:49 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** FW: Elections Bill

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Monday, April 3, 2023 2:48 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Byrd, Cord <Cord.Byrd@dos.myflorida.com>
**Subject:** Elections Bill



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

SB7050-SOS-00073678

CONFIDENTIAL

**From:** Matthews, Maria I.
**Sent:** Monday, April 3, 2023 6:57 PM EDT
**To:** Kennedy, Jennifer L.; McVay, Brad R.; Van de Bogart, Joseph
**Subject:** RE: Elections Bill 2023
**Attachments:** 7050.pdf



CONFIDENTIAL



CONFIDENTIAL



Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

---

**From:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 2:49 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; McVay, Brad R.
<Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** FW: Elections Bill

---

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Monday, April 3, 2023 2:48 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Byrd, Cord
<Cord.Byrd@dos.myflorida.com>
**Subject:** Elections Bill

CONFIDENTIAL



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

CONFIDENTIAL

| | |
|---|---|
| From: | Kennedy, Jennifer L. |
| Sent: | Tuesday, April 4, 2023 8:43 AM EDT |
| To: | Byrd, Cord; Woodby, Katherine |
| Subject: | FW: Elections Bill 2023 |
| Attachments: | 7050.pdf |

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 6:57 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; McVay, Brad R.
<Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** RE: Elections Bill 2023



SB7050-SOS-00079638



CONFIDENTIAL



Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

**From:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 2:49 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; McVay, Brad R.
<Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** FW: Elections Bill

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Monday, April 3, 2023 2:48 PM

**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Byrd, Cord <Cord.Byrd@dos.myflorida.com>
**Subject:** Elections Bill



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

SB7050-SOS-00079641

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, July 28, 2021 3:46 PM EDT |
| **To:** | O'Brien, Colleen E.; McVay, Brad R. |
| **Subject:** | RE: date re rules spreadsheet |
| **Attachments:** | 2021 Election Reform Bill 202100728.xlsx, 2021 Election Reform Bill 20210511.xlsx |

**From:** Matthews, Maria I.
**Sent:** Wednesday, July 28, 2021 3:39 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; McVay, Brad R.
<Brad.McVay@dos.myflorida.com>
**Subject:** RE: date re rules spreadsheet

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, July 28, 2021 2:55 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** date re rules spreadsheet



 SB7050-SOS-00081921

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f):  (850) 245-6127

CONFIDENTIAL

| From: | Matthews, Maria I. |
|---|---|
| Sent: | Wednesday, July 28, 2021 3:47 PM EDT |
| To: | O'Brien, Colleen E.; McVay, Brad R. |
| Subject: | RE: date re rules spreadsheet |
| Attachments: | 2021 Election Reform Bill 202100728.xlsx, 2021 Election Reform Bill 20210511.xlsx |



**From:** Matthews, Maria I.
**Sent:** Wednesday, July 28, 2021 3:39 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; McVay, Brad R.
<Brad.McVay@dos.myflorida.com>
**Subject:** RE: date re rules spreadsheet

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, July 28, 2021 2:55 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** date re rules spreadsheet

SB7050-SOS-00081925

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f):  (850) 245-6127

CONFIDENTIAL                                                                **SB7050-SOS-00081926**

| | |
|---|---|
| **From:** | Buse, Stephanie |
| **Sent:** | Friday, March 31, 2023 12:07 PM EDT |
| **To:** | McVay, Brad R. |
| **Subject:** | Copy of Sxn by Sxn 2023 DOS (002).jsv3.xlsx |
| **Attachments:** | Copy of Sxn by Sxn 2023 DOS (002).jsv3.xlsx |

**CONFIDENTIAL**

| From: | McVay, Brad R. |
|---|---|
| Sent: | Friday, April 7, 2023 1:11 PM EDT |
| To: | Kennedy, Jennifer L. |
| Subject: | |
| Attachments: | BRM Subsections.docx |

**Brad McVay**
Deputy Secretary of State
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone:  850-245-6511

Note:  This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State.  Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law.  Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption.  Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

CONFIDENTIAL                                                                    **SB7050-SOS-00111054**