NAACP v. Byrd, 4:23-cv-215-MW-MAF (Consolidated)                                    Defendant Secretary Byrd's Redaction Log

| Bates Numbers | Doc Type | Sent Date | From | Recipients | Subject | Privilege Designation(s) | Privilege Description |
|---|---|---|---|---|---|---|---|
| SB7050-SOS-00026432-SB7050-SOS-00026433 | Email | 3/2/2020 11:36 AM | Maria Matthews | McVay, Brad R. <Brad.McVay@dos.myflorida.com>;O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | 3PVRO - Registration Agent/Fraudulent Activities Allegations | Attorney-Client Privilege | Communication with counsel regarding fraud allegations. |
| SB7050-SOS-00026479-SB7050-SOS-00026481 | Email | 3/2/2020 12:17 PM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | RE: 3PVRO - Registration Agent/Fraudulent Activities Allegations | Attorney-Client Privilege | Communications with counsel regarding fraud allegations. |
| SB7050-SOS-00027597 | Email | 4/24/2020 12:14 PM | Colleen E. O'Brien | McVay, Brad R. <Brad.McVay@dos.myflorida.com> | Draft 3PVRO Complaint - Closeout letter | Attorney-Client Privilege; Attorney Work Product | Communication between counsel regarding draft complaint closeout letter. |
| SB7050-SOS-00027598 | Word | | | | | Attorney-Client Privilege; Attorney Work Product | Draft complaint closeout letter. |
| SB7050-SOS-00028697 | Email | 5/19/2020 4:37 PM | | | | Attorney-Client Privilege; Attorney Work Product | Draft communication to counsel regarding responding to counsel's request. |
| SB7050-SOS-00029043 | Email | 5/20/2020 10:25 AM | | | | Attorney-Client Privilege; Attorney Work Product | Draft communication to counsel regarding responding to counsel's request. |
| SB7050-SOS-00029560-SB7050-SOS-00029561 | Email | 2/24/2020 10:05 AM | Colleen E. O'Brien | Ard, Mark <Mark.Ard@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Swain, Margaret A. <Margaret.Swain@dos.myflorida.com> | RE: 3PVRO | Attorney-Client Privilege; Attorney Work Product | Discussion regarding responding to a public records request. |
| SB7050-SOS-00034661 | Email | 3/25/2020 6:42 PM | | | | Attorney-Client Privilege; Attorney Work Product | Draft communication with counsel regarding responding to counsel's request. |
| SB7050-SOS-00035007 | Email | 3/25/2020 6:45 PM | | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | 3P16-64 / 3P16-65 | Attorney-Client Privilege; Attorney Work Product | Draft communication with counsel regarding responding to counsel's request. |
| SB7050-SOS-00035353 | Email | 3/25/2020 6:46 PM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>;Huba, Charity D. <Charity.Huba@dos.myflorida.com> | 3P16-64 / 3P16-65 | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to counsel's request. |
| SB7050-SOS-00035736 | Email | 5/20/2020 11:45 AM | Maria Matthews | McVay, Brad R. <Brad.McVay@dos.myflorida.com>;O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> | 3PVRO - 16-64 and 16-65 | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to counsel's request. |
| SB7050-SOS-00036083 | Email | 5/27/2020 2:50 PM | Brad R. McVay | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> | RE: 3PVRO - 16-64 and 16-65 | Attorney-Client Privilege; Attorney Work Product | Communication with counsel responding to a request from counsel. |
| SB7050-SOS-00036085 | Email | 5/27/2020 3:01 PM | Maria Matthews | McVay, Brad R. <Brad.McVay@dos.myflorida.com>;O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> | FW: 3PVRO - 16-64 and 16-65 | Attorney-Client Privilege; Attorney Work Product | Communication with counsel responding to a request from counsel. |
| SB7050-SOS-00040995-SB7050-SOS-00040997 | Email | 4/19/2021 3:43 PM | Mark Ard | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Ash, Ryan C. <Ryan.Ash@dos.myflorida.com>;Swain, Margaret A. <Margaret.Swain@dos.myflorida.com> | FW: Records request - voter fraud correspondence | Attorney-Client Privilege | Communication with counsel regarding fraud complaints. |
| SB7050-SOS-00044313-SB7050-SOS-00044314 | Email | | | Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>;Lee, Laurel M. <Laurel.Lee@dos.myflorida.com>;Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Dover, Brittany N. <Brittany.Dover@dos.myflorida.com>;Graf, Shruti C. <Shruti.Graf@dos.myflorida.com> | RE: HB 7041 Strike All Amendment | Attorney-Client Privilege | Draft communication with counsel regarding pending legislation. |
| SB7050-SOS-00044476-SB7050-SOS-00044477 | Email | | | Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>;Lee, Laurel M. <Laurel.Lee@dos.myflorida.com>;Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Dover, Brittany N. <Brittany.Dover@dos.myflorida.com>;Graf, Shruti C. <Shruti.Graf@dos.myflorida.com> | Legislation 2021: Strike All Amendment to SB 90 | Attorney-Client Privilege | Draft communication with counsel regarding pending legislation. |
| SB7050-SOS-00068423-SB7050-SOS-00068428 | Email | 8/31/2022 9:46 AM | William R. Payne | Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>;Avila, Kevin <Kevin.Avila@dos.myflorida.com> | RE: PRR: 07-58, Curtis Golden, Records review, 8-25-22 | Attorney-Client Privilege; Attorney Work Product | Communications with counsel regarding responding to a public records request. |
| SB7050-SOS-00072058-SB7050-SOS-00072061 | Email | 12/1/2022 2:25 PM | Cord Byrd | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | FW: Vote by mail violations in Miami-Dade County primary election of August 23rd 2022 | Attorney-Client Privilege | Communication with counsel regarding alleged vote-by-mail violations. |
| SB7050-SOS-00073146-SB7050-SOS-00073149 | Email | 12/1/2022 2:25 PM | Cord Byrd | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | FW: Vote by mail violations in Miami-Dade County primary election of August 23rd 2022 | Attorney-Client Privilege | Communication with counsel regarding alleged vote-by-mail violations. |
| SB7050-SOS-00073577 | Email | 4/3/2023 2:49 PM | Jennifer L. Kennedy | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com> | FW: Elections Bill | Attorney-Client Privilege | Communication with counsel regarding pending legislation. |
| SB7050-SOS-00073676-SB7050-SOS-00073679 | Email | 4/3/2023 6:41 PM | | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com> | RE: Elections Bill 2023 | Attorney-Client Privilege | Draft communication with counsel regarding pending legislation. |
| SB7050-SOS-00073778-SB7050-SOS-00073781 | Email | 4/3/2023 6:57 PM | Maria Matthews | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com> | RE: Elections Bill 2023 | Attorney-Client Privilege | Communication with counsel regarding pending legislation. |
| SB7050-SOS-00079638-SB7050-SOS-00079641 | Email | 4/4/2023 8:43 AM | Jennifer L. Kennedy | Byrd, Cord <Cord.Byrd@dos.myflorida.com>;Woodby, Katherine <Katherine.Woodby@dos.myflorida.com> | FW: Elections Bill 2023 | Attorney-Client Privilege | Communication with counsel regarding pending legislation. |
| SB7050-SOS-00080830-SB7050-SOS-00080833 | Email | 1/18/2023 7:12 PM | Jennifer L. Kennedy | Kelly, Alex <alex.kelly@eog.myflorida.com>;Mahon, Jason <Jason.Mahon@eog.myflorida.com>;Byrd, Cord <Cord.Byrd@dos.myflorida.com>;Ard, Mark <Mark.Ard@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | RE: INFORMATION NEEDED: FW: media inquiry | Attorney-Client Privilege | Communications with counsel and EOG regarding a media inquiry insinuating potential misconduct. |
| SB7050-SOS-00080836-SB7050-SOS-00080840 | Email | 1/27/2023 3:54 PM | Jennifer L. Kennedy | Morris, Jon <Jon.Morris@dos.myflorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Ard, Mark <Mark.Ard@DOS.MyFlorida.com> | RE: PROPOSED PRR RESPONSE: RE: Another records request | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to a public records request. |
| SB7050-SOS-00081521-SB7050-SOS-00081526 | Email | 1/27/2023 4:05 PM | Jon Morris | Ash, Ryan C. <Ryan.Ash@dos.myflorida.com> | FW: PROPOSED PRR RESPONSE: RE: Another records request | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to a public records request. |
| SB7050-SOS-00081919 | Email | 7/28/2021 3:26 PM | | McVay, Brad R. <Brad.McVay@dos.myflorida.com>;O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> | Charts | Attorney-Client Privilege | Draft communication with counsel referring to a previous conversation with counsel. |
| SB7050-SOS-00081921-SB7050-SOS-00081922 | Email | 7/28/2021 3:46 PM | | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | RE: date re rules spreadsheet | Attorney-Client Privilege | Communication with counsel regarding pending legislation. |
| SB7050-SOS-00081925-SB7050-SOS-00081926 | Email | 7/28/2021 3:47 PM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | RE: date re rules spreadsheet | Attorney-Client Privilege | Communications with counsel regarding pending legislation. |
| SB7050-SOS-00082128 | Email | 10/8/2021 11:34 AM | Brad R. McVay | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;Lee, Laurel M. <Laurel.Lee@dos.myflorida.com>;Ard, Mark <Mark.Ard@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | SB90 Dismissals | Attorney-Client Privilege; Attorney Work Product | Communications with counsel regarding recent opinions. |
| SB7050-SOS-00084076-SB7050-SOS-00084079 | Email | 1/27/2023 4:54 PM | Ryan C. Ash | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;Ard, Mark <Mark.Ard@DOS.MyFlorida.com>;Public Records <PublicRecords@Dos.myflorida.com>;Morris, Jon <Jon.Morris@dos.myflorida.com> | UPDATED PROPOSED PRR RESPONSE: RE: Another records request | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to a public records request. |
| SB7050-SOS-00085718-SB7050-SOS-00085719 | Email | 4/28/2023 9:12 AM | Jon Morris | Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Barreiros, Jose M. <Jose.Barreiros@dos.myflorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;Public Records <PublicRecords@Dos.myflorida.com>;Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>;Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>;White, Jennifer L. <Jennifer.White@dos.myflorida.com>;Bush, Susan E. <Susan.Bush@DOS.MyFlorida.com> | RE: 3PVRO PRR | Attorney-Client Privilege; Attorney Work Product | Communications with counsel regarding responding to public records requests. |
| SB7050-SOS-00085722-SB7050-SOS-00085723 | Email | 5/2/2023 12:53 PM | Amber Marconnet | White, Jennifer L. <Jennifer.White@dos.myflorida.com>;Barreiros, Jose M. <Jose.Barreiros@dos.myflorida.com>;Morris, Jon <Jon.Morris@dos.myflorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;Public Records <PublicRecords@Dos.myflorida.com>;Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>;Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>;Bush, Susan E. <Susan.Bush@DOS.MyFlorida.com> | FW: 3PVRO PRR | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to public records requests. |
| SB7050-SOS-00085726-SB7050-SOS-00085728 | Email | 5/3/2023 4:55 PM | Jennifer L. White | Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Barreiros, Jose M. <Jose.Barreiros@dos.myflorida.com>;Public Records <PublicRecords@Dos.myflorida.com>;Morris, Jon <Jon.Morris@dos.myflorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>;Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>;Bush, Susan E. <Susan.Bush@DOS.MyFlorida.com> | FW: 3PVRO PRR | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to public records requests. |
| SB7050-SOS-00086744-SB7050-SOS-00086745 | Email | 8/11/2023 9:30 AM | Natalie Meiner | Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com> | For review: PRR: CPI FOIA — Nov 29 (1 of 4) | Attorney-Client Privilege; Attorney Work Product | Communication with counsel regarding responding to a public records request. |

NAACP v. Byrd, 4:23-cv-215-MW-MAF (Consolidated)                                  Defendant Secretary Byrd's Redaction Log

| Bates Numbers | Doc Type | Sent Date | From | Recipients | Subject | Privilege Designation(s) | Privilege Description |
|---|---|---|---|---|---|---|---|
| SB7050-SOS-00099862-SB7050-SOS-00099864 | Email | 3/2/2020 11:43 AM | Colleen E. O'Brien | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | RE: 3PVRO - Registration Agent/Fraudulent Activities Allegations | Attorney-Client Privilege | Communications with counsel regarding fraud allegations. |
| SB7050-SOS-00099869-SB7050-SOS-00099871 | Email | 3/2/2020 12:59 PM | Colleen E. O'Brien | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | RE: 3PVRO - Registration Agent/Fraudulent Activities Allegations | Attorney-Client Privilege | Communications with counsel regarding fraud allegations. |
| SB7050-SOS-00099872-SB7050-SOS-00099874 | Email | 3/2/2020 12:59 PM | Colleen E. O'Brien | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com>;Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | RE: 3PVRO - Registration Agent/Fraudulent Activities Allegations | Attorney-Client Privilege | Communications with counsel regarding fraud allegations. |
| SB7050-SOS-00099924-SB7050-SOS-00099925 | Email | 3/11/2020 2:29 PM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com> | Florida First Follow Up Info | Attorney-Client Privilege | Communication with counsel regarding fraud investigation. |
| SB7050-SOS-00099994-SB7050-SOS-00099998 | Email | 3/19/2020 9:58 AM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>;Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com> | RE: Leon County Supervisor of Elections: Correct Channels for 3PVRO Fraud Complaints | Attorney-Client Privilege | Communications with counsel regarding draft language. |
| SB7050-SOS-00100040-SB7050-SOS-00100046 | Email | 6/3/2020 3:11 PM | Katrina R. Ferguson | Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | RE: VPC - Mailbox Issues -- VR Applications | Attorney-Client Privilege | Communications with counsel regarding investigation into voter registration application issue. |
| SB7050-SOS-00100053-SB7050-SOS-00100060 | Email | 6/5/2020 11:02 AM | Katrina R. Ferguson | Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | RE: VPC - Mailbox Issues -- VR Applications | Attorney-Client Privilege | Communications with counsel regarding investigation into voter registration application issue. |
| SB7050-SOS-00100178 | Email | 8/3/2020 11:46 AM | Colleen E. O'Brien | McVay, Brad R. <Brad.McVay@dos.myflorida.com> | RE: | Attorney-Client Privilege; Attorney Work Product | Communications between counsel regarding investigating election fraud complaints. |
| SB7050-SOS-00100801-SB7050-SOS-00100802 | Email | 3/1/2021 12:33 PM | Katrina R. Ferguson | Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>;Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | RE: Violation 3P12-247 Concord Management | Attorney-Client Privilege | Communication with counsel regarding a 3PVRO violation. |
| SB7050-SOS-00100804-SB7050-SOS-00100805 | Email | 3/4/2021 12:35 PM | Maria Matthews | O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>;Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>;Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com> | RE: Violation 3P12-247 Concord Management | Attorney-Client Privilege | Communication with counsel regarding a 3PVRO violation. |
| SB7050-SOS-00100875-SB7050-SOS-00100878 | Email | 11/15/2021 3:12 PM | Maria Matthews | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | RE: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |
| SB7050-SOS-00100884-SB7050-SOS-00100887 | Email | 11/15/2021 1:30 PM | Colleen E. O'Brien | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;McVay, Brad R. <Brad.McVay@dos.myflorida.com> | RE: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |
| SB7050-SOS-00100952-SB7050-SOS-00100954 | Email | 11/3/2021 12:49 PM | Christina White | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>;Anderson, Chris <anderson@voteseminole.org>;Cowles, Bill <bill@ocfelections.com> | FW: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Redacted to protect internal computer code. |
| SB7050-SOS-00100959-SB7050-SOS-00100962 | Email | 11/16/2021 3:40 PM | Maria Matthews | Hastings, Linda M. <Linda.Hastings@DOS.MyFlorida.com> | FW: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |
| SB7050-SOS-00101025-SB7050-SOS-00101028 | Email | 11/16/2021 3:50 PM | Linda M. Hastings | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | FW: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |
| SB7050-SOS-00101099-SB7050-SOS-00101102 | Email | 11/16/2021 3:52 PM | Maria Matthews | Hastings, Linda M. <Linda.Hastings@DOS.MyFlorida.com> | RE: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |
| SB7050-SOS-00101173-SB7050-SOS-00101176 | Email | 11/17/2021 7:05 AM | Linda M. Hastings | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> | FW: Election integrity actions per your telephone discussion with Terri Walsh | Attorney-Client Privilege | Communication with counsel regarding case law. |