| | |
|---|---|
| **From:** | Matthews, Maria I. |
| **Sent:** | Monday, February 20, 2023 11:27 AM EST |
| **To:** | Kennedy, Jennifer L. |
| **Subject:** | FW: Proposed Legislation 2023 -Post-discussion |
| **Attachments:** | FINAL Revised Proposed Draft Jan 24 2023 10am edits 20230219 1239 PM.docx, FINAL Revised DOS Proposed Draft 20230219 1PM.docx, Sxn by Sxn 2023 DOS - GO Proposed Legislation 20230220 1130AM.xlsx, FINAL Revised DOS Proposed Draft 20230219 1PM w edit to 33 20230220.docx |

JK:

The 2nd to last attachment is the section by section (50 total) chart. I could get it to do what you must have done which is get the header on each page.

The last attachment is the clean version of proposed draft with a correction that in preparing the section by section, I caught a bill drafting error.

| Language as in version on 2/19 | As it should read (it is highlighted in yellow in the last attachment), we would just have to remove yellow highlights. |
|---|---|
| Section 33.  Section 101.698, Florida Statutes, is amended to read: | Section 33.  Section 101.698, Florida Statutes, is amended to read: |
| 101.698    Absentee voting in emergency situations.—If a national or local emergency or other situation arises which makes substantial compliance with the provisions of state or federal law relating to the methods of voting impossible or unreasonable for absent active uniformed services voter, absent state and United States National Guard as defined in s. 250.01, absent first responders as defined in s. 112.1815, and overseas voters ~~impossible or unreasonable,~~ such as an armed conflict involving United States Armed Forces or mobilization of those forces, including state National Guard and reserve components, the Department of State ~~Elections Canvassing Commission~~ may adopt by emergency rules such special procedures or requirements necessary to facilitate absentee voting by those persons directly affected who are otherwise eligible to vote in the election. | 101.698    Absentee voting in emergency situations.—If a national or local emergency or other situation arises which makes substantial compliance with the provisions of state or federal law relating to the methods of voting <u>impossible or unreasonable for absent active uniformed services voter, absent state and United States National Guard as defined in s. 250.01, absent first responders as defined in s. 112.1815, and</u> overseas voters ~~impossible or unreasonable,~~ such as an armed conflict involving United States Armed Forces or mobilization of those forces, including state National Guard and reserve components, <u>the Department of State</u> ~~Elections Canvassing Commission~~ may adopt by emergency rules such special procedures or requirements necessary to facilitate absentee voting by those persons directly affected who are otherwise eligible to vote in the election. |

**From:** Matthews, Maria I.
**Sent:** Sunday, February 19, 2023 1:15 PM
**To:** Byrd, Cord <Cord.Byrd@dos.myflorida.com>; Kennedy, Jennifer L.

<Jennifer.Kennedy@DOS.MyFlorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Subject:** RE: Proposed Legislation 2023 -Post-discussion

Please find attached the prior still underline and comments. 2nd attachment is the cleaned up version.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, April 7, 2023 9:45 AM EDT |
| **To:** | Morley, Tiffany M.; Modrow, Janet; Maynor, Walter S. "Scott"; Gehres, Blake |
| **CC:** | Marconnet, Amber; Brown, Toshia |
| **Subject:** | RE: SB 7050 Proposed 2023 Legislation/: Side-by-side comparison 98.0981/ |
| **Attachments:** | SEE SB 7050 20230405.pdf, 7050 - potential IT component.pdf, Comparison  legislative -s98.0981.docx |

Jane et al., I have a later version  that passed out of the Senate committee (1st attachment). So that is the version to look at but it doesn't change much from what I provided earlier.

These are still the main sections for IT to look at:
- o 98.093, F.S. (starting at 1184) regarding changes to frequency of information as well as some data fields from outside agencies that we then need to be able to process. Some of it is already on the frequency schedule they are proposing.
- o 98.081, FS (starting at line 1329) regarding election reports
- o 101.001, FS (starting at line 1700)
- o 97.0575, FS (starting at line (relating to 3PVRO) – it requires expiration of 3PVROs differently for parties versus other 3PVROs.

**Janet**, as to your points:
- it appears that the issue with the Live Turnout Data is no longer there as to reporting for early voting. I don't know what is meant by "completely"
- I am going to recommend a change about the qualified voter and also if possible about the provisional.
- As to the voting history, are we able to consume the GIS map? Won't that be a significant change? We do get maps from counties but I do not know if it is in GIS format.

**Tiffany**, as to your point regarding 3PVRO (that unfortunately is out of ability to change too much). What is most concerning for you?

**From:** Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>
**Sent:** Friday, April 7, 2023 9:36 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>; Maynor, Walter S. "Scott" <scott.maynor@dos.myflorida.com>; Gehres, Blake <Blake.Gehres@dos.myflorida.com>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>
**Subject:** RE: SB 7050 Proposed 2023 Legislation/: Side-by-side comparison 98.0981/

I replied last night. I think the 3PVRO section has the largest impact to BVRS processes.

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Friday, April 7, 2023 8:24 AM
**To:** Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>; Maynor, Walter S. "Scott" <scott.maynor@dos.myflorida.com>; Gehres, Blake <Blake.Gehres@dos.myflorida.com>

CONFIDENTIAL

Cc: Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia
<Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>
Subject: FW: SB 7050 Proposed 2023 Legislation/: Side-by-side comparison 98.0981/

So it sounds like we need to highlight some issues.

Scott and Blake, anything to add on fiscal?

Toshia and Tiffany, anything you see in the bill that we need to note?

From: Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>
Sent: Thursday, April 6, 2023 2:57 PM
To: Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Maynor, Walter S. "Scott"
<scott.maynor@dos.myflorida.com>; Gehres, Blake <Blake.Gehres@dos.myflorida.com>
Cc: Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia
<Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>;
Hastings, Linda H. <Linda.Hastings@DOS.MyFlorida.com>; Brown, Donna S.
<Donna.Brown@dos.myflorida.com>; Chellman, Malcolm C. <Malcolm.Chellman@dos.myflorida.com>;
Wood, Zane D. <Zane.Wood@dos.myflorida.com>
Subject: RE: SB 7050 Proposed 2023 Legislation/: Side-by-side comparison 98.0981/

- "Each qualified voter" means the VH03 file must contain information on all the eligible voters who
  did not vote.  This will increase processing time and file sizes.

- I'm assuming we already have/get this:  4. The geographical information system map showing the
  geographical boundaries and designation of each precinct for the election as created pursuant to s.
  101.001.

- (4)   LIVE TURNOUT DATA.—On election day and during early voting, - this is huge!  Does this get
  lumped together or reported separately.  This would mean we have to have the public site up
  before early voting starts or create a separate site.

  This information is available on the CountyBallots statistics page, granted it covers up to the
  previous day.

- Voting History requirements are a bit wonky.  Also we currently update Z,F to Y,E to ensure voter
  anonymity.

| Voting Code | Description | FVRS Codes | DESCRIPTION |
|---|---|---|---|
| Y / E | voter voted a regular ballot at a precinct location | A | Voted by Mail |
| Z / F | voted at precinct location using a provisional ballot that was subsequently counted | B | Mail Ballot NOT Counted |
| A | voted by vote-by-mail ballot, | E | Voted Early |
| B | attempted to vote by a timely received vote-by-mail ballot that was not counted | F | Provisional Ballot - Early Vote |
| B | attempted to vote by a vote-by-mail ballot that was not counted | L | VBM received Late |
| L | attempted to vote by a vote-by-mail ballot that was received untimely | N | Did Not Vote |
| P | attempted to vote by provisional ballot that was not counted | P | Provisional Ballot Not |

| | | | | Counted |
|---|---|---|---|---|
| N | did not vote | | Y | Voted at Polls |
| | | | Z | Provisional Ballot - Vote at Poll |

- What is "completely" supposed to mean?  It contains misspelling – geographical.

(b)  Voting history. Within 20 business 30 days after certification by the Elections Canvassing Commission certifies of a presidential preference primary, special election, special primary election, primary election, or general election, whichever is applicable, supervisors of elections shall transmit completely updated voting history information for **each qualified voter** to the department.

Such information must be provided, in a uniform electronic format pursuant to file specifications adopted by the department by rule. The voting history information must include:
  1. The unique identifier assigned to each qualified voter within the statewide voter registration system;
  2. Each qualified voter's unique precinct identifier at the time of voting. For purposes of this subparagraph, the term, "unique precinct identifier" means an alphanumeric code containing no more than six characters representing the precinct name or number; and
  3. Specifics as to voting history, including whether the qualified voter voted a regular ballot at a precinct location, voted at precinct location using a provisional ballot that was subsequently counted, voted by vote-by-mail ballot, attempted to vote by a timely received vote-by-mail ballot that was not counted, attempted to vote by a vote-by-mail ballot that was not counted, attempted to vote by a vote-by-mail ballot that was received untimely, attempted to vote by provisional ballot that was not counted or **did not vote.**
  4. The geographical information system map showing the geographical boundaries and designation of each precinct for the election as created pursuant to s. 101.001.

From: Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
Sent: Thursday, April 6, 2023 12:54 PM
To: Maynor, Walter S. "Scott" <scott.maynor@dos.myflorida.com>; Gehres, Blake <Blake.Gehres@dos.myflorida.com>; Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>
Cc: Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>; Hastings, Linda M. <Linda.Hastings@DOS.MyFlorida.com>; Brown, Donna S. <Donna.Brown@dos.myflorida.com>; Chellman, Malcolm C. <Malcolm.Chellman@dos.myflorida.com>; Wood, Zane D. <Zane.Wood@dos.myflorida.com>
Subject: SB 7050 Proposed 2023 Legislation/: Side-by-side comparison 98.0981/

Scott, and Blake, and Janet

Please check the following sections of the bill (I had provided a sliver to Janet earlier in the week relating to s. 98.0981).

CONFIDENTIAL                                                      SB7050-SOS-00085136

I have highlighted changes in yellow that appear to have an IT component that might have an IT programming component and/or a fiscal impact.

Underlined (new language) and stricken (deleted language) languages indicates proposed changes.

Most particularly look at:
- 98.093, F.S. (starting at 1184) regarding changes to frequency of information as well as some data fields from outside agencies that we then need to be able to process. Some of it is already on the frequency schedule they are proposing.
- 98.081, FS (starting at line 1329) regarding election reports
- 101.001, FS (starting at line 1700)

I have already reached out to DHSMV and Clerk of the Courts to get their perspective on the proposed new requirements.

**All others** you may also want to take a look at how it may impact your unit. Bring anything of concern to my attention please.

Here is the link to the Senate E&E staff analysis on the bill that was just released that may help to explain the changes the Legislature is proposing. .
https://www.flsenate.gov/Session/Bill/2023/7050/Analyses/2023s07050.ee.PDF
If you want to circle up and discuss questions, let me know, I'll be happy to jump on call.

Sooner than later on the review please as the bill appears to have the legs of teen cross-country sprinter.

Thanks.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
850.443.7730
Maria.matthews@dos.myflorida.com

*Important notices:*
*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.  (Esta respuesta se proporciona solo como referencia y no constituye consejo ni representación legal. Las personas interesadas deben consultar los Estatutos de la Florida y la jurisprudencia aplicable, y / o consultar a un abogado privado para saber como el leye se aplique a sus hechos or circunstancias particulares antes de sacar conclusiones legales o confiar en la información proporcionada.)*

*Written communications including email addresses to governmental agencies constitute public records and are available to the public including media upon request unless the information is subject to a specific statutory exemption. See e.g., F.S. 668.6076*

*(Las comunicaciones escritas, incluso las direcciones de correo electrónico, a agencias de gobierno, constituyen registros públicos y están disponibles, a pedido, para el público, incluso la prensa, a menos que la información esté sujeta a una exención legal específica. Véase por ejemplo, F.S. 668.6076)*

Maria

**From:** Modrow, Janet <<u>Janet.Modrow@DOS.MyFlorida.com</u>>
**Sent:** Thursday, April 6, 2023 10:30 AM
**To:** Matthews, Maria I. <<u>Maria.Matthews@DOS.MyFlorida.com</u>>
**Subject:** RE: Side-by-side comparison 98.0981

Can you  please send me a link to the bill so I can review the changes?

Thanks,
Janet

**From:** Matthews, Maria I. <<u>Maria.Matthews@DOS.MyFlorida.com</u>>
**Sent:** Friday, March 31, 2023 12:48 PM
**To:** Modrow, Janet <<u>Janet.Modrow@DOS.MyFlorida.com</u>>
**Subject:** Side-by-side comparison

SB version of how they changed our proposed s. 98.0981, FS.  Yellow indicates the difference between and what was changed.
Let's chat later today or Monday.


Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

SB7050-SOS-00085138

| | |
|---|---|
| **From:** | Matthews, Maria I. |
| **Sent:** | Friday, April 7, 2023 7:58 AM EDT |
| **To:** | Jason Harrell; Beth Allman; Michael Rankin |
| **CC:** | Marconnet, Amber; Brown, Toshia; Morley, Tiffany M.; Modrow, Janet |
| **Subject:** | RE: Special Request - Legislation |
| **Attachments:** | SPB 7050 Senate - Clerk of court.pdf |

Thanks Jason. The GO and legislature is seeking info. I want to be sure your voices are heard or that you end up having the opportunity to pipe because it does add some duties and makes changes.

**From:** Jason Harrell <jasonharrell@flclerks.com>
**Sent:** Thursday, April 6, 2023 1:50 PM
**To:** Beth Allman <allman@flclerks.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Michael Rankin <mrankin@flclerks.com>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>; Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>
**Subject:** RE: Special Request - Legislation

## EMAIL RECEIVED FROM EXTERNAL SOURCE

Hi, Maria-

I am reviewing the bill with our folks today. I will let you know if we have any feedback or concerns we need to discuss.

Thank you!



**JASON HARRELL**
*Director of Government Relations*
Direct (850) 921-0808 | Mobile (850) 345-6835
jasonharrell@flclerks.com

**www.FLClerks.com**   f /FloridaClerks   🐦 /FloridaClerks

*This email is intended for the addressee(s) indicated above only. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any dissemination, review, or use of this email or its contents by persons other than the addressee is strictly prohibited. If you have received this email in error, please delete it immediately.*

**From:** Beth Allman <allman@flclerks.com>
**Sent:** Thursday, April 6, 2023 1:49 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Michael Rankin <mrankin@flclerks.com>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia <Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>; Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>; Jason Harrell <jasonharrell@flclerks.com>
**Subject:** RE: Special Request - Legislation

Thank you, Maria,

I would defer to our Legislative Director to respond.
Regards,
Beth Allman



**ELIZABETH L. ALLMAN, M.A.**
*Association Services Manager*
Phone (850) 921-0808 | Mobile (850) 294-7696
allman@flclerks.com
www.FLClerks.com  FloridaClerks  /FloridaClerks

This email is intended for the addressee(s) indicated above only. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any dissemination, review, or use of this email or its contents by persons other than the addressee is strictly prohibited. If you have received this email in error, please delete it immediately.

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Thursday, April 6, 2023 12:50 PM
**To:** Beth Allman <allman@flclerks.com>; Michael Rankin <mrankin@flclerks.com>
**Cc:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Brown, Toshia
<Toshia.Brown@DOS.MyFlorida.com>; Morley, Tiffany M. <Tiffany.Morley@dos.myflorida.com>;
Modrow, Janet <Janet.Modrow@DOS.MyFlorida.com>
**Subject:** RE: Special Request - Legislation

Hopefully, what I highlighted is really what you need to review. Thanks in advance.

**From:** Beth Allman <allman@flclerks.com>
**Sent:** Wednesday, April 5, 2023 9:04 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Michael Rankin
<mrankin@flclerks.com>
**Subject:** RE: Special Request - Legislation

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Thankyou. Ill take some time to look at this today. it may take me a while (98! Pages)



**ELIZABETH L. ALLMAN, M.A.**
*Association Services Manager*
Phone (850) 921-0808 | Mobile (850) 294-7696
allman@flclerks.com
www.FLClerks.com  FloridaClerks  /FloridaClerks

This email is intended for the addressee(s) indicated above only. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any dissemination, review, or use of this email or its contents by persons other than the addressee is strictly prohibited. If you have received this email in error, please delete it immediately.



SB7050-SOS-00084606

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Tuesday, April 4, 2023 6:27 PM
**To:** Beth Allman <allman@flclerks.com>; Michael Rankin <mrankin@flclerks.com>
**Subject:** Special Request - Legislation

Beth and Michael,

Senate E&E heard this bill today.

https://www.flsenate.gov/Committees/Show/EE/MeetingPacket/5828/10368_MeetingPacket_5828.04.
2023%20Pre-Meeting%20Packet.pdf

Would you all including your legal office take a look at this bill and let me know if you all see challenges with the information and/or timelines they are proposing for providing us information?  They have changed somethings in terms of information to provide and frequency.

I have highlighted the sections in yellow in which your agency or data is mentioned.  Let us know please. Thanks.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

SB7050-SOS-00084607

| | |
|---|---|
| **From:** | Woodby, Katherine |
| **Sent:** | Thursday, April 20, 2023 6:16 PM EDT |
| **To:** | Byrd, Cord; Kennedy, Jennifer L. |
| **Subject:** | 7050 |
| **Attachments:** | 7050 pcs.pdf, Spreadsheet Suggestions SB 7050 Apr 7.xlsx |

See attached



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

CONFIDENTIAL

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document SB7050-SOS-00087420.xlsx

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 1 | **97.012 Secretary of State as chief election officer** | Clarifying and expanding signature verification requirements to make them mandatory for any election official or person whose duties are to verify signatures. Granting Department of State rulemaking authority. | |
| 2 | **97.022 Office of Election Crimes and Security; creation, purpose and duties** | Clarifying scope of jurisdiction of the Office of Election Crimes and Security to conduct preliminary investigations as to alleged election fraud, violations or irregularities or  irregularities and specifically agencies for referral and authority to pursue criminal investigations including the Florida Department of State, Office of Statewide Prosecutor and  State Attorneys | Amend subsection (1) of s. 97.022, F.S., to delete statutory reference to sections 97.012(12) and (15) (duties of Secretary of State) which conflict with scope of jurisdiction in subsection (2) as being amended. Recommend remove additions to (2)(a).

**PROPOSED LANGUAGE: See word document** |
| ADDED | **97.052 Uniform Statewide voter registration application** | | |
| 3 | **97.0535 Special requirements for certain applicants** | Clarifying registration and voting of  1st time registrants/voters in Florida  Each applicant who registers to vote in Florida and has not previously voted in the county and who affirm that they have never been issued a Florida driver's license/state identification card or social security card  which the State verifies to extent possible does not exist, is required to vote in person (exceptions provided based on federal law ) | Add by mail. See NVRA and HAVA.

**PROPOSED LANGUAGE: See word document** |
| 4 | **97.057 Voter registration by the Department of Highway Safety and Motor Vehicles** | ADDED SECTION: Statutory reference change | |
| 5 | **97.575 Third-party voter registration organizations** | Clarifying the requirements to register as a third-party voter registration organization (3PVRO) in Florida. Providing for expiration of 3PVRO registration after applicable election cycle for which they registered and providing exceptions for registered affiliates of a registered political party. Requiring 3PVROs to provide receipt to application for each application. Granting Department of State rulemaking authority pertaining to receipts form. Reducing the number of days in which a collected voter registration application must be submitted. Increasing fines  for late  submission of collected voter applications. Providing for maximum aggregated fines of $100,000 per calendar year. Creating a 3rd degree felony office for the copying of voter registration applications or retention of personal identifying information such as Florida driver license, state identification card number, social security card number or signature for any reason other than as necessary to comply with law. Requesting 3PVROs to not mail or provide registration applications upon which any information about an applicant has been filed out. | Recommend putting back in cause of action for aggrieved citizen, and prohibiting felon or noncitizen from collecting applications.  Increasing fine threshold to 250k
**Follow-up:**  1) Hinkle opinion from 2012 states 10 days is acceptable amount of time (provided copy of order); 2) We have at least one instance of organization going over the current 100k threshold and binders of fine letters and criminal referrals to be provided in physical form

**PROPOSED LANGUAGE: See word document**                                    **\*\***
**SUGGESTION:  Change handling to possess** |
| 6 | **97.071 Voter information card** | Adding disclaimer to voter information card that card is not identification and not to be relied upon as confirmation of eligibility to vote. Providing for weblink to latest polling place locations. Clarifying that card not required to be issued solely due to precinct or temporary polling place change. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **98.015 Supervisor of elections; election, tenure of office, compensation, custody of registration related documents, office hours, successor, seal; appointment of deputy supervisors; duties** | Specifying Supervisors of Elections' duties to maintain list of valid residential street addresses including identifying non-residential, commercial establishments, public accommodations, parks, marinas, mail forwarding services, p.o. boxes, correctional institutions, government agencies, etc., to facilitate list maintenance and voter registration. | Addressed in slightly different way in bill in s. 98.065 changes.<br><br>CHANGE IN (4) LINKED TO CHANGE IN 101.69<br><br>PROPOSED LANGUAGE: (4)    At a minimum, Tthe supervisor of elections must designate a single main office and notify the Department of State of the designation. The main office of the supervisor must be open Monday through Friday, excluding legal holidays, for a period of not less than 8 hours per day, beginning no later than 9 a.m. This does not preclude supervisors from having branch offices.<br>(12)(a)    Each supervisor shall maintain a list of valid residential street addresses for purposes of verifying the legal addresses of voters residing in the supervisor's county. To the maximum extent practicable, The list shall include information necessary to differentiate one residential address residence from another, including, but not limited to, a distinguishing apartment, suite, lot, room, or dormitory room number, site, or other unique or distinct unit identifier. If a voter registration application does not include information necessary to differentiate one residence from another, the supervisor shall make all reasonable efforts to obtain such information in order to maintain the list of valid residential street addresses.<br>(b)  The supervisor shall make all reasonable efforts to coordinate with county 911 service providers, property appraisers, the United States Postal Service, or other agencies as necessary to ensure the continued accuracy of the such list of valid residential street addresses only. For purposes of registration and list maintenance activities, the supervisor shall also identify to the extent possible non-residential addresses including but not limited to addresses for businesses such as storage facilities, retail or other commerce, addresses at a state or federal penitentiaries, addresses for commercial or private mail service or mailing forwarding services, post office box addresses, addresses for public accommodations as defined in 42 U.S.C. s. 20000a(b), and addresses for recreational vehicle parks, recreational camps, and marinas that offer, rent or lease spaces, slips, or units for transient guests or transient occupants. |
| 7 | **98.065 Registration list maintenance programs** | Enhancing address list maintenance activities by  allowing for more efficient and effective removal of voters who no longer reside in Florida. Enhancing  compliance reviews and reports  by Supervisors of Elections to the Division of Elections. | **Follow-up:** Add month (April) so that this cannot be put off until end of year/adds uniformity<br><br>PROPOSED LANGUAGE: (4) A registration list maintenance program must be conducted by each supervisor, at a minimum, once each year in an odd-numbered year and once, starting no later than April. The program and must be completed not later than 90 days before the date of any federal election. All list maintenance actions associated with each voter must be entered, tracked, recorded, and maintained in the statewide voter registration system.<br><br>(6) The supervisor shall conduct at least an annual review of voter registration records to identify registration records in which a voter may be registered at an address that may not be an address of legal residence including but not limited to addresses for businesses such as storage facilities, retail or other commerce, addresses at a state or federal penitentiaries, addresses for commercial or private mail service or mailing forwarding services, post office box addresses, addresses for public accommodations as defined in 42 U.S.C. s. 20000a(b), and addresses for recreational vehicle parks, recreational camps, and marinas that offer, rent or lease spaces, slips, or units for transient guests or transient occupants. For those registration records with such addresses that the supervisor has reasonable belief are not legal residential addresses, the supervisor shall initiate list maintenance pursuant to s. 98.075(6) and (7). |
| 8 | **98.0655 Registration list maintenance forms** | Revising address list maintenance forms to conform with changes in s. 98.065 in Section 7 of bill. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 9 | **98.075 Registration records maintenance activities; ineligibility determinations** | Enhancing eligibility list maintenance activities - Allowing deceased voters to be removed from the rolls based on DHSMV data; Requiring supervisors to coordinate with clerks of court to obtain current felon data so that they can conduct immediate due process and removal process; Clarifying Supervisors are able to initiate removal process upon receipt for credible and reliable information received other than through Department of State;  Adding notice statements relating to voting before determination of eligibility or ineligibility made and right of appeal; Adjusting publication notice requirements for removal for ineligible voters to allow for online publication in event of undeliverable notice; Specifying timelines for notice, response, hearings and removals; Clarifying list maintenance reporting requirements. | Add statement to capture voters who may have already been sent a vote by mail ballot before notice of potential ineligibility is sent.  Restored the word "final." Added the good cause affidavit. Follow-up: 1) death -- believe credible and reliable standard is better -- consistent with felon process and case law<br><br>PROPOSED LANGUAGE: (7) g. A statement that until a final determination of eligibility is made, the voter will be required to vote a provisional ballot or if voting by mail, the vote-by-mail ballot shall be processed as a provisional ballot.<br><br>PROPOSED LANGUAGE: 5. If a registered voter voter responds to the notice issued pursuant to subparagraph 1. or subparagraph 2. and denies the accuracy of the information underlying the potential ineligibility but does not request a hearing, the supervisor ~~must~~ shall review the evidence and make a final determination of eligibility no later than 30 days after receiving the response from the voter. If the supervisor determines that the registered voter is ineligible, the supervisor must remove the voter's name from the statewide voter registration system upon such determination and notify the registered voter of the supervisor's determination and action. If such registered voter requests a hearing, the supervisor ~~must~~ shall send notice to the registered voter to attend a hearing at a time and place specified in the notice. The supervisor shall schedule and issue notice for the hearing within 7 days after receiving the voter's request for a hearing and shall hold the hearing no later than 30 days after issuing the notice of the hearing.  A voter may request an extension upon  showing good cause by affidavit as to why he or she is unable to attend the scheduled hearing. |
| 10 | **98.077 Update of voter signature** | Allowing for signature array to facilitate signature verification; Clarifying that signature update may come from verified signatures on ballot certificates and signed petitions; Requiring Supervisors of Elections to publish more frequently notice online or in newspaper on how to update signatures. | |
| 11 | **98.093 Duty of officials to furnish information relating to deceased persons, persons adjudicated mentally incapacitated, and persons convicted of a felony** | Clarifying additional duties of governmental officials to assist in providing information to Supervisors to be used for list maintenance purposes:  Requiring Clerk of courts to provide weekly new felon data to Supervisors to initiate removal process for those felons determined to be ineligible.  Requiring DHSMV to provide DOS with data on those individuals being removed from database because licensed in another state.  Clarifying that data files from DHSMV identifying non-citizens  include alien registration number and other legal status information for non-citizenship review of potentially ineligible registered voters.  Providing that DHSMV identify driver licensees/state ID cardholders who are deceased (conforms to prior year change to allow for use of deceased data from DHSMV).  Clarifying Supervisors have duty to act upon being provided credible and reliable information from these or other sources. | Follow-up: FDLE and DOC already doing daily; DHSMV and Clerks took question under advisement and have not yet provided answer |
| 12 | **~~98.0981~~ Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics** | Requiring reconciliation of voting history and precinct-level election results prior to submission. Specifying timeframes to submit, vet and reconcile  voting history and precinct-level election results. Clarifying timelines for legislative reports for presidential, primary and general only.  Allowing for file specifications by rule to accommodate technological changes to file formats.  Clarifying file specifications for precinct-level election results. Requiring Supervisors to submit precinct boundaries to DOS. Permitting DOS to require Supervisors to investigate and address issues related to the reports. | Added back in "who voted" (which is actually consistent with current law)<br><br>PROPOSED LANGUAGE: (b) Voting history.—~~For each~~ Within 30 days after certification by the Elections Canvassing Commission of a presidential preference primary, special election, special primary election, primary election, or general election, as applicable, supervisors of elections shall transmit completely updated voting history information for each qualified voter who voted to the department. Such information must be provided, in a uniform electronic format pursuant to file specifications adopted by the department by rule. The voting history information must include: ~~specified in paragraph (d), completely updated voting history information for each qualified voter who voted~~ |
| 13 | **99.021 Form of candidate oath** | Revising content/form for Candidate Oaths - Requiring candidates to disclose outstanding fines under s. 8 Art. 2, Fla. Const. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 14 | 99.0215 Name of candidate | Clarifying circumstances when use of candidate nickname is appropriate (new statute) | |
| 15 | 99.097 Verification of signatures on petitions | Updating statute to reflect the amount Supervisors can charge to verify signatures on candidate/local issue petitions versus statewide initiative petitions as set forth in s. 100.371, Fla. Stat. | |
| | 100.021   Notice of general election | NEW SECTION TO ADD: noticing requirements/similar to 100.342 | **PROPOSED LANGUAGE: The Department of State shall, in any year in which a general election is held, make out a notice stating what offices and vacancies are to be filled at the general election in the state, and in each county and district thereof. During the 30 days prior to the beginning of qualifying, the Department of State shall have the notice published two times in a newspaper of general circulation in each county;, and, in counties in which there is no newspaper of general circulation, it shall send to the sheriff a notice of the offices and vacancies to be filled at such general election by the qualified voters of the sheriff's county or any district thereof, and the sheriff shall have at least five copies of the notice posted in conspicuous places in the county. _Notice may be provided alternatively by publishing notice on the Division of Elections' website, and the county's website as may be allowed pursuant to s. 50.0311, or on the supervisor's website as deemed appropriate by the supervisor of elections._** |
| 16 | 100.342 Notice of special election or referendum | Allowing for publication of Special Election or Referendum on County website in lieu of newspaper pursuant to chapter 50, Florida Statutes. | |
| ADDED | 100.141 Notice of special elections | | |
| 17 | 101.001 Precincts and polling places; boundaries | ADDED SECTION: SOE to maintain GIS System; REDUCES the number of political subdivision boundaries Supervisors can use as a precinct boundary | |
| 18 | 101.048 Provisional ballots | Clarifying that a provisional ballot voter may include a registered voter who is appealing a determination of ineligibility under s. 98.0755, but for whom a final determination of eligibility has not been made. | Remove language re: appeal. An appeal does not come into play until a final determination is made. Added proposed changes attempt to capture VBM voters as indicated in prior change relating to treating VBM as a provisional ballot in cases of where official notice of potential ineligibility asserts ineligibility.<br><br>**PROPOSED LANGUAGE:  (1)   At all elections, a voter claiming to be properly registered in the state and eligible to vote at the precinct in the election but whose eligibility cannot be determined, a person whom an election official asserts is not eligible, _including, but not limited to, a person to whom a notice has been sent pursuant to s. 98.075(7) but a final determination of eligibility has not yet been made_, and other persons specified in the code shall be entitled to vote a provisional ballot. _If voting by mail, the voter's vote-by-mail ballot shall be processed as a provisional ballot. If voting in person, the voter's_ ~~Once voted, the~~ provisional ballot shall be placed in a secrecy envelope and thereafter sealed in a provisional ballot envelope. The provisional ballot shall be deposited in a ballot box. All provisional ballots shall remain sealed in their envelopes for return to the supervisor of elections. The department shall prescribe the form of the provisional ballot envelope. A person casting a provisional ballot shall have the right to present written evidence supporting his or her eligibility to vote to the supervisor of elections by not later than 5 p.m. on the second day following the election.** |
| | 101.111 Voter challenges | Clarifying that voter challenge law applies to all methods of voting including vote-by-mail voting. Clarifying that election officials can make challenges under their authority and providing for statutory oath form. Providing for due process notice when challenge is made to a vote-by-mail voter. | Recommend: amending s. 101.111 (voter challenges) to allow for challenges of VBM voters and process<br><br>**PROPOSED LANGUAGE: See word document** |
| | 101.131 Watchers at polls | Clarifying acceptable conduct of poll watchers and ability of Supervisors to maintain order at polling place, and what information is to be provided by poll watchers to Supervisors. Requiring party, candidate, and political committee to include specific information as their designated poll watcher including that poll watcher has accepted service. Clarifying what may appear on poll watcher ID badge. | Recommend: provisions governing poll watchers s. 101.131 as (this will help them to know what their and SOEs duties are) and ties in with change proposed with s. 104.0615<br><br>**PROPOSED LANGUAGE: See word document** |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 19 | 101.151 Specifications for ballots | CHANGED SECTION from original - word "incumbent" appears on ballot for all similar name elections, not just primaries. | |
| | 101.56075 Voting methods | Clarifying that voters whether voting during early voting or on Election Day have the option to choose to vote by marksense ballot. Adding that violation of prohibition on supervisors sending VBMs without statutory or voter's consent constitutes a breach of duty, and, as applicable, violators are subject to suspension from office and civil penalties of up to $25,000 per election cycle. | PROPOSED LANGUAGE: For the purpose of designating ballot selections, all voting must be by marksense ballot, using a marking device or a voter interface device that produces a voter-verifiable paper output and meets the voter accessibility requirements for individuals with disabilities under s. 301 of the federal Help America Vote Act of 2002 and s. 101.56062. All voters whether voting during early voting or on Election Day must have the option to choose to vote by marksense ballot. |
| ADDED | 101.5612 Testing of tabulation machines | | |
| 20 | 101.6103 Mail ballot election procedure | ADDED SECTION: Statutory reference change/shall to must | |
| 21 | 101.62 Request for vote-by-mail ballots | Modifying timelines and processes for VBM requests including as relates to the time of requests made during the early voting period and on Election Day - Specifying when vote-by-mail ballot requests must be cancelled. Requiring voter to provide or confirm his or her current residential address. Allowing for Florida driver license number, Florida identification card number, or social security number if not already in the voter's record to be added upon request for vote-by-mail ballot. Clarifying without changing universe of what constitutes an immediate family member for when a voter or designee requests or picks up a vote-by-mail ballot. Specifying last day (3 days before start of mandatory early voting)to request a mailed vote-by-mail ballot and last day to mail (day before start of mandatory early voting) outside of statutory period for mailing overseas and military ballots and domestic vote-by-mail ballots for requests already on file. Specifying that pick-up of vote-by-mail ballot after start of mandatory early voting to occur only within mandatory early voting period and on Election day and only upon presentation of emergency affidavit as to why voter is unable to vote at early voting site or at designed polling site on Election Day. Making universal change of term from "elector" to "voter". | Recommend willful comes out. Subject to suspension from office by Governor is common language in other statutes. Violations of this section shall be subject to suspension from office by the Governor. This language is used in other statutes – see 116.09, FS.

PROPOSED LANGUAGE: (5)(7) PROHIBITION. Except as expressly authorized for voters having a disability under s. 101.662, for overseas voters under s. 101.697, or for local referenda under ss. 101.6102 and 101.6103, a county, municipality, or state agency may not send a vote-by-mail ballot to a voter unless the voter has requested a vote-by-mail ballot in the manner authorized under this section. Violation of this subsection constitutes a breach of duty, and, as applicable, violators are subject to suspension from office by the Governor. |
| | 101.64 Delivery of vote-by-mail ballots; envelopes; form. | Modifying instructions and forms to conform to changes in s. 101.62 and to clarify that VBM ballots are nonforwardable and that ballots may be returned in secrecy envelope or privacy sleeve. Making universal change of term from "elector" to "voter". | PROPOSED LANGUAGE: See word document |
| ADDED | 101.67 Safekeeping of mail ballots | | |
| 22 | 101.657 Early voting | Allows Supervisors to shift optional last day of optional EV (from Sunday before Election Day) to Sunday before start of current optional days (i.e., 16th day from Election Day). Still 8 mandatory, 6 optional. VBM requests must be in by COB 11th day before. | Amend lines 2014-2016 to add 16th day as optional and remove 2nd day before the election (currently last optional day)

PROPOSED LANGUAGE:…..at the discretion of the supervisor of elections on the 16th, 15th, 14th, 13th, 12th, or 11th, or 2nd day before an election... |
| 23 | 101.68 Canvassing of vote-by-mail ballot | Prohibiting the counting of two or more VBM ballots for same election returned in same envelope. Making universal change of term from "elector" to "voter". | Amend lines 2048-2050 amending s. 101.68 (canvassing) to change the word "may" to "shall".

PROPOSED LANGUAGE: (c) If two or more vote-by-mail ballots for the same election are returned in one mailing envelope, the ballots shall not be counted. |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **101.69 Voting in person; return of vote-by-mail ballot** | Providing that a voter who changes residency between Florida counties by time VBM ballot received in prior county of residency may still have ballot counted in prior county once it has been determined that voter did not cast ballot in new county.  Clarifying where secure ballot intake stations can be placed. | Recommend: Add back changes to 2(a) "... Secure ballot intake stations must shall be placed at the main office of the supervisor, at each permanent branch office of the supervisor which meets the criteria set forth in s. 101.657(1)(a) for branch offices used for early voting and which is open for at least the minimum number of hours prescribed by s. 98.015(4), and at each other early voting site.  Secure ballot intake stations may also be placed at any other site that would otherwise qualify as an early voting site under s. 101.657(1).  Secure ballot intake stations must be geographically located so as to provide all voters in the county with an equal opportunity to cast a ballot, insofar as is practicable.  Except for secure ballot intake stations at the main an office of the supervisor, a secure ballot intake station may only be used during the county's early voting hours of operation. and All secure ballot intake stations must be continuously monitored in person by an employee of the supervisor's office. A secure ballot intake station at an office of the supervisor must be continuously monitored in person by an employee of the supervisor's office when the secure ballot intake station is accessible for deposit of ballots." <br>**Follow-up:** Main office mentioned in 101.657(1)(a) and 101.69(2) (Advisory Opinions--office and Pasco county vbm not counted after moving) .  Amend 98.015(4) to make clear the SOE has one "main office" <br><br>**PROPOSED LANGUAGE: See word document    LINKED TO CHANGE IN 98.015 (4)** |
| 24 | **101.6921 Delivery of special vote-by-mail ballot to certain first-time voters** | Clarifying process for  1ˢᵗ time vote-by-mail applicants/voters, subject to s. 97.0535, F.S., and voting for first time who are otherwise permitted to vote-by-mail the first time they vote in Florida and have not yet provided the personal identifying information required to register. | |
| 25 | **101.6923 Special vote-by-mail ballot instructions for certain first-time voters** | Making changes to instructions in vote-by-mail ballot for special category of 1st time registrants/1st time voters who are otherwise entitled to vote by mail the first time they vote in Florida and have not yet provided the personal identifying information required to register. Adds notice missing about signature cure deficiencies to which all vote-by-mail ballot voters entitled. | |
| 26 | **101.6925 Canvassing special vote-by-mail ballots** | Making changes to conform to changes in ss. 97.0535 101.6921, 101.6923 Fla. Stat. by specifying that opportunity to cure identification deficiency is 5 p.m., local time on the 2nd day following election day. | |
| 27 | **101.694 Mailing ballots upon receipt of federal postcard application** | ADDED SECTION: Statutory reference change | |
| ADDED | **101.71 Polling places** | | |
| ADDED | **101.733 Election emergency** | | |
| 28 | **102.111 Elections Canvassing Commission** | Changing meeting time from 9am to 8am | |
| 29 | **102.112 Deadline for submission of county returns to the Department of State** | Changing deadlines for county to submit returns to DOS to allow for 1/2 day more for submission of county official returns for primary elections and 1 day more in general elections for submission of county official returns to allow more time for recounts if triggered. | |
| 30 | **102.141 County canvassing board; duties** | Revising timeline to submit conduct of election reports, requiring Supervisors to submit VBM mailing error analysis, and to include as part of legislative comprehensive post-election recap report following general election due February 15 that includes the overvote/undervote analysis and the post-election voting system audits under s. 101.595 and s. 101.591, F.S., respectively. | Limiting to two alternates is a burden on the county court judiciary. Requiring a minimum of two alternates. <br><br>**PROPOSED LANGUAGE: At least two alternate** canvassing board members must be appointed pursuant to paragraph (e). |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 31 | **103.021 Nomination for presidential electors** | Requiring contact info and specific time by which Presidential electors must be nominated in order for candidates to appear on the ballot. | |
| 32 | **103.022 Write-in candidates for President and Vice President** | Requiring write-in candidates for President and Vice President to provide contact information (i.e., their presidential electors). | |
| 33 | **103.091 Political Parties** | ADDED SECTION: 14 day pre-qualifying for party candidates | |
| ADDED | **104.16 Voting Fraudulent Ballot** | | |
| 34 | **104.18 Casting more than one ballot at any election** | Clarifying criminal violations for double voting within the state and cross-state voting in same election. | **Follow-up:** consider whether current version would allow for prosecution of double voter in muni election (jurisdiction vs county). Proposed language pending review by OSWP.<br><br>**PROPOSED LANGUAGE: See word document** |
| 35 | **104.42 Fraudulent registration and illegal voting; investigation** | Requiring the supervisors of elections to report findings of fraudulent registrations and illegal voting to the Office of Election Crimes and Security in lieu of the Florida Elections Commission. | Amend lines 2617 -2621 amending s. 104.42 (referral of violations to authorities) to require supervisors to report such activities to the Office of Election Crimes and Security<br><br>**PROPOSED LANGUAGE: (1)   The supervisor of elections is authorized to investigate fraudulent registrations and illegal voting and <u>shall</u> to report his or her findings <u>of fraudulent registrations and illegal voting</u> to the local state attorney and the <u>Office of Election Crimes and Security</u> ~~Florida Elections Commission.~~** |
| 36 | **104.47 Harassment of elections workers** | ADDED SECTION | Remove new section 104.47 and add language to current statute 104.0615, FS. Change name of 104.0615 to Election Intimidation and Suppression Prohibited.<br><br>**PROPOSED LANGUAGE: See word document** |
| ADDED | **105.031 Qualifaction, filing fees, candidate oaths** | | |
| 37 | **106.07 Reports; certification and filing** | ADDED SECTION | |
| 38 | **106.0702 Reporting; political party executive committee candidates** | ADDED SECTION | |
| 39 | **Electioneering communications organizations; reporting requirements; certification and filing; penalties** | ADDED SECTION | |
| 40 | **106.08 Contributions; limitations on** | ADDED SECTION | |
| 41 | **106.1436 Voter Guide; disclaimers; violations** | ADDED SECTION | |
| 42 | **106.265 Civil penalties** | ADDED SECTION | |
| ADDED | **322.142 Color Photograph & digital imaged license** | | |
| 43 | **EFFECTIVE DATE** | July 1, 2023 | |
| | **113.01 Fee for commissions issued by Governor** | Repealing provision relating to $10  fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113)<br><br>**PROPOSED LANGUAGE: Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed.** |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **113.02 Fee to be paid before commissions issued** | Repealing provision relating to $10 fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113) <br><br> **PROPOSED LANGUAGE Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed.** |
| | **113.03 Disposition of proceeds** | Repealing provision relating to $10 fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113) <br><br> **PROPOSED LANGUAGE Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed.** |
| | **113.051 Grants and commissions** | Adding that no commission may be issued until oath of office is filed as required by s. 113.06, F.S | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113) <br><br> **PROPOSED LANGUAGE: 113.051  Grants and commissions.— All grants and commissions shall be in the name and under the authority of the State of Florida, sealed with the great seal of the state, signed by the Governor, and countersigned by the Secretary of State. No commission shall be issued by the Governor or attested by the Secretary of State or shall bear the seal of the state until the oath of office is filed as required by s. 113.06.** |
| | | **OTHER STATUTES** | |
| | **101.252 Candidates entitled to have names printed on certain ballots; exception** | Removing precinct committee races from election ballots to allow for selection by party rules | |
| | **103.091 Political parties** | Providing for party selection process for selecting state committeeman or committeewoman; conforming to changes in ss. 101.151, and 101.252, Fla. Stat., to provide for selection by party rules, rather than by election for committee persons | |
| | **103.121 Powers and duties of executive committees** | Clarifying that audits for executive committees must be done by certified public accountants. | |
| | **\*\*Would require separate Joint Resolution of Legislature – repeal of Constitutional Amendment\*\*** | | Public Matching Funds |
| | **106.30 Short title.—Sections 106.30-106.36 may be cited as the "Florida Election Campaign Financing Act."** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.31 Legislative intent** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.32 1Election Campaign Financing Trust Fund** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.33 Election campaign financing; eligibility** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.34 Expenditure limits** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.35 Distribution of funds** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.34 Expenditure limits** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.353 Candidates voluntarily abiding by election campaign financing limits but not requesting public funds; irrevocable statement required; penalty** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |

| | |
|---|---|
| **From:** | Schuessler, Pierce W. |
| **Sent:** | Friday, September 23, 2022 1:51 PM EDT |
| **To:** | Woodby, Katherine |
| **Subject:** | FW: SB 90 Spreadsheet |
| **Attachments:** | 2021 Election Reform Bill 20210511.xlsx |

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Tuesday, May 11, 2021 10:57 AM
**To:** Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>
**Subject:** RE: SB 90 Spreadsheet

Here you go.

**From:** Schuessler, Pierce W. <Pierce.Schuessler@dos.myflorida.com>
**Sent:** Tuesday, May 11, 2021 9:34 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** SB 90 Spreadsheet

Maria,

Would you be so kind as to share the SB 90 implementation spreadsheet? I want to use that format for the Cultural and Historical bill that passed. Thank you!

W. Pierce Schuessler
Director of Policy and Budget
850-245-6514 (Office)
850-294-0166 (cell)
Pierce.Schuessler@dos.myflorida.com

CONFIDENTIAL

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document SB7050-SOS-00087321.xlsx**

| Bill Section | Statute | Title |
|---|---|---|
| 1 | 97.029 | Civil actions challenging the validity of election laws |
| 2 | 97.0291 | Prohibition on use of private funds for election related expenses |
| 3 | 97.052 | Uniform statewide voter registration application |
| 4 | 97.525 | Online voter registration |
| 5 | 97.053 | Acceptance of voter registration applications |
| 6 | 97.057 | Voter registration by DHSMV |

**2021 Legislation - chapter 2021-11, Laws of Florida - Election Administration - http://laws.flrules.org/2021/11**    2

| Duties/Directives | Effective Date | Lead unit |
|---|---|---|
| New section of law requires DOS to notify and coordinate with legislature and Attorney General re any civil action challenging election law | 6-May-21 | GC |
| New section of law prohibits state or local election official from soliciting, accepting, using, or disposing of any donation in form of money, grants, property, or personal services from individual or nongovernmental entity for purpose of funding election-related expense or voter ed, voter outreach or registration program (exception donation and acceptance of space for polling locations | 6-May-21 | |
| Restores language back to pre-SB 7066 regarding checkbox on felony conviction and restoration of rights | 6-May-21 | |
| Requires load/stress testing of OVR | 6-May-21 | IT office |
| Requires personal identifying number and verification on updates to voter registration applications relating to name, party and/or address | 6-May-21 | BVRS |
| Requires DHSMV to share all address changes to forward to SOEs for mandatory change to record | 6-May-21 | BVRS |

Updated May 11, 2021 10 AM

| Rulemaking (Rule No.) | Form Revisions (Form No(s)) | IT project (Y, N, Maybe) | Updates to Publications, Handbooks, Voter Guide, VAH Manual, Polling Place Procedures Manual, Presentations, DE REF guides, websites, etc. | Status/Comments |
|---|---|---|---|---|
|  |  | N |  |  |
|  |  | N |  |  |
| N/A |  | N |  | No change needed - form incorporated by reference into R1S-2.040 already exists per federal court order. |
|  |  | Y |  |  |
| 1S-2.039 |  | Y | Website, Voter Guide, Presentations, |  |
| 1S-2.041 |  | Y |  |  |

| | | |
|---|---|---|
| 7 | 97.0575 | Third-party voter registration organization |
| 8 | 97.0585 | Public records exemption |
| 9 | 97.1031 | Notice of change - address, name and/or party |
| 10 | 98.0981 | Reports; Voting history, statewide voter registration, precinct-level elections results, book closing stats; live turnout data |
| 11 | 99.012 | Restrictions on individuals qualifying for public office |
| 12 | 99.021 | Form of candidate oath |
| 13 | 99.061 | Method of qualifying for nomination/election to federal, state, county or district office |
| 14 | 99.063 | Candidates for Governor and Lt. Governor |

| | | |
|---|---|---|
| Revises requirements for accounting of collected forms, and requirements for third-party voter registration organization entities in collecting, notice to the applicant, and timelines for submitting collected voter registration applications | 6-May-21 | BVRS |
| Removes exemption for information about a person's felony conviction status | 6-May-21 | BVRS |
| Requires additional personal identifying information such as SSN4 or Florida DL/State ID number to submit a change for address, name, and/or political party | 6-May-21 | BVRS |
| Revises precinct-level election results parameters when less than 30 voters in precinct; adds requirement to provide live turnout data on election day at local and state level | 6-May-21 | BVSC; BVRS |
| Changes process for election to be held when vacancy in office for person resigning to run such that default is now to section 100.111, Fla. Stat; | 6-May-21 | BER |
| Requires person qualifying as NPA to have had no party change in 365 days (a requirement that already applies to candidates changing from party to party to qualify for office | 6-May-21 | BER |
| Conforming change to change in section 12 of bill | 6-May-21 | BER |
| Conforming change to change in section 12 of bill | 6-May-21 | BER |

| | | | | |
|---|---|---|---|---|
| 1S-2.042 | DS-DE 148 | Y | DE Ref Guide 0012; website; letter templates; complaint forms; online presentation for 3PVRO; VAH Manual | Updates to DE Ref Guide done (next post on SOE internal resource webpage); updates to letter templates and DS-DE 148 (done); updates to 3PVRO webpage (pending); updates to 3PVRO ppt (done but pending to post online); VAH Manual (not yet done). |
| | | | | |
| 1S-2.039  1S-2.041 | | | Website, Voter Guide, Presentations, | |
| 1S-2.053 | | Y | | |
| 1S-2.045 (maybe) | | | Candidate Handbooks? | |
| 1S-2.045 | Forms 300 | | Candidate Handbooks; website; DE Reference 0016 | Rule draft in progress |
| See above | | | Candidate Handbooks; website | |
| See above & 1S-2.047? | | | Candidate handbooks; website | |

| 15 | 100.111 | Filling vacancy |
|---|---|---|
| 16 | 101.051 | Electors seeking assistance in casting ballots, oaths to be executed |
| 17 | 101.131 | Poll watchers |
| 18 | 101.545 | Retention and destruction of certain election materials |
| 19 | 101.5605 | Examination and approval of equipment |
| 20 | 101.5614 | Canvass of returns |
| 21 | 101.572 | Public inspection of ballots |
| 22 | 101.591 | Voting system audit |
| 23 | 101.595 | Analysis and reports of voting problems |

| | | |
|---|---|---|
| Shifting authority from county executive committee to state executive committee for designation of nominee to fill vacancy | 6-May-21 | BER |
| Prohibiting assistance within 150 feet of a drop box (bringing it in line with polling place, and EV) | 6-May-21 | BVSC |
| Clarifying requirements for ID issuance and wearing during duty | 6-May-21 | BVSC |
| Requires election materials to be retained for 22 months after election | 6-May-21 | DO |
| Extends timeline for testing and certifying from 90 days to 120 days | 6-May-21 | BVSC |
| Expands public access to process including duplication; provides changes to duplication of undervoted race or ballot | 6-May-21 | BVSC |
| Adds the requirement to make available for public inspection voter certificates on mailing envelopes; provides detailed parameters for public access by candidate, political party official or other designee to review and inspect ballot materials and requires publication of notice when signature comparison may be done | 6-May-21 | |
| Revises deadline for canvassing board to submit voting system audit from 15 days after completion of audit to December 15 and requires report to be consolidated with overvote/undervote report and provides new deadline of February 15 for legislative report | 6-May-21 | BVSC |
| Requires overvote/undervote report to be consolidated with voting system audit report for the legislature (see above) | 6-May-21 | BVSC |

| | | | | |
|---|---|---|---|---|
| | | | | |
| 1S-2.034 | | | Polling Place Procedures Manual; Voter Assistance Hotline Manual | |
| 1S-2.034 | | | Polling Place Procedures Manual | |
| | | | GS-3 Election Schedule | Draft in progress |
| 1S-5.001 | | | Internal Procedures; Checklists | Rule draft in progress |
| 1S-2.027? 1S-2.031?  1S-2.051? | | | | |
| | | | | |
| 1S-5.026 | | | Internal Procedures; Checklists; DE Reference Guide 0011 | |
| 1S-5.026? | | | See above | |

| | | |
|---|---|---|
| 24 | 101.62 | Request for vote-by-mail ballot |
| 25 | See above | See above |
| 26 | 101.64 | Delivery of vote-by-mail ballots; envelopes; forms |
| 27 | 101.68 | Canvassing of vote-by-mail ballot |
| 28 | 101.69 | Voting in person |
| 29 | 102.031 | Maintenance of good order at polls; persons allowed in polling locations |
| 30 | 102.072 | Vote-by-mail count reporting |
| 31 | 102.141 | Canvassing board duties |

| | | |
|---|---|---|
| Revises the timeframe for when a request is valid from the end of 2nd ensuing regularly scheduled general election (max up to 4 years) to next ensuing regularly scheduled general election (max up to 2 years) ; adds requirements to submit additional personal identifying information to process requests; adds requirement to vote-by-mail ballot request files to include information about whether signature matched; adds grandchild to the list of persons who may pick up a ballot for a voter; emphasizes that no agency can sent a VBM to someone who has not requested as authorized by the section. | 6-May-21 | BVRS/BVSC |
| Creates grandfather clause for existing VBM requests through the end of the 2022 calendar year | 6-May-21 | See above |
| Requires the return mailing envelope to include the elector's name and any encoded mark used by the supervisor's office but prohibits any indicia of political party affiliation | 6-May-21 | BVSC |
| Prohibits SOE office from using its knowledge of voter's political party during signature verification process; allows for canvassing to begin after public pre-election (L&A) testing completed (codifies pandemic issued executive order) | 6-May-21 | BVSC |
| Adds requirements relating to drop boxes in terms of designation, location, monitoring, etc. | 6-May-21 | BVSC; DO |
| Adds drop boxes to the 150 no solicitation zone; expands definition of no solicitation to include 'engaging in any activity with intent to influence or effect of influencing a voter"; states that provision does not prohibit candidate or candidate's designee from soliciting outside the zone | 6-May-21 | BVSC |
| Creating new section to require SOEs to report hourly on election starting at 7 pm VBMs received and VBMs not yet counted | 6-May-21 | |
| Requiring the publication of canvassing board members to be published on website after L&A completed; allowing for each political party and each candidate to have one watcher be able to watch directly or on a screen signature matching process | 6-May-21 | |

| | | | | |
|---|---|---|---|---|
| 1S-2.026  1S-2.030 1S-2.043 1S-2.052 | | Y | Website; DE Reference Guides 0001; 0002 on VBM; VAH Manual | |
| see above | | | See above | |
| 1S-2.030 | | | | Rule draft in progress |
| | | | | |
| 1S-2.034 | EV location reporting form | | Polling Place Procedures Manual; website | |
| 1S-2.034 | See above | | See above | |
| | | | | |
| | | | | |

| 32 | 104.0616 | Vote-by-mail ballots and voting; violations |
|---|---|---|
| 33 | | Effective date |

| | | |
|---|---|---|
| Adding "grandchild" to definition of "immediate family" for purposes of persons otherwise authorized to distributes, order, request, collect or deliver more than 2 vote-by-mail ballots other than their own and with exception for supervised voting at assisted living facilitates & nursing homes. | 6-May-21 | BVSC |
| Except as provided, act takes effect upon becoming law | 6-May-21 | |

| | | | | |
|---|---|---|---|---|
| | | | Website; Reference Guide update on VBM | |
| | | | | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **106.355 Nonparticipating candidate exceeding limits** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.36 Penalties; fines** | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | **106.021 Campaign treasurers; deputies; primary and secondary depositories** | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | **106.141 Disposition of surplus funds by candidates** | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | **106.22 Duties of the Division of Elections** | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | **328.72 Classification; registration; fees and charges; surcharge; disposition of fees; fines; marine turtle stickers** | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |

| | |
|---|---|
| **From:** | Woodby, Katherine |
| **Sent:** | Friday, April 21, 2023 8:53 AM EDT |
| **To:** | Kopelousos, Stephanie; Cuderman, Peter |
| **Subject:** | Spreadsheet |
| **Attachments:** | Spreadsheet Suggestions SB 7050 Apr 7.xlsx, 7050 pcs.pdf |

Attached is the updated spreadsheet.  Blue is what is out.  I also included the sections that have been added.

On the bill I have marked in yellow the added sections.

I still need to look for any changes to the language.



**Best Regards,**
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

CONFIDENTIAL

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

Proposed Committee Substitute by the Committee on Fiscal Policy

1              A bill to be entitled
2        An act relating to elections; amending s. 97.012,
3        F.S.; requiring the Secretary of State to provide
4        mandatory formal signature matching training to
5        specified persons; requiring the Department of State
6        to adopt specified rules; amending s. 97.052, F.S.;
7        conforming a provision to changes made by the act;
8        amending s. 97.057, F.S.; conforming a cross-
9        reference; amending s. 97.0575, F.S.; requiring that
10       third-party voter registration organizations provide
11       to the Division of Elections the general election
12       cycle for which they are registering persons to vote,
13       beginning on a certain date; requiring that third-
14       party voter registration organizations provide to the
15       division certain affirmations; providing that a third-
16       party voter registration organization is liable for
17       certain fines in certain circumstances; providing that
18       the registration of such organizations expires at the
19       conclusion of the organizations' lawful
20       responsibilities following such election cycle,
21       beginning on a certain date; requiring such
22       organizations to provide applicants with a specified
23       receipt; requiring the division to adopt by rule a
24       uniform format for such receipt by a specified date;
25       revising the timeframe within which such organizations
26       must deliver applications to the division or a
27       supervisor of elections; revising the fines for
28       failure to submit applications to the division or the

Page 1 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087515

Florida Senate - 2023                PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

29          supervisor within the specified timeframe; prohibiting
30          a person collecting applications on behalf of a third-
31          party voter registration organization from copying
32          specified information from the application for reasons
33          other than complying with specified requirements;
34          providing criminal penalties; prohibiting
35          organizations from providing prefilled voter
36          registration applications to applicants; providing
37          civil penalties; providing for retroactive
38          application; amending s. 97.071, F.S.; revising the
39          contents of voter information cards; providing
40          construction; providing applicability; amending s.
41          98.065, F.S.; deleting a provision relating to the
42          address to which certain voter registration mail must
43          be addressed; revising requirements applicable to
44          registration list maintenance programs; requiring a
45          supervisor to conduct a certain review of voter
46          registration records at least annually and take
47          certain actions; requiring the department to
48          coordinate with a supervisor of elections for a
49          specified purpose; amending s. 98.0655, F.S.; deleting
50          a provision that requires an address confirmation
51          request to include a certain statement; amending s.
52          98.075, F.S.; deleting the scheduled repeal of a
53          public records exemption for certain voter
54          registration information from another state or the
55          District of Columbia; requiring the supervisor to
56          remove the name of a registered voter from the
57          statewide voter registration system within a specified

Page 2 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087516

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

58          timeframe if certain conditions exist; requiring the
59          supervisor to coordinate with his or her respective
60          clerk of the court to obtain information of those
61          registered voters convicted of a felony who have not
62          had their voting rights restored; requiring a
63          supervisor to adhere to specified procedures before
64          the removal of a registered voter from the statewide
65          voter registration system; providing construction;
66          requiring the notice that the supervisor must provide
67          to a potentially ineligible voter to include a
68          specified statement; authorizing a supervisor to post
69          a specified notice on the county's website or the
70          supervisor's website; requiring the notice to contain
71          specified statements; requiring the supervisor to make
72          a final determination of the voter's eligibility
73          within a specified timeframe and remove the name of a
74          registered voter within a specified timeframe if the
75          registered voter fails to respond or responds in a
76          certain manner to certain notices; requiring the
77          supervisor to review evidence and make a determination
78          of eligibility within a specified timeframe in certain
79          circumstances; requiring the supervisor to remove an
80          ineligible voter within a specified timeframe and
81          notify the voter that he or she has the right to
82          appeal the determination of ineligibility; requiring
83          the supervisor to schedule and issue notice of a
84          hearing within a specified timeframe after receiving
85          the voter's hearing request; requiring that the
86          hearing be held within a specified timeframe;

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087517

Florida Senate - 2023                PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

```
 87        authorizing the voter to request an extension;
 88        requiring the department to coordinate with the
 89        supervisor to ensure that such actions and activities
 90        are conducted; conforming provisions to changes made
 91        by the act; amending s. 98.077, F.S.; deleting a
 92        reference to the department from a provision requiring
 93        correspondence to include certain information;
 94        requiring a supervisor to publish a specified notice
 95        in a newspaper, on the county's website, or on the
 96        supervisor's website; requiring that signature updates
 97        used to verify signatures on ballot certificates or
 98        petitions be received by the supervisor before the
 99        voter's ballot is received, his or her provisional
100        ballot is cast, or the petition is submitted for
101        signature verification; requiring the supervisor to
102        use the signature on file at the time the vote-by-mail
103        ballot is received, the provisional ballot is cast, or
104        the petition is reviewed; providing an exception;
105        amending s. 98.093, F.S.; requiring the Department of
106        Health to weekly furnish a specified list to the
107        Department of State; requiring clerks of the circuit
108        court to weekly furnish specified information to the
109        supervisors; requiring the clerks to provide certain
110        information to the department; requiring the
111        Department of Law Enforcement to identify and report
112        specified persons to the Department of State at least
113        weekly; requiring the Florida Commission on Offender
114        Review to furnish data on clemency to the Department
115        of State at least weekly; requiring the Department of
```

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087518

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

116          Corrections to identify persons convicted of a felony
117          and committed to its custody, and to provide such
118          information to the Department of State, at least
119          weekly; requiring the Department of Highway Safety and
120          Motor Vehicles to weekly furnish specified information
121          to the Department of State; revising construction;
122          making technical changes; amending s. 98.0981, F.S.;
123          requiring supervisors to submit specified reports to
124          the department within a specified timeframe; requiring
125          supervisors to prepare a reconciliation report and
126          submit such report to the department; providing
127          requirements for, and the required format of, the
128          report; revising the requirement that supervisors
129          transmit to the department, in a specified format, the
130          completely updated voting history information for each
131          qualified voter who voted; defining the term "unique
132          precinct identifier"; requiring supervisors to submit
133          a specified geographical information system map to the
134          department; requiring the department to submit an
135          election summary report containing certain information
136          to the Legislature following the certification by the
137          Elections Canvassing Commission of specified
138          elections; deleting certain file specifications;
139          revising the timeframe for a supervisor to collect and
140          submit to the department precinct-level election
141          results after certification by the commission of
142          specified elections; revising the procedures to
143          compile such results; requiring the supervisor to
144          research and address questions or issues identified by

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087519

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

| 145 | the department in such results; requiring the |
| 146 | supervisor to provide amended precinct-level election |
| 147 | results to the department within a specified |
| 148 | timeframe, if certain conditions exist; requiring the |
| 149 | department to publish such results online within a |
| 150 | specified timeframe; specifying requirements for the |
| 151 | website; requiring certain files to be created in |
| 152 | accordance with, and providing requirements for, a |
| 153 | certain rule; providing a definition; providing the |
| 154 | timeframe within which the department must compile and |
| 155 | make available certain precinct-level statistical |
| 156 | data; requiring the department to adopt specified |
| 157 | rules; amending s. 99.021, F.S.; revising the form of |
| 158 | the candidate oath to require that candidates |
| 159 | acknowledge certain outstanding fines, fees, or |
| 160 | penalties relating to ethics or campaign finance |
| 161 | violations; creating s. 99.0215, F.S.; requiring a |
| 162 | candidate to designate in the candidate's oath the |
| 163 | name he or she wishes to have printed on the ballot, |
| 164 | subject to specified conditions; requiring a candidate |
| 165 | to file a specified affidavit simultaneously with the |
| 166 | oath if the candidate wishes to use a nickname, which |
| 167 | is subject to certain conditions; defining the term |
| 168 | "political slogan"; prohibiting the use of a |
| 169 | professional title or degree except in specified |
| 170 | circumstances; amending s. 99.097, F.S.; requiring the |
| 171 | person or organization that submits signatures for a |
| 172 | local or statewide issue to pay the supervisor in |
| 173 | advance for checking the signatures; making technical |

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087520

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

```
174        changes; amending s. 100.021, F.S.; providing
175        alternative methods for providing notice of a general
176        election; amending s. 100.141, F.S.; revising the
177        methods by which a supervisor may publish notice of a
178        special election; amending s. 100.342, F.S.;
179        specifying that the notice for a special election or
180        referendum may be published on the county's website,
181        the municipality's website, or the supervisor's
182        website, as applicable; amending s. 101.001, F.S.;
183        revising requirements for specified maps maintained by
184        supervisors of elections; authorizing supervisors of
185        elections to coordinate with other governmental
186        entities for a certain purpose; deleting a provision
187        requiring supervisors to provide the department
188        certain data on precincts in the county; deleting a
189        provision requiring the department to maintain a
190        certain database; requiring supervisors of elections
191        to include changes in the name of a precinct in a
192        certain document; amending s. 101.048, F.S.; providing
193        that specified persons are entitled to vote a
194        provisional ballot; amending s. 101.151, F.S.;
195        requiring the word "incumbent" to appear next to a
196        candidate's name on an election ballot under specified
197        conditions; amending s. 101.5612, F.S.; revising the
198        methods by which certain notice may be provided;
199        amending s. 101.6103, F.S.; conforming a cross-
200        reference; making technical changes; amending s.
201        101.62, F.S.; specifying that a supervisor must accept
202        requests for vote-by-mail ballots only from specified
```

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087521

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

203        persons; providing that a request may be made through
204        a supervisor's website; requiring the department to
205        adopt by rule a uniform statewide application for a
206        written request for a vote-by-mail ballot by a
207        specified date; requiring a supervisor to cancel a
208        request for a vote-by-mail ballot if certain mail sent
209        by the supervisor to the voter is returned to the
210        supervisor as undeliverable; requiring a voter who
211        subsequently requests a vote-by-mail ballot to provide
212        or confirm his or her current residential address;
213        requiring the supervisor to add certain information to
214        the voter's registration record if such information is
215        provided in the vote-by-mail request; revising the
216        definition of the term "immediate family"; deleting a
217        provision requiring vote-by-mail ballot requests to be
218        received by a specified time before the supervisor
219        mails a vote-by-mail ballot; revising the day after
220        which a supervisor may not mail a vote-by-mail ballot;
221        providing the deadline for submitting a vote-by-mail
222        ballot request; revising the means by which and the
223        period during which a supervisor shall provide a vote-
224        by-mail ballot to a voter; prohibiting a supervisor
225        from personally delivering a vote-by-mail ballot to
226        certain voters or delivering a vote-by-mail ballot to
227        certain voters' designees during a certain period
228        unless certain conditions exist; making technical
229        changes; amending s. 101.67, F.S.; requiring the
230        supervisor to segregate and treat certain ballots as
231        provisional; amending s. 101.68, F.S.; prohibiting

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087522

 880856

594-03953-23

232        vote-by-mail ballots from being counted if two or more
233        ballots arrive in one mailing envelope; making
234        technical changes; amending s. 101.6923, F.S.;
235        requiring that a specified statement be included in a
236        vote-by-mail ballot provided to certain voters; making
237        technical changes; amending s. 101.6925, F.S.;
238        revising the deadline for a voter to make specified
239        information available to the supervisor before a vote-
240        by-mail ballot may be canvassed; amending s. 101.694,
241        F.S.; conforming a cross-reference; amending ss.
242        101.71 and 101.733, F.S.; revising the methods by
243        which certain notice may be provided; amending s.
244        102.111, F.S.; revising the time at which the
245        Elections Canvassing Commission shall meet to certify
246        returns; amending s. 102.112, F.S.; revising the
247        timeframe in which county returns must be filed with
248        the department; amending s. 102.141, F.S.; requiring a
249        certain number of alternate canvassing board members;
250        revising the methods by which certain notice may be
251        provided; requiring the supervisor to file a report
252        with the Division of Elections within a specified
253        timeframe; revising the requirements for the report;
254        requiring the division to review the report and offer
255        specified training to supervisors based on the report;
256        requiring the department to submit an analysis of
257        specified reports to the Governor and the Legislature
258        by a specified date; amending s. 103.021, F.S.;
259        revising the timeframe within which a political party
260        executive committee must submit its presidential

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087523

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

261          electors to the Governor for nomination; requiring the
262          state executive committee of each party to submit
263          specified information; requiring that electors be
264          qualified registered voters and members of the
265          political party for which they are named as electors;
266          specifying that a required oath be made in writing;
267          revising the timeframe within which the Governor must
268          certify the electors to the department; revising the
269          timeframe within which a minor political party must
270          submit its list of presidential electors to the
271          department; requiring presidential electors to file
272          with the Governor a certain written oath; providing
273          that certain acts constitute a resignation of the
274          position of presidential elector; amending s. 103.022,
275          F.S.; requiring certain write-in candidates to submit
276          specified information; amending s. 103.091, F.S.;
277          authorizing a qualifying office to accept and hold
278          qualifying papers for candidates for political party
279          offices within a specified timeframe before the
280          qualifying period; amending s. 104.16, F.S.; providing
281          applicability; amending s. 104.18, F.S.; providing
282          that a prosecution for voting more than one ballot may
283          proceed in any jurisdiction in which a ballot was
284          willfully cast; providing that it is not necessary to
285          prove which ballot was cast first; defining the term
286          "votes more than one ballot at any election"; amending
287          s. 104.42, F.S.; authorizing a supervisor to report
288          certain findings to the Office of Election Crimes and
289          Security rather than the Florida Elections Commission;

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087524

Florida Senate - 2023                     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

290        amending s. 105.031, F.S.; revising the form of the
291        candidate's oath to require that candidates for
292        judicial office acknowledge certain outstanding fines,
293        fees, or penalties relating to ethics or campaign
294        finance violations; amending s. 106.07, F.S.; revising
295        reporting intervals for candidates and political
296        committees from monthly to quarterly; preempting local
297        governments from establishing reporting schedules that
298        differ from certain requirements; conforming a cross-
299        reference; amending s. 106.0702, F.S.; conforming a
300        cross-reference; amending s. 106.0703, F.S.; revising
301        reporting intervals for electioneering communications
302        organizations from monthly to quarterly; conforming a
303        cross-reference; amending s. 106.08, F.S.; adding text
304        messages to the items that do not constitute
305        contributions to be counted toward certain
306        contribution limits; creating s. 106.1436, F.S.;
307        defining the term "voter guide"; prohibiting a person
308        from representing that a voter guide is an official
309        publication of a political party; providing an
310        exception; providing disclosure requirements for such
311        voter guides; providing criminal penalties and fines;
312        amending s. 106.265, F.S.; increasing the maximum
313        civil fines that may be imposed for specified
314        violations; providing that fines assessed against a
315        political committee also attach jointly and severally
316        to persons with control over the political committee;
317        providing construction; amending s. 322.142, F.S.;
318        authorizing the Department of Highway Safety and Motor

Page 11 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087525

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

319        Vehicles to provide certain reproductions to a
320        supervisor of elections; providing an effective date.
321
322  Be It Enacted by the Legislature of the State of Florida:
323
324        Section 1. Subsection (17) of section 97.012, Florida
325  Statutes, is amended to read:
326        97.012 Secretary of State as chief election officer.—The
327  Secretary of State is the chief election officer of the state,
328  and it is his or her responsibility to:
329        (17) Provide <u>mandatory</u> formal signature matching training
330  to supervisors of elections and county canvassing board members.
331  <u>Any person whose duties require verification of signatures must</u>
332  <u>undergo signature matching training. The department shall adopt</u>
333  <u>rules governing signature matching procedures and training.</u>
334        Section 2. Paragraph (g) of subsection (3) of section
335  97.052, Florida Statutes, is amended to read:
336        97.052 Uniform statewide voter registration application.—
337        (3) The uniform statewide voter registration application
338  must also contain:
339        (g) A statement informing the applicant that if the
340  application is being collected by a third-party voter
341  registration organization, the organization might not deliver
342  the application to the division or the supervisor in the county
343  in which the applicant resides in less than 10 ~~14~~ days or before
344  registration closes for the next ensuing election, and that the
345  applicant may instead elect to deliver the application in person
346  or by mail or choose to register online. The statement must
347  further inform the applicant how to determine whether the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087526

Florida Senate - 2023     PROPOSED COMMITTEE SUBSTITUTE

Bill No. SB 7050

 880856

594-03953-23

348  application has been delivered.

349      Section 3. Subsection (13) of section 97.057, Florida

350  Statutes, is amended to read:

351      97.057 Voter registration by the Department of Highway

352  Safety and Motor Vehicles.—

353      (13) The Department of Highway Safety and Motor Vehicles

354  must assist the Department of State in regularly identifying

355  changes in residence address on the driver license or

356  identification card of a voter. The Department of State must

357  report each such change to the appropriate supervisor of

358  elections who must change the voter's registration records in

359  accordance with s. 98.065(4) s. 98.065(5).

360      Section 4. Section 97.0575, Florida Statutes, is amended to

361  read:

362      97.0575 Third-party voter registration organizations

363  registrations.—

364      (1) Before engaging in any voter registration activities, a

365  third-party voter registration organization must register and

366  provide to the division, in an electronic format, the following

367  information:

368      (a) The names of the officers of the organization and the

369  name and permanent address of the organization.

370      (b) The name and address of the organization's registered

371  agent in the state.

372      (c) The names, permanent addresses, and temporary

373  addresses, if any, of each registration agent registering

374  persons to vote in this state on behalf of the organization.

375  This paragraph does not apply to persons who only solicit

376  applications and do not collect or handle voter registration

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087527

 880856

594-03953-23

377  applications.
378      (d) Beginning January 1, 2025, the specific general
379  election cycle for which the third-party voter registration
380  organization is registering persons to vote.
381      (e) An affirmation that each person collecting or handling
382  voter registration applications on behalf of the third-party
383  voter registration organization has not been convicted of a
384  felony violation of the Election Code, a felony violation of an
385  offense specified in s. 817.5685, or an offense specified in s.
386  817.568. A third-party voter registration organization is liable
387  for a fine in the amount of $50,000 for each person convicted of
388  a felony violation of the Election Code, a felony violation of
389  an offense specified in s. 817.5685, or an offense specified in
390  s. 817.568 who is collecting or handling voter registration
391  applications on behalf of the third-party voter registration
392  organization.
393      (f) An affirmation that each person collecting or handling
394  voter registration applications on behalf of the third-party
395  voter registration organization is a citizen of the United
396  States of America. A third-party voter registration organization
397  is liable for a fine in the amount of $50,000 for each person
398  who is not a citizen and is collecting or handling voter
399  registration applications on behalf of the third-party voter
400  registration organization.
401      (2) Beginning January 1, 2025, the registration of a third-
402  party voter registration organization automatically expires at
403  the conclusion of the specific general election cycle for which
404  the third-party voter registration organization is registered.
405      (3)(2) The division or the supervisor of elections shall

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                        SB7050-SOS-00087528

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

406 make voter registration forms available to third-party voter
407 registration organizations. All such forms must contain
408 information identifying the organization to which the forms are
409 provided. The division shall maintain a database of all third-
410 party voter registration organizations and the voter
411 registration forms assigned to the third-party voter
412 registration organization. Each supervisor of elections shall
413 provide to the division information on voter registration forms
414 assigned to and received from third-party voter registration
415 organizations. The information must be provided in a format and
416 at times as required by the division by rule. The division shall
417 ~~must~~ update information on third-party voter registrations daily
418 and make the information publicly available.
419        (4) A third-party voter registration organization that
420 collects voter registration applications shall provide a receipt
421 to an applicant upon accepting possession of his or her
422 application. The division shall adopt by rule a uniform format
423 for the receipt by October 1, 2023. The format must include, but
424 need not be limited to, the name of the applicant, the date the
425 application is received, the name of the third-party voter
426 registration organization, the name of the registration agent,
427 the applicant's political party affiliation, and the county in
428 which the applicant resides.
429        (5)(a)~~(3)(a)~~ A third-party voter registration organization
430 that collects voter registration applications serves as a
431 fiduciary to the applicant and shall ensure~~, ensuring~~ that any
432 voter registration application entrusted to the organization,
433 irrespective of party affiliation, race, ethnicity, or gender,
434 is ~~must be~~ promptly delivered to the division or the supervisor

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087529

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

435 of elections in the county in which the applicant resides within
436 10 14 days after the application is was completed by the
437 applicant, but not after registration closes for the next
438 ensuing election. If a voter registration application collected
439 by any third-party voter registration organization is not
440 promptly delivered to the division or supervisor of elections in
441 the county in which the applicant resides, the third-party voter
442 registration organization is liable for the following fines:

443      1. A fine in the amount of $50 per each day late, up to
444 $2,500, for each application received by the division or the
445 supervisor of elections in the county in which the applicant
446 resides more than 10 14 days after the applicant delivered the
447 completed voter registration application to the third-party
448 voter registration organization or any person, entity, or agent
449 acting on its behalf. A fine in the amount of $2,500 $250 for
450 each application received if the third-party voter registration
451 organization or person, entity, or agency acting on its behalf
452 acted willfully.

453      2. A fine in the amount of $100 per each day late, up to
454 $5,000, for each application collected by a third-party voter
455 registration organization or any person, entity, or agent acting
456 on its behalf, before book closing for any given election for
457 federal or state office and received by the division or the
458 supervisor of elections in the county in which the applicant
459 resides after the book-closing deadline for such election. A
460 fine in the amount of $5,000 $500 for each application received
461 if the third-party voter registration organization or any
462 person, entity, or agency acting on its behalf acted willfully.
463      3. A fine in the amount of $500 for each application

Page 16 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087530

Florida Senate - 2023     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050



594-03953-23

464 collected by a third-party voter registration organization or
465 any person, entity, or agent acting on its behalf, which is not
466 submitted to the division or supervisor of elections in the
467 county in which the applicant resides. A fine in the amount of
468 $5,000 $1,000 for any application not submitted if the third-
469 party voter registration organization or person, entity, or
470 agency acting on its behalf acted willfully.
471
472 The aggregate fine which may be assessed pursuant to this
473 paragraph which may be assessed against a third-party voter
474 registration organization, including affiliate organizations,
475 for violations committed in a calendar year is $250,000 $50,000.
476      (b) A showing by the third-party voter registration
477 organization that the failure to deliver the voter registration
478 application within the required timeframe is based upon force
479 majeure or impossibility of performance shall be an affirmative
480 defense to a violation of this subsection. The secretary may
481 waive the fines described in this subsection upon a showing that
482 the failure to deliver the voter registration application
483 promptly is based upon force majeure or impossibility of
484 performance.
485      (6)(4) If a person collecting voter registration
486 applications on behalf of a third-party voter registration
487 organization alters the voter registration application of any
488 other person, without the other person's knowledge and consent,
489 in violation of s. 104.012(4) and is subsequently convicted of
490 such offense, the applicable third-party voter registration
491 organization is liable for a fine in the amount of $5,000 $1,000
492 for each application altered.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087531

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

493    (7) If a person collecting voter registration applications
494 on behalf of a third-party voter registration organization
495 copies a voter's application or retains a voter's personal
496 information, such as the voter's Florida driver license number,
497 Florida identification card number, social security number, or
498 signature, for any reason other than to provide such application
499 or information to the third-party voter registration
500 organization in compliance with this section, the person commits
501 a felony of the third degree, punishable as provided in s.
502 775.082, s. 775.083, or s. 775.084.

503    (8)(5) If the Secretary of State reasonably believes that a
504 person has committed a violation of this section, the secretary
505 may refer the matter to the Attorney General for enforcement.
506 The Attorney General may institute a civil action for a
507 violation of this section or to prevent a violation of this
508 section. An action for relief may include a permanent or
509 temporary injunction, a restraining order, or any other
510 appropriate order.

511    (9)(6) The division shall adopt by rule a form to elicit
512 specific information concerning the facts and circumstances from
513 a person who claims to have been registered to vote by a third-
514 party voter registration organization but who does not appear as
515 an active voter on the voter registration rolls. The division
516 shall also adopt rules to ensure the integrity of the
517 registration process, including controls to ensure that all
518 completed forms are promptly delivered to the division or a
519 supervisor in the county in which the applicant resides.

520    (10)(7) The date on which an applicant signs a voter
521 registration application is presumed to be the date on which the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087532

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

522  third-party voter registration organization received or
523  collected the voter registration application.
524      (11) A third-party voter registration organization may not
525  mail or otherwise provide a voter registration application upon
526  which any information about an applicant has been filled in
527  before it is provided to the applicant. A third-party voter
528  registration organization that violates this section is liable
529  for a fine in the amount of $50 for each such application.
530      (12)(8) The requirements of this section are retroactive
531  for any third-party voter registration organization registered
532  with the department as of July 1, 2023 on the effective date of
533  this act, and must be complied with within 90 days after the
534  department provides notice to the third-party voter registration
535  organization of the requirements contained in this section.
536  Failure of the third-party voter registration organization to
537  comply with the requirements within 90 days after receipt of the
538  notice shall automatically result in the cancellation of the
539  third-party voter registration organization's registration.
540      Section 5. Subsections (1) and (3) of section 97.071,
541  Florida Statutes, are amended to read:
542      97.071 Voter information card.—
543      (1) A voter information card must shall be furnished by the
544  supervisor to all registered voters residing in the supervisor's
545  county. The card must contain:
546      (a) Voter's registration number.
547      (b) Date of registration.
548      (c) Full name.
549      (d) Party affiliation.
550      (e) Date of birth.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                      SB7050-SOS-00087533

 880856

594-03953-23

551        (f) Address of legal residence.

552        (g) Precinct number.

553        (h) Polling place address <u>and a link to the supervisor's</u>

554   <u>website to provide the most current polling place locations</u>.

555        (i) Name of supervisor and contact information of

556   supervisor.

557        <u>(j) The following statement: "This card is for information</u>

558   <u>purposes only. This card is proof of registration but is not</u>

559   <u>legal verification of eligibility to vote. It is the</u>

560   <u>responsibility of a voter to keep his or her eligibility status</u>

561   <u>current."</u>

562        <u>(k)</u>~~(j)~~ Other information deemed necessary by the

563   supervisor.

564        (3) In the case of a change of name, address of legal

565   residence, polling place address, or party affiliation, the

566   supervisor shall issue the voter a new voter information card. <u>A</u>

567   <u>temporary change made to a polling location pursuant to ss.</u>

568   <u>101.71 and 101.74 does not require the issuance of a new voter</u>

569   <u>information card.</u>

570        Section 6. <u>The amendments made to s. 97.071, Florida</u>

571   <u>Statutes, by this act, only apply to new and replacement voter</u>

572   <u>information cards issued on or after July 1, 2023.</u>

573        Section 7. Present subsections (4), (5), and (6) of section

574   98.065, Florida Statutes, are redesignated as subsections (3),

575   (4), and (5), respectively, present subsections (3) and (4),

576   paragraph (c) of present subsection (5), and subsection (7) are

577   amended, and a new subsection (6) is added to that section, to

578   read:

579        98.065 Registration list maintenance programs.—

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                        SB7050-SOS-00087534

 880856

594-03953-23

580    (3) Address confirmation requests sent pursuant to
581 paragraph (2)(a) and mail sent pursuant to paragraph (b) must be
582 addressed to the voter's address of legal residence, not
583 including voters temporarily residing outside the county and
584 registered in the precinct designated by the supervisor pursuant
585 to s. 101.045(1). If a request is returned as undeliverable, any
586 other notification sent to the voter pursuant to subsection (5)
587 or s. 98.0655 must be addressed to the voter's mailing address
588 on file, if any.
589    (3)(4) A registration list maintenance program must be
590 conducted by each supervisor, at a minimum, once each year,
591 beginning no later than April 1, and must be completed at least
592 not later than 90 days before the date of any federal election.
593 All list maintenance actions associated with each voter must be
594 entered, tracked, recorded, and maintained in the statewide
595 voter registration system.
596    (4)(5)
597    (c) If an address confirmation request required by
598 paragraph (2)(a) is returned as undeliverable without indication
599 of an address change, or there is no response from the voter
600 within 30 days, or if any other nonforwardable return-if-
601 undeliverable mail is returned as undeliverable with no
602 indication of an address change, the supervisor must shall send
603 an address confirmation final notice to all addresses on file
604 for the voter.
605    (6) The supervisor shall, at a minimum, conduct an annual
606 review of voter registration records to identify registration
607 records in which a voter is registered at an address that may
608 not be an address of legal residence for the voter. For those

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087535

Florida Senate - 2023 PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

609 <u>registration records with such addresses that the supervisor has</u>
610 <u>reasonable belief are not legal residential addresses, the</u>
611 <u>supervisor shall initiate list maintenance activities pursuant</u>
612 <u>to s. 98.075(6) and (7).</u>

613        (7)(a) No later than July 31 and January 31 of each year,
614 the supervisor must certify to the department the <u>address</u> list
615 maintenance activities conducted during the first 6 months and
616 the second 6 months of the year, respectively, including the
617 number of address confirmation requests sent, the number of
618 voters designated as inactive, and the number of voters removed
619 from the statewide voter registration system.

620        (b) If, based on the certification provided pursuant to
621 paragraph (a), the department determines that a supervisor has
622 not conducted the list maintenance activities required by this
623 section, the department <u>must coordinate with the supervisor to</u>
624 <u>ensure that</u> <s>shall conduct</s> the appropriate list maintenance
625 activities for that county <u>are conducted</u>. Failure to conduct
626 list maintenance activities as required in this section
627 constitutes a violation of s. 104.051.

628        Section 8. Paragraph (c) of subsection (1) of section
629 98.0655, Florida Statutes, is amended to read:

630        98.0655 Registration list maintenance forms.—The department
631 shall prescribe registration list maintenance forms to be used
632 by the supervisors which must include:

633        (1) An address confirmation request that must contain:

634        <s>(c) If the address confirmation request is required by s.</s>
635 <s>98.065(2)(a), a statement that if the voter has not changed his</s>
636 <s>or her legal residence or has changed his or her legal residence</s>
637 <s>within the state, the voter should return the form within 30</s>

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                   SB7050-SOS-00087536

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

638 ~~days after the date on which the notice was sent to the voter;~~
639 and

640      Section 9. Paragraph (c) of subsection (2) and subsections
641 (3) through (8) of section 98.075, Florida Statutes, are amended
642 to read:

643      98.075 Registration records maintenance activities;
644 ineligibility determinations.—

645      (2) DUPLICATE REGISTRATION.—

646      (c) Information received by the department from another
647 state or the District of Columbia upon the department becoming a
648 member of a nongovernmental entity as provided in subparagraph
649 (b)1., which is confidential or exempt pursuant to the laws of
650 that state or the District of Columbia, is exempt from s.
651 119.07(1) and s. 24(a), Art. I of the State Constitution. The
652 department shall provide such information to the supervisors to
653 conduct registration list maintenance activities. ~~This paragraph~~
654 ~~is subject to the Open Government Sunset Review Act in~~
655 ~~accordance with s. 119.15 and shall stand repealed on October 2,~~
656 ~~2023, unless reviewed and saved from repeal through reenactment~~
657 ~~by the Legislature.~~

658      (3) DECEASED PERSONS.—

659      (a)1. The department shall identify those registered voters
660 who are deceased by comparing information received from:

661      a. The Department of Health as provided in s. 98.093;

662      b. The United States Social Security Administration,
663 including, but not limited to, any master death file or index
664 compiled by the United States Social Security Administration; or
665 ~~and~~

666      c. The Department of Highway Safety and Motor Vehicles.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087537

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

667    2. Within 7 days after receipt of such information through
668  the statewide voter registration system, the supervisor shall
669  remove the name of the registered voter.
670    (b) The supervisor shall remove the name of a deceased
671  registered voter from the statewide voter registration system
672  within 7 days after receipt of:
673    1. upon receipt of A copy of a death certificate issued by
674  a governmental agency authorized to issue death certificates;
675  or.
676    2. Information on the death of the registered voter
677  received from the Department of Highway Safety and Motor
678  Vehicles.
679    (4) ADJUDICATION OF MENTAL INCAPACITY.—The department shall
680  identify those registered voters who have been adjudicated
681  mentally incapacitated with respect to voting and who have not
682  had their voting rights restored by comparing information
683  received from the clerk of the circuit court as provided in s.
684  98.093. The department shall review such information and make an
685  initial determination as to whether the information is credible
686  and reliable. If the department determines that the information
687  is credible and reliable, the department must shall notify the
688  supervisor and provide a copy of the supporting documentation
689  indicating the potential ineligibility of the voter to be
690  registered. Upon receipt of the notice that the department has
691  made a determination of initial credibility and reliability, the
692  supervisor shall adhere to the procedures set forth in
693  subsection (7) before prior to the removal of a registered voter
694  from the statewide voter registration system.
695    (5) FELONY CONVICTION.—

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                SB7050-SOS-00087538

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

696    (a) The department shall identify those registered voters
697  who have been convicted of a felony and whose voting rights have
698  not been restored by comparing information received from, but
699  not limited to, a clerk of the circuit court, the Board of
700  Executive Clemency, the Department of Corrections, the
701  Department of Law Enforcement, or a United States Attorney's
702  Office, as provided in s. 98.093. The department shall review
703  such information and make an initial determination as to whether
704  the information is credible and reliable. If the department
705  determines that the information is credible and reliable, the
706  department must ~~shall~~ notify the supervisor and provide a copy
707  of the supporting documentation indicating the potential
708  ineligibility of the voter to be registered. Upon receipt of the
709  notice that the department has made a determination of initial
710  credibility and reliability, the supervisor shall adhere to the
711  procedures set forth in subsection (7) before ~~prior to~~ the
712  removal of a registered voter's name from the statewide voter
713  registration system.
714    (b) The supervisors shall coordinate with their respective
715  clerks of the court to obtain information pursuant to s. 98.093
716  to identify registered voters within their respective
717  jurisdictions who have been convicted of a felony during the
718  preceding week and whose voting rights have not been restored.
719  The supervisor shall adhere to the procedures set forth in
720  subsection (7) before the removal of a registered voter's name
721  from the statewide voter registration system. For purposes of
722  this paragraph, a supervisor's duties under subsection (7) begin
723  upon his or her determination that the information received from
724  the clerk is credible and reliable.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                        SB7050-SOS-00087539

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE

Bill No. SB 7050

 880856

594-03953-23

725    (6) OTHER BASES FOR INELIGIBILITY.—Subsections (2)-(5) do
726 not limit or restrict the department or the supervisor in his or
727 her duty to act upon direct receipt of, access to, or knowledge
728 of information from any governmental entity that identifies a
729 registered voter as potentially ineligible. If the department or
730 supervisor receives information from any governmental entity
731 sources other than those identified in subsections (2)-(5) that
732 a registered voter is ineligible because the voter he or she is
733 deceased, adjudicated a convicted felon without having had his
734 or her voting rights restored, adjudicated mentally
735 incapacitated without having had his or her voting rights
736 restored, does not meet the age requirement pursuant to s.
737 97.041, is not a United States citizen, is a fictitious person,
738 or has listed an address a residence that is not his or her
739 address of legal residence, the supervisor must adhere to the
740 procedures set forth in subsection (7) before prior to the
741 removal of the name of a registered voter who is determined to
742 be ineligible a registered voter's name from the statewide voter
743 registration system.

744    (7) PROCEDURES FOR REMOVAL.—

745    (a) If the supervisor receives notice or information
746 pursuant to subsections (4)-(6), the supervisor of the county in
747 which the voter is registered must shall:

748    1. Notify the registered voter of his or her potential
749 ineligibility by mail within 7 days after receipt of notice or
750 information. The notice must shall include:

751    a. A statement of the basis for the registered voter's
752 potential ineligibility and a copy of any documentation upon
753 which the potential ineligibility is based. Such documentation

Page 26 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                          SB7050-SOS-00087540



880856

594-03953-23

754   must include any conviction from another jurisdiction determined
755   to be a similar offense to murder or a felony sexual offense, as
756   those terms are defined in s. 98.0751.
757        b. A statement that failure to respond within 30 days after
758   receipt of the notice may result in a determination of
759   ineligibility and in removal of the registered voter's name from
760   the statewide voter registration system.
761        c. A return form that requires the registered voter to
762   admit or deny the accuracy of the information underlying the
763   potential ineligibility for purposes of a final determination by
764   the supervisor.
765        d. A statement that, if the voter is denying the accuracy
766   of the information underlying the potential ineligibility, the
767   voter has a right to request a hearing for the purpose of
768   determining eligibility.
769        e. Instructions for the registered voter to contact the
770   supervisor of elections of the county in which the voter is
771   registered if assistance is needed in resolving the matter.
772        f. Instructions for seeking restoration of civil rights
773   pursuant to s. 8, Art. IV of the State Constitution and
774   information explaining voting rights restoration pursuant to s.
775   4, Art. VI of the State Constitution following a felony
776   conviction, if applicable.
777        g. The following statement: "If you attempt to vote at an
778   early voting site or your normal election day polling place, you
779   will be required to vote a provisional ballot. If you vote by
780   mail, your ballot may not be accepted until a final
781   determination of eligibility is made."
782        2. If the mailed notice is returned as undeliverable, the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                      SB7050-SOS-00087541

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

783 supervisor must, within 14 days after receiving the returned
784 notice, either publish ~~shall publish~~ notice once in a newspaper
785 of general circulation in the county in which the voter was last
786 registered or publish notice on the county's website as provided
787 in s. 50.0311 or on the supervisor's website, as deemed
788 appropriate by the supervisor. The notice must ~~shall~~ contain the
789 following:
790          a. The voter's name and address.
791          b. A statement that the voter is potentially ineligible to
792 be registered to vote.
793          c. A statement that failure to respond within 30 days after
794 the notice is published may result in a determination of
795 ineligibility by the supervisor and removal of the registered
796 voter's name from the statewide voter registration system.
797          d. An instruction for the voter to contact the supervisor
798 no later than 30 days after the date of the published notice to
799 receive information regarding the basis for the potential
800 ineligibility and the procedure to resolve the matter.
801          e. An instruction to the voter that, if further assistance
802 is needed, the voter should contact the supervisor of elections
803 of the county in which the voter is registered.
804          f. A statement that, if the voter denies the accuracy of
805 the information underlying the potential ineligibility, the
806 voter has a right to request a hearing for the purpose of
807 determining eligibility.
808          g. The following statement: "If you attempt to vote at an
809 early voting site or your normal election day polling place, you
810 will be required to vote a provisional ballot. If you vote by
811 mail, your ballot may not be accepted until a final

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                                    SB7050-SOS-00087542

 880856

594-03953-23

812 determination of eligibility is made."

813     3. If a registered voter fails to respond to a notice

814 pursuant to subparagraph 1. or subparagraph 2., the supervisor

815 must shall make a final determination of the voter's eligibility

816 within 7 days after expiration of the voter's timeframe to

817 respond. If the supervisor determines that the voter is

818 ineligible, the supervisor must shall remove the name of the

819 registered voter from the statewide voter registration system

820 within 7 days. The supervisor shall notify the registered voter

821 of the supervisor's determination and action.

822     4. If a registered voter responds to the notice pursuant to

823 subparagraph 1. or subparagraph 2. and admits the accuracy of

824 the information underlying the potential ineligibility, the

825 supervisor must, as soon as practicable, shall make a final

826 determination of ineligibility and shall remove the voter's name

827 from the statewide voter registration system. The supervisor

828 shall notify the registered voter of the supervisor's

829 determination and action.

830     5. If a registered voter responds to the notice issued

831 pursuant to subparagraph 1. or subparagraph 2. and denies the

832 accuracy of the information underlying the potential

833 ineligibility but does not request a hearing, the supervisor

834 must shall review the evidence and make a final determination of

835 eligibility no later than 30 days after receiving the response

836 from the voter. If the supervisor determines that the registered

837 voter is ineligible, the supervisor must remove the voter's name

838 from the statewide voter registration system upon such

839 determination and notify the registered voter of the

840 supervisor's determination and action and that the removed voter

4/19/2023 7:40:20 AM

CONFIDENTIAL                                SB7050-SOS-00087543

Florida Senate - 2023       PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

841 has a right to appeal a determination of ineligibility pursuant
842 to s. 98.0755. If such registered voter requests a hearing, the
843 supervisor must shall send notice to the registered voter to
844 attend a hearing at a time and place specified in the notice.
845 The supervisor shall schedule and issue notice for the hearing
846 within 7 days after receiving the voter's request for a hearing
847 and shall hold the hearing no later than 30 days after issuing
848 the notice of the hearing. A voter may request an extension upon
849 showing good cause by submitting an affidavit to the supervisor
850 as to why he or she is unable to attend the scheduled hearing.
851 Upon hearing all evidence presented at the hearing, the
852 supervisor shall make a determination of eligibility within 7
853 days. If the supervisor determines that the registered voter is
854 ineligible, the supervisor must shall remove the voter's name
855 from the statewide voter registration system and notify the
856 registered voter of the supervisor's determination and action
857 and that the removed voter has a right to appeal a determination
858 of ineligibility pursuant to s. 98.0755.
859    (b) The following shall apply to this subsection:
860    1. All determinations of eligibility must shall be based on
861 a preponderance of the evidence.
862    2. All proceedings are exempt from the provisions of
863 chapter 120.
864    3. Any notice must shall be sent to the registered voter by
865 certified mail, return receipt requested, or other means that
866 provides a verification of receipt or must shall be published in
867 a newspaper of general circulation where the voter was last
868 registered, on the county's website as provided in s. 50.0311,
869 or on the supervisor's website, whichever is applicable.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087544

 880856

594-03953-23

870    4. The supervisor shall remove the name of any registered
871 voter from the statewide voter registration system only after
872 the supervisor makes a final determination that the voter is
873 ineligible to vote.
874    5. Any voter whose name has been removed from the statewide
875 voter registration system pursuant to a determination of
876 ineligibility may appeal that determination under ~~the provisions~~
877 ~~of~~ s. 98.0755.
878    6. Any voter whose name was removed from the statewide
879 voter registration system on the basis of a determination of
880 ineligibility who subsequently becomes eligible to vote must
881 reregister in order to have his or her name restored to the
882 statewide voter registration system.
883    (8) CERTIFICATION.—
884    (a) No later than July 31 and January 31 of each year, the
885 supervisor shall certify to the department that the supervisor
886 has ~~the activities~~ conducted the activities required pursuant to
887 this section during the first 6 months and the second 6 months
888 of the year, respectively. The certification must ~~shall~~ include
889 the number of persons to whom notices were sent pursuant to
890 subsection (7), the number of persons who responded to the
891 notices, the number of notices returned as undeliverable, the
892 number of notices published in the newspaper, on the county's
893 website, or on the supervisor's website, the number of hearings
894 conducted, and the number of persons removed from the statewide
895 voter registration system ~~systems~~ and the reasons for such
896 removals.
897    (b) If, based on the certification provided pursuant to
898 paragraph (a), the department determines that a supervisor has

Page 31 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087545

Florida Senate - 2023    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

899  not satisfied the requirements of this section, the department
900  must coordinate with the supervisor to ensure that ~~shall satisfy~~
901  the appropriate list maintenance activities ~~requirements~~ for
902  that county are conducted. Failure to satisfy the requirements
903  of this section constitutes ~~shall constitute~~ a violation of s.
904  104.051.
905       Section 10. Subsections (2), (3), and (4) of section
906  98.077, Florida Statutes, are amended to read:
907       98.077 Update of voter signature.—
908       (2) The ~~department and~~ supervisors of elections shall
909  include in any correspondence, other than postcard notifications
910  and notices relating to eligibility, sent to a registered voter
911  information regarding when, where, and how to update the voter's
912  signature and shall provide the voter information on how to
913  obtain a voter registration application from a voter
914  registration official which can be returned to update the
915  signature.
916       (3) At least once during each general election year before
917  the presidential preference primary or the primary election,
918  whichever occurs first, the supervisor shall publish in a
919  newspaper of general circulation or other newspaper in the
920  county, on the county's website as provided in s. 50.0311, or on
921  the supervisor's website, as deemed appropriate by the
922  supervisor, a notice specifying when, where, or how a voter can
923  update his or her signature that is on file and how a voter can
924  obtain a voter registration application from a voter
925  registration official.
926       (4) Except as authorized in ss. 101.048 and 101.68:
927       (a) All signature updates for use in verifying vote-by-mail

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087546

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

928 voter certificates, ~~and~~ provisional ballot voter certificates,
929 or petitions ~~ballots~~ must be received by the appropriate
930 supervisor before the voter's ~~elector's~~ ballot is received by
931 the supervisor or, in the case of provisional ballots, before
932 the voter's ~~elector's~~ ballot is cast or, in the case of a
933 petition, before the petition is submitted for signature
934 verification.

935      (b) The signature on file at the time the vote-by-mail
936 ballot is received, ~~or~~ at the time the provisional ballot is
937 cast, or at the time a petition is reviewed is the signature
938 that must ~~shall~~ be used in verifying the signature on the vote-
939 by-mail voter certificates, ~~and~~ provisional ballot voter
940 certificates, or petitions, respectively. For signatures
941 requiring secondary or tertiary review, older signatures from
942 previous registration updates may be used.

943      Section 11. Section 98.093, Florida Statutes, is amended to
944 read:

945      98.093 Duty of officials to furnish information relating to
946 deceased persons, persons adjudicated mentally incapacitated,
947 persons convicted of a felony, and persons who are not United
948 States citizens.—

949      (1) DUTIES.—In order to identify ineligible registered
950 voters and maintain accurate and current voter registration
951 records in the statewide voter registration system pursuant to
952 procedures in s. 98.065 or s. 98.075, it is necessary for the
953 department and supervisors of elections to receive or access
954 certain information from state and federal officials and
955 entities in the format prescribed.

956      ~~(2)~~ To the maximum extent feasible, state and local

4/19/2023 7:40:20 AM

CONFIDENTIAL                                        SB7050-SOS-00087547

Florida Senate - 2023                   PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050



594-03953-23

957  government agencies shall facilitate provision of information
958  and access to data to the department, including, but not limited
959  to, databases that contain reliable criminal records and records
960  of deceased persons. State and local government agencies that
961  provide such data must ~~shall~~ do so without charge if the direct
962  cost incurred by those agencies is not significant.

963      (2)~~(a)~~ DEPARTMENT OF HEALTH.—The Department of Health shall
964  furnish weekly ~~monthly~~ to the department a list containing the
965  name, address, date of birth, date of death, social security
966  number, race, and sex of each deceased person 17 years of age or
967  older whose death was reported during the preceding week.

968      (3)~~(b)~~ CLERK OF THE CIRCUIT COURT.—Each clerk of the
969  circuit court shall furnish weekly to the supervisors in their
970  respective jurisdiction the following information ~~monthly to the~~
971  ~~department~~:

972      (a)~~1.~~ Information identifying ~~A list of~~ those persons who
973  have been adjudicated mentally incapacitated with respect to
974  voting during the preceding week and ~~calendar month, a list of~~
975  those persons whose mental capacity with respect to voting has
976  been restored during the preceding week. The information must
977  include each person's name; address; date of birth; race; sex;
978  and, if available, his or her Florida driver license number or
979  Florida identification card number or the last four digits of
980  his or her social security number. The clerk shall provide the
981  information to the department to assist a supervisor in
982  identifying registered voters in his or her county who are
983  adjudicated mentally incapacitated outside of his or her county
984  pursuant to s. 98.075(4).

985      (b) Information identifying ~~calendar month, and a list of~~

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                SB7050-SOS-00087548

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

986  those persons who have responded to returned signed jury notices
987  during the preceding week from months to the clerk of the
988  circuit court and whose response indicated indicating a change
989  of address. The information must Each list shall include each
990  person's the name;, address;, date of birth;, race;, sex;, and,
991  if whichever is available, the Florida driver license number or,
992  Florida identification card number, or the last four digits of
993  his or her social security number of each such person.

994       (c)2. Information on the terms of sentence for felony
995  convictions, including any financial obligations for court
996  costs, fees, and fines, of all persons listed in the clerk's
997  records whose last known address in the clerk's records is
998  within this state and who have been convicted of a felony during
999  the preceding week month. The information may be provided to the
1000  supervisor directly by the clerk individual clerks of the
1001  circuit court or may be provided on the clerk's their behalf
1002  through the Comprehensive Case Information System. For each
1003  felony conviction reported, the information must include:

1004       1.a. The full name;, last known address;, date of birth;,
1005  race;, sex;, and, if available, the Florida driver license
1006  number or Florida identification card number, as applicable;,
1007  and the last four digits of the social security number of the
1008  person convicted.

1009       2.b. The amounts of all financial obligations, including
1010  restitution and court costs, fees, and fines, and, if known, the
1011  amount of financial obligations not yet satisfied.

1012       3.c. The county in which the conviction occurred.

1013       4.d. The statute number violated, statute table text, date
1014  of conviction, and case number.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087549

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1015        (4)(c) UNITED STATES ATTORNEYS.—Upon receipt of information
1016   from the United States Attorney, listing persons convicted of a
1017   felony in federal court, the department shall use such
1018   information to identify registered voters or applicants for
1019   voter registration who may be potentially ineligible based on
1020   information provided in accordance with s. 98.075.

1021        (5)(d) DEPARTMENT OF LAW ENFORCEMENT.—The Department of Law
1022   Enforcement shall identify and report to the department at least
1023   weekly those persons who have been convicted of a felony during
1024   the preceding week who appear in the voter registration records
1025   supplied by the statewide voter registration system, in a time
1026   and manner that enables the department to meet its obligations
1027   under state and federal law.

1028        (6)(e) FLORIDA COMMISSION ON OFFENDER REVIEW.—The Florida
1029   Commission on Offender Review shall furnish at least weekly
1030   bimonthly to the department data, including the identity of
1031   those persons granted clemency in the preceding month or any
1032   updates to prior records which have occurred in the preceding
1033   month. The data must shall contain the commission's case number
1034   and the person's name, address, date of birth, race, gender,
1035   Florida driver license number, Florida identification card
1036   number, or the last four digits of the social security number,
1037   if available, and references to record identifiers assigned by
1038   the Department of Corrections and the Department of Law
1039   Enforcement, a unique identifier of each clemency case, and the
1040   effective date of clemency of each person.

1041        (7)(f) DEPARTMENT OF CORRECTIONS.—The Department of
1042   Corrections shall identify and report to the department at least
1043   weekly those persons who have been convicted of a felony and

Page 36 of 93

4/19/2023 7:40:20 AM

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1044 committed to its custody or placed on community supervision
1045 during the preceding week. ~~The information must be provided to~~
1046 ~~the department at a time and in a manner that enables the~~
1047 ~~department to identify registered voters who are convicted~~
1048 ~~felons and to meet its obligations under state and federal law.~~
1049      (8)~~(g)~~ DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES.—The
1050 Department of Highway Safety and Motor Vehicles shall furnish
1051 weekly ~~monthly~~ to the department the following information:
1052      (a)~~1.~~ Information identifying ~~A list of~~ those persons whose
1053 names have been removed from the Florida driver license or
1054 Florida identification card database during the preceding week
1055 because they have been licensed or been issued an identification
1056 card in another state. The information ~~list~~ must contain the
1057 person's name, last known Florida address, out-of-state address,
1058 date of birth, sex, last four digits of his or her social
1059 security number, and Florida driver license number or Florida
1060 identification card number and, if available, the address and
1061 the state in which the person is now licensed ~~of each such~~
1062 ~~person.~~
1063      (b)~~2.~~ Information identifying ~~A list of~~ those persons who
1064 during the preceding week presented evidence of non-United
1065 States citizenship upon being issued a new or renewed Florida
1066 driver license or Florida identification card. The information
1067 ~~list~~ must contain the person's name; address; date of birth;
1068 last four digits of the~~;~~ social security number~~, if applicable~~;
1069 ~~and~~ Florida driver license number or Florida identification card
1070 number, as available ~~applicable~~; and alien registration number
1071 or other legal status identifier~~, of each such person~~.
1072      (c) Information identifying those persons for which it has

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087551

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE

Bill No. SB 7050

 880856

594-03953-23

1073  received official information during the preceding week that the
1074  person is deceased. The information must contain the name,
1075  address, date of birth, last four digits of the social security
1076  number, Florida driver license number or Florida identification
1077  card number, source containing information on the deceased, and
1078  date of death of each such person.

1079       (9)(3) CONSTRUCTION.—This section does not limit or
1080  restrict the supervisor in his or her duty to act upon direct
1081  receipt of, access to, or knowledge of official information from
1082  these and other governmental entities that identify a registered
1083  voter as potentially ineligible and to initiate removal of
1084  remove the name of the registered voter who is determined to be
1085  ineligible names of persons from the statewide voter
1086  registration system pursuant to s. 98.075(7) based upon
1087  information received from other sources.

1088       Section 12. Section 98.0981, Florida Statutes, is amended
1089  to read:

1090       98.0981 Reports; voting history; statewide voter
1091  registration system information; precinct-level election
1092  results; book closing statistics; live turnout data.—

1093       (1) VOTING HISTORY AND STATEWIDE VOTER REGISTRATION SYSTEM
1094  INFORMATION.—Each supervisor shall submit the reports required
1095  by this subsection to the department no later than 20 days after
1096  the Elections Canvassing Commission certifies the results of an
1097  election.

1098       (a) Reconciliation.—For each presidential preference
1099  primary election, special primary election, special election,
1100  primary election, and general election, the supervisor shall
1101  reconcile the aggregate total of ballots cast in each precinct

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087552

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1102 to the aggregate number of voters with voter history pursuant to
1103 paragraph (b) and the precinct-level election results pursuant
1104 to subsection (3) and submit a reconciliation report. The report
1105 must be submitted to the department in an electronic format
1106 pursuant to file format and specifications set forth in rule.
1107 The report must include a written explanation if the
1108 reconciliation results in a discrepancy between the voter
1109 history and the election results.
1110      (b) *Voting history.*—For each ~~Within 30 days after~~
1111 ~~certification by the Elections Canvassing Commission of a~~
1112 presidential preference primary, special election, special
1113 primary election, primary election, or general election, as
1114 applicable, supervisors of elections shall transmit completely
1115 updated voting history information for each qualified voter to
1116 the department. Such information must be provided, in a uniform
1117 electronic format pursuant to file specifications adopted by the
1118 department by rule. The voting history information must include:
1119 ~~specified in paragraph (d), completely updated voting history~~
1120 ~~information for each qualified voter who voted~~
1121      1. The unique identifier assigned to each qualified voter
1122 within the statewide voter registration system.
1123      2. Each qualified voter's unique precinct identifier at the
1124 time of voting. For purposes of this subparagraph, the term
1125 "unique precinct identifier" means an alphanumeric code
1126 containing no more than six characters representing the precinct
1127 name or number.
1128      3. Specifics as to each qualified voter's voting history,
1129 including whether the qualified voter voted a regular ballot
1130 during the early voting period, voted during the early voting

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                     SB7050-SOS-00087553

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1131 period using a provisional ballot that was subsequently counted,
1132 voted a regular ballot at a precinct location, voted at a
1133 precinct location using a provisional ballot that was
1134 subsequently counted, voted by vote-by-mail ballot, attempted to
1135 vote by a timely received vote-by-mail ballot that was not
1136 counted, attempted to vote by a vote-by-mail ballot that was
1137 received untimely, attempted to vote by provisional ballot that
1138 was not counted, or did not vote.
1139     (c) *Precinct boundaries.*—For each presidential preference
1140 primary election, special primary election, special election,
1141 primary election, and general election, the supervisor shall
1142 submit to the department the geographical information system map
1143 of precinct boundaries created and maintained pursuant to s.
1144 101.001 for the applicable election.
1145     (2)~~(b)~~ LEGISLATIVE REPORT.—
1146     (a) *Specifications.*—~~After receipt of the information in~~
1147 ~~paragraph (a),~~ The department shall prepare an election summary
1148 compiled for a presidential preference primary election, special
1149 primary election, special election, primary election, or general
1150 election, as applicable, ~~a report~~ in an electronic format which
1151 contains the following information~~, separately compiled for the~~
1152 ~~primary and general election for all voters qualified to vote in~~
1153 ~~either election~~:
1154     1. The voting history information as transmitted under
1155 paragraph (1)(b) and the precinct boundaries as transmitted
1156 under paragraph (1)(c). ~~unique identifier assigned to each~~
1157 ~~qualified voter within the statewide voter registration system;~~
1158     2. All information provided by each qualified voter on his
1159 or her voter registration application pursuant to s. 97.052(2),

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    **SB7050-SOS-00087554**

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1160  except that which is confidential or exempt from public records
1161  requirements.~

1162       3. Each qualified voter's date of registration.~

1163       4. Each qualified voter's ~current~ state representative
1164  district, state senatorial district, ~and~ congressional district,
1165  county commission district, and school board district at the
1166  time of voting, assigned by the supervisor of elections~

1167       ~5. Each qualified voter's current precinct; and~

1168       ~6. Voting history as transmitted under paragraph (a) to~
1169  ~include whether the qualified voter voted at a precinct~
1170  ~location, voted during the early voting period, voted by vote-~
1171  ~by-mail ballot, attempted to vote by vote-by-mail ballot that~
1172  ~was not counted, attempted to vote by provisional ballot that~
1173  ~was not counted, or did not vote.~

1174       (b)~(c)~ *Submission.*—Within 60 ~45~ days after ~certification by~
1175  the Elections Canvassing Commission certifies ~of~ a presidential
1176  preference primary, special election, primary election, or
1177  general election, the department shall submit ~send~ to the
1178  President of the Senate, the Speaker of the House of
1179  Representatives, the Senate Minority Leader, and the House
1180  Minority Leader an election summary ~a~ report in electronic
1181  format that includes all information set forth in paragraph (a)
1182  ~(b)~.

1183       ~(d) File specifications are as follows:~

1184       ~1. The file shall contain records designated by the~
1185  ~categories below for all qualified voters who, regardless of the~
1186  ~voter's county of residence or active or inactive registration~
1187  ~status at the book closing for the corresponding election that~
1188  ~the file is being created for:~

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087555

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1189         a. Voted a regular ballot at a precinct location.
1190         b. Voted at a precinct location using a provisional ballot
1191    that was subsequently counted.
1192         c. Voted a regular ballot during the early voting period.
1193         d. Voted during the early voting period using a provisional
1194    ballot that was subsequently counted.
1195         e. Voted by vote-by-mail ballot.
1196         f. Attempted to vote by vote-by-mail ballot, but the ballot
1197    was not counted.
1198         g. Attempted to vote by provisional ballot, but the ballot
1199    was not counted in that election.
1200         2. Each file shall be created or converted into a tab-
1201    delimited format.
1202         3. File names shall adhere to the following convention:
1203         a. Three-character county identifier as established by the
1204    department followed by an underscore.
1205         b. Followed by four-character file type identifier of
1206    "VHO3" followed by an underscore.
1207         c. Followed by FVRS election ID followed by an underscore.
1208         d. Followed by Date Created followed by an underscore.
1209         e. Date format is YYYYMMDD.
1210         f. Followed by Time Created - HHMMSS.
1211         g. Followed by ".txt".
1212         4. Each record shall contain the following columns: Record
1213    Identifier, FVRS Voter ID Number, FVRS Election ID Number, Vote
1214    Date, Vote History Code, Precinct, Congressional District, House
1215    District, Senate District, County Commission District, and
1216    School Board District.
1217         (e) Each supervisor of elections shall reconcile, before

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087556

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1218 ~~submission, the aggregate total of ballots cast in each precinct~~
1219 ~~as reported in the precinct-level election results to the~~
1220 ~~aggregate total number of voters with voter history for the~~
1221 ~~election for each district.~~

1222     ~~(f) Each supervisor of elections shall submit the results~~
1223 ~~of the data reconciliation as described in paragraph (e) to the~~
1224 ~~department in an electronic format and give a written~~
1225 ~~explanation for any precincts where the reconciliation as~~
1226 ~~described in paragraph (e) results in a discrepancy between the~~
1227 ~~voter history and the election results.~~

1228     (3)~~(2)~~ PRECINCT-LEVEL ELECTION RESULTS.—

1229     (a)1. Within 10 business ~~30~~ days after ~~certification by~~ the
1230 Elections Canvassing Commission certifies ~~of~~ a presidential
1231 preference primary election, special election, special primary
1232 election, primary election, or general election, as applicable,
1233 the supervisors of elections shall collect and submit to the
1234 department precinct-level election results for the election in a
1235 uniform electronic format specified by paragraph (c). ~~The~~
1236 ~~precinct-level election results shall be compiled separately for~~
1237 ~~the primary or special primary election that preceded the~~
1238 ~~general or special general election, respectively.~~ The results
1239 must ~~shall~~ specifically include for each precinct the total of
1240 all ballots cast for each candidate or nominee to fill a
1241 national, state, county, or district office or proposed
1242 constitutional amendment, with subtotals for each candidate and
1243 ballot type. When one or more ballot types, also known as
1244 counting groups, in a race or an issue have fewer than 30 voters
1245 voting on the ballot, the ballot type must be reported as zero
1246 except for the total votes counting group for that precinct.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087557

Florida Senate - 2023
PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1247  Ballot types or counting groups include election day, early

1248  voting, vote-by-mail, provisional voting, and total votes

1249  However, ballot type or precinct subtotals in a race or question

1250  having fewer than 30 voters voting on the ballot type or in the

1251  precinct may not be reported in precinct results. For purposes

1252  of this paragraph, the term "all ballots cast" means ballots

1253  cast by voters who cast a ballot, whether at a precinct

1254  location; by vote-by-mail ballot, including overseas vote-by-

1255  mail ballots; during the early voting period; or by

1256  provisional ballot.

1257      2. Upon request from the department, a supervisor must

1258  research and address, as appropriate, any questions or issues

1259  identified by the department pertaining to the precinct-level

1260  election results. If the information as originally submitted is

1261  changed or corrected, the supervisor must provide an amended

1262  precinct-level election results file no later than 10 business

1263  days after the request from the department.

1264      (b) The department shall make such information available

1265  online no later than 60 days after the Elections Canvassing

1266  Commission certifies the presidential preference primary

1267  election, special primary election, special election, primary

1268  election, or general election, as applicable. The website

1269  containing the information must include on a searchable,

1270  sortable, and downloadable database via its website that also

1271  includes the file layout and codes. The information must

1272  database shall be searchable and sortable by county, precinct,

1273  and candidate;. The must database shall be downloadable in a

1274  tab-delimited format; and must. The database shall be available

1275  for download county-by-county and also as a statewide file. Such

4/19/2023 7:40:20 AM

CONFIDENTIAL   SB7050-SOS-00087558

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1276 ~~report shall also be made available upon request.~~

1277      (c) The files containing the precinct-level election

1278 results <u>must</u> ~~shall~~ be created in accordance with the applicable

1279 file specification <u>as set forth in rule. The rule must, at a</u>

1280 <u>minimum, provide that</u>:

1281      ~~1. The precinct-level results file shall be created or~~

1282 ~~converted into a tab-delimited text file.~~

1283      ~~2. The row immediately before the first data record shall~~

1284 ~~contain the column names of the data elements that make up the~~

1285 ~~data records. There shall be one header record followed by~~

1286 ~~multiple data records.~~

1287      ~~3.~~ the data records ~~shall~~ include the following columns:

1288 County Name, Election Number, Election Date, Unique Precinct

1289 Identifier, Precinct Polling Location, Total Registered Voters,

1290 Total Registered Republicans, Total Registered Democrats, Total

1291 Registered All Other Parties, Contest Name,

1292 Candidate/Retention/Issue Name, Candidate Florida Voter

1293 Registration System ID Number, Division of Elections Unique

1294 Candidate Identifying Number, Candidate Party, District,

1295 Undervote Total, Overvote Total, Write-in Total, and Vote Total.

1296 <u>For purposes of this paragraph, the term "unique precinct</u>

1297 <u>identifier" means an alphanumeric code containing no more than</u>

1298 <u>six characters representing the precinct name or number.</u>

1299      <u>(4)</u>~~(3)~~ PRECINCT-LEVEL BOOK CLOSING STATISTICS.—<u>No later</u>

1300 <u>than 10 days</u> after the date of book closing <u>for</u> ~~but before the~~

1301 ~~date of~~ an election as defined in s. 97.021 to fill a national,

1302 state, county, or district office, or to vote on a proposed

1303 constitutional amendment, the department shall compile <u>and make</u>

1304 <u>available</u> the following precinct-level statistical data for each

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    **SB7050-SOS-00087559**

 880856

594-03953-23

1305  county:

1306      (a) Unique precinct identifier numbers. For purposes of

1307  this subsection, the term "unique precinct identifier" means an

1308  alphanumeric code containing no more than six characters

1309  representing the precinct name or number.

1310      (b) Total number of active registered voters by party for

1311  each precinct.

1312      (5)(4) LIVE TURNOUT DATA.—On election day, each supervisor

1313  of elections shall make live voter turnout data, updated at

1314  least once per hour, available on his or her website. Each

1315  supervisor shall transmit the live voter turnout data to the

1316  division, which must create and maintain a real-time statewide

1317  turnout dashboard that is available for viewing by the public on

1318  the division's website as the data becomes available.

1319      (6)(5) REPORTS PUBLICLY AVAILABLE.—The department shall

1320  also make publicly available the reports and results required in

1321  subsections (1)-(4) (1)-(3).

1322      (7)(6) RULEMAKING.—The department shall adopt rules and

1323  prescribe forms to carry out the purposes of this section.

1324      Section 13. Paragraph (d) of subsection (1) of section

1325  99.021, Florida Statutes, is redesignated as paragraph (e), and

1326  a new paragraph (d) is added to that subsection, to read:

1327      99.021 Form of candidate oath.—

1328      (1)

1329      (d) In addition, each candidate, whether a party candidate,

1330  a candidate with no party affiliation, or a write-in candidate,

1331  shall, at the time of subscribing to the oath or affirmation,

1332  state in writing whether he or she owes any outstanding fines,

1333  fees, or penalties that cumulatively exceed $250 for any

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087560

Florida Senate - 2023     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1334 violations of s. 8, Art. II of the State Constitution, the Code
1335 of Ethics for Public Officers and Employees under part III of
1336 chapter 112, any local ethics ordinance governing standards of
1337 conduct and disclosure requirements, or chapter 106. If the
1338 candidate owes any outstanding fines, fees, or penalties
1339 exceeding the threshold amount specified in this paragraph, he
1340 or she must also specify the amount owed and each entity that
1341 levied such fine, fee, or penalty. For purposes of this
1342 paragraph, any such fines, fees, or penalties that have been
1343 paid in full at the time of subscribing to the oath or
1344 affirmation are not deemed to be outstanding.
1345      Section 14. Section 99.0215, Florida Statutes, is created
1346 to read:
1347      99.0215 Name of candidate.—
1348      (1) Each candidate shall designate in the oath or
1349 affirmation specified in s. 99.021 the name that he or she
1350 wishes to have printed on the ballot, or in the case of a write-
1351 in candidate, the name that he or she wishes to have voters
1352 write in on the ballot when voting for him or her. Such
1353 designation must include the candidate's legal given name or
1354 names, a shortened form of the candidate's legal given name or
1355 names, an initial or initials of the candidate's legal given
1356 name or names, or a bona fide nickname customarily related to
1357 the candidate and by which the candidate is commonly known,
1358 immediately followed by the candidate's legal surname. If
1359 applicable, a candidate may place one of the following
1360 designations after the legal surname: "Sr.," "Jr.," or a
1361 numerical designation such as "II."
1362      (2) If a candidate wishes to designate a nickname, the

4/19/2023 7:40:20 AM

CONFIDENTIAL     **SB7050-SOS-00087561**

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1363  candidate must file an affidavit that must be verified under
1364  oath or affirmation pursuant to s. 92.525(1)(a), attesting that
1365  the nickname complies with the requirements of this section. The
1366  affidavit must be filed simultaneously with the oath or
1367  affirmation specified in s. 99.021. Any nickname designated by a
1368  candidate may not be used to mislead voters. A candidate may not
1369  designate a nickname that implies the candidate is some other
1370  person, that constitutes a political slogan or otherwise
1371  associates the candidate with a cause or an issue, or that is
1372  obscene or profane. For purposes of this subsection, the term
1373  "political slogan" means any word or words expressing or
1374  connoting a position, an opinion, or a belief that the candidate
1375  may espouse, including, but not limited to, any word or words
1376  conveying any meaning other than that of the general identity of
1377  the candidate.
1378      (3) Unless a candidate has the same name as, or a name
1379  similar to, one or more candidates for the same office, an
1380  educational or professional title or degree may not be added to
1381  his or her name designation.
1382      Section 15. Subsections (4) and (5) of section 99.097,
1383  Florida Statutes, are amended to read:
1384      99.097 Verification of signatures on petitions.—
1385      (4)(a) The supervisor must shall be paid in advance the sum
1386  of 10 cents for each signature checked or the actual cost of
1387  checking such signature, whichever is less, by the candidate or,
1388  in the case of a petition to have a local an issue placed on the
1389  ballot, by the person or organization submitting the petition.
1390  In the case of a petition to place a statewide issue on the
1391  ballot, the person or organization submitting the petition must

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                SB7050-SOS-00087562

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1392  pay the supervisor in advance the cost posted by the supervisor
1393  pursuant to s. 100.371(11) for the actual cost of checking
1394  signatures to place a statewide issue on the ballot.

1395      (b) However, if a candidate, a person, or an organization
1396  seeking to have an issue placed upon the ballot cannot pay such
1397  charges without imposing an undue burden on personal resources
1398  or upon the resources otherwise available to such candidate,
1399  person, or organization, such candidate, person, or organization
1400  shall, upon written certification of such inability given under
1401  oath to the supervisor, is be entitled to have the signatures
1402  verified at no charge.

1403      (c) In the event a candidate, person, or organization
1404  submitting a petition to have an issue placed upon the ballot is
1405  entitled to have the signatures verified at no charge, the
1406  supervisor of elections of each county in which the signatures
1407  are verified at no charge shall submit the total number of such
1408  signatures checked in the county to the Chief Financial Officer
1409  no later than December 1 of the general election year, and the
1410  Chief Financial Officer shall cause such supervisor of elections
1411  to be reimbursed from the General Revenue Fund in an amount
1412  equal to 10 cents or the actual cost for each name checked or
1413  the actual cost of checking such signatures, whichever is
1414  applicable as set forth in paragraph (a) less. In no event may
1415  shall such reimbursement of costs be deemed or applied as extra
1416  compensation for the supervisor.

1417      (d) Petitions must shall be retained by the supervisors for
1418  a period of 1 year following the election for which the
1419  petitions were circulated.

1420      (5) The results of a verification pursuant to subparagraph

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                  SB7050-SOS-00087563

Florida Senate - 2023         PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1421 (1)(a)2. may be contested in the circuit court by the candidate;
1422 an announced opponent; a representative of a designated
1423 political committee; or a person, party, or other organization
1424 submitting the petition. The contestant must ~~shall~~ file a
1425 complaint, together with the fees prescribed in chapter 28, with
1426 the clerk of the circuit court in the county in which the
1427 petition is certified or in Leon County if the petition covers
1428 more than one county within 10 days after midnight of the date
1429 the petition is certified; and the complaint must ~~shall~~ set
1430 forth the grounds on which the contestant intends to establish
1431 his or her right to require a complete check of the petition
1432 pursuant to subparagraph (1)(a)1. In the event the court orders
1433 a complete check of the petition and the result is not changed
1434 as to the success or lack of success of the petitioner in
1435 obtaining the requisite number of valid signatures, then such
1436 candidate, unless the candidate has filed the oath stating that
1437 he or she is unable to pay such charges; announced opponent;
1438 representative of a designated political committee; or party,
1439 person, or organization submitting the petition, unless such
1440 person or organization has filed the oath stating inability to
1441 pay such charges, shall pay to the supervisor of elections of
1442 each affected county for the complete check an amount calculated
1443 at the rate of 10 cents for each additional signature checked or
1444 the actual cost of checking such additional signatures, as
1445 applicable ~~whichever is less~~.

1446      Section 16. Section 100.021, Florida Statutes, is amended
1447 to read:

1448      100.021 Notice of general election.—The Department of State
1449 shall, in any year in which a general election is held, make out

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087564

 880856

594-03953-23

1450  a notice stating what offices and vacancies are to be filled at
1451  the general election in the state, and in each county and
1452  district thereof. During the 30 days before ~~prior to~~ the
1453  beginning of qualifying, the department ~~of State~~ shall have the
1454  notice published two times in a newspaper of general circulation
1455  in each county; and, in counties in which there is no newspaper
1456  of general circulation, it shall send to the sheriff a notice of
1457  the offices and vacancies to be filled at such general election
1458  by the qualified voters of the sheriff's county or any district
1459  thereof, and the sheriff shall have at least five copies of the
1460  notice posted in conspicuous places in the county. Notice may be
1461  provided alternatively by publishing notice on the division's
1462  website, on the county's website as provided in s. 50.0311, or
1463  on the supervisor's website, as deemed appropriate by the
1464  supervisor.

1465       Section 17. Subsection (3) of section 100.141, Florida
1466  Statutes, is amended to read:

1467       100.141 Notice of special election to fill any vacancy in
1468  office.—

1469       (3) The department shall deliver a copy of such notice to
1470  the supervisor of elections of each county in which the special
1471  election is to be held. The supervisor shall have the notice
1472  published two times in a newspaper of general circulation in the
1473  county at least 10 days before ~~prior to~~ the first day set for
1474  qualifying for office or, for at least 10 days before the first
1475  day set for qualifying for office, publish notice on the
1476  county's website as provided in s. 50.0311 or on the
1477  supervisor's website. ~~If such a newspaper is not published~~
1478  ~~within the period set forth, the supervisor shall post at least~~

4/19/2023 7:40:20 AM

CONFIDENTIAL                                           SB7050-SOS-00087565

Florida Senate - 2023      PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1479 ~~five copies of the notice in conspicuous places in the county~~
1480 ~~not less than 10 days prior to the first date set for~~
1481 ~~qualifying.~~

1482        Section 18. Section 100.342, Florida Statutes, is amended
1483 to read:

1484        100.342 Notice of special election or referendum.—In any
1485 special election or referendum not otherwise provided for, there
1486 must ~~shall~~ be at least 30 days' notice of the election or
1487 referendum by publication in a newspaper of general circulation
1488 in the county, district, or municipality, or publication on the
1489 county's website as provided in s. 50.0311, the municipality's
1490 website, or the supervisor's website, as applicable ~~as the case~~
1491 ~~may be~~. The publication must ~~shall~~ be made at least twice, once
1492 in the fifth week and once in the third week before ~~prior to~~ the
1493 week in which the election or referendum is to be held. If the
1494 applicable website becomes unavailable or there is no newspaper
1495 of general circulation in the county, district, or municipality,
1496 the notice must ~~shall~~ be posted in no less than five places
1497 within the territorial limits of the county, district, or
1498 municipality.

1499        Section 19. Subsection (3) and paragraph (a) of subsection
1500 (4) of section 101.001, Florida Statutes, are amended to read:

1501        101.001 Precincts and polling places; boundaries.—

1502        (3)(a) Each supervisor of elections shall maintain a
1503 geographical information system ~~suitable~~ map ~~drawn to a scale no~~
1504 ~~smaller than 3 miles to the inch and~~ clearly delineating all
1505 major observable features such as roads, streams, and railway
1506 lines and showing the current geographical boundaries of each
1507 precinct, representative district, and senatorial district, and

Page 52 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL      SB7050-SOS-00087566

Florida Senate - 2023       PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1508  other type of district in the county subject to the elections
1509  process in this code. A supervisor may coordinate with other
1510  governmental entities to comply with this subsection.
1511      (b) The supervisor shall provide to the department data on
1512  all precincts in the county associated with the most recent
1513  decennial census blocks within each precinct.
1514      (c) The department shall maintain a searchable database
1515  that contains the precincts and the corresponding most recent
1516  decennial census blocks within the precincts for each county,
1517  including a historical file that allows the census blocks to be
1518  traced through the prior decade.
1519      (b)(d) The supervisor of elections shall notify the
1520  Secretary of State in writing within 10 days after any
1521  reorganization of precincts and shall furnish a copy of the
1522  geographical information system compatible map showing the
1523  current geographical boundaries and designation of each new
1524  precinct. However, if precincts are composed of whole census
1525  blocks, the supervisor may furnish, in lieu of a copy of the
1526  map, a list, in an electronic format prescribed by the
1527  Department of State, associating each census block in the county
1528  with its precinct.
1529      (c)(e) Any precinct established or altered under the
1530  provisions of this section must shall consist of areas bounded
1531  on all sides only by census block boundaries from the most
1532  recent United States Census. If the census block boundaries
1533  split or conflict with a municipal or other political
1534  subdivision another political boundary listed below, the
1535  boundary listed below may be used as a precinct boundary:
1536      1. Governmental unit boundaries reported in the most recent

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                      SB7050-SOS-00087567

 880856

594-03953-23

1537 Boundary and Annexation Survey published by the United States
1538 Census Bureau; or

1539 2. Visible features that are readily distinguishable upon
1540 the ground, such as streets, railroads, tracks, streams, and
1541 lakes, and that are indicated upon current census maps, official
1542 Department of Transportation maps, official municipal maps,
1543 official county maps, or a combination of such maps;

1544 3. Boundaries of public parks, public school grounds, or
1545 churches; or

1546 2.4. Boundaries of counties, incorporated municipalities,
1547 or other political subdivisions that meet criteria established
1548 by the United States Census Bureau for block boundaries.

1549 (4)(a) Within 10 days after there is any change in the
1550 division, name, number, or boundaries of the precincts, or the
1551 location of the polling places, the supervisor of elections
1552 shall make in writing an accurate description of any new or
1553 altered precincts, setting forth the boundary lines and shall
1554 identify the location of each new or altered polling place. A
1555 copy of the document describing such changes must shall be
1556 posted at the supervisor's office.

1557 Section 20. Subsection (1) of section 101.048, Florida
1558 Statutes, is amended to read:

1559 101.048 Provisional ballots.—

1560 (1) At all elections, a voter claiming to be properly
1561 registered in the state and eligible to vote at the precinct in
1562 the election but whose eligibility cannot be determined, a
1563 person whom an election official asserts is not eligible,
1564 including, but not limited to, a person to whom notice has been
1565 sent pursuant to s. 98.075(7), but for whom a final

Page 54 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                  SB7050-SOS-00087568

Florida Senate - 2023                PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1566  determination of eligibility has not been made, and other
1567  persons specified in the code shall be entitled to vote a
1568  provisional ballot. Once voted, the provisional ballot must
1569  shall be placed in a secrecy envelope and thereafter sealed in a
1570  provisional ballot envelope. The provisional ballot must shall
1571  be deposited in a ballot box. All provisional ballots must shall
1572  remain sealed in their envelopes for return to the supervisor of
1573  elections. The department shall prescribe the form of the
1574  provisional ballot envelope. A person casting a provisional
1575  ballot has shall have the right to present written evidence
1576  supporting his or her eligibility to vote to the supervisor of
1577  elections by not later than 5 p.m. on the second day following
1578  the election.
1579      Section 21. Paragraph (b) of subsection (4) of section
1580  101.151, Florida Statutes, is amended to read:
1581      101.151 Specifications for ballots.—
1582      (4)
1583      (b) When two or more candidates running for the same office
1584  on an a primary election ballot have the same or a similar
1585  surname, the word "incumbent" must shall appear next to the
1586  incumbent's name.
1587      Section 22. Subsection (2) of section 101.5612, Florida
1588  Statutes, is amended to read:
1589      101.5612 Testing of tabulating equipment.—
1590      (2) On any day not more than 25 days before the
1591  commencement of early voting as provided in s. 101.657, the
1592  supervisor of elections shall have the automatic tabulating
1593  equipment publicly tested to ascertain that the equipment will
1594  correctly count the votes cast for all offices and on all

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087569

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1595  measures. If the ballots to be used at the polling place on
1596  election day are not available at the time of the testing, the
1597  supervisor may conduct an additional test not more than 10 days
1598  before election day. Public notice of the time and place of the
1599  test shall be given at least 48 hours prior thereto by
1600  publication on the county website as provided in s. 50.0311, on
1601  the supervisor of elections' website, or and once in one or more
1602  newspapers of general circulation in the county. If the
1603  applicable website becomes unavailable or, if there is no
1604  newspaper of general circulation in the county, by posting the
1605  notice must be posted in at least four conspicuous places in the
1606  county. The supervisor or the municipal elections official may,
1607  at the time of qualifying, give written notice of the time and
1608  location of the public preelection test to each candidate
1609  qualifying with that office and obtain a signed receipt that the
1610  notice has been given. The Department of State shall give
1611  written notice to each statewide candidate at the time of
1612  qualifying, or immediately at the end of qualifying, that the
1613  voting equipment will be tested and advise each candidate to
1614  contact the county supervisor of elections as to the time and
1615  location of the public preelection test. The supervisor or the
1616  municipal elections official shall, at least 30 days before the
1617  commencement of early voting as provided in s. 101.657, send
1618  written notice by certified mail to the county party chair of
1619  each political party and to all candidates for other than
1620  statewide office whose names appear on the ballot in the county
1621  and who did not receive written notification from the supervisor
1622  or municipal elections official at the time of qualifying,
1623  stating the time and location of the public preelection test of

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087570

Florida Senate - 2023       PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1624  the automatic tabulating equipment. The canvassing board shall
1625  convene, and each member of the canvassing board shall certify
1626  to the accuracy of the test. For the test, the canvassing board
1627  may designate one member to represent it. The test shall be open
1628  to representatives of the political parties, the press, and the
1629  public. Each political party may designate one person with
1630  expertise in the computer field who shall be allowed in the
1631  central counting room when all tests are being conducted and
1632  when the official votes are being counted. The designee may
1633  ~~shall~~ not interfere with the normal operation of the canvassing
1634  board.
1635      Section 23. Subsection (1) of section 101.6103, Florida
1636  Statutes, is amended to read:
1637      101.6103 Mail ballot election procedure.—
1638      (1) Except as otherwise provided in subsection (7), the
1639  supervisor of elections shall mail all official ballots with a
1640  secrecy envelope, a return mailing envelope, and instructions
1641  sufficient to describe the voting process to each elector
1642  entitled to vote in the election within the timeframes specified
1643  in s. 101.62(3) ~~s. 101.62(4)~~. All such ballots must ~~shall~~ be
1644  mailed by first-class mail. Ballots must ~~shall~~ be addressed to
1645  each elector at the address appearing in the registration
1646  records and placed in an envelope which is prominently marked
1647  "Do Not Forward."
1648      Section 24. Section 101.62, Florida Statutes, is amended to
1649  read:
1650      101.62 Request for vote-by-mail ballots.—
1651      (1) REQUEST.—
1652      (a) The supervisor shall accept a request for a vote-by-

Page 57 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                      SB7050-SOS-00087571

 880856

594-03953-23

1653  mail ballot only from a voter or, if directly instructed by the
1654  voter, a member of the voter's immediate family or the voter's
1655  legal guardian from an elector in person or in writing. A
1656  request may be made in person, in writing, by telephone, or
1657  through the supervisor's website. The department shall prescribe
1658  by rule by October 1, 2023, a uniform statewide application to
1659  make a written request for a vote-by-mail ballot which includes
1660  fields for all information required in this subsection. One
1661  request is deemed sufficient to receive a vote-by-mail ballot
1662  for all elections through the end of the calendar year of the
1663  next regularly scheduled general election, unless the voter
1664  elector or the voter's elector's designee indicates at the time
1665  the request is made the elections within such period for which
1666  the voter elector desires to receive a vote-by-mail ballot. The
1667  supervisor must cancel a request for a vote-by-mail ballot Such
1668  request may be considered canceled when any first-class mail or
1669  nonforwardable mail sent by the supervisor to the voter elector
1670  is returned as undeliverable. If the voter requests a vote-by-
1671  mail ballot thereafter, the voter must provide or confirm his or
1672  her current residential address.

1673      (b) The supervisor may accept a written, an in-person, or a
1674  telephonic request for a vote-by-mail ballot to be mailed to a
1675  voter's an elector's address on file in the Florida Voter
1676  Registration System from the voter elector, or, if directly
1677  instructed by the voter elector, a member of the voter's
1678  elector's immediate family, or the voter's elector's legal
1679  guardian. If an in-person or a telephonic request is made, the
1680  voter elector must provide the voter's elector's Florida driver
1681  license number, the voter's elector's Florida identification

CONFIDENTIAL                                          SB7050-SOS-00087572

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1682 card number, or the last four digits of the voter's elector's
1683 social security number, whichever may be verified in the
1684 supervisor's records. If the ballot is requested to be mailed to
1685 an address other than the voter's elector's address on file in
1686 the Florida Voter Registration System, the request must be made
1687 in writing. A written request must be signed by the voter
1688 elector and include the voter's elector's Florida driver license
1689 number, the voter's elector's Florida identification card
1690 number, or the last four digits of the voter's elector's social
1691 security number. However, an absent uniformed services service
1692 voter or an overseas voter seeking a vote-by-mail ballot is not
1693 required to submit a signed, written request for a vote-by-mail
1694 ballot that is being mailed to an address other than the voter's
1695 elector's address on file in the Florida Voter Registration
1696 System. For purposes of this section, the term "immediate
1697 family" has the same meaning as specified in paragraph (4)(c).
1698 The person making the request must disclose:
1699     1. The name of the voter elector for whom the ballot is
1700 requested.
1701     2. The voter's elector's address.
1702     3. The voter's elector's date of birth.
1703     4. The voter's elector's Florida driver license number, the
1704 voter's elector's Florida identification card number, or the
1705 last four digits of the voter's elector's social security
1706 number, whichever may be verified in the supervisor's records.
1707 If the voter's registration record does not already include the
1708 voter's Florida driver license number or Florida identification
1709 card number or the last four digits of the voter's social
1710 security number, the number provided must be recorded in the

Page 59 of 93

CONFIDENTIAL                                                    SB7050-SOS-00087573

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1711  voter's registration record.
1712      5. The requester's name.
1713      6. The requester's address.
1714      7. The requester's driver license number, the requester's
1715  identification card number, or the last four digits of the
1716  requester's social security number, if available.
1717      8. The requester's relationship to the voter elector.
1718      9. The requester's signature (written requests only).
1719      (c) Upon receiving a request for a vote-by-mail ballot from
1720  an absent voter, the supervisor of elections shall notify the
1721  voter of the free access system that has been designated by the
1722  department for determining the status of his or her vote-by-mail
1723  ballot.
1724      (d) For purposes of this section, the term "immediate
1725  family" refers to the following, as applicable:
1726      1. The voter's spouse, parent, child, grandparent,
1727  grandchild, or sibling, or the parent, child, grandparent,
1728  grandchild, or sibling of the voter's spouse.
1729      2. The designee's spouse, parent, child, grandparent,
1730  grandchild, or sibling, or the parent, child, grandparent,
1731  grandchild, or sibling of the designee's spouse.
1732      (2) A request for a vote-by-mail ballot to be mailed to a
1733  voter must be received no later than 5 p.m. on the 10th day
1734  before the election by the supervisor. The supervisor shall mail
1735  vote-by-mail ballots to voters requesting ballots by such
1736  deadline no later than 8 days before the election.
1737      (2)(3) ACCESS TO VOTE-BY-MAIL REQUEST INFORMATION.—For each
1738  request for a vote-by-mail ballot received, the supervisor shall
1739  record the following information: the date the request was made;

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087574

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1740   the identity of the voter's designee making the request, if any;
1741   the Florida driver license number, Florida identification card
1742   number, or last four digits of the social security number of the
1743   voter elector provided with a written request; the date the
1744   vote-by-mail ballot was delivered to the voter or the voter's
1745   designee or the date the vote-by-mail ballot was delivered to
1746   the post office or other carrier; the address to which the
1747   ballot was mailed or the identity of the voter's designee to
1748   whom the ballot was delivered; the date the ballot was received
1749   by the supervisor; the absence of the voter's signature on the
1750   voter's certificate, if applicable; whether the voter's
1751   certificate contains a signature that does not match the voter's
1752   elector's signature in the registration books or precinct
1753   register; and such other information he or she may deem
1754   necessary. This information must shall be provided in electronic
1755   format as provided by division rule. The information must shall
1756   be updated and made available no later than 8 a.m. of each day,
1757   including weekends, beginning 60 days before the primary until
1758   15 days after the general election and shall be
1759   contemporaneously provided to the division. This information is
1760   shall be confidential and exempt from s. 119.07(1) and may shall
1761   be made available to or reproduced only for the voter requesting
1762   the ballot, a canvassing board, an election official, a
1763   political party or official thereof, a candidate who has filed
1764   qualification papers and is opposed in an upcoming election, and
1765   registered political committees for political purposes only.
1766        (3)(4) DELIVERY OF VOTE-BY-MAIL BALLOTS.—
1767        (a) No later than 45 days before each presidential
1768   preference primary election, primary election, and general

Page 61 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                      SB7050-SOS-00087575

 880856

594-03953-23

1769 election, the supervisor of elections shall send a vote-by-mail
1770 ballot as provided in subparagraph (d)2. ~~(c)2.~~ to each absent
1771 uniformed services voter and to each overseas voter who has
1772 requested a vote-by-mail ballot.

1773     (b) The supervisor shall mail a vote-by-mail ballot to each
1774 absent qualified voter, other than those listed in paragraph
1775 (a), who has requested such a ballot, between the 40th and 33rd
1776 days before the presidential preference primary election,
1777 primary election, and general election.

1778     (c) Except as otherwise provided in <u>paragraph (a) or</u>
1779 <u>paragraph (b)</u> ~~subsection (2) and after the period described in~~
1780 ~~this paragraph~~, the supervisor shall mail vote-by-mail ballots
1781 within 2 business days after receiving a request for such a
1782 ballot<u>, but no later than the 10th day before election day. The</u>
1783 <u>deadline to submit a request for a ballot to be mailed is 5 p.m.</u>
1784 <u>local time on the 12th day before an upcoming election</u>.

1785     (d)~~(c)~~ Upon a request for a vote-by-mail ballot, the
1786 supervisor shall provide a vote-by-mail ballot to each <u>voter</u>
1787 ~~elector~~ by whom a request for that ballot has been made<u>,</u> by one
1788 of the following means:

1789     1. By nonforwardable, return-if-undeliverable mail to the
1790 <u>voter's</u> ~~elector's~~ current mailing address on file with the
1791 supervisor or any other address the <u>voter</u> ~~elector~~ specifies in
1792 the request. <u>The envelopes must be prominently marked "Do Not</u>
1793 <u>Forward."</u>

1794     2. By forwardable mail, e-mail, or facsimile machine
1795 transmission to absent uniformed services voters and overseas
1796 voters. The absent uniformed services voter or overseas voter
1797 may designate in the vote-by-mail ballot request the preferred

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087576

Florida Senate - 2023     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1798  method of transmission. If the voter does not designate the
1799  method of transmission, the vote-by-mail ballot must ~~shall~~ be
1800  mailed.

1801      3. By personal delivery ~~before 7 p.m. on election day~~ to
1802  the voter after vote-by-mail ballots have been mailed and up to
1803  7 p.m. on election day ~~elector,~~ upon presentation of the
1804  identification required in s. 101.043.

1805      4. By delivery to the voter's ~~a~~ designee after vote-by-mail
1806  ballots have been mailed and up to 7 p.m. on election day ~~or up~~
1807  ~~to 9 days before the day of an election~~. Any voter ~~elector~~ may
1808  designate in writing a person to pick up the ballot for the
1809  voter ~~elector~~; however, the person designated may not pick up
1810  more than two vote-by-mail ballots per election, other than the
1811  designee's own ballot, except that additional ballots may be
1812  picked up for members of the designee's immediate family. ~~For~~
1813  ~~purposes of this section, "immediate family" means the~~
1814  ~~designee's spouse or the parent, child, grandparent, grandchild,~~
1815  ~~or sibling of the designee or of the designee's spouse.~~ The
1816  designee shall provide to the supervisor the written
1817  authorization by the voter ~~elector~~ and a picture identification
1818  of the designee and must complete an affidavit. The designee
1819  shall state in the affidavit that the designee is authorized by
1820  the voter ~~elector~~ to pick up that ballot and shall indicate if
1821  the voter ~~elector~~ is a member of the designee's immediate family
1822  and, if so, the relationship. The department shall prescribe the
1823  form of the affidavit. If the supervisor is satisfied that the
1824  designee is authorized to pick up the ballot and that the
1825  signature of the voter ~~elector~~ on the written authorization
1826  matches the signature of the voter ~~elector~~ on file, the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087577

 880856

594-03953-23

1827  supervisor must ~~shall~~ give the ballot to that designee for
1828  delivery to the voter ~~elector~~.
1829      5. Except as provided in s. 101.655, the supervisor may not
1830  deliver a vote-by-mail ballot to a voter ~~an elector~~ or a voter's
1831  designee pursuant to subparagraph 3. or subparagraph 4.,
1832  respectively, during the mandatory early voting period and up to
1833  7 p.m. on election day, ~~an elector's immediate family member on~~
1834  ~~the day of the election~~ unless there is an emergency, to the
1835  extent that the voter ~~elector~~ will be unable to go to a
1836  designated early voting site in his or her county or to his or
1837  her assigned polling place on election day. If a vote-by-mail
1838  ballot is delivered, the voter ~~elector~~ or his or her designee
1839  must ~~shall~~ execute an affidavit affirming to the facts which
1840  allow for delivery of the vote-by-mail ballot. The department
1841  shall adopt a rule providing for the form of the affidavit.
1842      (4)~~(5)~~ SPECIAL CIRCUMSTANCES.—If the department is unable
1843  to certify candidates for an election in time to comply with
1844  paragraph (3)(a) ~~(4)(a)~~, the Department of State is authorized
1845  to prescribe rules for a ballot to be sent to absent uniformed
1846  services voters and overseas voters.
1847      (5)~~(6)~~ MATERIALS.—Only the materials necessary to vote by
1848  mail may be mailed or delivered with any vote-by-mail ballot.
1849      (6)~~(7)~~ PROHIBITION.—Except as expressly authorized for
1850  voters having a disability under s. 101.662, for overseas voters
1851  under s. 101.697, or for local referenda under ss. 101.6102 and
1852  101.6103, a county, municipality, or state agency may not send a
1853  vote-by-mail ballot to a voter unless the voter has requested a
1854  vote-by-mail ballot in the manner authorized under this section.
1855      Section 25. Subsection (1) of section 101.67, Florida

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087578

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1856  Statutes, is amended to read:
1857       101.67 Safekeeping of mailed ballots; deadline for
1858  receiving vote-by-mail ballots.—
1859       (1)(a) The supervisor of elections shall safely keep in his
1860  or her office any envelopes received containing marked ballots
1861  of absent electors, and he or she shall, before the canvassing
1862  of the election returns, deliver the envelopes to the county
1863  canvassing board along with his or her file or list kept
1864  regarding said ballots.
1865       (b) To the extent practicable, the supervisor of elections
1866  shall segregate any vote-by-mail ballots received from a person
1867  to whom notice has been sent pursuant to s. 98.075(7), but for
1868  whom a final determination of eligibility has not been made, and
1869  shall treat them as provisional ballots for individual review by
1870  the county canvassing board. The supervisor shall attempt to
1871  contact each voter whose ballot has been set aside under this
1872  paragraph in the same manner as if the voter had voted a
1873  provisional ballot under s. 101.048.
1874       Section 26. Subsection (1) of section 101.68, Florida
1875  Statutes, is amended to read:
1876       101.68 Canvassing of vote-by-mail ballot.—
1877       (1)(a) The supervisor of the county where the absent
1878  elector resides shall receive the voted ballot, at which time
1879  the supervisor shall compare the signature of the elector on the
1880  voter's certificate with the signature of the elector in the
1881  registration books or the precinct register to determine whether
1882  the elector is duly registered in the county and must record on
1883  the elector's registration record that the elector has voted.
1884  During the signature comparison process, the supervisor may not

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087579

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1885  use any knowledge of the political affiliation of the <u>elector</u>
1886  <s>voter</s> whose signature is subject to verification.

1887      <u>(b)</u> An elector who dies after casting a vote-by-mail ballot
1888  but on or before election day shall remain listed in the
1889  registration books until the results have been certified for the
1890  election in which the ballot was cast. The supervisor shall
1891  safely keep the ballot unopened in his or her office until the
1892  county canvassing board canvasses the vote <u>pursuant to</u>
1893  <u>subsection (2)</u>.

1894      <u>(c) If two or more vote-by-mail ballots for the same</u>
1895  <u>election are returned in one mailing envelope, the ballots may</u>
1896  <u>not be counted.</u>

1897      <u>(d)</u> Except as provided in subsection (4), after a vote-by-
1898  mail ballot is received by the supervisor, the ballot is deemed
1899  to have been cast, and changes or additions may not be made to
1900  the voter's certificate.

1901      Section 27. Section 101.6923, Florida Statutes, is amended
1902  to read:

1903      101.6923 Special vote-by-mail ballot instructions for
1904  certain first-time voters.—

1905      (1) <u>This section applies</u> <s>The provisions of this section</s>
1906  <s>apply</s> to voters who are subject to <s>the provisions of</s> s. 97.0535
1907  and who have not provided the identification or information
1908  required by s. 97.0535 by the time the vote-by-mail ballot is
1909  mailed.

1910      (2) A voter covered by this section <u>must</u> <s>shall</s> be provided
1911  with printed instructions with his or her vote-by-mail ballot in
1912  substantially the following form:

1913

Page 66 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1914          READ THESE INSTRUCTIONS CAREFULLY BEFORE MARKING YOUR
1915          BALLOT. FAILURE TO FOLLOW THESE INSTRUCTIONS MAY CAUSE
1916          YOUR BALLOT NOT TO COUNT.
1917

1918          1. In order to ensure that your vote-by-mail ballot will be
1919    counted, it should be completed and returned as soon as possible
1920    so that it can reach the supervisor of elections of the county
1921    in which your precinct is located no later than 7 p.m. on the
1922    date of the election. However, if you are an overseas voter
1923    casting a ballot in a presidential preference primary or general
1924    election, your vote-by-mail ballot must be postmarked or dated
1925    no later than the date of the election and received by the
1926    supervisor of elections of the county in which you are
1927    registered to vote no later than 10 days after the date of the
1928    election. Note that the later you return your ballot, the less
1929    time you will have to cure signature deficiencies, which is
1930    authorized until 5 p.m. local time on the 2nd day after the
1931    election.
1932          2. Mark your ballot in secret as instructed on the ballot.
1933    You must mark your own ballot unless you are unable to do so
1934    because of blindness, disability, or inability to read or write.
1935          3. Mark only the number of candidates or issue choices for
1936    a race as indicated on the ballot. If you are allowed to "Vote
1937    for One" candidate and you vote for more than one, your vote in
1938    that race will not be counted.
1939          4. Place your marked ballot in the enclosed secrecy
1940    envelope and seal the envelope.
1941          5. Insert the secrecy envelope into the enclosed envelope
1942    bearing the Voter's Certificate. Seal the envelope and

Page 67 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                          SB7050-SOS-00087581

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1943 completely fill out the Voter's Certificate on the back of the
1944 envelope.
1945        a. You must sign your name on the line above (Voter's
1946 Signature).
1947        b. If you are an overseas voter, you must include the date
1948 you signed the Voter's Certificate on the line above (Date) or
1949 your ballot may not be counted.
1950        c. A vote-by-mail ballot will be considered illegal and
1951 will not be counted if the signature on the Voter's Certificate
1952 does not match the signature on record. The signature on file at
1953 the start of the canvass of the vote-by-mail ballots is the
1954 signature that will be used to verify your signature on the
1955 Voter's Certificate. If you need to update your signature for
1956 this election, send your signature update on a voter
1957 registration application to your supervisor of elections so that
1958 it is received before your vote-by-mail ballot is received.
1959        6. Unless you meet one of the exemptions in Item 7., you
1960 must make a copy of one of the following forms of
1961 identification:
1962        a. Identification which must include your name and
1963 photograph: United States passport; debit or credit card;
1964 military identification; student identification; retirement
1965 center identification; neighborhood association identification;
1966 public assistance identification; veteran health identification
1967 card issued by the United States Department of Veterans Affairs;
1968 a Florida license to carry a concealed weapon or firearm; or an
1969 employee identification card issued by any branch, department,
1970 agency, or entity of the Federal Government, the state, a
1971 county, or a municipality; or

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087582

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

1972        b. Identification which shows your name and current
1973 residence address: current utility bill, bank statement,
1974 government check, paycheck, or government document (excluding
1975 voter information card).
1976        7. The identification requirements of Item 6. do not apply
1977 if you meet one of the following requirements:
1978        a. You are 65 years of age or older.
1979        b. You have a temporary or permanent physical disability.
1980        c. You are a member of a uniformed service on active duty
1981 who, by reason of such active duty, will be absent from the
1982 county on election day.
1983        d. You are a member of the Merchant Marine who, by reason
1984 of service in the Merchant Marine, will be absent from the
1985 county on election day.
1986        e. You are the spouse or dependent of a member referred to
1987 in paragraph c. or paragraph d. who, by reason of the active
1988 duty or service of the member, will be absent from the county on
1989 election day.
1990        f. You are currently residing outside the United States.
1991        8. Place the envelope bearing the Voter's Certificate into
1992 the mailing envelope addressed to the supervisor. Insert a copy
1993 of your identification in the mailing envelope. DO NOT PUT YOUR
1994 IDENTIFICATION INSIDE THE SECRECY ENVELOPE WITH THE BALLOT OR
1995 INSIDE THE ENVELOPE WHICH BEARS THE VOTER'S CERTIFICATE OR YOUR
1996 BALLOT WILL NOT COUNT.
1997        9. Mail, deliver, or have delivered the completed mailing
1998 envelope. Be sure there is sufficient postage if mailed.
1999        10. FELONY NOTICE. It is a felony under Florida law to
2000 accept any gift, payment, or gratuity in exchange for your vote

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087583

Florida Senate - 2023                  PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2001  for a candidate. It is also a felony under Florida law to vote
2002  in an election using a false identity or false address, or under
2003  any other circumstances making your ballot false or fraudulent.
2004      Section 28. Subsections (1) and (3) of section 101.6925,
2005  Florida Statutes, are amended to read:
2006      101.6925 Canvassing special vote-by-mail ballots.—
2007      (1) The supervisor of the county where the voter ~~absent~~
2008  ~~elector~~ resides shall receive the voted special vote-by-mail
2009  ballot, at which time the mailing envelope must ~~shall~~ be opened
2010  to determine if the voter has enclosed the identification
2011  required or has indicated on the Voter's Certificate that he or
2012  she is exempt from the identification requirements.
2013      (3) If the identification is not enclosed in the mailing
2014  envelope and the voter has not indicated that he or she is
2015  exempt from the identification requirements, the supervisor must
2016  ~~shall~~ check the voter registration records to determine if the
2017  voter's identification was previously received or the voter had
2018  previously notified the supervisor that he or she was exempt.
2019  The envelope with the Voter's Certificate may ~~shall~~ not be
2020  opened unless the identification has been received or the voter
2021  has indicated that he or she is exempt. The ballot must ~~shall~~ be
2022  treated as a provisional ballot and may ~~until 7 p.m. on election~~
2023  ~~day and shall~~ not be canvassed unless the supervisor has
2024  received the required identification or written indication of
2025  exemption by 5 ~~7~~ p.m. local time on the 2nd day following the ~~on~~
2026  election ~~day~~.
2027      Section 29. Subsection (1) of section 101.694, Florida
2028  Statutes, is amended to read:
2029      101.694 Mailing of ballots upon receipt of federal postcard

Page 70 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087584

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2059  give notice of the change of the polling place for the precinct
2060  involved, with clear description of the voting place to which
2061  changed, by publication on the county's website as provided in
2062  s. 50.0311, on the supervisor's website, or at least once in a
2063  newspaper of general circulation in the county and on the
2064  supervisor of elections' website. A notice of the change of the
2065  polling place involved shall be mailed, at least 14 days before
2066  prior to an election, to each registered elector or to each
2067  household in which there is a registered elector.
2068        Section 31. Subsection (2) of section 101.733, Florida
2069  Statutes, is amended to read:
2070        101.733 Election emergency; purpose; elections emergency
2071  contingency plan.—Because of the existing and continuing
2072  possibility of an emergency or common disaster occurring before
2073  or during a regularly scheduled or special election, and in
2074  order to ensure maximum citizen participation in the electoral
2075  process and provide a safe and orderly procedure for persons
2076  seeking to exercise their right to vote, generally to minimize
2077  to whatever degree possible a person's exposure to danger during
2078  declared states of emergency, and to protect the integrity of
2079  the electoral process, it is hereby found and declared to be
2080  necessary to designate a procedure for the emergency suspension
2081  or delay and rescheduling of elections.
2082        (2) The Governor, upon consultation with the Secretary of
2083  State, shall reschedule any election suspended or delayed due to
2084  an emergency. The election shall be held within 10 days after
2085  the date of the suspended or delayed election or as soon
2086  thereafter as is practicable. Notice of the election must shall
2087  be published on the affected county's website as provided in s.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087586

Florida Senate - 2023        PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2088  50.0311, on the affected supervisor's website, or at least once
2089  in a newspaper of general circulation in the affected area and,
2090  where practicable, broadcast as a public service announcement on
2091  radio and television stations at least 1 week before ~~prior to~~
2092  the date the election is to be held.
2093       Section 32. Subsection (2) of section 102.111, Florida
2094  Statutes, is amended to read:
2095       102.111 Elections Canvassing Commission.—
2096       (2) The Elections Canvassing Commission shall meet at 8 ~~9~~
2097  a.m. on the 9th day after a primary election and at 8 ~~9~~ a.m. on
2098  the 14th day after a general election to certify the returns of
2099  the election for each federal, state, and multicounty office. If
2100  a member of a county canvassing board that was constituted
2101  pursuant to s. 102.141 determines, within 5 days after the
2102  certification by the Elections Canvassing Commission, that a
2103  typographical error occurred in the official returns of the
2104  county, the correction of which could result in a change in the
2105  outcome of an election, the county canvassing board must certify
2106  corrected returns to the Department of State within 24 hours,
2107  and the Elections Canvassing Commission must correct and
2108  recertify the election returns as soon as practicable.
2109       Section 33. Subsection (2) of section 102.112, Florida
2110  Statutes, is amended to read:
2111       102.112 Deadline for submission of county returns to the
2112  Department of State.—
2113       (2) Returns must be filed no later than noon ~~by 5 p.m.~~ on
2114  the 8th ~~7th~~ day following a primary election and no later than
2115  ~~by~~ noon on the 13th ~~12th~~ day following the general election.
2116  However, the Department of State may correct typographical

4/19/2023 7:40:20 AM

CONFIDENTIAL                                  SB7050-SOS-00087587



594-03953-23

2117 errors, including the transposition of numbers, in any returns
2118 submitted to the Department of State pursuant to s. 102.111(2).
2119     Section 34. Subsection (1), paragraph (b) of subsection
2120 (2), and subsection (10) of section 102.141, Florida Statutes,
2121 are amended to read:
2122     102.141 County canvassing board; duties.—
2123     (1) The county canvassing board shall be composed of the
2124 supervisor of elections; a county court judge, who shall act as
2125 chair; and the chair of the board of county commissioners. The
2126 names of the canvassing board members must be published on the
2127 supervisor's website upon completion of the logic and accuracy
2128 test. At least two alternate canvassing board members must be
2129 appointed pursuant to paragraph (e). In the event any member of
2130 the county canvassing board is unable to serve, is a candidate
2131 who has opposition in the election being canvassed, or is an
2132 active participant in the campaign or candidacy of any candidate
2133 who has opposition in the election being canvassed, such member
2134 shall be replaced as follows:
2135     (a) If a no county court judge is unable able to serve or
2136 if all are disqualified, the chief judge of the judicial circuit
2137 in which the county is located must shall appoint as a
2138 substitute member a qualified elector of the county who is not a
2139 candidate with opposition in the election being canvassed and
2140 who is not an active participant in the campaign or candidacy of
2141 any candidate with opposition in the election being canvassed.
2142 In such event, the members of the county canvassing board shall
2143 meet and elect a chair.
2144     (b) If the supervisor of elections is unable to serve or is
2145 disqualified, the chair of the board of county commissioners

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                        SB7050-SOS-00087588

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2146  must ~~shall~~ appoint as a substitute member a member of the board
2147  of county commissioners who is not a candidate with opposition
2148  in the election being canvassed and who is not an active
2149  participant in the campaign or candidacy of any candidate with
2150  opposition in the election being canvassed. The supervisor,
2151  however, shall act in an advisory capacity to the canvassing
2152  board.
2153      (c) If the chair of the board of county commissioners is
2154  unable to serve or is disqualified, the board of county
2155  commissioners must ~~shall~~ appoint as a substitute member one of
2156  its members who is not a candidate with opposition in the
2157  election being canvassed and who is not an active participant in
2158  the campaign or candidacy of any candidate with opposition in
2159  the election being canvassed.
2160      (d) If a substitute member or alternate member cannot be
2161  appointed as provided elsewhere in this subsection, or in the
2162  event of a vacancy in such office, the chief judge of the
2163  judicial circuit in which the county is located must ~~shall~~
2164  appoint as a substitute member or alternate member a qualified
2165  elector of the county who is not a candidate with opposition in
2166  the election being canvassed and who is not an active
2167  participant in the campaign or candidacy of any candidate with
2168  opposition in the election being canvassed.
2169      (e)1. The chief judge of the judicial circuit in which the
2170  county is located shall appoint a county court judge as an
2171  alternate member of the county canvassing board or, if each
2172  county court judge is unable to serve or is disqualified, shall
2173  appoint an alternate member who is qualified to serve as a
2174  substitute member under paragraph (a). Any alternate may serve

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087589

Florida Senate - 2023        PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2175 in any seat.

2176    2. The chair of the board of county commissioners shall
2177 appoint a member of the board of county commissioners as an
2178 alternate member of the county canvassing board or, if each
2179 member of the board of county commissioners is unable to serve
2180 or is disqualified, shall appoint an alternate member who is
2181 qualified to serve as a substitute member under paragraph (d).

2182    3. If a member of the county canvassing board is unable to
2183 participate in a meeting of the board, the chair of the county
2184 canvassing board or his or her designee must shall designate
2185 which alternate member will serve as a member of the board in
2186 the place of the member who is unable to participate at that
2187 meeting.

2188    4. If not serving as one of the three members of the county
2189 canvassing board, an alternate member may be present, observe,
2190 and communicate with the three members constituting the county
2191 canvassing board, but may not vote in the board's decisions or
2192 determinations.

2193    (2)

2194    (b) Public notice of the canvassing board members,
2195 alternates, time, and place at which the county canvassing board
2196 shall meet to canvass the absent electors' ballots and
2197 provisional ballots must be given at least 48 hours prior
2198 thereto by publication on the county's website as provided in s.
2199 50.0311, on the supervisor's website, or and published in one or
2200 more newspapers of general circulation in the county. or, If the
2201 applicable website becomes unavailable or there is no newspaper
2202 of general circulation in the county, the notice must be posted
2203 by posting such notice in at least four conspicuous places in

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087590

 880856

594-03953-23

2204 the county. The time given in the notice as to the convening of
2205 the meeting of the county canvassing board must be specific and
2206 may not be a time period during which the board may meet.

2207     (10)(a) The supervisor ~~At the same time that the official~~
2208 ~~results of an election are certified to the Department of State,~~
2209 ~~the county canvassing board~~ shall file a report with the
2210 Division of Elections on the conduct of the election no later
2211 than 20 business days after the Elections Canvassing Commission
2212 certifies the election. The report must, at a minimum, describe
2213 all of the following:

2214     1. All equipment or software malfunctions at the precinct
2215 level, at a counting location, or within computer and
2216 telecommunications networks supporting a county location, and
2217 the steps that were taken to address the malfunctions.~~;~~

2218     2. All election definition errors that were discovered
2219 after the logic and accuracy test, and the steps that were taken
2220 to address the errors.~~;~~

2221     3. All ballot printing errors, vote-by-mail ballot mailing
2222 errors, or ballot supply problems, and the steps that were taken
2223 to address the errors or problems.~~;~~

2224     4. All staffing shortages or procedural violations by
2225 employees or precinct workers which were addressed by the
2226 supervisor of elections or the county canvassing board during
2227 the conduct of the election, and the steps that were taken to
2228 correct such issues.~~;~~

2229     5. All instances where needs for staffing or equipment were
2230 insufficient to meet the needs of the voters.~~; and~~

2231     6. Any additional information regarding material issues or
2232 problems associated with the conduct of the election.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087591

Florida Senate - 2023                     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2233        (b) If a supervisor discovers new or additional information
2234 on any of the items required to be included in the report
2235 pursuant to paragraph (a) after the report is filed, the
2236 supervisor must shall notify the division that new information
2237 has been discovered no later than the next business day after
2238 the discovery, and the supervisor must shall file an amended
2239 report signed by the supervisor of elections on the conduct of
2240 the election within 10 days after the discovery.

2241        (c) Such reports must shall be maintained on file in the
2242 Division of Elections and must shall be available for public
2243 inspection.

2244        (d) The division shall review the conduct of election
2245 reports utilize the reports submitted by the canvassing boards
2246 to determine what problems may be likely to occur in other
2247 elections and disseminate such information, along with possible
2248 solutions and training, to the supervisors of elections.

2249        (e) The department shall submit the analysis of these
2250 reports for the general election as part of the consolidated
2251 reports required under ss. 101.591 and 101.595 to the Governor,
2252 the President of the Senate, and the Speaker of the House of
2253 Representatives by February 15 of each year following a general
2254 election.

2255        Section 35. Section 103.021, Florida Statutes, is amended
2256 to read:

2257        103.021 Nomination for presidential electors.—Candidates
2258 for presidential electors shall be nominated in the following
2259 manner:

2260        (1)(a) The Governor shall nominate the presidential
2261 electors of each political party. The state executive committee

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087592

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2262 of each political party shall by resolution recommend candidates
2263 for presidential electors and deliver a certified copy thereof
2264 to the Governor no later than noon on August 24 before September
2265 1 of each presidential election year. The Governor shall
2266 nominate only the electors recommended by the state executive
2267 committee of the respective political party.

2268     (b) The state executive committee of each political party
2269 shall submit the Florida voter registration number and contact
2270 information of each presidential elector. Each such presidential
2271 elector must shall be a qualified registered voter of this state
2272 and member elector of the party he or she represents who has
2273 taken a written an oath that he or she will vote for the
2274 candidates of the party that he or she is nominated to
2275 represent.

2276     (c) The Governor shall certify to the Department of State
2277 no later than 5 p.m. on August 24 or before September 1, in each
2278 presidential election year, the names of a number of electors
2279 for each political party equal to the number of senators and
2280 representatives which this state has in Congress.

2281     (2) The names of the presidential electors may shall not be
2282 printed on the general election ballot, but the names of the
2283 actual candidates for President and Vice President for whom the
2284 presidential electors will vote if elected must shall be printed
2285 on the ballot in the order in which the party of which the
2286 candidate is a nominee polled the highest number of votes for
2287 Governor in the last general election.

2288     (3) Candidates for President and Vice President with no
2289 party affiliation may have their names printed on the general
2290 election ballots if a petition is signed by 1 percent of the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087593

 880856

594-03953-23

2291 registered voters electors of this state, as shown by the
2292 compilation by the Department of State for the last preceding
2293 general election. A separate petition from each county for which
2294 signatures are solicited shall be submitted to the supervisor of
2295 elections of the respective county no later than noon on July 15
2296 of each presidential election year. The supervisor shall check
2297 the names and, on or before the date of the primary election,
2298 shall certify the number shown as registered voters electors of
2299 the county. The supervisor shall be paid by the person
2300 requesting the certification the cost of checking the petitions
2301 as prescribed in s. 99.097. The supervisor shall then forward
2302 the certificate to the Department of State which shall determine
2303 whether or not the percentage factor required in this section
2304 has been met. When the percentage factor required in this
2305 section has been met, the Department of State shall order the
2306 names of the candidates for whom the petition was circulated to
2307 be included on the ballot and shall allow permit the required
2308 number of persons to be certified as presidential electors in
2309 the same manner as party candidates.
2310     (4)(a) A minor political party that is affiliated with a
2311 national party holding a national convention to nominate
2312 candidates for President and Vice President of the United States
2313 may have the names of its candidates for President and Vice
2314 President of the United States printed on the general election
2315 ballot by filing with the Department of State a certificate
2316 naming the candidates for President and Vice President and
2317 listing the required number of persons to serve as presidential
2318 electors. Notification to the Department of State under this
2319 subsection must shall be made no later than 5 p.m. on August 24

4/19/2023 7:40:20 AM

CONFIDENTIAL     SB7050-SOS-00087594

Florida Senate - 2023     PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2320  ~~by September 1~~ of the year in which the general election is
2321  held. When the Department of State has been so notified, it
2322  shall order the names of the candidates nominated by the minor
2323  political party to be included on the ballot and shall allow
2324  ~~permit~~ the required number of persons to be certified as
2325  presidential electors in the same manner as other party
2326  candidates. As used in this section, the term "national party"
2327  means a political party that is registered with and recognized
2328  as a qualified national committee of a political party by the
2329  Federal Election Commission.

2330      (b) A minor political party that is not affiliated with a
2331  national party holding a national convention to nominate
2332  candidates for President and Vice President of the United States
2333  may have the names of its candidates for President and Vice
2334  President printed on the general election ballot if a petition
2335  is signed by 1 percent of the registered voters ~~electors~~ of this
2336  state, as shown by the compilation by the Department of State
2337  for the preceding general election. A separate petition from
2338  each county for which signatures are solicited must ~~shall~~ be
2339  submitted to the supervisors of elections of the respective
2340  county no later than noon on July 15 of each presidential
2341  election year. The supervisor shall check the names and, on or
2342  before the date of the primary election, shall certify the
2343  number shown as registered voters ~~electors~~ of the county. The
2344  supervisor shall be paid by the person requesting the
2345  certification the cost of checking the petitions as prescribed
2346  in s. 99.097. The supervisor shall then forward the certificate
2347  to the Department of State, which shall determine whether or not
2348  the percentage factor required in this section has been met.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087595



880856

594-03953-23

2349  When the percentage factor required in this section has been
2350  met, the Department of State shall order the names of the
2351  candidates for whom the petition was circulated to be included
2352  on the ballot and shall allow ~~permit~~ the required number of
2353  persons to be certified as presidential electors in the same
2354  manner as other party candidates.

2355       (5) When for any reason a person nominated or elected as a
2356  presidential elector is unable to serve because of death,
2357  incapacity, or otherwise, the Governor may appoint a person to
2358  fill such vacancy who possesses the qualifications required for
2359  the elector to have been nominated in the first instance. Such
2360  person shall file with the Governor a written ~~an~~ oath that he or
2361  she will support the same candidates for President and Vice
2362  President that the person who is unable to serve was committed
2363  to support.

2364       (6) A presidential elector's refusal or failure to vote for
2365  the candidates for President and Vice President of the party the
2366  presidential elector was nominated to represent constitutes his
2367  or her resignation of the position. The vote he or she cast may
2368  not be recorded, and his or her position as a presidential
2369  elector must be filled as provided in subsection (5).

2370       Section 36. Section 103.022, Florida Statutes, is amended
2371  to read:

2372       103.022 Write-in candidates for President and Vice
2373  President.—

2374       (1) Persons seeking to qualify for election as write-in
2375  candidates for President and Vice President of the United States
2376  may have a blank space provided on the general election ballot
2377  for their names to be written in by filing an oath with the

4/19/2023 7:40:20 AM

CONFIDENTIAL                                         SB7050-SOS-00087596

Florida Senate - 2023                PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2378  Department of State at any time after the 57th day, but before
2379  noon of the 49th day, before ~~prior to~~ the date of the primary
2380  election in the year in which a presidential election is held.
2381      (2) The Department of State shall prescribe the form to be
2382  used in administering the oath.
2383      (3) The write-in candidates shall file with the department
2384  a certificate naming the required number of persons to serve as
2385  electors. The write-in candidates shall submit the Florida voter
2386  registration number and contact information for each
2387  presidential elector. Each presidential elector must be a
2388  qualified registered voter of this state. Such write-in
2389  candidates are ~~shall~~ not be entitled to have their names on the
2390  ballot.
2391      Section 37. Subsection (4) of section 103.091, Florida
2392  Statutes, is amended to read:
2393      103.091 Political parties.—
2394      (4) Any political party other than a minor political party
2395  may by rule provide for the membership of its state or county
2396  executive committee to be elected for 4-year terms at the
2397  primary election in each year a presidential election is held.
2398  The terms ~~shall~~ commence on the first day of the month following
2399  each presidential general election; but the names of candidates
2400  for political party offices may ~~shall~~ not be placed on the
2401  ballot at any other election. The results of such election are
2402  ~~shall be~~ determined by a plurality of the votes cast. In such
2403  event, electors seeking to qualify for such office shall do so
2404  with the Department of State or supervisor of elections not
2405  earlier than noon of the 71st day, or later than noon of the
2406  67th day, preceding the primary election. A qualifying office

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087597

Florida Senate - 2023   PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2407 may accept and hold qualifying papers submitted not earlier than
2408 14 days before the beginning of the qualifying period, to be
2409 processed and filed during the qualifying period. The outgoing
2410 chair of each county executive committee shall, within 30 days
2411 after the committee members take office, hold an organizational
2412 meeting of all newly elected members for the purpose of electing
2413 officers. The chair of each state executive committee shall,
2414 within 60 days after the committee members take office, hold an
2415 organizational meeting of all newly elected members for the
2416 purpose of electing officers.
2417     Section 38. Section 104.16, Florida Statutes, is amended to
2418 read:
2419     104.16 Voting fraudulent ballot.—
2420     (1) Any elector who knowingly votes or attempts to vote a
2421 fraudulent ballot, or any person who knowingly solicits, or
2422 attempts, to vote a fraudulent ballot, is guilty of a felony of
2423 the third degree, punishable as provided in s. 775.082, s.
2424 775.083, or s. 775.084.
2425     (2) Subsection (1) does not apply to an elector to whom
2426 notice has been sent pursuant to s. 98.075(7) and who votes a
2427 provisional ballot or vote-by-mail ballot before a final
2428 determination of eligibility is made.
2429     Section 39. Section 104.18, Florida Statutes, is amended to
2430 read:
2431     104.18 Casting more than one ballot at any election.—
2432     (1) Except as provided in s. 101.6952, whoever willfully
2433 votes more than one ballot at any election commits a felony of
2434 the third degree, punishable as provided in s. 775.082, s.
2435 775.083, or s. 775.084. In any prosecution under this section,

4/19/2023 7:40:20 AM

CONFIDENTIAL   SB7050-SOS-00087598

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2436  the prosecution may proceed in any jurisdiction in which one of
2437  the ballots was willfully cast, and it is not necessary to prove
2438  which of the ballots was cast first.
2439      (2) For purposes of this section, the term "votes more than
2440  one ballot at any election" means an occurrence of any of the
2441  following:
2442      (a) Voting more than once in the same election within a
2443  county located within this state.
2444      (b) Voting more than once in the same election by voting in
2445  two or more counties located in this state.
2446      (c) Voting more than once in the same election by voting in
2447  this state and in one or more other states or territories of the
2448  United States.
2449      Section 40. Subsection (1) of section 104.42, Florida
2450  Statutes, is amended to read:
2451      104.42 Fraudulent registration and illegal voting;
2452  investigation.—
2453      (1) The supervisor of elections is authorized to
2454  investigate fraudulent registrations and illegal voting and to
2455  report his or her findings to the local state attorney and the
2456  Office of Election Crimes and Security ~~Florida Elections~~
2457  ~~Commission~~.
2458      Section 41. Paragraph (c) is added to subsection (4) of
2459  section 105.031, Florida Statutes, to read:
2460      105.031 Qualification; filing fee; candidate's oath; items
2461  required to be filed.—
2462      (4) CANDIDATE'S OATH.—
2463      (c) In addition, each candidate for judicial office shall,
2464  at the time of subscribing to the oath or affirmation, state in

4/19/2023 7:40:20 AM

CONFIDENTIAL                                              SB7050-SOS-00087599

 880856

594-03953-23

2465  writing whether he or she owes any outstanding fines, fees, or
2466  penalties that cumulatively exceed $250 for any violations of s.
2467  8, Art. II of the State Constitution, the Code of Ethics for
2468  Public Officers and Employees under part III of chapter 112, any
2469  local ethics ordinance governing standards of conduct and
2470  disclosure requirements, or chapter 106. If the candidate owes
2471  any outstanding fines, fees, or penalties exceeding the
2472  threshold amount specified in this paragraph, he or she must
2473  also specify the amount owed and each entity that levied such
2474  fine, fee, or penalty. For purposes of this paragraph, any such
2475  fines, fees, or penalties that have been paid in full at the
2476  time of subscribing to the oath or affirmation are not deemed to
2477  be outstanding.
2478      Section 42. Subsection (1) and paragraph (c) of subsection
2479  (8) of section 106.07, Florida Statutes, are amended to read:
2480      106.07 Reports; certification and filing.—
2481      (1) Each campaign treasurer designated by a candidate or
2482  political committee pursuant to s. 106.021 shall file regular
2483  reports of all contributions received, and all expenditures
2484  made, by or on behalf of such candidate or political committee.
2485  Except for the third calendar quarter immediately preceding a
2486  general election as provided in paragraphs (a) and (b), reports
2487  must shall be filed on the 10th day following the end of each
2488  calendar quarter month from the time the campaign treasurer is
2489  appointed, except that, if the 10th day following the end of a
2490  calendar quarter month occurs on a Saturday, Sunday, or legal
2491  holiday, the report must shall be filed on the next following
2492  day that is not a Saturday, Sunday, or legal holiday. Quarterly
2493  Monthly reports must shall include all contributions received

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087600

Florida Senate - 2023                    PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2494 and expenditures made during the calendar quarter ~~month~~ which
2495 have not otherwise been reported pursuant to this section.

2496     (a) A statewide candidate or a political committee required
2497 to file reports with the division must file reports:

2498     1. On the 60th day immediately preceding the primary
2499 election, and each week thereafter, with the last weekly report
2500 being filed on the 4th day immediately preceding the general
2501 election.

2502     2. On the 10th day immediately preceding the general
2503 election, and each day thereafter, with the last daily report
2504 being filed the 5th day immediately preceding the general
2505 election.

2506     (b) Any other candidate or a political committee required
2507 to file reports with a filing officer other than the division
2508 must file reports on the 60th day immediately preceding the
2509 primary election, and biweekly on each Friday thereafter through
2510 and including the 4th day immediately preceding the general
2511 election, with additional reports due on the 25th and 11th days
2512 before the primary election and the general election.

2513     (c) Following the last day of qualifying for office, any
2514 unopposed candidate need only file a report within 90 days after
2515 the date such candidate became unopposed. Such report shall
2516 contain all previously unreported contributions and expenditures
2517 as required by this section and shall reflect disposition of
2518 funds as required by s. 106.141.

2519     (d)1. When a special election is called to fill a vacancy
2520 in office, all political committees making contributions or
2521 expenditures to influence the results of such special election
2522 or the preceding special primary election shall file campaign

4/19/2023 7:40:20 AM

CONFIDENTIAL                                      SB7050-SOS-00087601

 880856

594-03953-23

2523 treasurers' reports with the filing officer on the dates set by
2524 the Department of State pursuant to s. 100.111.
2525     2. When an election is called for an issue to appear on the
2526 ballot at a time when no candidates are scheduled to appear on
2527 the ballot, all political committees making contributions or
2528 expenditures in support of or in opposition to such issue shall
2529 file reports on the 18th and 4th days before such election.
2530     (e) The filing officer shall provide each candidate with a
2531 schedule designating the beginning and end of reporting periods
2532 as well as the corresponding designated due dates.
2533     (f) A county, a municipality, or any other local
2534 governmental entity is expressly preempted from enacting or
2535 adopting a reporting schedule that differs from the requirements
2536 established in this subsection.
2537     (8)
2538     (c) Any candidate or chair of a political committee may
2539 appeal or dispute the fine, based upon, but not limited to,
2540 unusual circumstances surrounding the failure to file on the
2541 designated due date, and may request and shall be entitled to a
2542 hearing before the Florida Elections Commission, which shall
2543 have the authority to waive the fine in whole or in part. The
2544 Florida Elections Commission must consider the mitigating and
2545 aggravating circumstances contained in s. 106.265(3) s.
2546 106.265(2) when determining the amount of a fine, if any, to be
2547 waived. Any such request shall be made within 20 days after
2548 receipt of the notice of payment due. In such case, the
2549 candidate or chair of the political committee shall, within the
2550 20-day period, notify the filing officer in writing of his or
2551 her intention to bring the matter before the commission.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                    SB7050-SOS-00087602

 880856

594-03953-23

2552      Section 43. Paragraph (c) of subsection (7) of section
2553 106.0702, Florida Statutes, is amended to read:
2554      106.0702 Reporting; political party executive committee
2555 candidates.—
2556      (7)
2557      (c) A reporting individual may appeal or dispute the fine,
2558 based upon, but not limited to, unusual circumstances
2559 surrounding the failure to file on the designated due date, and
2560 may request and is entitled to a hearing before the Florida
2561 Elections Commission, which has the authority to waive the fine
2562 in whole or in part. The Florida Elections Commission must
2563 consider the mitigating and aggravating circumstances contained
2564 in s. 106.265(3) s. 106.265(2) when determining the amount of a
2565 fine, if any, to be waived. Any such request shall be made
2566 within 20 days after receipt of the notice of payment due. In
2567 such case, the reporting individual must, within 20 days after
2568 receipt of the notice, notify the supervisor in writing of his
2569 or her intention to bring the matter before the commission.
2570      Section 44. Paragraph (a) of subsection (1) and paragraph
2571 (c) of subsection (7) of section 106.0703, Florida Statutes, are
2572 amended to read:
2573      106.0703 Electioneering communications organizations;
2574 reporting requirements; certification and filing; penalties.—
2575      (1)(a) Each electioneering communications organization
2576 shall file regular reports of all contributions received and all
2577 expenditures made by or on behalf of the organization. Except
2578 for the third calendar quarter immediately preceding a general
2579 election as provided in paragraphs (b) and (c), reports must be
2580 filed on the 10th day following the end of each calendar quarter

4/19/2023 7:40:20 AM

CONFIDENTIAL                                          SB7050-SOS-00087603

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2581 month from the time the organization is registered. However, if
2582 the 10th day following the end of a calendar quarter month
2583 occurs on a Saturday, Sunday, or legal holiday, the report must
2584 be filed on the next following day that is not a Saturday,
2585 Sunday, or legal holiday. Quarterly Monthly reports must include
2586 all contributions received and expenditures made during the
2587 calendar quarter month that have not otherwise been reported
2588 pursuant to this section.

2589      (7)

2590      (c) The treasurer of an electioneering communications
2591 organization may appeal or dispute the fine, based upon, but not
2592 limited to, unusual circumstances surrounding the failure to
2593 file on the designated due date, and may request and shall be
2594 entitled to a hearing before the Florida Elections Commission,
2595 which shall have the authority to waive the fine in whole or in
2596 part. The Florida Elections Commission must consider the
2597 mitigating and aggravating circumstances contained in s.
2598 106.265(3) s. 106.265(2) when determining the amount of a fine,
2599 if any, to be waived. Any such request shall be made within 20
2600 days after receipt of the notice of payment due. In such case,
2601 the treasurer of the electioneering communications organization
2602 shall, within the 20-day period, notify the filing officer in
2603 writing of his or her intention to bring the matter before the
2604 commission.

2605      Section 45. Paragraph (b) of subsection (2) of section
2606 106.08, Florida Statutes, is amended to read:

2607      106.08 Contributions; limitations on.—

2608      (2)

2609      (b) A candidate for statewide office may not accept

Page 90 of 93

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087604

 880856

594-03953-23

2610 contributions from national, state, or county executive
2611 committees of a political party, including any subordinate
2612 committee of the political party, or affiliated party
2613 committees, which contributions in the aggregate exceed
2614 $250,000. Polling services, research services, costs for
2615 campaign staff, professional consulting services, ~~and~~ telephone
2616 calls, and text messages are not contributions to be counted
2617 toward the contribution limits of paragraph (a) or this
2618 paragraph. Any item not expressly identified in this paragraph
2619 as nonallocable is a contribution in an amount equal to the fair
2620 market value of the item and must be counted as allocable toward
2621 the contribution limits of paragraph (a) or this paragraph.
2622 Nonallocable, in-kind contributions must be reported by the
2623 candidate under s. 106.07 and by the political party or
2624 affiliated party committee under s. 106.29.
2625     Section 46. Section 106.1436, Florida Statutes, is created
2626 to read:
2627     106.1436 Voter guide; disclaimers; violations.—
2628     (1) As used in this section, the term "voter guide" means
2629 direct mail that is either an electioneering communication or a
2630 political advertisement sent for the purpose of advocating for
2631 or endorsing particular issues or candidates by recommending
2632 specific electoral choices to the voter or by indicating issue
2633 or candidate selections on an unofficial ballot. The term does
2634 not apply to direct mail or publications made by governmental
2635 entities or government officials in their official capacity.
2636     (2) A person may not, directly or indirectly, represent
2637 that a voter guide is an official publication of a political
2638 party unless such person is given written permission pursuant to

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                    SB7050-SOS-00087605

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2639  s. 103.081.

2640      (3) A voter guide circulated before, or on the day of, an

2641  election must, in bold font with a font size of at least 12

2642  point, prominently:

2643      (a) Display the following disclaimer at the top of the

2644  first page of the voter guide:

2645      1. If the voter guide is an electioneering communication,

2646  the disclaimer required under s. 106.1439; or

2647      2. If the voter guide is a political advertisement, the

2648  disclaimer required under s. 106.143.

2649      (b) Be marked "Voter Guide" with such text appearing

2650  immediately below the disclaimer required in paragraph (a).

2651      (4)(a) In addition to any other penalties provided by law,

2652  a person who fails to comply with this section commits a

2653  misdemeanor of the first degree, punishable as provided in s.

2654  775.082 or by a fine of not less than $25 for each individual

2655  voter guide distributed.

2656      (b) Any fine imposed pursuant to paragraph (a) may not

2657  exceed $2,500 in the aggregate in any calendar month.

2658      Section 47. Present subsections (2) through (6) of section

2659  106.265, Florida Statutes, are redesignated as subsections (3)

2660  through (7), respectively, subsection (1) of that section is

2661  amended, and a new subsection (2) is added to that section, to

2662  read:

2663      106.265 Civil penalties.—

2664      (1)(a) The commission or, in cases referred to the Division

2665  of Administrative Hearings pursuant to s. 106.25(5), the

2666  administrative law judge is authorized upon the finding of a

2667  violation of this chapter or chapter 104 to impose civil

4/19/2023 7:40:20 AM

CONFIDENTIAL                                                      SB7050-SOS-00087606

Florida Senate - 2023          PROPOSED COMMITTEE SUBSTITUTE
Bill No. SB 7050

 880856

594-03953-23

2668  penalties in the form of fines not to exceed $2,500 $1,000 per
2669  count. The fine must be multiplied by a factor of 3, not to
2670  exceed $7,500, for each subsequent count of the same category,
2671  beginning with the fourth offense., or,
2672      (b) If applicable, the commission or the administrative law
2673  judge may instead to impose a civil penalty as provided in s.
2674  104.271 or s. 106.19.
2675      (2) A fine imposed against a political committee jointly
2676  and severally attaches to the chair of the political committee,
2677  the treasurer of the political committee, and any other person
2678  with control over the political committee. Collection of the
2679  fine from individuals may occur only if the political committee
2680  does not pay the fine within 30 days.
2681      Section 48. Paragraph (e) of subsection (4) of section
2682  322.142, Florida Statutes, is amended to read:
2683      322.142 Color photographic or digital imaged licenses.—
2684      (4) The department may maintain a film negative or print
2685  file. The department shall maintain a record of the digital
2686  image and signature of the licensees, together with other data
2687  required by the department for identification and retrieval.
2688  Reproductions from the file or digital record are exempt from
2689  the provisions of s. 119.07(1) and may be made and issued only:
2690      (e) To the Department of State or a supervisor of elections
2691  pursuant to an interagency agreement to facilitate
2692  determinations of eligibility of voter registration applicants
2693  and registered voters in accordance with ss. 98.045 and 98.075;
2694      Section 49. This act shall take effect July 1, 2023.

4/19/2023 7:40:20 AM

CONFIDENTIAL                                        SB7050-SOS-00087607

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document SB7050-SOS-00087608.xlsx**

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 1 | **97.012 Secretary of State as chief election officer** | Clarifying and expanding signature verification requirements to make them mandatory for any election official or person whose duties are to verify signatures. Granting Department of State rulemaking authority. | |
| 2 | **97.022 Office of Election Crimes and Security; creation, purpose and duties** | Clarifying scope of jurisdiction of the Office of Election Crimes and Security to conduct preliminary investigations as to alleged election fraud, violations or irregularities or  irregularities and specifically agencies for referral and authority to pursue criminal investigations including the Florida Department of State, Office of Statewide Prosecutor and  State Attorneys | Amend subsection (1) of s. 97.022, F.S., to delete statutory reference to sections 97.012(12) and (15) (duties of Secretary of State) which conflict with scope of jurisdiction in subsection (2) as being amended. Recommend remove additions to (2)(a).<br><br>**PROPOSED LANGUAGE: See word document** |
| ADDED | **97.052 Uniform Statewide voter registration application** | | |
| 3 | **97.0535 Special requirements for certain applicants** | Clarifying registration and voting  of 1st time registrants/voters in Florida  Each applicant who registers to vote in Florida and has not previously voted in the county and who affirm that they have never been issued a Florida driver's license/state identification card or social security card  which the State verifies to extent possible does not exist, is required to vote in person (exceptions provided based on federal law ) | Add by mail. See NVRA and HAVA.<br><br>**PROPOSED LANGUAGE: See word document** |
| 4 | **97.057 Voter registration by the Department of Highway Safety and Motor Vehicles** | ADDED SECTION: Statutory reference change | |
| 5 | **97.575 Third-party voter registration organizations** | Clarifying the requirements to register as a third-party voter registration organization (3PVRO) in Florida. Providing for expiration of 3PVRO registration after applicable election cycle for which they registered and providing exceptions for registered affiliates of a registered political party. Requiring 3PVROs to provide receipt to application for each application. Granting Department of State rulemaking authority pertaining to receipts form. Reducing the number of days in which a collected voter registration application must be submitted. Increasing fines  for late  submission of collected voter applications. Providing for maximum aggregated fines of $100,000 per calendar year. Creating a 3rd degree felony office for the copying of voter registration applications or retention of personal identifying information such as Florida driver license, state identification card number, social security card number or signature for any reason other than as necessary to comply with law. Requesting 3PVROs to not mail or provide registration applications upon which any information about an applicant has been filed out. | Recommend putting back in cause of action for aggrieved citizen, and prohibiting felon or noncitizen from collecting applications.  Increasing fine threshold to 250k<br>**Follow-up**:  1) Hinkle opinion from 2012 states 10 days is acceptable amount of time (provided copy of order); 2) We have at least one instance of organization going over the current 100k threshold and binders of fine letters and criminal referrals to be provided in physical form<br><br>**PROPOSED LANGUAGE: See word document**<br>**\*\* SUGGESTION:  Change handling to possess** |
| 6 | **97.071 Voter information card** | Adding disclaimer to voter information card that card is not identification and not to be relied upon as confirmation of eligibility to vote. Providing for weblink to latest polling place locations. Clarifying that card not required to be issued solely due to precinct or temporary polling place change. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **98.015 Supervisor of elections; election, tenure of office, compensation, custody of registration related documents, office hours, successor, seal; appointment of deputy supervisors; duties** | Specifying Supervisors of Elections' duties to maintain list of valid residential street addresses including identifying non-residential, commercial establishments, public accommodations, parks, marinas, mail forwarding services, p.o. boxes, correctional institutions, government agencies, etc., to facilitate list maintenance and voter registration. | Addressed in slightly different way in bill in s. 98.065 changes. <br><br>CHANGE IN (4) LINKED TO CHANGE IN 101.69 <br><br>PROPOSED LANGUAGE: (4)   ~~At a minimum, T~~she supervisor of elections must designate a single main office and notify the Department of State of the designation. T~~t~~he main office of the supervisor must be open Monday through Friday, excluding legal holidays, for a period of not less than 8 hours per day, beginning no later than 9 a.m. **This does not preclude supervisors from having branch offices.** <br>(12)(a)   Each supervisor shall maintain a list of valid residential street addresses for purposes of verifying the legal addresses of voters residing in the supervisor's county. ~~To the maximum extent practicable,~~ T~~t~~he list shall include information necessary to differentiate one **residential address** residence from another, including, but not limited to, a distinguishing apartment, suite, lot, room, or dormitory room number, **site,** or other **unique or distinct** unit identifier. ~~If a voter registration application does not include information necessary to differentiate one residence from another, the supervisor shall make all reasonable efforts to obtain such information in order to maintain the list of valid residential street addresses.~~ <br>(b)  The supervisor shall make all reasonable efforts to coordinate with county 911 service providers, property appraisers, the United States Postal Service, or other agencies as necessary to **ensure the** continued accuracy of t~~he such~~ list **of valid residential street addresses only. For purposes of registration and list maintenance activities, the supervisor shall also identify to the extent possible non-residential addresses including but not limited to addresses for businesses such as storage facilities, retail or other commerce, addresses at a state or federal penitentiaries, addresses for commercial or private mail service or mailing forwarding services, post office box addresses, addresses for public accommodations as defined in 42 U.S.C. s. 20000a(b), and addresses for recreational vehicle parks, recreational camps, and marinas that offer, rent or lease spaces, slips, or units for transient guests or transient occupants.** |
| 7 | **98.065 Registration list maintenance programs** | Enhancing address list maintenance activities by  allowing for more efficient and effective removal of voters who no longer reside in Florida. Enhancing  compliance reviews and reports  by Supervisors of Elections to the Division of Elections. | **Follow-up:** Add month (April) so that this cannot be put off until end of year/adds uniformity <br><br>PROPOSED LANGUAGE: (4) A registration list maintenance program must be conducted by each supervisor, at a minimum, once each year ~~in an odd-numbered year and once~~, **starting no later than April. The program** ~~and~~ must be completed not later than 90 days before the date of any federal election. All list maintenance actions associated with each voter must be entered, tracked, **recorded,** and maintained in the statewide voter registration system. <br><br>**(6) The supervisor shall conduct at least an annual review of voter registration records to identify registration records in which a voter may be registered at an address that may not be an address of legal residence including but not limited to addresses for businesses such as storage facilities, retail or other commerce, addresses at a state or federal penitentiaries, addresses for commercial or private mail service or mailing forwarding services, post office box addresses, addresses for public accommodations as defined in 42 U.S.C. s. 20000a(b), and addresses for recreational vehicle parks, recreational camps, and marinas that offer, rent or lease spaces, slips, or units for transient guests or transient occupants. For those registration records with such addresses that the supervisor has reasonable belief are not legal residential addresses, the supervisor shall initiate list maintenance pursuant to s. 98.075(6) and (7).** |
| 8 | **98.0655 Registration list maintenance forms** | Revising address list maintenance forms to conform with changes in s. 98.065 in Section 7 of bill. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 9 | **98.075 Registration records maintenance activities; ineligibility determinations** | Enhancing eligibility list maintenance activities - Allowing deceased voters to be removed from the rolls based on DHSMV data; Requiring supervisors to coordinate with clerks of court to obtain current felon data so that they can conduct immediate due process and removal process; Clarifying Supervisors are able to initiate removal process upon receipt for credible and reliable information received other than through Department of State;  Adding notice statements relating to voting before determination of eligibility or ineligibility made and right of appeal; Adjusting publication notice requirements for removal for ineligible voters to allow for online publication in event of undeliverable notice; Specifying timelines for notice, response, hearings and removals; Clarifying list maintenance reporting requirements. | Add statement to capture voters who may have already been sent a vote by mail ballot before notice of potential ineligibility is sent.  Restored the word "final." Added the good cause affidavit. Follow-up: 1) death -- believe credible and reliable standard is better -- consistent with felon process and case law<br><br>PROPOSED LANGUAGE: **(7) g. A statement that until a final determination of eligibility is made, the voter will be required to vote a provisional ballot or if voting by mail, the vote-by-mail ballot shall be processed as a provisional ballot.**<br><br>PROPOSED LANGUAGE: **5. If a registered** voter voter **responds to the notice issued pursuant to subparagraph 1. or subparagraph 2. and denies the accuracy of the information underlying the potential ineligibility but does not request a hearing, the supervisor** must shall **review the evidence and make a final determination of eligibility** no later than 30 days after receiving the response from the voter. **If the supervisor determines that the registered voter is ineligible, the supervisor must remove the voter's name from the statewide voter registration system upon such determination and notify the registered voter of the supervisor's determination and action. If such registered voter requests a hearing, the supervisor** must shall **send notice to the registered voter to attend a hearing at a time and place specified in the notice. The supervisor shall schedule and issue notice for the hearing within 7 days after receiving the voter's request for a hearing and shall hold the hearing no later than 30 days after issuing the notice of the hearing.  A voter may request an extension upon  showing good cause by affidavit as to why he or she is unable to attend the scheduled hearing.** |
| 10 | **98.077 Update of voter signature** | Allowing for signature array to facilitate signature verification; Clarifying that signature update may come from verified signatures on ballot certificates and signed petitions; Requiring Supervisors of Elections to publish more frequently notice online or in newspaper on how to update signatures. | |
| 11 | **98.093 Duty of officials to furnish information relating to deceased persons, persons adjudicated mentally incapacitated, and persons convicted of a felony** | Clarifying additional duties of governmental officials to assist in providing information to Supervisors to be used for list maintenance purposes:  Requiring Clerk of courts to provide weekly new felon data to Supervisors to initiate removal process for those felons determined to be ineligible.  Requiring DHSMV to provide DOS with data on those individuals being removed from database because licensed in another state.  Clarifying that data files from DHSMV identifying non-citizens  include alien registration number and other legal status information for non-citizenship review of potentially ineligible registered voters. Providing that DHSMV identify driver licensees/state ID cardholders who are deceased (conforms to prior year change to allow for use of deceased data from DHSMV).   Clarifying Supervisors have duty to act upon being provided credible and reliable information from these or other sources. | Follow-up: FDLE and DOC already doing daily; DHSMV and Clerks took question under advisement and have not yet provided answer |
| 12 | **98.0981 Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics** | Requiring reconciliation of voting history and precinct-level election results prior to submission. Specifying timeframes to submit, vet and reconcile  voting history and precinct-level election results. Clarifying timelines for legislative reports for presidential, primary and general only.  Allowing for file specifications by rule to accommodate technological changes to file formats.  Clarifying file specifications for precinct-level election results. Requiring Supervisors to submit precinct boundaries to DOS. Permitting DOS to require Supervisors to investigate and address issues related to the reports. | Added back in "who voted" (which is actually consistent with current law)<br><br>PROPOSED LANGUAGE: **(b) Voting history.—For each** Within 30 days after certification by the Elections Canvassing Commission of a **presidential preference primary, special election,** special primary election, **primary election, or general election,** as applicable, **supervisors of elections shall transmit** completely updated voting history information for each qualified voter who voted **to the department. Such information must be provided, in a uniform electronic format** pursuant to file specifications adopted by the department by rule. **The voting history information must include** specified in paragraph (d), completely updated voting history information for each qualified voter who voted |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 13 | 99.021 Form of candidate oath | Revising content/form for Candidate Oaths - Requiring candidates to disclose outstanding fines under s. 8 Art. 2, Fla. Const. | |
| 14 | 99.0215 Name of candidate | Clarifying circumstances when use of candidate nickname is appropriate (new statute) | |
| 15 | 99.097 Verification of signatures on petitions | Updating statute to reflect the amount Supervisors can charge to verify signatures on candidate/local issue petitions versus statewide initiative petitions as set forth in s. 100.371, Fla. Stat. | |
| | 100.021   Notice of general election | NEW SECTION TO ADD: noticing requirements/similar to 100.342 | **PROPOSED LANGUAGE: The Department of State shall, in any year in which a general election is held, make out a notice stating what offices and vacancies are to be filled at the general election in the state, and in each county and district thereof. During the 30 days prior to the beginning of qualifying, the Department of State shall have the notice published two times in a newspaper of general circulation in each county; and, in counties in which there is no newspaper of general circulation, it shall send to the sheriff a notice of the offices and vacancies to be filled at such general election by the qualified voters of the sheriff's county or any district thereof, and the sheriff shall have at least five copies of the notice posted in conspicuous places in the county. Notice may be provided alternatively by publishing notice on the Division of Elections' website, and the county's website as may be allowed pursuant to s. 50.0311, or on the supervisor's website as deemed appropriate by the supervisor of elections.** |
| 16 | 100.342 Notice of special election or referendum | Allowing for publication of Special Election or Referendum on County website in lieu of newspaper pursuant to chapter 50, Florida Statutes. | |
| ADDED | 100.141 Notice of special elections | | |
| 17 | 101.001 Precincts and polling places; boundaries | ADDED SECTION: SOE to maintain GIS System; REDUCES the number of political subdivision boundaries Supervisors can use as a precinct boundary | |
| 18 | 101.048 Provisional ballots | Clarifying that a provisional ballot voter may include a registered voter who is appealing a determination of ineligibility under s. 98.0755, but for whom a final determination of eligibility has not been made. | Remove language re: appeal. An appeal does not come into play until a final determination is made. Added proposed changes attempt to capture VBM voters as indicated in prior change relating to treating VBM as a provisional ballot in cases of where official notice of potential ineligibility asserts ineligibility.

**PROPOSED LANGUAGE:  (1)   At all elections, a voter claiming to be properly registered in the state and eligible to vote at the precinct in the election but whose eligibility cannot be determined, a person whom an election official asserts is not eligible, including, but not limited to, a person to whom a notice has been sent pursuant to s. 98.075(7) but a final determination of eligibility has not yet been made, and other persons specified in the code shall be entitled to vote a provisional ballot. If voting by mail, the voter's vote-by-mail ballot shall be processed as a provisional ballot. If voting in person, the voter's ~~Once voted, the~~ provisional ballot shall be placed in a secrecy envelope and thereafter sealed in a provisional ballot envelope. The provisional ballot shall be deposited in a ballot box. All provisional ballots shall remain sealed in their envelopes for return to the supervisor of elections. The department shall prescribe the form of the provisional ballot envelope. A person casting a provisional ballot shall have the right to present written evidence supporting his or her eligibility to vote to the supervisor of elections by not later than 5 p.m. on the second day following the election.** |
| | 101.111 Voter challenges | Clarifying that voter challenge law applies to all methods of voting including vote-by-mail voting. Clarifying that election officials can make challenges under their authority and providing for statutory oath form. Providing for due process notice when challenge is made to a vote-by-mail voter. | Recommend: amending s. 101.111 (voter challenges) to allow for challenges of VBM voters and process

**PROPOSED LANGUAGE: See word document** |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **101.131 Watchers at polls** | Clarifying acceptable conduct of poll watchers and ability of Supervisors to maintain order at polling place, and what information is to be provided by poll watchers to Supervisors. Requiring party, candidate, and political committee to include specific information as their designated poll watcher including that poll watcher has accepted service. Clarifying what may appear on poll watcher ID badge. | Recommend: provisions governing poll watchers s. 101.131 as (this will help them to know what their and SOEs duties are) and ties in with change proposed with s. 104.0615

**PROPOSED LANGUAGE: See word document** |
| 19 | 101.151 Specifications for ballots | CHANGED SECTION from original - word "incumbent" appears on ballot for all similar name elections, not just primaries. | |
| | **101.56075 Voting methods** | Clarifying that voters whether voting during early voting or on Election Day have the option to choose to vote by marksense ballot.  Adding that violation of prohibition on supervisors sending VBMs without statutory or voter's consent constitutes a breach of duty, and, as applicable, violators are subject to suspension from office and civil penalties of up to $25,000 per election cycle. | **PROPOSED LANGUAGE: For the purpose of designating ballot selections, all voting must be by marksense ballot, using a marking device or a voter interface device that produces a voter-verifiable paper output and meets the voter accessibility requirements for individuals with disabilities under s. 301 of the federal Help America Vote Act of 2002 and s. 101.56062. All voters whether voting during early voting or on Election Day must have the option to choose to vote by marksense ballot.** |
| ADDED | 101.5612 Testing of tabulation machines | | |
| 20 | 101.6103 Mail ballot election procedure | ADDED SECTION: Statutory reference change/shall to must | |
| 21 | 101.62 Request for vote-by-mail ballots | Modifying timelines and processes for VBM requests including as relates to the time of requests made during the early voting period and on Election Day - Specifying when vote-by-mail ballot requests must be cancelled. Requiring voter to provide or confirm his or her current residential address. Allowing for Florida driver license number, Florida identification card number, or social security number if not already in the voter's record to be added upon request for vote-by-mail ballot. Clarifying without changing universe of what constitutes an immediate family member for when a voter or designee requests or picks up a vote-by-mail ballot. Specifying last day (3 days before start of mandatory early voting)to request a mailed vote-by-mail ballot and last day to mail (day before start of mandatory early voting) outside of statutory period for mailing overseas and military ballots and domestic vote-by-mail ballots for requests already on file. Specifying that pick-up of vote-by-mail ballot after start of mandatory early voting to occur only within mandatory early voting period and on Election Day and only upon presentation of emergency affidavit as to why voter is unable to vote at early voting site or at designed polling site on Election Day. Making  universal change of term from "elector" to "voter". | Recommend willful comes out.  Subject to suspension from office by Governor is common language in other statutes.  Violations of this section shall be subject to suspension from office by the Governor. This language is used in other statutes – see 116.09, FS.

**PROPOSED LANGUAGE: (5)(7) PROHIBITION. Except as expressly authorized for voters having a disability under s. 101.662, for overseas voters under s. 101.697, or for local referenda under ss. 101.6102 and 101.6103, a county, municipality, or state agency may not send a vote-by-mail ballot to a voter unless the voter has requested a vote-by-mail ballot in the manner authorized under this section. Violation of this subsection constitutes a breach of duty, and, as applicable, violators are subject to suspension from office by the Governor.** |
| | **101.64 Delivery of vote-by-mail ballots; envelopes; form.** | Modifying instructions and forms to conform to changes in s. 101.62 and to clarify that VBM ballots are nonforwardable  and that ballots may be returned in secrecy envelope or privacy sleeve. Making universal change of term from "elector" to "voter". | **PROPOSED LANGUAGE: See word document** |
| ADDED | 101.67 Safekeeping of mail ballots | | |
| 22 | 101.657 Early voting | Allows Supervisors to shift optional last day of optional EV  (from Sunday before Election Day) to Sunday before start of current optional days (i.e., 16th day from Election Day). Still 8 mandatory, 6 optional. VBM requests must be in by COB 11th day before. | Amend lines 2014-2016 to add 16th day as optional and remove 2nd day before the election (currently last optional day)

**PROPOSED LANGUAGE:....at the discretion of the supervisor of elections on the 16th, 15th, 14th, 13th, 12th, or 11th, or 2nd day before an election...** |
| 23 | 101.68 Canvassing of vote-by-mail ballot | Prohibiting the counting of two or more VBM ballots for same election returned in same envelope. Making  universal change of term from "elector" to "voter". | Amend lines 2048-2050 amending s. 101.68 (canvassing) to change the word "may" to "shall"

**PROPOSED LANGUAGE: (c) If two or more vote-by-mail ballots for the same election are returned in one mailing envelope, the ballots shall not be counted.** |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | **101.69 Voting in person; return of vote-by-mail ballot** | Providing that a voter who changes residency between Florida counties by time VBM ballot received in prior county of residency may still have ballot counted in prior county once it has been determined that voter did not cast ballot in new county. Clarifying where secure ballot intake stations can be placed. | Recommend: Add back changes to 2(a) "... Secure ballot intake stations must shall be placed at the main office of the supervisor, at each permanent branch office of the supervisor which meets the criteria set forth in s. 101.657(1)(a) for branch offices used for early voting and which is open for at least the minimum number of hours prescribed by s. 98.015(4), and at each other early voting site. Secure ballot intake stations may also be placed at any other site that would otherwise qualify as an early voting site under s. 101.657(1). Secure ballot intake stations must be geographically located so as to provide all voters in the county with an equal opportunity to cast a ballot, insofar as is practicable. Except for secure ballot intake stations at the main an office of the supervisor, a secure ballot intake station may only be used during the county's early voting hours of operation. and All secure ballot intake stations must be continuously monitored in person by an employee of the supervisor's office. A secure ballot intake station at an office of the supervisor must be continuously monitored in person by an employee of the supervisor's office when the secure ballot intake station is accessible for deposit of ballots." **Follow-up:** Main office mentioned in 101.657(1)(a) and 101.69(2) (Advisory Opinions--office and Pasco county vbm not counted after moving). Amend 98.015(4) to make clear the SOE has one "main office"<br><br>**PROPOSED LANGUAGE: See word document   LINKED TO CHANGE IN 98.015 (4)** |
| 24 | **101.6921 Delivery of special vote-by-mail ballot to certain first-time voters** | Clarifying process for 1st time vote-by-mail applicants/voters, subject to s. 97.0535, F.S., and voting for first time who are otherwise permitted to vote-by-mail the first time they vote in Florida and have not yet provided the personal identifying information required to register. | |
| 25 | **101.6923 Special vote-by-mail ballot instructions for certain first-time voters** | Making changes to instructions in vote-by-mail ballot for special category of 1st time registrants/1st time voters who are otherwise entitled to vote by mail the first time they vote in Florida and have not yet provided the personal identifying information required to register. Adds notice missing about signature cure deficiencies to which all vote-by-mail ballot voters entitled. | |
| 26 | **101.6925 Canvassing special vote-by-mail ballots** | Making changes to conform to changes in ss. 97.0535 101.6921, 101.6923 Fla. Stat. by specifying that opportunity to cure identification deficiency is 5 p.m., local time on the 2nd day following election day. | |
| 27 | **101.694 Mailing ballots upon receipt of federal postcard application** | ADDED SECTION: Statutory reference change | |
| ADDED | **101.71 Polling places** | | |
| ADDED | **101.733 Election emergency** | | |
| 28 | **102.111 Elections Canvassing Commission** | Changing meeting time from 9am to 8am | |
| 29 | **102.112 Deadline for submission of county returns to the Department of State** | Changing deadlines for county to submit returns to DOS to allow for 1/2 day more for submission of county official returns for primary elections and 1 day more in general elections for submission of county official returns to allow more time for recounts if triggered. | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| 30 | 102.141 County canvassing board; duties | Revising timeline to submit conduct of election reports, requiring Supervisors to submit VBM mailing error analysis, and to include as part of legislative comprehensive post-election recap report following general election due February 15 that includes the overvote/undervote analysis and the post-election voting system audits under s. 101.595 and s. 101.591, F.S., respectively. | Limiting to two alternates is a burden on the county court judiciary. Requiring a minimum of two alternates.<br><br>PROPOSED LANGUAGE: **At least two alternate** canvassing board members must be appointed pursuant to paragraph (e). |
| 31 | 103.021 Nomination for presidential electors | Requiring contact info and specific time by which Presidential electors must be nominated in order for candidates to appear on the ballot. | |
| 32 | 103.022 Write-in candidates for President and Vice President | Requiring write-in candidates for President and Vice President to provide contact information (i.e., their presidential electors). | |
| 33 | 103.091 Political Parties | ADDED SECTION: 14 day pre-qualifying for party candidates | |
| ADDED | 104.16 Voting Fraudulent Ballot | | |
| 34 | 104.18 Casting more than one ballot at any election | Clarifying criminal violations for double voting within the state and cross-state voting in same election. | Follow-up: consider whether current version would allow for prosecution of double voter in muni election (jurisdiction vs county). Proposed language pending review by OSWP.<br><br>**PROPOSED LANGUAGE: See word document** |
| 35 | 104.42 Fraudulent registration and illegal voting; investigation | Requiring the supervisors of elections to report findings of fraudulent registrations and illegal voting to the Office of Election Crimes and Security in lieu of the Florida Elections Commission. | Amend lines 2617 -2621 amending s. 104.42 (referral of violations to authorities) to require supervisors to report such activities to the Office of Election Crimes and Security<br><br>**PROPOSED LANGUAGE: (1)   The supervisor of elections is authorized to investigate fraudulent registrations and illegal voting and shall** ~~to~~ **report his or her findings of fraudulent registrations and illegal voting to the local state attorney and the** ~~Office of Election Crimes and Security~~ ~~Florida Elections Commission.~~ |
| 36 | 104.47 Harassment of elections workers | ADDED SECTION | Remove new section 104.47 and add language to current statute 104.0615, FS. Change name of 104.0615 to Election Intimidation and Suppression Prohibited.<br><br>**PROPOSED LANGUAGE: See word document** |
| ADDED | 105.031 Qualification, filing fees, candidate oaths | | |
| 37 | 106.07 Reports; certification and filing | ADDED SECTION | |
| 38 | 106.0702 Reporting; political party executive committee candidates | ADDED SECTION | |
| 39 | Electioneering communications organizations; reporting requirements; certification and filing; penalties | ADDED SECTION | |
| 40 | 106.08 Contributions; limitations on | ADDED SECTION | |
| 41 | 106.1436 Voter Guide; disclaimers; violations | ADDED SECTION | |
| 42 | 106.265 Civil penalties | ADDED SECTION | |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| ADDED | 322.142 Color Photograph & digital imaged license | | |
| 43 | EFFECTIVE DATE | July 1, 2023 | |
| | 113.01 Fee for commissions issued by Governor | Repealing provision relating to $10 fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113)<br><br>PROPOSED LANGUAGE: Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed. |
| | 113.02 Fee to be paid before commissions issued | Repealing provision relating to $10 fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113)<br><br>PROPOSED LANGUAGE Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed. |
| | 113.03 Disposition of proceeds | Repealing provision relating to $10 fee (last set in 1930s) for issuance of commissions | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113)<br><br>PROPOSED LANGUAGE Sections 113.01, 113.02, and 113.03, Florida Statutes, are repealed. |
| | 113.051 Grants and commissions | Adding that no commission may be issued until oath of office is filed as required by s. 113.06, F.S | Recommend: proposed legislation to eliminate the $10 commission fee (chapter 113)<br><br>PROPOSED LANGUAGE: 113.051   Grants and commissions.— All grants and commissions shall be in the name and under the authority of the State of Florida, sealed with the great seal of the state, signed by the Governor, and countersigned by the Secretary of State. No commission shall be issued by the Governor or attested by the Secretary of State or shall bear the seal of the state until the oath of office is filed is required by s. 113.06. |
| | **OTHER STATUTES** | | |
| | 101.252 Candidates entitled to have names printed on certain ballots; exception | Removing precinct committee races from election ballots to allow for selection by party rules | |
| | 103.091 Political parties | Providing for party selection process for selecting state committeeman or committeewoman; conforming to changes in ss. 101.151, and 101.252, Fla. Stat., to provide for selection by party rules, rather than by election for committee persons | |
| | 103.121 Powers and duties of executive committees | Clarifying that audits for executive committees must be done by certified public accountants. | |
| | **Would require separate Joint Resolution of Legislature – repeal of Constitutional Amendment** | | Public Matching Funds |
| | 106.30 Short title.—Sections 106.30-106.36 may be cited as the "Florida Election Campaign Financing Act." | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.31 Legislative intent | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.32 1Election Campaign Financing Trust Fund | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.33 Election campaign financing; eligibility | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.34 Expenditure limits | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.35 Distribution of funds | Repealing Florida Election Campaign Finance Act (public matching campaign finance law) which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |

| Bill section | Chapter or Section(s) of law and catchline | Impact/Change | Suggested Changes/Follow-up Notes |
|---|---|---|---|
| | 106.34 Expenditure limits | Repealing Florida Election Campaign Finance Act (public matching campaign finance law)  which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.353 Candidates voluntarily abiding by election campaign financing limits but not requesting public funds; irrevocable statement required; penalty | Repealing Florida Election Campaign Finance Act (public matching campaign finance law)  which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.355 Nonparticipating candidate exceeding limits | Repealing Florida Election Campaign Finance Act (public matching campaign finance law)  which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.36 Penalties; fines | Repealing Florida Election Campaign Finance Act (public matching campaign finance law)  which currently allows state taxpayer dollars to be used to match personal contributions made in statewide office campaigns | Public Matching Funds |
| | 106.021 Campaign treasurers; deputies; primary and secondary depositories | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | 106.141 Disposition of surplus funds by candidates | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | 106.22 Duties of the Division of Elections | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |
| | 328.72 Classification; registration; fees and charges; surcharge; disposition of fees; fines; marine turtle stickers | Amending law to conform to proposed repeal of Public Matching Campaign Finance law and program | Public Matching Funds |

| | |
|---|---|
| **From:** | Kennedy, Jennifer L. |
| **Sent:** | Tuesday, April 25, 2023 2:51 PM EDT |
| **To:** | Matthews, Maria I. |
| **Subject:** | FW: 7050 Amendment |
| **Attachments:** | 7050 Floor Amendment.pdf |

Give me a buzz when you have a minute.

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Tuesday, April 25, 2023 2:18 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Byrd, Cord <Cord.Byrd@dos.myflorida.com>
**Subject:** 7050 Amendment

Attached is a strike-all by Hutson



Best Regards,
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

SB7050-SOS-00074622