| | |
|---|---|
| **From:** | Renata O"Donnell |
| **To:** | "John Cycon"; Mindy Johnson; Fritz Wermuth; Mohammad O. Jazil; Michael Beato; Josh Pratt; Zack Bennington |
| **Cc:** | Melissa Hill; Makeba Rutahindurwa; akhanna@elias.law |
| **Subject:** | RE: SB 7050 Litigation: Production Issue |
| **Date:** | Wednesday, February 14, 2024 5:14:24 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Received. Thanks, John. Please disregard the email that I sent just a few minutes ago, which crossed with this email.

Best,
Renata

**Renata O'Donnell**
Litigation Associate
Elias Law Group LLP
250 Mass. Ave NW Ste 400
Washington DC 20001
(202)498-8556
rodonnell@elias.law
(she/her/hers)

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Wednesday, February 14, 2024 5:11 PM
**To:** Mindy Johnson <mjohnson@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Zack Bennington <zbennington@HoltzmanVogel.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Makeba Rutahindurwa <mrutahindurwa@elias.law>; Renata O'Donnell <rodonnell@elias.law>; Abha Khanna <akhanna@elias.law>
**Subject:** Re: SB 7050 Litigation: Production Issue

Mindy,

On behalf of the Secretary, attached please find a Redaction Log that provides the bases for redactions in our previous productions. We are endeavoring to get you the comprehensive Privilege Log as soon as possible, and we will be making a small, supplemental production of documents that previously were either redacted or withheld, but which we no longer believe are privileged.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile:  202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

---

**From:** Mindy Johnson <mjohnson@elias.law>

**Date:** Friday, February 9, 2024 at 11:24 AM

**To:** John Cycon <jcycon@HoltzmanVogel.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>, Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, McVay, Brad R. <brad.mcvay@dos.myflorida.com>, DOS - Joseph VandeBogart <Joseph.VandeBogart@dos.myflorida.com>, DOS - Ashley Davis <ashley.davis@dos.myflorida.com>, Zack Bennington <zbennington@HoltzmanVogel.com>

**Cc:** Melissa Hill <mhill@kbzwlaw.com>, Makeba Rutahindurwa <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>, Abha Khanna <akhanna@elias.law>

**Subject:** RE: SB 7050 Litigation: Production Issue

Thanks John; any later than beginning of next week may jam us up with the conference and disclosure deadlines the following week. We'll be on the look out and please update us if your timing changes.

**Mindy Johnson**
Elias Law Group LLP
202-968-4674 I she/her/hers

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Friday, February 9, 2024 11:19 AM
**To:** Mindy Johnson <mjohnson@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; McVay, Brad R. <brad.mcvay@dos.myflorida.com>; DOS - Joseph VandeBogart <Joseph.VandeBogart@dos.myflorida.com>; DOS - Ashley Davis <ashley.davis@dos.myflorida.com>; Zack Bennington <zbennington@HoltzmanVogel.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Makeba Rutahindurwa <mrutahindurwa@elias.law>; Renata O'Donnell <rodonnell@elias.law>; Abha Khanna <akhanna@elias.law>
**Subject:** Re: SB 7050 Litigation: Production Issue

Hi Mindy,

We're aiming to get it to you early next week.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile:  202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Mindy Johnson <mjohnson@elias.law>
**Date:** Thursday, February 8, 2024 at 10:09 AM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>, Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, McVay, Brad R. <brad.mcvay@dos.myflorida.com>, DOS - Joseph VandeBogart <Joseph.VandeBogart@dos.myflorida.com>, DOS - Ashley Davis <ashley.davis@dos.myflorida.com>, Zack Bennington <zbennington@HoltzmanVogel.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>, Makeba Rutahindurwa <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>, Abha Khanna <akhanna@elias.law>
**Subject:** RE: SB 7050 Litigation: Production Issue

Hi John,

Do you have an update on when we can expect the privilege log? With pretrial disclosure deadlines approaching, it will be helpful to review soon.

Thank you,
Mindy

**Mindy Johnson**
Elias Law Group LLP
202-968-4674 I she/her/hers

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Tuesday, January 30, 2024 9:54 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; McVay, Brad R. <brad.mcvay@dos.myflorida.com>; DOS - Joseph VandeBogart <Joseph.VandeBogart@dos.myflorida.com>; DOS - Ashley Davis <ashley.davis@dos.myflorida.com>;

Zack Bennington <zbennington@HoltzmanVogel.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Mindy Johnson <mjohnson@elias.law>; Makeba Rutahindurwa <mrutahindurwa@elias.law>; Renata O'Donnell <rodonnell@elias.law>; Abha Khanna <akhanna@elias.law>
**Subject:** Re: SB 7050 Litigation: Production Issue

Fritz,

That was our last production, and we are working on our privilege log.

Best,
John



**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Tuesday, January 30, 2024 at 1:43 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>, Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, John Cycon <jcycon@HoltzmanVogel.com>, McVay, Brad R. <brad.mcvay@dos.myflorida.com>, DOS - Joseph VandeBogart <Joseph.VandeBogart@dos.myflorida.com>, DOS - Ashley Davis <ashley.davis@dos.myflorida.com>, Zack Bennington <zbennington@HoltzmanVogel.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>, Mindy Johnson <mjohnson@elias.law>,

mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>, akhanna@elias.law <akhanna@elias.law>

**Subject:** SB 7050 Litigation: Production Issue

Counsel,

We received a fairly significant production after the close of discovery. With pretrial deadlines approaching, please confirm you now believe you have completed production. Additionally, we have yet to receive a privilege and redaction log. Plaintiffs are unable to discern the validity of the redactions without a log. Please let us know when you intend to produce a log in this matter.

Sincerely,

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.