**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CASE NOs. 4:23-cv-215-MW/MAF**
**4:23-cv-216-MW/MAF**
**4:23-cv-218-MW/MAF**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

       Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

       Defendants.

_____

REMOTE DEPOSITION OF MARIA MATTHEWS

Thursday, February 22, 2024

9:00 a.m. - 4:31 p.m.

LOCATION OF WITNESS:

Via Zoom

Tallahassee, Florida

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

```
 1    APPEARANCES: (All appearing via Zoom.)

 2      ON BEHALF OF THE PLAINTIFFS:

 3        KING BLACKWELL ZEHNDER & WERMUTH
          25 E. Pine Street
 4        Orlando, FL  32802
          407.422.2472
 5        BY: FREDERICK WERMUTH, ESQUIRE
          fwermuth@kbzwlaw.com
 6
          -and-
 7
          ELIAS LAW GROUP
 8        250 Massachusetts Avenue NW, #400
          Washington, DC 20001
 9        202.968.4490
          BY: MELINDA JOHNSON, ESQUIRE
10        mjohnson@elias.law

11      ON BEHALF OF PLAINTIFFS LEAGUE OF WOMEN VOTERS:

12        CAMPAIGN LEGAL CENTER
          1101 14th Street, NW, #400
13        Washington, DC 20005
          202.266.5153 ext. 153
14        BY: ELLEN BOETTCHER, ESQUIRE
          eboettcher@campaignlegal.org
15        BY:  MICHAEL ORTEGA, ESQUIRE
          mortega@campaignlegal.org
16        BY: BRENT FERGUSON, ESQUIRE
          bferguson@campaignlegal.org
17
        ON BEHALF OF PLAINTIFF HISPANIC FEDERATION:
18
          AMERICAN CIVIL LIBERTIES UNION
19        4343 W. Flagler St., #400
          Miami, FL 33134
20        786.363.1392
          BY: CARRIE McNAMARA, ESQUIRE
21        cmcnamara@aclufl.org
          -and-
22        DEMOS
          80 Broad Street, 4th Floor
23        New York, NY 10004
          212.485.6065
24        BY:  ESTEE KONOR, ESQUIRE
          ekonor@demos.org
25
```

```
1   APPEARANCES: (Continued.)

2    ON BEHALF OF THE DEFENDANT SECRETARY OF STATE BYRD:

3
       HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
4      115 S. Monroe Street, #5
       Tallahassee, FL  32301
5      850.270.5938
       BY: MICHAEL BEATO, ESQUIRE
6      mbeato@hotlmanvogel.com
       BY: MOHAMMAD JAZIL, ESQUIRE
7      mjazil@holtzmanvogel.com

8      FLORIDA DEPARTMENT OF STATE
       500 S Bronough Street, #100
9      Tallahassee, FL  32399
       850.245.6536
10     BY:  JOSEPH VAN de BOGART, ESQUIRE
       joseph.vandebogart@dos.myflorida.com
11
     ON BEHALF OF DEFENDANT ASHLEY MOODY:
12
       OFFICE OF ATTORNEY GENERAL
13     PL-01 The Capitol
       Tallahassee, FL  32399
14     850.414.3300
       BY: STEPHANIE MORSE, ESQUIRE
15     stephanie.morse@myfloridalegal.com

16   ON BEHALF OF SOE OF CITRUS COUNTY:

17     ROPER, P.A.
       2707 East Jefferson Street
18     Orlando, FL  32803
       407.897.5150
19     BY:  FRANK MARI, ESQUIRE
       fmari@roperpa.com
20
     ON BEHALF OF SOE OF ALACHUA COUNTY:
21
       ALACHUA COUNTY ATTORNEY'S OFFICE
22     12 SE 1st Street
       Gainesville, FL 32601
23     352.374.5218
       BY:  MARGO DuVAL, ESQUIRE
24     mduval@alachuacounty.us

25
```

1    APPEARANCES: (Continued.)

2     ON BEHALF OF SOE OF BROWARD COUNTY:

3        BROWARD COUNTY ATTORNEY'S OFFICE
         115 S Andrews Ave Ste 423
4        Fort Lauderdale, FL 33301
         954.357.7600
5        BY:  DEVONA REYNOLDS PEREZ, ESQUIRE
         dreynoldsperez@broward.org

6

7      ON BEHALF OF SOE OF HARDEE, HENDRY HOLMES, LEVY
       OKEECHOBEE AND GLADES:

8
         HENDERSON STARNES & HOLT, PA
9        1715 Monroe Street
         Fort Myers, FL 33901
10       239.344.1105
         BY:  GERALDO F. OLIVO, III, ESQUIRE
11       jerry.olivo@henlaw.com

12     ON BEHALF OF SOE OF PALM BEACH COUNTY:

13      THE MARKARIAN GROUP
        2925 PGA Boulevard, #204
14      Palm Beach Gardens, FL  33410
        561.335.3213
15      BY: JUANITA SOLIS, ESQUIRE
        juanita@forbusinessandlife.com

16
       ON BEHALF OF SOE OF BAKER, BAY, BRADFORD, CALHOUN
17     COLUMBIA, DIXIE:

18       MARKS GRAY
         1200 Riverplace Blvd., #800
19       Jacksonville, Florida 32207
         904.398.0900
20       BY: LEIGH F. ROSENBLOOM, ESQUIRE
         LRosenbloom@marksgray.com

21
      ON BEHALF OF SOE OF PINELLAS COUNTY:

22
         PINELLAS COUNTY ATTORNEY'S OFFICE
23       315 Court Street
         Clearwater, FL  33756
24       BY: JARED KAHN, ESQUIRE
         jkahn@pinellas.gov

25

1    APPEARANCES: (Continued.)

2     ON BEHALF OF SOE OF HILLSBOROUGH COUNTY:

3        HILLSBOROUGH COUNTY ATTORNEY'S OFFICE/
         HILLSBOROUGH COUNTY SUPERVISOR OF ELECTIONS:
4        601 East Kennedy Blvd., Floor 27
         Tampa, FL 33602
5        813 272.5670
         BY:  STEPHEN MARK TODD, ESQUIRE
6        todds@hillsboroughcounty.org
         BY:  COLLEEN O'BRIEN, ESQUIRE
7        cobrien@votehillsborough.gov

8     ON BEHALF OF SOE OF VOLUSIA COUNTY:

9        VOLUSIA COUNTY ATTORNEY'S OFFICE
         123 West Indiana Avenue
10       Deland, FL 32720
         386.736.5950
11       BY:  SARAH LYNN JONAS, ESQUIRE
         sjonas@volusia.org
12
      ON BEHALF OF SOE OF ORANGE COUNTY:
13
         SHANNIN LAW FIRM
14       214 S. Lucerne Circle E, #200
         Orlando, FL 32801
15       407.985.2222
         BY:  NICHOLAS A. SHANNIN, ESQUIRE
16       nshannin@shanninlaw.com

17

18

19

20

21

22

23

24

25

6

1                        I N D E X

2    WITNESS                                    PAGE
     MARIA MATTHEWS                               8
3
         Direct Examination by Mr. Wermuth         8
4
         Cross Examination by Ms. Boettcher      182
5
         Cross Examination by Ms. McNamara       228
6
         Cross Examination by Mr. Jazil          229
7
8    CERTIFICATE OF OATH                        232

9    CERTIFICATE OF REPORTER                     233

10   READ AND SIGN LETTER                       234

11   ERRATA SHEET                                235

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

INDEX OF EXHIBITS

NO.   DESCRIPTION                                        PAGE

1   2-25-25 Florida Department of State,        49
    Office of Crimes Security Report
2   Section 97.0575                             52
3   5-11-21 Schuessler E-mail                   60
4   Engrossed Version SB 524                    69
5   Enrolled version SB 7050                    76
6   SB7050-SOS-00015791, 2-23 E-mail to Kennedy 82
7   SB7050-SOS-00105942, Spreadsheet            87
8   SB7050-SOS-00085134                         103
9   4-7-23 E-mail from Matthews, et al.         110
10  4-4-23 E-mail from Kennedy, et al.          114
12  4-19-23 Proposed Committee Substitute       122
    for SB 7050
13  4-20-23 E-mail from Woodby, et al.          126
14  4-21-23 E-mail from Woodby, et al.
15  4-25-23 E-mail from Kennedy, et al.         144
16  Planning Meeting Memo for SB 7050           147
17  Screenshot, DOS Website                     151
18  Rule 1S2.042                                172
19  Voter Application Receipt Form              185
20  Screenshot, 3PVRO website                   199
21  3PVRO Registration Form DSDE1194            199

1     The following proceedings began at 9:00 a.m.

2              THE STENOGRAPHER:  Do you swear or affirm

3        that the testimony you are about to give will

4        be the truth, the whole truth, and nothing but

5        the truth?

6              THE WITNESS:  I do.

7     Thereupon,

8                     MARIA MATTHEWS

9     having been first remotely duly sworn or affirmed,

10    as hereinafter certified, testified as follows:

11                  DIRECT EXAMINATION

12    BY MR. WERMUTH:

13        Q    Good morning, Director Matthews, my is

14    Fritz Wermuth, I represent the NAACP plaintiffs in

15    this case, and I am here to ask you some questions

16    this morning.

17              How many times have you been deposed

18    before?

19        A    Many times.  I haven't kept count of all

20    of them.

21        Q    And you are a member of the Florida Bar,

22    correct?

23        A    Yes.

24        Q    So you have taken Zoom depositions before,

25    correct?

1      A    Yes.

2      Q    All right.  So this, we will just go

3  through a few things, we don't have to go through

4  the usual background because you are quite familiar

5  with it.

6         But this deposition is happening by Zoom

7  video conference, and the deposition is being both

8  transcribed and video recorded.  Given that this

9  deposition is happening remotely, we'll need to be

10  extra careful to avoid speaking over each other,

11  particularly because there's sometimes an audio

12  delay with Zoom.  I will do my very best not to

13  interrupt you today.  And will you please try to do

14  the same for me?

15      A    Yes.

16      Q    Okay.  And will you also agree to please

17  listen to each question before you answer and then

18  just give me a complete answer when I have concluded

19  my question?

20      A    Okay.

21      Q    Okay.  And I will assume if you answer the

22  question, that you understood the question, is that

23  fair?

24      A    Yes.

25      Q    And if you need a break, just please let

1    us know and we'll take a break.  The only thing with

2    that is if there is a pending question, we'll ask

3    you to complete your answer to that question before

4    we take the break.  Is that all right?

5         A    Yes.

6         Q    All right.  I see you have counsel in the

7    room with you there, Mr. Jazil and Mr. Beato, is

8    that correct?

9         A    Yes.

10        Q    All right.  Is there anybody else in the

11   room?

12        A    No.

13        Q    Do you have your phone out or any papers

14   with you?

15        A    No phone.

16        **MR. JAZIL:**  Counsel, so that the record is

17        clear, I have given the witness a clean copy of

18        the relevant Florida rules, of the Florida

19        statutory provisions, as well as a clean copy

20        of Senate Bill 7050, and a copy of the forms

21        that have been discussed in prior depositions,

22        just clean copies of each, no notations other

23        than the forms themselves, if they come up in

24        the course of the deposition.

25        **MR. WERMUTH:**  That should make matters

1    easier.  I appreciate it.

2    BY MR. WERMUTH:

3    Q    All right.  Let's get started with your

4    background.  Let's start with your work experience.

5         What is your current position with the

6    Department of State?

7    A    I am currently the director for the

8    Division of Elections.

9    Q    And how long have you held that position?

10   A    Since January 2013.

11   Q    Okay.  And if I use the term Division,

12   will you understand that I'm referring to the

13   Division of Elections?

14   A    Going forward, yes.

15   Q    Yes.  Okay.  How long have you been -- so

16   you said you have been in the position since

17   January 2013, is that correct?

18   A    Yes.

19   Q    Okay.  And is that an employment position?

20   A    No.

21   Q    You are just as a salaried employee, is

22   that correct?

23   A    Yes.

24   Q    Do you use -- you serve for a term of

25   years?  Do you have to re-up your assignment or is

1    it just continuous?

2          A    I serve at the pleasure of the Governor.

3          Q    Okay.  What are your general duties as

4    Division Director?

5          A    I oversee the Division of Elections, which

6    serves as the administrative arm to the Secretary's

7    role as the chief election official for the State.

8          Q    Okay.  And in that capacity, what units do

9    you oversee?

10         A    So there are essentially five units, three

11   bureaus:  The Bureau of Election Records, the Bureau

12   of Voter Registration Services, the Bureau of Voting

13   System Certification, and then there is a Fiscal

14   Administrative Unit, and then there is the

15   director's office.

16         Q    Okay.  So you treat the director's office

17   as a separate bureau now, or is it a unit?

18         A    It's a subunit because it has a number of

19   programs within it, but it's not officially a

20   freestanding; I just break it up that way.

21         Q    Okay.  And what are the activities of the

22   Division that you oversee, if you can run through

23   them by unit?

24         A    So we are -- the Bureau of Election

25   Records, and this is at a very high level, there is

1   a lot that they do so I don't want to underestimate

2   what they do.  They are involved with qualifying and

3   campaign finance.

4           The Bureau of Voting Systems Certification

5   is involved with the testing and certification of

6   voting equipment and other peripheral that the

7   statute has authorized us to test, such as the

8   post-election voting system audit.  They are also

9   involved in election observation at the county

10   level.

11           Then the Bureau of Voter Registration

12   Services is involved with the voter registration and

13   voting list maintenance aspect for the Florida Voter

14   Registration System.  So they have within their

15   bureau subunits of voter registration services and

16   voter registration list maintenance.  And then they

17   have a smattering of obviously other duties that

18   they do.

19           The Fiscal Administrative Unit is involved

20   with the -- it's really within the Director's

21   Office, and they are involved with grant

22   administration, purchasing, and budget.

23           And the Director's Office, what is not

24   covered by the Fiscal Unit, oversees programs such

25   as the initiative petition, the special salary,

1  qualification program, and also the mail ballot

2  requests program and anything else that is not

3  covered by any of the other units.

4       Q    And what is your role with respect to

5  those activities?

6       A    My primary responsibility is to oversee

7  the supervisors who are responsible for those units

8  and their programs and ensuring that they -- that

9  they are administered in accordance with the law.

10  And that's it.

11       Q    Okay.  How many employees work with the

12  Division?

13       A    I think at this time we're close to 70, if

14  not more.

15       Q    Okay.  And within the Division, does

16  anyone have a more senior role than you?

17       A    No, but I do have an assistant director.

18       Q    So your answer was no, I didn't catch

19  that?

20       A    That's correct.  No, I am senior person.

21       Q    And who is your assistant?

22       A    Amber Marconnet.

23       Q    Okay.  And do you report to the Secretary

24  of State in your role?

25       A    My immediate supervisor is Jennifer

1    Kennedy and, of course, I report to the Secretary as

2    well.

3        Q    Okay.  And Ms. Kennedy is the assistant

4    secretary, is that correct?

5        A    Assistant secretary and chief of staff.

6        Q    Okay.  And I guess I understood from an

7    earlier deposition that Brad McVay was also an

8    assistant secretary, is that correct?

9        A    No, he is a deputy secretary.

10       Q    Deputy secretary.  So he works beneath

11   Jennifer Kennedy, is that correct?

12       A    Yes.

13       Q    Okay.  Who does the assistant secretary

14   report to directly?

15       A    Secretary of State.

16       Q    Okay.  What role, if any, does Brad McVay

17   have in the activities of the Division?

18       A    So the Division has responsibility under

19   the statute to issue -- to ensure, in its capacity

20   of supporting the Secretary, compliance with the law

21   and administering the law.  So whenever there is a

22   need to seek legal counsel, we will consult the

23   legal office for assistance on that.  And one of the

24   main areas that they are involved in is supporting

25   our role in issuing advisory opinions.  They also

1    support us in rule development.

2         Q    And what does Assistant Secretary Jennifer

3    Kennedy do, or what activities does she engage in

4    for the Division of Elections?

5         A    So she oversees a number of divisions

6    obviously within the Department of State, which the

7    Division of Elections is one.  And she ensures that

8    we are performing our duties under the law and

9    within our jurisdiction.

10        Q    Do you act directly with the Secretary of

11   State?

12        A    I do.

13        Q    How often?

14        A    As needed.

15        Q    Okay.  And -- well, how often is it

16   needed?

17        A    It depends on whether he is asking for

18   some information that he needs, and whenever he

19   asks, I am going to be there to answer whatever

20   questions he needs.

21        Q    Okay.  Do you typically speak with him

22   once or twice a week or more often?

23        A    At least once a week.

24        Q    Okay.  And what matters do you report to

25   the Secretary?

1      A      Whatever he asks me with respect to his
2   role as the chief election official.

3      Q      Okay.  And who is responsible for
4   appointing the Secretary?

5      A      That is the Governor.

6      Q      Okay.  Is the Secretary's appointment for
7   a term or at the pleasure of the Governor?

8      A      It's at the pleasure of the Governor, I
9   believe it could be four years.

10      Q      Okay.  Before becoming the Division
11   director, what position did you hold in the
12   Department of State?

13      A      Prior to serving as the director, I served
14   as the bureau chief for the Voter Registration
15   Services.

16      Q      And what were your responsibilities as the
17   chief of the Bureau of Voter Registration Services?

18      A      That was to oversee the unit in its role
19   and duties involved with voter registration services
20   and voter registration list maintenance.

21      Q      In that role did you interact with 3PVROs
22   or third-party voter registration organizations?

23      A      I do not recall if at that time it was
24   within the bureau.  It might have been within the
25   director's office at that point.

1    Q    Before you were bureau chief, what did you

2  do?

3    A    Before I served as bureau chief, I was

4  also the assistant general counsel in the legal

5  department for the Department of State.

6    Q    So did you have a role similar to what

7  Mr. McVay's role was at that time?

8    A    Well, he is in a senior management

9  position.  I was an assistant general counsel, so I

10  answered to the general counsel.

11    Q    Okay.  And before you served as assistant

12  general counsel of the Department of State, what did

13  you do before that?  Where did you work?

14    A    I worked at the Legislature in the Florida

15  Senate in the capacity of senior chief attorney with

16  the Senate Judiciary Committee.

17    Q    Okay.  And so in that role -- how long

18  were you in that role, by the way?

19    A    Well, I was with the Senate since 1996,

20  so -- and I served on a number of committees.  I

21  don't remember actually how long I was with the

22  Judiciary, but I think it was at least five, six

23  years.

24    Q    So you became -- in that role, you became

25  aware of the legislative process at least as it

1    existed at that time?

2          A     Yes.

3          Q     Okay.  In your current role as Division

4    Director, what responsibilities do you have

5    regarding the Bureau of Voter Registration Services

6    in particular?

7          A     To oversee their role and their duties in

8    any laws pertaining to voter registration services

9    and voter list maintenance.

10         Q     Okay.  Do those current responsibilities

11   involve overseeing interactions with third-party

12   voter registration organizations?

13         A     Yes.

14         Q     Okay.  And when I use -- if I use the

15   acronym 3PVROs, will you understand I am referring

16   to third-party voter registration organizations from

17   here on out?

18         A     Yes.

19         Q     Okay.  So I take it that the Division of

20   Elections, and in particular the Bureau of Voter

21   Registration Services, engages in various activities

22   related to 3PVROs, is that correct?

23         A     It oversees the program for the

24   registration of 3PVROs, for the noncompliance

25   reporting, the accounting; so yes.

1      Q     Okay.  So they handle the information

2   3PVROs must file before they engage in any voter

3   registration services?

4      A     Any voter registration activities, yes.

5      Q     Yes.  All right.  And that information

6   includes giving the organization's name, permanent

7   address, officers and registered agent, right?

8      A     There is a form that is adopted in rule,

9   and the rule -- and the form elicits what or

10  solicits whatever is supposed to be submitted for

11  getting registered with the State.

12     Q     Okay.  And does the Bureau of Voter

13  Registration Services handle voter registration

14  applications received from 3PVROs?

15     A     So they -- if a 3PVRO sends or mails --

16  delivers or mails voter registration applications to

17  the Division, we do handle them insofar as we look

18  to see where they need to go next to the Supervisor

19  of Elections for processing.

20          We do not actually enter the information

21  at the State level.  So upon receipt, we process it,

22  we also check to see for noncompliance, if it was

23  untimely, was it -- are the forms not filed, is

24  there a missing 3PVRO number, is the entity that

25  submitted it or the person who submitted it, are

1  they registered?  And then so that's one route.

2           And then the other is to get the

3  applications to the Supervisor of Elections as soon

4  as possible so they can process it.

5      Q    Okay.  So an envelope comes in the mail

6  with registrations from a third-party voter

7  registration organization; your staff there in the

8  Bureau of Voter Registration Services opens it up,

9  handles it and forwards the actual applications to

10 the appropriate counties to do the registration, is

11 that right?

12     A    That's correct.  There is two routes.

13 They review it to see if the person is registered,

14 they put a voter ID number on it, then they process

15 it to see which county it goes to.

16          And then it's sent there, but they also

17 review it for noncompliance.

18     Q    Okay.  About how long does that process

19 take?

20     A    It depends on how many applications have

21 been submitted.  But our goal is to obviously,

22 because of time sensitivity, particularly if there's

23 an upcoming election, is to get those applications

24 out the door as soon as possible.

25          Within a period of time before an

1  election -- and an election, when I say an election,

2  I mean a federal or state election or an election in

3  which a federal office or state office is on the

4  ballot, we are going to overnight it.  Otherwise,

5  it's generally about every week that we send it out.

6        Q    So when there is no real time pressure

7  before an election, you wait about a week to send

8  out the applications from when you receive them?

9        **MR. JAZIL:**  Object to form, but you can

10       answer.

11       A    We don't wait.  What I am saying is we are

12  getting applications in, we are processing them and

13  then a mailout will go out by the end of the week.

14  BY MR. WERMUTH:

15       Q    And that would be mailed by regular mail?

16       A    Please repeat the question.

17       Q    And in that case it would be sent by First

18  Class U.S. mail?

19       A    Correct.

20       Q    Okay.  And so going on to -- the Bureau of

21  Voter Registration Services handles complaints

22  related to 3PVROs, is that correct?

23       A    So if a complaint is submitted by a voter

24  or someone else regarding a 3PVRO, there is a

25  specific form that is adopted in rule.  That form

1   indicates that the complaint should be filed with

2   the Office of Election Crimes and Security.

3           But it's possible that a complaint can

4   come in through our elections inbox or through the

5   mail, and in which case what we would do is forward

6   that to the Office of Election Crimes and Security.

7       Q    What is the process for handling

8   complaints received from supervisors of elections?

9   When I mean complaints, I guess I'm referring to --

10  I think what form I think you are referring is

11  DSDE148?

12      A    The form is actually no longer 148, it's

13  126, I believe.

14      Q    Okay.  I guess, let me take you back to

15  the time of 2023 and during that period of time,

16  wasn't it a DSDE148?

17      A    That's correct.  I just wanted to refer to

18  the form as it's now currently numbered, but that's

19  not a complaint form.  That is a noncompliance

20  transmittal form that we get from the supervisors.

21  They are just letting us know that they got these

22  applications in the mail or by person from a 3PVRO,

23  and that there appears to be some noncompliance with

24  the law.

25          And as indicated on the compliance form,

1    it can be because there is -- it's missing a date of

2    collection, it's not -- it's not stamped by the

3    3PVRO, or it doesn't have a 3PVRO ID or, most

4    importantly, is that it's untimely.

5         Q    And so in 2023, when you were receiving

6    these, I guess notices of noncompliance, how are

7    those -- what was the process for handling those,

8    those forms?

9         A    So the process for handling is the

10   supervisors submit the noncompliance form, which is

11   now the DS126, which was adopted in September of

12   last year.  So the year does straddle 148 and 126 on

13   that.

14            So they will attach a copy of the voter

15   registration application with the transmittal or the

16   form.  And then they will fill out what the

17   fields -- the fields -- the required fields on the

18   form.

19            We take that, we make sure it's all -- if

20   there is any questions, we circle back with the

21   supervisors.  Otherwise, we put this altogether in a

22   packet.  And then there is an internal transmittal

23   form, cover sheet, that is put with all of this.

24   And then it is submitted to the Office of Election

25   Crimes and Security.

1          Now prior to that, it may have been

2    submitted to the legal office.  But either way, if

3    it goes to the legal office, they know to get it to

4    the Office of Election Crimes and Security.  They

5    are then the entity responsible for doing the

6    research and determining what -- what the

7    noncompliance was.

8          Q    Okay.  All right.  And moving on to the

9    next area of activities with the Bureau of Voter

10   Registration Services, do they assemble and report

11   data and statistics regarding 3PVROs?

12         A    Elaborate on that.  I'm not sure I

13   understand.

14         Q    I was looking at the website and I saw

15   there is a database for 3PVROs on the Department of

16   State website, is that correct?

17         A    So it appears what you're referring to is

18   a database, a public database that is available,

19   that lists all the entities, the 3PVRO entities that

20   are currently registered with the State.  It

21   includes basic information, such as the 3PVRO

22   number, the date that they were registered, the

23   e-mail address, if available, mailing address or

24   street address, if available, the list of officers.

25              That is a database that we have online.

1    So when an entity submits an application, that

2    information is entered into a database.  That is

3    then public facing.

4        Q    Okay.  And is that something that's done

5    by the Bureau of Voter Registration Services?

6        A    Yes.

7        Q    Okay.  And that report reflects the number

8    of voter registration applications that have been

9    turned in by the third-party voter registration

10   organization, correct?

11       A    You are now referring to another part of

12   that database, which is the accounting of

13   applications that have been delivered to the 3PVROs,

14   and also what has been returned by the 3PVROs.

15       Q    Okay.  And is that database that's

16   provided or produced by the Bureau of Voter

17   Registration Services?

18       A    Again, it's a public facing database that

19   includes that aspect of it.  It also includes the

20   list of terminated 3PVROs.

21       Q    Okay.  But I'm asking about how the Bureau

22   of Voter Registration Services is involved in that.

23   Is it involved in preparing, producing, supplying

24   information for that database?

25       A    It is responsible for entering the data

1    that then gets pop -- populates that database, yes.

2         Q    Okay.  And that information is updated on

3    a monthly basis, is that correct?

4         A    As the information is received.

5         Q    Okay.  And the Bureau of Voter

6    Registration Services, it also provides information

7    regarding the voter registration by method reports,

8    is that correct?

9         A    We do have a stats page on voter

10   registration numbers which includes application, new

11   applications that have been submitted by method; so,

12   you know, whether a person submits an application by

13   the Department of Highway Safety, or whether the

14   application is submitted by OVR, or whether it's

15   submitted by a 3PVRO.  So we do have those

16   statistics online.

17        Q    Okay.  And that's updated approximately

18   monthly, is that correct?

19        A    It is updated monthly.  It usually occurs

20   between the second and third week of the month

21   following the end, so the data will be current up

22   through the end of the prior month.

23        Q    Okay.  And does the Bureau of Voter

24   Registration Services prepare or produce the

25   election recap reports that are available on the

1    website to the Department of State?

2         A    The election recap report, if you're

3    referring to the report that is submitted and

4    submitted to the Legislature, that report, in

5    conjunction with IT, is primarily coordinated

6    through the director's office.

7         Q    Excuse me for a minute.

8              So that election recap report is prepared

9    by basically your -- the unit that's directly

10   associated with your office, is that correct?

11        A    Yes, it's statistical data that is

12   reported by the supervisors, that's recorded in the

13   voter registration system.  So it's data that we

14   have to work with IT to a team to compile that

15   report.  That's the election recap report, just to

16   be clear.  That is provided to the Legislature

17   following each election.

18        Q    Okay.  That reflects -- it usually

19   reflects the book closing as of the month

20   immediately prior to the general election, correct?

21        A    What that will reflect, that legislative

22   election recap report, will be based on book closing

23   numbers, those individuals who are registered at

24   that time.

25              Again, that is not a monthly report.  That

1   is a report that is generated after the election.

2       Q    Okay.  How many employees in the Bureau of

3   Voter Registration Services do work related to

4   3PVROs?

5       A    We have, I believe it's two.

6       Q    Okay.  And what are the job titles of

7   those two employees?

8       A    Regulatory Specialist III, and there's

9   also I think it's another Regulatory Specialist III,

10  and then as needed, we also bring in an assistant

11  from the director's office if we need; not the

12  assistant director, but just staff that we have to

13  support.

14      Q    Okay.  And who currently holds those

15  positions?

16      A    Right now, Tiffany Morley is one of the

17  individuals tasked, Jennifer White was also working

18  on that, that program, and then we're also looking

19  to fill a position that the Legislature granted us.

20      Q    Okay.  And as far as the roles of the two

21  individuals that you have identified, regulatory

22  specialists, what are their primary

23  responsibilities?

24      A    Their primary responsibilities will be

25  processing applications that come in from 3PVROs.

1  When I say applications, I'm referring to the

2  applications of voter registrations that they turn

3  in.  Then also to registration requests, to sign up

4  and be a 3PVRO, to also process noncompliance

5  reports, and also to enter the information as

6  required in the database.

7       Q    Okay.  Has the Division's oversight of

8  3PVROs changed since your appointment as Division

9  Director?

10      A    Yes.  As indicated before, the 3PVRO used

11  to be in the director's office and it was moved back

12  into the Bureau of Voter Registration Services.  We

13  are -- as any administrative office, you are

14  constantly looking to evaluate how to improve

15  efficiencies and also as the law changes, you have

16  to adjust your procedures.

17      Q    So in terms of work that the Bureau of

18  Voter Registration Services does related to 3PVROs,

19  how has that changed during your tenure as Division

20  Director at all?

21      A    Again, I refer to my prior statement, and

22  that is if a law changes, you have to change your

23  procedures, your forms, the communications that you

24  have with the 3PVROs.

25      Q    Okay.  Did approximately the same number

1   of division employees work on matters involving

2   3PVROs when you were appointed Division Director as

3   they do today?

4          A    I can't recall.

5          Q    Do you think it would be about two people

6   since the entire time you have worked there in the

7   Division, in the director role?

8          A    I believe it's two to three, uh-huh.

9          Q    And that number hasn't really changed to

10  your recollection?

11         A    No.

12         Q    Okay.  Are you familiar with the Office of

13  Election Crimes and Security?

14         A    I am.

15         Q    If I refer to that as OECS, will you know

16  what I mean, that it's the Office of Election Crimes

17  and Security?

18         A    Yes.

19         Q    How does the Office of Election Crimes and

20  Security fit into the Department of State?

21         A    It is an office within the Secretary of

22  State's Office.

23         Q    Is it part of the Division of Elections at

24  all?

25         A    No.

1      Q     Okay.  Who is the director of the OECS
2  right now?
3      A     Andrew Darlington.
4      Q     Does Mr. Darlington report to you?
5      A     No.
6      Q     Does he report directly to the Secretary
7  as far as you know?
8      A     I believe he reports to the Deputy
9  Secretary Jennifer -- deputy secretary, the
10  assistant secretary and Secretary.
11      Q     Okay.  So when you say deputy secretary,
12  you mean Brad McVay?
13      A     Correct.
14      Q     And assistant secretary, you mean Jennifer
15  Kennedy, is that correct?
16      A     Correct.
17      Q     Okay.  Do you have meetings that include
18  the director of the OECS?
19      A     We do have opportunities for which we may
20  have shared meetings.
21      Q     How often are those meetings that you have
22  with OECS?
23      A     At this current time there is a meeting
24  that they have once a week and it's IT oriented.
25      Q     Okay.  And do you attend that meeting once

1   a week with Director Darlington?

2        A    No.  A representative from the office is

3   usually there.

4        Q    Okay.  Do you keep Mr. Darlington informed

5   of the work you do?

6        A    Can you repeat your question, please?

7        Q    Do you keep Mr. Darlington informed of the

8   work you do?

9        A    No.

10       Q    No?  You don't report to him, he doesn't

11   report to you, is that correct?

12       A    We don't report to each other.  However,

13   we do have -- you know, if I have a noncompliance

14   report that we're referring to him, then, yes, there

15   is that intersection (sic).

16       Q    Okay.  Does the director of the OECS ever

17   consult with you regarding 3PVRO activities?

18       A    Only to the extent if they need more

19   information about a report that has been filed with

20   them.

21       Q    Have you served as a corporate

22   representative of the Division in past lawsuits?

23       A    Yes.

24       Q    About how many times?

25       A    Again, I'm not trying -- I don't keep a

1    record, but it is -- it's been more times, yes, many

2    times.

3        Q    Okay.  Is it fair to say if there is a

4    challenge to an election law that's filed in a

5    lawsuit, are you typically the person who is the

6    corporate representative of the Department of State?

7            **MR. JAZIL:**  Object to form.

8        A    I am willing to serve as whatever I am

9    asked to do serve.

10   BY MR. WERMUTH:

11       Q    But, for instance, in the Amendment 4

12   litigation, you were the corporate representative in

13   that case for the Department of State, correct?

14       A    I do recall being deposed and testifying,

15   yes.

16       Q    Okay.  And you were the corporate

17   representative in the SB 90 case as well, correct?

18       A    Yes.

19       Q    And are you a corporate representative in

20   this case, meaning do you act as the point of

21   contact with the Secretary of State's outside

22   counsel on this case?

23           **MR. JAZIL:**  Object to form.  Compound

24           question.

25       A    All I know is I have been called to be

1    deposed.

2    BY MR. WERMUTH:

3        Q    Okay.  I guess what I am asking is have

4    you -- have you been involved internally in being

5    the -- a point of contact regarding the SB 7050

6    case, this case, and dealing with outside counsel?

7        A    I have been asked questions, yes.

8        Q    Okay.  Before this lawsuit was filed, did

9    you anticipate lawsuits would be filed challenging

10   SB 7050?

11       A    That's an odd question.  Any time any

12   legislation is filed, it's possible.

13       Q    I was asking you did you anticipate in

14   this matter that a lawsuit would be filed

15   challenging SB 7050 when it was enacted?

16       A    I had no idea what would be challenged on

17   this legislation.

18       Q    Is that a yes, you did anticipate, you

19   just didn't know what was going to be challenged?

20       A    I go back to my earlier statement, and

21   that is any time any legislation is enacted, there

22   is the possibility of litigation.

23       Q    Did you have any expectation of what types

24   of entities would be challenging SB 7050?

25       A    I think you look to the law to see what

1    interested parties, and those are the interested

2    parties that would potentially file suit.

3         Q    And in this case did you anticipate that

4    3PVROs would be filing suit against -- to challenge

5    SB 7050?

6         A    Again, I did not anticipate.  I have been

7    here long enough to know that any time legislation

8    is filed, there is a potential for litigation.

9         Q    What does the Department of State do to

10   prepare for election lawsuits, election law related

11   lawsuits?

12        A    That's really a question best answered by

13   the legal office and what they prepare if they -- if

14   there is litigation.

15        Q    Okay.  Are you aware of whether the

16   Department of State seeks funding in advance of

17   passing a law with the understanding that it would

18   be challenged?

19        A    All I know is that agencies, and

20   Department of State is no different, that they

21   submit budget requests and a line item can be

22   litigation costs.

23        Q    Okay.  Are you aware of whether such a

24   budget or a request was created before enactment of

25   7050 anticipating there was going to be a lawsuit?

1     A    No.

2     Q    Did the Department of State consult with

3 outside counsel when the Legislature was in the

4 process of considering passing SB 7050?

5     A    That's outside my knowledge.

6     Q    Does the Department of State notify the

7 Legislature of challenges to election laws?

8     A    There is a provision in statute, I don't

9 have it in front of me, that's under 97, I believe

10 012, that talks about when the Department is

11 required to notify the Legislature about litigation.

12 And I think it's in reference to settlements.

13     Q    Okay.  Are you aware of any other

14 reporting that's given to the Legislature regarding

15 challenges to election laws?

16     A    Again, that would not be my division that

17 would be responsible for doing the reporting.  So

18 that would be within the legal counsel's office or

19 the Secretary of State.

20     Q    Okay.  Have you provided any information

21 for such reports to the Legislature regarding

22 challenges to election laws?

23     **MR. JAZIL:**  Object to form.

24     A    Again, if I have provided information,

25 it's only internally to whoever has asked me.  And

1    for whatever purpose they may need that information,

2    I do not know.

3    BY MR. WERMUTH:

4        Q    Okay.  But do you recall being asked and

5    giving information for purposes of a report to the

6    Legislature about challenges to election laws?

7        A    No.

8        Q    Let's move on to what preparation you did

9    for the deposition today.

10         What did you do to prepare for today's

11    deposition?

12        A    Well, I looked at the law, the chapter

13    law, the Rule 1S-2.042, the forms; I did look on

14    line, our database.

15        Q    What database are you referring to?

16        A    The 3PVRO database which is the listing of

17    all currently active 3PVROs.

18        Q    Okay.  And why did you look at that list?

19        A    I wanted to see how many we still had

20    listed as active.

21        Q    So what else did you do to prepare for

22    today's deposition?

23        A    I talked to my counsel.

24        Q    How many meetings did you have with

25    counsel?

1      A    Two.

2      Q    Okay.  And how long did those meetings

3  last?

4      A    One and a half to two hours.

5      Q    And when did those meetings occur?

6      A    This week.

7      Q    And did you reach out to anyone else to

8  help you to prepare for today's deposition?

9      A    No.

10     Q    Did you tell anyone that you would be

11  sitting for deposition today other than your

12  counsel?

13     A    Yes, I told my assistant director that I

14  would be in deposition today, and if anybody needed

15  me, I would not be available.

16     Q    Okay.  And did you review any documents in

17  preparation for today's deposition that were not

18  produced in this litigation?

19     A    I anticipate that my counsel would have

20  provided all the documentations that were requested.

21     Q    Have you helped prepare any other

22  witnesses for depositions in this case?

23     A    No.

24     Q    Are you aware that Mr. Darlington

25  testified, I believe, that he spoke with you in

1    advance of his deposition?  Do you recall that?

2         A    I do recall him coming into my office and

3    asking me what's it like to be deposed.

4         Q    Okay.  And what else did you discuss

5    during that meeting?

6         A    We stuck to that.

7         Q    So nothing else other than just what's it

8    like to be deposed?

9         A    Yes, which is not pleasant.

10          I am just kidding you.

11        Q    I think I am pleasant, says me, huh?

12          All right.  Let's move on to enforcement

13    of 3PVRO noncompliance.

14          So what happens when a third-party voter

15    registration organization turns in a voter

16    registration application late?

17         A    So when an application is turned in, at

18    least at the state level, like anything that is

19    turned in, it's got to be date/time stamped, because

20    that can have significance for the voter

21    registration application date of registration.

22          Then the process continues with making

23    sure that you have all the paperwork necessary to be

24    able to find out which county it needs to be sent

25    to, and then also to review it for noncompliance.

1    And then preparing the packages that need to be, you

2    know -- for sending.

3              And then the -- preparing the packages

4    that need to be prepped for referring it to the

5    Office of Election Crimes and Security, OECS.

6              If a supervisor gets it, I don't know the

7    details of how they are doing it at the local level,

8    but at a minimum, based on what I see, they have to

9    stamp when they received it.  They identify whether

10   the person is registered or not; and if they do,

11   they enter the voter ID number.

12             We'll have two tracks.  One for them is to

13   go ahead and process the application because,

14   regardless of whether the 3PVRO has not complied

15   with the law in collecting and handling and turning

16   in the application, the application should still be

17   processed to the extent that it can be.

18             And then the second track for them is to

19   review it and prepare it to send to us, and so that

20   we can go ahead and get it also prepared, further

21   prepare our packet again to refer to OECS.

22   Q    Okay.  When you say refer to us, you are

23   the Bureau of Voter of Registration Services, is

24   that correct?

25   A    Yes.

1     Q    Okay.  And what's your understanding of

2  what happens when a 3PVRO turns in a voter

3  registration application to the wrong county?

4     A    The rule says what they are supposed to

5  do.  They are supposed to contact the 3PVRO to have

6  it delivered to the proper one.

7     Q    Okay.  So are you saying the supervisor of

8  elections office doesn't process the voter

9  registration application?

10     A    If you would wait just a moment so that I

11  can just go -- I am going to refer to the rule.

12  (Examining document.)

13         **MR. JAZIL:**  Director Matthews, would you

14         mind just making clear for the record what rule

15         you are referring to?

16         **THE WITNESS:**  Absolutely.  The rule I am

17         referring to is 1S-2.042 that was enacted or

18         adopted on 9-26-23.

19     A    So it says under subsection (5)(d):  All

20  collected voter registration applications, complete

21  or incomplete, must be delivered to the Supervisor

22  of Elections in the applicant's county of residence.

23         If the application is -- let's see, I

24  thought there was something in here about where --

25  what it's supposed to do when they are not

1   delivered.

2           I need to look at the law.

3   BY MR. WERMUTH:

4       Q    Yeah, I guess from a process perspective,

5   the county could process the voter registration

6   application, correct?

7       A    Yes, it's the county that processes it.

8       Q    Okay.  So they could, even if it -- even

9   if the application were for a voter in a different

10  county, residing in a different county, the

11  supervisor could still input the data into the

12  Florida Voter Registration System in their --

13      A    Right, the voter -- the voter is not

14  punished by the virtue that the 3PVRO did not comply

15  with the law.

16      Q    Okay.  So the voter still gets registered,

17  assuming that it's timely received, the voter gets

18  registered, and there is no harm, no fowl, as

19  concerns the voter, correct?

20      A    Provided it's timely received and/or --

21  you know, by book closing, whatever, you know, the

22  applicable timeline is, yes.

23      Q    Okay.  Now how does the Division find out

24  about these sorts of noncompliance when they're

25  occurring with applications that are sent to the

1    supervisors of elections?

2         A    The supervisors of elections complete form

3    DSDE26 -- 126 -- which was formerly 148; that's

4    their transmittal form.  And then they copy the

5    voter registration applications, front and back, and

6    they submit that to us electronically.

7         Q    Okay.  So are those noncompliance reports

8    the only ways that supervisors report these sorts of

9    noncompliance to the State?

10        A    They are required to submit them, yes, by

11   these transmittal forms because the form tells us

12   key pieces of information about what was turned in.

13        Q    Okay.  Do supervisors ever report

14   noncompliance through other avenues?

15        A    They could -- it's possible they can do it

16   by mail, depending on the volume.  They have the

17   option.

18        Q    Okay.  But they would use either the

19   DSDE148 at the time or now the DSDE126, correct?

20        A    They are supposed to, yes.

21        Q    But that's the only recognized avenue for

22   reporting noncompliance?

23        A    We are certainly still going to take it if

24   they omitted the noncompliance transmittal form, but

25   we'll probably circle back with them and say, hey,

1    where is that transmittal form?

2         Q    Are the supervisors required to report

3    violations or noncompliance?

4         A    Yes.

5         Q    If a supervisor did not report

6    noncompliance, could the Division effectively

7    enforce rules setting the time and place for 3PVROs

8    to return voter registration applications?

9         A    I am not sure I understand the question.

10         Q    If the supervisors didn't send you these

11    notices of noncompliance or reports of

12    noncompliance, could the Division effectively

13    enforce the rule setting the time and place for

14    3PVROs to return voter registration applications?

15         A    Well, we are still going to get

16    applications that may be delivered directly to the

17    Division.  There are entities that do that instead

18    of submitting it to the Supervisor of Elections.

19              But if the supervisors aren't doing what

20    they are supposed to be doing, then they are out of

21    compliance with the law.  And I am probably going to

22    be circling around nipping at their heels about

23    that.

24         Q    Okay.  But what I am saying is if they

25    don't report that noncompliance, you wouldn't know

1  about it, would you?

2            **MR. JAZIL:**  Object to form.

3        A    I am trying to think on this.

4            That's going to be the primary way that we

5   are going to know if an entity is not complying.

6   There may still another way, and that is a voter may

7   complain and say -- and submit an application -- a

8   complaint that says, you know, I submitted my

9   application to this entity, and now I am not

10  registered, or it didn't get turned in on time.

11  BY MR. WERMUTH:

12       Q    And how would they know?

13       A    I'm sorry?

14       Q    And how would they know?

15       A    How would who know?

16       Q    How would the voter know when it was

17  turned in if it wasn't reported to you or reported

18  to them?

19            **MR. JAZIL:**  Object to form.

20       A    The voter is going to provide the

21  information on a complaint form saying that they

22  submitted an application to the 3PVRO, and that

23  application -- if not turned in, that the voter is

24  in a -- in a spot in that regard, which is one of

25  the reasons we have this new provision about

1    receipt.

2           But if the application is untimely, there

3    is going to be that copy of that application that

4    will be in the record.

5    BY MR. WERMUTH:

6       Q    And I guess my question is more directed

7    toward the supervisors reporting this noncompliance.

8    If they did not report the noncompliance to you, you

9    would find it difficult to enforce the rule setting

10   the time and place for 3PVROs to return voter

11   registration applications, correct?

12          **MR. JAZIL:**  Object to form.

13      A    I still am not following.

14          If a county does not report noncompliance,

15   the law still says there is a time frame for when

16   3PVROs are supposed to be turning in the

17   applications.  There is still that fiduciary duty,

18   regardless of whether we have it reported to us or

19   not.

20   BY MR. WERMUTH:

21      Q    Like you wouldn't be aware of it, right?

22      A    I am only going to be aware of it three

23   ways:  Through the Supervisor of Elections

24   reporting, through a voter complaint against a

25   3PVRO, and then through applications that are

1  submitted directly to the Division of Elections.

2      Q    Uh-huh.  Now currently and historically,

3  where have most of the reports of noncompliance

4  begun in this, from the supervisors or from your

5  office or from voters?

6      A    I have not been tracking where the

7  majority is coming from, or I haven't been tracking

8  that.

9      Q    Okay.  But just your understanding of the

10  numbers, it's pretty fair to say that a large

11  proportion of reports of noncompliance come directly

12  from the supervisors of elections, correct?

13          **MR. JAZIL:**  Object to form.

14      A    Again, I don't know how many.  It's -- you

15  know, there can be a county that reports a thousand

16  that were untimely submitted or it could be, you

17  know, five counties reporting, you know, 20 a piece;

18  or it could be that there were, you know, 2000

19  applications submitted to the Division.  I don't

20  know.

21      Q    I am going to show you what has been -- I

22  am going to drop this in the Chat.  Actually I will

23  change it.

24          Just so we are clear, I am going to drop

25  this in the Chat again.

1          **MR. WERMUTH:**  And I will request that the

2     court reporter mark this document as Exhibit 1.

3               (Exhibit 1 was marked for identification.)

4          **MR. WERMUTH:**  And I will share it with you

5     on the screen.

6     BY MR. WERMUTH:

7          Q    Do you see this document that I am showing

8     you?

9          A    Yes.

10         Q    Are you familiar with the Florida

11    Department of State, Office of Crimes Security

12    Report, dated February 15, 2023?

13         A    I know that a report was filed.

14         Q    Okay.  Did you provide information for

15    this report?

16         A    Only -- it would only be available -- some

17    of the information might have originated from,

18    obviously from the Division of Elections to the

19    extent that anything was referred from us to them.

20         Q    Did you assist in preparing the report by

21    drafting any of it?

22         A    No.

23         Q    Are you aware of who prepared the report?

24         A    It's the Office of Crimes and Security

25    that's supposed to be providing it.  It says it's

1    prepared by the Department of State.

2        Q    Okay.  But do you know who the actual

3    individuals were who prepared this?

4        A    Again, I would -- Office of Election

5    Crimes and Security at a minimum.

6        Q    Okay.  Let's turn to page 6 of this

7    document.

8            Do you see there the first paragraph

9    explains, pursuant to the requirements of the

10   Section 97.0227, Florida Statutes, this report must

11   include the total number of complaints received and

12   independent investigations initiated and number of

13   complaints referred to other agencies for further

14   investigation and prosecution, including the total

15   number of those matters sent to the special officer

16   pursuant to Section 102.091, and following table

17   summarizes these complaints.

18           Do you see that?

19       A    Yes.

20       Q    Do you believe this report does what the

21   statute requires?

22           **MR. JAZIL:**  Object to form.

23       A    Again, the Office of Election Crimes and

24   Security is an independent office from the Division

25   of Elections.  I had -- I am not involved in the

1    preparation of this report.

2            **MR. WERMUTH:**  We have been going for about

3        an hour.  Would you like to take a five-minute

4        break?

5            **THE WITNESS:**  Sure.

6            **MR. WERMUTH:**  How about we come back at

7        10:15, if that works?

8            **MR. JAZIL:**  Perfect.

9            (A recess took place from 10:08 a.m. to

10       10:15 a.m.)

11   BY MR. WERMUTH:

12       Q    Let's take you back to May 2021.  So

13   May 2021, SB 7050 amended the Florida Statute

14   regulating 3PVROs, is that correct?

15       A    Hold on just a moment, I am going to look

16   at the chapter law.

17       Q    Let me drop a copy of that in the Chat for

18   everyone.

19       A    If you are referring to Chapter law

20   2023-120, SB 7050, yeah, it was filed with the State

21   on May 24, 2023.

22       Q    And that amended the Florida Statute

23   regulating 3PVROs, is that correct?

24       A    Correct.

25       Q    Okay.  And imposed a 14-day window for

1    returning voter registration applications, is that

2    correct?

3         A    That was the law previously, and it

4    changed it to 10 days.

5              (Exhibit 2 was marked for identification.)

6    BY MR. WERMUTH:

7         Q    Okay.  Let's -- let me share the screen

8    here so we are on the same page.

9              Can you see that document I am showing?

10        A    Oh, you are talking 2021?

11             **MR. JAZIL:**  Sorry, Counsel, I think you

12             guys are speaking past each other.  You were

13             referring to SB 90, she was referring to

14             SB 7050.

15   BY MR. WERMUTH:

16        Q    I was referring to SB 90 and asking you to

17   confirm that your understanding that that changed

18   Section 97.0575 to impose a 14-day window on

19   returning voter registration applications, is that

20   correct?

21        A    Okay.  Now I am going to have to look

22   through this because I don't have that before me.

23        Q    Okay.

24        A    All right.  I am going to move closer, my

25   eyes are not that --

1    Q    Let me see if I can get it bigger for you.

2         You see there in Section 3A, it provides

3    that the application must be promptly delivered to

4    the Division or the Supervisor of Elections in the

5    county in which the applicant resides within 14 days

6    after completed by -- within 14 days after completed

7    by the applicant.

8         Do you see that?

9    A    Yes.

10   Q    Okay.  And SB 90 also required 3PVROs to

11   give a disclaimer that they may return voter

12   registration applications on time, is that correct?

13   A    Yes, there is a disclaimer within -- the

14   exact language is obviously in the chapter.

15   Q    And SB 90 also added the requirement

16   3PVROs refer applications to the county in which the

17   registrant resides, correct, or the applicant

18   resides?

19   A    Hold on just a moment, I am reading this.

20   I mean, that's what I am going to do, is I am going

21   to refer to the law.

22        So the 3PVRO must notify the applicant at

23   the time of the application collected that they

24   might not deliver it within the time frame that the

25   law says.

1      Q     You see what I've highlighted on the

2  screen?

3      A     Yes, in which the county -- yeah, in which

4  the applicant resides, that is correct.

5      Q     Okay.  So before SB 90, a third-party

6  voter registration organization could return

7  applications to -- voter registration

8  applications -- to a county, regardless of whether

9  it was the county in which the applicant resides,

10  correct?

11      A     If you take that highlight -- I just want

12  to make sure that's an underline under there.

13            Okay.

14            So it would have read, the Division or the

15  Supervisor of Elections, and then you need to go to

16  the next page to make sure there isn't anything

17  else.

18            Okay.  Right.  Then scroll back up.  I'm

19  sorry.

20            So repeat your question again, please.

21      Q     So before SB 90 a third-party voter

22  registration organization could return an

23  application, a voter registration application, to a

24  county other than the county in which the applicant

25  resides, correct?

1      A     The law indicated, yes, they could be

2      returned to a Supervisor of Elections, so any

3      supervisor, any of the 67.

4      Q     Okay.  And SB 90 changed that, correct?

5      A     It changed it to the Division or -- well,

6      the Division was still already there, but, yes, to

7      the county in which the applicant is registered and

8      for purpose of ensuring that the application got

9      there quicker.

10      Q     Okay.  But you said that the applications

11      were -- would nonetheless get processed, correct?

12      A     They would get processed, yes, but this

13      ensures that they are, you know, if you are doing a

14      drive in a county, that you get it to the county

15      Supervisor of Elections; just expedites it.

16      Q     And currently, when a third-party voter

17      registration organization sends you an application

18      at the Division of Elections, you turn around and

19      mail it back to the county in which the applicant

20      resides, correct?

21      A     That is correct, assuming -- that is

22      correct.

23      Q     Okay.  Now in looking at this, we turn to

24      the next page, it talks about fines.  And you see

25      that it has a fine amount of $50 for each

1 application received by the Division or the

2 Supervisor of Elections in the county in which the

3 applicant resides more than 14 days after the

4 applicant delivered the completed voter registration

5 application.

6        Do you see that?

7    A   Yes.

8    Q   Okay.  And it added a hundred dollar

9 fine -- well, it had a hundred dollar fine for the

10 completed application that a 3PVRO returns after

11 book closing that the 3PVRO received before book

12 closing, is that correct?

13    A   I'm sorry, repeat again.

14    Q   We'll move on to the next question.

15        And you see that there is a fine in the

16 amount of $500 for each application collected by a

17 third-party voter registration organization or any

18 person, entity or agent acting on its behalf, which

19 is not submitted to the Division or Supervisor of

20 Elections in the county in which the applicant

21 resides, correct?

22    A   Correct.

23    Q   And so in amending that last fine

24 provision, the $500 fine provision, it basically

25 changed the law so that it went from fining somebody

1   $500 for not turning in an application at all to a

2   $500 fine for turning in an application to

3   essentially the wrong county, is that correct?

4       A    No, I would not read it that way because

5   the law requires that it's supposed to be turned in

6   to the county in which the applicant resides, and if

7   you don't turn it in as required, then the $500

8   applies.

9       Q    Yeah, but remember we were talking about

10  this before.  And before this addition of the words

11  "in county in which the applicant resides" was

12  there, a 3PVRO could, if they timely returned an

13  application to a wrong county, there was no fine,

14  correct?

15      A    So this is going to be statutory

16  construction.  This is -- the fine is not imposed in

17  my office.  This would be something that would be

18  covered by the Office of Election Crimes and legal

19  counsel to determine if -- assuming a voter at that

20  time could prove that had they handed an application

21  to somebody, to a 3PVRO, and had not -- and that it

22  had not been turned in, now we have a law that

23  requires a receipt to be provided, so that empowers

24  the voter to be able to provide evidence that, yeah,

25  I did give it to a 3PVRO.  Because this is a

58

1    circumstance in which no application is turned in,

2    period.

3        Q    So you read this fine here as being an

4    instance where there is no application turned in,

5    period?

6        A    Again, I am not the one that's going to be

7    making that call.  That is for the Office of

8    Election Crimes and Security or the legal office.

9        Q    For the period before SB 90, do you agree

10   that the Department of State was enforcing

11   requirements for 3PVROs to timely return voter

12   registration applications?

13       A    Repeat the question one more time, please.

14       Q    Before SB 90 was enacted, the Department

15   of State was enforcing the existing requirements for

16   3PVROs to timely return voter registration

17   applications, correct?

18       A    That would have been our responsibility,

19   yes, the Department's, uh-huh.

20       Q    Did anyone consult with you about adding

21   provisions regarding 3PVROs before these revised

22   provisions were added to SB 90?

23       A    It would not be unheard of for me to be

24   consulted as to, you know, the noncompliance

25   information about that, and that would have been

1  used to -- as the basis for creating legislation.

2      Q    But I am just asking you, do you remember

3  being consulted about these changes to SB 90 before

4  they were enacted?

5      A    I am sure I was.  I mean, we are talking

6  2021.  A lot has happened between now and then for

7  me to be able to recall.

8          **MR. JAZIL:**  Counsel, do you happen to have

9          Director Matthews' testimony from the SB 90

10         trial from which you might refresh her

11         recollection?

12         **MR. WERMUTH:**  I am sure the record

13         reflects it.  I am just asking the witness

14         right now if she can explain her history in

15         this matter.

16  BY MR. WERMUTH:

17     Q    Before those provisions were added to

18  SB 90, did any members or staff of the Legislature

19  solicit suggestions or recommendations on provisions

20  regarding 3PVROs?

21     A    Again, I can't recall, but it is -- it is

22  not uncommon, and if the Legislature asks us, we

23  will provide input on any information, we are a

24  resource for them.  So if they are considering

25  legislation and they want to know information, we

1    will certainly provide that.

2         **MR. WERMUTH:**  I just dropped into the Chat

3         Exhibit 3.

4              (Exhibit 3 was marked for identification.)

5    BY MR. WERMUTH:

6         Q    Were you involved in implementing SB 90

7    back in 2021?

8         A    Define involved.  Again, I am a resource

9    for -- my office is obviously administering the

10   program for 3PVROs.  If I am asked by anyone through

11   upper management, the Legislature, anyone, then I am

12   going to be a resource to provide information about

13   the program.

14        Q    Okay.  I am going to show you what has

15   been marked as -- well, I am going to show you a

16   document and ask the court reporter to mark it as

17   Exhibit 3.

18        **MR. JAZIL:**  Counsel, was the rule version

19        of SB 90 Exhibit 2?

20        **MR. WERMUTH:**  Sorry, what did you say?

21        **MR. JAZIL:**  Was the rule version of SB 90,

22        the one that you and Director Matthews

23        discussed, was that marked as Exhibit 2

24        previously?

25        **MR. WERMUTH:**  That was marked as

1     Exhibit 2.  I dropped it into the Chat as well.

2         And Exhibit 3 is this e-mail that I am

3     showing you right now.

4   BY MR. WERMUTH:

5     Q    Do you see that?

6     A    Yes.

7     Q    All right.  So do you recognize this as an

8   e-mail in which you responded to an e-mail from

9   Pierce Schuessler on May 11, 2021 at 10:57 a.m.?

10    A    Yes.

11    Q    Okay.  And does Pierce Schuessler work for

12  the Division of Elections?

13    A    No, he was the director of Policy and

14  Budget within the Department of State.  He is no

15  longer with the Department.

16    Q    Okay.  And you see at the top

17  Mr. Schuessler sent Katherine Woodby the file you

18  sent him?  Do you see that?

19    A    Yes.

20    Q    That was done on September 23, 2022, at

21  1:51 p.m.  Do you see that?

22    A    Yes.

23    Q    Let's take a look at attached spreadsheet,

24  which I'm referring now to Bates number

25  SB 7050-SOS-00087321.  It reflects that it's a

1      native placeholder.  I printed a copy of what was a

2      spreadsheet attached to that e-mail.

3              Do you recognize --

4      A      To the -- I'm sorry.

5      Q      Do you have --

6      A      To the original e-mail?  I am going to

7      have -- at the very top, it says updated May 11,

8      2021.  This is a template that I created.

9      Q      Okay.

10     A      That I create once the legislation is

11     enacted to provide -- it's a roadmap for us how to

12     proceed to implement the law and/or rules and make

13     other changes that are necessary to comply with the

14     law.

15     Q      Okay.  So you participated in preparing

16     this spreadsheet, is that correct?

17     A      I am the originator of this template.

18     Q      Okay.  Let's look at row 7 here if you

19     can.  Do you see it says in the column Statute, it

20     says 97.0575, and in the title it says Third-Party

21     Voter Registration Organization?

22     A      Yes.

23     Q      And in the column under the heading Lead

24     Unit, it says BVRS, is that the Bureau of Voter

25     Registration Services?

1      A      Yes.

2      Q      And you see the acronyms in the other --

3   in the same column there.  What is -- what do those

4   acronyms stand for; like BER, for instance?

5      A      BER refers to the Bureau of Election

6   Records; BVSC refers to the Bureau Of Voting Systems

7   Certification, IT office is just our generic term

8   for the technology office, anything that requires a

9   technology need.

10      Q      How about DO?

11      A      Director's Office.

12      Q      Okay.  All right.  In row 7, looking at

13   the column under the heading starting with the word

14   Updates, do you see in row 7, it refers to a number

15   of updates.  What is DE Rev Guide 0012?

16      A      That is a reference guide that we create

17   to explain whatever the topic of order is, and it's

18   just a reference guide that we -- referencing regs

19   that we developed by the Division.

20      Q      Okay.  And what is the Website Update?

21      A      The website means that if it's listed

22   here, it means that we are going to have to review

23   our website and to see what we have to update, which

24   could mean any publication that relate to 3PVROs, in

25   this instance, any forms, any FAQs, things like

1  that.

2         So it's essentially flagged for us that we

3  have to review our website and make sure that it's

4  updated to reflect the law.

5         Q    What does the Letter Templates reflect?

6         A    That would refer to any letters of

7  communication, whether it's with the Supervisor of

8  Elections, or 3PVROs.

9         We have templates that we created so that

10  all we have to do is plug in the name of a 3PVRO or

11  the address instead of having to create the letter

12  from scratch every time.

13         Q    Okay.  And you see over in the column just

14  to the right of that it says Updates to Letter

15  Templates, and DSDE148, Done, do you see that?

16         A    Yes.

17         Q    So are the letter templates like the fine

18  letters that are sent?

19         A    It could be, if that were something that

20  we were sending out, but those fine letters are

21  actually sent out from the legal counsel's office.

22  At that time it might have been the legal counsel's

23  office, and then now would maybe be sent out from

24  the Office of Election Crimes.

25         Q    But did you -- were you involved in

1  updating those letter templates?

2      A    I would have -- we would have been

3  responsible for updating any letters, any templates

4  for which we were responsible for notifying or

5  communicating with any external entity.

6      Q    Now we did not receive a copy of this

7  e-mail and attachment from your possession.  Why is

8  that?  I mean the earlier one.

9          Did you provide information to your

10  counsel for -- for -- to respond to discovery that

11  would cover this document?

12      A    I don't understand.  You mean -- what are

13  you referring to?

14      Q    Our only copy of this e-mail that I'm

15  seeing that you transmitted back on May 11, 2021, is

16  in this later copy that we are getting from a

17  production from Pierce Schuessler.  Do you know why

18  that is?

19      A    No, I do not.  It's a transitory e-mail.

20  It's just here you go, here's the template.

21      Q    You see the last e-mail there at the top

22  dated September 23rd, 2022?

23      A    Yes.

24      Q    What does -- what role does Katherine

25  Woodby play in the Department of State?

1      A     Kathy Woodby is a legislative affairs

2  director.

3      Q     Okay.  At that time was there discussion

4  or planning regarding provisions involving --

5  involved in SB 90?

6           **MR. JAZIL:**  Object to form.

7      A     Yeah, I am not following what you're

8  asking.

9  BY MR. WERMUTH:

10     Q     Well, Mr. Schuessler is sending this

11 spreadsheet with the implementation of SB 90 to

12 Katherine Woodby in 7 of 2022, which is kind of

13 late.  Do you have any idea what was going on at

14 that time that would -- that would involve looking

15 at matters related to SB 90?

16          **MR. JAZIL:**  Object to form.

17     A     Unfortunately this e-mail from Pierce,

18 which he appears to have used an e-mail that was

19 from me providing him a spreadsheet, doesn't say

20 what's the purpose of it.  So it would be shear

21 conjecture at this point.

22 BY MR. WERMUTH:

23     Q     So thinking back to that period of time,

24 it's late 2022, hadn't SB 524 already been passed

25 during the 2022 legislative session?  So you are

1    aware of SB 524, correct?

2        A    Yes.

3        Q    You know that was passed in 2022, correct,

4    during that legislative session?

5        A    Yes.  But again, you are asking me to

6    conjecture on the purpose of getting that

7    spreadsheet -- could have been just to have a

8    template.

9        Q    What I was asking you is what was going --

10   was there anything going on at that time related to

11   the provisions that were amended as part of SB 90?

12       A    I don't recall.

13       Q    But that was -- was -- that was in the

14   period, you know just before the 2023 legislative

15   session, correct.  So you would be coming right up

16   on the period you would be or the Legislature would

17   be having its committee meetings in advance of the

18   legislative session, correct?

19       A    That is a time period that precedes the

20   legislative session.

21       Q    Yeah.  And would there have been planning

22   going on during that time for the legislative

23   session that would involve the provisions contained

24   in SB 90?

25       A    Again, you are asking me to conjecture

1    what the purpose of this particular e-mail being

2    sent to Katherine at that time is.  I don't know.

3    We were working on legislative language, but I don't

4    know that that -- this is tied into it.

5         Q    Okay.  So you were working on legislative

6    language regarding election laws at that point?

7         A    Yes.

8         Q    Were you working on legislative language

9    at that point that later found its way into SB 7050?

10        A    Yes.

11        Q    So I will stop sharing that with you.

12             Now before that period of time that you

13   were working on legislative language for the next

14   session in late September 2023, you are aware that

15   the Florida legislature passed SB 524 in April 2022,

16   correct?

17        A    I don't remember, I don't remember the

18   exact date.

19        Q    I will represent to you it was in April of

20   2022.  Do you have any reason to dispute that at

21   this point?

22        A    I can't -- I can't tell you the specific

23   date.

24        Q    Okay.  Are you aware that SB 524 increased

25   the cap on fines imposed on 3PVROs from 1,000 to

1   50,000?

2       A    Again, I am going to have to refer to the

3   law.  I don't have it committed to memory.

4       Q    Okay.  I am dropping into the Chat

5   Exhibit 4.

6            (Exhibit 4 was marked for identification.)

7            **MR. WERMUTH:**  I am going to show you a

8            document and ask the court reporter to mark

9            this document as Exhibit 4.  And I will bring

10           it up on the screen for you.

11  BY MR. WERMUTH:

12      Q    Do you see this engrossed version of

13  SB 524?

14      A    Yes.

15      Q    And I will go to page 10.  Do you see that

16  this is amending 97.0575, third-party voter

17  registrations, do you see that?

18      A    Yes.

19      Q    And if we scroll down, you probably

20  recognize those fine provisions from the last

21  statute we looked at.  And then you see in this

22  paragraph on page 12, that the aggregate fine is, in

23  the year, is raised to 50,000 from 1,000, is that

24  correct?

25      A    Yes.

1    Q    Now before the initial introduction of
2    SB 524, did anyone consult with you or your staff
3    about increasing that fine cap?
4    A    I don't recall.  And if they had, it would
5    have been based on the fact that we had
6    noncompliance, showing consistent noncompliance.
7    Q    So are you speculating about -- you're
8    conjecturing about what caused that fee cap to be
9    raised, is that correct?
10   A    To the extent that we do gather
11   information about noncompliance, that would be a
12   basis potentially for the increase in the fine.
13   Q    But you don't know that sitting here,
14   correct?
15   A    I don't.
16   Q    Okay.
17   A    I do not.
18   Q    Okay.  You don't recall any discussion
19   about noncompliance as a basis for raising that fine
20   cap from -- from 1,000 to 50,000, correct?
21   A    I don't have independent recollection at
22   this time.
23   Q    After the enactment of SB 90 in 2021, did
24   any members or staff of the Legislature solicit
25   suggestions or recommendations on provisions

1    regarding 3PVROs?

2         A    Can you ask that question again because

3    now you are referring to 2021?

4         Q    Yes.  So I am asking between the enactment

5    of SB 90 and this session, the one we are looking at

6    that's governing SB 524, did any members or staff of

7    the Legislature solicit suggestions or

8    recommendations on provisions regarding 3PVROs?

9         A    I can't recall.  I'm sure they would have

10   though.

11        Q    And why are you sure they would have?

12        A    Because noncompliance is an issue.

13        Q    What noncompliance are you talking about

14   that's leading you to tell me that you are sure that

15   this was -- that there was outreach to you about

16   this, this amendment?

17        A    Because we consistently had organizations

18   that are not timely submitting applications, and it

19   appears that the fine level is not acting much as a

20   deterrent to encouraging that timely submission.

21        Q    How would the Legislature know to solicit

22   that, to solicit a recommendation from you regarding

23   that issue?

24             **MR. JAZIL:**  Object to form.  You can

25        answer.

1    A    The Legislature is going to ask agencies

2    who have responsibility over particular provisions

3    in law and that's an area within our jurisdiction.

4    BY MR. WERMUTH:

5    Q    So my question to you was did any members

6    or staff solicit suggestions or recommendations on

7    provisions regarding 3PVROs?  And you are saying

8    that they -- you don't know, is that correct?

9    A    I don't recall, but if they had, it would

10   have been our responsibility to respond with

11   information to allow them to be able to do what they

12   wanted to do.

13   Q    Okay.  And what is it that you understood

14   they wanted to do?

15   **MR. JAZIL:**  Object to form.

16   A    I don't recall.  All I can say is that our

17   responsibility is to be responsive to the

18   Legislature, if they ask us questions about certain

19   provisions of law that lie within the jurisdiction

20   of the Division or the Department of State.

21   BY MR. WERMUTH:

22   Q    Did the Governor or any staff of the

23   Governor's Office solicit suggestions or

24   recommendations on provisions regarding 3PVROs after

25   the enactment of SB 90 and as part of this 2022

1  legislative session?

2       A    Again, I can't recall, but if they had,

3  again, we would have been responsive.  We are an

4  executive agency.

5       Q    In the SB 90 case, you testified that the

6  Legislature sought from the Division information

7  about 3PVROs during session.  Do you recall that?

8       A    I would refer to the statement or the

9  document that I said that.  I don't recall right

10 now.  A lot of time has gone by.

11      Q    Okay.  What, if anything, had occurred to

12 raise interest in 3PVROs back during the SB 90

13 legislative session?

14      A    Again, it would be based on the number of

15 noncompliance -- repetitive, repeat offenders that

16 are just not following the law and that makes for a

17 bad apple for the rest.

18      Q    Now, you don't have any knowledge today

19 that that was actually the case, right?

20           **MR. JAZIL:**  Object to form.  Knowledge

21      today about that being the case when?  In 2020?

22 BY MR. WERMUTH:

23      Q    In 2021, during the legislative session,

24 you are saying it would have been repeat

25 noncompliance.

1          Again, are you just speculating as to what

2    it -- what it was at the time that drew interest in

3    3PVROs?

4          A    There really has not been a time that

5    there has not been an interest in 3PVROs.  There's

6    consistently noncompliance, and that is a concern

7    because the voter is not getting their application

8    in on time once they have entrusted it to a 3PVRO.

9          So it's always of concern, and I trust

10   that our counsel provided compliance --

11   noncompliance reports that would be supportive of

12   that concern.

13   BY MR. WERMUTH:

14        Q    So you are saying back in 2021 there had

15   been a long history of noncompliance that had drawn

16   interest from the Legislature, is that what you are

17   saying, and it had been continuous interest?

18        A    Drawn interest from the Legislature?  I am

19   not sure I understand.

20        Q    Okay.  I asked you in regard to your

21   previous testimony the Legislature had requested

22   information from you during -- about 3PVROs during

23   the 2021 legislative session.  What, if anything,

24   had occurred to raise interest in 3PVROs at that

25   time?

1    A    Again, it could be because of an

2    independent member, it could be that we were

3    solicited to provide legislation, in which case this

4    would have been one of those areas that we would

5    have had concern and would have said, you know, to

6    provide language for it.

7    Q    Okay.  Do you believe that you received a

8    request for input on how to regulate 3PVROs in 2021?

9    A    This is an area that my division is

10   responsible for, so I would have been asked for

11   input and I would have referred to the noncompliance

12   reports as a basis for legislation, if anything.

13   Q    How many times has the Legislature sought

14   information from you about 3PVROs?

15   A    I haven't kept count.  If the Legislature

16   asks, we are going to respond.

17   Q    All right.  How many times would you

18   estimate; one, two, three, four times, more?

19   A    I'm sorry, I can't give you a number.  All

20   I know is when the Legislature asks for information,

21   we are going to provide it.

22   Q    Let's move on to the next -- do you have a

23   copy of SB 7050 there with you?

24   A    I do.

25   Q    I am going to show the first engrossed

1    version in the Chat.

2              (Exhibit 5 was marked for identification.)

3         **MR. JAZIL:**  She got the laws of Florida

4    version, not the engrossed version.

5         **MR. WERMUTH:**  Okay.  I imagine the

6    language is the same.

7         **THE WITNESS:**  Only if it says enrolled.

8         **MR. WERMUTH:**  It does say enrolled.  I

9    will share the screen with you so we are all on

10   the same page.  I am asking the court reporter

11   to mark this as Exhibit 5.

12   BY MR. WERMUTH:

13        Q    Do you recognize this as the enrolled

14   version of SB 7050?

15        A    That's how it's labeled.

16        Q    Okay.  Let's see if we are on the same

17   page with what SB 7050 added in 2023.

18             I see on page 14 that it adds a

19   requirement to reregister each cycle for 3PVROs, is

20   that correct?

21        A    Subparagraph (d) says, beginning

22   November 6, specific general election cycle for

23   which they have to register.

24        Q    So the beginning of that is up here.

25   Before engaging in any voter registration

1   activities, a third-party voter registration

2   organization must register and provide to the

3   Division in electronic format the following

4   information.

5          You see that?

6      A   Yes.

7      Q   So they have to reregister.  And in

8   sections (e) and (f), you see that it requires an

9   affirmation that each person collecting or handling

10  voter registration applications is a citizen and has

11  not been convicted of certain felonies.

12         Do you see that?

13     A   Yes.  I want to correct something you said

14  though.

15         That section doesn't talk about

16  reregistering.  That's further on.

17         This one, that subparagraph (d) talks

18  about whenever a 3PVRO registers, they have to

19  indicate which election cycle they are registering

20  for that they are conducting those activities.

21     Q   Okay.

22     A   So following the affirmation, subsection 2

23  is where they talk about reregistering.

24     Q   Okay.  Well, duly noted.  We are moving on

25  to sections (e) and (f).  And in those it requires

1   an affirmation that each person collecting or

2   handling voter registration applications is a

3   citizen and has not been convicted of certain

4   felonies, do you see that?

5        A    Yes.

6        Q    All right.  And then the next provision 2

7   is where you see the registration automatically

8   expiring requiring reregistration and the receipt

9   requirement, provided a receipt requirement, is that

10  correct?

11       A    Yes.

12       Q    And 3PVROs must return applications in 10

13  days, so it changed it from 14 days to 10 days,

14  correct?

15       A    Yes.

16       Q    And it drastically increased the amount of

17  fines that could be levied against 3PVROs for late

18  returned registrations, right?

19            **MR. JAZIL:**  Object to form.

20       A    It increases the fines.

21  BY MR. WERMUTH:

22       Q    Yeah.  But instead of it being $50 per day

23  late, it's now -- so instead of being $50 if it's

24  late, it's now $50 per each day late, right, up to

25  2500?

1          A    Yes.

2          Q    And the same goes for after book closings,

3     instead of just being a hundred dollars for each

4     late registration there, it's $100 per each day

5     late, so up to $5,000, correct?

6          A    Yes, for book closing for an election in

7     which there is a federal or state office.  So it

8     doesn't take into account elections that are

9     conducted throughout the year.

10          Q    All right.  And it increases the fine for

11     applications not turned into the county in which the

12     registrant applicant resides, do you see that?

13          A    Yes.

14          Q    It raises the fine amount to $5,000 if a

15     third-party voter registration organization acts

16     willfully, is that correct?

17          A    Yes.

18          Q    And then raises the aggregate fine which

19     may be assessed to 250,000 versus 50,000, do you see

20     that?

21          A    Yes.

22          Q    That's a pretty drastic increase in fines,

23     right?

24               **MR. JAZIL:**  Object to form.

25

1  BY MR. WERMUTH:

2      Q    -- assessable fines?

3      A    Objected.

4      Q    Sorry; that's a substantial increase in

5  the fines, correct?

6          **MR. JAZIL:**  Object to form.

7      A    It is an increase in the fines.

8  BY MR. WERMUTH:

9      Q    But I think you would agree though that

10  that that's a substantial increase, it's an

11  increase -- well, in the cap, it's five times the

12  previous cap, correct?

13          **MR. JAZIL:**  Object to form.  You can

14      answer.

15      A    It's an increase.

16  BY MR. WERMUTH:

17      Q    Yeah.  But that increase is -- you are

18  aware of the 3PVROs operating in Florida, correct;

19  they are organizations that are, you know, community

20  based, right, in many instances?

21          **MR. JAZIL:**  Object to form.

22      A    A 3PVRO can be a person or an entity.  I

23  don't always know what the -- I mean, you have to

24  look at the registration to see what group they are.

25  They all have to follow the law.

1    BY MR. WERMUTH:

2        Q    Yeah, but if you were imposed a fine of

3    $250,000, that would be drastic to you, wouldn't it?

4        A    I would follow the law.

5        Q    Well, I asked you if a $250,000 fine was

6    imposed on you, that would be a drastic financial

7    burden for you, wouldn't it?

8        A    Registered -- all I know is that I would

9    try not to be in a position where this would be

10   imposed.

11       Q    Was your office monitoring SB 7050 as it

12   went through the legislative process?

13       A    Yes.

14       Q    That's your normal practice?

15       A    Yes.

16       Q    Now you mentioned in regard to the

17   previous e-mail from September of 2023 that about

18   that time, you were working on proposals for

19   legislation for the 2023 legislative session, is

20   that correct?

21       A    So you mean September 22nd, 2022?  You

22   mean --

23       Q    Yes.

24       A    September 2022, right?

25       Q    Yes.

1    A    That would have been a time frame, if we

2    had been solicited for legislative language, that,

3    yeah, we would have worked on language for the --

4    that cycle.

5    Q    Yeah.  And you remember working on

6    legislative language before, before SB 7050 was

7    initially introduced, correct?

8    A    Yes.

9    Q    Okay.  I am going to share in the Chat

10   Exhibit 6.  And I can show it on the screen as well.

11        I am showing you an exhibit that I am

12   requesting the court reporter mark it as Exhibit 6.

13        (Exhibit 6 was marked for identification.)

14   BY MR. WERMUTH:

15   Q    It is a document bearing at the bottom the

16   Bates number SB7050-SOS-00015791.  Do you see at the

17   top of that document, it's an e-mail from you to

18   Jennifer Kennedy in February of 2023?

19   A    Yes, that's what the e-mail says.

20   Q    You see it has a number of attachments to

21   it, including proposed legislation for 2023 post

22   discussion, do you see that?

23   A    Yes.

24   Q    And it includes GO Proposed Legislation,

25   do you see that?

1     A    Yes.

2     Q    Is that Governor's Office?

3     A    Yes.

4     Q    Okay.  And these were election laws that

5 you were commenting on, is that correct?

6     A    If you would -- generally on that one, I'm

7 saying just please find the attached.  Just look

8 through the body of the e-mail, what it says above.

9     Q    Okay.  And at this point, apparently it

10 was post discussion.  Do you recall having -- were

11 you engaged in discussions about legislative

12 language before February 20, 2023?

13     A    Yes.

14     Q    Was it in regard to the language that was

15 ultimately proposed for SB 7050?

16     A    It would have been related to the

17 legislative package that we had prepared and that,

18 you know, served as the inspiration piece for the

19 Legislature.

20     Q    Okay.  Inspiration piece, like -- was this

21 asked of you or were you volunteering it without

22 request?

23     A    We were asked in the fall of 2023 to

24 prepare a legislative package, so we would have had

25 provisions that we were preparing.

1    Q    Okay.  And when you were asked to prepare

2  that legislative package, was the topic of 3PVROs

3  identified as one area that they wanted you to

4  provide proposals?

5    A    It's identified as one area, at this time

6  anyway, that we wanted to add changes.

7    Q    Okay.

8    A    Or the Department of State.

9    Q    The Department of State.  So when you say

10  we, is it -- did the Secretary want to make these

11  changes or --

12    A    These were changes that, based on our

13  experience, that we offered up that changes -- you

14  know, proposed changes.  And it was discussed

15  internally.

16    Q    Discussed, when?

17    A    During the fall and the lead-up and during

18  the legislative session.

19    Q    About how many meetings did you have or

20  discussions?

21    A    Several.

22    Q    Several.  And who was -- who were the

23  attendees to these discussions?

24    A    It would depend.  It would primarily be

25  the leadership team, myself included.

1    Q    Okay.  Now the leader identified here, you
2  mean the leadership team?
3    A    It will be the Division director, it could
4  be Legislative Affairs director, it could be
5  assistant secretary, it could be the legal counsel.
6  It can be -- did I say the assistant secretary?  And
7  there may be a time when the Secretary was there as
8  well.
9    Q    Okay.  And who prompted those initial
10  discussions taking place?
11    A    I'm sorry, repeat the question.
12    Q    Who prompted those initial discussions
13  taking place?  Did you receive a call?  Did you call
14  somebody?  I mean, who was the participants in those
15  discussions?
16    A    Well, if my -- my boss is going to tell me
17  that we have -- that we can prepare a legislative
18  package.  I don't know who she got a call from, but
19  then that's when we start working.
20    Q    Okay.  So you were called by Jennifer
21  Kennedy and told to start preparing a legislative
22  package?
23    A    Not just me.  I mean, I am not the only
24  person who prepares language.  I am going to be part
25  of the concept team and the legislative drafting

1    team.

2        Q    Okay.  And do you know who reached out to

3    Jennifer Kennedy to ask her to reach out to you?

4        A    No, but -- no.

5        Q    Who would you think it would be?

6        A    Could be the Secretary, it could be the

7    Governor's Office.  I mean, we are an executive

8    agency.

9        Q    Is it -- in your experience, is it

10   something that regularly happens, that the

11   Governor's Office or the Legislature will reach out

12   to Jennifer Kennedy and then she will reach out to

13   you?

14       A    It -- it is not uncommon as an executive

15   agency to annually be asked to prepare, you know,

16   legislative proposals; no promises and, in fact,

17   many times it doesn't look anything like what we

18   prepared.

19       Q    So this was e-mailed on February the 20th

20   at 11:27, and I am going to show you the next

21   document.

22            **MR. WERMUTH:**  I am dropping in the Chat an

23            exhibit and requesting the court reporter mark

24            that as Exhibit 7.

25

1          (Exhibit 7 was marked for identification.)

2          **MR. WERMUTH:**  It is a native placeholder

3     here for a spreadsheet bearing the Bates number

4     SB7050-SOS-00105942, which is the next document

5     after the e-mail we just looked at.

6  BY MR. WERMUTH:

7     Q    And I am going to take you to the next

8  page of this document, which is a printout of the

9  spreadsheet, and ask you a few questions about it.

10         Do you recognize this document?

11    A    Yes.

12    Q    Okay.  And is this a document that you

13 prepared?

14    A    It is a template created to facilitate

15 discussions about legislative proposals.

16    Q    And it says at the top Draft Legislative

17 Proposals for Election Administration for 2023

18 Legislative Session, February 20th; do you see that?

19    A    Yes.

20    Q    And is this reflecting -- I am trying to

21 understand the purpose of this document.  Is it a

22 summary of language elsewhere or kind of new

23 proposal of concepts?

24    A    I need --

25         **MR. JAZIL:**  Counsel, just so the record is

1     clear, sometimes we move closer to the TV just

2     because the pad is small.

3          **MR. WERMUTH:**  All right.  I am trying to

4     help you, making it bigger.

5          **MR. JAZIL:**  It's all right.

6     A     This would have had to have been tied in

7     with proposed draft language already, because it

8     seems pretty specific in terms of what the impact

9     and the changes are.

10    BY MR. WERMUTH:

11    Q     And looking at those, those changes, you

12    see there is in the first line, toward the end it

13    says, requiring 3PVRO to affirm no convicted felon

14    or non-citizen is collecting applications on 3PVRO's

15    behalf.

16          Do you see that?  That's in row 4, line 1

17    and 2.

18    A     Yes.

19    Q     And you see, holding 3PVRO liable in the

20    amount of $50,000 for each convicted felon and

21    non-US citizen collecting applications for 3PVRO.

22          Is that -- do you see that?

23    A     Yes.

24    Q     Now are those proposed provisions that you

25    received or that the Division received from some

1    outside source?

2         A    I would have to look at prior versions to

3    see what -- what our concept suggestion was.

4         Q    Well, I guess my question then is:  Did

5    you draft the provision at this time that provided

6    for a requirement to affirm that no convicted felon

7    or non-citizen is collecting applications on 3PVROs'

8    behalf?

9         A    I don't know whether this document refers

10   to what the Legislature was already drafting, or

11   what was drafted, or whether it is based on language

12   we had proposed.

13        Q    Okay.  I am trying to understand where the

14   concept came from.  Did you -- was somebody at the

15   Legislature, the Governor's Office or some place

16   outside of the Division the brain child of this

17   concept, or was it a concept that came from inside

18   the Division of the Department of State?

19        A    The concept to enhance the statutory

20   framework for 3PVROs was in our original legislative

21   proposal.

22        Q    Was this particular -- was the provision

23   that required a 3PVRO to affirm that no convicted

24   felon or non-citizen is collecting applications on

25   the 3PVRO's behalf part of the initial legislative

1   proposal that the Department of State made?

2        A    I don't -- I'm sorry, I don't recall

3   whether it was there at the inception, but it

4   definitely was during the process.

5        Q    Now are you talking -- you are saying --

6   you are not aware of if it was there in the

7   beginning, but it showed up at some point in the

8   process.  But that doesn't tell me where it came

9   from.

10            Did it come from the Department of State

11   or did it come from outside the Department of State?

12        A    It came from the Department of State.

13        Q    Whose idea was it?

14        A    That, I don't recall.

15        Q    Was it your idea?

16        A    I don't recall who came up with the idea.

17   All I know is that we wanted to enhance the

18   requirements to -- you know, against further fraud.

19   That's our main concern.

20            I certainly would not have been -- I would

21   not have objected to the fact of a convicted felon

22   or the non-US citizen being prohibited from

23   collecting 3PVROs.

24        Q    You said you would not object to it, but

25   do you think it was your idea to include a provision

1   requiring affirmation that a non-citizen is not --

2   that there's -- that no non-citizen is collecting

3   applications on a 3PVRO's behalf?

4        A    I don't recall who came up with the idea,

5   but we were all in agreement.

6        Q    Okay.  Now where would this idea come up

7   in the first place?

8        A    In discussions.

9        Q    And we are just throwing out ideas on new

10  restrictions to put on 3PVROs?

11       A    New restrictions based on our experience

12  of noncompliance, and also the concern, making sure

13  that we minimize voter fraud and that individuals

14  who submit their applications are confident that the

15  person they submitted it to can be trusted to submit

16  it to the supervisor.

17       Q    Had you at that point had complaints about

18  non-citizens collecting applications on behalf of

19  3PVROs?

20       A    I wasn't independently aware of any, no.

21       Q    Where would the idea come up of a

22  non-citizen being a problem collecting applications

23  for 3PVROs?

24       A    I believe it's more driven by the concern

25  that we had to minimize opportunities for voter

1    fraud, or, you know -- and instill confidence in the

2    process that the person you are handing something to

3    is someone that you can trust to be able to get the

4    application to the Supervisor of Elections or the

5    Division of Elections.

6        Q    And did the division have the perception

7    that non-citizens are untrustworthy?

8        A    They are not a citizen that is -- you

9    know, has the right to vote.  They are concerned

10   that maybe, you know, they are individuals who are

11   here temporarily.  It was a suggestion and it was

12   taken up by the Legislature.

13       Q    It was a suggestion from whom?

14       A    From the team.

15       Q    Are you aware of any requests from the

16   Legislature regarding non-citizens at that point?

17       A    I was not aware of anything specific from

18   the Legislature as to that issue.

19       Q    Were you aware of any concerns about

20   non-citizens expressed by anyone outside your little

21   group there that was talking about these provisions?

22       A    Repeat the question again.

23       Q    So your leadership was -- your leadership

24   group was having discussion about provisions

25   regarding 3PVROs.  Was a concern expressed to that

1  group from the outside regarding non-citizens that

2  prompted this discussion?

3       A    No, the underlying concept is how to

4  ensure that we minimize opportunities for voter

5  fraud and ensure that voters have confidence that

6  the person they are handing it to will get their

7  application to the Supervisor of Elections or the

8  Division of Elections.

9       Q    I would like to move down toward the

10  middle part of that paragraph.  You see there is a

11  sentence beginning about halfway across the page

12  saying -- providing for private cause of action with

13  minimum $25,000 statutory damages for voter

14  registration applicant aggrieved by willful

15  violation of voter registration application

16  collected before book closing but submitted after

17  book closing or for failure to submit.

18           Do you see that?

19       A    Yes.

20       Q    Where did that concept come from?

21       A    Again, that would have been -- as I said

22  at the beginning of this, I don't know if this is

23  based on legislative draft after they had received

24  our proposal; so I don't recall if that particular

25  provision had been in there already.

1          Again, this would have -- would have been

2     something we would have all agreed on, again, as

3     another way of deterring the untimely submission of

4     applications.

5          Q    And do you see in the next line beneath

6     that provision says, providing for a maximum

7     aggregated fine of 1 million per calendar year.  Do

8     you see that?

9          A    Yes.

10         Q    And where did that concept come from?  Was

11    that from a legislative proposal?

12         A    I don't recall where that -- that would

13    have come from.  But again, all these concepts about

14    trying to ensure that we deter, you know,

15    noncompliance; whether we came up with that figure

16    exactly, I don't recall that figure.

17         Q    That's a hefty figure, correct?

18         **MR. JAZIL:**  Object to form.

19         A    Relative to what you are trying to

20    achieve.

21    BY MR. WERMUTH:

22         Q    It is?

23         A    Trying to ensure that a voter app is

24    submitted timely so that that person's right to vote

25    is preserved.  I don't know what a price is on that.

1     Q    Well, the fines there involve things

2  obviously that don't include depriving a voter of

3  the ability to vote, right?

4     A    No, the entire statute is dedicated

5  towards ensuring that somebody who submits an

6  application to a 3PVRO gets to the Supervisor of

7  Election.  It could make a difference between them

8  being registered or between them being able to vote

9  in a primary as a particular party, registered party

10  voter, or having their vote count.

11     Q    So after passage of SB 524 and before

12  SB 7050 was first introduced, you were contacted

13  about making further revisions to Section 97.0575,

14  is that correct?

15     A    I'm sorry, it's a long question.  Can you

16  please repeat?

17     Q    So I am trying to again bracket this to a

18  time frame after the passage of SB 524 in 2022 and

19  before the introduction of SB 7050 in March of 2023;

20  you were contacted about making further revisions to

21  section 97.0575, is that correct?

22     A    No.  We were -- I was told we were -- the

23  agency was going to be able to put forth a

24  legislative package.  And based on that, and sitting

25  and discussing about various things that the

1    Division or the Department of State or legal

2    counsel's office or whatever felt were things that

3    could be addressed in legislation, that's how it

4    came together.

5         There was no specific direction that said,

6    hey, I want you to come up with legislation on

7    97.0575.

8    Q    But you were contacted about making

9    further revisions to the regulations regarding

10   3PVROs, correct, during this period of time?

11   A    What initiated was legislative -- that we

12   were told, as all executive agencies, you know, hey,

13   if you want to put forward a legislative package,

14   give us what you -- what you would like to see in

15   that legislative package.  It was -- at that time

16   there was no direction to focus on one issue or

17   another.

18        It's only through the discussions, you

19   know, subsequent discussions about, hey, where do we

20   think we can -- need to tighten up the law, clarify

21   the law, change the law, that's where the concepts

22   come in.

23        And I would certainly have proposed

24   changes to the 3PVRO law based on my knowledge of

25   noncompliance.

1    Q    Now your last statement there, you said, I
2  would have.  You don't know that you did, right?
3    A    Well, you asked me previously whether
4  specific provisions -- and I can't, you know -- but
5  I would have suggested that, yes, we need to tighten
6  up the law.
7    Q    So you said you would have suggested we
8  needed to tighten up the law.  Did you actually
9  suggest that we need to tighten up the law?
10    A    I'm pretty sure I would have, yes.
11    Q    But you don't know?
12    A    Again, it was a team effort.  So any
13  concept and ideas we would have all shared, and I
14  can't tell you which ones I, you know, I'm
15  responsible for versus someone else.
16    Q    Okay.  And what concerns were being raised
17  by the Legislature when they reached out to you for
18  legislative proposals?
19    A    It was not the Legislature that reached
20  out to us.  In the fall, we're told that we can
21  present an agency legislative package.
22    Q    Who told you that?
23    A    Jennifer told me, my boss tells me.  But
24  any time an agency is given the go-ahead to present
25  or to compile a legislative proposal package, that's

1   going to be approval from the executive agency to

2   move forward with something.

3            It doesn't mean that they approve of the

4   language that we may provide.  It just it gives us

5   the go-ahead to try to put something together.

6       Q    Did anyone from the Office of the Governor

7   reach out, express some concerns that they wanted

8   addressed regarding 3PVROs?

9       A    That I don't recall.  That would have been

10  outside of my communications.  I do not have direct

11  communications with the Governor's Office.

12      Q    Did you in this discussion group, did you

13  have any staff of the Legislature or the Governor's

14  Office present?

15      A    I don't recall if there was -- if we had

16  meetings with the Governor's Office, or had been

17  present.  And it's not uncommon, and I do think we

18  would have had meetings with legislative staff once

19  they got a proposal from the agency or the

20  Governor's Office so that they would decide how they

21  want their legislative package to look like.

22      Q    Did anyone consult with you about

23  increasing fines assessable on 3PVROs?

24      A    It would have been through the discussions

25  that we would have had, what would be an appropriate

1    amount.

2        Q    And did anyone consult with you about

3    restrictions on non-citizens being involved in 3PVRO

4    voter registration efforts?

5        A    I don't remember anything specific on

6    that.  Again, that was something that we -- that was

7    in our legislative package.

8        Q    And did anyone consult with you regarding

9    restrictions on individuals with felony convictions

10   being involved in 3PVRO voter registration efforts?

11       A    Again, those -- I am not going to know

12   about 3PVROs and convicted felons.  That probably

13   came up during investigations of 3PVROs that are

14   noncompliant.  So that would be outside of my

15   office.

16       Q    So no one consulted with you about

17   restrictions on individuals with felony convictions

18   being involved in 3PVRO voter registration efforts?

19       A    Again, it would have been the discussion

20   team.  And to the extent that I have any knowledge

21   that would inform that discussion, then I would have

22   provided it.

23       Q    Was Andrew Darlington part of your

24   discussion team?

25       A    I don't recall if he was part of the

1  discussion team.  I don't remember exactly when he

2  joined the office.

3       Q    And during this process, did anyone

4  consult with you about reducing the deadline for

5  3PVROs to return completed applications from 10

6  days -- from 14 days to 10 days before closing?

7       A    No, I just -- I know that the law changed

8  from 48 hours to 10 days, then to 14, and now back

9  to 10.

10       Q    So what concern was being addressed,

11  raised, as to why to reduce it by four days before

12  book closing?

13       A    10 days was what it was before.  Again,

14  the main drive is to ensure what can we do to make

15  sure that these applications are submitted in time

16  to be processed, so that someone gets registered or

17  their party changed and that their vote can count.

18       Q    But that period of time doesn't matter

19  prebook closing, does it?

20       A    Well, I would beg to differ.  Getting an

21  application in sooner ensures that the office can go

22  ahead and review it and make sure that it's properly

23  filled out.  Let's say there is an address that's

24  incorrect.  Let's say there is a date of birth

25  that's missing.  Let's say a signature is missing.

1      So the sooner it gets in, the sooner the

2   office can alert an individual that there is

3   something the matter with the application form.  And

4   the closer you get to book closing, even if you get

5   it in before book closing, you have to understand

6   there is a workload issue and there is a lot of

7   applications coming in.

8      So by law, supervisors have up to 13 days

9   from date of receipt to process that application.

10  But, you know, if there is something the matter with

11  the application, it's important for the voter to

12  know sooner about that.

13     And even if there is not anything wrong

14  with the application, if that application gets

15  processed in time, every person is supposed to get a

16  voter information card, and that voter information

17  card is very important because it tells the voter,

18  number 1, you are registered; number 2, this is your

19  party affiliation we have on record; number 3,

20  here's your precincts; number 4, here's your

21  districts.  So, you know, I think it does matter.

22     Q    Now if that four days was so important,

23  then why did the Legislature set it at 14 days in

24  SB 90?

25     A    I don't know.  That's their legislative

1  prerogative.

2      Q    Were you telling them in 2021 that's

3  crazy, you know, four days is way too much, that

4  extra four days?

5          **MR. JAZIL:**  Object to form.

6      A    Number 1, I am not going to tell a

7  legislator it's crazy, I never do.  Legislators are

8  also -- they also are, you know -- have

9  communications with interested parties.  So, you

10  know, it's just as possible a 3PVRO spoke to a

11  legislator and said, you know, 10 days is crazy, 14

12  is reasonable.

13  BY MR. WERMUTH:

14      Q    Did you recommend against the 14-day

15  deadline in regard to when it was set at 14 days in

16  SB 90?

17      A    I don't know that I was asked that.  10

18  days -- my main thing is, get that application in as

19  soon as possible.  Someone holding on to an

20  application, even for that amount of time, is

21  worrisome, to me personally.

22      Q    I am going to show you the next exhibit

23  which is Exhibit 8.

24          **MR. WERMUTH:**  And ask that the court

25          reporter mark the next exhibit as Exhibit 8.

1      And I will share it on my screen so you can see

2      it.

3           (Exhibit 8 was marked for identification.)

4  BY MR. WERMUTH:

5      Q    Are you able to see this document?

6      A    Yes.

7      Q    All right.  At the bottom of the page do

8  you see it has Bates number SB7050-SOS-00085134, do

9  you see that.  Do you see that?

10     A    I'm sorry, where are you pointing again?

11     Q    At the bottom.

12     A    I'm sorry, at the bottom to the right.

13     Q    Bottom to the right?

14     A    Yeah.

15     Q    Do you see that Bates number that I just

16 read off?

17     A    Well, I can read it.

18 SB7050-SOS-000085134.

19     Q    Okay.

20     A    Uh-huh.

21     Q    And I am going to scroll down to the third

22 page of this document ending in 85136 in the lower

23 right-hand corner.  Do you see that?

24     A    No.

25     Q    Lower right-hand corner, 85136 is the

1   number.

2        A    Yes.

3        Q    Okay.  Do you see this is an e-mail from

4   you on Thursday, April 6, 2023, at 12:54 p.m.  Do

5   you see that?

6        A    Yes.

7        Q    It's to a group of people, one of whom is

8   Tiffany Morley.  Do you see that?

9        A    Yes.

10        Q    And the subject of it is SB 7050 Proposed

11   2023 Legislation, do you see that?

12        A    Yes.

13        Q    Now we have the last e-mail we were

14   looking at was in late February of 2023, and now we

15   are in April.  And you see you are sending an e-mail

16   to this group.  You first address Scott, Blake and

17   Janet.  And then toward the bottom of that e-mail,

18   you ask:  All others, you may also want to take a

19   look at how it may impact your unit.  Bring anything

20   of concern to my attention, please.

21             Do you see that?

22        A    Yes.

23        Q    And you end your letter with a line or

24   e-mail with a line says sooner than later on the

25   review, please, as the bill appears to have legs of

1   a teen cross country sprinter.

2          So was -- the legislation at this point

3   was going very fast through the legislative process,

4   right?

5      A    I believe my statement speaks for itself.

6      Q    Okay.  The legs of a teen cross country

7   sprinter, that seems pretty fast to me.  How about

8   you?  Yes?

9      A    If this is a pretty good teen cross

10  country sprinter.

11     Q    All right.  How long before this exchange

12  were you first asked to comment on SB 7050 or the

13  provisions in SB 7050?

14     A    I'm sorry, repeat the question.

15     Q    At this point in April of 2023, we are

16  going on four months into the year, you have been

17  looking at provisions regarding the election laws

18  now for probably five months, does that sound fair,

19  or six months?

20     A    Yes.

21     Q    Okay.  And is this the first time you are

22  consulting with Ms. Morley about legislation?

23     A    Well, you have to understand how the

24  legislative process works.  You know, a bill can

25  look very different from the time it's first

1  introduced to the time that it actually gets passed.

2          So I am not going to involve staff

3  specifically unless I need to, just little specifics

4  along the way, unless it appears that the bill has a

5  strong likelihood of passing.

6          And if I have any concerns, I want to make

7  sure that those who are involved in the programmatic

8  implementation, that they can highlight things for

9  me.

10     Q    Before this point you hadn't reached out

11  to Ms. Morley or Ms. Toshia Brown about how this

12  legislation would impact the Bureau of Voter

13  Registration Services, correct?

14     A    No, I don't think you can conclude that.

15  All you can conclude is that I had this

16  memorialized.  I could have easily just called them

17  up and asked them about something that I had read.

18  But I would not necessarily have that document.

19     Q    Did you do that?

20     A    If I needed to, I would have, yes.

21     Q    But did you, do you know?

22     A    I don't have it documented.

23     Q    All right.  So after you asked for their

24  input -- let's scroll back up to a later e-mail.

25  And do you see right there at the bottom of the page

1    ending in Bates number 85134, you see an e-mail you

2    sent, an e-mail on Friday, April 7, 2023, at

3    8:24 a.m.  So this is the next morning from your

4    previous e-mail.  You see that?

5        A    Yes.

6        Q    And you're e-mailing a group of

7    individuals, including Toshia Brown and Tiffany,

8    Morley, right?

9        A    Well, it's all those individuals there,

10   Scott and Blake and Toshia and Tiffany.

11       Q    And you address Toshia and Tiffany.  You

12   say:  Anything you see in the bill that we need to

13   note?

14            Do you see that?

15       A    Yes.

16       Q    And do you see her response, about an hour

17   later she says, I replied last night.  I think the

18   3PVRO section has the largest impact to BVRS

19   processes.  Do you see that?

20       A    Correct.

21       Q    So your response is again about an hour

22   later and it's on the same morning of April 7th, is

23   that correct?

24       A    Yes.

25       Q    And you see that you addressed Tiffany

1    directly.  You say at the bottom of it, as to your

2    point regarding 3PVRO, that unfortunately is out of

3    ability to change too much.  What is most concerning

4    for you?

5              Do you see that?

6         A    Yes.

7         Q    Why were you saying it couldn't change at

8    that point?

9         A    I don't know.  I need to see Tiffany's

10   e-mail.

11        Q    Meaning the -- had you gotten the notion

12   that somehow the language of the 3PVRO provisions

13   couldn't be changed at that point?

14        A    If you look -- scroll up, Tiffany said she

15   responds in a different e-mail, so that would

16   have -- we'd have to look to see what that was.

17        Q    Do you know what concerns Ms. Morley

18   raised?

19        A    No, I don't without reference to the

20   e-mail.

21        Q    Do you know if you did anything to assuage

22   Ms. Morley's concerns?

23        A    Understand that staff is programmatically

24   involved in administering provisions of law, and

25   their perspective is going to be colored by, you

1  know, what feels doable, what additional, you know,

2  steps have to be done to administer the section.

3         They don't always understand the policy

4  aspect of it.  So that could -- you know, that may

5  be something that of her concern.

6         But without reference to the e-mail, which

7  she clearly said I sent you something last night, I

8  thought she said I replied last night, I don't know

9  what that would have -- what it was.  I don't recall

10  right now.

11     Q    Did you provide that e-mail to your

12  counsel?

13     A    I trust that my counsel has, if it was --

14  if there was one.

15     Q    Do you know whether the bill was changed

16  at all as a result of any comments from Ms. Brown or

17  Ms. Tiffany Morley?

18     A    I am going to need the context of the

19  e-mail, and legislative history would show what

20  language had been changed from that date versus the

21  date that it was adopted.  And whether Tiffany had

22  any say in that, that is -- I don't know.  That

23  would be pretty remarkable that it would have that

24  kind of power for that, other than something totally

25  inconsistent.

1    Q    At that point was the language pretty well
2  set for SB 7050?

3    A    It is out of our control when it is in the
4  Legislature's hands.  There really is a saying, it's
5  like watching sausage being made.

6    Q    And this was April 7th.  Okay.  I am going
7  to show you the next document, what has been marked
8  as Exhibit 9.

9        **MR. JAZIL:**  Counsel, you want to take a
10       break for lunch or after this document?

11       **MR. WERMUTH:**  I think this document will
12       probably go pretty quick.  Then we can take a
13       little break.

14       (Exhibit 9 was marked for identification.)
15  BY MR. WERMUTH:

16    Q    I am sharing you with Exhibit 9.  Do you
17  recognize this document as an e-mail on the morning,
18  you sent on the morning of April 7, 2023 at
19  7:58 a.m.  Do you see that?

20    A    Yes.

21    Q    And it says the subject is Special
22  Request, Legislation.  Do you see that?

23    A    Yes.

24    Q    And the recipients are Jason Harrell, Beth
25  Allman and Michael Rankin in the to line, is that

1    correct?

2         A    Yes.

3         Q    They are over at the federal -- at the

4    Florida Clerk's Association, is that where they are?

5         A    Yes.

6         Q    And this is the same morning of your last

7    e-mail, correct, that we just looked at to

8    Ms. Morley?

9         A    Not this e-mail, but the one above it,

10   yes.

11        Q    Yeah.  And you say GO and Legislature is

12   seeking info.  Do you see that?

13        A    Yes.

14        Q    And GO is the Governor's Office, correct?

15        A    Yes.

16        Q    That's correct?

17        A    Yes.

18        Q    Okay.  And so you were sending out this

19   special request on behalf of the Governor's Office

20   and Legislature who was seeking info, is that

21   correct?

22        A    I'm seeking information that the GO and

23   the Legislature is asking for.

24        Q    Okay.  How often do you receive requests,

25   such requests for information from the GO and the

1   Legislature like this?

2        A    Again, it would not be uncommon where a --

3   we are an executive agency, so the Governor is going

4   to have interest on what the agency's bills or --

5   bills that impact the agency are.

6             So if the Governor's Office wants to --

7   gives us the opportunity to still provide input

8   during -- once it made its way into the legislative

9   process, then again, as I said earlier, when the

10  Legislature asks for something or when the

11  Governor's Office asks for something, we are going

12  to try to gather the information we can.

13       Q    Okay.  What communication did you have

14  with the Governor's Office and the Legislature to

15  know what they were asking?

16       A    I would have -- I would have been asked

17  this or relayed this information either through the

18  Legislative Affairs director or through the

19  assistant secretary that these -- that the

20  Legislature or the Governor's Office was seeking

21  additional information for impact.

22       Q    Okay.  Just to put a name to those people,

23  it's Katherine Woodby and Jennifer Kennedy, correct?

24       A    Correct, for this bill, right.

25       Q    Yep.  How many times did the Governor's

1   Office and Legislature ask you for information or

2   input regarding 7050 or SB 7050?

3        A    I didn't keep track of how many times I

4   was asked to get information for either one of them.

5   If I am asked, I am going to try to find the

6   questions for them -- or the answers.

7        Q    Okay.  Did the Governor's Office or

8   Legislature request information about 3PVROs or

9   related provisions during this period?

10       A    Anything that's in the subject of that

11   bill would have been fair game for them to ask.

12       Q    Do you know whether they asked for

13   information about 3PVROs or related provisions

14   during this legislative process?

15       A    They could have.  I mean, it's not just

16   me.  It's going to be the legal counsel's office.

17   It's going to be the OECS, as it touches on those

18   offices as well.

19       Q    But this is a fairly common thing that

20   happens, the Governor's Office or Legislature

21   reaches out to you for information about the subject

22   of those laws?

23       A    It is very natural and to be expected.  We

24   are an executive agency, and the Legislature,

25   whatever office is responsible for overseeing the

1    Department of State, can ask whatever they want.

2         Q    Okay.

3              **MR. WERMUTH:**  I think probably now is a

4    good time to take a 30-minute break for lunch.

5              **MR. JAZIL:**  Can we make it 45 so we can

6    grab something?

7              **MR. WERMUTH:**  Sure.  12:50, how about

8    that?

9              (A recess took place from 12:03 p.m. or

10   12:45 p.m.)

11             **MR. WERMUTH:**  Back on the record.

12   BY MR. WERMUTH:

13        Q    I hope you had a nice lunch.  Did you

14   discuss any documents with your counsel on the lunch

15   break?

16        A    No.  I ate.

17        Q    Okay.  I would like to show you a document

18   and ask that the court reporter mark it as

19   Exhibit 10.

20             (Discussion off record.)

21             (Exhibit 10 was marked for

22        identification.)

23   BY MR. WERMUTH:

24        Q    I would like to show you this document.

25   Do you see that?

1      A    Yes.

2      Q    If we scroll down to the bottom here, you

3  see there is an e-mail from Ms. Woodby on April the

4  3rd, 2023, at 2:48 p.m. to Jennifer Kennedy and Cord

5  Byrd.  Do you see that?

6      A    Yes.

7      Q    And the subject is Elections Bill.  And

8  then Ms. Kennedy turns around, and you see that

9  it's -- within one minute she forwards that e-mail

10  on to you, still referencing Elections Bill.  Do you

11  see that?

12      A    Yes.

13      Q    Were you expecting this e-mail when it

14  came?

15      A    I don't know.  I mean, I get a lot of

16  e-mails, so it could be if it's related to

17  elections, you know, if it's legislation, that I

18  would be in the loop.

19      Q    Would you have gotten a notice of this

20  request coming?

21      A    Perhaps.

22      Q    We see -- I am going to scroll up -- you

23  received it at 2:49 and sent what appears to be a

24  two and a half or more page e-mail in response that

25  evening, April 3rd, 2023, at 6:57.  Do you see that?

1    A    Yes.

2    Q    This is re: Elections Bill 2023, right?

3    A    Yes.

4    Q    And that's you adding to the end of that

5  subject line, 2023.  So I guess you are being more

6  specific than Ms. Kennedy was when she sent it to

7  you.  Do you see that?

8    A    Yeah.

9    Q    Her subject line said Elections Bill, your

10  subject line or response says Elections Bill 2023.

11  Do you see that?

12    A    Yes.  Yes.

13    Q    Is this how the Governor's Office or

14  Legislature requested information regarding 7050?

15    A    I really have no idea since it's redacted.

16    Q    Okay.  Well, this was a two and a half

17  page e-mail that you pulled together to respond to I

18  guess what will appear to be an important request.

19  And do you know what you were talking about during

20  this period of time when you would have written a

21  two and a half page e-mail in response to a request

22  regarding the elections bill?

23    A    It would have had been related, it would

24  have had to have been related to the elections bill,

25  but I mean, I would -- I would go back to my

1   original unredacted version of the bill -- I mean of

2   the e-mail.

3        Q    Okay.  And do you know why it was

4   redacted?

5        A    That would be for my general counsel.

6   Maybe it was an attorney-client privilege.  I don't

7   know the basis for the redaction.

8        Q    So we see there is this e-mailed to you on

9   the afternoon of the April 3rd and you, as Division

10  Director, were responding, right?

11       A    Can you scroll to the original e-mail?

12       Q    Sure.

13       A    Okay.  Again, I would have to rely on what

14  the unredacted e-mail said.

15       Q    But you as, Division Director, were

16  responding to this e-mail, correct?  So at the end,

17  respectfully, Maria Matthews, so you are sending

18  this e-mail in response, you know, as Division

19  Director, correct?

20       A    I obviously replied to Jennifer Kennedy

21  and the team that's mentioned on that.

22       Q    So you are responding for the team, is

23  that what you are saying, or you are responding

24  for --

25       A    Responding to whoever is listed on there.

1    I copied them.

2         Q    Then we see that Ms. Kennedy passed your

3    response on to Cord Byrd and Katherine Woodby the

4    following morning at 8:43 a.m., is that correct?

5         A    Yes.

6         Q    And your response was being rendered.  You

7    are not counsel for the state, are you?

8         A    No.

9         Q    That's not your function?

10        A    No.

11        Q    This is you commenting on legislation

12   within your organization?

13        A    I don't know what was contained in this

14   part, but whatever it would have been would have

15   been in my capacity as the Division Director.

16        Q    Okay.  I will at this point just stop a

17   moment and direct this more to your counsel.

18        **MR. WERMUTH:**  I mean, I see no basis for

19        there to be any redaction of this document.

20        This is not attorney-client privilege.  I don't

21        know what privilege you are asserting over this

22        redaction, but I believe it's inappropriate and

23        it should be withdrawn.

24        **MR. JAZIL:**  Counsel, I don't really know

25        whether she is seeking legal advice through

1       this redaction.  I don't know whether these are

2       just initial thoughts from Maria that were part

3       of the legislative process but did not actually

4       fully germinate into the perspective of the

5       Department of State.  And so that point,

6       legislative privilege would apply.

7            So I stand by these redactions, and we can

8       talk about this more after the deposition, if

9       you would like.

10  BY MR. WERMUTH:

11       Q    Proceeding back with the questioning,

12  though, Ms. Matthews, before the lunch break do you

13  recall that we had a number of e-mails just after

14  April 4th where you were conveying information was

15  being requested by the Legislature and the

16  Governor's Office, correct?

17       A    Yes.

18       Q    And that request had to come from

19  somewhere, correct?

20       A    Well, the e-mail that you showed me

21  earlier said I was seeking input from the Clerk of

22  Court based on a request for information from the

23  Governor's Office and the Legislature.

24            The second e-mail series pertained to me

25  reaching out to my staff pertaining to their input

1  on the -- what -- the version of the legislative

2  bill at that time.

3      Q    And this e-mail though reflects that the

4  election bill was being referenced in an e-mail that

5  basically included no content.  So we are seeing

6  that this is a transmittal itself, right, to you?

7  People don't usually send you e-mails with a subject

8  line that says Elections Bill, zero content, and you

9  are expected to respond to that, are you?

10     A    Again, I would have to go to what these

11 e-mails -- the unredacted version -- to know what

12 this was about and what I was responding to.

13     Q    Going back to 7050, you are aware that

14 SB 7050, when it was first introduced, did not

15 contain any restrictions on non-citizens work for

16 3PVROs, did it?

17     A    I don't remember the first version that --

18 I would -- what I would normally do would go to the

19 Senate and the House website and look at the

20 legislative history to see.

21     Q    I will introduce a copy now of the Senate

22 proposed bill 7050, and you can take a look at it.

23 Do you recognize this as the Senate proposed bill

24 7050?

25     A    That's what it's labeled as.

1      Q    All right.  Let me look in -- you see we

2 are looking at Section 97.0575, or it's actually

3 Section 5 of the proposed Senate Bill, but it's

4 referencing statute Section 97.0575.  Do you see

5 that?

6      A    Yes.

7      Q    If we scroll down to the requirements here

8 that are being added, you don't see a requirement

9 for a third-party voter registration to affirm that

10 there is -- the citizenship of individuals handling

11 voter registration applications, right?

12      A    If you are referring to existing law,

13 subparagraphs (e) and (f), they don't exist in this

14 version of the Senate Bill.

15      Q    Yep.  All right.  So when it was first

16 introduced, it didn't include the citizenship

17 requirement that was in Section (e) or Section (f),

18 right?

19      A    All I can say is that it's not in this

20 bill version of the Senate.  It's obviously the

21 House, they may have had a version.  I don't know.

22           Also, there are times when there are bills

23 that are proposed by Senate committee that doesn't

24 have a Senate Bill number.  So I don't know if there

25 is an earlier version.

1        But all I can tell you is based on what

2    you are presenting to me here, there does not appear

3    to be a reference to the affirmation or of being --

4    not being a convicted felon or not a U.S. citizen.

5        Q    Okay.  I will show you now --

6        **MR. WERMUTH:**  I am going to ask the court

7        reporter to mark this as Exhibit 11, and I will

8        share my screen with you.  Actually it's

9        Exhibit 12.

10        (Exhibit 12 was marked for

11        identification.)

12    BY MR. WERMUTH:

13        Q    So here we now have Proposed Committee

14    Substitute for SB 7050 and it is April 19, 2023.  So

15    this is after -- this is after the e-mails we were

16    talking about previously, and it's after obviously

17    the introduction of the original bill.  And now you

18    see --

19        A    575.

20        Q    575, you are right.  Now we see in

21    Section 97.0575 the addition of Sections (e) and

22    (f), right?

23        A    Yes.

24        Q    Requiring affirmation -- (f), requiring

25    affirmation as to the -- a person collecting or

1   handling voter registration applications on behalf

2   of third-party voter registration is a citizen of

3   the United States of America.

4         So I would like to clarify, did the

5   Divisions suggest these specific changes to the

6   Legislature?

7      A    What I can say is that our legislative

8   package included it.  So obviously the House and the

9   Senate would have had access to that.  But then once

10  it's handed over to the Legislature -- the

11  Legislatures -- both chambers are responsible for

12  their own and, you know, can decide what they want

13  to put in based on legislative members, based on

14  discussions they may have with the Governor's

15  Office, based on input that they received from the

16  Department.

17        I mean, it's out of our hands once it's in

18  the hands of the Legislature.  And anything

19  subsequent is, you know -- if they seek information

20  from us, we'll provide it to them.  But the decision

21  of what actually ends up getting in the bill at that

22  juncture is theirs.

23     Q    Do you believe that this specific language

24  came from the Division originally?

25     A    The concept we did included in our

1    legislative package.

2        Q    And just to go back in your legislative

3    package, but you don't know exactly where the source

4    of that concept came from, right?

5        A    The concept of the affirmations or

6    prohibition of convicted felons or this category

7    pursuant to those sections and the non-citizen, it

8    was in our legislative package.  We did propose it.

9        Q    I know it was in your legislative package

10   and was -- well, I think you said that it was in

11   your legislative package, and it was provided to

12   you.  It's still unclear to me where it came from as

13   a concept.

14            Did it come as a concept that was proposed

15   to the Division and adopted by it?

16       A    All I recall is during our discussions,

17   this concept was decided to be put in here.

18       Q    Who raised the concept at your discussion?

19       A    We all were collectively discussing how we

20   could enhance the third-party voter registration

21   law.

22       Q    Yeah, but what I am asking about is who

23   said, hey, what about requiring 3PVROs to affirm

24   that their registration agents are citizens?

25       A    I don't know who specifically, but we were

1    all in agreement with it.  We had the general

2    counsel there, we had my office there, we were

3    talking about this conceptually.  So to try to

4    remember who exactly, who personally mentioned this

5    idea, I couldn't tell you.

6         Q    I am just trying to understand if it --

7    like what -- why would you pick on the citizenship

8    of a third-party voter registration agent?

9              **MR. JAZIL:**  Object to form.

10   BY MR. WERMUTH:

11        Q    Why would that specific issue become an

12   issue?

13        A    Again, we had multiple people in that

14   discussion and it would have been a concept about

15   not about picking on anyone; it is about how can we

16   enhance the 3PVRO law to ensure that there is timely

17   delivery, there is minimized voter fraud and

18   opportunities for it, and to give confidence to

19   individuals who are handing their applications over

20   to what could be even just one person who is

21   registered as a 3PVRO their application and trust

22   that it will get to where it's supposed to get.

23        Q    So you recall in those discussions that

24   Jennifer Kennedy was present, general counsel's

25   office.  Who at the general counsel's office was

1    present?

2        A    It would have been Brad, it would have

3    been Brad McVay, it would have been Joseph Van de

4    Bogart, it would have been our legislative affairs

5    director, just the management team that is

6    responsible for putting the package together.

7        Q    That's Katherine Woodby?

8        A    Katherine Woodby, yeah.

9        Q    Would the budget director be there like

10   Pierce Schuessler?

11       A    Pierce, not for 7050, he wasn't the

12   legislative affairs person.  He wasn't there.

13       Q    And you don't think Andrew Darlington was

14   there?

15       A    I actually can't recall him being there.

16   That doesn't mean he wasn't consulted.  I just don't

17   recall it.

18       Q    I will show you -- I am dropping in the

19   Chat a document that I am going to share with you on

20   the screen, and I will request that the court

21   reporter mark it as Exhibit 13.

22            (Exhibit 13 was marked for

23       identification.)

24   BY MR. WERMUTH:

25       Q    So we have what appears to be a similar

1    flow here of information.  We have got -- do you

2    recognize this e-mail as having Katherine Woodby

3    sending an e-mail on Thursday, April 20th at 6 -- at

4    23, at 6:16 p.m.  Do you see that?

5        A    Yes.

6        Q    And she is senting it to Cord Byrd and

7    Jennifer Kennedy, right?

8        A    Yes.

9        Q    And it purports to have a 7050 PCS, which

10   doesn't that mean proposed committee substitute?

11       A    Yes.

12       Q    And it has spreadsheet suggestions

13   SB 7050, April 7th XLSX?

14       A    Yes.

15       Q    Which is a reference to an Excel

16   spreadsheet, right?

17       A    Yes.

18       Q    And I will represent to you the next page,

19   the Bates numbers for the first page ends in 87419.

20   Do you see that?  And right after that, we have got

21   native document with a Bates number ending 87420, so

22   it's the next document in order which is the

23   attachment.  And do you recognize this spreadsheet?

24       A    Yes.

25       Q    Is it a spreadsheet you prepared?

1      A    It's a spreadsheet, yeah, a template that

2   I set up and served as the basis for ongoing

3   discussions back and forth.

4      Q    Okay.  And what -- it looks like the

5   predecessor of the first one, of the first

6   spreadsheet that we saw back in February that just

7   had, you know, the column, had the first three

8   columns but didn't have a Suggestion and Changes

9   column on the right, did it?

10     A    Correct.

11     Q    And so you see now that in looking at

12  column, row 5, in the Impact and Change column, it

13  now gives what appears to be a summary of the

14  legislation, is that correct?

15     A    I am reading it.  Hold on.

16          It's summarizing, I am assuming, the

17  impact of the bill, the April 7 bill.  I can't tell

18  which version it's summarizing.

19     Q    But the content is different from the

20  February version you saw, right?  You are

21  summarizing a proposal, right, a proposed committee

22  substitute?

23     A    It appears to be so, yes.

24     Q    And remember we just saw there was a

25  proposed committee substitute the day before, right?

1    Do you remember that?

2         A    Yes.

3         Q    And so your language here in Impact/Change

4    column looks like a summary of what was in that

5    proposed committee substitute, right?

6         A    It appears to incorporate the

7    recommendations.  I mean, these recommendations

8    appear to be incorporated into the version, the

9    other version you showed.

10        Q    Let's look at this because it says -- it

11   says creating a -- providing for a maximum aggravate

12   fine of $100,000 per calendar year, right?  So it's

13   not -- that recommendation isn't the recommendation

14   over in the next column which is 250,000, is it?

15        A    The thing to be careful about is that

16   there were different versions of the bill as it's

17   going through, so what this is summarizing is one

18   version of it.

19             And then the column, the fourth column,

20   are recommendations that we had about adding -- you

21   know, changing the bill, including, you know, adding

22   in, back in -- adding a cause of action for reasons,

23   which quite frankly I don't recall if that was the

24   April 20th version, and a recommendation, as stated

25   there to prohibit, felons or non-citizens from

1    collecting applications, and also increasing the

2    fine threshold.

3         Q    All right.  But when we saw that proposed

4    committee substitute, it already had the felon and

5    non-citizen affirmation in it.

6         A    So what was the date?

7         Q    This document?

8         A    No.  The date that you are referring to,

9    the version that we -- of the bill.  It's just

10   important to keep it straight which version we're

11   looking at, what date.

12             So what this chart tells me is that we

13   were looking at a version of the bill that did not

14   have the prohibition against felons or non-citizens.

15   But I don't know what date that version was.

16        Q    Okay.  Let's talk about some of these

17   statements.

18             So in the last column, Suggested Changes,

19   follow-up notes, you see where it says recommend

20   putting back in cause of action grievances and

21   prohibiting felons and non-citizens from collecting

22   applications, increase fine threshold to 250K, do

23   you see that?

24        A    Yes.

25        Q    Whose recommendation is that?

1        A     The Department's.

2        Q     Okay.  And in the next section it says

3   follow-up.  And whose follow-up is that?

4        A     I don't know.  Presumably it is the legal

5   counsel's office because it's referring to

6   litigation.

7        Q     So were you -- you're convinced that this

8   recommendation is from your group, or is this a

9   recommendation that you are receiving and you're

10  providing a follow-up for, answering a follow-up?

11  Because it appears that there is a question being

12  raised that would require a follow-up.

13       A     Again, it was a collective effort to, you

14  know, to review the bill, whatever version it was

15  that we were looking at at that time and what our

16  recommendations were for any changes.

17            I don't know.  It could have come from the

18  Legislature, it could have come from the Governor's

19  Office.  But everybody had input into it.  So I

20  don't know why it's worded that way as follow-up.

21  But it could have been in response to a question.

22       Q     Uh-huh.  Yeah, someone is asking;

23  otherwise, you would put that writing to a

24  recommendation, right; you would have given backup

25  to it, right?

1    A    The follow-up in answering may be

2    answering a question.  Maybe it's just shedding --

3    providing context regarding the -- what's an

4    acceptable time frame for returning a ballot as well

5    as reference to, you know, some actual violations by

6    3PVROs in terms of their, you know, how much they --

7    the fines and criminal referrals.  So that's going

8    to be outside of the Division of Elections.

9    Q    And in the next section you say it's

10   proposed language, see Word document.  Whose input

11   is that?

12   A    Well, that would have been -- if this

13   chart was shared, it would have -- or even if not,

14   it would have been to have proposed language in case

15   anyone asks for it, whether it's the Legislature or

16   the Governor's Office, of how we would revise the

17   version of the bill that this chart is referring to.

18   Q    Okay.  So a Word document would usually

19   accompany one of these spreadsheets, right?

20   A    In this particular instance it is.  Now

21   there are a number of places in here where it says

22   see the Word document.  So it would have to be read

23   in conjunction with this chart.

24   Q    Where is that Word document?

25   A    I presume that that Word document has

1   been, you know, provided as a part of discovery.

2       Q    Well, I didn't see any Word documents

3   associated with production.  So --

4           **MR. WERMUTH:**  Counsel, I would ask that

5       you provide a native version of the Word

6       document that accompanies this file.

7           **MR. JAZIL:**  Sure.  Fritz, if there is a

8       Word document that accompanies this, we will

9       provide it to you.

10          Can you, just for my notes, let me know

11      what date the e-mail was and what Bates number?

12      If it's there, you are entitled to it.

13          **MR. WERMUTH:**  I am not sure what date it

14      is because a lot of documents are floating

15      around, but I will give you a race.

16          **MR. JAZIL:**  If you scroll up in the e-mail

17      chain --

18          **MR. WERMUTH:**  Yes, but this particular

19      document was -- has April 7 in the title, so it

20      presumably would have been with the April 7

21      document and it isn't.

22          **THE WITNESS:**  It's indicated April 7 at

23      the bottom.

24          **MR. WERMUTH:**  Yeah.

25          **MR. JAZIL:**  We'll look and if it's there,

1       it's yours.

2    BY MR. WERMUTH:

3       Q    And then it looks like there is a new

4    category of information here, Suggestion, change

5    handling to possess.

6            Whose addition is that to this

7    spreadsheet?

8       A    I don't know.  I am not the only one that

9    had input into the chart.

10      Q    Did you recommend changing handling to

11   possess?

12      A    I don't recall that.

13      Q    Is that the sort of changes that you

14   would -- that you would suggest word changing to

15   make things clearer in the legislation?

16      A    I wasn't asked -- I don't believe I was

17   asked on that.  There are a lot of pieces to this

18   bill and I didn't work on all of them.  But I don't

19   recall being asked about the word change handling to

20   possess.  It's very specific.

21      Q    What was the basis for recommending to

22   increase the fine threshold to $250,000?

23      A    Again, the noncompliance was a real

24   concern, that it continues repeatedly and to fine --

25   defined -- to impose a fine that could act as a

1    deterrent.

2        Q    Not necessarily why did it come.  Who did

3    it come from?

4        A    Again, that would have been part of our

5    discussions, so I don't know who specifically said,

6    you know, 250 versus 150, or whatever.  I don't

7    know.

8        Q    Did you recommend increasing the fine

9    threshold to $250,000?

10       A    I don't recall doing that, but I would not

11   have objected to that.  I would have found it to be

12   appropriate.

13       Q    Would that be the sort of recommendation

14   that you would make?

15       A    Honestly, I don't impose the fines myself.

16   That's the legal counsel's office or the Office of

17   Elections Crimes and Security.  That would be a

18   recommendation that they would -- because based on

19   what their investigations show of noncompliance.

20       Q    Where it says -- so that would have

21   been -- during this period of time investigations

22   into noncompliance were being done by OECS, right?

23       A    During this time, yes.

24       Q    Okay.

25       A    In conjunction with the legal office.

1    Q    So OECS, if they want to report a fine,

2    they've got to go to the general counsel's office to

3    get the okay.

4    A    Well, I don't know how -- I don't know the

5    specifics.  That's something to ask how the OECS

6    handles the determination and the issuance of the

7    letter, and whether it comes out under the auspices

8    of the office or whether it comes out under the

9    general counsel's office of the Department of State.

10    Q    Scrolling back to the top, you weren't

11    copied on this e-mail, were you?

12    A    No, I don't appear to be.

13    Q    Okay.  Did you discuss this spreadsheet we

14    just reviewed with any participants on this e-mail

15    immediately before the e-mail was sent?

16    A    I don't recall.

17    Q    Isn't Jennifer Kennedy one of the people

18    who was part of your group?

19    A    Yes.

20    Q    -- that you were talking about?  And was

21    Cord Byrd part of the group that had these

22    discussions about proposing restrictions on 3PVROs?

23    A    He was part of the discussions about

24    enhancements to the 3PVRO law.

25    Q    How was he part of it?  Did he participate

1    in the meetings that you were just talking about?

2         A    He was sometimes, yes.

3         Q    Did he make suggestions during that

4    process?

5         A    I'm sure he did make suggestions.  It was

6    a collaborative effort that we are seeking input

7    from each of our perspectives.

8         Q    Did he throw out ideas like raising the

9    fines on 3PVROs?

10        A    I don't recall if he was the one that

11   brought that up.

12        Q    He was present in meetings when that was

13   discussed?

14        A    He was present during some of these

15   meetings.  I don't know if they were all of the

16   meetings.  So he would have heard.

17             I mean ultimately, a legislative package

18   is put forward by the agency head, so he is going to

19   have knowledge of what the proposals are and, you

20   know, he may provide input as well.

21        Q    But this e-mail is coming from Katherine

22   Woodby to the participants in those meetings where

23   you say these matters were discussed.  Why is she

24   sending this spreadsheet?

25        A    That e-mail is dated April 20th, 13 days

1    after the date of this chart.  So I don't know what

2    the basis was for sending it at that point.

3          Q    But it sounds from your testimony, correct

4    me if I am wrong, that these matters were already

5    discussed with the individuals who received this

6    spreadsheet.

7          A    The individuals who received this

8    spreadsheet in this e-mail?

9          Q    Yes.

10         A    They would have known about it because it

11   probably was an earlier meeting.

12         Q    And did you discuss the contents of this

13   spreadsheet with the individuals on this e-mail

14   after this e-mail?

15         A    I don't recall.  I would have to look at

16   my calendar.

17         Q    Did you have further discussions with

18   these individuals about the provisions regulating

19   third-party voter registration organizations after

20   April the 20th, 2023?

21         A    If the bill was in the legislative

22   process, as needed, as it was going through either

23   committees or on the floor, we're on call for

24   answering any questions regarding any provision in

25   that bill.  But I don't have specifics.

1    Q    I am going to show you Exhibit 14.

2         **MR. WERMUTH:**  I am requesting the court

3    reporter mark this next exhibit as Exhibit 14

4    and I will show it to you on the screen.

5         (Exhibit 14 was marked for

6    identification.)

7    BY MR. WERMUTH:

8    Q    Do you see this is an e-mail from

9    Katherine Woodby on Friday, April 21st, 2023, at

10   8:53 a.m., so it's the next day after the previous

11   e-mail we just saw.  Do you see that?

12   A    Yes.

13   Q    And this is Katherine Woodby who in the

14   last e-mail just sent the spreadsheet to Cord Byrd

15   and Jennifer Kennedy.  Now Ms. Woodby is sending the

16   spreadsheet to Stephanie Kopelousos and Peter

17   Cuderman, is that right?

18   A    That's what the e-mail says, yes.

19   Q    Okay.  Do you know who Mr. Cuderman is?

20   A    I am really bad with names, so no.  I

21   presume he is someone who works with Stephanie, who

22   Stephanie -- I do remember -- well, I am not

23   actually sure if she was with the Governor's Office

24   or Legislature, I don't recall.  I don't have direct

25   interaction with them.

1    Q    Do you recognize Ms. Kopelousos as being

2  Governor DeSantis Director of Government Affairs?

3    A    That would sound about right.

4    Q    And Mr. Cuderman is a Governor's Office

5  employee.  Did you meet with these individuals

6  during this 7050 legislative process?

7    A    I don't remember if we did.  I probably

8  did, I just don't -- I just don't recall.  We had

9  meetings internally, externally, so it is likely

10  that we might have had one with them.

11    Q    Okay.  What external meetings did you

12  have?

13    A    Just with her and/or her staff regarding

14  this bill.

15    Q    Meaning Stephanie Kopelousos?

16    A    Legislative, not necessarily this bill,

17  but legislative proposal.

18    Q    And when did those meetings occur?

19    A    I don't recall, but they may have been in

20  the fall.

21    Q    Okay.  So early in the process, back in

22  2022?

23    A    No.  Yes, I'm sorry.

24    Q    It says here, attached is the updated

25  spreadsheet.  Blue is what is out.  I also included

1    the sections that have been added.

2           I am going to jump to -- because I have a

3    long statute attached to it.  I am going to jump to

4    608, which is the spreadsheet.  And you see here

5    again is the spreadsheet, right.  And it still has

6    the date April 7, 2023, on the bottom.

7    A     Well, I'm sorry, you need to scroll up.  I

8    don't see the date.

9    Q     On the bottom, do you see that?

10   A     Yes.

11   Q     That's what you noted before, right?

12   A     Yes.

13   Q     And we see the same recommendations being

14   put forth, in the same follow-up and same proposed

15   language and same proposed suggestion, do you see

16   that?

17   A     Yes.

18   Q     What role did the Governor's Office have

19   in making sure the revisions to the provisions of

20   7050?

21   A     No different than any other process in

22   which, you know -- again, we are the executive

23   agency, so if we are asked to prepare a legislative

24   proposed package, we'll do that.

25          And then once it starts making its way

1  through the Legislature, I presume that there are

2  interactions between the Governor's Office and maybe

3  Senate committee and House committee coordinating

4  how -- you know, provisions that they are supportive

5  of or not, or that they recommend.

6      Q    Okay.  In the fall of 2022, and I guess

7  winter/spring this period of 2023, did you

8  communicate with anyone in the Governor's Office

9  about proposed potential legislation regarding

10  3PVROs?

11      A    Repeat the question again, please.

12      Q    During this late 2022, through April 2023

13  period, did you communicate with anyone at the

14  Governor's Office about proposed potential

15  legislation regarding 3PVROs?

16      A    I would have had communications regarding

17  our legislative package which did have proposals

18  regarding the third-party voter registration law.

19      Q    In that process did anyone indicate to you

20  that they had spoken with the Governor or any staff

21  at the Governor's Office about proposed or potential

22  legislation regarding 3PVROs?

23      A    Repeat the question again, please.

24      Q    Did anyone indicate to you that they had

25  spoken with the Governor or any staff of the

1   Governor's Office about proposed legislation

2   regarding 3PVROs?

3        A     That would be a question outside -- I

4   don't have the interactions direct.  That's what the

5   Legislative Affairs director would do or senior

6   management, communicating, other than what I have

7   indicated about having meetings with their staff

8   about the proposals.

9        Q     So we'll give it a concrete example, but I

10  don't want to limit it to an exact person.

11             Did, for instance, Katherine Woodby say

12  that she had spoken to somebody at the Governor's

13  Office about the legislation and tell you that she

14  had spoken to the Governor's Office about that?

15       A     She wouldn't necessarily tell me directly

16  that she had.  That would not be -- that would not

17  necessarily be something that has to be relayed to

18  me.

19       Q     Okay.  Did Ms. Kennedy relay that

20  information of that nature, that she had received

21  word from the Governor's Office about this

22  legislation?

23       A     If that was necessary for whatever it was

24  that she needed to obtain from me in terms of any

25  information.

1    Q    So I am asking did she, you know, indicate

2    that she had received information from the

3    Governor's Office or from somebody on behalf of the

4    Governor's Office about this legislation?

5    A    It is likely, I just can't recall the

6    specifics of it.

7         Again, we are an executive agency.  It's

8    not uncommon for us to be having communications with

9    the Governor's Office.

10        **MR. JAZIL:**  Fritz, can we take a

11        five-minute break?

12        **MR. WERMUTH:**  Sure.

13        (A recess took place from 1:45 p.m. to

14        1:50 p.m.)

15        **MR. WERMUTH:**   I am putting in Chat and

16        requesting that the court reporter mark

17        Exhibit 15 which I will share on the screen.

18        (Exhibit 15 was marked for

19        identification.)

20   BY MR. WERMUTH:

21        Q    Do you recognize this as an e-mail from

22   Ms. Kennedy to yourself on April 25, 2023, the

23   subject line, Forward 7050 Amendment, do you see

24   that?

25        A    Yes.

1       Q      She is forwarding an e-mail from

2   Ms. Woodby that attaches a strike all amendment by

3   Senator Hutson.  Do you see that?

4       A      Yes.

5       Q      Okay.  And Ms. Kennedy is asking you to

6   give her a buzz in a minute, right?

7       A      Right.

8       Q      So she is asking you to call her?

9       A      That's her way of saying it.

10      Q      Okay.  Do you remember what you guys

11  talked about that day?

12      A      At a minimum, it would have been about the

13  strike all.

14      Q      Okay.  Do you know of any concerns about

15  the strike all amendment, any issues that came up

16  associated with the strike all amendment?

17      A      No.

18      Q      Is it common practice just to send these

19  cryptic e-mails?

20          **MR. JAZIL:**  Object to form.

21      A      It's just saying give me a call.  She may

22  have tried to reach me and I wasn't at my desk since

23  she e-mailed me.

24  BY MR. WERMUTH:

25      Q      Were there planning meetings about SB 7050

1    after -- in this period of time, so around April 25,

2    through enactment?

3        A    What do you mean by planning?

4        Q    Planning meetings, meaning that where the

5    agenda of the meeting was a planning meeting?

6        A    If by planning you mean implementation to

7    how we are going to implement the bill if it's

8    enacted, I'm not sure if we had any planning

9    meetings before then.

10        But given the size of the bill, we

11    certainly would have already in the Division begun

12    to think about how we are going to implement the

13    law; hence, that chart that you saw at one time,

14    that you offered up as an exhibit regarding sections

15    of the bill, which sections are primarily

16    responsible for the provision in law, what the law

17    will do, and what things have to be done in order to

18    implement, then that would be a part that I would be

19    already working on in anticipation of the bill being

20    passed.

21        **MR. WERMUTH:**  I am putting in the Chat and

22        asking the court reporter to mark the next

23        exhibit, which is Exhibit 16, which I will

24        likewise share with you on the screen.

25

1             (Exhibit 16 was marked for

2       identification.)

3   BY MR. WERMUTH:

4       Q     You see this meeting, it's setting subject

5   planning meeting for SB 7050.  Do you see that?

6       A     Yes.

7       Q     And the organizer is Ms. Kennedy.  Is she

8   the -- was she the leader of this group?

9       A     She is the one that scheduled the meeting

10  for discussion.

11      Q     Okay.  And is she normally involved in

12  implementation of statutes?

13      A     Yes, as it involves several different --

14  it may involve several different offices within the

15  Department.

16      Q     Okay.  And where is the Secretary's

17  conference room located, what building?

18      A     The RA Gray Building, first level,

19  Secretary of Office suite.

20      Q     Okay.  And what are the positions that

21  each of these attendees -- I know Ashley Davis is

22  assistant general counsel, right?

23      A     I think she is the deputy general counsel

24  now.

25      Q     Moving up in the world.  How about Walter

1   Scott?

2        A    I always mangle this, but he is like the

3   chief IT individual.

4        Q    And Mr. Van de Bogart?

5        A    He is the general counsel.

6        Q    David Chappell?

7        A    He was the assistant general counsel and

8   he is no longer with the department.

9        Q    Janet Modrow?

10       A    She is also within the IT information

11  services unit.

12       Q    Blake --

13       A    Blake Gehres is also in the IT unit.

14       Q    Suzette Hayes?

15       A    Also in the IT unit.

16       Q    And Amber Marconnet, is she your

17  assistant?

18       A    Amber Marconnet, she is the assistant

19  director of the Division.

20       Q    Ms. Woodby would the legislative affairs

21  liaison, right?

22       A    Legislative affairs director, yes.

23       Q    7050ER which means enrolled, right?

24       A    Yes, at that point.

25       Q    Do you know what was discussed at this

1    meeting?

2           **MR. JAZIL:**  Maria, I instruct you not to

3    discuss anything where one of the Division

4    people sought legal advice from lawyers in the

5    room or legal advice lawyers provided to the

6    individuals in the room under attorney-client

7    privilege.

8           If you can answer that question without

9    getting into privileged material, you are a

10   lawyer, go ahead.

11   BY MR. WERMUTH:

12       Q    Can you respond?

13       A    I'm sorry, what was the question?

14       Q    What was discussed during this meeting?

15       A    By reference to that chart that you

16   previously provided that showed the sections of the

17   bill, the statutes, what the primary provisions are

18   of the bill, the units that are primarily

19   responsible and what things had to be done in order

20   to implement the bill.

21          That was the basis of our discussion.

22       Q    Okay.  Was there discussion of anticipated

23   legal challenges?

24       A    No.

25       Q    Did you expect legal challenges at this

1  point?

2       A    Our focus was on to how to implement the

3  bill.

4       Q    Since enactment of 7050, has any member of

5  the staff of the Legislature solicited

6  recommendations for changes to the election code?

7       A    I'm sorry, say that again.

8       Q    Since enactment of SB 7050, has any member

9  or staff of the Legislature solicited

10 recommendations for changes to the election code?

11      A    We do have -- there is legislation for

12 this cycle for 2024, and so there are legislative

13 proposals.

14      Q    Have you made any recommendations in your

15 legislative package for further revisions to the

16 provisions regulating third-party voter registration

17 organizations?

18      A    I am not aware of any proposal for the

19 3PVRO.

20      Q    What provisions have you made

21 recommendations on regarding the election code?

22      A    I would have to refer to -- I am trying to

23 recall here.  I didn't make anything specific.

24 Honestly, I can't make anything on my own.  It would

25 be the collective team if there was -- if we were

1    asked to provide any legislative proposals.

2         Q     Has the collective team been asked to

3    submit any legislative proposals regarding election

4    laws this session?

5         A     I think there was some legislation or

6    legislative proposals that were suggested.

7         Q     And what are those?

8         A     I am not as familiar with the ones that

9    have been proposed this cycle.

10        Q     Okay.  I want to show you what has been --

11   a document and I request that the court reporter

12   mark this as Exhibit 17.  And I will share it with

13   you.

14             (Exhibit 17 was marked for

15        identification.)

16   BY MR. WERMUTH:

17        Q     It is a screenshot of the Department of

18   State website.  You see this is the registration by

19   method and location information.  This is how the

20   website looks, correct?

21        A     Yes, as of whatever date you pulled this.

22        Q     As of last -- last updated January 22nd,

23   2024, you see that?

24        A     Yes.

25        Q     So we see the Division of Elections tracks

1   voter registration by method and location, right?

2       A    Yes.

3       Q    And you have no reason to doubt the

4   accuracy of these numbers, correct?

5       A    They are pulled from what's recorded in

6   the Florida Voter Registration System.

7       Q    Okay.  So you believe that to be accurate?

8       A    I believe them to be based on the numbers

9   that were pulled from the Florida Voter Registration

10  System.

11      Q    Do you believe the Voter Registration

12  Information System to be generally accurate?

13      A    Well, yes.

14      Q    And this information is updated on a

15  monthly basis, correct?

16      A    This information is updated monthly, but

17  this particular page only does annual summary.

18  There is actually another page that is more -- that

19  has the detail month to month.

20      Q    Okay.  But it's publicly available, the

21  month to month is publicly available on your system,

22  right?

23      A    Yes, it's on another web page.

24      Q    Okay.  And you see that it breaks out here

25  registration by third-party voter registration

1    organizations, do you see that?

2        A    Yes.

3        Q    Have any members or staff of the

4    Legislature requested such information from the

5    Division in, say, the last five years?

6        A    If they requested the information, it's

7    available online and we have our reports.  They

8    wouldn't necessarily need to ask us.  They would

9    know where to -- unless they don't know where to

10   look for it.

11       Q    Okay.  And has any member or staff from

12   the Legislature requested such information from the

13   Division regarding book closing data, for example?

14       A    Well, book closing data, they are going to

15   get book closing data through -- again, book closing

16   data is information that's pulled within a certain

17   period of time after the deadline to register, and

18   we provide aggregated data book closing data.  And

19   that information is available also online by party,

20   by race, by county, all of those.

21            But then the Legislature also gets an

22   election, post-election recap report after each

23   election, and that incorporates information about

24   registered voters, who as of book closing, what

25   their registration information is as well as their

1    voting history information.  So the Legislature,

2    both the houses get those records.

3        Q    Okay.

4        A    Those are detailed records.

5        Q    Yeah.  And looking at this -- these

6    figures here, you see -- would you agree that there

7    is roughly a 95 percent decrease in third-party

8    voter registrations between 2018 and 2023, do you

9    see that?

10       A    There is a decrease from 2022 to 2023, but

11   you have to also look at the line above that says

12   these reflect the number of new registered and

13   preregistered voters by method and location.

14            What this chart does not tell you is the

15   statistical information about voter registration

16   applications submitted by 3PVROs that turn out to be

17   updates.

18       Q    So the number at the bottom, 96,516, that

19   would have the same -- the same would be true of the

20   96,000 number and the 5,891 number, correct; that

21   they both would just be new registrations, correct?

22       A    Yes.

23       Q    So is it fair from this that there is a

24   95 percent drop in new registrations coming in from

25   third-party voter registration organizations between

1    2018 and 2023?

2         A    I would have to do the math to calculate

3    what the percentage difference is.

4         Q    Okay.  And that's a dramatic reduction,

5    right?

6              **MR. JAZIL:**  Form.

7         A    It's a reduction.  But what you have to

8    look at is there is all these different ways that an

9    individual may choose alternatively to be able to

10   register.  So it may be that they have chosen not to

11   do it through that method.  They've got online voter

12   registration now, they could go into the SOE office,

13   library, or DMV.

14   BY MR. WERMUTH:

15        Q    All those methods were available back in

16   2018, right?

17        A    Yes.

18        Q    But in 2018, there were 90,000 more

19   registrations by third-party voter registration

20   organizations than there were in 2023, correct?

21        A    I'm sorry, say that again.

22        Q    But in 2018 there were about 90,000 more

23   new registered voters who were registered by 3PVROs

24   than there were in 2023?

25        A    But you have to also overlook -- not

1   overlook -- you have to look at the total, there was

2   also a decrease in the number of new registrations

3   in 2023 overall.

4       Q    Uh-huh.  Is the number of 2023 one-tenth

5   of the number in 2018?

6       A    Is what?

7       Q    We can talk about this later.

8            What do you think explains this dramatic

9   drop in new registrations with third-party

10  registration organizations?

11      A    I don't know.  It could be any number of

12  factors.  It could be that people are doing more

13  submissions through the Department of Highway

14  Safety, which if you look at from 2018 to 2023,

15  almost 50,000 more were done through DHSMV.

16           It could be that there are just more

17  people that are already registered and therefore --

18  again, as I said, it could be that there is just a

19  lot more activity.

20           What 3PVROs are capturing more of are just

21  updates instead of new registrants.  Just like to

22  think that maybe that's what's happening there, as

23  well as, you know, the fact they can do it by mail,

24  they can go to an assistance office, library, they

25  can go to the supervisor's office.

1      Q     And it could be that there's been a series

2  of regulations passed that are restricting

3  third-party voter registration organizations,

4  correct?

5           **MR. JAZIL:**  Object to form.

6      A     I can't make that leap with just this

7  chart.

8  BY MR. WERMUTH:

9      Q     But it could be, correct?

10          **MR. JAZIL:**  Objection.  You can go ahead

11      and answer.

12 BY MR. WERMUTH:

13     Q     Would you agree Black and Latino voters

14 are far more likely to register through 3PVROs?

15          **MR. JAZIL:**  Object to the form.

16     A     We have not done an analysis of that.

17 BY MR. WERMUTH:

18     Q     In the SB 90 case, you are aware the

19 District Court credited evidence showing that about

20 one in every Black and Latino voters registered

21 through 3PVROs, but only about one out of every 50

22 White voters registered through 3PVROs?

23     A     Again, I did not do a statistical

24 analysis.

25     Q     But I was asking are you aware that the

1    District Court credited such evidence?

2         A    It was presented -- I'm sorry.

3              It was presented in court by the

4    plaintiffs and they had done the analysis of the

5    data that was provided to them.  That's what they

6    provided to the court.

7         Q    And that was a finding that was in the

8    District Court's decision in the SB 90 case,

9    correct?

10        A    I will have to take your word on that.

11        Q    Okay.  And are you aware that in its final

12   order dated March 31st, 2022, the trial court found

13   3PVROs overwhelmingly serve minority communities, do

14   you recall that?

15        A    No.

16        Q    This was a public decision, right, that

17   you remember it being issued, correct?

18        A    I do.

19        Q    And it was critical of the Division,

20   correct, and the Legislature?

21        A    All I can tell you is that this data here

22   only reflects new registrations.  And I do not and

23   cannot speak for how voters decide or registrants

24   decide when and where they are going to submit their

25   registration or updates.

1    Q    Are you aware that the 11th Circuit in the

2    SB 90 case affirmed the trial court's factual

3    finding that legislation negatively affecting 3PVROs

4    disproportionately impacts Black voters and Latino

5    voters?

6    A    I am going to let the court record speak

7    for itself.

8    Q    Did you review those decisions,

9    Ms. Matthews?

10   A    I may have read them.

11   Q    Now by the time of the 11th Circuit's

12   decision in SB 90, it was fairly common knowledge

13   that minority voters are far more likely than White

14   voters to register through 3PVROs, correct?

15   **MR. JAZIL:**  Object to form.

16   A    Again, that information is also available

17   to the Legislature.  I don't make policy decisions.

18        And again, I also did not do statistical

19   analysis of that information.  If the Legislature

20   wanted that information, they had it available to

21   them.

22   BY MR. WERMUTH:

23   Q    I am not asking if you did a statistical

24   analysis.  I am just asking you if it's common

25   knowledge in your line of work that minorities use

1   3PVRO registration as a method at a higher level

2   than White voters?

3          **MR. JAZIL:**  Object to form.

4      A    I don't -- I don't know that I can speak

5   to that.  I don't know.

6   BY MR. WERMUTH:

7      Q    Would you agree that Black voters are more

8   likely to vote for Democratic candidates than White

9   voters?

10     A    I definitely can't speak to that.

11     Q    Doesn't the Division of Elections collect

12   that information?

13         **MR. JAZIL:**  Go ahead.  Object to the form.

14     A    We -- the information we collect is what's

15   provided on voter registration applications and

16   voting history.

17   BY MR. WERMUTH:

18     Q    Okay.  And you know, for instance, that

19   Black voters are predominantly registered Democrats,

20   correct?

21     A    There is statistical reports that we

22   collect on our web page about the number of

23   registered voters by race and ethnicity.  I do not

24   recall if it's broken out by party affiliation.

25     Q    Since the passage of SB 7050, what has the

1  Division done to implement SB 7050?

2       A     We have followed the -- that chart that

3  you provided earlier regarding implementation.  So

4  we work -- we have been working on rules, we have

5  been working on forms, we have been working on

6  reference guides.  We have worked on any IT

7  component to implement the provisions.

8       Q     Has your office taken any steps to enforce

9  SB 7050?

10      A     Respective to what provision?

11      Q     Any of the compliance provisions, for

12 instance?

13      A     Any of the provisions that are there that

14 are available and if there has been someone who has

15 violated, that would be -- and the violation of

16 fines, again, that's outside of my jurisdiction.

17 That's -- that lies with the legal counsel's office

18 and the Office of Elections Crimes and Security.

19           But if someone -- some entity has violated

20 or a person has violated the provision and it's

21 under investigation, then they may make that

22 determination, then, yeah, they will enforce it.

23      Q     Okay.

24      **MR. WERMUTH:**  Okay.  I need to take about

25      a five-minute break.  You guys okay with that?

1          **MR. JAZIL:**   That's good.

2               (A recess took place from 2:19 p.m. to

3          2:24 p.m.)

4          **MR. WERMUTH:**   Thank you for the break, I

5          needed it.

6     BY MR. WERMUTH:

7          Q     So does the Secretary of State have

8     discretion in enforcing 3PVRO regulations?

9          A     I am going to scoot back over here.

10              The law sets out what -- what may be

11    imposed, or what an entity is liable for.  And then

12    it does -- and what aggregate fine may be assessed.

13              And then under subsection 8, it talks

14    about if the Secretary reasonably believes that a

15    person has committed a violation, they may refer the

16    matter to the Attorney General for enforcement.

17              So that's the scope of his ability to

18    enforce -- enforce the statute, provides what the

19    fines are, if there are violations found.

20         Q     Okay.  So I guess what I am hearing you

21    say, and I would like you to confirm it, is that the

22    Secretary does have discretion in enforcing the

23    provisions regulating 3PVROs, correct?

24         A     He has -- I mean, you have to read the

25    statute.  In terms of what the fines are, those

1    are -- if -- if a 3PVRO is found to have violated,

2    there is no discretion in the amount of fine.  That

3    is set in the law.

4             There is a determination also of that

5    fine, if it was, you know, acted willfully; and then

6    there is going to be those times when, if the

7    Secretary believes, reasonably believes that a

8    person has committed a violation, the Secretary

9    may -- which suggests discretion -- refer the matter

10   to the Attorney General, and then the Attorney

11   General may -- again, discretion -- institute a

12   civil action for violation of the section, or to

13   prevent.

14            And the Secretary may -- I'm sorry, there

15   is a provision in there that says the Secretary may

16   waive those fines upon a showing that the failure --

17   that the 3PVRO -- you know, upon a showing that the

18   failure was upon a force majeure or impossibility of

19   performance.  So those provisions are laid out in

20   the statute.

21        Q    Are there written guidelines governing the

22   exercise of the discretion of making the

23   determinations that -- discretionary determinations

24   that you are talking about?

25        A    That is -- that's outside the scope of the

1 Division.

2     Q    Are there written guidelines governing the

3 exercise and discretion in assessing fines?

4     A    The legal office would refer to the law,

5 and I think the law sets out pretty well what those

6 standards are.  I don't know that anything more

7 needs to be elaborated on, but that would be

8 something to ask the general counsel's office.

9     Q    Do you agree that the Department of State

10 has waived fines when it could have imposed them?

11     A    I believe there have been circumstances.

12 But again, I am not involved in the issuance of the

13 letter, the fine letters.

14     Q    That suggests there is discretion, right?

15     A    Sorry?

16     **MR. JAZIL:**  Object to form.

17 BY MR. WERMUTH:

18     Q    That suggests there is discretion,

19 correct?

20     **MR. JAZIL:**  Object to form.

21     A    There is a provision in the law that says

22 the Secretary may waive the fines described in this

23 subsection upon a showing that the failure to

24 deliver the voter registration application promptly

25 is based upon force majeure or impossibility of

1    performance.

2           So it is possible that that might have

3    happened and that may be the basis for the waiver.

4    BY MR. WERMUTH:

5        Q   Okay.  As we saw earlier, SB 90 mandates

6    that each 3PVRO provide an affirmation that each

7    person collecting or handling a voter registration

8    application on behalf of a 3PVRO is a citizen.

9           What public interest do you think that

10   provision serves?

11          **MR. JAZIL:**  You mean 7050?

12          **MR. WERMUTH:**  7050.  Yeah.  Did I say

13       something else?

14          **MR. JAZIL:**  SB 90.

15   BY MR. WERMUTH:

16       Q   All right.  As we saw earlier, SB 7050

17   mandates that each 3PVRO provide an affirmation that

18   each person collecting or handling voter

19   registration applications on behalf of the 3PVRO is

20   a citizen.  Do you remember that?

21       A   I'm sorry, repeat it again, because I was

22   just looking at the statute language.  So if you

23   would just say it one more time, please.

24       Q   Do you agree it requires a 3PVRO to

25   provide an affirmation that each person collecting

1  or handling voter registration applications on

2  behalf of the 3PVRO is a citizen?

3      A      Yes, part of the form right now for

4  registration requires the entity to affirm that they

5  are -- that they -- that each person that is

6  collecting or handling is not a U.S. citizen.

7  However, that provision is in preliminary -- under

8  preliminary injunction right now, so it's not being

9  enforced.

10      Q      But it says right on the face of it that

11  the 3PVRO has to affirm that the individuals

12  collecting voter registrations are citizens,

13  correct?

14      A      The law says that.  But right now, because

15  of litigation, there is a preliminary injunction

16  against enforcement of that.  So we are not

17  precluding an entity from registering if they do not

18  have that checked off in the box.

19      Q      But it's on the face on the form, right?

20      A      It is on the face of the form, that's

21  correct.  But we have on our website, we have a

22  provision that says precisely that, about the

23  preliminary injunction.  So if there is any question

24  from anyone who hasn't -- who can't affirm that at

25  this juncture, they would be told that.

1     Q     If they went and looked for it on your

2    website?

3     A     Yes, it's on our website and I don't know

4    if it's -- I don't believe it's on the face of the

5    voter registration form itself.

6     Q     Okay.  Let's go back to the fact though

7    that now SB 7050 mandates that 3PVROs affirm the law

8    itself.  What public interest do you think that

9    provision serves?

10     A     As stated earlier, it's to prevent

11    opportunities for voter fraud.  It's also to instill

12    public confidence that the individuals that are

13    collecting applications on behalf of a 3PVRO can be

14    trusted to, you know, collect that application, take

15    that information -- take that application which has

16    personal information in it and return it, you know,

17    to the -- timely to the Division of Elections or the

18    Supervisor of Elections.

19          Just the state interest in making sure

20    that the integrity of this process is, you know --

21    that we keep that; because any time you have an

22    opportunity or there is a violation or -- it

23    undermines the voter's confidence in the process.

24     Q     And what basis is there to believe that

25    non-citizens as a group are more susceptible to the

1   issues that you described?

2        A    Again, there are those individuals who are

3   only here in the country for a temporary period.

4   There may be even illegal immigrants that might be

5   here.

6             And the fact that, you know, the only

7   persons that are able to vote are U.S. citizens,

8   it's just a -- elections is a lot also about

9   perception and the belief in the process and having

10  confidence in that process, and that's how that came

11  to be.

12       Q    But you are aware though that the

13  language -- the ban, the citizenship requirement, is

14  categorical, correct?

15            **MR. JAZIL:**  Object to form.

16  BY MR. WERMUTH:

17       Q    All non-citizens are --

18       A    Yes.

19       Q    -- are covered by it.

20            So including individuals with green cards,

21  correct?

22       A    If you are referring to legal permanent

23  residents --

24       Q    Yes.

25       A    Yes.  Yes.

1    Q    Yes.  Does the Division employ legal

2  permanent residents?

3    A    I don't personally know.

4    Q    Is there any legal bar on non-citizens

5  working for the Division of Elections?

6    A    I'm not aware of that, but that would be a

7  question for HR.

8    Q    Why would the state preclude non-citizens

9  from collecting and submitting registrations but

10  does not bar non-citizens from state or county

11  employment that involves processing voter

12  registrations?

13    A    It's just the way the law is written right

14  now for 3PVROs, because working with an office, you

15  are under the auspices of a government official.

16  And while you are in a 3PVRO, you are a private

17  individual.  You could be one person registered as a

18  3PVRO.  All you do is submit this information about

19  your address, your e-mail.  Nothing else is known

20  about you other than that.

21        And an individual, a voter, is entrusting

22  a voter registration application to that person, and

23  trusting that that person will do what they are

24  required under the law, which is to turn the voter

25  application in timely, without doing anything else

1   to it, not scrubbing it for information, not, you

2   know -- just doing what the law requires, which is

3   timely delivery of an application.

4        Q    Are you aware of specific evidence or

5   anything supporting the notion that non-citizens as

6   a group are more untrustworthy than U.S. citizens?

7        A    Any question about whether a non-citizen

8   has collected an application and whether there has

9   been an issue with that would be one for the Office

10   of Elections Crime and Security.

11        Q    But you are not aware of any, are you?

12        A    No, that doesn't -- it doesn't come up in

13   my scope of duties.

14        Q    But I think you indicated earlier that you

15   wholeheartedly agree with the recommendation,

16   however it came out, to include a requirement to

17   affirm that only citizens were collecting ballots

18   for 3PVROs?

19        A    I don't believe I used the word

20   wholeheartedly, but what I do support are measures

21   that are geared towards ensuring that opportunities

22   for voter fraud are reduced, that voters have

23   confidence in the process, and that the integrity of

24   the electoral process is upheld.

25        Q    At least on your part, you had no evidence

1    before you indicating that non-citizens are more

2    untrustworthy than U.S. citizens?

3        A    It's not a matter of me coming up and

4    thinking this or that.  It's just what are things

5    that can ensure those three things that I said

6    earlier.

7        Q    Does the Division collect demographic

8    information on those who canvass for 3PVROs?

9        A    I'm sorry, repeat that again.

10       Q    Does the Division collect demographic

11   information, citizen information, on those who

12   canvass for 3PVROs?

13       A    No.  All we collect are just the names of

14   the registration agents that the organization --

15   that's employed.  It doesn't even actually capture

16   the volunteers, but it's only those -- those

17   individuals.  And that's -- I think the information

18   is just the name, the permanent address, and the

19   temporary address, if there is one.

20            Leave it up to the organization to do

21   their due diligence; you know, if they decide to do

22   background checks on them, government officials do

23   on theirs, but we don't capture any other

24   information.

25       Q    I am going to show you the last document

1    in the file, I am going to share it, without

2    changing the title.  I ask the court reporter to

3    mark this as Exhibit 16 -- actually Exhibit 18.

4            (Exhibit 18 was marked for

5        identification.)

6    BY MR. WERMUTH:

7        Q    I will show it on the screen, it's a copy

8    of Rule 1S2.042.  Do you have a copy of it with you?

9            **MR. JAZIL:**  Yes, she does.

10           **MR. WERMUTH:**  It's easier to do that way.

11       You don't have to get up close to the TV.

12   BY MR. WERMUTH:

13       Q    All right.  Now I would like you to scroll

14   down to Section 3, definitions, collecting and

15   handling.

16           Do you see it says, collecting and

17   handling, for purposes of this Section 97.0575(1)(e)

18   through (f), Florida Statutes, means physically

19   exercising custody over voter registration

20   applications containing a voter's personal

21   information; does not include distributing blank

22   voter registration applications, supervising and

23   collecting or handling voter registration

24   applications, assisting a voter who requests

25   assistance to fill out their voter registration

1    application or facilitating the voter to register

2    electronically through registertovoteFlorida.gov.

3    Do you see that?

4         A    Yes.

5         Q    Okay.  Do you recognize this rule?  Were

6    you involved in preparing it?

7         A    Yes.  Yes.

8         Q    Now the Division promulgated this rule,

9    correct?

10        A    Yes, this rule is under the jurisdiction

11   of the Division.

12        Q    Okay.  Why did it promulgate this rule or

13   this definition?

14        A    I'm sorry, what was the question?

15        Q    Why did the Division promulgate this

16   definition?

17        A    It's building already what's in the law,

18   which says collecting or handling voter registration

19   applications.

20             And then for purposes of (e) and (f), it's

21   just making it absolutely clear that it means the

22   physical exercise -- exercising custody over the

23   application, and then clarifying what opportunity or

24   what events would not be triggering collecting or

25   handling for purposes of those two paragraphs.

1      Q      So --

2      A      We have rule-making authority.

3      Q      Was the statute unclear before the rule

4    making?

5             **MR. JAZIL:**  Object to form.

6             You can answer.

7      A      No, I believe the plain meaning was quite

8    clear on that.

9    BY MR. WERMUTH:

10     Q      Okay.  And yet, the Division felt it

11   necessary to clarify the language nonetheless by

12   adding the different definition, correct?

13     A      What happens during the rule-making

14   process is that it is a public -- it's opportunities

15   for -- first of all, it's the Division's opportunity

16   to present language about further implementing the

17   statute, but also through, you know, through public

18   input, there are also opportunities to -- maybe

19   statements that are made during the public hearing

20   or the rule development that, you know -- that may

21   suggest that individuals want just to be absolutely

22   sure what that language -- language means.

23             So there is the opportunity for the rule

24   development.  Even if that language had not been --

25   or definition had not been adopted, if someone were

1    to ask me, my first inclination would be to go and

2    read the statute, what it says, plain meaning.  If

3    the person is not comfortable with it, they can seek

4    an advisory opinion on that which they are entitled

5    to under 106.23.

6         Q    If you suggested to the Legislature that

7    the Legislature clarify handling as physically

8    possessing and it chose not to, how can you clarify

9    that statute by rule?

10        A    There are lots of opportunities or lots of

11   times when the Legislature enacts a provision and

12   then says the Legislature -- that the agency has

13   authority to enact rule-making to further implement

14   the statute.

15             Whether this was absolutely necessary or

16   not, I don't think it was.  But it provides absolute

17   clarity for those who may have a question about it.

18        Q    Remember that spreadsheet I showed you

19   earlier had a notation suggesting change handle to

20   possess, do you remember that?

21        A    Yes.

22        Q    Okay.  And that recommendation was passed

23   by the Legislature, right?

24        A    It was on the chart, and I don't know the

25   Legislature actually saw the chart or whether they

1    saw the proposed language.

2         Q    Okay.

3         A    And whether that proposed language

4    actually had law.

5         Q    But it chose not to incorporate the notion

6    of possession into the statute, correct?

7              **MR. JAZIL:**  Object to form.

8         A    The Legislature adopted what it adopted.

9    Whatever reasoning, I don't know.

10   BY MR. WERMUTH:

11        Q    What do you think exercising physical

12   custody means based on this statute?

13        A    Well, exercising -- collecting and

14   handling means just physical holding of an

15   application or handling it to get it to where it

16   needs to go.

17        Q    The statute doesn't say physically

18   holding, does it?

19        A    No, it says collecting or handling.

20        Q    Does handling mean driving a car that has

21   filled out voter application forms in the back of

22   it?

23        A    If handling, taking possession, you have

24   taken possession, you have it and you are in the

25   process of taking it into the Supervisor of

1    Elections and Division of Elections, then, yeah, you

2    are handling it at that point.

3        Q    Does it mean putting filled out voter

4    registration application forms in envelopes to send

5    to the supervisor's office?

6        A    It's handling, putting it in the mail; and

7    then once that's out of their -- out of their hands,

8    then they are no longer handling it at that point.

9    They sent it out into the postal universe.

10       Q    But they handled it by putting --

11       A    Up to that point, they did, yes.  It's the

12   moment they collect it and handle it all the way to

13   when it gets to where it needs to be, and they are

14   still responsible, even once it's in the mail, of

15   it, you know, arriving on time.  I mean, they are

16   still responsible for that part of it, but they are

17   not handling it at that moment anymore.

18       Q    Does having access to a database with

19   voter registration information constitute collecting

20   and handling?

21       A    No, we have come out on this before

22   where -- like a digital image, is that what you are

23   thinking?

24       Q    Yeah.

25       A    No.

1    Q    Did the Division consult with counsel in
2    this litigation before initiating rule-making?
3    A    The question again?
4    Q    Did the Division consult with counsel in
5    this litigation before initiating rule-making on
6    this provision?
7    A    No.  I mean, this rule was initiated in
8    June of last year.  Now we do work with our legal
9    counsel's office, because they are the ones that
10   helped shepherd us through the rule-making process.
11   So it would just be our general counsel's office as
12   we are working through with the rule, but no, not
13   for litigation.
14   Q    So the Division didn't consult with
15   Mr. Jazil before initiating rule-making?
16   A    No.  We would have to initiate rule
17   regardless.  I mean, we would have a rule that
18   already existed, 3PVRO rule already existing, so it
19   had to be updated to reflect whatever changes were
20   made in SB 7050.
21   Q    In your opinion as director of Division of
22   Elections, does this rule-making have any legal
23   force?
24   A    Yes, I mean the order of things are the
25   statute governs.  Any conflict between rule and

1    statute, statute governs.

2            But, yeah, these are procedural

3    regulations that must be followed by whomever it

4    applies to.

5        Q    Are courts bound to follow it?

6        A    Now you are starting to -- I mean, I

7    haven't practiced law in a while, so just whatever

8    the provisions are regarding that, I mean, I am

9    stepping outside of my zone.

10       Q    Are prosecutors bound to follow this rule?

11       A    Again, you are starting to ask things that

12   I am not involved in as much now.

13       Q    Are you aware of an incident where a

14   non-citizen engaged in unlawful activity related to

15   voter registration?

16       A    The question again, please?

17       Q    Are you aware of any incident where a

18   non-citizen engaged in unlawful activity related to

19   registering voters?

20       A    No, I am not.

21       Q    When investigating late voter registration

22   applications, did you ever track citizenship status

23   on who submitted a late application on behalf of a

24   3PVRO?

25       A    No.

1      Q     When investigating wrong county

2   applications, did the Division ever track the

3   citizenship status of who submitted a wrong county

4   application on behalf of a 3PVRO?

5      A     Again, when we -- we don't do the actual

6   investigation.  What we are doing is collecting the

7   information of what is reported by the county.

8           If an application is submitted to an

9   incorrect county, that is put on the, you know, the

10  intake form, that transmittal form.  And then that

11  is something for, you know, the Office of Elections

12  Crimes or legal counsel's office to investigate.

13          But we don't track it.  We record it.  We

14  got the complaint form.  I mean, not the complaint;

15  the noncompliance form.

16     Q     And the noncompliance form doesn't reflect

17  the citizenship of the third-party voter

18  registration organization's registration agent, does

19  it?

20     A     No.

21     Q     Okay.  When investigating suspicious voter

22  registration applications, did you or the Division

23  ever track the citizenship status of who submitted a

24  suspicious application on behalf of a 3PVRO?

25     A     Again, we are not involved in the

1    investigation part.

2            **MR. WERMUTH:**  Okay. I am going to take a

3        probably two-minute break.  I may be done for

4        my part, but there are other individuals who

5        want to ask some questions.

6        **MR. JAZIL:**  Before you take a break, a

7        quick note.

8            The Word document that was referenced in

9        the spreadsheet was previously produced as

10       Bates number 107,996 through 108,007.  It just

11       wasn't part of that particular e-mail chain,

12       but we tracked it to other portions where the

13       Department handled it.

14           **MR. WERMUTH:**  Repeat the number, 107,000.

15           **MR. JAZIL:**  107,996 to 108,007 is the Word

16       document.  So we are -- it was produced to you,

17       I think, in native form.  So we have a PDF of

18       it.

19           **MR. WERMUTH:**  I guess I didn't get the

20       Word version of that.  It said it was a Word

21       version.

22           **MR. JAZIL:**  I think the way it's produced

23       is you have the metadata embedded in it.  So in

24       the actual production to you, it shows up as a

25       PDF with the metadata that's available to you

1       if you are using Relativity or Discover or

2       something on the side showing you what you

3       need.

4            **MR. WERMUTH:**  All right.  We'll take a

5       look at that.  All right.  Let's take a few

6       minute break, actually at this point come back

7       at 3:05 I guess, and we'll start again.

8            (A recess took place from 3:00 p.m. to

9       3:04 p.m.)

10           **MR. WERMUTH:**  At this point I pass the

11      witness on to the next attorney.  I think it's

12      going to be Ellen Boettcher.  I do have a few

13      things to ask you at the end of the deposition,

14      but I won't waste Ms. Maria Matthews's time.

15                    CROSS EXAMINATION

16  BY MS. BOETTCHER:

17      Q    Good afternoon, Ms. Matthews, my name is

18  Ellen Boettcher and I represent League of Women

19  Voters of Florida and the League of Women Voters of

20  Florida Education Fund who are plaintiffs in this

21  case.  With me today are my colleagues Brent

22  Ferguson and Michael Ortega, also from the Campaign

23  Legal Center who represent the League plaintiffs in

24  this case.

25           I am going to be following up on some of

1  Mr. Wermuth's questions and I will be asking you

2  some questions about SB 7050 provisions that the

3  League is challenging.  Does that sound okay?

4       A    Yes.

5       Q    Does that sound okay to you, Ms. Matthews?

6       A    Yes, sorry.

7       Q    No, you are good.

8            I will start with pulling up what's

9  already been marked Exhibit 5 which is SB 7050, if

10  you can take that out.

11       A    I have the --

12       Q    Great.  I will share it on the screen as

13  well.  So I am going down to 97.0575(4), and this

14  paragraph is outlining the receipt that 3PVROs must

15  hand to voter registration applicants if they accept

16  possession of the application, is that correct?

17       A    Yes.

18       Q    Can you read the first sentence of

19  97.0575(4)?

20       A    Sure.  I will just read it from the

21  screen.  A third-party voter registration

22  organization that collects voter registration

23  applications shall provide a receipt to an applicant

24  upon accepting possession of his or her application.

25       Q    Thank you.  And does the Division of

1    Elections have to create the receipt?

2         A    Yes.

3         Q    And the statute says that the Division had

4    until October 1st, 2023, to create that receipt, is

5    that right?

6         A    Hold on just a moment.  So I do recall

7    that being on that date, October 21, 2023.

8         Q    Okay.  Great, yes, it should be the

9    sentence right after.

10        A    No, I didn't see it on the bottom there.

11   Sorry, I was looking at my chapter law.

12        Q    No problem.  It did get cut off with the

13   page change.

14             Were you involved in that process of

15   creating the receipt?

16        A    It was part of the rule-making process, so

17   it is one of the incorporated forms in the 3PVRO

18   rule, which is 1S-2.042.  So, yes, we would have --

19   I would have had input on that process.

20        Q    And what did that process entail?

21        A    Well, the statute is pretty clear about

22   what the form has to include.  And so the form

23   pretty much mirrors what's -- what's in the law.

24        Q    I can pull up that form.

25             **MS. BOETTCHER:**  So I would like to

1    introduce this as Exhibit 19, the receipt form

2    and my colleague Michael Oretga is going to

3    drop that in the Chat.  It looks like he

4    already did.

5         (Exhibit 19 was marked for

6    identification.)

7    BY MS. BOETTCHER:

8    Q    What is a 3PVRO volunteer required to

9    write down on this receipt?

10   A    The information that has to be on there is

11   the name, the party affiliation, the residence of

12   the applicant, the county of residence, the date

13   they collected it and who -- the 3PVRO ID number and

14   the person who collected it.

15   Q    And what is the person who collected that

16   application supposed to write down about themselves,

17   just their first names?

18   A    Yeah -- no, I would just think their name,

19   so that they could be identified.  It says the name

20   of the registration agent.

21   Q    So is a first name sufficient?

22   A    If that person only goes by one name.  I

23   mean, that's possible.  There are some countries

24   where someone only goes by one name.

25   Q    Would you expect that most 3PVRO

1    volunteers would write their first and last name?

2        A    Yes.

3        Q    Would they also be required to write their

4    middle name?

5        A    No.  And I would want to go and refer to

6    the rule for a moment to make sure that it does not

7    say something further.

8             I don't see anything further on that.  It

9    just says the name.

10       Q    So there is no instruction on exactly how

11   extensive a person has to be when listing their

12   name, is that right?

13       A    What it says is the name, and I think most

14   people, when they are filling something out and it

15   says what's their name, they would put their first

16   and last name.

17       Q    Okay.  And does the receipt require

18   contact information for the volunteer who lists

19   their name?

20       A    I'm sorry, say that again.

21       Q    Does the receipt require contact

22   information for the volunteer who lists their name?

23       A    No, it just requires the 3PVRO ID number.

24   Something else here too.  Hold on, I'm sorry.

25             I was just thinking of something that says

1  that.  So no different than what the registration

2  form is for a 3PVRO where it says, you know, the

3  name of the registration agent.

4        So I would think enough to be able to make

5  that link, that they are somebody that works for the

6  3PVRO.  But other than that, I don't see anything

7  that elaborates further.

8     Q    Is it important for the applicant, the

9  voter registration applicant, to know the volunteer

10  or the 3PVRO who assisted them?

11    A    I think for the voter, it's important to

12  have enough information that they are able to -- be

13  able to know which entity.

14        And then also it is going to be important

15  for them to know who the person is, not only for the

16  voter, but also for the 3PVRO and who else is

17  investigating, as it depends on what violation is

18  occurring with respect to that application.

19    Q    So is this mostly useful for situations of

20  noncompliance that you talked about earlier?

21    A    Well, there are circumstances -- you know,

22  the receipt is really for the voter, so it empowers

23  them with information that if their voter

24  registration application comes in late or it doesn't

25  come in at all, that they can say, hey, look, I, you

1   know -- this was the person who, you know, on behalf

2   of the 3PVRO, I, you know, I entrusted my

3   application.

4           And I don't know what may else may be at

5   play that might come up during an investigation,

6   which is not going to be conducted by my office but

7   may be the OECS, that may be important for them to

8   know who the person was that collected the

9   application.

10   Q   So it's not about having the voter

11   registration applicant be able to contact the

12   volunteer?

13   A   No, I don't believe that is.  The receipt

14   is so that it's a confirmation of the exchange of

15   the application, you know that it's been handed over

16   to a -- you know, a registration agent for the

17   3PVRO.

18           It's just like, you know, it's a receipt,

19   to let them know that, yeah, I handed it over to

20   them, and they are going to get it in; and so that

21   if there is any issues that may crop up down the

22   road, that the application didn't get in, or the

23   application came in late, that the voter is going to

24   have a recourse in terms of them being able to

25   present more information that they have about, you

1    know, the application that they entrusted.

2              It also protects the voter registration

3    agent or the 3PVRO in case, you know, the applicant

4    says, oh, hey, I did entrust to this person and if

5    there isn't, you know -- the third-party voter

6    registration agency also can keep a copy of that

7    receipt.

8              So it just makes sure that everybody

9    has -- you know, in case there is any issues with

10   that application being turned in, that both the

11   registration agent and the voter have something in

12   hand to say that represents what happened.

13        Q    And do the voter registration applications

14   used by 3PVROs already have to list the 3PVRO

15   number?

16        A    I'm sorry, repeat that question.

17        Q    So when a third-party voter registration

18   organization turns in voter registration

19   applications, they already have to put their ID

20   number on those forms, is that right?

21        A    That's correct.

22        Q    So the Division already has information on

23   which forms have been turned in by which 3PVROs, is

24   that right?

25        A    That's one other way of having that

1    information, but that's also the -- the voter isn't

2    going to have a copy of their own application.  So

3    this is another way of them being able to record

4    that information and have that available.

5        Q    So the receipt requirement, as we are

6    calling it, has been in effect for about five months

7    now, is that right?

8        A    It has been in effect since September of

9    2023.

10       Q    Or since October 1st, is that right?

11       A    No, the rule actually became effective

12   September 26, so the law was just that it had to

13   be -- it had to be adopted by that date, October 1.

14       Q    So it's been in effect for about five

15   months, is that right?

16       A    Yeah, about five months.

17       Q    Have you seen any examples of voter

18   registration applicants using these receipts?

19       A    No, and I wouldn't necessarily because the

20   3PVRO complaint form is actually -- it's adopted in

21   rule, but it -- if a voter applicant uses that form,

22   the form says -- the complaint form says to send it

23   to the Office of Elections Crimes and Security.

24       Q    But you haven't heard of a voter

25   registration applicant using this receipt to bolster

1    their claim of noncompliance or fraud?

2         A     I do not have knowledge of that, no.

3         Q     Is it true that in a lot of instances the

4    person who wrote the receipt wouldn't necessarily be

5    the person who turned in the application?

6         A     Excuse me.

7               I don't know how third-party voter

8    registrations are handling it.  This is -- this is

9    to capture who is collecting it at the outset.  So

10   this at least lets -- know the beginning point in

11   which that application is now physically handed over

12   to someone else.

13        Q     So it's possible that somebody else could

14   turn in an application?

15        A     Well, it is very possible because a

16   registration agent isn't the one that's going to

17   turn it in directly.  They are going to turn it into

18   the 3PVRO.

19               So the 3PVRO -- if the 3PVRO is the person

20   themselves, then yes, that would happen.  But if

21   they are not, yes, it's very possible that it could

22   be sent in by somebody else and the voter is not

23   going to know who that person is.  But they are

24   going to know it's the 3PVRO.

25        Q     So wouldn't it be more useful to just have

1    the 3PVRO that accepted your application than the

2    name of someone?

3         A    I'm sorry, repeat that again.

4         Q    So wouldn't it be more useful to just have

5    the 3PVRO name or number rather than the person who

6    took their application?

7         A    No, I think for the reasons I stated, it's

8    important to know, and I would think a 3PVRO would

9    also want to know who is collecting these

10   applications and not turning them in on time because

11   assuming -- again, excluding the scenario of someone

12   who is a 3PVRO all by themselves -- that if that

13   application is not getting to the 3PVRO in time so

14   that they are in compliance with turning it in, that

15   that would be something they would want to know who

16   is it that's collecting it.

17        Q    But you wouldn't learn who it is in the

18   situation of a voter registration drive where you

19   collected somebody's application and then you turned

20   it into a supervising volunteer whose job it was to

21   turn in all of the applications, is that right?

22        A    That is correct.

23        Q    So for purposes to help ensure it's turned

24   in, how does the 3PVRO's volunteer's name help in

25   that situation?

1      A    Again, if it turns out that that

2  individual does not -- and I don't know whether

3  3PVROs require the receipt to be filed with them,

4  the copy, or if the registration agent keeps it

5  themselves.  That's an organizational managerial

6  decision.

7           But if it becomes the subject of a

8  complaint that the application did not -- was not

9  submitted timely, it is going to be important to

10  know who that registration agent is as well as the

11  3PVRO that's acting on -- you know, the registration

12  agent who is acting on behalf of the 3PVRO.

13      Q    I am going take this moment to take off my

14  headphones because they are dying.

15           Okay.  Please say something so I can make

16  sure I can hear you.

17      A    Yes, what was it --

18      Q    We're good.  My headphones were going to

19  die on me.

20           So would you say it's most important that

21  the voter registrant knows what 3PVRO collected

22  their application?

23      **MR. JAZIL:**  Object to form.

24      A    I don't know what -- it's -- the point of

25  the receipt is to give the voter the information

1    that they need, that kind of memorializes that

2    transaction, the transaction being I am now handing

3    over my application to this person on behalf of the

4    3PVRO.

5            So enough information there to be able to

6    know the name of the person that -- whose

7    application it was provided, what -- their county of

8    residence, the date that it got collected, the 3PVRO

9    ID and registration agency.

10           I mean, that's what the Legislature felt

11   at a minimum ought to be on that receipt.  Now it's

12   possible over time, that maybe more information is

13   required, but right now that is what the legislature

14   minimally required.

15   BY MS. BOETTCHER:

16       Q    But does a receipt help in a case in which

17   a volunteer writes a false name on that receipt?

18       A    Again, the registration agent -- I'm

19   sorry, repeat your question again.

20       Q    Would the receipt help a voter in a case

21   in which the 3PVRO volunteer wrote a false name on

22   the receipt?

23       A    No, but it's going to be, you know -- I

24   don't know how that would be handled by the OECS

25   office.  It's still possible -- you know, I don't

1  know.  But if you have a volunteer, if you have a

2  volunteer for the 3PVRO, I don't know if the 3PVRO

3  is going to know that they are a volunteer.

4       Q    Do you think a person who's intentionally

5  committing fraud or noncompliance would put their

6  real name on a receipt?

7            **MR. JAZIL:**  Object to form.

8       A    Again, you know, the presumption is that

9  people will honestly do what they are supposed to

10  do.  Are there instances in which someone may

11  fraudulently do something wrong and then it becomes

12  the subject of a complaint?  That is certainly

13  perhaps a defense that the 3PVRO can say, well,

14  look, this is not somebody that works on our behalf

15  or whatever, but that will have to flesh itself out

16  during the investigative process.

17  BY MS. BOETTCHER:

18       Q    Do you think there are situations in which

19  a 3PVRO volunteer wouldn't want to provide their

20  full name to an applicant?

21            **MR. JAZIL:**  Object to form.

22       A    I think if the applicant is going to hand

23  over their application and is entrusting the person

24  is, you know, going to take their application and

25  hand it in timely to the right, you know, Supervisor

1   of Elections office or the Division of Elections,

2   that at the very minimum the registration agent

3   ought to be able to share their name.

4   BY MS. BOETTCHER:

5        Q    Do you think if a 3PVRO volunteer was

6   concerned about harassment, that fear would be

7   valid?

8             **MR. JAZIL:**  Object to form.

9        A    I think that if there are those kinds of

10  concerns, then maybe that individual ought to

11  rethink about whether serving in that capacity.  I

12  don't know what kind of harassment they would be

13  subjected to, so --

14  BY MS. BOETTCHER:

15       Q    Do you think those claims could sometimes

16  be valid?

17            **MR. JAZIL:**  Object to form.

18       A    Again, it's really conjecture, and I think

19  it's a personal decision that the volunteer or the

20  registration agent he employed needs to make.

21  BY MS. BOETTCHER:

22       Q    I will pull up what's been marked as

23  Exhibit 5, so SB 7050 again.  I will go to page 13.

24            So 13 and 14 discuss the reregistration

25  requirement, is that correct?

1       A    I'm sorry, say that again.

2       Q    97.0575 (1), does that discuss the

3  reregistration requirement?

4       A    No.  That discusses the registration.

5  It's actually subsection (2).

6       Q    That makes sense.  I remember you

7  discussing that with Mr. Wermuth earlier.  So

8  subsection (2) -- I will rephrase.

9            Does subsection (2) require 3PVROs to

10  reregister every general election cycle?

11       A    It requires them -- what happens is the

12  registration will expire at the conclusion of the

13  specific general election cycle for which they

14  registered, and you can only -- you register -- when

15  you initially register, you are required to specify

16  which general election cycle you are registering

17  voters for.

18            So presumably it would be the next, you

19  know, whatever cycle you are in, which is like a

20  two-year cycle.

21       Q    So if a 3PVRO wants to remain active, they

22  have to reregister, is that right?

23       A    Yes.

24       Q    And previously 3PVROs only had to register

25  when they initially became a 3PVRO, is that right?

1      A    Yes.

2      Q    But 3PVROs already had some updating

3  requirements, is that correct?

4      A    Yes.

5      Q    Can you explain what those updates were

6  that 3PVROs had to provide?

7      A    If there was a change in their office's --

8  any update to what their -- to their initial

9  registration, their original registration; so if

10  something like the registration -- their registered

11  agent changes, or their 3PVRO officers change, or

12  the list of their 3PVRO registration agents change,

13  those are required to be updated; street address,

14  any information that's provided that has -- that has

15  changed should be updated.

16      Q    And every 3PVRO has to do that within a

17  certain time period after something changes, is that

18  right?

19      A    I'd have to look at what it says on that.

20      Q    I guess it's a continuing requirement, is

21  that right?

22      A    I am trying to look through the law to

23  see.  That's where I would go look to see when the

24  requirement is.  I can't remember if there was a

25  time frame involved or not.

1          But the thinking would definitely be when

2     that change occurs -- oh, here it is.  Oh, no,

3     that's not this section.

4          Again, I can read through the law and see

5     if I can find that, but I am not finding it right

6     now.  But, yeah, there is a requirement.

7          (Exhibit 20 was marked for

8       identification.)

9     BY MS. BOETTCHER:

10    Q    I will stop sharing that.  I will pull up

11    as Exhibit -- I will introduce as Exhibit 20 the

12    3PVRO website.  Let's see if this looks right.

13         You see here where it says the 3PVRO must

14    notify the state within 10 days of any change about

15    the 3PVRO, including a change in its employee

16    registration agents.  Does that seem like the right

17    timeline, 10 days?

18    A    Yes, it is.  I'm sorry, it's in the rule,

19    it's in the rule.

20    Q    Okay.  Great.

21         I will pull up as Exhibit 21 the DSDE1194,

22    which the 3PVRO registration form and I will

23    introduce that as Exhibit 21.

24         (Exhibit 21 was marked for

25       identification.)

1   BY MS. BOETTCHER:

2      Q    So what information does a 3PVRO have to

3   list on this form?

4      A    So they have to list their -- the name of

5   the organization.  So the form is incorporated into

6   rule, and then sets out what information is

7   required:  The 3PVRO, the name of the designated

8   registration agent, address information, the

9   registered agent's acceptance, and then the counties

10  in which they were -- in which they are going to be

11  operating, and the listing of the 3PVRO officers and

12  their title and address, because that information is

13  posted on our database, public-facing database.

14         And then the other is the listing of the

15  registration agents that are employed by the 3PVRO

16  to collect applications on behalf of the 3PVRO and

17  includes, you know, additionally their name and

18  their permanent address and temporary address as

19  applicable.

20         Then there is an affirmation section,

21  which right now, as I stated before, the citizen

22  affirmation is on hold, it doesn't keep someone's

23  application from being -- for a new registration

24  from being processed.  And then it's signed by the

25  person who completed the form and signed and dated.

1          And then there is some excess, you know,
2     rollover pages.
3          Q     Will this form be the same when the
4     reregistration requirement goes into effect in
5     November?
6          A     We will probably revisit to see if the
7     form needs to be revised for purposes of it, because
8     it doesn't talk -- it doesn't have a category of
9     reregistration.  And by rule, the reregistration
10    can -- is -- uses the same registration 3PVRO number
11    that they had before.
12         Q     So if anything changed, it would be
13    including an option for reregistration, is that
14    right?
15         A     Yeah, it didn't change with this current
16    rule, so maybe it's not necessary.  But I think I
17    would -- we would want to check just to make sure
18    that that's not necessary to be clear that this is a
19    reregistration, because that provision doesn't
20    become effective until November 6, 2024.  So --
21         Q     To confirm, the Division defines
22    registration agents as employees of the 3PVRO, is
23    that right?
24         A     Yeah, it's right there under (6) and
25    clarifies what a 3PVRO registration agent is.  It's

1   not a volunteer, you know, it's not someone who is

2   not employed by.

3       Q    The 3PVRO registration agents are just

4   3PVRO employees, is that right?

5       A    Employed by the 3PVRO to collect voter

6   registration applications.

7       Q    I will stop share.  I will pull up the

8   rule-making which was already marked as Exhibit 18.

9       A    To clarify, a registration agent can be a

10  volunteer.  What doesn't have to be reported to us

11  is volunteers.  Does that make sense?

12      Q    It does.  And so the 3PVRO does not have

13  to report volunteer registration agents on the

14  DSDE119 form, is that right?

15      A    That's right.  They only have to report

16  the names of paid registration agents or, you know,

17  who are employed.

18      Q    Okay.  And that will remain the same come

19  November 2024?

20      A    I'm sorry, say that again.

21      Q    Will that remain the same when 3PVROs have

22  to start reregistering in November 2024?

23      A    I have no reason to think that that part

24  will change.

25      Q    And is that interpretation in the rule or

1  the statute?

2       A    No, I think that's -- I think that's just

3  in the -- in the rule.  I think it's stems from

4  prior litigation.

5       Q    So it's a policy of the Division to not

6  require volunteers, is that right?

7       A    I don't remember.  Like I said, I think it

8  was originated from something with litigation of

9  this section of law many years ago.

10      Q    Okay.  So you have no reason to believe

11 that the Division will start requiring 3PVROs to

12 list volunteers as registration agents, is that

13 right?

14      A    At this time, I do not.  I mean, if law

15 changes or if the rule-making process, based on

16 public input -- you know, I can't promise anything.

17 I am just saying that right now, there is -- that

18 has not changed since it was put into the rule.

19      Q    I will share my screen because I just want

20 to be clear.

21           When I read the rule, it looks like it

22 also includes volunteers as registration agents.

23      A    That is correct.  But in terms of the form

24 itself, in terms of reporting to the Department the

25 list of the registration agents, it bifurcates it so

1    it's only those who are employed, registration

2    agents meaning, i.e., those, and that's what's on

3    the form, individuals who are employed by the 3PVRO.

4         Q    Okay.  Thank you for walking me through

5    that.

6              Before enactment of SB 7050, did your

7    office talk with anyone in the Legislature about

8    this reregulation requirement?

9         A    I don't remember if it was part of our

10   original legislative package or not.

11        Q    Do you know if the state has ever

12   investigated or fined a 3PVRO for failing to update

13   its registration materials?

14        A    No, that I don't know.

15        Q    And what would you say is the state's

16   interest in making 3PVROs reregister each general

17   election cycle?

18        A    Well, we have over 1900 3PVROs that are

19   currently listed as, you know, registered with the

20   state, starting from as early as 2009 I think it is.

21   Many of them are individuals and many of them are

22   entities.

23             And in sending out notice of the law

24   change, we became particularly aware or reminded

25   again of how infrequently the 3PVROs -- some of the

1   3PVROs, I am not going to paint a broad brush for

2   everybody -- but some that do not update their

3   information or were clearly only interested in

4   serving as a 3PVRO for a cycle.  And therefore --

5   you know, but did not notify the state that they are

6   no longer active.  You know, either the mailing

7   address was out of date, the e-mail address was out

8   of date.

9          It actually is something to ensure the

10  integrity of the information that's out there in the

11  public for the public about who's collecting 3PVRO

12  information.  And I would also think it would be in

13  the interest of any of those individuals who are

14  listed as officers that if they are no longer

15  actively seeking -- you know, actively collecting or

16  handling applications, that they would no longer

17  want to be registered so they are not on the hook

18  that somebody else might use their voter ID, their

19  3PVRO number.

20         So we just -- it just made more sense

21  because the 3PVROs are -- just some of them -- are

22  not actively updating as they should.

23     Q    3PVROs are required to update already, is

24  that right?

25     A    Yes.

1    Q    If a goal is assessing whether or not the

2    3PVRO is inactive, would it be easier to deactivate

3    3PVROs who hasn't registered voters in a number of

4    years?

5         **MR. JAZIL:**  Object to form.  You can

6         answer.

7    A    That could have arisen during the

8    rule-making process, but it did not.  And now in

9    law, it says that this is what should happen.

10   BY MS. BOETTCHER:

11   Q    So every 3PVRO gets deactivated

12   effectively and then has to reregistration, is that

13   right?

14   A    The reading is that their registration is

15   going to expire at the conclusion of the specific

16   general election cycle for which they registered.

17   And starting November 6, they have to -- the

18   specific -- they have to list the specific general

19   election cycle for which they are collecting

20   applications.

21   Q    And the state was already able to review

22   and assess compliance by the 3PVROs before

23   reregistration, is that right?

24   A    For compliance with updating?

25   Q    Yes, that's right.

1    A    That is not -- I mean, I think what

2  happens is when we reach out, we find out that the

3  individual has, you know -- they are no longer a

4  valid e-mail address, or that their officers have

5  changed.

6         Without regular, you know, outreach to

7  find out, which is what happened when we did the

8  mailing, and the e-mail just, you know -- send out

9  for notice about the new law, that that's how we

10  found out that there were a number of them that were

11  not.

12         We knew -- we know during the course of

13  our process that there may be some but not -- not

14  systematically in that way.

15    Q    So you learned of issues with bad e-mails

16  and the like without this reregistration

17  requirement, is that right?

18    A    No, that was post legislation.

19    Q    But before this provision went into

20  effect, is that right?

21    A    Yeah, any time we did any outreach with

22  3PVROs, whether it was individual or -- many times

23  even when they registered, and then you send them a

24  letter saying, okay, now you are registered, it

25  sends something and that mailing address would not

1    be good.  Or subsequent communications with them,

2    the e-mail address wasn't any good.

3             So we know that happens, that they are not

4    keeping it up to date, or someone suddenly decides

5    that they are not going to be doing it anymore.

6    It's incumbent upon them to let the Department know

7    when they are no longer, you know, serving as the

8    3PVRO so that we don't bother them anymore.

9        Q    So going back to some of those delivery

10   deadlines that you discussed with Mr. Wermuth

11   earlier, what is the state's interest in ensuring

12   that 3PVROs deliver registration applications within

13   10 days as opposed to 14 days?

14       A    Again --

15       **MR. JAZIL:**  Object to form.  Counsel, try

16       not to ask questions that have already been

17       asked.

18       A    The interest in getting these applications

19   timely turned in, and 10 days versus 14 days, is

20   that there is -- it's important that the application

21   be processed as soon as possible, because quite

22   frankly, there are elections being held all the time

23   throughout the year, and a 3PVRO may or may not know

24   that there is an upcoming book closing.  The statute

25   only talks about not handing something in for book

1  closing before an election in which there is a

2  federal or state office, but it doesn't take into

3  account that there may be elections that are held,

4  like a local election, municipal, a referendum,

5  special district, and that that book closing may be

6  any time.

7         So that's why it's important to get that

8  application turned in as soon as possible.

9  BY MS. BOETTCHER:

10     Q    In your opinion, does it make a functional

11 difference for accounting to receive an application

12 on the 10th day as opposed to the 14th day, assuming

13 it's not at all close to a book closing deadline?

14         **MR. JAZIL:**  Object to form.

15     A    It just says within 10 days, and then it

16 just makes -- it carves out particularly important

17 if book closing -- if it's not turned in by book

18 closing of an election in which there is a federal

19 or state office.

20         I'm not sure I understand what you mean

21 between 10 versus 11 or what.

22 BY MS. BOETTCHER:

23     Q    Does it make a difference to the voter if

24 their application is turned in on the 10th day as

25 opposed to the 14th day if it's not near a book

1    closing deadline?

2         A    Again, I have made this comment before,

3    and that is it's important to get that application

4    in as soon as possible within the time frame, not to

5    wait until the 10th day or the 14th day, whichever

6    is applicable law at that time, because if there is

7    an issue with the application, the sooner that the

8    voter is informed about it or that the supervisor

9    learns of it, that there is something the matter

10   with the application, the sooner that they can reach

11   out to the voter.

12             And in some instances the voter

13   application does not have contact information beyond

14   an address, in which case the only means of reaching

15   that voter is through the mail.  And that could take

16   time.  And then that becomes crucial and could

17   become critical of a book closing that wasn't up,

18   but now that you have added three more days or four

19   more days to reach out to the voter, now you are up

20   against that book closing.

21        Q    And you talked about repeat offenders with

22   regard to noncompliance with the timely delivery of

23   applications earlier, is that right?

24        A    Yes.

25        Q    And you said that there were some bad

1    apples that made the law worse for others, is that

2    right?

3         A    Well, some -- those that are repeat

4    offenders create the perception that there is, you

5    know, rampant fraud or undermines the confidence

6    that voters have in the process when they hear about

7    an application that didn't get turned in on time or

8    that that was, you know, not turned in at all.

9         Q    So it's a minority of 3PVROs that are

10   acting badly, is that right?

11        A    I don't know all the numbers.  I know that

12   there are repeat offenders and that would be

13   something for the Office of Election Crimes and

14   Security to answer.

15        Q    Are fines that punish all 3PVROs equally,

16   regardless of intent or impact on voters, the right

17   way to combat these repeatedly noncompliant groups?

18            **MR. JAZIL:**  Object to form.

19        A    The fines are for those who don't comply

20   with the law.  So they are not going to be hitting

21   all 3PVROs all the same way because those that are

22   compliant are not going to be subject to the fines.

23   BY MS. BOETTCHER:

24        Q    And the law doesn't look at intent or

25   impact on voters, is that right?

1       A     No, it does consider, because in terms of,

2  you know, time in which an application ought to be

3  turned in and also the scale of the fines is

4  dependent on, you know, whether it was late, whether

5  it was -- whether it was late but not after book

6  closing, whether it was after book closing, and then

7  whether it was willful.

8            So it's looking at it in the perspective

9  of how that may impact the voter.

10      Q     But somebody who turned in an application

11 on the 11th day is not -- scratch that.

12           I guess when you are talking about those

13 repeat offenders, are you referring to late delivery

14 beyond the book closing deadlines?

15      A     I have seen both, those that are beyond

16 the 10 days and then those that are beyond the book

17 closing.

18      Q     I am going to pull up Exhibit 5 again,

19 which is SB 7050.  Do you see 97.0575, then it's

20 (5)(a)3?

21      A     Yes.

22      Q     So I want to make sure I understand what

23 your understanding of this section is.

24           Is it your understanding that this $500

25 fine applies when no voter registration form is

1    turned in at all?

2        A    Yes.

3        Q    Not when the application is turned in to

4    the wrong Supervisor of Elections?

5        A    Right, because the application is

6    supposed -- it's just telling you where that

7    application needs to be delivered.

8             Now that may still be noncompliance with

9    the law but not subject to a fine.  I mean, there is

10   another section in the law that says if the

11   Secretary reasonably believes that a person has

12   committed violation of this section, and if it's

13   considered the fact that you haven't turned in the

14   application to the Supervisor of Elections, that

15   could be considered a violation of the statute, but

16   it's not triggering a fine.

17       Q    Okay.  And I think you mentioned earlier

18   that it was a matter of statutory construction

19   reading this provision, is that right?

20       A    If you read the second line, it says a

21   fine in the amount of 5,000 for any application not

22   submitted by the organization, person or entity and

23   acting on its behalf, acted -- you know, if they

24   acted willfully, which is consistent with the way

25   it's been worded in the other two paragraphs; talks

1    about what is subject to a fine.  And then if there

2    is -- there is a fine for that, and then if they

3    acted willfully, then there is an enhanced fine.

4        Q    I guess I am asking if the matter for

5    statutory construction is understanding when this

6    $500 fine applies?

7        A    And honestly, at that juncture, if there

8    is a question and there has been a fine -- again,

9    this is outside of the Division of Elections.  We

10   don't do the investigation or the imposition of the

11   fine.  That is going to be something that the legal

12   office or OECS is going to do.

13          And if there is any question by an

14   organization that they have been fined and it's been

15   fined because they didn't turn it in to the

16   Supervisor of Elections versus just not -- not --

17   not turning it in at all, then that is a legitimate

18   question for the 3PVRO to have it clarified.

19          I don't know that there have ever been any

20   instances in which they have fined because you got

21   it to the wrong Supervisor of Elections office.

22       Q    Okay.  I will stop sharing.

23          Does the 10-day deadline make it more

24   likely that 3PVROs will be penalized due to mail

25   delays in getting the form in?

1          **MR. JAZIL:**  Object to form.

2      A     The thing is from the date that they got

3    the application, they have 10 days.  If the 10 days

4    falls on a holiday, nonbusiness day, it rolls over.

5          That is something that the organization

6    needs to take into consideration when they are

7    collecting applications and delivering them.  If the

8    law says you can turn it in to the office, if you

9    mail it and you have a clear postmark, you also are

10   still covered by that.  And the rule spells out how

11   that works, if there is a clear postmark versus not

12   a clear postmark.

13         And so that is just something that the

14   3PVRO needs to be cognizant of.  So the fact that it

15   gets in the mail and it gets a clear postmark and

16   that postmark is, you know, before the 10 days but

17   it doesn't get there until the 20th day, then the

18   rule provides what that process is.

19   BY MS. BOETTCHER:

20      Q     You said earlier that one of the reasons

21   that non-US citizens should not handle voter

22   registration forms for 3PVROs is that they cannot

23   vote, is that right?

24      A     No, non-citizens can't vote, is what I was

25   saying; not saying that's the reason why they can't

1    do it.

2         I am just -- the bottom line is that it is

3    a determination that this is a category of

4    individuals that should not be handling --

5    collecting or handling voter registration

6    applications.

7         Q    And is one of the reasons because they are

8    not able to vote?

9         A    No.  The bottom line, I think, is we want

10   to make sure that there is no opportunities for

11   voter fraud, there is no -- that there is confidence

12   in the individual that who they are handing

13   something over to will get to who it's supposed to

14   get to.

15        Q    Does SB 7050 require people to be

16   registered voters before they can assist others in

17   registering?

18        A    I'm sorry, say that again.

19        Q    Does SB 7050 require people to be

20   registered voters because they can assist others in

21   registering?

22        A    No.

23        Q    And you didn't mention the interest in

24   excluding non-citizens from being part of the

25   election administration process, is that right?

1    A    It's part of the -- the whole process of

2  ensuring the integrity of the electoral process,

3  consideration that it should not be non-citizens or

4  convicted felons of those felonies that are listed

5  in the law, and it's a policy decision that the

6  Legislature has adopted.

7    Q    So it's the interest in public perception?

8    A    Certainly voter confidence in the process

9  and feeling confident that who it is that can

10  collect these applications is certainly a

11  consideration.

12    Q    And how does banning non-US citizens

13  helping people to register promote confidence in the

14  elections?

15    A    I think I already answered, is that this

16  is part of our consideration of the -- of enhancing

17  the voter registration, the 3PVRO process that we

18  have more -- that a voter has more confidence in who

19  are the folks that are permitted to collect

20  applications and to ensure that integrity of that

21  process.

22    Q    But banning non-US citizens increases

23  integrity of that process?

24    A    It's part of the law now and it's -- it

25  was something that we considered and proffered as a

1    legislative proposal.

2         Q    Okay.  Let's turn back to Exhibit 5 again,

3    SB 7050.  So 97.0575 (7) lays out the personal

4    information retention restriction, is that right?

5         A    Yes.

6         Q    And what does personal information

7    include?

8         A    It's listed as voter -- Florida driver's

9    license number, Florida identification card number,

10   social security number and signature.

11        Q    And is that an exhaustive list?

12        A    Well, it says such as, so at this time,

13   the Legislature has seen fit to list those items.

14        Q    But it includes any item, is that right?

15        **MR. JAZIL:**  Object to form.

16        A    It includes -- it says personal

17   information, and then provides examples of that

18   personal information.

19   BY MS. BOETTCHER:

20        Q    Do you think the definition of personal

21   information is open to interpretation?

22        A    No.

23        Q    So what do you think personal information

24   includes, besides the things listed out in the

25   statute?

1      A     Right now, it would be those items that

2   they have listed, which happens to be items that are

3   not publicly available.

4      Q     Does it include a person's name?

5      A     Again, that's not listed, and a person's

6   name, meaning a voter's name?

7      Q     Yes, the voter registration applicant's

8   name.

9      A     It's public information.  We have a web

10   page that's dedicated to what a voter's record is as

11   a public record and what's not publicly available.

12      Q     So personal information means nonpublicly

13   available pieces of information?

14      A     Personal information means what the

15   Legislature has listed right there, and it happens

16   to be the information that is not publicly

17   available.

18      Q     Is a person's phone number personal

19   information?

20      A     Again, it's not listed as personal

21   information.  Some individuals may think it's

22   personal, they don't like to put it on their

23   application forms.  In fact, our application forms

24   tell folks it's optional because they don't want

25   that disclosed.

1      Q    I guess this would only apply in a case in

2  which somebody does list their phone number though,

3  is that right?

4           **MR. JAZIL:**  Object to form.

5      A    I don't quite understand your question.

6  BY MS. BOETTCHER:

7      Q    I guess if the ban is on retaining

8  somebody's information from their voter registration

9  form and they included a phone number, the ban might

10 apply to that, is that right?

11          **MR. JAZIL:**  Object to form.

12     A    No, no.  This tells you what the personal

13 information is that cannot be retained or copied.

14 BY MS. BOETTCHER:

15     Q    So you can still copy somebody's phone

16 number, is that right?

17     A    Hold on.  This is the only information

18 right now that is listed that cannot be copied.

19     Q    Okay.  So it's your understanding that you

20 can still copy down somebody's phone number?

21     A    Hold on, let me just read -- (Examining

22 document.)

23          Right now, that's the personal information

24 that cannot be retained.  That is what the law is

25 saying cannot be copied or retained.

1      Q    So 3PVROs can still copy somebody's phone

2  number, e-mail address and home address, is that

3  right?

4      A    Hold on just a moment.

5           Yeah.  Again, this is focusing just on

6  what cannot be.  I don't see -- I don't see a

7  telephone number in there.  That's publicly

8  available information.

9      Q    So 3PVROs are free to copy down publicly

10  available information such as a phone number or a

11  home address, is that right?

12      A    The law is just telling you what you can't

13  collect, what you can't copy and what you can't

14  retain.

15      Q    Does it tell you what you can retain?

16      A    No, it doesn't.

17      Q    Is it unclear what information 3PVROs can

18  copy?

19           **MR. JAZIL:**  Object to form.

20      A    That would just be statutory construction.

21  If the Legislature lists out, then anything else is

22  presumed to be -- again, what happens to be the case

23  here is that the Legislature listed out what

24  personal information is, and it happens to be what

25  is already -- is not publicly available.

1    BY MS. BOETTCHER:

2        Q    I am just trying to make sure I get this

3    right because the person who does this incorrectly

4    can be charged with a third-degree felony, isn't

5    that correct?

6        A    Yes.

7        Q    So could a 3PVRO volunteer feel okay that

8    they won't be criminally prosecuted if they retain

9    the voter registration applicant's home address, for

10   example?

11           **MR. JAZIL:**  Object to form.

12       A    So if the person -- you still have to bear

13   in mind whatever the purpose that they're keeping or

14   retaining that information.  But I do not see

15   telephone number, name, address, here that cannot be

16   copied or retained.

17           Now if someone takes this information to

18   use it for fraudulent purposes, that's -- that would

19   be another statute that would be involved.

20   BY MS. BOETTCHER:

21       Q    So there is already criminal statutes that

22   cover identity theft, for example?

23       A    Yeah, that's why I am saying it doesn't --

24   it doesn't include that possibility if somebody is

25   copying that stuff for that.

1          But for purposes of this, for providing an

2    application to the third-party voter registration

3    organization or the organization collecting that

4    information, I don't see that here.  This is the

5    personal -- it's listing what is -- what cannot be

6    copied or retained.

7          Q    Okay.  So it's your understanding that a

8    3PVRO volunteer could still copy down somebody's

9    phone number, is that right?

10         A    Presumably for the purpose of the 3PVRO?

11         Q    Yes.

12         A    Yes, it appears to be so.  But if there is

13   any question, again, because it's a third-degree

14   felony, if there were a question about it, that

15   would be something to seek an advisory opinion as

16   well if there was that concern.  But I think it's

17   pretty -- it's clear what it's saying.

18         Q    So it's clear that it's only these

19   nonpublicly available examples listed out?

20         A    It's clear what has been listed as

21   personal information that can't be copied or

22   retained for any purpose other than to provide that

23   application or information to the third-party voter

24   registration organization, to comply with the law.

25   And it just happens to be that this list is what is

1    information that is not publicly available.

2         Q    Okay.  About how long does it take

3    somebody to get an advisory opinion request back?

4         A    It depends on the nature of the request.

5         Q    Are there fast-tracked requests?

6         A    Again, it depends on the facts and

7    circumstances and the urgency of getting that.  But

8    this provision is also clear here in the -- in the

9    rule.  So --

10        Q    I think -- scratch that.

11             What about if a voter registration

12   applicant consents to the retention of their

13   personal information?

14        A    I don't believe there is an exception

15   created for that.

16        Q    Okay.  And what about if there's --

17   scratch that.

18             What about if the voter registration

19   applicant writes down their own personal information

20   on a sheet next to the voter registration

21   application?

22        **MR. JAZIL:**  Object to form.

23        A    So this is talking about a person

24   collecting an application on behalf, and copies

25   either the voter's application or retains a voter's

1   personal information presumably from the application

2   form?

3          I don't know about a separate piece of

4   paper, and I don't know about anybody wanting to do

5   something like that.  But --

6   BY MS. BOETTCHER:

7      Q    Okay.  So just to make sure we have this

8   clear, it's your understanding that 3PVROs can still

9   copy publicly available information such as

10  somebody's name, phone number, e-mail or home

11  address, is that right?

12     A    Well, you can extract that information.

13  You can't keep a copy of the voter registration

14  application.

15     Q    Of course.  So you can extract that

16  information and copy it down though, is that right?

17         **MR. JAZIL:**  Object to form.  Asked and

18         answered several times.  Maria, answer for the

19         last time.

20     A    Yes.

21         **MS. BOETTCHER:**  Okay.  And I think I am

22         nearly done, but I might take a two-minute

23         break.  I will stop sharing the screen.

24         Just to be sure, I have a few more

25         questions before a quick break.

1   BY MS. BOETTCHER:

2       Q    Are you aware of any trend related to

3   voter registration fraud in Florida in the last

4   couple voting years?

5           **MR. JAZIL:**  Object to form.

6       A    Again, that would -- that's outside of my

7   division's jurisdiction.  So you know, there was the

8   OECS report that's filed, that's filed annually;

9   that would give you an indication of what is going

10  on in the State of Florida in terms of potential

11  fraud or fraud.

12  BY MS. BOETTCHER:

13      Q    And are you aware of any trend related to

14  application late delivery in Florida in the last

15  couple of years?

16      A    Again, that would be the compliance

17  reports that are then filed with the Office of

18  Election Crimes or legal counsel's office, they

19  would have a better idea.

20          But I do know I see compliance --

21  noncompliance reports.  So whether it's a trend or

22  not, the bottom line is it's concerning if, you

23  know, 3PVRO agents are not submitting the

24  applications timely or at all.

25      Q    And has there been more or less in the

1    last few years?

2         A    Again, I would refer to the OECS report.

3    I think this is their second year or third year in

4    filing a report.  So that may shed some light on any

5    trends or any patterns.

6         Q    And do you know of any trends or patterns

7    based on what you see of late delivery of

8    applications since the beginning of October?

9         A    No, I just know there are still

10   noncompliance reports being filed.

11        Q    You are not aware of any trend?

12        A    I haven't done any analysis of a trend.

13        Q    You stated earlier, but I just want to

14   confirm, you are not personally aware of any use of

15   the receipts by voter registration applicants?

16        A    I do not -- I am not involved in the

17   investigative part or the complaints.  If a

18   complaint is filed, it's going to be submitted to

19   the OECS office, so they would be able to answer

20   that question.

21        Q    But to your knowledge, you are not aware

22   of any use of these receipts at all?

23        A    It's outside of my jurisdiction and I

24   don't -- I have not seen a complaint about -- with a

25   receipt.

1        **MS. BOETTCHER:**  Okay.  I will take about

2        two minutes, but I think I am pretty close to

3        done.

4             And then we'll hand it off to Carrie

5        McNamara for Hispanic Federation Plaintiffs.

6        So we can be off two minutes, unless you need a

7        longer break, please let us know.

8             (A recess took place from 4:24 p.m. to

9        4:28 p.m.)

10       **MS. BOETTCHER:**  That is it for me.

11       Ms. Matthews, I really appreciate your time.

12       **THE WITNESS:**  Thank you.

13       **MS. BOETTCHER:**  I will pass you over to

14       Carrie McNamara.

15                      CROSS EXAMINATION

16  BY MS. McNAMARA:

17       Q    Hi, Ms. Matthews, my name is Carrie

18  McNamara, I am with the ACLU of Florida.  I

19  represent the Hispanic Federation plaintiffs which

20  includes both Hispanic Federation and Poder LatinX

21  as well as some individuals.

22            Most of the questions I was going to ask

23  were already asked, so mercifully, I don't have to

24  ask them again.

25            But I want to present you with a

1   hypothetical.  Imagine that you are sitting where

2   you are sitting and two people walk in and stand in

3   front of you, and you then don't know who they are;

4   you never met them.  You don't know anything about

5   them, but -- and they stand left and right on side

6   of each other.  And the person on the left holds up

7   a sign that says I am a U.S. citizen, and the person

8   on the right holds up a sign that says I am not a

9   U.S. citizen.

10          Can you tell me which one of those people

11   is more trustworthy?

12      A    No, I can't.

13      Q    Can you tell me which one of them is more

14   likely to commit fraud?

15      A    No.

16          **MS. McNAMARA:**  Okay.  That is all the

17   questions.

18          **MR. JAZIL:**  I got redirect (sic).

19                  CROSS EXAMINATION

20   BY MR. JAZIL:

21      Q    You were asked a series of questions, some

22   hypotheticals, and I would like to present you with

23   my condensed version of a couple of them.

24          A person who is confused about what

25   information he can retain, and you say that person

1  can seek an advisory opinion; did I understand that

2  right?

3        A    Yes.

4        Q    And there were questions about confusion

5  about what collecting and handling mean.  If a

6  person is confused by what collecting and handling

7  means, can that person seek an advisory opinion?

8        A    Yes.

9            **MR. WERMUTH:**  Object to form.

10 BY MR. JAZIL:

11       Q    What's the effect of an advisory opinion

12 that either of those two people seeks?

13           **MR. WERMUTH:**  Objection, form.

14       A    The effect is that it is immunity from

15 prosecution or investigation of violation of the

16 statute.

17 BY MR. JAZIL:

18       Q    Okay.  And that includes criminal and

19 civil?

20       A    Yes.

21           **MR. JAZIL:**  No further questions.

22           Can the witness be excused, and we'll talk

23       about the other issues you wanted to talk

24       about, Fritz?

25           **MR. WERMUTH:**  Yeah, let's do that.

1            (Proceedings concluded at 4:31 p.m.)

1                   CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5          I, the undersigned authority, certify that

6    MARIA MATTHEWS remotely appeared before me on

7    February 22, 2024, and was duly sworn.

8

9

10         SIGNED AND SEALED on February 29, 2024.

11   IDENTIFICATION:  Personally known.

12

13

14

15         SANDRA L. NARGIZ
           RPR, RMR, CRR, CRC, CCR-GA
16         snargiz@comcast.net
           Commission #HH239213
17         EXPIRES: APRIL 18TH, 2026

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

1

2  STATE OF FLORIDA      )

3  COUNTY OF LEON        )

4          I, SANDRA L. NARGIZ, Registered

5  Professional Reporter, certify that I was authorized

6  to and did stenographically report the remote

7  deposition of MARIA MATTHEWS; that a review of the

8  transcript was requested, and that the foregoing

9  transcript, pages 1 through 230, is a true record of

10 my stenographic notes.

11         I further certify that I am not a

12 relative, employee, attorney or counsel of any of

13 the parties, nor am I a relative or employee of any

14 of the parties' attorney or counsel connected with

15 the action, nor am I financially interested in the

16 action.

17         DATED on February 29, 2024.

18

19

20

21         SANDRA L. NARGIZ
           RPR, RMR, CRR, CRC, CCR-GA
22         Notary Public in Florida
           snargiz@comcast.net

23

24

25

1  February 29, 2024

2  MOHAMMAD O. JAZIL, ESQUIRE
   mjazil@holtzmanvogel.com

3

4  RE:  FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
        BYRD, et al.
5       Case No.  4:23-cv-215-MW/MAF, et al.
        Deposition of MARIA MATTHEWS
6       on February 22, 2024

7  Dear Counsel:

8  As your client/witness did not waive reading and
   signing, please arrange for them to read this copy
9  of the transcript.  The errata sheet for them to
   fill out, date and sign is on the following page.

10

11 If the witness does not read and sign the transcript
   within a reasonable amount of time (or 30 days if
   Federal), the original transcript may be
12 filed with the Clerk of the Court.  If the witness
   wishes to waive his/her signature now, please have
13 the witness sign in the blank at the bottom of this
   letter and return to the email address listed below.

14

15 Very truly yours,

16

   Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA
17 snargiz@comcast.net

18 I do hereby waive my signature.

19 _____

   MARIA MATTHEWS
20

21

22

23

24

25

1                          ERRATA SHEET

2          DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3   In Re:  FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
                        BYRD, et al.
4           Case No.: 4:23-cv-215-MW/MAF, et al.
                       MARIA MATTHEWS
5                     February 22, 2024

6   PAGE    LINE         CHANGE                REASON

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Under penalties of perjury, I declare that I have
    read the foregoing transcript of the above
20  proceeding and I hereby swear that my testimony
    therein was true at the time it was given and is now
21  true and correct, including any corrections and/or
    amendments listed above.

22
    Signature of Witness:_____
23  Dated this    day of _____, 2024.
    email to: snargiz@comcast.net

24

25

MR. JAZIL: [80]  10/16 22/9 34/7 34/23
37/23 42/13 46/2 46/19 47/12 48/13
50/22 51/8 52/11 59/8 60/18 60/21 66/6
66/16 71/24 72/15 73/20 76/3 78/19
79/24 80/6 80/13 80/21 87/25 88/5
94/18 102/5 110/9 114/5 118/24 125/9
133/7 133/16 133/25 144/10 145/20
149/2 155/6 157/5 157/10 157/15
159/15 160/3 160/13 162/1 164/16
164/20 165/11 165/14 168/15 172/9
174/5 176/7 181/6 181/15 181/22
193/23 195/7 195/21 196/8 196/17
206/5 208/15 209/14 211/18 215/1
218/15 220/4 220/11 221/19 222/11
224/22 225/17 226/5 229/18 230/21
MR. WERMUTH: [42]  10/25 49/1 49/4
51/2 51/6 59/12 60/2 60/20 60/25 69/7
76/5 76/8 86/22 87/2 88/3 102/24
110/11 114/3 114/7 114/11 118/18
122/6 133/4 133/13 133/18 133/24
139/2 144/12 144/15 146/21 161/24
162/4 165/12 172/10 181/2 181/14
181/19 182/4 182/10 230/9 230/13
230/25
MS. BOETTCHER: [5]  184/25 225/21
228/1 228/10 228/13
MS. McNAMARA: [1]  229/16
THE STENOGRAPHER: [1]  8/2
THE WITNESS: [6]  8/6 42/16 51/5 76/7
133/22 228/12

---

**$**

$100 [1]  79/4
$100,000 [1]  129/12
$25,000 [1]  93/13
$250,000 [4]  81/3 81/5 134/22 135/9
$5,000 [2]  79/5 79/14
$50 [4]  55/25 78/22 78/23 78/24
$50,000 [1]  88/20
$500 [7]  56/16 56/24 57/1 57/2 57/7
212/24 214/6

---

**-**

-and [2]  2/6 2/21

---

**0**

000085134 [1]  103/18
00015791 [2]  7/6 82/16
00085134 [2]  7/7 103/8
00087321 [1]  61/25
00105942 [2]  7/7 87/4
0012 [1]  63/15
01 [1]  3/13
012 [1]  37/10

---

**1**

1 million [1]  94/7
1,000 [3]  68/25 69/23 70/20
10 [23]  52/4 69/15 78/12 78/13 100/5
100/6 100/8 100/9 100/13 102/11
102/17 114/19 114/21 199/14 199/17
208/13 208/19 209/15 209/21 212/16
215/3 215/3 215/16
10-day [1]  214/23
100 [1]  3/8
10004 [1]  2/23
102.091 [1]  50/16

---

106.23 [1]  175/5
107,000 [1]  181/14
107,996 [2]  181/10 181/15
108,007 [2]  181/10 181/15
10:15 [1]  51/7
10:15 a.m [1]  51/10
10:57 a.m [1]  61/9
10th [3]  209/12 209/24 210/5
11 [5]  61/9 62/7 65/15 122/7 209/21
1101 [1]  2/12
115 [2]  3/4 4/3
11:27 [1]  86/20
11th [3]  159/1 159/11 212/11
12 [4]  3/22 69/22 122/9 122/10
120 [1]  51/20
1200 [1]  4/18
123 [1]  5/9
126 [3]  23/13 24/12 44/3
12:45 p.m [1]  114/10
12:50 [1]  114/7
12:54 p.m [1]  104/4
13 [6]  101/8 126/21 126/22 137/25
196/23 196/24
14 [16]  53/5 53/6 56/3 76/18 78/13
100/6 100/8 101/23 102/11 102/15
139/1 139/3 139/5 196/24 208/13
208/19
14-day [3]  51/25 52/18 102/14
148 [3]  23/12 24/12 44/3
14th [4]  2/12 209/12 209/25 210/5
15 [3]  49/12 144/17 144/18
150 [1]  135/6
153 [1]  2/13
16 [3]  146/23 147/1 172/3
17 [2]  151/12 151/14
1715 [1]  4/9
18 [3]  172/3 172/4 202/8
18TH [1]  232/17
19 [3]  122/14 185/1 185/5
1900 [1]  204/18
1996 [1]  18/19
1:50 p.m [1]  144/14
1:51 p.m [1]  61/21
1S-2.042 [3]  38/13 42/17 184/18
1S2.042 [2]  7/12 172/8
1st [3]  3/22 184/4 190/10

---

**2**

2-23 [1]  7/6
2-25-25 [1]  7/3
2.042 [3]  38/13 42/17 184/18
20 [4]  48/17 83/12 199/7 199/11
200 [1]  5/14
2000 [1]  48/18
20001 [1]  2/8
20005 [1]  2/13
2009 [1]  11/10 11/17
2013 [2]  11/10 11/17
2018 [7]  154/8 155/1 155/16 155/18
155/22 156/5 156/14
202.266.5153 [1]  2/13
202.968.4490 [1]  2/9
2020 [1]  73/21
2021 [15]  51/12 51/13 52/10 59/6 60/7
61/9 62/8 65/15 70/23 71/3 73/23 74/14
74/23 75/8 102/2
2022 [17]  61/20 65/22 66/12 66/24
66/25 67/3 68/15 68/20 72/25 81/21

---

81/24 95/18 140/22 142/6 142/12
142/10 169/12
2023 [44]  23/15 24/5 49/12 51/21 67/14
68/14 76/17 81/17 81/19 82/18 82/21
83/12 83/23 87/17 95/19 104/4 104/11
104/14 105/15 107/2 110/18 115/4
115/25 116/2 116/5 116/7 116/10 122/14
138/20 139/9 141/6 142/7 142/12
144/22 154/8 154/10 155/1 155/20
155/24 156/3 156/4 156/14 184/4 184/7
190/9
2023-120 [1]  51/20
2024 [13]  1/13 150/12 151/23 201/20
202/19 202/22 232/7 232/10 233/17
234/1 234/6 235/5 235/23
2026 [1]  232/17
204 [1]  4/13
20th [7]  86/19 87/18 127/3 129/24
137/25 138/20 215/17
21 [5]  7/5 184/7 199/21 199/23 199/24
212.485.6065 [1]  2/23
214 [1]  5/14
21st [1]  139/9
22 [4]  1/13 232/7 234/6 235/5
22nd [2]  81/21 151/22
23 [10]  7/6 7/8 7/8 7/9 7/10 7/10 7/11
42/18 61/20 127/4
230 [1]  233/9
239.344.1105 [1]  4/10
23rd [1]  65/22
24 [1]  51/21
25 [4]  2/3 7/3 144/22 146/1
250 [2]  2/8 135/6
250,000 [2]  79/19 129/14
2500 [1]  78/25
250K [1]  130/22
26 [1]  190/12
27 [1]  5/4
2707 [1]  3/17
272.5670 [1]  5/5
29 [3]  232/10 233/17 234/1
2925 [1]  4/13
2:24 p.m [1]  162/3
2:48 p.m [1]  115/4
2:49 [1]  115/23

---

**3**

30 [1]  234/11
30-minute [1]  114/4
315 [1]  4/23
31st [1]  158/12
32207 [1]  4/19
32301 [1]  3/4
32399 [2]  3/9 3/13
32601 [1]  3/22
32720 [1]  5/10
32801 [1]  5/14
32802 [1]  2/4
32803 [1]  3/18
33134 [1]  2/19
33301 [1]  4/4
33410 [1]  4/14
33602 [1]  5/4
33756 [1]  4/23
33901 [1]  4/9
352.374.5218 [1]  3/23
386.736.5950 [1]  5/10
3:04 p.m [1]  182/9

3:05 [1]  182/7
3A [1]  53/2
3PVRO [138]  7/13 7/14 20/15 20/24
22/24 23/22 24/3 25/19 25/21
27/15 30/4 30/10 33/17 38/16 40/13
41/14 42/2 42/5 43/14 46/22 47/25
53/22 56/10 56/11 57/12 57/21 57/25
64/10 74/8 77/18 80/22 88/13 88/19
88/21 89/23 95/6 96/24 99/3 99/10
99/18 102/10 107/18 108/2 108/12
125/16 125/21 136/24 150/19 160/1
162/8 163/1 163/17 165/6 165/8 165/17
165/19 165/24 166/2 166/11 167/13
169/16 169/18 178/18 179/24 180/4
180/24 184/17 185/8 185/13 185/25
186/23 187/2 187/6 187/10 187/16
188/2 188/17 189/3 189/14 190/20
191/18 191/19 191/19 191/24 192/1
192/5 192/8 192/12 192/13 193/11
193/12 193/21 194/4 194/8 194/21
195/2 195/2 195/13 195/19 196/5
197/21 197/25 198/11 198/12 198/16
199/12 199/13 199/15 199/22 200/2
200/7 200/11 200/15 200/16 201/10
201/22 201/25 202/3 202/4 202/5
202/12 204/3 204/12 205/4 205/11
205/19 206/2 206/11 208/8 208/23
214/18 215/14 217/17 222/7 223/8
223/10 226/23
3PVRO's [4]  88/14 89/25 91/3 192/24
3PVROs [120]  17/21 19/15 19/22 19/24
20/2 20/14 22/22 25/11 25/15 26/13
26/14 26/20 29/6 29/25 30/8 30/18
30/24 31/2 36/4 38/17 45/7 45/14 47/10
47/16 51/14 51/23 53/10 53/16 58/11
58/16 58/21 59/20 60/10 63/24 64/8
68/25 71/1 71/8 72/7 72/24 73/7 73/12
74/3 74/5 74/22 74/24 75/8 75/14 76/19
78/12 78/17 80/18 84/2 89/20 90/23
91/10 91/19 91/23 92/25 96/10 98/8
98/23 99/12 99/13 100/5 113/8 113/13
120/16 124/23 132/6 136/22 137/9
142/10 142/15 142/22 143/2 154/16
155/23 156/20 157/14 157/21 157/22
158/13 159/3 159/14 162/23 167/7
169/14 170/18 171/8 171/12 183/14
189/14 189/23 193/3 197/9 197/24
198/2 198/6 202/21 203/11 204/16
204/18 204/25 205/1 205/21 205/23
206/3 206/22 207/22 208/12 211/9
211/15 211/21 214/24 215/22 221/1
221/9 221/17 225/8
3PVROs' [1]  89/7
3rd [3]  115/4 115/25 117/9

4
4-19-23 [1]  7/9
4-20-23 [1]  7/10
4-21-23 [1]  7/10
4-25-23 [1]  7/11
4-4-23 [1]  7/8
4-7-23 [1]  7/8
400 [3]  2/8 2/12 2/19
407.422.2472 [1]  2/4
407.897.5150 [1]  3/18
407.985.2222 [1]  5/15
423 [1]  4/3

4343 [1]  2/19
45 [2]  119/5
48 [1]  100/8
4:23-cv-215-MW-MAF [3]  1/3 234/5 235/4
4:23-cv-216-MW-MAF [1]  1/3
4:23-cv-218-MW-MAF [1]  1/4
4:28 p.m [1]  228/9
4:31 [1]  1/14
4th [2]  2/22 119/14

5
5,000 [1]  213/21
5,891 [1]  154/20
5-11-21 [1]  7/5
50 [1]  157/21
50,000 [5]  69/1 69/23 70/20 79/19
156/15
500 [1]  3/8
524 [10]  7/5 66/24 67/1 68/15 68/24
69/13 70/2 71/6 95/11 95/18
561.335.3213 [1]  4/14
575 [2]  122/19 122/20

6
601 [1]  5/4
608 [1]  141/4
67 [1]  55/3
6:16 p.m [1]  127/4
6:57 [1]  115/25

7
70 [1]  14/13
7050 [61]  7/6 7/9 7/11 10/20 35/5 35/10
35/15 35/24 36/5 36/25 37/4 51/13
51/20 52/14 68/9 75/23 76/14 76/17
81/11 82/6 83/15 95/12 95/19 104/10
105/12 105/13 110/2 113/2 113/2
116/14 120/13 120/14 120/22 120/24
122/14 126/11 127/9 127/13 140/6
141/20 144/23 145/25 147/5 150/4
150/8 160/25 161/1 161/9 165/1
165/12 165/16 167/7 178/20 183/2
183/9 196/23 204/6 212/19 216/15
216/19 218/3
7050ER [1]  148/23
786.363.1392 [1]  2/20
7:58 a.m [1]  110/19
7th [3]  107/22 110/6 127/13

8
80 [1]  2/22
800 [1]  4/18
813 [1]  5/5
850.245.6536 [1]  3/9
850.270.5938 [1]  3/5
850.414.3300 [1]  3/14
85134 [1]  107/1
85136 [2]  103/22 103/25
87419 [1]  127/19
87420 [1]  127/21
8:24 a.m [1]  107/3
8:43 a.m [1]  118/4
8:53 a.m [1]  139/10

9
9-26-23 [1]  42/18
90 [35]  34/17 52/13 52/16 53/10 53/15
54/5 54/21 55/4 58/9 58/14 58/22 59/3

59/9 59/18 60/6 60/19 60/21 66/5 66/11
66/15 69/4 67/24 70/23 71/5 72/25
73/5 73/12 101/24 102/16 157/18 158/8
159/2 159/12 165/5 165/14
90,000 [2]  155/18 155/22
904.398.0900 [1]  4/19
95 percent [2]  154/7 154/24
954.357.7600 [1]  4/4
96,000 [1]  154/20
96,516 [1]  154/18
97 [1]  37/9
97.0227 [1]  50/10
97.0575 [16]  7/4 52/18 62/20 69/16
95/13 95/21 96/7 121/2 121/4 122/21
172/17 183/13 183/19 197/2 212/19
218/3
9:00 [2]  1/14 8/1

A
a.m [9]  1/14 8/1 51/9 51/10 61/9 107/3
110/19 118/4 139/10
ability [3]  95/3 108/3 162/17
able [21]  40/24 57/24 59/7 72/11 92/3
95/8 95/23 103/5 155/9 168/7 187/4
187/12 187/13 188/11 188/24 190/3
194/5 196/3 206/21 216/8 227/19
about [164]  8/3 21/18 22/5 22/7 26/21
31/5 33/19 33/24 37/10 37/11 38/6
42/24 43/24 44/12 45/22 46/1 46/25
51/2 51/6 55/24 57/9 58/20 58/25 59/3
60/12 63/10 70/3 70/7 70/8 70/11 70/19
71/13 71/15 72/18 73/7 73/21 74/22
75/14 77/15 77/18 77/23 81/17 83/11
84/19 87/9 87/15 91/17 92/19 92/21
92/24 93/11 94/13 95/13 95/20 95/25
96/8 96/19 98/22 99/2 99/12 99/16
100/4 101/12 105/7 105/22 106/11
106/17 107/16 107/21 113/8 113/13
113/21 114/7 116/19 119/8 120/12
122/16 124/22 125/3 125/3 125/14
125/15 125/15 129/15 129/20 130/16
134/19 136/20 136/22 136/23 137/1
138/10 138/18 140/3 142/9 142/14
142/21 143/1 143/7 143/8 143/13
143/14 143/21 144/4 145/11 145/12
145/14 145/25 146/12 147/25 153/23
154/15 155/22 156/7 157/19 157/21
160/22 161/24 162/14 163/24 166/22
168/8 169/18 169/20 170/7 174/16
175/17 183/2 184/21 185/16 187/20
188/10 188/25 190/6 190/14 190/16
196/6 196/11 199/14 204/7 205/11
207/9 208/25 210/8 210/21 211/6
212/12 214/1 223/14 224/2 224/11
224/16 224/18 224/23 225/3 225/4
227/24 228/1 229/4 229/24 230/4 230/5
230/23 230/24
above [5]  83/8 111/9 154/11 235/19
235/21
absolute [1]  175/16
absolutely [4]  42/16 173/21 174/21
175/15
accept [1]  183/15
acceptable [1]  132/4
acceptance [1]  200/9
accepted [1]  192/1
accepting [1]  183/24
access [2]  123/9 177/18

accompanies [2] 133/6 133/8
accompany [1] 132/19
accordance [1] 14/9
account [2] 79/8 209/3
accounting [3] 19/25 26/12 209/11
accuracy [1] 152/4
accurate [2] 152/7 152/12
achieve [1] 94/20
ACLU [1] 228/18
aclufl.org [1] 2/21
acronym [1] 19/15
acronyms [2] 63/2 63/4
across [1] 93/11
act [3] 16/10 34/20 134/25
acted [4] 163/5 213/23 213/24 214/3
acting [6] 56/18 71/19 193/11 193/12
211/10 213/23
action [6] 93/12 129/22 130/20 163/12
233/15 233/16
active [4] 38/17 38/20 197/21 205/6
actively [3] 205/15 205/15 205/22
activities [10] 12/21 14/5 15/17 16/3
19/21 20/4 25/9 33/17 77/1 77/20
activity [3] 156/19 179/14 179/18
acts [1] 79/15
actual [5] 21/9 50/2 132/5 180/5 181/24
actually [24] 18/21 20/20 23/12 48/22
64/21 73/19 97/8 106/1 119/3 121/2
122/8 123/21 126/15 139/23 152/18
171/15 172/3 175/25 176/4 182/6
190/11 190/20 197/5 205/9
add [1] 84/6
added [8] 53/15 56/8 58/22 59/17 76/17
121/8 141/7 210/18
adding [6] 58/20 116/4 129/20 129/21
129/22 174/12
addition [3] 57/10 122/21 134/6
additional [2] 109/1 112/21
additionally [1] 200/17
address [29] 7/7 25/23 25/23 25/24
64/11 100/23 104/16 107/11 169/19
171/18 171/19 198/13 200/8 200/12
200/18 200/18 205/7 205/7 207/4
207/25 208/2 210/14 221/2 221/2
221/11 222/9 222/15 225/11 234/13
addressed [4] 96/3 98/8 100/10 107/25
adds [1] 76/18
adjust [1] 30/16
administer [1] 109/2
administered [1] 14/9
administering [3] 15/21 60/9 108/24
administration [3] 13/22 87/17 216/25
administrative [4] 12/6 12/14 13/19
30/13
adopted [12] 20/8 22/25 24/11 42/18
109/21 124/15 174/25 176/8 176/8
190/13 190/20 217/6
advance [3] 36/16 40/1 67/17
advice [3] 118/25 149/4 149/5
advisory [7] 15/25 175/4 223/15 224/3
230/1 230/17 230/11
affairs [9] 66/1 85/4 112/18 126/4
126/12 140/2 143/5 148/20 148/22
affecting [1] 159/3
affiliation [3] 101/19 160/24 185/11
affirm [11] 8/2 88/13 89/6 89/23 121/9
124/23 166/4 166/11 166/24 167/7

affirmation [13] 77/8 77/22 78/1 91/7
122/3 122/24 122/25 130/5 165/6
165/17 165/25 200/20 200/22
affirmations [1] 124/5
affirmed [2] 8/9 159/2
after [32] 29/1 53/6 53/6 56/3 56/10
70/23 72/24 79/2 87/5 93/16 93/23
95/11 95/18 106/23 110/10 119/8
119/13 122/15 122/15 122/16 127/20
138/1 138/14 138/19 139/10 146/1
153/17 153/22 184/9 198/17 212/5
212/6
afternoon [2] 117/9 182/17
again [100] 26/18 28/25 30/21 33/25
36/6 37/16 37/24 41/21 48/14 48/25
50/4 50/23 54/20 56/13 58/6 59/21 60/8
67/5 67/25 69/2 71/2 73/2 73/3 73/14
74/1 75/1 92/22 93/21 94/1 94/2 94/13
95/17 97/12 99/6 99/11 99/19 100/13
103/10 107/21 112/2 112/9 117/13
120/10 125/13 131/13 134/23 135/4
141/5 141/22 142/11 142/23 144/7
150/7 153/15 155/21 156/18 157/23
159/16 159/18 161/16 163/11 164/12
165/21 168/2 171/9 178/3 179/11
179/16 180/5 180/25 182/7 186/20
192/3 192/11 193/1 194/18 194/19
195/8 196/18 196/23 197/1 199/4
202/20 204/25 208/14 210/2 212/18
214/8 216/18 218/2 219/5 219/20 221/5
221/22 223/13 224/6 226/6 226/16
227/2 228/24
against [8] 36/4 47/24 78/17 90/18
102/14 130/14 166/16 210/20
agencies [4] 36/19 50/13 72/1 96/12
agency [17] 73/4 86/8 86/15 95/23
97/21 97/24 98/1 98/19 112/3 112/5
113/24 137/18 141/23 144/7 175/12
189/6 194/9
agency's [1] 112/4
agenda [1] 146/5
agent [20] 20/7 56/18 125/8 180/18
185/20 187/3 188/16 189/3 189/11
191/16 193/4 193/10 193/12 194/18
196/2 196/20 198/11 200/8 201/25
202/9
agent's [1] 200/9
agents [14] 124/24 171/14 198/12
199/16 200/15 201/22 202/3 202/13
202/16 203/12 203/22 203/25 204/2
226/23
aggravate [1] 129/11
aggregate [3] 69/22 79/18 162/12
aggregated [2] 94/7 153/18
aggrieved [1] 93/14
ago [1] 203/9
agree [9] 9/16 58/9 80/9 154/6 157/13
160/7 164/9 165/24 170/15
agreed [1] 94/2
agreement [2] 91/5 125/1
ahead [8] 41/13 41/20 97/24 98/5
100/22 149/10 157/10 160/13
al [11] 1/6 1/9 7/8 7/8 7/10 7/10 7/11
234/4 234/5 235/3 235/4
ALACHUA [2] 3/20 3/21
alachuacounty.us [1] 3/24
alert [1] 101/2

11/3 20/22 24/19 24/23 25/6 25/19 30/20
31/24 34/25 36/19 38/17 39/20 40/12
40/23 42/19 52/24 57/1 61/7 63/12
64/10 72/16 75/17 75/19 76/9 78/6
79/10 80/25 81/8 88/3 88/5 90/17 91/5
94/2 94/13 96/12 97/13 103/7 104/18
105/11 106/15 106/23 107/9 109/16
121/1 121/15 121/19 122/1 124/16
124/19 125/1 130/3 134/18 137/15
145/2 145/13 145/15 145/16 153/20
155/8 155/15 158/21 165/16 168/17
169/18 171/13 172/13 174/15 177/12
182/4 182/5 187/25 192/12 192/21
208/22 209/13 211/8 211/11 211/15
211/21 211/21 213/1 214/17 226/24
227/22 229/16
Allman [1] 110/25
allow [1] 72/11
almost [1] 156/15
along [1] 106/4
already [27] 55/6 66/24 88/7 89/10
93/25 130/4 138/4 146/11 146/19
156/17 173/17 178/18 178/18 183/9
185/4 189/14 189/19 189/22 198/2
202/8 205/23 206/21 208/16 217/15
221/25 222/21 228/23
also [58] 9/16 13/8 14/1 15/7 15/25 18/4
20/22 21/16 26/14 26/19 27/6 29/9
29/10 29/17 29/18 30/3 30/4 30/5 30/15
40/25 41/20 53/10 53/15 91/12 102/8
102/8 104/18 121/22 130/1 140/25
148/10 148/13 148/15 153/19 153/21
154/11 155/25 156/2 159/16 159/18
163/4 167/11 168/8 174/17 174/18
182/22 186/3 187/14 187/16 189/2
189/6 190/1 192/9 203/22 205/12 212/3
215/9 224/8
alternatively [1] 155/9
altogether [1] 24/21
always [4] 74/9 80/23 109/3 148/2
am [133] 8/15 11/7 14/20 16/19 19/15
22/11 31/14 34/8 34/8 35/3 40/10 40/11
42/11 42/16 45/9 45/21 45/24 46/3 46/9
47/13 47/22 48/21 48/22 48/24 49/7
50/25 51/15 52/9 52/21 52/24 53/19
53/20 53/20 58/9 59/2 59/5 59/12 59/13
60/8 60/10 60/11 60/14 60/15 61/2 62/6
62/17 66/7 69/2 69/4 69/7 71/4 74/18
75/25 76/10 82/9 82/11 82/11 85/23
85/24 86/20 86/22 87/7 87/20 88/3
89/13 95/17 99/11 102/6 102/22 103/21
106/2 109/18 110/6 110/16 113/5 113/5
115/22 122/6 124/22 125/6 126/18
126/19 128/15 128/16 133/13 134/8
138/4 139/1 139/2 139/20 139/22 141/2
141/3 144/1 144/15 146/21 150/18
150/22 151/8 159/6 159/23 159/24
162/9 162/20 164/12 171/25 172/1
179/8 179/12 179/20 181/2 182/25
183/13 193/13 194/2 198/22 199/5
203/17 205/1 212/18 214/4 216/2 222/2
222/23 225/21 227/16 228/2 228/18
229/7 229/8 233/11 233/13 233/15
Amber [3] 14/22 148/16 148/18
amended [3] 51/13 51/22 67/11
amending [2] 56/23 69/16
amendment [6] 34/11 71/16 144/23

amendment... [3]  145/2 145/15 145/16
amendments [1]  235/21
America [1]  123/3
AMERICAN [1]  2/18
amount [10]  55/25 56/16 78/16 79/14
 88/20 99/1 102/20 163/2 213/21 234/11
analysis [6]  157/16 157/24 158/4 159/19
 159/24 227/12
Andrew [3]  32/3 99/23 126/13
Andrews [1]  4/3
annual [1]  152/17
annually [2]  86/15 226/8
another [10]  26/11 29/9 46/6 94/3 96/17
 152/18 152/23 190/3 213/10 222/19
answer [16]  9/17 9/18 9/21 10/3 14/18
 16/19 22/10 71/25 80/14 149/8 157/11
 174/6 206/6 211/14 225/18 227/19
 225/18
answered [4]  18/10 36/12 217/15
 225/18
answering [4]  131/10 132/1 132/2
 138/24
answers [1]  113/6
anticipate [6]  35/9 35/13 35/18 36/3
 36/6 39/19
anticipated [1]  149/22
anticipating [1]  36/25
anticipation [1]  146/19
any [116]  10/13 14/3 15/16 19/8 20/2
 20/4 24/20 30/13 35/11 35/11 35/21
 35/21 35/23 36/7 37/13 37/20 39/16
 39/21 49/21 55/2 55/3 56/17 59/18
 59/23 63/24 63/25 63/25 64/6 65/3 65/3
 65/5 66/13 68/20 70/18 70/24 71/6 72/5
 72/22 73/18 76/25 91/20 92/15 92/19
 97/12 97/24 98/13 99/20 106/6 109/16
 109/22 114/14 118/19 120/15 131/16
 133/2 136/14 138/24 138/24 141/21
 142/20 142/25 143/24 145/14 145/15
 146/8 150/4 150/8 150/14 150/18 151/1
 151/3 153/3 153/11 156/11 161/6 161/8
 161/11 161/13 166/23 167/21 169/4
 170/7 170/11 171/23 178/22 178/25
 179/17 188/21 189/9 190/17 198/8
 198/14 199/14 205/13 207/21 207/21
 208/2 209/6 213/21 214/13 214/19
 218/14 223/13 223/22 226/2 226/13
 227/4 227/5 227/6 227/11 227/12
 227/14 227/22 233/12 233/13 235/21
anybody [3]  10/10 39/14 225/4
anymore [3]  177/17 208/5 208/8
anyone [21]  14/16 39/7 39/10 58/20
 60/10 60/11 70/2 92/20 98/6 98/22 99/2
 99/8 100/3 125/15 132/15 142/8 142/13
 142/19 142/24 166/24 204/7
anything [30]  14/2 40/18 49/19 54/16
 63/8 67/10 73/11 74/23 75/12 86/17
 92/17 99/5 101/13 104/19 107/12
 108/21 113/10 123/18 149/3 150/23
 150/24 164/6 169/25 170/5 186/8 187/6
 201/12 203/16 221/21 229/4
anyway [1]  84/6
app [1]  94/23
apparently [1]  83/9
appear [4]  116/18 122/2 129/8 136/12
APPEARANCES [4]  1/23 2/25 3/24
 4/25
appeared [1]  232/6

appearing [1]  2/1
appears [13]  25/23 25/17 68/16 71/9
 104/25 106/4 115/23 126/25 128/13
 128/23 129/6 131/11 223/12
apple [1]  73/17
apples [1]  211/1
applicable [3]  43/22 200/19 210/6
applicant [28]  53/5 53/7 53/17 53/22
 54/4 54/9 54/24 55/7 55/19 56/3 56/4
 56/20 57/6 57/11 79/12 93/14 183/23
 185/12 187/8 187/9 188/11 189/3
 190/21 190/25 195/20 195/22 224/12
 224/19
applicant's [3]  42/22 219/7 222/9
applicants [1]  183/15 190/18 227/15
application [124]  7/13 24/15 26/1 27/10
 27/12 27/14 40/16 40/17 40/21 41/13
 41/16 41/18 42/3 42/9 42/23 43/6 43/9
 46/7 46/9 46/22 46/23 47/2 47/3 53/3
 53/23 54/23 54/23 55/8 55/17 56/1 56/5
 56/10 56/16 57/1 57/2 57/13 57/20 58/1
 58/4 74/7 92/4 93/7 93/15 95/6 100/21
 101/3 101/9 101/11 101/14 101/14
 102/18 102/20 125/21 164/24 165/8
 167/14 167/15 169/22 169/25 170/3
 170/8 173/1 173/23 176/15 176/21
 177/4 179/23 180/4 180/8 180/24
 183/16 183/24 185/16 187/18 187/24
 188/3 188/9 188/15 188/22 188/23
 189/1 189/10 190/2 191/5 191/11
 191/14 192/1 192/6 192/13 192/19
 193/8 193/22 194/3 194/7 195/23
 195/24 200/23 208/20 209/8 209/11
 209/24 210/3 210/7 210/10 210/13
 211/7 212/2 212/10 213/3 213/5 213/7
 213/14 213/21 215/3 219/23 219/23
 223/2 223/23 224/21 224/24 224/25
 225/1 225/14 226/14
applications [86]  20/14 20/16 21/3 21/9
 21/20 21/23 22/8 22/12 23/22 26/8
 26/13 27/11 29/25 30/1 30/2 42/20
 43/25 44/5 45/8 45/14 45/16 47/11
 47/17 47/25 48/19 52/1 52/19 53/12
 53/16 54/7 54/8 55/10 58/12 58/17
 71/18 77/10 78/22 79/11 88/14
 88/21 89/7 89/24 91/3 91/14 91/18
 91/22 94/4 100/5 100/15 101/7 121/11
 123/1 125/19 130/1 130/22 154/16
 160/15 165/19 166/1 167/13 172/20
 172/22 172/24 173/19 179/22 180/2
 180/22 183/23 189/13 189/19 192/10
 192/21 200/16 202/6 205/16 206/20
 208/12 208/18 210/23 215/7 216/6
 217/10 217/20 226/24 227/8
applies [4]  57/8 179/4 212/25 214/6
apply [3]  119/6 220/1 220/10
appointed [1]  31/2
appointing [1]  17/4
appointment [2]  17/6 30/8
appreciate [2]  11/1 228/11
appropriate [3]  21/10 98/25 135/12
approval [1]  98/1
approve [1]  98/3
approximately [2]  27/17 30/25
April [29]  68/15 68/19 104/4 104/15
 105/15 107/2 107/22 110/6 110/18
 115/3 115/25 117/9 119/14 122/14
 127/3 127/13 128/17 129/24 133/19

133/20 133/23 137/25 138/20 139/9
141/6 149/12 149/22 149/22 160/1 232/17
April 19 [1]  122/14
April 2022 [1]  68/15
April 2023 [1]  142/12
April 20th [3]  127/3 129/24 137/25
April 21st [1]  139/9
April 25 [2]  144/22 146/1
April 3rd [2]  115/25 117/9
April 4th [1]  119/14
April 6 [1]  104/4
April 7 [7]  107/2 110/18 128/17 133/19
133/20 133/22 141/6
April 7th [3]  107/22 110/6 127/13
are [363]
area [5]  25/9 72/3 75/9 84/3 84/5
areas [2]  15/24 75/4
aren't [1]  45/19
arisen [1]  206/7
arm [1]  12/6
around [5]  45/22 55/18 115/8 133/15
146/1
arrange [1]  234/8
arriving [1]  177/15
as [197]  1/9 8/10 8/10 10/19 10/19
11/21 12/3 12/6 12/7 12/17 13/7 13/25
15/1 16/14 17/2 17/13 17/14 17/16 18/3
18/11 18/25 19/3 20/17 21/3 21/4 21/24
21/24 23/18 23/25 25/21 27/4 28/19
29/10 29/20 29/20 30/5 30/8 30/10
30/13 30/15 30/19 31/2 31/15 32/7 32/7
33/21 34/8 34/17 34/20 38/20 43/18
49/2 57/7 58/3 58/24 59/1 60/15 60/16
60/23 60/25 61/1 61/7 67/11 69/9 70/19
71/19 72/25 74/1 75/12 76/11 76/13
81/11 82/10 82/12 83/18 84/3 84/5 85/7
86/14 86/24 92/18 93/21 94/2 95/9
96/12 100/11 102/10 102/18 102/19
102/25 104/25 108/1 109/16 110/8
110/17 112/9 113/17 113/18 114/18
117/9 117/15 117/18 118/15 120/23
120/25 122/7 122/25 124/12 124/14
125/21 126/21 127/2 128/2 129/16
129/24 131/20 132/4 132/5 133/1
134/25 137/20 138/22 138/22 139/3
140/1 144/21 146/14 147/13 151/8
151/12 151/21 153/12 153/24 153/25
153/25 156/18 156/22 156/23 160/1
165/5 165/16 167/10 167/25 169/17
170/5 172/3 175/7 178/11 178/21
179/12 181/9 181/24 183/12 185/1
187/17 190/5 193/10 193/10 196/22
199/11 199/11 199/21 199/23 200/18
200/21 201/22 202/8 203/12 203/22
204/19 204/20 204/20 205/4 205/14
205/22 208/7 208/13 208/21 208/21
209/8 209/8 209/12 209/24 210/4 210/4
217/25 218/8 218/12 219/10 219/20
221/10 221/15 223/20 225/9 228/21
228/21 234/8
ASHLEY [2]  3/11 147/21
ask [28]  8/15 10/2 60/16 69/8 71/2 72/1
72/18 86/3 87/9 102/24 104/18 113/1
113/11 114/1 114/18 122/6 133/4 136/5
153/8 164/8 172/2 175/1 179/11 181/5
182/13 208/16 228/22 228/24
asked [31]  34/9 35/7 37/25 38/4 60/10
74/20 75/10 81/5 83/21 83/23 84/1

# A

asked... [20]  86/15 97/3 102/17 105/12 106/17 106/23 112/16 113/4 113/5 113/12 134/16 134/17 134/19 141/23 151/1 151/2 208/17 225/17 228/23 229/21

asking [27]  16/17 26/21 35/3 35/13 40/3 52/16 59/2 59/13 66/8 67/5 67/9 67/25 71/4 76/10 111/23 112/15 124/22 131/22 144/1 145/5 145/8 146/22 157/25 159/23 159/24 183/1 214/4

asks [8]  16/19 17/1 59/22 75/16 75/20 112/10 112/11 132/15

aspect [3]  13/13 26/19 109/4

assemble [1]  25/10

asserting [1]  118/21

assess [1]  206/22

assessable [2]  80/2 98/23

assessed [2]  79/19 162/12

assessing [2]  164/3 206/1

assignment [1]  11/25

assist [3]  49/20 216/16 216/20

assistance [3]  15/23 156/24 172/25

assistant [22]  14/17 14/21 15/3 15/5 15/8 15/13 16/2 18/4 18/9 18/11 29/10 29/12 32/10 32/14 39/13 85/5 85/6 112/19 147/22 148/7 148/17 148/18

assisted [1]  187/10

assisting [1]  172/24

associated [3]  28/10 133/3 145/16

Association [1]  111/4

assuage [1]  108/21

assume [1]  9/21

assuming [6]  43/17 55/21 57/19 128/16 192/11 209/12

at [179]  8/1 1/2 12/25 13/9 14/13 16/23 17/7 17/8 17/23 17/25 18/7 18/14 18/22 18/25 19/1 20/21 25/14 28/23 30/20 31/23 32/23 38/12 38/18 40/17 40/18 41/7 41/8 43/2 44/19 45/22 50/5 51/6 51/16 53/22 55/18 55/23 57/1 57/19 61/9 61/16 61/20 61/23 62/7 62/18 63/12 64/22 65/21 66/3 66/13 66/15 66/21 67/10 68/2 68/6 68/9 68/20 69/21 70/21 71/5 74/2 74/24 80/24 82/15 82/16 83/9 84/5 86/20 87/5 87/16 88/11 89/2 89/5 89/14 90/3 90/7 91/17 92/16 93/22 96/15 101/23 102/15 103/7 103/11 103/12 104/4 104/14 104/19 105/2 105/15 105/17 106/25 107/2 108/1 108/7 108/13 109/16 110/1 110/18 111/3 111/3 111/7 115/4 115/23 115/25 117/16 118/4 118/16 120/2 120/19 120/22 121/2 123/21 124/18 125/25 127/3 127/3 127/14 128/11 129/10 130/11 130/13 131/15 131/15 133/22 138/2 138/15 139/9 142/13 142/21 143/12 145/12 145/22 146/13 148/24 148/25 149/25 154/5 154/11 154/18 155/8 156/1 156/14 160/1 165/22 166/24 170/25 177/2 177/8 177/17 182/5 182/6 182/7 182/10 182/13 184/11 187/25 188/4 191/9 191/10 194/11 196/2 197/12 198/19 203/14 206/5 209/13 210/6 211/8 211/24 212/8 213/1 214/7 214/17 218/12 226/24 227/22 231/1 234/13 235/20

at [531 p.m [1]  231/1

ate [1]  114/16

attach [1]  24/14

attached [5]  61/23 62/2 83/7 140/24 141/3

attaches [1]  145/2

attachment [2]  65/7 127/23

attachments [1]  82/20

attend [1]  32/25

attendees [2]  84/23 147/21

attention [1]  104/20

attorney [11]  3/12 18/15 117/6 118/20 149/6 162/16 163/10 163/10 182/11 233/12 233/14

ATTORNEY'S [5]  3/21 4/3 4/22 5/3 5/9

attorney-client [3]  117/6 118/20 149/6

audio [1]  9/11

audit [1]  13/8

auspices [2]  136/7 169/15

authority [3]  174/2 175/13 232/5

authorized [2]  13/7 233/5

automatically [1]  78/7

available [26]  25/18 25/23 25/24 27/25 39/15 49/16 152/20 152/21 153/7 153/19 155/15 159/16 159/20 161/14 181/25 190/4 219/3 219/11 219/13 219/17 221/8 221/10 221/25 223/19 224/1 225/9

Ave [1]  4/3

avenue [3]  2/8 5/9 44/21

avenues [1]  44/14

avoid [1]  9/10

aware [35]  18/25 36/15 36/23 37/13 39/24 47/21 47/22 49/23 67/1 68/14 68/24 80/18 90/6 91/20 92/15 92/17 92/19 120/13 150/18 157/18 157/25 158/11 159/1 168/12 169/6 170/4 170/11 179/13 179/17 204/24 226/2 226/13 227/11 227/14 227/21

# B

back [36]  23/14 24/20 30/11 35/20 44/5 44/25 51/6 51/12 54/18 55/19 60/7 65/15 66/23 73/12 74/14 100/8 106/24 114/11 116/25 119/11 120/13 124/2 128/3 128/6 129/22 130/20 136/10 140/21 155/15 162/9 167/6 176/21 182/6 208/9 218/2 224/3

background [3]  9/4 11/4 171/22

backup [1]  131/24

bad [4]  73/17 139/20 207/15 210/25

badly [1]  211/10

BAKER [1]  4/16

ballot [3]  14/1 22/4 132/4

ballots [1]  170/17

ban [3]  168/13 220/7 220/9

banning [2]  217/12 217/22

bar [3]  8/21 169/4 169/10

BARAN [1]  3/3

based [22]  28/22 41/8 70/5 73/14 80/20 84/12 89/11 91/11 93/23 95/24 96/24 119/22 122/1 123/13 123/13 123/15 135/18 152/8 164/25 176/12 203/15 227/7

basic [1]  25/21

basically [3]  28/9 56/24 120/5

basis [14]  27/3 59/1 70/12 70/19 75/12 117/7 118/18 128/2 134/21 138/2

149/21 152/15 165/3 167/24 163/15 165/3 103/8 103/15 107/1 127/19 127/21 133/11 181/10

BAY [1]  4/16

be [287]

BEACH [2]  4/12 4/14

bear [1]  222/12

bearing [2]  82/15 87/3

BEATO [2]  3/5 10/7

became [5]  18/24 18/24 190/11 197/25 204/24

because [52]  9/4 9/11 12/18 21/22 24/1 40/19 41/13 44/11 52/22 57/4 57/25 71/2 71/12 71/17 74/7 75/1 88/2 88/7 101/17 129/10 131/5 131/11 133/14 135/18 138/10 141/2 165/21 166/14 167/21 169/14 178/9 190/19 191/15 192/10 193/14 200/12 201/7 201/19 203/19 205/21 208/21 210/6 211/21 212/1 213/5 214/15 214/20 216/7 216/20 219/24 222/3 223/13

become [3]  125/11 201/20 210/17

becomes [3]  193/7 195/11 210/16

becoming [1]  77/10

been [106]  8/9 8/17 10/21 11/15 11/16 17/24 21/21 25/1 26/8 26/13 26/14 27/11 33/19 34/1 34/25 35/4 35/7 36/6 48/6 48/7 48/21 51/2 57/22 58/18 58/25 60/15 64/22 65/2 66/24 67/7 67/21 70/5 72/10 73/3 73/24 74/4 74/5 74/15 74/17 75/4 75/10 77/11 78/3 82/1 82/2 83/16 88/6 90/20 93/21 93/25 94/1 98/9 98/16 98/24 99/19 105/16 109/20 110/7 112/16 113/11 116/23 116/24 118/14 118/15 125/14 126/2 126/3 126/3 126/4 131/21 132/12 132/14 133/1 133/20 135/4 135/21 140/19 141/1 145/12 151/2 151/9 151/10 157/1 161/4 161/5 161/14 161/14 164/11 170/9 174/24 174/25 183/9 188/15 189/23 190/6 190/8 190/14 196/22 208/16 213/25 214/8 214/14 214/14 214/19 223/20 226/25

before [65]  8/18 8/24 9/17 10/3 17/10 18/1 18/3 18/11 18/13 20/2 21/25 22/7 30/10 35/8 36/24 52/22 54/5 54/21 56/11 57/10 57/10 58/9 58/14 58/21 59/3 59/17 67/14 68/12 70/1 76/25 82/6 82/6 83/12 93/16 95/11 95/19 100/6 100/11 100/13 101/5 105/11 106/10 119/12 128/25 136/15 141/11 146/9 171/1 174/3 177/21 178/2 178/5 178/15 181/6 200/21 201/11 204/6 206/22 207/19 209/1 210/2 215/16 216/16 225/25 232/6

beg [1]  100/20

began [1]  8/1

beginning [7]  76/21 76/24 90/7 93/11 93/22 191/10 227/8

begun [2]  48/4 146/11

behalf [38]  2/2 2/11 2/17 3/2 3/11 3/16 3/20 4/2 4/7 4/12 4/16 4/21 5/2 5/8 5/12 56/18 88/15 89/8 89/25 91/3 91/18 111/19 123/1 144/3 165/8 165/19 166/2 167/13 179/23 180/4 180/24 188/1 193/12 194/3 195/14 200/16 213/23 224/24

being [47] 9/7 34/14 35/4 38/4 58/3 59/3 68/1 73/21 78/22 78/23 79/3 90/22 91/22 95/8 95/8 97/16 99/3 99/10 99/18 100/10 110/5 116/5 118/6 119/15 120/4 121/8 122/3 122/4 126/15 131/11 134/19 135/22 140/1 141/13 146/19 158/17 166/8 184/7 188/24 189/10 190/3 194/2 200/23 200/24 208/22 216/24 227/10
belief [1] 168/9
believe [25] 17/9 23/13 29/5 31/8 32/8 37/9 39/25 50/20 75/7 91/24 105/5 118/22 123/23 134/16 152/7 152/8 152/11 164/11 167/4 167/24 170/19 174/7 188/13 203/10 224/14
believes [4] 162/14 163/7 163/7 213/11
below [1] 234/13
beneath [1] 5/10 94/5
BER [2] 63/4 63/5
besides [1] 218/24
best [2] 9/12 36/12
Beth [1] 110/24
better [1] 226/19
between [10] 27/20 59/6 71/4 95/7 95/8 142/2 154/8 154/25 178/25 209/21 212/16
beyond [4] 210/13 212/14 212/15 212/16
bferguson [1] 2/16
bifurcates [1] 203/25
bigger [2] 53/1 88/4
bill [48] 10/20 104/25 105/24 106/4 107/12 109/15 112/24 113/11 115/7 115/10 116/2 116/9 116/10 116/22 116/24 117/1 120/2 120/4 120/8 120/22 120/23 121/3 121/14 121/20 121/24 122/17 123/21 128/17 128/17 129/16 129/21 130/9 130/13 131/14 132/17 134/18 138/21 138/25 140/14 140/16 146/7 146/10 146/15 146/19 149/17 149/18 149/20 150/3
bills [3] 112/4 112/5 121/22
birth [1] 100/24
Black [5] 157/13 157/20 159/4 160/7 160/19
BLACKWELL [1] 2/3
Blake [4] 104/16 107/10 148/12 148/13
blank [2] 172/21 234/13
Blue [1] 140/25
Blvd [2] 4/18 5/4
body [1] 83/8
BOETTCHER [4] 2/14 6/4 182/12 182/18
BOGART [3] 3/10 126/4 148/4
bolster [1] 190/25
book [31] 28/19 28/22 43/21 56/11 56/11 79/2 79/6 93/16 93/17 100/12 101/4 101/5 153/13 153/14 153/15 153/15 153/18 153/24 208/24 208/25 209/5 209/13 209/17 209/17 209/25 210/17 210/20 212/5 212/6 212/14 212/16
boss [2] 85/16 97/23
both [7] 9/7 123/11 154/2 154/21 189/10 212/15 228/20
bother [1] 208/8
bottom [18] 82/15 103/7 103/11 103/12 103/13 104/17 106/25 108/1 115/2

133/23 141/6 141/9 154/18 184/10 210/9 210/9 226/22 234/15
Boulevard [1] 4/13
bound [2] 179/5 179/10
box [1] 166/18
bracket [1] 95/17
Brad [5] 15/7 15/16 32/12 126/2 126/3
BRADFORD [1] 4/16
brain [1] 89/16
BRANCHES [1] 1/5
break [19] 9/25 10/1 10/4 12/20 51/4 110/10 110/13 114/4 114/15 119/12 144/11 161/25 162/4 181/3 181/6 182/6 225/23 225/25 228/7
breaks [1] 152/24
BRENT [2] 2/16 182/21
bring [3] 29/10 69/9 104/19
broad [2] 2/22 205/1
broken [1] 160/24
Bronough [1] 3/8
brought [1] 137/11
BROWARD [2] 4/2 4/3
broward.org [1] 4/5
Brown [3] 106/11 107/7 109/16
brush [1] 205/1
budget [5] 13/22 36/21 36/24 61/14 126/9
building [3] 147/17 147/18 173/17
burden [1] 81/7
bureau [32] 12/11 12/11 12/12 12/17 12/24 13/4 13/11 13/15 17/14 17/17 17/24 18/1 18/3 19/5 19/20 20/12 21/8 22/20 25/9 26/5 26/16 26/21 27/5 27/23 29/2 30/12 30/17 41/23 62/24 63/5 63/6 106/12
bureaus [1] 12/11
but [178] 8/4 9/6 12/19 14/17 18/22 21/16 21/21 22/9 23/3 23/18 25/2 26/21 29/12 34/1 34/11 38/4 41/8 44/18 44/21 44/24 45/19 45/24 47/8 49/8 50/2 55/6 55/10 55/12 57/9 59/2 59/21 64/20 64/25 67/5 67/13 68/3 70/13 72/9 73/2 78/22 80/9 80/17 81/2 85/18 86/4 90/3 90/7 90/8 90/24 91/5 93/16 94/13 96/8 97/4 97/11 97/23 100/18 101/10 106/18 106/21 109/6 111/9 113/19 116/25 117/15 118/14 118/22 119/3 121/3 122/1 123/9 123/20 124/3 124/22 124/25 128/8 128/19 130/3 130/15 131/19 131/21 133/13 133/18 134/18 135/10 137/21 138/3 138/25 140/17 140/19 143/9 146/10 148/2 152/16 152/20 153/21 154/10 155/7 155/18 155/22 155/25 157/9 157/21 157/25 161/19 164/7 164/12 166/10 166/14 166/19 166/21 168/12 169/6 169/9 170/11 170/14 170/20 171/16 171/23 174/17 175/16 176/5 177/10 177/16 178/12 179/2 180/13 181/4 181/12 182/14 187/6 187/16 188/6 190/1 190/21 190/24 191/20 191/23 192/17 193/7 194/13 194/16 194/23 195/1 195/15 198/2 199/1 199/5 199/6 201/16 203/23 205/2 205/5 206/8 207/13 207/19 209/2 210/18 212/5 212/10 213/9 213/15 215/16 217/22 218/14 222/14 223/1 223/12 223/16 224/7 225/5 225/22 226/20 227/13 227/21

228/2 228/25 229/5
BVRS [2] 62/24 107/18
BVSC [1] 63/6
BYRD [9] 1/8 3/2 115/5 118/3 127/6 136/21 139/14 234/4 235/3

<br>

---

**C**

calculate [1] 155/2
calendar [3] 94/7 129/12 138/16
CALHOUN [1] 4/16
call [7] 58/7 85/13 85/13 85/18 138/23 145/8 145/21
called [3] 34/25 85/20 106/16
calling [1] 190/6
came [17] 89/14 89/17 90/8 90/12 90/16 91/4 94/15 96/4 99/13 115/14 123/24 124/4 124/12 145/15 168/10 170/16 188/23
campaign [3] 2/12 13/3 182/22
campaignlegal.org [2] 2/14 2/15 2/16
can [105] 12/22 21/4 22/9 23/3 24/1 33/6 36/21 40/20 41/17 41/20 42/11 44/15 48/15 52/9 53/1 59/14 62/19 71/2 71/24 72/16 80/13 80/22 82/10 85/6 85/17 91/15 92/3 95/15 96/20 97/20 100/14 100/17 100/21 101/2 103/1 103/17 105/24 106/8 106/14 106/15 110/12 112/12 114/1 114/5 114/5 117/11 119/7 120/22 121/19 122/1 123/7 123/12 125/15 133/10 144/10 149/8 149/12 156/7 156/23 156/24 156/25 157/10 158/21 160/4 167/13 171/5 174/6 175/3 175/8 183/10 183/18 184/24 187/25 189/6 193/15 193/16 195/13 197/14 198/5 199/4 199/5 201/10 202/9 206/5 210/10 215/8 216/16 216/20 217/9 220/15 220/20 221/1 221/15 221/17 222/4 225/8 229/25 230/1 230/7 230/22
can't [26] 31/4 59/21 68/22 68/22 71/9 73/2 75/19 97/4 97/14 126/15 128/17 144/5 150/24 157/6 160/10 166/24 198/24 203/16 215/24 215/25 221/12 221/13 221/13 223/21 225/13 229/12
candidates [1] 160/8
cannot [9] 158/23 215/22 220/13 220/18 220/24 220/25 221/6 222/15 223/5
canvass [2] 171/8 171/12
cap [6] 68/25 70/3 70/8 70/20 80/11 80/12
capacity [6] 1/9 12/8 15/19 18/15 118/15 196/11
Capitol [1] 3/13
capture [3] 171/15 171/23 191/9
capturing [1] 156/20
car [1] 176/20
card [3] 101/16 101/17 218/9
cards [1] 168/20
careful [2] 9/10 129/15
CARRIE [4] 2/20 228/4 228/14 228/17
carves [1] 209/16
case [31] 1/3 8/15 22/17 23/5 34/13 34/17 34/20 34/22 35/6 35/6 36/3 39/22 73/5 73/19 73/21 75/3 132/14 157/18 158/8 159/2 182/21 182/24 189/3 189/9 194/16 194/20 210/14 220/1 221/22

case... [2]  234/5 235/4
catch [1]  14/18
categorical [1]  168/14
category [4]  124/6 134/4 201/8 216/3
cause [3]  93/12 129/22 130/20
caused [1]  70/8
CCR [4]  1/20 232/15 233/21 234/16
CCR-GA [4]  1/20 232/15 233/21 234/16
CENTER [2]  2/12 182/23
certain [5]  72/18 77/11 78/3 153/16
  198/17
certainly [8]  44/23 60/1 90/20 96/23
  146/11 195/12 217/8 217/10
CERTIFICATE [2]  231/2 232/18
certification [4]  12/13 13/4 13/5 63/7
certified [1]  8/10
certify [3]  232/5 233/5 233/11
chain [1]  133/17 181/11
challenge [2]  34/4 36/4
challenged [3]  35/16 35/19 36/18
challenges [6]  37/7 37/15 37/22 38/6
  149/23 149/25
challenging [4]  35/9 35/15 35/24 183/3
chambers [1]  123/11
change [21]  30/22 48/23 96/21 108/3
  108/7 128/12 129/3 134/4 134/19
  175/19 184/13 198/7 198/11 198/12
  199/2 199/14 199/15 201/15 202/24
  204/24 235/6
changed [18]  30/8 30/19 31/9 52/4
  52/17 55/4 55/5 56/25 78/13 100/7
  100/17 108/13 109/15 109/20 198/15
  201/12 203/18 207/5
changes [24]  30/15 30/22 59/3 62/13
  84/6 84/11 84/12 84/13 84/14 88/9
  88/11 96/24 123/5 128/8 130/18 131/16
  134/13 150/6 150/10 178/19 198/11
  198/17 203/15 235/12
changing [4]  129/21 134/10 134/14
  172/2
Chappell [1]  148/6
chapter [5]  38/12 51/16 51/19 53/14
  184/11
charged [1]  222/4
chart [13]  130/12 132/13 132/17 132/23
  134/9 138/1 146/13 149/15 154/14
  157/7 161/2 175/24 175/25
Chat [13]  48/22 48/25 51/17 60/2 61/1
  69/4 76/1 82/9 86/22 126/19 144/15
  146/21 185/3
check [2]  20/22 201/17
checked [1]  166/18
checks [1]  171/22
chief [9]  12/7 15/5 17/2 17/14 17/17
  18/1 18/3 18/15 148/3
child [1]  89/16
choose [1]  155/9
chose [2]  175/8 176/5
chosen [1]  155/10
circle [3]  5/14 24/20 44/25
circling [1]  45/22
Circuit [1]  159/1
Circuit's [1]  159/11
circumstance [1]  58/1
circumstances [3]  164/11 187/21 224/7
citizen [26]  77/10 78/3 88/14 88/21 89/7
  89/24 90/22 91/1 91/2 91/22 92/8 122/4

123/2 124/7 130/5 165/8 165/20 166/2
166/8 170/11 174/18 179/14 179/18
200/21 229/7 229/9
citizens [29]  91/18 92/7 92/16 92/20
93/1 99/3 120/15 124/24 129/25 130/14
130/21 166/12 167/25 168/7 168/17
169/4 169/8 169/10 170/5 170/6 170/17
171/1 171/2 215/21 215/24 216/24
217/3 217/12 217/22
citizenship [8]  121/10 121/16 125/7
168/13 179/22 180/3 180/17 180/23
CITRUS [1]  3/16
civil [3]  2/18 163/12 230/19
claim [1]  191/1
claims [1]  196/15
clarified [1]  214/18
clarifies [1]  201/25
clarify [6]  96/20 123/4 174/11 175/7
175/8 202/9
clarifying [1]  173/23
clarity [1]  175/17
Class [1]  22/18
clean [3]  10/17 10/19 10/22
clear [19]  10/17 28/16 42/14 48/24 88/1
173/21 174/8 184/21 201/18 203/20
215/9 215/11 215/12 215/15 223/17
223/18 223/20 224/8 225/8
clearer [1]  134/15
clearly [2]  109/7 205/3
Clearwater [1]  4/23
Clerk [2]  119/21 234/12
Clerk's [1]  111/4
client [1]  117/6 118/20 149/6 234/8
client/witness [1]  234/8
close [4]  14/13 172/11 209/13 228/2
closer [3]  52/24 88/1 101/4
closing [32]  28/19 28/22 43/21 56/11
56/12 79/6 93/16 93/17 100/6 100/12
100/19 101/4 101/5 153/13 153/14
153/15 153/15 153/18 153/24 208/24
209/1 209/5 209/13 209/17 209/18
210/1 210/17 210/20 212/6 212/6
212/14 212/17
closings [1]  79/2
CM [1]  1/20
cmcnamara [1]  2/21
cobrien [1]  5/7
code [3]  150/6 150/10 150/21
cognizant [1]  215/14
collaborative [1]  137/6
colleague [1]  185/2
colleagues [1]  182/21
collect [13]  160/11 160/14 160/22
167/14 171/7 171/10 171/13 177/12
200/16 202/5 217/10 217/19 221/13
collected [12]  42/20 53/23 56/16 93/16
170/8 185/13 185/14 185/15 188/8
192/19 193/21 194/8
collecting [43]  41/15 77/9 78/1 88/14
88/21 89/7 89/24 90/23 91/2 91/18
91/22 122/25 130/1 130/21 165/7
165/18 165/25 166/6 166/12 167/13
169/9 170/17 172/14 172/16 172/23
173/18 173/24 176/13 176/19 177/19
180/6 191/9 192/9 192/16 205/11
205/15 206/19 215/7 216/5 223/3
224/24 230/5 230/6
collection [1]  24/2

collective [3]  131/13 150/25 151/2
collectively [1]  124/9
collects [1]  183/22
COLLEEN [1]  5/6
colored [1]  108/25
COLUMBIA [1]  4/17
column [14]  62/19 62/23 63/3 63/13
64/13 128/7 128/9 128/12 128/12 129/4
129/14 129/19 129/19 130/18
columns [1]  128/8
combat [1]  211/17
comcast.net [4]  232/16 233/22 234/17
235/23
come [26]  10/23 23/4 29/25 48/11 51/6
90/10 90/11 91/6 91/21 93/20 94/10
94/13 96/6 96/22 119/18 124/14 131/17
131/18 135/2 135/3 170/12 177/21
182/6 187/25 188/5 202/18
comes [4]  21/5 136/7 136/8 187/24
comfortable [1]  175/3
coming [8]  40/2 48/7 67/15 101/7
115/20 137/21 154/24 171/3
comment [2]  105/12 210/2
commenting [2]  83/5 118/11
comments [1]  109/16
Commission [1]  232/16
commit [1]  229/14
committed [4]  69/3 162/15 163/8 213/12
committee [12]  7/9 18/16 67/17 121/23
122/13 127/10 128/21 128/25 129/5
130/4 142/3 142/3
committees [2]  18/20 138/23
committing [1]  195/5
common [4]  113/19 145/18 159/12
159/24
communicate [2]  142/8 142/13
communicating [2]  65/5 143/6
communication [2]  64/7 112/13
communications [7]  30/23 98/10 98/11
102/9 142/16 144/8 208/1
communities [1]  158/13
community [1]  80/19
compile [2]  28/14 97/25
complain [1]  46/7
complaint [15]  22/23 23/1 23/3 23/19
46/8 46/21 47/24 180/14 180/14 190/20
190/22 193/8 195/12 227/18 227/24
complaints [8]  22/21 23/8 23/9 50/11
50/13 50/17 91/17 227/17
complete [4]  9/18 10/3 42/20 44/2
completed [6]  53/6 53/6 56/4 56/10
100/5 200/25
compliance [10]  15/20 23/25 45/21
74/10 161/11 192/14 206/22 206/24
226/16 226/20
compliant [1]  211/22
complied [1]  41/14
comply [4]  43/14 62/13 211/19 223/24
complying [1]  46/5
component [1]  161/7
Compound [1]  34/23
concept [18]  85/25 89/3 89/14 89/17
89/17 89/19 93/3 93/20 94/10 97/13
123/25 124/4 124/5 124/13 124/14
124/17 124/18 125/14
concepts [3]  87/23 94/13 96/21
conceptually [1]  125/3
concern [13]  74/6 74/9 74/12 75/5 90/19

concern... [6] 91/12 91/24 92/25 100/10
104/20 109/5 134/24 223/16
concerned [2] 92/9 196/6
concerning [2] 108/3 226/22
concerns [9] 43/19 92/19 97/16 98/7
106/6 108/17 108/22 145/14 196/10
conclude [2] 106/14 106/15
concluded [2] 9/18 231/1
conclusion [2] 197/12 206/15
concrete [1] 143/9
condensed [1] 229/23
conducted [2] 79/9 188/6
conducting [1] 77/20
conference [5] 1/5 9/7 147/17 234/4
235/3
confidence [12] 92/1 93/5 125/18
167/12 167/23 168/10 170/23 211/5
216/11 217/8 217/13 217/18
confident [2] 91/14 217/9
confirm [4] 52/17 162/21 201/21 227/14
confirmation [1] 188/14
conflict [1] 178/25
confused [2] 229/24 230/6
confusion [1] 230/4
conjecture [4] 66/21 67/6 67/25 196/18
conjecturing [1] 70/8
conjunction [3] 28/5 132/23 135/25
connected [1] 233/14
consents [1] 224/12
consider [1] 212/1
consideration [4] 215/6 217/3 217/11
217/16
considered [3] 213/13 213/15 217/25
considering [2] 37/4 59/24
consistent [2] 70/6 213/24
consistently [2] 71/17 74/6
constantly [1] 30/14
constitute [1] 177/19
construction [4] 57/16 213/18 214/5
221/20
consult [12] 15/22 33/17 37/2 58/20
70/2 98/22 99/2 99/8 100/4 178/1 178/4
178/14
consulted [4] 58/24 59/3 99/16 126/16
consulting [1] 105/22
contact [7] 34/21 35/5 42/5 186/18
186/21 188/11 210/13
contacted [3] 95/12 95/20 96/8
contain [1] 120/15
contained [2] 67/23 118/13
containing [1] 172/20
content [3] 120/5 120/8 128/19
contents [1] 138/12
context [2] 109/18 132/3
Continued [3] 3/1 4/1 5/1
continues [2] 40/22 134/24
continuing [1] 198/20
continuous [2] 12/1 74/17
control [1] 110/3
conveying [1] 119/14
convicted [11] 77/11 78/3 88/13 88/20
89/6 89/23 90/21 99/12 122/4 124/6
217/4
convictions [2] 99/9 99/17
convinced [1] 131/7
coordinated [1] 28/5
coordinating [1] 142/3

copied [8] 118/1 136/11 220/13 220/18
220/25 223/10 223/8 223/21
copies [2] 10/22 224/24
copy [29] 10/17 10/19 10/20 24/14 44/4
47/3 51/17 62/1 65/6 65/14 65/16 75/23
120/21 172/7 172/8 189/6 190/2 193/4
220/15 220/20 221/1 221/9 221/13
221/18 223/8 225/9 225/13 225/16
234/8
copying [1] 222/25
CORD [8] 1/8 115/4 118/3 127/6 136/21
139/14 234/4 235/3
corner [2] 103/23 103/25
corporate [5] 33/21 34/6 34/12 34/16
34/19
correct [129] 8/22 8/25 10/8 11/17
11/22 14/20 15/4 15/8 15/11 19/22
21/12 22/19 22/22 23/17 25/16 26/10
27/3 27/8 27/18 28/10 28/20 32/13
32/15 32/16 33/11 34/13 34/17 41/24
43/6 43/19 44/19 47/11 48/12 51/14
51/23 51/24 52/2 52/20 53/12 53/17
54/4 54/10 54/25 55/4 55/11 55/20
55/21 55/22 56/12 56/21 56/22 57/3
57/14 58/17 62/16 67/1 67/3 67/15
67/18 68/16 69/24 70/9 70/14 70/20
72/8 76/20 77/13 78/10 78/14 79/5
79/16 80/5 80/12 80/18 81/20 82/7 83/5
94/17 95/14 95/21 96/10 106/13 107/20
107/23 111/1 111/7 111/14 111/16
111/21 112/23 112/24 117/16 117/19
118/4 119/16 119/19 128/10 128/14
138/3 151/20 152/4 152/15 154/20
154/21 155/20 157/4 157/9 158/9
158/17 158/20 159/14 160/20 162/23
164/19 166/13 166/21 168/14 168/21
173/9 174/12 176/6 183/16 189/21
192/22 196/25 198/3 203/23 222/5
235/21
corrections [1] 235/21
costs [1] 36/22
could [56] 17/9 43/5 43/8 43/11 44/15
45/6 45/12 48/16 48/18 54/6 54/22 55/1
57/12 57/20 63/24 64/19 67/7 75/1 75/2
78/17 85/3 85/4 85/5 86/6 86/6 95/7
96/3 106/16 109/4 113/15 115/16
124/20 125/20 131/17 131/18 131/21
134/25 155/12 156/11 156/12 156/16
156/18 157/1 157/9 164/10 169/17
185/19 191/13 191/21 196/15 206/7
210/15 210/16 213/15 222/7 223/8
couldn't [3] 108/7 108/13 125/5
counsel [42] 10/6 10/16 15/22 18/4 18/9
18/10 18/12 34/22 35/6 37/3 38/23
38/25 39/12 39/19 52/11 57/19 59/8
60/18 65/10 74/10 85/5 87/25 109/12
109/13 110/9 114/14 117/5 118/7
118/17 118/24 125/2 133/4 147/22
147/23 148/5 148/7 178/1 178/4 208/15
233/12 233/14 234/7
counsel's [17] 37/18 64/21 64/22 96/2
113/16 125/24 125/25 131/5 135/16
136/2 136/9 161/17 164/8 178/9 178/11
180/12 226/18
count [4] 8/19 75/15 95/10 100/17
counties [3] 21/10 48/17 200/9
countries [1] 185/23
country [4] 105/1 105/6 105/10 168/3

county [53] 3/16 3/20 3/21 4/2 4/3 4/12
4/21 4/23 5/3 5/5 5/8 9/5 9/12 13/9
21/15 40/24 42/3 42/22 43/5 43/7 43/10
43/10 47/14 48/15 53/5 53/16 54/3 54/8
54/9 54/24 54/24 55/7 55/14 55/14
55/19 56/2 56/20 57/3 57/6 57/11 57/13
79/11 153/20 169/10 180/1 180/3 180/7
180/9 185/12 194/7 232/4 233/3
couple [3] 226/4 226/15 229/23
course [4] 10/24 15/1 207/12 225/15
court [25] 1/1 4/23 49/2 60/16 69/8
76/10 82/12 86/23 102/24 114/18
119/22 122/6 126/20 139/2 144/16
146/22 151/11 157/19 158/1 158/3
158/6 158/12 159/6 172/2 234/12
court's [2] 158/8 159/2
courts [1] 179/5
cover [3] 24/23 65/11 222/22
covered [5] 13/24 14/3 57/18 168/19
215/10
crazy [3] 102/3 102/7 102/11
CRC [4] 1/20 232/15 233/21 234/16
create [6] 62/10 63/16 64/11 184/1
184/4 211/4
created [5] 36/24 62/8 64/9 87/14
224/15
creating [3] 59/1 129/11 184/15
credited [2] 157/19 158/1
Crime [1] 170/10
Crimes [22] 7/4 23/2 23/6 24/25 25/4
31/13 31/16 31/19 41/5 49/11 49/24
50/5 50/23 57/18 58/8 64/24 135/17
161/18 180/12 190/23 211/13 226/18
criminal [3] 132/7 222/21 230/18
criminally [1] 222/8
critical [2] 158/19 210/17
crop [1] 188/21
cross [6] 105/1 105/6 105/9 182/15
228/15 229/19
CRR [4] 1/20 232/15 233/21 234/16
crucial [1] 210/16
cryptic [1] 145/19
Cuderman [3] 139/17 139/19 140/4
current [6] 11/5 19/3 19/10 27/21 32/23
201/15
currently [8] 11/7 23/18 25/20 29/14
38/17 48/2 55/16 204/19
custody [3] 172/19 173/22 176/12
cut [1] 184/12
cv [5] 1/3 1/3 1/4 234/5 235/4
cycle [15] 76/19 76/22 77/19 82/4
150/12 151/9 197/10 197/13 197/16
197/19 197/20 204/17 205/4 206/16
206/19

D

damages [1] 93/13
Darlington [8] 32/3 32/4 33/1 33/4 33/7
39/24 99/23 126/13
data [14] 25/11 26/25 27/21 28/11
28/13 43/11 153/13 153/14 153/15
153/16 153/18 153/18 158/5 158/21
database [17] 25/15 25/18 25/18 25/25
26/2 26/12 26/16 26/24 27/1 30/6
38/14 38/15 38/16 177/18 200/13
200/13
date [29] 24/1 25/22 40/19 40/21 68/18
68/23 100/24 101/9 109/20 109/21

date... [19]  130/6 130/8 130/11 130/15
  133/11 133/13 138/1 141/6 141/8
  151/21 184/7 185/12 190/13 194/8
  205/7 205/8 208/4 215/2 234/9
date/time [1]  40/19
dated [7]  49/12 65/22 137/25 158/12
  200/25 233/17 235/23
David [1]  148/6
Davis [1]  147/21
day [20]  51/25 52/18 78/22 78/24 79/4
  102/14 128/25 139/10 145/11 209/12
  209/12 209/24 209/25 210/5 210/5
  212/11 214/23 215/4 215/17 235/23
days [36]  52/4 53/5 53/6 56/3 78/13
  78/13 78/13 100/6 100/6 100/6 100/8
  100/11 100/13 101/8 101/22 101/23
  102/3 102/4 102/11 102/15 102/18
  137/25 199/14 199/17 208/13 208/13
  208/19 208/19 209/15 210/18 210/19
  212/16 215/3 215/3 215/16 234/11
DC [2]  2/8 2/13
de [4]  3/10 63/15 126/3 148/4
deactivate [1]  206/2
deactivated [1]  206/11
deadline [6]  100/4 102/15 153/17
  209/13 210/1 214/23
deadlines [2]  208/10 212/14
dealing [1]  35/6
Dear [1]  234/7
decide [5]  98/20 123/12 158/23 158/24
  171/21
decided [1]  124/17
decides [1]  208/4
decision [7]  123/20 158/8 158/16
  159/12 193/6 196/19 217/5
decisions [2]  159/8 159/17
declare [1]  235/19
decrease [3]  154/7 154/10 156/2
dedicated [1]  95/4 219/10
DEFENDANT [2]  3/2 3/11
Defendants [1]  1/10
defense [1]  195/13
Define [1]  60/8
defined [1]  134/25
defines [1]  201/21
definitely [3]  90/4 160/10 199/1
definition [5]  173/13 173/16 174/12
  174/25 218/20
definitions [1]  172/14
degree [2]  222/4 223/13
Deland [1]  5/10
delay [1]  9/12
delays [1]  214/25
deliver [3]  53/24 164/24 208/12
delivered [8]  26/13 42/6 42/21 43/1
  45/16 53/3 56/4 213/7
delivering [1]  215/7
delivers [1]  20/16
delivery [7]  125/17 170/3 208/9 210/22
  212/13 226/14 227/7
Democratic [1]  160/8
Democrats [1]  160/19
demographic [2]  171/7 171/10
DEMOS [1]  2/22
demos.org [1]  2/24
department [48]  3/8 7/3 11/6 16/6 17/12
  18/5 18/5 18/12 25/15 27/13 28/1 31/20

34/6 34/13 36/9 36/16 36/20 37/2 37/6
  37/10 49/11 50/1 58/10 58/14 61/14
  61/15 65/25 72/20 84/8 84/9 89/18 90/1
  90/10 90/11 90/12 96/1 114/1 119/5
  123/16 136/9 147/15 148/8 151/17
  156/13 164/9 181/13 203/24 208/6
Department's [2]  58/19 131/1
depend [1]  84/24
dependent [1]  212/4
depending [1]  44/16
depends [5]  16/17 21/20 187/17 224/4
  224/6
deposed [5]  8/17 34/14 35/1 40/3 40/8
deposition [18]  1/12 9/6 9/7 9/9 10/24
  15/7 38/9 38/11 38/22 39/8 39/11 39/14
  39/17 40/1 119/8 182/13 233/7 234/5
depositions [3]  8/24 10/21 39/22
depriving [1]  95/2
deputy [6]  15/9 15/10 32/8 32/9 32/11
  147/23
DeSantis [1]  140/2
described [2]  164/22 168/1
DESCRIPTION [1]  7/2
designated [1]  200/7
desk [1]  145/22
detail [1]  152/19
detailed [1]  154/4
details [1]  41/7
deter [1]  94/14
determination [4]  136/6 161/22 163/4
  216/3
determinations [2]  163/23 163/23
determine [1]  57/19
determining [1]  25/6
deterrent [2]  71/20 135/1
deterring [1]  94/3
developed [1]  63/19
development [3]  16/1 174/20 174/24
DEVONA [1]  4/5
DHSMV [1]  156/15
did [135]  17/11 17/21 18/1 18/6 18/12
  18/13 30/25 35/8 35/13 35/18 35/23
  36/3 36/6 37/2 38/8 38/10 38/13 38/18
  38/21 38/24 39/2 39/5 39/7 39/10 39/16
  40/4 43/14 45/5 47/8 49/14 49/20 57/25
  58/20 59/18 60/20 64/25 65/6 65/9 70/2
  70/23 71/6 72/5 72/22 84/10 84/19 85/6
  85/13 85/13 89/4 89/14 90/10 90/11
  92/6 93/20 94/10 97/2 97/8 98/6 98/12
  98/12 98/22 99/2 99/8 100/3 101/23
  102/14 106/19 106/21 108/21 109/11
  112/13 112/25 113/7 114/13 119/3
  120/14 120/16 123/4 123/25 124/8
  124/14 128/9 130/13 134/10 135/2
  135/2 135/8 136/13 136/25 137/3 137/5
  137/8 138/12 138/17 140/5 140/7 140/8
  140/11 140/18 141/18 142/7 142/12
  142/17 142/19 142/24 143/11 143/19
  144/1 149/25 157/23 159/8 159/18
  159/23 165/12 173/12 173/15 177/11
  178/1 178/4 179/22 180/2 180/22
  184/12 184/20 185/4 189/4 193/8 204/6
  205/5 206/8 207/7 207/21 230/1 233/6
  234/8
didn't [18]  14/18 35/19 45/10 46/10
  113/3 121/16 128/8 133/2 134/18
  150/23 178/14 181/19 184/10 188/22
  201/15 211/7 214/15 216/23

die [1]  193/19
differ [1]  196/20
difference [4]  95/7 155/3 209/11 209/23
different [13]  36/20 43/9 43/10 105/25
  108/15 128/19 129/16 141/21 147/13
  147/14 155/8 174/12 187/1
difficult [1]  47/9
digital [1]  177/22
diligence [1]  197/12
direct [5]  8/11 98/10 118/17 139/24
  143/4
directed [1]  47/6
direction [2]  96/5 96/16
directly [10]  15/14 16/10 28/9 32/6
  45/16 48/1 48/11 108/1 143/15 191/17
director [36]  8/13 11/7 12/4 14/17 17/11
  17/13 19/4 29/12 30/9 30/20 31/2 31/7
  32/1 32/18 33/1 33/16 39/13 42/13 59/9
  60/22 61/13 66/2 85/5 85/4 112/18
  117/10 117/15 117/19 118/15 126/5
  126/9 140/2 143/5 148/19 148/22
  178/21
director's [9]  12/15 12/16 13/20 13/23
  17/25 28/6 29/11 30/11 63/11
disclaimer [2]  53/11 53/13
disclosed [1]  219/25
Discover [1]  182/1
discovery [2]  65/10 133/1
discretion [9]  162/8 162/22 163/2 163/9
  163/11 163/22 164/3 164/14 164/18
discretionary [1]  163/23
discuss [7]  40/4 114/14 136/13 138/12
  149/3 196/24 197/2
discussed [10]  10/21 60/23 84/14 84/16
  137/13 137/23 138/5 148/25 149/14
  208/10
discusses [1]  197/4
discussing [3]  95/25 124/19 197/7
discussion [17]  66/3 70/18 82/22 83/10
  92/24 93/2 98/12 99/19 99/21 99/24
  100/1 114/20 124/18 125/14 147/10
  149/21 149/22
discussions [19]  83/11 84/20 84/23
  85/10 85/12 85/15 87/15 91/8 96/18
  96/19 98/24 123/14 124/16 125/23
  128/3 135/5 136/22 136/23 138/17
disproportionately [1]  159/4
dispute [1]  68/20
distributing [1]  172/21
district [6]  1/1 1/1 157/19 158/1 158/8
  209/5
districts [1]  101/21
division [95]  1/2 11/8 11/11 11/13 12/4
  12/5 12/22 14/12 14/15 15/17 15/18
  16/4 16/7 17/10 19/3 19/19 20/17 30/8
  30/19 31/1 31/2 31/7 31/23 33/22 37/16
  42/23 45/6 45/12 45/17 48/1 48/19
  49/18 50/24 53/4 54/14 55/5 55/6 55/18
  56/1 56/19 61/12 63/19 72/20 73/6 75/9
  77/3 85/3 88/25 89/16 89/18 92/5 92/6
  93/8 96/1 117/9 117/15 117/18 118/15
  123/24 124/15 132/8 146/11 148/19
  149/3 151/25 153/5 153/13 158/19
  160/11 161/1 164/1 167/17 169/1 169/5
  171/7 171/10 173/8 173/11 173/15
  174/10 177/1 178/1 178/4 178/14
  178/21 180/2 180/22 183/25 184/3
  189/22 196/1 201/21 203/5 203/11

division... [1] 214/9
division's [3] 30/7 174/15 226/7
divisions [2] 16/5 123/5
DIXIE [1] 4/17
DMV [1] 155/13
do [246]
doable [1] 109/1
document [47] 42/12 49/2 49/7 50/7
52/9 60/16 65/11 69/8 69/9 73/9 82/15
82/17 86/21 87/4 87/8 87/10 87/12
87/21 89/9 103/5 103/22 106/18 110/7
110/10 110/11 110/17 114/17 114/24
118/19 126/19 127/21 127/22 130/7
132/10 132/18 132/22 132/24 132/25
133/6 133/8 133/19 133/21 151/11
171/25 181/8 181/16 220/22
documentations [1] 39/20
documented [1] 106/22
documents [4] 39/16 114/14 133/2
133/14
does [76] 14/15 15/13 15/16 16/2 16/3
20/12 21/18 24/12 27/23 30/18 31/19
32/4 32/6 33/16 36/9 37/6 43/23 47/14
50/20 61/11 64/5 65/24 65/24 76/8
100/19 101/21 105/18 122/2 152/17
154/14 162/7 162/12 162/22 169/1
169/10 171/7 171/10 172/9 172/21
176/18 176/20 177/3 177/18 178/22
180/18 183/3 183/5 183/25 186/6
186/17 186/21 192/24 193/2 194/16
197/2 197/9 199/16 200/2 202/11
202/12 202/12 209/10 209/23 210/13
212/1 214/23 216/15 216/19 217/12
218/6 219/4 220/2 221/15 222/3 224/2
234/10
doesn't [31] 24/3 33/10 42/8 66/19
77/15 79/8 86/17 90/8 98/3 100/18
121/23 126/16 127/10 160/11 170/12
170/12 171/15 176/17 180/16 187/24
200/22 201/8 201/8 201/19 202/10
209/2 211/24 215/17 221/16 222/23
222/24
doing [12] 25/5 37/17 41/7 45/19 45/20
55/13 135/10 156/12 169/25 170/2
180/6 208/5
dollar [2] 56/8 56/9
dollars [1] 79/3
don't [159] 9/3 13/1 18/21 22/11 33/10
33/12 33/25 37/8 41/6 45/25 48/14
48/19 52/22 57/7 65/12 67/12 68/2 68/3
68/17 68/17 69/3 70/4 70/13 70/15
70/18 70/21 72/8 72/9 72/16 73/9 73/18
80/23 85/18 89/9 90/2 90/2 90/14 90/16
91/4 93/22 93/24 94/12 94/16 94/25
95/2 97/2 97/11 98/9 98/15 99/5 99/25
100/1 101/25 102/17 106/14 106/22
108/9 108/19 109/3 109/8 109/9 109/22
115/15 117/6 118/13 118/20 118/24
119/1 120/7 120/17 121/8 121/13
121/21 121/24 124/3 124/25 126/13
126/16 129/23 130/15 131/4 131/17
131/20 134/8 134/12 134/16 134/18
135/5 135/6 135/10 135/15 136/4 136/4
136/12 136/14 136/16 137/15 138/1
138/15 138/25 139/24 139/24 140/7
140/8 140/8 140/19 141/8 143/4 143/10
153/9 156/11 159/17 160/4 160/4 160/5

164/6 167/3 167/4 169/3 170/19 171/23
172/4 173/16 173/24 176/3 180/3
180/13 186/8 187/6 188/4 188/13 191/7
193/2 193/24 194/24 194/25 195/2
196/12 203/7 204/9 204/14 208/8
211/11 211/19 214/10 214/19 219/22
219/24 220/5 221/6 221/6 223/4 224/14
225/3 225/4 227/24 228/23 229/3 229/4
done [15] 26/4 61/20 64/15 109/2
135/22 146/17 149/19 156/15 157/16
158/4 161/1 181/3 225/22 227/12 228/3
door [1] 21/24
DOS [1] 7/12
dos.myflorida.com [1] 3/10
doubt [1] 152/3
down [15] 69/19 93/9 103/21 115/2
121/7 172/14 183/13 185/9 185/16
188/21 220/20 221/9 223/8 224/19
225/16
draft [4] 87/16 88/7 89/5 93/23
drafted [1] 89/11
drafting [3] 49/21 85/25 89/10
dramatic [2] 155/4 156/8
drastic [3] 79/22 81/3 81/6
drastically [1] 78/16
drawn [2] 74/15 74/18
drew [1] 74/2
dreynoldsperez [1] 4/5
drive [3] 55/14 100/14 192/18
driven [1] 91/24
driver's [1] 218/8
driving [1] 176/20
drop [6] 48/22 48/24 51/17 154/24
156/9 185/3
dropped [2] 60/2 61/1
dropping [3] 69/4 86/22 126/18
DS126 [1] 24/11
DSDE119 [1] 202/14
DSDE1194 [2] 7/14 199/21
DSDE126 [1] 44/19
DSDE148 [4] 23/11 23/16 44/19 64/15
DSDE26 [1] 44/3
due [2] 171/21 214/24
duly [3] 8/9 77/24 232/7
during [35] 23/15 30/19 40/5 66/25 67/4
67/22 73/7 73/12 73/23 74/22 74/22
84/17 84/17 90/4 96/10 99/13 100/3
112/8 113/9 113/14 116/19 124/16
135/21 135/23 137/3 137/14 140/6
142/12 149/14 174/13 174/19 188/5
195/16 206/7 207/12
duties [6] 12/3 13/17 16/8 17/19 19/7
170/13
duty [1] 47/17
DuVAL [1] 3/23
dying [1] 193/14

E
e-mail [84] 7/5 7/6 7/8 7/8 7/10 7/10
7/11 25/23 61/2 61/8 61/8 62/2 62/6
65/7 65/14 65/19 65/21 66/17 66/18
68/1 81/17 82/17 82/19 83/8 87/5 104/3
104/13 104/15 104/17 104/24 106/24
107/1 107/2 107/4 108/10 108/15
108/20 109/6 109/11 109/19 110/17
111/7 111/9 115/3 115/9 115/13 115/24
116/17 116/21 117/2 117/11 117/14
117/16 117/18 119/20 119/24 120/3

120/4 127/2 127/3 133/11 133/16
138/8 138/13 138/14 139/8 139/11
139/14 139/18 144/21 145/1 169/19
181/11 205/7 207/4 207/8 208/2 221/2
225/10
e-mailed [3] 86/19 117/8 145/23
e-mailing [1] 107/6
e-mails [7] 115/16 119/13 120/7 120/11
122/15 145/19 207/15
each [26] 9/10 9/17 10/22 28/17 33/12
52/12 55/25 56/16 76/19 77/9 78/1
78/24 79/3 79/4 88/20 137/7 147/21
153/22 165/6 165/6 165/17 165/18
165/25 166/5 204/16 229/6
earlier [21] 15/7 35/20 65/8 112/9
119/21 121/25 138/11 161/3 165/5
165/16 167/10 170/14 171/6 175/19
187/20 197/7 208/11 210/23 213/17
215/20 227/13
early [2] 140/21 204/20
easier [3] 11/1 172/10 206/2
easily [1] 106/16
East [2] 3/17 5/4
eboettcher [1] 2/14
Education [1] 182/20
effect [7] 190/6 190/8 190/14 201/4
207/20 230/11 230/14
effective [2] 190/11 201/20
effectively [3] 45/6 45/12 206/12
efficiencies [1] 30/15
effort [1] 97/12 131/13 137/6
efforts [3] 99/4 99/10 99/18
either [8] 25/2 44/18 112/17 113/4
138/22 205/6 224/25 230/12
ekonor [1] 2/24
Elaborate [1] 25/12
elaborated [1] 164/7
elaborates [1] 187/7
election [70] 12/7 12/11 12/24 13/8 13/9
17/2 21/23 22/1 22/1 22/1 22/2 22/2
22/7 23/2 23/6 24/24 25/4 27/25 28/2
28/8 28/15 28/17 28/20 28/22 29/1
31/13 31/16 31/19 34/4 36/10 36/10
37/7 37/15 37/22 38/6 41/5 50/4 50/23
57/18 58/8 63/5 64/24 68/6 76/22 77/19
79/6 83/4 87/17 95/7 105/17 120/4
150/6 150/10 150/21 151/3 153/22
153/22 153/23 197/10 197/13 197/16
204/17 206/16 206/19 209/1 209/4
209/18 211/13 216/25 226/18
elections [71] 5/3 11/8 11/13 12/5 16/4
16/7 19/20 20/19 21/3 23/4 23/8 31/23
42/8 42/22 44/1 44/2 45/18 47/23 48/1
48/12 49/18 50/25 53/4 54/15 55/2
55/15 55/18 56/2 56/20 61/12 64/8 79/8
92/4 92/5 93/7 93/8 115/7 115/10
115/17 116/2 116/9 116/10 116/22
126/10 128/12 135/17 151/25
160/11 161/18 167/17 167/18 168/8
169/5 170/10 177/1 177/1 178/22
180/11 184/1 190/23 196/1 196/1
208/22 209/3 213/4 213/14 214/9
214/16 214/21 217/14
electoral [2] 170/24 217/2
electronic [1] 77/3
electronically [2] 44/6 173/2
ELIAS [1] 2/7

**E**

elias.law [1]  2/10
elicits [1]  20/9
ELLEN [3]  2/14 182/12 182/18
else [20]  10/10 14/2 22/24 38/21 39/7
40/4 40/7 54/17 97/15 165/13 169/19
169/25 186/24 187/16 188/4 191/12
191/13 191/22 205/18 221/21
elsewhere [1]  87/22
email [2]  234/13 235/23
embedded [1]  181/23
employ [1]  169/1
employed [8]  171/15 196/20 200/15
202/2 202/5 202/17 204/1 204/3
employee [5]  11/21 140/5 199/15
233/12 233/13
employees [6]  14/11 29/2 29/7 31/1
201/22 202/4
employment [2]  11/19 169/11
empowers [2]  57/23 187/22
enact [1]  175/13
enacted [7]  35/15 35/21 42/17 58/14
59/4 62/11 146/8
enactment [8]  36/24 70/23 71/4 72/25
146/2 150/4 150/8 204/6
enacts [1]  175/11
encouraging [1]  71/20
end [8]  22/13 27/21 27/22 88/12 104/23
116/4 117/16 182/13
ending [3]  103/22 107/1 127/21
ends [2]  123/21 127/19
enforce [7]  45/7 45/13 47/9 161/8
161/22 162/18 162/18
enforced [1]  166/9
enforcement [3]  40/12 162/16 166/16
enforcing [4]  58/10 58/15 162/8 162/22
engage [2]  16/3 20/2
engaged [3]  83/11 179/14 179/18
engages [1]  19/21
engaging [1]  76/25
engrossed [4]  7/5 69/12 75/25 76/4
enhance [4]  89/19 90/17 124/20 125/16
enhanced [1]  214/3
enhancements [1]  136/24
enhancing [1]  217/16
enough [4]  36/7 187/4 187/12 194/5
enrolled [5]  7/6 76/7 76/8 76/13 148/23
ensure [11]  15/19 93/4 93/5 94/14
94/23 100/14 125/16 171/5 192/23
205/9 217/20
ensures [3]  16/7 55/13 100/21
ensuring [6]  14/8 55/8 95/5 170/21
208/11 217/2
entail [1]  184/20
enter [4]  20/20 30/5 41/11 235/2
entered [1]  26/2
entering [1]  26/25
entire [2]  31/6 95/4
entities [5]  25/19 25/19 35/24 45/17
204/22
entitled [2]  133/12 175/4
entity [10]  20/24 25/5 26/1 46/5 46/9
56/18 65/5 80/22 161/19 162/11 166/4
166/17 187/13 213/22
entrust [1]  189/4
entrusted [3]  74/8 188/2 189/1
entrusting [2]  169/21 195/23
envelope [1]  21/5

envelopes [1]  174/3
equally [1]  211/15
equipment [1]  13/6
errata [2]  234/9 234/20
ESQUIRE [23]  2/5 2/9 2/14 2/15 2/16
2/20 2/24 3/5 3/6 3/10 3/14 3/19 3/23
4/5 4/10 4/15 4/20 4/24 5/5 5/6 5/11
5/15 234/2
essentially [3]  12/10 57/3 64/2
ESTEE [1]  2/24
estimate [1]  75/18
et [11]  1/6 1/9 7/8 7/8 7/10 7/10 7/11
234/4 234/5 235/3 235/4
ethnicity [1]  160/23
evaluate [1]  30/14
even [12]  43/8 43/8 101/4 101/13
102/20 125/20 132/13 168/4 171/15
174/24 177/14 207/23
evening [1]  115/25
events [1]  173/24
ever [7]  33/16 44/13 179/22 180/2
180/23 204/11 214/19
every [8]  22/5 64/12 101/15 157/20
157/21 197/10 198/16 206/11
everybody [3]  131/19 189/8 205/2
everyone [1]  51/18
evidence [5]  57/24 157/19 158/1 170/4
170/25
exact [1]  53/14 68/18 143/10
exactly [5]  94/16 100/1 124/3 125/4
186/10
EXAMINATION [4]  8/11 182/15 228/15
229/19
Examining [2]  42/12 220/21
example [4]  143/9 153/13 222/10
222/22
examples [3]  190/17 218/17 223/19
Excel [1]  127/15
exception [1]  224/14
excess [1]  201/1
exchange [2]  105/11 188/14
excluding [2]  192/11 216/24
Excuse [2]  28/7 191/6
excused [1]  230/22
executive [9]  73/4 86/7 86/14 96/12
98/1 112/3 113/24 141/22 144/7
exercise [3]  163/22 164/3 173/22
exercising [4]  172/19 173/22 176/11
176/13
exhaustive [1]  218/11
exhibit [65]  49/2 49/3 52/5 60/3 60/4
60/17 60/19 60/23 61/1 61/2 69/5 69/6
69/9 76/2 76/11 82/10 82/11 82/12
82/13 86/23 86/24 87/1 102/22 102/23
102/25 102/25 103/3 110/8 110/14
110/16 114/19 114/21 122/7 122/9
122/10 126/21 126/22 139/1 139/3
139/3 139/5 144/17 144/18 146/14
146/23 146/23 147/1 151/12 151/14
172/3 172/3 172/4 183/9 185/1 185/5
196/23 199/7 199/11 199/11 199/21
199/23 199/24 202/8 212/18 218/22
Exhibit 1 [1]  49/2
Exhibit 10 [1]  114/19
Exhibit 11 [1]  122/7
Exhibit 12 [1]  122/9
Exhibit 13 [1]  126/21
Exhibit 14 [2]  139/1 139/3

Exhibit 15 [1]  144/17
Exhibit 16 [2]  146/23 172/3
Exhibit 17 [1]  151/12
Exhibit 18 [2]  172/3 202/8
Exhibit 19 [1]  185/1
Exhibit 2 [2]  60/23 61/1
Exhibit 20 [1]  199/11
Exhibit 21 [2]  199/21 199/23
Exhibit 3 [3]  60/3 60/17 61/2
Exhibit 4 [2]  69/5 69/9
Exhibit 5 [5]  76/11 183/9 196/23 212/18
218/2
Exhibit 6 [2]  82/10 82/12
Exhibit 7 [1]  86/24
Exhibit 8 [2]  102/23 102/25
Exhibit 9 [2]  110/8 110/16
EXHIBITS [1]  7/1
exist [1]  121/13
existed [2]  19/1 178/18
existing [3]  58/15 121/12 178/18
expect [2]  149/25 185/25
expectation [1]  35/23
expected [2]  113/23 120/9
expecting [1]  115/13
expedites [1]  55/15
experience [4]  11/4 84/13 86/9 91/11
expire [2]  197/12 206/15
EXPIRES [1]  232/17
expiring [1]  78/8
explain [3]  59/14 63/17 198/5
explains [2]  50/9 156/8
express [1]  98/7
expressed [2]  92/20 92/25
ext [1]  2/13
extensive [1]  186/11
extent [5]  33/18 41/17 49/19 70/10
99/20
external [2]  65/5 140/11
externally [1]  140/9
extra [2]  9/10 102/4
extract [2]  225/12 225/15
eyes [1]  52/25

**F**

face [4]  166/10 166/19 166/20 167/4
facilitate [1]  87/14
facilitating [1]  173/1
facing [2]  26/3 26/18 200/13
fact [9]  70/5 86/16 90/21 156/23 167/6
168/6 213/13 215/14 219/23
factors [1]  156/12
facts [1]  224/6
factual [1]  159/2
failing [1]  204/12
failure [4]  93/17 163/16 163/18 164/23
fair [6]  9/23 34/3 48/10 105/18 113/11
154/23
fairly [2]  113/19 159/12
fall [5]  83/23 84/17 97/20 140/20 142/6
falls [1]  215/4
false [2]  194/17 194/21
familiar [4]  9/4 31/12 49/10 151/8
FAQs [1]  63/25
far [4]  29/20 32/7 157/14 159/13
fast [3]  105/3 105/7 224/5
fast-tracked [1]  224/5
fear [1]  196/6
February [15]  1/13 49/12 82/18 83/12

**F**

February... [11]  86/19 87/18 104/14
128/6 128/20 232/7 232/10 233/17
233/23 234/6 235/5
February 15 [1]  49/12
February 20 [1]  83/12
February 20th [1]  87/18
federal [7]  22/2 22/3 79/7 111/3 209/2
209/18 234/11
FEDERATION [4]  2/17 228/5 228/19
228/20
fee [1]  70/8
feel [1]  222/7
feeling [1]  217/9
feels [1]  109/1
felon [7]  88/13 88/20 89/6 89/24 90/21
122/4 130/4
felonies [3]  77/11 78/4 217/4
felons [6]  99/12 124/6 129/25 130/14
130/21 217/4
felony [4]  99/9 99/17 222/4 223/14
felt [3]  96/2 174/10 194/10
FERGUSON [2]  2/16 182/22
few [6]  9/3 87/9 182/5 182/12 225/24
227/1
fiduciary [1]  47/17
fields [1]  24/17 24/17 24/17
figure [3]  94/15 94/16 94/17
figures [1]  154/6
file [5]  20/2 36/2 61/17 133/6 172/1
filed [18]  20/23 23/1 33/19 34/4 35/8
35/9 35/12 35/14 36/8 49/13 51/20
193/3 226/8 226/8 226/17 227/10
227/18 234/12
filing [2]  36/4 227/4
fill [4]  24/16 29/19 172/25 234/9
filled [3]  100/23 176/21 177/3
filling [1]  186/14
final [1]  158/11
finance [1]  13/3
financial [1]  81/6
financially [1]  233/15
find [8]  40/24 43/23 47/9 83/7 113/5
199/5 207/2 207/7
finding [1]  158/7 159/3 199/5
fine [46]  55/25 56/9 56/9 56/15 56/23
56/24 57/2 57/13 57/16 58/3 64/17
64/20 69/20 69/22 70/3 70/12 70/19
71/19 79/10 79/14 79/18 81/2 81/5 94/7
129/12 130/2 130/22 134/22 134/24
134/25 135/8 136/1 162/12 163/2 163/5
164/13 212/25 213/9 213/16 213/21
214/1 214/2 214/3 214/6 214/8 214/11
fined [4]  204/12 214/14 214/15 214/20
fines [24]  55/24 68/25 78/17 78/20
79/22 80/2 80/5 80/7 95/1 98/23 132/7
135/15 137/9 161/16 162/19 162/25
163/16 164/3 164/10 164/22 211/15
211/19 211/22 212/3
fining [1]  56/25
FIRM [1]  5/13
first [26]  8/9 22/17 50/8 75/25 88/12
91/7 95/12 104/16 105/12 105/21
105/25 120/14 120/17 121/15 127/19
128/5 128/5 128/7 147/18 174/15 175/1
183/18 185/17 185/21 186/1 186/15
Fiscal [3]  12/13 13/19 13/24
fit [2]  31/20 218/13

five [12]  12/10 18/22 48/17 51/3 80/11
105/18 118/11 153/3 161/23 190/8
190/14 190/16
five-minute [3]  51/3 144/11 161/25
FL [14]  2/4 2/19 3/4 3/9 3/13 3/18 3/22
4/4 4/9 4/14 4/23 5/4 5/10 5/14
flagged [1]  64/2
Flagler [1]  2/19
flesh [1]  195/15
floating [1]  133/14
floor [3]  2/22 5/4 138/23
FLORIDA [37]  1/1 1/5 1/9 1/17 3/8 4/19
7/3 8/21 10/18 10/18 13/13 18/14 43/12
49/10 50/10 51/13 51/22 68/15 76/3
80/18 111/4 152/6 152/9 172/18 182/19
182/20 218/8 218/9 226/3 226/10
226/14 228/18 232/3 233/2 233/22
234/4 235/3
flow [1]  127/1
fmari [1]  3/19
focus [2]  96/16 150/2
focusing [1]  221/5
folks [2]  217/19 219/24
follow [13]  80/25 81/4 130/19 131/3
131/3 131/10 131/10 131/12 131/20
132/1 141/14 179/5 179/10
follow-up [9]  130/19 131/3 131/3 131/10
131/10 131/12 131/20 132/1 141/14
followed [2]  161/2 179/3
following [12]  8/1 27/21 28/17 47/13
50/16 66/7 73/16 77/3 77/22 118/4
182/25 234/9
follows [1]  8/10
forbusinessandlife.com [1]  4/15
force [1]  163/18 164/25 178/23
foregoing [2]  233/8 235/19
form [109]  7/13 7/14 20/8 20/9 22/9
22/25 22/25 23/10 23/12 23/18 23/19
23/20 23/25 24/10 24/16 24/18 24/23
34/7 34/23 37/23 44/2 44/4 44/11 44/24
45/1 46/2 46/19 46/21 47/12 48/13
50/22 66/6 66/16 71/24 72/15 73/20
78/19 79/24 80/6 80/13 80/21 94/18
101/3 102/5 125/9 145/20 155/6 157/5
157/15 159/15 160/3 160/13 164/16
164/20 166/3 166/19 166/20 167/5
168/15 174/5 176/7 180/10 180/10
180/14 180/15 180/16 181/17 184/22
184/22 184/24 185/1 187/2 190/20
190/21 190/22 190/22 193/23 195/7
195/21 196/8 196/17 199/22 200/3
200/5 200/25 201/3 201/7 202/14
203/23 204/3 206/5 208/15 209/14
211/18 212/25 214/25 215/1 218/15
220/4 220/9 220/11 221/19 222/11
224/22 225/2 225/17 226/5 230/9
230/13
format [1]  77/3
formerly [1]  44/3
forms [17]  10/20 10/23 20/23 24/8
30/23 38/13 44/11 63/25 161/5 176/21
177/4 184/17 189/20 189/23 215/22
219/23 219/23
Fort [2]  4/4 4/9
forth [3]  95/23 128/3 141/14
forward [6]  11/14 23/5 96/13 98/2
137/18 144/23
forwarding [1]  145/1

forwards [2]  21/9 115/9
found [6]  68/9 135/11 135/12 162/19
163/1 207/10
four [8]  17/9 75/18 100/11 101/22 102/3
102/4 105/16 210/18
fourth [1]  129/19
fowl [1]  43/18
frame [7]  47/15 53/24 82/1 95/18 132/4
198/25 210/4
framework [1]  89/20
FRANK [1]  3/19
frankly [2]  129/23 208/22
fraud [15]  90/18 91/13 92/1 93/5 125/17
167/11 170/22 191/1 195/5 211/5
216/11 226/3 226/11 226/11 229/14
fraudulent [1]  222/18
fraudulently [1]  195/11
FREDERICK [1]  2/5
free [1]  221/9
freestanding [1]  12/20
Friday [2]  107/2 139/9
Fritz [4]  8/14 133/7 144/10 230/24
front [3]  37/9 44/5 229/3
full [1]  195/20
fully [1]  119/4
function [1]  118/9
functional [1]  209/10
Fund [1]  182/20
funding [1]  36/16
further [16]  41/20 50/13 77/16 90/18
95/13 95/20 96/9 138/17 150/15 174/16
175/13 186/7 186/8 187/7 230/21
233/11
fwermuth [1]  2/5

**G**

GA [4]  1/20 232/15 233/21 234/16
Gainesville [1]  3/22
game [1]  113/11
Gardens [1]  4/14
gather [2]  70/10 112/12
geared [1]  170/21
Gehres [1]  148/13
general [29]  3/12 12/3 18/4 18/9 18/10
18/12 28/20 76/22 117/5 125/1 125/24
125/25 136/2 136/9 147/22 147/23
148/5 148/7 162/16 163/10 163/11
164/8 178/11 197/10 197/13 197/16
204/16 206/16 206/18
generally [3]  22/5 83/6 152/12
generated [1]  29/1
generic [1]  63/7
GERALDO [1]  4/10
germinate [1]  119/4
get [39]  11/3 21/2 21/23 23/20 25/3
41/20 45/15 46/10 53/1 55/11 55/12
55/14 92/3 93/6 101/4 101/4 101/15
102/18 113/4 115/15 125/22 125/22
136/3 153/15 154/2 172/11 176/15
181/19 184/12 188/20 188/22 209/7
210/3 211/7 215/17 216/13 216/14
222/2 224/3
gets [14]  27/1 41/6 43/16 43/17 95/6
100/16 101/1 101/14 106/1 153/21
177/13 206/11 215/15 215/15
getting [12]  20/11 22/12 65/16 67/6 74/7
100/20 123/21 149/9 192/13 208/18
214/25 224/7

give [13]  8/3 9/18 53/11 57/25 75/19
96/14 125/18 133/15 143/9 145/6
145/21 193/25 226/9
given [7]  9/8 10/17 37/14 97/24 131/24
146/10 235/20
gives [3]  98/4 112/7 128/13
giving [2]  20/6 38/5
GLADES [1]  4/7
go [37]  9/2 9/3 20/18 22/13 35/20 41/13
41/20 42/11 54/15 65/20 69/15 82/24
97/24 98/5 100/21 110/12 111/11
111/14 111/22 111/25 116/25 120/10
120/18 124/2 136/2 149/10 155/12
156/24 156/25 157/10 160/13 167/6
175/1 176/16 186/5 196/23 198/23
go-ahead [2]  97/24 98/5
goal [2]  21/21 206/1
goes [6]  21/15 25/3 79/2 185/22 185/24
201/4
going [117]  11/14 16/19 22/4 22/20
35/19 36/25 42/11 44/23 45/15 45/21
46/4 46/5 46/20 47/3 47/22 48/21 48/22
48/24 51/2 51/15 52/21 52/24 53/20
53/20 57/15 58/6 60/12 60/14 60/15
62/6 63/22 66/13 67/9 67/10 67/22 69/2
69/7 72/1 75/16 75/21 75/25 82/9 85/16
85/24 86/20 87/7 95/23 98/1 99/11
102/6 102/22 103/21 105/3 105/16
106/2 108/25 109/18 110/6 112/3
112/11 113/5 113/16 113/17 115/22
120/13 122/6 126/19 129/17 132/7
137/18 138/22 139/1 141/2 141/3 146/7
146/12 153/14 158/24 159/6 162/9
163/6 171/25 172/1 181/2 182/12
182/25 183/13 185/2 187/14 188/6
188/20 188/23 190/2 191/16 191/17
191/23 191/24 193/9 193/13 193/18
194/23 195/3 195/22 195/24 200/10
205/1 206/15 208/5 208/9 211/20
211/22 212/18 214/11 214/12 226/9
227/18 228/22
gone [1]  73/10
good [9]  8/13 105/9 114/4 162/1 182/17
183/7 193/18 208/1 208/2
got [15]  23/21 40/19 55/8 76/3 85/18
98/19 127/1 127/20 136/2 155/11
180/14 194/8 214/20 215/2 229/18
gotten [2]  108/11 115/19
governing [3]  71/6 163/21 164/2
government [3]  140/2 169/15 171/22
Governor [10]  12/2 17/5 17/7 17/8
72/22 98/6 112/3 140/2 142/20 142/25
Governor's [38]  72/23 83/2 86/7 86/11
89/15 98/11 98/13 98/16 98/20 111/14
111/19 112/6 112/11 112/14 112/20
112/25 113/7 113/20 116/13 119/16
119/23 123/14 131/18 132/16 139/23
140/4 141/18 142/2 142/8 142/14
142/21 143/1 143/12 143/14 143/17
144/3 144/4 144/9
governs [2]  178/25 179/1
grab [1]  114/6
grant [1]  13/21
granted [1]  29/19
GRAY [2]  4/18 147/18
Great [3]  183/12 184/8 199/20
green [1]  168/20

grievances [1]  130/20
group [16]  27/4 43/20 24 52/21 92/24
93/1 98/12 104/7 104/16 107/6 131/8
136/18 136/21 147/8 167/25 170/6
groups [1]  211/17
guess [19]  15/6 23/9 23/14 24/6 35/3
43/4 47/6 89/4 116/5 116/18 142/6
162/20 181/19 182/7 198/20 212/12
214/4 220/1 220/7
guide [3]  63/15 63/16 63/18
guidelines [2]  163/21 164/2
guides [1]  161/6
guys [3]  52/12 145/10 161/25

H

had [83]  35/16 38/19 50/25 56/9 57/20
57/21 57/22 70/4 70/5 71/17 72/9 73/2
73/11 74/14 74/15 74/17 74/21 74/24
75/5 82/2 83/17 83/24 88/6 89/12 91/17
91/17 91/25 93/23 93/25 98/15 98/16
98/18 98/25 106/15 106/17 108/11
109/20 109/21 114/13 116/23 116/24
119/13 119/18 121/21 123/9 125/1
125/2 125/13 128/7 128/7 129/20 130/4
131/19 134/9 136/21 140/8 140/10
142/16 142/20 142/24 143/12 143/14
143/16 143/20 144/2 146/8 149/19
158/4 159/20 170/25 174/24 174/25
175/19 176/4 178/19 184/3 184/19
190/12 190/13 197/24 198/2 198/6
201/11
hadn't [2]  66/24 106/10
half [4]  39/4 115/24 116/16 116/21
halfway [1]  93/11
hand [7]  103/23 103/25 183/15 189/12
195/22 195/25 228/4
handed [5]  57/20 123/10 188/15 188/19
191/11
handing [6]  92/2 93/6 125/19 194/2
208/25 216/12
handle [6]  20/1 20/13 20/17 175/19
177/12 215/21
handled [3]  177/10 181/13 194/24
handles [3]  21/9 22/21 136/6
handling [37]  23/7 24/7 24/9 41/15 77/9
78/2 121/10 123/1 134/5 134/10 134/19
165/7 165/18 166/1 166/6 172/15
172/17 172/23 173/18 173/25 175/7
176/14 176/15 176/19 176/20 176/23
177/2 177/6 177/8 177/17 177/20 191/8
205/16 216/4 216/5 230/5 230/6
hands [4]  110/4 123/17 123/18 177/7
happen [3]  59/8 191/20 206/9
happened [4]  59/6 165/3 189/12 207/7
happening [3]  91/9 91/9 156/22
happens [13]  40/14 42/2 86/10 113/20
174/13 197/11 207/2 208/3 219/2
219/15 221/22 221/24 223/25
harassment [2]  196/6 196/12
HARDEE [1]  4/7
harm [1]  43/18
Harrell [1]  110/24
has [75]  12/18 13/7 15/18 26/14 30/7
30/19 33/19 37/25 41/14 48/21 55/25
59/6 60/14 73/10 74/4 74/5 75/13 77/10
78/3 82/20 92/9 103/8 106/4 107/18
109/13 110/7 127/12 132/25 133/19
141/5 143/17 150/4 150/8 151/2 151/10

152/19 153/11 160/25 161/8 161/14
161/14 161/19 161/20 162/15 162/24
163/8 164/10 166/11 167/15 170/8
170/8 175/12 176/20 184/22 185/10
186/11 189/9 189/22 190/6 190/8
198/14 198/14 198/16 203/18 204/11
206/12 207/3 213/11 214/8 217/6
217/18 218/13 219/15 223/20 226/25
hasn't [3]  31/9 166/24 206/3
have [340]
haven't [7]  8/19 48/7 75/15 179/7
190/24 213/13 227/12
having [13]  8/9 64/11 67/17 83/10 92/24
95/10 127/2 143/7 144/8 168/9 177/18
188/10 189/25
Hayes [1]  148/14
he [42]  15/9 15/10 16/17 16/18 16/18
16/20 17/1 18/8 32/6 32/8 33/10 39/25
61/13 61/14 66/18 99/25 100/1 126/11
126/12 126/16 136/23 136/25 136/25
137/2 137/3 137/5 137/8 137/10 137/12
137/14 137/16 137/18 137/20 139/21
148/2 148/5 148/7 148/8 162/24 185/3
196/20 229/25
head [1]  137/18
heading [2]  62/23 63/13
headphones [2]  193/14 193/18
hear [2]  193/16 211/6
heard [2]  137/16 190/24
hearing [2]  162/20 174/19
heels [1]  45/22
hefty [1]  94/17
held [3]  11/9 208/22 209/3
help [6]  39/8 88/4 192/23 192/24 194/16
194/20
helped [2]  39/21 178/10
helping [1]  217/13
hence [1]  146/13
HENDERSON [1]  4/8
HENDRY [1]  4/7
henlaw.com [1]  4/11
her [13]  59/10 59/14 86/3 107/16 109/5
116/9 140/13 140/13 145/6 145/8 145/9
183/24 234/12
here [40]  8/15 19/17 36/7 42/24 52/8
58/3 62/18 63/22 65/20 70/13 76/24
85/1 87/3 92/11 115/2 121/7 122/2
122/13 124/17 127/1 129/3 132/21
134/4 140/24 141/4 150/23 152/24
154/6 158/21 162/9 168/3 168/5 186/24
199/2 199/13 221/23 222/15 223/4
224/8 235/2
here's [3]  65/20 101/20 101/20
hereby [2]  234/18 235/20
hereinafter [1]  8/10
hey [7]  44/25 96/6 96/12 96/19 124/23
187/25 189/4
HH239213 [1]  232/16
Hi [1]  228/17
high [1]  12/25
higher [1]  160/1
highlight [2]  54/11 106/8
highlighted [1]  54/1
Highway [2]  27/13 156/13
HILLSBOROUGH [3]  5/2 5/3 5/3
hillsboroughcounty.org [1]  5/6
him [7]  16/21 33/10 33/14 40/2 61/18
66/19 126/15

his [6]  1/8 17/1 40/1 162/17 183/24 234/12
his/her [1]  234/12
HISPANIC [4]  2/17 228/5 228/19 228/20
historically [1]  48/2
history [6]  59/14 74/15 109/19 120/20 154/1 160/16
hitting [1]  211/20
hold [10]  17/11 51/15 53/19 128/15 184/6 186/24 200/22 220/17 220/21 221/4
holding [4]  88/19 102/19 176/14 176/18
holds [3]  29/14 229/6 229/8
holiday [1]  215/4
HOLMES [1]  4/7
HOLT [1]  4/8
HOLTZMAN [1]  3/3
holtzmanvogel.com [2]  3/7 234/2
home [4]  221/2 221/11 222/9 225/10
honestly [4]  135/15 150/24 195/9 214/7
hook [1]  205/17
hope [1]  114/13
hotlmanvogel.com [1]  3/6
hour [3]  51/3 107/16 107/21
hours [2]  39/4 100/8
House [4]  120/19 121/21 123/8 142/3
houses [1]  154/2
how [76]  8/17 11/9 11/15 14/11 16/13 16/15 18/17 18/21 21/18 21/20 24/6 26/21 29/2 30/14 30/19 31/19 32/21 33/24 38/19 38/24 39/2 41/7 43/23 46/12 46/14 46/15 46/16 48/14 51/6 62/11 63/10 71/21 75/8 75/13 75/17 76/15 84/19 93/3 96/3 98/20 104/19 105/7 105/11 105/23 106/11 111/24 112/25 113/3 114/7 116/13 124/19 125/15 132/6 132/16 136/4 136/5 136/25 142/4 146/7 146/12 147/25 150/2 151/11 158/23 168/10 175/8 186/10 191/7 192/24 194/24 204/25 207/9 212/9 215/10 217/12 224/2
however [3]  33/12 166/7 170/16
HR [1]  169/7
huh [7]  31/8 40/11 48/2 58/19 103/20 131/22 156/4
hundred [3]  56/8 56/9 79/3
Hutson [1]  145/3
hypothetical [1]  229/1
hypotheticals [1]  229/22

I
I'd [1]  198/19
I'm [47]  11/12 23/9 25/12 26/21 30/1 33/25 46/13 54/18 56/13 61/24 62/4 65/14 71/9 75/19 83/6 85/11 90/2 95/15 97/10 97/14 103/10 103/12 105/14 111/22 137/5 140/23 141/7 146/8 149/13 150/7 155/21 158/2 163/14 165/21 169/6 171/9 173/14 186/20 186/24 189/16 192/3 194/18 197/1 199/18 202/20 209/20 216/18
I've [1]  54/1
i.e [1]  204/2
ID [8]  21/14 24/3 41/11 185/13 186/23 189/19 194/9 205/18
idea [12]  35/16 66/13 90/13 90/15 90/16

90/25 91/4 91/6 91/21 116/15 125/5 226/6
ideas [3]  91/9 97/13 137/8
identification [22]  49/3 52/5 60/4 69/6 76/2 82/13 87/1 103/3 110/14 114/22 122/11 126/23 139/6 144/19 147/2 151/15 172/5 185/6 199/8 199/25 218/9 232/11
identified [5]  29/21 84/3 84/5 85/1 185/19
identify [1]  41/9
identity [1]  222/22
if [230]  9/21 9/25 10/2 10/23 11/11 12/22 14/13 15/16 17/23 19/14 20/15 20/22 21/13 21/22 22/23 24/19 25/2 25/23 25/24 28/2 29/11 30/22 31/15 33/13 33/18 34/3 36/13 36/13 37/24 39/14 41/6 41/10 42/10 42/23 43/8 43/9 44/23 45/5 45/10 45/19 45/24 46/5 46/17 46/23 47/2 47/8 47/14 51/7 51/19 53/1 54/11 55/13 57/6 57/12 57/19 59/14 59/22 59/24 60/10 62/18 63/21 64/19 69/19 70/4 72/9 72/18 73/2 73/11 74/23 75/12 75/15 76/7 76/16 78/23 79/14 81/2 81/5 82/1 83/6 85/16 90/6 93/22 93/24 96/13 98/15 98/15 99/25 101/4 101/10 101/13 101/14 101/22 105/9 106/6 106/20 108/14 108/21 109/13 109/14 112/6 113/5 115/2 115/16 115/17 119/8 121/7 121/12 121/24 123/19 125/6 129/23 132/12 132/13 133/7 133/12 133/16 133/25 136/1 137/10 137/15 138/4 138/21 139/23 140/7 141/23 143/23 146/6 146/7 146/8 149/8 150/25 150/25 153/6 156/14 159/19 159/23 159/24 160/24 161/14 161/19 162/14 162/19 163/1 163/1 163/5 163/6 165/22 166/17 166/23 167/1 167/4 168/22 171/19 171/21 174/24 174/25 175/2 175/6 176/23 180/8 182/1 183/9 183/15 185/22 187/23 188/21 189/4 190/21 191/19 191/20 192/12 193/1 193/4 193/7 195/1 195/1 195/2 195/22 196/5 196/9 197/21 198/7 198/9 198/24 199/5 199/12 201/6 201/12 203/14 203/15 204/9 204/11 205/14 206/1 209/17 209/17 209/23 209/25 210/6 213/10 213/12 213/20 213/23 214/1 214/2 214/4 214/7 214/13 215/3 215/7 215/8 215/11 220/7 221/21 222/8 222/12 222/17 222/24 223/12 223/14 223/16 224/11 224/16 224/18 226/22 227/17 230/5 234/10 234/11 234/12
III [3]  4/10 29/8 29/9
illegal [1]  168/4
image [1]  177/22
imagine [2]  76/5 229/1
immediate [1]  14/25
immediately [2]  28/20 136/15
immigrants [1]  168/4
immunity [1]  230/14
impact [12]  88/8 104/19 106/12 107/18 112/5 112/21 128/12 128/17 129/3 211/16 211/25 212/9
Impact/Change [1]  129/3
impacts [1]  159/4
implement [9]  62/12 146/7 146/12

146/18 149/20 150/2 161/1 161/7 175/13
implementation [5]  66/11 106/8 146/6 147/12 161/3
implementing [2]  60/6 174/16
important [16]  101/11 101/17 101/22 116/18 130/10 187/8 187/11 187/14 188/7 192/8 193/9 193/20 208/20 209/7 209/16 210/3
importantly [1]  24/4
impose [3]  52/18 134/25 135/15
imposed [8]  51/25 57/16 68/25 81/2 81/6 81/10 162/11 164/10
imposition [1]  214/10
impossibility [2]  163/18 164/25
improve [1]  30/14
in [543]
inactive [1]  206/2
inappropriate [1]  118/22
inbox [1]  23/4
inception [1]  90/3
incident [2]  179/13 179/17
inclination [1]  175/1
include [11]  32/17 50/11 90/25 95/2 121/16 170/16 172/21 184/22 218/7 219/4 222/24
included [6]  84/25 120/5 123/8 123/25 140/25 220/9
includes [13]  20/6 25/21 26/19 26/19 27/10 82/24 200/17 203/22 218/14 218/16 218/24 228/20 230/18
including [8]  50/14 82/21 107/7 129/21 168/20 199/15 201/13 235/21
incomplete [1]  42/21
inconsistent [1]  109/25
incorporate [2]  129/6 176/5
incorporated [3]  129/8 184/17 200/5
incorporates [1]  153/23
incorrect [2]  100/24 180/9
incorrectly [1]  222/3
increase [10]  70/12 79/22 80/4 80/7 80/10 80/11 80/15 80/17 130/22 134/22
increased [2]  68/24 78/16
increases [3]  78/20 79/10 217/22
increasing [4]  70/3 98/23 130/1 135/8
incumbent [1]  208/6
independent [4]  50/12 50/24 70/21 75/2
independently [1]  91/20
INDEX [1]  6/13
Indiana [1]  5/9
indicate [4]  77/19 142/19 142/24 144/1
indicated [6]  23/25 30/10 55/1 133/22 143/7 170/14
indicates [1]  23/1
indicating [1]  171/1
indication [1]  226/9
individual [10]  101/2 148/3 155/9 169/17 169/21 193/2 196/10 207/3 207/22 216/12
individuals [31]  28/23 29/17 29/21 50/3 91/13 92/10 99/9 99/17 107/7 107/9 121/10 125/19 138/5 138/7 138/13 138/18 140/5 149/6 166/11 167/12 168/2 168/20 171/17 174/21 181/4 204/3 204/21 205/13 216/4 219/21 228/21
info [2]  111/12 111/20
inform [1]  99/21

**I**

information [139]  16/18 20/1 20/5 20/20 25/21 26/2 26/24 27/2 27/4 27/6 30/5 33/19 37/20 37/24 38/1 38/5 44/12 46/21 49/14 49/17 58/25 59/23 59/25 60/12 65/9 70/11 72/11 73/6 74/22 75/14 75/20 77/4 101/16 101/16 111/22 111/25 112/12 112/17 112/21 113/1 113/4 113/8 113/13 113/21 116/14 119/14 119/22 123/19 127/1 134/4 143/20 143/25 144/2 148/10 151/19 152/12 152/14 152/16 153/4 153/6 153/12 153/16 153/19 153/23 153/25 154/1 154/15 159/16 159/19 159/20 160/12 160/14 167/15 167/16 169/18 170/1 171/8 171/11 171/11 171/17 171/24 172/21 177/19 180/7 185/10 186/18 186/22 187/12 187/23 188/25 189/22 190/1 190/4 193/25 194/5 194/12 198/14 200/2 200/6 200/8 200/12 205/3 205/10 205/12 210/13 218/4 218/6 218/17 218/18 218/21 218/23 219/9 219/12 219/13 219/14 219/16 219/19 219/21 220/8 220/13 220/17 220/23 221/8 221/10 221/17 221/24 222/14 222/17 223/4 223/21 223/23 224/1 224/13 224/19 225/1 225/9 225/12 225/16 229/25
informed [3]  33/4 33/7 210/8
infrequently [1]  204/25
initial [6]  70/1 85/9 85/12 89/25 119/2 198/8
initially [3]  82/7 197/15 197/25
initiate [1]  178/16
initiated [3]  50/12 96/11 178/7
initiating [3]  178/2 178/5 178/15
initiative [1]  13/25
injunction [3]  166/8 166/15 166/23
input [18]  43/11 59/23 75/8 75/11 106/24 112/7 113/2 119/21 119/25 123/15 131/19 132/10 134/9 137/6 137/20 174/18 184/19 203/16
inside [1]  89/17
insofar [1]  20/17
inspiration [2]  83/18 83/20
instance [8]  34/11 58/4 63/4 63/25 132/20 143/11 160/18 161/12
instances [5]  80/20 191/3 195/10 210/12 214/20
instead [6]  45/17 64/11 78/22 78/23 79/3 156/21
instill [2]  92/1 167/11
institute [1]  163/11
instruct [1]  149/2
instruction [1]  186/10
intake [1]  180/10
integrity [6]  167/20 170/23 205/10 217/2 217/20 217/23
intent [2]  211/16 211/24
intentionally [1]  195/4
interact [1]  17/21
interaction [1]  139/25
interactions [3]  19/11 142/2 143/4
interest [17]  73/12 74/2 74/5 74/16 74/17 74/18 74/24 112/4 165/9 167/8 167/19 204/16 205/13 208/11 208/18 216/23 217/7
interested [5]  36/1 36/1 102/9 205/3

233/15
internal [1]  24/22
internally [4]  35/4 37/25 84/15 140/9
interpretation [2]  202/25 218/21
interrupt [1]  9/13
intersection [1]  33/15
into [32]  26/2 30/12 31/20 40/2 43/11 60/2 61/1 68/4 68/9 69/4 79/8 79/11 105/16 112/8 119/4 129/8 131/19 134/9 135/22 149/9 155/12 176/6 176/25 177/9 191/17 192/20 200/5 201/4 203/18 207/19 209/21 210/3
introduce [4]  120/21 185/1 199/11 199/23
introduced [5]  82/7 95/12 106/1 120/14 121/16
introduction [3]  70/1 95/19 122/17
investigate [1]  180/12
investigated [1]  204/12
investigating [4]  179/21 180/1 180/21 187/17
investigation [7]  50/14 161/21 180/6 181/1 188/5 214/10 230/15
investigations [4]  50/12 99/13 135/19 135/21
investigative [2]  195/16 227/17
involve [6]  19/1 66/14 67/23 95/1 106/2 147/14
involved [30]  13/2 13/5 13/9 13/12 13/19 13/21 15/24 17/19 26/22 26/23 35/4 50/25 60/6 60/8 64/25 66/5 99/3 99/10 99/18 106/7 108/24 147/11 164/12 173/6 179/12 180/25 184/14 198/25 222/19 227/16
involves [2]  147/13 169/11
involving [2]  31/1 66/4
is [738]
isn't [8]  54/16 129/13 133/21 136/17 189/5 190/1 191/16 222/4
issuance [2]  136/6 164/12
issue [10]  15/19 71/12 71/23 92/18 96/16 101/6 125/11 125/12 170/9 210/7
issued [1]  158/17
issues [6]  145/15 168/1 188/21 189/9 207/15 230/23
issuing [1]  15/25
it [642]
it's [219]  12/18 12/19 13/20 17/8 21/16 22/5 23/3 23/12 23/18 24/1 24/2 24/2 24/4 24/19 26/18 27/14 28/11 28/13 29/5 29/9 31/8 31/16 32/24 34/1 35/12 37/12 37/25 40/19 42/25 43/7 43/17 43/20 44/15 48/10 48/14 49/24 49/25 57/5 61/25 62/11 63/17 63/21 64/2 64/3 64/7 65/19 65/20 66/24 74/9 76/15 78/23 78/23 78/24 79/4 80/10 80/11 80/15 82/17 84/5 88/5 91/24 95/15 96/18 98/17 100/22 101/11 102/7 102/10 104/7 105/25 107/9 107/22 110/4 112/23 113/15 113/16 113/17 115/9 115/16 115/17 116/15 118/22 120/25 121/2 121/3 121/19 121/20 122/8 122/16 123/10 123/17 123/17 124/12 125/22 127/22 128/1 128/16 128/18 129/12 129/16 130/9 131/5 131/20 132/2 132/9 132/15 133/12 133/22 133/25 134/1 134/20 139/10 144/7 145/21 146/7 147/4 152/20

152/23 153/6 155/7 159/24 160/24 161/20 166/8 166/19 167/3 167/4 167/4 167/10 167/11 168/8 169/13 171/3 171/4 171/16 172/7 172/10 173/17 173/20 174/14 174/15 177/6 177/11 177/14 181/22 182/11 187/11 188/10 188/14 188/15 188/18 188/18 190/14 190/20 191/13 191/21 191/24 192/7 192/23 193/20 193/24 194/11 194/23 194/25 196/18 196/19 197/5 198/20 199/18 199/19 200/24 201/16 201/24 201/25 202/1 203/3 203/5 204/1 208/6 208/20 209/7 209/13 209/17 209/25 210/3 211/9 212/8 212/19 213/6 213/12 213/16 213/25 214/14 216/13 217/1 217/5 217/7 217/24 217/24 218/8 219/9 219/20 219/21 219/24 220/19 223/5 223/7 223/13 223/16 223/17 223/17 223/18 223/18 223/20 225/8 226/21 226/22 227/18 227/23
item [2]  36/21 218/14
items [3]  218/13 219/1 219/2
its [11]  15/19 17/18 56/18 67/17 68/9 112/8 141/25 158/11 199/15 204/13 213/23
itself [17]  105/5 120/6 159/7 167/5 167/8 195/15 203/24

**J**

Jacksonville [1]  4/19
Janet [2]  104/17 148/9
January [3]  11/10 11/17 151/22
January 2013 [2]  11/10 11/17
January 22nd [1]  151/22
JARED [1]  4/24
Jason [1]  110/24
JAZIL [5]  3/6 6/6 10/7 178/15 234/2
Jefferson [1]  3/17
Jennifer [18]  14/25 15/11 16/2 29/17 32/9 32/14 82/18 85/20 86/3 86/12 97/23 112/23 115/4 117/20 125/24 127/7 136/17 139/15
jerry.olivo [1]  4/11
jkahn [1]  4/24
job [2]  29/6 192/20
JOHNSON [1]  2/9
joined [1]  100/2
JONAS [1]  5/11
JOSEFIAK [1]  3/3
JOSEPH [2]  3/10 126/3
joseph.vandebogart [1]  3/10
juanita [2]  4/15 4/15
Judiciary [2]  18/16 18/22
jump [2]  141/2 141/3
juncture [3]  123/22 166/25 214/7
June [1]  178/8
jurisdiction [7]  16/9 72/3 72/19 161/16 173/10 226/7 227/23
just [134]  9/2 9/18 9/25 10/22 11/21 12/1 12/20 23/17 23/21 28/15 29/12 35/19 40/7 40/10 42/10 42/11 42/14 48/9 48/24 51/15 53/19 54/11 55/15 59/2 59/13 60/2 63/7 63/18 64/13 65/20 67/7 67/14 73/16 74/1 79/3 83/7 83/7 85/23 87/5 87/25 88/1 91/9 98/4 100/7 102/10 103/15 106/3 106/16 111/7 112/22 113/15 118/16 119/2 119/13 124/2 125/6 125/20 126/5 126/16 128/6

**J**

just... [74]  128/24 130/9 132/2 133/10
136/14 137/1 139/11 139/14 140/8
140/8 140/13 144/5 145/18 145/21
154/21 156/16 156/18 156/20 156/21
157/6 159/24 165/22 165/23 167/19
168/8 169/13 170/2 171/4 171/13
171/18 173/21 174/21 176/14 178/11
179/7 181/10 183/20 184/6 185/17
185/18 186/9 186/23 186/25 188/18
189/8 190/12 191/25 192/4 201/17
202/3 203/2 203/17 203/19 205/20
205/20 205/21 207/8 209/15 209/16
213/6 214/16 215/13 216/2 220/21
224/1 221/5 221/12 221/20 222/2
223/25 225/7 225/24 227/9 227/13

**K**

KAHN [1]  4/24
Katherine [13]  61/17 65/24 66/12 68/2
112/23 118/3 126/7 126/8 127/2 137/21
139/9 139/13 143/11
Kathy [1]  66/1
kbzwlaw.com [1]  2/5
keep [9]  33/4 33/7 33/25 113/3 130/10
167/21 189/6 200/22 225/13
keeping [2]  208/4 222/13
keeps [1]  193/4
Kennedy [27]  5/4 7/6 7/8 7/11 15/1 15/3
15/11 16/3 32/15 82/18 85/21 86/3
86/12 112/23 115/4 115/18 116/6 117/20
118/2 125/24 127/7 136/17 139/15
143/19 144/22 145/5 147/7
kept [2]  8/19 75/15
key [1]  44/12
kidding [1]  40/10
kind [5]  66/12 87/22 109/24 194/1
196/12
kinds [1]  196/9
KING [1]  2/3
knew [1]  207/12
know [241]
knowledge [10]  37/5 73/18 73/20 96/24
99/20 137/19 159/12 159/25 191/2
227/21
known [3]  138/10 169/19 232/11
knows [1]  193/21
KONOR [1]  2/24
Kopelousos [3]  139/16 140/1 140/15

**L**

labeled [2]  76/15 120/25
laid [1]  163/19
language [34]  53/14 68/3 68/6 68/8
68/13 75/6 76/6 82/2 82/3 82/6 83/12
83/14 85/24 87/22 88/7 89/11 98/4
108/12 109/20 110/1 123/23 129/3
132/10 132/14 145/11 165/22 168/13
174/11 174/16 174/22 174/22 174/24
176/1 176/3
large [1]  48/10
largest [1]  107/18
last [24]  24/12 39/3 56/23 65/21 69/20
97/1 104/13 107/17 109/7 109/8 111/6
130/18 139/14 151/22 151/22 153/5
171/25 178/8 186/1 186/16 225/19
226/3 226/14 227/1
late [21]  40/16 66/13 66/24 68/14 78/17

78/23 78/24 78/24 79/4 79/5 104/14
142/16 178/21 179/23 187/24 188/20
212/4 212/5 212/13 226/14 227/7
later [17]  65/16 68/9 104/24 106/24
107/17 107/22 156/7
Latino [3]  157/13 157/20 159/4
LatinX [1]  228/20
Lauderdale [1]  4/4
law [91]  2/7 5/13 14/9 15/20 15/21 16/8
23/24 30/15 30/22 34/4 35/25 36/10
36/17 38/12 38/13 41/15 43/2 43/15
45/21 47/15 51/16 51/19 52/3 53/21
53/25 55/1 56/25 57/5 57/22 62/12
62/14 64/4 69/3 72/3 72/19 73/16 80/25
81/4 96/20 96/21 96/21 96/24 97/6 97/8
97/9 100/7 101/8 108/24 121/12 124/21
125/16 136/24 142/18 146/13 146/16
146/16 162/10 163/3 164/4 164/5
164/21 166/14 167/7 169/13 169/24
170/2 173/17 176/4 179/7 184/11
184/23 190/12 198/22 199/4 203/9
203/14 204/23 206/9 207/9 210/6 211/1
211/20 211/24 213/9 213/10 215/8
217/5 217/24 220/24 221/12 223/24
laws [11]  19/8 37/7 37/15 37/22 38/6
68/6 76/3 83/4 105/17 113/22 151/4
lawsuit [4]  34/5 35/8 35/14 36/25
lawsuits [4]  33/22 35/9 36/10 36/11
lawyer [1]  149/10
lawyers [2]  149/4 149/5
lays [1]  218/3
lead [2]  62/23 84/17
lead-up [1]  84/17
leader [2]  85/1 147/8
leadership [4]  84/25 85/2 92/23 92/23
leading [1]  71/14
LEAGUE [5]  2/11 182/18 182/19 182/23
183/3
leap [1]  157/6
learn [1]  192/17
learned [1]  207/15
learns [1]  210/9
least [6]  16/23 18/22 18/25 40/18
170/25 191/10
Leave [1]  171/20
left [2]  229/5 229/6
legal [34]  2/12 15/22 15/23 18/4 25/2
25/3 36/13 37/18 57/18 58/8 64/21
64/22 85/6 96/1 113/16 118/25 131/4
135/16 135/25 149/4 149/5 149/23
149/25 161/17 164/4 168/22 169/1
169/4 178/8 178/22 180/12 182/23
214/11 226/18
legislation [34]  35/12 35/17 35/21 36/7
59/1 59/25 62/10 75/3 75/12 81/19
82/21 82/24 96/3 96/6 104/11 105/2
105/22 106/12 110/22 115/17 118/11
128/14 134/15 142/9 142/15 142/22
143/1 143/13 143/22 144/4 150/11
151/5 159/3 207/18
legislative [85]  18/25 28/21 66/1 66/25
67/4 67/14 67/18 67/20 67/22 68/3 68/5
68/8 68/13 73/1 73/13 73/23 74/23
81/12 81/19 82/2 82/6 83/11 83/17
83/24 84/2 84/18 85/4 85/17 85/21
85/25 86/16 87/15 87/16 87/18 89/20
89/25 93/23 94/11 95/24 96/11 96/13
96/15 97/18 97/21 97/25 98/18 98/21

99/7 101/25 105/3 105/24 109/19 112/8
112/18 115/14 119/3 119/6 120/1
120/20 123/7 123/13 124/1 124/2 124/8
124/9 124/11 126/4 126/12 137/17
138/21 140/6 140/16 140/17 141/23
142/17 143/5 148/20 148/22 150/12
150/15 151/1 151/3 151/6 204/10 218/1
legislator [2]  102/7 102/11
Legislators [1]  102/7
legislature [83]  18/14 28/4 28/16 29/19
37/3 37/7 37/11 37/14 37/21 38/6 59/18
59/22 60/11 67/16 68/15 70/24 71/7
71/21 72/1 72/18 73/6 74/16 74/18
74/21 75/13 75/15 75/20 83/19 86/11
89/10 89/15 92/12 92/16 92/18 97/7
97/19 98/13 101/23 111/11 111/20
111/23 112/1 112/10 112/14 112/20
113/1 113/8 113/20 113/24 116/14
119/15 119/23 123/6 123/10 123/18
131/18 132/15 139/24 142/1 150/5
150/9 153/4 153/12 153/21 154/1
158/20 159/17 159/19 175/6 175/7
175/11 175/12 175/23 175/25 176/8
194/10 194/13 204/7 217/6 218/13
219/15 221/21 221/23
Legislature's [1]  110/4
Legislatures [1]  123/11
legitimate [1]  214/17
legs [2]  104/25 105/6
LEIGH [1]  4/20
LEON [2]  232/4 233/3
less [1]  226/25
let [12]  9/25 23/14 51/17 52/7 53/1
121/1 133/10 159/6 188/19 208/6
220/21 228/7
let's [23]  11/3 11/4 38/8 40/12 42/23
50/6 51/12 52/7 61/23 62/18 75/22
76/16 100/23 100/24 100/25 106/24
129/10 130/16 167/6 182/5 199/12
218/2 230/25
lets [1]  191/10
letter [10]  64/5 64/11 64/14 64/17 65/1
104/23 136/7 164/13 207/24 234/13
letters [5]  64/6 64/18 64/20 65/3 164/13
letting [1]  23/21
level [8]  12/25 13/10 20/21 40/18 41/7
71/19 147/18 160/1
levied [1]  78/17
LEVY [1]  4/7
liable [2]  88/19 162/11
liaison [1]  148/21
LIBERTIES [1]  2/18
library [2]  155/13 156/24
license [1]  218/9
lie [1]  72/19
lies [1]  161/17
light [1]  227/4
like [43]  40/3 40/8 40/18 47/21 51/3
63/4 63/25 64/17 83/20 86/17 93/9
96/14 98/21 110/5 112/1 114/17 114/24
119/9 123/4 125/7 126/9 128/4 129/4
134/3 137/8 148/2 156/21 162/21
172/13 177/22 184/25 185/3 188/18
197/19 198/10 199/16 203/7 203/21
207/16 209/4 219/22 225/5 229/22
likelihood [1]  106/5
likely [7]  140/9 144/5 157/14 159/13
160/8 214/24 229/14

likewise [1] 146/24
limit [1] 143/10
line [20] 36/21 38/14 88/12 88/16 94/5 104/23 104/24 110/25 116/5 116/9 116/10 120/8 144/23 154/11 159/25 213/20 216/2 216/9 226/22 235/6
line 1 [1] 88/16
link [1] 187/5
list [18] 13/13 13/16 17/20 19/9 25/24 26/20 38/18 189/14 198/12 200/3 200/4 203/12 203/25 206/18 218/11 218/13 220/2 223/25
listed [18] 38/20 63/21 117/25 204/19 205/14 217/4 218/8 218/24 219/2 219/5 219/15 219/20 220/18 221/23 223/19 223/20 234/13 235/21
listen [1] 9/17
listing [5] 38/16 186/11 200/11 200/14 223/5
lists [4] 25/19 186/18 186/22 221/21
litigation [14] 34/12 35/22 36/8 36/14 36/22 37/11 39/18 131/6 166/15 178/2 178/5 178/13 203/4 203/8
little [3] 92/20 106/3 110/13
local [2] 41/7 209/4
located [1] 147/17
location [4] 1/15 151/19 152/1 154/13
long [12] 11/15 18/17 18/21 21/18 36/7 39/2 74/15 95/15 105/11 141/3 224/2
longer [10] 23/12 61/15 148/8 177/8 205/6 205/14 205/16 207/3 208/7 228/7
look [36] 20/17 35/25 38/13 38/18 43/2 51/15 52/21 61/23 62/18 80/24 83/7 86/17 89/2 98/21 104/19 105/25 108/14 108/16 112/19 120/22 121/1 129/10 133/25 138/15 153/10 154/11 155/8 156/1 156/14 182/5 187/25 195/14 198/19 198/22 198/23 211/24
looked [5] 38/12 69/21 87/5 111/7 167/1
looking [19] 25/14 29/18 30/14 55/23 63/12 66/14 71/5 88/11 104/14 105/17 121/2 128/11 130/11 130/13 131/15 154/5 165/22 184/11 212/8
looks [7] 128/4 129/4 134/3 151/20 185/3 199/12 203/21
loop [1] 115/18
lot [10] 13/1 59/6 73/10 101/6 115/15 133/14 134/17 156/19 168/8 191/3
lots [2] 175/10 175/10
lower [2] 103/22 103/25
LRosenbloom [1] 4/20
Lucerne [1] 5/14
lunch [5] 110/10 114/4 114/13 114/14 119/12
LYNN [1] 5/11

M

made [10] 90/1 110/5 112/8 150/14 150/20 174/19 178/20 205/20 210/2 211/1
MAF [5] 1/3 1/3 1/4 234/5 235/4
mail [99] 7/5 7/6 7/8 7/8 7/10 7/10 7/11 14/1 21/5 22/15 22/18 23/5 23/22 25/23 44/16 55/19 61/2 61/8 61/8 62/2 62/6 65/7 65/14 65/19 65/21 66/17 66/18 80/1 81/17 82/17 82/19 83/8 87/5 104/3

104/13 104/15 104/17 104/24 106/21 107/7 107/21 107/24 108/10 108/45 108/20 109/6 109/11 109/19 110/17 111/7 111/9 115/3 115/9 115/13 115/24 116/17 116/21 117/2 117/11 117/14 117/16 117/18 119/20 119/24 120/3 120/4 127/2 127/3 133/11 133/16 136/11 136/14 136/15 137/21 137/25 138/8 138/13 138/14 139/8 139/11 139/14 139/18 144/21 145/1 156/23 169/19 177/6 177/14 181/11 205/7 207/4 207/8 208/2 210/15 214/24 215/9 215/15 221/2 225/10
mailed [4] 22/15 86/19 117/8 145/23
mailing [5] 25/23 107/6 205/6 207/8 207/25
mailout [1] 22/13
mails [9] 20/15 20/16 115/16 119/13 120/7 120/11 122/15 145/19 207/15
main [4] 15/24 90/19 100/14 102/18
maintenance [4] 13/13 13/16 17/20 19/9
majeure [2] 163/18 164/25
majority [1] 48/7
make [34] 10/25 24/19 54/12 54/16 62/12 64/3 84/10 95/7 100/14 100/22 106/6 114/5 134/15 135/14 137/3 137/5 150/23 150/24 157/6 159/17 161/21 186/6 187/4 193/15 196/20 201/17 202/11 209/10 209/23 212/22 214/23 216/10 222/2 225/7
makes [4] 73/16 189/8 197/6 209/16
making [27] 40/22 42/14 58/7 88/4 91/12 95/13 95/20 96/8 141/19 141/25 163/22 167/19 173/21 174/2 174/4 174/13 175/13 178/2 178/5 178/10 178/15 178/22 184/16 202/8 203/15 204/16 206/8
management [4] 18/8 60/11 126/5 143/6
managerial [1] 193/5
mandates [3] 165/5 165/17 167/7
mangle [1] 148/2
many [21] 8/17 8/19 14/11 21/20 29/2 33/24 34/1 38/19 38/24 48/14 75/13 75/17 80/20 84/19 86/17 112/25 113/3 203/9 204/21 204/21 207/22
March [2] 95/19 158/12
March 31st [1] 158/12
Marconnet [3] 14/22 148/16 148/18
MARGO [1] 3/23
MARI [1] 3/19
MARIA [12] 1/12 8/8 117/17 119/2 149/2 182/14 225/18 232/6 233/7 234/5 234/19 235/4
mark [16] 5/5 49/2 60/16 69/8 76/11 82/12 86/23 102/25 114/18 122/7 126/21 139/3 144/16 146/22 151/12 172/3
MARKARIAN [1] 4/13
marked [27] 49/3 52/5 60/4 60/15 60/23 60/25 69/6 76/2 82/13 87/1 103/3 110/7 110/14 114/21 122/10 126/22 139/5 144/18 147/1 151/14 172/4 183/9 185/5 196/22 199/7 199/24 202/8
MARKS [1] 4/18
marksgray.com [1] 4/20
Massachusetts [1] 2/8
material [1] 149/9

materials [1] 204/13
math [1] 95/2
matter [12] 35/14 59/15 100/18 101/3 101/10 101/21 162/16 163/9 171/3 210/9 213/18 214/4
matters [7] 10/25 16/24 31/1 50/15 66/15 137/23 138/4
MATTHEWS [18] 1/12 7/8 8/8 8/13 42/13 60/22 117/17 119/12 159/9 182/17 183/5 228/11 228/17 232/6 233/7 234/5 234/19 235/4
Matthews' [1] 59/9
Matthews's [1] 182/14
maximum [2] 94/6 129/11
may [59] 25/1 32/19 38/1 45/16 46/6 46/6 51/12 51/13 51/21 53/11 61/9 62/7 65/15 79/19 85/7 98/4 104/18 104/19 109/4 121/21 123/14 132/1 137/20 140/19 145/21 147/14 155/9 155/10 159/10 161/21 162/10 162/12 162/15 163/9 163/11 163/14 163/15 164/22 165/3 168/4 174/20 175/17 181/3 188/4 188/4 188/7 188/7 188/21 195/10 207/13 208/23 208/23 209/3 209/5 212/9 213/8 219/21 227/4 234/11
May 11 [3] 61/9 62/7 65/15
May 2021 [2] 51/12 51/13
May 24 [1] 51/21
maybe [10] 64/23 92/10 117/6 132/2 142/2 156/22 174/18 194/12 196/10 201/16
mbeato [1] 3/6
mcNAMARA [5] 2/20 6/5 228/5 228/14 228/18
McVay [4] 15/7 15/16 32/12 126/3
McVay's [1] 18/7
mduval [1] 3/24
me [55] 9/14 9/18 17/1 23/14 28/7 37/9 37/25 39/15 40/3 40/11 51/17 52/7 52/22 53/1 58/23 59/7 66/19 67/5 67/25 71/14 85/16 85/23 90/8 97/3 97/23 97/23 102/21 105/7 106/9 113/16 119/20 119/24 121/1 122/2 124/12 130/12 133/10 138/4 143/15 143/18 143/24 145/21 145/22 145/23 171/3 175/1 182/21 191/6 193/19 204/4 220/21 228/10 229/10 229/13 232/6
mean [48] 22/2 23/9 31/16 32/12 32/14 53/20 59/5 63/24 65/8 65/12 80/23 81/21 81/22 85/2 85/14 85/23 86/7 98/3 113/15 115/15 116/25 117/1 118/18 123/17 126/16 127/10 129/7 137/17 146/3 146/6 162/24 165/11 176/20 177/3 177/15 178/7 178/17 178/24 179/6 179/8 180/14 185/23 194/10 203/14 207/1 209/20 213/9 230/5
meaning [8] 34/20 108/11 140/15 146/4 174/7 175/2 204/2 219/6
means [12] 63/21 63/22 148/23 172/18 173/21 174/22 176/12 176/14 210/14 219/12 219/14 230/7
measures [1] 170/20
meet [1] 140/5
meeting [12] 7/11 32/23 32/25 40/5 138/11 146/5 146/5 147/4 147/5 147/9 149/1 149/14
meetings [22] 32/17 32/20 32/21 38/24 39/2 39/5 67/17 84/19 98/16 98/18

meetings... [12]  137/1 137/12 137/15
137/16 137/22 140/9 140/11 140/18
143/7 145/25 146/4 146/9
MELINDA [1]  2/9
member [5]  8/21 75/2 150/4 150/8
153/11
members [6]  59/18 70/24 71/6 72/5
123/13 153/3
Memo [1]  7/11
memorialized [1]  106/16
memorializes [1]  194/1
memory [1]  69/3
mention [1]  216/23
mentioned [4]  81/16 117/21 125/4
213/17
mercifully [1]  228/23
met [1]  229/4
metadata [2]  181/23 181/25
method [7]  27/7 27/11 151/19 152/1
154/13 155/11 160/1
methods [1]  155/15
Miami [1]  2/19
MICHAEL [5]  2/15 3/5 110/25 182/22
185/2
middle [2]  93/10 186/4
might [12]  17/24 49/17 53/24 59/10
64/22 140/10 165/2 168/4 188/5 205/18
220/9 225/22
million [1]  94/7
mind [2]  42/14 222/13
minimally [1]  194/14
minimize [3]  91/13 91/25 93/4
minimized [1]  125/17
minimum [6]  41/8 50/5 93/13 145/12
194/11 196/2
minorities [1]  159/25
minority [3]  158/13 159/13 211/9
minute [10]  28/7 51/3 114/4 115/9
144/11 145/6 161/25 181/3 182/6
225/22
minutes [2]  228/2 228/6
mirrors [1]  184/23
missing [4]  20/24 24/1 100/25 100/25
mjazil [2]  3/7 234/2
mjohnson [2]  2/10
Modrow [1]  148/9
MOHAMMAD [2]  3/6 234/2
moment [10]  42/10 51/15 53/19 118/17
177/12 177/17 184/6 186/6 193/13
221/4
monitoring [1]  81/11
Monroe [2]  3/4 4/9
month [7]  27/20 27/22 28/19 152/19
152/19 152/21 152/21
monthly [6]  27/3 27/18 27/19 28/25
152/15 152/16
months [6]  105/16 105/18 105/19 190/6
190/15 190/16
MOODY [1]  3/11
more [44]  14/14 14/16 16/22 33/18 34/1
47/6 56/3 58/13 75/18 91/24 115/24
116/5 118/17 119/8 152/18 155/18
155/22 156/12 156/15 156/16 156/19
156/20 157/14 159/13 160/7 164/6
165/23 167/25 170/6 171/1 188/25
191/25 192/4 194/12 205/20 210/18
210/19 214/23 217/18 217/18 225/24

226/25 229/11 229/13
Morley [8]  28/16 104/8 105/22 108/11
107/8 108/17 109/17 111/8
Morley's [1]  108/22
morning [8]  8/13 8/16 107/3 107/22
110/17 110/18 111/6 118/4
MORSE [1]  3/14
mortega [1]  2/15
most [7]  24/3 48/3 108/3 185/25 186/13
193/20 228/22
mostly [1]  187/19
move [9]  38/8 40/12 52/24 56/14 75/22
88/1 93/9 98/2
moved [1]  30/11
moving [3]  25/8 77/24 147/25
Mr [3]  6/3 6/6 66/10
Mr. [15]  10/7 10/7 18/7 32/4 33/4 33/7
39/24 61/17 139/19 140/4 148/4 178/15
183/1 197/7 208/10
Mr. Beato [1]  10/7
Mr. Cuderman [2]  139/19 140/4
Mr. Darlington [4]  32/4 33/4 33/7 39/24
Mr. Jazil [2]  10/7 178/15
Mr. McVay's [1]  18/7
Mr. Schuessler [1]  61/17
Mr. Van [1]  148/4
Mr. Wermuth [2]  197/7 208/10
Mr. Wermuth's [1]  183/1
Ms [4]  6/4 6/5 145/2 228/17
Ms. [26]  15/3 105/22 106/11 106/11
108/17 108/22 109/16 109/17 111/8
115/3 115/8 116/6 118/2 119/12 139/15
140/1 143/19 144/22 145/5 147/7
148/20 159/9 182/14 182/17 183/5
228/11
Ms. Brown [1]  109/16
Ms. Kennedy [8]  15/3 115/8 116/6 118/2
143/19 144/22 145/5 147/7
Ms. Kopelousos [1]  140/1
Ms. Maria [1]  182/14
Ms. Matthews [1]  119/12 159/9 182/17
183/5 228/11
Ms. Morley [4]  105/22 106/11 108/17
111/8
Ms. Morley's [1]  108/22
Ms. Tiffany [1]  109/17
Ms. Toshia [1]  106/11
Ms. Woodby [3]  115/3 139/15 148/20
much [6]  71/19 102/3 108/3 132/6
179/12 184/23
multiple [1]  125/13
municipal [1]  209/4
must [10]  20/2 42/21 50/10 53/3 53/22
77/2 78/12 179/3 183/14 199/13
MW [5]  1/3 1/3 1/4 234/5 235/4
my [64]  8/13 9/12 9/19 14/6 14/25 30/21
35/20 37/5 37/16 38/23 39/13 39/19
40/2 46/8 47/6 52/24 57/17 60/9 72/5
75/9 85/16 85/16 89/4 96/24 97/23
98/10 99/14 102/18 103/1 104/20 105/5
109/13 116/25 117/5 118/15 119/25
122/8 125/2 133/10 138/16 145/22
150/24 161/16 170/13 175/1 179/9
181/4 182/17 182/21 184/11 185/2
188/2 188/6 193/13 193/18 194/3
203/19 226/6 227/23 228/17 229/23
233/10 234/18 235/20
Myers [1]  4/9

myfloridalegal.com [1]  3/15
myself [2]  84/23 136/15

N
NAACP [4]  1/6 8/14 234/4 235/3
name [40]  20/6 64/10 112/22 171/18
182/17 185/11 185/18 185/19 185/21
185/22 185/24 186/1 186/4 186/9
186/12 186/13 186/15 186/16 186/19
186/22 187/3 192/2 192/5 192/24 194/6
194/17 194/21 195/6 195/20 196/3
200/4 200/7 200/17 219/4 219/6 219/6
219/8 222/15 225/10 228/17
names [4]  139/20 171/13 185/17 202/16
NARGIZ [5]  1/20 232/15 233/4 233/21
234/16
native [5]  62/1 87/2 127/21 133/5
181/17
natural [1]  113/23
nature [2]  143/20 224/4
near [1]  209/25
nearly [1]  225/22
necessarily [8]  106/18 135/2 140/16
143/15 143/17 153/8 190/19 191/4
necessary [7]  40/23 62/13 143/23
174/11 175/15 201/16 201/18
need [26]  9/9 9/25 15/22 20/18 29/11
33/18 38/1 41/1 41/4 43/2 54/15 63/9
87/24 96/20 97/5 97/9 106/3 107/12
108/9 109/18 141/7 153/8 161/24 182/3
194/1 228/6
needed [9]  16/14 16/16 29/10 39/14
97/8 106/20 138/22 143/24 162/5
needs [11]  16/18 16/20 40/24 164/7
176/16 177/13 196/20 201/7 213/7
215/6 215/14
negatively [1]  159/3
never [2]  102/7 229/4
new [17]  2/23 27/10 46/25 87/22 91/9
91/11 134/3 154/12 154/21 154/24
155/23 156/2 156/9 156/21 158/22
200/23 207/9
next [27]  20/18 25/9 54/16 55/24 56/14
68/13 75/22 78/6 86/20 87/4 87/7 94/5
102/22 102/25 107/3 110/7 127/18
127/22 129/14 131/2 132/9 139/3
139/10 146/22 182/11 197/18 224/20
nice [1]  114/13
NICHOLAS [1]  5/15
night [3]  107/17 109/7 109/8
nipping [1]  45/22
no [125]  7/2 10/12 10/15 10/22 11/20
14/17 14/18 14/20 15/9 22/6 23/12
31/11 31/25 32/5 33/2 33/9 33/10 35/16
36/20 37/1 38/7 39/9 39/23 43/18 43/18
49/22 57/4 57/13 58/1 58/4 61/13 61/14
65/19 86/4 86/4 86/16 88/13 89/6 89/23
91/2 91/20 93/3 95/4 95/22 96/5 96/16
96/19 100/7 103/24 106/14 108/19
114/16 116/15 118/8 118/10 118/18
120/5 130/8 136/12 139/20 140/23
141/21 145/17 148/8 149/24 152/3
158/15 163/2 170/12 170/25 171/13
174/7 176/19 177/8 177/21 177/25
178/7 178/12 178/16 179/20 179/25
180/20 183/7 184/10 184/12 185/18
186/5 186/10 186/23 187/1 188/13
190/11 190/19 191/2 192/7 194/23

**N**

no... [29] 197/4 199/2 202/23 203/2
203/10 204/14 205/6 205/14 205/16
207/3 207/18 208/7 212/1 212/25
215/24 216/9 216/10 216/11 216/22
218/22 220/12 220/12 221/16 227/9
229/12 229/15 230/21 234/5 235/4
non [36] 88/14 88/21 89/7 89/24 90/22
91/1 91/2 91/18 91/22 92/7 92/16 92/20
93/1 99/3 120/15 124/7 129/25 130/5
130/14 130/21 167/25 168/17 169/4
169/8 169/10 170/5 170/7 171/1 179/14
179/18 215/21 215/24 216/24 217/3
217/12 217/22
non-citizen [11] 88/14 89/7 89/24 91/1
91/2 91/22 124/7 130/5 170/7 179/14
179/18
non-citizens [20] 91/18 92/7 92/16
92/20 93/1 99/3 120/15 129/25 130/14
130/21 167/25 168/17 169/4 169/8
169/10 170/5 171/1 215/24 216/24
217/3
non-US [5] 88/21 90/22 215/21 217/12
217/22
nonbusiness [1] 215/4
noncompliance [56] 19/24 20/22 21/17
23/19 23/23 24/6 24/10 25/7 30/4 33/13
40/13 40/25 43/24 44/7 44/9 44/14
44/22 44/24 45/3 45/6 45/11 45/12
45/25 47/7 47/8 47/14 48/3 48/11 58/24
70/6 70/6 70/11 70/19 71/12 71/13
73/15 73/25 74/6 74/11 74/15 75/11
91/12 94/15 96/25 134/23 135/19
135/22 180/15 180/16 187/20 191/1
195/5 210/22 213/8 226/21 227/10
noncompliant [2] 99/14 211/17
nonetheless [2] 55/11 174/11
nonpublicly [2] 219/12 223/19
nor [2] 233/13 233/15
normal [1] 81/14
normally [2] 120/18 147/11
NORTHERN [1] 1/1
NOs [1] 1/3
not [235] 9/12 12/19 13/23 14/2 14/14
17/23 20/20 20/23 23/19 24/2 24/2
25/12 28/25 29/11 33/25 36/6 37/16
38/2 39/15 39/17 40/9 41/10 41/14
42/25 43/13 43/14 45/5 45/9 46/5 46/9
46/23 47/8 47/13 47/14 47/19 48/6
50/25 52/25 53/24 56/19 57/1 57/4
57/16 57/21 57/22 58/6 58/23 59/22
65/6 65/19 66/7 70/17 71/18 71/19
73/16 74/4 74/5 74/7 74/19 76/4 77/11
78/3 79/11 81/9 85/23 85/23 86/14 90/6
90/20 90/21 90/24 91/1 92/8 92/17
97/19 98/10 98/17 99/11 101/13 102/6
106/2 106/18 111/9 112/2 113/15 118/7
118/9 118/20 119/3 120/14 121/19
122/2 122/4 122/4 125/15 126/11
129/13 130/13 132/13 133/13 134/8
135/2 135/10 139/22 140/16 142/5
143/16 143/16 144/8 146/8 149/2
150/18 151/8 154/14 155/10 155/25
157/16 157/23 158/22 159/18 159/23
160/23 164/12 166/16 166/8 166/16
166/17 169/6 169/10 170/1 170/1
170/11 171/3 172/21 173/24 174/24
174/25 175/3 175/8 175/16 176/5

177/17 178/12 179/12 179/20 180/14
180/25 186/9 187/15 188/6 188/10
191/2 191/21 191/22 192/10 192/13
193/2 193/8 193/8 195/14 198/25 199/3
199/5 201/16 201/18 202/1 202/1 202/2
202/12 203/5 203/14 203/18 204/10
205/1 205/2 205/5 205/17 205/22 206/1
206/8 207/1 207/11 207/13 207/13
207/25 208/3 208/5 208/16 208/23
208/25 209/13 209/17 209/20 209/25
210/4 210/13 211/8 211/20 211/22
212/5 212/11 213/3 213/9 213/16
213/21 214/16 214/16 214/17 215/11
215/21 215/25 216/4 216/8 217/3 219/3
219/5 219/11 219/16 219/20 221/25
222/14 224/1 226/22 226/23 227/11
227/14 227/16 227/16 227/21 227/24
229/8 233/11 234/8 234/10 235/2
Notary [1] 233/22
notation [1] 175/19
notations [1] 10/22
note [2] 107/13 181/7
noted [2] 77/24 141/11
notes [3] 130/19 133/10 233/10
nothing [3] 8/4 40/7 169/19
notice [3] 115/19 204/23 207/9
notices [2] 24/6 45/11
notify [5] 37/6 37/11 53/22 199/14 205/5
notifying [1] 65/4
notion [3] 108/11 170/5 176/5
November [6] 76/22 201/5 201/20
202/19 202/22 206/17
November 2024 [2] 202/19 202/22
November 6 [3] 76/22 201/20 206/17
now [82] 12/17 23/18 24/11 25/1 26/11
29/16 32/2 43/23 44/19 46/9 48/2 52/21
55/23 57/22 59/6 59/14 61/3 61/24
64/23 65/6 68/12 70/1 71/3 73/10 73/18
78/23 78/24 81/16 85/1 88/24 90/5 91/6
97/1 100/8 101/22 104/13 104/14
105/18 109/10 114/3 120/21 122/5
122/13 122/17 122/20 128/11 128/13
132/20 139/15 147/24 155/12 159/11
166/3 166/8 166/14 167/7 169/14
172/13 173/8 178/9 179/6 179/12 190/7
191/1 194/2 194/11 194/13 199/6
200/21 203/17 206/8 207/24 210/18
210/19 213/8 217/24 219/1 220/18
220/23 222/17 234/12 235/20
nshannin [1] 5/16
number [68] 12/18 16/5 18/20 20/24
21/14 25/22 26/7 30/25 31/9 41/11
50/11 50/12 50/15 61/24 63/14 73/14
75/19 82/16 82/20 87/3 101/18 101/18
101/19 101/20 102/6 103/8 103/15
104/1 107/1 119/13 121/24 127/21
132/21 133/11 154/12 154/18 154/20
154/20 156/2 156/4 156/5 156/11
160/22 181/10 181/14 185/13 186/23
189/15 189/20 192/5 201/10 205/19
206/3 207/10 218/9 218/9 218/10
219/18 220/2 220/9 220/16 220/20
221/2 221/7 221/10 222/15 223/9
225/10
number 1 [2] 101/18 102/6
number 2 [1] 101/18
number 3 [1] 101/19
number 4 [1] 101/20

numbered [1] 23/18
numbers [7] 27/10 28/23 78/10 127/19
152/4 152/8 211/11
NW [2] 2/8 2/12
NY [1] 2/23

**O**

O'BRIEN [1] 5/6
OATH [1] 232/1
object [53] 22/9 34/7 34/23 37/23 46/2
46/19 47/12 48/13 50/22 66/6 66/16
71/24 72/15 73/20 78/19 79/24 80/6
80/13 80/21 90/24 94/18 102/5 125/9
145/20 157/5 157/15 159/15 160/3
160/13 164/16 164/20 168/15 174/5
176/7 193/23 195/7 195/21 196/8
196/17 206/5 208/15 209/14 211/18
215/1 218/15 220/4 220/11 221/19
222/11 224/22 225/17 226/5 230/9
objected [3] 80/3 90/21 135/11
Objection [2] 157/10 230/13
observation [1] 13/9
obtain [1] 143/24
obviously [11] 13/17 16/6 21/21 49/18
53/14 60/9 95/2 117/20 121/20 122/16
123/8
occur [2] 39/5 140/18
occurred [2] 73/11 74/24
occurring [2] 43/25 187/18
occurs [2] 27/19 199/2
October [5] 184/4 184/7 190/10 190/13
227/8
October 1 [1] 190/13
October 1st [2] 184/4 190/10
October 21 [1] 184/7
odd [1] 35/11
OECS [17] 31/15 32/1 32/18 32/22
33/16 41/5 41/21 113/17 135/22 136/1
136/5 188/7 194/24 214/12 226/8 227/2
227/19
off [7] 103/16 114/20 166/18 184/12
193/13 228/4 228/6
offenders [5] 73/15 210/21 211/4
211/12 212/13
offered [2] 84/13 146/14
office [142] 3/12 3/21 4/3 4/22 5/3 5/9
7/4 12/15 12/16 13/21 13/23 15/23
17/25 22/3 22/3 23/2 23/6 24/24 25/2
25/3 25/4 28/6 28/10 29/11 30/11 30/13
31/12 31/16 31/19 31/21 31/22 33/2
36/13 37/18 40/2 41/5 42/8 48/5 49/11
49/24 50/4 50/23 50/24 57/17 57/18
58/7 58/8 60/9 63/7 63/8 63/11 64/21
64/23 64/24 72/23 79/7 81/11 83/2 86/7
86/11 89/15 96/2 98/6 98/11 98/14
98/16 98/20 99/15 100/2 100/21 101/2
111/14 111/19 112/6 112/11 112/14
112/20 113/1 113/7 113/16 113/20
113/25 116/13 116/19 119/23 123/15
125/2 125/25 125/25 131/5 131/19
132/16 135/16 135/16 135/25 136/2
136/8 136/9 139/23 140/4 141/18 142/2
142/8 142/14 142/21 143/1 143/13
143/14 143/21 144/3 144/4 144/9
147/19 155/12 156/24 156/25 161/8
161/17 161/18 164/4 164/8 169/14
170/9 177/5 178/9 178/11 180/11
180/12 188/6 190/23 194/25 196/1

office... [10]  204/7 209/2 209/19 211/13
 214/12 214/21 215/8 226/17 226/18
 227/19
office's [1]  198/7
officer [1]  50/15
officers [6]  20/7 25/24 198/11 200/11
 205/14 207/4
offices [2]  113/18 147/14
official [4]  1/8 12/7 17/2 169/15
officially [1]  12/19
officials [1]  171/22
often [5]  16/13 16/15 16/22 32/21
 111/24
oh [4]  52/10 189/4 199/2 199/2
okay [215]  9/16 9/20 9/21 11/11 11/15
 11/19 12/3 12/8 12/16 12/21 14/11
 14/15 14/23 15/3 15/6 15/13 15/16
 16/15 16/21 16/24 17/3 17/6 17/10
 18/11 18/17 19/3 19/10 19/14 19/19
 20/1 20/12 21/5 21/18 22/20 23/14 25/8
 26/4 26/7 26/15 26/21 27/2 27/5 27/17
 27/23 28/18 29/2 29/6 29/14 29/20 30/7
 30/25 31/12 32/1 32/11 32/17 32/25
 33/4 33/16 34/3 34/16 35/3 35/8 36/15
 36/23 37/13 37/20 38/4 38/18 39/2
 39/16 40/4 41/22 42/1 42/7 43/8 43/16
 43/23 44/7 44/13 44/18 45/24 48/9
 49/14 50/2 50/6 51/25 52/7 52/21 52/23
 53/10 54/5 54/13 54/18 55/4 55/10
 55/23 56/8 60/14 61/11 61/16 62/9
 62/15 62/18 63/12 63/20 64/13 66/3
 68/5 68/24 69/4 70/16 70/18 72/13
 73/11 74/20 75/7 76/5 76/16 77/21
 77/24 82/9 83/4 83/9 83/20 84/1 84/7
 85/1 85/9 85/20 86/2 87/12 89/13 91/6
 97/16 103/19 104/3 105/6 105/21 110/6
 111/18 111/24 112/13 112/22 113/7
 114/2 114/17 116/16 117/3 117/13
 118/16 122/5 128/4 130/16 131/2
 132/18 135/24 136/3 136/13 139/19
 140/11 140/21 142/6 143/19 145/5
 145/10 145/14 147/11 147/16 147/20
 149/22 151/10 152/7 152/20 152/24
 153/11 154/3 155/4 158/11 160/18
 161/23 161/24 162/5 162/20 165/5
 167/6 173/5 173/12 174/10 175/22
 176/2 180/21 181/2 183/3 183/5 184/8
 186/17 193/15 199/20 202/18 203/10
 204/4 207/24 213/17 214/22 218/2
 220/19 222/7 223/7 224/2 224/16 225/7
 225/21 228/1 229/16 230/18
OKEECHOBEE [1]  4/7
OLIVO [1]  4/10
omitted [1]  44/24
on [288]
once [13]  16/22 16/23 32/24 32/25
 62/10 74/8 98/18 112/8 123/9 137/2
 141/25 177/7 177/14
one [53]  15/23 16/7 21/1 29/16 39/4
 41/12 42/6 46/24 58/6 58/13 60/22 65/8
 71/5 75/4 75/18 77/17 83/6 84/3 84/5
 96/16 99/16 104/7 109/14 111/9 113/4
 115/9 125/20 128/5 129/17 132/19
 134/8 136/17 137/10 140/10 146/13
 147/9 149/3 156/4 157/20 157/21
 165/23 169/17 170/9 171/19 184/17
 185/22 185/24 189/25 191/16 215/20
216/7 229/10 229/13
one-tenth [1]  156/4
ones [3]  97/14 151/8 178/9
ongoing [1]  128/2
online [5]  25/25 27/16 153/7 153/19
 155/11
only [33]  10/1 33/18 37/25 44/8 44/21
 47/22 49/16 49/16 65/14 76/7 85/23
 96/18 134/8 152/17 157/21 158/22
 168/3 168/6 170/17 171/16 185/22
 185/24 187/15 197/14 197/24 202/15
 204/1 205/3 208/25 210/14 220/1
 220/17 223/18
open [1]  218/21
opens [1]  21/8
operating [2]  80/18 200/11
opinion [8]  175/4 178/21 209/10 223/15
 224/3 230/1 230/7 230/11
opinions [1]  15/25
opportunities [10]  32/19 91/25 93/4
 125/18 167/11 170/21 174/14 174/18
 175/10 216/10
opportunity [5]  112/7 167/22 173/23
 174/15 174/23
opposed [3]  208/13 209/12 209/25
option [2]  44/17 201/13
optional [1]  219/24
or [267]
ORANGE [1]  5/12
order [6]  63/17 127/22 146/17 149/19
 158/12 178/24
Oretga [1]  185/2
organization [22]  21/7 26/10 40/15 54/6
 54/22 55/17 56/17 62/21 77/2 79/15
 118/12 171/14 171/20 183/22 189/18
 200/5 213/22 214/14 215/5 223/3 223/3
 223/24
organization's [2]  20/6 180/18
organizational [1]  193/5
organizations [12]  17/22 19/12 19/16
 71/17 80/19 138/19 150/17 153/1
 154/25 155/20 156/10 157/3
organizer [1]  147/7
oriented [1]  32/24
original [8]  62/6 89/20 117/1 117/11
 122/17 198/9 204/10 234/11
originally [1]  123/24
originated [2]  49/17 203/8
originator [1]  62/17
Orlando [3]  2/4 3/18 5/14
ORTEGA [2]  2/15 182/22
other [32]  9/10 10/22 13/6 13/17 14/3
 21/2 33/12 37/13 39/11 39/21 40/7
 44/14 50/13 52/12 54/24 62/13 63/2
 109/24 129/9 141/21 143/6 169/20
 171/23 181/4 181/12 187/6 189/25
 200/14 213/25 223/22 229/6 230/23
others [4]  104/18 211/1 216/16 216/20
otherwise [3]  22/4 24/21 131/23
ought [4]  194/11 196/3 196/10 212/2
our [48]  15/25 16/8 16/9 21/21 23/4
 38/14 41/21 58/18 63/7 63/23 64/3
 65/14 72/3 72/10 72/16 74/10 84/12
 89/3 89/20 90/19 91/11 93/24 99/7
 110/3 123/7 123/17 123/25 124/8
 124/16 126/4 131/15 135/4 137/7
 142/17 149/21 150/2 153/7 160/22
 167/21 167/3 178/8 178/11 195/14
200/13 204/9 207/13 217/16 219/23
 219/24 221/1 221/11 221/23 222/5 22/8
 22/13 24/16 39/7 40/24 43/23 45/20
 64/20 64/21 64/23 86/2 86/3 86/11
 86/12 91/9 97/17 97/20 98/7 100/23
 106/10 108/2 110/3 111/18 113/21
 119/25 123/17 136/7 136/8 137/8
 140/25 152/24 154/16 157/21 160/24
 162/10 163/19 164/5 170/16 172/25
 176/21 177/3 177/7 177/7 177/9 177/21
 183/10 186/14 193/1 195/15 200/6
 204/23 205/7 205/7 205/10 207/2 207/2
 207/7 207/8 207/10 209/16 210/11
 210/19 215/10 218/3 218/24 221/21
 221/23 223/19 234/9
outlining [1]  183/14
outreach [3]  71/15 207/6 207/21
outset [1]  191/9
outside [19]  34/21 35/6 37/3 37/5 89/1
 89/16 90/11 92/20 93/1 98/10 99/14
 132/8 143/3 161/16 163/25 179/9 214/9
 226/6 227/23
over [21]  9/10 64/13 72/2 111/3 118/21
 123/10 125/19 129/14 162/9 172/19
 173/22 188/15 188/19 191/11 194/3
 194/12 195/23 204/18 215/4 216/13
 228/13
overall [1]  156/3
overlook [2]  155/25 156/1
overnight [1]  22/4
oversee [6]  12/5 12/9 12/22 14/6 17/18
 19/7
overseeing [2]  19/11 113/25
oversees [3]  13/24 16/5 19/23
oversight [1]  30/7
overwhelmingly [1]  158/13
OVR [1]  27/14
own [4]  123/12 150/24 190/2 224/19

P
P.A [1]  3/17
p.m [16]  1/14 61/21 104/4 114/9 114/10
 115/4 127/4 144/13 144/14 162/2 162/3
 182/8 182/9 228/8 228/9 231/1
PA [1]  4/8
package [24]  83/17 83/24 84/2 85/18
 85/22 95/24 96/13 96/15 97/21 97/25
 98/21 99/7 123/8 124/1 124/3 124/8
 124/9 124/11 126/6 137/17 141/24
 142/17 150/15 204/10
packages [2]  41/1 41/3
packet [2]  24/22 41/21
pad [1]  88/2
page [31]  6/2 7/2 27/9 50/6 52/8 54/16
 55/24 69/15 69/22 76/10 76/17 76/18
 87/8 93/11 103/7 103/22 106/25 115/24
 116/17 116/21 127/18 127/19 152/17
 152/18 152/23 160/22 184/13 196/23
 219/10 234/9 235/6
page 10 [1]  69/15
page 12 [1]  69/22
page 13 [1]  196/23
page 14 [1]  76/18
page 6 [1]  50/6
pages [2]  201/2 233/9
paid [1]  202/16
paint [1]  205/1
PALM [2]  4/12 4/14

**P**

paper [1]  225/4
papers [1]  10/13
paperwork [1]  40/23
paragraph [4]  50/8 69/22 93/10 183/14
paragraphs [2]  173/25 213/25
part [32]  26/11 31/23 67/11 72/25 85/24
89/25 93/10 99/23 99/25 118/14 119/2
133/1 135/4 136/18 136/21 136/23
136/25 146/18 166/3 170/25 177/16
181/1 181/4 181/11 184/16 202/23
204/9 216/24 217/1 217/16 217/24
227/17
participants [3]  85/14 136/14 137/22
participate [1]  136/25
participated [1]  62/15
particular [11]  19/6 19/20 68/1 72/2
89/22 93/24 95/9 132/20 133/18 152/17
181/11
particularly [4]  9/11 21/22 204/24
209/16
parties [4]  36/1 36/2 102/9 233/13
parties' [1]  233/14
party [41]  17/22 19/11 19/16 21/6 26/9
40/14 54/5 54/21 55/16 56/17 62/20
69/16 77/1 79/15 95/9 95/9 100/17
101/19 121/9 123/2 124/20 125/8
138/19 142/18 150/16 152/25 153/19
154/7 154/25 155/19 156/9 157/3
160/24 180/17 183/21 185/11 189/5
189/17 191/7 223/2 223/23
pass [2]  182/10 228/13
passage [3]  95/11 95/18 160/25
passed [8]  66/24 67/3 68/15 106/1
118/2 146/20 157/2 175/22
passing [3]  36/17 37/4 106/5
past [2]  33/22 52/12
patterns [2]  227/5 227/6
PCS [1]  127/9
PDF [2]  181/17 181/25
penalized [1]  214/24
penalties [1]  235/19
pending [1]  10/2
people [17]  31/5 104/7 112/22 120/7
125/13 136/17 149/4 156/12 156/17
186/14 195/9 216/15 216/19 217/13
229/2 229/10 230/12
per [5]  78/22 78/24 79/4 94/7 129/12
percent [2]  154/7 154/24
percentage [1]  155/3
perception [4]  92/6 168/9 211/4 217/7
PEREZ [1]  4/5
Perfect [1]  51/8
performance [2]  163/19 165/1
performing [1]  16/8
perhaps [2]  115/21 195/13
period [21]  21/25 23/15 58/2 58/5 58/9
66/23 67/14 67/16 67/19 68/12 96/10
100/18 113/9 116/20 135/21 142/7
142/13 146/1 153/17 168/3 198/17
peripheral [1]  13/6
perjury [1]  235/19
permanent [5]  20/6 168/22 169/2
171/18 200/18
permitted [1]  217/19
person [60]  14/20 20/25 21/13 23/22
27/12 34/5 41/10 56/18 77/9 78/1 80/22
85/24 91/15 92/2 93/6 101/15 122/25

125/20 126/12 143/10 161/20 162/15
163/8 165/7 165/18 165/25 166/5
169/17 169/22 169/23 175/3 185/14
185/15 185/22 186/11 187/15 188/1
188/8 189/4 191/4 191/5 191/19 191/23
192/5 194/3 194/6 195/4 195/23 200/25
213/11 213/22 222/3 222/12 224/23
229/6 229/7 229/24 229/25 230/6 230/7
person's [4]  94/24 219/4 219/5 219/18
personal [22]  167/16 172/20 196/19
218/3 218/6 218/16 218/18 218/20
218/23 219/12 219/14 219/18 219/20
219/22 220/12 220/23 221/24 223/5
223/21 224/13 224/19 225/1
personally [5]  102/21 125/4 169/3
227/14 232/11
persons [1]  168/7
perspective [4]  43/4 108/25 119/4 212/8
perspectives [1]  137/7
pertained [1]  119/24
pertaining [2]  19/8 119/25
Peter [1]  139/16
petition [1]  13/25
PGA [1]  4/13
phone [11]  10/13 10/15 219/18 220/2
220/9 220/15 220/20 221/1 221/10
223/9 225/10
physical [3]  173/22 176/11 176/14
physically [4]  172/18 175/7 176/17
191/11
pick [1]  125/7
picking [1]  125/15
piece [4]  48/17 83/18 83/20 225/3
pieces [3]  44/12 134/17 219/13
Pierce [6]  61/9 61/11 65/17 66/17
126/10 126/11
Pine [1]  2/3
PINELLAS [2]  4/21 4/22
pinellas.gov [1]  4/24
PL [1]  3/13
PL-01 [1]  3/13
place [13]  45/7 45/13 47/10 51/9 85/10
85/13 89/15 91/7 114/9 144/13 162/2
182/8 228/8
placeholder [2]  62/1 87/2
places [1]  132/21
plain [2]  174/7 175/2
PLAINTIFF [1]  2/17
plaintiffs [9]  1/7 2/2 2/11 8/14 158/4
182/20 182/23 228/5 228/19
planning [10]  7/11 66/4 67/21 145/25
146/3 146/4 146/5 146/6 146/8 147/5
play [2]  65/25 188/5
pleasant [2]  40/9 40/11
please [19]  9/13 9/16 9/25 22/16 33/6
54/20 58/13 83/7 95/16 104/20 104/25
142/11 142/23 165/23 179/16 193/15
228/7 234/8 234/12
pleasure [3]  12/2 17/7 17/8
plug [1]  64/10
Poder [1]  228/20
point [30]  17/25 34/20 35/5 66/21 68/6
68/9 68/21 83/9 90/7 91/17 92/16 105/2
105/15 106/10 108/2 108/8 108/13
110/1 118/16 119/5 138/2 148/24 150/1
177/2 177/8 177/11 182/6 182/10
191/10 193/24
pointing [1]  103/10

policy [5]  61/13 109/3 159/17 203/5
217/5
pop [1]  27/1
populates [2]  27/1
portions [1]  181/12
position [8]  11/5 11/9 11/16 11/19 17/11
18/9 29/19 81/9
positions [2]  29/15 147/20
possess [4]  134/5 134/11 134/20
175/20
possessing [1]  175/8
possession [6]  65/7 176/6 176/23
176/24 183/16 183/24
possibility [2]  35/22 222/24
possible [17]  21/4 21/24 23/3 35/12
44/15 102/10 102/19 165/2 185/23
191/13 191/15 191/21 194/12 194/25
208/21 209/8 210/4
post [5]  13/8 82/21 83/10 153/22 207/18
post-election [2]  13/8 153/22
postal [1]  177/9
posted [1]  200/13
postmark [5]  215/9 215/11 215/12
215/15 215/16
potential [5]  36/8 142/9 142/14 142/21
226/10
potentially [2]  36/2 70/12
power [1]  109/24
practice [2]  81/14 145/18
practiced [1]  179/7
prebook [1]  100/19
precedes [1]  67/19
precincts [1]  101/20
precisely [1]  166/22
preclude [1]  169/8
precluding [1]  166/17
predecessor [1]  128/5
predominantly [1]  160/19
preliminary [4]  166/7 166/8 166/15
166/23
preparation [3]  38/8 39/17 51/1
prepare [14]  27/24 36/10 36/13 38/10
38/21 39/8 39/21 41/19 41/21 83/24
84/1 85/17 86/15 141/23
prepared [9]  28/8 41/20 49/23 50/1 50/3
83/17 86/18 87/13 127/25
prepares [1]  85/24
preparing [8]  26/23 41/1 41/3 49/20
62/15 83/25 85/21 173/6
prepped [1]  41/4
preregistered [1]  154/13
prerogative [1]  102/1
present [12]  97/21 97/24 98/14 98/17
125/24 126/1 137/12 137/14 174/16
188/25 228/25 229/22
presented [2]  158/2 158/3
presenting [1]  122/2
preserved [1]  94/25
pressure [1]  22/6
presumably [5]  131/4 133/20 197/18
223/10 225/1
presume [3]  132/25 139/21 142/1
presumed [1]  221/22
presumption [1]  195/8
pretty [14]  48/10 79/2 88/8 97/10 105/7
105/9 109/23 110/1 110/12 164/5
184/21 184/23 223/17 228/2
prevent [2]  163/13 167/10

**P**

previous [5]  74/21 80/12 81/17 107/4
139/10
previously [7]  52/3 60/24 97/3 122/16
149/16 181/9 197/24
price [1]  94/25
primarily [4]  28/5 84/24 146/15 149/18
primary [6]  14/6 29/22 29/24 46/4 95/9
149/17
printed [1]  62/1
printout [1]  87/8
prior [8]  10/21 17/13 25/1 27/22 28/20
30/21 89/2 203/4
private [2]  93/12 169/16
privilege [5]  117/6 118/20 118/21 119/6
149/7
privileged [1]  149/9
probably [11]  44/25 45/21 69/19 99/12
105/18 110/12 114/3 138/11 140/7
181/3 201/6
problem [2]  91/22 184/12
procedural [1]  179/2
procedures [2]  30/16 30/23
proceed [1]  62/12
proceeding [2]  119/11 235/20
proceedings [2]  8/1 231/1
process [58]  18/25 20/21 21/4 21/14
21/18 23/7 24/7 24/9 30/4 37/4 40/22
41/13 42/8 43/4 43/5 81/12 90/4 90/8
92/2 100/3 101/9 105/3 105/24 112/9
113/14 119/3 137/4 138/22 140/6
140/21 141/21 142/19 167/20 167/23
168/9 168/10 170/23 170/24 174/14
176/25 178/10 184/14 184/16 184/19
184/20 195/16 203/15 206/8 207/13
211/6 215/18 216/25 217/1 217/2 217/8
217/17 217/21 217/23
processed [7]  41/17 55/11 55/12 100/16
101/15 200/24 208/21
processes [2]  43/7 107/19
processing [4]  20/19 22/12 29/25
169/11
produce [1]  27/24
produced [5]  26/16 39/18 181/9 181/16
181/22
producing [1]  26/23
production [3]  65/17 133/3 181/24
Professional [1]  233/5
proffered [1]  217/25
program [6]  14/1 14/2 19/23 29/18
60/10 60/13
programmatic [1]  106/7
programmatically [1]  108/23
programs [3]  12/19 13/24 14/8
prohibit [1]  129/25
prohibited [1]  90/22
prohibiting [1]  130/21
prohibition [2]  124/6 130/14
promise [1]  203/16
promises [1]  86/16
promote [1]  217/13
prompted [3]  85/9 85/12 93/2
promptly [2]  53/3 164/24
promulgate [2]  173/12 173/15
promulgated [1]  173/8
proper [1]  42/6
properly [1]  100/22
proportion [1]  48/11

proposal [11]  87/23 89/21 90/1 93/24
94/11 97/25 98/19 128/21 146/7
150/18 218/1
proposals [13]  81/18 84/4 86/16 87/15
87/17 97/18 137/19 142/17 143/8
150/3 151/1 151/3 151/6
propose [1]  124/8
proposed [33]  7/9 82/21 82/24 83/15
84/14 88/7 88/24 89/12 96/23 104/10
120/22 120/23 121/3 121/23 122/13
124/14 127/10 128/21 128/25 129/5
130/3 132/10 132/14 141/14 141/15
141/24 142/9 142/14 142/21 143/1
151/9 176/1 176/3
proposing [1]  136/22
prosecuted [1]  57/20
prosecution [2]  50/14 230/15
prosecutors [1]  179/10
protects [1]  189/2
prove [1]  57/20
provide [29]  46/20 49/14 57/24 59/23
60/1 60/12 62/11 65/9 75/3 75/6 75/21
77/2 84/4 98/4 109/11 112/7 123/20
133/5 133/9 137/20 151/1 153/18 165/6
165/17 165/25 183/23 195/19 198/6
223/22
provided [21]  26/16 28/16 37/20 37/24
39/20 43/20 57/23 74/10 78/9 89/5
99/22 124/11 133/1 149/5 149/16 158/5
158/6 160/15 161/3 194/7 198/14
provides [6]  27/6 53/2 162/18 175/16
215/18 218/17
providing [8]  49/25 66/19 93/12 94/6
129/11 131/10 132/3 223/1
provision [26]  37/8 46/25 56/24 56/24
78/6 89/5 89/22 90/25 93/25 94/6
138/24 146/16 161/10 161/20 163/15
164/21 165/10 166/7 166/22 167/9
175/11 178/6 201/19 207/19 213/19
224/8
provisions [39]  10/19 58/21 58/22 59/17
59/19 66/4 67/11 67/23 69/20 70/25
71/8 72/2 72/7 72/19 72/24 83/25 88/24
92/21 92/24 97/4 105/13 105/17 108/12
108/24 113/9 113/13 138/18 141/19
142/4 149/17 150/16 150/20 161/7
161/11 161/13 162/23 163/19 179/8
183/2
public [18]  25/18 26/3 26/18 158/16
165/9 167/8 167/12 174/14 174/17
174/19 200/13 203/16 205/11 205/11
217/7 219/9 219/11 233/22
public-facing [1]  200/13
publication [1]  63/24
publicly [10]  152/20 152/21 219/3
219/11 219/16 221/7 221/9 221/25
224/1 225/9
pull [6]  184/24 196/22 199/10 199/21
202/7 212/18
pulled [5]  116/17 151/21 152/5 152/9
153/16
pulling [1]  183/8
punish [1]  211/15
punished [1]  43/14
purchasing [1]  13/22
purports [1]  127/9
purpose [9]  38/1 55/8 66/20 67/6 68/1
87/21 222/13 223/10 223/22

purposes [8]  38/5 172/17 173/20 173/25
192/23 207/22 217/18 230/1
pursuant [3]  50/9 50/16 124/7
put [19]  21/14 24/21 24/23 91/10 95/23
96/13 98/5 112/22 123/13 124/17
131/23 137/18 141/14 180/9 186/15
189/19 195/5 203/18 219/22
putting [7]  126/6 130/20 144/15 146/21
177/3 177/6 177/10

---

**Q**

qualification [1]  14/1
qualifying [1]  13/2
question [47]  9/17 9/19 9/22 9/22 10/2
10/3 22/16 33/6 34/24 35/11 36/12 45/9
47/6 54/20 56/14 58/13 71/2 72/5 85/11
89/4 92/22 95/15 105/14 131/11 131/21
132/2 142/11 142/23 143/3 149/8
149/13 166/23 169/7 170/7 173/14
175/17 178/3 179/16 189/16 194/19
214/8 214/13 214/18 220/5 223/13
223/14 227/20
questioning [1]  119/11
questions [18]  8/15 16/20 24/20 35/7
72/18 87/9 113/6 138/24 181/5 183/1
183/2 208/16 225/25 228/22 229/17
229/21 230/4 230/21
quick [3]  110/12 181/7 225/25
quicker [1]  55/9
quite [5]  9/4 129/23 174/7 208/21 220/5

---

**R**

RA [1]  147/18
race [3]  133/15 153/20 160/23
raise [2]  73/12 74/24
raised [7]  69/23 70/9 97/16 100/11
108/18 124/18 131/12
raises [2]  79/14 79/18
raising [2]  70/19 137/8
rampant [1]  211/5
Rankin [1]  110/25
rather [1]  192/5
re [4]  11/25 116/2 234/4 235/3
re-up [1]  11/25
reach [9]  39/7 86/3 86/11 86/12 98/7
145/22 207/2 210/10 210/19
reached [4]  86/2 97/17 97/19 106/10
reaches [1]  113/21
reaching [2]  119/25 210/14
read [19]  54/14 57/4 58/3 103/16
103/17 106/17 132/22 159/10 162/24
175/2 183/18 183/20 199/4 203/21
213/20 220/21 234/8 234/10 235/19
reading [5]  53/19 128/15 206/14 213/19
234/8
real [3]  22/6 134/23 195/6
really [11]  13/20 31/9 36/12 74/4 110/4
116/15 118/24 139/20 187/22 196/18
228/11
reason [6]  68/20 152/3 202/23 203/10
215/25 235/6
reasonable [2]  102/12 234/11
reasonably [3]  162/14 163/7 213/11
reasoning [1]  176/9
reasons [5]  46/25 129/22 192/7 215/20
216/7
recall [49]  17/23 31/4 34/14 38/4 40/1
40/2 59/7 59/21 67/12 70/4 70/18 71/9
72/9 72/16 73/2 73/7 73/9 83/10 90/2

recall... [30]  90/14 90/16 91/4 93/24
94/12 94/16 98/9 98/15 99/25 109/9
119/13 124/16 125/23 126/15 126/17
129/23 134/12 134/19 135/10 136/16
137/10 138/15 139/24 140/8 140/19
144/5 150/23 158/14 160/24 184/6
recap [6]  27/25 28/2 28/8 28/15 28/22
153/22
receipt [32]  7/13 20/21 47/1 57/23 78/8
78/9 101/9 183/14 183/23 184/1 184/4
184/15 185/1 185/9 186/17 186/21
187/22 188/13 188/18 189/7 190/5
190/25 191/4 193/3 193/25 194/11
194/16 194/17 194/20 194/22 195/6
227/25
receipts [3]  190/18 227/15 227/22
receive [5]  22/8 65/6 85/13 111/24
209/11
received [19]  20/14 23/8 27/4 41/9
43/17 43/20 50/11 56/1 56/11 75/7
88/25 88/25 93/23 115/23 123/15 138/5
138/7 143/20 144/2
receiving [2]  24/5 131/9
recess [6]  51/9 114/9 144/13 162/2
182/8 228/8
recipients [1]  110/24
recognize [12]  61/7 62/3 69/20 76/13
87/10 110/17 120/23 127/2 127/23
140/1 144/21 173/5
recognized [1]  44/21
recollection [3]  31/10 59/11 70/21
recommend [5]  102/14 130/19 134/10
135/8 142/5
recommendation [12]  71/22 129/13
129/13 129/24 130/25 131/8 131/9
131/24 135/13 135/18 170/15 175/22
recommendations [14]  59/19 70/25 71/8
72/6 72/24 129/7 129/7 129/20 131/16
141/13 150/6 150/10 150/14 150/21
recommending [1]  134/21
record [15]  10/16 34/1 42/14 47/4 59/12
87/25 101/19 114/11 114/20 159/6
180/13 190/3 219/10 219/11 233/9
recorded [3]  9/8 28/12 152/5
records [5]  12/11 12/25 63/6 154/2
154/4
recourse [1]  188/24
redacted [2]  116/15 117/4
redaction [4]  117/7 118/19 118/22 119/1
redactions [1]  119/7
redirect [1]  229/18
reduce [1]  100/11
reduced [1]  170/22
reducing [1]  100/4
reduction [2]  155/4 155/7
refer [17]  23/17 30/21 31/15 41/21
41/22 42/11 53/16 53/21 64/6 69/2 73/8
150/22 162/15 163/9 164/4 186/5 227/2
reference [10]  37/12 63/16 63/18
108/19 109/6 122/3 127/15 132/5
149/15 161/6
referenced [2]  120/4 181/8
referencing [3]  63/18 115/10 121/4
referendum [1]  209/4
referrals [1]  132/7
referred [3]  49/19 50/13 75/11
referring [26]  11/12 19/15 23/9 23/10

25/17 26/11 28/3 30/1 33/14 38/15 41/4
42/19 42/19 51/19 52/13 52/13 52/16
61/24 65/13 71/3 121/12 130/8 131/5
132/17 168/22 212/13
refers [4]  63/5 63/6 63/14 89/9
reflect [6]  28/21 64/4 64/5 154/12
178/19 180/16
reflecting [1]  87/20
reflects [7]  26/7 28/18 28/19 59/13
61/25 120/3 158/22
refresh [1]  59/10
regard [6]  46/24 74/20 81/16 83/14
102/15 210/22
regarding [43]  19/5 22/24 25/11 27/7
33/17 35/5 37/14 37/21 58/21 59/20
66/4 68/6 71/1 71/8 71/22 72/7 72/24
92/16 92/25 93/1 96/9 98/8 99/8 105/17
108/2 113/2 116/14 116/22 132/3
138/24 140/13 142/9 142/15 142/16
142/18 142/22 143/2 146/14 150/21
151/3 153/13 161/3 179/8
regardless [5]  41/14 47/18 54/8 178/17
211/16
register [11]  76/23 77/2 153/17 155/10
157/14 159/14 173/1 197/14 197/15
197/24 217/13
registered [40]  20/7 20/11 21/1 21/13
25/20 25/22 28/23 41/10 43/16 43/18
46/10 55/7 81/8 95/8 95/9 100/16
101/18 125/21 153/24 154/12 155/23
155/23 156/17 157/20 157/22 160/19
160/23 169/17 197/14 198/10 200/9
204/19 205/17 206/3 206/16 207/23
207/24 216/16 216/20 233/4
registering [6]  77/19 166/17 179/19
197/16 216/17 216/21
registers [1]  77/18
registertovoteFlorida.gov [1]  173/2
registrant [3]  53/17 79/12 193/21
registrants [2]  156/21 158/23
registration [200]  7/14 12/12 13/11
13/12 13/14 13/15 13/16 17/14 17/17
17/19 17/20 17/22 19/5 19/8 19/12
19/16 19/21 19/24 20/3 20/4 20/13
20/13 20/16 21/7 21/8 21/10 22/21
24/15 25/10 26/5 26/8 26/9 26/17 26/22
27/6 27/7 27/10 27/24 28/13 29/3 30/3
30/12 32/18 40/15 40/16 40/21 40/21
41/23 42/3 42/9 42/20 43/5 43/12 44/5
45/8 45/14 47/11 52/1 52/19 53/12 54/6
54/7 54/22 54/23 55/17 56/4 56/17
58/12 58/16 62/21 62/25 76/25 77/1
77/10 78/2 78/7 79/4 79/15 80/24 93/14
93/15 99/4 99/10 99/18 106/13 121/9
121/11 123/1 123/2 124/20 124/24
125/8 138/19 142/18 150/16 151/18
152/1 152/6 152/9 152/11 152/25
152/25 153/25 154/15 154/25 155/12
155/19 156/10 157/3 158/25 160/1
160/15 164/24 165/7 165/19 166/1
166/4 167/5 169/22 171/14 172/19
172/22 172/23 172/25 173/18 177/4
177/19 179/15 179/21 180/18 180/18
180/22 183/15 183/21 183/22 185/20
187/1 187/3 187/9 187/24 188/11
188/16 189/2 189/6 189/11 189/13
189/17 189/18 190/18 190/25 191/16
191/18 193/4 193/10 193/11 194/9

194/18 196/2 196/20 197/4 197/12
198/9 198/9 198/10 198/12 199/16
199/22 200/8 200/15 200/23 201/10
201/22 202/3 202/3 202/6 202/9
202/13 202/16 203/12 203/22 203/25
204/1 204/13 206/14 208/12 212/25
215/22 216/5 217/17 219/7 220/8 222/9
223/2 223/24 224/11 224/18 224/20
225/13 226/3 227/15
registrations [15]  21/6 30/2 69/17 78/18
154/8 154/21 154/24 155/19 156/2
156/9 158/22 166/12 169/9 169/12
191/8
regs [1]  63/18
regular [2]  22/15 207/6
regularly [1]  86/10
regulate [1]  75/8
regulating [5]  51/14 51/23 138/18
150/16 162/23
regulations [4]  96/9 157/2 162/8 179/3
regulatory [3]  29/8 29/9 29/21
relate [1]  63/24
related [17]  19/22 22/22 29/3 30/18
36/10 66/15 67/10 83/16 113/9 113/13
115/16 116/23 116/24 179/14 179/18
226/2 226/3
relative [3]  94/19 233/12 233/13
Relativity [1]  182/1
relay [1]  143/19
relayed [2]  112/17 143/17
relevant [1]  10/18
rely [1]  117/13
remain [3]  197/21 202/18 202/21
remarkable [1]  109/23
remember [23]  18/21 57/9 59/2 68/17
68/17 82/5 99/5 100/1 120/17 125/4
128/24 129/1 139/22 140/7 145/10
158/17 165/20 175/18 175/20 197/6
198/24 203/7 204/9
reminded [1]  204/24
remote [2]  1/12 233/6
remotely [3]  8/9 9/9 232/6
rendered [1]  118/6
repeat [23]  22/16 33/6 54/20 56/13
53/18 73/15 73/24 85/11 92/22 95/16
105/14 142/11 142/23 165/21 171/9
181/14 189/16 192/3 194/19 210/21
211/3 211/12 212/13
repeatedly [2]  134/24 211/17
repetitive [1]  73/15
rephrase [1]  197/8
replied [3]  107/17 109/8 117/20
report [47]  7/4 14/23 15/1 15/14 16/24
25/10 26/7 28/2 28/3 28/4 28/8 28/15
28/15 28/22 28/25 29/1 32/4 32/6 33/10
33/11 33/12 33/14 33/19 38/5 44/8
44/13 45/2 45/5 45/25 47/8 47/14 49/12
49/13 49/15 49/20 49/23 50/10 50/20
51/1 136/1 152/22 202/13 202/15 226/8
227/2 227/4 233/6
reported [7]  1/19 28/12 46/17 46/17
47/18 180/7 202/10
reporter [17]  49/2 60/16 69/8 76/10
82/12 86/23 102/25 114/18 122/17
126/21 139/3 144/16 146/22 151/11
172/2 233/1 233/5
reporting [8]  19/25 37/14 37/17 44/22
47/7 47/24 48/17 203/24

**R**

reports [17]  27/7 27/25 30/5 32/8 37/21 44/7 45/11 48/3 48/11 48/15 74/11 75/12 153/7 160/21 226/17 226/21 227/10

represent [6]  8/14 68/19 127/18 182/18 182/23 228/19

representative [6]  33/2 33/22 34/6 34/12 34/17 34/19

represents [1]  189/12

request [16]  36/24 49/1 75/8 83/22 110/22 111/19 113/8 115/20 116/18 116/21 119/18 119/22 126/20 151/11 224/3 224/4

requested [8]  39/20 74/21 116/14 119/15 153/4 153/6 153/12 233/8

requesting [4]  82/12 86/23 139/2 144/16

requests [8]  14/2 30/3 36/21 92/15 111/24 111/25 172/24 224/5

require [8]  131/12 186/17 186/21 193/3 197/9 203/6 216/15 216/19

required [17]  24/17 30/6 37/11 44/10 45/2 53/10 57/7 89/23 169/24 185/8 186/3 194/13 194/14 197/15 198/13 200/7 205/23

requirement [18]  53/15 76/19 78/9 78/9 89/6 121/8 121/17 168/13 170/16 190/5 196/25 197/3 198/20 198/24 199/6 201/4 204/8 207/17

requirements [6]  50/9 58/11 58/15 90/18 121/7 198/3

requires [11]  50/21 57/5 57/23 63/8 77/8 77/25 165/24 166/4 170/2 186/23 197/11

requiring [7]  78/8 88/13 91/1 122/24 122/24 124/23 203/11

reregister [5]  76/19 77/7 197/10 197/22 204/16

reregistering [3]  77/16 77/23 202/22

reregistration [11]  78/8 196/24 197/3 201/4 201/9 201/9 201/13 201/19 206/12 206/23 207/16

reregulation [1]  204/8

research [1]  25/6

residence [4]  42/22 185/11 185/12 194/8

residents [2]  168/23 169/2

resides [12]  53/5 53/17 53/18 54/4 54/9 54/25 55/20 56/3 56/21 57/6 57/11 79/12

residing [1]  43/10

resource [3]  59/24 60/8 60/12

respect [3]  14/4 17/1 187/18

respectfully [1]  117/17

Respective [1]  161/10

respond [6]  65/10 72/10 75/16 116/17 120/9 149/12

responded [1]  61/8

responding [6]  117/10 117/16 117/22 117/23 117/25 120/12

responds [1]  108/15

response [9]  107/16 107/21 115/24 116/10 116/21 117/18 118/3 118/6 131/21

responsibilities [5]  17/16 19/4 19/10 29/23 29/24

responsibility [6]  14/6 15/18 58/18 72/2 72/10 72/17

responsible [16]  14/7 17/3 25/5 26/25 37/17 63/3 65/4 75/9 97/13 115/23 123/11 126/6 146/16 149/19 177/14 177/16

responsive [2]  72/17 73/3

rest [1]  73/17

restricting [1]  157/2

restriction [1]  218/4

restrictions [7]  91/10 91/11 99/3 99/9 99/17 120/15 136/22

result [1]  109/16

retain [4]  221/14 221/15 222/8 229/25

retained [6]  220/13 220/24 220/25 222/16 223/6 223/2

retaining [2]  220/7 222/14

retains [1]  224/25

retention [2]  218/4 224/12

rethink [1]  196/11

return [12]  45/8 45/14 47/10 53/11 54/6 54/22 58/11 58/16 78/12 100/5 167/16 234/13

returned [4]  26/14 55/2 57/12 78/18

returning [3]  52/1 52/19 132/4

returns [1]  56/10

Rev [1]  63/15

review [13]  21/13 21/17 39/16 40/25 41/19 63/22 64/3 100/22 104/25 131/14 159/8 206/21 233/7

reviewed [1]  136/14

revise [1]  132/16

revised [2]  58/21 201/7

revisions [5]  95/13 95/20 96/9 141/19 150/15

revisit [1]  201/6

REYNOLDS [1]  4/5

right [161]  9/2 10/4 10/6 10/10 11/3 20/5 20/7 21/11 25/8 29/16 32/2 40/12 43/13 47/21 52/24 54/18 59/14 61/3 61/7 63/12 64/14 67/15 73/9 73/19 75/17 78/6 78/18 78/24 79/10 79/23 80/20 81/24 88/3 88/5 92/9 94/24 95/3 97/2 103/7 103/12 103/13 103/23 103/25 105/4 105/11 106/23 106/25 107/8 109/10 112/24 116/2 117/10 120/6 121/1 121/11 121/15 121/18 122/20 122/22 124/4 127/7 127/16 127/20 128/9 128/20 128/21 128/25 129/5 129/12 130/3 131/24 131/25 132/19 135/22 139/17 140/3 141/5 141/11 145/6 145/7 147/22 148/21 148/23 152/1 152/22 155/5 155/16 158/16 164/14 165/16 166/3 166/8 166/10 166/14 166/19 169/13 172/13 175/23 182/4 182/5 184/5 184/9 186/12 189/20 189/24 190/7 190/10 190/15 192/21 194/13 195/25 197/22 197/25 198/18 198/21 199/5 199/12 199/16 200/21 201/14 201/23 201/24 202/4 202/14 202/15 203/6 203/13 203/17 205/24 206/13 206/23 206/25 207/17 207/20 210/23 211/2 211/10 211/16 211/25 213/5 213/19 215/23 216/25 218/4 218/14 219/1 219/15 220/3 220/10 220/16 220/18 220/23 221/3 221/11 222/3 223/9 225/11 225/16 229/5 229/8 230/2

right-hand [2]  103/23 103/25

Riverplace [1]  4/18

**B**

BMR [3]  232/15 233/21 234/16

road [1]  88/22

roadmap [1]  62/11

role [19]  12/7 14/4 14/16 14/24 15/16 15/25 17/2 17/18 17/21 18/6 18/7 18/17 18/18 18/24 19/3 19/7 31/7 65/24 141/18

roles [1]  29/20

rollover [1]  201/2

rolls [1]  215/4

room [5]  10/7 10/11 147/17 149/5 149/6

ROPER [1]  3/17

roperpa.com [1]  3/19

ROSENBLOOM [1]  4/20

roughly [1]  154/7

route [1]  21/1

routes [1]  21/12

row [5]  62/18 63/12 63/14 88/16 128/12

row 4 [1]  88/16

row 5 [1]  128/12

row 7 [3]  62/18 63/12 63/14

RPR [4]  1/20 232/15 233/21 234/16

rule [58]  7/12 16/1 20/8 20/9 22/25 38/13 42/4 42/11 42/14 42/16 45/13 47/9 60/18 60/21 172/8 173/5 173/8 173/10 173/12 174/2 174/3 174/13 174/20 174/23 175/9 175/13 178/2 178/5 178/7 178/10 178/12 178/15 178/16 178/17 178/18 178/22 178/25 179/10 184/16 184/18 186/6 190/11 190/21 199/18 199/19 200/6 201/9 201/16 202/8 202/25 203/3 203/15 203/18 203/21 206/8 215/10 215/18 224/9

Rule 1S2.042 [1]  172/8

rule-making [12]  174/2 174/13 175/13 178/2 178/5 178/10 178/15 178/22 184/16 202/8 203/15 206/8

rules [4]  10/18 45/7 62/12 161/4

run [1]  12/22

**S**

Safety [2]  27/13 156/14

said [27]  11/16 55/10 73/9 75/5 77/13 90/24 93/21 96/5 97/1 97/7 102/11 108/14 109/7 109/8 112/9 116/9 117/14 119/21 124/10 124/23 135/5 156/18 171/5 181/20 203/7 210/25 215/20

salaried [1]  11/21

salary [1]  13/25

same [21]  9/14 30/25 52/8 63/3 76/6 76/10 76/16 79/2 107/22 111/6 141/13 141/14 141/14 141/15 154/19 154/19 201/3 201/10 202/18 202/21 211/21

SANDRA [5]  1/20 232/15 233/4 233/21 234/16

SARAH [1]  5/11

sausage [1]  110/5

saw [11]  25/14 128/6 128/20 128/24 130/3 139/11 146/13 165/5 165/16 175/25 176/1

say [45]  22/1 30/1 32/11 34/3 41/22 44/25 46/7 48/10 60/20 66/19 72/16 76/8 84/9 85/6 100/23 100/24 100/25 107/12 108/1 109/22 111/11 121/19 123/7 132/9 137/23 143/11 150/7 153/5 155/21 162/21 165/12 165/23 176/17 186/7 186/20 187/25 189/12 193/15

S

say... [7]  193/20 195/13 197/1 202/20
204/15 216/18 229/25
saying [23]  22/11 42/7 45/24 46/21 72/7
73/24 74/14 74/17 83/7 90/5 93/12
108/7 110/4 117/23 145/9 145/21
203/17 207/24 215/25 215/25 220/25
222/23 223/17
says [65]  40/11 42/4 42/19 46/8 47/15
49/25 53/25 62/7 62/10 62/20 62/20
62/24 64/14 76/7 76/21 82/19 83/8
87/16 88/13 94/6 104/24 107/17 110/21
116/10 120/8 129/10 129/11 130/19
131/2 132/21 135/20 139/18 140/24
154/11 163/15 164/21 166/10 166/14
166/22 172/16 173/18 175/2 175/12
176/19 184/3 185/19 186/9 186/13
186/15 186/25 187/2 189/4 190/22
190/22 198/19 199/13 206/9 209/15
213/10 213/20 215/8 218/12 218/16
229/7 229/8
SB [92]  7/5 7/6 7/9 7/11 34/17 35/5
35/10 35/15 35/24 36/5 37/4 51/13
51/20 52/13 52/14 52/16 53/10 53/15
54/5 54/21 55/4 58/9 58/14 58/22 59/3
59/9 59/18 60/6 60/19 60/21 61/25 66/5
66/11 66/15 66/24 67/1 67/11 67/24
68/9 68/15 68/24 69/13 70/2 70/23 71/5
71/6 72/25 73/5 73/12 75/23 76/14
76/17 81/11 82/6 83/15 95/11 95/12
95/18 95/19 101/24 102/16 104/10
105/12 105/13 110/2 113/2 120/14
122/14 127/13 145/25 147/5 150/8
157/18 158/8 159/22 159/12 160/25
161/1 161/9 165/5 165/14 165/16 167/7
178/20 183/2 183/9 196/23 204/6
212/19 216/15 216/19 218/3
SB 524 [8]  66/24 67/1 68/24 69/13 70/2
71/6 95/11 95/18
SB 7050 [36]  35/5 35/10 35/15 51/20
68/9 75/23 76/14 76/17 81/11 82/6
83/15 95/12 95/19 104/10 105/12
105/13 110/2 113/2 120/14 122/14
127/13 145/25 147/5 150/8 160/25
161/1 161/9 165/16 167/7 178/20 183/9
196/23 204/6 212/19 216/15 218/3
SB 7050-SOS-00087321 [1]  61/25
SB 90 [31]  52/16 53/10 53/15 54/5
54/21 55/4 58/9 58/14 58/22 59/3 59/9
59/18 60/6 60/19 66/5 66/11 67/11
67/24 70/23 71/5 72/25 73/5 73/12
101/24 102/16 157/18 158/8 159/2
159/12 165/5 165/14
SB7050 [7]  7/6 7/7 7/7 82/16 87/4 103/8
103/18
SB7050-SOS-00085134 [1]  103/18
SB7050-SOS-00015791 [2]  7/6 82/16
SB7050-SOS-00085134 [2]  7/7 103/8
SB7050-SOS-00105942 [2]  7/7 87/4
scale [1]  212/3
scenario [1]  192/11
scheduled [1]  147/9
Schuessler [7]  7/5 61/9 61/11 61/17
65/17 66/10 126/10
scoot [1]  162/9
scope [3]  162/17 163/25 170/13
Scott [3]  104/16 107/10 148/1
scratch [4]  64/12 212/11 224/10 224/17

screen [17]  49/5 52/7 54/2 69/10 76/9
82/10 100/1 122/8 126/20 139/4 144/14
146/24 172/7 183/12 183/21 203/19
225/23
screenshot [3]  7/12 7/13 151/17
scroll [12]  54/18 69/19 103/21 106/24
108/14 115/2 115/22 117/11 121/7
133/16 141/7 172/13
Scrolling [1]  136/10
scrubbing [1]  170/1
SE [1]  3/22
SEALED [1]  232/10
second [5]  27/20 41/18 119/24 213/20
227/3
secretary [42]  1/9 3/2 14/23 15/1 15/4
15/5 15/8 15/9 15/10 15/13 15/15 15/20
16/2 16/10 16/25 17/4 31/21 32/6 32/9
32/9 32/10 32/10 32/11 32/14 34/21
37/19 84/10 85/5 85/6 85/7 86/6 112/19
147/19 162/7 162/14 162/22 163/7
163/8 163/14 163/15 164/22 213/11
Secretary's [3]  12/6 17/6 147/16
section [27]  7/4 50/10 50/16 52/18 53/2
77/15 95/13 95/21 107/18 109/2 121/2
121/3 121/4 121/17 121/17 122/21
131/2 132/9 163/12 172/14 172/17
199/3 200/20 203/9 212/23 213/10
213/12
Section 102.091 [1]  50/16
Section 3 [1]  172/14
Section 3A [1]  53/2
Section 5 [1]  121/3
Section 97.0227 [1]  50/10
Section 97.0575 [6]  52/18 95/13 121/2
121/4 122/21 172/17
sections [8]  77/8 77/25 122/21 124/7
141/1 146/14 146/15 149/16
security [20]  7/4 23/2 23/6 24/25 25/4
31/13 31/17 31/20 41/5 49/11 49/24
50/5 50/24 58/8 135/17 161/18 170/10
190/23 211/14 218/10
see [149]  10/6 20/18 20/22 21/13 21/15
35/25 38/19 41/8 42/23 49/7 50/8 50/18
52/9 53/1 53/2 53/8 54/1 55/24 56/6
56/15 61/5 61/16 61/18 61/21 62/19
63/2 63/14 63/23 64/13 64/15 65/21
69/12 69/15 69/17 69/21 76/16 76/18
77/5 77/8 77/12 78/4 78/7 79/12 79/19
80/24 82/16 82/20 82/22 82/25 87/18
88/12 88/16 88/19 88/22 89/3 93/10
93/18 94/5 94/8 96/14 103/1 103/5
103/8 103/9 103/9 103/15 103/23 104/3
104/5 104/8 104/11 104/15 104/21
106/25 107/1 107/4 107/12 107/14
107/16 107/19 107/22 108/5 108/9
108/16 110/19 110/22 111/12 114/25
115/3 115/5 115/8 115/11 115/22
115/25 116/7 116/11 117/8 118/2
118/18 120/20 121/1 121/4 121/8
122/18 122/20 127/4 127/20 128/11
130/19 130/23 132/10 132/22 133/2
139/8 139/11 141/4 141/8 141/9 141/13
141/15 144/23 145/3 147/4 147/5
151/18 151/23 151/25 152/24 153/1
154/6 154/9 172/16 173/3 184/10 186/8
187/6 198/23 198/23 199/4 199/12
199/13 201/6 212/19 221/6 221/6
222/14 223/4 226/20 227/7

seeing [2]  65/15 120/5
seem [6]  88/22 119/3 119/3 223/15
230/1 230/7
seeking [8]  111/12 111/20 111/22
112/20 118/25 119/21 137/6 205/15
seeks [2]  36/16 230/12
seem [1]  199/16
seems [2]  88/8 105/7
seen [4]  190/17 212/15 218/13 227/24
Senate [14]  10/20 18/15 18/16 18/19
120/19 120/21 120/23 121/3 121/14
121/20 121/23 121/24 123/9 142/3
Senator [1]  145/3
send [20]  22/5 22/7 41/19 45/10 120/7
145/18 177/4 190/22 207/8 207/23
sending [11]  41/2 64/20 66/10 104/15
111/18 117/17 127/3 137/24 138/2
139/15 204/23
sends [3]  20/15 55/17 207/25
senior [5]  14/16 14/20 18/8 18/15 143/5
sense [3]  197/6 202/11 205/20
sensitivity [1]  21/22
sent [20]  21/16 22/17 40/24 43/25 50/15
61/17 61/18 64/18 64/21 64/23 68/2
107/2 109/7 110/18 115/23 116/6
136/15 139/14 177/9 191/22
sentence [3]  93/11 183/18 184/9
senting [1]  127/6
separate [2]  12/17 225/3
September [9]  24/11 61/20 65/22 68/14
81/17 81/21 81/24 190/8 190/12
September 2022 [1]  81/24
September 2023 [1]  68/14
September 22nd [1]  81/21
September 23 [1]  61/20
September 23rd [1]  65/22
September 26 [1]  190/12
series [3]  119/24 157/1 229/21
serve [5]  11/24 12/2 34/8 34/9 158/13
served [7]  17/13 18/3 18/11 18/20 33/21
83/18 128/2
serves [3]  12/6 165/10 167/9
services [26]  12/12 13/12 13/15 17/15
17/17 17/19 19/5 19/8 19/21 20/3 20/13
21/8 22/21 25/10 26/5 26/17 26/22 27/6
27/24 29/3 30/12 30/18 41/23 62/25
106/13 148/11
serving [4]  17/13 196/11 205/4 208/7
session [17]  66/25 67/4 67/15 67/18
67/20 67/23 68/14 71/5 73/1 73/7 73/13
73/23 74/23 81/19 84/18 87/18 151/4
set [5]  101/23 102/15 110/2 128/2 163/3
sets [3]  162/10 164/5 200/6
setting [4]  45/7 45/13 47/9 147/4
settlements [1]  37/12
several [5]  84/21 84/22 147/13 147/14
225/18
shall [1]  183/23
SHANNIN [2]  5/13 5/15
shanninlaw.com [1]  5/16
share [15]  49/4 52/7 76/9 82/9 103/1
122/8 126/19 144/17 146/24 151/12
172/1 183/12 196/3 202/7 203/19
shared [3]  32/20 97/13 132/13
sharing [5]  68/11 110/16 199/10 214/22
225/23
she [39]  16/3 16/5 16/7 52/13 59/14
76/3 85/18 86/12 107/17 108/14 109/7

she... [28]  109/8 115/9 116/6 118/25
  127/6 137/23 139/23 143/12 143/13
  143/15 143/16 143/20 143/24 144/1
  144/2 145/1 145/8 145/21 145/23 147/7
  147/8 147/9 147/11 147/23 148/10
  148/16 148/18 172/9
shear [1]  66/20
shed [1]  227/4
shedding [1]  132/2
sheet [4]  24/23 224/20 234/9 235/1
shepherd [1]  178/10
should [11]  10/25 23/1 41/16 118/23
  184/8 198/15 205/22 206/9 215/21
  216/4 217/3
show [20]  48/21 60/14 60/15 69/7 75/25
  82/10 86/20 102/22 109/19 110/7
  114/17 114/24 122/5 126/18 135/19
  139/1 139/4 151/10 171/25 172/7
showed [5]  90/7 119/20 129/9 149/16
  175/18
showing [10]  49/7 52/9 61/3 70/6 82/11
  157/19 163/16 163/17 164/23 182/2
shows [1]  181/24
sic [2]  33/15 229/18
side [2]  182/2 229/5
sign [6]  30/3 229/7 229/8 234/9 234/10
  234/13
signature [5]  100/25 218/10 234/12
  234/18 235/22
signed [3]  200/24 200/25 232/10
significance [1]  40/20
signing [1]  234/8
similar [2]  18/6 126/25
since [14]  11/10 11/16 18/19 30/8 31/6
  116/15 145/22 150/4 150/8 160/25
  190/8 190/10 203/18 227/8
sitting [5]  39/11 70/13 95/24 229/1
  229/2
situation [2]  192/18 192/25
situations [2]  187/19 195/18
six [2]  18/22 105/19
size [1]  146/10
sjonas [1]  5/11
small [1]  88/2
smattering [1]  13/17
snargiz [4]  232/16 233/22 234/17
  235/23
so [295]
social [1]  218/10
SOE [11]  3/16 3/20 4/2 4/7 4/12 4/16
  4/21 5/2 5/8 5/12 155/12
solicit [7]  59/19 70/24 71/7 71/21 71/22
  72/6 72/23
solicited [4]  75/3 82/2 150/5 150/9
solicits [1]  20/10
SOLIS [1]  4/15
some [31]  8/15 16/18 23/23 49/16 88/25
  89/15 90/7 98/7 130/16 132/5 137/14
  151/5 161/19 181/5 182/25 183/2
  185/23 198/2 201/1 204/25 205/2
  205/21 207/13 208/9 210/12 210/25
  211/3 219/21 227/4 228/21 229/21
somebody [16]  56/25 57/21 85/14 89/14
  95/5 143/12 144/3 187/5 191/13 191/22
  195/14 205/18 212/10 220/2 222/24
  224/3
somebody's [7]  192/19 220/8 220/15

somehow [1]  108/18
someone [18]  22/24 92/3 97/15 100/16
  102/19 131/22 139/21 161/14 161/19
  174/25 185/24 191/12 192/2 192/11
  195/10 202/1 208/4 222/17
someone's [1]  200/22
something [49]  26/4 42/24 57/17 64/19
  77/13 86/10 92/2 94/2 98/2 98/5 99/6
  101/3 101/10 106/17 109/5 109/7
  109/24 112/10 112/11 114/6 136/5
  143/17 164/8 165/13 180/11 182/2
  186/7 186/14 186/24 186/25 189/11
  192/15 193/15 195/11 198/10 198/17
  203/8 205/9 207/25 208/25 210/9
  211/13 214/11 215/5 215/13 216/13
  217/25 223/15 225/5
sometimes [4]  9/11 88/1 137/2 196/15
somewhere [1]  119/19
soon [6]  21/3 21/24 102/19 208/21
  209/8 210/4
sooner [7]  100/21 101/1 101/1 101/12
  104/24 210/7 210/10
sorry [36]  46/13 52/11 54/19 56/13
  60/20 62/4 75/19 80/4 85/11 90/2 95/15
  103/10 103/12 105/14 140/23 141/7
  149/13 150/7 155/21 158/2 163/14
  164/15 165/21 171/9 173/14 183/6
  184/11 186/20 186/24 189/16 192/3
  194/19 197/1 199/18 202/20 216/18
sort [2]  134/13 135/13
sorts [2]  43/24 44/8
SOS [8]  7/6 7/7 7/7 61/25 82/16 87/4
  103/8 103/18
sought [3]  73/6 75/13 149/4
sound [4]  105/18 140/3 183/3 183/5
sounds [1]  138/3
source [2]  89/1 124/3
speak [5]  16/21 158/23 159/6 160/4
  160/10
speaking [2]  9/10 52/12
speaks [1]  105/5
special [5]  13/25 50/15 110/21 111/19
  209/5
Specialist [2]  29/8 29/9
specialists [1]  29/22
specific [19]  22/25 68/22 76/22 88/8
  92/17 96/5 97/4 99/5 116/6 123/5
  123/23 125/11 134/20 150/23 170/4
  197/13 206/15 206/18 206/18
specifically [3]  106/3 124/25 135/5
specifics [4]  106/3 136/5 138/25 144/6
specify [1]  197/15
speculating [2]  70/7 74/1
spells [1]  215/10
spoke [2]  39/25 102/10
spoken [4]  142/20 142/25 143/12
  143/14
spot [1]  46/24
spreadsheet [28]  7/7 61/23 62/2 62/16
  66/11 66/19 67/7 87/3 87/9 127/12
  127/16 127/23 127/25 128/1 128/6
  134/7 136/13 137/24 138/6 138/8
  138/13 139/14 139/16 140/25 141/4
  141/5 175/18 181/9
spreadsheets [1]  132/19
spring [1]  142/7
sprinter [3]  105/1 105/7 105/10

St [1]  2/19
staff [22]  95/2 17/7 29/13 59/18 70/2
  70/24 71/6 72/6 72/22 98/13 98/18
  106/2 108/23 119/25 140/13 142/20
  142/25 143/7 150/5 150/9 153/3 153/11
stamp [1]  41/9
stamped [2]  24/2 40/19
stand [4]  63/4 119/7 229/2 229/5
standards [1]  164/6
STARNES [1]  4/8
start [7]  11/4 85/19 85/21 182/7 183/8
  202/22 203/11
started [1]  11/3
starting [5]  63/13 179/6 179/11 204/20
  206/17
starts [1]  141/25
state [71]  1/5 1/9 3/2 3/8 7/3 11/6 12/7
  14/24 15/15 16/6 16/11 17/12 18/5
  18/12 20/11 20/21 22/2 22/23 25/16
  25/20 28/1 31/20 34/6 34/13 36/9 36/16
  36/20 37/2 37/6 37/19 40/18 44/9 49/11
  50/1 51/20 58/10 58/15 61/14 65/25
  72/20 79/7 84/8 84/9 89/18 90/1 90/10
  90/11 90/12 96/1 114/1 118/7 119/5
  136/9 151/18 162/7 164/9 167/19 169/8
  169/10 199/14 204/11 204/20 205/5
  206/21 209/2 209/19 226/10 232/3
  233/2 234/4 235/3
state's [4]  31/22 34/21 204/15 208/11
stated [5]  129/24 167/10 192/7 200/21
  227/13
statement [5]  30/21 35/20 73/8 97/1
  105/5
statements [2]  130/17 174/19
STATES [2]  1/1 123/3
statistical [6]  28/11 154/15 157/23
  159/18 159/23 160/21
statistics [2]  25/11 27/16
stats [1]  27/9
status [3]  179/22 180/3 180/23
statute [34]  13/7 15/19 37/8 50/21 51/13
  51/22 62/19 69/21 95/4 121/4 141/3
  162/18 162/25 163/20 165/22 174/3
  174/17 175/2 175/9 175/14 176/6
  176/12 176/17 178/25 179/1 179/1
  184/3 184/21 203/1 208/24 213/15
  218/25 222/19 230/16
statutes [5]  50/10 147/12 149/17 172/18
  222/21
statutory [7]  10/19 57/15 89/19 93/13
  213/18 214/5 221/20
Ste [1]  4/3
stems [1]  203/3
stenographic [1]  233/10
stenographically [2]  1/19 233/6
STEPHANIE [5]  3/14 139/16 139/21
  139/22 140/15
stephanie.morse [1]  3/15
STEPHEN [1]  5/5
stepping [1]  179/9
steps [2]  109/2 161/8
still [27]  38/19 41/16 43/11 43/16 44/23
  45/15 46/6 47/13 47/15 47/17 55/6
  112/7 115/10 124/12 141/5 177/14
  177/16 194/25 213/8 215/10 220/15
  220/20 221/1 222/12 223/8 225/8 227/9
stop [6]  68/11 118/16 199/10 202/7
  214/22 225/23

straddle [1]  24/12
straight [1]  130/10
street [11]  2/3 2/12 2/22 3/4 3/8 3/17
  3/22 4/9 4/23 25/24 198/13
strike [4]  145/2 145/13 145/15 145/16
strong [1]  106/5
stuck [1]  40/6
stuff [1]  222/25
subject [16]  104/10 110/21 113/10
  113/21 115/7 116/5 116/9 116/10 120/7
  144/23 147/4 193/7 195/12 211/22
  213/9 214/1
subjected [1]  196/13
submission [2]  71/20 94/3
submissions [1]  156/13
submit [11]  24/10 36/21 44/6 44/10 46/7
  91/14 91/15 93/17 151/3 158/24 169/18
submits [3]  26/1 27/12 95/5
submitted [30]  20/10 20/25 20/25 21/21
  22/23 24/24 25/2 27/11 27/14 27/15
  28/3 28/4 46/8 46/22 48/1 48/16 48/19
  56/19 91/15 93/16 94/24 100/15 154/16
  179/23 180/3 180/8 180/23 193/9
  213/22 227/18
submitting [4]  45/18 71/18 169/9 226/23
subparagraph [2]  76/21 77/17
subparagraphs [1]  121/13
subsection [7]  42/19 77/22 162/13
  164/23 197/5 197/8 197/9
subsequent [3]  96/19 123/19 208/1
substantial [2]  80/4 80/10
substitute [7]  7/9 122/14 127/10 128/22
  128/25 129/5 130/4
subunit [1]  12/18
subunits [1]  13/15
such [12]  13/7 13/24 25/21 36/23 37/21
  111/25 153/4 153/12 158/1 218/12
  221/10 225/9
suddenly [1]  208/4
sufficient [1]  185/21
suggest [4]  97/9 123/5 134/14 174/21
suggested [5]  97/5 97/7 130/18 151/6
  175/6
suggesting [1]  175/19
suggestion [6]  89/3 92/11 92/13 128/8
  134/4 141/15
suggestions [8]  59/19 70/25 71/7 72/6
  72/23 127/12 137/3 137/5
suggests [3]  163/9 164/14 164/18
suit [2]  36/2 36/4
suite [1]  147/19
summarizes [1]  50/17
summarizing [4]  128/16 128/18 128/21
  129/17
summary [4]  87/22 128/13 129/4 152/17
supervising [2]  172/22 192/20
supervisor [31]  5/3 14/25 20/18 21/3
  41/6 42/7 42/21 43/11 45/5 45/18 47/23
  53/4 54/15 55/2 55/3 55/15 56/2 56/19
  64/7 91/16 92/4 93/7 95/6 167/18
  176/25 195/25 210/8 213/4 213/14
  214/16 214/21
supervisor's [2]  156/25 177/5
supervisors [17]  14/7 23/8 23/20 24/10
  24/21 28/12 44/1 44/2 44/8 44/13 45/2
  45/10 45/19 47/7 48/4 48/12 101/8
supplying [1]  26/23

support [3]  16/1 29/13 170/20
supporting [3]  15/25 15/24 170/5
supportive [2]  74/11 142/4
supposed [15]  20/10 42/4 42/5 42/25
  44/20 45/20 47/16 49/25 57/5 101/15
  125/22 185/16 195/9 213/6 216/13
sure [41]  24/19 25/12 40/23 45/9 51/5
  54/12 54/16 59/5 59/12 64/3 71/9 71/11
  71/14 74/19 91/12 97/10 100/15 100/22
  106/7 114/7 117/12 133/7 133/13 137/5
  139/23 141/19 144/12 146/8 167/19
  174/22 183/20 186/6 189/8 193/16
  201/17 209/20 212/22 216/10 222/2
  225/7 225/24
susceptible [1]  167/25
suspicious [2]  180/21 180/24
Suzette [1]  148/14
swear [2]  8/2 235/20
sworn [2]  8/9 232/7
system [9]  12/13 13/8 13/14 28/13
  43/12 152/6 152/10 152/12 152/21
systematically [1]  207/14
Systems [2]  13/4 63/6

T
table [1]  50/16
take [37]  10/1 10/4 19/19 21/19 23/14
  24/19 44/23 51/3 51/12 54/11 61/23
  79/8 87/7 104/18 110/9 110/12 114/4
  120/22 144/10 158/10 161/24 167/14
  167/15 181/2 181/6 182/4 182/5 183/10
  193/13 193/13 195/24 209/2 210/15
  215/6 224/2 225/22 228/1
taken [4]  8/24 92/12 161/8 176/24
takes [1]  222/17
taking [4]  85/10 85/13 176/23 176/25
talk [9]  77/15 77/23 119/8 130/16 156/7
  201/8 204/7 230/22 230/23
talked [4]  38/23 145/11 187/20 210/21
talking [14]  52/10 57/9 59/5 71/13 90/5
  92/21 116/19 122/16 125/3 136/20
  137/1 163/24 212/12 224/23
talks [6]  37/10 55/24 77/17 162/13
  208/25 213/25
TALLAHASSEE [5]  1/2 1/17 3/4 3/9
  3/13
Tampa [1]  5/4
tasked [1]  29/17
team [15]  28/14 84/25 85/2 85/25 86/1
  92/14 97/12 99/20 99/24 100/1 117/21
  117/22 126/5 150/25 151/2
technology [2]  63/8 63/9
teen [3]  105/1 105/6 105/9
telephone [2]  221/7 222/15
tell [18]  39/10 68/22 71/14 85/16 90/8
  97/14 102/6 122/1 125/5 128/17 143/13
  143/15 154/14 158/21 219/24 221/15
  229/10 229/13
telling [3]  102/2 213/6 221/12
tells [5]  44/11 97/23 101/17 130/12
  220/12
template [6]  62/8 62/17 65/20 67/8
  87/14 128/1
templates [6]  64/5 64/9 64/15 64/17
  65/1 65/3
temporarily [1]  92/11
temporary [3]  168/3 171/19 200/18
tenth [1]  156/4

tenure [1]  30/18
terminated [1]  26/20
terms [10]  30/17 88/8 132/6 143/24
  162/25 188/24 203/23 203/24 212/1
  226/10
test [1]  13/7
testified [3]  8/10 39/25 73/5
testifying [1]  34/14
testimony [5]  8/3 59/9 74/21 138/3
  235/20
testing [1]  13/5
than [24]  10/23 14/16 39/11 40/7 54/24
  56/3 104/24 109/24 116/6 141/21 143/6
  155/20 155/24 159/13 160/2 160/8
  169/20 170/6 171/2 187/1 187/6 192/1
  192/5 223/22
Thank [4]  162/4 183/25 204/4 228/12
that [1330]
that's [106]  14/10 14/20 21/1 21/12
  23/17 23/18 26/4 26/15 27/17 28/9
  28/12 28/15 34/4 35/11 36/12 37/5 37/9
  37/14 44/3 44/21 46/4 49/25 53/20
  54/12 58/6 71/6 71/14 72/3 75/16 77/16
  79/22 80/4 80/10 81/14 82/19 85/19
  88/16 90/19 94/17 96/3 96/21 97/25
  100/23 100/25 101/25 102/2 111/16
  113/10 116/4 117/21 118/9 120/25
  126/7 132/7 135/16 136/5 139/18
  141/11 143/4 145/9 153/16 155/4
  156/22 158/5 161/16 161/17 162/1
  162/17 163/25 166/20 168/10 171/15
  171/17 177/7 181/25 185/23 189/21
  189/25 190/1 191/16 192/16 193/5
  193/11 194/10 198/14 198/23 199/3
  201/18 202/15 203/2 203/2 204/2
  205/10 206/25 207/9 209/7 215/25
  219/5 219/10 220/23 221/7 222/18
  222/23 226/6 226/8 226/8
theft [1]  222/22
their [78]  13/14 14/8 19/7 19/7 29/22
  29/24 43/12 44/4 45/22 74/7 91/14 93/6
  95/10 98/21 100/17 100/17 101/25
  106/23 108/25 119/25 123/12 124/24
  125/19 125/21 132/6 135/19 143/7
  153/25 153/25 158/24 171/21 172/25
  177/7 177/7 185/17 185/18 186/1 186/3
  186/11 186/15 186/15 186/19 186/22
  187/23 189/19 190/2 191/1 192/6
  193/22 194/7 195/5 195/19 195/23
  195/24 196/3 198/7 198/8 198/8 198/9
  198/10 198/11 198/12 200/4 200/12
  200/17 200/18 205/2 205/18 205/18
  206/14 207/4 209/24 219/22 220/2
  220/8 224/12 224/19 227/3
theirs [2]  123/22 171/23
them [60]  8/20 12/23 20/17 22/8 22/12
  33/20 41/12 41/18 44/10 44/25 46/18
  49/19 59/24 72/11 95/7 95/8 102/2
  106/16 106/17 113/4 113/6 113/11
  118/1 123/20 134/18 139/25 140/10
  152/8 158/5 159/10 159/21 164/10
  171/22 187/10 187/15 187/23 188/7
  188/19 188/20 188/24 190/3 192/10
  193/3 197/11 204/21 204/21 205/21
  207/10 207/23 208/1 208/6 208/8 215/7
  228/24 229/4 229/5 229/13 229/23
  234/8 234/9

themselves [5]  10/23 185/16 191/20
192/12 193/5
then [96]  9/17 12/13 12/14 13/11 13/16
21/1 21/2 21/14 21/16 22/13 24/16
24/22 24/24 25/5 26/3 27/1 29/10 29/18
30/3 33/14 40/22 40/25 41/1 41/3 41/18
44/4 45/20 47/25 54/15 54/18 57/7 59/6
60/11 64/23 69/21 78/6 79/18 85/19
86/12 89/4 99/21 100/8 101/23 104/17
110/12 112/9 115/8 118/2 123/9 129/19
134/3 141/25 146/9 146/18 153/21
161/21 161/22 162/11 162/13 163/5
163/10 173/20 173/23 175/12 177/1
177/7 177/8 180/10 187/14 191/20
192/19 195/11 196/10 200/6 200/9
200/14 200/20 200/24 201/1 206/12
207/23 209/15 210/16 212/6 212/16
212/19 214/1 214/2 214/3 214/17
215/17 218/17 221/21 226/17 228/4
229/3
there [220]  10/2 10/7 10/10 12/10 12/13
12/14 12/25 15/21 16/19 20/8 20/24
21/7 21/12 21/16 22/6 22/24 23/23 24/1
24/20 24/22 25/15 31/6 32/23 33/3
33/14 34/3 35/21 36/8 36/14 36/25 37/8
42/24 43/18 45/17 46/6 47/2 47/15
47/17 48/15 48/18 50/8 53/2 53/13
54/12 54/16 55/6 55/9 56/15 57/12
57/13 58/4 63/3 65/21 66/3 67/10 67/21
71/15 74/4 74/5 74/14 75/23 79/4 79/7
85/7 85/7 88/12 90/3 90/6 92/21 93/10
93/25 95/1 96/5 96/16 97/1 98/15
100/23 100/24 101/2 101/6 101/6
101/10 101/13 106/25 107/9 109/14
110/4 115/3 117/8 117/25 118/19
121/10 121/22 121/22 121/24 122/2
125/2 125/2 125/16 125/17 126/9
126/12 126/14 126/15 128/24 129/16
129/25 131/11 132/21 133/7 133/12
133/25 134/3 134/17 142/1 145/25
149/22 150/11 150/12 150/25 151/5
152/18 154/6 154/10 154/23 155/8
155/18 155/20 155/22 155/24 156/1
156/16 156/18 156/22 160/21 161/13
161/14 162/19 163/2 163/4 163/6
163/14 163/15 163/21 164/2 164/11
164/14 164/18 164/21 166/15 166/23
167/22 167/24 168/2 168/4 169/4 170/8
171/19 174/18 174/23 175/10 181/4
184/10 185/10 185/23 186/10 187/21
188/21 189/5 189/9 194/5 195/10
195/18 196/9 198/7 198/24 199/6
200/20 201/1 201/24 203/17 205/10
207/10 207/13 208/20 208/22 208/24
209/1 209/3 209/18 210/6 210/9 210/25
211/4 211/12 213/9 214/1 214/2 214/3
214/7 214/8 214/13 214/19 215/11
215/17 216/10 216/11 216/11 219/15
221/7 222/21 223/12 223/14 224/12
224/5 224/14 226/7 226/25 227/9 230/4
there's [7]  9/11 21/22 29/8 74/5 91/2
157/1 224/16
therefore [2]  156/17 205/4
therein [1]  235/20
Thereupon [1]  8/7
these [44]  23/21 24/6 43/24 44/8 44/11
45/10 50/17 58/21 59/3 83/4 84/10

84/12 84/23 92/21 94/13 100/15 112/19
119/1 119/7 120/10 123/5 129/7 130/16
132/19 136/21 137/14 137/23 138/4
138/18 140/5 145/18 147/21 152/4
154/5 154/12 155/8 179/2 190/18 192/9
208/18 211/17 217/10 223/18 227/22
they [242]
they're [2]  43/24 222/13
they've [2]  136/2 155/11
thing [5]  10/1 102/18 113/19 129/15
215/2
things [15]  9/3 63/25 95/1 95/25 96/2
106/8 134/15 146/17 149/19 171/4
171/5 178/24 179/11 182/13 218/24
think [71]  14/13 18/22 23/10 23/10 29/9
31/5 35/25 37/12 40/11 46/3 52/11 80/9
86/5 90/25 96/20 98/17 101/21 106/14
107/17 110/11 114/3 124/10 126/13
146/12 147/23 151/5 156/8 156/22
164/5 165/9 167/8 170/14 171/17
175/16 176/11 181/17 181/22 182/11
185/18 186/13 187/4 187/11 192/7
192/8 195/4 195/18 195/22 196/5 196/9
196/15 196/18 201/16 202/23 203/2
203/2 203/3 203/7 204/20 205/12 207/1
213/17 216/9 217/15 218/20 218/23
219/21 223/16 224/10 225/21 227/3
228/2
thinking [5]  66/23 171/4 177/23 186/25
199/1
third [39]  17/22 19/11 19/16 21/6 26/9
27/20 40/14 54/5 54/21 55/16 56/17
62/20 69/16 77/1 79/15 103/21 121/9
123/2 124/20 125/8 138/19 142/18
150/16 152/25 154/7 154/25 155/19
156/9 157/3 180/17 183/21 189/5
189/17 191/7 222/4 223/2 223/13
223/23 227/3
third-degree [2]  222/4 223/13
third-party [34]  17/22 19/11 19/16 21/6
26/9 40/14 54/5 54/21 55/16 56/17
62/20 69/16 77/1 79/15 121/9 123/2
124/20 125/8 138/19 142/18 150/16
152/25 154/7 154/25 155/19 156/9
157/3 180/17 183/21 189/5 189/17
191/7 223/2 223/23
this [309]
those [80]  14/5 14/7 19/10 21/23 24/7
24/7 24/8 27/15 28/23 29/7 29/14 32/21
36/1 39/2 39/5 44/7 50/15 59/17 63/3
64/20 65/1 69/20 75/4 77/20 77/25 85/9
85/12 85/14 88/11 88/11 88/24 99/11
106/7 107/9 112/22 113/17 113/22
124/7 125/23 137/22 140/18 151/7
153/20 154/2 154/4 155/15 159/8
162/25 163/6 163/16 163/19 164/5
168/2 171/5 171/8 171/11 171/16
171/16 173/25 175/17 189/20 196/9
196/15 198/5 198/13 204/1 204/2
205/13 208/9 211/3 211/19 211/21
212/12 212/15 212/16 217/4 218/13
219/1 229/10 230/12
though [9]  71/10 77/14 80/9 119/12
120/3 167/6 168/12 220/2 225/16
thought [2]  42/24 109/8
thoughts [1]  119/2
thousand [1]  48/15
three [7]  12/10 31/8 47/22 75/18 128/7

171/5 210/18
threshold [1]  30/2 130/22 134/22 135/9
through [46]  9/3 9/3 12/22 23/4 23/4
27/22 28/6 44/14 47/23 47/24 47/25
52/22 60/10 81/12 83/8 96/18 98/24
105/3 112/17 112/18 118/25 129/17
138/22 142/1 142/12 146/2 153/15
155/11 156/13 156/15 157/14 157/21
157/22 159/14 172/18 173/2 174/17
174/17 178/10 178/12 181/10 198/22
199/4 204/4 210/15 233/9
throughout [2]  79/9 208/23
throw [1]  137/8
throwing [1]  91/9
Thursday [3]  1/13 104/4 127/3
tied [2]  68/4 88/6
Tiffany [9]  29/16 104/8 107/7 107/10
107/11 107/25 108/14 109/17 109/21
Tiffany's [1]  108/9
tighten [4]  96/20 97/5 97/8 97/9
time [93]  14/13 17/23 18/7 19/1 21/22
21/25 22/6 23/15 23/15 28/24 31/6
32/23 35/11 35/21 36/7 40/19 44/19
45/7 45/13 46/10 47/10 47/15 53/12
53/23 53/24 57/20 58/13 64/12 64/22
66/3 66/14 66/23 67/10 67/19 67/22
68/2 68/12 70/22 73/10 74/2 74/4 74/8
74/25 81/18 82/1 84/5 85/7 89/5 95/18
96/10 96/15 97/24 100/15 100/18
101/15 102/20 105/21 105/25 106/1
114/4 116/20 120/2 131/15 132/4
135/21 135/23 146/1 146/13 153/17
159/11 165/23 167/21 177/15 182/14
192/10 192/13 194/12 198/17 198/25
203/14 207/21 208/22 209/6 210/4
210/6 210/16 211/7 212/2 218/12
225/19 228/11 234/11 235/20
timeline [2]  43/22 199/17
timely [17]  43/17 43/20 57/12 58/11
58/16 71/18 71/20 94/24 125/16 167/17
169/25 170/3 193/9 195/25 208/19
210/22 226/24
times [17]  8/17 8/19 33/24 34/1 34/2
75/13 75/17 75/18 80/11 86/17 112/25
113/3 121/22 163/6 175/11 207/22
225/18
title [4]  62/20 133/19 172/2 200/12
titles [1]  29/6
today [8]  9/13 31/3 38/9 39/11 39/14
73/18 73/21 182/21
today's [4]  38/10 38/22 39/8 39/17
TODD [1]  5/5
todds [1]  5/6
together [4]  96/4 98/5 116/17 126/6
told [8]  39/13 85/21 95/22 96/12 97/20
97/22 97/23 166/25
too [3]  102/3 108/3 186/24
took [7]  51/9 114/9 144/13 162/2 182/8
192/6 228/8
top [6]  61/16 62/7 65/21 82/17 87/16
136/10
topic [2]  63/17 84/2
TORCHINSKY [1]  3/3
Toshia [4]  106/11 107/7 107/10 107/11
total [3]  50/11 50/14 156/1
totally [1]  109/24
touches [1]  113/17
toward [4]  47/7 88/12 93/9 104/17

**T**

towards [2] 95/5 170/21
track [6] 41/18 113/3 179/22 180/2 180/13 180/23
tracked [2] 181/12 224/5
tracking [2] 48/6 48/7
tracks [2] 41/12 151/25
transaction [2] 194/2 194/2
transcribed [1] 9/8
transcript [7] 233/8 233/9 234/9 234/10 234/11 235/2 235/19
transitory [1] 65/19
transmittal [9] 23/20 24/15 24/22 44/4 44/11 44/24 45/1 120/6 180/10
transmitted [1] 65/15
treat [1] 12/16
trend [5] 226/2 226/13 226/21 227/11 227/12
trends [2] 227/5 227/6
trial [3] 59/10 158/12 159/2
tried [1] 145/22
triggering [2] 173/24 213/16
true [5] 154/19 191/3 233/9 235/20 235/21
truly [1] 234/15
trust [4] 74/9 92/3 109/13 125/21
trusted [2] 91/15 167/14
trusting [1] 169/23
trustworthy [1] 229/11
truth [3] 8/4 8/4 8/5
try [7] 9/13 81/9 98/5 112/12 113/5 125/3 208/15
trying [13] 33/25 46/3 87/20 88/3 89/13 94/14 94/19 94/23 95/17 125/6 150/22 198/22 222/2
turn [14] 30/2 50/6 55/18 55/23 57/7 154/16 169/24 191/14 191/17 191/17 192/21 214/15 215/8 218/2
turned [28] 26/9 40/17 40/19 44/12 46/10 46/17 46/23 57/5 57/22 58/1 58/4 79/11 189/10 189/23 191/5 192/19 192/23 208/19 209/8 209/17 209/24 211/7 211/8 212/3 212/10 213/1 213/3 213/13
turning [7] 41/15 47/16 57/1 57/2 192/10 192/14 214/17
turns [5] 40/15 42/2 115/8 189/18 193/1
TV [2] 88/1 172/11
twice [1] 16/22
two [22] 21/12 29/5 29/7 29/20 31/5 31/8 39/1 39/4 41/12 75/18 115/24 116/16 116/21 173/25 181/3 197/20 213/25 225/22 228/2 228/6 229/2 230/12
two-minute [2] 181/3 225/22
two-year [1] 197/20
types [1] 35/23
typically [2] 16/21 34/5

**U**

U.S [8] 22/18 122/4 166/6 168/7 170/6 171/2 229/7 229/9
uh [6] 31/8 48/2 58/19 103/20 131/22 156/4
uh-huh [6] 31/8 48/2 58/19 103/20 131/22 156/4
ultimately [2] 83/15 137/17
unclear [3] 124/12 174/3 221/17

uncommon [5] 59/23 86/14 98/17 132/2 144/8
under [19] 15/18 16/8 37/9 42/19 54/12 62/23 63/13 136/7 136/8 149/6 161/21 162/13 166/7 169/15 169/24 173/10 175/5 201/24 235/19
underestimate [1] 13/1
underline [1] 54/12
underlying [1] 93/3
undermines [2] 167/23 211/5
undersigned [1] 232/5
understand [17] 11/12 19/15 25/13 45/9 65/12 74/19 87/21 89/13 101/5 105/23 108/23 109/3 125/6 209/20 212/22 220/5 230/1
understanding [10] 36/17 42/1 48/9 52/17 212/23 212/24 214/5 220/19 223/7 225/8
understood [3] 9/22 15/6 72/13
unfortunately [2] 66/17 108/2
unheard [1] 58/23
UNION [1] 2/18
unit [12] 12/14 12/17 12/23 13/19 13/24 17/18 28/9 62/24 104/19 148/11 148/13 148/15
UNITED [2] 1/1 123/3
units [6] 1/5 12/8 12/10 14/3 14/7 149/18
universe [1] 177/9
unlawful [2] 179/14 179/18
unless [4] 106/3 106/4 153/9 228/6
unredacted [3] 117/1 117/14 120/11
until [4] 184/4 201/20 210/5 215/17
untimely [5] 20/23 24/4 47/2 48/16 94/3
untrustworthy [3] 92/7 170/6 171/2
up [70] 10/23 11/25 12/20 21/8 27/21 30/3 54/18 67/15 69/10 76/24 78/24 79/5 84/13 84/16 90/7 90/16 91/4 91/6 91/21 92/12 94/15 96/6 96/20 97/6 97/8 97/9 99/13 101/8 106/17 106/24 108/14 115/22 123/21 128/2 130/19 131/3 131/3 131/10 131/10 131/12 131/20 132/1 133/16 137/11 141/7 141/14 145/15 146/14 147/25 170/12 171/3 171/20 172/17 177/11 181/24 182/25 183/8 184/24 188/5 188/21 196/22 199/10 199/21 202/7 208/4 210/17 210/19 212/18 229/6 229/8
upcoming [2] 21/23 208/24
update [6] 63/20 63/23 198/8 204/12 205/2 205/23
updated [12] 27/2 27/17 27/19 62/7 64/4 140/24 151/22 152/14 152/16 178/19 198/13 198/15
updates [7] 63/14 63/15 64/14 154/17 156/21 158/25 198/5
updating [5] 65/1 65/3 198/2 205/22 206/24
upheld [1] 170/24
upon [8] 20/21 163/16 163/17 163/18 164/23 164/25 183/24 208/6
upper [1] 60/11
urgency [1] 224/7
us [30] 10/1 13/7 16/1 23/21 29/19 41/19 41/22 44/6 44/11 47/18 49/19 59/22 62/11 64/2 72/18 88/21 90/22 96/14 97/20 98/4 112/7 123/20 144/8 153/8 178/10 202/10 215/21 217/12

use [10] 9/11 11/24 19/14 19/14 44/18 159/25 205/18 222/18 227/14 227/22
used [5] 30/10 59/1 66/18 170/19 189/14
useful [3] 187/19 191/25 192/4
uses [2] 190/21 201/10
using [3] 182/1 190/18 190/25
usual [1] 9/4
usually [5] 27/19 28/18 33/3 120/7 132/18

**V**

valid [3] 196/7 196/16 207/4
VAN [3] 3/10 126/3 148/4
various [2] 19/21 95/25
version [33] 7/5 7/6 60/18 60/21 69/12 76/1 76/4 76/4 76/14 117/1 120/1 120/11 120/17 121/14 121/20 121/21 121/25 128/18 128/20 129/8 129/9 129/18 129/24 130/9 130/10 130/13 130/15 131/14 132/17 133/5 181/20 181/21 229/23
versions [2] 89/2 129/16
versus [8] 79/19 97/15 109/20 135/6 208/19 209/21 214/16 215/11
very [12] 9/12 12/25 62/7 101/17 105/3 105/25 113/23 134/20 191/15 191/21 196/2 234/15
via [2] 1/16 2/1
video [2] 9/7 9/8
violated [4] 161/15 161/19 161/20 163/1
violation [10] 93/15 161/15 162/15 163/8 163/12 167/22 187/17 213/12 213/15 230/15
violations [3] 45/3 132/5 162/19
virtue [1] 43/14
VOGEL [1] 3/3
volume [1] 44/16
volunteer [19] 185/8 186/18 186/22 187/9 188/12 192/20 194/17 194/21 195/1 195/2 195/3 195/19 196/5 196/19 202/1 202/10 202/13 222/7 223/8
volunteer's [1] 192/24
volunteering [1] 83/21
volunteers [6] 171/16 186/1 202/11 203/6 203/12 203/22
VOLUSIA [5] 5/8 5/9
volusia.org [1] 5/11
vote [11] 92/9 94/24 95/3 95/8 95/10 100/17 160/8 168/7 215/23 215/24 216/8
votehillsborough.gov [1] 5/7
voter [210] 7/13 12/12 13/11 13/12 13/13 13/15 13/16 17/14 17/17 17/19 17/20 17/22 19/5 19/8 19/9 19/12 19/16 19/20 20/2 20/4 20/12 21/8 21/16 21/8 21/14 22/21 22/23 24/14 25/9 26/5 26/8 26/9 26/16 26/22 27/5 27/7 27/9 27/23 28/13 29/3 30/2 30/12 30/18 40/14 40/15 40/20 41/11 41/23 42/2 42/8 42/20 43/5 43/9 43/12 43/13 43/16 43/17 43/19 44/5 45/8 45/14 46/6 46/16 46/20 46/23 47/10 47/24 52/1 52/19 53/11 54/6 54/7 54/21 54/23 55/16 56/4 56/17 57/19 57/24 58/11 58/16 62/21 62/24 69/16 74/7 76/25 77/1 77/10 78/2 79/15 91/13 91/25 93/4

**V**

voter... [115]  93/13 93/15 94/23 95/2
95/10 99/4 99/10 99/18 101/11 101/16
101/16 101/17 106/12 121/9 121/11
123/1 123/2 124/20 125/8 125/17
138/19 142/18 150/16 152/1 152/6
152/9 152/11 152/25 154/8 154/15
154/25 155/11 155/19 157/3 160/15
164/24 165/7 165/18 166/1 166/12
167/5 167/11 169/11 169/21 169/22
169/24 170/22 172/19 172/22 172/23
172/24 172/25 173/1 173/18 176/21
177/3 177/19 179/15 179/21 180/17
180/21 183/15 183/21 183/22 187/9
187/11 187/16 187/22 187/23 188/10
188/23 189/2 189/5 189/11 189/13
189/17 189/18 190/1 190/17 190/21
190/24 191/7 191/22 192/18 193/21
193/25 194/20 202/5 205/18 209/23
210/8 210/11 210/12 210/15 210/19
212/9 212/25 215/21 216/5 216/11
217/8 217/17 217/18 218/8 219/7 220/8
222/9 223/2 223/23 224/11 224/18
224/20 225/13 226/3 227/15

voter's [6]  167/23 172/20 219/6 219/10
224/25 224/25

voters [30]  2/11 48/5 93/5 153/24
154/13 155/23 157/13 157/20 157/22
158/23 159/4 159/5 159/13 159/14
160/2 160/7 160/9 160/19 160/23
170/22 179/19 182/19 182/19 197/17
206/3 211/6 211/16 211/25 216/16
216/20

voting [9]  12/12 13/4 13/6 13/8 13/13
63/6 154/1 160/16 226/4

**W**

wait [4]  22/7 22/11 42/10 210/5
waive [5]  163/16 164/22 234/8 234/12
234/18
waived [1]  164/10
waiver [1]  165/3
walk [1]  229/2
walking [1]  204/4
Walter [1]  147/25
want [30]  13/1 54/11 59/25 77/13 84/10
96/6 96/13 98/21 104/18 106/6 110/9
114/1 123/12 136/1 143/10 151/10
174/21 181/5 186/5 192/9 192/15
195/19 201/17 203/19 205/17 212/22
216/9 219/24 227/13 228/25
wanted [10]  23/17 38/19 72/12 72/14
84/3 84/6 90/17 98/7 159/20 230/23
wanting [1]  225/4
wants [2]  112/6 197/21
was [287]
Washington [2]  2/8 2/13
wasn't [11]  23/16 46/17 91/20 126/11
126/12 126/16 134/16 145/22 181/11
208/2 210/17
waste [1]  182/14
watching [1]  110/5
way [24]  12/20 18/18 25/2 46/4 46/6
57/4 68/9 94/3 102/3 106/4 112/8
131/20 141/25 145/9 169/13 172/10
177/12 181/22 189/25 190/3 207/14
211/17 211/21 213/24
ways [3]  44/8 47/23 155/8

we [252]
we'd [1]  108/16
we'll [14]  9/9 10/1 10/2 41/12 44/25
56/14 123/20 133/25 141/24 143/9
182/4 182/7 228/4 230/22
we're [7]  14/13 29/18 33/14 97/20
130/10 138/23 193/18
web [3]  152/23 160/22 219/9
website [16]  7/12 7/13 25/14 25/16 28/1
63/20 63/21 63/23 64/3 120/19 151/18
151/20 166/21 167/2 167/3 199/12
week [9]  16/22 16/23 22/5 22/7 22/13
27/20 32/24 33/1 39/6
well [56]  10/19 15/2 16/15 18/8 18/19
34/17 38/12 45/15 55/5 56/9 60/15 61/1
66/10 77/24 80/11 81/5 82/10 85/8
85/16 89/4 95/1 97/3 100/20 103/17
105/23 107/9 110/1 113/18 116/16
119/20 124/10 132/4 132/12 133/2
136/4 137/20 139/22 141/7 152/13
153/14 153/25 156/23 164/5 176/13
183/13 184/21 187/21 191/15 193/10
195/13 204/18 211/3 218/12 223/16
225/12 228/21
went [4]  56/25 81/12 167/1 207/19
were [108]  17/16 18/1 18/18 24/5 25/22
31/2 34/12 34/16 39/17 39/20 43/9
48/16 48/18 50/3 52/12 55/11 57/9
58/22 59/4 59/17 60/6 64/19 64/20
64/25 65/4 67/11 68/3 68/5 68/8 68/13
75/2 81/2 81/18 83/4 83/5 83/10 83/21
83/23 83/25 84/1 84/12 84/22 85/20
91/5 92/19 95/12 95/20 95/22 95/22
96/2 96/8 96/12 97/16 102/2 104/13
105/12 108/7 111/18 112/15 115/13
116/19 117/10 117/15 119/2 119/14
122/15 124/19 124/25 125/2 129/16
130/13 131/7 131/15 131/16 135/22
136/11 136/20 137/1 137/15 137/23
138/4 145/25 150/25 151/6 152/9
155/15 155/18 155/20 155/22 155/23
155/24 156/15 170/17 173/5 174/25
178/19 184/14 193/18 198/5 200/10
205/3 207/10 207/10 210/25 223/14
228/23 229/21 230/14
weren't [1]  136/10
WERMUTH [6]  2/3 2/5 6/3 8/14 197/7
208/10
Wermuth's [1]  183/1
West [1]  5/9
what [276]
what's [17]  40/3 40/7 42/1 66/20 132/3
152/5 156/22 160/14 173/17 183/8
184/23 184/23 186/15 196/22 204/2
219/11 230/11
whatever [21]  16/19 17/1 20/10 34/8
38/1 43/21 63/17 96/2 113/25 114/1
118/14 131/14 135/6 143/23 151/21
176/9 178/19 179/7 195/15 197/19
222/13
when [76]  9/18 19/14 22/1 22/6 22/8
23/9 24/5 26/1 30/1 31/2 32/11 35/15
37/3 37/10 39/5 40/14 40/17 41/9 41/22
42/2 42/25 43/24 46/16 47/15 55/16
73/21 75/20 84/1 84/9 84/16 85/7 85/19
97/17 100/1 102/15 110/3 112/9 112/10
115/13 116/6 116/20 120/14 121/15
120/21 130/3 137/12 140/18 158/24

163/6 164/10 175/11 177/13 179/21
180/1 180/8 180/21 186/2 186/11 186/14
189/17 197/14 197/25 198/23 199/1
201/3 202/21 203/21 207/2 207/7
207/23 208/7 211/6 212/12 212/25
213/3 214/5 215/6
whenever [3]  15/21 16/18 77/18
where [50]  18/13 20/18 42/24 45/1 48/3
48/6 58/4 77/23 78/7 81/9 89/13 90/8
91/6 91/21 93/20 94/10 94/12 96/19
96/21 103/10 111/4 112/2 119/14 124/3
124/12 125/22 130/19 132/21 132/24
135/20 137/22 146/4 147/16 149/3
153/9 153/9 158/24 176/15 177/13
177/22 179/13 179/17 181/12 185/24
187/2 192/18 198/23 199/13 213/6
229/1
whether [39]  16/17 27/12 27/13 27/14
36/15 36/23 41/9 41/14 47/18 54/8 64/7
89/9 89/11 90/3 94/15 97/3 109/15
109/21 113/12 118/25 119/11 132/15
136/7 136/8 170/7 170/8 175/15 175/25
176/3 193/2 196/11 206/1 207/22 212/4
212/4 212/5 212/6 212/7 226/21
which [103]  12/5 16/6 21/15 22/3 23/5
24/10 24/11 26/12 27/10 32/19 38/16
40/9 40/24 44/3 46/24 53/5 53/16 54/3
54/3 54/9 54/24 55/7 55/19 56/2 56/18
56/20 57/6 57/11 58/1 59/10 61/8 61/24
63/23 65/4 66/12 66/18 75/3 76/23
70/19 79/7 79/11 79/18 87/4 87/8 97/14
102/23 109/6 127/9 127/15 127/22
128/18 129/14 129/23 130/10 141/4
141/22 142/17 144/17 146/15 146/23
146/23 148/23 156/14 163/9 167/15
169/24 170/2 173/18 175/4 183/9
184/18 187/13 188/6 189/23 189/23
191/11 194/16 194/21 195/10 195/18
197/13 197/16 197/19 199/22 200/10
200/10 200/21 202/8 206/16 206/19
207/7 209/1 209/18 210/14 212/2
212/19 213/24 214/20 219/2 220/2
228/19 229/10 229/13
whichever [1]  210/5
while [2]  169/16 179/7
White [5]  29/17 157/22 159/13 160/2
160/8
who [101]  14/7 14/21 15/13 17/3 20/25
28/23 29/14 32/1 34/5 46/15 49/23 50/2
50/3 72/2 84/22 84/22 85/9 85/12 85/14
85/18 85/24 86/2 86/5 90/16 91/4 91/14
92/10 95/5 97/22 106/7 111/20 124/18
124/22 124/25 125/4 125/4 125/19
125/20 125/25 135/2 135/5 136/18
138/5 138/7 139/13 139/19 139/21
139/21 153/24 155/23 161/14 166/24
166/24 168/2 171/8 171/11 172/24
175/17 179/23 180/3 180/23 181/4
182/20 182/23 185/13 185/14 185/15
186/18 186/22 187/10 187/15 187/16
188/1 188/8 191/4 191/5 191/9 191/23
192/5 192/9 192/12 192/15 192/17
193/10 193/12 200/25 202/1 202/17
204/1 204/3 205/13 206/3 211/19
212/10 216/12 216/13 217/9 217/18
222/3 229/3 229/24
who's [2]  195/4 205/11
whoever [2]  37/25 117/25

**W**

whole [2]  8/4 217/1
wholeheartedly [2]  170/15 170/20
whom [2]  92/13 104/7
whomever [1]  179/3
whose [7]  90/13 130/25 131/3 132/10
134/6 192/20 194/6
why [19]  38/18 65/7 65/17 71/11 100/11
101/23 108/7 117/3 125/7 125/11
131/20 135/2 137/23 169/8 173/12
173/15 209/7 215/25 222/23
will [84]  8/3 9/2 9/12 9/13 9/16 9/21
11/12 15/22 19/15 22/13 24/14 24/16
27/21 28/21 28/22 29/24 31/15 47/4
48/22 49/1 49/4 59/23 60/1 68/11 68/19
69/9 69/15 76/9 85/3 86/11 86/12 93/6
103/1 110/11 116/18 118/16 120/21
122/5 122/7 125/22 126/18 126/20
127/18 133/8 133/15 139/4 144/17
146/17 146/23 151/12 158/10 161/22
169/23 172/7 183/1 183/8 183/12
183/20 195/9 195/15 196/22 196/23
197/8 197/12 199/10 199/10 199/11
199/21 199/22 201/3 201/6 202/7 202/7
202/18 202/21 202/24 203/11 203/19
214/22 214/24 216/13 225/23 228/1
213
willful [2]  93/14 212/7
willfully [4]  79/16 163/5 213/24 214/3
willing [1]  34/8
window [2]  51/25 52/18
winter [1]  142/7
winter/spring [1]  142/7
wishes [1]  234/12
withdrawn [1]  118/23
within [29]  12/19 13/14 13/20 14/15
16/6 16/9 17/24 17/24 21/25 31/21
37/18 53/5 53/6 53/13 53/24 61/14 72/3
72/19 115/9 118/12 147/14 148/10
153/16 198/16 199/14 208/12 209/15
210/4 234/11
without [8]  83/21 108/19 109/6 149/8
169/25 172/1 207/6 207/16
witness [11]  1/15 6/2 10/17 59/13
182/11 230/22 234/8 234/10 234/12
234/13 235/22
witnesses [1]  39/22
WOMEN [3]  2/11 182/18 182/19
won't [2]  182/14 222/8
Woodby [19]  7/10 7/10 61/17 65/25
66/1 66/12 112/23 115/3 118/3 126/7
126/8 127/2 137/22 139/9 139/13
139/15 143/11 145/2 148/20
word [18]  63/13 132/10 132/18 132/22
132/24 132/25 133/2 133/5 133/8
134/14 134/19 143/21 158/10 170/19
181/8 181/15 181/20 181/20
worded [2]  131/20 213/25
words [1]  57/10
work [15]  11/4 14/11 18/13 28/14 29/3
30/17 31/1 33/5 33/8 61/11 120/15
134/18 159/25 161/4 178/8
worked [4]  18/14 31/6 82/3 161/6
working [15]  29/17 68/3 68/5 68/8 68/13
81/18 82/5 85/19 146/19 161/4 161/5
161/5 169/5 169/14 178/12
workload [1]  101/6
works [7]  15/10 51/7 105/24 139/21

187/5 195/14 215/11
world [1]  147/25
worrisome [1]  102/21
worse [1]  211/1
would [263]
wouldn't [12]  45/25 47/21 81/3 81/7
143/15 153/8 190/19 191/4 191/25
192/4 192/17 195/19
write [5]  185/9 185/16 186/1 186/3
235/2
writes [2]  194/17 224/19
writing [1]  131/23
written [4]  116/20 163/21 164/2 169/13
wrong [10]  42/3 57/3 57/13 101/13
138/4 180/1 180/3 195/11 213/4 214/21
wrote [2]  191/4 194/21

**X**

XLSX [1]  127/13

**Y**

yeah [36]  43/4 51/20 54/3 57/9 57/24
66/7 67/21 78/22 80/17 81/2 82/3 82/5
103/14 111/11 116/8 124/22 126/8
128/1 131/22 133/24 154/5 161/22
165/12 177/1 177/24 179/2 185/18
188/19 190/16 199/6 201/15 201/24
207/21 221/5 222/23 230/25
year [12]  24/12 24/12 69/23 79/9 94/7
105/16 129/12 178/8 197/20 208/23
227/3 227/3
years [9]  11/25 17/9 18/23 153/5 203/9
206/4 226/4 226/15 227/1
Yep [2]  112/25 121/15
yes [200]  8/23 9/1 9/15 9/24 10/5 10/9
11/14 11/15 11/18 11/23 15/12 19/2
19/13 19/18 19/25 20/4 20/5 26/6 27/1
28/11 30/10 31/18 33/14 33/23 34/1
34/15 34/18 35/7 35/18 39/13 40/9
41/25 43/7 43/22 44/10 44/20 45/4 49/9
50/19 53/9 53/13 54/3 55/1 55/6 55/12
56/7 58/19 61/6 61/10 61/19 61/22
62/22 63/1 64/16 65/23 67/2 67/5 68/7
68/10 69/14 69/18 69/25 71/4 77/6
77/13 78/5 78/11 78/15 79/1 79/6 79/13
79/17 79/21 81/13 81/15 81/23 81/25
82/8 82/19 82/23 83/1 83/3 83/13 87/11
87/19 88/18 88/23 93/19 94/9 97/5
97/10 103/6 104/2 104/6 104/9 104/12
104/22 105/8 105/20 106/20 107/5
107/15 107/24 108/6 110/20 110/23
111/2 111/5 111/10 111/13 111/15
111/17 115/1 115/6 115/12 116/1 116/3
116/12 116/12 118/5 119/17 121/6
122/23 127/5 127/8 127/11 127/14
127/17 127/24 128/23 129/2 130/24
133/18 135/23 136/19 137/2 138/9
139/12 139/18 140/23 141/10 141/12
141/17 144/25 145/4 147/6 147/13
148/22 148/24 151/21 151/24 152/2
152/13 152/23 153/2 154/22 155/17
166/3 167/3 168/18 168/24 168/25
168/25 169/1 172/9 173/4 173/7 173/7
173/10 175/21 177/11 178/24 183/4
183/6 183/17 184/2 184/8 184/18 186/2
191/20 191/21 193/17 197/23 198/1
198/4 199/18 205/25 206/25 210/24
212/21 213/2 218/5 219/7 222/6 223/11
223/12 225/20 230/3 230/8 230/20

yet [1]  174/10
York [1]  2/3
you [900]
you're [7]  25/17 28/2 66/7 70/7 107/6
131/7 131/9
your [92]  10/3 10/13 11/3 11/4 11/5
11/25 12/3 14/4 14/18 14/21 14/24
17/16 19/3 21/7 28/9 28/10 30/8 30/16
30/19 30/22 30/23 31/10 33/6 39/11
42/1 48/4 48/9 52/17 54/20 65/7 65/9
70/2 74/20 81/11 81/14 86/9 90/15
90/25 92/20 92/23 92/23 97/1 99/23
101/18 101/20 101/20 104/19 104/23
107/3 107/21 108/1 109/11 111/6
114/14 116/9 118/2 118/6 118/9 118/12
117/22 124/2 124/9 124/11 124/18
129/3 131/8 136/18 138/3 148/16
150/14 152/21 158/10 159/25 161/8
167/1 169/19 169/19 170/25 178/21
192/1 194/19 204/6 209/10 212/23
212/24 220/5 220/19 223/7 225/8
227/21 228/11 234/8
yours [2]  134/1 234/15
yourself [1]  144/22
YOUTH [1]  1/5

**Z**

ZEHNDER [1]  2/3
zero [1]  120/8
zone [1]  179/9
Zoom [5]  1/16 2/1 8/24 9/6 9/12