| | |
|---|---|
| **From:** | McVay, Brad R. |
| **To:** | Scott Wood |
| **Subject:** | RE: Louis Rosario Voter Fraud |
| **Date:** | Tuesday, March 21, 2023 5:36:03 PM |
| **Attachments:** | image001.png |

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
**If you cannot verify the authenticity of the email, please contact the helpdesk.**

Hi Scott,

If you can scan and send the documents involved in your case that would be helpful so I can properly identify who would be best in the event witness is needed.

In my opinion, depending on the facts, some of the cases don't benefit from Department witness testimony.  The statutory process/procedure is laid out clearly in chapter 97, Fla. Stat. and the Florida Admin. Code, which as you know can be introduced by way of judicial notice.  But again, each case is unique and I get that live witnesses can be help explain key issues to the jury.

Send me what you have and I will review and get back to you.

**Brad McVay**
Deputy Secretary of State
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
Phone:  850-245-6511

Note:  This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State.  Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law.  Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption.  Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Scott Wood <swood@sa18.org>
**Sent:** Tuesday, March 21, 2023 3:16 PM
**To:** McVay, Brad R. <Brad.McVay@dos.myflorida.com>
**Subject:** FW: Louis Rosario Voter Fraud

> ### EMAIL RECEIVED FROM EXTERNAL SOURCE

Mr. McVay,

My name is Scott Wood. I am an Assistant State Attorney in Seminole County.

I am prosecuting a defendant who was a registered sex offender who voted in the 2020 election.

I received your contact information from Attorney Bahill with the Statewide Prosecutor.

He has advised I need a witness who can testify about the procedures and policies on voter applications that are sent to Tallahassee.

He suggested to contact you.

I am hoping you could provide a witness that I could list.

I can scan and send a copy of the documents that are involved in my case if that helps.

Kindest regards,
Scott Wood
Assistant State Attorney
Division Chief-Judge Orth Docket
Office of the State Attorney,
Phil Archer 18th Judicial Circuit,
Seminole County P.O. Box 8006
101 Eslinger Way
Sanford, FL 32772
407-665-6129 (office)
407-865-4206 (cell)
swood@sa18.org

---

**From:** Nathaniel Bahill <Nathaniel.Bahill@myfloridalegal.com>
**Sent:** Tuesday, March 21, 2023 2:46 PM
**To:** Scott Wood <swood@sa18.org>
**Subject:** RE: Louis Rosario Voter Fraud

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
**If you cannot verify the authenticity of the email, please contact the helpdesk.**

Scott,

The General Counsel for Dept. of State is Brad McVay  Brad.McVay@dos.myflorida.com   You can let him know that I gave you his name. He will be able to help identify a witness from Dept. of State. I

have attached a copy of the jury instructions to this email.  The PDF is the court copy from the trial. The word version mostly tracks the actual version but some of the final revisions aren't present. Please let me know if you want me to review your evidence or if you would like to discuss the case further.



Nathan Bahill
Assistant Statewide Prosecutor
Office of the Attorney General
Office of Statewide Prosecution
3507 E. Frontage Rd, Suite 200
Concourse Center 4
Tampa, Florida  33607
813-287-7960

*ATTENTION: This email may contain CONFIDENTIAL ATTORNEY WORK PRODUCT (see fla stat. section 119.071(1)(d)1) or CRIMINAL INTELLIGENCE or INVESTIGATIVE INFORMATION (see Fla. Stat. section 119.071(2)). Such material is exempted, to the extent allowed by the law, from public records under FS Chapter 119. This email correspondence is the result of this attorney's mental impressions, opinions, or research.*

**From:** Scott Wood <swood@sa18.org>
**Sent:** Tuesday, March 21, 2023 2:14 PM
**To:** Nathaniel Bahill <Nathaniel.Bahill@myfloridalegal.com>
**Subject:** Louis Rosario Voter Fraud

Mr. Bahill,

As a follow-up to our phone call, I would appreciate if you could send me the items we discussed.


Kindest regards,
Scott Wood
Assistant State Attorney
Division Chief-Judge Orth Docket
Office of the State Attorney,
Phil Archer 18th Judicial Circuit,
Seminole County P.O. Box 8006
101 Eslinger Way
Sanford, FL 32772
407-665-6129 (office)
407-865-4206 (cell)
swood@sa18.org