| | |
|---|---|
| **From:** | Kennedy, Jennifer L. |
| **Sent:** | Tuesday, April 4, 2023 8:43 AM EDT |
| **To:** | Byrd, Cord; Woodby, Katherine |
| **Subject:** | FW: Elections Bill 2023 |
| **Attachments:** | 7050.pdf |

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 6:57 PM
**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** RE: Elections Bill 2023





**CONFIDENTIAL**                                                                                                          **SB7050-SOS-00079639**



Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
850.245.6520 (O)
850.443.7730 (C)

**From:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>
**Sent:** Monday, April 3, 2023 2:49 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Van de Bogart, Joseph <Joseph.VandeBogart@dos.myflorida.com>
**Subject:** FW: Elections Bill

**From:** Woodby, Katherine <Katherine.Woodby@dos.myflorida.com>
**Sent:** Monday, April 3, 2023 2:48 PM

CONFIDENTIAL                                                                                                                    SB7050-SOS-00079640

**To:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Byrd, Cord <Cord.Byrd@dos.myflorida.com>
**Subject:** Elections Bill



**Best Regards,**
*Katherine M. Woodby*
Florida Department of State
Legislative Affairs Director
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
850-245-6509
Katherine.Woodby@dos.myflorida.com

CONFIDENTIAL                                                                                                       SB7050-SOS-00079641