| | |
|---|---|
| **From:** | John Cycon |
| **To:** | Mindy Johnson; Fritz Wermuth; Melissa Hill; cruiz@latinojustice.org; Adriel I. Cepeda Derieux; Megan Keenan; bferguson@campaignlegalcenter.org; eboettcher@campaignlegalcenter.org |
| **Subject:** | NAACP v. Byrd, 4:23-cv-215-MW-MAF (Consolidated) |
| **Date:** | Friday, December 8, 2023 12:27:16 PM |
| **Attachments:** | image576140.png<br>image635147.png<br>image089114.png<br>image609398.png<br>2023.12.08 Correspondence.pdf |

Counsel,

On behalf of the Secretary, please see the attached correspondence pertaining to today's production. You should be able to access it via our SFTP site. As an added layer of security, the password for the uploaded zip file is: !Sk:cLl#D-`xM>\0

Please let us know if you have any issues.

Best,

John



**John Cycon**
*Of Counsel*
Haymarket, VA

m 202.941.6621

email   bio   in

DC • VA • FL • AZ   holtzmanvogel.com

**PRIVILEGED AND CONFIDENTIAL**

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.