| | |
|---|---|
| **From:** | Fritz Wermuth |
| **To:** | John Cycon; Mohammad O. Jazil |
| **Cc:** | Michael Beato; Josh Pratt; Mindy Johnson; Melissa Hill; Makeba Rutahindurwa; Renata O"Donnell |
| **Subject:** | RE: Maria Matthews - Exhibit 10 |
| **Date:** | Monday, March 4, 2024 3:57:20 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

John,

I do not understand your suggestion. If Word and Excel documents are attached to emails that were withheld, we presumably would not have them. In any event, we want the emails and such attachments. And, if those Word and Excel documents were attached to emails you produced, then why were the attachments withheld? In the end, the obligation to explain and justify the Secretary's privilege claims rests with the Secretary. We have specified the bates numbers of the documents on which we intend to a file a motion to compel.

To date, you have refused to produce the document we looked at in conferral, and you have given us multiple indications you will refuse production of the remaining documents. We have offered to confer multiple times to no avail. Unless you are going to provide the requested documents voluntarily, or otherwise indicate that a conferral could reasonably move this issue forward without motions practice, then, as previewed, we intend to file our motion to compel today. As you are aware, time is of the essence. Please let us know by 5pm EST your position.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Monday, March 4, 2024 1:16 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

I also suggest you view the documents in your e-discovery software as opposed to relying solely on the privilege log. That will show you more clearly how many of the Word and Excel documents you've cited are attached to emails with and between attorneys.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile:  202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Date:** Monday, March 4, 2024 at 1:01 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

SB7050-SOS-00111036 is Entry 462 and SB7050-SOS00111054 is Entry 472 in the privilege log. You identified both in your March 1 6:20 PM email below.

As you know, one of the columns in our privilege log specifies whether documents were Redacted or Withheld.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile:  202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Monday, March 4, 2024 at 9:22 AM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>

**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

John,

Following up on our conferral this weekend, we have identified two additional redacted emails, SB7050-SOS-00111036 and SB7050-SOS-00111054, which did not appear on the Secretary's redaction log and which we therefore believe were improperly redacted. We have also identified several additional documents on the Secretary's privilege log—doc. Ids 77882, 78463, 78684, 84635, 92567, 97346, 103404, 160171, 160381 and bates numbers SB7050-SOS-00110892, 00110900, 00110903, 00110905, 00110906, 00111033, 00111035, 00111037, 00111041, 00111043, 00111045, 00111053, 00111055, 00111069, and 00111073—that, for the same reasons we previously articulated, we believe have been improperly withheld. We demand that the Secretary produce unredacted copies of these documents as well. We therefore ask that, along with your position on the documents we have already identified, you state your position on whether you are willing produce these added documents. If you believe a telephonic conferral would be helpful, please let us know a time to discuss this matter today.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Saturday, March 2, 2024 2:45 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

As you point out below, our position on that document likely impacts our positions on each of the other 150+ documents you've cited. Since you've indicated that you plan to file a motion to compel on all those documents, we can't address piecemeal questions while ignoring that broader context.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile: 202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Saturday, March 2, 2024 at 2:39 PM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

John,

Setting aside the additional documents for the moment, what is your response to my question about the document we already conferred about?

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Saturday, March 2, 2024 2:29 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

At 6:20 pm yesterday you asked us to address the privilege calls on over 150 documents by midnight. That was not a sufficient opportunity to discuss everything with our client, who is not available until Monday at the earliest. As I explained yesterday evening, we are working as expeditiously as possible to evaluate the points raised in your emails. You're welcome to file your motion if you feel that you must, but we need a reasonable amount of time to review the

documents with our client.

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile: 202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Saturday, March 2, 2024 at 1:17 PM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

John,

With the press of trial approaching, we need to resolve this matter as quickly as possible. We have already conferred on the attached document, and the Secretary has not agreed to produce it. Has the Secretary changed his position with respect to this document?

If not, we will need to seek relief from the Court to get a unredacted version of that document. Given the Secretary's position thus far and our disagreement with that privilege call, it seems clear that you will take the same position on the additional documents and that we will need to seek relief from the Court to get those as well.

Please confirm whether you oppose the relief we seek or will produce the additional documents voluntarily. We stand ready to confer today and tomorrow on those documents. As a measure of good faith, we are willing to wait until Monday to file any necessary motions. But we ask that you restate your position on the already conferred upon document now as it will help us determine whether there is a genuine chance of us getting the requested documents without seeking relief from the Court.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Friday, March 1, 2024 7:04 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

We're assessing the points raised in your emails, but your request for a formal response this evening is unreasonable. You've cited well over 100 documents, and you're not giving us a meaningful, good faith opportunity to confer about the privilege calls. We will work as expeditiously as possible to evaluate each of the documents.

Best,
John


**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile: 202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Friday, March 1, 2024 at 6:37 PM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

We have identified documents redacted or withheld on the basis of attorney-client privilege and described as (or very similar to) "communication with counsel about proposed legislation." After review of one of those documents yesterday, it is apparent that a/c privilege did not apply to the communications.

Given the nearly identical descriptions, it follows each of the documents Plaintiffs have identified, too – more often than not involving the same employees that were part of the email chain we viewed yesterday – are not privileged.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Friday, March 1, 2024 6:24 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

While we discuss the issue on our end, what are the bases for your motion to compel?

Best,
John

**John Cycon**
*Partner*
**Holtzman Vogel**
Mobile:  202.941.6621
jcycon@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Friday, March 1, 2024 at 6:20 PM
**To:** John Cycon <jcycon@HoltzmanVogel.com>, Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>, mrutahindurwa@elias.law <mrutahindurwa@elias.law>, Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

Hi John and Mo,

In follow up to the conferral on the motion to compel, we have broader

concerns about many documents on the Secretary's late-produced redaction and privilege logs, referencing proposed legislation in some form.

As it stands, we plan to file a motion to compel production of the following documents in unredacted form: bates numbers SB7050-SOS-00044313–44314, 00044476–44477, 00073577, 00073676–73679, 00073778–73781, 00079638–79641, 00081921–81922, and 00081925–81926.

Plaintiffs also seek to compel production of the following documents on the Secretary's privilege log, identified by Doc Id numbers: 55764, 56017, 56020, 56189, 56461, 56478, 56510, 5698, 56699, 56849, 56856, 57256, 57358, 58378, 58398, 58628, 58807, 58838, 58852, 58977, 59022, 59083, 59085, 59091, 59097, 59102, 59105, 59107, 59110, 59112, 59117, 59121, 59147, 59295, 59296, 59430, 59464, 59847, 60024, 60025, 60026, 60054, 60158, 60210, 60253, 60462, 60475, 60527, 60962, 61079, 61232, 61280, 61366, 61400, 61511, 61582, 61656, 61728, 62150, 62169, 62199, 62219, 62778, 63067, 63075, 63077, 70020, 70565, 70770, 72207, 72447, 72538, 72883, 77882, 77909, 78388, 78463, 78535, 78684, 83987, 84633, 8435, 92833, 97472, 97472, 97652, 97689, 98118, 98121, 98128, 98134, 98139, 98143, 98145, 98147, 98150, 98151, 98152, 98156, 98165, 101144, 101475, 103257, 103407, 103846, 104078, 104087, 104098, 104106, 104114, 104117, 104120, 104125, 105699, 105910, 160194, 160209, 160219, 160229, 160281, 160287, 160288, 160365, 160370, 160412, 160443, 160509, 165945, and 166005. As well as bates numbers SB7050-SOS-00044313–44314, 00044476–44477, 00073578–73675, 00073676–73679, 00073680–73777, 00073778–73781, 00073782–73879, 00079638–79641, 00079642–79739, 0011088, 00110890, 00110901, 00111027, 00111029, 00111031, 00111033, 00111035, 00111036, 00111037, 00111043, 00111045, 00111054, 00111055, and 00111073.

We request that you produce these documents. In light of the short time we have to resolve this matter before trial, we request your response this evening. We are happy to discuss this matter by telephone or video conference. We plan to file the motion no later than tomorrow, unless you agree to produce the noted documents.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Fritz Wermuth
**Sent:** Thursday, February 29, 2024 4:11 PM
**To:** John Cycon <jcycon@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; mrutahindurwa@elias.law; Renata O'Donnell <rodonnell@elias.law>
**Subject:** RE: Maria Matthews - Exhibit 10

Hi John,

We agree to meet on these terms, which reserving the right to move forward with the motion to compel, if we determine the document is not covered by the asserted privilege. We are available at 6:00pm, if that works for you. Please include the other members of our attorney group (copied here) in the invitation.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** John Cycon <jcycon@HoltzmanVogel.com>
**Sent:** Thursday, February 29, 2024 3:29 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** Re: Maria Matthews - Exhibit 10

Fritz,

We stand by our privilege objections. In an effort to resolve the issue without having to resort to unnecessary motion practice, however, we propose the following:

- We enter into a non-waiver agreement whereby the Parties preserve all objections and arguments as to the document;
- We schedule a Zoom call where I will share my screen so that you can see an unredacted copy of the document; and
- You agree that, despite having seen the document, at no point did it leave the possession, custody, or control of the Secretary, that no waiver occurred, and that the Secretary maintains the ability to claw back the document.

Please let us know if that is acceptable or if you have any questions. I am happy to discuss the issue further at your convenience.

Best,
John



**PRIVILEGED AND CONFIDENTIAL**

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Date:** Thursday, February 29, 2024 at 1:00 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** John Cycon <jcycon@HoltzmanVogel.com>, Michael Beato <mbeato@HoltzmanVogel.com>, Josh Pratt <jpratt@HoltzmanVogel.com>, Mindy Johnson <mjohnson@elias.law>, Melissa Hill <mhill@kbzwlaw.com>
**Subject:** Maria Matthews - Exhibit 10

Hi Mo,

As we discussed, attached is the document on which we are planning to file a motion to compel. I request that you provide an unredacted copy of the document.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161

kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.