UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

**DECLARATION OF FREDERICK WERMUTH
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

I, Fritz Wermuth, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm of KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. and am admitted to practice in the State of Florida and various courts. I am an attorney for Plaintiffs in the above-captioned matter. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' motion to compel.

1. **Exhibit 1** (ECF No. 248-1) is a true and correct copy of the redacted

1

emails produced by the Secretary in this litigation, bates numbered SB7050-SOS-00044313–44314, 00044476–44477, 00073577, 00073676–73679, 00073778–73781, 00079638–79641, 00081921–81922, 00081925–81926, 00111036, and 00111054.

2. **Exhibit 2** (ECF No. 248-2) is a true and correct copy of the Secretary's Response to Plaintiffs' First Set of Requests for Production.

3. **Exhibit 3** (ECF No. 248-3) is a true and correct copy of the Secretary's Privilege Log.

4. **Exhibit 4** (ECF No. 248-4) is a true and correct copy of the Secretary's Redaction Log.

5. **Exhibit 5** (ECF No. 248-5) is a true and correct copy of the unredacted emails produced by the Secretary in this litigation, bates numbered SB7050-SOS-00105791–105792, 00085134–85138; 00084605–84607; 00087419–87420; 00087320–87321, 00087514–87608, 00087608; 00074622.

6. **Exhibit 6** (ECF No. 248-6) is a true and correct copy of the email exchanges between Plaintiffs' counsel and the Secretary's counsel regarding the privilege log.

7. **Exhibit 7** (ECF No. 248-7) is a true and correct copy of the deposition transcript of Maria Matthews, taken on February 22, 2024.

8. **Exhibit 8** (ECF No. 248-8) is an email from Deputy Secretary of State Brad McVay dated March 21, 2023.

9. **Exhibit 9** (ECF No. 248-9) is a true and correct copy of a redacted email produced by the Secretary, bates numbered SB7050-SOS-00079638–79641.

10. **Exhibit 10** (ECF No. 248-10) is a true and correct copy of an email from the Secretary regarding the December 8, 2023 production.

11. **Exhibit 11** (ECF No. 248-11) is a true and correct copy of the email exchanges between Plaintiffs' counsel and counsel for the Secretary conferring on the privilege issues and current motion.

12. **Exhibit 12** (ECF No. 248-12) is a true and correct copy of the original deposition notice to take the deposition of Maria Matthews on January 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 4, 2024

Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com