IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                 **Case Nos.: 4:23cv215-MW/MAF
4:23cv216-MW/MAF
4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is the NAACP Plaintiffs' motion to compel, ECF No. 249.[1] Defendant Byrd shall file an expedited response to the motion **on or before Tuesday, March 12, 2024, addressing all aspects of the motion**.

SO ORDERED on March 5, 2024.

                                              s/Mark E. Walker
                                              **Chief United States District Judge**

---

[1] Ordinarily, motions to compel must be filed *before* the close of discovery. But unlike the untimely motion in limine this Court recently denied, *see* ECF No. 247, Plaintiffs' pending motion might not be untimely inasmuch as they assert that they became aware of certain responsive documents that are the subject of the motion based on discovery and a privilege log that the Secretary produced well after the discovery deadline passed.