IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.                                        4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

**NOTICE OF FILING EXHIBITS TO THE DECLARATION OF JOHN CYCON IN SUPPORT OF THE SECRETARY'S RESPONSE TO NAACP PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant Byrd hereby submits the following exhibits, which are referenced in the forthcoming Declaration of John J. Cycon in Support of the Secretary's Response to NAACP Plaintiffs' Motion To Compel:

    1.    **Exhibit 1** (Doc. 253-1) is a true and correct copy of a February 15, 2024 email from Hispanic Federation Plaintiffs transmitting Plaintiffs Hispanic Federation and Poder Latinx's Privilege Log.

    2.    **Exhibit 2** (Doc. 253-2) is a true and correct copy of Plaintiffs Hispanic Federation and Poder Latinx's Privilege Log.

3. **Exhibit 3** (Doc. 253-3) is a true and correct copy of a February 16, 2024 email from Defendant Byrd's counsel to the Consolidated Plaintiffs transmitting the Secretary's Privilege Log, a production cover letter, and the password to a production.

4. **Exhibit 4** (Doc. 253-4) is a true and correct copy of Defendant Byrd's February 16, 2024 production cover letter.

5. **Exhibit 5** (Doc. 253-5) is a true and correct copy of a January 2, 2024 email from NAACP Plaintiffs transmitting a supplemental production and NAACP, Alianza, and UnidosUS's Amended Privilege Logs.

Dated: March 12, 2024

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Respectfully submitted,

*/s/ John J. Cycon*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FB 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (FBN 1040035; NYBN 5261912)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (212) 701-3402
jcycon@holtzmanvogel.com

*Counsel for Secretary Byrd*

*Admitted pro hac vice*

3

**Certificate of Service**

I certify that on March 12, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

*/s/ John J. Cycon*
John J. Cycon
