Tuesday, March 12, 2024 at 14:36:15 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | SERVICE OF COURT DOCUMENTS - Hispanic Federation v. Cord Byrd - Case No. 4:23-cv-218-MW/MAF |
| **Date:** | Thursday, February 15, 2024 at 10:50:13 AM Eastern Standard Time |
| **From:** | Preminger, Evan |
| **To:** | Brad R., DOS - Joseph VandeBogart, Mohammad O. Jazil, DOS - Ashley Davis, Michael Beato, Josh Pratt, SB7050, Stephanie Morse, Noah Sjostrom, Zack Bennington, John Bennett |
| **CC:** | SB7050 |
| **Attachments:** | image001.png, HF v. Byrd (4_23-cv-218-MW) - Plaintiffs Privilege Log.pdf |

Good morning, Counsel,

Attached, please find a copy of the below referenced document.

| | |
|---|---|
| Court: | United States District Court, Northern District of Florida |
| Case No.: | 4:23-cv-218-MW/MAF |
| Case Style: | HISPANIC FEDERATION, ET AL., <br><br>      Plaintiffs, <br><br>v. <br><br>CORD BYRD, IN HIS OFFICIAL CAPACITY AS FLORIDA SECRETARY OF STATE, ET AL., <br><br>      Defendants. |
| Documents being served: | Plaintiffs Hispanic Federation and Poder Latinx's Privilege Log |
| Sender's name: | Evan Preminger, on behalf of Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez and Elizabeth Pico. |
| Sender's phone number: | 212-836-7786 |

Thank you,

Evan Preminger

_____

Evan Preminger
Senior Associate | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7786
Evan.Preminger@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com