# Holtzman Vogel

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK** PLLC

February 16, 2024

**By Email**

Re:   *Florida State Conference of Branches and Youth Units of the NAACP, et al v. Byrd, et al.*, Case No. 4:23-cv-00215-MW-MAF (N.D. Fla.) (Consolidated)

Counsel,

On behalf of Secretary Byrd, please find a new production in the abovementioned matter in Holtzman Vogel's SFTP site. This production is made pursuant to the Protective Order in this case, and the documents in this production are designated Confidential.

This production contains documents that are responsive to the Requests for Production made by the NAACP, League of Women Voters, and/or Hispanic Federation Plaintiffs. This production is made pursuant to, and without waiver of, Defendant Byrd's Responses and Objections to the Requests for Production made by the NAACP, League of Women Voters, and Hispanic Federation Plaintiffs respectively.

Please note that we have undertaken reasonable efforts to protect materials that are covered by the attorney-client privilege, the deliberative process privilege, the attorney-work-product protection, and/or are covered by any other privilege, protection, or immunity. If the enclosed production contains any privileged or protected material, then that disclosure was inadvertent and does not constitute a waiver of any applicable privilege or protection. Should you find any privileged or protected material, please notify us immediately and refrain from viewing that material.

If you have any questions or concerns regarding the materials produced or any other issues pertaining to this matter, please do not hesitate to contact me.

Regards,

/s/ John J. Cycon
John J. Cycon