Tuesday, March 12, 2024 at 15:27:09 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Cord Byrd, et al. ; Case No. 4:23-cv-215 |
| **Date:** | Tuesday, January 2, 2024 at 9:16:47 PM Eastern Standard Time |
| **From:** | Melissa Hill |
| **To:** | Bob Swain, Diana Johnson, Kathy Niederloh, Andy Bardos, Vanessa Reichel, Devona Perez, Joseph K. Jarone, Nathaniel Klitsberg, Dale Scott, Elizabeth Hemphill, Craig Feiser, Jason Teal, Mary Margaret Giannini, Jeanne McDuffie, Susan Erdelyi, Cheryl Carr, Jon Jouben, Kyle Benda, Pamela Hare, Jay LaVia, Rhonda, Ron Labasky, Cindy Lowell, Mark Herron, Patrick O'Bryant, Frank Mari, lhaines@roperpa.com, Doris Mora, Michael Valdes, Sophia Guzzo, Greg Stewart, Matthew Shaud, Morgan Bentley, vengel@bgk.law, Kevin Bledsoe, Mary Amy Efird, Sarah Jonas, Carolyn Jackson, Jerry Olivo, Sarah Howie, William Boltrek, Sabrina Page, Stephen Todd, Tracie Martin, Christi Hankins, Jeffrey Foster, Lisa Kustel, Patricia Emery, William B. Graham, Jared Kahn, Michelle Curtis, David Markarian, Jessica Glickman, Tina Contino, Nick Shannin, DOS - Ashley Davis, McVay, Brad R., John Cycon, DOS - Joseph VandeBogart, Josh Pratt, Michael Beato, Mohammad O. Jazil, Zack Bennington, John Bennett, John Cycon, Noah Sjostrom, Stephanie Morse, Burke, Michael |
| **CC:** | akhanna@elias.law, Lalitha Madduri, Makeba Rutahindurwa, Melinda Johnson, Renata O'Donnell, Fritz Wermuth, Court Filings, Julie Ebenstein, acepedaderieux@aclu.org, mkeenan@aclu.org, dcampbell-harris@aclu.org, slakin@aclu.org, nwarren@aclufl.org, dtilley@aclufl.org, cmcnamara@aclufl.org, rcruz@latinojustice.org, dalicea@latinojustice.org, fvargasdeleon@latinojustice.org, gschwarz@latinojustice.org, ekonor@demos.org, John Freedman, Jeremy Karpatkin, Brent Ferguson, Danielle Lang, jdiaz@campaignlegalcenter.org, Eboettcher@campaignlegalcenter.Org, mortega@campaignlegal.org, sleeper@campaignlegal.org, chad@brazilanddunn.com, acopper@campaignlegalcenter.org, clapinig@campaignlegalcenter.org |
| **Attachments:** | NAACP RFA Responses.zip, 2024 01-02 Alianza Amended Privilege Log.pdf, 2024 01-02 NAACP Amended Privilege Log.pdf, 2024 01-02 Unidos Amended Privilege Log.pdf, NAACP_0063-NAACP_0077.zip |

Dear Counsel – In regard to the referenced matter, attached please find NAACP Plaintiffs' responses to the Secretary of State's First Requests for Admission.

Also attached please find supplemental production bates labeled NAACP_0063 – NAACP_0077.

Lastly, attached please find the NAACP, Alianza and UnidosUS's Amended Privilege Logs.

Thank you.

Melissa Hill | Paralegal
mhill@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161

kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.