# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

    *Plaintiffs*,

    v.    4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## DECLARATION OF JOHN CYCON IN SUPPORT OF THE SECRETARY'S RESPONSE TO NAACP PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

I, John Joseph Cycon, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC and am admitted to practice in the State of Florida, the State of New York, and various courts. I am an attorney for Defendant Byrd in the above-captioned matter. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with the Secretary's response to NAACP Plaintiffs' motion to compel.

1. **Exhibit 1** (Doc. 252-1) is a true and correct copy of a February 15, 2024 email from Hispanic Federation Plaintiffs transmitting Plaintiffs Hispanic Federation and Poder Latinx's Privilege Log.

2. **Exhibit 2** (Doc. 252-2) is a true and correct copy of Plaintiffs Hispanic Federation and Poder Latinx's Privilege Log.

3. **Exhibit 3** (Doc. 252-3) is a true and correct copy of a February 16, 2024 email from Defendant Byrd's counsel to the Consolidated Plaintiffs transmitting the Secretary's Privilege Log, a production cover letter, and the password to a production.

4. **Exhibit 4** (Doc. 252-4) is a true and correct copy of Defendant Byrd's February 16, 2024 production cover letter.

5. **Exhibit 5** (Doc. 252-5) is a true and correct copy of a January 2, 2024 email from NAACP Plaintiffs transmitting a supplemental production and NAACP, Alianza, and UnidosUS's Amended Privilege Logs.

I declare under penalty of perjury that the forgoing is true and correct.

DATED: March 12, 2024

Respectfully submitted,

/s/ John J. Cycon
John J. Cycon (FBN 1040035; NYBN 5261912)*
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
jcycon@holtzmanvogel.com

*Counsel for Secretary Byrd*     *Admitted pro hac vice*