IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Plaintiffs*,

v.     Case Nos.: 4:23cv215-MW/MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants*.
_____/

## ORDER PERMITTING EXPEDITED REPLY

This Court has considered, without hearing, the Secretary's response to the NAACP Plaintiffs' motion to compel. ECF No. 253. This Court is aware that the parties in this matter have regularly sought leave to reply. This Court is also aware, however, that this matter is set for trial on Monday, April 1, 2024. As a result, this Court seeks to rule on discovery motions on an expedited basis. The NAACP Plaintiffs may, if they wish, file an expedited reply **on or before Friday, March 15, 2024, at 11:59 pm**.

    SO ORDERED on March 13, 2024.

                                                                    s/Mark E. Walker         
                                                                   **Chief United States District Judge**