IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                           Case Nos.: 4:23cv215-MW/MAF
                                           4:23cv216-MW/MAF
                                           4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiffs' motion in limine as to certain composite exhibits. ECF No. 255. Defendant Byrd shall file an expedited response to the motion **on or before Tuesday, March 19, 2024**. Defendant Byrd may address the issue of timeliness, but he must address the merits of the motion. This Court understands that the timeframe for filing this expedited response is short and includes a weekend. Nonetheless, trial in this case is fast approaching, and this Court will also be working this weekend.

    **SO ORDERED on March 15, 2024.**

                                                 s/Mark E. Walker_____
                                                 **Chief United States District Judge**