UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

Plaintiffs,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

Defendants.

Case Nos.: 4:23-cv-215-MW/MAF
4:23-cv-216-MW-MAF
4:23-cv-218-MW-MAF

**JOINT MOTION FOR
<u>ADMISSION OF CERTAIN TRIAL EXHIBITS</u>**

To facilitate and streamline trial presentation, the parties respectfully request that the Court admit into evidence the following trial exhibits on the Consolidated Trial Exhibit List (ECF No. 244-1) and the Secretary of State and Attorney General's Exhibit List (ECF No. 244-2). These exhibits are either Plaintiffs' exhibits that the Defendants haven't objected to, or Defendants' exhibits that Plaintiffs haven't objected to.

- Joint Exhibit Nos. 1–11

- NAACP Exhibit Nos. 13, 67–68, 70–81, 83, 90–95, 116–119, 121, 125, 128–131, 133–139, 141–146, 148–149, 151, 153–154, 156–159, 161–

175, 177, 184–235, 246–256, 264–265, 384, 426, 714, 718–721, 723, 725–727, 729–732, 736, 738, 742–745

- Hispanic Federation Exhibit Nos. 811–812, 814–819, 826–831, 840–841, 845–847, 849, 851–852, 858–866, 868–871, 876, 878–879, 881–882, 888–891, 893–967

- LWVFL Exhibit Nos. 761–763, 767, 771, 772–775, 778–780, 785, 807

- Secretary of State and Attorney General Exhibit Nos. 11-13, 38, 60, 95-97, 99, 100, 124, 127, 133, 154, 178, 181, 183

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 190 words, excluding the case style and certifications.

Respectfully submitted this 15th day of March 2024.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law

/s/ Brent Ferguson
Brent Ferguson (D.C. Bar No. 1782289)*
Danielle Lang (D.C. Bar No. 1500218)*
Jonathan Diaz (D.C. Bar No. 1613558)*
Molly E. Danahy (D.C. Bar No. 1643411)*
Christopher Lapinig (Cal. Bar No. 322141)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Alexandra Copper (Cal. Bar No. 335528)*
Michael Ortega (IL Bar No. 6339469)*
Simone Leeper (D.C. Bar No. 1737977)*
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
mdanahy@campaignlegal.org
clapinig@campaignlegal.org
eboettcher@campaignlegal.org
acopper@campaignlegal.org
mortega@campaignlegal.org
sleeper@campaignlegal.org

Chad W. Dunn
Florida Bar No. 0119137
1200 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

rodonnell@elias.law

\* Admitted *pro hac vice*
*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

\*Admitted *Pro Hac Vice*
*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

/s/ Mohammad Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FB 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

John J. Cycon (NYBN 5261912)\*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (212) 701-3402
jcycon@holtzmanvogel.com

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)

/s/ Cesar Z. Ruiz
Cesar Z. Ruiz\*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz (FBN 18436)
Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)
**LatinoJustice PRLDEF**
4700 Millenia Blvd
Orlando, FL 32839
(321) 754-1935
rcruz@latinojustice.org
Dalicea@latinojustice.org
mgalindo@latinojustice.org

Estee M. Konor\*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman\*

ashley.davis@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

*Counsel for Secretary Byrd*
*Admitted pro hac vice

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 0068713)
Noah Sjostrom (FBN 1039142)
**OFFICE OF THE ATTORNEY GENERAL**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com

*Counsel for Ashley Moody*

Jeremy Karpatkin*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Megan C. Keenan*
Adriel I. Cepeda Derieux*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**

5

> 4343 West Flagler Street, Suite 400
> Miami, FL 33134
> (786) 363-2714
> dtilley@aclufl.org
> cmcnamara@aclufl.org
>
> *Admitted *Pro Hac Vice*
> *Counsel for Plaintiffs Hispanic Federation,
> Poder Latinx, Veronica Herrera-Lucha,
> Norka Martinez and Elizabeth Pico*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> /s/ Frederick S. Wermuth
> Frederick S. Wermuth
> Florida Bar No. 0184111

6