**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants. | Case Nos.: 4:23-cv-215-MW/MAF<br>4:23-cv-216-MW-MAF<br>4:23-cv-218-MW-MAF |

**JOINT MOTION FOR LIMITED**
**ADMISSION OF CERTAIN TRIAL EXHIBITS**

To facilitate and streamline trial presentation, the parties respectfully request that, for the reasons below, the Court admit into evidence—for the limited purpose delineated below—the following trial exhibits on the Consolidated Trial Exhibit List (ECF No. 244-1). In support, the parties state:

I. **EXHIBITS RELATED TO FINE LETTERS**

For the reasons below, the parties respectfully request that the Court admit—for a limited purpose—Exhibit Nos. 266–383, 385–401, 406–425 and 427–646, which relate to fine letters sent by the Department of State. Only Plaintiffs have objected to these exhibits.

Among other things, Plaintiffs objected to these exhibits as hearsay and maintain that objection. Even so, Plaintiffs consent, and the parties move, to admit these exhibits for the limited purpose of showing that these fine letters were prepared or prepared and sent to third-party voter registration organizations, but not for the truth of the matters asserted within the exhibits.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs, the Secretary, and Attorney General join this motion, the Supervisors have stipulated that they "do not dispute the admissibility of any Parties' exhibits into evidence." ECF No. 244 at 26.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 163 words, excluding the case style and certifications.

| | |
|---|---|
| /s/ Frederick S. Wermuth<br>Frederick S. Wermuth<br>Florida Bar No. 0184111<br>**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>fwermuth@kbzwlaw.com<br><br>Abha Khanna*<br>Makeba Rutahindurwa*<br>**ELIAS LAW GROUP, LLP** | /s/ Brent Ferguson<br>Brent Ferguson (D.C. Bar No. 1782289)*<br>Danielle Lang (D.C. Bar No. 1500218)*<br>Jonathan Diaz (D.C. Bar No. 1613558)*<br>Molly E. Danahy (D.C. Bar No. 1643411)*<br>Christopher Lapinig (Cal. Bar No. 322141)*<br>Ellen Boettcher (D.C. Bar No. 90005525)*<br>Alexandra Copper (Cal. Bar No. 335528)*<br>Michael Ortega (IL Bar No. 6339469)*<br>Simone Leeper (D.C. Bar No. 1737977)*<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>bferguson@campaignlegal.org<br>dlang@campaignlegal.org |

1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

* Admitted *pro hac vice*
*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

jdiaz@campaignlegal.org
mdanahy@campaignlegal.org
clapinig@campaignlegal.org
eboettcher@campaignlegal.org
acopper@campaignlegal.org
mortega@campaignlegal.org
sleeper@campaignlegal.org

Chad W. Dunn
Florida Bar No. 0119137
1200 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 783-2190
Facsimile: (305) 783-2268
chad@brazilanddunn.com

*Admitted *Pro Hac Vice*
*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

/s/ Mohammad Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FB 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**

/s/ Cesar Z. Ruiz
Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz (FBN 18436)
Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)

3

| | |
|---|---|
| 119 S. Monroe St. Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br><br>John J. Cycon (NYBN 5261912)*<br>**HOLTZMAN VOGEL BARAN**<br>**TORCHINSKY & JOSEFIAK**<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>Telephone: (212) 701-3402<br>jcycon@holtzmanvogel.com<br><br>Bradley R. McVay (FBN 79034)<br>brad.mcvay@dos.myflorida.com<br>Joseph Van de Bogart (FBN 84764)<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 48032)<br>ashley.davis@dos.myflorida.com<br>**FLORIDA DEPARTMENT OF STATE**<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>(850) 245-6536<br><br>*Counsel for Secretary Byrd*<br>*Admitted pro hac vice<br><br>/s/ Stephanie A. Morse<br>Stephanie A. Morse (FBN 0068713)<br>Noah Sjostrom (FBN 1039142)<br>**OFFICE OF THE ATTORNEY GENERAL**<br>Complex Litigation Bureau<br>PL 01 The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>Stephanie.Morse@myfloridalegal.com<br>Noah.Sjostrom@myfloridalegal.com<br><br>*Counsel for Ashley Moody* | **LatinoJustice PRLDEF**<br>4700 Millenia Blvd<br>Orlando, FL 32839<br>(321) 754-1935<br>rcruz@latinojustice.org<br>Dalicea@latinojustice.org<br>mgalindo@latinojustice.org<br><br>Estee M. Konor*<br>**Dēmos**<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>(212) 485-6065<br>ekonor@demos.org<br><br>John A. Freedman*<br>Jeremy Karpatkin*<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5316<br>john.freedman@arnoldporter.com<br>jeremy.karpatkin@arnoldporter.com<br><br>Megan C. Keenan*<br>Adriel I. Cepeda Derieux*<br>**American Civil Liberties**<br>**Union Foundation**<br>915 15th Street NW<br>Washington, DC 20005<br>(212) 549-2500<br>acepedaderieux@aclu.org<br>mkeenan@aclu.org<br><br>Julie A. Ebenstein (FBN 91033)<br>Dayton Campbell-Harris*<br>Sophia Lin Lakin*<br>**American Civil Liberties**<br>**Union Foundation**<br>125 Broad Street, 18th Floor |

4

New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez and Elizabeth Pico*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

5