| | |
|---|---|
| **From:** | Fritz Wermuth |
| **To:** | Michael Beato; Stephanie Morse; Mohammad O. Jazil; Josh Pratt; Noah Sjostrom |
| **Cc:** | Mindy Johnson; Melissa Hill |
| **Subject:** | RE: SB 7050 - Trial Exhibit Issues |
| **Date:** | Thursday, March 14, 2024 5:08:25 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Thank you for confirming. As mentioned in my conferral email, we expect this means you would drop the Secretary's Exhibit 10 from your exhibit list as containing duplicative material. Please confirm you will drop the Secretary's Exhibit 10 as part of this arrangement.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Thursday, March 14, 2024 4:30 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Hello, Fritz,

After our call, we consulted with our team. Regarding the fine letters, we are fine with admitting the plaintiffs' fine letters for the purpose of showing that the fine letters were prepared or prepared and sent to third-party voter registration organizations.

**Michael Beato**
*Associate*
**Holtzman Vogel**
Office:   850.270.5938
Mobile:   561.724.3883
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Wednesday, March 13, 2024 3:25 PM
**To:** Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Hi All,

I just sent an invitation for a teams meeting tomorrow at 9am.  See you then.

Best regards,

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Stephanie Morse <Stephanie.Morse@myfloridalegal.com>
**Sent:** Tuesday, March 12, 2024 5:00 PM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Thursday at 9 works for OAG also

---

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Tuesday, March 12, 2024 4:36 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

9am works fine on Thursday.


**Michael Beato**
*Associate*
**Holtzman Vogel**
Office:   850.270.5938
Mobile:   561.724.3883
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Tuesday, March 12, 2024 4:13 PM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Michael,

If you plan to belatedly oppose the motion, that will not leave much time before trial to resolve this issue and implement efforts to disaggregate the various composite exhibits that we identified on the Secretary's exhibit list.  On the understanding that you may well need to respond to our motion on an expedited basis and comply on an expedited basis to fulfill our requested relief, we are ok with your request to postpone the conferral until Thursday.  We propose conferring at 9am on Thursday morning, and request that you confirm.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Tuesday, March 12, 2024 11:38 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Thanks, Fritz.

I'm not trying to be difficult, but our team won't be available until Thursday or Friday. The person on our team most familiar with the exhibits is on National Guard duty until Thursday.

Plus, we have two full weeks before trial, so there's no outsized rush to get this done.

My position is that we are happy to confer on Thursday or Friday, if you are available.


**Michael Beato**
*Associate*
**Holtzman Vogel**
Office:   850.270.5938
Mobile:   561.724.3883
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Tuesday, March 12, 2024 11:26 AM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>

**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Hi All,

On the two motions I emailed yesterday, I request that you provide us a response today to the concepts, which I expect are non-controversial and will help speed up our collective preparation for trial.

On the issue of composite exhibits on the Secretary's exhibit list, there are two follow-up points.  First, if you agree to our proposal on the motion for limited admission (attached), that would solve the issue of the Secretary's largest composite exhibit (Secretary's Exhibit 10).  Second, as to the remaining problematic exhibits on the Secretary's list (Exhibits 26, 27, 28, 29, 30, 34, 35, 36, 37, 40, 44, 48, and 50), unless you agree to break out these composites into individual exhibits, then we plan to file a motion to require you to do so.  Given the press of the oncoming trial and need to resolve that issue as soon as possible, we cannot wait days for your response to our conferral request on our motion to break up your composite exhibits.  Accordingly, please let us know whether you oppose our requested relief before close of business today.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Tuesday, March 12, 2024 8:56 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Thanks, Fritz.

We aren't available for 10am today, and today and tomorrow are difficult for us.

Would conferring sometime Thursday or Friday work?

**Michael Beato**



**Associate**
**Tallahassee, FL**

m 561.724.3883
o 850.270.5938

email   bio   in

DC • VA • FL • AZ    holtzmanvogel.com    

**PRIVILEGED AND CONFIDENTIAL**

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Tuesday, March 12, 2024 8:31 AM
**To:** Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Josh Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

10am works for me.  How about the Secretary's counsel?

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Stephanie Morse <Stephanie.Morse@myfloridalegal.com>
**Sent:** Monday, March 11, 2024 6:43 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Joshua Pratt <jpratt@HoltzmanVogel.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: SB 7050 - Trial Exhibit Issues

Hi Fritz – I am available tomorrow, except for 10:30am - 11:30am, when I have to be on a different call.

Stephanie

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Monday, March 11, 2024 5:40 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>; Joshua Pratt <jpratt@HoltzmanVogel.com>; Stephanie Morse <Stephanie.Morse@myfloridalegal.com>; Noah Sjostrom <Noah.Sjostrom@myfloridalegal.com>
**Cc:** Mindy Johnson <mjohnson@elias.law>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** SB 7050 - Trial Exhibit Issues

Hi All,

Attached are two draft motions regarding exhibits. The first motion concerns documents on Plaintiffs' exhibit lists to which there are no objections. For efficiency, this motion could be made joint and include exhibits on your list to which there is no objection, provided you add those exhibits to this draft using a consistent format and we confirm them. As noted in the internal comment to the motion, we are proposing in the second motion (referenced below) to allow for limited admission into evidence of a second category of documents. If you agree to that proposal, we believe it would be helpful to renumber that additional group of exhibits as joint exhibits and further renumber the remaining exhibits on Plaintiffs' respective exhibit lists to be sequential (that is, without large numbering gaps left by moving many documents to the joint list). We would need to complete such renumbering and submit revised exhibit lists first—with the proper new exhibit numbers—before filing the two motions in a revised form that references the new joint exhibit numbers.

The second motion reflects a proposal to allow for limited admission of the Secretary's fines letters to 3PVROs for non-hearsay purposes. The letters contained in the exhibits on Plaintiffs' list were intended to cover all such letters, with associated backup documentation including DSDE 148s and underlying voter registration applications. In that regard, the NAACP Plaintiffs believe their exhibits reflect a compendium of such fines letters and associated backup documentation that is more complete than those contained in Secretary's Exhibit 10; and, unlike the Secretary's, the NAACP Plaintiffs' exhibits are separated by fines letter, if existing (that is, not compiled into a large, undifferentiated composite). Please let us know if you agree to rely on the NAACP Plaintiffs' exhibits to serve as joint exhibits for limited admission, as we propose, and to drop the Secretary's Exhibit 10. As referenced above, we would then renumber the remaining exhibits on our list and update the first motion to reflect those new numbers (with the original exhibit numbers

==referenced in the source column for tracking purposes).==

Please let us know your position on these two proposals. We would appreciate your response no later than tomorrow, so we can finalize exhibit numbering and stamping for trial. Notably, aside from the above proposal to drop the Secretary's Exhibit 10, the NAACP Plaintiffs would like to confer with you regarding various additional composite exhibits on Defendants' exhibit list that we believe should be separated out. Please let us know your availability to speak this tomorrow on that issue.

Finally, for exhibit stamping purposes, we plan to use the following form of stamps:





Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law. If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.