| From: | Zack Bennington |
|---|---|
| To: | akhanna@elias.law; Makeba Rutahindurwa; lmadduri@elias.law; Mindy Johnson; Renata O"Donnell; Fritz Wermuth; Melissa Hill; cruiz@latinojustice.org; Adriel I. Cepeda Derieux; bferguson@campaignlegalcenter.org; eboettcher@campaignlegalcenter.org; Megan Keenan |
| Cc: | SB7050; McVay, Brad R.; John Cycon; Gary V. Perko; Mohammad O. Jazil; DOS - Joseph VandeBogart; DOS - Ashley Davis; Stephanie Morse; Noah Sjostrom; Michael Beato; Josh Pratt |
| Subject: | NAACP v. Byrd, 4:23-cv-215-MW-MAF (Consolidated) - Secretary"s Exhibit List |
| Date: | Friday, February 23, 2024 9:10:31 PM |
| Attachments: | SB7050_Secretary"s Exhibit List.docx<br>image014014.png<br>image324546.png<br>image742545.png<br>image594863.png |

Counsel,

The Secretary's trial exhibit list is attached.

The exhibits can be accessed through the following link: https://holtzmanvogel323.sharefile.com/d-se196194adb7344fabf9a18a8b5816bd1

Please note that several of these exhibits contain confidential information. In accordance with the Court's protective order, we are working to redact all confidential information and will provide a redacted set of exhibits.

The Secretary reserves the right to amend this list, offer any exhibit identified by Plaintiffs, and to use additional documents for impeachment or rebuttal.

Best,
Zack



**Zack Bennington**
*Paralegal*
**Tallahassee, FL**

m  762.585.0490
o  850.825.1423

email  in

Holtzman Vogel

HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC

DC • VA • FL • AZ   holtzmanvogel.com    

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.