IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

   *Plaintiffs*,

v.                                                     Case Nos.: 4:23cv215-MW/MAF
                                                            4:23cv216-MW/MAF
                                                             4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

   *Defendants*.
_____/

**ORDER GRANTING JOINT MOTION FOR
LIMITED ADMISSION OF TRIAL EXHIBITS**

This Court has considered the parties' joint motion to admit trial exhibits for a limited purpose. ECF No. 258. The motion is **GRANTED**. Exhibit Nos. 266–383, 385–401, 406–425, and 427–646 are **ADMITTED** for the limited purpose of showing that the fine letters were prepared or prepared and sent to third-party voter registration organizations, but not for the truth of the matters asserted within the exhibits.

   SO ORDERED on March 15, 2024.

                                                    <u>s/Mark E. Walker                  </u>
                                                    **Chief United States District Judge**