# United States District Court
CIVIL MINUTES - GENERAL

Time: 9:00 – 9:43 a.m.; 9:47 – 9:58 a.m.                    Case # 4:23cv215-MW-MAF
Date  March 8, 2024                                                          4:23cv216-MW-MAF
                                                                                              4:23cv218-MW-MJF

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al. v. CORD BYRD, et al.
LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. ASHLEY MOODY, et al.
HISPANIC FEDERATION, et al. v. CORD BYRD, et al.

DOCKET ENTRY:  TELEPHONIC PRETRIAL CONFERENCE held.  Parties discuss trial protocols, courtroom setup, witnesses/witness rooms, exhibits and objections.  Counsel for supervisors of elections requests to observe hearing via phone.  Plaintiffs request protocol for admitting/presenting confidential exhibits.   Ruling by Court:  Clerk to provide phone line for supervisors of election and public to observe hearing.  Parties are permitted to have witnesses appear via Zoom (including supervisors of election), if necessary.  Parties to file written open/closing arguments.  Parties are to provide Clerk with a hard drive of all admitted exhibits and a separate hard drive for all exhibits admitted under seal by the end of the trial.  Plaintiffs expect 5 days, collectively, for their case;  Defendants expect 4 days, collectively.
_____

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

                  Victoria Milton McGee                            Jan Davis
                        Deputy Clerk                                Court Reporter

_____

ATTORNEY(S) SPEAKING ON BEHALF OF PLAINTIFF(S):
Frederick Wermuth (Florida State Conference of NAACP)
Brent Ferguson (League of Women Voters)
Adriel Cepeda (Hispanic Federation)

ATTORNEY(S) SPEAKING ON BEHALF OF DEFENDANT(S):
Mohammad Jazil (Secretary Byrd)
Stephanie Morse (Attorney General Moody)

ATTORNEY(S) APPEARING FOR DEFENDANT(S) SUPERVISORS OF ELECTIONS FOR CHARLOTTE, COLLIER, INDIAN RIVER, LAKE, LEE, MANATEE, MARION, MONROE, PASCO AND SEMINOLE COUNTIES:
Andy Bardos

Initials of the Clerk:  **VMM**