| Count | Legal Basis | NAACP Plaintiffs | Legal Standard | Defendants | Provisions | Expected Relevant Testimony at Trial |
|---|---|---|---|---|---|---|
| **Count I** | First Amendment, Free Speech Clause | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>UnidosUS<br>Alianza<br>Voters of Tomorrow<br>Florida NAACP<br>Disability Rights Florida | Strict scrutiny | Secretary Byrd<br>Att'y General Moody<br>67 Supervisors of Elections (Fines Provision only) | 3PVRO Restrictions (Citizenship Requirement, Information Retention Ban, Fines Provision) | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>Jared Nordlund<br>Marcos Vilar<br>Cynthia Slater<br>Olivia Babis Keller<br>Rep. Eskamani<br>Dr. Michael Herron<br>Dr. Allan Lichtman |
| **Count II** | First Amendment, Right of Association | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>UnidosUS<br>Alianza<br>Voters of Tomorrow<br>Florida NAACP<br>Disability Rights Florida | Strict scrutiny | Secretary Byrd<br>Att'y General Moody<br>67 Supervisors of Elections (Fines Provision only) | 3PVRO Restrictions (Citizenship Requirement, Information Retention Ban, Fines Provision) | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>Jared Nordlund<br>Marcos Vilar<br>Cynthia Slater<br>Olivia Babis Keller<br>Rep. Eskamani<br>Dr. Michael Herron<br>Dr. Allan Lichtman |
| **Count III** | Fourteenth Amendment, Equal Protection Clause (alienage) | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>UnidosUS<br>Alianza<br>Voters of Tomorrow<br>Florida NAACP | Strict scrutiny | Secretary Byrd<br>Att'y General Moody* | Citizenship Requirement | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>Jared Nordlund<br>Marcos Vilar<br>Cynthia Slater<br>Rep. Eskamani<br>Dr. Michael Herron<br>Dr. Allan Lichtman |
| **Count V** | Fourteenth Amendment, Equal Protection Clause (race) | UnidosUS<br>Alianza<br>Voters of Tomorrow<br>Florida NAACP | *Arlington Heights* (discriminatory purpose and effect) | Secretary Byrd<br>Att'y General Moody<br>67 Supervisors of Elections (Fines Provision only) | 3PVRO Restrictions (Citizenship Requirement, Information Retention Ban, Fines Provision) | Humberto Orjuela Prieto<br>Santiago Mayer<br>Jared Nordlund<br>Marcos Vilar<br>Cynthia Slater<br>Rep. Eskamani<br>Sen. Torres<br>Dr. Michael Herron<br>Dr. Allan Lichtman |
| **Count VI** | First Amendment (overbreadth)<br>Fourteenth Amendment (vagueness) | Humberto Orjuela Prieto<br>Esperanza Sánchez<br>Santiago Mayer<br>UnidosUS<br>Alianza<br>Voters of Tomorrow<br>Florida NAACP<br>Disability Rights Florida | *City of Chicago v. Morales* (vagueness)<br><br>*Virginia v. Hicks* (overbreadth) | Secretary Byrd<br>Att'y General Moody | Citizenship Requirement and Information Retention Ban | Santiago Mayer<br>Jared Nordlund<br>Marcos Vilar<br>Cynthia Slater<br>Olivia Babis Keller<br>Rep. Eskamani |
| **Count VII** | Section 208 of the Voting Rights Act | Disability Rights Florida<br>FL Alliance of Ret. Americans<br>UnidosUS<br>Alianza | *Wiersum v. U.S. Bank, N.A.* (Conflict pre-emption) | Secretary Byrd<br>Att'y General Moody<br>67 Supervisors of Elections (Fines Provision only) | Mail-In Ballot Request Restriction | Olivia Babis Keller<br>Bill Sauers<br>Jared Nordlund<br>Marcos Vilar |

---

\* NAACP Plaintiffs recognize that this Court declined to find standing as to the Attorney General on Count III in its Order on Cross-Motions for Summary Judgment, ECF No. 251.