# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP., et al.,

    *Plaintiffs*,

    v.                                    Case No. 4:23-cv-00215-MW/MAF

CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

    *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

Gary V. Perko gives notice of his appearance as counsel for CORD BYRD, in his official capacity as Florida Secretary of State, and requests that all papers filed in this case be served upon him at gperko@holtzmanvogel.com and zbennington@holtzmanvogel.com.

1

Dated: March 28, 2024            Respectfully submitted,

/s/ Gary V. Perko
Gary V. Perko (FBN 855898)
gperko@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

## CERTIFICATE OF SERVICE

I certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Gary V. Perko
Gary V. Perko