IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                                 Case Nos.: 4:23cv215-MW/MAF
                                                                                        4:23cv216-MW/MAF
                                                                                        4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE**

    For the reasons previously stated on the record, Plaintiffs' motion, ECF No. 274, is **GRANTED in part and DENIED in part**.

    **SO ORDERED** on April 8, 2024.

                                                   s/Mark E. Walker_____
                                                 **Chief United States District Judge**