IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> *Defendants*. | Consolidated Case No. 4:23-cv-00215 <br> Case No. 4:23-cv-00216 <br> Case No. 4:23-cv-00218 |

# NOTICE

At the close of trial on April 9, 2024, the Plaintiffs notified the Court that, as part of their rebuttal case, they might seek to submit limited deposition designations of the two 30(b)(6) designees identified by the Defendant Secretary of State. The parties agreed that any such designations, together with any counter-designations offered by Defendants, would be submitted to the Court by no later than Friday, April 12, 2024. The Court set a hearing for Monday, April 15, 2024, to hear from the parties on the proposed designations and resolve any disputes. Plaintiffs hereby

1

notify the Court that they are not proposing any rebuttal deposition designations, and thus that the Monday hearing is no longer necessary.

Dated: April 12, 2024              Respectfully submitted,

/s/ Brent Ferguson

| | |
|---|---|
| Chad W. Dunn | Brent Ferguson (D.C. Bar No. 1782289)* |
| Florida Bar No. 0119137 | Molly E. Danahy (D.C. Bar No. 1643411)* |
| 1200 Brickell Avenue, Suite 1950 | Ellen Boettcher (D.C. Bar No. 90005525)* |
| | Alexandra Copper (Cal. Bar No. 335528)* |
| Miami, FL 33131 | Michael Ortega (IL Bar No. 6339469)* |
| Telephone: (305) 783-2190 | Simone Leeper (D.C. Bar No. 1737977)* |
| Facsimile: (305) 783-2268 | 1101 14th Street NW, Ste. 400 |
| chad@brazilanddunn.com | Washington, DC 20005 |
| | (202) 736-2200 |
| | bferguson@campaignlegal.org |
| | mdanahy@campaignlegal.org |
| | eboettcher@campaignlegal.org |
| | acopper@campaignlegal.org |
| | mortega@campaignlegal.org |
| | sleeper@campaignlegal.org |

*Counsel for Consolidated Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

\* Admitted *Pro Hac Vice*

*/s/ Abha Khanna*
Abha Khanna*
Makeba Rutahindurwa*
ELIAS LAW GROUP, LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
ELIAS LAW GROUP, LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

\* Admitted pro hac vice

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sánchez, and Humberto Orjuela Prieto*

Frederick S. Wermuth
Florida Bar No. 0184111
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com

Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz (FBN 18436)
Miranda Galindo (FBN 1039848)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935
rcruz@latinojustice.org
mgalindo@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 418-6354
dalicea@latinojustice.org

Roni Druks*
Phi Nguyen*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
rdruks@demos.org
pnguyen@demos.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux*
Megan C. Keenan*
**American Civil Liberties
Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
Victoria Ochoa*
**American Civil Liberties
Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org
vochoa@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134

4

Washington, DC 20001  
(202) 942-5316  
john.freedman@arnoldporter.com  
jeremy.karpatkin@arnoldporter.com

(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera- Lucha, Norka Martínez, and Elizabeth Pico*

## **CERTIFICATE OF COMPLIANCE**

I certify that this document is 117 words. I also certify that this document complies with the typeface and formatting requirements in Local Rule 5.1.

/s/ Brent Ferguson
Brent Ferguson

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ Brent Ferguson
Brent Ferguson