# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP; VOTERS OF TOMORROW ACTION, INC.; DISABILITY RIGHTS FLORIDA; ALIANZA FOR PROGRESS; ALIANZA CENTER; UNIDOSUS; FLORIDA ALLIANCE FOR RETIRED AMERICANS; SANTIAGO MAYER ARTASANCHEZ; and ESPERANZA SÁNCHEZ,<br><br>*Plaintiffs*,<br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

## UNOPPOSED MOTION OF NAACP PLAINTIFFS TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND TO SET RESPONSE DEADLINE

At trial, this Court granted Plaintiffs' Motion to Amend the Pleadings. Trial Tr. at 2030. The Court initially indicated to file the amended complaint by this Friday. *Id*. Then, docket entry ECF No. 295 indicated Plaintiffs' amended complaint is due by May 23, 2024. To clarify the schedule for filing Plaintiffs' amended complaint and Defendants' deadline to respond thereto, Plaintiffs request that the

Court set Plaintiffs' deadline to file their amended complaint on April 22, 2024, and for Defendants to file their answers thereto by April 29, 2024. And, as the Defendant Supervisors of Election did not actively participate in the trial, Plaintiffs request that the Court permit but not require the Defendant Supervisors of Election to file any answer to Plaintiffs' amended complaint by April 29, 2024.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the deadline for Plaintiffs to file their amended complaint until April 22, 2024, set the deadline for Defendants to answer on April 29, 2024, and permit but not require the Defendant Supervisors of Election to file any answer to Plaintiffs' amended complaint by April 29, 2024.

## LOCAL RULE 7.1(B) CERTIFICATION

The undersigned counsel conferred with counsel for the Secretary of State and Attorney General, who have confirmed that they do not oppose the motion. Given the Supervisors lack of active participation in the trial, Plaintiffs do not anticipate that the Supervisors would need to respond to the amended complaint and could rely on their previous answers. Accordingly, and in light of the shortened timing of this issue, Plaintiffs have not completed a conferral with the Defendants Supervisor to inquire whether they intend to file any such answers, but can do so and provide a conferral update if useful to the Court.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned counsel certifies that this motion contains 307 words, excluding the case style and certifications.

Dated: April 12, 2024

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

*Admitted *Pro Hac Vice*

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for Plaintiffs*
