IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Plaintiffs*,

v.                                    Case Nos.: 4:23cv215-MW/MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants*.
_____/

**ORDER GRANTING NAACP PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND SET RESPONSE DEADLINES**

This Court has considered, without hearing, the NAACP Plaintiffs' unopposed motion to extend their deadline to file an amended complaint and to set response deadlines. ECF No. 298. The motion is **GRANTED**. The NAACP Plaintiffs shall file their amended complaint **on or before Monday, April 22, 2024**. All Defendants except for the Supervisors of Election shall file their answers to the amended complaint **on or before Monday, April 29, 2024**. The Defendant Supervisors of Election shall file their answers, if any, **on or before Monday, April**

29, 2024.

SO ORDERED on April 15, 2024.

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**