## Appendix A

| County | 3PVRO | Violation Type | Fine Amount | PX |
|---|---|---|---|---|
| Broward County | Hard Knocks | late pre-book | $1,000 | 328 |
| Broward County | Democracy for All | late pre-book | $100 | 336 |
| Broward County | Dream Defenders | late post-book | $100 | 406 |
| Clay County | Clay County Dem. | late post-book | $100 | 333 |
| Division of Elections | FieldWorks | late pre-book | $400 | 352 |
| Division of Elections | People Power | late pre-book | $150 | 442 |
| Division of Elections | People Power | late pre-book | $600 | 442 |
| Division of Elections | People Power | late pre-book | $50 | 442 |
| Division of Elections | People Power | late post-book | $1,100 | 442 |
| Duval County | Donahoe Partners | late pre-book | $50 | 339 |
| Duval County | Republican Party of Duval | late post-book | $1,000 | 385 |
| Duval County | HTTF | late pre-book | $600 | 411 |
| Duval County | Restoration of Truth | late pre-book | $50 | 456 |
| Flagler County | Dream Defenders | late pre-book | $50 | 406 |
| Hillsborough County | Gulf State Strategies | late pre-book | $100 | 361 |
| Hillsborough County | Dream Defenders | late pre-book | $150 | 406 |
| Hillsborough County | Alianza Center | late pre-book | $150 | 389 |
| Palm Beach County | Hard Knocks | late post-book | $11,200 | 331 |
| Palm Beach County | FSU Votes | late post-book | $100 | 358 |
| Palm Beach County | Judith Seide | late post-book | $1,000 | 427 |
| Palm Beach County | Alianza Center | late post-book | $200 | 389 |
| Polk County | Donahoe Partners | Wrong County | $500 | 339 |
| Polk County | Engage Miami | late pre-book | $50 | 344 |
| Polk County | Poder Latinx | Wrong County | $26,000 | 364 |
| Polk County | Hispanic Federation | Wrong County | $7,500 | 414 |
| Polk County | UnidosUS | Wrong County | $1,000 | 459 |
| Polk County | Polk County Voters League | Wrong County | $500 | 453 |
| Polk County | Mi Famila Vota | Wrong County | $6,500 | 430 |
| Polk County | Alianza Center | Wrong County | $4,000 | 389 |
| | | Total: | $64,300 | |

| Total Fines | Broward Total Fines | Clay Total Fines | DOE Total Fines | Duval Total Fines | Flagler Total Fines | Hillsborough Total Fines | Palm Beach Total Fines | Polk Total Fines |
|---|---|---|---|---|---|---|---|---|
| $64,300 | $1,200 | $100 | $2,300 | $1,700 | $50 | $400 | $12,500 | $46,050 |
| Percent of Total | 1.8663 | 0.1555 | 3.5770 | 2.6439 | 0.0778 | 0.6221 | 19.4401 | 71.61742 |

## Fine Calculation by Reporting Entity

**Miami-Dade County**: (total population: 2,688,237[1])

 Total Fines: $0

 % of Total Fines: 0%

**Broward County**: (total population 1,940,907)

 Total Fines: $1,200

  ($1,000 + $100 + $100 = $1,200)

 % of Total Fines: 1.9%

  (1,200/64,300 x 100 = 1.866251944)

**Palm Beach County**: (total population: 1,494,805)

 Total Fines: $12,500

  ($11,200 + $100 + $1,000 + $200 = $12,500)

 % of Total Fines: 19%

  (12,500/64,300 x 100 = 19.44012442)

**Hillsborough County**: (total population: 1,468,560)

 Total Fines: $400

  ($100 + $150 + $150 = $400)

 % of Total Fines: .6%

  (400/64,300 x 100 = 0.622083981)

**Duval County**: (total population 995,708)

 Total Fines: $1,700

  ($1,000 + $600 + $50 = $1,700)

 % of Total Fines: 2.6%

  (1,700/64,300 x 100 = 2.643856921)

---

[1]The represented counties are sorted by total population. These total population numbers are 2022 estimates drawn from the Census Bureau's American Community Survey (PX 71)
https://data.census.gov/map/040XX00US12$0500000/ACSDT5Y2022/B01003?q=Florida&t=Populations%20and%20People&y=2022&layer=VT_2022_050_00_PY_D1&loc=27.7211,-81.3247,z6.3237

**Polk County**: (total population: 736,229)

    Total Fines: $46,050

        ($500 + $50 + $26,000 + $7,500 + $1,000 + $500 + $6,500 + $4,000 = $46,050)

    % of Total Fines: 72%

        (46,050/64,300 x 100 = 71.61741835)

**Clay County**: (total population 219,650)

    Total Fines: $100

    % of Total Fines: .2%

        (100/64,300 x 100 = 0.155520995)

**Flagler County**: (total population: 117,515)

    Total Fines: $50

    % of Total Fines: .08%

        (50/64,300 x 100 = 0.077760498)

**Division of Elections**:

    Total Fines: $2,300

        ($400 + $150 + $600 + $50 + $1,100 = $2,300)

    % of Total Fines: 3.6%

        (2,300/64,300 x 100 = 3.576982893)