## Appendix B

| Hispanic 3PVROs | 3PVRO ID Nos. | Total Registrations[1] | Fines From 2017 through 2022 | Fines in Month After SB 7050 Passed[3] |
|---|---|---|---|---|
| Hispanic Federation | 17-58 | 70,986 (since 2017) | None | $7,500 |
| UnidosUS | 18-41 | 155,453 (since 2018) | $400[2] | $1,000 |
| Poder Latinx | 19-96 | 54,028 (since 2019) | None | $26,000 |
| Mi Familia Vota | 19-142 | 18,699 (since 2019) | None | $6,500 |
| Alianza Center | 21-53 | 6,850 (since 2021) | None | $4,350 |
| | Totals= | 306,016 | $400 | $45,350[4] |

| Comparator 3PVRO | 3PVRO ID No. | Total Registrations[1] | Fines From 2017 through 2022 | Fines in 2023 After SB 7050 Passed[3] |
|---|---|---|---|---|
| Republican Party of Florida | 11-93 | 93,594 (since 2011) | $300 (2018)[5] $400 (2020)[6] $950 (2022)[7] | None, despite draft letter citing 7 late and 4 wrong county registrations[8] |

[1] Florida Division of Elections Webpage – "Voter Applications Received and/or Provided" tab: https://tpvr.elections.myflorida.com/Applications.aspx (judicially noticed at Day 6 Tr. at 1965-1966, in referenced to ECF No. 241 at 23, ¶9c.)

[2] PX 623 (Fine letter to UnidosUS, dated April 16, 2019).

[3] PX 264 (Division of Election Summary of Fines 2022 – 2023)

[4] *See* PX 264 for summary of fines.

[5] PX 590 (Fine letter to Republican Party of Florida, dated September 21, 2018)

[6] PX 642 (Fine letter to Republican Party of Florida, dated December 21, 2020)

[7] PX 322 (Fine letter to Republican Party of Florida, dated December 29, 2022)

[8] PX 512 (Draft Fine Letter to Republican Party of Florida, dated May 8, 2023)