IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                           Case Nos.: 4:23cv215-MW/MAF
                                                            4:23cv216-MW/MAF
                                                            4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Joshua E. Pratt's motion to withdraw as counsel for Defendant Florida Secretary of State Cord Byrd in the above-captioned consolidated cases. ECF No. 306 in No. 4:23cv215; ECF No. 137 in No. 4:23cv216; ECF No. 191 in No. 4:23cv218. The Florida Secretary of State continues to be represented by counsel, and his representation will continue uninterrupted. Mr. Pratt's motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Pratt from CM/ECF in each of the three above-captioned cases.

**SO ORDERED on April 26, 2024.**

                                             **s/Mark E. Walker                **
                                             **Chief United States District Judge**