**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., | |
| Plaintiffs, | Case Nos.: 4:23-cv-215-MW/MAF |
| v. | 4:23-cv-216-MW-MAF |
| CORD BYRD, in his official capacity as Florida Secretary of State, et al., | 4:23-cv-218-MW-MAF |
| Defendants. | |

**UNOPPOSED MOTION OF NAACP**
**PLAINTIFFS FOR LEAVE TO EXCEED WORD LIMIT**

NAACP Plaintiffs respectfully request that this Court enlarge the word limit set out in this Court's scheduling order, ECF No. 236, for their forthcoming rebuttal closing argument. In support, Plaintiffs state:

In its February 28, 2024 scheduling order, this Court set the word limit for Plaintiffs' written rebuttal closing arguments at "20 pages or 5,000 words." ECF No. 236 at 3. While drafting their reply to Defendants' closing arguments (which total approximately 112 pages and over 25,000 words) Plaintiffs have concluded that, despite their best efforts, they cannot effectively address all of the above issues in the 5,000 words required by this Court's order. Accordingly, Plaintiffs request a

modest 2,000-word enlargement of the word limit to 7,000 words. This enlargement is warranted given the importance of the issues in this case, not just to the parties but to the public at large, and by the complex issues presented.

**WHEREFORE**, Plaintiffs respectfully request that this Court enlarge the word limit set out in ECF No. 236 for their forthcoming rebuttal closing argument from 5,000 words to 7,000 words.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs' counsel has conferred with counsel for the affected Defendants, the Secretary of State and Attorney General. The Secretary of State consents to the relief requested and the Attorney General takes no position on the relief requested.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that this motion contains 188 words, excluding the case style and certifications.

| | |
|---|---|
| Dated: May 2, 2024 | Respectfully submitted, |
| Abha Khanna* | /s/ Frederick S. Wermuth |
| Makeba Rutahindurwa* | Frederick S. Wermuth |
| **ELIAS LAW GROUP, LLP** | Florida Bar No. 0184111 |
| 1700 Seventh Ave., Suite 2100 | **KING, BLACKWELL, ZEHNDER &** |
| Seattle, Washington 98101 | **WERMUTH, P.A.** |
| Telephone: (206) 656-0177 | P.O. Box 1631 |
| akhanna@elias.law | Orlando, FL 32802-1631 |
| mrutahindurwa@elias.law | Telephone: (407) 422-2472 |
| | Facsimile: (407) 648-0161 |
| Lalitha D. Madduri* | fwermuth@kbzwlaw.com |
| Melinda Johnson* | |

Renata O'Donnell*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law
rodonnell@elias.law

* *Admitted pro hac vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez, and Humberto Orjuela Prieto*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

3