IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC.; LEAGUE OF WOMEN
VOTERS OF FLORIDA EDUCATION
FUND,

    *Plaintiffs*,

    v.

ASHLEY MOODY, in her official
capacity as Attorney General of Florida;
CORD BYRD, in his official capacity as
Florida Secretary of State,

    *Defendants*.

Case No. 4:23-cv-00216
Case No. 4:23-cv-00215
   (Consolidated)

## LWVFL PLAINTIFFS' MOTION TO EXTEND WORD LIMIT

Plaintiffs League of Women Voters of Florida, Inc., and League of Women Voters of Florida Education Fund respectfully submit this Motion seeking a 1,000-word extension for their rebuttal brief due tomorrow, May 3, 2024. The Secretary of State does not oppose this motion, and the Attorney General takes no position. League Plaintiffs have not previously sought an extension in this matter, and do so now to better address arguments made in Defendants' closing.

1

Dated: May 2, 2024            Respectfully submitted,


/s/ Michael Ortega

Chad W. Dunn                  Brent Ferguson (D.C. Bar No. 1782289)*
Florida Bar No. 0119137       Molly E. Danahy (D.C. Bar No. 1643411)*
1200 Brickell Avenue,         Alexandra Copper (Cal. Bar No. 335528)*
Suite 1950                    Ellen Boettcher (D.C. Bar No. 90005525)*
Miami, FL 33131               Michael Ortega (IL Bar No. 6339469)*
Telephone: (305) 783-2190     1101 14th Street NW, Ste. 400
Facsimile: (305) 783-2268     Washington, DC 20005
chad@brazilanddunn.com        (202) 736-2200
                              bferguson@campaignlegal.org
                              mdanahy@campaignlegal.org
                              acopper@campaignlegal.org
                              eboettcher@campaignlegal.org
                              mortega@campaignlegal.org

*Counsel for Consolidated Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

\* Admitted *Pro Hac Vice*

2

## **CERTIFICATE OF COMPLIANCE**

I certify that this document complies with the typeface and formatting requirements in Local Rules 5.1 and 7.1.

/s/ Michael Ortega
Michael Ortega

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ Michael Ortega
Michael Ortega
