# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-00218 <br> Consolidated Case No. 4:23-cv-00215 <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT** |

    Pursuant to the Court's instructions at trial (Day 7, Tr. 2031:1-19), Hispanic Federation Plaintiffs respectfully request leave to file a written rebuttal closing argument in excess of the Court-set word limit (4:23-cv-00218, ECF No. 146), up to a total word limit of 6,000 words.

    The Secretary of State does not oppose this motion, and the Attorney General takes no position. Hispanic Federation Plaintiffs seek leave to file a document in excess of the current word limit to better address arguments made in Defendants' closing.

| | |
|---|---|
| Dated: May 2, 2024 | Respectfully submitted, |
| | |
| | /s/ Adriel I. Cepeda Derieux |
| Cesar Z. Ruiz* | Adriel I. Cepeda Derieux* |
| **LatinoJustice PRLDEF** | Megan C. Keenan* |
| 475 Riverside Drive, Suite 1901 | **American Civil Liberties** |
| New York, NY 10115 | **Union Foundation** |
| (212) 392-4752 | 915 15th Street NW |
| cruiz@latinojustice.org | Washington, DC 20005 |
| | (212) 549-2500 |
| Roberto Cruz (FBN 18436) | acepedaderieux@aclu.org |
| Miranda Galindo (FBN 1039848) | mkeenan@aclu.org |
| **LatinoJustice PRLDEF** | |
| 5700 Millenia Blvd. Suite 500 | Julie A. Ebenstein (FBN 91033) |
| Orlando, FL 32839 | Dayton Campbell-Harris* |
| (321) 754-1935 | Sophia Lin Lakin* |
| rcruz@latinojustice.org | Victoria Ochoa* |
| mgalindo@latinojustice.org | **American Civil Liberties** |
| | **Union Foundation** |
| Delmarie Alicea (FBN 1024650) | 125 Broad Street, 18th Floor |
| **LatinoJustice PRLDEF** | New York, NY 10004 |
| 5700 Millenia Blvd. Suite 500 | (212) 549-2500 |
| Orlando, FL 32839 | jebenstein@aclu.org |
| (321) 418-6354 | dcampbell-harris@aclu.org |
| dalicea@latinojustice.org | slakin@aclu.org |
| | vochoa@aclu.org |
| Roni Druks* | |
| Phi Nguyen* | Nicholas L.V. Warren (FBN 1019018) |
| **Dēmos** | **ACLU Foundation of Florida** |
| 80 Broad Street, 4th Floor | 336 East College Avenue, Suite 203 |
| New York, NY 10004 | Tallahassee, FL 32301 |
| (212) 485-6065 | (786) 363-1769 |
| rdruks@demos.org | nwarren@aclufl.org |
| pnguyen@demos.org | |
| John A. Freedman† | Daniel B. Tilley (FBN 102882) |
| Jeremy Karpatkin† | Caroline A. McNamara (FBN 1038312) |

2

| | |
|---|---|
| **Arnold & Porter Kaye Scholer LLP** | **ACLU Foundation of Florida** |
| 601 Massachusetts Avenue, N.W. | 4343 West Flagler Street, Suite 400 |
| Washington, DC 20001 | Miami, FL 33134 |
| (202) 942-5316 | (786) 363-2714 |
| john.freedman@arnoldporter.com | dtilley@aclufl.org |
| jeremy.karpatkin@arnoldporter.com | cmcnamara@aclufl.org |

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface and formatting requirements in Local Rules 5.1 and 7.1

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux