IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                              Case Nos.: **4:23cv215-MW/MAF**
                                                                                  **4:23cv216-MW/MAF**
                                                                                  **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING UNOPPOSED
MOTIONS TO EXTEND WORD LIMIT**

This Court has considered, without hearing, the Plaintiffs' motions to extend the word limit for their written rebuttal closing arguments. ECF Nos. 313, 314, and 315. The motions are unopposed. Accordingly, the motions are **GRANTED**. Plaintiffs' word limit for their respective written rebuttal closing arguments is enlarged to up to 7,000 words.

    SO ORDERED on May 2, 2024.

                                                       *s/Mark E. Walker*
                                                       **Chief United States District Judge**