# 3PVRO Fines Issued in 2023 (from Joint Exhibit 264)

| ID# | Organization | Registered Agent | Date Sent | Response Due | Fine Amount |
|---|---|---|---|---|---|
| 3P 19-53 | Hard Knocks Strategies LLC | Eric Brakken (David Geller) | 4.10.2023 | 5.10.2023 | $1,000 |
| 3P 19-53 | Hard Knocks Strategies LLC | Eric Brakken (David Geller) | 4.10.2023 | 5.10.2023 | $11,200 |
| 3P16-265 | Clay County Democratic Executive Committee | Jacqueline Cetnar | 5.15.2023 | 6.14.2023 | $100 |
| 3P 21-77 | Democracy for All | Aliki Moncrief | 5.15.2023 | 6.14.2023 | $100 |
| 3P 19-154 | Donahoe Partners | Mark Herron | 5.15.2023 | 6.14.2023 | $550 |
| 3P 17-62 | Republican Party of Duval County (Duval GOP) | Jesse Christian | 5.15.2023 | 6.14.2023 | $1,000 |
| 3P 16-274 | Engage Miami Civic Fund | Rebecca Pelham | 5.15.2023 | 6.14.2023 | $50* |
| 3P 14-106 | Faith in Florida, Inc. | Wesley Lathrop | 5.15.2023 | 6.14.2023 | Warning |
| 3P 12-266 | FieldWorks | Dawn Waggoner | 5.15.2023 | 6.14.2023 | $400 |
| 3P 21-40 | FSU Votes | Eric Jones | 5.15.2023 | 6.14.2023 | $100 |
| 3P 21-32 | Gulf State Strategies, LLC | Blaze Drinkwine | 5.15.2023 | 6.14.2023 | $100 |
| 3P 19-96 | Tides Advocacy-Poder Latinx | Nancy Batista | 5.15.2023 | 6.14.2023 | $26,000 |
| 3P21-31 | Harriet Tubman Freedom Fighters | Rosemary McCoy | 5.17.2023 | 6.16.2023 | $600 |
| 3Pl 7-58 | Hispanic Federation | Laudi Campo | 5.17.2023 | 6.16.2023 | $7,500 |
| 3Pl2-164 | Judith Seide | Judith Seide | 5.17.2023 | 6.16.2023 | $1,000 |
| 3P21-5 | People Power of Florida | Shelby Green | 5.17.2023 | 6.16.2023 | $1,900 |
| 3P20-149 | Restoration of Truth Ministries, LLC | Regina Jackson | 5.17.2023 | 6.16.2023 | $50 |
| 3P19-124 | Tides Advocacy-Dream Defenders | Jonel Edwards | 5.17.2023 | 6.16.2023 | $300 |
| 3P18-41 | UnidosUS | Jared Nordlund | 5.17.2023 | 6.16.2023 | $1,000 |
| 3P20-123 | Polk County Voters League | Randolph H. Barnes | 5.17.2023 | 6.16.2023 | $500 |
| 3P19-142 | Mi Familia Vota | Soraya Marquez | 5.17.2023 | 6.16.2023 | $6,500 |
| 3P2 l-53 | Alianza Center, Inc | Johanna Lopez | 5.17.2023 | 6.16.2023 | $4,350 |
| *Mis-reported as $450 | | | | Totals: | $64,300 |

## 3PVRO fines impacting self-reported Puerto Rican Voters

| ID# | Organization | Registered Agent | Date Sent | Response Due | Fine Amount |
|---|---|---|---|---|---|
| 3P 19-96 | Tides Advocacy-Poder Latinx | Nancy Batista | 5.15.2023 | 6.14.2023 | $26,000 |
| 3Pl 7-58 | Hispanic Federation | Laudi Campo | 5.17.2023 | 6.16.2023 | $7,500 |
| 3P18-41 | UnidosUS | Jared Nordlund | 5.17.2023 | 6.16.2023 | $1,000 |
| 3P19-142 | Mi Familia Vota | Soraya Marquez | 5.17.2023 | 6.16.2023 | $6,500 |
| 3P2 l-53 | Alianza Center, Inc | Johanna Lopez | 5.17.2023 | 6.16.2023 | $4,350 |

**Poder Latinx**: 24 self-reported Puerto Rican voters to wrong county.[i]

    (24 x $500 = $12,000)

**Hispanic Federation**: 10 self-reported Puerto Rican voters to wrong county.[ii]

    (10 x $500 = $5,000)

**UnidosUS**: 1 self-reported Puerto Rican voters to wrong county.[iii]

    (1 x $500 = $500)

**Mi Familia Vota**: 6 self-reported Puerto Rican voters to wrong county.[iv]

    (6 x $500 = $3,000)

**Alianza Center, Inc.**: 2 self-reported Puerto Rican voters to wrong county and 1 late pre-book closing.[v]

    (2 x $500 = $1,000)

    (1 x $50 = $50)

**Total Fines Wrong County**[vi]:

    (1 + 52 + 15 + 2 + 1 + 13 + 8 = 92)

    (92 x $500 = $46,000)

**Total Fines Associated with self-reported Puerto Rican voters**: $21,550

    ($12,000 + $5,000 + $500 + $3,000 + $1,000 + $50 = $21,500)

**Percent of total 2023 fines associated with self-reported Puerto Rican voters**: ==34%==

    (21,550/64,300 x 100 = 33.51)

**Percent of 2023 wrong county fines associated with self-reported Puerto Rican voters**: ==47%==

    (21,550/46,000 x 100 = 46.85)

**Endnote citations to underlying exhibits showing
fines impacting self-reported Puerto Rican voters**

---

[i] Ex. 364;
Ex. 365 at 00021894, 00021904;
Ex. 366 at 00021886, 00021890, 00021892;
Ex. 367 at 00021819, 00021825;
Ex. 368 at 00021751, 00021771;
Ex. 370 at 00021666, 00021672;
Ex. 371 at 00021628, 00021646, 00021642, 00021634;
Ex. 372 at 00021012, 00021018;
Ex. 373 at 00021563, 00021567;
Ex. 376 at 00021441, 00021449, 00021447, 00021445;
Ex. 377 at 00021465, 00021471;
Ex. 378 at 00021403, 00021411, 00021409;
Ex. 379 at 00021355, 00021363, 00021361, 00021359;
Ex. 380 at 00021240, 00021244, 00021248;
Ex. 381 at 00021214, 00021230;
Ex. 382 at 00021202, 00021210.

[ii] Ex. 414;
Ex. 415 at 00021746, 00021749;
Ex. 416 at 1, 3, 5;
Ex. 418 at 00021596, 00021599, 00021601;
Ex. 419 at 00021589, 00021592, 00021594;
Ex. 421 at 00021094, 00021096;
Ex. 424 at 00021274, 00021277, 00021279.

[iii] Ex. 459;
Ex. 461 at 00021459, 00021463.

[iv] Ex. 430;
Ex. 432 at 00022007, 00022011;
Ex. 433 at 00021799, 00021803;
Ex. 435 at 00021541, 00021545;
Ex. 436 at 00021519, 00021523, 00021527;
Ex. 437 at 00021338, 00021342

[v] Ex. 389;
Ex. 391 at 1, 6;
Ex. 392 at 00021943, 00021947;
Ex. 397 at 00021535, 00021539.

[vi] Ex. 339;
Ex. 364;
Ex. 414;
Ex. 459;
Ex. 453;
Ex. 430;
Ex. 389.