UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, *et al.*,

    Plaintiffs,

v.                                                                                  Case No.: 4:23-cv-215-AW-MAF

CORD BYRD, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Jon A. Jouben, Esq., files this his notice of appearance as counsel of record in the instant action on behalf of Defendant, SHIRLEY ANDERSON, in her Official Capacity as the HERNANDO COUNTY SUPERVISOR OF ELECTIONS.

### Certificate of Service

I HEREBY CERTIFY that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court utilizing the electronic filing system, pursuant to Local Rule 5.1(F), which shall send a notice of electronic filing to all counsel of record.

/s/ Jon A. Jouben
Jon A. Jouben, Esq.  (FBN 149561)
Jjouben@co.hernando.fl.us
Alt. E-Mails:       cao@co.hernando.fl.us
                    phare@co.hernando.fl.us
20 N. Main Street, Suite 462
Brooksville, FL 34601
352-754-4122 / 352-754-4001 Fax
Attorney for SHIRLEY ANDERSON