UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, *et al.*,

    Plaintiffs,

v.                                                                       Case No.: 4:23-cv-215-AW-MAF

CORD BYRD, *et al.*,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), Defendant, SHIRLEY ANDERSON, in her Official Capacity as the HERNANDO COUNTY SUPERVISOR OF ELECTIONS, moves to allow Kyle Benda, Esq., to withdraw as her counsel of record in the above-captioned matter. As of May 24, 2024, Mr. Benda is no longer employed by the Hernando County Attorney's Office. Defendant Anderson consents to Mr. Benda's withdrawal and she continues to be represented in this case through the undersigned. Accordingly, Mr. Benda's withdrawal from this case should not cause any prejudice or delay. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Defendant Anderson.

### Certificate of Service

I HEREBY CERTIFY that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court utilizing the electronic filing system, pursuant to Local Rule 5.1(F), which shall send a notice of electronic filing to all counsel of record.

/s/ Jon A. Jouben
Jon A. Jouben, Esq.  (FBN 149561)
Jjouben@co.hernando.fl.us
Alt. E-Mails:        cao@co.hernando.fl.us
                     phare@co.hernando.fl.us
20 N. Main Street, Suite 462
Brooksville, FL 34601
352-754-4122 / 352-754-4001 Fax
Attorney for SHIRLEY ANDERSON