IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                Case No.: 4:23cv215-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the motion to withdraw Kyle Benda as counsel for Defendant Shirley Anderson ("Defendant"). ECF No. 321. Defendant continues to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Benda from CM/ECF on this matter.

**SO ORDERED on May 29, 2024.**

                                                        s/Mark E. Walker        
                                                        **Chief United States District Judge**