# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITES OF THE NAACP, et al.,

    Plaintiffs,

        v.

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    Defendants.

Case No. 4:23-cv-00215(Lead)

4:23-cv-00216

Chief Judge Mark E. Walker

## MOTION FOR WITHDRAWAL OF COUNSEL

Consolidated plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund (collectively, "League Plaintiffs") move to withdraw attorney Molly E. Danahy from this case as counsel. This motion only affects Molly E. Danahy, as other counsel for the League Plaintiffs will remain as counsel of record. As grounds for withdrawal, the League Plaintiffs state that Molly E. Danahy will be leaving Campaign Legal Center.

League Plaintiffs' counsel has notified the League Plaintiffs of these developments, and the League Plaintiffs do not oppose the withdrawal.

Respectfully submitted this 28th day of June, 2024,

| | |
|---|---|
| */s/ Molly E. Danahy* | */s/ Brent Ferguson* |
| Molly E. Danahy (D.C. Bar No. 1643411)* | Brent Ferguson (D.C. Bar No. 1782289)* |
| mdanahy@campaignlegal.org | Molly E. Danahy (D.C. Bar No. 1643411)* |
| | Alexandra Copper (Cal. Bar No. 335528)* |
| | Ellen Boettcher (D.C. Bar No. 90005525)* |
| | Michael Ortega (IL Bar No. 6339469)* |
| | 1101 14th Street NW, Ste. 400 |
| | Washington, DC 20005 |
| | (202) 736-2200 |
| Chad W. Dunn | bferguson@campaignlegal.org |
| Florida Bar No. 0119137 | mdanahy@campaignlegal.org |
| BRAZIL & DUNN | acopper@campaignlegal.org |
| 1200 Brickell Avenue | eboettcher@campaignlegal.org |
| Suite 1950 | mortega@campaignlegal.org |
| Miami, FL 33131 | |
| Telephone: (305) 783-2190 | *Counsel for Plaintiffs* |
| Facsimile: (305) 783-2268 | *League of Women Voters of* |
| chad@brazilanddunn.com | *Florida, Inc. and League of* |
| | *Women Voters of Florida* |
| | *Education Fund* |
| | |
| | *Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Molly E. Danahy*
Molly E. Danahy
*Counsel for Plaintiffs*
