IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                   Case No.: 4:23cv215-MW/MAF
                                              4:23cv216-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.
_____/

## ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, two motions to withdraw Molly E. Danahy as counsel for the League Plaintiffs. ECF No. 323 in No. 4:23cv215; ECF No. 142 in No. 4:23cv216. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. The motions are **GRANTED**. The Clerk shall disconnect Molly E. Danahy from CM/ECF on these matter.

**SO ORDERED on June 28, 2024.**

                                                    s/Mark E. Walker         
                                                    **Chief United States District Judge**