IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

   *Plaintiffs*,

v.                                                  Case Nos.: **4:23cv215-MW/MAF**
                                                                          **4:23cv216-MW/MAF**
                                                                          **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

   *Defendants*.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Noah Sjostrom's motion to withdraw as counsel for Defendant Ashley Moody in the above-captioned consolidated cases. ECF No. 325 in No. 4:23cv215; ECF No. 144 in No. 4:23cv216; ECF No. 213 in No. 4:23cv218. Ashley Moody continues to be represented by counsel, and his representation will continue uninterrupted. Mr. Sjostrom's motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Sjostrom from CM/ECF in each of the three above-captioned cases.

   **SO ORDERED on August 30, 2024.**

                                                                **s/Mark E. Walker**
                                                                **Chief United States District Judge**