UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITES OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case No. 4:23-cv-00215(Lead) <br><br> 4:23-cv-00216 <br><br> Chief Judge Mark E. Walker |

## MOTION FOR WITHDRAWAL OF COUNSEL

Consolidated plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund (collectively, "the League") move to withdraw attorney Christopher Lapinig from this case as counsel. This motion only affects Christopher Lapinig, as other counsel for the League will remain as counsel of record. As grounds for withdrawal, the League states that Christopher Lapinig has left Campaign Legal Center.

The League's counsel has notified the League of these developments, and the League does not oppose the withdrawal.

Respectfully submitted this 5th day of September, 2024.

|  |  |
|---|---|
| Chad W. Dunn<br>Florida Bar No. 0119137<br>BRAZIL & DUNN<br>1200 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131<br>Telephone: (305) 783-2190<br>Facsimile: (305) 783-2268<br>chad@brazilanddunn.com | */s/ Brent Ferguson*<br>Brent Ferguson (D.C. Bar No. 1782289)*<br>Danielle M. Lang (D.C. Bar No. 1500218)*<br>Alexandra Copper (Cal. Bar No. 335528)*<br>Ellen Boettcher (D.C. Bar No. 90005525)*<br>Michael Ortega (IL Bar No. 6339469)*<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>dlang@campaignlegal.org<br>bferguson@campaignlegal.org<br>acopper@campaignlegal.org<br>eboettcher@campaignlegal.org<br>mortega@campaignlegal.org<br><br>*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*<br><br>*Admitted *Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Brent Ferguson</u>
Brent Ferguson
*Counsel for Plaintiffs*
