IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Plaintiffs*,

v.                                         Case No.: 4:23cv215-MW/MAF
                                                        4:23cv216-MW/MAF

CORD BYRD, et al.,

    *Defendants*.
_____/

**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**

This Court has considered, without hearing, two motions to withdraw Christopher Lapinig as counsel for the League Plaintiffs. ECF No. 327 in No. 4:23cv215; ECF No. 146 in No. 4:23cv216. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. The motions are **GRANTED**. The Clerk shall disconnect Christopher Lapinig from CM/ECF on these matters.

    **SO ORDERED on September 5, 2024.**

                                                    **s/Mark E. Walker**
                                                    **Chief United States District Judge**