## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FL STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

        Plaintiffs,

v.                            CASE NO. 4:23-cv-215-MW-MAF

CORD BYRD, FLORIDA SECRETARY
OF STATE, et al.,

        Defendants.

_____/

## NOTICE OF APPEARANCE

        The undersigned attorney, Tiffiny Douglas Pinkstaff, hereby gives notice of her appearance as counsel for Defendant, Duval County Supervisor of Elections, and respectfully requests that a copy of all pleadings, correspondence, orders or other papers be provided to the undersigned at the address below.

DATED: NOVEMBER 25, 2024        **OFFICE OF GENERAL COUNSEL**
                                            **CITY OF JACKSONVILLE**

                                            */s/ Tiffiny Douglas Pinkstaff*
                                            Tiffiny Douglas Pinkstaff
                                            Chief, General Litigation
                                            Florida Bar No. 682101
                                            117 West Duval Street, Suite 480
                                            Jacksonville, Florida 32202
                                            904.255.5072 | tpinkstaff@coj.net

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of November, 2024 a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties of record.

*/s/ Tiffiny Douglas Pinkstaff*
ATTORNEY