IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO: 4:23-CV-00215

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP; VOTERS OF
TOMORROW ACTION, INC., et al.,

      Plaintiffs,

vs.

CORD BYRD, in his official capacity as Secretary of State of Florida; KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County, et al.,

      Defendants.
_____/

## UNOPPOSED MOTION FOR LEAVE FOR MS. JOHNSON TO WITHDRAW AS COUNSEL FOR KIM A. BARTON

The undersigned, Diana M. Johnson, Esq., files this Motion for leave for Ms. Johnson to withdraw as Counsel for the Defendant, KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County, and states the following in support:

1. Ms. Johnson has accepted new employment starting on December 1, 2024.
2. An attorney of record, Robert C. Swain, Esq., has already appeared in this action will continue to represent KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County.
3. Ms. Johnson provided notice to the client and there is no objection.

WHEREFORE, it is requested that this Court grant leave for Diana M. Johnson, Florida Bar No. 69160, to withdraw as counsel for KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE

I HEREBY CERTIFY that this document complies with the requirements of N.D. Fla. Local Rule 5.1 and that in accordance with N.D. Fla. Local Rule 11.1, the undersigned provided notice to the client and is without objection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida on this 25th day of November, 2024, via the CM/ECF portal, which will also serve a copy to all counsel of record registered to received notifications.

Respectfully submitted,

ALACHUA COUNTY ATTORNEY'S OFFICE

By:  */s/ Diana M. Johnson*
Diana M. Johnson
Senior Assistant County Attorney
Florida Bar No. 69160
12 Southeast 1st Street

Gainesville, Florida 32601
Phone: (352) 374-5218/Fax: 374-5216
dmjohnson@alachuacounty.us
CAO@alachuacounty.us