# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                        Case No.: 4:23cv215-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Defendant Barton's motion to withdraw Diana M. Johnson as counsel for Defendant Barton. ECF No. 330. The motion is **GRANTED**. The Clerk shall disconnect Ms. Johnson from CM/ECF on this matter.

    **SO ORDERED** on November 25, 2024.

                                                     **s/Mark E. Walker**
                                                     **Chief United States District Judge**