**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case Nos.: 4:23-cv-215-MW/MAF |

### RENATA O'DONNELL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR NAACP PLAINTIFFS

Renata O'Donnell, counsel for Plaintiffs, Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, Unidos US, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sanchea and Humberto Orjuela Prieto (collectively "NAACP Plaintiffs"), pursuant to Local Rule 11.1(H), hereby requests this Court enter an order permitting her to withdraw as counsel for NAACP Plaintiffs in the above-captioned matter. In support of this motion, counsel states:

Renata O'Donnell was admitted as counsel for NAACP Plaintiffs by order dated June 5, 2023. Effective January 16, 2025, Renata O'Donnell departed Elias

Law Group LLP and, therefore, seeks to withdraw as NAACP Plaintiffs' counsel in this action. NAACP Plaintiffs will continue to be represented by lead counsel Abha Khanna, Lalitha Madduri, Melinda Johnson and Makeba Rutahindurwa of Elias Law Group LLP, and local counsel Frederick S. Wermuth of King, Blackwell, Zehnder & Wermuth, P.A, and representation will continue uninterrupted.

In accordance with Local Rule 11.1(H), Ms. O'Donnell has provided notice to NAACP Plaintiffs of her intention to withdraw as counsel, and NAACP Plaintiffs have either consented to or not objected to Ms. O'Donnell's withdrawal as their counsel. The undersigned counsel has also conferred with Defendants, who do not oppose this motion.

WHEREFORE, Renata O'Donnell respectfully requests that this Court enter an order granting this motion and permitting her to withdraw from this action as counsel of record for NAACP Plaintiffs.

**LOCAL RULE 7.1(B) CERTIFICATION**

Local Rule 11.1(H) provides that counsel give fourteen days' notice to the client.  The undersigned counsel certifies that such notice has been provided, and that NAACP Plaintiffs have either consented or not objected to Ms. O'Donnell's withdrawal as their counsel.  Undersigned counsel has also conferred with Defendants, who do not oppose this motion.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned counsel Frederick S. Wermuth certifies that this motion contains 252 words, excluding the case style and certifications.

Dated: January 22, 2025

Abha Khanna*
Makeba Rutahindurwa*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri*
Melinda Johnson*
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
mjohnson@elias.law

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sánchez, and Humberto Orjuela Prieto*

*\*Admitted Pro Hac Vice*

Respectfully submitted,

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth Florida
Bar No.: 0184111

*Counsel for NAACP Plaintiffs*
