IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Plaintiffs*,

v.                                                        Case No.: 4:23cv215-MW/MAF

CORD BYRD, et al.,

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, NAACP Plaintiffs' unopposed motion to withdraw Renata O'Donnell as counsel for the NAACP Plaintiffs. ECF No. 332. Plaintiffs continue to be represented by counsel and their representation will continue uninterrupted. The motion is **GRANTED**. The Clerk shall disconnect Ms. O'Donnell from CM/ECF on this matter.

**SO ORDERED** on January 23, 2025.

                                                          **s/Mark E. Walker**
                                                          **Chief United States District Judge**