## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

      *Plaintiffs*,

v.                                **Case No.: 4:23cv215-MW/MAF**

**CORD BYRD, et al.,**

      *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, NAACP Plaintiffs' unopposed motion to withdraw Makeba Rutahindurwa as counsel for the NAACP Plaintiffs. ECF No. 335. Plaintiffs continue to be represented by counsel and their representation will continue uninterrupted. The motion is **GRANTED**. The Clerk shall disconnect Ms. Rutahindurwa from CM/ECF on this matter.

      **SO ORDERED on February 12, 2025.**

                        **s/Mark E. Walker**_____
                        **Chief United States District Judge**