# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH UNITS**
**OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                               **Case No.: 4:23cv215-MW/MAF**
                                                      **4:23cv216-MW/MAF**

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, two motions to withdraw Joseph Van de Bogart as counsel for Defendant Byrd. ECF No. 341 in No. 4:23cv215; ECF No. 148 in No. 4:23cv216. Defendant Byrd continues to be represented by counsel, and representation will continue uninterrupted. The motions are **GRANTED**. The Clerk shall disconnect Joseph Van de Bogart from CM/ECF on these matters.

    **SO ORDERED on May 2, 2025.**

                                           s/Mark E. Walker          
                                           **Chief United States District Judge**