UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

CASE NOs: 4:23-cv-215-MW-MAF
              4:23-cv-216-MW-MAF
              4:23-cv-218-MW-MAF

       Plaintiffs,

vs.

CORD BYRD, in his official capacity
as Secretary of State of Florida, et. al.,

       Defendants.
_____/

### CONSENT MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H)(b), the undersigned moves to withdraw as counsel of record for DEFENDANT, Craig Latimer, Supervisor of Elections for Hillsborough County, in the above-referenced cases. Supervisor Latimer continues to be represented in this case by Stephen Mark Todd, and Supervisor Latimer consents to this withdrawal.

                                        */s/ Colleen E. O'Brien*
                                        Colleen E. O'Brien (FBN 76578)
                                        Hillsborough County Supervisor of
                                        Elections Office
                                        601 East Kennedy Boulevard, 16th Floor
                                        Tampa, Florida 33602
                                        (813) 574-1285
                                        Service Email:
                                        cobrien@votehillsborough.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that this 11th day of June 2025, a true and correct of the foregoing was served on all counsel of record through the Court's CM/ECF system.

                                            */s/ Colleen E. O'Brien*
                                            Colleen E. O'Brien, Esquire