IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                       Case Nos.: 4:23cv215-MW/MAF
                                              4:23cv216-MW/MAF
                                              4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## **ORDER GRANTING MOTION TO WITHDRAW**

This Court has considered, without hearing, Colleen O'Brien's motion to withdraw as counsel for Defendant Craig Latimer in the above-captioned consolidated cases. ECF No. 343. Supervisor Latimer continues to be represented by counsel, and his representation will continue uninterrupted. Ms. O'Brien's motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. O'Brien from CM/ECF in each of the three above-captioned cases.

    **SO ORDERED on June 11, 2025.**

                                                s/Mark E. Walker                
                                                **Chief United States District Judge**