IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

    *Plaintiffs*,

v.                                    Case Nos.:   4:23cv215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEAL

Defendants Secretary of State Cord Byrd and Attorney General James Uthmeier appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final order on the merits, Doc.345, and clerk's judgment, Doc.346, both entered on August 8, 2025.

1

Dated: August 15, 2025

Respectfully submitted by,

JAMES UTHMEIER
   Attorney General

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 0068713)
  Special Counsel
OFFICE OF THE ATTORNEY GENERAL
Complex Litigation Bureau
PL-01 The Capitol
Tallahassee, Florida 32399
(850) 414-3635
Stephanie.morse@myfloridalegal.com

*Counsel for the Attorney General*

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil