UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP; VOTERS OF TOMORROW ACTION, INC.; DISABILITY RIGHTS FLORIDA; ALIANZA FOR PROGRESS; ALIANZA CENTER; UNIDOSUS; FLORIDA ALLIANCE FOR RETIRED AMERICANS; SANTIAGO MAYER ARTASANCHEZ; and ESPERANZA SÁNCHEZ, *Plaintiffs*, v. CORD BYRD, in his official capacity as Secretary of State of Florida, et al., *Defendants*. | Case No. 4:23-cv-00215-MW-MAF |

**UNOPPOSED MOTION OF FLORIDA NAACP PLAINTIFFS TO DEFER THE FILING AND RESOLUTION OF MOTION FOR DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF, FEES AND THE FILING OF BILL OF COSTS**

Local Rule 54.1(B) requires parties to move for a determination of entitlement to fees within "14 days after the entry of the judgment or, if there is no judgment, 14 days after the case is closed." And Local Rule 54.2(A) requires "[a] party who seeks taxation of costs—other than attorney's fees—[to] file a verified bill of costs . . . ," the deadline for which is not extended by "[a]n appeal … unless the Court so orders."

To the extent these rules require Plaintiffs to seek this Court's determination of their entitlement to attorney's fees and non-taxable costs and to file a verified bill of cost within 14 days of this Court's August 8, 2023 Final Order On Merits (ECF No. 345), Plaintiffs in the instant case ("Florida NAACP Plaintiffs") respectfully ask that this Court suspend the respective deadlines to seek entitlement to attorney's fees and costs and to file a verified bill of costs until 14 days after resolution of any appeal of the Final Order on Merits.

## LOCAL RULE 7.1(B) CERTIFICATION

Undersigned counsel, Frederick Wermuth, conferred with counsel for the Defendants[1] and they do not oppose this motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 201 words, excluding the case style and certifications.

Dated: August 21, 2025                    Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
25 E. Pine Street
Orlando, FL 32801

---

[1] Because, at this time, the Florida NAACP Plaintiffs have no basis to seek fees against the Defendant Supervisors, the Florida NAACP Plaintiffs did not confer with the Supervisors' counsel regarding this motion.

Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Abha Khanna*
**ELIAS LAW GROUP, LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law

*\* Admitted pro hac vice*

*Counsel for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

3