IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                       **Case No.: 4:23cv215-MW/MAF**

**CORD BYRD, et al.,**

    *Defendants*.

_____/

**ORDER DEFERRING DETERMINATION OF
ENTITLEMENT TO, AND AMOUNT OF, FEES AND COSTS**

This Court has considered, without hearing, the unopposed motion by the plaintiffs in Case No. 4:23cv215 ("Florida NAACP Plaintiffs") to defer determination of entitlement to, and amount of, fees and costs stemming from this Court's August 8, 2025, final order on the merits (ECF No. 345). ECF No. 351. The motion is **GRANTED**. The deadline to move for fees stemming from this Court's August 8, 2025, final order on the merits is **fourteen days after resolution of any appeal of the final order on the merits.**

    SO ORDERED on August 21, 2025.

                                                            **s/Mark E. Walker             **
                                                            **United States District Judge**