IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                               **Case Nos.: 4:23cv215-MW/MAF
                                                                 4:23cv216-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## ORDER SETTING BRIEFING SCHEDULE

Pending before this Court are Plaintiffs' motions for reconsideration, ECF Nos. 357 and 358 in Case No.: 4:23cv215, and ECF No. 153 in Case No.: 4:23cv216. Defendants' response to the motions is due **on or before September 19, 2025**, and Plaintiffs' replies, if they choose to file, are due **on or before September 26, 2025**. This Court will take the motions under advisement on September 29, 2025.

    **SO ORDERED on September 8, 2025.**

                                                         **s/Mark E. Walker**
                                                         **United States District Judge**