**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

     *Plaintiffs*,

     v.                           Case No. 4:23-cv-215-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

     *Defendants*.

_____/

**MOTION TO WITHDRAW AS COUNSEL**

Under Local Rule 11.1(H), Michael Beato moves this Court to grant him leave to withdraw as counsel for Defendant Secretary Byrd. After October 10, Mr. Beato will no longer work at Holtzman Vogel. The Secretary consents to the withdrawal, and the Secretary will continue to be represented by counsel in this case. Future correspondence and documents should be served on the remaining counsel for the Secretary.

Dated: October 6, 2025

Respectfully submitted,

/s/ Michael Beato
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mbeato@holtzmanvogel.com

*Counsel for the Secretary*

## Local Rules Certifications

As required by Local Rule 5.1, 7.1, and 56.1, I certify that this motion contains 71 words and complies with this Court's word count, spacing, and formatting requirements.

/s/ Michael Beato
Michael Beato

## Certificate of Service

I certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Michael Beato
Michael Beato