IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                      Case No.: 4:23cv215-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This Court has considered, without hearing, Defendant Byrd's motion to withdraw Michael Beato as counsel in this case. ECF No. 366. Defendant Byrd continues to be represented by counsel and his representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Mr. Beato from CM/ECF in this case.

SO ORDERED on October 7, 2025.

                                                s/Mark E. Walker
                                                **United States District Judge**